Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone:  (702) 388-6600
Facsimile:  (702) 388-6658
Email: *justin.c.valencia@usdoj.gov*

Attorney for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | ) | Case No. BK-25-10341-NMC |
|---|---|---|
|  | ) | Chapter 11 |
| NUMALE CORPORATION, | ) |  |
|  | ) |  |
| Debtor. | ) |  |
|  | ) |  |
|  | ) |  |

**AMENDED NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**PLEASE TAKE NOTICE** that the undersigned attorney hereby appears under Fed. R. Bankr. P. 9010 for Tracy Hope Davis, the United States Trustee for Region 17, and requests that all required notices be directed to:

>Office of the United States Trustee
>Attn: Justin C. Valencia
>300 Las Vegas Boulevard So., Suite 4300
>Las Vegas, NV  89101
>Email:  justin.c.valencia@usdoj.gov

Dated: January 23, 2025            TRACY HOPE DAVIS
                                   UNITED STATES TRUSTEE

                                   /s/ *Justin C. Valencia*
                                   Trial Attorney for United States Trustee