United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 25-10341-nmc |
| NUMALE CORPORATION | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Jan 23, 2025 | Form ID: ndef11ni | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | NUMALE CORPORATION, 6590 S RAINBOW BLVD, LAS VEGAS, NV 89118-3327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 25, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHAPTER 11 - LV | USTPRegion17.lv.ecf@usdoj.gov |
| DAVID A RIGGI | on behalf of Debtor NUMALE CORPORATION darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| U.S. TRUSTEE - LV - 11 | USTPRegion17.lv.ecf@usdoj.gov |

TOTAL: 3

NVB 1007−4 (Rev. 3/22)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                              BK−25−10341−nmc
                                                    CHAPTER 11
NUMALE CORPORATION

                    Debtor(s)                       NOTICE OF INCOMPLETE
                                                    AND/OR DEFICIENT FILING

**NOTICE IS GIVEN** that the above debtor(s) filed a Voluntary Petition on 1/22/25. Pursuant to the Federal Rules of Bankruptcy Procedure and the Local Rules for the District of Nevada, the Clerk has noted deficiencies to the petition and/or schedules and statements of this debtor(s) as listed below. This Notice advises the debtor(s) of deficiencies noted by the Clerk in the filing of the Voluntary Petition and related documents. This Notice does not cover all duties and requirements a debtor must perform, and there may be other deficiencies not noted below. **Failure to cure the deficiencies within the time allowed by law or by an extension granted by court order may result in the dismissal of this case.**

VOLUNTARY PETITION:

  *   The Voluntary Petition did not have attached to it a true copy of the resolution of the corporation's board
      of directors authorizing the filing. [CORPORATIONS ONLY]

SCHEDULES, STATEMENTS AND CERTIFICATIONS:

  *   The following schedules, required pursuant to Fed. R. Bankr. P. 1007 and LR 1007, were not filed with
      the Voluntary Petition:
        *    Summary of Assets and Liabilities for Non−Individuals (Official Form 206Sum)
        *    Schedule A/B: Property (Official Form 206A/B)
        *    Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
        *    Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
        *    Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
        *    Schedule H: Codebtors (Official Form 206H)
        *    Declaration Under Penalty of Perjury for Non−Individual Debtors (Official Form 202)
  *   The Statement of Financial Affairs for Non−Individuals Filing for Bankruptcy (Official Form 207),
      required pursuant to LR 1007(b) and (c), was not filed with the Voluntary Petition.

DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S):

  *   Pursuant to Fed. R. Bankr. P. 2016(b), the attorney for the debtor(s) has failed to file a Disclosure of
      Compensation (Form 2030) as required by 11 U.S.C. Section 32.

LIST OF CREDITORS AND EQUITY SECURITY HOLDERS:

  *

   Pursuant to Fed. R. Bankr. P. 1007(a) and LR 1007(b), the Voluntary Petition was not accompanied by a list containing the names and addresses of the debtor's creditors. In addition, the debtor(s) has not filed a schedule of liabilities.

* The Verification of Creditor Matrix, required pursuant to Fed. R. Bankr. P. 1008, was not filed with the list of creditors.
* Pursuant to LR 1007(b), the debtor/debtor's attorney failed to enter the names and addresses of all creditors of the debtor(s) into the court's electronic case filing system.
* Pursuant to Fed. R. Bankr. P. 1007(a)(3), the debtor(s) failed to file a list of equity security holders.
* Pursuant to Fed. R. Bankr. P. 1007(d), the debtor(s) in a Chapter 11 case failed to file the List of Creditors Holding 20 Largest Unsecured Claims (Form 4) containing the name, address and claim of the creditors that hold the 20 largest unsecured claims.

DECLARATION RE: ELECTRONIC FILING:

* The debtor(s) failed to file a Declaration under penalty of perjury re: Electronic Filing pursuant to LR 5005, and Electronic Filing Procedures, or has failed to include a proper electronic signature in compliance with Fed. R. Bankr. P. 9011(a) and LR 5005.

**NOTICE IS FURTHER GIVEN** that the Federal Rules of Bankruptcy Procedure, Local Rules and Electronic Filing Procedures are available on the court's web site at http://www.nvb.uscourts.gov.

Dated: 1/23/25

*Mary A Schott*

Mary A. Schott
Clerk of Court