David A. Stephens, Esq.
Nevada Bar No. 00902
Stephens Law Offices
PO Box 33130
Las Vegas, NV 89133
Phone: (702) 656-2355
Fax: (702) 656-2776
Email: dstephens@davidstephenslaw.com
Attorneys for Newtek Small Business Finance, LLC

Efiled: 1/29/2025

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br><br><br><br><br>Debtor.<br> | BK-S-25-10341-MKN<br>Chapter 11 proceedings<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE OF NEWTEK SMALL BUSINESS FINANCE, LLC<br><br>Date: n/a<br>Time: n/a |

**TO DEBTOR'S ATTORNEY AND ALL INTERESTED PARTIES:**

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), Stephens Law Offices hereby requests notice of all matters in the above-captioned case which require notice to creditors, or to other parties in interest, including without limitation, all notices and papers referred to in Bankruptcy Rules 2002, 3017, 4001, 9007 and 9010(b), notices of any orders, applications, complaints, demands, hearings, motions, petitions, pleadings or requests (whether for relief from stay, adequate protection or otherwise), any other documents brought before the Court in this case, whether formal or informal, whether written or oral, or whether transmitted or conveyed by mail, delivery, telephone, facsimile, or otherwise.

Said notices shall be sent as follows:

Stephens Law Offices
PO Box 33130
Las Vegas, Nevada 89133

The undersigned represents Newtek Small Business Finance, LLC, a creditor of the above estate.

Dated this 29ʰ day of January, 2025.

STEPHENS LAW OFFICES

/s/davidastephens
David A. Stephens, Esq.
Nevada Bar No. 00902
PO Box 33130
Las Vegas, NV 89133
Attorney for Newtek Small Business Finance, LLC

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 29th day of January, 2025, I served a true copy of the foregoing NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE BY NEWTEK SMALL BUSINESS FINANCE, LLC, as follows:

1. I served the above named documents by the following means to the persons listed below:

VIA ELECTRONIC FILING

David Riggi, Esq. - damvbk@gmail.com

U.S. TRUSTEE - LV - 11 at USTPRegion17.lv.ecf@usdoj.gov

VIA ELECTRONIC SERVICE

BY MAIL: by placing the documents(s) listed above in a sealed envelope, postage prepaid in the U.S. Mail at Las Vegas, Nevada, addressed as set forth below:

Numale Corporation
6590 S. Rainbow Boulevard
Las Vegas, NV 89118

BY FAX: by transmitting the document(s) listed above via telefacsimile to the fax number(s) set forth below. A printed transmission record is attached to the file copy of this document(s).

BY HAND DELIVERY: by delivering the document(s) listed above to the person(s) at the address(es) set forth below.

                                                __/s/davidastephens_____
                                                An employee of STEPHENS LAW OFFICES,