David A. Riggi, Esq.
7900 W Sahara Ave. Suite 100
Las Vegas, NV 89117
Ph :   1-702-463-7777
Fax:   1-888-306-7157
E-mail: riggilaw@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.:  25-10341 NMC |
| | ) |
| NUMALE CORPORATION, | ) Chapter 11 |
| | ) |
| Debtor in Possession | ) Date: March 11, 2025 |
| | ) |
| | ) Time: 9:30 a.m. |
| _____ | ) |

**MOTION TO EXTEND TIME TO FILE SCHEDULES & STATEMENTS**

Debtor, by and through its attorney, David A. Riggi, hereby request that this Court extend the time to file the schedules, statements, and other required documents ("Required Documents").  In support of this motion, the Debtor asserts the following:

(1) On January 22, 2025, the Debtor commenced a chapter 11 case in the United States Bankruptcy Court for the District of Nevada.  The deadline to supplement/file the Required Documents is February 5, 2025.

(2) The Debtor is still compiling information necessary to specifically schedule all assets and liabilities, as well as to set forth complete responses relating to financial affairs.

(3) Accordingly, Debtor requests that an additional 21 days, to February 26, 2025, be allowed for the filing of the Required Documents.  This is the first request for an extension and no creditors would be prejudiced.

/s/ *David A. Riggi*
David A. Riggi, Esq.
Debtor's Counsel
Ph:    1-702-463-7777
Fax:   1-888-306-7157
E-mail:riggilaw@gmail.com