David A. Riggi, Esq.
Nevada Bar No. 4727
7900 West Sahara Ave Suite 100
Las Vegas, NV 89117
Phone:  (702) 463-7777
Fax:     (888) 306-7157
E-mail:  RiggiLaw@gmail.com
Attorney for the Debtor in Possession

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORTION,<br><br>Debtor in Possession. | Case No.: 25-10341-NMC<br><br>Chapter 11<br><br>Date:   OST<br><br>Time:   OST |

**<u>DECLARATION OF BRIAN PALUBICKI IN SUPPORT OF MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(B)</u>**

I, Brian Palubicki, hereby declare under penalty of perjury under the laws of the United States of America, as follows:

1. I am over the age of 18 and mentally competent. The facts stated herein are within my personal knowledge unless otherwise indicated. I submit this declaration in support of the *Motion for Order Directing Joint Administration of Debtors' Chapter 11 Cases Under Federal Rule of Bankruptcy Procedure 1015(B)* (the "Motion"). Unless stated on information and belief, I have personal knowledge of the facts set forth herein and, if called upon to testify, could and would do so. For those items stated on information and belief, I believe them to be true. I have prepared and signed a declaration, similar to this, in six other cases.

2. I am the responsible person of the Debtor ("Debtor") and its six bankruptcy affiliates (collectively, all seven, "Chapter 11 Debtors" or "Chapter 11 Cases"), as well as the signatory in all the bankruptcy petitions in the Chapter 11 Cases.

3. The Debtors in the Chapter 11 Cases are affiliates, from how I understand the term is defined in bankruptcy – there is common ownership of over 20 percent. Also, at the time the petitions were filed, the Chapter 11 Debtors were under my effective common management.

4. Accordingly, Debtors anticipate that most motions, applications, and hearings will affect each Debtor, and joint administration will promote the economical and efficient administration of the cases. Accordingly, joint administration will significantly reduce the cost of administration of the Chapter 11 Cases, including the costs of serving notices.

5. Chapter 11 Debtors are only seeking joint administration for procedural purposes and are not presently requesting that the Chapter 11 Cases be substantively consolidated. Therefore, joint administration will not impair any creditors' right to recovery from the assets of any particular Debtor, and will not otherwise adversely affect any creditor or other party in interest.

6. Joint administration of the Chapter 11 Cases is in the best interest of the Debtors, their creditors, this Bankruptcy Court, and all other interested parties. Accordingly, Debtors requests that the Bankruptcy Court jointly-administer the Chapter 11 Cases, maintain one file and one docket for the Chapter 11 Cases under the Lead Case, NuMale Corporation (25-10341-NMC).

I declare under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

DATED February 5, 2025.

／s/ Brian Palubicki  
Brad Palubicki