Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: Alyssa.Rogan@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>Debtor. | Case No. BK-25-10341-NMC<br>Chapter 11<br><br>Hearing Date: March 27, 2025<br>Hearing Time: 9:30 a.m.<br>Telephone Conference Line: (833) 435-1820<br>Meeting ID: 161 166 2815<br>Passcode: 115788# |

**NOTICE OF HEARING ON THE MOTION OF THE UNITED STATES TRUSTEE FOR APPOINTMENT OF A PATIENT CARE OMBUDSMAN UNDER 11 U.S.C. § 333 AND RESERVATION OF RIGHTS**

**PLEASE TAKE NOTICE** that on the above-stated date and time, the United States Bankruptcy Court at the Foley Federal Building, 300 Las Vegas Boulevard South 3rd Floor, Courtroom #3, Las Vegas, Nevada 89101, will hear the *Motion of the United States Trustee for Appointment of a Patient Care Ombudsman Under 11 U.S.C. § 333 and Reservation of Rights* telephonically. The motion seeks the appointment of a patient care ombudsman under 11 U.S.C. § 333, unless the Court determines that such appointment is not necessary for the protection of patients under the specific circumstances of this case, and granting such other relief as is just

1

under the circumstances. The call-in information for the hearing regarding this matter is located on the Court's website: https://www.nvb.uscourts.gov/calendars/court-calendars/.

Oppositions to the motion, if any, must be filed and service must be completed on the United States Trustee no later than 14 days before the hearing date on the motion in accordance with LR 9014(d). The opposition must set forth all relevant facts and any relevant legal authority. To the extent an opposition raises a question of fact for resolution by the Court or includes documented exhibits, such an opposition must be supported by affidavit or declaration that conforms to the provisions of LR 9014(c).

The opposition must be served upon the United States Trustee at 300 Las Vegas Boulevard So., Suite 4300, Las Vegas, NV 89101. A copy of the motion may be obtained by requesting a copy in writing from the Office of the United States Trustee at the same address.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the Court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the Court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

Date: February 20, 2025                    Respectfully submitted,

                                           TRACY HOPE DAVIS
                                           UNITED STATES TRUSTEE

                              By:    */s/ Alyssa A. Rogan*
                                     Alyssa A. Rogan, Esq.
                                     Trial Attorney for the United States Trustee