David A. Riggi, Esq**.**
7900 West Sahara Ave. Suite 100
Las Vegas, NV 89117
Ph:    1-702-463-7777
Fax:   1-888-306-7157
E-mail: RiggiLaw@gmail.com
*Attorney for Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

In re:

NUMALE CORPORATION,,

    Debtor in Possession.

Case No.: 25-10341-NMC

Chapter 11

Hearing Date:  OST

Hearing Time: OST

**EX-PARTE APPLICATION FOR
ORDER SHORTENING TIME FOR HEARING ON
MOTION FOR ORDER
DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES
UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(B)**

COMES NOW the Debtor and Debtor in Possession, by and through its attorney, David A. Riggi, pursuant to Bankruptcy Rule 9006(c) and requests of this Court an Order Shortening Time for hearing on its "MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(B)," upon the grounds set forth in the Declaration of David A. Riggi, Esq. in support hereof, which was filed contemporaneously with the instant Application.

Bankruptcy Rule 9006(c) provides, in the pertinent part, as follows:

    Except as provided in paragraph (2) of this subdivision [none of which is applicable in the instant case], when an act is required or allowed to be done at or within a specified time by these rules or by notice given there under or by

1

order of the court, the court for cause shown may within its discretion with or without motion or notice order the period reduced.

Debtor submits that the facts set forth in the Declaration of David A. Riggi filed contemporaneously with this application constitute sufficient cause for the granting of an Order Shortening Time.

Dated this 18th day of February, 2025.

/s/ *David A. Riggi*
David A. Riggi, Esq.
7900 West Sahara Avenue, Suite 100
Las Vegas, NV 89117
Ph: 1-702-463-7777
Fax: 1- 888-306-7157
E-mail: RiggiLaw@gmail.com
**Attorney for the Debtor in Possession**