David A. Riggi, Esq**.**
7900 W. Sahara Ave. Suite 100
Las Vegas, NV 89117
Ph:   1-702-463-7777
Fax:   1-888-306-7157
E-mail: RiggiLaw@gmail.com
*Attorney for Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

NUMALE CORPORATION,

        Debtor in Possession.

Case No.: 25-10341-NMC

Chapter 11

Hearing Date:  OST

Hearing Time: OST

**DECLARATION OF DAVID A. RIGGI IN SUPPORT OF THE
EX-PARTE APPLICATION FOR
ORDER SHORTENING TIME FOR HEARING ON
MOTION FOR ORDER
DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES
UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(B)**

I, David A. Riggi declare, under penalty of perjury, the following:

    1.    I am attorney of record for Debtor in the instant bankruptcy proceeding and have knowledge and am competent to testify concerning the facts set forth herein.

    2.    I will/have file/filed a "MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(B) ("Motion").

    3.    An Order Shortening Time is required to approve the Debtor's Motion in order to facilitate case administration.

    4.    If the court does not grant the Motion, then this case and its affiliated cases may soon become cumbersome to administer.

    5.    Although there has been a time period of several days between the filing of the Motion and the Application, and the associated documents, seeking a hearing on shortened time,

the time difference was attributable to the possibility that other affiliated entities, in addition to the seven that are in bankruptcy, may have been added. It has finally been determined that, at least for the immediate time period, no new affiliates will be commencing cases. In addition, other documents will be filed soon (some, perhaps, also requiring expedited hearing, some not): documents relating to (1) cash collateral (for which there currently is sufficient consent and of which a settlement has been arrived for which court approval will be sought); (2) wages (only ordinary course wages to non-insiders); and (3) bank accounts (merchant accounts are involved which should remain in place but be re-designated as debtor in possession accounts). All of these motions will be better facilitated and understood by parties in interest when done within the context of joint administration.

6. Based upon the foregoing, I respectfully request an Order Shortening Time such that the hearing on the Motion be set for a date and time is early on the court's docket is available

Dated this 18th day of February, 2025.

/s/ *David A. Riggi*
David A. Riggi, Esq.
7900 W. Sahara Ave. Suite 100
Las Vegas, NV 89117
Ph:   1-702-463-7777
Fax: 1- 888-306-7157
E-mail: RiggiLaw@gmail.com
***Attorney for the Debtor in Possession***

2