David A. Riggi, Esq**.**
7900 W. Sahara Ave. Suite 100
Las Vegas, NV 89117
Ph:    1-702-463-7777
Fax:   1-888-306-7157
E-mail: RiggiLaw@gmail.com
**Attorney for Debtor in Possession**

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | ) Case No.: 25-10341-NMC |
|---|---|
|  | ) Chapter 11 |
| NUMALE CORPORATION , | ) Hearing Date: OST |
|  | ) Hearing Time: OST |
| Debtor in Possession. | ) |

**ATTORNEY INFORMATION SHEET FOR
PROPOSED ORDER SHORTENING TIME FOR HEARING ON
MOTION FOR ORDER
DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES
UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(B)**

As required by the Court, I have contacted the person listed below regarding the attached proposed Order Shortening Time. He/She agrees or disagrees to the time being shortened, as indicated below:

NAME            DATE CONTACTED        AGREE        DISAGREE

Justin Valencia, Esq……………...2-5-25 …………..……..AGREED
Office of the UST

David Stephens, Esq…………………..2-5-25………………....AGREED
For NewTek

Jason Wienstein, Esq…………..……..2-5-25………………….AGREED
For DLP Funding

          Dated this 18th day of February, 2025.

                                    /s/ *David A. Riggi*
                                    David A. Riggi, Esq.
                                    7900 W. Sahara Ave. Suite 100
                                    Las Vegas, NV 89117
                                    **Attorney for the Debtor in Possession**

1