Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: Alyssa.Rogan@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>Debtor. | Case No. BK-25-10341-NMC<br>Chapter 11<br><br>Hearing Date: March 27, 2025<br>Hearing Time: 9:30 a.m.<br>Telephone Conference Line: (833) 435-1820<br>Meeting ID: 161 166 2815<br>Passcode: 115788# |

## CERTIFICATE OF SERVICE

I, JUSTIN C. VALENCIA, under penalty of perjury declare that I am and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action and that on February 20, 2025, I caused a copy of the foregoing:

- **MOTION OF THE UNITED STATES TRUSTEE FOR APPOINTMENT OF A PATIENT CARE OMBUDSMAN UNDER 11 U.S.C. § 333 AND RESERVATION OF RIGHTS;**

- **DECLARATION OF BRYAN G. COLEMAN IN SUPPORT OF THE MOTION OF THE UNITED STATES TRUSTEE FOR APPOINTMENT OF A PATIENT CARE OMBUDSMAN UNDER 11 U.S.C. § 333 AND RESERVATION OF RIGHTS; AND**

- **NOTICE OF HEARING ON THE MOTION OF THE UNITED STATES TRUSTEE FOR APPOINTMENT OF A PATIENT CARE OMBUDSMAN UNDER 11 U.S.C. § 333 AND RESERVATION OF RIGHTS**

to be served on the following parties:

☑    a.  ECF System (attach Notice of Electronic Filing or list of persons & addresses):

CHAPTER 11 - LV          USTPRegion17.lv.ecf@usdoj.gov

DAVID A RIGGI           darnvbk@gmail.com;
                        2782@notices.nextchapterbk.com

ALYSSA A. ROGAN         alyssa.rogan@usdoj.gov

DAVID A. STEPHENS       dstephens@davidstephenslaw.com;
                        dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11   USTPRegion17.lv.ecf@usdoj.gov

☑    b.  U.S. Mail, postage fully prepaid:

ARIZONA DEPARTMENT OF REVENUE
Office of the Arizona Attorney General
c/o Tax, Bankruptcy and Collection
2005 N Central Ave, Suite 100
Phoenix, AZ 85004-1546

Clark Co Assessor c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Po Box 551401
Las Vegas, NV 89155-1401

Clark Co Assessor c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Po Box 1220
Las Vegas, NV 89125-1220

ELAVON
c/o Timothy F. Frost, Esq.
7300 Chapman Highway
Knoxville, TN 37920-6612

Ford Motor Credit Company, LLC c/o AIS Portf
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

///

///

2

FOX FUNDING GROUP LLC
c/o JOE LIEBERMAN, ESQ.
LIEBERMAN AND KLESTZICK
POB 356
Cedarhurst, NY 11516-0356

INNOVATIVE REAL ESTATE STRATEGIES
2975 S RAINBOW BLVD STE J
Las Vegas, NV 89146-6598

Internal Revenue Service
ATTN: BANKRUPTCY DEPT
PO Box 7346
PHILADELPHIA, PA 19101-7346

KALAMATA CAPITAL GROUP, LLC
c/o STEVEN BERKOVITCH
BERKOVITCH & BOUSKILA, PLLC
1545 US 202 SUITE 101
Pomona, NY 10970-2951

Nevada Dept of Empl Security
500 E 3rd St
Carson City, NV 89713-0001

NEWTEK LENDING
1981 MARCUS AVENUE STE 130
Lake Success, NY 11042-1046

Nevada Dept of Taxation
Bankruptcy Section
500 E Washington Ave Ste 13000
Las Vegas, NV 89101-1000

NEWTEK SMALL BUSINESS FINANCE, LLC
STEPHENS LAW OFFICES
C/O DAVID A. STEPHENS
P.O. BOX 33130
LAS VEGAS, NV 89133-3130

NUMALE CORPORATION
6590 S RAINBOW BLVD
LAS VEGAS, NV 89118-3327

///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DAVID A RIGGI
RIGGI LAW FIRM
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117-7921

DAVID A. STEPHENS
STEPHENS LAW OFFICES
PO BOX 33850
LAS VEGAS, NV 89133-3850

Social Security Administration
Attn: Bankr Desk
Po Box 33021
Baltimore, MD 21290-3021

State of NV DMV
Attn: Legal Division
555 Wright Way
Carson City, NV 89711-0001

THE LCF GROUP
LEGAL DEPARTMENT
3000 MARCUS AVE SUITE 2W15
New Hyde Park, NY 11042-1005

I declare under penalty of perjury that the foregoing is true and correct.

Signed: February 20, 2025

/s/ *Justin C. Valencia*
Justin C. Valencia