

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
February 25, 2025

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>NUMALE CORPORATION,<br><br>Debtor in Possession. | Case No.: 25-10341-NMC<br>Chapter 11<br>Hearing Date: March 11, 2025<br>Hearing Time: 9:30 AM |

**ORDER SHORTENING TIME FOR HEARING ON
MOTION FOR ORDER
DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES
UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(B)**

This Court having considered Debtor's "EX-PARTE APPLICATION FOR AN ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES UNDER FEDERAL RULE OF BANKRUPTCY PROCEDURE 1015(B)" ("Application"), and good cause appearing:

IT IS HEREBY ORDERED that the Application be, and the same hereby is, GRANTED;

AND IT IS FURTHER ORDERED that Debtor's Application shall be heard on shortened time by United States Bankruptcy Judge on March 11 2025, at 9:30 AM with a hearing being held telephonically with the following telephone access protocol:

1

**Conference Number: 833-435-1820,
Meeting ID 161 166 2815 and
Passcode 115788#.**

AND IT IS FURTHER ORDERED that any objections or oppositions may be presented at the hearing and that Debtors' Motion, and this Order Shortening Time and the Motion, shall be served pursuant to Local Rule 9006(d) on all parties no later than one day following the entry of this instant Order Shortening Time.

Additionally, pursuant to LR 9014(a)(3) this hearing may be treated as a status hearing and further hearings may be scheduled.

DATED this _____ day of _____, 2025.

Respectfully submitted,

/s/ *David A. Riggi*
David A. Riggi, Esq.
7900 W. Sahara Ave., Suite 100
Las Vegas, NV 89117
Ph: 1-702-463-7777
Fax: 1- 888-306-7157
E-mail: RiggiLaw@gmail.com
**Attorney for the Debtor in Possession**

2