Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone (702) 471-0065
Facsimile (702) 471-0075
rgubler@mjohnsonlaw.com
*Attorneys for Prospect Rainbow, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>Debtor in Possession | Case No. 25-10341-NMC<br><br>Chapter 11<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

NOTICE is hereby given that RUSSELL G. GUBLER of the law firm JOHNSON & GUBLER, P.C. has appeared in this case on behalf of creditor Prospect Rainbow, LLC pursuant to Bankruptcy Rule 9010(b) and Bankruptcy Rule 2002, and requests notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings by the Court, Debtors, or other parties in interest.

All such documents should be mailed to the following:

RUSSELL G. GUBLER, ESQ.
JOHNSON & GUBLER, P.C.
8831 WEST SAHARA AVENUE
LAS VEGAS NV 89117

////

////

1

1  In addition, creditor Prospect Rainbow, LLC through its counsel Russell G. Gubler requests

2  that its counsel Russell G. Gubler be added to the master mailing list in this case.

3  DATED this 20th day of January, 2017.

4  JOHNSON & GUBLER, P.C.

5  /s/ Russell G. Gubler                      .
   Matthew L. Johnson (6004)
   Russell G. Gubler (10889)
6  831 West Sahara Avenue
   Las Vegas, NV  89117
7  Telephone (702) 388-1996
   Facsimile (702) 471-0075
8  rgubler@mjohnsonlaw.com

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Johnson & Gubler, P.C. and that on February 25, 2025, I caused to be served a true and correct copy of the **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** in the following manner:

[X]  **a.  Electronic Service**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

[ ]  **b.  United States Mail**

By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

[ ]  **c.  Facsimile Transmission**

By facsimile to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written. No error was reported by the facsimile machine that I used.

[ ]  **d.  Personal Service**

  [ ]  For a party represented by an attorney, delivery was made by handing the documents to the attorney or by leaving the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents in a conspicuous place in the office, on the date written above.
  [ ]  For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there, on the date written above.

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: February 25, 2025.

                    */s/ Annabelle Nudo*                    .
                    An Employee of Johnson & Gubler, P.C.