David A. Riggi, Esq.
Bar No. 4727
7900 W. Sahara Ave. Suite 100
Las Vegas, Nevada 89117
Telephone:  (702) 463-7777
Facsimile:  (888) 306-7157
riggilaw@gmail.com
*Attorney for the Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 25-10341 NMC |
| NUMALE CORPORATION, | Chapter 11 |
| Debtor in Possession. | DATE:   March 11, 2025 |
| | TIME:    9:30 a.m. |

### NOTICE OF HEARING ON MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS

NOTICE IS HEREBY GIVEN that the Debtor filed a ("Motion") to extend the time to file schedules and statements.

NOTICE IS FURTHER GIVEN that any party who objects to the Debtor's Motion must do so in a timely and proper manner:

Oppositions to a request must be filed and service of the opposition must be completed on the requestor no later than fourteen (14) days preceding the hearing date for the request. The opposition must set forth all relevant facts and any relevant legal authority. An opposition must be supported by affidavits or declarations that conform to the provisions of Local Rule 9014(c).

If an objection is not timely filed and served, an order for the aforementioned request and appropriate relief may be granted. LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge , telephonically with the toll-free conference line of:

(833) 435-1820, Meeting ID 161 166 2815 and Passcode 115788#, on **March 11 , 2025 at 9:30 a.m.**

Dated this 10thth day of February, 2025.

Respectfully Submitted,

*/s/ David A. Riggi*
David A. Riggi, Esq.
Bar No. 4727
7900 W. Sahara Ave. #100
Las Vegas, Nevada 89117
Telephone:  (702) 463-7777
**Attorney for the Debtor in Possession**

.