UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>NUMALE CORPORATION | CASE NO: 25-10341-NMC<br><br>**DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br><br>Chapter: 11 |

On 2/14/2025, I did cause a copy of the following documents, described below,

MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS

NOTICE OF HEARING RE MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 2/14/2025

/s/ David A. Riggi
David A. Riggi  4727

Riggi Law Firm
7900 W Sahara Ave
Las Vegas, NV  89117
702 463 7777
riggilaw@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| IN RE: | CASE NO: 25-10341-NMC |
|---|---|
| NUMALE CORPORATION | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 2/14/2025, a copy of the following documents, described below,

MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS

NOTICE OF HEARING RE MOTION TO EXTEND TIME TO FILE SCHEDULES AND STATEMENTS

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 2/14/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David A. Riggi
Riggi Law Firm
7900 W Sahara Ave
Las Vegas, NV  89117

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO

| | | |
|---|---|---|
| LABEL MATRIX FOR LOCAL NOTICING<br>NCRS ADDRESS DOWNLOAD<br>CASE 25-10341-NMC<br>DISTRICT OF NEVADA<br>FRI FEB 14 15-52-10 PST 2025 | CHAPTER 11  LV<br>300 LAS VEGAS BLVD  SO 4300<br>LAS VEGAS  NV 89101-5803 | FORD MOTOR CREDIT COMPANY  LLC  CO AIS PORT<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| NEWTEK SMALL BUSINESS FINANCE  LLC<br>STEPHENS LAW OFFICES<br>CO DAVID A STEPHENS<br>PO BOX 33130<br>LAS VEGAS  NV 89133-3130 | DEBTOR<br>NUMALE CORPORATION<br>6590 S RAINBOW BLVD<br>LAS VEGAS  NV 89118-3327 | ~~EXCLUDE~~<br>~~UNITED STATES BANKRUPTCY COURT~~<br>~~300 LAS VEGAS BLVD  SOUTH~~<br>~~LAS VEGAS  NV 89101-5833~~ |
| ARIZONA DEPARTMENT OF REVENUE<br>OFFICE OF THE ARIZONA ATTORNEY GENERAL<br>CO TAX  BANKRUPTCY AND COLLECTION SCT<br>2005 N CENTRAL AVE  SUITE 100<br>PHOENIX  AZ 85004-1546 | CLARK CO ASSESSOR CO BANKRUPTCY CLERK<br>500 S GRAND CENTRAL PKWY<br>PO BOX 551401<br>LAS VEGAS  NV 89155-1401 | CLARK CO TREASURER CO BANKRUPTCY CLERK<br>500 S GRAND CENTRAL PKSY<br>PO BOX 1220<br>LAS VEGAS  NV 89125-1220 |
| ELAVON<br>CO TIMOTHY F FROST  ESQ<br>7300 CHAPMAN HIGHWAY<br>KNOXVILLE  TN 37920-6612 | FOX FUNDING GROUP LLC<br>CO JOE LIEBERMAN  ESQ<br>LIEBERMAN AND KLESTZICK<br>POB 356<br>CEDARHURST  NY 11516-0356 | FORD MOTOR CREDIT COMPANY  LLC CO AIS PORTF<br>4515 N SANTA FE AVE DEPT APS<br>OKLAHOMA CITY  OK 73118-7901 |
| INNOVATIVE REAL ESTATE STRATEGIES<br>2975 S RAINBOW BLVD STE J<br>LAS VEGAS  NV 89146-6598 | INTERNAL REVENUE SERVICE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7346<br>PHILADELPHIA  PA 19101-7346 | KALAMATA CAPITAL GROUP  LLC<br>CO STEVEN BERKOVITCH<br>BERKOVITCH  BOUSKILA  PLLC<br>1545 US 202 SUITE 101<br>POMONA  NY 10970-2951 |
| NEWTEK LENDING<br>1981 MARCUS AVENUE STE 130<br>LAKE SUCCESS  NY 11042-1046 | NV DEPT OF TAXATION<br>BANKRUPTCY SECTION<br>500 E WASHINGTON AVE STE 13000<br>LAS VEGAS  NV 89101-1000 | NEVADA DEPT OF EMPL SECURITY<br>500 E 3RD ST<br>CARSON CITY  NV 89713-0001 |
| SOCIAL SECURITY ADMINISTRATION<br>ATTN BANKR DESK<br>PO BOX 33021<br>BALTIMORE  MD 21290-3021 | STATE OF NV DMV<br>ATTN LEGAL DIVISION<br>555 WRIGHT WAY<br>CARSON CITY  NV 89711-0001 | THE LCF GROUP<br>LEGAL DEPARTMENT<br>3000 MARCUS AVE SUITE 2W15<br>NEW HYDE PARK  NY 11042-1005 |
| US TRUSTEE  LV  11<br>300 LAS VEGAS BOULEVARD S<br>SUITE 4300<br>LAS VEGAS  NV 89101-5803 | DAVID A RIGGI<br>RIGGI LAW FIRM<br>7900 W SAHARA AVE<br>SUITE 100<br>LAS VEGAS  NV 89117-7921 | |