Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: Alyssa.Rogan@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. BK-25-10341-NMC |
| NUMALE CORPORATION, | Chapter 11 |
| Debtor. | |

## CERTIFICATE OF SERVICE

     I, ALYSSA A. ROGAN, under penalty of perjury declare that I am and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action and that on February 27, 2025, I caused a copy of the foregoing:

- **THE U.S. TRUSTEE'S OBJECTION AND RESERVATION OF RIGHTS TO DEBTOR'S MOTION TO EXTEND TIME TO FILE SCHEDULES & STATEMENTS [ECF NO. 27];**

- **THE U.S. TRUSTEE'S OBJECTION AND RESERVATION OF RIGHTS TO MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF DEBTORS' CHAPTER 11 CASES UNDER FEDERAL RULE OF BANKRUPTY PROCEDURE 1015(B) [ECF NO. 35]**

to be served on the following parties:

☑    a.  ECF System (attach Notice of Electronic Filing or list of persons & addresses):

        CHAPTER 11 - LV                  USTPRegion17.lv.ecf@usdoj.gov

1

|   |   |   |
|---|---|---|
| 1 | MATTHEW L. JOHNSON | mjohnson@mjohnsonlaw.com; annabelle@mjohnsonlaw.com; kristi@mjohnsonlaw.com; kathra@mjohnsonlaw.com; admin@mjohnsonlaw.com |
| 2 | DAVID A RIGGI | darnvbk@gmail.com; 2782@notices.nextchapterbk.com |
| 3 | DAVID A. STEPHENS | dstephens@davidstephenslaw.com; dstephens@lvcoxmail.com |
| 4 | U.S. TRUSTEE - LV - 11 | USTPRegion17.lv.ecf@usdoj.gov |
| 5 | JUSTIN CHARLES VALENCIA | justin.c.valencia@usdoj.gov |

☑ b. U.S. Mail, postage fully prepaid:

*See* Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct.

Signed: February 27, 2025

/s/ *Alyssa A. Rogan*
Alyssa A. Rogan

# EXHIBIT A

```
Label Matrix for local noticing          ARIZONA DEPARTMENT OF REVENUE            CHAPTER 11 - LV
0978-2                                   Office of the Arizona Attorney General - 300 LAS VEGAS BLVD., SO. #4300
Case 25-10341-nmc                        c/o Tax, Bankruptcy and Collection Sct   LAS VEGAS, NV 89101-5803
District of Nevada                       2005 N Central Ave, Suite 100
Las Vegas                                Phoenix, AZ 85004-1546
Thu Feb 27 15:52:45 PST 2025

Clark Co Assessor c/o Bankruptcy Clerk   Clark Co Treasurer c/o Bankruptcy Clerk  Clark Co Treasurer c/o Bankruptcy Clerk
500 S Grand Central Pkwy                 500 S Grand Central Pksy                 500 S Grand Central Pkwy
Po Box 551401                            Po Box 1220                              Po Box 1220
Las Vegas, NV 89155-1401                 Las Vegas, NV 89125-1220                 Las Vegas, NV 89125-1220


DLP Funding LLC                          ELAVON                                   FOX FUNDING GROUP LLC
c/o/ Law Office of Jacob Z Weinstein     c/o TIMOTHY F. FROST, ESQ.               c/o JOE LIEBERMAN, ESQ.
420 Central Ave Ste 301                  7300 CHAPMAN HIGHWAY                     LIEBERMAN AND KLESTZICK
Cedarhurst, NY 11516-1000                Knoxville, TN 37920-6612                 POB 356
                                                                                  Cedarhurst, NY 11516-0356


Ford Motor Credit Company, LLC c/o AIS Portf  Ford Motor Credit Company, LLC, c/o AIS Port  INNOVATIVE REAL ESTATE STRATEGIES
4515 N. Santa Fe Ave. Dept. APS          4515 N Santa Fe Ave. Dept. APS           2975 S RAINBOW BLVD STE J
Oklahoma City, OK 73118-7901             Oklahoma City, OK 73118-7901             Las Vegas, NV 89146-6598


Internal Revenue Service                 MATTHEW L. JOHNSON                       KALAMATA CAPITAL GROUP, LLC
ATTN: BANKRUPTCY DEPT                    JOHNSON & GUBLER, P.C.                   c/o STEVEN BERKOVITCH
PO Box 7346                              8831 WEST SAHARA AVENUE                  BERKOVITCH & BOUSKILA, PLLC
PHILADELPHIA, PA 19101-7346              LAS VEGAS, NV 89117-5865                 1545 US 202 SUITE 101
                                                                                  Pomona, NY 10970-2951


KRAVIT HOVEL & KRAWCZYK                  MICHAEL E SANCHEZ                        NEWTEK LENDING
825 N JEFFERSON ST                       C/O NICHOLAS ROWLEY, ESQ                 1981 MARCUS AVENUE STE 130
Milwaukee, WI 53202-3737                 421 W Water St                           Lake Success, NY 11042-1046
                                         Decorah, IA 52101-1731


NEWTEK SMALL BUSINESS FINANCE, LLC       NUMALE CORPORATION                       NV Dept of Taxation
STEPHENS LAW OFFICES                     6590 S RAINBOW BLVD                      Bankruptcy Section
C/O DAVID A. STEPHENS                    LAS VEGAS, NV 89118-3327                 500 E Washington Ave Ste 13000
P.O. BOX 33130                                                                    Las Vegas, NV 89101-1000
LAS VEGAS, NV 89133-3130


Nevada Dept of Empl Security             Prospect Rainbow, LLC                    DAVID A RIGGI
500 E 3rd St                             c/o JOHNSON & GUBLER, P.C.               RIGGI LAW FIRM
Carson City, NV 89713-0001               Attn: Russell G. Gubler, Esq.            7900 W SAHARA AVE
                                         8831 W. Sahara Ave                       SUITE 100
                                         Las Vegas, NV 89117-5865                 LAS VEGAS, NV 89117-7921


ALYSSA A. ROGAN                          DAVID A. STEPHENS                        Social Security Administration
U.S. DEPARTMENT OF JUSTICE, USTP         STEPHENS LAW OFFICES                     Attn: Bankr Desk
300 LAS VEGAS BLVD. SOUTH                PO BOX 33850                             Po Box 33021
SUITE 4300                               LAS VEGAS, NV 89133-3850                 Baltimore, MD 21290-3021
LAS VEGAS, NV 89101-5803


State of NV DMV                          THE LCF GROUP                            U.S. TRUSTEE - LV - 11
Attn: Legal Division                     LEGAL DEPARTMENT                         300 LAS VEGAS BOULEVARD S.
555 Wright Way                           3000 MARCUS AVE SUITE 2W15               SUITE 4300
Carson City, NV 89711-0001               New Hyde Park, NY 11042-1005             LAS VEGAS, NV 89101-5803
```

```
JUSTIN CHARLES VALENCIA              Wyoming Office Park, LLC
U.S. DEPT OF JUSTICE                 P.O. Box 20718
OFFICE OF THE UNITED STATES TRUSTEE  P.O. Box 20718
300 LAS VEGAS BLVD SOUTH             Albuquerque, NM 87154-0718
SUITE 4300
LAS VEGAS, NV 89101-5803
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Prospect Rainbow, LLC             End of Label Matrix
c/o JOHNSON & GUBLER, P.C.           Mailable recipients   31
Attn: Russell G. Gubler, Esq.        Bypassed recipients    1
8831 W. Sahara Ave                   Total                 32
Las Vegas, NV 89117-5865
```