David A. Riggi, Esq**.**
7900 West Sahara Ave. Suite 100
Las Vegas, NV 89117
Ph:   1-702-463-7777
Fax:   1-888-306-7157
E-mail: RiggiLaw@gmail.com
*Attorney for Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>    Debtor in Possession. | Case No.: 25-10341-NMC<br>Chapter 11<br>Hearing Date:  OST<br>Hearing Time: OST |

**EX-PARTE APPLICATION FOR
ORDER SHORTENING TIME FOR HEARING ON
MOTION FOR AN ORDER
AUTHORIZING CONTINUED MAINTENANCE AND
REDESIGNATION OF EXISTING BANK ACCOUNTS AND
A WAIVER OF CERTAIN GUIDELINES RELATING TO BANK ACCOUNTS**

COMES NOW the Debtor and Debtor in Possession, by and through its attorney, David A. Riggi, pursuant to Bankruptcy Rule 9006(c) and requests of this Court an Order Shortening Time for hearing on its "MOTION FOR AN ORDER AUTHORIZING CONTINUED MAINTENANCE AND REDESIGNATION OF EXISTING BANK ACCOUNTS AND A WAIVER OF CERTAIN GUIDELINES RELATING TO BANK ACCOUNTS" ("Motion"), upon the grounds set forth in the Declaration of David A. Riggi, Esq. in support hereof, which was filed contemporaneously with the instant Application.

Bankruptcy Rule 9006(c) provides, in the pertinent part, as follows:

Except as provided in paragraph (2) of this subdivision [none of which is applicable in the instant case], when an act is required or allowed to be done at or within a specified time by these rules or by notice given there under or by order of the court, the court for cause shown may within its discretion with or without motion or notice order the period reduced.

Debtor submits that the facts set forth in the Declaration of David A. Riggi filed contemporaneously with this application constitute sufficient cause for the granting of an Order Shortening Time to hear the Motion as soon as **March 11, 2025, at 9:30 a.m.**

Dated this 2nd day of March, 2025.

/s/ *David A. Riggi*
David A. Riggi, Esq.
7900 West Sahara Avenue, Suite 100
Las Vegas, NV 89117
Ph: 1-702-463-7777
Fax: 1- 888-306-7157
E-mail: RiggiLaw@gmail.com
***Attorney for the Debtor in Possession***

2