David A. Riggi, Esq.
7900 W. Sahara Ave. Suite 100
Las Vegas, NV 89117
Ph:   1-702-463-7777
Fax:  1-888-306-7157
E-mail: RiggiLaw@gmail.com
*Attorney for Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:

NUMALE CORPORATION,

    Debtor in Possession.

Case No.: 25-10341-NMC

Chapter 11

Hearing Date: OST

Hearing Time: OST

**DECLARATION OF DAVID A. RIGGI IN SUPPORT OF THE
EX-PARTE APPLICATION FOR
ORDER SHORTENING TIME FOR HEARING ON
MOTION FOR AN ORDER
AUTHORIZING CONTINUED MAINTENANCE AND
REDESIGNATION OF EXISTING BANK ACCOUNTS AND
A WAIVER OF CERTAIN GUIDELINES RELATING TO BANK ACCOUNTS**

I, David A. Riggi declare, under penalty of perjury, the following:

    1.    I am attorney of record for Debtor in the instant bankruptcy proceeding and have knowledge and am competent to testify concerning the facts set forth herein.

    2.    I will/have file/filed a "MOTION FOR AN ORDER AUTHORIZING CONTINUED MAINTENANCE AND REDESIGNATION OF EXISTING BANK ACCOUNTS AND A WAIVER OF CERTAIN GUIDELINES RELATING TO BANK ACCOUNTS" ("Motion").

    3.    An Order Shortening Time is required to approve the Debtor's Motion in order to facilitate case administration and consistency with US Trustee Guidelines.

4. If the court does not grant the Motion, then this case and its affiliated cases will continue to be operating in a manner that is inconsistent with US Trustee Guidelines and the Debtor, and all parties in interest, would be benefitted by the Debtor knowing, as soon as possible, that it must seeking new debtor in possession accounts.

5. Based upon the foregoing, I respectfully request an Order Shortening Time such that the hearing on the Motion be set for a date and time is early on the court's docket is available and as soon as **March 11, 2025, at 9:30 a.m**., a date and time on which there are already other matters on the Court's docket in this case.

Dated this 4th day of March, 2025.

/s/ *David A. Riggi*
David A. Riggi, Esq.
7900 W. Sahara Ave. Suite 100
Las Vegas, NV 89117
Ph:   1-702-463-7777
Fax: 1- 888-306-7157
E-mail: RiggiLaw@gmail.com
***Attorney for the Debtor in Possession***