David A. Riggi, Esq**.**
7900 W. Sahara Ave. Suite 100
Las Vegas, NV 89117
Ph:     1-702-463-7777
Fax:    1-888-306-7157
E-mail: RiggiLaw@gmail.com
***Attorney for Debtor in Possession***

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | ) | Case No.: 25-10341-NMC |
|---|---|---|
| | ) | |
| | ) | Chapter 11 |
| NUMALE CORPORATION , | ) | |
| | ) | Hearing Date:  OST |
| | ) | |
| Debtor in Possession. | ) | Hearing Time: OST |
| | ) | |

**ATTORNEY INFORMATION SHEET FOR
PROPOSED ORDER SHORTENING TIME FOR HEARING ON
MOTION FOR AN ORDER
AUTHORIZING CONTINUED MAINTENANCE AND
REDESIGNATION OF EXISTING BANK ACCOUNTS AND
A WAIVER OF CERTAIN GUIDELINES RELATING TO BANK ACCOUNTS**

As required by the Court, I have contacted the person listed below regarding the attached proposed Order Shortening Time. He/She agrees or disagrees to the time being shortened, as indicated below:

NAME          DATE CONTACTED          AGREE          DISAGREE

Justin Valencia, Esq……………...2-28-25 …………..……..AGREED
Office of the UST

David Stephens, Esq………………….2-28-25………………...AGREED
For NewTek

Jason Wienstein, Esq………….……..2-28-25………………….AGREED
For DLP Funding


Dated this 4th day of March, 2025.

/s/ *David A. Riggi*
David A. Riggi, Esq.
7900 W. Sahara Ave. Suite 100
Las Vegas, NV 89117
***Attorney for the Debtor in Possession***

1