

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
March 06, 2025

_____

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No.: 25-10341-nmc |
| NUMALE CORPORATION, | Chapter 11 |
| Debtor in Possession. | Hearing Date: March 11, 2025 |
| | Hearing Time: 9:30 AM |

**ORDER SHORTENING TIME FOR HEARING ON
MOTION FOR AN ORDER
AUTHORIZING CONTINUED MAINTENANCE AND
REDESIGNATION OF EXISTING BANK ACCOUNTS AND
A WAIVER OF CERTAIN GUIDELINES RELATING TO BANK ACCOUNTS**

This Court having considered Debtor's Ex-parte Application for Order Shortening Time for Hearing on Debtor's "MOTION FOR AN ORDER AUTHORIZING CONTINUED MAINTENANCE AND REDESIGNATION OF EXISTING BANK ACCOUNTS AND A WAIVER OF CERTAIN GUIDELINES RELATING TO BANK ACCOUNTS" (Motion") and good cause appearing:

IT IS HEREBY ORDERED that the Ex Parte Application for Order Shortening Time be, and the same hereby is, GRANTED;

AND IT IS FURTHER ORDERED that Debtor's "MOTION FOR AN ORDER AUTHORIZING CONTINUED MAINTENANCE AND REDESIGNATION OF EXISTING BANK ACCOUNTS AND A WAIVER OF CERTAIN GUIDELINES RELATING TO BANK ACCOUNTS" shall be heard on shortened time by a United States Bankruptcy Judge on

<u>March 11, 2025</u>, at <u>9:30 AM</u>  with the hearing being held telephonically with the  following telephone access protocol:

Phone number dial-in (833) 435-1820,  Meeting ID of 161 166 2815, and access code of 115788#;

  AND IT IS FURTHER ORDERED that any objections or oppositions may be presented at the hearing and that Debtor's Motion, together with any supporting documents, and this Order Shortening Time, shall be served pursuant to Local Rule 9006(d) on all parties no later than one day following the entry of the instant Order Shortening Time.

  Additionally, pursuant to LR 9014(a)(3) this hearing may be treated as a status hearing and further hearings may be scheduled.

  IT IS SO ORDERED.

Respectfully submitted,

/s/ *David A. Riggi*
David A. Riggi, Esq.
7900 W Sahara Ave. Suite 100
Las Vegas, NV 89117
Ph: 1-702-463-7777
Fax: 1- 888-306-7157
E-mail: RiggiLaw@gmail.com
***Attorney for the Debtor in Possession***