Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorney for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>Debtor. | Case No. BK-25-10341-NMC<br>Chapter 11 |

**STATEMENT CONCERNING THE UNITED STATES TRUSTEE'S**
**INABILITY TO APPOINT COMMITTEE OF UNSECURED CREDITORS**

Tracy Hope Davis, the United States Trustee (the "U.S. Trustee"), submits this statement that the U.S. Trustee is unable to appoint a committee of unsecured creditors for the above-named case at this time. However, pursuant to the U.S. Trustee's independent statutory duty pursuant to 11 U.S.C. § 1102, the U.S. Trustee reserves the right to form a committee of unsecured creditors in the future.

Dated: March 10, 2025          Respectfully submitted,

                                              TRACY HOPE DAVIS
                                              UNITED STATES TRUSTEE

                                              By: /s/ *Justin C. Valencia*
                                                  Justin C. Valencia, Esq.
                                                  Trial Attorney for U.S. Trustee