Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: Alyssa.Rogan@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>       Debtor. | Case No. BK-25-10341-NMC<br>Chapter 11<br><br>Hearing Date: March 11, 2025<br>Hearing Time: 9:30 a.m.<br>Tel. Conf. Line: 833-435-1820<br>Meeting ID: 161 166 2815<br>Passcode: 115788# |

## CERTIFICATE OF SERVICE

I, ALYSSA A. ROGAN, under penalty of perjury declare that I am and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action and that on March 7, 2025, I caused a copy of the foregoing:

- **U.S. TRUSTEE'S RESPONSE, OBJECTION, AND RESERVATION OF RIGHTS TO DEBTOR'S MOTION FOR AN ORDER AUTHORIZING CONTINUED MAINTENANCE AND REDESIGNATION OF EXISTING BANK ACCOUNTS AND A WAIVER OF CERTAIN GUIDELINES RELATING TO BANK ACCOUNTS [ECF NO. 44]**

to be served on the following parties:

☑    a.  ECF System (attach Notice of Electronic Filing or list of persons & addresses):

           CHAPTER 11 - LV                 USTPRegion17.lv.ecf@usdoj.gov

| | |
|---|---|
| MATTHEW L. JOHNSON | mjohnson@mjohnsonlaw.com;<br>annabelle@mjohnsonlaw.com;<br>kristi@mjohnsonlaw.com;<br>kathra@mjohnsonlaw.com;<br>admin@mjohnsonlaw.com |
| DAVID A RIGGI | darnvbk@gmail.com;<br>2782@notices.nextchapterbk.com |
| DAVID A. STEPHENS | dstephens@davidstephenslaw.com;<br>dstephens@lvcoxmail.com |
| U.S. TRUSTEE - LV - 11 | USTPRegion17.lv.ecf@usdoj.gov |
| JUSTIN CHARLES VALENCIA | justin.c.valencia@usdoj.gov |

I declare under penalty of perjury that the foregoing is true and correct.

Signed: March 10, 2025

/s/ *Alyssa A. Rogan*
Alyssa A. Rogan