UNITED STATES BANKRUPTCY COURT
District of Nevada Las Vegas

| | |
|---|---|
| In re:<br>  NUMALE CORPORATION,<br>      Debtor(s). | Case No.: 25-10341<br>Chapter: 11 |

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 03/10/2025, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

STATEMENT CONCERNING THE UNITED STATES TRUSTEE'S INABILITY TO APPOINT COMMITTEE OF UNSECURED CREDITORS

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
03/10/2025

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

# Exhibit A - Certificate of Service
## NUMALE CORPORATION 25-10341

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22273 | ARIZONA DEPARTMENT OF REVENUE , Office of the Arizona Attorney General -, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix, AZ, 85004-1546 | First Class |
| 22273 | Clark Co Assessor c/o Bankruptcy Clerk , 500 S Grand Central Pkwy, Po Box 551401, Las Vegas, NV, 89155-1401 | First Class |
| 22273 | Clark Co Treasurer c/o Bankruptcy Clerk , 500 S Grand Central Pkwy, Po Box 1220, Las Vegas, NV, 89125-1220 | First Class |
| 22273 | Clark Co Treasurer c/o Bankruptcy Clerk , 500 S Grand Central Pksy, Po Box 1220, Las Vegas, NV, 89125-1220 | First Class |
| 22273 | DAVID A RIGGI , RIGGI LAW FIRM, 7900 W SAHARA AVE, SUITE 100, LAS VEGAS, NV, 89117-7921 | First Class |
| 22273 | DLP Funding LLC , c/o/ Law Office of Jacob Z Weinstein, 420 Central Ave Ste 301, Cedarhurst, NY, 11516-1000 | First Class |
| 22273 | ELAVON , c/o TIMOTHY F. FROST, ESQ., 7300 CHAPMAN HIGHWAY, Knoxville, TN, 37920-6612 | First Class |
| 22273 | Ford Motor Credit Company, LLC c/o AIS Portf, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK, 73118-7901 | First Class |
| 22273 | Ford Motor Credit Company, LLC, c/o AIS Port, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK, 73118-7901 | First Class |
| 22273 | FOX FUNDING GROUP LLC , c/o JOE LIEBERMAN, ESQ., LIEBERMAN AND KLESTZICK, POB 356, Cedarhurst, NY, 11516-0356 | First Class |
| 22273 | INNOVATIVE REAL ESTATE STRATEGIES , 2975 S RAINBOW BLVD STE J, Las Vegas, NV, 89146-6598 | First Class |
| 22273 | Internal Revenue Service , ATTN: BANKRUPTCY DEPT, PO Box 7346, PHILADELPHIA, PA, 19101-7346 | First Class |
| 22273 | KALAMATA CAPITAL GROUP, LLC , c/o STEVEN BERKOVITCH, BERKOVITCH & BOUSKILA, PLLC, 1545 US 202 SUITE 101, Pomona, NY, 10970-2951 | First Class |
| 22273 | KRAVIT HOVEL & KRAWCZYK , 825 N JEFFERSON ST, Milwaukee, WI, 53202-3737 | First Class |
| 22273 | MICHAEL E SANCHEZ , C/O NICHOLAS ROWLEY, ESQ, 421 W Water St, Decorah, IA, 52101-1731 | First Class |
| 22273 | Nevada Dept of Empl Security , 500 E 3rd St, Carson City, NV, 89713-0001 | First Class |
| 22273 | NEWTEK LENDING , 1981 MARCUS AVENUE STE 130, Lake Success, NY, 11042-1046 | First Class |
| 22273 | NEWTEK SMALL BUSINESS FINANCE, LLC , STEPHENS LAW OFFICES, C/O DAVID A. STEPHENS, P.O. BOX 33130, LAS VEGAS, NV, 89133-3130 | First Class |
| 22273 | NUMALE CORPORATION , 6590 S RAINBOW BLVD, LAS VEGAS, NV, 89118-3327, United States of America | First Class |
| 22273 | NV Dept of Taxation , Bankruptcy Section, 500 E Washington Ave Ste 13000, Las Vegas, NV, 89101-1000 | First Class |
| 22273 | Prospect Rainbow, LLC , c/o JOHNSON & GUBLER, P.C., Attn: Russell G. Gubler, Esq., 8831 W. Sahara Ave, Las Vegas, NV, 89117-5865 | First Class |
| 22273 | Prospect Rainbow, LLC , c/o JOHNSON & GUBLER, P.C., Attn: Russell G. Gubler, Esq., 8831 W. Sahara Ave, Las Vegas, NV, 89117-5865 | First Class |
| 22273 | Social Security Administration , Attn: Bankr Desk, Po Box 33021, Baltimore, MD, 21290-3021 | First Class |
| 22273 | State of NV DMV , Attn: Legal Division, 555 Wright Way, Carson City, NV, 89711-0001 | First Class |
| 22273 | THE LCF GROUP , LEGAL DEPARTMENT, 3000 MARCUS AVE SUITE 2W15, New Hyde Park, NY, 11042-1005 | First Class |
| 22273 | United States Bankruptcy Court, 300 Las Vegas Blvd., South, Las Vegas, NV, 89101-5833, United States of America | First Class |
| 22273 | WFNZ-FM , c/o Szabo Associates, Inc, 3355 Lenox Road NE, Suite 945, Atlanta, GA, 30326-1357 | First Class |
| 22273 | Wyoming Office Park, LLC , P.O. Box 20718, Albuquerque, NM, 87154-0718 | First Class |