**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \* \*

In re:

    **David A. Riggi**

    **Attorney at Law, Bar No. 4727**

**ADMINISTRATIVE ORDER 2025-04**

On March 12, 2025 The Honorable Andrew P. Gordon, Chief Judge of the United States District Court for the District of Nevada, issued an Order Granting Motion for Reinstatement in Case No.: 2:25–ms-00004-APG, with respect to the above-captioned legal counsel. Good cause appearing,

**IT IS HEREBY ORDERED** that Administrative Order 2025-03 is **RESCINDED**. Mr. Riggi is reinstated to practice in this Court.

**IT IS FURTHER ORDERED** that the Clerk of the Bankruptcy Court shall docket this administrative order in all pending bankruptcy cases in which David A. Riggi is the attorney of record. In addition, the Clerk of the Bankruptcy Court shall send a copy this administrative order through the Bankruptcy Noticing Center to the appropriate debtor(s).

**IT IS SO ORDERED.**

*Digitally signed by August B. Landis*
*Date: 2025.03.12 13:07:08 -07'00'*

August B. Landis, Chief Judge
United States Bankruptcy Court
District of Nevada