United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 25-10341-nmc |
| NUMALE CORPORATION | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 12, 2025 | Form ID: pdf928 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | NUMALE CORPORATION, 6590 S RAINBOW BLVD, LAS VEGAS, NV 89118-3327 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Mar 14, 2025 | Signature: | /s/Gustava Winters |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYSSA A. ROGAN | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 alyssa.rogan@usdoj.gov |
| CHAPTER 11 - LV | USTPRegion17.lv.ecf@usdoj.gov |
| DAVID A RIGGI (SUSPENDED) | on behalf of Debtor NUMALE CORPORATION darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A. STEPHENS | on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE LLC dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com |
| JUSTIN CHARLES VALENCIA | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 justin.c.valencia@usdoj.gov |
| MATTHEW L. JOHNSON | |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 12, 2025 | Form ID: pdf928 | Total Noticed: 1 |

on behalf of Creditor Prospect Rainbow  LLC mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

U.S. TRUSTEE - LV - 11

USTPRegion17.lv.ecf@usdoj.gov

TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

\* \* \* \* \* \*

| | |
|---|---|
| In re:<br>**David A. Riggi**<br>**Attorney at Law, Bar No. 4727** | ADMINISTRATIVE ORDER 2025-04 |

On March 12, 2025 The Honorable Andrew P. Gordon, Chief Judge of the United States District Court for the District of Nevada, issued an Order Granting Motion for Reinstatement in Case No.: 2:25–ms-00004-APG, with respect to the above-captioned legal counsel. Good cause appearing,

**IT IS HEREBY ORDERED** that Administrative Order 2025-03 is **RESCINDED**. Mr. Riggi is reinstated to practice in this Court.

**IT IS FURTHER ORDERED** that the Clerk of the Bankruptcy Court shall docket this administrative order in all pending bankruptcy cases in which David A. Riggi is the attorney of record. In addition, the Clerk of the Bankruptcy Court shall send a copy this administrative order through the Bankruptcy Noticing Center to the appropriate debtor(s).

**IT IS SO ORDERED.**

*Digitally signed by August B. Landis*
*Date: 2025.03.12 13:07:08 -07'00'*

August B. Landis, Chief Judge
United States Bankruptcy Court
District of Nevada