Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>                    Debtor. | Case No. BK-25-10341-NMC<br>Chapter 11<br><br>Hearing Date: *OST Requested*<br>Hearing Time: *OST Requested*<br>Location: *OST Requested*<br><br>Est. Time: 30 minutes |

**UNITED STATES TRUSTEE'S MOTION FOR ORDER SHORTENING TIME ON THE UNITED STATES TRUSTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO CONVERT OR DISMISS THIS CASE PURSUANT 11 U.S.C. § 1112(b), AND RESERVATION OF RIGHTS**

Tracy Hope Davis, the United States Trustee for Region 17 ("UST"), by and through her undersigned counsel, hereby files this *Ex Parte* Motion for an Order Shortening Time ("OST Motion") on the *United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or, in the Alternative, to Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) and Reservation of Rights* ("Motion").

1

Counsel for the UST respectfully requests the Motion be heard on March 27, 2025, at 9:30 a.m. (PST) which is the same date and time as several other matters being heard by this Court in the above-named case. Counsel for the UST estimates the hearing on these Motions, collectively, will take approximately thirty (30) minutes.

This OST Motion is made and based on the following points and authorities, the Declaration of United States Trustee Trial Attorney, Justin C. Valencia ("Valencia Decl."), the required Attorney Information Sheet, and the papers and pleadings on file in this case.

## **AUTHORITIES & DISCUSSION**

1. The UST filed the Motion concurrently with the OST Motion. The factual background regarding the Debtor's Chapter 11 case Chapter 11 bankruptcy cases is set forth fully in the UST's Motion.

2. Fed. R. Bankr. P. 9006(c)(1) generally permits a bankruptcy court, for cause shown and in its discretion, to reduce the time period for giving notice. In particular, Bankruptcy Rule 9006(c)(1) provides as follows:

> Except as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

Fed. R. Bankr. P. 9006(c)(1).

3. Local Bankruptcy Rule ("LR") 9006 provides further authority for shortening the time for giving notice of a hearing. LR 9006(a) provides, in pertinent part:

> Unless the court permits otherwise, every motion for an order shortening time must be accompanied by an affidavit or declaration containing the facts and circumstances as to why an expedited hearing is required along with a copy of the motion for which an expedited hearing is sought.

4.    As set forth in the Declaration filed in support of this OST Motion, there are compelling reasons for scheduling an expedited hearing on the United States Trustee's Motion. [*See* Valencia Decl. *generally*]. The UST asserts that cause exists to appoint a trustee under 11 U.S.C. § 1104(a)(1), and it is in the best interests of creditors under 11 U.S.C. § 1104(a)(2), or alternatively, dismiss this case because the Debtor failed to comply with its fiduciary duties under the Bankruptcy Code, including, failing to: (1) file MORs; (2) provide information to the UST; (3) provide full and accurate disclosures in timely manner; (4) list its largest unsecured creditor; and, (5) prosecute this case in an expeditious manner.

5.    LR 9006 requires the moving party to submit an Attorney Information Sheet indicating whether opposing counsel was provided with notice, whether opposing counsel consented to the hearing on an order shortening time, the date counsel was provided with notice and how notice was provided or attempted to be provided.  An Attorney Information Sheet is filed contemporaneously with this OST Motion.

**WHEREFORE**, the Trustee respectfully request that this Court grant the relief requested pursuant to this OST Motion and issue an order shortening time to hear the UST's Motion on March 27, 2025, at 9:30 a.m. (PST).

Dated: March 18, 2025          Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ *Justin C. Valencia*
    Justin C. Valencia, Esq.
    Trial Attorney for the United States Trustee

3