Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>                    Debtor. | Case No. BK-25-10341-NMC<br>Chapter 11<br><br>Hearing Date: *OST Requested*<br>Hearing Time: *OST Requested*<br>Location: *OST Requested*<br><br>Est. Time: 30 minutes |

**DECLARATION OF JUSTIN C. VALENCIA IN SUPPORT OF THE**
**UNITED STATES TRUSTEE'S MOTION FOR ORDER SHORTENING TIME**
**ON THE UNITED STATES TRUSTEE'S MOTION TO APPOINT A CHAPTER 11**
**TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO**
**CONVERT OR DISMISS THIS CASE PURSUANT 11 U.S.C. § 1112(b),**
**<u>AND RESERVATION OF RIGHTS</u>**

I, Justin C. Valencia, declare as follows:

1. I am a Trial Attorney for the United States Department of Justice, Las Vegas, Nevada Office of the United States Trustee, Region 17 ("UST").

2. I make this Declaration in support of the *United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or, in the Alternative, to Convert Case*

1

to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) and Reservation of Rights ("Motion") filed in the above-captioned chapter 11 case.

    3.    There are compelling reasons for scheduling an expedited hearing on the Motion. The above-named Debtor failed to comply with its fiduciary duties under the Bankruptcy Code, including, failing to: (1) timely file MORs; (2) provide information to the UST; (3) provide full and accurate disclosures in timely manner; (4) list its largest unsecured creditor; and, (5) prosecute this case in an expeditious manner.

    4.    Attached as Exhibit "1" and "2" hereto is a true and correct copy of the Motion and supporting Declaration as required by Local Bankruptcy Rule 9006(a).

I declare under penalty of perjury that the foregoing statements are true and correct.

Executed in Las Vegas, Nevada on March 18, 2025.

<em>/s/ Justin C. Valencia</em><br>
Justin C. Valencia, Esq.<br>
Trial Attorney for the United States Trustee