Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>FELICIANO NUMALE NEVADA PLLC,<br><br>Debtor. | Case No. BK-25-10342-NMC<br>Chapter 11<br><br>Hearing Date: *OST Requested*<br>Hearing Time: *OST Requested*<br>Location: *OST Requested*<br><br>Est. Time: 30 minutes |
|---|---|

**ATTORNEY INFORMATION SHEET**
**FOR PROPOSED ORDER SHORTENING TIME**

As required by the Court, I have contacted the parties listed below regarding the proposed Order Shortening Time for the United States Trustee's motion requesting a hearing on shortened time for the *United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or, in the Alternative, to Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) and Reservation of Rights*.

Counsel for the United States Trustee contacted the following parties, who responded as indicated below:

1

| Name | Party Represented | Date & Manner Contacted | Agree | Disagree | No Response |
|---|---|---|---|---|---|
| David A. Riggi, Esq. | Proposed Debtor's Counsel | March 17, 2025 By email March 18, 2025 By phone | | x | |
| David A. Stephens, Esq. | Counsel for Newtek Small Business Finance, LLC | March 17, 2025 By email | x | | |
| Matthew L. Johnson, Esq. | Counsel for Prospect Rainbow, LLC | March 17, 2025 By email March 18, 2025 By phone | | | x |
| Ogonna M. Brown, Esq.[1] | Counsel for Michael E. Sanchez | March 17, 2025 By email March 18, 2025 By phone | | | |
| Ryan J. Works, Esq.[2] | Counsel for Beazley Insurance | March 17, 2025 By email | | | x |

Dated: March 18, 2025

Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ *Justin C. Valencia*
    Justin C. Valencia, Esq.
    Trial Attorney for the United States Trustee

---

[1] During the phone call, counsel indicated that she is awaiting confirmation from her client.
[2] Received an out-of-office email reply indicating counsel is unavailable.

2