Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>　　　　　Debtor. | Case No. BK-25-10341-NMC<br>Chapter 11 |

**NOTICE OF WITHDRAWAL**

TO ALL INTERESTED PARTIES AND THEIR RESPECTIVE COUNSEL:

On March 18, 2025, Tracy Hope Davis, United States Trustee for Region 17 (the "UST"), by and through her undersigned counsel, filed the Attorney Information Sheet ("AIS") [ECF No. 66] in the above-named case. Because the AIS was filed in the incorrect case, the UST, through her undersigned counsel, hereby withdraws this AIS in this case.

Dated: March 18, 2025　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　TRACY HOPE DAVIS
　　　　　　　　　　　　　　　　UNITED STATES TRUSTEE

　　　　　　　　　　　　　　　　By: /s/ *Justin C. Valencia*
　　　　　　　　　　　　　　　　　　Justin C. Valencia, Esq.
　　　　　　　　　　　　　　　　　　Trial Attorney for United States Trustee