Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:    702.949.8200
Fax:    702.949.8398

*Attorneys for Creditor Michael E. Sanchez*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Numale Corporation,<br><br>                Debtor. | Case No. 25-10341-nmc<br><br>Chapter 11<br><br>**STIPULATION FOR ENTRY OF ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362 AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS TO JUDGMENT ONLY AS TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS**<br><br>Judge: Hon. Natalie M. Cox |

Creditor Michael E. Sanchez ("Sanchez") and Numale Corporation ("Debtor" and, collectively with Sanchez, the "Parties"), by and through their respective undersigned counsel, hereby stipulate as follows in connection with the Debtor's Bankruptcy Case No. 25-10341-nmc[1]:

## I.    FACTUAL AND PROCEDURAL BACKGROUND

### SANCHEZ V. NUMALE LITIGATION IN NEW MEXICO

1.    In 2020, Mr. Sanchez commenced litigation against debtors-in-possession Numale Corporation, Numale N.M. S.C. Corp. and its owners and officers, including Numale Corp. President Brad Palubicki in state court in New Mexico for medical negligence, battery, unfair and unconscionable trade practices, fraud and civil conspiracy, in the civil case of *Michael E. Sanchez v. Numale Corporation, Numale Albuquerque LLC d/b/a Numale Medical Center, Numale New Mexico S. C.*

---

[1] All references to "ECF No." are to the number assigned to the documents filed in this case as they appear on the docket maintained by the clerk of court. All references to "Section" are to the provisions of the Bankruptcy Code, 11 U.S.C. §§ 101-1532.  All references to "FRBP" are to the Federal Rules of Bankruptcy Procedure.  All references to "LR" are to the Local Rules of Bankruptcy Practice for the United States District Court for the District of Nevada.

127710553.2

*(left margin vertical text)* 3993 Howard Hughes Parkway, Suite 600 Las Vegas, NV 89169    WOMBLE BOND DICKINSON

*Corp., Christopher Asandra MD, Carlos Feliciano MD, Brad Palubicki and Justin Pulliam*, No. D-202-CV-2020-06336 (Hon. Beatrice Brickhouse) in the Second Judicial District Court in Bernalillo County, Albuquerque New Mexico[2] (hereinafter referred to as "New Mexico Case").

2.      Beazley Insurance, Syndicates of Lloyd's of London Insurance, provided insurance defense in connection with the New Mexico Case.

3.      On November 26, 2024, unsecured Creditor Michael E. Sanchez obtained a jury verdict against debtors-in-possession Numale Corporation ("Numale Corp.") and Numale New Mexico S.C. Corporation ("Numale NM SC") for a total of $412,005,149.00 before applicable interest and costs, *See* **Exhibit "1"**, Special Verdict Form.

4.      Pursuant to the jury's verdict, Debtors Numale Corp. and Numale NM SC, along with non-debtors Numale Albuquerque LLC d/b/a Numale Medical Center, Christopher Asandra MD, Carlos Feliciano MD, Brad Palubicki and Justin Pulliam ("Non-Debtors") are jointly and severally liable as co-conspirators with the other defendants for the entire verdict arising from fraud, unfair and unconscionable trade practices and negligence.  *See* **Exhibit 1** at page 4.

5.      Sanchez filed his Motion for Prejudgment Interest on December 9, 2024, seeking 10% simple interest per annum on the verdict, accruing at $112,878.12 per day, since December 31, 2020, through entry of a Judgment, a true and correct copy of which is attached hereto as **Exhibit "2"**.

6.      Sanchez filed his Cost Bill and Motion for Award of Costs In the Court's Discretion on December 23, 2024, seeking statutory taxable costs totaling $151,862.37 plus discretionary taxable costs totaling an additional $124,074.06, a true and correct copy of which is attached hereto as **Exhibit "3"**.

