| | |
|---|---|
| Matthew L. Johnson (6004)<br>Russell G. Gubler (10889)<br>JOHNSON & GUBLER, P.C.<br>8831 West Sahara Avenue<br>Las Vegas, NV  89117<br>Telephone (702) 471-0065<br>Facsimile (702) 471-0075<br>rgubler@mjohnsonlaw.com<br>*Attorneys for Prospect Rainbow, LLC* | E-Filed: March 18, 2025 |

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>Debtor in Possession | Case No. 25-10341-NMC<br><br>Chapter 11<br><br>**EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR RELIEF FROM AUTOMATIC STAY OR FOR ADEQUATE PROTECTION AND TO COMPEL ASSUMPTION OR REJECTION OF LEASE**<br><br>**Time: OST Pending**<br>**Date: OST Pending** |

   Prospect Rainbow, LLC ("Creditor" or "PR"), by and through its counsel, the law firm of JOHNSON & GUBLER, P.C., hereby submits its ex parte application (the "Application") for an order shortening time to hear Creditor's Motion for Relief from Automatic Stay or For Adequate Protection and to Compel Assumption or Rejection of Lease (the "Motion").

   This Application is made and based upon Rule 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), Rule 9006 of the Local Rules for the United States Bankruptcy Court for the District of Nevada (the "Local Rules"), the Attorney Information Sheet and declaration of Russell G. Gubler, Esq., filed contemporaneously herewith (the "Johnson Declaration"), the points and authorities set forth below, and the papers and pleadings on file herein.

1

## I. LEGAL ARGUMENT

11 U.S.C. § 105 allows this court to issue such orders as are necessary to carry out the provisions of this title.  Bankruptcy Rule 9006(c)(1) permits a bankruptcy court, for cause shown and, in its discretion, to reduce the period during which any notice is given in accordance with the bankruptcy rules. Bankruptcy Rule 9006(c)(1) provides as follows:

> Except as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

Fed. R. Bankr. P. 9006(c).

Local Rule 9006 provides further authority for shorting the time for a hearing.  According to Local Rule 9006(b), every application for an order shortening time must be accompanied by a declaration stating the reasons for expedited hearing.  As set forth in the Gubler Declaration, there are compelling reasons for an expedited hearing on the motions identified above.  The Debtor is requesting that the Motion be heard on shortened time as in a telephone call on February 11, 2025, Debtor's attorney has indicated that the Debtor would assume the lease with PR. On February 20, 2025, PR sent Debtor's counsel a letter, asking Debtor to promptly cure or provide adequate assurances that it will promptly cure the default and to ensure that the Debtor performs on the lease in the future. Further, on March 11, 2025, PR followed up with the Debtor's counsel. However, despite these communications to Debtor's counsel, the Debtor has failed to make any payments to PR that would allow retention of the property, and has failed to communicate at all regarding this matter. Debtor has not made any payments toward the lease since before filing for bankruptcy relief. The

1 Debtor continues to occupy the premises, and the rental payments from Debtor are PR's only source
2 of income.
3       Local Rule 9006 also requires the moving party to submit an "Attorney Information Sheet"
4 indicating whether opposing counsel was provided notice, whether opposing counsel consented to a
5 hearing on an order shortening time, the date opposing counsel was provided with said notice, and
6 how such notice was provided or attempted to be provided. An Attorney Information sheet is being
7 filed contemporaneously with this Application.
8       Debtor will provide notice of the date and time of the hearing on the Motion to the Office of
9 the U.S. Trustee, the parties directly affected by the Motion, and the 20 largest unsecured creditors of
10 each of the Debtors. To the extent possible, such notice shall be provided pursuant to Local Rule
11 9006(e) via email, facsimile, or overnight delivery.

## II. CONCLUSION

13       Debtor respectfully requests that this Court grant the Application and issue an order
14 shortening time to hear the Motion when the Court's calendar will allow, and for such other relief as
15 the court deems just and proper.
16       DATED this 18th day of March, 2025.

                                                   JOHNSON & GUBLER, P.C.

                                                 */s/ Russell G. Gubler*
                                                 Matthew L. Johnson (6004)
                                                 Russell G. Gubler (10889)
                                                 Telephone No. (702) 471-0065
                                                 rgubler@mjohnsonlaw.com
                                                 *Attorney for Creditor*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of JOHNSON & GUBLER, P.C. and that on the 18th day of March, 2025, I caused to be served a true and correct copy of the *Ex Parte Application for an Order Shortening Time to Hear Motion for Relief from Automatic Stay or For Adequate Protection and to Compel Assumption or Rejection of Lease* in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

                                         */s/ Kathra Davis*
                                         An employee of JOHNSON & GUBLER, P.C.