1  Matthew L. Johnson (6004)  E-Filed: March 18, 2025
   Russell G. Gubler (10889)
2  JOHNSON & GUBLER, P.C.
   8831 West Sahara Avenue
3  Las Vegas, NV  89117
   Telephone (702) 471-0065
4  Facsimile (702) 471-0075
   rgubler@mjohnsonlaw.com
5  *Attorneys for Prospect Rainbow, LLC*

6  **UNITED STATES BANKRUPTCY COURT**

7  **DISTRICT OF NEVADA**

8

| In re: | Case No. 25-10341-NMC |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| Debtor in Possession | **DECLARATION OF RUSSELL G. GUBLER IN SUPPORT EX PARTE APPLICATION FOR AN ORDER SHORTENING TIME TO HEAR MOTION FOR RELIEF FROM AUTOMATIC STAY OR FOR ADEQUATE PROTECTION AND TO COMPEL ASSUMPTION OR REJECTION OF LEASE** |
| | **Time: OST Pending**<br>**Date: OST Pending** |

I, RUSSELL G. GUBLER, ESQ., hereby declare under the penalty of perjury as follows:

1. I am an attorney dully licensed to practice in the State of Nevada, I am an attorney with the law firm of JOHNSON & GUBLER, P.C., counsel for Prospect Rainbow, LLC (the "Creditor").

1

1    2. I make this Declaration in support of the Ex Parte Application for Order Shortening Time to

2    Hear Motion for Relief from Automatic Stay or For Adequate Protection and to Compel Assumption

3    or Rejection of Lease (the "Application"), and this Declaration is based on my personal knowledge.

4    3. The Debtor is requesting that the Motion be heard on shortened time. In a telephone call on

5    February 11, 2025, with Debtor's counsel, Debtor indicated its intention to retain PR's property. On

6    February 20, 2025, I sent Debtor's counsel a letter, asking Debtor to promptly cure or to provide

7    adequate assurances that it will promptly cure the default and to ensure that the Debtor performs on

8    the lease in the future. Further, on March 11, 2025, I followed up with the Debtor's counsel in an

9    email. However, despite these communications to Debtor's counsel, the Debtor has failed to make

10    any payments to PR that would allow such retention of the property, and has failed to communicate

11    regarding the matter.

12    4. Debtor has not made any payments toward the lease since before filing for bankruptcy relief.

13    The Debtor continues to occupy the premises, and the rental payments from Debtor are PR's only

14    source of income.

15    5. Pursuant to Local Rule 9006(e), Debtor will provide notice of the date and time of the hearing

16    on the Motions to the Office of the U.S. Trustee, the parties directly affected by the Motion, and top

17    twenty largest unsecured creditors for each of the Debtors by the most expeditious manner possible.

18    Where such contact information is known, such notice will be sent via electronic mail or facsimile.

19    Otherwise, such notice shall be served via overnight delivery if a street address is available.

20    ////

21    ////

22

23

24

6. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

DATED this 18th day of March, 2025.

*/s/ Russell G. Gubler*
Russell G. Gubler (6004)

3

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of JOHNSON & GUBLER, P.C. and that on the 18th day of March, 2025, I caused to be served a true and correct copy of the *Declaration of Russell G. Gubler in Support of Ex Parte Application for an Order Shortening Time to Hear Motion for Relief from Automatic Stay or For Adequate Protection and to Compel Assumption or Rejection of Lease* in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ Kathra Davis*
An employee of JOHNSON & GUBLER, P.C.