1  Matthew L. Johnson (6004)  E-Filed: March 18, 2025
   Russell G. Gubler (10889)
2  JOHNSON & GUBLER, P.C.
   8831 West Sahara Avenue
3  Las Vegas, NV  89117
   Telephone (702) 471-0065
4  Facsimile (702) 471-0075
   rgubler@mjohnsonlaw.com
5  *Attorneys for Prospect Rainbow, LLC*

## UNITED STATES BANKRUPTCY COURT

### DISTRICT OF NEVADA

| In re: | Case No. 25-10341-NMC |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| Debtor in Possession | **ATTORNEY INFORMATION SHEET RE: EX PARTE APPLICATION FOR AN ORDER SHORTENTING TIME TO HEAR MOTION FOR RELIEF FROM AUTOMATIC STAY OR FOR ADEQUATE PROTECTION AND TO COMPEL ASSUMPTION OR REJECTION OF LEASE** |
|  | **Time: OST Pending**<br>**Date: OST Pending** |

As required by the Court, I have contacted the parties listed below regarding the proposed Order Shortening Time to hear Creditor's Motion for Relief from Automatic Stay or For Adequate Protection and to Compel Assumption or Rejection of Lease.  The parties agree or disagree to the time being shortened, as indicated below:

1

| Name | Date Contacted | Agree/Disagree/No Response |
|---|---|---|
| David A Riggi<br>*Attorney for Debtor* | 03/17/2025 | Left Message. No Response |
| Justin Charles Valencia<br>*Attorney for the U.S. Trustee – LV - 11* | 03/18/2025 | Agree |

DATED this 18th day of March, 2025.

JOHNSON & GUBLER, P.C.


*/s/ Russell G. Gubler*
Matthew L. Johnson (6004)
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
rgubler@mjohnsonlaw.com
*Attorneys for Creditor*

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of JOHNSON & GUBLER, P.C. and that on the 18th day of March, 2025, I caused to be served a true and correct copy of the *Attorney Information Sheet Re: Ex Parte Application for an Order Shortening Time to Hear Motion for Relief from Automatic Stay or For Adequate Protection and to Compel Assumption or Rejection of Lease* in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ Kathra Davis*
An employee of JOHNSON & GUBLER, P.C.