Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone (702) 471-0065
Facsimile (702) 471-0075
rgubler@mjohnsonlaw.com
*Attorneys for Prospect Rainbow, LLC*

E-Filed: March 18, 2025

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>Debtor | Case No. 25-10341-NMC<br><br>Chapter 11<br><br>**JOINDER TO UNITED STATES TRUSTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO CONVERT OR DISMISS THIS CASE PURSUANT 11 U.S.C. § 1112(b), AND RESERVATION OF RIGHTS**<br><br>Time: OST Pending<br>Date: OST Pending |

Prospect Rainbow, LLC ("PR") through its attorneys, Johnson & Gubler, P.C., hereby joins the Trustee's Motion to Appoint a Chapter 11 Trustee Under 11 U.S.C. §1104(a), or, in the Alternative, to Convert or Dismiss this Case Pursuant 11 U.S.C. §1112(b), and Reservation of Rights [Dkt. 59] ("Motion").

In addition, PR has recently filed a Motion for Relief [Dkt. 67]. As more fully stated therein, Debtor had indicated that the Debtor would assume the lease of property owned by PR. However, despite several communications to Debtor's counsel to promptly cure or provide adequate assurances that Debtor will promptly cure the default, the Debtor has failed to make any payments to PR that would allow retention of the property, and has failed to communicate regarding this matter.  Debtor has not made any payments toward the lease since before filing for bankruptcy relief.

PR has reviewed the Trustee's Motion.  For the reasons stated in the Trustee's Motion, and the reasons stated in PR's Motion for Relief, the Court should enter an order granting the Trustee's Motion and should grant any further relief as the Court may deem proper under the circumstances.

DATED this 18th day of March, 2025.

JOHNSON & GUBLER, P.C.

/s/ Russell G. Gubler            .
Matthew L. Johnson (6004)
Russell G. Gubler (10889)
831 West Sahara Avenue
Las Vegas, NV  89117
Telephone (702) 388-1996
Facsimile (702) 471-0075
rgubler@mjohnsonlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Johnson & Gubler, P.C. and that on March 18, 2025 I caused to be served a true and correct copy of the JOINDER TO UNITED STATES TRUSTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO CONVERT OR DISMISS THIS CASE PURSUANT 11 U.S.C. § 1112(b), AND RESERVATION OF RIGHTS in the following manner:

[X]   **a.   Electronic Service**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

[ ]   **b.   United States Mail**

By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

[ ]   **c.   Facsimile Transmission**

By facsimile to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written. No error was reported by the facsimile machine that I used.

[ ]   **d.   Personal Service**

  [ ]   For a party represented by an attorney, delivery was made by handing the documents to the attorney or by leaving the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents in a conspicuous place in the office, on the date written above.

  [ ]   For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there, on the date written above.

_____
**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: March 18, 2025.

                                        */s/ Kathra Davis*             .
                                        An Employee of Johnson & Gubler, P.C.