_____
Honorable Natalie M. Cox
United States Bankruptcy Judge



Entered on Docket
March 19, 2025

___

Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:    702.949.8200
Fax:    702.949.8398

*Attorneys for Creditor Michael E. Sanchez*



UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re:<br><br>Numale Corporation,<br><br>                Debtor. | Case No. 25-10341-nmc<br><br>Chapter 11<br><br>**ORDER APPROVING STIPULATION FOR ENTRY OF ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362 AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS TO JUDGMENT ONLY AS TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS** |
|---|---|

The Court having read and considered the Stipulation for Entry of Order Terminating Automatic Stay Under 11 U.S.C. § 362 as to New Mexico State Court Post-Trial Proceedings to Judgment Only as to Numale Corporation and Comfort Order for Stay Termination as to Non-Debtors ("Stipulation") between Creditor Michael E. Sanchez ("Sanchez") and Numale Corporation ("Debtor" and, collectively with Sanchez, the "Parties"), and good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation is **APPROVED** in its entirety and all Parties shall cooperate to effectuate the terms of the Stipulation.

**IT IS FURTHER ORDERED** that the automatic stay pursuant to 11 U.S.C. § 362 shall be terminated as to the Debtors in the civil case of *Michael E. Sanchez v. Numale Corporation, Numale Albuquerque LLC d/b/a Numale Medical Center, Numale New Mexico S. C. Corp., Christopher*

127767188.1

1  *Asandra MD, Carlos Feliciano MD, Brad Palubicki and Justin Pulliam*, No. D-202-CV-2020-06336

2  (Hon. Beatrice Brickhouse) in the Second Judicial District Court in Bernalillo County, Albuquerque

3  New Mexico (hereinafter referred to as "New Mexico Case"), and all Parties may proceed with post-

4  trial proceedings in the New Mexico Case as necessary for entry of a final, appealable judgment

5  without further delay.

6  **IT IS FURTHER ORDERED** that the automatic stay shall be as to judgment only, not

7  enforcement.

8  **IT IS FURTHER ORDERED** that the automatic stay shall be terminated as to the Debtors

9  to allow the Debtors to pursue any appeal related to the New Mexico Case.

10 **IT IS FURTHER ORDERED** that the automatic stay under Section 362 of the Bankruptcy

11 Code does not apply or extend, as a result of the Stipulation and this order, to the non-debtors in

12 the New Mexico Case, Numale Albuquerque LLC d/b/a Numale Medical Center, Christopher

13 Asandra MD, Carlos Feliciano MD, Brad Palubicki, and Justin Pulliam, who were found jointly

14 and severally liable by the jury verdict.

15 **IT IS FURTHER ORDERED** that Sanchez shall not take action to obtain entry of a Final

16 Judgment in the New Mexico Case until after April 1, 2025.

17 **IT IS FURTHER ORDERED** that the 14-day stay of this order under FRBP 4001(a)(3) is

18 waived.

19 **IT IS SO ORDERED**.

20 Submitted by:

21 WOMBLE BOND DICKINSON (US) LLP

22 By: */s/ Ogonna M. Brown*
Ogonna M. Brown, Esq., NBN 7589
23 3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
24

25 *Attorneys for Creditor Michael E. Sanchez*

26                              ###

27

28