*[Signature]*
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
March 19, 2025

Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. BK-25-10341-NMC |
| | Chapter 11 |
| NUMALE CORPORATION, | |
| | Hearing Date: March 27, 2025 |
| Debtor. | Hearing Time: 9:30 am |
| | |
| | Set by: Judge Cox |

**ORDER GRANTING UNITED STATES TRUSTEE'S MOTION FOR
<u>ORDER SHORTENING TIME ON THE UNITED STATES TRUSTEE'S MOTION</u>**

  This matter having come before the Court upon the United States Trustee's Motion for an Order Shortening Time [ECF No. 62] ("OST Motion") on the *United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or, in the Alternative, to*

1

*Convert Case to Chapter 7 Pursuant to 11 U.S.C. § 1112(b) and Reservation of Rights* [ECF No. 59] ("Motion"), the court being duly advised in the premises and for good cause shown,

**IT IS HEREBY ORDERED** that the OST Motion is granted;

**IT IS FURTHER ORDERED** that the court shall consider the Motion at a hearing on March 27, 2025 at 9:30 am at the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 3 (Third Floor), Las Vegas, NV, 89101 and using Teleconference Number: **(833) 435-1820;** Meeting ID: 161 166 2815; Passcode: 115788#;

**IT IS FURTHER ORDERED THAT** any opposition to the Motion shall be due March 25, 2025;

**IT IS FURTHER ORDERED THAT** any response to the Motion shall be due March 26, 2025; and

**IT IS FURTHER ORDERED** that the United States Trustee shall provide notice of the Motion in accordance with applicable Federal Rules of Bankruptcy Procedure and Local Rules of Bankruptcy Practice for the United States Bankruptcy Court for the District of Nevada.

///

Submitted by:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: */s/ Justin C. Valencia*
    Justin C. Valencia
    Trial Attorney for the United States Trustee