Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:    702.949.8200
Fax:   702.949.8398

*Attorneys for Creditor Michael E. Sanchez*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Numale Corporation,<br><br>Debtor. | Case No. 25-10341-nmc<br><br>Chapter 11<br><br>**SUPPLEMENTAL CERTIFICATE OF SERVICE RE STIPULATION FOR ENTRY OF ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362 AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS TO JUDGMENT ONLY AS TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS**<br><br>Judge: Hon. Natalie M. Cox |

NOTICE IS HEREBY GIVEN that on March 19, 2025, a copy of the Stipulation for Entry of Order Terminating Automatic Stay Under 11 U.S.C. § 362 as to New Mexico State Court Post-Trial Proceedings to Judgment Only as to Numale Corporation and Comfort Order for Stay Termination as to Non-Debtors [ECF No. 70] (without exhibits, but exhibits are available upon request to: Ogonna.Brown@wbd-us.com, Caitlin.Halm@wbd.us.com, or Renee.Creswell@wbd-us.com) was served in the following manner:

☐    (ELECTRONIC SERVICE)  Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☒    (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada,

127778476.1

1  to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known
2  mailing addresses, on the date above written.

3  ☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-
4  referenced document for overnight delivery via Federal Express, at a collection facility maintained
5  for such purpose, addressed to the parties on the attached service list, at their last known delivery
6  address, on the date above written.

7  ☐ (FACSIMILE) That I served a true and correct copy of the above-referenced
8  document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached
9  service list, on the date above written.

10  DATED this 19th day of March, 2025.

11  WOMBLE BOND DICKINSON (US) LLP

13  By: */s/ Ogonna Brown*
14  Ogonna Brown, Bar No. 7589
   Ogonna.Brown@wbd-us.com
15  3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV  89169
16  Tel.: 702.949.8200
   Fax: 702.949.8398
17
18  *Attorneys for Creditor Michael E. Sanchez*



127778476.1

- 2 -