Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>                    Debtor. | Case No. BK-25-10341-NMC<br>Chapter 11<br><br>Hearing Date: March 27, 2025<br>Hearing Time: 9:30 a.m.<br>Teleconference Line: (833) 435-1820<br>Meeting ID: 161 166 2815<br>Passcode: 115788#<br><br>Est. Time: 30 minutes |

**NOTICE OF ENTRY OF ORDER GRANTING UNITED STATES TRUSTEE'S MOTION FOR ORDER SHORTENING TIME ON THE UNITED STATES TRUSTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO CONVERT OR DISMISS THIS CASE PURSUANT 11 U.S.C. § <u>1112(b), AND RESERVATION OF RIGHTS</u>**

**PLEASE TAKE NOTICE** that on March 19, 2025, the Court entered an Order Granting United States Trustee's Motion for Order Shortening Time on the United States Trustee's Motion [ECF No. 77], a copy of which is attached hereto as Exhibit 1.

///

///

///

1

| | |
|---|---|
| Dated: March 20, 2025 | Respectfully submitted, |
| | TRACY HOPE DAVIS |
| | UNITED STATES TRUSTEE |
| | By: /s/ *Justin C. Valencia* |
| |     Justin C. Valencia, Esq. |
| |     Trial Attorney for the United States Trustee |