Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>              Debtor. | Case No. BK-25-10341-NMC<br>Chapter 11<br><br>Hearing Date: March 27, 2025<br>Hearing Time: 9:30 a.m.<br>Teleconference Line: (833) 435-1820<br>Meeting ID: 161 166 2815<br>Passcode: 115788#<br><br>Est. Time: 30 minutes |

**NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO CONVERT OR DISMISS THIS CASE PURSUANT <u>11 U.S.C. § 1112(b), AND RESERVATION OF RIGHTS</u>**

**PLEASE TAKE NOTICE** that pursuant to an Order Shortening Time [ECF No. 77], on March 27, 2025, at 9:30 a.m. (PST), the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 3 (Third Floor), Las Vegas, NV, 89101 and using **<u>Teleconference Number: (833) 435-1820; Meeting ID: 161 166 2815; Passcode: 115788#</u>** on the *United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or, in the Alternative, to Convert Case to Chapter 7 Pursuant to 11*

1

*U.S.C. § 1112(b) and Reservation of Rights* [ECF No. 59] ("Motion"). The Motion seeks the appointment of a Chapter 11 Trustee or the dismissal of the above-captioned Debtor's case pursuant to 11 U.S.C. §§ 1104, 1112(b), and Fed. R. Bankr. P. 1017(f) and 9014.

**PLEASE TAKE FURTHER NOTICE** that any oppositions to the Motion shall be due March 25, 2025, and any response to the Motion shall be due March 26, 2025. The opposition must set forth all relevant facts and any relevant legal authority. To the extent an opposition raises a question of fact for resolution by the court or includes documents exhibits, such an opposition must be supported by affidavit or declaration that conforms to the provisions of LR 9014(c).

**The opposition must be served upon the United States Trustee at email address: justin.c.valencia@usdoj.gov**.  A copy of the Motion may be obtained by requesting a copy in writing from the Office of the United States Trustee at the same address.

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court.  You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and,
> - The court may *rule against you* without formally calling the matter at the hearing.

Dated: March 20, 2025        Respectfully submitted,

                                      TRACY HOPE DAVIS
                                      UNITED STATES TRUSTEE

                                      By: /s/ *Justin C. Valencia*
                                           Justin C. Valencia, Esq.
                                           Trial Attorney for the United States Trustee