David A. Stephens, Esq.
Nevada Bar No. 00902
Stephens Law Offices
PO Box 33130
Las Vegas, NV 89133
Phone: (702) 656-2355
Fax: (702) 656-2776
Email: dstephens@davidstephenslaw.com
Attorneys for Newtek Small Business Finance, LLC

Efiled:

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br><br><br><br><br><br>Debtor. | BK-S-25-10341-MKN<br>Chapter 11 proceedings<br><br>JOINDER OF NEWTEK SMALL BUSINESS FINANCE IN UNITED STATES TRUSTEE'S MOTION TO APPOINT TRUSTEE, OR IN THE ALTERNATIVE, TO CONVERT OR DISMISS THIS CASE<br><br>Date: 3/27/2025<br>Time: 9:30 a.m. |

Newtek Small Business, Finance, LLC, ("Newtek"), through its attorney, David A. Stephens, Esq., hereby joins the U.S. Trustee's Motion to Appoint a Chapter 11 Trustee Under 11 U.S.C. §1104(a), or, in the alternative, to Convert or Dismiss this Case Pursuant 11 U.S.C. §1112(b), ("Motion").

Newtek has reviewed the Motion and joins in the Motion for the reasons outlined in the Motion.

Additionally, Newtek maintains that the best option is the conversion of this bankruptcy and the related bankruptcies to Chapter 7. Conversion would allow the Chapter 7 Trustee to gather the assets and liquidate them, particularly is the same Chapoter 7 Trustee is appointed to this bankruptcy and the related bankruptcies. It would be more efficient than piecemeal resolution, or even a jointly administered chapter 11.

Given the list of assets disclosed in the Numale schedules, (ECF No. 31, pp. 1-9), it would seem to be almost impossible for even a Chapter 11 Trustee to successfully reorganize this Debtor and its affiliates. That list shows very little hard assets and undefined accounts receivable,

possibly from other debtors affiliated with this Debtor.

      For these reasons, it is respectfully requested that the Court grant the Motion of the US Trustee and convert this case to Chapter 7.

      Dated this 21st day of March, 2025.

                              STEPHENS LAW OFFICES

                              /s/davidastephens
                              David A. Stephens, Esq.
                              Nevada Bar No. 00902
                              PO Box 33130
                              Las Vegas, NV 89133
                              Attorney for Newtek Small Business Finance, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of March, 2025, I served a true copy of the foregoing JOINDER OF NEWTEK SMALL BUSINESS FINANCE IN UNITED STATES TRUSTEE'S MOTION TO APPOINT TRUSTEE, OR IN THE ALTERNATIVE, TO CONVERT OR DISMISS THIS CASE, as follows:

1. I served the above named documents by the following means to the persons listed below:

■    VIA ELECTRONIC FILING

    Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities

☐    VIA ELECTRONIC SERVICE

☐    BY MAIL: by placing the documents(s) listed above in a sealed envelope, postage prepaid in the U.S. Mail at Las Vegas, Nevada, addressed as set forth below:

☐    BY FAX: by transmitting the document(s) listed above via telefacsimile to the fax number(s) set forth below. A printed transmission record is attached to the file copy of this document(s).

☐    BY HAND DELIVERY: by delivering the document(s) listed above to the person(s) at the address(es) set forth below.

                                      __/s/davidastephens_____
                                      An employee of STEPHENS LAW OFFICES,