

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
March 21, 2025

___

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone (702) 471-0065
Facsimile (702) 471-0075
rgubler@mjohnsonlaw.com
*Attorneys for Prospect Rainbow, LLC*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No. 25-10341-NMC |
| NUMALE CORPORATION, | Chapter 11 |
| Debtor in Possession | **ORDER SHORTENTING TIME TO HEAR MOTION FOR RELIEF FROM AUTOMATIC STAY OR FOR ADEQUATE PROTECTION AND TO COMPEL ASSUMPTION OR REJECTION OF LEASE** |
| | **Time: April 8, 2025**<br>**Date: 9:30 AM** |

1

1  The Court having reviewed and considered the Ex Parte Application for Order Shortening Time to Hear Motion for Relief from Automatic Stay or For Adequate Protection and to Compel Assumption or Rejection of Lease (the "Application");

**IT IS HEREBY ORDERED** that the Application is GRANTED and the Debtor's Motion will be heard by a United States Bankruptcy Judge at the United States Bankruptcy Court, 300 Las Vegas Boulevard, South, Las Vegas, NV 89101 on April 8, 2025, at 9:30 AM.

**IT IS FURTHER ORDERED** that any opposition to the requested relief is to be filed by April 3, 2025. Any reply to any opposition shall be filed by April 7, 2025. Service of the Order shortening time shall be in accordance with LR 9006. Parties wishing to appear and participate at this hearing shall call the telephone conference line 1(833) 435-1820, Meeting ID 161 166 2815 Passcode 115788#.

**IT IS SO ORDERED.**

Submitted by:

JOHNSON & GUBLER, P.C.

/s/ Russell G. Gubler

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 471-0065
Fax: (702) 471-0075
rgubler@mjohnsonlaw.com
*Attorneys for Creditor*