Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>Debtor. | Case No. BK-25-10341-NMC<br>Chapter 11<br><br>Hearing Date: March 27, 2025<br>Hearing Time: 9:30 a.m.<br>Teleconference Line: (833) 435-1820<br>Meeting ID: 161 166 2815<br>Passcode: 115788#<br><br>Est. Time: 30 minutes |

**CERTIFICATE OF SERVICE**

I, JUSTIN C. VALENCIA, under penalty of perjury declare that I am and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action and that on March 20, 2025, I caused a copy of the foregoing:

1. **UNITED STATES TRUSTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO CONVERT OR DISMISS THIS CASE PURSUANT 11 U.S.C. § 1112(b), AND RESERVATION OF RIGHTS;**

2. **DECLARATION OF BRYAN G. COLEMAN IN SUPPORT OF THE UNITED STATES TRUSTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO CONVERT OR DISMISS THIS CASE PURSUANT 11 U.S.C. § 1112(b), AND RESERVATION OF RIGHTS;**

3. **UNITED STATES TRUSTEE'S MOTION FOR ORDER SHORTENING TIME ON THE UNITED STATES TRUSTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO CONVERT OR DISMISS THIS CASE PURSUANT 11 U.S.C. § 1112(b), AND RESERVATION OF RIGHTS;**

4. **DECLARATION OF JUSTIN C. VALENCIA UNITED STATES TRUSTEE'S MOTION FOR ORDER SHORTENING TIME ON THE UNITED STATES TRUSTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO CONVERT OR DISMISS THIS CASE PURSUANT 11 U.S.C. § 1112(b), AND RESERVATION OF RIGHTS;**

5. **ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME;**

6. **ORDER GRANTING UNITED STATES TRUSTEE'S MOTION FOR ORDER SHORTENING TIME ON THE UNITED STATES TRUSTEE'S MOTION;**

7. **NOTICE OF ENTRY OF ORDER GRANTING UNITED STATES TRUSTEE'S MOTION FOR ORDER SHORTENING TIME ON THE UNITED STATES TRUSTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO CONVERT OR DISMISS THIS CASE PURSUANT 11 U.S.C. § 1112(b), AND RESERVATION OF RIGHTS; AND**

8. **NOTICE OF HEARING ON UNITED STATES TRUSTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO CONVERT OR DISMISS THIS CASE PURSUANT 11 U.S.C. § 1112(b), AND RESERVATION OF RIGHTS**

to be served on the following parties:

☑    a. Electronic Mail (list persons and e-email addresses):

- DAVID A. RIGGI — darnvbk@gmail.com
  2782@notices.nextchapterbk.com
  riggilaw@gmail.com

- MATTHEW L. JOHNSON — mjohnson@mjohnsonlaw.com
  annabelle@mjohnsonlaw.com
  kristi@mjohnsonlaw.com
  kathra@mjohnsonlaw.com
  admin@mjohnsonlaw.com

- ALYSSA A. ROGAN — alyssa.rogan@usdoj.gov

- DAVID A. STEPHENS          dstephens@davidstephenslaw.com
                             dstephens@lvcoxmail.com

- OGONNA M. BROWN            Ogonna.Brown@wbd-us.com
                             ogonna-brown-4984@ecf.pacerpro.com
                             dberhanu@lewisroca.com
                             ombcalendar@lewisroca.com
                             klopez@lewisroca.com
                             Renee.Creswell@wbd-us.com

- RYAN J. WORKS              rworks@mcdonaldcarano.com
                             kkirn@mcdonaldcarano.com
                             bgrubb@mcdonaldcarano.com

- U.S. TRUSTEE – LV – 11     USTPRegion.lv.ecf@usdoj.gov

I declare under penalty of perjury that the foregoing is true and correct.

Signed: March 21, 2025

/s/ *Justin C. Valencia*
Justin C. Valencia