David A. Riggi, Esq.
Bar No. 4727
7900 West Sahara Avenue, Suite 100
Las Vegas, Nevada 89117
Telephone: (702) 463-7777
Facsimile: (888) 306-7157
riggilaw@gmail.com
*Attorney for the Debtor in Possession*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 24-10341-MNC |
| NUMALE CORPORATION, | Chapter 11 |
| Debtor in Possession | Date: March 27, 2025 |
| | Time: 9:30 a.m. |

**NOTICE OF NON-OPPOSITION TO
MOTION OF THE UNITED STATES TRUSTEE FOR APPOINTMENT OF
A PATIENT CARE OMBUDSMAN
UNDER 11 U.S.C. § 333 AND RESERVATION OF RIGHTS**

Debtor in Possession ("Debtor"), by and through its counsel, David A. Riggi, Esq., hereby gives notice that Debtor does not oppose the motion ("Motion") by the United States Trustee ("UST") for appointment of a patient care ombudsman ("PCO"). Moreover, not only does Debtor not oppose a PCO in this case but also does not oppose, and would welcome, a PCO for each and all of the affiliated cases. Further, Debtor does not oppose, and would welcome, a PCO for those affiliated entities that have not commenced bankruptcy proceedings, which are identified in the attached table as **Exhibit "A."** Debtor had informed the UST of its non-opposition to a PCO well before

the UST filed a motion for appointment of a trustee. The Debtor believes that, although its practices do not meet the definition of the type of entity that would require a PCO, a thorough review of the Debtor's practices by a PCO would be instrumental to its reorganization and to its continuing to provide safe and transparent services to the public, as affiliated Debtors have done for over a decade at multiple locations throughout the country.

DATED this 23rd day of March, 2025.

/s/ David A. Riggi
David A. Riggi, Esq.
Bar No. 4727
7900 West Sahara Ave., Suite 100
Las Vegas, Nevada 89117
Telephone: (702) 463-7777
**Attorney for the Debtor in Possession**

# EXHIBIT "A"

| Entity Name | Clinic Services or Management Company Entity | Date Opened/Closed | Owners Name | Ownership % | Personal Resident State | Entity Register State | |
|---|---|---|---|---|---|---|---|
| NuMale Corporation | Management Company | | Dr. Carlos Feliciano<br>Brad Palubicki<br>Justin Pulliam | 36.37%<br>36.37%<br>27.27% | NV<br>NV<br>NV | NV | LAS VEGAS LOCATION |
| Nevada NuMale, LLC | Management Company for Las Vegas | Apr-14 | NuMale Corporation | 100.00% | | NV | |
| Feliciano NuMale Nevada, PLLC<br>f/n/a Asandra NuMale Nevada, PLLC | Clinic Services | Apr-14 | Dr. Carlos Feliciano | 100.00% | | NV | |
| NuMale Medical Center, LLC | Management Company for NuMale Milwaukee | Mar-13 | Dr. Carlos Feliciano<br>Brad Palubicki | 50.00%<br>50.00% | WI<br>NV | WI | MILWAUKEE LOCATION |
| NuFemme Milwaukee, LLC | Management Company for NuFemme Milwaukee | Aug-15 | NuMale Corporation<br>NuMale Medical Center, LLC | 90.00%<br>10.00% | <br>WI | NV<br>WI | |
| NuMedical, S.C. | Clinic Services for NuFemme Rejuvenation Clinic and NuMale Medical Center, LLC | May-13 | Dr. Carlos Feliciano | 100.00% | WI | WI | |
| NuMale Green Bay, LLC | Management Company for Green Bay | Oct-14 | NuMale Corporation<br>Dr. Adam Aicher | 25.00%<br>75.00% | <br>WI | WI | GREEN BAY LOCATION |
| NuMale Wisconsin GB, SC | Clinic Services | Oct-14 | Dr. Adam Aicher<br>Dr. Carlos Feliciano | 75.00%<br>25.00% | WI<br>NV | WI | |
| Numale Nebraska, LLC<br>Entity has two d/b/a's<br>NuMale Medical Center<br>NuFemme Rejuvenation Clinic | Clinic Services Nebraska | Jul-14 | Dr. Carlos Feliciano | 100.00% | | WI | OMAHA LOCATION |
| NuMale Omaha, LLC | Management Company for Omaha NuMale and NuFemme | Jul-14 | NuMale Corporation<br>Revive for Life Men's Wellness Center, LLC Owned by Charles V Sederstrom, III | 51.00%<br>49.00% | | WI<br>NE | |
| NuMale New Mexico, SC | Clinic Services for Albuquerque | Aug-14 | Dr. Carlos Feliciano | 100.00% | | WI | ALBUQUERQUE LOCATION |
| NuMale Albuquerque, LLC | Management Company for Albuquerque | Aug-14 | NuMale Corporation<br>Brad, Justin, Carlos | 99.00%<br>1.00% | | NV | |
| NuMale Chicago, LLC | Clinic Services for Chicago | Mar-14 | Dr. Carlos Feliciano<br>Brad Palubicki | 99.99%<br>0.10% | WI<br>NV | IL | CHICAGO LOCATION |

| Entity | Description | Date | Owner/Member | State | State | Location |
|---|---|---|---|---|---|---|
| NMC Illinois, LLC | Management Company for Chicahgo | | NuMale Corporation | 99.00% | NV | WI |
| | | | Dr. Carlos Feliciano | 0.53% | WI | |
| | | | Brad Palubicki | 0.27% | NV | |
| | | | Justin Pulliam | 0.20% | NV | |
| NuMale Tampa, LLC | Management Company for Tampa | Feb-15 | NuMale Corporation | 51.00% | | NV |
| | | | JayMie Investments, LLC | 49.00% | | FL |
| NuMale Florida TB, PLLC | Clinic Services for Tampa Location | Feb-15 | Carlos Feliciano MD | 100.00% | NV | FL |
| | | | | | | **TAMPA LOCATION** |
| NuMale Charlotte, LLC | Management Company - for Charlotte | Feb-15 | NuMale Corporation | 51.00% | NV | NV |
| | | | CNS Advisors LLC | 49.00% | NY | NY |
| | | | CNS is owned by | | | |
| | | | Dr. Sunil Verma | | | NY |
| | | | Ms. Chau Banks | | | NY |
| NuMale North Carolina, PLLC | Clinic Services for Charlotte Location | Feb-15 | Dr. Carlos Feliciano | 100.00% | WI | NC |
| | | | | | | **CHARLOTTE LOCATION** |
| NuMale Colorado, SC | Clinic Services for Denver Location | Nov-14 | Dr. Carlos Feliciano | 100.00% | WI | CO |
| NuMale Denver, LLC | Management Company for Denver | Nov-14 | NuMale Corporation | 76.00% | NV | NV |
| | | | American IRA, LLC FBO John Cortez IRA | 10.35% | CA | |
| | | | Nuvestment LLC | 13.65% | CA | |
| | | | Nuvestmnet LLC members | | | |
| | | | Dave Ngo | | oh | |
| | | | John Cortez | | CA | |
| | | | Tony Ngo | | ny | |
| | | | Hai Ngo | | oh | |
| | | | | | | **DENVER LOCATION** |