Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone No. (702) 471-0065
Facsimile (702) 471-0075
mjohnson@mjohnsonlaw.com
*Attorneys for Prospect Rainbow, LLC*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>　　　　　　Debtor. | Bankruptcy Case No. 25-10341-NMC<br><br>Chapter 11<br><br>**NOTICE OF HEARING AND NOTICE OF ENTRY OF ORDER SHORTENTING TIME**<br><br>**REMOTE: (833) 435-1820**<br>**Meeting ID: 161 166 2815**<br>**Passcode: 115788#**<br><br>**Hearing Date: April 8, 2025**<br>**Hearing Time: 9:30 a.m.** |

TO:     ALL INTERESTED PARTIES

NOTICE IS HEREBY GIVEN that a *Motion for Relief from Automatic Stay or for Adequate Protection and to Compel Assumption or Rejection of Lease* [ECF Doc 67] (the "Motion") was filed on the 18th day of March, 2025.  The Motion respectfully moves this Court, pursuant to 11 U.S.C. Section 362 and Bankruptcy Rules 6006 and 4001, for relief from the automatic stay, or alternatively, for adequate protection, and to compel assumption or rejection of the lease of the property located at 6590 S. Rainbow Blvd, Las Vegas, Nevada 89118.

1

1  NOTICE IS FURTHER GIVEN that an *Order Shortening Time to Hear Motion for Relief*
2  *from Automatic Stay or for Adequate Protection and to Compel Assumption or Rejection of Lease*
3  [ECF Doc 87] was duly entered on the 21st day of March, 2025, in the above-referenced matter, of
4  which a true and correct copy is attached hereto.

5  NOTICE IS FURTHER GIVEN that if you do not want the Court to grant the relief sought in
6  the Motion, or if you want the Court to Consider your views on the Motion, then you must file an
7  opposition with the Court by April 3, 2025, and serve a copy of the person making the Motion prior
8  to the hearing or presented orally at the hearing.

9  NOTICE IS FURTHER GIVEN that the hearing on said Motion will be held before United
10 States Bankruptcy Judge, Natalie M. Cox, remotely by dialing (833) 435-1820, Meeting ID: 161 166
11 2815, Access Code / Passcode: 115788#, on the 8th day of April, 2025, at the hour of 9:30 a.m.

12 DATED this 24th day of March, 2025.

JOHNSON & GUBLER, P.C.

*/s/ Matthew L. Johnson*
Matthew L. Johnson (6004)
Russell G. Gubler (10889)
8831 West Sahara Avenue
Las Vegas, Nevada 89117
Phone: (702) 471-0065
mjohnson@mjohnsonlaw.com
*Attorneys for Prospect Rainbow, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of JOHNSON & GUBLER, P.C. and that on the 24th day of March, 2025, I caused to be served a true and correct copy of the foregoing *Notice of Hearing and Notice of Entry of Order Shortening Time* in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

DATED this 24th day of March, 2025.

                */s/ Annabelle Nudo*
                An employee of JOHNSON & GUBLER, P.C.

## SERVICE LIST

| | | |
|---|---|---|
| Newtek Lending<br>1981 Marcus Avenue, Ste 130<br>Lake Success, NY 11042 | The LCF Group<br>Legal Department<br>3000 Marcus Ave, Ste 2W15<br>New Hyde Park, NY 11052 | DLP Funding LLC<br>c/o Law Office of Jacob Z Weinstein<br>420 Central Ave, Ste 301<br>Cedarhurst, NY 11516-1000 |
| Fox Funding Group LLC<br>c/o Joe Lieberman, Esq.<br>Lieberman and Klestzick<br>POB 356<br>Cedarhurst, NY 11516 | Kalamata Capital Group, LLC<br>c/o Steven Berkovitch<br>Berkovitch & Bouskila, PLLC<br>1545 US 202, Ste 101<br>Pomona, NBY 10970 | Innovative Real Estate Strategies<br>2975 S. Rainbow Blvd, Ste J<br>Las Vegas, NV 89146 |



Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
March 21, 2025

___

Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone (702) 471-0065
Facsimile (702) 471-0075
rgubler@mjohnsonlaw.com
*Attorneys for Prospect Rainbow, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 25-10341-NMC |
| NUMALE CORPORATION, | Chapter 11 |
| Debtor in Possession | **ORDER SHORTENTING TIME TO HEAR MOTION FOR RELIEF FROM AUTOMATIC STAY OR FOR ADEQUATE PROTECTION AND TO COMPEL ASSUMPTION OR REJECTION OF LEASE**<br><br>**Time: April 8, 2025**<br>**Date: 9:30 AM** |

1

1    The Court having reviewed and considered the Ex Parte Application for Order Shortening
2 Time to Hear Motion for Relief from Automatic Stay or For Adequate Protection and to Compel
3 Assumption or Rejection of Lease (the "Application");

4    **IT IS HEREBY ORDERED** that the Application is GRANTED and the Debtor's Motion
5 will be heard by a United States Bankruptcy Judge at the United States Bankruptcy Court, 300 Las
6 Vegas Boulevard, South, Las Vegas, NV 89101 on April 8, 2025, at 9:30 AM.

7    **IT IS FURTHER ORDERED** that any opposition to the requested relief is to be filed by
8 April 3, 2025. Any reply to any opposition shall be filed by April 7, 2025.  Service of the Order
9 shortening time shall be in accordance with LR 9006. Parties wishing to appear and participate at
10 this hearing shall call the telephone conference line 1(833) 435-1820, Meeting ID 161 166 2815
11 Passcode 115788#.

12    **IT IS SO ORDERED.**

13 Submitted by:

14 JOHNSON & GUBLER, P.C.

15 /s/ Russell G. Gubler

Matthew L. Johnson (6004)
16 Russell G. Gubler (10889)
8831 West Sahara Avenue
17 Las Vegas, Nevada 89117
Phone: (702) 471-0065
18 Fax: (702) 471-0075
rgubler@mjohnsonlaw.com
19 *Attorneys for Creditor*

20

21

22

23
                                                2
24