Matthew L. Johnson (6004)  
Russell G. Gubler (10889)  
JOHNSON & GUBLER, P.C.  
8831 West Sahara Avenue  
Las Vegas, NV 89117  
Telephone (702) 471-0065  
Facsimile (702) 471-0075  
rgubler@mjohnsonlaw.com  
*Attorneys for Prospect Rainbow, LLC*

E-Filed: March 24, 2025

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 25-10341-NMC |
| NUMALE CORPORATION, | Chapter 11 |
| Debtor in Possession | **CERTIFICATE OF SERVICE** |
| | **Time: April 8, 2025**<br>**Date: 9:30 a.m.** |

I hereby certify that I am an employee of JOHNSON & GUBLER, P.C. and that on the 24th day of March, 2025, I caused to be served a true and correct copy of the: 1) *Notice of Hearing and Notice of Entry of Order Shortening Time* [ECF Doc 91]; 2) *Order Shortening Time to Hear Motion for Relief from Automatic Stay or for Adequate Protection and to Compel Assumption or Rejection of Lease* [ECF Doc 87]; 3) *Motion for Relief from Automatic Stay or for Adequate Protection and to Compel Assumption or Rejection of Lease* [ECF Doc 67]; 4) *Declaration of Tariq Zeiadeh in Support of Motion for Relief from Automatic Stay or for Adequate Protection and to Compel Assumption or Rejection of Lease* [ECF Doc 69] in the following manner:

1

☐ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ Annabelle Nudo
An employee of JOHNSON & GUBLER, P.C.

## SERVICE LIST

| | | |
|---|---|---|
| Newtek Lending<br>1981 Marcus Avenue, Ste 130<br>Lake Success, NY 11042 | The LCF Group<br>Legal Department<br>3000 Marcus Ave, Ste 2W15<br>New Hyde Park, NY 11052 | DLP Funding LLC<br>c/o Law Office of Jacob Z Weinstein<br>420 Central Ave, Ste 301<br>Cedarhurst, NY 11516-1000 |
| Fox Funding Group LLC<br>c/o Joe Lieberman, Esq.<br>Lieberman and Klestzick<br>POB 356<br>Cedarhurst, NY 11516 | Kalamata Capital Group, LLC<br>c/o Steven Berkovitch<br>Berkovitch & Bouskila, PLLC<br>1545 US 202, Ste 101<br>Pomona, NBY 10970 | Innovative Real Estate Strategies<br>2975 S. Rainbow Blvd, Ste J<br>Las Vegas, NV 89146 |