Ryan J. Works, Esq. (NSBN 9224)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com

Bryce Friedman, Esq. (*pro hac vice pending*)
David Zylberberg, Esq. (*pro hac vice pending*)
Summer Craig, Esq. (*pro hac vice pending*)
Zach Weiner, Esq. (*pro hac vice pending*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2235
bfriedman@stblaw.com
David.Zylberberg@stblaw.com
scraig@stblaw.com
Zachary.Weiner@stblaw.com

*Attorneys for Certain Underwriters at
Lloyd's London Syndicates 623/2623*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>NUMALE CORPORATION,<br><br>Debtor. | Case No.: 25-10341-nmc<br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER GRANTING *EX PARTE* MOTION TO RECONSIDER ORDER APPROVING STIPULATION FOR ENTRY OF ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362 AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS TO JUDGMENT ONLY AS TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS [ECF NO. 76]** |

PLEASE TAKE NOTICE that an *Order Granting Ex Parte Motion to Reconsider Order Approving Stipulation for Entry of Order Terminating Automatic Stay Under 11 U.S.C. § 362 as to New Mexico State Court Post-Trial Proceedings to Judgment Only as to Numale Corporation and Comfort Order for Stay Termination as to Non-debtors [ECF No. 76]* [ECF No. 86] was entered in the above-captioned case on the 21st day of March, 2025, a copy of which is attached hereto.

4926-0255-7998.1

Dated this 25th day of March, 2025.

          McDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com

Bryce Friedman, Esq. (*pro hac vice pending*)
David Zylberberg, Esq. (*pro hac vice pending*)
Summer Craig, Esq. (*pro hac vice pending*)
Zach Weiner, Esq. (*pro hac vice pending*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
bfriedman@stblaw.com
David.Zylberberg@stblaw.com
scraig@stblaw.com
Zachary.Weiner@stblaw.com

*Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623*

**The parties are directed to follow the Federal Rules of Bankruptcy Procedure and our Local Rules with respect to any further requests to approve a stipulation for entry of an order terminating the automatic stay.**



_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
March 21, 2025

_____

Ryan J. Works, Esq. (NSBN 9224)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com

Bryce Friedman, Esq. (*pro hac vice pending*)
David Zylberberg, Esq. (*pro hac vice pending*)
Summer Craig, Esq. (*pro hac vice pending*)
Zach Weiner, Esq. (*pro hac vice pending*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2235
bfriedman@stblaw.com
David.Zylberberg@stblaw.com
scraig@stblaw.com
Zachary.Weiner@stblaw.com

*Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>NUMALE CORPORATION,<br><br>Debtor. | Case No.: 25-10341-nmc<br>Chapter 11<br><br>**ORDER GRANTING *EX PARTE* MOTION TO RECONSIDER ORDER APPROVING STIPULATION FOR ENTRY OF ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362 AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS TO JUDGMENT ONLY AS TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS [ECF NO. 76]** |

1  Upon review of the *Motion to Reconsider Order Approving Stipulation for Entry of Order Terminating Automatic Stay Under 11 U.S.C. § 362 as to New Mexico State Court Post-Trial Proceedings to Judgment Only as to Numale Corporation and Comfort Order for Stay Termination as to Non-debtors* (ECF No. 82) (the "**Motion**"), filed by Certain Underwriters at Lloyd's London Syndicates 623/2623, and good cause appearing,

IT IS HEREBY ORDERED that the Motion is **GRANTED**;

IT IS FURTHER ORDERED that the Court reconsiders, withdraws, vacates, and/or strikes its *Order Approving Stipulation for Entry of Order Terminating Automatic Stay Under 11 U.S.C. § 362 as to New Mexico State Court Post-Trial Proceedings to Judgment Only as to Numale Corporation and Comfort Order for Stay Termination as to Non-debtors* (ECF No. 76).

**IT IS SO ORDERED.**

\#\#\#

Submitted by:

McDONALD CARANO LLP


 /s/ Ryan J. Works
Ryan J. Works, Esq. (NSBN 9224)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com

Bryce Friedman, Esq. (*pro hac vice pending*)
David Zylberberg, Esq. (*pro hac vice pending*)
Summer Craig, Esq. (*pro hac vice pending*)
Zach Weiner, Esq. (*pro hac vice pending*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
bfriedman@stblaw.com
David.Zylberberg@stblaw.com
scraig@stblaw.com
Zachary.Weiner@stblaw.com

*Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623*