David A. Riggi, Esq.
Bar No. 4727
7900 W. Sahara Ave. Suite 100
Las Vegas, Nevada 89117
Telephone: (702) 463-7777
Facsimile:  (888) 306-7157
riggilaw@gmail.com
*Attorney for the Debtor in Possession*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 25-10341-MNC |
| NUMALE CORPORATION, | Chapter 11 |
| Debtor in Possession. | DATE:   April 22, 2025 |
| | TIME:    9:30 a.m. |

## NOTICE OF HEARING ON
## APPLICATION TO EMPLOY LAW FIRM AS ATTORNEY
## FOR DEBTOR IN POSSESSION

NOTICE IS HEREBY GIVEN that the Debtors filed an APPLICATION TO EMPLOY LAW FIRM AS ATTORNEY FOR DEBTOR IN POSSESSION ("Motion") was filed by the Debtor and that the Court has set a hearing on this Motion, which shall be heard on shortened notice.

NOTICE IS FURTHER GIVEN that any party who objects to the Debtors' Application must do so in a timely and proper manner:

Oppositions to a request should be filed and service of the opposition should be completed on the requestor no later than 14 days before the hearing. The opposition must set forth all relevant facts and any relevant legal authority. An opposition should be supported by affidavits or declarations that conform to the provisions of Local Rule 9014(c).

If an objection is not timely filed and served, an order for the aforementioned request and appropriate relief may be granted. LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge, telephonically with the toll-free conference line of (833) 435-1820, Meeting ID 161 166 2815 and Passcode 115788#, on **April 22, 2025 at 9:30 a.m.**

Dated this 23th day March, 2025.

Respectfully Submitted,

*/s/ David A. Riggi*
David A. Riggi, Esq.
Bar No. 4727
7900 W. Sahara Ave.
Las Vegas, Nevada 89117
Telephone: (702) 463-7777
**Attorney for the Debtor in Possession**

.