UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>NUMALE CORPORATION | CASE NO: 25-10341-NMC<br><br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br><br>Chapter: 11 |

On 3/24/2025, I did cause a copy of the following documents, described below,

APPLICATION TO EMPLOY LAW FIRM AS ATTORNEY FOR DEBTORIN POSSESSION

NOTICE OF HEARING ON EMPLOYMENT APPLICATION

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/24/2025

/s/ David A. Riggi
David A. Riggi  4727

Riggi Law Firm
7900 W Sahara Ave
Las Vegas, NV  89117
702 463 7777
riggilaw@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| IN RE: | CASE NO: 25-10341-NMC |
|---|---|
| NUMALE CORPORATION | **CERTIFICATE OF SERVICE DECLARATION OF MAILING** |
| | Chapter: 11 |

On 3/24/2025, a copy of the following documents, described below,

APPLICATION TO EMPLOY LAW FIRM AS ATTORNEY FOR DEBTORIN POSSESSION

NOTICE OF HEARING ON EMPLOYMENT APPLICATION

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/24/2025

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David A. Riggi
Riggi Law Firm
7900 W Sahara Ave
Las Vegas, NV  89117

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING         CERTAIN UNDERWRITERS AT LLOYDS LONDON    CHAPTER 11  LV
NCRS ADDRESS DOWNLOAD                    CO RYAN J WORKS                          300 LAS VEGAS BLVD  SO 4300
CASE 25-10341-NMC                        MCDONALD CARANO LLP                      LAS VEGAS  NV 89101-5803
DISTRICT OF NEVADA                       2300 WEST SAHARA AVENUE  SUITE 1200
MON MAR 24 15-49-15 PST 2025             LAS VEGAS  NV 89102-4395




                                                                                  DEBTOR
FORD MOTOR CREDIT COMPANY  LLC  CO AIS   NEWTEK SMALL BUSINESS FINANCE  LLC       NUMALE CORPORATION
PORT                                     STEPHENS LAW OFFICES                     6590 S RAINBOW BLVD
4515 N SANTA FE AVE DEPT APS             CO DAVID A STEPHENS                      LAS VEGAS  NV 89118-3327
OKLAHOMA CITY  OK 73118-7901             PO BOX 33130
                                         LAS VEGAS  NV 89133-3130




                                         EXCLUDE
PROSPECT RAINBOW  LLC                    UNITED STATES BANKRUPTCY COURT           AMERICAN EXPRESS NATIONAL BANK
CO JOHNSON  GUBLER  PC                   300 LAS VEGAS BLVD  SOUTH                CO BECKET AND LEE LLP
ATTN RUSSELL G GUBLER  ESQ               LAS VEGAS  NV 89101-5833                 PO BOX 3001
8831 W SAHARA AVE                                                                 MALVERN  PA 19355-0701
LAS VEGAS  NV 89117-5865




ARIZONA DEPARTMENT OF REVENUE            CLARK CO ASSESSOR CO BANKRUPTCY CLERK    CLARK CO TREASURER CO BANKRUPTCY CLERK
OFFICE OF THE ARIZONA ATTORNEY GENERAL   500 S GRAND CENTRAL PKWY                 500 S GRAND CENTRAL PKSY
CO TAX  BANKRUPTCY AND COLLECTION SCT    PO BOX 551401                            PO BOX 1220
2005 N CENTRAL AVE  SUITE 100            LAS VEGAS  NV 89155-1401                 LAS VEGAS  NV 89125-1220
PHOENIX  AZ 85004-1546




CLARK CO TREASURER CO BANKRUPTCY CLERK   DLP FUNDING LLC                          ELAVON
500 S GRAND CENTRAL PKWY                 CO LAW OFFICE OF JACOB Z WEINSTEIN       CO TIMOTHY F FROST  ESQ
PO BOX 1220                              420 CENTRAL AVE STE 301                  7300 CHAPMAN HIGHWAY
LAS VEGAS  NV 89125-1220                 CEDARHURST  NY 11516-1000                KNOXVILLE  TN 37920-6612




FOX FUNDING GROUP LLC                    FORD MOTOR CREDIT COMPANY  LLC CO AIS    FRANCHISE TAX BOARD
CO JOE LIEBERMAN  ESQ                    PORTF                                    BANKRUPTCY SECTION MS A340
LIEBERMAN AND KLESTZICK                  4515 N SANTA FE AVE DEPT APS             PO BOX 2952
POB 356                                  OKLAHOMA CITY  OK 73118-7901             SACRAMENTO  CA 95812-2952
CEDARHURST  NY 11516-0356




INNOVATIVE REAL ESTATE STRATEGIES        INTERNAL REVENUE SERVICE                 KALAMATA CAPITAL GROUP  LLC
2975 S RAINBOW BLVD STE J                ATTN BANKRUPTCY DEPT                     CO STEVEN BERKOVITCH
LAS VEGAS  NV 89146-6598                 PO BOX 7346                              BERKOVITCH  BOUSKILA  PLLC
                                         PHILADELPHIA  PA 19101-7346              1545 US 202 SUITE 101
                                                                                  POMONA  NY 10970-2951




KRAVIT HOVEL  KRAWCZYK                   MICHAEL E SANCHEZ                        NEWTEK LENDING
825 N JEFFERSON ST                       CO NICHOLAS ROWLEY  ESQ                  1981 MARCUS AVENUE STE 130
MILWAUKEE  WI 53202-3737                 421 W WATER ST                           LAKE SUCCESS  NY 11042-1046
                                         DECORAH  IA 52101-1731




                                                                                  EXCLUDE
NV DEPT OF TAXATION                      NEVADA DEPT OF EMPL SECURITY             (D)PROSPECT RAINBOW  LLC
BANKRUPTCY SECTION                       500 E 3RD ST                             CO JOHNSON  GUBLER  PC
500 E WASHINGTON AVE STE 13000           CARSON CITY  NV 89713-0001               ATTN RUSSELL G GUBLER  ESQ
LAS VEGAS  NV 89101-1000                                                          8831 W SAHARA AVE
                                                                                  LAS VEGAS  NV 89117-5865
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

SOCIAL SECURITY ADMINISTRATION      STATE OF NV DMV                     THE LCF GROUP
ATTN BANKR DESK                     ATTN LEGAL DIVISION                 LEGAL DEPARTMENT
PO BOX 33021                        555 WRIGHT WAY                      3000 MARCUS AVE SUITE 2W15
BALTIMORE   MD 21290-3021           CARSON CITY   NV 89711-0001         NEW HYDE PARK   NY 11042-1005




US TRUSTEE   LV  11                 WFNZFM                              WYOMING OFFICE PARK   LLC
300 LAS VEGAS BOULEVARD S           CO SZABO ASSOCIATES   INC           PO BOX 20718
SUITE 4300                          3355 LENOX ROAD NE   SUITE 945      PO BOX 20718
LAS VEGAS   NV 89101-5803           ATLANTA   GA 30326-1357             ALBUQUERQUE   NM 87154-0718




DAVID A RIGGI                       MICHAEL E SANCHEZ
RIGGI LAW FIRM                      WOMBLE BOND DICKINSON US LLP
7900 W SAHARA AVE                   CO OGONNA M BROWN   ESQ
SUITE 100                           3993 HOWARD HUGHES PKWY
LAS VEGAS   NV 89117-7921           SUITE 600
                                    LAS VEGAS   NV 89169-5996
```