Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:    702.949.8200
Fax:    702.949.8398

*Attorneys for Creditor Michael E. Sanchez*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>                Debtor. | Case No. 25-10341-nmc<br>Chapter 11<br><br>**ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1) AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY, NOT ENFORCEMENT, AS TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS, AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(a)(3)**<br><br>Judge: Hon. Natalie M. Cox |

As required by LR 9006(a), this Attorney Information Sheet has been prepared regarding the proposed order shortening time to hear Michael E. Sanchez's ("Mr. Sanchez") Motion for Order Terminating Automatic Stay Under 11 U.S.C. § 362(d)(1) as to New Mexico State Court Post-Trial Proceedings, to Judgment Only, Not Enforcement, as to Numale Corporation and Comfort Order for Stay Termination as to Non-Debtors, and Waived of the 14-Day Stay Under FRBP 4001(a)(3) ("Motion"). Counsel for Mr. Sanchez contacted the following parties requesting consent to have the Motion heard on shortened time, and they responded as indicated below:

127840308.1

| Counsel Name | Party Represented | Date Contacted | Response |
|---|---|---|---|
| David A. Riggi, Esq. | Proposed Debtor's Counsel | 3/25/25 via email | Consent |
| Matthew L. Johnson, Esq. | Counsel for Prospect Rainbow, LLC | 3/25/25 via email | Consent |
| Justin C. Valencia, Esq. | U.S. Trustee | 3/25/25 via email | Consent |
| David A. Stephens, Esq. | Counsel for Newtek Small Business Finance, LLC | 3/25/25 via email | Consent |
| Ryan J. Works, Esq. | Counsel for Beazley Insurance | 3/25/25 via email | No consent |

DATED this 25th day of March, 2025.

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Ogonna M. Brown*
    Ogonna M. Brown, Bar No. 7589
    Ogonna.Brown@wbd-us.com
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV  89169
    Tel.: 702.949.8200
    Fax: 702.949.8398

*Attorneys for Creditor Michael E. Sanchez*



127840308.1

- 2 -

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on the 25th day of March, 2025, I caused to be served a true and correct copy of the **ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1) AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY, NOT ENFORCEMENT, AS TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS, AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(a)(3)** in the following manner:

☒ (ELECTRONIC SERVICE)  Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ Renee L. Creswell*
An employee of Womble Bond Dickinson (US) LLP

127840308.1