Ryan J. Works, Esq. (NSBN 9224)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com

Bryce Friedman, Esq. (*pro hac vice pending*)
David Zylberberg, Esq. (*pro hac vice pending*)
Summer Craig, Esq. (*pro hac vice pending*)
Zach Weiner, Esq. (*pro hac vice pending*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2235
bfriedman@stblaw.com
David.Zylberberg@stblaw.com
scraig@stblaw.com
Zachary.Weiner@stblaw.com

*Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>NUMALE CORPORATION,<br><br>Debtor. | Case No.: 25-10341-nmc<br>Chapter 11<br><br>**OBJECTION TO MOTION FOR ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362(D)(1) AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY, NOT ENFORCEMENT, AS TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(A)(3) [ECF NO. 101]** |

Certain Underwriters at Lloyd's London Syndicates 623/2623  (*"Beazley"*) by and through counsel, hereby file its Objection (this *"Objection"*) to the *Motion for Order Shortening Time to Hear Motion for Order Terminating Automatic Stay Under 11 U.S.C. § 362(D)(1) as to New Mexico State Court Post-Trial Proceedings, to Judgment Only, Not Enforcement, as to Numale Corporation*

4936-7075-8699.3

*and Comfort Order for Stay Termination as to Non-Debtors and Waiver of the 14-Day Stay Under FRBP 4001(A)(3)* (ECF No. 101) (the "**Motion to Shorten**"),[1] and respectfully state as follows:

### OBJECTION

1. As Beazley noted in its prior Motion for Reconsideration[2] on this same lift-stay request, there is a pending motion by the United States Trustee (the **"US Trustee"**) to appoint a Chapter 11 trustee in the Chapter 11 case of the Parent Debtor [ECF No. 59] (the **"Trustee Motion"**), which is scheduled to be heard on March 27, 2025. Beazley believes that if a Chapter 11 trustee is appointed in the Chapter 11 case of the Parent Debtor, the trustee should be provided a fair opportunity to assess the relief requested in the Lift-Stay Motion and potentially, to object. The timeline proposed by Sanchez in his Motion to Shorten effectively would prevent the trustee from doing so.

2. Further, Sanchez continues to disregard the requirements of the Local Rules with respect to his request for stay relief. The Local Rules require Sanchez to "communicate in good faith regarding resolution of the motion before filing a motion for relief from stay…". LR 4001(a)(2). No attempts at resolution of the motion have been made with respect to Beazley.

3. Moreover, "[s]uch attempts to resolve must be made in a reasonable time frame prior to, but in any case no less than (3) three business days before the motion is filed." *Id*. Even if Sanchez had communicated in good faith to resolve the Lift-Stay Motion (which he did not) Beazley should have been given three (3) business days before it was filed.

4. Finally, Sanchez was required to provide evidence of his attempt to resolve the

---

[1] The Motion to Shorten seeks to shorten the objection period for the *Motion for Order Terminating Automatic Stay Under 11 U.S.C. § 362(D)(1) as to New Mexico State Court Post-Trial Proceedings, to Judgment Only, Not Enforcement, as to Numale Corporation and Comfort Order for Stay Termination as to Non-Debtors and Waiver of the 14-Day Stay Under FRBP 4001(A)(3)* (ECF. 98) (the "**Lift-Stay Motion**").

[2] "**Motion for Reconsideration**" means the *Ex Parte Motion to Reconsider Order Approving Stipulation for Entry of Order Terminating Automatic Stay Under 11 U.S.C. § 362 as to New Mexico State Court Post-Trial Proceedings to Judgment Only as to Numale Corporation and Comfort Order for Stay Termination as to Non-Debtors* (ECF No. 82). Capitalized terms not defined in this Objection shall have the meanings given to such terms in the Motion for Reconsideration or the Lift-Stay Motion, as applicable.

matter, with more than simply conclusory statements. *Id*. Sanchez has not done so. Indeed, yesterday evening, Beazley emailed Sanchez to offer to meet and confer regarding the timing of Sanchez's motion, and Sanchez did not respond.

5. As a result of Sanchez's failings, this Court "may refuse to entertain" the Lift-Stay Motion as he did not "comply with" LR 4001(a)(2).

6. Finally, Sanchez's Lift-Stay Motion raises evidentiary issues, as reflected in the lengthy declaration filed in support thereof. *See Declaration Of Lori Bencoe in Support of Motion for Order Terminating Automatic Stay Under 11 U.S.C. § 362(D)(1) as to New Mexico State Court Post-Trial Proceedings, to Judgment Only, Not Enforcement, as to Numale Corporation and Comfort Order for Stay Termination as to Non-Debtors and Waiver of the 14-Day Stay Under FRBP 4001(A)(3)* [ECF No. 100]. Beazley reserves the right to seek an evidentiary hearing on the Lift-Stay Motion, and it is inappropriate to require that hearing to occur on shortened notice when there is no real exigency involved. Indeed, Sanchez's main motivation for expediting his Lift-Stay Motion appears to be a desire to *increase* the amount of his claim against the debtors by purporting to trigger judgment interest as soon as possible.[3] *See* Motion to Shorten ¶¶ 21-22. Beazley struggles to understand how the relief requested by Sanchez could possibly benefit the debtors, or their other creditors whose claims will be diluted by the Sanchez claim.

*(Remainder of page intentionally blank)*

---

[3] Sanchez's argument neglects the impact of Section 502(b)(2), which will disallow post-judgment interest against any Numale debtor. *See*, *e.g.*, *In re Washington Group Intern., Inc.*, 432 B.R. 282, 289 (D. Nev. 2010).

**CONCLUSION**

WHEREFORE, Beazley respectfully requests that the Court deny the Motion to Shorten and direct Sanchez to meet and confer with Beazley regarding the Lift-Stay Motion.

DATED this 26th day of March, 2025.

McDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com

Bryce Friedman, Esq. (*pro hac vice pending*)
David Zylberberg, Esq. (*pro hac vice pending*)
Summer Craig, Esq. (*pro hac vice pending*)
Zach Weiner, Esq. (*pro hac vice pending*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
bfriedman@stblaw.com
David.Zylberberg@stblaw.com
scraig@stblaw.com
Zachary.Weiner@stblaw.com

*Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623*