Ryan J. Works, Esq. (NSBN 9224)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com

David Zylberberg, Esq. (*pro hac vice pending*)
Bryce Friedman, Esq. (*pro hac vice pending*)
Zach Weiner, Esq. (*pro hac vice pending*)
Summer Craig, Esq. (*pro hac vice pending*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-3702
David.Zylberberg@stblaw.com
Bfriedman@stblaw.com
Zachary.Weiner@stblaw.com
Scraig@stblaw.com

*Attorneys for Certain Underwriters at
Lloyd's London Syndicates 623/2623*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>NUMALE CORPORATION,<br><br>Debtor. | Case No.: 25-10341-nmc<br>Chapter 11<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**<br><br>**EFFECTIVE JANUARY 1, 2015**<br>**FILING FEE IS $250.00** |

David Zylberberg, Esq., Petitioner, respectfully represents to the Court:

1.      That Petitioner resides in New York, New York.

2.      That Petitioner is an attorney at law and a member of the law firm of Simpson Thacher & Bartlett LLP, with offices at 425 Lexington Avenue, New York, NY 10017.

3.      That Petitioner has been retained personally or as a member of the law firm by certain underwriters at Lloyd's London Syndicates 623/2623 ("Beazley Insurance"), to provide legal representation in connection with the above-entitled case now pending before this Court.

4.      That since March 2, 2011, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, Unites States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.                                                                    Date Admitted

| | |
|---|---|
| U.S. District Court for the Southern District of New York | 4/7/2012 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission):

N/A

8. That Petitioner is a member of good standing in the following Bar Associations:

N/A

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters: None.

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: March 25, 2025.

_____
Petitioner's Signature

1  STATE OF _New York_ )
2  COUNTY OF _New York_ )
3
4  _David Zylberberg_, Petitioner, being first duly sworn, deposes and says:
   That the foregoing statements are true.
5
6                                                                  _____
7                                                                  Petitioner's Signature
8  (SEAL)
9  Subscribed and sworn to me before this
10 _25_ day of _March_, 2025.            LAURA M. ROMANO
                                          NOTARY PUBLIC, STATE OF NEW YORK
11                                        Registration No. 01RO6430854
                                          Qualified in Richmond County
12 _Laura M. Romano_                      Commission Expires MARCH 21, 2026
   Notary Public

Page 4 of 4



*Appellate Division of the Supreme Court
of the State of New York
First Judicial Department*

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## David Reuben Zylberberg

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 2, 2011**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on March 26, 2025.

*Clerk of the Court*

CertID-00222224

# United States District Court
## Southern District of New York

### Certificate of Good Standing

I, *Tammi M. Hellwig*, Clerk of Court, Certify that

_____DAVID   ZYLBERBERG_____, Bar # _____DZ1111_____

was duly admitted to practice in the Court on

_____April 17, 2012_____

and is in good standing as a member of the Bar of this Court

Dated at  500 Pearl St.  On  March 26, 2025
New York, New York

Tammi M. Hellwig                     By    s/B. Cong
Clerk of Court                              Deputy Clerk