Ryan J. Works, Esq. (NSBN 9224)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com

Bryce Friedman, Esq. (*pro hac vice pending*)
David Zylberberg, Esq. (*pro hac vice pending*)
Summer Craig, Esq. (*pro hac vice pending*)
Zach Weiner, Esq. (*pro hac vice pending*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2235
bfriedman@stblaw.com
David.Zylberberg@stblaw.com
scraig@stblaw.com
Zachary.Weiner@stblaw.com

*Attorneys for Certain Underwriters at
Lloyd's London Syndicates 623/2623*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>NUMALE CORPORATION,<br><br>Debtor. | Case No.: 25-10341-nmc<br>Chapter 11<br><br>**CERTIFICATE OF SERVICE** |

On the 26th day of March, 2025, I served the following document:

1. ***Objection to Motion for Order Shortening Time to Hear Motion for Order Terminating Automatic Stay Under 11 U.S.C. § 362(D)(1) as to New Mexico State Court Post-Trial Proceedings, to Judgment, as to Numale Corporation and Comfort Order for Stay Termination as to Non-Debtors and Waiver of the 14-day Stay Under FRBP 4001(A)(3) [ECF No. 101]*** [ECF No. 104].

The undersigned hereby certifies that she served a true and correct copy of the foregoing pleadings by the following means:

a.    ☒    **ECF System (**You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary).

***SEE THE ATTACHED NOTICE OF ELECTRONIC FILING***

      b.    ☒    **United States Postal Service**, postage fully prepaid *(Lists persons and addresses)*.

> Ford Motor Credit Company, LLC
> c/o AIS Portfolio Services, LLC
> 4515 N Santa Fe Ave. Dept. APS
> Oklahoma City, OK 73118

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 26th day of March, 2025.

                                            */s/ Kimberly Kirn*
                                            An Employee of McDonald Carano LLP

| | |
|---|---|
| From: | USBC_NEVADA@nvb.uscourts.gov |
| Sent: | Wednesday, March 26, 2025 8:45 AM |
| To: | Courtmail@nvb.uscourts.gov |
| Subject: | 25-10341-nmc Objection |

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from RYAN J. WORKS entered on 3/26/2025 at 8:44 AM PDT and filed on 3/26/2025

**Case Name:**     NUMALE CORPORATION
**Case Number:**   25-10341-nmc
**Document Number:** 104

**Docket Text:**
Objection *to Motion for Order Shortening Time to Hear Motion for Order Terminating Automatic Stay under 11 U.S.C. Section 362(D)(1) as to New Mexico State Court Post-Trial Proceedings, To Judgment Only, Not Enforcement, As to NuMale Corporation and Comfort Order for Stay Termination as to Non-Debtors and Waiver of the 14-Day Stay Under FRBP 4001(a)(3)* Filed by RYAN J. WORKS on behalf of CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 (Related document(s)[101] Motion for Order Shortening Time filed by Creditor Michael E. Sanchez.) (WORKS, RYAN)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Numale - Objection to Motion to Shorten (Clean).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=3/26/2025] [FileNumber=36551837-0
] [3135ff54572e197852fcbdbb3be96034a1765e169df6c5127b5bda8f09bdfc857a9
fc6738e8437fc5cb2ff8b1bdfba9d2669c6b1f484daea6fb61e0223ef3ccd]]

**25-10341-nmc Notice will be electronically mailed to:**

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez

Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**25-10341-nmc Notice will not be electronically mailed to:**

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118