_____
**Honorable Natalie M. Cox**
United States Bankruptcy Judge

Entered on Docket
March 26, 2025
_____

Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:     702.949.8200
Fax:     702.949.8398

*Attorneys for Creditor Michael E. Sanchez*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Numale Corporation,<br><br>Debtor. | Case No. 25-10341-nmc<br>Chapter 11<br><br>**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1) AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY, NOT ENFORCEMENT, AS TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(a)(3)**<br><br>**REMOTE: (833) 435-1820**<br>**MEETING ID: 161 166 2815**<br>**Passcode: 115788#**<br><br>Hearing Date: April 8, 2025<br>Hearing Time: 9:30 AM<br><br>Judge: Natalie M. Cox |

127821275.2

On March 25, 2025, Michael E. Sanchez ("Sanchez" or "Creditor") filed his Motion to Terminate Automatic Stay Under 11 U.S.C. §362(d)(1) as to New Mexico State Court Post-Trial Proceedings, to Judgment Only, Not Enforcement, as to Numale Corporation ("Debtor") and Comfort Order for Stay Termination as to Non-Debtors and Waiver of the 14-Day Stay Under FRBP 4001(a)(3) ("Motion")[1] (ECF No. 98).

In his Motion, Sanchez requests an Order for relief from the automatic stay based upon the following grounds and the following reasons: (1) the Debtor and Numale New Mexico S.C. Corporation (hereinafter "Numale NM SC") filed for bankruptcy after a jury verdict in the amount of $412 million was entered against them, jointly and severally with other non-debtor defendants, but before orders on post-trial motions or a final appealable judgment was entered by the New Mexico trial court (*See* ECF No. 1)[2]; (2) cause exists to terminate the automatic stay to allow the post-trial motions to be adjudicated and for a final appealable judgment to be entered against the Debtor to judgment only, not enforcement; (3) Mr. Sanchez also seeks a comfort order from this Court to proceed against the non-debtors to enforce the imminent final appealable judgment and to avoid piecemeal post-trial motions and appeals; (4) the Debtor has previously stipulated to the relief requested in the Stipulation filed with this Court on March 18, 2025 (ECF No. 70); (5) cause exists to terminate the stay under the *Curtis* factors, given that the Debtor has previously stipulated to terminate the automatic stay (ECF No. 70), and judicial efficiency will be fostered by allowing the New Mexico State Court to reduce the jury verdict to a final appealable judgment. The interests of other parties would not be prejudiced by terminating the stay to allow the New Mexico State Court to reduce the jury verdict to a judgment, which will avoid piecemeal post-trial motion practice and appeals; (6) after convincing Mr. Sanchez to stay the post-trial motions, Debtor filed for bankruptcy and then Beazley Insurance sued Numale Albuquerque LLC, the wholly owned subsidiary of Debtor Numale Corp., and the nondebtor Defendants Christopher Asandra MD, Carlos Feliciano

---

[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.
[2] All references to "ECF No." are to the number assigned to the documents filed in Case No. BK-25-10341-nmc as it relates to Debtor's Chapter 11 case as they appear on the docket maintained by the clerk of court. All references to "Section" are to the provisions of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. All references to "LR" are to the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada. All references to the "FRBP" are to the Federal Rules of Bankruptcy Procedure.

127821275.2

- 2 -

1  MD, Brad Palubicki and Justin Pulliam, in the New Mexico Case, seeking declaratory relief from
2  Beazley's duties owed under the policies that insured the Numale Defendants in the New Mexico
3  Case brought by Mr. Sanchez. Beazley's declaratory relief action directly impacts the Debtor's
4  rights and interests, further militating in favor of immediate stay termination to avoid piecemeal
5  litigation, which judicial efficiency will benefit all parties, including interested parties such as
6  Beazley; and (7) Movant seeks a comfort order terminating the stay as to the Non-Debtors Numale
7  Albuquerque LLC d/b/a Numale Medical Center (a wholly owned subsidiary of Numale Corp.),
8  Christopher Asandra MD, Carlos Feliciano MD, Brad Palubicki and Justin Pulliam to proceed in
9  New Mexico state court.

10  The Court, having considered Sanchez's *Ex Parte* Application for Order Terminating Automatic Stay Pursuant to 11 U.S.C. § 362 as to New Mexico State Court Post-Trial Proceedings to Judgment as to Numale Corporation and Comfort Order for Stay Termination as to Non-Debtors, and good cause appearing therefore,

14  **IT IS HEREBY ORDERED** and notice is hereby given that the Motion shall be heard by a United States Bankruptcy Judge on April 8, 2025, at 9:30 AM. A copy of the above-referenced Motion and any supporting declarations and exhibits are on file with the clerk of the United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101, or may be obtained my emailing Ogonna M. Brown, Esq. at the address listed above or Caitlin Halm at Caitlin.Halm@wbd-us.com or Renee Creswell at Renee.Creswell@wbd-us.com.

21  **IT IS HEREBY FURTHER ORDERED** that this Order Shortening Time shall be served in accordance with Local Rule 9006, that any oppositions to the Motion must be filed and served by April 3, 2025; that replies to any oppositions filed must be filed and served by April 7, 2025; and that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof. Parties wishing to appear and participate at this hearing shall call the telephone conference line **1(833) 435-1820**, Meeting ID **161 166 2815** Passcode **115788**#.

**IT IS SO ORDERED**.

127821275.2

- 3 -



Prepared and submitted by:

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Ogonna M. Brown*
    Ogonna M. Brown, Bar No. 7589
    Ogonna.Brown@wbd-us.com
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV 89169
    Tel: 702.949.8200
    Fax: 702.949.8398
    *Attorneys for Creditor Michael E. Sanchez*