Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:   702.949.8200
Fax:   702.949.8398

*Attorneys for Creditor Michael E. Sanchez*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>Numale Corporation,<br><br>                Debtor. | Case No. 25-10341-nmc<br><br>Chapter 11<br><br>**NOTICE OF ENTRY OF ORDER APPROVING NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362 AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS TO JUDGMENT ONLY AS TO NUMALE CORP. AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS**<br><br>**REMOTE: (833) 435-1820**<br>**MEETING ID: 161 166 2815**<br>**Passcode: 115788#**<br><br>Hearing Date: April 8, 2025<br>Hearing Time: 9:30 a.m.<br><br>Judge: Hon. Natalie M. Cox |

PLEASE TAKE NOTICE that the Order Approving Notice Of Hearing And Order Shortening Time To Hear Motion for Order Terminating Automatic Stay Under 11 U.S.C. § 362(D)(1) as to New Mexico State Court Post-Trial Proceedings, to Judgment Only, Not Enforcement, as to Numale Corp. and Comfort Order for Stay Termination as to Non-Debtors and Waiver of the 14-Day Stay Under FRBP 4001(A)(3) ("<u>Order</u>") (ECF No. 110 was entered on March 26, 2025. A true and correct copy of the Order is attached hereto as **Exhibit "A"**.

127779678.1

1  DATED this 26th day of March, 2025.

2                                                       WOMBLE BOND DICKINSON (US) LLP

4  By: */s/ Ogonna Brown*
5     Ogonna Brown, Bar No. 7589
   Ogonna.Brown@wbd-us.com
6     3993 Howard Hughes Parkway, Suite 600
   Las Vegas, NV  89169
7     Tel.: 702.949.8200
   Fax: 702.949.8398

9     *Attorneys for Creditor Michael E. Sanchez*

127779678.1

- 2 -


# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on March 26, 2025, I caused to be served a true and correct copy of the foregoing in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities. A copy of the document was also sent via electronic mail to the parties listed on the CM/ECF Bankruptcy Court portal, at their last known email addresses.

