UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>NUMALE CORPORATION | CASE NO: 25-10341-nmc<br>**DECLARATION OF MAILING CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 3/7/2025, I did cause a copy of the following documents, described below,

Motion for Maintenance of Bank Account

ORDER AND NOTICE OF HEARING

Motion for Joint Administration

ORDER AND NOTICE OF HEARING

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 3/7/2025

/s/ David A. Riggi
David A. Riggi  4727

Riggi Law Firm
7900 W Sahara Ave
Las Vegas, NV  89117
702 463 7777
riggilaw@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>NUMALE CORPORATION | CASE NO: 25-10341-nmc<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 11 |

On 3/7/2025, a copy of the following documents, described below,

Motion for Maintenance of Bank Account

ORDER AND NOTICE OF HEARING

Motion for Joint Administration

ORDER AND NOTICE OF HEARING

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 3/7/2025

_/s/ Miles Wood_

Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David A. Riggi
Riggi Law Firm
7900 W Sahara Ave
Las Vegas, NV  89117

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
CASE INFO

 LABEL MATRIX FOR LOCAL NOTICING        CHAPTER 11   LV                         FORD MOTOR CREDIT COMPANY   LLC   CO AIS
NCRS ADDRESS DOWNLOAD                   300 LAS VEGAS BLVD   SO 4300            PORT
CASE 25-10341-NMC                       LAS VEGAS    NV 89101-5803              4515 N SANTA FE AVE DEPT APS
DISTRICT OF NEVADA                                                              OKLAHOMA CITY   OK 73118-7901
FRI MAR 7 15-53-52 PST 2025




                                        DEBTOR

NEWTEK SMALL BUSINESS FINANCE   LLC     NUMALE CORPORATION                      PROSPECT RAINBOW   LLC
STEPHENS LAW OFFICES                    6590 S RAINBOW BLVD                     CO JOHNSON   GUBLER   PC
CO DAVID A STEPHENS                     LAS VEGAS   NV 89118-3327               ATTN RUSSELL G GUBLER   ESQ
PO BOX 33130                                                                    8831 W SAHARA AVE
LAS VEGAS   NV 89133-3130                                                       LAS VEGAS   NV 89117-5865




EXCLUDE

UNITED STATES BANKRUPTCY COURT          ARIZONA DEPARTMENT OF REVENUE           CLARK CO ASSESSOR CO BANKRUPTCY CLERK
300 LAS VEGAS BLVD   SOUTH              OFFICE OF THE ARIZONA ATTORNEY GENERAL  500 S GRAND CENTRAL PKWY
LAS VEGAS   NV 89101-5833               CO TAX   BANKRUPTCY AND COLLECTION SCT  PO BOX 551401
                                        2005 N CENTRAL AVE   SUITE 100          LAS VEGAS   NV 89155-1401
                                        PHOENIX   AZ 85004-1546




CLARK CO TREASURER CO BANKRUPTCY CLERK  CLARK CO TREASURER CO BANKRUPTCY CLERK  DLP FUNDING LLC
500 S GRAND CENTRAL PKSY                500 S GRAND CENTRAL PKWY                CO LAW OFFICE OF JACOB Z WEINSTEIN
PO BOX 1220                             PO BOX 1220                             420 CENTRAL AVE STE 301
LAS VEGAS   NV 89125-1220               LAS VEGAS   NV 89125-1220               CEDARHURST   NY 11516-1000




ELAVON                                  FOX FUNDING GROUP LLC                   FORD MOTOR CREDIT COMPANY   LLC CO AIS
CO TIMOTHY F FROST   ESQ                CO JOE LIEBERMAN   ESQ                  PORTF
7300 CHAPMAN HIGHWAY                    LIEBERMAN AND KLESTZICK                 4515 N SANTA FE AVE DEPT APS
KNOXVILLE   TN 37920-6612               POB 356                                 OKLAHOMA CITY   OK 73118-7901
                                        CEDARHURST   NY 11516-0356




INNOVATIVE REAL ESTATE STRATEGIES       INTERNAL REVENUE SERVICE                KALAMATA CAPITAL GROUP   LLC
2975 S RAINBOW BLVD STE J               ATTN BANKRUPTCY DEPT                    CO STEVEN BERKOVITCH
LAS VEGAS   NV 89146-6598               PO BOX 7346                             BERKOVITCH   BOUSKILA   PLLC
                                        PHILADELPHIA   PA 19101-7346            1545 US 202 SUITE 101
                                                                                POMONA   NY 10970-2951




KRAVIT HOVEL   KRAWCZYK                 MICHAEL E SANCHEZ                       NEWTEK LENDING
825 N JEFFERSON ST                      CO NICHOLAS ROWLEY   ESQ                1981 MARCUS AVENUE STE 130
MILWAUKEE   WI 53202-3737               421 W WATER ST                          LAKE SUCCESS   NY 11042-1046
                                        DECORAH   IA 52101-1731




                                                                                EXCLUDE

NV DEPT OF TAXATION                     NEVADA DEPT OF EMPL SECURITY            (D)PROSPECT RAINBOW   LLC
BANKRUPTCY SECTION                      500 E 3RD ST                            CO JOHNSON   GUBLER   PC
500 E WASHINGTON AVE STE 13000          CARSON CITY   NV 89713-0001             ATTN RUSSELL G GUBLER   ESQ
LAS VEGAS   NV 89101-1000                                                       8831 W SAHARA AVE
                                                                                LAS VEGAS   NV 89117-5865




SOCIAL SECURITY ADMINISTRATION          STATE OF NV DMV                         THE LCF GROUP
ATTN BANKR DESK                         ATTN LEGAL DIVISION                     LEGAL DEPARTMENT
PO BOX 33021                            555 WRIGHT WAY                          3000 MARCUS AVE SUITE 2W15
BALTIMORE   MD 21290-3021               CARSON CITY   NV 89711-0001             NEW HYDE PARK   NY 11042-1005
```

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

```
US TRUSTEE - LV - 11              WFNZFM                            WYOMING OFFICE PARK, LLC
300 LAS VEGAS BOULEVARD S         CO SZABO ASSOCIATES, INC          PO BOX 20718
SUITE 4300                        3355 LENOX ROAD NE, SUITE 945     PO BOX 20718
LAS VEGAS, NV 89101-5803          ATLANTA, GA 30326-1357            ALBUQUERQUE, NM 87154-0718


DAVID A RIGGI
RIGGI LAW FIRM
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117-7921
```