**Fill in this information to identify the case:**

Debtor name **NUMALE CORPORATION**

United States Bankruptcy Court for the: District of **Nevada**
(State)

Case number (if known): **25-10341-NMC**

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
| --- | --- | --- |

**2.1**

**Creditor's name**

**FORD MOTOR CREDIT CO**

**Creditor's mailing address**

**4515 N Santa Fe Ave Dept Aps**

**Oklahoma City, OK 73118-7901**

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number** __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**

2017 GMC

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
| --- | --- |
| $21,593.00 | $25,000.00 |

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$5,021,593.00

Debtor    **NUMALE CORPORATION**
_____    Case number (if known) **25-10341-NMC**
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

---

**2.2  Creditor's name**

**NEWTEK LENDING**

**Creditor's mailing address**

**1981 MARCUS AVENUE STE 130**

**Lake Success, NY 11042**

**Creditor's email address, if known**

_____

**Date debt was incurred**  _____

**Last 4 digits of account number**  __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days

**Describe the lien**

**UCC-1**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

| | |
|---|---|
| **$5,000,000.00** | **$73,000.00** |

---

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

Fill in this information to identify the case:

Debtor name  **NUMALE CORPORATION**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known):  **25-10341-NMC**

☑ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Total claim: **$350.00** | Priority amount: **$350.00** |
|---|---|---|---|

**ARIZONA DEPT OF REVENUE**

**C/O TAX BANKR & COLL SEC**

**2005 N CENTRAL AVE SUITE 100**

**Phoenix, AZ 85004**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Basis for the Claim:

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) **(8)**

**2.2**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | _____ | _____ |
|---|---|---|---|

_____

_____

_____

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

_____

Last 4 digits of account
number ___ ___ ___ ___

Basis for the claim:

_____

**Is the claim subject to offset?**
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured
claim: 11 U.S.C. § 507(a) ___

Debtor    **NUMALE CORPORATION**
Name

Case number *(if known)*    **25-10341-NMC**

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address

**AMERICAN EXPRESS**

Po Box 60189

City Industry, CA 91716-0189

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.2** Nonpriority creditor's name and mailing address

**AUDACY**

11800 W Grange Ave

Hales Corners, WI 53130-1035

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$748,050.00

**3.3** Nonpriority creditor's name and mailing address

**CLARK HILL**

1700 S Pavilion Center Dr Ste 500

Las Vegas, NV 89135-1864

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,498.00

**3.4** Nonpriority creditor's name and mailing address

**COX RADIO LLC**

11300 4th St N

St Petersburg, FL 33716-2918

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,600.00

| Debtor | **NUMALE CORPORATION** | | Case number *(if known)* | **25-10341-NMC** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**DEWITT, PARULOL & MEEK PLLC**

**705 Nw 4th St**

**Oklahoma City, OK 73102-1616**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $2,075.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.6** Nonpriority creditor's name and mailing address

**DLP Funding LLC**

**c/o/ Law Offoce of Jacob Z Weinstein**

**420 Central Ave Ste 301**

**Cedarhurst, NY 11516-1000**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $200,000.00
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: MCA

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.7** Nonpriority creditor's name and mailing address

**EFFECTV**

**Po Box 415949**

**Boston, MA 02241-5949**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: $500.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.8** Nonpriority creditor's name and mailing address

**ELAVON**

**c/o TIMOTHY F. FROST, ESQ.**

**7300 CHAPMAN HIGHWAY**

**Knoxville, TN 37920**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is: unknown
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **NUMALE CORPORATION** | Case number *(if known)* | **25-10341-NMC** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.9** Nonpriority creditor's name and mailing address

**FOX FUNDING GROUP LLC**

**c/o JOE LIEBERMAN, ESQ.**
**LIEBERMAN AND KLESTZICK**

**POB 356**

**Cedarhurst, NY 11516**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

$70,000.00

---

**3.10** Nonpriority creditor's name and mailing address

**FRANCHISE TAX BOARD**

**BANKRUPTCY SECTION**

**Po Box 2952**

**Sacramento, CA 95812-2952**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,396.00

---

**3.11** Nonpriority creditor's name and mailing address

**GILE LAW GROUP**

**1180 N Town Center Dr Ste 100**

**Las Vegas, NV 89144-6308**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,601.00

---

**3.12** Nonpriority creditor's name and mailing address

**HERSHEY DECKER DRAKE**

**10463 Park Meadows Dr Ste 209**

**Lone Tree, CO 80124-5355**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,235.00

---

| Debtor | **NUMALE CORPORATION** | Case number *(if known)* | **25-10341-NMC** |
|---|---|---|---|
| | Name | | |

