NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                          BK–25–10341–nmc
                                                CHAPTER 11
NUMALE CORPORATION

                    Debtor(s)                   ORDER GRANTING VERIFIED PETITION

_____

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by Zachary Weiner is **GRANTED**.

Dated: 3/27/25

                                    _Mary A Schott_

                                    Mary A. Schott
                                    Clerk of Court