Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: Alyssa.Rogan@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. BK-25-10341-NMC |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, ALYSSA A. ROGAN, under penalty of perjury declare that I am and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action and that on March 26, 2025, I caused a copy of the foregoing:

- **UNITED STATES TRUSTEE'S REPLY TO DEBTOR'S OPPOSITION TO THE UNITED STATES TRUSTEE'S MOTION TO APPOINT A CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO CONVERT OR DISMISS THIS CASE PURSUANT 11 U.S.C. § 1112(b), AND RESERVATION OF RIGHTS**

to be served on the following parties:

☑    a. ECF System (attach Notice of Electronic Filing or list of persons & addresses):

| OGONNA M. BROWN | Ogonna.Brown@wbd-us.com; ogonna-brown-4984@ecf.pacerpro.com; dberhanu@lewisroca.com; ombcalendar@lewisroca.com; klopez@lewisroca.com; |
|---|---|

|  |  |
|---|---|
|  | Renee.Creswell@wbd-us.com |
| CHAPTER 11 - LV | USTPRegion17.lv.ecf@usdoj.gov |
| MATTHEW L. JOHNSON | mjohnson@mjohnsonlaw.com; annabelle@mjohnsonlaw.com; kristi@mjohnsonlaw.com; kathra@mjohnsonlaw.com; admin@mjohnsonlaw.com |
| DAVID A RIGGI | darnvbk@gmail.com; 2782@notices.nextchapterbk.com |
| DAVID A. STEPHENS | dstephens@davidstephenslaw.com; dstephens@lvcoxmail.com |
| U.S. TRUSTEE - LV - 11 | USTPRegion17.lv.ecf@usdoj.gov |
| JUSTIN CHARLES VALENCIA | justin.c.valencia@usdoj.gov |
| RYAN J. WORKS | rworks@mcdonaldcarano.com; kkirn@mcdonaldcarano.com; bgrubb@mcdonaldcarano.com |

I declare under penalty of perjury that the foregoing is true and correct.

Signed: March 28, 2025

/s/ *Alyssa A. Rogan*
Alyssa A. Rogan