United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 25-10341-nmc |
| NUMALE CORPORATION | Chapter 11 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Mar 27, 2025 | Form ID: ovpbk | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 29, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + DAVID ZYLBERBERG, SIMPSON THACHER AND BARTLETT LLP, 425 LEXINGTON AVENUE, NEW YORK, NY 10017-3954 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 29, 2025           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 27, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYSSA A. ROGAN | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 alyssa.rogan@usdoj.gov |
| CHAPTER 11 - LV | USTPRegion17.lv.ecf@usdoj.gov |
| DAVID A RIGGI | on behalf of Debtor NUMALE CORPORATION darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A. STEPHENS | on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE LLC dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com |
| JUSTIN CHARLES VALENCIA | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 justin.c.valencia@usdoj.gov |
| MATTHEW L. JOHNSON | |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Mar 27, 2025 | Form ID: ovpbk | Total Noticed: 1 |

    on behalf of Creditor Prospect Rainbow  LLC mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

OGONNA M. BROWN

    on behalf of Creditor Michael E. Sanchez Ogonna.Brown@wbd-us.com ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

RYAN J. WORKS

    on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 rworks@mcdonaldcarano.com  kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

U.S. TRUSTEE - LV - 11

    USTPRegion17.lv.ecf@usdoj.gov


TOTAL: 9

NVB 10−2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:   
NUMALE CORPORATION

BK−25−10341−nmc   
CHAPTER 11

Debtor(s)   
ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by David Zylberberg is **GRANTED**.

Dated: 3/27/25

*Mary A. Schott* (signature)

Mary A. Schott   
Clerk of Court