_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 01, 2025

_____

Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Case No. 25-10341-NMC |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| Debtor. | Hearing Date: March 27, 2025 |
| | Hearing Time: 9:30 a.m. |
| | Tel. Conf. Number: (833) 435-1820 |
| | Meeting ID: 161 166 2815 |
| | Passcode: 115788# |

**INTERIM ORDER DIRECTING JOINT ADMINISTRATION OF CHAPTER 11 CASES**

Upon the *Motion for Order Directing Joint Administration of Debtors' Chapter 11 Case under Federal Rule of Bankruptcy Procedure 1015(b)* (the "Motion")[1] [ECF No. 14], supported

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the Motion.

1

by the *Declaration of Brian Palubicki in Support of Motion for Order Directing Joint Administration of Debtors' Chapter 11 Case under Federal Rule of Bankruptcy Procedure 1015(b)* (the "Palubicki Declaration") [ECF No. 15], the debtor in the proposed jointly administered Chapter 11 cases (NuMale Corporation, together with all of the affiliated debtors, the "Debtors" [2]) in their respective Chapter 11 cases for the entry of an order directing the joint administration of their Chapter 11 cases for procedural purposes pursuant to Federal Rule of Bankruptcy Procedure 1015(b) and Local Rule 1015(g); having considered all papers and pleadings filed regarding the Motion, including *The U.S. Trustee's Objection and Reservation of Rights to Motion for Order Directing Joint Administration of Debtors' Chapter 11 Case under Federal Rule of Bankruptcy Procedure 1015(b)* (the "Objection(s)") [ECF No. 35][3]; having conducted a hearing with respect to the Motion on March 27, 2025, at 9:30 a.m. with appearances by David A. Riggi, Esq. for the Debtors and Justin C. Valencia, Esq. and Alyssa A. Rogan, Esq. for the United States Trustee, and all other appearances noted on the record, and the Court having considered their respective arguments; having stated its findings of fact and conclusions of law on the record at the conclusion of such hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R.

---

[2] *In re NuMale Corporation*, Case No. 25-10341-NMC (Bankr. D. Nev.); *In re Feliciano NuMale Nevada PLLC*, Case No. 25-10342-NMC (Bankr. D. Nev.); *In re NuMedical SC*, Case No. 25-10343-NMC (Bankr. D. Nev.); *In re NuMale Colorado SC*, Case No. 25-10344-NMC (Bankr. D. Nev.); *In re NuMale Florida PLLC*, Case No. 25-10345-NMC (Bankr. D. Nev.); *In re NuMale Nebraska LLC*, Case No. 25-10346-NMC (Bankr. D. Nev.); and, *In re NuMale New Mexico SC*, Case No. 10347-NMC (Bankr. D. Nev.). Similar Motions and Palubicki Declarations were filed in all of the above-named cases.

[3] Similar Objections were filed in all of the above-named cases.

Bankr. P. 7052 and 9014(a) and (c); for the reasons stated on the record; and good cause appearing;

      **IT IS HEREBY ORDERED** that the Motion is **GRANTED** on an interim basis;

      **IT IS HEREBY FURTHER ORDERED** that the Final Hearing on the Motion shall be held on April 8, 2025, at 10:30 a.m. and any objections or responses to the Motion shall be filed with the Bankruptcy Court, and served upon the Debtors, the Chapter 11 Trustee, and the Office of the United States Trustee for the District of Nevada in accordance with the Local Rules;

      **IT IS HEREBY FURTHER ORDERED** that the Debtors Chapter 11 Cases are consolidated for procedural purposes only and shall be jointly administered by this Court under Case No. 25-10341-NMC;

      **IT IS HEREBY FURTHER ORDERED** that the caption of the jointly administered cases shall appear as follows:

| In re: | | Lead Case No. 25-10341-NMC<br>Chapter 11 |
|---|---|---|
| NUMALE CORPORATION, | | |
|     AFFECTS THIS DEBTOR, | ☐ | *Jointly administered with*: |
|     AFFECTS FELICIANO<br>    NUMALE NEVADA PLLC, | ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-NMC, |
|     NUMEDICAL SC, | ☐ | NuMedical SC,<br>Case No. 25-10343-NMC, |
|     NUMALE COLORADO SC, | ☐ | NuMale Colorado SC,<br>Case No. 25-10344-NMC, |
|     NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC,<br>Case No. 25-10345-NMC |
|     NUMALE NEBRASKA LLC, | ☐ | NuMale Nebraska LLC,<br>Case No. 25-10346-NMC, |
|     NUMALE NEW MEXICO SC, | ☐ | |
|     AFFECTS ALL DEBTORS, | ☐ | |

3

| Debtors. | NuMale New Mexico SC, Case No. 25-10347-NMC |
|---|---|

**IT IS HEREBY FURTHER ORDERED** that the Chapter 11 Trustee shall, within fourteen (14) days of the entry of this Order, file with the court a combined matrix, without duplication, constituting a total mailing list of all interested parties in the jointly administered cases, as required by Local Rule 1015(g)(2); and,

**IT IS HEREBY FURTHER ORDERED** that nothing contained in this Order shall be deemed or construed as preventing the Chapter 11 Trustee from moving the Court for additional time to file a combined matrix.

**IT IS SO ORDERED.**

///

Submitted by:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ Justin C. Valencia
    Justin C. Valencia, Esq.
    Trial Attorney for the United States Trustee

###

4

**LOCAL RULE 9021(c) CERTIFICATION**

In accordance with LR 9021(c), the Attorney submitting this document certifies as follows:

☒ The court has waived the requirement of approval set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all Attorneys who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 31, 2025                     Respectfully submitted,

                                         TRACY HOPE DAVIS
                                         UNITED STATES TRUSTEE

                                         By: /s/ Justin C. Valencia
                                             Justin C. Valencia, Esq.
                                             Trial Attorney for the United States Trustee

                                         ###