NVB 1015–7 (Rev. 7/17)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK–25–10341–nmc<br>CHAPTER 11 |
| NUMALE CORPORATION | |
| Debtor(s) | NOTICE OF DEADLINE TO<br>FILE COMBINED MATRIX FOR<br>A JOINTLY ADMINISTERED CASE |

**NOTICE IS GIVEN** that on April 1, 2025 an Order was entered in the above captioned case as referenced in the following document:

*130* – Interim Order Directing Joint Administration Of Chapter 11 Cases 25–10342, 25–10343, 25–10344, 25–10345, 25–10346, 25–10347 with Lead 25–10341 Combined Matrix Due 4/15/2025. (Related document(s)14 Motion for Joint Administration filed by Debtor NUMALE CORPORATION.) (mms)

Pursuant to LR 1015(g), the party that obtained the order must file a combined matrix with the court within 14 days.

Dated: 4/1/25

*(signature)*

Mary A. Schott
Clerk of Court