*Natalie M. Cox*
———————————————
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 02, 2025

Terri H. Didion, Assistant United States Trustee
  State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

  Attorneys for TRACY HOPE DAVIS
  United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No. 25-10341-NMC |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with*: |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-NMC, |
| ☐ NUMEDICAL SC, | NuMedical SC, Case No. 25-10343-NMC, |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-NMC, |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-NMC |
| ☐ NUMALE NEBRASKA LLC, | |

1

| | | |
|---|---|---|
| NUMALE NEW MEXICO SC, | ☐ | NuMale Nebraska LLC, Case No. 25-10346-NMC, |
| AFFECTS ALL DEBTORS, | ☒ | NuMale New Mexico SC, Case No. 25-10347-NMC |
| Debtors. | | |

Hearing Date: March 27, 2025
Hearing Time: 9:30 a.m.
Tel. Conf. Number: (833) 435-1820
Meeting ID: 161 166 2815
Passcode: 115788#

**ORDER ON UNITED STATES TRUSTEE'S MOTION TO APPOINT CHAPTER 11 TRUSTEE UNDER 11 U.S.C. § 1104(a), OR, IN THE ALTERNATIVE, TO CONVERT OR DISMISS THIS CASE PURSUANT TO 11 U.S.C. § 1112(b), AND RESERVATION OF RIGHTS**

The Court, having considered the *United States Trustees Motion to Appoint a Chapter 11 Trustee under 11 U.S.C. § 1104(a), or, in the Alternative to Convert or Dismiss this Case Pursuant to 11 U.S.C. § 1112(b), and Reservation of Rights* (the "UST Motion") [ECF No. 59]; having considered the *Declaration of Bryan G. Coleman* [ECF No. 60] and *Joinders* filed by Prospect Rainbow, LLC, and Newtek Small Business, Finance, LLC in support of the UST Motion [ECF Nos. 75, 85]; having considered all papers and pleadings filed regarding the UST Motion, including Debtors' *Opposition* [ECF No. 103] and the United States Trustee's *Reply* [ECF No. 115] [1]; having conducted a hearing with respect to the UST Motion on March 27, 2025, at 9:30 a.m. with appearances by David A. Riggi, Esq. for the Debtors and Justin C. Valencia, Esq. and Alyssa A. Rogan, Esq. for the United States Trustee, and all other

---

[1] Similar UST Motions, supporting Declarations, Oppositions and Replies were filed in the following cases: *In re NuMale Corporation*, Case No. 25-10341-NMC (Bankr. D. Nev.); *In re Feliciano NuMale Nevada PLLC*, Case No. 25-10342-NMC (Bankr. D. Nev.); *In re NuMedical SC*, Case No. 25-10343-NMC (Bankr. D. Nev.); *In re NuMale Colorado SC*, Case No. 25-10344-NMC (Bankr. D. Nev.); *In re NuMale Florida TB PLLC*, Case No. 25-10345-NMC (Bankr. D. Nev.); *In re NuMale Nebraska LLC*, Case No. 25-10346-NMC (Bankr. D. Nev.); and, *In re NuMale New Mexico SC*, Case No. 10347-NMC (Bankr. D. Nev.).

appearances noted on the record, and the Court having considered their respective arguments; having found that adequate and proper notice and service of the UST Motion and of such hearing was provided; having stated its findings of fact and conclusions of law on the record at the conclusion of such hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014(a) and (c); for the reasons stated on the record; and good cause appearing;

**IT IS HEREBY ORDERED** that the UST Motion to appoint a Chapter 11 Trustee in the above-captioned Chapter 11 cases pursuant to 11 U.S.C. §§ 1104(a)(1) is GRANTED;

**IT IS FURTHER ORDERED** that the UST Motion requesting alternative relief to convert or dismiss the above-captioned cases to Chapter 7 pursuant to 11 U.S.C. §§ 1112(b)(1), (4) is DENIED without prejudice; and,

**IT IS FURTHER ORDERED** that the United States Trustee shall appoint a Chapter 11 Trustee pursuant to 11 U.S.C. § 1104(d) in the above-captioned cases forthwith.

**IT IS SO ORDERED.**

///

Submitted by:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: */s/ Justin C. Valencia*
    Justin C. Valencia, Esq.
    Trial Attorney for the United States Trustee

###

**LOCAL RULE 9021(c) CERTIFICATION**

In accordance with LR 9021(c), the Attorney submitting this document certifies as follows:

☒ The court has waived the requirement of approval set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all Attorneys who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Date: March 31, 2025                    Respectfully submitted,

                                                    TRACY HOPE DAVIS
                                                  UNITED STATES TRUSTEE

                                                  By: */s/ Justin C. Valencia*
                                                      Justin C. Valencia, Esq.
                                                      Trial Attorney for the United States Trustee

                                                  ###