Ryan J. Works, Esq. (NSBN 9224)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com

Bryce Friedman, Esq. (*pro hac vice pending*)
David Zylberberg, Esq. (*admitted pro hac vice*)
Summer Craig, Esq. (*pro hac vice pending*)
Zach Weiner, Esq. (*admitted pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2235
bfriedman@stblaw.com
David.Zylberberg@stblaw.com
scraig@stblaw.com
Zachary.Weiner@stblaw.com

*Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:<br><br>☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>Hearing Date: April 8, 2025 (Status Only)<br>Hearing Time: 10:30 a.m. |
|---|---|

**OBJECTION AND RESERVATION OF RIGHTS WITH RESPECT TO MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362(D)(1) AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY, NOT ENFORCEMENT, AS TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(A)(3) [ECF NO. 98]**

Certain Underwriters at Lloyd's London Syndicates 623/2623 (**"Beazley"**) by and through counsel, hereby files their Objection and Reservation of Rights (this **"Objection and Reservation of Rights"**) with respect to the *Motion for Order Terminating Automatic Stay Under 11 U.S.C. §*

*362(D)(1) as to New Mexico State Court Post-Trial Proceedings, to Judgment Only, Not Enforcement, as to Numale Corporation and Comfort Order for Stay Termination as to Non-Debtors and Waiver of the 14-Day Stay Under FRBP 4001(A)(3)* (ECF No. 98) (the "**Lift- Stay Motion**"), and respectfully state as follows:

## OBJECTION

1. Beazley currently objects to the Lift-Stay Motion.

2. The Chapter 11 trustee (the "**Trustee**") has not yet been appointed, and after the April 8th hearing was converted to a status conference, a new hearing on the Lift-Stay Motion has not yet been scheduled.

3. Furthermore, Beazley has served discovery on movant, Michael Sanchez, and the Debtor regarding conflicts of interest relating to the Lift-Stay Motion. To date, Beazley has not received responses to those discovery requests, due April 4, 2025. Those responses may be critical to the Court's consideration of the Lift-Stay Motion.

4. Beazley also has not had the opportunity to meet and confer with the Trustee regarding the Lift-Stay Motion as required by LR 4001(a)(2). Beazley intends to comply with its obligation to meet and confer as soon as possible after appointment of a Trustee.

5. Given that a hearing date for the Lift-Stay Motion has not been set, Beazley met and conferred with counsel to Sanchez to discuss the objection deadline for the Lift-Stay Motion. Inexplicably, Sanchez's counsel insisted that Beazley continue to adhere to the prior objection deadline—a deadline that the Debtor will not be able to comply with because the Trustee has not yet been appointed.

6. Therefore, out of an abundance of caution, Beazley is filing this Objection and Reservation of Rights to comply with the prior objection deadline and notify parties in interest of Beazley's objection, pending the appointment of the Trustee and further discussions regarding the Lift-Stay Motion. If Beazley is unable to reach consensus with Sanchez and the Trustee regarding the Lift-Stay Motion, Beazley intends to supplement this Objection and Reservation of Rights with a comprehensive reply to the Lift-Stay Motion in accordance with the new briefing schedule set by the Court prior to any hearing on the Lift-Stay Motion.

**CONCLUSION**

WHEREFORE, Beazley respectfully (a) requests that the Court deny the Lift-Stay Motion and (b) reserves its rights to supplement this Objection and Reservation of Right prior to any hearing on the Lift-Stay Motion.

DATED this 2nd day of April, 2025.

        McDONALD CARANO LLP

By: */s/ Ryan J. Works*
Ryan J. Works, Esq. (NSBN 9224)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com

Bryce Friedman, Esq. (*pro hac vice pending*)
David Zylberberg, Esq. (*admitted pro hac vice*)
Summer Craig, Esq. (*pro hac vice pending*)
Zach Weiner, Esq. (*admitted pro hac vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
bfriedman@stblaw.com
David.Zylberberg@stblaw.com
scraig@stblaw.com
Zachary.Weiner@stblaw.com

*Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623*