Ryan J. Works, Esq. (NSBN 9224)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com

David Zylberberg, Esq. (*pro hac vice pending*)
Bryce Friedman, Esq. (*pro hac vice pending*)
Zach Weiner, Esq. (*pro hac vice pending*)
Summer Craig, Esq. (*pro hac vice pending*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-3702
David.Zylberberg@stblaw.com
Bfriedman@stblaw.com
Zachary.Weiner@stblaw.com
Scraig@stblaw.com

*Attorneys for Certain Underwriters at
Lloyd's London Syndicates 623/2623*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| ☒   NUMALE CORPORATION,<br>☒   FELICIANO NUMALE NEVADA PLLC,<br>☒   NUMEDICAL SC,<br>☒   NUMALE COLORADO SC,<br>☒   NUMALE FLORIDA TB PLLC.<br>☒   NUMALE NEBRASKA LLC,<br>☒   NUMALE NEW MEXICO SC,<br><br>Debtors. | Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT**<br><br>**EFFECTIVE JANUARY 1, 2015**<br>**FILING FEE IS $250.00** |

Bryce Friedman, Esq., Petitioner, respectfully represents to the Court:

1.    That Petitioner resides in New York, New York.

2.    That Petitioner is an attorney at law and a member of the law firm of Simpson Thacher & Bartlett LLP, with offices at 425 Lexington Avenue, New York, NY 10017.

3.    That Petitioner has been retained personally or as a member of the law firm by certain

underwriters at Lloyd's London Syndicates 623/2623 ("Beazley Insurance"), to provide legal representation in connection with the above-entitled case now pending before this Court.

4. That since June 15, 1998, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New York where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, Unites States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of said Courts.

| Court | Date Admitted |
|---|---|
| U.S. District Court for the Southern District of New York | 6/6/2000 |
| U.S. District Court for the Eastern District of New York | 3/11/2016 |
| U.S. District Court for the Western District of New York | 6/16/2014 |
| U.S. District Court for the Eastern District of Michigan | 10/26/2021 |
| U.S. Court of Appeals for the District of Columbia Circuit | 11/2/2022 |
| U.S. Court of Appeals for the Second Circuit | 5/18/2010 |
| U.S. Court of Appeals for the Third Circuit | 5/3/2003 |
| U.S. Court of Appeals for the Fourth Circuit | 10/2/2006 |
| U.S. Court of Appeals for the Fifth Circuit | 1/24/2008 |
| U.S. Court of Appeals for the Sixth Circuit | 5/2/2022 |
| U.S. Court of Appeals for the Ninth Circuit | 10/8/2020 |
| U.S. Court of Appeals for the Eleventh Circuit | 7/27/2018 |
| United States Supreme Court | 3/22/2021 |

6. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory, or administrative body, or any resignation or termination order to avoid disciplinary or disbarment proceedings, except as described in detail below:

N/A

7. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars of any denied admission):

N/A

8. That Petitioner is a member of good standing in the following Bar Associations: American Bar Association, New York City Bar Association and American College of Trial Lawyers

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters: None.

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED: March 28, 2025.

_____
Petitioner's Signature

1  STATE OF _New York_
2  COUNTY OF _New York_
3
4  _Bryan Friedman_, Petitioner, being first duly sworn, deposes and says:
   That the foregoing statements are true.
5
6                                                    _____
                                                     Petitioner's Signature
7
8  (SEAL)
9  Subscribed and sworn to me before this
10 _2nd_ day of _April_, 2025.
11
12 _Marie T. Corleone_
   Notary Public
13
14        MARIE T. CORLEONE
        NOTARY PUBLIC-STATE OF NEW YORK
15              No. 01CO6121449
           Qualified in Kings County
16       Commission Expires January 18, 2029
17
18
19
20
21
22
23
24
25
26
27
28



## Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Bryce Leigh Friedman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **June 15, 1998**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on April 2, 2025.

*Clerk of the Court*

CertID-00223728