Ryan J. Works, Esq. (NSBN 9224)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com

David Zylberberg, Esq. (*pro hac vice pending*)
Bryce Friedman, Esq. (*pro hac vice pending*)
Zach Weiner, Esq. (*pro hac vice pending*)
Summer Craig, Esq. (*pro hac vice pending*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-3702
David.Zylberberg@stblaw.com
Bfriedman@stblaw.com
Zachary.Weiner@stblaw.com
Scraig@stblaw.com

*Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>**DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |
|---|---|

The undersigned attorney, as proposed counsel for Certain Underwriters at Lloyd's London Syndicates 623/2623("Beazley Insurance") herein has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only By Attorney Not Admitted to the Bar of this Court." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interests of the client(s) to designate Ryan J. Works, Esq. attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said

designated Nevada Counsel is:

Nevada State Bar No. 9224, McDonald Carano LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, Nevada 89102, (702) 873-4100; rworks@mcdonaldcarano.com

(Bar Code #, Street, City, State, Zip Code, Telephone Number and e-mail address)

By this designation the undersigned attorney and party agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel.  Further, said local counsel shall be responsible for providing copies of the same to the co-counsel.  Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us.  The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

    /s/  Summer Craig
Summer Craig, Esq.
*Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623*

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

    /s/  Ryan J. Works
Designated Nevada Counsel
Ryan J. Works, Esq.

**APPOINTMENT OF DESIGNATED NEVADA COUNSEL**

The undersigned appoints Ryan J. Works, Esq. as its Designated Nevada Counsel is this case.

Beazley Insurance

By: *[signature: William Clarke]*

William Clarke, Global Claims Team Leader – Executive Risk

3