Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the United States Trustee
300 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
E-mail: *Alyssa.Rogan@usdoj.gov*

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ AFFECTS ALL DEBTORS,<br><br>Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>*Jointly administered with*:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-NMC,<br><br>NuMedical SC,<br>Case No. 25-10343-NMC,<br><br>NuMale Colorado SC,<br>Case No. 25-10344-NMC,<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-NMC<br><br>NuMale Nebraska LLC,<br>Case No. 25-10346-NMC,<br><br>NuMale New Mexico SC,<br>Case No. 10347-NMC |

//

//

1

## UNITED STATES TRUSTEE'S APPLICATION FOR ORDER APPROVING THE APPOINTMENT OF CHAPTER 11 TRUSTEE

Tracy Hope Davis, the United States Trustee for Region 17 (the "United States Trustee"), hereby applies to the Court pursuant to 11 U.S.C. § 1104(d) and Fed. R. Bankr. P. 2007.1(c) for an order approving the appointment of a Chapter 11 trustee, and in support thereof, states:

1. On March 27, 2025, the Court held a hearing and granted the *United States Trustee's Motion to Appoint a Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or, in the Alternative to Convert or Dismiss this Case Pursuant to 11 U.S.C. § 1112(b), and Reservation of Rights* ("Motion"). [ECF No. 16, 17, 18].

2. On April 2, 2025, the Court entered an order granting the Motion and directing the United States Trustee to appoint a Chapter 11 trustee in the above-named jointly administered cases. [ECF No. 132].

3. The Office of the United States Trustee has consulted with the following parties in interest regarding the appointment of the Chapter 11 trustee:

    a. Matthew L. Johnson on behalf of Prospect Rainbow, LLC;
    b. David A. Stephens on behalf of Newtek Small Business Finance, LLC;
    c. Ryan J. Works on behalf of Certain Underwriters at Lloyd's London Syndicates 623/2623;
    d. Ogonna Brown on behalf of unsecured creditor, Michael E. Sanchez;
    e. Lori Bencoe as state court counsel on behalf of Michael E. Sanchez;
    f. David Zylberberg and Zachary Weiner on behalf of Certain Underwriters at Lloyd's London Syndicates 623/2623; and
    g. Other creditors and parties in interest through their respective counsel of record reflected on the Court's ECF docket.

4. The United States Trustee has appointed Michael W. Carmel as the Chapter 11 Trustee (the "Chapter 11 Trustee") in the above-named jointly administered cases.

5.      To the best of the United States Trustee's knowledge, the Chapter 11 Trustee's connections with Debtor, creditors, parties in interest, their respective attorneys and accountants, the United States Trustee, and any persons employed by the United States Trustee identified in the Chapter 11 Trustee's verified statement and affidavit of disinterestedness are limited to the connections set forth therein. Copies of the Chapter 11 Trustee's verified statement and resume are attached hereto as Exhibit 1. A copy of the Notice of Appointment of Chapter 11 Trustee is attached hereto as Exhibit 2.

WHEREFORE, the United States Trustee requests that the Court enter an order approving the appointment of Michael W. Carmel as Chapter 11 Trustee in the above-named jointly administered cases.

Date: April 2, 2025

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By:   */s/ Terri H. Didion*
       Terri H. Didion
       Assistant United States Trustee