NVB 10−2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:  
NUMALE CORPORATION

BK−25−10341−nmc  
CHAPTER 11

Debtor(s)

ORDER GRANTING VERIFIED PETITION

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by Summer Craig is **GRANTED**.

Dated: 4/3/25

*Mary A Schott* (signature)

Mary A. Schott  
Clerk of Court