1    Ogonna Brown, Bar No. 7589
     Ogonna.Brown@wbd-us.com
2    WOMBLE BOND DICKINSON (US) LLP
     3993 Howard Hughes Parkway, Suite 600
3    Las Vegas, NV  89169
     Tel:     702.949.8200
4    Fax:     702.949.8398

5    Lori M. Bencoe (*Pro Hac Vice pending*)
     NM State Bar 7525
6    BENCOE & LaCOUR LAW PC
     9201 Montgomery Blvd NE, Suite 404
7    Albuquerque NM 87111
     Tel: 505.247.8800
8    Fax: 505.247.8801
     lori@bencoelaw.com
9    *Attorneys for Creditor Michael E. Sanchez*

10

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

11

| | |
|---|---|
| In re: | Lead Case No. 25-10341-NMC<br>Chapter 11 |
| NUMALE CORPORATION,  ■ | *Jointly administered with:* |
|     AFFECTS THIS DEBTOR,  □ | |
|     AFFECTS FELICIANO<br>    NUMALE NEVADA PLLC,  □ | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-NMC |
|     NUMEDICAL SC,  □ | NuMedical SC<br>Case No. 25-10343-NMC |
|     NUMALE COLORADO SC,  □ | NuMale Colorado SC<br>Case No. 25-10344-NMC |
|     NUMALE FLORIDA TB PLLC,  □ | NuMale Florida TB PLLC<br>Case No. 25-10345-NMC |
|     NUMALE NEBRASKA LLC,  □ | NuMale Nebraska LLC,<br>Case No. 25-10346-NMC |
|     NUMALE NEW MEXICO SC,  ■ | NuMale New Mexico SC<br>Case No. 25-10347-NMC |
|     AFFECTS ALL DEBTORS,  □ | **VERIFIED PETITION FOR PERMISSION** |
|          Debtors | **TO PRACTICE IN THIS CASE ONLY BY**<br>**ATTORNEY NOT ADMITTED TO THE**<br>**BAR OF THIS COURT** |

*(Sidebar, vertical text):* 3993 Howard Hughes Parkway, Suite 600   Las Vegas, NV  89169    WOMBLE BOND DICKINSON

Lori Bencoe, Esq., Petitioner, respectfully represents to the Court:

1.    Petitioner resides in Albuquerque, New Mexico.

2.    Petitioner is an attorney at law and a partner of the law firm of Bencoe & LaCour Law, P.C., with an office at 9201 Montgomery Blvd NE, Suite 404 in Albuquerque NM 87111.

3.    Petitioner has been retained personally by Michael E. Sanchez, to provide legal representation in connection with the above-titled case now pending before this Court.

4.    Since November 2, 1993, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of New Mexico, where Petitioner regularly practices law.

5.    Petitioner was admitted to the Federal Bar to practice before the United States District Courts on November 15, 1994, in FED Bar No. 94-283.

6.    There have been no disciplinary proceedings instituted against Petitioner nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, nor any resignation or termination order to avoid disciplinary or disbarment proceedings.

7.    Petitioner has never been denied admission to the State Bar of Nevada.

8.    Petitioner is a member in good standing of the following Bar Associations:

　　　　a.   The New Mexico State Bar Association

　　　　b.   Federal Bar Association

9.    Neither Petitioner nor any member of her law firm has filed any application to appear as counsel under Local Rule IA 11-2 in any matter during the past three (3) years.

10.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of Nevada governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11.    Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this Court.

12.    Petitioner has disclosed in writing to her client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

WOMBLE BOND DICKINSON

Dated: _April 2, 2025._

LORI BENCOE, J.D.
NM Bar ID No. 7525
lori@bencoelaw.com
BENCOE & LaCour Law P.C.
9201 Montgomery Blvd. NE Suite 404
Albuquerque NM 87111
Phone: (505) 247-8800
Fax: (505) 247-8801

**STATE OF NEW MEXICO**

**COUNTY OF BERNALILLO**

___Lori M. Bencoe___, Petitioner, being first duly sworn, deposes and says that the foregoing

statements are true.

_____
Petitioner's Signature

Subscribed and sworn before me on this
2nd Day of April, 2025.

_____
Notary Public

STATE OF NEW MEXICO
NOTARY PUBLIC
Margo Jo Golike
Commission No. 1096385
September 20, 2026

- 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on April 3, 2025, I caused to be served a true and correct copy of the foregoing in the following manner:

■        (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities. A copy of the document was also sent via electronic mail to the parties listed on the CM/ECF Bankruptcy Court portal, at their last known email addresses.

(ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:

(UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

*/s/ Renee L. Creswell*
An employee of
Womble Bond Dickinson (US) LLP

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

WOMBLE BOND DICKINSON

- 4 -