Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:    702.949.8200
Fax:    702.949.8398

Lori M. Bencoe (*Pro Hac Vice pending*)
NM State Bar 7525
BENCOE & LaCOUR LAW PC
9201 Montgomery Blvd NE, Suite 404
Albuquerque NM 87111
Tel: 505.247.8800
Fax: 505.247.8801
lori@bencoelaw.com
*Attorneys for Creditor Michael E. Sanchez*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No. 25-10341-NMC<br>Chapter 11 |
| NUMALE CORPORATION, ■ | *Jointly administered with:* |
|    AFFECTS THIS DEBTOR, ☐ | |
|    AFFECTS FELICIANO<br>   NUMALE NEVADA PLLC, ☐ | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-NMC |
|    NUMEDICAL SC, ☐ | NuMedical SC<br>Case No. 25-10343-NMC |
|    NUMALE COLORADO SC, ☐ | NuMale Colorado SC<br>Case No. 25-10344-NMC |
|    NUMALE FLORIDA TB PLLC, ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-NMC |
|    NUMALE NEBRASKA LLC, ☐ | NuMale Nebraska LLC,<br>Case No. 25-10346-NMC |
|    NUMALE NEW MEXICO SC, ■ | NuMale New Mexico SC<br>Case No. 25-10347-NMC |
|    AFFECTS ALL DEBTORS, ☐<br>                 Debtors. | **DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO** |

The undersigned attorney, as proposed counsel for Michael E. Sanchez herein has submitted to the Court a "Verified Petition for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court." Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for practice of law, she believes it to be in the best interests of the client to designate Ogonna Brown, attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address of said designated Nevada Counsel is:

> Nevada State Bar No. 7589
> WOMBLE BOND DICKINSON (US) LLP
> 3993 Howard Hughes Parkway, Suite 600
> Las Vegas, NV  89169
> Tel: 702.949.8200
> Ogonna.Brown@wbd-us.com

By this designation the undersigned attorney and party agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to the co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

/s/ Lori Bencoe
Lori Bencoe
Attorney for Michael E. Sanchez

- 2 -

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees to that she is responsible for being counsel upon whom all documents and other papers issued out of this court shall be served, and that she is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

_____
Designated Nevada Counsel
Ogonna Brown



## **CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on April 3, 2025, I caused to be served a true and correct copy of the foregoing in the following manner:

■ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities. A copy of the document was also sent via electronic mail to the parties listed on the CM/ECF Bankruptcy Court portal, at their last known email addresses.

(ELECTRONIC MAIL) By transmitting electronically to the following recipient and last known email address:

(UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

*/s/ Renee L. Creswell*
An employee of
Womble Bond Dickinson (US) LLP