Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ AFFECTS ALL DEBTORS,<br><br>Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>*Jointly administered with*:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-NMC,<br><br>NuMedical SC,<br>Case No. 25-10343-NMC,<br><br>NuMale Colorado SC,<br>Case No. 25-10344-NMC,<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-NMC<br><br>NuMale Nebraska LLC,<br>Case No. 25-10346-NMC,<br><br>NuMale New Mexico SC,<br>Case No. 25-10347-NMC |

# CERTIFICATE OF SERVICE

I, MONETTE SEMANA, under penalty of perjury declare that I am and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action and that on April 2 and 3, 2025, I caused a copy of the foregoing:

- UNITED STATES TRUSTEE'S APPLICATION FOR ORDER APPROVING THE APPOINTMENT OF CHAPTER 11 TRUSTEE [ECF No. 140]

to be served on the following parties:

☑     a. ECF System (attach Notice of Electronic Filing or list of persons & addresses):

| | |
|---|---|
| DAVID A. RIGGI | darnvbk@gmail.com; 2782@notices.nextchapterbk.com; |
| OGONNA M. BROWN | Ogonna.Brown@wbd-us.com; ogonna-brown-4984@ecf.pacerpro.com; dberhanu@lewisroca.com; ombcalendar@lewisroca.com; klopez@lewisroca.com; Renee.Creswell@wbd-us.com |
| CHAPTER 11 - LV | USTPRegion17.lv.ecf@usdoj.gov |
| MATTHEW L. JOHNSON | mjohnson@mjohnsonlaw.com; annabelle@mjohnsonlaw.com; kristi@mjohnsonlaw.com; kathra@mjohnsonlaw.com; admin@mjohnsonlaw.com |
| DAVID A RIGGI | darnvbk@gmail.com; 2782@notices.nextchapterbk.com |
| DAVID A. STEPHENS | dstephens@davidstephenslaw.com; dstephens@lvcoxmail.com |
| U.S. TRUSTEE - LV - 11 | USTPRegion17.lv.ecf@usdoj.gov |
| JUSTIN CHARLES VALENCIA | justin.c.valencia@usdoj.gov |
| ALYSSA A. ROGAN | alyssa.rogan@usdoj.gov |
| RYAN J. WORKS | rworks@mcdonaldcarano.com; kkirn@mcdonaldcarano.com; |

|  |  |  |
|---|---|---|
|  |  | bgrubb@mcdonaldcarano.com |
| ☑ | b.  Email: |  |
|  | DAVID A. RIGGI | darnvbk@gmail.com;<br>2782@notices.nextchapterbk.com;<br>riggilaw@gmail.com |
|  | OGONNA M. BROWN | Ogonna.Brown@wbd-us.com;<br>ogonna-brown-4984@ecf.pacerpro.com;<br>dberhanu@lewisroca.com;<br>ombcalendar@lewisroca.com;<br>klopez@lewisroca.com;<br>Renee.Creswell@wbd-us.com |
|  | MATTHEW L. JOHNSON | mjohnson@mjohnsonlaw.com;<br>annabelle@mjohnsonlaw.com;<br>kristi@mjohnsonlaw.com;<br>kathra@mjohnsonlaw.com;<br>admin@mjohnsonlaw.com |
|  | DAVID A. STEPHENS | dstephens@davidstephenslaw.com;<br>dstephens@lvcoxmail.com |
|  | RYAN J. WORKS | rworks@mcdonaldcarano.com;<br>kkirn@mcdonaldcarano.com;<br>bgrubb@mcdonaldcarano.com |
|  | DAVID ZYLBERBERG | David.Zylberberg@stblaw.com<br>Bfriedman@stblaw.com<br>Zachary.Weiner@stblaw.com<br>Scraig@stblaw.com |

☑  c.  U.S. Mail, postage fully prepaid:

*See* Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Signed: April 3, 2025

/s/ *Monette Semana*
Monette Semana
Paralegal Specialist for United States Trustee

