United States Bankruptcy Court
District of Nevada

In re:  Case No. 25-10341-nmc
NUMALE CORPORATION  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: admin      Page 1 of 2
Date Rcvd: Apr 01, 2025      Form ID: adimatx1      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

**Recip ID**     **Recipient Name and Address**
db     +   NUMALE CORPORATION, 6590 S RAINBOW BLVD, LAS VEGAS, NV 89118-3327

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:

**Name**     **Email Address**

ALYSSA A. ROGAN
     on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 alyssa.rogan@usdoj.gov

CHAPTER 11 - LV
     USTPRegion17.lv.ecf@usdoj.gov

DAVID A RIGGI
     on behalf of Debtor NUMALE CORPORATION darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A. STEPHENS
     on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE LLC dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

JUSTIN CHARLES VALENCIA
     on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 justin.c.valencia@usdoj.gov

MATTHEW L. JOHNSON
     on behalf of Creditor Prospect Rainbow LLC mjohnson@mjohnsonlaw.com,

District/off: 0978-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 01, 2025 | Form ID: adimatx1 | Total Noticed: 1

annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

OGONNA M. BROWN
   on behalf of Creditor Michael E. Sanchez Ogonna.Brown@wbd-us.com
   ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

RYAN J. WORKS
   on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
   rworks@mcdonaldcarano.com  kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

U.S. TRUSTEE - LV - 11
   USTPRegion17.lv.ecf@usdoj.gov


TOTAL: 9

NVB 1015−7 (Rev. 7/17)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−25−10341−nmc |
| | CHAPTER 11 |
| NUMALE CORPORATION | |
| Debtor(s) | NOTICE OF DEADLINE TO FILE COMBINED MATRIX FOR A JOINTLY ADMINISTERED CASE |

**NOTICE IS GIVEN** that on April 1, 2025 an Order was entered in the above captioned case as referenced in the following document:

*130* − Interim Order Directing Joint Administration Of Chapter 11 Cases 25−10342, 25−10343, 25−10344, 25−10345, 25−10346, 25−10347 with Lead 25−10341 Combined Matrix Due 4/15/2025. (Related document(s)14 Motion for Joint Administration filed by Debtor NUMALE CORPORATION.) (mms)

Pursuant to LR 1015(g), the party that obtained the order must file a combined matrix with the court within 14 days.

Dated: 4/1/25

*Mary A. Schott* (signature)

Mary A. Schott
Clerk of Court