Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ AFFECTS ALL DEBTORS,<br><br>Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>*Jointly administered with*:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-NMC,<br><br>NuMedical SC,<br>Case No. 25-10343-NMC,<br><br>NuMale Colorado SC,<br>Case No. 25-10344-NMC,<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-NMC,<br><br>NuMale Nebraska LLC,<br>Case No. 25-10346-NMC,<br><br>NuMale New Mexico SC,<br>Case No. 25-10347-NMC. |

///

1

## NOTICE OF CONTINUED TELEPHONIC SECTION 341 MEETING OF CREDITORS

PLEASE TAKE NOTICE that a continued meeting of creditors pursuant to 11 U.S.C. §§ 341 and 343 (the "341 meeting") for all of the above-captioned chapter 11 cases will be held telephonically on **Friday, May 2, 2025,** at **9:00 a.m. PST**.

If you are receiving this notice, you have been identified as a party who may be a creditor, *i.e.*, someone who may be owed money by the Debtors, or a party in interest. Creditors and parties in interest will receive a separate notice from the bankruptcy court regarding any deadline for submitting a claim for monies owed, as well as the procedures for doing so.

**Your telephonic participation in the 341 meeting is not required, is completely optional, and failure to attend will not affect your eligibility to file a claim later.**

The purpose of the 341 meeting is to provide creditors and parties in interest with an opportunity to examine the Debtors responsible individual under oath about the Debtors financial affairs. It is not the purpose of the 341 meeting to address the specific circumstances of each creditor.

PLEASE FOLLOW the instructions below to ensure a smooth and efficient telephonic 341 meeting of creditors.

- You must use a touch-tone phone.
- If you have a choice, use a landline phone, instead of a cell phone.
- Dial the call-in number, **866-527-4443**, then enter the passcode **2625437**, followed by a # sign.
- Make the call from a quiet area where there is as little background noise as possible.
- Mute your phone and do not speak until the U.S. Trustee's counsel asks you to identify yourself or indicates you may ask questions. You will still be able to listen even when your phone is muted.
- Unmute your phone when speaking.
- When speaking, identify yourself.
- Do not put the phone on hold at any time after the call is connected.
- Once the meeting of creditors is finished, please hang up.
- If you become disconnected before the meeting is finished, please call back.
- The 341 meeting of creditors will be recorded by the U.S. Trustee. Any other recordings are prohibited.

- **Neither the U.S. Trustee nor the Debtors may provide legal advice to any creditors or parties in interest.**

A noticing agent is not presently proposed to be employed in this case.

Dated: April 4, 2025          Respectfully submitted,

                                   TRACY HOPE DAVIS
                                   UNITED STATES TRUSTEE

                                 By: */s/ Justin C. Valencia*
                                          Justin C. Valencia, Esq.
                                          Trial Attorney for the U.S. Trustee

3