Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ AFFECTS ALL DEBTORS,<br><br>Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>*Jointly administered with*:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-NMC,<br><br>NuMedical SC,<br>Case No. 25-10343-NMC,<br><br>NuMale Colorado SC,<br>Case No. 25-10344-NMC,<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-NMC,<br><br>NuMale Nebraska LLC,<br>Case No. 25-10346-NMC,<br><br>NuMale New Mexico SC,<br>Case No. 25-10347-NMC. |

///

1

**CERTIFICATE OF SERVICE**

I, JUSTIN C. VALENCIA, under penalty of perjury declare that I am and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action and that on April 4, 2025, I caused a copy of the foregoing:

- NOTICE OF CONTINUED TELEPHONIC SECTION 341 MEETING OF CREDITORS [ECF No. 150]

to be served on the following parties:

☑    a. ECF System (attach Notice of Electronic Filing or list of persons & addresses):

| | |
|---|---|
| DAVID A. RIGGI | darnvbk@gmail.com; 2782@notices.nextchapterbk.com; |
| OGONNA M. BROWN | Ogonna.Brown@wbd-us.com; ogonna-brown-4984@ecf.pacerpro.com; dberhanu@lewisroca.com; ombcalendar@lewisroca.com; klopez@lewisroca.com; Renee.Creswell@wbd-us.com |
| CHAPTER 11 - LV | USTPRegion17.lv.ecf@usdoj.gov |
| MATTHEW L. JOHNSON | mjohnson@mjohnsonlaw.com; annabelle@mjohnsonlaw.com; kristi@mjohnsonlaw.com; kathra@mjohnsonlaw.com; admin@mjohnsonlaw.com |
| DAVID A. STEPHENS | dstephens@davidstephenslaw.com; dstephens@lvcoxmail.com |
| U.S. TRUSTEE - LV - 11 | USTPRegion17.lv.ecf@usdoj.gov |
| JUSTIN CHARLES VALENCIA | justin.c.valencia@usdoj.gov |
| ALYSSA A. ROGAN | alyssa.rogan@usdoj.gov |
| RYAN J. WORKS | rworks@mcdonaldcarano.com; kkirn@mcdonaldcarano.com; bgrubb@mcdonaldcarano.com |

///

☑ b.  Email:

      DAVID A. RIGGI                      darnvbk@gmail.com;
                                                2782@notices.nextchapterbk.com;
                                                riggilaw@gmail.com

      OGONNA M. BROWN               Ogonna.Brown@wbd-us.com;
                                                ogonna-brown-4984@ecf.pacerpro.com;
                                                dberhanu@lewisroca.com;
                                                ombcalendar@lewisroca.com;
                                                klopez@lewisroca.com;
                                                Renee.Creswell@wbd-us.com

      MATTHEW L. JOHNSON            mjohnson@mjohnsonlaw.com;
                                                annabelle@mjohnsonlaw.com;
                                                kristi@mjohnsonlaw.com;
                                                kathra@mjohnsonlaw.com;
                                                admin@mjohnsonlaw.com

      DAVID A. STEPHENS              dstephens@davidstephenslaw.com;
                                                dstephens@lvcoxmail.com

      RYAN J. WORKS                        rworks@mcdonaldcarano.com;
                                                kkirn@mcdonaldcarano.com;
                                                bgrubb@mcdonaldcarano.com

      DAVID ZYLBERBERG               David.Zylberberg@stblaw.com;
                                              Bfriedman@stblaw.com;
                                                Zachary.Weiner@stblaw.com;
                                                Scraig@stblaw.com

      LORI M. BENCOE                       lori@bencoelaw.com

I declare under penalty of perjury that the foregoing is true and correct.

Signed: April 4, 2025

                                                /s/ *Justin C. Valencia*
                                                Justin C. Valencia, Esq.
                                                Trial Attorney for the U.S. Trustee