NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                                  BK–25–10341–nmc
                                                        CHAPTER 11
NUMALE CORPORATION

                        Debtor(s)                       ORDER GRANTING VERIFIED PETITION

_____

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by Lori Bencoe is **GRANTED**.

Dated: 4/4/25

                                                        Mary A. Schott
                                                        Clerk of Court