United States Bankruptcy Court
District of Nevada

In re:                                                                                      Case No. 25-10341-nmc

NUMALE CORPORATION                                                          Chapter 11
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2                              User: admin                                    Page 1 of 2

Date Rcvd: Apr 03, 2025                        Form ID: ovpbk                              Total Noticed: 1

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS
                    regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

**Recip ID              Recipient Name and Address**
aty              +  BRYCE FRIEDMAN, SIMPSON THACHER AND BARTLETT LLP, 425 LEXINGTON AVENUE, NEW YORK, NY 10017-3954

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2025                    Signature:            /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:**

**Name                        Email Address**

ALYSSA A. ROGAN
                        on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 alyssa.rogan@usdoj.gov

CHAPTER 11 - LV
                        USTPRegion17.lv.ecf@usdoj.gov

DAVID A RIGGI
                        on behalf of Debtor NUMALE FLORIDA TB PLLC darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
                        on behalf of Jnt Admin Debtor NUMEDICAL SC  2782@notices.nextchapterbk.com

DAVID A RIGGI
                        on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
                        on behalf of Debtor NUMALE COLORADO SC darnvbk@gmail.com  2782@notices.nextchapterbk.com

District/off: 0978-2                          User: admin                                    Page 2 of 2
Date Rcvd: Apr 03, 2025                       Form ID: ovpbk                                 Total Noticed: 1

DAVID A RIGGI
                    on behalf of Debtor NUMALE CORPORATION darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
                    on behalf of Debtor NUMEDICAL SC darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
                    on behalf of Debtor NUMALE NEW MEXICO SC darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
                    on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
                    on behalf of Jnt Admin Debtor NUMALE COLORADO SC darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
                    on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
                    on behalf of Debtor NUMALE NEBRASKA LLC darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
                    on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A RIGGI
                    on behalf of Debtor FELICIANO NUMALE NEVADA PLLC darnvbk@gmail.com  2782@notices.nextchapterbk.com

DAVID A. STEPHENS
                    on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE  LLC dstephens@davidstephenslaw.com,
                    dstephens@lvcoxmail.com

DAVID A. STEPHENS
                    on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC dstephens@davidstephenslaw.com
                    dstephens@lvcoxmail.com

JUSTIN CHARLES VALENCIA
                    on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 justin.c.valencia@usdoj.gov

MATTHEW L. JOHNSON
                    on behalf of Creditor Prospect Rainbow  LLC mjohnson@mjohnsonlaw.com,
                    annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

OGONNA M. BROWN
                    on behalf of Creditor Michael E. Sanchez Ogonna.Brown@wbd-us.com
                    ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.C
                    reswell@wbd-us.com

RYAN J. WORKS
                    on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
                    rworks@mcdonaldcarano.com  kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

U.S. TRUSTEE - LV - 11
                    USTPRegion17.lv.ecf@usdoj.gov


TOTAL: 22

NVB 10−2(b) (Rev. 3/15)

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

NUMALE CORPORATION

                    Debtor(s)

BK−25−10341−nmc
CHAPTER 11

ORDER GRANTING VERIFIED PETITION

_____

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by Bryce Friedman is **GRANTED**.

Dated: 4/3/25

*Mary A Schott*

Mary A. Schott
Clerk of Court