United States Bankruptcy Court
District of Nevada

In re:  
NUMALE CORPORATION  
    Debtor

Case No. 25-10341-nmc  
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0978-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 03, 2025      Form ID: ovpbk      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 05, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + SUMMER CRAIG, SIMPSON THACHER AND BARTLETT LLP, 425 LEXINGTON AVENUE, NEW YORK, NY 10017-3954 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 05, 2025      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 3, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYSSA A. ROGAN | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 alyssa.rogan@usdoj.gov |
| CHAPTER 11 - LV | USTPRegion17.lv.ecf@usdoj.gov |
| DAVID A RIGGI | on behalf of Debtor NUMALE FLORIDA TB PLLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMEDICAL SC 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE COLORADO SC darnvbk@gmail.com 2782@notices.nextchapterbk.com |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 2 |
| Date Rcvd: Apr 03, 2025 | Form ID: ovpbk | Total Noticed: 1 |

DAVID A RIGGI
    on behalf of Debtor NUMALE CORPORATION darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor NUMEDICAL SC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor NUMALE NEW MEXICO SC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor NUMALE COLORADO SC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor NUMALE NEBRASKA LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor FELICIANO NUMALE NEVADA PLLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A. STEPHENS
    on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE  LLC dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS
    on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC dstephens@davidstephenslaw.com dstephens@lvcoxmail.com

JUSTIN CHARLES VALENCIA
    on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 justin.c.valencia@usdoj.gov

MATTHEW L. JOHNSON
    on behalf of Creditor Prospect Rainbow  LLC mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

OGONNA M. BROWN
    on behalf of Creditor Michael E. Sanchez Ogonna.Brown@wbd-us.com ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

RYAN J. WORKS
    on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 rworks@mcdonaldcarano.com  kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

U.S. TRUSTEE - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov

TOTAL: 22

NVB 10−2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: <br> NUMALE CORPORATION <br><br> Debtor(s) | BK−25−10341−nmc <br> CHAPTER 11 <br><br> ORDER GRANTING VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by Summer Craig is **GRANTED**.

Dated: 4/3/25

*Mary A Schott* (signature)

Mary A. Schott
Clerk of Court