_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 07, 2025

Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC, | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>*Jointly administered with*:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-NMC,<br><br>NuMedical SC,<br>Case No. 25-10343-NMC,<br><br>NuMale Colorado SC,<br>Case No. 25-10344-NMC,<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-NMC<br><br>NuMale Nebraska LLC, |

1

| NUMALE NEW MEXICO SC, | ☐ | Case No. 25-10346-NMC, |
|---|---|---|
| AFFECTS ALL DEBTORS, | ☒ | NuMale New Mexico SC, Case No. 25-10347-NMC |
| Debtors. | | |

# ORDER APPROVING APPOINTMENT
# OF CHAPTER 11 TRUSTEE

The Court having considered the *United States Trustee's Application for Order Approving the Appointment of Chapter 11 Trustee* ("Application") [ECF No. 140] seeking the approval of Michael W. Carmel as the Chapter 11 Trustee in the above-named jointly administered cases,

IT IS HEREBY ORDERED that the Application is approved; and

IT IS HEREBY FURTHER ORDERED that the appointment of Michael W. Carmel as the Chapter 11 Trustee is approved.

Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By:    */s/ Terri H. Didion*
       Terri H. Didion
       Assistant United States Trustee

###

2