Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
Office of the United States Trustee
300 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
E-mail: *Alyssa.Rogan@usdoj.gov*

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ AFFECTS ALL DEBTORS,<br><br>Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>*Jointly administered with*:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-NMC,<br><br>NuMedical SC,<br>Case No. 25-10343-NMC,<br><br>NuMale Colorado SC,<br>Case No. 25-10344-NMC,<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-NMC,<br><br>NuMale Nebraska LLC,<br>Case No. 25-10346-NMC,<br><br>NuMale New Mexico SC,<br>Case No. 25-10347-NMC | |

//

//

## NOTICE OF APPOINTMENT OF CHAPTER 11 TRUSTEE

To:

**Michael W. Carmel**
Law Offices of Michael W. Carmel, Ltd.
80 East Columbus Avenue
Phoenix, Arizona 85012-4965
T: 602-264-4965
C: 602-206-7900
F: 602-277-0144
E: michael@mcarmellaw.com

Pursuant to the Order of this Court, entered on April 2, 2025, directing the United States Trustee to appoint a Chapter 11 trustee in the above-named jointly administered cases [ECF No. 132], the United States Trustee hereby appoints Michael W. Carmel to serve as the Chapter 11 Trustee (the "Chapter 11 Trustee").

The Chapter 11 Trustee is required to obtain a bond satisfactory to the United States Trustee for the period that the Chapter 11 Trustee accomplishes his duties. The bond may require adjustment as the Chapter 11 Trustee fulfills his duties, collects, and/or liquidates assets of the estate. The Chapter 11 Trustee is directed to inform the Office of the United States Trustee when changes to the bond amount are required or made.

This appointment is made this 7th day of April 2025.

                TRACY HOPE DAVIS
                UNITED STATES TRUSTEE

By:   */s/ Terri H. Didion*
       Terri H. Didion
       Assistant United States Trustee