Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the United States Trustee
300 Las Vegas Boulevard South
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
E-mail: *Alyssa.Rogan@usdoj.gov*

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No. 25-10341-NMC<br>Chapter 11 |
| NUMALE CORPORATION, | |
| | *Jointly administered with*: |
| AFFECTS THIS DEBTOR, ☐ | |
| | Feliciano NuMale Nevada PLLC, |
| AFFECTS FELICIANO ☐<br>NUMALE NEVADA PLLC, | Case No. 25-10342-NMC, |
| | NuMedical SC, |
| NUMEDICAL SC, ☐ | Case No. 25-10343-NMC, |
| NUMALE COLORADO SC, ☐ | NuMale Colorado SC,<br>Case No. 25-10344-NMC, |
| NUMALE FLORIDA TB PLLC, ☐ | NuMale Florida TB PLLC, |
| NUMALE NEBRASKA LLC, ☐ | Case No. 25-10345-NMC |
| NUMALE NEW MEXICO SC, ☐ | NuMale Nebraska LLC,<br>Case No. 25-10346-NMC, |
| AFFECTS ALL DEBTORS, ☒ | NuMale New Mexico SC, |
| Debtors. | Case No. 25-10347-NMC. |

//

//

//

**NOTICE OF ACCEPTANCE OF APPOINTMENT OF CHAPTER 11 TRUSTEE**

As required by Fed. R. Bankr. P. 2008, notice is hereby given that the undersigned accepts the appointment of Chapter 11 Trustee in the above-named jointly administered cases.

As required by 11 U.S.C. § 322(a), a bond in the amount set by the United States Trustee will be filed with the Court before I begin my official duties.

Dated: April 7, 2025                    /s/      *Michael W. Carmel*
                                         Michael W. Carmel
                                         Chapter 11 Trustee