GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>    AFFECTS THIS DEBTOR,  ☐<br><br>    AFFECTS FELICIANO  ☐<br>    NUMALE NEVADA PLLC,<br><br>    NUMEDICAL SC,  ☐<br><br>    NUMALE COLORADO SC,  ☐<br><br>    NUMALE FLORIDA TB PLLC,  ☐<br><br>    NUMALE NEBRASKA LLC,  ☐<br><br>    NUMALE NEW MEXICO SC,  ☐<br><br>    NUMALE ALL DEBTORS,  ☒<br><br>        Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colarado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

## NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE
### [F.R.B.P. 9010(b), 2002 and 3017(a)]

1

GREGORY E. GARMAN, TALITHA GRAY KOZLOWSKI, and MARY LANGSNER, of the law firm of GARMAN TURNER GORDON, LLP, attorneys for Michael Carmel, Chapter 11 Trustee (the "Trustee"), hereby enter their appearance on the record in the above-entitled bankruptcy adversary proceeding pursuant to Bankruptcy Rule 9010(b) and pursuant to Bankruptcy Rule 2002 and 3017(a) hereby request special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all, pleadings, papers, and all related materials that are issued or filed in connection with the above captioned case by the Court, Debtor, or other parties in interest, including copies of all plans of reorganization and disclosure statements.  All notices and copies in response to the foregoing, and, pursuant to Bankruptcy Rule 2002, all notices required to be mailed to the Trustee pursuant to Bankruptcy Rule 2002, should be directed to:

Gregory E. Garman, Esq.
Talitha Gray Kozlowski, Esq.
Mary Langsner, Ph.D.
Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Email: ggarman@gtg.legal;
Email: tgray@gtg.legal;
Email: mlangsner@gtg.legal
Email: bknotices@gtg.legal

Neither this paper nor any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, nor any other writing or conduct, shall (i) expressly or impliedly designate the undersigned as agent for service of process on the Trustee, or (ii) constitute a waiver of any of the following rights of the Trustee:

(a)    Right to have any and all final orders in any and all non-core matters entered only after de novo review by United States District Court Judge;

(b)    Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding subject only to mandatory or discretionary withdrawal; and

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1    (c)    Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which

2  this party is entitled under any agreements or at law or in equity or under the United States Constitution.

3    All of the above rights are expressly reserved and preserved unto the Trustee without exception

4  and with no purpose of confessing or conceding jurisdiction in any way by this filing or by any other

5

6  participation in the above-captioned case and ancillary proceedings.

7    Dated this 7th day of April, 2025.

8    GARMAN TURNER GORDON LLP

9    By: /s/ Gregory E. Garman
       GREGORY E. GARMAN, ESQ.

10      TALITHA GRAY KOZLOWSKI, ESQ.
       MARY LANGSNER, Ph.D.

11      7251 Amigo Street, Suite 210
       Las Vegas, Nevada 89119

12      [Proposed] *Attorneys for Michael Carmel,*
       *Chapter 11 Trustee*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000