1  Ogonna Brown, Bar No. 7589
   Ogonna.Brown@wbd-us.com
2  WOMBLE BOND DICKINSON (US) LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV  89169
   Tel:    702.949.8200
4  Fax:    702.949.8398

5  *Attorneys for Creditor Michael E. Sanchez*

6              UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF NEVADA
7

8  In re:                                        Lead Case No. 25-10341-NMC
   ■  NUMALE CORPORATION,                        Chapter 11

9

10                                               Jointly administered with:
    □  FELICIANO NUMALE NEVADA PLLC,             Case No. 25-10342-NMC
11  □  NUMEDICAL SC,                             Case No. 25-10343-NMC
    □  NUMALE COLORADO SC,                       Case No. 25-10344-NMC
12  □  NUMALE FLORIDA TB PLLC,                   Case No. 25-10345-NMC
    □  NUMALE NEBRASKA LLC,                      Case No. 25-10346-NMC
13  □  NUMALE NEW MEXICO SC,                     Case No. 25-10347-NMC

14
                            Debtors.             **REPLY TO CERTAIN**
15                                               **UNDERWRITERS AT LLOYD'S**
                                                 **LONDON SYNDICATES 623/2623**
16                                               **OBJECTION AND RESERVATION OF**
                                                 **RIGHTS WITH RESPECT TO**
17                                               **MOTION FOR ORDER TERMINATING**
                                                 **AUTOMATIC STAY UNDER 11 U.S.C. §**
18                                               **362(D)(1) AS TO NEW MEXICO STATE**
                                                 **COURT POST-TRIAL PROCEEDINGS,**
19                                               **TO JUDGMENT ONLY, NOT**
                                                 **ENFORCEMENT, AS TO NUMALE**
20                                               **CORPORATION AND COMFORT**
                                                 **ORDER FOR STAY TERMINATION AS**
21                                               **TO NON-DEBTORS AND WAIVER OF**
                                                 **THE 14-DAY STAY UNDER FRBP**
22                                               **4001(A)(3)**

23

24                                               **REMOTE: (833) 435-1820**
                                                 **MEETING ID: 161 166 2815**
25                                               **Passcode: 115788#**

26
                                                 Hearing Date: April 8, 2025
27                                               Hearing Time: 10:30 a.m.

28
                                                 Chief Judge: Hon. Natalie M. Cox

127935201.1

*(left margin, vertical text)* 3993 Howard Hughes Parkway, Suite 600 Las Vegas, NV  89169 — WOMBLE BOND DICKINSON

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

WOMBLE BOND DICKINSON

Michael E. Sanchez ("Mr. Sanchez", or alternatively, "Movant"), creditor, by and through his counsel, Ogonna M. Brown, Esq. of the law firm of Womble Bond Dickinson (US), LLP, hereby files this Reply to Certain Underwriters at Lloyd's London Syndicates 623/2623 Objection and Reservation of Rights With Respect to Motion to Terminate Automatic Stay Under 11 U.S.C. §362(d)(1) as to New Mexico State Court Post-Trial Proceedings, to Judgment Only, Not Enforcement, as to Numale Corporation ("Debtor") and Comfort Order for Stay Termination as to Non-Debtors and Waiver of the 14-Day Stay Under FRBP 4001(a)(3) (ECF #133) ("Reply to Opposition.")

This Reply is based upon the following grounds and the following reasons: (1) On March 26, 2025, this Court entered an order shortening time on the Motion to Terminate Stay, setting the opposition deadline for April 3, 2025, and Mr. Sanchez's reply deadline for April 7, 2025 (ECF No. 110).[1] Beazley objected to the expedited briefing schedule and hearing date, and this Court overruled Beazley's objection; (2) On March 28, 2025, during a meet and confer held with Attorney Brown, Attorney Works and Beazley's New York counsel to discuss the scope of the Amended Subpoena that Beazley served on Mr. Sanchez to determine the need for a motion for protective order, Beazley requested an extension of the briefing schedule on the Motion to Terminate Stay. Mr. Sanchez is trying to avoid piecemeal litigation of post-trial motions that still need to be decided by the trial Judge in New Mexico in order to enter a final judgment that all parties including the Bankruptcy Estate will need; , and it is thus urgent for this Court to rule on the Motion to Terminate Stay, therefore he requested that Beazley abide by the expedited briefing schedule. To that end, Mr. Sanchez fully responded to Beazley's subpoena early on April 1, 2025, without objections, to ensure that Beazley had the benefit of the responses in preparing its opposition to the Motion to Terminate Stay by the April 3rd deadline set in the OST; (3) Beazley already had the exhibits attached to the Motion to Terminate Stay filed March 25, 2025 (ECF No. 98), that were previously attached to the

---

[1] All references to "ECF No." are to the number assigned to the documents filed in Case No. BK-25-10341-nmc as it relates to Debtor's Chapter 11 case as they appear on the docket maintained by the clerk of court. All references to "Section" are to the provisions of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. All references to "LR" are to the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada. All references to the "FRBP" are to the Federal Rules of Bankruptcy Procedure.

