Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:      702.949.8200
Fax:      702.949.8398

*Attorneys for Creditor Michael E. Sanchez*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>■ NUMALE CORPORATION,<br><br>☐ FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>☐ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>Jointly administered with:<br>Case No. 25-10342-NMC<br>Case No. 25-10343-NMC<br>Case No. 25-10344-NMC<br>Case No. 25-10345-NMC<br>Case No. 25-10346-NMC<br>Case No. 25-10347-NMC<br><br>**DECLARATION OF RENEE CRESWELL IN SUPPORT OF REPLY TO CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 OBJECTION AND RESERVATION OF RIGHTS WITH RESPECT TO MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362(D)(1) AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY, NOT ENFORCEMENT, AS TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(A)(3)**<br><br>**REMOTE: (833) 435-1820**<br>**MEETING ID: 161 166 2815**<br>**Passcode: 115788#**<br><br>Hearing Date: April 8, 2025<br>Hearing Time: 10:30 a.m.<br><br>Chief Judge: Hon. Natalie M. Cox |

127938610.1

I, Renee Creswell, declare:

1.  I am an employee of the law firm of Womble Bond Dickinson (US) LLP, who represents Michael E. Sanchez ("Mr. Sanchez") in the above-named bankruptcy proceeding. I have knowledge and am competent to testify concerning the facts set forth herein.

2.  On April 1, 2025, at 5:24 p.m., I emailed Mr. Sanchez's response and documents to the Amended Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Bankruptcy Case to Ryan Works, attorney for Certain Underwriters at Lloyd's London Syndicates 623/2623 ("Beazley"), along with Attorneys David Riggi, Justin Valencia, Alyssa Rogan, David Stephens, Matt Johnson, with a copy to New Mexico State Court counsel Lori Bencoe. A true and correct copy of the email (without attachments) is attached hereto as **Exhibit "A"** (April 1st email).

3.  I did not receive a bounce-back email that my April 1st email was not delivered to any of the addressees, including Mr. Works.

4.  On April 2, 2025, at 1:36 p.m., Beazley filed its Objection and Reservation of Rights With Respect to Motion to Terminate Automatic Stay Under 11 U.S.C. §362(d)(1) as to New Mexico State Court Post-Trial Proceedings, to Judgment Only, Not Enforcement, as to Numale Corporation and Comfort Order for Stay Termination as to Non-Debtors and Waiver of the 14-Day Stay Under FRBP 4001(a)(3) (the "Objection") (ECF No. 133).

5.  Paragraph 3 of the Objection states:

> Furthermore, Beazley has served discovery on movant, Michael Sanchez, and the Debtor regarding conflicts of interest relating to the Lift-Stay Motion. To date, Beazley has not received responses to those discovery requests, due April 4, 2025. Those responses may be critical to the Court's consideration of the Lift-Stay Motion.

6.  On April 2, 2025, at 4:22 p.m., I called Mr. Works' law firm and spoke with his assistant, Kimberly Kirn. Ms. Kirn could not confirm whether or not Mr. Works received my initial April 1st email with the Subpoena responses and Mr. Works had left the office for the day. While we were on the phone, I emailed Mr. Works and Ms. Kirn my April 1st email with attachments and Ms. Kirn confirmed she received the email, noting that my email went into her spam, but she

127938610.1

- 2 -

1 confirmed she received it. She forwarded my email to Mr. Works but during our call, Ms. Kirn did not receive confirmation from Mr. Works that it was received.

      7.      On the afternoon of April 3, 2025, Mr. Works confirmed with our office that he had received Mr. Sanchez's response to the Amended Subpoena.

      I declare under penalty of perjury under the laws of the State of Nevada and the United States that the foregoing is true and correct.

      DATED this 7th day of April, 2025.

*/s/ Renee Creswell*
RENEE CRESWELL
Declarant

- 3 -

127938610.1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on the 7th day of April, 2025, I caused to be served a true and correct copy of the **DECLARATION OF RENEE CRESWELL IN SUPPORT OF REPLY TO CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 OBJECTION AND RESERVATION OF RIGHTS WITH RESPECT TO MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1) AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY, NOT ENFORCEMENT, AS TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(a)(3)** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ Renee Creswell*
An employee of Womble Bond Dickinson (US) LLP

127938610.1

- 4 -