Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:      702.949.8200
Fax:     702.949.8398

*Attorneys for Creditor Michael E. Sanchez*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re:<br>☐ NUMALE CORPORATION,<br><br>☐ FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>■ NUMALE NEW MEXICO SC,<br><br>                              Debtor. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>Jointly administered with:<br>Case No. 25-10342-NMC<br>Case No. 25-10343-NMC<br>Case No. 25-10344-NMC<br>Case No. 25-10345-NMC<br>Case No. 25-10346-NMC<br>Case No. 25-10347-NMC<br><br>**NOTICE OF NON-OPPOSITION TO: MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362 AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS TO JUDGMENT ONLY AS TO NUMALE NEW MEXICO SC AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS**<br><br>Hearing Date:    April 8, 2025<br>Hearing Time:   10:30 a.m.<br>Chief Judge: Hon. Natalie M. Cox. |

Michael E. Sanchez, creditor, by an through his counsel, Ogonna M. Brown, Esq., of the law firm of Womble Bond Dickinson LLP, hereby files this Notice of Non-Opposition to the Motion for Order Terminating Automatic Stay Under 11 U.S.C. § 362 as to New Mexico State Court Post-Trial Proceedings to Judgment Only as to Numale New Mexico SC And Comfort Order For Stay Termination as to Non-Debtors ("Motion") (ECF No. 77). The deadline to file any objection to the Motion was April 3, 2025 pursuant to the Order Granting the Motion for hearing on shortened time (ECF No. 110).

127772669.2

Counsel for Mr. Sanchez met and conferred with the Chapter 11 Trustee Michael Carmel in connection with the Motion to Terminate Stay.

DATED this 7th day of April, 2025.

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Ogonna Brown*
    Ogonna Brown, Bar No. 7589
    Ogonna.Brown@wbd-us.com
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV  89169
    Tel.: 702.949.8200

*Attorneys for Creditor Michael E. Sanchez*



127772669.2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on the 7th day of April, 2025, I caused to be served a true and correct copy of the **NOTICE OF NON-OPPOSITION TO: MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362 AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS TO JUDGMENT ONLY AS TO NUMALE NEW MEXICO SC AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.



*/s/ Renee L. Creswell*
An employee of Womble Bond Dickinson (US) LLP

127772669.2

- 3 -