Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: alyssa.rogan@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ AFFECTS ALL DEBTORS,<br><br>Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>*Jointly administered with*:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-NMC,<br><br>NuMedical SC,<br>Case No. 25-10343-NMC,<br><br>NuMale Colorado SC,<br>Case No. 25-10344-NMC,<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-NMC,<br><br>NuMale Nebraska LLC,<br>Case No. 25-10346-NMC,<br><br>NuMale New Mexico SC,<br>Case No. 25-10347-NMC.<br><br>Date: April 22, 2025<br>Time: 9:30 a.m.<br>Tel. Conf. Line: (833) 435-1820 |

1

Meeting ID: 161 166 2815
Passcode: 115788#

## STIPULATION BY AND BETWEEN THE UNITED STATES TRUSTEE AND THE DEBTOR'S FORMER PROPOSED COUNSEL REGARDING THE EMPLOYMENT APPLICATION

The United States Trustee (the "U.S. Trustee"), by and through her counsel, the above-referenced jointly administered debtors (collectively, the "Debtors," and together hereafter referred to as the "Parties"), by and through their former proposed counsel, David A. Riggi, Esq. ("Former Proposed Counsel"), hereby stipulate and agree as follows:

1.  On January 22, 2025, the Debtors filed voluntary petitions under chapter 11 of the United States Bankruptcy Code. [ECF No. 1].

2.  On March 19, 2025, the Debtors filed an application to employ their Former Proposed Counsel under 11 U.S.C. §§ 327(a) and 329 and the hearing is set for April 22, 2025 (the "Employment Application"). [ECF Nos. 81, 94].[1]

3.  On April 1, 2025, the Court entered an interim order granting joint administration of each of the Debtor's cases. [ECF No. 130].

4.  The following day, the Court entered an order granting the U.S. Trustee's motion to appoint a chapter 11 trustee and directing such appointment. [ECF Nos. 59, 60, 132].

5.  On April 2, 2025, the U.S. Trustee filed an application seeking to appoint Michael W. Carmel as the chapter 11 trustee ("Trustee Carmel"), which the Court approved. [ECF Nos.

---

[1] Similar Employment Applications and pleadings described herein were filed in the following cases: *In re NuMale Corporation*, Case No. 25-10341-NMC (Bankr. D. Nev.); *In re Feliciano NuMale Nevada PLLC*, Case No. 25-10342-NMC (Bankr. D. Nev.); *In re NuMedical SC*, Case No. 25-10343-NMC (Bankr. D. Nev.); *In re NuMale Colorado SC*, Case No. 25-10344-NMC (Bankr. D. Nev.); *In re NuMale Florida TB PLLC*, Case No. 25-10345-NMC (Bankr. D. Nev.); *In re NuMale Nebraska LLC*, Case No. 25-10346-NMC (Bankr. D. Nev.); and, *In re NuMale New Mexico SC*, Case No. 10347-NMC (Bankr. D. Nev.).

140, 155].

6. On April 7, 2025, the U.S. Trustee filed a notice of appointment and Trustee Carmel filed a notice of acceptance. [ECF Nos. 156, 157].

7. The Debtors filed the Employment Application *before* the Court appointed Trustee Carmel resulting in the Debtors becoming out-of-possession.

8. Because the Debtors are now out-of-possession, the U.S. Trustee and Proposed Counsel have conferred and stipulate to continue the hearing on the Employment Application from April 22, 2025, to May 20, 2025, at 9:30 a.m. subject to the Court's availability.

9. Further, the Parties stipulate to continue the objection deadline to the Employment Application from April 8, 2025, to May 13, 2025, and the reply deadline from April 15, 2025, to May 16, 2025.

///

| Dated: April 8, 2025 | Dated: April 8, 2025 |
|---|---|
| Prepared and submitted by: | Agreed and accepted by: |
| UNITED STATES TRUSTEE, TRACY HOPE DAVIS | RIGGI LAW FIRM |
| */s/ Alyssa A. Rogan* | */s/ David A. Riggi* |
| Alyssa A. Rogan, Esq.<br>Trial Attorney for United States Trustee | David A. Riggi, Esq.<br>Former Proposed Counsel for the Debtors |