_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 10, 2025

Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | | Lead Case No. 25-10341-NMC |
|---|---|---|
| NUMALE CORPORATION, | | Chapter 11 |
| | | *Jointly administered with*: |
| ☐ AFFECTS THIS DEBTOR, | | |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | | Feliciano NuMale Nevada PLLC, Case No. 25-10342-NMC, |
| ☐ NUMEDICAL SC, | | NuMedical SC, Case No. 25-10343-NMC, |
| ☐ NUMALE COLORADO SC, | | NuMale Colorado SC, Case No. 25-10344-NMC, |
| ☐ NUMALE FLORIDA TB PLLC, | | NuMale Florida TB PLLC, Case No. 25-10345-NMC, |
| ☐ NUMALE NEBRASKA LLC, | | |
| ☐ NUMALE NEW MEXICO SC, | | NuMale Nebraska LLC, |

1

|  |  |
|---|---|
| AFFECTS ALL DEBTORS,   ☒<br><br>Debtors. | Case No. 25-10346-NMC,<br><br>NuMale New Mexico SC,<br>Case No. 25-10347-NMC.<br><br>Hearing Date: April 8, 2025<br>Hearing Time: 10:30 a.m.<br>Tel. Conf. No.: (833) 435-1820<br>Meeting ID: 161 166 2815<br>Passcode: 115788# |

**ORDER GRANTING MOTION OF THE UNITED STATES
TRUSTEE AND DIRECTING THE APPOINTMENT OF A
<u>PATIENT CARE OMBUDSMAN UNDER 11 U.S.C. § 333</u>**

The Court, having considered the *Motion of the United States Trustee for Appointment of a Patient Care Ombudsman Under 11 U.S.C. § 333 and Reservation of Rights* (the "UST Motion") [ECF No. 16] supported by the *Declaration of Bryan G. Coleman* [ECF No.17]; having considered all papers and pleadings filed regarding the UST's Motion, including Debtors' *Non-Opposition* [ECF No. 90];[1] having conducted a hearing with respect to the UST Motion on April 8, 2025, at 10:30 a.m. with appearances by Justin C. Valencia, Esq. and Alyssa A. Rogan, Esq. for the United States Trustee, and all other appearances noted on the record, and the Court having considered their respective arguments; having found that adequate and proper notice and service of the UST Motion and of such hearing was provided; having stated its findings of fact and conclusions of law on the record at the conclusion of such hearing, which are incorporated herein by reference in accordance with Fed. R. Civ. P. 52,

---

[1] Similar UST Motions, supporting Declarations, and Non-Oppositions were filed in the following cases: *In re NuMale Corporation*, Case No. 25-10341-NMC (Bankr. D. Nev.); *In re Feliciano NuMale Nevada PLLC*, Case No. 25-10342-NMC (Bankr. D. Nev.); *In re NuMedical SC*, Case No. 25-10343-NMC (Bankr. D. Nev.); *In re NuMale Colorado SC*, Case No. 25-10344-NMC (Bankr. D. Nev.); *In re NuMale Florida TB PLLC*, Case No. 25-10345-NMC (Bankr. D. Nev.); *In re NuMale Nebraska LLC*, Case No. 25-10346-NMC (Bankr. D. Nev.); and, *In re NuMale New Mexico SC*, Case No. 10347-NMC (Bankr. D. Nev.).

made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014(a) and (c); for the reasons stated on the record; and good cause appearing;

**IT IS HEREBY ORDERED** that the UST Motion is granted as to all of the above-named jointly administered debtors;

**IT IS FURTHER ORDERED** that the United States Trustee is directed to appoint a patient care ombudsman pursuant to 11 U.S.C. § 333(a)(1);

**IT IS FURTHER ORDERED** that the United States Trustee has the discretion to appoint a patient care ombudsman pursuant to 11 U.S.C. § 333(a)(2); and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED.**

///

Submitted by:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: */s/ Justin C. Valencia*
　　Justin C. Valencia, Esq.
　　Trial Attorney for the United States Trustee

###

**LOCAL RULE 9021(c) CERTIFICATION**

In accordance with LR 9021(c), the Attorney submitting this document certifies as follows:

☒ The court has waived the requirement of approval set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all Attorneys who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Date: April 8, 2025            Respectfully submitted,

                               TRACY HOPE DAVIS
                               UNITED STATES TRUSTEE

                               By: /s/ Justin C. Valencia
                                   Justin C. Valencia, Esq.
                                   Trial Attorney for the United States Trustee

                               ###