*Natalie M. Cox*
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 10, 2025

___

Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: alyssa.rogan@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Lead Case No. 25-10341-NMC |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with*: |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-NMC, |
| ☐ NUMEDICAL SC, | NuMedical SC, Case No. 25-10343-NMC, |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-NMC, |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-NMC, |
| ☐ NUMALE NEBRASKA LLC, | |

1

| | | |
|---|---|---|
| NUMALE NEW MEXICO SC, | ☐ | NuMale Nebraska LLC, Case No. 25-10346-NMC, |
| AFFECTS ALL DEBTORS, | ☒ | NuMale New Mexico SC, Case No. 25-10347-NMC. |
| Debtors. | | Date: April 22, 2025<br>Time: 9:30 a.m.<br>New Date: May 20, 2025<br>Tel. Conf. Line: (833) 435-1820<br>Meeting ID: 161 166 2815<br>Passcode: 115788# |

**ORDER APPROVING STIPULATION BY AND BETWEEN THE UNITED STATES TRUSTEE AND THE DEBTOR'S FORMER PROPOSED COUNSEL REGARDING THE EMPLOYMENT APPLICATION**

After considering the *Stipulation by and Between the United States Trustee and the Debtor's Former Proposed Counsel Regarding the Employment Application* ("Stipulation") [ECF No. 164][1] and good cause appearing,

**IT IS ORDERED** that the Stipulation is approved.

**IT IS FURTHER ORDERED** that the hearing on the Employment Application is continued from April 22, 2025, to **May 20, 2025** at **9:30 AM**.

**IT IS FURTHER ORDERED** that the objection deadline is continued from April 8, 2025, to May 13, 2025.

**IT IS FURTHER ORDERED** that the reply deadline is continued from April 15, 2025, to May 16, 2025.

**IT IS SO ORDERED.**

///

---

[1] Capitalized terms defined herein shall have the same meaning as they are described in the Stipulation.

2

Submitted by:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ Alyssa A. Rogan
　　　Alyssa A. Rogan, Esq.
　　　Trial Attorney for United States Trustee

###