GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
| --- | --- |
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colarado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | |
| ☐ NUMALE NEBRASKA LLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC Case No. 25-10347-nmc |
| Debtors. | |

### NOTICE OF COMBINED MAILING MATRIX

In conformity with the Bankruptcy Court's *Interim Order Directing Joint Administration of Chapter 11 Cases* [ECF No. 130], Michael Carmel, Chapter 11 Trustee over the estates of the

Jointly Administered Debtors (the "Trustee"), by and through proposed counsel of record, Garman Turner Gordon LLP, hereby submits this *Notice of Combined Mailing Matrix*, and hereby verifies that the attached Combined Mailing Matrix is true and correct to the best of his knowledge based on the course of his investigation to date.

DATED this 15th day of April, 2025.

By: */s/ Michael Carmel*
    MICHAEL CARMEL

```
Label Matrix for local noticing        CERTAIN UNDERWRITERS AT LLOYD'S LONDON    FELICIANO NUMALE NEVADA PLLC
0978-2                                 C/O RYAN J. WORKS                         6590 S RAINBOW BLVD
Case 25-10341-nmc                      McDONALD CARANO LLP                       LAS VEGAS, NV 89118-3327
District of Nevada                     2300 WEST SAHARA AVENUE, SUITE 1200
Las Vegas                              LAS VEGAS, NV 89102-4395
Tue Apr 15 10:57:02 PDT 2025

Ford Motor Credit Company, LLC, c/o AIS Port    NEWTEK SMALL BUSINESS FINANCE, LLC    NUMALE COLORADO SC
4515 N Santa Fe Ave. Dept. APS                  STEPHENS LAW OFFICES                  8200 E BELLEVIEW AVE
Oklahoma City, OK 73118-7901                    C/O DAVID A. STEPHENS                 GREENWOOD VILLAGE, CO 80111-2803
                                                P.O. BOX 33130
                                                LAS VEGAS, NV 89133-3130

NUMALE CORPORATION                     NUMALE FLORIDA TB PLLC                    NUMALE NEBRASKA LLC
6590 S RAINBOW BLVD                    500 WESTSHORE BLVD                        444 REGENCY PARKWAY DR
LAS VEGAS, NV 89118-3327               TAMPA, FL 33609-5005                      OMAHA, NE 68114-3792


NUMALE NEW MEXICO SC                   NUMEDICAL SC                              Prospect Rainbow, LLC
7920 WYOMING BLVD, NE                  2600 N MAYFAIR RD                         c/o JOHNSON & GUBLER, P.C.
ALBUQUERQUE, NM 87109-6020             WAUWATOSA, WI 53226-1309                  Attn: Russell G. Gubler, Esq.
                                                                                 8831 W. Sahara Ave
                                                                                 Las Vegas, NV 89117-5865

United States Bankruptcy Court         444 Regency Parkway LLC                   AMERICAN EXPRESS NATIONAL BANK
300 Las Vegas Blvd., South             450 Regency Pkwy., Ste. 200               C/O BECKET AND LEE LLP
Las Vegas, NV 89101-5833               Omaha, NE 68114-3777                      PO BOX 3001
                                                                                 MALVERN  PA 19355-0701

ARIZONA DEPARTMENT OF REVENUE          Aaron Garber                              Celtic Bank
Office of the Arizona Attorney General - Wadsworth Garber Warner Conrardy PC     268 S State St., Ste. 300
c/o Tax, Bankruptcy and Collection Sct  2580 W. Main Street, Suite 200           Salt Lake City, UT 84111-5314
2005 N Central Ave, Suite 100           Littleton, CO 80120-4631
Phoenix, AZ 85004-1546

Centrum/Bellview LLC                   Certain Underwriters at Lloyds            Certain Underwriters at Lloyds London
c/o Troy Sandberg, Esq.                London Syndicates 623/2623                c/o David Zylberberg
Sandberg Law LLC                       SIMPSON THACHER & BARTLETT LLP            SIMPSON THACHER & BARTLETT LLP
17011 Lincoln Avenue #348              425 Lexington Avenue                      425 Lexington Avenue
Parker, CO 80134-3144                  New York, NY 10017-3954                   New York, NY 10017-3954

Clark Co Assessor c/o Bankruptcy Clerk Clark Co Treasurer c/o Bankruptcy Clerk   Clark Co Treasurer c/o Bankruptcy Clerk
500 S Grand Central Pkwy               500 S Grand Central Pksy                  500 S Grand Central Pkwy
Po Box 551401                          Po Box 1220                               Po Box 1220
Las Vegas, NV 89155-1401               Las Vegas, NV 89125-1220                  Las Vegas, NV 89125-1220

DLP Funding LLC                        ELAVON                                    Everest Business Funding
c/o/ Law Office of Jacob Z Weinstein   c/o TIMOTHY F. FROST, ESQ.                102 W 38th Street, 6th Flr.
420 Central Ave Ste 301                7300 CHAPMAN HIGHWAY                      New York, NY 10018-3664
Cedarhurst, NY 11516-1000              Knoxville, TN 37920-6612

Everest Business Funding               FOX FUNDING GROUP LLC                     Ford Motor Credit Company, LLC c/o AIS Portf
102 W 38th Street, 6th Flr.            c/o JOE LIEBERMAN, ESQ.                   4515 N. Santa Fe Ave. Dept. APS
New York, NY 10018                     LIEBERMAN AND KLESTZICK                   Oklahoma City, OK 73118-7901
Gilbert Pritt                          POB 356
17133 Holly Well Ave.                  Cedarhurst, NY 11516-0356
Wimauma, FL 33598-2536
```

