UNITED STATES BANKRUPTCY COURT
District of Nevada Las Vegas

In re:
  NUMALE CORPORATION,
        Debtor(s).

Case No.: 25-10341
Chapter: 11

**PROOF OF SERVICE**

I, Tinamarie Feil, state as follows:

I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

I declare that on 04/17/2025, as directed by USDOJ- Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

Notice OF CONTINUED TELEPHONIC SECTION 341 MEETING OF CREDITORS Filed by JUSTIN CHARLES VALENCIA on behalf of U.S. TRUSTEE - LV - 11 (Related document(s) 149 341 Meeting Continued (7,11) filed by U.S. Trustee U.S. TRUSTEE - LV - 11) (VALENCIA, JUSTIN) (Entered: 04/04/2025)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.
04/17/2025

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

**Exhibit A - Certificate of Service**
**NUMALE CORPORATION 25-10341**

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23204 | AUDACY, 11800 W GRANGE AVE., HALES CORNER, WI, 53130-1035 | First Class |
| 23204 | CLARK HILL, 1700 PAVILION CENTER DR., LAS VEGAS, NV , 89135-14864 | First Class |
| 23204 | COX RADIO LLC, 11300 4TH ST N, ST. PETERSBURG, FL, 33716-2918 | First Class |
| 23204 | DEWITT, PARULOL & MEEK PLLC, 705 NW 4TH ST, OKLAHOMA CITY, OK, 73102-1616 | First Class |
| 23204 | EFFECTV, P.O. BOX 415949, BOSTON , MA, 02241-5946 | First Class |
| 23204 | HYPORT DIGITAL N2, P,O, BOX 208092, DALLAS, TX, 75320-8092 | First Class |
| 23204 | KMA BODILY, 1200 JOHN Q HAMMOND DR.., SUITE 500, MADISON, WI, 53717-2199 | First Class |
| 23204 | TOSICH BIOSCIENCE INC., P.O. BOX 712415, CINCINNATI, OH, 45271-2415 | First Class |
| 23204 | YELP INC., P.O. BOX 204393, DALLAS, TX, 75320-4393 | First Class |