Richard F. Holley, Esq.
Nevada Bar No. 3077
R. McKay Holley, Esq.
Nevada Bar No. 15934
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 408-3401
Email: rholley@spencerfane.com
       mholley@spencerfane.com
*Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623*

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| ☒ NUMALE CORPORATION, <br> ☒ FELICIANO NUMALE NEVADA PLLC, <br> ☒ NUMEDICAL SC, <br> ☒ NUMALE COLORADO SC, <br> ☒ NUMALE FLORIDA TB PLLC. <br> ☒ NUMALE NEBRASKA LLC, <br> ☒ NUMALE NEW MEXICO SC, <br><br> Debtors. | Chapter 11 <br> Jointly Administered with: <br> Case No.: 25-10342-nmc <br> Case No.: 25-10343-nmc <br> Case No.: 25-10344-nmc <br> Case No.: 25-10345-nmc <br> Case No.: 25-10346-nmc <br> Case No.: 25-10347-nmc <br><br> Judge: Hon. Natalie M. Cox |

## SUBSTITUTION OF ATTORNEY OF RECORD

CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 ("Beazley") hereby substitutes the law firm SPENCER FANE LLP as its attorneys in the above-captioned proceeding, in the place and stead of the law firm McDONALD CARANO LLP.

Dated this 17th day of April 2025.

SPENCER FANE LLP

/s/ Richard F. Holley
RICHARD F. HOLLEY, ESQ. (NBN 3077)
R. McKAY HOLLEY, ESQ. ESQ. (NBN 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 408-3400 | Fax: (702) 408-3401
Email: rholley@spencerfane.com
       mholley@spencerfane.com

The law firm McDONALD CARANO LLP, attorneys of record for CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 ("Beazley"), do hereby consent to the substitution of the law firm. SPENCER FANE LLP as attorneys for Beazley in the above-captioned proceeding, in its place and stead.

Dated this 17th day of April 2025.

McDONALD CARANO LLP

_/s/ Ryan J. Works_
Ryan J. Works, Esq. (NSBN 9224)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com

The law firm SPENCER FANE LLP hereby agrees to be substituted in the place and stead of McDONALD CARANO LLP as attorneys for CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 ("Beazley") in the above-captioned proceeding. Please take notice that all future notices and communication for Beazley should be addressed to Richard F. Holley, Esq., Spencer Fane LLP, 300 S 4th Street, Suite 1600, Las Vegas, Nevada 89101; telephone, 702-408-3400; facsimile, 702-408-3401, and e-mail, rholley@spencerfane.com.

Dated this ___ day of April 2025.

SPENCER FANE LLP

_/s/ Richard F. Holley_
RICHARD F. HOLLEY, ESQ. (NBN 3077)
R. McKAY HOLLEY, ESQ. ESQ. (NBN 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 408-3400 | Fax: (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Spencer Fane LLP and that, on the 17th day of April 2025, I caused to be served a true and correct copy of SUBSTITUTION OF ATTORNEY OF RECORD in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

_/s/ BSwitzer_
An employee of Spencer Fane LLP

SPENCER FANE LLP
Attorneys at Law
Las Vegas