Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:    702.949.8200
Fax:    702.949.8398

Lori M. Bencoe (*Admitted Pro Hac Vice*)
NM State Bar 7525
BENCOE & LaCOUR LAW PC
9201 Montgomery Blvd NE, Suite 404
Albuquerque NM 87111
Tel: 505.247.8800
Fax: 505.247.8801
lori@bencoelaw.com

*Attorneys for Creditor Michael E. Sanchez*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>■  NUMALE CORPORATION,<br><br><br>□  FELICIANO NUMALE NEVADA PLLC,<br>□  NUMEDICAL SC,<br>□  NUMALE COLORADO SC,<br>□  NUMALE FLORIDA TB PLLC,<br>□  NUMALE NEBRASKA LLC,<br>■  NUMALE NEW MEXICO SC,<br><br>                    Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>Jointly administered with:<br>Case No. 25-10342-NMC<br>Case No. 25-10343-NMC<br>Case No. 25-10344-NMC<br>Case No. 25-10345-NMC<br>Case No. 25-10346-NMC<br>Case No. 25-10347-NMC<br><br>**STIPULATION TO CONTINUE HEARING RE MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362(D)(1) AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY, NOT ENFORCEMENT, AS TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(a)(3)**<br><br>**REMOTE: (833) 435-1820**<br>**MEETING ID: 161 166 2815**<br>**Passcode: 115788#**<br><br>Hearing Date:    April 24, 2025<br>Hearing Time:    9:30 a.m. |

127935201.1

1
2

| | New Hearing Date: | **May 20, 2025** |
| --- | --- | --- |
| | New Hearing Time: | **9:30 a.m.** |

Chief Judge: Hon. Natalie M. Cox

Creditor Michael E. Sanchez ("<u>Sanchez</u>") and Michael Carmel, Chapter 11 Trustee ("<u>Trustee</u>" and, collectively with Sanchez, the "<u>Parties</u>"), by and through their respective undersigned counsel, hereby stipulate as follows in connection with the jointly administered Bankruptcy Case No. 25-10341-nmc[1]:

### **RECITALS**

1.    On March 25, 2025, Sanchez filed his Motion for Order Terminating Automatic Stay Under 11 U.S.C. § 362(d)(1) as to New Mexico State Court Post-Trial Proceedings, to Judgment Only, Not Enforcement, as to Numale Corporation and Comfort Order for Stay Termination as to Non-Debtors and Waiver of the 14-Day Stay Under FRBP 4001(a)(3) (ECF No. 98) ("<u>Motion</u>").

2.    On March 26, 2025, this Court entered an order shortening time on the Motion, setting the opposition deadline for April 3, 2025, and Mr. Sanchez's reply deadline for April 7, 2025, and setting the hearing on the Motion for April 8, 2025, at 10:30 a.m. (ECF No. 110).

3.    On April 2, 2025, Beazley submitted a reservation of rights (ECF No. 133).

4.    On April 7, 2025, Sanchez filed a Reply to Beazley's reservation of rights (ECF No. 159).

5.    During the status hearing on April 8, 2025, at 10:30 a.m. relating to the Motion, the Trustee requested additional time to brief the Motion.

6.    At the conclusion of the hearing on the Motion on April 8, 2025, this Court set the deadline for the Trustee, Beazley and any other interested parties to file any oppositions to the Motion by April 17, 2025, and for Sanchez to file replies to such oppositions by April 23, 2025, and set the hearing on the Motion for April 24, 2025, at 9:30 a.m.

---

[1] All references to "ECF No." are to the number assigned to the documents filed in this case as they appear on the docket maintained by the clerk of court. All references to "Section" are to the provisions of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. All references to "FRBP" are to the Federal Rules of Bankruptcy Procedure. All references to "LR" are to the Local Rules of Bankruptcy Practice for the United States District Court for the District of Nevada.

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

WOMBLE BOND DICKINSON

7.     On April 17, 2025, Beazley filed its Opposition to the Motion to Terminate Stay (ECF No. 179).

8.     On April 17, 2025, the Trustee asked Creditor Sanchez for additional time to brief the Motion, noting that he required additional time to review certain issues relating to the New Mexico State Court Action including but not limited to detail regarding insurance defense representation of Trustee/Debtors, and to confer with New Mexico State Court counsel.

9.     On a preliminary basis (subject to further determination by the Trustee to be made at or as of the May 20, 2025, hearing on the Motion), the Trustee generally agrees that the jury verdict should be (only with the estates' full participation) reduced to a final, appealable judgment after appropriate post-trial motion practice before the New Mexico trial judge with the participation of all Defendants to the New Mexico case.[2]   This initial determination is without prejudice and subject to further investigation and diligence by the Trustee and further discussion with the estates' insurance provider.

