

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 23, 2025
_____

Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:    702.949.8200
Fax:    702.949.8398

*Attorneys for Creditor Michael E. Sanchez*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re:<br>■ NUMALE CORPORATION,<br><br>□ FELICIANO NUMALE NEVADA PLLC,<br>□ NUMEDICAL SC,<br>□ NUMALE COLORADO SC,<br>□ NUMALE FLORIDA TB PLLC,<br>□ NUMALE NEBRASKA LLC,<br>■ NUMALE NEW MEXICO SC,<br><br>                              Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>Jointly administered with:<br>Case No. 25-10342-NMC<br>Case No. 25-10343-NMC<br>Case No. 25-10344-NMC<br>Case No. 25-10345-NMC<br>Case No. 25-10346-NMC<br>Case No. 25-10347-NMC<br><br>**ORDER APPROVING STIPULATION TO CONTINUE HEARING RE MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362(D)(1) AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY, NOT ENFORCEMENT, AS TO NUMALE CORPORATION AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(A)(3)** |



127935201.1

REMOTE: (833) 435-1820
MEETING ID: 161 166 2815
Passcode: 115788#

Hearing Date:     April 24, 2025
Hearing Time:     9:30 a.m.

**New Hearing Date:     May 20, 2025**
**New Hearing Time:     9:30 a.m.**

Chief Judge: Hon. Natalie M. Cox

The Court having read and considered the Stipulation to Continue Hearing Re Motion for Order Terminating Automatic Stay Under 11 U.S.C. § 362(d)(1) as to New Mexico State Court Post-Trial Proceedings, to Judgment Only, Not Enforcement, as to Numale Corporation and Comfort Order for Stay Termination as to Non-Debtors and Waiver of the 14-Day Stay Under FRBP 4001(a)(3) ("Stipulation")[1] (ECF No. 188) between Creditor Michael E. Sanchez ("Sanchez") and Michael Carmel, Chapter 11 Trustee ("Trustee" and, collectively with Sanchez, the "Parties"), and good cause appearing:

**IT IS HEREBY ORDERED** that the Stipulation is **APPROVED** in its entirety and all Parties shall cooperate to effectuate the terms of the Stipulation.

**IT IS FURTHER ORDERED** that the hearing on the Motion shall be continued to May 20, 2025, at 9:30 a.m.

**IT IS FURTHER ORDERED** that the preliminary hearing on the Motion currently scheduled for April 24, 2025, shall instead be a status hearing on the Motion.

**IT IS FURTHER ORDERED** that the Trustee shall have up to and including May 8, 2025, to file any response to the Motion.

**IT IS FURTHER ORDERED** that Sanchez shall have up to and including May 15, 2025, to file any reply to the Trustee's response.

**IT IS FURTHER ORDERED** that the briefing schedule remains unchanged as to all other parties, and Sanchez's reply to Beazley's Opposition remains due on April 23, 2025, pursuant to

---

[1] Any capitalized term not otherwise defined herein shall have the meaning ascribed to it in the Stipulation.

127935201.1                                     - 2 -

this Court's briefing schedule issued in open Court at the status hearing on the Motion held on April 8, 2025, at 10:30 a.m.

**IT IS SO ORDERED**.

Submitted by:

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Ogonna Brown*
　　Ogonna Brown, Bar No. 7589
　　Ogonna.Brown@wbd-us.com
　　3993 Howard Hughes Parkway, Suite 600
　　Las Vegas, NV  89169
　　Tel.: 702.949.8200
　　Fax: 702.949.8398

　　*Attorneys for Creditor Michael E. Sanchez*

###