Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:    702.949.8200
Fax:    702.949.8398

Lori M. Bencoe (*Admitted Pro Hac Vice*)
NM State Bar 7525
BENCOE & LaCOUR LAW PC
9201 Montgomery Blvd NE, Suite 404
Albuquerque NM 87111
Tel: 505.247.8800
Fax: 505.247.8801
lori@bencoelaw.com

*Attorneys for Creditor Michael E. Sanchez*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>■ NUMALE CORPORATION,<br><br>☐ FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>■ NUMALE NEW MEXICO SC,<br><br>          Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>Jointly administered with:<br>Case No. 25-10342-NMC<br>Case No. 25-10343-NMC<br>Case No. 25-10344-NMC<br>Case No. 25-10345-NMC<br>Case No. 25-10346-NMC<br>Case No. 25-10347-NMC<br><br>**NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO CONTINUE HEARING RE MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362(D)(1) AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY, NOT ENFORCEMENT, AS TO NUMALE CORPORATION AND NUMALE NEW MEXICO SC AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(A)(3)**<br><br>Chief Judge: Hon. Natalie M. Cox |

127935201.1

- 1 -

4933-0889-6826, v. 1

PLEASE TAKE NOTICE that the Order Approving Stipulation to Continue Hearing Re Motion for Order Terminating Automatic Stay Under 11 U.S.C. § 362(d)(1) as to New Mexico State Court Post-Trial Proceedings, to Judgment Only, Not Enforcement, as to Numale Corporation and Numale New Mexico SC and Comfort Order For Stay Termination as to Non-Debtors and Waiver of the 14-Day Stay Under FRBP 4001(a)(3) ("Order") (ECF No. 189) was entered on April 23, 2025. A true and correct copy of the Order is attached hereto as **Exhibit "A"**.

DATED this 23rd day of April, 2025.

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Ogonna M. Brown*
Ogonna M. Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel.: 702.949.8200 / Fax: 702.949.8398

and

Lori M. Bencoe (*Admitted pro hac vice*)
NM Bar No. 7525
BENCOE & LACOUR LAW PC
9201 Montgomery Blvd. NE # 404
Albuquerque NM 87111
Tel.: (505) 247-8800 / Fax: (505)247-8801
lori@bencoelaw.com

