Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: 702.949.8200
Fax: 702.949.8398

Lori M. Bencoe (*Admitted Pro Hac Vice*)
NM State Bar 7525
BENCOE & LaCOUR LAW PC
9201 Montgomery Blvd NE, Suite 404
Albuquerque NM 87111
Tel: 505.247.8800
Fax: 505.247.8801
lori@bencoelaw.com

*Attorneys for Creditor Michael E. Sanchez*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No. 25-10341-NMC |
|---|---|
| ■ NUMALE CORPORATION, | Chapter 11 |
| | |
| | Jointly administered with: |
| □ FELICIANO NUMALE NEVADA PLLC, | Case No. 25-10342-NMC |
| □ NUMEDICAL SC, | Case No. 25-10343-NMC |
| □ NUMALE COLORADO SC, | Case No. 25-10344-NMC |
| □ NUMALE FLORIDA TB PLLC, | Case No. 25-10345-NMC |
| □ NUMALE NEBRASKA LLC, | Case No. 25-10346-NMC |
| ■ NUMALE NEW MEXICO SC, | Case No. 25-10347-NMC |
| Debtors. | **DECLARATION OF OGONNA BROWN IN SUPPORT OF REPLY TO CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 OBJECTION AND RESERVATION OF RIGHTS WITH RESPECT TO MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362(D)(1) AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY, NOT ENFORCEMENT, AS TO NUMALE CORPORATION AND NUMALE NEW MEXICO SC AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(a)(3)** |

127935201.1

- 1 -

4904-8515-4105, v. 1

**REMOTE: (833) 435-1820**
**MEETING ID: 161 166 2815**
**Passcode: 115788#**

Hearing Date: May 20, 2025
Hearing Time: 9:30 a.m.

Chief Judge: Hon. Natalie M. Cox

I, OGONNA BROWN, declare the following under penalty of perjury of the laws of the United States:

1. I am over the age of 18 and mentally competent. Except where stated on information and belief, I have personal knowledge of the facts in this matter, and if called upon to testify, could and would do so.

2. I am a partner with the law firm Womble Bond Dickinson (US) LLP, counsel for Michael E. Sanchez in the above-captioned bankruptcy proceeding.

3. I make this declaration in support of the Reply to Certain Underwriters at Lloyd's London Syndicates 623/2623 Objection and Reservation of Rights with Respect to Motion for Order Terminating Automatic Stay Under 11 U.S.C. § 362(d)(1) as to New Mexico State Court Post-Trial Proceedings, to Judgment Only, Not Enforcement, as to Numale Corporation and Numale New Mexico SC and Comfort Order for Stay Termination as to Non-Debtors and Waiver of the 14-Day Stay Under FRBP 4001(a)(3) ("Motions")[1].

4. On April 16, 2025, the Trustee, through his counsel, requested additional time to brief the Trustee's response to the Motion to Terminate Stay, as he still had not yet met with New Mexico counsel who prepared Debtors' post-trial briefs and needed to determine if it was necessary to engage separate counsel for the Debtors. In exchange for the briefing extension, the Trustee agreed to a continued hearing on the stay termination hearing to a date prior to the May 22nd New Mexico hearing.

---

[1] Any capitalized term not otherwise defined herein shall have the meaning ascribed to it in the Motions.

127935201.1                                    - 2 -

4904-8515-4105, v. 1

5. On April 17, 2025, I conferred with the Trustee's attorney and stipulated to give the Trustee additional time to respond to the pending Motions to Lift Stay, and to continue the April 24, 2025, hearing to a date prior to May 22, 2025. A true and correct copy of my April 17, 2025, email to the Trustee's counsel, and counsel's response, is attached hereto as **Exhibit "1"**.

6. As a result, the Trustee and Sanchez entered into the stipulation to extend the briefing deadline and the treat the hearing set for April 24, 2025, as a status hearing and for the substantive hearing to be continued to May 20, 2025, at 9:30 a.m. *See* Stipulation and Order (ECF Nos. 188-189).

Dated: April 23, 2025

/s/ Ogonna Brown
OGONNA BROWN



127935201.1

- 3 -

4904-8515-4105, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on the 23rd day of April, 2025, I caused to be served a true and correct copy of the **DECLARATION OF OGONNA BROWN IN SUPPORT OF REPLY IN SUPPORT OF MOTION FOR ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362(d)(1) AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY, NOT ENFORCEMENT, AS TO NUMALE CORPORATION AND NUMALE NEW MEXICO SC AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS AND WAIVER OF THE 14-DAY STAY UNDER FRBP 4001(a)(3)** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☒ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, on April 24, 2025, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ Renee L. Creswell*
An employee of Womble Bond Dickinson (US) LLP



