Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>    AFFECTS THIS DEBTOR, ☐<br><br>    AFFECTS FELICIANO ☐<br>    NUMALE NEVADA PLLC,<br><br>    NUMEDICAL SC, ☐<br><br>    NUMALE COLORADO SC, ☐<br><br>    NUMALE FLORIDA TB PLLC, ☐<br><br>    NUMALE NEBRASKA LLC, ☐<br><br>    NUMALE NEW MEXICO SC, ☐<br><br>    AFFECTS ALL DEBTORS, ☒<br><br>                Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>*Jointly administered with*:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-NMC,<br><br>NuMedical SC,<br>Case No. 25-10343-NMC,<br><br>NuMale Colorado SC,<br>Case No. 25-10344-NMC,<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-NMC,<br><br>NuMale Nebraska LLC,<br>Case No. 25-10346-NMC,<br><br>NuMale New Mexico SC,<br>Case No. 25-10347-NMC. |

**THE UNITED STATES TRUSTEE'S *EX-PARTE* APPLICATION FOR AN ORDER APPROVING THE APPOINTMENT OF JACOB NATHAN RUBIN, M.D., F.A.C.C. AS THE PATIENT CARE OMBUDSMAN**

Tracy Hope Davis, United States Trustee for Region 17 (the "U.S. Trustee"), applies (the "Application") to the Court for an order approving the appointment of Jacob Nathan Rubin, M.D., F.A.C.C. to serve as the Patient Care Ombudsman ("PCO") in the above-captioned jointly administered Debtors' cases (collectively, the "Debtors"). In support, the U.S. Trustee asserts:

1. On April 10, 2025, the Court entered an order granting the U.S. Trustee's motion to appoint a PCO and directing such appointment. [ECF No. 172].

2. Pursuant to 11 U.S.C. § 333 and Fed. R. Bankr. P. 2007.2, the U.S. Trustee has appointed Jacob Nathan Rubin, M.D., F.A.C.C. to serve as PCO in the Debtors' cases.

3. To the best of the U.S. Trustee's knowledge and based on the Verified Statement he has provided, which is attached as Exhibit 1, Jacob Nathan Rubin, M.D., F.A.C.C. has no connections with the Debtors, their creditors, any other parties-in-interest in the bankruptcy case, their respective attorneys or professionals, the U.S. Trustee or persons employed by the Office of the U.S. Trustee, except for those connections set forth in his Verified Statement.

//
//
//
//
//
//

**WHEREFORE**, the U.S. Trustee respectfully requests that the Court approve her selection of Jacob Nathan Rubin, M.D., F.A.C.C. to serve as the PCO in the Debtors' cases; and grant such other relief as is just and equitable under the circumstances.

Dated: April 24, 2025        Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ *Alyssa A. Rogan*
    Alyssa A. Rogan
    Trial Attorney for United States Trustee