GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | Hearing Date: OST Requested<br>Hearing Time: OST Requested |

**DECLARATION OF MICHAEL CARMEL, ESQ. IN SUPPORT OF APPLICATION FOR ORDER APPROVING EMPLOYMENT OF GARMAN TURNER GORDON LLP AS ATTORNEYS FOR MICHAEL CARMEL, CHAPTER 11 TRUSTEE**

1

I, Michael Carmel, Esq., hereby declare as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. I make this declaration in support of the *Application for Order Approving Employment of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee* (the "Application").[1]

2. I am the duly appointed Chapter 11 trustee ("Trustee") over the estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors").

3. On April 7, 2025, this Court approved my appointment as the Chapter 11 trustee for the above-captioned Debtors.

4. I am requesting that the Court approve this retention and compensation of GTG as my attorneys, to perform the legal services that will be necessary during the Chapter 11 Cases.

5. As to the hourly compensation and expense reimbursement portions of GTG's retention, and separate from the proposed contingency portion of the proposed hybrid fee agreement as noted in paragraph 8 herein, I am requesting that the Court approve the retention of GTG as my attorneys in accordance with GTG's normal hourly rates in effect when the services are rendered (at a 50% discount of the hourly rates, as noted therein) and reimbursement of actual, necessary and reasonable expenses.

6. I have selected GTG as my attorneys because of the firm's extensive experience in cases under Chapter 11 of the Bankruptcy Code and significant experience representing Chapter 11 trustees (including previously representing Trustee Carmel in this District). Members of GTG have been actively involved in many of the most complex bankruptcy cases filed in this District during the last several decades. GTG's attorneys have represented debtors, trustees, committees, and other parties-in-interest in bankruptcy cases of national significance, and are well-qualified to

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meanings ascribed to them in the Application.

represent the Trustee in these Chapter 11 Cases. The attorneys employed by GTG are duly admitted to practice before this Court.

7. I believe the hybrid fee structure set forth in the Retention Agreement is reasonable under the circumstances of this case and should be approved. Additionally, I believe the contingency portion of the hybrid fee arrangement set forth in the Retention Agreement is reasonable under the circumstances of these cases and should be approved under Section 328. The compensation structure fairly and adequately compensates GTG based on the nature of the services to be provided and the risks involved in GTG undertaking representation of me as Trustee here. These bankruptcy estates have few liquid assets available to pay creditors or administrative expenses, and the largest assets of the estate are its litigation claims, which are, by their very nature, speculative. GTG will be advancing costs in connection with representing me as the Trustee in connection with his administration of these estates.

8. Additionally, GTG's requested contingency compensation structure is reasonable because it is one-half the standard contingency fee of thirty-five (35%) percent, as GTG's contingency fee of 17.5% of the cash value of any recoveries and the cash equivalent value of any non-monetary recoveries that accrue to the benefit of the estates from the first $10,000,000, and is calculated based on all gross recoveries by the estates, excluding revenue generated from the estates' existing business operations. Furthermore, if GTG is successful in obtaining recoveries in excess of $10,000,000, GTG's contingency fees on any such amount recovered in excess of $10,000,000 shall be *reduced to* 8.75% of the cash value of any recoveries and the cash equivalent value of any non-monetary recoveries that accrue to the benefit of the estates[2]; this is a seventy-five percent (75%) reduction of the standard contingency fee of thirty-five percent (35%). In other words, GTG has created a tiered contingency fee structure that is reasonable under the

---

[2] For the avoidance of doubt, the reduction to 8.75% only applies to amounts in excess of $10,000,000, with GTG recovering 17.5% of any amounts less than $10,000,000. By way of example, if the estates recovered $20,000,000 in cash and cash equivalents, GTG's contingency fee would equal $2,625,000 ($1,750,000 on the first $10,000,000 and $875,000 on the next $10,000,000), plus the discounted hourly rates.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

circumstances of these Chapter 11 Cases.  And, as to all contingency compensation, GTG will only receive compensation based upon the success of its efforts.

      I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

      DATED this 25th day of April, 2025.

                              */s/ Michael Carmel*
                              MICHAEL CARMEL, CHAPTER 11 TRUSTEE

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000