_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 28, 2025

Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: justin.c.valencia@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | | Lead Case No. 25-10341-NMC |
|---|---|---|
| NUMALE CORPORATION, | | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | | *Jointly administered with*: |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | | Feliciano NuMale Nevada PLLC, Case No. 25-10342-NMC, |
| ☐ NUMEDICAL SC, | | NuMedical SC, Case No. 25-10343-NMC, |
| ☐ NUMALE COLORADO SC, | | NuMale Colorado SC, Case No. 25-10344-NMC, |
| ☐ NUMALE FLORIDA TB PLLC, | | NuMale Florida TB PLLC, Case No. 25-10345-NMC, |
| ☐ NUMALE NEBRASKA LLC, | | |

1

| NUMALE NEW MEXICO SC, | ☐ | NuMale Nebraska LLC, Case No. 25-10346-NMC, |
|---|---|---|
| AFFECTS ALL DEBTORS, | ☒ | NuMale New Mexico SC, Case No. 25-10347-NMC. |
| Debtors. | | |

### ORDER GRANTING THE UNITED STATES TRUSTEE'S *EX-PARTE* APPLICATION FOR AN ORDER APPROVING THE APPOINTMENT OF JACOB NATHAN RUBIN, M.D., F.A.C.C. AS THE PATIENT CARE OMBUDSMAN

The Court, having considered the *United States Trustee's Ex-Parte Application for an Order Approving the Appointment of Jacob Nathan Rubin, M.D., F.A.C.C. as the Patient Care Ombudsman* (the "Application"); having considered all papers and pleadings filed regarding the Application; having found that there was proper service of the Application; having found the Court has jurisdiction over this core matter; and good cause appearing:

**IT IS HEREBY ORDERED** that the Application is granted;

**IT IS FURTHER ORDERED** that Jacob Nathan Rubin, M.D., F.A.C.C.'s appointment is approved and shall serve as the Patient Care Ombudsman ("PCO") in the above-captioned jointly administered bankruptcy cases;

**IT IS FURTHER ORDERED** that this Order is effective immediately upon entry on the official docket report in the above-captioned jointly administered bankruptcy cases; and

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED**.

///

2

Submitted by:

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: /s/ Alyssa A. Rogan
    Alyssa A. Rogan
    Trial Attorney for United States Trustee