UNITED STATES BANKRUPTCY COURT
District of Nevada Las Vegas

| | | |
|---|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>  AFFECTS THIS DEBTOR, ☐<br><br>  AFFECTS FELICIANO<br>  NUMALE NEVADA PLLC, ☐<br><br>  NUMEDICAL SC, ☐<br><br>  NUMALE COLORADO SC, ☐<br><br>  NUMALE FLORIDA TB PLLC, ☐<br><br>  NUMALE NEBRASKA LLC, ☐<br><br>  NUMALE NEW MEXICO SC, ☐<br><br>  AFFECTS ALL DEBTORS, ☒<br><br>         Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>*Jointly administered with*:<br><br> Feliciano NuMale Nevada PLLC,<br> Case No. 25-10342-NMC,<br><br> NuMedical SC,<br> Case No. 25-10343-NMC,<br><br> NuMale Colorado SC,<br> Case No. 25-10344-NMC,<br><br> NuMale Florida TB PLLC,<br> Case No. 25-10345-NMC,<br><br> NuMale Nebraska LLC,<br> Case No. 25-10346-NMC,<br><br> NuMale New Mexico SC,<br> Case No. 25-10347-NMC. | |

**PROOF OF SERVICE**

 I, Tinamarie Feil, state as follows:

 I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

 I declare that on 04/28/2025, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

[ECF 206] Appointment of Health Care Ombudsman, Jacob Nathan Rubin, M.D., F.A.C.C. (Attachments: # 1 Exhibit Exhibit A)

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

04/28/2025

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

## Exhibit A - Certificate of Service
## NUMALE CORPORATION 25-10341

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23422 | 444 REGENCY PARKWAY LLC, 450 REGENCYT PKWY #200, OMAHA, NE, 68114-377 | First Class |
| 23422 | AUDACY, 11800 W GRANGE AVE., HALES CORNER, WI, 53130-1035 | First Class |
| 23422 | BERKOVITCH & BOUSKILA PLLC, KALAMATA CAPTIAL GROUP, LLC,, C/O STEVEN BERKOVITCH, 1545 US 202, SUTIE 101, POMONA, NY, 10970-2951 | First Class |
| 23422 | CELTIC BANK, 268 S. STATE ST, #300, Salt Lake City, UT, 84111-5314 | First Class |
| 23422 | CLARK HILL, 1700 PAVILION CENTER DR., LAS VEGAS, NV , 89135-14864 | First Class |
| 23422 | COX RADIO LLC, 11300 4TH ST N, ST. PETERSBURG, FL, 33716-2918 | First Class |
| 23422 | Dept. of Employment, Training & Rehab, 500 EAST THRID STREET, CARSON CITY, NV, 89713 | First Class |
| 23422 | DEWITT, PARULOL & MEEK PLLC, 705 NW 4TH ST, OKLAHOMA CITY, OK, 73102-1616 | First Class |
| 23422 | EFFECTV, P.O. BOX 415949, BOSTON , MA, 02241-5946 | First Class |
| 23422 | ELIOT KRISHNITZ, 1961 MARCUS AVE, #130, LAKE SUCCESS, NY, 11042-1046 | First Class |
| 23422 | EVEREST BUSINESS FUNDING, 102 W 38TH ST, 6TH FLOOR, New York, NY, 10018-3664 | First Class |
| 23422 | GILBERT PRITT, 17133 HOLLY WELL AVE, WINAUMA, FL, 33598-2536 | First Class |
| 23422 | HYPORT DIGITAL N2, P,O, BOX 208092, DALLAS, TX, 75320-8092 | First Class |
| 23422 | KMA BODILY, 1200 JOHN Q HAMMOND DR.., SUITE 500, MADISON, WI, 53717-2199 | First Class |
| 23422 | LAMAR COMPANIES, P.O. BOX 96030, BATON ROUGE , LA, 70896-9030 | First Class |
| 23422 | MAYFAIR MALL C/O BROOKFIELD PROPERTIES , P.O. BOX 772816, CHICAGO, IL, 60677-0116 | First Class |
| 23422 | Nevada Department of Taxation, Bankruptcy Section, 500 E. WASHINGTON AVE, Suite 1300, LAS VEGAS, NV, 89101 | First Class |
| 23422 | PROVENTURE DBA TOP TIER, 500 W PUTNAM AVE, #1C, GREENWICH , CT, 06830-2947 | First Class |
| 23422 | SANDBERTG LAW LLC  CENTRUM/BELLVIEW LLC C/O TROY SANDBERTG ESQ, 17011 LINCOLN AVE, #348, PARKER, CO, 80134--3144 | First Class |
| 23422 | STEPHENS LAW OFFICE, P.O. BOX 33130, LAS VEGAS, NV, 89133-3120 | First Class |
| 23422 | TAMPA WESTSHORE 500 LLC., C/O THE GREEN COPANIES, INC., 9155 S. DADELAND BLVD, #1812, MIAMI , FL, 33156-2742 | First Class |
| 23422 | THE LCF GROUP, LEGAL DEPT , 3000 MARCUS AVE, #2W15, NEW HYDE PARK, NY, 11042-1005 | First Class |
| 23422 | THE LCF GROUP, LEGAL DEPT , 3000 MARCUS AVE, #2W15, LAKE SUCCESS, NY, 11042-1005 | First Class |
| 23422 | TOSICH BIOSCIENCE INC., P.O. BOX 712415, CINCINNATI, OH, 45271-2415 | First Class |
| 23422 | VOX FUNDING C/O RJ RECOVERY, 1407 BROADWAY, FL 29, New York, NY, 10018-5100 | First Class |
| 23422 | YELP INC., P.O. BOX 204393, DALLAS, TX, 75320-4393 | First Class |