_____
Honorable Natalie M. Cox
United States Bankruptcy Judge



Entered on Docket
April 29, 2025
_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC |

| | |
|---|---|
| Debtors. | Case No. 25-10347-nmc<br><br>Hearing Date: May 20, 2025<br>Hearing Time: 9:30 AM |

### NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR APPLICATION FOR ORDER APPROVING EMPLOYMENT OF GARMAN TURNER GORDON LLP AS ATTORNEYS FOR MICHAEL CARMEL, CHAPTER 11 TRUSTEE

This Court, having considered the *Ex Parte Application for Order Shortening Time to Hear the Application for Order Approving Employment of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee*, filed by Michael Carmel, Chapter 11 Trustee ("<u>Trustee</u>"), debtor and debtor-in-possession, and good cause appearing therefor;

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN** that the *Application for Order Approving Employment of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee* (the "<u>Motion</u>")[1] be, and the same will be heard by a United States Bankruptcy Judge on the <u>May 20, 2025</u>, at <u>9:30 AM</u>.

A summary of the relief requested by Trustee through its Motion is as follows:

The Court enter an order authorizing the employment of GTG as the Trustee's attorneys to render the legal services described in the Motion, with compensation and reimbursement of expenses to be paid as an administrative expense in such amounts as may be allowed by the Court, pursuant to the provisions of Sections 328, 330 and 331 of the Bankruptcy Code. GTG's employment is requested to be approved under 11 U.S.C. § 327(a). The hourly fees of GTG and its expense reimbursements in connection with GTG's representation will be reviewable under 11 U.S.C. § 330. The contingency portion of GTG's hybrid fee arrangement is requested to be approved in the Application under 11 U.S.C. § 328.

**NOTICE IS FURTHER GIVEN** that electronic copies of the Motion and supporting declarations are available by contacting Mary Langsner, Ph.D. at the address or telephone number set forth above, through the Bankruptcy Court's electronic docketing system (PACER) at

---
[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed in the Motion.

www.ecf.nvb.uscourts.gov, or at the Bankruptcy Court's Clerk's Office, located at the Foley Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada, 89101

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be served within 1 day of entry; that any oppositions to the Motion must be filed and served by May 13, 2025; that replies to any oppositions filed must be filed and served by May 16, 2025; and that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof. Parties wishing to appear and participate at this hearing shall call the telephone conference line 1(833) 435-1820, Meeting ID 161 166 2815 Passcode 115788#.

**IT IS SO ORDERED.**

Prepared and Submitted by:

GARMAN TURNER GORDON LLP

By: /s/ Mary Langsner
  GREGORY E. GARMAN, ESQ.
  TALITHA GRAY KOZLOWSKI, ESQ.
  MARY LANGSNER, Ph.D.
  7251 Amigo Street, Suite 210
  Las Vegas, Nevada 89119
  [Proposed] *Attorneys for Michael Carmel, Chapter 11 Trustee*