Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 29, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel,
Chapter 11 Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC, | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC |

|  |  |
|---|---|
| NUMALE ALL DEBTORS,<br><br>Debtor. ☒ | Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Initial Hearings:<br>Date: March 11, 2025<br>Time: 9:30 a.m.<br><br>Date: March 27, 2025<br>Time: 9:30 a.m.<br><br>Date: April 8, 2025<br>Time: 10:30 a.m.<br><br>Final Hearing:<br>Date: April 24, 2025<br>Time: 9:30 a.m. |

**ORDER APPROVING MOTIONS FOR AN ORDER AUTHORIZING CONTINUED MAINTENANCE AND REDESIGNATION OF EXISTING BANK ACCOUNTS AND A WAIVER OF CERTAIN GUIDELINES RELATING TO BANK ACCOUNTS**

On April 24, 2025, the Court conducted a final hearing to consider the *Motion for an Order Authorizing Continued Maintenance and Redesignation of Existing Bank Accounts and a Waiver of Certain Guidelines Relating to Bank Accounts* [ECF No. 42], filed by NuMale Corporation (the "Motion"); the Motion was also filed in the six non-lead jointly administered bankruptcy cases, *In re* Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc [ECF No. 40]; *In re* NuMedical SC, Case No. 25-10343-nmc [ECF No. 40]; *In re* NuMale Colorado SC, Case No. 25-10344-nmc [ECF No. 46]; *In re* NuMale Florida TB PLLC, Case No. 25-10345-nmc [ECF No. 44]; *In re* NuMale Nebraska LLC, Case No. 25-10346-nmc [ECF No. 43]; and *In re* NuMale New Mexico SC, Case No. 25-10347-nmc [ECF No. 40] (collectively, the "Motions").

Due and sufficient notice of the Motions, the Interim Hearings, and the Final Hearing on held on April 24, 2025, at 9:30 a.m. ("Final Hearing") having been provided to all parties in interest in these Chapter 11 Cases; and after considering all the pleadings filed with this Court, and upon the record made by Debtors and all other parties in interest appearing at the Interim Hearings conducted March 11 and 27, 2025; and upon the record made by the Trustee and all other parties in interest appearing at the Interim Hearing conducted April 8, 2025, and at the Final Hearing; and

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

the Court having found and determined that, subject to the terms of this order, the relief sought in the Motion is in the best interests of Debtors, their estates, creditors, and all parties in interest; the Court having placed its findings of fact and conclusions of law on the record at the Final Hearing, which are incorporated herein pursuant to Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** as follows:

1. The Motions are **GRANTED** as set forth herein.
2. The Court authorizes Chase Bank to convert the Debtors' accounts (listed below) to be converted to Debtor-in-possession accounts, with Trustee Michael W. Carmel named as the authorized signer on all accounts.

| Entity Name | EIN | Account No. | Case No. |
|---|---|---|---|
| NuMale Corporation | 46-3562156 | -----9865 | 25-10341 |
| Feliciano NuMale Nevada PLLC | 46-5384735 | -----6567 | 25-10342 |
| NuMedical SC | 47-5052576 | -----3675 | 25-10343 |
| NuMale Colorado SC | 47-1485845 | -----8879 | 25-10344 |
| NuMale Florida TB PLLC | 47-2206138 | -----2370 | 25-10345 |
| NuMale Nebraska LLC | 46-5711146 | -----8977 | 25-10346 |
| NuMale New Mexico SC | 47-1171581 | -----5253 | 25-10347 |

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    [Proposed Counsel] *Attorneys for Michael Carmel, Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

# LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐ The Court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared on the Motion at the omnibus hearing or filed an objection to the Motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing other than simply to monitor, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order as follows.

    Justin C. Valencia, Esq.    APPROVE
    Alyssa Rogan, Esq.
    *Office of the United States Trustee*

    David A. Riggi, Esq.    APPROVE
    *Attorneys for Debtors out of Possession*

☐ I have certified that under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###