Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: alyssa.rogan@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> NUMALE CORPORATION, <br><br> ☐ AFFECTS THIS DEBTOR, <br><br> ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, <br><br> ☐ NUMEDICAL SC, <br><br> ☐ NUMALE COLORADO SC, <br><br> ☐ NUMALE FLORIDA TB PLLC, <br><br> ☐ NUMALE NEBRASKA LLC, <br><br> ☐ NUMALE NEW MEXICO SC, <br><br> ☒ AFFECTS ALL DEBTORS, <br><br> Debtors. | Lead Case No. 25-10341-NMC <br> Chapter 11 <br><br> *Jointly administered with*: <br><br> Feliciano NuMale Nevada PLLC, <br> Case No. 25-10342-NMC, <br><br> NuMedical SC, <br> Case No. 25-10343-NMC, <br><br> NuMale Colorado SC, <br> Case No. 25-10344-NMC, <br><br> NuMale Florida TB PLLC, <br> Case No. 25-10345-NMC, <br><br> NuMale Nebraska LLC, <br> Case No. 25-10346-NMC, <br><br> NuMale New Mexico SC, <br> Case No. 25-10347-NMC. |

1

**NOTICE OF ENTRY OF ORDER GRANTING MOTION OF THE
UNITED STATES TRUSTEE AND DIRECTING THE APPOINTMENT
<u>OF A PATIENT CARE OMBUDSMAN UNDER 11 U.S.C. § 333</u>**

**PLEASE TAKE NOTICE** that the Court entered the *Order Granting Motion of the United States Trustee and Directing the Appointment of a Patient Care Ombudsman Under 11 U.S.C. § 333* ("Order") [ECF No. 172] on April 10, 2025. A true and correct copy of the Order is attached hereto as Exhibit 1.

Date: April 29, 2025

Respectfully submitted,

TRACY HOPE DAVIS
UNITED STATES TRUSTEE

By: <u>*/s/ Alyssa A. Rogan*</u>
    Alyssa A. Rogan
    Trial Attorney for United States Trustee