Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: alyssa.rogan@usdoj.gov

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | | Lead Case No. 25-10341-NMC |
|---|---|---|
| NUMALE CORPORATION, | | Chapter 11 |
| | | *Jointly administered with*: |
| AFFECTS THIS DEBTOR, | ☐ | |
| | | Feliciano NuMale Nevada PLLC, |
| AFFECTS FELICIANO NUMALE NEVADA PLLC, | ☐ | Case No. 25-10342-NMC, |
| | | NuMedical SC, |
| NUMEDICAL SC, | ☐ | Case No. 25-10343-NMC, |
| NUMALE COLORADO SC, | ☐ | NuMale Colorado SC, Case No. 25-10344-NMC, |
| NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC, |
| NUMALE NEBRASKA LLC, | ☐ | Case No. 25-10345-NMC |
| NUMALE NEW MEXICO SC, | ☐ | NuMale Nebraska LLC, Case No. 25-10346-NMC, |
| AFFECTS ALL DEBTORS, | ☒ | NuMale New Mexico SC, |
| Debtors. | | Case No. 25-10347-NMC. |

1

**CERTIFICATE OF SERVICE**

I, ALYSSA A. ROGAN, under penalty of perjury declare that I am and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action and that on April 29, 2025, I caused a copy of the foregoing:

- NOTICE OF ENTRY OF ORDER GRANTING MOTION OF THE UNITED STATES TRUSTEE AND DIRECTING THE APPOINTMENT OF A PATIENT CARE OMBUDSMAN UNDER 11 U.S.C. § 333

to be served on the following parties:

☑    a. ECF System (attach Notice of Electronic Filing or list of persons & addresses):

| | |
|---|---|
| LORI M. BENCOE | lori@bencoelaw.com |
| DAVID A. RIGGI | darnvbk@gmail.com; 2782@notices.nextchapterbk.com; |
| OGONNA M. BROWN | Ogonna.Brown@wbd-us.com; ogonna-brown-4984@ecf.pacerpro.com; dberhanu@lewisroca.com; ombcalendar@lewisroca.com; klopez@lewisroca.com; Renee.Creswell@wbd-us.com |
| MICHAEL W. CARMEL | michael@mcarmellaw.com |
| GREGORY E. GARMAN | ggarman@gtg.legal; bknotices@gtg.legal |
| MARY LANGSNER | mlangsner@gtg.legal; bknotices@gtg.legal |
| RICHARD F. HOLLEY | rholley@spencerfane.com; oswibies@spencerfane.com; richard-holley-0715@ecf.pacerpro.com |
| MATTHEW L. JOHNSON | mjohnson@mjohnsonlaw.com; annabelle@mjohnsonlaw.com; kristi@mjohnsonlaw.com; kathra@mjohnsonlaw.com; admin@mjohnsonlaw.com |
| DAVID A. STEPHENS | dstephens@davidstephenslaw.com; |

2

|   |   |
|---|---|
|   | dstephens@lvcoxmail.com |
| U.S. TRUSTEE - LV - 11 | USTPRegion17.lv.ecf@usdoj.gov |
| JUSTIN CHARLES VALENCIA | justin.c.valencia@usdoj.gov |
| ALYSSA A. ROGAN | alyssa.rogan@usdoj.gov |
| RYAN J. WORKS | rworks@mcdonaldcarano.com; kkirn@mcdonaldcarano.com; bgrubb@mcdonaldcarano.com |

☑    b.  U.S. Mail, postage fully prepaid:

