UNITED STATES BANKRUPTCY COURT
District of Nevada Las Vegas

| | | |
|---|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>　　AFFECTS THIS DEBTOR, ☐<br><br>　　AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>　　NUMEDICAL SC, ☐<br><br>　　NUMALE COLORADO SC, ☐<br><br>　　NUMALE FLORIDA TB PLLC, ☐<br><br>　　NUMALE NEBRASKA LLC, ☐<br><br>　　NUMALE NEW MEXICO SC, ☐<br><br>　　AFFECTS ALL DEBTORS, ☒<br><br>　　　　　　　　Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>*Jointly administered with*:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-NMC,<br><br>NuMedical SC,<br>Case No. 25-10343-NMC,<br><br>NuMale Colorado SC,<br>Case No. 25-10344-NMC,<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-NMC,<br><br>NuMale Nebraska LLC,<br>Case No. 25-10346-NMC,<br><br>NuMale New Mexico SC,<br>Case No. 25-10347-NMC. |

**PROOF OF SERVICE**

　　I, Tinamarie Feil, state as follows:

　　I am over the age of 18 and not a party to the above-captioned case. I am employed by BMC Group, Inc., an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Rules 9001(9) and 2002(g)(4) of the Federal Rules of Bankruptcy Procedure.

　　I declare that on 04/25/2025, as directed by Office of the United States Trustee, true and correct copy(s) of the following document(s) were served on the party(s) listed on the attached exhibit(s) via the mode(s) of service thereon indicated. Such service was performed under my direct supervision, by employees of BMC Group, Inc.

[ECF 197] THE UNITED STATES TRUSTEES EX-PARTE APPLICATION FOR AN ORDER APPROVING THE APPOINTMENT OF JACOB NATHAN RUBIN, M.D., F.A.C.C. AS THE PATIENT CARE OMBUDSMAN

[ECF 197-1] EXHIBITS

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

04/29/2025

*Tinamarie Feil*

Tinamarie Feil
BMC Group, Inc.
Approved Bankruptcy Notice Provider
info@bmcgroup.com;
888.909.0100

