1  GARMAN TURNER GORDON LLP
   GREGORY E. GARMAN
2  Nevada Bar No. 6654
   E-mail: ggarman@gtg.legal
3  TALITHA GRAY KOZLOWSKI, ESQ.
   Nevada Bar No. 9040
4  tgray@gtg.legal
5  MARY LANGSNER, Ph.D.
   Nevada Bar No. 13707
6  mlangsner@gtg.legal
7  7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
8  Telephone (725) 777-3000
   Facsimile (725) 777-3112
9  [Proposed] *Attorneys for Michael Carmel,
   Chapter 11 Trustee*
10

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | *Jointly administered with:* |
| ☐ AFFECTS THIS DEBTOR, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMEDICAL SC, | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☐ NUMALE NEW MEXICO SC, | |
| ☒ NUMALE ALL DEBTORS, | |
| Debtor. | |

**CERTIFICATE OF SERVICE**

1

1. On April 29, 2025, I served the following document(s):

  a.  *Notice of Entry of Orders*           Dkt. No. 213

I served the above-named document(s) by the following means to the persons as listed below:

  ☒  ECF System: See attached ECF Confirmation Sheets.

  ☒  United States Mail, postage fully prepaid: See attached service list.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of April, 2025.

                 */s/ Danielle Charlet*
                 Danielle Charlet, an employee of
                 Garman Turner Gordon LLP

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

**File a Notice:**

[25-10341-nmc NUMALE CORPORATION](#)

| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: PlnDue, BAPCPA, JNTADMN, LEAD |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 4/29/2025 at 11:41 AM PDT and filed on 4/29/2025

**Case Name:**        NUMALE CORPORATION
**Case Number:**      25-10341-nmc
**Document Number:** 213

**Docket Text:**
Notice of Entry of Order Filed by MARY LANGSNER on behalf of MICHAEL W. CARMEL (Related document(s)[209] Order, [211] Order) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2025 0429 NOE NuMale.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/29/2025] [FileNumber=36633443-0
] [7282587895b3df775aef55ea2d1e90fc85b0345774af87fbe36c37321ea1260f9c8
55520dfebfc70af1e309d8fb1b28148903c3c5a96d5bf6b72cae945a15a2c]]

**25-10341-nmc Notice will be electronically mailed to:**

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

RICHARD F. HOLLEY on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com,
annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**25-10341-nmc Notice will not be electronically mailed to:**

