GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
| NUMALE CORPORATION, | *Jointly administered with:* |
| AFFECTS THIS DEBTOR, ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| AFFECTS FELICIANO<br>NUMALE NEVADA PLLC, ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| NUMEDICAL SC, ☐ | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| NUMALE COLORADO SC, ☐ | |
| NUMALE FLORIDA TB PLLC, ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| NUMALE NEBRASKA LLC, ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| NUMALE NEW MEXICO SC, ☐ | |
| NUMALE ALL DEBTORS, ☒ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtor. | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1

1.  On April 29, 2025, I served the following document(s):

a.  *Notice of Entry of Orders [Order Approving Motion for an Order Authorizing Continued Maintenance and Redesignation of Existing Bank Accounts and a Waiver of Certain Guidelines Relating to Bank Accounts]* and *[Final Order Approving Motion for Order Directing Joint Administration of Debtors' Chapter 11 Cases Under Federal Rule of Bankruptcy Procedure 1015(B)]*    Dkt. No. 213

I served the above-named document(s) by the following means to the persons as listed below:

☒    ECF System: See attached ECF Confirmation Sheets.

☒    United States Mail, postage fully prepaid: See attached service list.

2.  On April 29, 2025, I served the following document(s):

a.  *Notice of Entry of Orders [Order Approving Motion for an Order Authorizing Continued Maintenance and Redesignation of Existing Bank Accounts and a Waiver of Certain Guidelines Relating to Bank Accounts]* and *[Final Order Approving Motion for Order Directing Joint Administration of Debtors' Chapter 11 Cases Under Federal Rule of Bankruptcy Procedure 1015(B)]*    Case No. 25-10342-nmc Dkt. No. 95

b.  *Notice of Entry of Orders [Order Approving Motion for an Order Authorizing Continued Maintenance and Redesignation of Existing Bank Accounts and a Waiver of Certain Guidelines Relating to Bank Accounts]* and *[Final Order Approving Motion for Order Directing Joint Administration of Debtors' Chapter 11 Cases Under Federal Rule of Bankruptcy Procedure 1015(B)]*    Case No. 25-10343-nmc Dkt. No. 94

c.  *Notice of Entry of Orders [Order Approving Motion for an Order Authorizing Continued Maintenance and Redesignation of Existing Bank Accounts and a Waiver of Certain Guidelines Relating to Bank Accounts]* and *[Final Order Approving Motion for Order Directing Joint Administration of Debtors' Chapter 11 Cases Under Federal Rule of Bankruptcy Procedure 1015(B)]*    Case No. 25-10344-nmc Dkt. No. 101

d.  *Notice of Entry of Orders [Order Approving Motion for an Order Authorizing Continued Maintenance and Redesignation of Existing Bank Accounts and a Waiver of Certain Guidelines Relating to Bank Accounts]* and    Case No. 25-10345-nmc Dkt. No. 97

1                  *[Final Order Approving Motion for Order*
                 *Directing Joint Administration of Debtors'*

2                  *Chapter 11 Cases Under Federal Rule of*
                 *Bankruptcy Procedure 1015(B)]*

3

4       e.       *Notice of Entry of Orders [Order Approving*     Case No. 25-10346-nmc
                 *Motion for an Order Authorizing Continued*     Dkt. No. 97

5                  *Maintenance and Redesignation of Existing*
                 *Bank Accounts and a Waiver of Certain*

6                  *Guidelines Relating to Bank Accounts]* and
                 *[Final Order Approving Motion for Order*

7                  *Directing Joint Administration of Debtors'*
                 *Chapter 11 Cases Under Federal Rule of*

8                  *Bankruptcy Procedure 1015(B)]*

9       f.        *Notice of Entry of Orders [Order Approving*     Case No. 25-10347-nmc
                 *Motion for an Order Authorizing Continued*     Dkt. No. 111

10                 *Maintenance and Redesignation of Existing*
                *Bank Accounts and a Waiver of Certain*

11                 *Guidelines Relating to Bank Accounts]* and
                *[Final Order Approving Motion for Order*

12                 *Directing Joint Administration of Debtors'*
                *Chapter 11 Cases Under Federal Rule of*
                *Bankruptcy Procedure 1015(B)]*

13

14      I served the above-named document(s) by the following means to the persons as listed below:

15           ☒      ECF System: See attached ECF Confirmation Sheets.

