**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | ) | Case No. 25-10341-NMC |
| | ) | Chapter 11 |
| NUMALE CORPORATION,   affects this case   X | ) | |
| | ) | **LEAD CASE** |
| Debtor in Possession. | ) | Jointly Administered with: |
| | ) | |
| In re: | ) | |
| | ) | Case No. 25-10342-NMC |
| FELICIANO NUMALE NEVADA PLLC, | ) | Chapter 11 |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |
| In re: | ) | |
| | ) | Case No. 25-10343-NMC |
| NUMEDICAL SC, | ) | Chapter 11 |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |
| In re: | ) | |
| | ) | Case No. 25-10344-NMC |
| NUMALE COLORADO SC, | ) | Chapter 11 |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |
| In re: | ) | |
| | ) | Case No. 25-10345-NMC |
| NUMALE FLORIDA PLLC, | ) | Chapter 11 |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |
| In re: | ) | |
| | ) | Case No. 25-10346-NMC |
| NUMALE NEBRASKA LLC, | ) | Chapter 11 |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |
| In re: | ) | |
| | ) | Case No. 25-10347-NMC |
| NUMALE NEW MEXICO SC, | ) | Chapter 11 |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |

## AMENDMENTS TO SCHEDULES AND/OR STATEMENTS

<table>
<tr><td colspan="2" style="background:black;color:white">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor Name</td><td><strong>NUMALE CORPORATION</strong></td></tr>
<tr><td colspan="2">United States Bankruptcy Court for the: District of    <strong>Nevada</strong><br>(State)</td></tr>
<tr><td>Case number (If known):</td><td><strong>25-10341-NMC</strong></td></tr>
</table>

☑ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property

12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on _Schedule G: Executory Contracts and Unexpired Leases_ (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. **Chase** | **Checking account** | _ _ _ _ | $2,703.71 |
| 3.2. **FortifiBank** | **Checking account** | _ _ _ _ | $2,699.76 |

4. **Other cash equivalents** *(Identify all)*

   4.1 _____ _____

   4.2 _____ _____

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $5,403.47 |

**Part 2:**    Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

Debtor    **NUMALE CORPORATION**                              Case number *(if known)* 25-10341-NMC
_____          _____
Name

| | | |
|---|---|---|
| 7.1 | **Innovative Real Estate Strategies** | $23,765.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1  _____    _____

   8.2  _____    _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.                      | $23,765.00 |

---

**Part 3:**     Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.

    ☑ Yes. Fill in the information below.

| | | Current value of debtor's interest |
|---|---|---|
| 11. | **Accounts receivable** | |
| | 11a. 90 days old or less:  **unknown** - **unknown** =.....➡ | $73,000.00 |
| | face amount    doubtful or uncollectible accounts | |
| | 11b. Over 90 days old: _____ - _____ =.....➡ | _____ |
| | face amount    doubtful or uncollectible accounts | |

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.          | $73,000.00 |

---

**Part 4:**     Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.

    ☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| | 14.1 _____ | _____ | _____ |
| | 14.2 _____ | _____ | _____ |

| | | % of ownership: | | |
|---|---|---|---|---|
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | | |
| | Name of entity: | | | |
| | 15.1 _____ | _____ | _____ | _____ |
| | 15.2 _____ | _____ | _____ | _____ |

Debtor    **NUMALE CORPORATION**
Name

Case number *(if known)* **25-10341-NMC**

---

**16.** **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1 _____    _____    _____

16.2 _____    _____    _____

**17.** **Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.    [_____]

---

| Part 5: | Inventory, excluding agriculture assets |

**18.** **Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.

☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.** **Raw materials** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **20.** **Work in progress** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **21.** **Finished goods, including goods held for resale** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |
| **22.** **Other inventory or supplies** | | | | |
| _____ | MM / DD / YYYY | _____ | _____ | _____ |

**23.** **Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.    [_____]

**24.** **Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25.** **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes.  Book value _____ Valuation method _____ Current value _____

**26.** **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |

Debtor    **NUMALE CORPORATION**
_____
Name

Case number *(if known)* **25-10341-NMC**
_____

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| _____ | _____ | _____ | _____ |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| _____ | _____ | _____ | _____ |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| _____ | _____ | _____ | _____ |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| _____ | _____ | _____ | _____ |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |
| _____ | _____ | _____ | _____ |

**33.** **Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

[_____]

**34.** **Is the debtor a member of an agricultural cooperative?**

☒ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

   ☐ No
   ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes.  Book value _____  Valuation method _____  Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☒ No

☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☒ No

☐ Yes

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☒ Yes. Fill in the information below.

