**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: ) | Case No. 25-10341-NMC |
| ) | Chapter 11 |
| NUMALE CORPORATION, ) | |
| ) | **LEAD CASE** |
| Debtor in Possession. ) | Jointly Administered with: |
| ) | |
| In re: ) | |
| ) | Case No. 25-10342-NMC |
| FELICIANO NUMALE NEVADA PLLC, ) | Chapter 11 |
| ) | |
| Debtor in Possession. ) | |
| ) | |
| In re: ) | |
| affects this case   X  ) | Case No. 25-10343-NMC |
| NUMEDICAL SC, ) | Chapter 11 |
| ) | |
| Debtor in Possession. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 25-10344-NMC |
| NUMALE COLORADO SC, ) | Chapter 11 |
| ) | |
| Debtor in Possession. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 25-10345-NMC |
| NUMALE FLORIDA PLLC, ) | Chapter 11 |
| ) | |
| Debtor in Possession. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 25-10346-NMC |
| NUMALE NEBRASKA LLC, ) | Chapter 11 |
| ) | |
| Debtor in Possession. ) | |
| ) | |
| In re: ) | |
| ) | Case No. 25-10347-NMC |
| NUMALE NEW MEXICO SC, ) | Chapter 11 |
| ) | |
| Debtor in Possession. ) | |

# AMENDMENTS TO SCHEDULES AND/OR STATEMENTS

**Fill in this information to identify the case:**

Debtor name: **NUMEDICAL SC**

United States Bankruptcy Court for the: District of **Nevada**
(State)

Case number (if known): **25-10343-NMC**

☑ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Creditor's name**<br>NEWTEK LENDING<br><br>**Creditor's mailing address**<br>1981 MARCUS AVENUE STE 130<br>New Hyde Park, NY 11042<br><br>**Creditor's email address, if known**<br><br>**Date debt was incurred**<br>**Last 4 digits of account number** _ _ _ _<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor, and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Accounts receivable under 90 days<br><br>**Describe the lien**<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,000,000.00 | $94,000.00 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $5,000,000.00

Official Form 206D    Schedule D: Creditors Who Have Claims Secured by Property    page **1** of **2**

Debtor **NUMEDICAL SC**        Case number (if known) **25-10343-NMC**
    Name

### Part 2:  List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **SMALL BUSINESS ADMINISTRATION**<br>**409 3RD STREET SW**<br>**Washington, DC 20416** | Line 2. **1** | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |

Form 206D      Official Part 2 of **Schedule D: Creditors Who Have Claims Secured by Property**      page **2** of **2**

Fill in this information to identify the case:

Debtor name __**NUMEDICAL SC**__

United States Bankruptcy Court for the:
__**District of Nevada**__

Case number (if known): __**25-10343-NMC**__

☑ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims  12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | **Total claim** | **Priority amount** |
|---|---|---|---|

**2.1**
**Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**2.2**
**Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

Debtor **NUMEDICAL SC** _____ Case number *(if known)* **25-10343-NMC**
      Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1** Nonpriority creditor's name and mailing address
**ELAVON**
c/o TIMOTHY F. FROST, ESQ.
7300 CHAPMAN HIGHWAY
Knoxville, TN 37920

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Amount: **unknown**

**3.2** Nonpriority creditor's name and mailing address
**FOX FUNDING GROUP LLC**
c/o JOE LIEBERMAN
LIEBERMAN AND KLESTZICK
POB 356
Cedarhurst, NY 11516

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **MCA**
Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Amount: **$70,000.00**

**3.3** Nonpriority creditor's name and mailing address
**GOOD KARMA BRANDS - WTMJ AM**
POB 8609
Carol Stream, IL 60197-8609

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____
Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Amount: **$2,585.00**

**3.4** Nonpriority creditor's name and mailing address
**KALAMATA CAPITAL GROUP, LLC**
c/o STEVEN BERKOVITCH
BERKOVITCH & BOUSKILA, PLLC
1545 US 202 SUITE 101
Pomona, NY 10970

