**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>    Debtor in Possession. | Case No. 25-10341-NMC<br>Chapter 11<br><br>**LEAD CASE**<br>Jointly Administered with: |
| In re:<br><br>FELICIANO NUMALE NEVADA PLLC,<br><br>    Debtor in Possession. | Case No. 25-10342-NMC<br>Chapter 11 |
| In re:<br><br>NUMEDICAL SC,<br><br>    Debtor in Possession. | Case No. 25-10343-NMC<br>Chapter 11 |
| In re:<br><br>NUMALE COLORADO SC,<br><br>    Debtor in Possession. | Case No. 25-10344-NMC<br>Chapter 11 |
| In re:<br>                                affects this case  X<br>NUMALE FLORIDA PLLC,<br><br>    Debtor in Possession. | Case No. 25-10345-NMC<br>Chapter 11 |
| In re:<br><br>NUMALE NEBRASKA LLC,<br><br>    Debtor in Possession. | Case No. 25-10346-NMC<br>Chapter 11 |
| In re:<br><br>NUMALE NEW MEXICO SC,<br><br>    Debtor in Possession. | Case No. 25-10347-NMC<br>Chapter 11 |

# AMENDMENTS TO SCHEDULES AND/OR STATEMENTS

**Fill in this information to identify the case:**

Debtor name: **NUMALE FLORIDA TB PLLC**

United States Bankruptcy Court for the: District of **Nevada**
(State)

Case number (if known): **25-10345-NMC**

☑ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

   *Column A* — **Amount of claim** Do not deduct the value of collateral.
   *Column B* — **Value of collateral that supports this claim**

   **2.1 Creditor's name**
   NEWTEK LENDING

   **Describe debtor's property that is subject to a lien**
   Accounts receivable under 90 days

   Column A: $5,000,000.00
   Column B: $25,000.00

   **Creditor's mailing address**
   1981 MARCUS AVENUE STE 130
   New Hyde Park, NY 11042

   **Describe the lien**
   sba

   **Is the creditor an insider or related party?**
   ☑ No
   ☐ Yes

   **Creditor's email address, if known**

   **Date debt was incurred**

   **Is anyone else liable on this claim?**
   ☑ No
   ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

   **Last 4 digits of account number**

   **As of the petition filing date, the claim is:**
   Check all that apply.
   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

   **Do multiple creditors have an interest in the same property?**
   ☑ No
   ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

   $5,000,000.00

Debtor **NUMALE FLORIDA TB PLLC**
Name

Case number (if known) **25-10345-NMC**

### Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **SMALL BUSINESS ADMINISTRATION**<br>**409 3RD STREET SW**<br>**Washington, DC 20416** | Line 2. **1** | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name: **NUMALE FLORIDA TB PLLC**

United States Bankruptcy Court for the: **District of Nevada**

Case number (if known): **25-10345-NMC**

☑ Check if this is an amended filing

# Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | Total claim | Priority amount |
|-----|-----|-------------|-----------------|

**2.1**

**Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

**2.2**

**Priority creditor's name and mailing address**

_____

_____

_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) ___

Debtor  **NUMALE FLORIDA TB PLLC**     Case number *(if known)* **25-10345-NMC**
    Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

                **Amount of claim**

**3.1** **Nonpriority creditor's name and mailing address**

DLP Funding LLC

c/o/ Law Offoce of Jacob Z Weinstein

420 Central Ave Ste 301

Cedarhurst, NY 11516-1000

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** MCA

**Is the claim subject to offset?**
☑ No
☐ Yes

**$200,000.00**

**3.2** **Nonpriority creditor's name and mailing address**

ELAVON

c/o TIMOTHY F. FROST, ESQ.

