UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>　　　　Debtor in Possession. | Case No. 25-10341-NMC<br>Chapter 11<br><br>**LEAD CASE**<br>Jointly Administered with: |
| In re:<br><br>FELICIANO NUMALE NEVADA PLLC,<br><br>　　　　Debtor in Possession. | Case No. 25-10342-NMC<br>Chapter 11 |
| In re:<br><br>NUMEDICAL SC,<br><br>　　　　Debtor in Possession. | Case No. 25-10343-NMC<br>Chapter 11 |
| In re:<br><br>NUMALE COLORADO SC,<br><br>　　　　Debtor in Possession. | Case No. 25-10344-NMC<br>Chapter 11 |
| In re:<br><br>NUMALE FLORIDA PLLC,<br><br>　　　　Debtor in Possession. | Case No. 25-10345-NMC<br>Chapter 11 |
| In re:<br><br>NUMALE NEBRASKA LLC,<br><br>　　　　Debtor in Possession. | Case No. 25-10346-NMC<br>Chapter 11 |
| In re:<br><br>　　　　affects this case   X<br>NUMALE NEW MEXICO SC,<br><br>　　　　Debtor in Possession. | Case No. 25-10347-NMC<br>Chapter 11 |

# AMENDMENTS TO SCHEDULES AND/OR STATEMENTS

**Fill in this information to identify the case:**

Debtor Name: **NUMALE NEW MEXICO SC**

United States Bankruptcy Court for the: District of **Nevada** (State)

Case number (If known): **25-10347-NMC**

☑ Check if this is an amended filing

**Official Form 206A/B**

# Schedule A/B: Assets — Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

## Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

2. **Cash on hand** — **$244.20**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1. **Chase** | **Checking account** | __ __ __ __ | **$9,558.84** |
   | 3.2. **FortifiBank** | **Checking account** | __ __ __ __ | **$1,319.39** |

4. **Other cash equivalents** *(Identify all)*

   | 4.1 **ELAVON** | **$6,879.00** |
   |---|---|

5. **Total of Part 1** — **$18,001.43**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

## Part 2: Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

   | | Current value of debtor's interest |
   |---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1 _____  _____

Debtor  **NUMALE NEW MEXICO SC**  
Name

Case number *(if known)* 25-10347-NMC

7.2 _____   _____

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

   8.1 _____   _____

   8.2 _____   _____

9. **Total of Part 2**

   Add lines 7 through 8. Copy the total to line 81.

## Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No. Go to Part 4.
    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

11. **Accounts receivable**

    11a. 90 days old or less:  **unknown** − **unknown** =....→   $73,000.00
                              face amount    doubtful or uncollectible accounts

    11b. Over 90 days old: _____ − _____ =....→   _____
                           face amount    doubtful or uncollectible accounts

12. **Total of Part 3**

    Current value on lines 11a + 11b = line 12. Copy the total to line 82.   $73,000.00

## Part 4: Investments

13. **Does the debtor own any investments?**

    ☑ No. Go to Part 5.
    ☐ Yes. Fill in the information below.

    | | Valuation method used for current value | Current value of debtor's interest |

14. **Mutual funds or publicly traded stocks not included in Part 1**

    Name of fund or stock:

    14.1 _____   _____   _____

    14.2 _____   _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                                        % of ownership:

    15.1 _____   _____   _____   _____

    15.2 _____   _____   _____   _____

Debtor **NUMALE NEW MEXICO SC**            Case number *(if known)* **25-10347-NMC**
     Name

---

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

    16.1 _____

    16.2 _____

17. **Total of Part 4**

    Add lines 14 through 16. Copy the total to line 83.

### Part 5: Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☑ No. Go to Part 6.
    ☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** <br> _____ | MM / DD / YYYY | | | |
| 20. **Work in progress** <br> _____ | MM / DD / YYYY | | | |
| 21. **Finished goods, including goods held for resale** <br> _____ | MM / DD / YYYY | | | |
| 22. **Other inventory or supplies** <br> _____ | MM / DD / YYYY | | | |

23. **Total of Part 5**

    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**

    ☑ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

    ☑ No
    ☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

Debtor **NUMALE NEW MEXICO SC**      Case number *(if known)* **25-10347-NMC**
      Name

---

**27.** **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.** **Crops—either planted or harvested** | | | |
| **29.** **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| **30.** **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| **31.** **Farm and fishing supplies, chemicals, and feed** | | | |
| **32.** **Other farming and fishing-related property not already listed in Part 6** | | | |

**33.** **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

**34.** **Is the debtor a member of an agricultural cooperative?**

☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

**35.** **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____ Valuation method _____ Current value _____

**36.** **Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No
☐ Yes

**37.** **Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 7:** | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38.** **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.
☐ Yes. Fill in the information below.

