Jacob Nathan Rubin, M.D., F.A.C.C.
4940 Van Nuys Blvd. #200
Sherman Oaks, CA 91403
Tel.: (818) 501-1455
Email: JNRubinMD@yahoo.com

RECEIVED
AND FILED   MAG

RECEIVED
AND FILED

APR 30 2025

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

In re:

NUMALE CORPORATION,

   AFFECTS THIS DEBTOR, ☐

   AFFECTS FELICIANO ☐
   NUMALE NEVADA PLLC,

   NUMEDICAL SC, ☐

   NUMALE COLORADO SC, ☐

   NUMALE FLORIDA TB PLLC, ☐

   NUMALE NEBRASKA LLC, ☐

   NUMALE NEW MEXICO SC, ☐

   AFFECTS ALL DEBTORS, ☒

            Debtors.

Lead Case No. 25-10341-NMC
Chapter 11

*Jointly administered with:*

Feliciano NuMale Nevada PLLC,
Case No. 25-10342-NMC,

NuMedical SC,
Case No. 25-10343-NMC,

NuMale Colorado SC,
Case No. 25-10344-NMC,

NuMale Florida TB PLLC,
Case No. 25-10345-NMC,

NuMale Nebraska LLC,
Case No. 25-10346-NMC,

NuMale New Mexico SC,
Case No. 25-10347-NMC.

## NOTICE OF ACCEPTANCE OF APPOINTMENT
### AS THE PATIENT CARE OMBUDSMAN

I, Jacob Nathan Rubin, M.D., F.A.C.C., do hereby accept my appointment as Patient Care Ombudsman in the above-captioned jointly administered cases, and state as follows:

1

1      1.     I am a person eligible and competent to perform the duties required of a Patient

2  Care Ombudsman herein; and

3      2.     I am a disinterested person within the meaning of 11 U.S.C. § 101(14).

Executed in _Sherman Oak_, California on _4/29/_, 2025.

_____

Jacob Nathan Rubin, M.D., F.A.C.C.
Patient Care Ombudsman

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am over the age of 18 and not a party to the above-captioned case, and that on the **29th day of April, 2025,** I caused to be served a true and correct copy of the **NOTICE OF ACCEPTANCE OF APPOINTMENT AS THE PATIENT CARE OMBUDSMAN** in the following manner:

_____ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

_____ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

**XX** (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery **via UPS,** at a collection facility maintained for such purpose, addressed to the party listed below on the date above written:

U.S. Bankruptcy Court - District of Nevada
*ATTN: Clerk of Court*
Foley Federal Building
300 Las Vegas Boulevard South
Las Vegas, NV 89101

_____ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Gabriela Hansen