1  Ogonna Brown, Bar No. 7589
   Ogonna.Brown@wbd-us.com
2  WOMBLE BOND DICKINSON (US) LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV  89169
   Tel:    702.949.8200
4  Fax:    702.949.8398

5  Lori M. Bencoe (*Admitted Pro Hac Vice*)
   NM State Bar 7525
6  BENCOE & LaCOUR LAW PC
   9201 Montgomery Blvd NE, Suite 404
7  Albuquerque NM 87111
   Tel: 505.247.8800
8  Fax: 505.247.8801
   lori@bencoelaw.com
9
   *Attorneys for Creditor Michael E. Sanchez*
10

11              UNITED STATES BANKRUPTCY COURT
                    DISTRICT OF NEVADA
12

13  In re:                                    Lead Case No. 25-10341-NMC
    ■ NUMALE CORPORATION,                      Chapter 11
14

15                                            Jointly administered with:
    □ FELICIANO NUMALE NEVADA PLLC,           Case No. 25-10342-NMC
16  □ NUMEDICAL SC,                           Case No. 25-10343-NMC
    □ NUMALE COLORADO SC,                     Case No. 25-10344-NMC
17  □ NUMALE FLORIDA TB PLLC,                 Case No. 25-10345-NMC
    □ NUMALE NEBRASKA LLC,                    Case No. 25-10346-NMC
18  ■ NUMALE NEW MEXICO SC,                   Case No. 25-10347-NMC
19
                      Debtors.                **NOTICE OF FILING CERTIFICATE OF**
20                                            **GOOD STANDING OF LORI BENCOE,**
                                              **ESQ.**
21

22        Lori Bencoe, Esq. co-counsel for Michael E. Sanchez, creditor, filed her Verified Petition

23  for Permission to Practice in this Case Only by Attorney Not Admitted to the Bar of this Court

24  (ECF 143) on April 3, 2025. At that time, Ms. Bencoe's Certificate of Good Standing was

25  unavailable. Attached as **Exhibit "A"** is Ms. Bencoe's Certificate of Good Standing.

26

27

28

127935201.1

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

WOMBLE BOND DICKINSON

DATED this 1st day of May, 2025.

WOMBLE BOND DICKINSON (US) LLP


By: */s/ Ogonna M. Brown*
    Ogonna M. Brown, Bar No. 7589
    Ogonna.Brown@wbd-us.com
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV  89169
    Tel.: 702.949.8200
    Fax: 702.949.8398

    And

    Lori M. Bencoe (*Admitted Pro Hac Vice*)
    NM State Bar 7525
    BENCOE & LaCOUR LAW PC
    9201 Montgomery Blvd NE, Suite 404
    Albuquerque NM 87111
    Tel: 505.247.8800
    Fax: 505.247.8801
    lori@bencoelaw.com

    *Attorneys for Creditor Michael E. Sanchez*



3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

WOMBLE BOND DICKINSON

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

127935201.1

- 2 -

4925-1111-9933, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on the 1st day of May, 2025, I caused to be served a true and correct copy of the **NOTICE OF FILING CERTIFICATE OF GOOD STANDING OF LORI BENCOE, ESQ.** in the following manner:

☒     (ELECTRONIC SERVICE)  Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐     (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

☐     (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐     (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ Renee L. Creswell
An employee of Womble Bond Dickinson
(US) LLP



3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

WOMBLE BOND DICKINSON

127935201.1

- 3 -

4925-1111-9933, v. 1