

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
May 06, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | |
| ☐ NUMALE NEBRASKA LLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |

| NUMALE ALL DEBTORS, ☒ | NuMale New Mexico SC |
|---|---|
| Debtors. | Case No. 25-10347-nmc |
| | Hearing Date: May 20, 2025 |
| | Hearing Time: 9:30 AM |

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR MOTION FOR ENTRY OF AN ORDER (A) SETTING A BAR DATE FOR FILING PROOFS OF CLAIM AND (B) APPROVING NOTICE THEREOF**

This Court, having considered the *Ex Parte Application for Order Shortening Time to Hear Motion for Entry of Order (A) Setting a Bar Date for Filing Proofs of Claim and (B) Approving Notice Thereof*, filed by Michael Carmel, Chapter 11 Trustee ("Trustee"), and good cause appearing therefor;

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN** that the *Motion for Entry of Order (A) Setting a Bar Date for Filing Proofs of Claim and (B) Approving Notice Thereof* (the "Motion")[1] be, and the same will be heard by a United States Bankruptcy Judge on the May 20, 2025, at 9:30 AM.

A summary of the relief requested by Trustee through its Motion is as follows:

(a) establish June 30, 2025 at 11:59 p.m. prevailing Pacific Time as the deadline for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim (each a "Proof of Claim") in respect of a prepetition claim (as defined in section 101(5) of the Bankruptcy Code including, for the avoidance of doubt, secured claims and priority claims against any of the Debtors (the "General Bar Date");

(b) maintain July 21, 2025, at 11:59 p.m. prevailing Pacific Time as the deadline for governmental units (as defined in section 101(27) of the Bankruptcy Code) ("Governmental Units") to file a Proof of Claim in respect of a prepetition claim against any of the Debtors (the "Governmental Bar Date", together with the General Bar Date, the "Bar Dates");

(c) approve the proposed procedures for filing Proofs of Claim; and

(d) approve the proposed procedures for notice of the Bar Dates, including, among other things, the form of notice substantially in the form attached to the Motion as **Exhibit "2"** (the "Bar Date Notice").

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed in the Motion.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

**NOTICE IS FURTHER GIVEN** that electronic copies of the Motion and supporting papers are available by contacting Mary Langsner, Ph.D. at the address or telephone number set forth above, through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov, or at the Bankruptcy Court's Clerk's Office, located at the Foley Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada, 89101.

IT IS HEREBY FURTHER ORDERED that service of this Order Shortening Time shall be served within 1 day of entry; that any oppositions to the Motion must be filed and served by May 13, 2025; that replies to any oppositions filed must be filed and served by May 16, 2025; and that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof. Parties wishing to appear and participate at this hearing shall call the telephone conference line **1(833) 435-1820**, Meeting ID **161 166 2815** Passcode **115788**#.

**IT IS SO ORDERED.**

Prepared and Submitted by:

GARMAN TURNER GORDON LLP

By: /s/ Mary Langsner
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    [Proposed] *Attorneys for Michael Carmel, Chapter 11 Trustee*