1  GARMAN TURNER GORDON LLP
   GREGORY E. GARMAN
2  Nevada Bar No. 6654
3  E-mail: ggarman@gtg.legal
   TALITHA GRAY KOZLOWSKI, ESQ.
4  Nevada Bar No. 9040
   tgray@gtg.legal
5  MARY LANGSNER, Ph.D.
   Nevada Bar No. 13707
6  mlangsner@gtg.legal
7  7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
8  Telephone (725) 777-3000
   Facsimile (725) 777-3112
9  [Proposed] *Attorneys for Michael Carmel,*
10 *Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
|     AFFECTS THIS DEBTOR, ☒ | *Jointly administered with:* |
|     AFFECTS FELICIANO<br>    NUMALE NEVADA PLLC, ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
|     NUMEDICAL SC, ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
|     NUMALE COLORADO SC, ☐ | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
|     NUMALE FLORIDA TB PLLC, ☐ | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
|     NUMALE NEBRASKA LLC, ☐ | |
|     NUMALE NEW MEXICO SC, ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
|     NUMALE ALL DEBTORS, ☐ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | Hearing Date: OST Requested<br>Hearing Time: OST Requested |

**DECLARATION OF MICHAEL CARMEL IN SUPPORT OF
MOTION TO EXTEND DEADLINE PURSUANT TO 11 U.S.C. § 365(d)(4) TO ASSUME
<u>OR REJECT UNEXPIRED LEASES</u>**

1

I, Michael Carmel, Esq., hereby declare as follows:

1.   I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. I make this declaration in support of the *Motion to Extend Deadline Pursuant to 11 U.S.C. § 365(d)(4) to Assume or Reject Unexpired Leases* (the "Motion").[1]

2.   I am the duly appointed Chapter 11 trustee ("Trustee") over the estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors").

3.   I have worked diligently to evaluate the Debtors' and estates' financial conditions and continue to evaluate which leases are critical to the Debtors' ongoing reorganization. Because many of the Debtors operate clinics, allowing any of the nonresidential real property leases to be rejected automatically as of the 120th day in these Chapter 11 Cases will effectively prematurely terminate those Debtors' ability to generate revenue during the pendency of the Chapter 11 Cases. Though it is possible that eventually I will determine certain leases must be rejected, because of the timing of my appointment only six weeks prior to the impending 120-day deadline of May 22, 2025, I simply need additional time to further evaluate which unexpired leases of nonresidential real property will be necessary for a successful reorganization effort in these Chapter 11 Cases. And as such, I proffer that good cause exists for the extension requested in the Motion.

4.   Additionally, as to Prospect Rainbow, LLC ("Prospect Rainbow"), the Las Vegas landlord regarding premises located at 6590 S. Rainbow Boulevard in Las Vegas, Nevada 89118, a rental payment of $23,020.77 was made on April 30, 2025, via wire, at my direction, according to wire instructions provided by Prospect Rainbow's counsel. This is the full amount of rent which was due for May 2025 for Prospect Rainbow's premises.

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meanings ascribed to them in the Motion.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 6th day of May 2025.

                                              */s/ Michael Carmel*
                                              MICHAEL CARMEL, CHAPTER 11 TRUSTEE