GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|---|
| NUMALE CORPORATION, | | | |
| | AFFECTS THIS DEBTOR, | ☒ | *Jointly administered with:* |
| | AFFECTS FELICIANO NUMALE NEVADA PLLC, | ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| | NUMEDICAL SC, | ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| | NUMALE COLORADO SC, | ☐ | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| | NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| | NUMALE NEBRASKA LLC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| | NUMALE NEW MEXICO SC, | ☐ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| | NUMALE ALL DEBTORS, | ☐ | |
| Debtors. | | | |

**ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR MOTION TO EXTEND DEADLINE PURSUANT TO 11 U.S.C. § 365(d)(4) TO ASSUME OR REJECT UNEXPIRED LEASES**

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors") filed an ex parte application requesting this Court issue an Order Shortening Time to hear the *Motion to Extend Deadline Pursuant to 11 U.S.C. § 365(d)(4) to Assume or Reject Unexpired Leases* commensurate with other hearings in these Chapter 11 Cases set for May 20, 2025, at 9:30 a.m.

As required by Local Rule 9006, Mary Langsner, Ph.D. of Garman Turner Gordon LLP, proposed counsel for Trustee, has contacted the parties listed below regarding the proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| Name | Date Contacted | Form of Contact | Agree | Disagree |
|---|---|---|---|---|
| Ogonna M. Brown, Esq. *Attorneys for Michael E. Sanchez* | 5/5/2025 | Telephone and Email *(No Response)* | | |
| Justin Valencia, Esq. Alyssa Rogan, Esq. *Attorneys for the United States Trustee* | 5/5/2025 | Telephone and Email | X | |
| Richard Holley, Esq. David Zylberberg, Esq. *Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2523* | 5/5/2025 | Telephone | X | |
| David Riggi, Esq. *Attorneys for Debtors out of Possession* | 5/5/2025 | Telephone/voicemail *(No Response)* | | |
| Matt Johnson, Esq. *Attorneys for Prospect Rainbow* | 5/5/2025 | Telephone/voicemail and Email | X | |
| David Stephens, Esq. *Attorneys for NewTek Small Business Finance, LLC* | 5/5/2025 | Telephone | X | |

2

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1  Dated this 6th day of May 2025.

GARMAN TURNER GORDON LLP

By: /s/ Mary Langsner
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
[Proposed] *Attorneys for Michael Carmel, Chapter 11 Trustee*