GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | Hearing Date: *OST Requested*<br>Hearing Time: *OST Requested* |

**ERRATA TO MOTION TO EXTEND DEADLINE PURSUANT TO 11 U.S.C. § 365(d)(4)
<u>TO ASSUME OR REJECT UNEXPIRED LEASES</u>**

1

This Errata to the *Motion to Extend Deadline Pursuant to 11 U.S.C. § 365(d)(4) to Assume or Reject Unexpired Leases* (the "Motion") [ECF No. 241] is hereby filed to clarify, for the avoidance of doubt, that the Motion seeks an extension of the Section 365(d)(4) deadlines for all Debtors, in light of the Trustee's ongoing investigations. Inadvertently, page 1 of the Motion did not check the box next to "NuMale All Debtors", even though the Motion seeks an extension as to all Debtors. As such, this Errata is filed to ensure clarity of the record that the Motion seeks an extension of the Section 365(d)(4) deadline as to all Debtors.

Dated this 8th day of May 2025.

              GARMAN TURNER GORDON LLP

           By: */s/ Mary Langsner*
             GREGORY E. GARMAN, ESQ.
             TALITHA GRAY KOZLOWSKI, ESQ.
             MARY LANGSNER, Ph.D.
             7251 Amigo Street, Suite 210
             Las Vegas, Nevada 89119
             [Proposed] *Attorneys for Michael Carmel,*
             *Chapter 11 Trustee*