

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
May 08, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc |
| NUMALE CORPORATION, | Chapter 11 |
| AFFECTS THIS DEBTOR, ☒ | *Jointly administered with:* |
| AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐ | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| NUMEDICAL SC, ☐ | NuMedical SC Case No. 25-10343-nmc |
| NUMALE COLORADO SC, ☐ | NuMale Colorado SC Case No. 25-10344-nmc |
| NUMALE FLORIDA TB PLLC, ☐ | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| NUMALE NEBRASKA LLC, ☐ | NuMale Nebraska LLC |
| NUMALE NEW MEXICO SC, ☐ | |

1

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

NUMALE ALL DEBTORS, ☐

Debtor.

Case No. 25-10346-nmc

NuMale New Mexico SC
Case No. 25-10347-nmc

<u>Initial Hearings</u>:
Date:  April 8, 2025
Time: 10:30 a.m.

Date:  April 24, 2025
Time: 9:30 a.m.

<u>Final Hearing</u>:
Date:  April 29, 2025
Time: 9:30 a.m.

### ORDER CONDITIONALLY GRANTING PROSPECT RAINBOW, LLC'S MOTION FOR RELIEF FROM AUTOMATIC STAY OR FOR ADEQUATE PROTECTION AND TO COMPEL ASSUMPTION OR REJECTION OF LEASE

On April 29, 2025, the Court conducted a final hearing to consider the *Motion for Relief From Automatic Stay or for Adequate Protection and to Compel Assumption or Rejection of Lease* [ECF No. 67] (the "<u>Motion</u>") filed by Prospect Rainbow, LLC ("<u>Prospect Rainbow</u>").

Due and sufficient notice of the Motion, the Interim Hearings on April 8 and 24, 2025, and the Final Hearing held on April 29, 2025, at 9:30 a.m. (the "<u>Final Hearing</u>") having been provided to all parties in interest in these Chapter 11 Cases; and after considering all the pleadings filed with this Court, and upon the record made by the Trustee and all other parties in interest appearing at the Interim Hearings conducted April 8 and 24, 2025; and upon the record made by the Trustee and all other parties in interest appearing at the Final Hearing; and the Court having placed its findings of fact and conclusions of law on the record at the Final Hearing, which are incorporated herein pursuant to Fed. R. Civ. P. 52, made applicable pursuant to Fed. R. Bankr. P. 7052 and 9014; and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED ADJUDGED AND DECREED** as follows:

1.  The Motion is **conditionally GRANTED to the extent set forth** herein.

2.  On or before May 1, 2025, the estate shall pay Prospect Rainbow the sum of $23,020.77, for May 2025 rent for the premises subject of the Motion ("<u>May Rent</u>").

2

3.  For every calendar month following May 2025, the estate shall pay Prospect Rainbow, on or before the 1st of that month, the sum due for that particular month under the lease, which is currently $23,020.77 per month, as rent for that respective month for the premises subject of the Motion ("<u>Monthly Rent Payments</u>").

4.  In the event the estate does not timely make the May Rent Payment, or does not timely make any of the Monthly Rent Payments thereafter:

    a.  Counsel for Prospect Rainbow shall provide written notice to the Trustee and his counsel, via email to Michael Carmel <u>michael@mcarmellaw.com</u>, Gregory Garman <u>Ggarman@Gtg.legal</u>, and Mary Langsner <u>mlangsner@Gtg.legal</u>, of a missed Monthly Rent Payment ("<u>Notice</u>");

    b.  Within seven (7) days of Prospect Rainbow's counsel sending such Notice as set forth in ¶ 4.a. *supra*, the estate shall cure the missed Monthly Rent Payment or bring the dispute to the Court's attention by seeking a motion on shortened time;

    c.  If the estate does not take action within the time specified in ¶ 4.b. *supra*, on or after the eighth (8th) calendar day following the Notice, counsel for Prospect Rainbow shall lodge a declaration with the Court attesting to the missed Monthly Rent Payment; and

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

d.  The Court shall, unless during the period set forth in ¶ 4.b. *supra*, thereafter issue an ex-parte order terminating the automatic stay as to the premises located at 6590 South Rainbow Boulevard, Las Vegas, Nevada 89118, which is the subject of the Motion.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:
GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    [Proposed Counsel] *Attorneys for Michael Carmel, Chapter 11 Trustee*

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐     The Court waived the requirement of approval under LR 9021(b)(1).

☐     No party appeared on the Motion at the omnibus hearing or filed an objection to the Motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing other than simply to monitor, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order as follows.

MATTHEW L. JOHNSON, ESQ.          **APPROVED**
8831 West Sahara Avenue
Las Vegas, Nevada 89117
*Attorneys for Prospect Rainbow, LLC*

☐     I have certified that under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

### ###