_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
May 08, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:<br><br>NUMALE CORPORATION,<br><br>☒ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC, | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
|---|---|

1

|  |  |
|---|---|
| NUMALE ALL DEBTORS,<br><br>Debtors. ☐ | NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date:  May 20, 2025<br>Hearing Time:  9:30 AM |

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR MOTION TO EXTEND DEADLINE PURSUANT TO 11 U.S.C. § 365(d)(4) TO ASSUME OR REJECT UNEXPIRED LEASES**

This Court, having considered the *Ex Parte Application for Order Shortening Time to Hear Motion to Extend Deadline Pursuant to 11 U.S.C. § 365(d)(4) to Assume or Reject Unexpired Leases* filed by Michael Carmel, Chapter 11 Trustee ("Trustee"), and good cause appearing therefor;

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN** that the *Motion to Extend Deadline Pursuant to 11 U.S.C. § 365(d)(4) to Assume or Reject Unexpired Leases* (the "Motion")[1] be, and the same will be heard by a United States Bankruptcy Judge on May 20, 2025, at 9:30 AM.

A summary of the relief requested by Trustee through the Motion is as follows: The Court enter an order extending the time within which to assume or reject the unexpired leases of nonresidential real property by ninety (90) days, through **August 20, 2025**, and granting such other and further relief which is just and proper.

**NOTICE IS FURTHER GIVEN** that electronic copies of the Motion and supporting papers are available by contacting Mary Langsner, Ph.D. at the address or telephone number set forth above, through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov, or at the Bankruptcy Court's Clerk's Office, located at the Foley Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada, 89101.

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed in the Motion.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1  **IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be served within 1 day of entry; that any oppositions to the Motion must be filed and served by May 13, 2025; that replies to any oppositions filed must be filed and served by May 16, 2025; and that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof. Parties wishing to appear and participate at this hearing shall call the telephone conference line 1(833) 435-1820, Meeting ID 161 166 2815 Passcode 115788#.

**IT IS SO ORDERED.**

Prepared and Submitted by:

GARMAN TURNER GORDON LLP

By: /s/ Mary Langsner
   GREGORY E. GARMAN, ESQ.
   TALITHA GRAY KOZLOWSKI, ESQ.
   MARY LANGSNER, Ph.D.
   7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
   [Proposed] *Attorneys for Michael Carmel, Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

3