1  GARMAN TURNER GORDON LLP
   GREGORY E. GARMAN
2  Nevada Bar No. 6654
3  E-mail:  ggarman@gtg.legal
   TALITHA GRAY KOZLOWSKI, ESQ.
4  Nevada Bar No. 9040
   tgray@gtg.legal
5  MARY LANGSNER, Ph.D.
   Nevada Bar No. 13707
6  mlangsner@gtg.legal
7  7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
8  Telephone (725) 777-3000
   Facsimile (725) 777-3112
9  [Proposed] *Attorneys for Michael Carmel,*
   *Chapter 11 Trustee*
10

11
                    **UNITED STATES BANKRUPTCY COURT**
12                          **DISTRICT OF NEVADA**

13 | In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | Hearing Date:  May 20, 2025 Hearing Time: 9:30 a.m. |

**ERRATA TO MOTION FOR ENTRY OF AN ORDER (A) SETTING A BAR DATE FOR FILING PROOFS OF CLAIM AND (B) APPROVING NOTICE THEREOF**

Undersigned counsel hereby files this Errata to the *Motion for Entry of Order (A) Setting a Bar Date for Filing Proofs of Claim and (B) Approving Notice Thereof* (the "Motion") [ECF No. 237], to correctly provide **Exhibit 2** thereto, which was inadvertently not included with the filed copy of the Motion. Apparently, during the "flattening" process used with Adobe to create a file-ready pdf, the document had been omitted, and, this was not caught at the time of filing. For ease of reference, the complete copy of **Exhibit 2** to the Motion is attached here.

Dated this 8th day of May 2025.

                                      GARMAN TURNER GORDON LLP

                                      By: */s/ Mary Langsner*
                                           GREGORY E. GARMAN, ESQ.
                                           TALITHA GRAY KOZLOWSKI, ESQ.
                                           MARY LANGSNER, Ph.D.
                                           7251 Amigo Street, Suite 210
                                           Las Vegas, Nevada 89119
                                           [Proposed] *Attorneys for Michael Carmel, Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000