Cameron M. Gulden, Assistant United States Trustee
State Bar No. MN 310931
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: *Alyssa.Rogan@usdoj.gov*

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ AFFECTS ALL DEBTORS,<br><br>Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>*Jointly administered with*:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-NMC,<br><br>NuMedical SC,<br>Case No. 25-10343-NMC,<br><br>NuMale Colorado SC,<br>Case No. 25-10344-NMC,<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-NMC,<br><br>NuMale Nebraska LLC,<br>Case No. 25-10346-NMC,<br><br>NuMale New Mexico SC,<br>Case No. 25-10347-NMC.<br><br>Hearing Date: May 20, 2025<br>Hearing Time: 9:30 a.m.<br>Tel. Conf. Line: (833) 435-1820<br>Meeting ID: 161 166 2815<br>Passcode: 115788# |

1

**ERRATA**

Tracy Hope Davis, the United States Trustee for Region 17 ("U.S. Trustee"), files her *Errata* (the "Errata") to *The U.S. Trustee's Response, Objection and Reservation of Rights to Application to Employ Law Firm as Attorney for Debtor in Possession* [ECF No. 253] (the "Objection").

By this Errata, the U.S. Trustee indicates that the Objection header should include the hearing date, which is May 20, 2025, at 9:30 a.m. Parties that intend to appear or listen to the hearing should use teleconference line (833) 435-1820; meeting ID: 161 166 2815; and, passcode: 115788#.

Dated: May 12, 2025          Respectfully submitted,

                                            TRACY HOPE DAVIS
                                            UNITED STATES TRUSTEE

                                            By: */s/ Justin C. Valencia*
                                                 Justin C. Valencia, Esq.
                                                 Trial Attorney for the United States Trustee