Cameron M. Gulden, Assistant United States Trustee
State Bar No. MN 310931
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: *Alyssa.Rogan@usdoj.gov*

Attorneys for TRACY HOPE DAVIS
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Lead Case No. 25-10341-NMC |
| | Chapter 11 |
| NUMALE CORPORATION, | |
| | *Jointly administered with*: |
| AFFECTS THIS DEBTOR, ☐ | |
| | Feliciano NuMale Nevada PLLC, |
| AFFECTS FELICIANO ☐ | Case No. 25-10342-NMC, |
| NUMALE NEVADA PLLC, | |
| | NuMedical SC, |
| NUMEDICAL SC, ☐ | Case No. 25-10343-NMC, |
| | |
| NUMALE COLORADO SC, ☐ | NuMale Colorado SC, |
| | Case No. 25-10344-NMC, |
| NUMALE FLORIDA TB PLLC, ☐ | |
| | NuMale Florida TB PLLC, |
| NUMALE NEBRASKA LLC, ☐ | Case No. 25-10345-NMC, |
| | |
| NUMALE NEW MEXICO SC, ☐ | NuMale Nebraska LLC, |
| | Case No. 25-10346-NMC, |
| AFFECTS ALL DEBTORS, ☒ | |
| | NuMale New Mexico SC, |
| Debtors. | Case No. 25-10347-NMC. |
| | |
| | Hearing Date: May 20, 2025 |
| | Hearing Time: 9:30 a.m. |
| | Tel. Conf. Line: (833) 435-1820 |
| | Meeting ID: 161 166 2815 |
| | Passcode: 115788# |

1

**CERTIFICATE OF SERVICE**

I, JUSTIN C. VALENCIA, under penalty of perjury declare that I am and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action and that on May 12, 2025, I caused a copy of the foregoing:

- **THE U.S. TRUSTEE'S RESPONSE, OBJECTION AND RESERVATION OF RIGHTS TO APPLICATION TO EMPLOY LAW FIRM AS ATTORNEY FOR DEBTOR IN POSSESSION; AND**
- **ERRATA**

to be served on the following parties:

☑  a.  ECF System (attach Notice of Electronic Filing or list of persons & addresses):

| | |
|---|---|
| LORI M. BENCOE | lori@bencoelaw.com, maggie@bencoelaw.com |
| OGONNA M. BROWN | Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com, dberhanu@lewisroca.com, ombcalendar@lewisroca.com, klopez@lewisroca.com, Renee.Creswell@wbd-us.com |
| MICHAEL W. CARMEL | michael@mcarmellaw.com |
| GREGORY E GARMAN | ggarman@gtg.legal, bknotices@gtg.legal |
| RICHARD F. HOLLEY | rholley@spencerfane.com, oswibies@spencerfane.com; richard-holley-0715@ecf.pacerpro.com |
| MATTHEW L. JOHNSON | mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com, kristi@mjohnsonlaw.com, kathra@mjohnsonlaw.com, admin@mjohnsonlaw.com |
| MARY LANGSNER | mlangsner@gtg.legal, bknotices@gtg.legal |
| DAVID A RIGGI | darnvbk@gmail.com, 2782@notices.nextchapterbk.com |
| ALYSSA A. ROGAN | alyssa.rogan@usdoj.gov |
| DAVID A. STEPHENS | dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com |
| RYAN J. WORKS | rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com, bgrubb@mcdonaldcarano.com |
| U.S. TRUSTEE - LV - 11 | USTPRegion17.lv.ecf@usdoj.gov |

☑  b. U.S. Mail, postage fully prepaid:

SUMMER CRAIG
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Jacob Nathan Rubin, M.D., F.A.C.C.
4940 Van Nuys Blvd. #200
Sherman Oaks, CA 91403

ZACHARY WEINER
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

I declare under penalty of perjury that the foregoing is true and correct.

Signed: May 12, 2025

/s/ *Justin C. Valencia*
Justin C. Valencia