GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | *Jointly administered with:* |
| ☐ AFFECTS THIS DEBTOR, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMEDICAL SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☐ NUMALE NEW MEXICO SC, | |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | |

**STIPULATION REGARDING BRIEFING ON APPLICATION FOR ORDER APPROVING EMPLOYMENT OF GARMAN TURNER GORDON LLP AS <u>ATTORNEYS FOR MICHAEL CARMEL, CHAPTER 11 TRUSTEE</u>**

Michael Carmel, as the Chapter 11 trustee ("Trustee Carmel") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), and the Office of the United States Trustee for Region 17, by and through undersigned counsel (the "U.S. Trustee") (the U.S. Trustee and Trustee Carmel together, the "Parties"), hereby stipulate and agree as follows:

1. On January 22, 2025 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned bankruptcy cases (collectively, the "Chapter 11 Cases"). See ECF No. 1.

2. On April 1, 2025, this Court entered its *Interim Order Directing Joint Administration of Chapter 11 Cases*. See ECF No. 130.

3. On April 2, 2025, this Court entered its *Order on United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or in the Alternative, to Convert or Dismiss this Case Pursuant to 11 U.S.C. § 1112(b), and Reservation of Rights*, thereby directing the appointment of a Chapter 11 trustee for the Debtors' estates. See ECF No. 132.

4. On April 2, 2025, the U.S. Trustee appointed Trustee Carmel as the Chapter 11 trustee for Debtors' estates. See ECF No. 140.

5. On April 7, 2025, the Court entered its *Order Approving Appointment of Chapter 11 Trustee* [ECF No. 155], thereby approving Trustee Carmel's appointment. Later that same morning, the U.S. Trustee filed its *Notice of Appointment of Chapter 11 Trustee* [ECF No. 156].

6. Also on April 7, 2025, Trustee Carmel filed his *Notice of Acceptance of Appointment of Chapter 11 Trustee* accepting his appointment as the Chapter 11 trustee for the Debtors' estates. See ECF No. 157.

7. On April 25, 2025, Trustee Carmel filed his *Application for Order Approving Employment of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee* [ECF No. 199] (the "Application").[1]

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Application.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

8. The Court's *Notice of Hearing and Order Shortening Time to Hear Application for Order Approving Employment of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee* [ECF No. 210] ("OST") was entered on April 29, 2025.

9. The OST set a deadline of May 13, 2025, to oppose the Application ("Opposition Deadline"), and a reply deadline of May 16, 2025 ("Reply Deadline").

10. The Parties continue to dialogue regarding issues raised by the U.S. Trustee in connection with the Application and thus agreed to an extension of the Opposition Deadline *as to the U.S. Trustee only* to **May 16, 2025**, and a commensurate extension for Trustee Carmel to reply to any objection filed by the U.S. Trustee, to **May 19, 2025** ("New Reply Deadline").

**NOW, THEREFORE**, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

1. The U.S. Trustee shall have through and including **Friday May 16, 2025**, to file its objection to the Application.

2. Trustee Carmel shall have through and including **Monday May 19, 2025**, to file his reply to any objection filed by the U.S. Trustee.

IT IS SO STIPULATED.

Dated this 12th day of May 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    [Proposed] *Attorneys for Michael Carmel, Chapter 11 Trustee*

Dated this 12th day of May 2025.

OFFICE OF THE UNITED STATES TRUSTEE FOR REGION 17

By: */s/ Justin Valencia*
    JUSTIN C. VALENCIA, ESQ.
    ALYSSA ROGAN, ESQ.
    United States Department of Justice
    Office of the United States Trustee
    300 Las Vegas Boulevard South
    Las Vegas, Nevada 89101
    *Attorneys for the Office of the United States Trustee for Region 17*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000