GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtor. | |

## <u>SUPPLEMENTAL CERTIFICATE OF SERVICE</u>

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1

1.  On May 13, 2025, I served the following documents:

    a.    *Motion for Entry of and Order (A) Setting a Bar Date*    Dkt. No. 237
        *for Filing Proofs of Claim and (B) Approving Notice*
        *Thereof*

    b.    *Notice of Hearing and Order Shortening Time to Hear*    Dkt. No. 240
        *Motion for Entry of and Order (A) Setting a Bar Date*
        *for Filing Proofs of Claim and (B) Approving Notice*
        *Thereof*

    c.    *Errata to Motion for Entry of and Order (A) Setting a*    Dkt. No. 249
        *Bar Date for Filing Proofs of Claim and (B) Approving*
        *Notice Thereof*

I served the above-named documents by the following means to the persons as listed below:

    ☒    United States Mail, postage fully prepaid:

The LCF Group, Inc.
3000 Marcus Ave., Ste. 2W15
Lake Success, NY 11042

The LCF Group, Inc.
c/o Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

DLP Funding, LLC
101 Lake Shore Dr.
Monticello, NY 12701

DLP Funding, LLC
c/o Interstate Filings LLC
301 Mill Road, Ste. U5
Hewlett, NY 11557

Fortifi Bank
140 W. Huron St.
Berlin, WI 54923

Newtek Bank, National Association
1981 Marcus Avenue, Ste. 130
Lake Success, NY 11042

Newtek Bank, National Association
c/o Lien Solutions
P.O. Box 29071
Glendale, CA 91209

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

C T Corporation System, as Representative
Attn: SPRS
330 N Brand Blvd., Ste. 700
Glendale, CA 91203

C T Corporation System, as Representative
c/o Wolters Kluwer Lien Solutions
330 N Brand Blvd., Ste. 700
Glendale, CA 91203

C T Corporation System, as Representative
c/o Lien Solutions
P.O. Box 29071
Glendale, CA 91209

Secured Lender Solutions, LLC
P.O. Box 2576
Springfield, IL 62708

Secured Lender Solutions, LLC
c/o Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703

Universal Guardian Acceptance, LLC
c/o Lien Solutions
P.O. Box 29071
Glendale, CA 91209

Universal Guardian Acceptance, LLC
7505 NW Tiffany Springs Pkwy., Ste. 400
Kansas City, MO 64153

Corporation System, as Representative
P.O. Box 2576
Springfield, IL 62708

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of May, 2025.

/s/ Shelby Harmer
an employee of Garman Turner Gordon LLP

**Garman Turner Gordon**
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2