GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtor. | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

1

1. On May 13, 2025, I served the following documents:

| | | |
|---|---|---|
| a. | *Motion for Entry of and Order (A) Setting a Bar Date for Filing Proofs of Claim and (B) Approving Notice Thereof* | Dkt. No. 237 |
| b. | *Notice of Hearing and Order Shortening Time to Hear Motion for Entry of and Order (A) Setting a Bar Date for Filing Proofs of Claim and (B) Approving Notice Thereof* | Dkt. No. 240 |
| c. | *Errata to Motion for Entry of and Order (A) Setting a Bar Date for Filing Proofs of Claim and (B) Approving Notice Thereof* | Dkt. No. 249 |

I served the above-named documents by the following means to the persons as listed below:

☒ United States Mail, postage fully prepaid:

Wayne Allison
2004 Huntington Ave
Nichols Hills, OK 73116

Michael A Furlong
210 Park Avenue Ste 2300
Oklahoma City, OK 73102

Miranda Harrison
Mcafee & Taft
8th Floor, Two Leadership Square
211 N. Robinson Ave.
Oklahoma City, OK 73102

Justin Hiersche
McAfee & Taft
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK 73102

Brian T. Fahl
825 N. Jefferson Street, Suite 500
Milwaukee, WI 53202-3737

Hellman Jeffrey Law Offices of LLC
195 Church Street
10th Floor
New Haven, CT 06510

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

Neubert Pepe & Monteith Pc
195 Church St
13th Floor
New Haven, CT 06510

Alexander C. Dale
Ward and Smith, P.A.
University Corporate Center
127 Racine Drive
Wilmington, NC 28403910-794-4806

Thomas C. Wolff
Ward and Smith, P.A.
751 Corporate Center Drive Suite 300
Raleigh, NC 27607

Kenzie Marie Rakes
Morningstar Law Group
421 Fayetteville St Suite 530
Raleigh, NC 27601

John T. Kivus
Morningstar Law Group
421 Fayetteville Street, Suite 530
Raleigh, NC 27601

Kenzie Marie Rakes
Morningstar Law Group
421 Fayetteville Street, Suite 530
Raleigh, NC 27601

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 13th day of May, 2025.

/s/ Danielle Charlet
an employee of Garman Turner Gordon LLP

2