7.      After Sanchez initiated post-trial motions in the New Mexico Case including **Exhibits "2"** and **"3"**, , at the request of counsel for Beazley Insurance, who insured all defendants in the New Mexico Case including debtors-in-possession Numale Corp and Numale NM SC, on December 23,

---

[2] The Parties request pursuant to FRE 201(b), that this Court take judicial notice of the filings and all materials appearing on the docket in the above-captioned matter in the Bankruptcy Court and the New Mexico State Court Action. *See United States v. Wilson*, 631 F.2d 118, 119 (9th Cir. 1980); *see also Bank of America, N.A., v. CD-04, Inc. (In re Owner Management Service, LLC Trustee Corps.)*, 530 B.R. 711, 717 (Bankr. C.D. Cal. 2015) ("The Court may consider the records in this case, the underlying bankruptcy case and public records.").

127710553.2

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

WOMBLE BOND DICKINSON

2024 the parties to the New Mexico Case notified the trial court that they were in discussion regarding resolution and asked the court to refrain from setting hearings or entering anything to prevent "the distractions or deadlines created by pending or expected post-trial proceedings." They memorialized this in a Joint Stipulated Motion for Stay of Posttrial Proceedings ("State Court Stay Stipulation 1") filed on January 6, 2025, a true and accurate copy of which is attached hereto as **Exhibit "4".**

8.     On January 10, 2025, the court in the New Mexico Case entered a Stipulated Order Staying Posttrial Proceedings until January 31, 2025, a true and correct copy of which is attached hereto as **Exhibit "5"**.

9.     Also at the request of counsel for Beazley Insurance, on January 30, 2025, the parties in the New Mexico Case submitted a Joint Stipulated Motion to Extend Stay of Post-Trial Proceedings to March 15, 2025 ("State Court Stay Stipulation 2"), a true and correct copy of which is attached hereto as **Exhibit "6"**.

10.     The Joint Motion to Extend Stay cited the need for additional time "to continue their good faith discussions regarding resolution" and to "focus efforts on resolution." *See*, **Exhibit 6**.

11.     On February 12, 2025, the Court in the New Mexico Case entered a Stipulated Order Extending Stay of Posttrial Proceedings until March 15, 2025, a true and correct copy of which is attached hereto as **Exhibit "7"**.

**BANKRUPTCY IN NEVADA**

12.     On January 22, 2025, the debtor, Numale Corporation ("Debtor"), filed a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code (ECF No. 1).

13.     The Debtor's President, Brad Palubicki ("Debtor's Representative"), signed the Petition (ECF No. 1, p. 4).

14.     That same day, after the Debtor filed its petition, six debtor-affiliates ("Affiliates") (collectively, with the Debtor, the "Debtors") filed voluntary petitions under Chapter 11 of the U.S. Bankruptcy Code.

15.     The Affiliates include In re Feliciano NuMale Nevada PLLC, Case No. 25-10342-NMC; In re NuMedical SC, Case No. 25-10343-NMC; In re NuMale Colorado SC, Case No. 25-10344-

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

WOMBLE BOND DICKINSON

NMC, In re NuMale Florida TB PLLC, Case No. 25-10345-NMC, In re NuMale Nebraska LLC, Case No. 25-10346-NMC, In re NuMale New Mexico SC, Case No. 25-10347-NMC.

16.     On February 20, 2025, Numale Corporation and Numale NM SC filed a Notice of Bankruptcy in the New Mexico Case, a true and correct copy of which is attached hereto as **Exhibit "8"**.

17.     In Debtor's Schedule E/F filed on February 26, 2025, Mr. Sanchez is listed as an unsecured creditor with an unliquidated, contingent and disputed claim with an "unknown" amount. *See* Schedule E/F, Item 3.8, p. 13 of 22 (ECF No. 31).

18.     On March 4, 2025, the Parties attended a mediation with the Debtor and its insurance company, Beazley Insurance/Syndicates of Loyd's of London, but the efforts to resolve the New Mexico Case failed.

19.     The Parties agree to terminate the automatic stay as to the Numale Debtors to judgment only, not enforcement, in order to prevent further delay in proceeding with obtaining post-trial rulings from the New Mexico trial court that will be necessary for entry of a final appealable Judgment as to all defendants, including the NuMale Debtors.