☐ (ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

/s/ Annette Jaramillo
An employee of
Womble Bond Dickinson (US) LLP

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 25-10341-nmc<br>District of Nevada<br>Las Vegas<br>Tue Mar 18 12:35:26 PDT 2025 | CHAPTER 11 - LV<br>300 LAS VEGAS BLVD., SO. #4300<br>LAS VEGAS, NV 89101-5803 | Ford Motor Credit Company, LLC, c/o AIS Port<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| NEWTEK SMALL BUSINESS FINANCE, LLC<br>STEPHENS LAW OFFICES<br>C/O DAVID A. STEPHENS<br>P.O. BOX 33130<br>LAS VEGAS, NV 89133-3130 | NUMALE CORPORATION<br>6590 S RAINBOW BLVD<br>LAS VEGAS, NV 89118-3327 | Prospect Rainbow, LLC<br>c/o JOHNSON & GUBLER, P.C.<br>Attn: Russell G. Gubler, Esq.<br>8831 W. Sahara Ave<br>Las Vegas, NV 89117-5865 |
| United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 | ARIZONA DEPARTMENT OF REVENUE<br>Office of the Arizona Attorney General -<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004-1546 | Clark Co Assessor c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Po Box 551401<br>Las Vegas, NV 89155-1401 |
| Clark Co Treasurer c/o Bankruptcy Clerk<br>500 S Grand Central Pksy<br>Po Box 1220<br>Las Vegas, NV 89125-1220 | Clark Co Treasurer c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Po Box 1220<br>Las Vegas, NV 89125-1220 | DLP Funding LLC<br>c/o/ Law Office of Jacob Z Weinstein<br>420 Central Ave Ste 301<br>Cedarhurst, NY 11516-1000 |
| ELAVON<br>c/o TIMOTHY F. FROST, ESQ.<br>7300 CHAPMAN HIGHWAY<br>Knoxville, TN 37920-6612 | FOX FUNDING GROUP LLC<br>c/o JOE LIEBERMAN, ESQ.<br>LIEBERMAN AND KLESTZICK<br>POB 356<br>Cedarhurst, NY 11516-0356 | Ford Motor Credit Company, LLC c/o AIS Portf<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952 | INNOVATIVE REAL ESTATE STRATEGIES<br>2975 S RAINBOW BLVD STE J<br>Las Vegas, NV 89146-6598 | Internal Revenue Service<br>ATTN: BANKRUPTCY DEPT<br>PO Box 7346<br>PHILADELPHIA, PA 19101-7346 |
| KALAMATA CAPITAL GROUP, LLC<br>c/o STEVEN BERKOVITCH<br>BERKOVITCH & BOUSKILA, PLLC<br>1545 US 202 SUITE 101<br>Pomona, NY 10970-2951 | KRAVIT HOVEL & KRAWCZYK<br>825 N JEFFERSON ST<br>Milwaukee, WI 53202-3737 | MICHAEL E SANCHEZ<br>C/O NICHOLAS ROWLEY, ESQ<br>421 W Water St<br>Decorah, IA 52101-1731 |
| NEWTEK LENDING<br>1981 MARCUS AVENUE STE 130<br>Lake Success, NY 11042-1046 | NV Dept of Taxation<br>Bankruptcy Section<br>500 E Washington Ave Ste 13000<br>Las Vegas, NV 89101-1000 | Nevada Dept of Empl Security<br>500 E 3rd St<br>Carson City, NV 89713-0001 |
| Social Security Administration<br>Attn: Bankr Desk<br>Po Box 33021<br>Baltimore, MD 21290-3021 | State of NV DMV<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 | THE LCF GROUP<br>LEGAL DEPARTMENT<br>3000 MARCUS AVE SUITE 2W15<br>New Hyde Park, NY 11042-1005 |
| U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | WFNZ-FM<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 | Wyoming Office Park, LLC<br>P.O. Box 20718<br>P.O. Box 20718<br>Albuquerque, NM 87154-0718 |

```
DAVID A RIGGI                        Michael E. Sanchez
RIGGI LAW FIRM                       WOMBLE BOND DICKINSON (US) LLP
7900 W SAHARA AVE                    C/O OGONNA M. BROWN, ESQ.
SUITE 100                            3993 HOWARD HUGHES PKWY
LAS VEGAS, NV 89117-7921             SUITE 600
                                     LAS VEGAS, NV 89169-5996
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Prospect Rainbow, LLC             End of Label Matrix
c/o JOHNSON & GUBLER, P.C.           Mailable recipients    31
Attn: Russell G. Gubler, Esq.        Bypassed recipients     1
8831 W. Sahara Ave                   Total                  32
Las Vegas, NV 89117-5865
```

# EXHIBIT A

# EXHIBIT A



_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
March 26, 2025

_____



Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:    702.949.8200
Fax:    702.949.8398

*Attorneys for Creditor Michael E. Sanchez*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re:<br><br>Numale Corporation,<br><br>                    Debtor. | Case No. 25-10341-nmc<br>Chapter 11<br><br>**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1) AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY, NOT ENFORCEMENT, AS TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(a)(3)**<br><br>**REMOTE: (833) 435-1820**<br>**MEETING ID: 161 166 2815**<br>**Passcode: 115788#**<br><br>Hearing Date: April 8, 2025<br>Hearing Time: 9:30 AM<br><br>Judge: Natalie M. Cox |
|---|---|

127821275.2

On March 25, 2025, Michael E. Sanchez ("Sanchez" or "Creditor") filed his Motion to Terminate Automatic Stay Under 11 U.S.C. §362(d)(1) as to New Mexico State Court Post-Trial Proceedings, to Judgment Only, Not Enforcement, as to Numale Corporation ("Debtor") and Comfort Order for Stay Termination as to Non-Debtors and Waiver of the 14-Day Stay Under FRBP 4001(a)(3) ("Motion")[1] (ECF No. 98).