---

**Part 2:** Additional Page

---

**3.13** Nonpriority creditor's name and mailing address

**HOWARD & HOWARD**

**Po Box 95234**

**Chicago, IL 60694-5234**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$13,267.00

---

**3.14** Nonpriority creditor's name and mailing address

**HYPORT DIGITAL N2**

**Po Box 208092**

**Dallas, TX 75320-8092**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$671,032.00

---

**3.15** Nonpriority creditor's name and mailing address

**INNOVATIVE REAL ESTATE STRATEGIES**

**2975 S RAINBOW BLVD STE J**

**Las Vegas, NV 89146**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Lease arreargage**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$5,000.00

---

**3.16** Nonpriority creditor's name and mailing address

**KALAMATA CAPITAL GROUP, LLC**

**c/o STEVEN BERKOVITCH**
**BERKOVITCH & BOUSKILA, PLLC**

**1545 US 202 SUITE 101**

**Pomona, NY 10970**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$70,000.00

---

| Debtor | **NUMALE CORPORATION** | | Case number *(if known)* | **25-10341-NMC** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.17** Nonpriority creditor's name and mailing address

**KMA BODILY**

**1200 John Q Hammons Dr Ste 500**

**Madison, WI 53717-2199**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$12,284.00

---

**3.18** Nonpriority creditor's name and mailing address

**KRAVIT HOVEL & KRAWCZYK**

**825 N JEFFERSON ST**

**Milwaukee, WI 53202**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.19** Nonpriority creditor's name and mailing address

**MICHAEL E SANCHEZ**

**C/O NICHOLAS ROWLEY, ESQ**

**421 W Water St**

**Decorah, IA 52101-1731**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☑ Unliquidated
- ☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
- ☑ No
- ☐ Yes

unknown

---

**3.20** Nonpriority creditor's name and mailing address

**THE LCF GROUP**

**LEGAL DEPARTMENT**

**3000 MARCUS AVE SUITE 2W15**

**New Hyde Park, NY 11042**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☑ Contingent
- ☐ Unliquidated
- ☑ Disputed

Basis for the claim: MCA

Is the claim subject to offset?
- ☑ No
- ☐ Yes

$370,000.00

---

| Debtor | **NUMALE CORPORATION** | | Case number *(if known)* | **25-10341-NMC** |
|---|---|---|---|---|
| | Name | | | |

---

**Part 2:** Additional Page

---

**3.21** | Nonpriority creditor's name and mailing address

**TOSICH BIOSCIENCE INC**

**Po Box 712415**

**Cincinnati, OH 45271-2415**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,498.40

---

**3.22** | Nonpriority creditor's name and mailing address

**WFNZ-FM**

**C/O SZABO ASSOCIATES**

**3355 LENOX ROAD NE SITE 945**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$16,864.00

---

**3.23** | Nonpriority creditor's name and mailing address

**WYOMING OFFICE PARK LLC**

**C/O THE CASH LAW FIRM**

**POB 20718**

**Albuquerque, NM 87154**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.24** | Nonpriority creditor's name and mailing address

**YELP INC**

**Po Box 204393**

**Dallas, TX 75320-4393**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$27,343.00

---

Debtor    **NUMALE CORPORATION**                                          Case number *(if known)*    **25-10341-NMC**
          Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$350.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$2,233,243.40** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$2,233,593.40** |

Fill in this information to identify the case:

Debtor name **NUMALE CORPORATION**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): **25-10341-NMC**

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1: Income

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | | ☑ Operating a business<br>☐ Other _____ | **$39,442.36** |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | ☑ Operating a business<br>☐ Other _____ | **$1,715,708.94** |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | ☑ Operating a business<br>☐ Other _____ | **$2,626,866.83** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | | _____ | _____ |
| **For prior year:** | From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | _____ | _____ |
| **For the year before that:** | From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | | _____ | _____ |