3

# Exhibit 1

## NUMALE CORPORATION 25-10341

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22844 | 444 REGENCY PARKWAY LLC, 450 REGENCY PKWY STE 200, OMAHA, NE, 68114-3777 | First Class |
| 22844 | AMERICAN EXPRESS NATIONAL BANK , C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA, 19355-0701 | First Class |
| 22844 | ARIZONA DEPARTMENT OF REVENUE , Office of the Arizona Attorney General, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix, AZ, 85004-1546 | First Class |
| 22844 | BERKOVITCH & BOUSKILA, PLLC, KALAMATA CAPITAL GROUP, LLC , c/o STEVEN BERKOVITCH, 1545 US 202 SUITE 101, Pomona, NY, 10970-2951 | First Class |
| 22844 | CELTIC BANK, 268 S STATE ST STE 300, SALT LAKE CITY, UT, 84111-5314 | First Class |
| 22844 | CERTAIN UNDERWRITERS AT LLOYD'S LONDON , C/O RYAN J. WORKS, McDONALD CARANO LLP, 2300 WEST SAHARA AVENUE, SUITE 1200, LAS VEGAS, NV, 89102-4395 | First Class |
| 22844 | Clark Co Assessor c/o Bankruptcy Clerk , 500 S Grand Central Pkwy, Po Box 551401, Las Vegas, NV, 89155-1401 | First Class |
| 22844 | Clark Co Treasurer c/o Bankruptcy Clerk , 500 S Grand Central Pksy, Po Box 1220, Las Vegas, NV, 89125-1220 | First Class |
| 22844 | DAVID A RIGGI , RIGGI LAW FIRM, 7900 W SAHARA AVE, SUITE 100, LAS VEGAS, NV, 89117-7921 | First Class |
| 22844 | DLP Funding LLC , c/o/ Law Office of Jacob Z Weinstein, 420 Central Ave Ste 301, Cedarhurst, NY, 11516-1000 | First Class |
| 22844 | ELAVON , c/o TIMOTHY F. FROST, ESQ., 7300 CHAPMAN HIGHWAY, Knoxville, TN, 37920-6612 | First Class |
| 22844 | Eliot Kirshnitz, 1981 Marcus Avenue, Suite 130, Lake Success, NY, 11042-1046 | First Class |
| 22844 | EVEREST BUSINESS FUNDING, 102 W 38TH STREET, 6TH FLOOR, NEW YORK, NY, 10018-3664 | First Class |
| 22844 | FELICIANO NUMALE NEVADA PLLC, 6990 S. RAINBOW BLVD, LAS VEGAS, NV, 89118-3327 | First Class |
| 22844 | Ford Motor Credit Company, LLC c/o AIS Portf, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK, 73118-7901 | First Class |
| 22844 | FOX FUNDING GROUP LLC , c/o JOE LIEBERMAN, ESQ., LIEBERMAN AND KLESTZICK, PO Box 356, Cedarhurst, NY, 11516-0356 | First Class |
| 22844 | Franchise Tax Board , Bankruptcy Section MS A340, PO BOX 2952, Sacramento, CA, 95812-2952 | First Class |
| 22844 | GILBERT PRITT, 17133 HOLLY WELL AVE, WINAUMA, FL, 33598-2536 | First Class |
| 22844 | INNOVATIVE REAL ESTATE STRATEGIES , 2975 S RAINBOW BLVD STE J, Las Vegas, NV, 89146-6598 | First Class |
| 22844 | Internal Revenue Service , ATTN: BANKRUPTCY DEPT, PO Box 7346, PHILADELPHIA, PA, 19101-7346 | First Class |
| 22844 | KRAVIT HOVEL & KRAWCZYK , 825 N JEFFERSON ST, Milwaukee, WI, 53202-3737 | First Class |
| 22844 | LAMAR COMPANIES, PO BOX 96030, BATON ROUGE, LA, 70896-9030 | First Class |
| 22844 | MAYFAIR MALL LLC, C/O BROOKFIELD PROPERTIES, PO Box 772816, CHICAGO, IL, 60677-0116 | First Class |
| 22844 | MICHAEL E SANCHEZ , C/O NICHOLAS ROWLEY, ESQ, 421 W Water St, Decorah, IA, 52101-1731 | First Class |