127935201.1

1   Stipulation to Terminate Stay filed  a week prior on March 18, 2025 (ECF No. 70) before

2   appointment of a Trustee, when Debtors had stipulated to Movant's Motion to Terminate Stay, and

3   Beazley had already submitted its position on stay termination in its Motion for Reconsideration on

4   March 20, 2025 (ECF No. 82); (4) On April 2, 2025, Beazley submitted a 3-page reservation of

5   rights without a substantive response to the motion to terminate stay (ECF No. 133). Mr. Sanchez

6   views Beazley's unwillingness to submit a substantive response to the Motion to Terminate Stay by

7   the April 3, 2025, deadline set forth in the OST (ECF No. 110) and efforts to conduct discovery and

8   request an evidentiary hearing as efforts to stall this Court's ruling on a straightforward motion

9   seeking stay termination to judgment only, not enforcement, to allow the post-trial motions pending

10  before the New Mexico Court to proceed expeditiously for the entry of a final judgment; (5) Under

11  Local Rule 9014(a)(7), this Court, and not Beazley, will make the determination if further evidence

12  must be taken to resolve a material factual dispute or if additional briefing is warranted, or if live

13  testimony will be presented at the hearing on the Motion to Terminate Stay. Here, because the

14  Motion to Terminate Stay is a straightforward motion, good cause exists under LR 9014(a)(7) for

15  this Court to rule on the briefs, and not to allow prolonged and expensive discovery or oral evidence,

16  as there is no need for an evidentiary hearing. Instead, this Court should order that any evidence

17  deemed necessary be presented by affidavit or declaration, so  the Court can expeditiously issue a

18  ruling on the Motion to Terminate Stay; (6) Obtaining a final judgment of the New Mexico civil

19  case will provide finality, give rise to appeal rights, and the ability for the Chapter 11 Trustee,

20  Michael Carmel, to participate on behalf of the bankruptcy estates of Numale Corp. and Numale

21  NM SC in the New Mexico State Court action commenced by Beazley seeking declaratory relief

22  from liability for the judgment against the Judgment nonebtors, who are jointly and severally liable

23  under the jury verdict with  the Debtors; (7) Beazley has elected not to respond substantively to the

24  motion to terminate stay to give any substantive reason why the New Mexico state court's posttrial

25  proceedings should be further delayed, even though this Court did not extend the briefing schedule

26  set forth in the OST. Based upon the record before this Court, and no oppositions filed by any other

27  parties or creditors, cause exists to terminate the automatic stay under 11 U.S.C. § 362(d)(1), to

28  waive the 14-day stay of the order terminating the stay, and for the entry of a comfort order



WOMBLE BOND DICKINSON

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

127935201.1

terminating the stay as to the non-debtors; and (8) counsel for Mr. Sanchez met and conferred with Chapter 11 Trustee Michael Carmel regarding the Motion to Terminate Stay.

This Reply is supported by the Declaration of Renee Creswell ("Creswell Decl."), legal assistant to Attorney Ogonna Brown, counsel for Mr. Sanchez, filed separately and concurrently herewith pursuant to Rule 9014(c) of the Local Rule of Bankruptcy Practice of the United States District Court for the District of Nevada.  This Reply is also supported by the pleadings and papers on file herein, and any argument this Court may entertain regarding the Motion.

DATED this 7th day of April, 2025.

WOMBLE BOND DICKINSON (US) LLP

By: /s/ Ogonna M. Brown

Ogonna M. Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel.: 702.949.8200
Fax: 702.949.8398

*Attorneys for Creditor Michael E. Sanchez*



WOMBLE BOND DICKINSON

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

WOMBLE BOND DICKINSON



1

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on the 7th day of April, 2025, I caused to be served a true and correct copy of the **REPLY IN SUPPORT OF MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1) AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY, NOT ENFORCEMENT, AS TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(a)(3)** in the following manner:

☒　　(ELECTRONIC SERVICE)  Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐　　(UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

☐　　(OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐　　(FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ Renee L. Creswell*
An employee of Womble Bond Dickinson (US) LLP