| | | |
|---|---|---|
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952 | Gilbert Pritt<br>17133 Holly Well Ave.<br>Wimauma, FL 33598-2536 | INNOVATIVE REAL ESTATE STRATEGIES<br>2975 S RAINBOW BLVD STE J<br>Las Vegas, NV 89146-6598 |
| Internal Revenue Service<br>ATTN: BANKRUPTCY DEPT<br>PO Box 7346<br>PHILADELPHIA, PA 19101-7346 | KALAMATA CAPITAL GROUP, LLC<br>c/o STEVEN BERKOVITCH<br>BERKOVITCH & BOUSKILA, PLLC<br>1545 US 202 SUITE 101<br>Pomona, NY 10970-2951 | KLOS Radio, LLC<br>Matthew B. Baltierra<br>44 E. Broadway, Suite 530<br>Tuscon, AZ 85701-1703 |
| KRAVIT HOVEL & KRAWCZYK<br>825 N JEFFERSON ST<br>Milwaukee, WI 53202-3737 | Lamar Companies<br>P O Box 96030<br>Baton Rouge, LA 70896-9030 | MICHAEL E SANCHEZ<br>C/O NICHOLAS ROWLEY, ESQ<br>421 W Water St<br>Decorah, IA 52101-1731 |
| Mayfair Mall LLC<br>c/o Brookfield Properties<br>P.O. Box 772816<br>Chicago, IL 60677-0116 | NEWTEK LENDING<br>1981 MARCUS AVENUE STE 130<br>Lake Success, NY 11042-1046 | NV Dept of Taxation<br>Bankruptcy Section<br>500 E Washington Ave Ste 13000<br>Las Vegas, NV 89101-1000 |
| Nevada Dept of Empl Security<br>500 E 3rd St<br>Carson City, NV 89713-0001 | Newtek Lending<br>1981 Marcus Avenue, Ste. 130<br>New Hyde Park, NY 11042-1046 | (p)ELIOT KIRSHNITZ<br>1981 MARCUS AVENUE SUITE 130<br>LAKE SUCCESS NY 11042-1046 |
| Newtek Small Business Finance, LLC<br>c/o David A. Stephens, Esq.<br>Stephens Law Offices<br>P.O. Box 33130<br>Las Vegas, NV 89133-3130 | Proventure dba Top Tier<br>500 W. Putnam Ave., Ste. 1c<br>Greenwich, CT 06830-2947 | SBA U.S. Small Business Administration<br>Attn: Bankruptcy Dept.<br>312 N. Spring Street, Flr. 5<br>Los Angeles, CA 90012-4701 |
| Social Security Administration<br>Attn: Bankr Desk<br>Po Box 33021<br>Baltimore, MD 21290-3021 | State of NV DMV<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 | THE LCF GROUP<br>LEGAL DEPARTMENT<br>3000 MARCUS AVE SUITE 2W15<br>New Hyde Park, NY 11042-1005 |
| Tampa Westshore 500 LLC<br>c/o The Green Companies, Inc.<br>9155 S Dadeland Blvd., Ste. 1812<br>Miami, FL 33156-2742 | The LCF Group, Inc.<br>3000 Marcus Avenue, Suite 2W15<br>Lake Success, NY 11042-1005 | Tracey Hope Davis<br>Office of the United States Trustee<br>Attn: Justin C. Valencia<br>300 Las Vegas Blvd. So., Ste. 4300<br>Las Vegas, NV 89101-5803 |
| U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | Vox Funding<br>c/o RJ Recovery<br>1407 Broadway Fl 29<br>New York, NY 10018-5100 | WFNZ-FM<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 |
| Wyoming Office Park LLC<br>c/o The Cash Law Firm<br>P.O. Box 20718<br>Albuquerque, NM 87154-0718 | Wyoming Office Park, LLC<br>P.O. Box 20718<br>P.O. Box 20718<br>Albuquerque, NM 87154-0718 | DAVID A RIGGI<br>RIGGI LAW FIRM<br>7900 W SAHARA AVE<br>SUITE 100<br>LAS VEGAS, NV 89117-7921 |

```
MICHAEL W. CARMEL                       Michael E. Sanchez
80 E. COLUMBUS AVENUE                   WOMBLE BOND DICKINSON (US) LLP
PHOENIX, AZ 85012-2334                  C/O OGONNA M. BROWN, ESQ.
                                        3993 HOWARD HUGHES PKWY
                                        SUITE 600
                                        LAS VEGAS, NV 89169-5996
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Newtek Small Business Finance, LLC
1981 Marcus Avenue #130
Lake Success, NY 11042
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Lamar Companies              (d)Prospect Rainbow, LLC            End of Label Matrix
P.O. Box 96030                  c/o JOHNSON & GUBLER, P.C.          Mailable recipients    61
Baton Rouge, LA 70896-9030      Attn: Russell G. Gubler, Esq.       Bypassed recipients     2
                                8831 W. Sahara Ave                  Total                  63
                                Las Vegas, NV 89117-5865
```