10.     The Trustee does not believe an evidentiary hearing is needed for the Bankruptcy Court to decide Mr. Sanchez's Motion and that the Trustee will request that the bankruptcy court to accept oral argument on the merits of the Motion when it is heard during the continued hearing prior to the hearing date before the New Mexico Court on the post-trial motions, set for May 22, 2025.

11.     Sanchez agreed to afford the Trustee additional time on the condition that the hearing on the Motion set for April 24, 2025 be treated as a preliminary status hearing, and that the continued hearing date for the Motion be held prior to the May 22, 2025, hearing date scheduled in New Mexico State Court on certain post-trial motions pending before that Court.

12.     The parties agreed that the Trustee shall have up to and including May 8, 2025, to file any response to the Motion, and that Sanchez shall have up to and including May 15, 2025, to file any reply to the Trustee's response.

---

[2] For the avoidance of doubt, this is not an admission as to the allowance of nor any other determination regarding the Trustee's position as to any claim Mr. Sanchez may hold against the estate.

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

WOMBLE BOND DICKINSON

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

WOMBLE BOND DICKINSON

**STIPULATION**

The Parties have met and conferred, and stipulate as follows:

1.      The hearing on the Motion shall be continued to May 20, 2025, at 9:30 a.m.

2.      The preliminary hearing on the Motion currently scheduled for April 24, 2025, at 9:30 a.m. shall instead be a status hearing on the Motion .

3.      The Trustee shall have up to and including May 8, 2025, to file any response to the Motion.

4.      Sanchez shall have up to and including May 15, 2025, to file any reply to the Trustee's response.

5.      The briefing schedule shall remain unchanged as to all other parties, and Sanchez's reply to Beazley's Opposition remains due on April 23, 2025, pursuant to this Court's briefing schedule issued in open Court at the status hearing on the Motion held on April 8, 2025, at 10:30 a.m.

**IT IS SO STIPULATED.**

DATED this 22nd day of April, 2025.

GARMAN TURNER GORDON LLP          WOMBLE BOND DICKINSON (US) LLP

By: */s/ Mary Langsner (with permission)*      By: */s/ Ogonna Brown*
   Gregory E. Garman, Bar No. 6654          Ogonna Brown, Bar No. 7589
   ggarman@gtg.legal                        Ogonna.Brown@wbd-us.com
   Talitha Gray Kozlowski, Bar No. 9040     3993 Howard Hughes Parkway, Suite 600
   tgray@gtg.legal                          Las Vegas, NV  89169
   Mary Langsner                            Tel.: 702.949.8200
   mlangsner@gtg.legal                      Fax: 702.949.8398
   7251 Amigo Street, Suite 210
   Las Vegas, NV 89119                      Lori M. Bencoe (*Admitted Pro Hac Vice*)
   *[Proposed] Attorneys for Michael*       NM State Bar 7525
   *Carmel, Chapter 11 Trustee*             BENCOE & LaCOUR LAW PC
                                            9201 Montgomery Blvd NE, Suite 404
                                            Albuquerque NM 87111
                                            Tel: 505.247.8800
                                            Fax: 505.247.8801
                                            lori@bencoelaw.com

                                            *Attorneys for Creditor Michael E. Sanchez*

1

**CERTIFICATE OF SERVICE**

2   I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on

3 the 22nd day of April, 2025, I caused to be served a true and correct copy of the **STIPULATION**

4 **TO CONTINUE HEARING RE MOTION FOR ORDER TERMINATING AUTOMATIC**

5 **STAY UNDER 11 U.S.C. § 362(d)(1) AS TO NEW MEXICO STATE COURT POST-TRIAL**

6 **PROCEEDINGS, TO JUDGMENT ONLY, NOT ENFORCEMENT, AS TO NUMALE**

7 **CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-**

8 **DEBTORS AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(a)(3)** in the following

9 manner:

10  ☒ (ELECTRONIC SERVICE)  Under Administrative Order 02-1 (Rev. 8-31-04) of

11 the United States Bankruptcy Court for the District of Nevada, the above-referenced document was

12 electronically filed on the date hereof and served through the Notice of Electronic Filing

13 automatically generated by that Court's facilities.

14  ☐ (UNITED STATES MAIL)  By depositing a copy of the above-referenced

15 document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada,

16 to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known

17 mailing addresses, on the date above written.

18  ☐ (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-

19 referenced document for overnight delivery via Federal Express, at a collection facility maintained

20 for such purpose, addressed to the parties on the attached service list, at their last known delivery

21 address, on the date above written.

22  ☐ (FACSIMILE)  That I served a true and correct copy of the above-referenced

23 document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached

24 service list, on the date above written.

25

26        */s/ Renee L. Creswell*
          An employee of Womble Bond Dickinson
27          (US) LLP

28

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

WOMBLE BOND DICKINSON