*Attorneys for Creditor Michael E. Sanchez*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on the 23rd day of April, 2025, I caused to be served a true and correct copy of the **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION TO CONTINUE HEARING RE MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362(D)(1) AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY, NOT ENFORCEMENT, AS TO NUMALE CORPORATION AND NUMALE NEW MEXICOO SC AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(A)(3)** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, on April 24, 2025, at Las Vegas, Nevada, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ Renee L. Creswell*
An employee of Womble Bond Dickinson (US) LLP

```
Label Matrix for local noticing          CHAPTER 11 - LV                          Ford Motor Credit Company, LLC, c/o AIS Port
0978-2                                   300 LAS VEGAS BLVD., SO. #4300           4515 N Santa Fe Ave. Dept. APS
Case 25-10341-nmc                        LAS VEGAS, NV 89101-5803                 Oklahoma City, OK 73118-7901
District of Nevada
Las Vegas
Tue Mar 18 12:35:26 PDT 2025

NEWTEK SMALL BUSINESS FINANCE, LLC       NUMALE CORPORATION                       Prospect Rainbow, LLC
STEPHENS LAW OFFICES                     6590 S RAINBOW BLVD                      c/o JOHNSON & GUBLER, P.C.
C/O DAVID A. STEPHENS                    LAS VEGAS, NV 89118-3327                 Attn: Russell G. Gubler, Esq.
P.O. BOX 33130                                                                    8831 W. Sahara Ave
LAS VEGAS, NV 89133-3130                                                          Las Vegas, NV 89117-5865


United States Bankruptcy Court           ARIZONA DEPARTMENT OF REVENUE            Clark Co Assessor c/o Bankruptcy Clerk
300 Las Vegas Blvd., South               Office of the Arizona Attorney General - 500 S Grand Central Pkwy
Las Vegas, NV 89101-5833                 c/o Tax, Bankruptcy and Collection Sct   Po Box 551401
                                         2005 N Central Ave, Suite 100            Las Vegas, NV 89155-1401
                                         Phoenix, AZ 85004-1546


Clark Co Treasurer c/o Bankruptcy Clerk  Clark Co Treasurer c/o Bankruptcy Clerk  DLP Funding LLC
500 S Grand Central Pksy                 500 S Grand Central Pkwy                 c/o/ Law Office of Jacob Z Weinstein
Po Box 1220                              Po Box 1220                              420 Central Ave Ste 301
Las Vegas, NV 89125-1220                 Las Vegas, NV 89125-1220                 Cedarhurst, NY 11516-1000


ELAVON                                   FOX FUNDING GROUP LLC                    Ford Motor Credit Company, LLC c/o AIS Portf
c/o TIMOTHY F. FROST, ESQ.               c/o JOE LIEBERMAN, ESQ.                  4515 N. Santa Fe Ave. Dept. APS
7300 CHAPMAN HIGHWAY                     LIEBERMAN AND KLESTZICK                  Oklahoma City, OK 73118-7901
Knoxville, TN 37920-6612                 POB 356
                                         Cedarhurst, NY 11516-0356


Franchise Tax Board                      INNOVATIVE REAL ESTATE STRATEGIES        Internal Revenue Service
Bankruptcy Section MS A340               2975 S RAINBOW BLVD STE J                ATTN: BANKRUPTCY DEPT
PO BOX 2952                              Las Vegas, NV 89146-6598                 PO Box 7346
Sacramento, CA 95812-2952                                                         PHILADELPHIA, PA 19101-7346


KALAMATA CAPITAL GROUP, LLC              KRAVIT HOVEL & KRAWCZYK                  MICHAEL E SANCHEZ
c/o STEVEN BERKOVITCH                    825 N JEFFERSON ST                       C/O NICHOLAS ROWLEY, ESQ
BERKOVITCH & BOUSKILA, PLLC              Milwaukee, WI 53202-3737                 421 W Water St
1545 US 202 SUITE 101                                                             Decorah, IA 52101-1731
Pomona, NY 10970-2951


NEWTEK LENDING                           NV Dept of Taxation                      Nevada Dept of Empl Security
1981 MARCUS AVENUE STE 130               Bankruptcy Section                       500 E 3rd St
Lake Success, NY 11042-1046              500 E Washington Ave Ste 13000           Carson City, NV 89713-0001
                                         Las Vegas, NV 89101-1000


Social Security Administration           State of NV DMV                          THE LCF GROUP
Attn: Bankr Desk                         Attn: Legal Division                     LEGAL DEPARTMENT
Po Box 33021                             555 Wright Way                           3000 MARCUS AVE SUITE 2W15
Baltimore, MD 21290-3021                 Carson City, NV 89711-0001               New Hyde Park, NY 11042-1005


U.S. TRUSTEE - LV - 11                   WFNZ-FM                                  Wyoming Office Park, LLC
300 LAS VEGAS BOULEVARD S.               c/o Szabo Associates, Inc                P.O. Box 20718
SUITE 4300                               3355 Lenox Road NE, Suite 945            P.O. Box 20718
LAS VEGAS, NV 89101-5803                 Atlanta, GA 30326-1357                   Albuquerque, NM 87154-0718
```

```
DAVID A RIGGI                       Michael E. Sanchez                  Ryan J. Works
RIGGI LAW FIRM                      WOMBLE BOND DICKINSON (US) LLP      McDonald Carano LLP
7900 W SAHARA AVE                   C/O OGONNA M. BROWN, ESQ.           2300 W Sahara Avenue, Suite 1200
SUITE 100                           3993 HOWARD HUGHES PKWY             Las Vegas, NV 89102
LAS VEGAS, NV 89117-7921            SUITE 600
                                    LAS VEGAS, NV 89169-5996
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Prospect Rainbow, LLC            End of Label Matrix
c/o JOHNSON & GUBLER, P.C.          Mailable recipients    31
Attn: Russell G. Gubler, Esq.       Bypassed recipients     1
8831 W. Sahara Ave                  Total                  32
Las Vegas, NV 89117-5865
```