127935201.1

- 4 -

4904-8515-4105, v. 1

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 25-10341-nmc<br>District of Nevada<br>Las Vegas<br>Tue Mar 18 12:35:26 PDT 2025 | CHAPTER 11 - LV<br>300 LAS VEGAS BLVD., SO. #4300<br>LAS VEGAS, NV 89101-5803 | Ford Motor Credit Company, LLC, c/o AIS Port<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| NEWTEK SMALL BUSINESS FINANCE, LLC<br>STEPHENS LAW OFFICES<br>C/O DAVID A. STEPHENS<br>P.O. BOX 33130<br>LAS VEGAS, NV 89133-3130 | NUMALE CORPORATION<br>6590 S RAINBOW BLVD<br>LAS VEGAS, NV 89118-3327 | Prospect Rainbow, LLC<br>c/o JOHNSON & GUBLER, P.C.<br>Attn: Russell G. Gubler, Esq.<br>8831 W. Sahara Ave<br>Las Vegas, NV 89117-5865 |
| United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 | ARIZONA DEPARTMENT OF REVENUE<br>Office of the Arizona Attorney General -<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004-1546 | Clark Co Assessor c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Po Box 551401<br>Las Vegas, NV 89155-1401 |
| Clark Co Treasurer c/o Bankruptcy Clerk<br>500 S Grand Central Pksy<br>Po Box 1220<br>Las Vegas, NV 89125-1220 | Clark Co Treasurer c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Po Box 1220<br>Las Vegas, NV 89125-1220 | DLP Funding LLC<br>c/o/ Law Office of Jacob Z Weinstein<br>420 Central Ave Ste 301<br>Cedarhurst, NY 11516-1000 |
| ELAVON<br>c/o TIMOTHY F. FROST, ESQ.<br>7300 CHAPMAN HIGHWAY<br>Knoxville, TN 37920-6612 | FOX FUNDING GROUP LLC<br>c/o JOE LIEBERMAN, ESQ.<br>LIEBERMAN AND KLESTZICK<br>POB 356<br>Cedarhurst, NY 11516-0356 | Ford Motor Credit Company, LLC c/o AIS Portf<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952 | INNOVATIVE REAL ESTATE STRATEGIES<br>2975 S RAINBOW BLVD STE J<br>Las Vegas, NV 89146-6598 | Internal Revenue Service<br>ATTN: BANKRUPTCY DEPT<br>PO Box 7346<br>PHILADELPHIA, PA 19101-7346 |
| KALAMATA CAPITAL GROUP, LLC<br>c/o STEVEN BERKOVITCH<br>BERKOVITCH & BOUSKILA, PLLC<br>1545 US 202 SUITE 101<br>Pomona, NY 10970-2951 | KRAVIT HOVEL & KRAWCZYK<br>825 N JEFFERSON ST<br>Milwaukee, WI 53202-3737 | MICHAEL E SANCHEZ<br>C/O NICHOLAS ROWLEY, ESQ<br>421 W Water St<br>Decorah, IA 52101-1731 |
| NEWTEK LENDING<br>1981 MARCUS AVENUE STE 130<br>Lake Success, NY 11042-1046 | NV Dept of Taxation<br>Bankruptcy Section<br>500 E Washington Ave Ste 13000<br>Las Vegas, NV 89101-1000 | Nevada Dept of Empl Security<br>500 E 3rd St<br>Carson City, NV 89713-0001 |
| Social Security Administration<br>Attn: Bankr Desk<br>Po Box 33021<br>Baltimore, MD 21290-3021 | State of NV DMV<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 | THE LCF GROUP<br>LEGAL DEPARTMENT<br>3000 MARCUS AVE SUITE 2W15<br>New Hyde Park, NY 11042-1005 |
| U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | WFNZ-FM<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 | Wyoming Office Park, LLC<br>P.O. Box 20718<br>P.O. Box 20718<br>Albuquerque, NM 87154-0718 |

```
DAVID A RIGGI                       Michael E. Sanchez                  Ryan J. Works
RIGGI LAW FIRM                      WOMBLE BOND DICKINSON (US) LLP      McDonald Carano LLP
7900 W SAHARA AVE                   C/O OGONNA M. BROWN, ESQ.           2300 W Sahara Avenue, Suite 1200
SUITE 100                           3993 HOWARD HUGHES PKWY             Las Vegas, NV 89102
LAS VEGAS, NV 89117-7921            SUITE 600
                                    LAS VEGAS, NV 89169-5996
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Prospect Rainbow, LLC            End of Label Matrix
c/o JOHNSON & GUBLER, P.C.          Mailable recipients    31
Attn: Russell G. Gubler, Esq.       Bypassed recipients     1
8831 W. Sahara Ave                  Total                  32
Las Vegas, NV 89117-5865
```