*See* Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Signed: April 29, 2025

/s/ *Alyssa A. Rogan*
Alyssa A. Rogan

3

# Exhibit 1

```
Label Matrix for local noticing         444 Regency Parkway LLC                 AMERICAN EXPRESS NATIONAL BANK
0978-2                                  450 Regency Pkwy., Ste. 200             C/O BECKET AND LEE LLP
Case 25-10341-nmc                       Omaha, NE 68114-3777                    PO BOX 3001
District of Nevada                                                              MALVERN  PA 19355-0701
Las Vegas
Tue Apr 29 11:51:10 PDT 2025

ARIZONA DEPARTMENT OF REVENUE           AUDACY                                  Aaron Garber
Office of the Arizona Attorney General -  11800 W Grange Ave                    Wadsworth Garber Warner Conrardy PC
c/o Tax, Bankruptcy and Collection Sct  Hales Corners, WI 53130-1035            2580 W. Main Street, Suite 200
2005 N Central Ave, Suite 100                                                   Littleton, CO 80120-4631
Phoenix, AZ 85004-1546


LORI M. BENCOE                          OGONNA M. BROWN                         MICHAEL W. CARMEL
BENCOE & LACOUR LAW PC                  WOMBLE BOND DICKINSON (US) LLP          80 E. COLUMBUS AVENUE
9201 MONTGOMERY BLVD NE                 3993 HOWARD HUGHES PARKWAY              PHOENIX, AZ 85012-2334
SUITE 404                               SUITE 600
ALBUQUERQUE, NM 87111-2470              LAS VEGAS, NV 89169-5996


CERTAIN UNDERWRITERS AT LLOYD'S LONDON  CLARK HILL                              COX RADIO LLC
C/O RYAN J. WORKS                       1700 S Pavilion Center Dr Ste 500       11300 4th St N
McDONALD CARANO LLP                     Las Vegas, NV 89135-1864                St Petersburg, FL 33716-2941
2300 WEST SAHARA AVENUE, SUITE 1200
LAS VEGAS, NV 89102-4395


SUMMER CRAIG                            Celtic Bank                             Centrum/Bellview LLC
SIMPSON THACHER AND BARTLETT LLP        268 S State St., Ste. 300               c/o Troy Sandberg, Esq.
425 LEXINGTON AVENUE                    Salt Lake City, UT 84111-5314           Sandberg Law LLC
NEW YORK, NY 10017-3954                                                         17011 Lincoln Avenue #348
                                                                                Parker, CO 80134-3144


Certain Underwriters at Lloyds          Certain Underwriters at Lloyds London   Clark Co Assessor c/o Bankruptcy Clerk
London Syndicates 623/2623              c/o David Zylberberg                    500 S Grand Central Pkwy
SIMPSON THACHER & BARTLETT LLP          SIMPSON THACHER & BARTLETT LLP          Po Box 551401
425 Lexington Avenue                    425 Lexington Avenue                    Las Vegas, NV 89155-1401
New York, NY 10017-3954                 New York, NY 10017-3954


Clark Co Treasurer c/o Bankruptcy Clerk Clark Co Treasurer c/o Bankruptcy Clerk DEWITT, PARULOL & MEEK PLLC
500 S Grand Central Pksy                500 S Grand Central Pkwy                705 NW 4th St
Po Box 1220                             Po Box 1220                             Oklahoma City, OK 73102-1616
Las Vegas, NV 89125-1220                Las Vegas, NV 89125-1220


DLP Funding LLC                         EFFECTV                                 ELAVON
c/o/ Law Office of Jacob Z Weinstein    Po Box 415949                           c/o TIMOTHY F. FROST, ESQ.
420 Central Ave Ste 301                 Boston, MA 02241-5949                   7300 CHAPMAN HIGHWAY
Cedarhurst, NY 11516-1000                                                       Knoxville, TN 37920-6612


Everest Business Funding                Everest Business Funding                FELICIANO NUMALE NEVADA PLLC
102 W 38th Street, 6th Flr.             102 W 38th Street, 6th Flr.             6590 S RAINBOW BLVD
New York, NY 10018-3664                 New York, NY 10018                      LAS VEGAS, NV 89118-3327
                                        Gilbert Pritt
                                        17133 Holly Well Ave.
                                        Wimauma, FL 33598-2536

FOX FUNDING GROUP LLC                   BRYCE FRIEDMAN                          Ford Motor Credit Company, LLC c/o AIS Portf
c/o JOE LIEBERMAN, ESQ.                 SIMPSON THACHER AND BARTLETT LLP        4515 N. Santa Fe Ave. Dept. APS
LIEBERMAN AND KLESTZICK                 425 LEXINGTON AVENUE                    Oklahoma City, OK 73118-7901
POB 356                                 NEW YORK, NY 10017-3954
Cedarhurst, NY 11516-0356
```