# Exhibit A - Certificate of Service
## NUMALE CORPORATION 25-10341

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23390 | 444 Regency Parkway LLC , 450 Regency Pkwy., Ste. 200, Omaha, NE, 68114-3777 | First Class |
| 23390 | Aaron Garber , Wadsworth Garber Warner Conrardy PC, 2580 W. Main Street, Suite 200, Littleton, CO, 80120-4631 | First Class |
| 23390 | AMERICAN EXPRESS NATIONAL BANK , C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN, PA, 19355-0701 | First Class |
| 23390 | ARIZONA DEPARTMENT OF REVENUE , Office of the Arizona Attorney General -, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix, AZ, 85004-1546 | First Class |
| 23390 | AUDACY , 11800 W Grange Ave, Hales Corners, WI, 53130-1035 | First Class |
| 23390 | Celtic Bank , 268 S State St., Ste. 300, Salt Lake City, UT, 84111-5314 | First Class |
| 23390 | Centrum/Bellview LLC , c/o Troy Sandberg, Esq., Sandberg Law LLC, 17011 Lincoln Avenue #348, Parker, CO, 80134-3144 | First Class |
| 23390 | CERTAIN UNDERWRITERS AT LLOYD'S LONDON , C/O RYAN J. WORKS, McDONALD CARANO LLP, 2300 WEST SAHARA AVENUE, SUITE 1200, LAS VEGAS, NV, 89102-4395 | First Class |
| 23390 | Certain Underwriters at Lloyds London , c/o David Zylberberg, SIMPSON THACHER & BARTLETT LLP, 425 Lexington Avenue, New York, NY, 10017-3954 | First Class |
| 23390 | Clark Co Assessor c/o Bankruptcy Clerk , 500 S Grand Central Pkwy, PO Box 551401, Las Vegas, NV, 89155-1401 | First Class |
| 23390 | Clark Co Treasurer c/o Bankruptcy Clerk , 500 S Grand Central Pkwy, PO Box 1220, Las Vegas, NV, 89125-1220 | First Class |
| 23390 | CLARK HILL , 1700 S Pavilion Center Dr Ste 500, Las Vegas, NV, 89135-1864 | First Class |
| 23390 | COX RADIO LLC , 11300 4th St N, St Petersburg, FL, 33716-2941 | First Class |
| 23390 | DAVID A RIGGI , RIGGI LAW FIRM, 7900 W SAHARA AVE, SUITE 100, LAS VEGAS, NV, 89117-7921 | First Class |
| 23390 | DEWITT, PARULOL & MEEK PLLC , 705 NW 4th St, Oklahoma City, OK, 73102-1616 | First Class |
| 23390 | DLP Funding LLC , c/o/ Law Office of Jacob Z Weinstein, 420 Central Ave Ste 301, Cedarhurst, NY, 11516-1000 | First Class |
| 23390 | EFFECTV , Po Box 415949, Boston, MA, 02241-5949 | First Class |
| 23390 | ELAVON , c/o TIMOTHY F. FROST, ESQ., 7300 CHAPMAN HIGHWAY, Knoxville, TN, 37920-6612 | First Class |
| 23390 | ELIOT KIRSHNITZ, 1981 MARCUS AVENUE SUITE 130, LAKE SUCCESS, NY, 11042-1046 | First Class |
| 23390 | Everest Business Funding , 102 W 38th Street, 6th Floor, New York, NY, 10018 | First Class |
| 23390 | Everest Business Funding , 102 W 38th Street, 6th Flr., New York, NY, 10018-3664 | First Class |
| 23390 | FELICIANO NUMALE NEVADA PLLC , 6590 S RAINBOW BLVD, LAS VEGAS, NV, 89118-3327, United States of America | First Class |
| 23390 | Ford Motor Credit Company, LLC c/o AIS Portf, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK, 73118-7901 | First Class |
| 23390 | FOX FUNDING GROUP LLC , c/o JOE LIEBERMAN, ESQ., LIEBERMAN AND KLESTZICK, POB 356, Cedarhurst, NY, 11516-0356 | First Class |
| 23390 | Franchise Tax Board , Bankruptcy Section MS A340, PO BOX 2952, Sacramento, CA, 95812-2952 | First Class |
| 23390 | Gilbert Pritt, 17133 Holly Well Ave.,, Wilmauma, Fl, 33598-2536 | First Class |
| 23390 | Gilbert Pritt , 17133 Holly Well Ave., Wimauma, FL, 33598-2536 | First Class |
| 23390 | HYPORT DIGITAL N2 , Po Box 208092, Dallas, TX, 75320-8092 | First Class |
| 23390 | INNOVATIVE REAL ESTATE STRATEGIES , 2975 S RAINBOW BLVD STE J, Las Vegas, NV, 89146-6598 | First Class |
| 23390 | Internal Revenue Service , ATTN: BANKRUPTCY DEPT, PO Box 7346, PHILADELPHIA, PA, 19101-7346 | First Class |
| 23390 | KALAMATA CAPITAL GROUP, LLC , c/o STEVEN BERKOVITCH, BERKOVITCH & BOUSKILA, PLLC, 1545 US 202 SUITE 101, Pomona, NY, 10970-2951 | First Class |
| 23390 | KLOS Radio, LLC , Matthew B. Baltierra, 44 E. Broadway, Suite 530, Tuscon, AZ, 85701-1703 | First Class |
| 23390 | KMA BODILY , 1200 John Q Hammons Dr Ste 500, Madison, WI, 53717-2199 | First Class |
| 23390 | KRAVIT HOVEL & KRAWCZYK , 825 N JEFFERSON ST, Milwaukee, WI, 53202-3737 | First Class |
| 23390 | Lamar Companies , P O Box 96030, Baton Rouge, LA, 70896-9030 | First Class |
| 23390 | Mayfair Mall LLC , c/o Brookfield Properties, P.O. Box 772816, Chicago, IL, 60677-0116 | First Class |
| 23390 | MICHAEL E SANCHEZ , C/O NICHOLAS ROWLEY, ESQ, 421 W Water St, Decorah, IA, 52101-1731 | First Class |
| 23390 | Michael E. Sanchez , WOMBLE BOND DICKINSON (US) LLP, C/O OGONNA M. BROWN, ESQ., 3993 HOWARD HUGHES PKWY, SUITE 600, LAS VEGAS, NV, 89169-5996 | First Class |
| 23390 | MICHAEL W. CARMEL , 80 E. COLUMBUS AVENUE, PHOENIX, AZ, 85012-2334, United States of America | First Class |
| 23390 | Nevada Dept of Empl Security , 500 E 3rd St, Carson City, NV, 89713-0001 | First Class |
| 23390 | Newtek Lending , 1981 Marcus Avenue, Ste. 130, New Hyde Park, NY, 11042-1046 | First Class |
| 23390 | NEWTEK LENDING , 1981 MARCUS AVENUE STE 130, Lake Success, NY, 11042-1046 | First Class |
| 23390 | Newtek Small Business Finance, LLC , c/o David A. Stephens, Esq., Stephens Law Offices, P.O. Box 33130, Las Vegas, NV, 89133-3130 | First Class |
| 23390 | NEWTEK SMALL BUSINESS FINANCE, LLC , STEPHENS LAW OFFICES, C/O DAVID A. STEPHENS, P.O. BOX 33130, LAS VEGAS, NV, 89133-3130 | First Class |
| 23390 | NuMale Colorado , 2600 N Mayfair Rd Suite 505, Wauwatosa, WI, 53226-1306 | First Class |