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

```
Label Matrix for local noticing            CERTAIN UNDERWRITERS AT LLOYD'S LONDON      FELICIANO NUMALE NEVADA PLLC
0978-2                                     C/O RYAN J. WORKS                           6590 S RAINBOW BLVD
Case 25-10341-nmc                          McDONALD CARANO LLP                         LAS VEGAS, NV 89118-3327
District of Nevada                         2300 WEST SAHARA AVENUE, SUITE 1200
Las Vegas                                  LAS VEGAS, NV 89102-4395
Mon Apr 28 14:45:57 PDT 2025

Ford Motor Credit Company, LLC, c/o AIS Port   NEWTEK SMALL BUSINESS FINANCE, LLC      NUMALE COLORADO SC
4515 N Santa Fe Ave. Dept. APS             STEPHENS LAW OFFICES                        8200 E BELLEVIEW AVE
Oklahoma City, OK 73118-7901               C/O DAVID A. STEPHENS                       GREENWOOD VILLAGE, CO 80111-2803
                                           P.O. BOX 33130
                                           LAS VEGAS, NV 89133-3130

NUMALE CORPORATION                         NUMALE FLORIDA TB PLLC                      NUMALE NEBRASKA LLC
6590 S RAINBOW BLVD                        500 WESTSHORE BLVD                          444 REGENCY PARKWAY DR
LAS VEGAS, NV 89118-3327                   TAMPA, FL 33609-5005                        OMAHA, NE 68114-3792


NUMALE NEW MEXICO SC                       NUMEDICAL SC                                Prospect Rainbow, LLC
7920 WYOMING BLVD, NE                      2600 N MAYFAIR RD                           c/o JOHNSON & GUBLER, P.C.
ALBUQUERQUE, NM 87109-6020                 WAUWATOSA, WI 53226-1309                    Attn: Russell G. Gubler, Esq.
                                                                                       8831 W. Sahara Ave
                                                                                       Las Vegas, NV 89117-5865

United States Bankruptcy Court             444 Regency Parkway LLC                     AMERICAN EXPRESS NATIONAL BANK
300 Las Vegas Blvd., South                 450 Regency Pkwy., Ste. 200                 C/O BECKET AND LEE LLP
Las Vegas, NV 89101-5833                   Omaha, NE 68114-3777                        PO BOX 3001
                                                                                       MALVERN  PA 19355-0701

ARIZONA DEPARTMENT OF REVENUE              AUDACY                                      Aaron Garber
Office of the Arizona Attorney General -   11800 W Grange Ave                          Wadsworth Garber Warner Conrardy PC
c/o Tax, Bankruptcy and Collection Sct     Hales Corners, WI 53130-1035                2580 W. Main Street, Suite 200
2005 N Central Ave, Suite 100                                                          Littleton, CO 80120-4631
Phoenix, AZ 85004-1546

CLARK HILL                                 COX RADIO LLC                               Celtic Bank
1700 S Pavilion Center Dr Ste 500          11300 4th St N                              268 S State St., Ste. 300
Las Vegas, NV 89135-1864                   St Petersburg, FL 33716-2941                Salt Lake City, UT 84111-5314


Centrum/Bellview LLC                       Certain Underwriters at Lloyds              Certain Underwriters at Lloyds London
c/o Troy Sandberg, Esq.                    London Syndicates 623/2623                  c/o David Zylberberg
Sandberg Law LLC                           SIMPSON THACHER & BARTLETT LLP              SIMPSON THACHER & BARTLETT LLP
17011 Lincoln Avenue #348                  425 Lexington Avenue                        425 Lexington Avenue
Parker, CO 80134-3144                      New York, NY 10017-3954                     New York, NY 10017-3954

Clark Co Assessor c/o Bankruptcy Clerk     Clark Co Treasurer c/o Bankruptcy Clerk     Clark Co Treasurer c/o Bankruptcy Clerk
500 S Grand Central Pkwy                   500 S Grand Central Pksy                    500 S Grand Central Pkwy
Po Box 551401                              Po Box 1220                                 Po Box 1220
Las Vegas, NV 89155-1401                   Las Vegas, NV 89125-1220                    Las Vegas, NV 89125-1220


DEWITT, PARULOL & MEEK PLLC                DLP Funding LLC                             EFFECTV
705 NW 4th St                              c/o/ Law Office of Jacob Z Weinstein        Po Box 415949
Oklahoma City, OK 73102-1616               420 Central Ave Ste 301                     Boston, MA 02241-5949
                                           Cedarhurst, NY 11516-1000
```