16

17      3.      For the clarity and avoidance of doubt, the *Notice of Entry of Orders* granting *Final Order Approving Motion for Order Directing Joint Administration of Debtors' Chapter 11 Cases Under Federal Rule of Bankruptcy  Procedure 1015(B)* and *Order Approving Motion for an Order Authorizing Continued Maintenance and Redesignation of Existing Bank Accounts and a Waiver of Certain Guidelines Relating to Bank Accounts* was mailed to the entire creditor matrix on April 29, 2025.

     I declare under penalty of perjury that the foregoing is true and correct.

     DATED this 30th day of April, 2025.

                             */s/ Danielle Charlet*
                             Danielle Charlet, an employee of
                             Garman Turner Gordon LLP

Label Matrix for local noticing
0978-2
Case 25-10341-nmc
District of Nevada
Las Vegas
Mon Apr 28 14:45:57 PDT 2025

CERTAIN UNDERWRITERS AT LLOYD'S LONDON
C/O RYAN J. WORKS
McDONALD CARANO LLP
2300 WEST SAHARA AVENUE, SUITE 1200
LAS VEGAS, NV 89102-4395

FELICIANO NUMALE NEVADA PLLC
6590 S RAINBOW BLVD
LAS VEGAS, NV 89118-3327

Ford Motor Credit Company, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

NEWTEK SMALL BUSINESS FINANCE, LLC
STEPHENS LAW OFFICES
C/O DAVID A. STEPHENS
P.O. BOX 33130
LAS VEGAS, NV 89133-3130

NUMALE COLORADO SC
8200 E BELLEVIEW AVE
GREENWOOD VILLAGE, CO 80111-2803

NUMALE CORPORATION
6590 S RAINBOW BLVD
LAS VEGAS, NV 89118-3327

NUMALE FLORIDA TB PLLC
500 WESTSHORE BLVD
TAMPA, FL 33609-5005

NUMALE NEBRASKA LLC
444 REGENCY PARKWAY DR
OMAHA, NE 68114-3792

NUMALE NEW MEXICO SC
7920 WYOMING BLVD, NE
ALBUQUERQUE, NM 87109-6020

NUMEDICAL SC
2600 N MAYFAIR RD
WAUWATOSA, WI 53226-1309

Prospect Rainbow, LLC
c/o JOHNSON & GUBLER, P.C.
Attn: Russell G. Gubler, Esq.
8831 W. Sahara Ave
Las Vegas, NV 89117-5865

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

444 Regency Parkway LLC
450 Regency Pkwy., Ste. 200
Omaha, NE 68114-3777

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

ARIZONA DEPARTMENT OF REVENUE
Office of the Arizona Attorney General –
c/o Tax, Bankruptcy and Collection Sct
2005 N Central Ave, Suite 100
Phoenix, AZ 85004-1546

AUDACY
11800 W Grange Ave
Hales Corners, WI 53130-1035

Aaron Garber
Wadsworth Garber Warner Conrardy PC
2580 W. Main Street, Suite 200
Littleton, CO 80120-4631

CLARK HILL
1700 S Pavilion Center Dr Ste 500
Las Vegas, NV 89135-1864

COX RADIO LLC
11300 4th St N
St Petersburg, FL 33716-2941

Celtic Bank
268 S State St., Ste. 300
Salt Lake City, UT 84111-5314

Centrum/Bellview LLC
c/o Troy Sandberg, Esq.
Sandberg Law LLC
17011 Lincoln Avenue #348
Parker, CO 80134-3144

Certain Underwriters at Lloyds
London Syndicates 623/2623
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

Certain Underwriters at Lloyds London
c/o David Zylberberg
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

Clark Co Assessor c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Po Box 551401
Las Vegas, NV 89155-1401

Clark Co Treasurer c/o Bankruptcy Clerk
500 S Grand Central Pksy
Po Box 1220
Las Vegas, NV 89125-1220

Clark Co Treasurer c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Po Box 1220
Las Vegas, NV 89125-1220

DEWITT, PARULOL & MEEK PLLC
705 NW 4th St
Oklahoma City, OK 73102-1616

DLP Funding LLC
c/o/ Law Office of Jacob Z Weinstein
420 Central Ave Ste 301
Cedarhurst, NY 11516-1000

EFFECTV
Po Box 415949
Boston, MA 02241-5949

ELAVON
c/o TIMOTHY F. FROST, ESQ.
7300 CHAPMAN HIGHWAY
Knoxville, TN 37920-6612

Everest Business Funding
102 W 38th Street, 6th Flr.
New York, NY 10018-3664

Everest Business Funding
102 W 38th Street, 6th Flr.
New York, NY 10018
Gilbert Pritt
17133 Holly Well Ave.
Wimauma, FL 33598-2536