---

| Debtor | **NUMALE CORPORATION** | | | Case number *(if known)* **25-10341-NMC** |
|---|---|---|---|---|
| | Name | | | |

| | General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | (Where available) | | |
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| | Equipment and furniture | **unknown** | | **$35,000.00** |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| | 42.1 | | | |
| | 42.2 | | | |
| | 42.3 | | | |
| 43. | **Total of Part 7** | | | **$35,000.00** |
| | Add lines 39 through 42. Copy the total to line 86. | | | |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| | General description | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | (Where available) | | |
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 **2017 FORD** | **unknown** | | **$25,000.00** |
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| | 48.1 | | | |

Debtor    **NUMALE CORPORATION**

Name

Case number *(if known)* **25-10341-NMC**

---

48.2 _____    _____    _____    _____

49.    **Aircraft and accessories**

49.1 _____    _____    _____    _____

49.2 _____    _____    _____    _____

50.    **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

_____    _____    _____    _____

51.    **Total of Part 8**

Add lines 47 through 50. Copy the total to line 87.

| $25,000.00 |

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 9:**    Real property

---

54.    **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **lease/sublease /** 6590 S Rainbow Ste 250 Las Vegas, NV 89118 | lease/sublease | unknown | | unknown |

56.    **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

| |

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 10:**    Intangibles and intellectual property

---

Debtor    **NUMALE CORPORATION**
Name

Case number *(if known)* **25-10341-NMC**

---

| 59. | **Does the debtor have any interests in intangibles or intellectual property?** | | | |
|---|---|---|---|---|

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** customer lists | unknown | | unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 11:** | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

Debtor    **NUMALE CORPORATION**                            Case number *(if known)* __25-10341-NMC__
        Name

---

71. **Notes receivable**

    Description (include name of obligor)

    _____    _____ –  _____  =➔  _____
                              Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    _____

    _____    Tax year _____    _____

    _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____    _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    **claim for bad faith insurance and malpractice re Sanchez case**        **unknown**

    **Nature of claim**    _____

    **Amount requested**    ____**unknown**____

    **claim(s) against other affiliate(s)**        **unknown**

    **Nature of claim**    ____inter-affilate claims____

    **Amount requested**    ____**unknown**____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    **claim re Oklahoma judgment**        **unknown**

    **Nature of claim**    _____

    **Amount requested**    ____**unknown**____

76. **Trusts, equitable or future interests in property**

    _____    _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____    _____

    _____    _____

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.            | _____ |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

Debtor    **NUMALE CORPORATION**
Name

Case number *(if known)* **25-10341-NMC**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $5,403.47 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $23,765.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $73,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $35,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $25,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ........................................................ ➔ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* + | unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column.* ...........................91a. | $162,168.47 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................................................. | | $162,168.47 |

Fill in this information to identify the case:

Debtor name    **NUMALE CORPORATION**

United States Bankruptcy Court for the: District of    **Nevada**
(State)

Case number (if known):    **25-10341-NMC**

☑ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1.   Do any creditors have claims secured by debtor's property?
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2.   List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
| --- | --- | --- | --- |

**2.1**  Creditor's name
**FORD MOTOR CREDIT CO**

Describe debtor's property that is subject to a lien
2017 FORD                                               $21,593.00          $25,000.00

Creditor's mailing address
**4515 N Santa Fe Ave Dept Aps**

**Oklahoma City, OK 73118-7901**

Describe the lien
_____

Creditor's email address, if known
_____

Is the creditor an insider or related party?
☑ No
☐ Yes

Date debt was incurred    _____

Last 4 digits of account number    __ __ __ __

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Do multiple creditors have an interest in the same property?
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.                                                                $5,021,593.00