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

Basis for the claim: **MCA**
Is the claim subject to offset?
☑ No
☐ Yes

Date or dates debt was incurred _____
Last 4 digits of account number __ __ __ __

Amount: **$70,000.00**

Debtor  **NUMEDICAL SC**   Case number *(if known)*  **25-10343-NMC**
Name

### Part 2: Additional Page

**3.5 Nonpriority creditor's name and mailing address**
KMA BODILLY CPA3809
1200 John Q Hammons Dr SUITE 500
Madison, WI 53717-2199

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,809.00

---

**3.6 Nonpriority creditor's name and mailing address**
LAMAR COMPANIES
POB 96030
Baton Rouge, LA 70896

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$48,666.00

---

**3.7 Nonpriority creditor's name and mailing address**
LAMAR COMPANIES
POB 746966
Atlanta, GA 30374-6966

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$48,666.00

---

**3.8 Nonpriority creditor's name and mailing address**
MAYFAIR MALL LLC
C/O BROOKFIELD PROPERTIES
POB 772816
Chicago, IL 60677

Date or dates debt was incurred
Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Lease**

Is the claim subject to offset?
☑ No
☐ Yes

$28,000.00

---

Debtor **NUMEDICAL SC**     Case number *(if known)* **25-10343-NMC**
    Name

### Part 2: Additional Page

---

**3.9** **Nonpriority creditor's name and mailing address**
MAYFAIR MALL LLC
C/O BROOKFIELD PROPERTIES
POB 772816
Chicago, IL 60677-2816

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$9,626.00

---

**3.10** **Nonpriority creditor's name and mailing address**
MID-WEST FAMILY MADISON
7 03 RAYOVAC DRIVE
Madison, WI 53711

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,012.00

---

**3.11** **Nonpriority creditor's name and mailing address**
NUMALE CORPORATION
2600 N MAYFAIR RD STE 1140
WAUWATOSA, WI 53226

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$7,167.21

---

**3.12** **Nonpriority creditor's name and mailing address**
NUMALE NEW MEXICO SC
2600 N MAYFAIR RD STE 1140
WAUWATOSA, WI 53226

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$12,500.00

---

Debtor **NUMEDICAL SC**     Case number *(if known)* **25-10343-NMC**
    Name

### Part 2: Additional Page

**3.13** **Nonpriority creditor's name and mailing address**
THE LCF GROUP
LEGAL DEPARTMENT
3000 MARCUS AVE SUITE 2W15
New Hyde Park, NY 11042

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** MCA

**Is the claim subject to offset?**
☑ No
☐ Yes

$370,000.00

---

**3.14** **Nonpriority creditor's name and mailing address**
TOSOH BIOSCIENCE, INC
3600 GANTZ ROAD
Grove City, OH 43123

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,208.00

---

**3.15** **Nonpriority creditor's name and mailing address**
WITI
POB 7410059
Chicago, IL 60674-5059

Date or dates debt was incurred
Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** ___

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,500.00

Debtor  **NUMEDICAL SC**                                                  Case number *(if known)*  **25-10343-NMC**
       Name

## Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

|     |     | **Total of claim amounts** |
| --- | --- | --- |
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b.  + | $684,739.21 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $684,739.21 |

Fill in this information to identify the case:

Debtor name __**NUMEDICAL SC**__

United States Bankruptcy Court for the: __**District of Nevada**__

Case number (if known): __**25-10343-NMC**__

☑ Check if this is an amended filing

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑ *Amended Schedule* __D,E/F__

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**04/30/2025**__
MM/ DD/ YYYY

X __/s/ BRAD PALUBICKI__
Signature of individual signing on behalf of debtor

__BRAD PALUBICKI__
Printed name

__AUTHORIZED SIGNATORY / RESPONSIBLE PERSON__
Position or relationship to debtor

Official Form B202          Declaration Under Penalty of Perjury for Non-Individual Debtors