7300 CHAPMAN HIGHWAY

Knoxville, TN 37920

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**unknown**

**3.3** **Nonpriority creditor's name and mailing address**

EVEREST BUSINESS FUNDING

102 W 38TH STREET 6TH FLOOR

New York, NY 10018

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** MCA

**Is the claim subject to offset?**
☑ No
☐ Yes

**$32,000.00**

**3.4** **Nonpriority creditor's name and mailing address**

FELICIANO NUMALE NEVADA PLLC

2600 N MAYFAIR RD STE 1140

WAUWATOSA, WI 53226

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

**$14,500.00**

Debtor **NUMALE FLORIDA TB PLLC**  
     Name

Case number *(if known)* **25-10345-NMC**

### Part 2: Additional Page

---

**3.5** **Nonpriority creditor's name and mailing address**  
FOX FUNDING GROUP LLC  
c/o JOE LIEBERMAN  
LIEBERMAN AND KLESTZICK  
POB 356  
Cedarhurst, NY 11516  

Date or dates debt was incurred  _____  
Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed  

**Basis for the claim:** MCA  

**Is the claim subject to offset?**  
☑ No  
☐ Yes  

$70,000.00

---

**3.6** **Nonpriority creditor's name and mailing address**  
GILBERT PRITT  
17133 HOLLY WELL AVE  
Wimauma, FL 33598  

Date or dates debt was incurred  _____  
Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☑ Unliquidated  
☐ Disputed  

**Basis for the claim:** _____  

**Is the claim subject to offset?**  
☑ No  
☐ Yes  

$8,000.00

---

**3.7** **Nonpriority creditor's name and mailing address**  
KMA BODILLY CPA  
1200 John Q Hammons Dr SUITE 500  
Madison, WI 53717-2199  

Date or dates debt was incurred  _____  
Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _____  

**Is the claim subject to offset?**  
☑ No  
☐ Yes  

$3,063.00

---

**3.8** **Nonpriority creditor's name and mailing address**  
NUMALE CORPORATION  
2600 N MAYFAIR RD STE 1140  
WAUWATOSA, WI 53226  

Date or dates debt was incurred  _____  
Last 4 digits of account number  ___ ___ ___ ___

**As of the petition filing date, the claim is:**  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

**Basis for the claim:** _____  

**Is the claim subject to offset?**  
☑ No  
☐ Yes  

$2,157,301.19

---

Debtor  **NUMALE FLORIDA TB PLLC**                                      Case number *(if known)*  **25-10345-NMC**
         Name

### Part 2:  Additional Page

---

**3.9**  **Nonpriority creditor's name and mailing address**
STERICYCLE

POB 6575

Carol Stream, IL 60197-6575

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$229.00

---

**3.10**  **Nonpriority creditor's name and mailing address**
TAMPA WESTSHORE 500 LLC

C/O THE GREEN COMPANIES, INC

9155 S Dadeland Blvd Ste 1812

Miami, FL 33156-2742

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** Lease

**Is the claim subject to offset?**
☑ No
☐ Yes

unknown

---

**3.11**  **Nonpriority creditor's name and mailing address**
TAMPA WESTSHORE 500 LLC

C/O THE GREEN COMPANIES, INC

9155 S Dadeland Blvd Ste 1812

Miami, FL 33156-2742

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,498.00

---

**3.12**  **Nonpriority creditor's name and mailing address**
THE LCF GROUP

LEGAL DEPARTMENT

3000 MARCUS AVE SUITE 2W15

New Hyde Park, NY 11042

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** MCA

**Is the claim subject to offset?**
☑ No
☐ Yes

$370,000.00

---

Debtor **NUMALE FLORIDA TB PLLC**     Case number *(if known)* **25-10345-NMC**
        Name

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $2,866,591.19 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $2,866,591.19 |

Fill in this information to identify the case:

Debtor name: **NUMALE FLORIDA TB PLLC**

United States Bankruptcy Court for the: **District of Nevada**

Case number (if known): **25-10345-NMC**

☑ Check if this is an amended filing

## Official Form 202
### Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑ *Amended Schedule* **B. D E/F**

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/30/2025**
MM/ DD/ YYYY

X **/s/ BRAD PALUBICKI**
Signature of individual signing on behalf of debtor

**BRAD PALUBICKI**
Printed name

**AUTHORIZED SIGNATORY / RESPONSIBLE PERSON**
Position or relationship to debtor