---

Official Form 206A/B      Schedule A/B: Assets — Real and Personal Property      page **4**

Debtor  **NUMALE NEW MEXICO SC**                                            Case number *(if known)* **25-10347-NMC**
        Name

|     | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|-----|---------------------|---|---|---|
| 39. | **Office furniture** | | | |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
|     | 42.1 | | | |
|     | 42.2 | | | |
|     | 42.3 | | | |

43. **Total of Part 7**
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ☑ No
    ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**
    ☑ No. Go to Part 9.
    ☐ Yes. Fill in the information below.

|     | General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|-----|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
|     | 47.1 | | | |
|     | 47.2 | | | |
|     | 47.3 | | | |
|     | 47.4 | | | |

Official Form 206A/B                    Schedule A/B: Assets — Real and Personal Property                    page **5**

Debtor **NUMALE NEW MEXICO SC**  Case number *(if known)* 25-10347-NMC
      Name

48. **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

    48.1 _____

    48.2 _____

49. **Aircraft and accessories**

    49.1 _____

    49.2 _____

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

    _____

51. **Total of Part 8**

    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

### Part 9: Real property

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☑ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **lease/sublease /** 7920 Wyoming Blvd Ne Ste B2 Albuquerque, NM 87109-6020 | **lease/sublease** | **unknown** | | **unknown** |

56. **Total of Part 9**

    Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

    ☑ No
    ☐ Yes

Debtor  **NUMALE NEW MEXICO SC**  Case number *(if known)* 25-10347-NMC
      Name

---

| | | |
|---|---|---|
| 58. | **Has any of the property listed in Part 9 been appraised by a professional within the last year?** | |
| | ☑ No | |
| | ☐ Yes | |

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| customer lists | unknown | | unknown |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66. **Total of Part 10**
Add lines 60 through 65. Copy the total to line 89.

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☐ No
☑ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

**Part 11:    All other assets**

---

Debtor **NUMALE NEW MEXICO SC**  Case number *(if known)* **25-10347-NMC**
        Name

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.
    ☑ Yes. Fill in the information below.

    **Current value of debtor's interest**

71. **Notes receivable**

    Description (include name of obligor)

    _____  _____  −  _____  = →  _____
                            Total face amount    doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____  Tax year _____  _____
    _____  Tax year _____  _____
    _____  Tax year _____  _____

73. **Interests in insurance policies or annuities**

    _____                        _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

    claim(s) against other affiliate(s)                                  unknown

    **Nature of claim**     inter-affilate claims

    **Amount requested**    unknown

    claim for bad faith insurance and malpractice re Sanchez case        unknown

    **Nature of claim**     _____

    **Amount requested**    unknown

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

    _____                        _____

    **Nature of claim**     _____

    **Amount requested**    _____

76. **Trusts, equitable or future interests in property**

    _____                        _____

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

    _____                        _____
    _____                        _____

Official Form 206A/B          Schedule A/B: Assets — Real and Personal Property          page **8**

Debtor  **NUMALE NEW MEXICO SC**　　　　　　　　　　　　　Case number *(if known)* __25-10347-NMC__
　　　　　Name

78. **Total of Part 11**

    Add lines 71 through 77. Copy the total to line 90.

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $18,001.43 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $73,000.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | | |
| 88. **Real property.** *Copy line 56, Part 9.* ......... ➔ | | unknown |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | unknown | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*............91a. | $91,001.43 | + 91b. |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................ | | $91,001.43 |

**Fill in this information to identify the case:**

Debtor name: **NUMALE NEW MEXICO SC**

United States Bankruptcy Court for the: District of **Nevada**
(State)

Case number (if known): **25-10347-NMC**

☑ Check if this is an amended filing

**Official Form 206D**

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☑ Yes. Fill in all of the information below.

## Part 1: List Creditors Who Have Secured Claims

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

*Column A* — **Amount of claim** Do not deduct the value of collateral.

*Column B* — **Value of collateral that supports this claim**

**2.1 Creditor's name**
NEWTEK LENDING

**Creditor's mailing address**
1981 MARCUS AVENUE STE 130
New Hyde Park, NY 11042

**Creditor's email address, if known**

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
- ☑ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to a lien**
Accounts receivable under 90 days

**Describe the lien**

**Is the creditor an insider or related party?**
- ☑ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☑ No
- ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

$5,000,000.00   $73,000.00

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   $5,000,000.00

Debtor __NUMALE NEW MEXICO SC__     Case number (if known) __25-10347-NMC__
      Name

# Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **SMALL BUSINESS ADMINISTRATION**<br>**409 3RD STREET SW**<br>**Washington, DC 20416** | Line 2. __1__ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |

Fill in this information to identify the case:

Debtor name __**NUMALE NEW MEXICO SC**__

United States Bankruptcy Court for the: __**District of Nevada**__

Case number (if known): __**25-10347-NMC**__

☑ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims   12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☑ No. Go to Part 2.
   ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|     |     | **Total claim** | **Priority amount** |
|-----|-----|-----------------|---------------------|

**2.1**
Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

**2.2**
Priority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☐ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___

Debtor  **NUMALE NEW MEXICO SC**                                              Case number *(if known)*  **25-10347-NMC**
        Name