20.     In order to avoid piecemeal determination of posttrial matters and/or piecemeal appeals, the Parties agree to a comfort order from the Bankruptcy Court to provide assurances to the New Mexico Court to adjudicate all post-trial matters as to all defendants, including the Debtors, to facilitate entry of final orders applicable to all defendants and entry of a final appealable Judgment.

**II.     STIPULATION**

The Parties have met and conferred, and stipulate as follows:

1.     The Parties hereby stipulate and agree that upon entry of an order by the Bankruptcy Court approving this Stipulation, the automatic stay pursuant to 11 U.S.C. § 362 shall be terminated as to the Debtors in the New Mexico Case, and all Parties may proceed with post-trial proceedings in the New Mexico Case as necessary for entry of a final, appealable judgment without further delay.

2.     The Parties stipulate that as to the Debtors, the automatic stay shall be as to judgment only, not enforcement.

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

WOMBLE BOND DICKINSON

3.      The Parties further stipulate that the automatic stay shall be terminated as to the Debtors to allow the Debtors to pursue any appeal related to the New Mexico Case.

4.      The Parties further stipulate that the automatic stay under Section 362 of the Bankruptcy Code does not apply or extend as a result of this stipulation and ensuing order, to the non-debtors in the New Mexico Case, Numale Albuquerque LLC d/b/a Numale Medical Center, Christopher Asandra MD, Carlos Feliciano MD, Brad Palubicki and Justin Pulliam, who were found jointly and severally liable by the jury verdict, and this Court shall enter a comfort order approving this Stipulation as to the non-debtors.

5.      The Parties further agree that Sanchez shall not take action to obtain entry of a Final Judgment in the New Mexico Case until after April 1, 2025.

6.      The Parties further agree to waive the 14-day stay of the order approving this stipulation under FRBP 4001(a)(3).

A copy of the proposed Order Granting this Stipulation is attached hereto as **Exhibit "9"**.

**IT IS SO STIPULATED.**

DATED this 18th day of March, 2025.

RIGGI LAW FIRM                                    WOMBLE BOND DICKINSON (US) LLP

By: */s/ David A. Riggi (with permission)*      By: */s/ Ogonna Brown*
　　David A. Riggi                                  　　Ogonna Brown, Bar No. 7589
　　darnvbk@gmail.com                              　　Ogonna.Brown@wbd-us.com
　　7900 West Sahara Avenue, Suite 100            　　3993 Howard Hughes Parkway, Suite 600
　　Las Vegas, NV 89117                            　　Las Vegas, NV  89169
　　Tel.: 702-463-7777                             　　Tel.: 702.949.8200
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Fax: 702.949.8398

　　*Proposed Attorneys for Debtor*

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Creditor Michael E. Sanchez*

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169



WOMBLE BOND DICKINSON

1

## CERTIFICATE OF SERVICE

2      I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on

3   the 18th day of March, 2025, I caused to be served a true and correct copy of **STIPULATION FOR**

4   **ENTRY OF ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362 AS TO**

5   **NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS TO JUDGMENT ONLY AS**

6   **TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS**

7   **TO NON-DEBTORS** in the following manner:

8      ☒      (ELECTRONIC SERVICE)  Under Administrative Order 02-1 (Rev. 8-31-04) of

9   the United States Bankruptcy Court for the District of Nevada, the above-referenced document was

10  electronically filed on the date hereof and served through the Notice of Electronic Filing

11  automatically generated by that Court's facilities.

12     ☐      (UNITED STATES MAIL)  By depositing a copy of the above-referenced

13  document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada,

14  to the parties listed on the attached service list, at their last known mailing addresses, on the date

15  above written.

16     ☐      (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-

17  referenced document for overnight delivery via Federal Express, at a collection facility maintained

18  for such purpose, addressed to the parties on the attached service list, at their last known delivery

19  address, on the date above written.

20     ☐      (FACSIMILE)  That I served a true and correct copy of the above-referenced

21  document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached

22  service list, on the date above written.

23

24                                        */s/ Renee L. Creswell*
                                          An employee of Womble Bond Dickinson
25                                        (US) LLP

26

27

28


WOMBLE BOND DICKINSON

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

127710553.2                              - 6 -