In his Motion, Sanchez requests an Order for relief from the automatic stay based upon the following grounds and the following reasons: (1) the Debtor and Numale New Mexico S.C. Corporation (hereinafter "Numale NM SC") filed for bankruptcy after a jury verdict in the amount of $412 million was entered against them, jointly and severally with other non-debtor defendants, but before orders on post-trial motions or a final appealable judgment was entered by the New Mexico trial court (*See* ECF No. 1)[2]; (2) cause exists to terminate the automatic stay to allow the post-trial motions to be adjudicated and for a final appealable judgment to be entered against the Debtor to judgment only, not enforcement; (3) Mr. Sanchez also seeks a comfort order from this Court to proceed against the non-debtors to enforce the imminent final appealable judgment and to avoid piecemeal post-trial motions and appeals; (4) the Debtor has previously stipulated to the relief requested in the Stipulation filed with this Court on March 18, 2025 (ECF No. 70); (5) cause exists to terminate the stay under the *Curtis* factors, given that the Debtor has previously stipulated to terminate the automatic stay (ECF No. 70), and judicial efficiency will be fostered by allowing the New Mexico State Court to reduce the jury verdict to a final appealable judgment. The interests of other parties would not be prejudiced by terminating the stay to allow the New Mexico State Court to reduce the jury verdict to a judgment, which will avoid piecemeal post-trial motion practice and appeals; (6) after convincing Mr. Sanchez to stay the post-trial motions, Debtor filed for bankruptcy and then Beazley Insurance sued Numale Albuquerque LLC, the wholly owned subsidiary of Debtor Numale Corp., and the nondebtor Defendants Christopher Asandra MD, Carlos Feliciano

---

[1] Any capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.
[2] All references to "ECF No." are to the number assigned to the documents filed in Case No. BK-25-10341-nmc as it relates to Debtor's Chapter 11 case as they appear on the docket maintained by the clerk of court. All references to "Section" are to the provisions of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. All references to "LR" are to the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada. All references to the "FRBP" are to the Federal Rules of Bankruptcy Procedure.

127821275.2                                     - 2 -

1    MD, Brad Palubicki and Justin Pulliam, in the New Mexico Case, seeking declaratory relief from
2    Beazley's duties owed under the policies that insured the Numale Defendants in the New Mexico
3    Case brought by Mr. Sanchez. Beazley's declaratory relief action directly impacts the Debtor's
4    rights and interests, further militating in favor of immediate stay termination to avoid piecemeal
5    litigation, which judicial efficiency will benefit all parties, including interested parties such as
6    Beazley; and (7) Movant seeks a comfort order terminating the stay as to the Non-Debtors Numale
7    Albuquerque LLC d/b/a Numale Medical Center (a wholly owned subsidiary of Numale Corp.),
8    Christopher Asandra MD, Carlos Feliciano MD, Brad Palubicki and Justin Pulliam to proceed in
9    New Mexico state court.

10   The Court, having considered Sanchez's *Ex Parte* Application for Order Terminating
11   Automatic Stay Pursuant to 11 U.S.C. § 362 as to New Mexico State Court Post-Trial Proceedings
12   to Judgment as to Numale Corporation and Comfort Order for Stay Termination as to Non-Debtors,
13   and good cause appearing therefore,

14   **IT IS HEREBY ORDERED** and notice is hereby given that the Motion shall be heard
15   by a United States Bankruptcy Judge on April 8, 2025, at 9:30 AM. A copy of the above-
16   referenced Motion and any supporting declarations and exhibits are on file with the clerk of the
17   United States Bankruptcy Court for the District of Nevada, 300 Las Vegas Blvd. South, Las
18   Vegas, Nevada 89101, or may be obtained my emailing Ogonna M. Brown, Esq. at the address
19   listed above or Caitlin Halm at Caitlin.Halm@wbd-us.com or Renee Creswell at
20   Renee.Creswell@wbd-us.com.

21   **IT IS HEREBY FURTHER ORDERED** that this Order Shortening Time shall be served
22   in accordance with Local Rule 9006, that any oppositions to the Motion must be
23   filed and served by April 3, 2025; that replies to any oppositions filed must be filed and
24   served by April 7, 2025; and that this hearing may be continued from time to time
25   without further notice except for the announcement of any adjourned dates and times at the above
26   noticed hearing or any adjournment thereof. Parties wishing to appear and participate at this
27   hearing shall call the telephone conference line **1(833) 435-1820**, Meeting ID **161 166 2815**
28   Passcode **115788**#.

**IT IS SO ORDERED**.

127821275.2                                         - 3 -



Prepared and submitted by:

WOMBLE BOND DICKINSON (US) LLP

By:  /s/ Ogonna M. Brown
    Ogonna M. Brown, Bar No. 7589
    Ogonna.Brown@wbd-us.com
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV 89169
    Tel: 702.949.8200
    Fax: 702.949.8398
    *Attorneys for Creditor Michael E. Sanchez*

127821275.2

- 4 -