Debtor  **NUMALE CORPORATION**                                    Case number (if known)  **25-10341-NMC**
        Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **FOX FUNDING GROUP LLC**<br>Creditor's name<br>**POB 356**<br>Street<br>**c/o JOE LIEBERMAN LIEBERMAN AND KLESTZICK**<br><br>**Cedarhurst, NY 11516**<br>City        State    ZIP Code | | **$70,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |
| 3.2. **AMERICAN EXPRESS**<br>Creditor's name<br>**Po Box 60189**<br>Street<br><br>**City of Industry, CA 91716-0189**<br>City        State    ZIP Code | **11-29-24 to 12-12-24** | **$200,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other _____ |

**4.  Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **possible transfers of security interests which have benefitted insider guarantors**<br>Creditor's name<br><br>Street<br><br><br>City        State    ZIP Code<br>**Relationship to debtor** | | **$0.00** | |

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **2**

Debtor    **NUMALE CORPORATION**                                    Case number *(if known)*    **25-10341-NMC**
          Name

**5.  Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City          State    ZIP Code | _____ | _____ | _____ |

**6.  Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City          State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **NuMale Corp v N2** | **digital advertising** | **Nevada District Court** <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City        State    ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> _____ | | | |

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **3**

Debtor   **NUMALE CORPORATION**                                        Case number *(if known)*    **25-10341-NMC**
_____
Name

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Sanchez v NuMale etc** | tort | **New Mexico state court** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | | ☐ Concluded |
| | | | Street | |
| | _____ | | _____ | |
| | | | City          State     ZIP Code | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | **Assandra v NuMale** | | **Nevada District Court** | ☑ Pending |
| | | | Name | ☐ On appeal |
| | **Case number** | | | ☐ Concluded |
| | | | Street | |
| | _____ | | _____ | |
| | | | City          State     ZIP Code | |

**8.   Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | _____ | _____ |
| | _____ | Case title | Court name and address |
| | Street | _____ | Name |
| | _____ | Case number | Street |
| | City          State     ZIP Code | _____ | _____ |
| | | Date of order or assignment | City          State     ZIP Code |
| | | _____ | |

---

**Part 4:**   Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name | _____ | _____ | _____ |
| | _____ | _____ | _____ | |
| | Street | | | |
| | _____ | | | |
| | City          State     ZIP Code | | | |
| | Recipient's relationship to debtor | | | |
| | _____ | | | |

Debtor  **NUMALE CORPORATION**                                          Case number *(if known)*    **25-10341-NMC**
　　　　Name

| Part 5: | Certain Losses |

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |

10.1.  _____    _____    _____    _____

| Part 6: | Certain Payments or Transfers |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Riggi, David A.** | attorney retainer not including filng fee | 01/16/2025 | $7,500.00 |
| | **Address** | | | |
| | **7900 W Sahara Ave Suite 100**<br>Street | | | |
| | **Las Vegas, NV 89117**<br>City　　　　　State　　ZIP Code | | | |
| | **Email or website address** | | | |
| | _____ | | | |
| | **Who made the payment, if not debtor?** | | | |
| | **NuMale Corporation** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Trustee** | | | |
| | _____ | | | |

Debtor  **NUMALE CORPORATION**                                          Case number *(if known)*  __25-10341-NMC__
        Name

---

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

---

**Part 7:    Previous Locations**

**14.  Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | Street | From _____ To _____ |
| | City          State     ZIP Code | |

---

**Part 8:    Health Care Bankruptcies**

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

---

Debtor    **NUMALE CORPORATION**                                    Case number *(if known)*    **25-10341-NMC**

Name

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. | | |
| Facility name | | |
| Street | Location where patient records are maintained(if different from facility address). If electronic, identify any service provider. | How are records kept? |
| City            State     ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

**Part 9:** Personally Identifiable Information

**16.   Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.

> **We may collect certain types of Protected Health Information (PHI) under HIPAA, depending on the services provided. This may include patient identifiers such as name, address, phone number, email address, Social Security number, medical record number, health plan beneficiary number, account numbers, certificate or license numbers, full-face photographs or comparable images, and other unique identifying numbers or characteristics. Additionally, we may collect health information such as doctor's notes, diagnoses, test results, treatment records, prescription details, surgery reports, mental health conditions, immunization records, and any information shared during doctor-patient interactions. The specific PHI collected varies based**

State the nature of the information collected and retained. **on individual patient needs and services rendered.**

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17.   Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

　　☐ No. Go to Part 10.

　　☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| | EIN:  _ _ − _ _ _ _ _ _ _ |

　　Has the plan been terminated?