| 22844 | Michael E. Sanchez , WOMBLE BOND DICKINSON (US) LLP, C/O OGONNA M. BROWN, ESQ., 3993 HOWARD HUGHES PKWY, SUITE 600, LAS VEGAS, NV, 89169-5996 | First Class |
| 22844 | Nevada Dept of Empl Security , 500 E 3rd St, Carson City, NV, 89713-0001 | First Class |
| 22844 | NEWTEK LENDING , 1981 MARCUS AVENUE STE 130, Lake Success, NY, 11042-1046 | First Class |
| 22844 | NEWTEK SMALL BUSINESS FINANCE, LLC , STEPHENS LAW OFFICES, C/O DAVID A. STEPHENS, P.O. BOX 33130, LAS VEGAS, NV, 89133-3130 | First Class |
| 22844 | NUMALE COLORADO SC , 8200 E BELLEVIEW AVE, GREENWOOD VILLAGE, CO, 80111-2803, United States of America | First Class |
| 22844 | NUMALE CORPORATION , 6590 S RAINBOW BLVD, LAS VEGAS, NV, 89118-3327, United States of America | First Class |
| 22844 | NUMALE FLORIDA TB PLLC , 500 WESTSHORE BLVD, TAMPA, FL, 33609-5005 | First Class |
| 22844 | NUMALE NEBRASKA LLC , 444 REGENCY PARKWAY DR, OMAHA, NE, 68114-3792, United States of America | First Class |
| 22844 | NUMALE NEW MEXICO SC , 7920 WYOMING BLVD, NE, ALBUQUERQUE, NM, 87109-6020 | First Class |
| 22844 | NUMEDICAL SC , 2600 N MAYFAIR RD, WAUWATOSA, WI, 53226-1309, United States of America | First Class |
| 22844 | NV Dept of Taxation , Bankruptcy Section, 500 E Washington Ave Ste 13000, Las Vegas, NV, 89101-1000 | First Class |
| 22844 | Prospect Rainbow, LLC , c/o JOHNSON & GUBLER, P.C., Attn: Russell G. Gubler, Esq., 8831 W. Sahara Ave, Las Vegas, NV, 89117-5865 | First Class |
| 22844 | PROVENTURE DBA TOP TIER, 500 W PUTNAM AVE STE 1C, GREENWICH, CT, 06830-2947 | First Class |
| 22844 | SANDBERG LAW LLC, CENTRUM/BELLVIEW LLC, C/O TROY SANDBERG, ESQ, 17011 LINCOLN AVENUE #348, PARKER, CO, 80134-3144 | First Class |
| 22844 | Social Security Administration , Attn: Bankr Desk, Po Box 33021, Baltimore, MD, 21290-3021 | First Class |
| 22844 | State of NV DMV , Attn: Legal Division, 555 Wright Way, Carson City, NV, 89711-0001 | First Class |
| 22844 | STEPHENS LAW OFFICES, PO BOX 33130, LAS VEGAS, NV, 89133-3130 | First Class |
| 22844 | TAMPA WESTSHORE 500 LLC, C/O THE GREEN COMPANIES, INC, 9155 S DADELAND BLVD STE 1812, MIAMI, FL, 33156-2742 | First Class |
| 22844 | THE LCF GROUP , LEGAL DEPARTMENT, 3000 MARCUS AVE SUITE 2W15, New Hyde Park, NY, 11042-1005 | First Class |
| 22844 | THE LCF GROUP, INC., 3000 MARCUS AVENUE, SUITE 2W15, LAKE SUCCESS, NY, 11042-1005 | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 22844 | United States Bankruptcy Court, 300 Las Vegas Blvd., South, Suite 4000, Las Vegas, NV, 89101-5833, United States of America | First Class |
| 22844 | VOX FUNDING, C/O RJ RECOVERY, 1407 BROADWAY FL 29, NEW YORK, NY, 10018-5100 | First Class |
| 22844 | WFNZ-FM , c/o Szabo Associates, Inc, 3355 Lenox Road NE, Suite 945, Atlanta, GA, 30326-1357 | First Class |
| 22844 | WYOMING OFFICE PARK LLC, C/O THE CASH LAW FIRM, PO Box 20718, ALBUQUERQUE, NM, 87154-0718 | First Class |
| 22844 | Wyoming Office Park, LLC , P.O. Box 20718, Albuquerque, NM, 87154-0718 | First Class |