| | | |
|---|---|---|
| Ford Motor Credit Company, LLC, c/o AIS Port<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952 | GREGORY E GARMAN<br>GARMAN TURNER GORDON<br>7251 AMIGO STREET, STE 210<br>LAS VEGAS, NV 89119-4302 |
| Gilbert Pritt<br>17133 Holly Well Ave.<br>Wimauma, FL 33598-2536 | RICHARD F. HOLLEY<br>SPENCER FANE<br>300 S 4TH STREET<br>SUITE 1600<br>LAS VEGAS, NV 89101-6000 | HYPORT DIGITAL N2<br>Po Box 208092<br>Dallas, TX 75320-8092 |
| INNOVATIVE REAL ESTATE STRATEGIES<br>2975 S RAINBOW BLVD STE J<br>Las Vegas, NV 89146-6598 | Internal Revenue Service<br>ATTN: BANKRUPTCY DEPT<br>PO Box 7346<br>PHILADELPHIA, PA 19101-7346 | MATTHEW L. JOHNSON<br>JOHNSON & GUBLER, P.C.<br>8831 WEST SAHARA AVENUE<br>LAS VEGAS, NV 89117-5865 |
| KALAMATA CAPITAL GROUP, LLC<br>c/o STEVEN BERKOVITCH<br>BERKOVITCH & BOUSKILA, PLLC<br>1545 US 202 SUITE 101<br>Pomona, NY 10970-2951 | KLOS Radio, LLC<br>Matthew B. Baltierra<br>44 E. Broadway, Suite 530<br>Tuscon, AZ 85701-1703 | KMA BODILY<br>1200 John Q Hammons Dr Ste 500<br>Madison, WI 53717-2199 |
| KRAVIT HOVEL & KRAWCZYK<br>825 N JEFFERSON ST<br>Milwaukee, WI 53202-3737 | MARY LANGSNER<br>GARMAN TURNER GORDON LLP<br>7251 AMIGO STREET<br>SUITE 210<br>LAS VEGAS, NV 89119-4302 | Lamar Companies<br>P O Box 96030<br>Baton Rouge, LA 70896-9030 |
| MICHAEL E SANCHEZ<br>C/O NICHOLAS ROWLEY, ESQ<br>421 W Water St<br>Decorah, IA 52101-1731 | Mayfair Mall LLC<br>c/o Brookfield Properties<br>P.O. Box 772816<br>Chicago, IL 60677-0116 | NEWTEK LENDING<br>1981 MARCUS AVENUE STE 130<br>Lake Success, NY 11042-1046 |
| NEWTEK SMALL BUSINESS FINANCE, LLC<br>STEPHENS LAW OFFICES<br>C/O DAVID A. STEPHENS<br>P.O. BOX 33130<br>LAS VEGAS, NV 89133-3130 | NUMALE COLORADO SC<br>8200 E BELLEVIEW AVE<br>GREENWOOD VILLAGE, CO 80111-2803 | NUMALE CORPORATION<br>6590 S RAINBOW BLVD<br>LAS VEGAS, NV 89118-3327 |
| NUMALE FLORIDA TB PLLC<br>500 WESTSHORE BLVD<br>TAMPA, FL 33609-5005 | NUMALE NEBRASKA LLC<br>444 REGENCY PARKWAY DR<br>OMAHA, NE 68114-3792 | NUMALE NEW MEXICO SC<br>7920 WYOMING BLVD, NE<br>ALBUQUERQUE, NM 87109-6020 |
| NUMEDICAL SC<br>2600 N MAYFAIR RD<br>WAUWATOSA, WI 53226-1309 | NV Dept of Taxation<br>Bankruptcy Section<br>500 E Washington Ave Ste 13000<br>Las Vegas, NV 89101-1000 | Nevada Dept of Empl Security<br>500 E 3rd St<br>Carson City, NV 89713-0001 |
| Newtek Lending<br>1981 Marcus Avenue, Ste. 130<br>New Hyde Park, NY 11042-1046 | (p)ELIOT KIRSHNITZ<br>1981 MARCUS AVENUE SUITE 130<br>LAKE SUCCESS NY 11042-1046 | Newtek Small Business Finance, LLC<br>c/o David A. Stephens, Esq.<br>Stephens Law Offices<br>P.O. Box 33130<br>Las Vegas, NV 89133-3130 |