| List ID | Name and Address of Served Party | Mode of Service |
|---|---|---|
| 23390 | NUMALE COLORADO SC , 8200 E BELLEVIEW AVE, GREENWOOD VILLAGE, CO, 80111-2803, United States of America | **First Class** |
| 23390 | NUMALE CORPORATION , 6590 S RAINBOW BLVD, LAS VEGAS, NV, 89118-3327, United States of America | **First Class** |
| 23390 | NUMALE FLORIDA TB PLLC , 500 WESTSHORE BLVD, TAMPA, FL, 33609-5005 | **First Class** |
| 23390 | NUMALE NEBRASKA LLC , 444 REGENCY PARKWAY DR, OMAHA, NE, 68114-3792, United States of America | **First Class** |
| 23390 | NUMALE NEW MEXICO SC , 7920 WYOMING BLVD, NE, ALBUQUERQUE, NM, 87109-6020 | **First Class** |
| 23390 | NUMEDICAL SC , 2600 N MAYFAIR RD, WAUWATOSA, WI, 53226-1309, United States of America | **First Class** |
| 23390 | NV Dept of Taxation , Bankruptcy Section, 500 E Washington Ave Ste 13000, Las Vegas, NV, 89101-1000 | **First Class** |
| 23390 | Prospect Rainbow, LLC , c/o JOHNSON & GUBLER, P.C., Attn: Russell G. Gubler, Esq., 8831 W. Sahara Ave, Las Vegas, NV, 89117-5865 | **First Class** |
| 23390 | Proventure dba Top Tier , 500 W. Putnam Ave., Ste. 1c, Greenwich, CT, 06830-2947 | **First Class** |
| 23390 | SBA U.S. Small Business Administration , Attn: Bankruptcy Dept., 312 N. Spring Street, Flr. 5, Los Angeles, CA, 90012-4701 | **First Class** |
| 23390 | SIMPSON THACHER & BARTLETT LLP, Certain Underwriters at Lloyds , London Syndicates 623/2623, 425 Lexington Avenue, New York, NY, 10017-3954 | **First Class** |
| 23390 | Social Security Administration , Attn: Bankr Desk, Po Box 33021, Baltimore, MD, 21290-3021 | **First Class** |
| 23390 | State of NV DMV , Attn: Legal Division, 555 Wright Way, Carson City, NV, 89711-0001 | **First Class** |
| 23390 | Tampa Westshore 500 LLC , c/o The Green Companies, Inc., 9155 S Dadeland Blvd., Ste. 1812, Miami, FL, 33156-2742 | **First Class** |
| 23390 | THE LCF GROUP , LEGAL DEPARTMENT, 3000 MARCUS AVE SUITE 2W15, New Hyde Park, NY, 11042-1005 | **First Class** |
| 23390 | The LCF Group, Inc. , 3000 Marcus Avenue, Suite 2W15, Lake Success, NY, 11042-1005, United States of America | **First Class** |
| 23390 | TOSICH BIOSCIENCE INC , Po Box 712415, Cincinnati, OH, 45271-2415 | **First Class** |
| 23390 | U.S. Bank NA dba Elan Financial Services , Bankruptcy Department, PO Box 108, Saint Louis, MO, 63166-0108 | **First Class** |
| 23390 | United States Bankruptcy Court, 300 Las Vegas Blvd., South, Las Vegas, NV, 89101-5833, United States of America | **First Class** |
| 23390 | Vox Funding , c/o RJ Recovery, 1407 Broadway Fl 29, New York, NY, 10018-5100 | **First Class** |
| 23390 | WFNZ-FM , c/o Szabo Associates, Inc, 3355 Lenox Road NE, Suite 945, Atlanta, GA, 30326-1357 | **First Class** |
| 23390 | Wyoming Office Park LLC , c/o The Cash Law Firm, P.O. Box 20718, Albuquerque, NM, 87154-0718 | **First Class** |
| 23390 | Wyoming Office Park, LLC , P.O. Box 20718, Albuquerque, NM, 87154-0718 | **First Class** |
| 23390 | YELP INC , Po Box 204393, Dallas, TX, 75320-4393, United States of America | **First Class** |