| | | |
|---|---|---|
| ELAVON<br>c/o TIMOTHY F. FROST, ESQ.<br>7300 CHAPMAN HIGHWAY<br>Knoxville, TN 37920-6612 | Everest Business Funding<br>102 W 38th Street, 6th Flr.<br>New York, NY 10018-3664 | Everest Business Funding<br>102 W 38th Street, 6th Flr.<br>New York, NY 10018<br>Gilbert Pritt<br>17133 Holly Well Ave.<br>Wimauma, FL 33598-2536 |
| FOX FUNDING GROUP LLC<br>c/o JOE LIEBERMAN, ESQ.<br>LIEBERMAN AND KLESTZICK<br>POB 356<br>Cedarhurst, NY 11516-0356 | Ford Motor Credit Company, LLC c/o AIS Portf<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952 |
| Gilbert Pritt<br>17133 Holly Well Ave.<br>Wimauma, FL 33598-2536 | HYPORT DIGITAL N2<br>Po Box 208092<br>Dallas, TX 75320-8092 | INNOVATIVE REAL ESTATE STRATEGIES<br>2975 S RAINBOW BLVD STE J<br>Las Vegas, NV 89146-6598 |
| Internal Revenue Service<br>ATTN: BANKRUPTCY DEPT<br>PO Box 7346<br>PHILADELPHIA, PA 19101-7346 | KALAMATA CAPITAL GROUP, LLC<br>c/o STEVEN BERKOVITCH<br>BERKOVITCH & BOUSKILA, PLLC<br>1545 US 202 SUITE 101<br>Pomona, NY 10970-2951 | KLOS Radio, LLC<br>Matthew B. Baltierra<br>44 E. Broadway, Suite 530<br>Tuscon, AZ 85701-1703 |
| KMA BODILY<br>1200 John Q Hammons Dr Ste 500<br>Madison, WI 53717-2199 | KRAVIT HOVEL & KRAWCZYK<br>825 N JEFFERSON ST<br>Milwaukee, WI 53202-3737 | Lamar Companies<br>P O Box 96030<br>Baton Rouge, LA 70896-9030 |
| MICHAEL E SANCHEZ<br>C/O NICHOLAS ROWLEY, ESQ<br>421 W Water St<br>Decorah, IA 52101-1731 | Mayfair Mall LLC<br>c/o Brookfield Properties<br>P.O. Box 772816<br>Chicago, IL 60677-0116 | NEWTEK LENDING<br>1981 MARCUS AVENUE STE 130<br>Lake Success, NY 11042-1046 |
| NV Dept of Taxation<br>Bankruptcy Section<br>500 E Washington Ave Ste 13000<br>Las Vegas, NV 89101-1000 | Nevada Dept of Empl Security<br>500 E 3rd St<br>Carson City, NV 89713-0001 | Newtek Lending<br>1981 Marcus Avenue, Ste. 130<br>New Hyde Park, NY 11042-1046 |
| (p)ELIOT KIRSHNITZ<br>1981 MARCUS AVENUE SUITE 130<br>LAKE SUCCESS NY 11042-1046 | Newtek Small Business Finance, LLC<br>c/o David A. Stephens, Esq.<br>Stephens Law Offices<br>P.O. Box 33130<br>Las Vegas, NV 89133-3130 | NuMale Colorado<br>2600 N Mayfair Rd Suite 505<br>Wauwatosa, WI 53226-1306 |
| Proventure dba Top Tier<br>500 W. Putnam Ave., Ste. 1c<br>Greenwich, CT 06830-2947 | SBA U.S. Small Business Administration<br>Attn: Bankruptcy Dept.<br>312 N. Spring Street, Flr. 5<br>Los Angeles, CA 90012-4701 | Social Security Administration<br>Attn: Bankr Desk<br>Po Box 33021<br>Baltimore, MD 21290-3021 |
| State of NV DMV<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 | THE LCF GROUP<br>LEGAL DEPARTMENT<br>3000 MARCUS AVE SUITE 2W15<br>New Hyde Park, NY 11042-1005 | TOSICH BIOSCIENCE INC<br>Po Box 712415<br>Cincinnati, OH 45271-2415 |

```
Tampa Westshore 500 LLC                The LCF Group, Inc.                   Tracey Hope Davis
c/o The Green Companies, Inc.          3000 Marcus Avenue, Suite 2W15         Office of the United States Trustee
9155 S Dadeland Blvd., Ste. 1812       Lake Success, NY 11042-1005            Attn: Justin C. Valencia
Miami, FL 33156-2742                                                          300 Las Vegas Blvd. So., Ste. 4300
                                                                              Las Vegas, NV 89101-5803


U.S. Bank NA dba Elan Financial Services   U.S. TRUSTEE - LV - 11             Vox Funding
Bankruptcy Department                  300 LAS VEGAS BOULEVARD S.             c/o RJ Recovery
PO Box 108                             SUITE 4300                             1407 Broadway Fl 29
Saint Louis MO 63166-0108              LAS VEGAS, NV 89101-5803               New York, NY 10018-5100


WFNZ-FM                                Wyoming Office Park LLC                Wyoming Office Park, LLC
c/o Szabo Associates, Inc              c/o The Cash Law Firm                  P.O. Box 20718
3355 Lenox Road NE, Suite 945          P.O. Box 20718                         P.O. Box 20718
Atlanta, GA 30326-1357                 Albuquerque, NM 87154-0718             Albuquerque, NM 87154-0718


YELP INC                               DAVID A RIGGI                          MICHAEL W. CARMEL
Po Box 204393                          RIGGI LAW FIRM                         80 E. COLUMBUS AVENUE
Dallas, TX 75320-4393                  7900 W SAHARA AVE                      PHOENIX, AZ 85012-2334
                                       SUITE 100
                                       LAS VEGAS, NV 89117-7921


Michael E. Sanchez
WOMBLE BOND DICKINSON (US) LLP
C/O OGONNA M. BROWN, ESQ.
3993 HOWARD HUGHES PKWY
SUITE 600
LAS VEGAS, NV 89169-5996
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Newtek Small Business Finance, LLC
1981 Marcus Avenue #130
Lake Success, NY 11042
```

                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(d)Lamar Companies                     (d)Prospect Rainbow, LLC               (u)Jacob Nathan Rubin
P.O. Box 96030                         c/o JOHNSON & GUBLER, P.C.
Baton Rouge, LA 70896-9030             Attn: Russell G. Gubler, Esq.
                                       8831 W. Sahara Ave
                                       Las Vegas, NV 89117-5865
```

```
End of Label Matrix
Mailable recipients     72
Bypassed recipients      3
Total                   75
```