FOX FUNDING GROUP LLC
c/o JOE LIEBERMAN, ESQ.
LIEBERMAN AND KLESTZICK
POB 356
Cedarhurst, NY 11516-0356

Ford Motor Credit Company, LLC c/o AIS Portf
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento, CA 95812-2952

Gilbert Pritt
17133 Holly Well Ave.
Wimauma, FL 33598-2536

HYPORT DIGITAL N2
Po Box 208092
Dallas, TX 75320-8092

INNOVATIVE REAL ESTATE STRATEGIES
2975 S RAINBOW BLVD STE J
Las Vegas, NV 89146-6598

Internal Revenue Service
ATTN: BANKRUPTCY DEPT
PO Box 7346
PHILADELPHIA, PA 19101-7346

KALAMATA CAPITAL GROUP, LLC
c/o STEVEN BERKOVITCH
BERKOVITCH & BOUSKILA, PLLC
1545 US 202 SUITE 101
Pomona, NY 10970-2951

KLOS Radio, LLC
Matthew B. Baltierra
44 E. Broadway, Suite 530
Tuscon, AZ 85701-1703

KMA BODILY
1200 John Q Hammons Dr Ste 500
Madison, WI 53717-2199

KRAVIT HOVEL & KRAWCZYK
825 N JEFFERSON ST
Milwaukee, WI 53202-3737

Lamar Companies
P O Box 96030
Baton Rouge, LA 70896-9030

MICHAEL E SANCHEZ
C/O NICHOLAS ROWLEY, ESQ
421 W Water St
Decorah, IA 52101-1731

Mayfair Mall LLC
c/o Brookfield Properties
P.O. Box 772816
Chicago, IL 60677-0116

NEWTEK LENDING
1981 MARCUS AVENUE STE 130
Lake Success, NY 11042-1046

NV Dept of Taxation
Bankruptcy Section
500 E Washington Ave Ste 13000
Las Vegas, NV 89101-1000

Nevada Dept of Empl Security
500 E 3rd St
Carson City, NV 89713-0001

Newtek Lending
1981 Marcus Avenue, Ste. 130
New Hyde Park, NY 11042-1046

(p)ELIOT KIRSHNITZ
1981 MARCUS AVENUE SUITE 130
LAKE SUCCESS NY 11042-1046

Newtek Small Business Finance, LLC
c/o David A. Stephens, Esq.
Stephens Law Offices
P.O. Box 33130
Las Vegas, NV 89133-3130

NuMale Colorado
2600 N Mayfair Rd Suite 505
Wauwatosa, WI 53226-1306

Proventure dba Top Tier
500 W. Putnam Ave., Ste. 1c
Greenwich, CT 06830-2947

SBA U.S. Small Business Administration
Attn: Bankruptcy Dept.
312 N. Spring Street, Flr. 5
Los Angeles, CA 90012-4701

Social Security Administration
Attn: Bankr Desk
Po Box 33021
Baltimore, MD 21290-3021

State of NV DMV
Attn: Legal Division
555 Wright Way
Carson City, NV 89711-0001

THE LCF GROUP
LEGAL DEPARTMENT
3000 MARCUS AVE SUITE 2W15
New Hyde Park, NY 11042-1005

TOSICH BIOSCIENCE INC
Po Box 712415
Cincinnati, OH 45271-2415

Tampa Westshore 500 LLC
c/o The Green Companies, Inc.
9155 S Dadeland Blvd., Ste. 1812
Miami, FL 33156-2742

The LCF Group, Inc.
3000 Marcus Avenue, Suite 2W15
Lake Success, NY 11042-1005

Tracey Hope Davis
Office of the United States Trustee
Attn: Justin C. Valencia
300 Las Vegas Blvd. So., Ste. 4300
Las Vegas, NV 89101-5803

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

U.S. TRUSTEE - LV - 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101-5803

Vox Funding
c/o RJ Recovery
1407 Broadway Fl 29
New York, NY 10018-5100

WFNZ-FM
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

Wyoming Office Park LLC
c/o The Cash Law Firm
P.O. Box 20718
Albuquerque, NM 87154-0718

Wyoming Office Park, LLC
P.O. Box 20718
P.O. Box 20718
Albuquerque, NM 87154-0718

YELP INC
Po Box 204393
Dallas, TX 75320-4393

DAVID A RIGGI
RIGGI LAW FIRM
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117-7921