Debtor    **NUMALE CORPORATION**
_____
   Name                                                                                    Case number (if known) **25-10341-NMC**
_____

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim. Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.2** Creditor's name

**NEWTEK LENDING**

**Describe debtor's property that is subject to a lien**
Accounts receivable under 90 days

**$5,000,000.00**          **$73,000.00**

**Creditor's mailing address**

**1981 MARCUS AVENUE STE 130**

**Lake Success, NY 11042**

**Describe the lien**

**UCC-1**

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred** _____

**Last 4 digits of account number**   ___ ___ ___ ___

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

  ☐ No.  Specify each creditor, including this creditor, and its relative priority.

  _____

  _____

  ☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☑ Unliquidated
☐ Disputed

Debtor   **NUMALE CORPORATION**                                        Case number (if known) **25-10341-NMC**
_____
Name

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **SMALL BUSINESS ADMINISTRATION**<br>**409 3RD STREET SW**<br>**Washington, DC 20416** | Line 2. __2__ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |
| | Line 2. ___ | __ __ __ __ |

**Fill in this information to identify the case:**

Debtor name      **NUMALE CORPORATION**

United States Bankruptcy Court for the:

     **District of Nevada**

Case number (if known):    **25-10341-NMC**

☑ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
☐ No. Go to Part 2.
☑ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

**2.1** Priority creditor's name and mailing address

**ARIZONA DEPT OF REVENUE**
**C/O TAX BANKR & COLL SEC**
**2005 N CENTRAL AVE SUITE 100**
**Phoenix, AZ 85004**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$350.00**    Priority amount: **$350.00**

**2.2** Priority creditor's name and mailing address

**BRAD PALUBICKI**
**9 PARADISE VALLEY CT**
**Henderson, NV 89052**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(4)**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the Claim:

Is the claim subject to offset?
☑ No
☐ Yes

Total claim: **$10,000.00**    Priority amount: **$10,000.00**

| Debtor | **NUMALE CORPORATION** | Case number *(if known)* | **25-10341-NMC** |
|---|---|---|---|
| | Name | | |

---

<span style="background:black;color:white">**Part 1:**</span> Additional Page

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,000.00 | $10,000.00 |

**Priority creditor's name and mailing address**

**CARLOS FELICIANO**

**N69 W29753**

**Hartland, WI 53029**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,000.00**    **$10,000.00**

---

| 2.4 | | | |

**Priority creditor's name and mailing address**

**JUSTIN PULLIAM**

**5786 STONEHEATH AVE**

**Las Vegas, NV 89139**

**Date or dates debt was incurred**

_____

**Last 4 digits of account**

**number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(4)**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$10,000.00**    **$10,000.00**

---

| Debtor | NUMALE CORPORATION | Case number *(if known)* | 25-10341-NMC |
|---|---|---|---|
| | Name | | |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

**AMERICAN EXPRESS**

Po Box 60189

City Industry, CA 91716-0189

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **unknown**

---

**3.2** Nonpriority creditor's name and mailing address

**AUDACY**

11800 W Grange Ave

Hales Corners, WI 53130-1035

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$748,050.00**

---

**3.3** Nonpriority creditor's name and mailing address

**BRAD PALUBICKI**

9 PARADISE VALLEY CT

Henderson, NV 89052

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Note Payable**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$76,607.92**

---

**3.4** Nonpriority creditor's name and mailing address

**BRAD PALUBICKI**

9 PARADISE VALLEY CT

Henderson, NV 89052

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **wages**

Is the claim subject to offset?
☑ No
☐ Yes

Amount of claim: **$73,335.00**

---

Debtor      **NUMALE CORPORATION**                                         Case number *(if known)*      **25-10341-NMC**
             Name

---

**Part 2:** Additional Page

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $73,335.00 |
|---|---|---|---|