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

| | | | |
|---|---|---|---|
| **3.1** | **Nonpriority creditor's name and mailing address**<br>DLP Funding LLC<br>c/o/ Law Offoce of Jacob Z Weinstein<br>420 Central Ave Ste 301<br>Cedarhurst, NY 11516-1000<br><br>Date or dates debt was incurred  _____<br>Last 4 digits of account number  __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** MCA<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$200,000.00** |
| **3.2** | **Nonpriority creditor's name and mailing address**<br>ELAVON<br>c/o TIMOTHY F. FROST, ESQ.<br>7300 CHAPMAN HIGHWAY<br>Knoxville, TN 37920<br><br>Date or dates debt was incurred  _____<br>Last 4 digits of account number  __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>**Basis for the claim:** _____<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **unknown** |
| **3.3** | **Nonpriority creditor's name and mailing address**<br>FOX FUNDING GROUP LLC<br>c/o JOE LIEBERMAN<br>LIEBERMAN AND KLESTZICK<br>POB 356<br>Cedarhurst, NY 11516<br><br>Date or dates debt was incurred  _____<br>Last 4 digits of account number  __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** MCA<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$70,000.00** |
| **3.4** | **Nonpriority creditor's name and mailing address**<br>KALAMATA CAPITAL GROUP, LLC<br>c/o STEVEN BERKOVITCH<br>BERKOVITCH & BOUSKILA, PLLC<br>1545 US 202 SUITE 101<br>Pomona, NY 10970<br><br>Date or dates debt was incurred  _____<br>Last 4 digits of account number  __ __ __ __ | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☑ Contingent<br>☑ Unliquidated<br>☑ Disputed<br>**Basis for the claim:** MCA<br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **$70,000.00** |

Debtor  **NUMALE NEW MEXICO SC**  Case number *(if known)* **25-10347-NMC**

### Part 2: Additional Page

---

**3.5 Nonpriority creditor's name and mailing address**
KMA BODILLY CPA
1200 John Q Hammons Dr SUITE 500
Madison, WI 53717-2199

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$3,305.00**

---

**3.6 Nonpriority creditor's name and mailing address**
NUMALE COLORADO SC
2600 N MAYFAIR RD STE 1140
WAUWATOSA, WI 53226

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$2,000.00**

---

**3.7 Nonpriority creditor's name and mailing address**
NUMALE CORPORATION
2600 N MAYFAIR RD STE 1140
WAUWATOSA, WI 53226

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☑ No
☐ Yes

**$15,264.44**

---

**3.8 Nonpriority creditor's name and mailing address**
Proventure dba Top Tier
500 W Putnam Ave Ste 1c
Greenwich, CT 06830-2947

Date or dates debt was incurred
Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:** MCA

**Is the claim subject to offset?**
☑ No
☐ Yes

**$260,000.00**

---

Debtor **NUMALE NEW MEXICO SC**  
     Name

Case number *(if known)* **25-10347-NMC**

### Part 2: Additional Page

---

**3.9** Nonpriority creditor's name and mailing address  
THE LCF GROUP  
LEGAL DEPARTMENT  
3000 MARCUS AVE SUITE 2W15  
New Hyde Park, NY 11042  

Date or dates debt was incurred  
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:  
*Check all that apply.*  
☑ Contingent  
☑ Unliquidated  
☑ Disputed  

Basis for the claim: _____  
Is the claim subject to offset?  
☑ No  
☐ Yes

$155,000.00

---

**3.10** Nonpriority creditor's name and mailing address  
TOSOH BIOSCIENCE, INC  
3600 GANTZ ROAD  
Grove City, OH 43123  

Date or dates debt was incurred  
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: _____  
Is the claim subject to offset?  
☑ No  
☐ Yes

$1,292.00

---

**3.11** Nonpriority creditor's name and mailing address  
WYOMING OFFICE PARK LLC  
C/O BRUNACINI COMPANIES  
POB 6363  
Albuquerque, NM 87197  

Date or dates debt was incurred  
Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:  
*Check all that apply.*  
☐ Contingent  
☐ Unliquidated  
☐ Disputed  

Basis for the claim: Lease  
Is the claim subject to offset?  
☑ No  
☐ Yes

$2,375.00

---

Debtor **NUMALE NEW MEXICO SC**     Case number *(if known)* **25-10347-NMC**
      Name

### Part 4: Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. + | $779,236.44 |
| 5c. **Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $779,236.44 |

Fill in this information to identify the case:

Debtor name: **NUMALE NEW MEXICO SC**

United States Bankruptcy Court for the: **District of Nevada**

Case number (if known): **25-10347-NMC**

☑ Check if this is an amended filing

# Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors         12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☑ *Amended Schedule* **B, D. E/F**

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **04/30/2025**
MM/ DD/ YYYY

X **/s/ BRAD PALUBICKI**
Signature of individual signing on behalf of debtor

**BRAD PALUBICKI**
Printed name

**AUTHORIZED SIGNATORY / RESPONSIBLE PERSON**
Position or relationship to debtor

Official Form B202    Declaration Under Penalty of Perjury for Non-Individual Debtors