　　☐ No

　　☐ Yes

Debtor    **NUMALE CORPORATION**
Name

Case number *(if known)*    **25-10341-NMC**

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **FORTIFI BANK**<br>Name<br>**1330 Montondon Ave**<br>Street<br><br>**Waunakee, WI 53597-2662**<br>City          State     ZIP Code | XXXX–**1  2  2  2** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **02/12/2025** | **$452.64** |
| 18.2 **WELLS FARGO**<br>Name<br>**4182 BLUE DIAMOND RD**<br>Street<br><br>**Las Vegas, NV 89139**<br>City          State     ZIP Code | XXXX–**5  6  8  0** | ☑ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **06/03/2024** | **$25.02** |
| 18.3 **WELLS FARGO**<br>Name<br>**4182 Blue Diamond Rd**<br>Street<br><br>**Las Vegas, NV 89139-7717**<br>City          State     ZIP Code | XXXX–**6  1  1  3** | ☐ Checking<br>☑ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other | **06/03/2024** | **$50.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| <br>Name<br><br>Street<br><br>City          State     ZIP Code | <br><br><br>**Address**<br> | <br><br><br><br> | ☐ No<br><br>☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

Debtor **NUMALE CORPORATION**
Name

Case number *(if known)*   **25-10341-NMC**

---

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|

**PUBLIC STORAGE**
Name

**7285 E Speedway Blvd**
Street

Address

**Tucson, AZ 85710**
City          State     ZIP Code

Description of the contents: ~~10 patient room chairs, 8 waiting room chairs, 5 patient exam beds, one procedure chair, 10 rolling desk chairs, 2 desks, one conference room table, 2 full-size fridges, 6 computer monitors, one AED machine, miscellaneous boxes of disposables, 2 file cabinets, one fireproof file cabinet, 2 drawers, 1 full size exam rolling DR stools, outdated small electronics and miscellaneous boxes of office supplies~~

Does debtor still have it? ☑ No   ☐ Yes

| 20.2 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|

**TOWNE STORAGE**
Name

**6995 W DEWEY DR**
Street

Address

**Las Vegas, NV 89113**
City          State     ZIP Code

Description of the contents: ~~Furniture, exam beds, one dry fridge/freezer, a floor copier printer, phones, telephones and small electronics as well as office decor, autoclave, rolling stools, patient reception chairs.~~

Does debtor still have it? ☐ No   ☑ Yes

---

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

---

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

---

Official Form 207          **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**          page **9**

Debtor  **NUMALE CORPORATION**                                                Case number *(if known)*    **25-10341-NMC**

Name

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
|  | Name | | ☐ Pending |
| **Case number** | | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City            State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City         State    ZIP Code | City             State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| | | | |
| City         State    ZIP Code | City             State    ZIP Code | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

Debtor   **NUMALE CORPORATION**                                                                  Case number *(if known)*    **25-10341-NMC**
_____
Name

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|

25.1.   **Please see attached**
_____
      **breakdown of affiliated entity**
      **ownerships**
      Name                                         _____      EIN: __ __ – __ __ __ __ __ __ __

_____                                                          | Dates business existed |
      Street                                                                                      |---|

_____                                                          From _____   To _____
_____

_____
      City                State   ZIP Code

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|

26a.1.   **KMA**
_____      From **08/11/2024**   To _____
       Name

       **1200 John Q Hammons Dr**
_____
       Street

_____

       **Madison, WI 53717-1959**
_____
       City                     State        ZIP Code

| Name and address | Dates of service |
|---|---|

26a.2.   **NUMALE CORPORATION**
_____      From **4/28/2014**   To _____
       Name

       **6590 S RAINBOW BLVD SUITE 250**
_____
       Street

_____

       **Las Vegas, NV 89118**
_____
       City                     State        ZIP Code

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
       statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|

26b.1.   _____      From _____   To _____
       Name

_____
       Street

_____

_____
       City                     State        ZIP Code

26c.   List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Debtor **NUMALE CORPORATION**                              Case number *(if known)* __25-10341-NMC__
Name

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.

**NUMALE CORPORATION**
Name

**6590 S RAINBOW BLVD SUITE 250** _____
Street

**Las Vegas, NV 89118** _____
City                    State            ZIP Code

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

26d.1.