| | | |
|---|---|---|
| NuMale Colorado<br>2600 N Mayfair Rd Suite 505<br>Wauwatosa, WI 53226-1306 | Prospect Rainbow, LLC<br>c/o JOHNSON & GUBLER, P.C.<br>Attn: Russell G. Gubler, Esq.<br>8831 W. Sahara Ave<br>Las Vegas, NV 89117-5865 | Proventure dba Top Tier<br>500 W. Putnam Ave., Ste. 1c<br>Greenwich, CT 06830-2947 |
| DAVID A RIGGI<br>RIGGI LAW FIRM<br>7900 W SAHARA AVE<br>SUITE 100<br>LAS VEGAS, NV 89117-7921 | ALYSSA A. ROGAN<br>U.S. DEPARTMENT OF JUSTICE, USTP<br>300 LAS VEGAS BLVD. SOUTH<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | SBA U.S. Small Business Administration<br>Attn: Bankruptcy Dept.<br>312 N. Spring Street, Flr. 5<br>Los Angeles, CA 90012-4701 |
| DAVID A. STEPHENS<br>STEPHENS LAW OFFICES<br>PO BOX 33850<br>LAS VEGAS, NV 89133-3850 | Michael E. Sanchez<br>WOMBLE BOND DICKINSON (US) LLP<br>C/O OGONNA M. BROWN, ESQ.<br>3993 HOWARD HUGHES PKWY<br>SUITE 600<br>LAS VEGAS, NV 89169-5996 | Social Security Administration<br>Attn: Bankr Desk<br>Po Box 33021<br>Baltimore, MD 21290-3021 |
| State of NV DMV<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 | THE LCF GROUP<br>LEGAL DEPARTMENT<br>3000 MARCUS AVE SUITE 2W15<br>New Hyde Park, NY 11042-1005 | TOSICH BIOSCIENCE INC<br>Po Box 712415<br>Cincinnati, OH 45271-2415 |
| Tampa Westshore 500 LLC<br>c/o The Green Companies, Inc.<br>9155 S Dadeland Blvd., Ste. 1812<br>Miami, FL 33156-2742 | The LCF Group, Inc.<br>3000 Marcus Avenue, Suite 2W15<br>Lake Success, NY 11042-1005 | Tracey Hope Davis<br>Office of the United States Trustee<br>Attn: Justin C. Valencia<br>300 Las Vegas Blvd. So., Ste. 4300<br>Las Vegas, NV 89101-5803 |
| U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | JUSTIN CHARLES VALENCIA<br>U.S. DEPT OF JUSTICE<br>OFFICE OF THE UNITED STATES TRUSTEE<br>300 LAS VEGAS BLVD SOUTH<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 |
| Vox Funding<br>c/o RJ Recovery<br>1407 Broadway Fl 29<br>New York, NY 10018-5100 | ZACHARY WEINER<br>SIMPSON THACHER AND BARTLETT LLP<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017-3954 | WFNZ-FM<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 |
| RYAN J. WORKS<br>MCDONALD CARANO LLP<br>2300 WEST SAHARA AVE<br>SUITE1200<br>LAS VEGAS, NV 89102-4396 | Ryan J Works<br>McDonald Carano LLP<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, NV 89102-4395 | Wyoming Office Park LLC<br>c/o The Cash Law Firm<br>P.O. Box 20718<br>Albuquerque, NM 87154-0718 |
| Wyoming Office Park, LLC<br>P.O. Box 20718<br>P.O. Box 20718<br>Albuquerque, NM 87154-0718 | YELP INC<br>Po Box 204393<br>Dallas, TX 75320-4393 | DAVID ZYLBERBERG<br>SIMPSON THACHER AND BARTLETT LLP<br>425 LEXINGTON AVENUE<br>NEW YORK, NY 10017-3954 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Newtek Small Business Finance, LLC
1981 Marcus Avenue #130
Lake Success, NY 11042


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(d)Lamar Companies					(d)Prospect Rainbow, LLC				(u)DAVID A RIGGI
P.O. Box 96030						c/o JOHNSON & GUBLER, P.C.
Baton Rouge, LA 70896-9030				Attn: Russell G. Gubler, Esq.
							8831 W. Sahara Ave
							Las Vegas, NV 89117-5865


(u)Jacob Nathan Rubin					End of Label Matrix
							Mailable recipients    86
							Bypassed recipients     4
							Total                  90