MICHAEL W. CARMEL
80 E. COLUMBUS AVENUE
PHOENIX, AZ 85012-2334

Michael E. Sanchez
WOMBLE BOND DICKINSON (US) LLP
C/O OGONNA M. BROWN, ESQ.
3993 HOWARD HUGHES PKWY
SUITE 600
LAS VEGAS, NV 89169-5996

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Newtek Small Business Finance, LLC
1981 Marcus Avenue #130
Lake Success, NY 11042

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d)Lamar Companies
P.O. Box 96030
Baton Rouge, LA 70896-9030

(d)Prospect Rainbow, LLC
c/o JOHNSON & GUBLER, P.C.
Attn: Russell G. Gubler, Esq.
8831 W. Sahara Ave
Las Vegas, NV 89117-5865

(u)Jacob Nathan Rubin

End of Label Matrix
Mailable recipients    72
Bypassed recipients     3
Total                  75

**File a Notice:**

[25-10341-nmc NUMALE CORPORATION](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: PlnDue, BAPCPA, JNTADMN, LEAD |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 4/29/2025 at 11:41 AM PDT and filed on 4/29/2025

**Case Name:**      NUMALE CORPORATION
**Case Number:**      [25-10341-nmc](#)
**Document Number:** [213](#)

**Docket Text:**
Notice of Entry of Order Filed by MARY LANGSNER on behalf of MICHAEL W. CARMEL (Related document(s)[209] Order, [211] Order) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**2025 0429 NOE NuMale.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/29/2025] [FileNumber=36633443-0
] [7282587895b3df775aef55ea2d1e90fc85b0345774af87fbe36c37321ea1260f9c8
55520dfebfc70af1e309d8fb1b28148903c3c5a96d5bf6b72cae945a15a2c]]

**25-10341-nmc Notice will be electronically mailed to:**

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-
us.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

RICHARD F. HOLLEY on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com,
annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**25-10341-nmc Notice will not be electronically mailed to:**

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

## File a Notice:

| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
|---|---|---|
| Assets: y | Judge: nmc | |

Case Flag: DebtEd, CH11CRTCOMP, PlnDue, BAPCPA, JNTADMN

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 4/29/2025 at 3:25 PM PDT and filed on 4/29/2025

**Case Name:**        FELICIANO NUMALE NEVADA PLLC (JNT - LEAD CASE #25-10341)
**Case Number:**    25-10342-nmc
**Document Number:** 95

**Docket Text:**
Notice of Entry of Order Filed by MARY LANGSNER on behalf of CHAPTER 11 - LV (Related document(s)[93] Order, [94] Order) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2025 0429 NOE NuMale 10342.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/29/2025] [FileNumber=36634219-0
] [a096a22e5e024f0972b78addf65cef8c8d955120fa3a7545757d3cf233d5af7660d
71096447350d09c06b6041c3e4ef47db7e85c132f40d0192e7f22473ceda0]]

**25-10342-nmc Notice will be electronically mailed to:**

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

**25-10342-nmc Notice will not be electronically mailed to:**

TRACEY HOPE DAVIS
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JUSTIN C. VALENCIA
300 LAS VEGS BOULEVARD SO., SUITE 4300
LAS VEGAS, NV 89101

TRACY HOPE DAVIS
THE UNITED STATES TRUSTEE FOR REGION 17
C/O OFFICE OF THE UNITED STATES TRUSTEE
ATTN: ALYSSA A. ROGAN
300 LAS VEGS BOULEVARD SO., SUITE 4300
LAS VEGAS, NV 89101

**File a Notice:**

[25-10343-nmc NUMEDICAL SC (JNT - LEAD CASE #25-10341)](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | |

Case Flag: DebtEd, CH11CRTCOMP, PlnDue, BAPCPA, JNTADMN

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 4/29/2025 at 3:27 PM PDT and filed on 4/29/2025

**Case Name:**          NUMEDICAL SC (JNT - LEAD CASE #25-10341)
**Case Number:**      [25-10343-nmc](#)
**Document Number:** [94](#)

**Docket Text:**
Notice of Entry of Order Filed by MARY LANGSNER on behalf of CHAPTER 11 - LV (Related document(s)[92] Order, [93] Order) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2025 0429 NOE NuMale 10343.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/29/2025] [FileNumber=36634233-0
] [2281bddb131a785da029b82e97dbf733b12afb47992dc6b5124a207f05a7af208b0
459bc715078efc19a5cddfc902cfa83905d813bb615ad3883917d803a0ef6]]

**25-10343-nmc Notice will be electronically mailed to:**

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

**25-10343-nmc Notice will not be electronically mailed to:**

**File a Notice:**

25-10344-nmc NUMALE COLORADO SC (JNT - LEAD CASE #25-10341)