**CARLOS FELICIANO**

**N69 W29753**

**Hartland, WI 53029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim:  __wages__

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,498.00 |
|---|---|---|---|

**CLARK HILL**

**1700 S Pavilion Center Dr Ste 500**

**Las Vegas, NV 89135-1864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim:  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,600.00 |
|---|---|---|---|

**COX RADIO LLC**

**11300 4th St N**

**St Petersburg, FL 33716-2918**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim:  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,075.00 |
|---|---|---|---|

**DEWITT, PARULOL & MEEK PLLC**

**705 Nw 4th St**

**Oklahoma City, OK 73102-1616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred  _____

Basis for the claim:  _____

Last 4 digits of account number  ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **NUMALE CORPORATION**                                 Case number *(if known)*    **25-10341-NMC**
　　　　　　Name

---

| Part 2: | Additional Page |
|---|---|

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $200,000.00
| | *Check all that apply.*

**DLP Funding LLC**

**c/o/ Law Offoce of Jacob Z Weinstein**

**420 Central Ave Ste 301**

**Cedarhurst, NY 11516-1000**

☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $500.00
| | *Check all that apply.*

**EFFECTV**

**Po Box 415949**

**Boston, MA 02241-5949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | unknown
| | *Check all that apply.*

**ELAVON**

**c/o TIMOTHY F. FROST, ESQ.**

**7300 CHAPMAN HIGHWAY**

**Knoxville, TN 37920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,234.00
**FELICIANO NUMALE NEVADA PLLC** | *Check all that apply.*

**2600 N MAYFAIR RD**

**WAUWATOSA, WI 53226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

---

Debtor    **NUMALE CORPORATION**
Name                                                                  Case number *(if known)*    **25-10341-NMC**

---

**Part 2:**  Additional Page

---

**3.13**  Nonpriority creditor's name and mailing address

**FOX FUNDING GROUP LLC**

**c/o JOE LIEBERMAN, ESQ.**
**LIEBERMAN AND KLESTZICK**

**POB 356**

**Cedarhurst, NY 11516**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $70,000.00
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.14**  Nonpriority creditor's name and mailing address

**FRANCHISE TAX BOARD**

**BANKRUPTCY SECTION**

**Po Box 2952**

**Sacramento, CA 95812-2952**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $7,396.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.15**  Nonpriority creditor's name and mailing address

**GILE LAW GROUP**

**1180 N Town Center Dr Ste 100**

**Las Vegas, NV 89144-6308**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $4,601.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

**3.16**  Nonpriority creditor's name and mailing address

**HERSHEY DECKER DRAKE**

**10463 Park Meadows Dr Ste 209**

**Lone Tree, CO 80124-5355**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:    $4,235.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor    **NUMALE CORPORATION**                                Case number *(if known)*    **25-10341-NMC**
_____
Name

---

**Part 2:    Additional Page**

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,267.00 |
|---|---|---|---|

**HOWARD & HOWARD**

**3800 HOWARD HUGHES PKWY SUITE 1000**

**Las Vegas, NV 89169**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred** _____

Basis for the claim: _____

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $671,032.00 |
|---|---|---|---|

**HYPORT DIGITAL N2**

**Po Box 208092**

**Dallas, TX 75320-8092**

☑ Contingent
☐ Unliquidated
☑ Disputed

**Date or dates debt was incurred** _____

Basis for the claim: _____

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,000.00 |
|---|---|---|---|

**INNOVATIVE REAL ESTATE STRATEGIES**

**2975 S RAINBOW BLVD STE J**

**Las Vegas, NV 89146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease arreargage**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,500.00 |
|---|---|---|---|

**JUSTIN PULLIAM**

**5786 STONEHEATH AVE**

**Las Vegas, NV 89139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **note payable**

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor   **NUMALE CORPORATION**
_____
Name