_____
Name

_____
Street

_____
City                    State            ZIP Code

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1.  _____
Name

_____
Street

_____
City                    State            ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brad Palubicki** | **9 Paradise Valley Court Las Vegas, NV 89139** | **President ,** | **36.37%** |
| **Dr. Carlos Feliciano** | **N69 w29753 Hartland, WI 53029** | **VP/Secretary ,** | **36.37%** |
| **Justin Pulliam** | _____ | **VP ,** | **27.27%** |

Debtor  **NUMALE CORPORATION**                                          Case number *(if known)*  **25-10341-NMC**
　　　　 Name

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ , | | From _____ <br> To  _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Brad Palubicki** <br> Name <br> **9 Paradise Valley Ct** <br> Street <br><br> **Henderson, NV 89052-6706** <br> City　　　State　　ZIP Code | **$176922.90** | **1-26-24 thru12-13-24** | **wages and/or other payments** |

| Relationship to debtor |
|------------------------|
| **President** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.2. **Dr, Carlos Feliciano** <br> Name <br> **N69 W29753** <br> Street <br><br> **Ridgeview Ct, WI 53029** <br> City　　　State　　ZIP Code | **$169,422.90** | **1-26-24 thru 12-13-24** | **wages and/or other payments** |

| Relationship to debtor |
|------------------------|
| **VP/Secretary** |

Debtor    **NUMALE CORPORATION**
Name

Case number *(if known)*    **25-10341-NMC**

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **JUSTIN PULLIAM** <br> Name <br><br> Street <br><br> City          State          ZIP Code <br><br> **Relationship to debtor** <br> **VP** | $177,500.92 | **1-26-24 thru 1-6-25** | **wages and/or other payments** |

**31.** **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

**32.** **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **03/27/2025**
                MM/  DD/  YYYY

**X** **/s/ BRAD PALUBICKI**                    Printed name          **BRAD PALUBICKI**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor        **PRESIDENT**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes

Fill in this information to identify the case:

Debtor name **NUMALE CORPORATION**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): **25-10341-NMC**

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

| | Declaration and signature |
|---|---|

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑ *Amended Schedule* **D,E,F**

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **03/27/2025**
MM/ DD/ YYYY

X **/s/ BRAD PALUBICKI**
Signature of individual signing on behalf of debtor

**BRAD PALUBICKI**
Printed name

**PRESIDENT**
Position or relationship to debtor

**RESOLUTION OF NUMALE CORPORATION**

The undersigned, the member/s or shareholder/s of **NUMALE CORPORTION** (the "Company"), hereby approves and adopts the following resolutions effective no later than as of January 21, 2025:

**RESOLVED** that in the judgment of the Company, and upon the advice of insolvency counsel, it is desirable and in the best interests of the Company and its creditors and other interested parties that a voluntary petition for relief be filed under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"), and such filing is authorized hereby, and the Company shall initiate a bankruptcy case and proceedings.

RESOLVED that Brad Palubicki (the "Authorized Person," and "Responsible Person), shall be authorized, empowered and directed, in the name and on behalf of the Company, to execute and verify a bankruptcy petition, schedules, statements, and any amendments thereto under chapter 11, of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the District of Nevada at such time as such Authorized Person executing the same shall determine.

RESOLVED that the Authorized Person shall be designated as the responsible person in theCompany's chapter 11 bankruptcy case pursuant to Fed. R. Bankr. P. 9001(5) (the "Responsible Person"), and is authorized and directed to appear in all bankruptcy proceedings on behalf of the Company, and to otherwise do and perform all acts necessary on behalf of the Company in connection with such bankruptcy case, but consistent with the provisions of the Bankruptcy Code.

RESOLVED that the RIGGI LAW FIRM is engaged and shall continue its engagement as attorneys for the Company in the chapter 11 case of the Company, and its legal representation agreement is approved.

RESOLVED that the Responsible Person is, authorized, empowered and directed, in the name and on behalf of the Company, to execute and file all papers, and to take and perform any and all further acts and deeds which he or she deems necessary and proper to commence the chapter 11 case.

RESOLVED that any and all past actions heretofore taken by the Responsible Person of the Company in the name and on behalf of the Company in furtherance of any or all of the preceding resolutions with respect to the preparation and commencement of the chapter 11 case be, and the same hereby are, ratified, confirmed, and approved; and it further

**IN WITNESS WHEREOF**, the undersigned, on behalf of the Company and by execution hereof, hereby approves this Resolution as of the date first above written and all statements herein are, and should be considered, declared under penalty of perjury that such statements are true and correct to the best recollection of the undersigned.

Resolved, Declared and Approved by **NUMALE CORPORATION**

DATED: January 21, 2025

By:    _/s/ Brad Palubicki_
Brad Palubicki