Type: bk                          Chapter: 11 v                          Office: 2 (Las Vegas)

Assets: y                         Judge: nmc

Case Flag: DebtEd, CH11CRTCOMP, PlnDue, BAPCPA, JNTADMN

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 4/29/2025 at 3:28 PM PDT and filed on 4/29/2025

**Case Name:**          NUMALE COLORADO SC (JNT - LEAD CASE #25-10341)

**Case Number:**        25-10344-nmc

**Document Number:** 101

**Docket Text:**
Notice of Entry of Order Filed by MARY LANGSNER on behalf of CHAPTER 11 - LV (Related document(s)[99] Order, [100] Order) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2025 0429 NOE NuMale 10344.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/29/2025] [FileNumber=36634239-0
] [56af733aec62353c66ded17bada405fce0d3ee187eb723d7a5d269ba4acb044e6cd
b1f408dfe19101fa861a03b306430e95b80ac920437ea8452a9e6429c41e3]]

**25-10344-nmc Notice will be electronically mailed to:**

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

**25-10344-nmc Notice will not be electronically mailed to:**

**File a Notice:**

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: PlnDue, BAPCPA, JNTADMN |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 4/29/2025 at 3:31 PM PDT and filed on 4/29/2025

**Case Name:**    NUMALE FLORIDA TB PLLC (JNT - LEAD CASE #25-10341)
**Case Number:**    25-10345-nmc
**Document Number:** 97

**Docket Text:**
Notice of Entry of Order Filed by MARY LANGSNER on behalf of CHAPTER 11 - LV (Related document(s)[95] Order, [96] Order) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**2025 0429 NOE NuMale 10345.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/29/2025] [FileNumber=36634262-0
] [fb283dee7c6bbc4298e9fa88775a0fe48252101002f8a26f265747fb072afcad623
7f90bbe1964e3d9ab3be18a6feb0d40d6bf3af544dbe9681c936c968554f7]]

**25-10345-nmc Notice will be electronically mailed to:**

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

**25-10345-nmc Notice will not be electronically mailed to:**

TRACY HOPE DAVIS
OFFICE OF THE UNITED STATES TRUSTEE
ATTN: JUSTIN C. VALENCIA
300 LAS VEGS BOULEVARD SO., SUITE 4300
LAS VEGAS, NV 89101

**File a Notice:**

25-10346-nmc NUMALE NEBRASKA LLC (JNT - LEAD CASE #25-10341)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: PlnDue, BAPCPA, JNTADMN |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 4/29/2025 at 3:33 PM PDT and filed on 4/29/2025

**Case Name:**        NUMALE NEBRASKA LLC (JNT - LEAD CASE #25-10341)
**Case Number:**    25-10346-nmc
**Document Number:** 97

**Docket Text:**
Notice of Entry of Order Filed by MARY LANGSNER on behalf of CHAPTER 11 - LV (Related document(s)[95] Order, [96] Order) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2025 0429 NOE NuMale 10346.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/29/2025] [FileNumber=36634282-0
] [45151612ccdb5710fd46c1942cbc5ab7e09ec49a0a6607e76da407580eae405e666
e0046ea70f547fbb229bfaf7e547e9756a3ede388a1a42dae486c661d11fa]]

**25-10346-nmc Notice will be electronically mailed to:**

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

**25-10346-nmc Notice will not be electronically mailed to:**

**File a Notice:**

25-10347-nmc NUMALE NEW MEXICO SC (JNT - LEAD CASE #25-10341)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: PlnDue, BAPCPA, JNTADMN |

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 4/29/2025 at 3:35 PM PDT and filed on 4/29/2025
**Case Name:**          NUMALE NEW MEXICO SC (JNT - LEAD CASE #25-10341)
**Case Number:**      25-10347-nmc
**Document Number:** 111

**Docket Text:**
Notice of Entry of Order Filed by MARY LANGSNER on behalf of CHAPTER 11 - LV (Related document(s)[109] Order, [110] Order) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2025 0429 NOE NuMale 10347.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=4/29/2025] [FileNumber=36634294-0
] [83909504e75038d2cf995a813cd4cd50bbc1069584ca0726f09d4345c49767793bc
cf8eb44145628cfe79b4479f01b1fcddc3b8a59a6a5d2393e6e5f3962e9f8]]

**25-10347-nmc Notice will be electronically mailed to:**

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-
us.com

CHAPTER 11 - LV
USTPRegion17.lv.ecf@usdoj.gov

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623

rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**25-10347-nmc Notice will not be electronically mailed to:**