Case number *(if known)*   **25-10341-NMC**

---

| Part 2: | Additional Page |
|---------|-----------------|

---

**3.21** Nonpriority creditor's name and mailing address

**JUSTIN PULLIAM**

**5786 STONEHEATH AVE**

**Las Vegas, NV 89139**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **wages**

Is the claim subject to offset?
☑ No
☐ Yes

$52,500.00

---

**3.22** Nonpriority creditor's name and mailing address

**KALAMATA CAPITAL GROUP, LLC**

**c/o STEVEN BERKOVITCH
BERKOVITCH & BOUSKILA, PLLC**

**1545 US 202 SUITE 101**

**Pomona, NY 10970**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$70,000.00

---

**3.23** Nonpriority creditor's name and mailing address

**KMA BODILY**

**1200 John Q Hammons Dr Ste 500**

**Madison, WI 53717-2199**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$12,284.00

---

**3.24** Nonpriority creditor's name and mailing address

**KRAVIT HOVEL & KRAWCZYK**

**825 N JEFFERSON ST**

**Milwaukee, WI 53202**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

| Debtor | **NUMALE CORPORATION** | Case number *(if known)* | **25-10341-NMC** |
|---|---|---|---|
| | Name | | |

---

**Part 2:    Additional Page**

---

**3.25**  Nonpriority creditor's name and mailing address

**MAYFAIR MALL LLC**

**C/O BROOKFIELD PROPERTIES**

**POB 772816**

**Chicago, IL 60677-2816**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$4,300.00

---

**3.26**  Nonpriority creditor's name and mailing address

**MICHAEL E SANCHEZ**

**C/O LORI BENCOE, ESQ**

**9201 MONTGOMERY BLVD SUITE 404**

**Albuquerque, NM 87111**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

---

**3.27**  Nonpriority creditor's name and mailing address

**NEVADA NUMALE LLC**

**2600 N MAYFAIR RD STE 1140**

**WAUWATOSA, WI 53226**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$5,500.00

---

**3.28**  Nonpriority creditor's name and mailing address

**NMC ILLINOIS LLC**

**2600 N MAYFAIR RD STE 1140**

**WAUWATOSA, WI 53226**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,800.00

---

Debtor    **NUMALE CORPORATION**
Name                                                                  Case number *(if known)*    **25-10341-NMC**

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.29** Nonpriority creditor's name and mailing address

**NUMALE ALBUQUERQUE LLC**

**2600 N MAYFAIR RD STE 1140**

**WAUWATOSA, WI 53226**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,080,292.91

---

**3.30** Nonpriority creditor's name and mailing address

**PRIMO WATER**

**200 EAGLES LANDING BLVD**

**Lakeland, FL 33810**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$40.00

---

**3.31** Nonpriority creditor's name and mailing address

**THE LCF GROUP**

**LEGAL DEPARTMENT**

**3000 MARCUS AVE SUITE 2W15**

**New Hyde Park, NY 11042**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **MCA**

Is the claim subject to offset?
☑ No
☐ Yes

$370,000.00

---

**3.32** Nonpriority creditor's name and mailing address

**TOSOH BIOSCIENCE INC**

**Po Box 712415**

**Cincinnati, OH 45271-2415**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,498.40

---

Debtor     **NUMALE CORPORATION**
_____
Name

Case number *(if known)*     **25-10341-NMC**

**Part 2:    Additional Page**

| | | |
|---|---|---|
| **3.33** | Nonpriority creditor's name and mailing address | |

**3.33**

Nonpriority creditor's name and mailing address

WFNZ-FM

C/O SZABO ASSOCIATES

3355 LENOX ROAD NE SITE 945

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$16,864.00

**3.34**

Nonpriority creditor's name and mailing address

WYOMING OFFICE PARK LLC

C/O THE CASH LAW FIRM

POB 20718

Albuquerque, NM 87154

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

unknown

**3.35**

Nonpriority creditor's name and mailing address

YELP INC

Po Box 204393

Dallas, TX 75320-4393

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$27,343.00

Debtor    **NUMALE CORPORATION**                                    Case number *(if known)*    **25-10341-NMC**
_____
Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$30,350.00** |
| 5b. | **Total claims from Part 2** | 5b. **+** | **$3,623,688.23** |
| 5c. | **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$3,654,038.23** |

Fill in this information to identify the case:

Debtor name **NUMALE CORPORATION**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): **25-10341-NMC**

☑ Check if this is an amended filing

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑ Amended Schedule **B,D,E/F**

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/30/2025**
MM/ DD/ YYYY

X **/s/ BRAD PALUBICKI**
Signature of individual signing on behalf of debtor

**BRAD PALUBICKI**
Printed name

**PRESIDENT**
Position or relationship to debtor

Fill in this information to identify the case:

Debtor name **NUMALE CORPORATION**

United States Bankruptcy Court for the:

**District of Nevada**

Case number (if known): **25-10341-NMC**

☑ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

**1.    Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$39,442.36** |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$1,715,708.94** |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | **$2,626,866.83** |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2025** to Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** From **01/01/2024** to **12/31/2024**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY    MM/ DD/ YYYY | _____ | _____ |

| Debtor | **NUMALE CORPORATION** | | Case number *(if known)* | **25-10341-NMC** |
|---|---|---|---|---|
| | Name | | | |

| **Part 2:** | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **FOX FUNDING GROUP LLC** <br> Creditor's name <br><br> **POB 356** <br> Street <br><br> **c/o JOE LIEBERMAN LIEBERMAN AND KLESTZICK** <br><br> **Cedarhurst, NY 11516** <br> City          State     ZIP Code | | **$70,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ |
| 3.2. **AMERICAN EXPRESS** <br> Creditor's name <br><br> **Po Box 60189** <br> Street <br><br> <br> **City of Industry, CA 91716-0189** <br> City          State     ZIP Code | **11-29-24 to 12-12-24** | **$200,000.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☑ Other _____ |
| 3.3. **FORD MOTOR CREDIT CO** <br> Creditor's name <br><br> **4515 N Santa Fe Ave Dept Aps** <br> Street <br><br> <br> **Oklahoma City, OK 73118-7901** <br> City          State     ZIP Code | monthly | 4206.69 | ☑ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|

Debtor    **NUMALE CORPORATION**                                    Case number *(if known)*    **25-10341-NMC**
Name

4.1.    **possible transfers of security**                          **$0.00**
        **interests which have benefitted**
        **insider guarantors**
        Creditor's name

        _____
        Street

        _____

        _____
        City              State    ZIP Code

        | Relationship to debtor |
        |---|

        _____

---

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | _____ | _____ | _____ |

**6.    Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> City    State    ZIP Code | XXXX– __ __ __ __ | _____ | _____ |

---

**Part 3:** Legal Actions or Assignments

**7.    Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **3**

| Debtor | NUMALE CORPORATION | | Case number *(if known)* | 25-10341-NMC |
|---|---|---|---|---|
| | Name | | | |

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | NuMale Corp v N2 | digital advertising | Nevada District Court | ☑ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | | ☐ Concluded |
| | | | Street | |
| | | | | |
| | | | City            State    ZIP Code | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Sanchez v NuMale etc | tort | New Mexico state court | ☑ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | | ☐ Concluded |
| | | | Street | |
| | | | | |
| | | | City            State    ZIP Code | |

| 7.3. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Assandra v NuMale | | Nevada District Court | ☑ Pending |
| | | | Name | ☐ On appeal |
| | Case number | | | ☐ Concluded |
| | | | Street | |
| | | | | |
| | | | City            State    ZIP Code | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name | | |
| | | Case title | Court name and address |
| | Street | | |
| | | | Name |
| | | Case number | Street |
| | City            State    ZIP Code | | |
| | | Date of order or assignment | City            State    ZIP Code |

---

**Part 4:**  Certain Gifts and Charitable Contributions

**9.** List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

☑ None

Debtor  **NUMALE CORPORATION**                                Case number *(if known)*    **25-10341-NMC**

Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

_____

Street

_____

_____

City                State    ZIP Code

Recipient's relationship to debtor

_____

---

**Part 5:**   Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|---|
| | | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | | List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | | |

---

**Part 6:**   Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❏ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **Riggi, David A.** | **attorney retainer not including filng fee** | **01/16/2025** | **$7,500.00** |

Address

**7900 W Sahara Ave Suite 100**

Street

**Las Vegas, NV 89117**

City                State    ZIP Code

Email or website address

_____

Who made the payment, if not debtor?

**NuMale Corporation**

---

Debtor  **NUMALE CORPORATION**                                          Case number *(if known)*  __25-10341-NMC__
_____Name_____

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Trustee** | | | |
| | _____ | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | _____ | _____ | _____ | _____ |
| | **Address** | | | |
| | _____ | | | |
| | Street | | | |
| | _____ | | | |
| | City          State    ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | _____ | | | |

**Part 7:**  Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| | Address | Dates of occupancy |
|---|---|---|
| 14.1. | _____ | From _____ To _____ |
| | Street | |
| | _____ | |
| | City          State    ZIP Code | |

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____<br>Facility name<br><br>_____<br>Street<br><br>_____<br>City          State    ZIP Code | _____<br><br>**Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider.<br><br>_____ | _____<br><br>**How are records kept?**<br><br>*Check all that apply:*<br>☐ Electronically<br><br>☐ Paper |

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes.

**We may collect certain types of Protected Health Information (PHI) under HIPAA, depending on the services provided. This may include patient identifiers such as name, address, phone number, email address, Social Security number, medical record number, health plan beneficiary number, account numbers, certificate or license numbers, full-face photographs or comparable images, and other unique identifying numbers or characteristics. Additionally, we may collect health information such as doctor's notes, diagnoses, test results, treatment records, prescription details, surgery reports, mental health conditions, immunization records, and any information shared during doctor-patient interactions. The specific PHI collected varies based**

State the nature of the information collected and retained. **on individual patient needs and services rendered.**

Does the debtor have a privacy policy about that information?

☐ No

☑ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Debtor    **NUMALE CORPORATION**                                         Case number *(if known)*        **25-10341-NMC**
Name

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
|  | EIN: _ _ – _ _ _ _ _ _ _ |

Has the plan been terminated?

☐ No

☐ Yes

---

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 **FORTIFI BANK**<br>Name<br>**1330 Montondon Ave**<br>Street<br><br>**Waunakee, WI 53597-2662**<br>City        State    ZIP Code | XXXX– **1  2  2  2** | ☑Checking<br>☐Savings<br>☐Money market<br>☐Brokerage<br>☐Other<br>_____ | **02/12/2025** | **$452.64** |
| 18.2 **WELLS FARGO**<br>Name<br>**4182 BLUE DIAMOND RD**<br>Street<br><br>**Las Vegas, NV 89139**<br>City        State    ZIP Code | XXXX– **5  6  8  0** | ☑Checking<br>☐Savings<br>☐Money market<br>☐Brokerage<br>☐Other | **06/03/2024** | **$25.02** |
| 18.3 **WELLS FARGO**<br>Name<br>**4182 Blue Diamond Rd**<br>Street<br><br>**Las Vegas, NV 89139-7717**<br>City        State    ZIP Code | XXXX– **6  1  1  3** | ☐Checking<br>☑Savings<br>☐Money market<br>☐Brokerage<br>☐Other<br>_____ | **06/03/2024** | **$50.00** |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    **NUMALE CORPORATION**                                                        Case number *(if known)*    **25-10341-NMC**
Name

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | Name | | | ☐ No |
| | Street | | | ☐ Yes |
| | | **Address** | | |
| | City          State     ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | **PUBLIC STORAGE** <br> Name <br> **7285 E Speedway Blvd** <br> Street <br> **Tucson, AZ 85710** <br> City          State     ZIP Code | **Address** | 10 patient room chairs, 8 waiting room chairs, 5 patient exam beds, one procedure chair, 10 rolling desk chairs, 2 desks, one conference room table, 2 full-size fridges, 6 computer monitors, one AED machine, miscellaneous boxes of | ☑ No <br> ☐ Yes |
| 20.2 | **TOWNE STORAGE** <br> Name <br> **6995 W DEWEY DR** <br> Street <br> **Las Vegas, NV 89113** <br> City          State     ZIP Code | **Address** | **Description of the contents** <br> disposables, 2 file cabinets, one fireproof file cabinet, 2 drawers, 1 full-size exam bed, one desk, 1 autoclave, 8 rolling bar stools, one fridge freezer, a floor copier printer, patient exam beds, phones, miscellaneous boxes of office supplies, telephones and small electronics as well as office decor, autoclave, rolling stools, patient reception chairs. | **Does debtor still have it?** <br> ☐ No <br> ☑ Yes |

**Part 11:** Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City          State     ZIP Code | | | |

| Debtor | NUMALE CORPORATION | Case number *(if known)* | 25-10341-NMC |
|---|---|---|---|
| | Name | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| **Case number** | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | City          State    ZIP Code | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

| Debtor | NUMALE CORPORATION | Case number *(if known)* | 25-10341-NMC |
|---|---|---|---|
| | Name | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |

25.1. **Please see attached breakdown of affiliated entity ownerships**
Name

_____
Street

_____

_____
City          State     ZIP Code

EIN: _ _ – _ _ _ _ _ _ _

**Dates business existed**

From _____   To _____

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **KMA** <br> Name <br> **1200 John Q Hammons Dr** <br> Street <br> **Madison, WI 53717-1959** <br> City          State     ZIP Code | From **08/11/2024**   To _____ |
| 26a.2. **NUMALE CORPORATION** <br> Name <br> **6590 S RAINBOW BLVD SUITE 250** <br> Street <br> **Las Vegas, NV 89118** <br> City          State     ZIP Code | From **4/28/2014**   To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1. <br> _____ <br> Name <br> _____ <br> Street <br> _____ <br> City          State     ZIP Code | From _____   To _____ |

Debtor  **NUMALE CORPORATION**                                                          Case number *(if known)*  **25-10341-NMC**
Name

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. | |
| **NUMALE CORPORATION** | _____ |
| Name | |
| **6590 S RAINBOW BLVD SUITE 250** | _____ |
| Street | |
| _____ | |
| **Las Vegas, NV 89118** | |
| City                State            ZIP Code | |

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| 26d.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                State            ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| _____ |
| Name |
| _____ |
| Street |
| _____ |
| City                State            ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brad Palubicki** | **9 Paradise Valley Court Las Vegas, NV 89139** | **President ,** | **36.37%** |
| **Dr. Carlos Feliciano** | **N69 w29753 Hartland, WI 53029** | **VP/Secretary ,** | **36.37%** |
| **Justin Pulliam** | | **VP ,** | **27.27%** |

Debtor  **NUMALE CORPORATION**                                      Case number *(if known)*   **25-10341-NMC**

Name

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ , | _____ | From _____ |
|  |  |  | To _____ |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Brad Palubicki**<br>Name<br>**9 Paradise Valley Ct**<br>Street<br><br>**Henderson, NV 89052-6706**<br>City          State          ZIP Code<br><br>Relationship to debtor<br><br>**President** | **$176922.90** | **1-26-24 thru12-13-24** | **wages and/or other payments** |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.2. **Dr, Carlos Feliciano**<br>Name<br>**N69 W29753**<br>Street<br><br>**Ridgeview Ct, WI 53029**<br>City          State          ZIP Code<br><br>Relationship to debtor<br><br>**VP/Secretary** | **$169,422.90** | **1-26-24 thru 12-13-24** | **wages and/or other payments** |

Debtor  **NUMALE CORPORATION**                              Case number *(if known)*      **25-10341-NMC**
Name

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.3. **JUSTIN PULLIAM** | $177,500.92 | **1-26-24 thru** | **wages and/or** |
| Name | | **1-6-25** | **other payments** |

Street

City                          State          ZIP Code

Relationship to debtor

**VP**

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN:  _ _ – _ _ _ _ _ _ _ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN:  _ _ – _ _ _ _ _ _ _ |

## Part 14:  Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **04/30/2025**
                MM/ DD/ YYYY

**X** **/s/ BRAD PALUBICKI**                    Printed name              **BRAD PALUBICKI**
   Signature of individual signing on behalf of the debtor

Position or relationship to debtor        **PRESIDENT**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☑ No

☐ Yes