1  Ogonna Brown, Bar No. 7589
   Ogonna.Brown@wbd-us.com
2  WOMBLE BOND DICKINSON (US) LLP
   3993 Howard Hughes Parkway, Suite 600
3  Las Vegas, NV 89169
   Tel:    702.949.8200
4  Fax:    702.949.8398

5  Lori M. Bencoe (*Admitted Pro Hac Vice*)
   NM State Bar 7525
6  BENCOE & LaCOUR LAW PC
   9201 Montgomery Blvd NE, Suite 404
7  Albuquerque NM 87111
   Tel: 505.247.8800
8  Fax: 505.247.8801
   lori@bencoelaw.com

9
   *Attorneys for Creditor Michael E. Sanchez*
10

11              UNITED STATES BANKRUPTCY COURT
                     DISTRICT OF NEVADA
12

13 In re:                               Lead Case No. 25-10341-NMC
   ■ NUMALE CORPORATION,                Chapter 11
14

15                                      Jointly administered with:
   □ FELICIANO NUMALE NEVADA PLLC,      Case No. 25-10342-NMC
16 □ NUMEDICAL SC,                      Case No. 25-10343-NMC
   □ NUMALE COLORADO SC,                Case No. 25-10344-NMC
17 □ NUMALE FLORIDA TB PLLC,            Case No. 25-10345-NMC
   ■ NUMALE NEBRASKA LLC,               Case No. 25-10346-NMC
18 ■ NUMALE NEW MEXICO SC,              Case No. 25-10347-NMC
19 □ NUMALE ALL DEBTORS,

20                        Debtors.       **STIPULATION FOR ENTRY OF
                                         ORDER TERMINATING AUTOMATIC
21                                       STAY UNDER 11 U.S.C. § 362 AS TO
                                         NEW MEXICO STATE COURT POST-
22                                       TRIAL PROCEEDINGS TO
                                         JUDGMENT ONLY AS TO NUMALE
23                                       CORPORATION AND NUMALE NEW
                                         MEXICO SC AND COMFORT ORDER
24                                       FOR STAY TERMINATION AS TO
                                         NON-DEBTORS**
25

26                                       Hearing Date:    May 20, 2025
27                                       Hearing Time:    9:30 a.m.

28                                       Chief Judge: Hon. Natalie M. Cox

127710553.1

Creditor Michael E. Sanchez ("Mr. Sanchez"), by and through his counsel, Lori M. Bencoe, Esq., admitted Pro Hac Vice, of the law firm of Bencoe & LaCour Law PC, and local counsel Ogonna M. Brown, Esq. of the law firm of Womble Bond Dickinson (US), LLP, and Gregory E. Garman, Esq. of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee of the estates of Numale Corporation and Numale New Mexico SC and several other jointly administered debtors (the "Trustee") (Sanchez and the Trustee shall collectively be referred to as the "Parties"), by and through their respective undersigned counsel, hereby stipulate as follows in connection with the Debtors' Bankruptcy Case Nos. 25-10341-nmc and 25-10347-nmc[1]:

1.    On January 22, 2025, the debtor, Numale Corporation ("Debtor"), filed a voluntary petition under Chapter 11 of the U.S. Bankruptcy Code (ECF No. 1).

2.    That same day, after the Debtor filed its petition, six debtor-affiliates ("Affiliates") (collectively, with the Debtor, the "Debtors") filed voluntary petitions under Chapter 11 of the U.S. Bankruptcy Code.

3.    The Affiliates include In re Feliciano NuMale Nevada PLLC, Case No. 25-10342-NMC; In re NuMedical SC, Case No. 25-10343-NMC; In re NuMale Colorado SC, Case No. 25-10344-NMC, In re NuMale Florida TB PLLC, Case No. 25-10345-NMC, In re NuMale Nebraska LLC, Case No. 25-10346-NMC, In re NuMale New Mexico SC, Case No. 25-10347-NMC.

4.    On March 25, 2025, Mr. Sanchez filed a Motion to Terminate the Automatic Stay Under 11 U.S.C. § 362(d)(1) as to New Mexico State Court Post-Trial Proceedings, to Judgment Only, Not Enforcement, as to NuMale Corporation and NuMale New Mexico SC and Comfort Order for Stay Termination as to No Debtors and Waiver of the 14-day Stay Under FRBP 4001(a)(3) (ECF Nos. 98 and 77) ("Sanchez Motion"), regarding New Mexico State Court Case No. D-202-CV-202006336 ("Sanchez State Court Litigation").

5.    Beazley filed a Supplemental Objection ("Supplemental Objection") to the Sanchez Motion, filed at Docket No. 179.

---

[1] All references to "ECF No." are to the number assigned to the documents filed in the lead jointly administered case as they appear on the docket maintained by the clerk of court. All references to "Section" are to the provisions of the Bankruptcy Code, 11 U.S.C. §§ 101-1532. All references to "FRBP" are to the Federal Rules of Bankruptcy Procedure. All references to "LR" are to the Local Rules of Bankruptcy Practice for the United States District Court for the District of Nevada.

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

WOMBLE BOND DICKINSON

6.      On April 1, 2025, this Court entered its *Interim Order Directing Joint Administration of Chapter 11 Cases*. *See* ECF No. 130.

7.      On April 7, 2025, this Court entered its *Order Approving Appointment of Chapter 11 Trustee* directing the appointment of a Chapter 11 trustee for the Debtors' estates; on April 7, 2025, Tracy Hope Davis selected Michael W. Carmel as the Chapter 11 Trustee; and on April 7, 2025, the Trustee was appointed as the Chapter 11 trustee for Debtors' estates. *See* ECF Nos. 155, 156, 157.

8.      The Trustee requested that Mr. Sanchez continue the April 24, 2025, hearing on the Sanchez Motion, and Mr. Sanchez agreed provided that the continued hearing on the Sanchez Motion takes place before May 22, 2025, the date set for hearing before the New Mexico State Court on certain pending post-trial motions.

9.      The Trustee and Mr. Sanchez then entered into a Stipulation to extend the briefing schedule on the Motion and continue the hearing on the Motion to May 20, 2025 (ECF No. 188).

10.     The Parties consent to the automatic stay being terminated as to the Numale Debtors to judgment only, not enforcement, in order to prevent further delay in proceeding with obtaining post-trial rulings from Sanchez State Court Litigation as soon as the employment of the estates' counsel, who will be representing the estates in connection with the Sanchez State Court Litigation, is approved by this Court.

11.     Presently, the Trustee intends to seek the employment of Paul, Weiss and of local counsel Rodey Law (collectively, "Estate Special Counsel") to represent the estates in connection with the Sanchez State Court Litigation.

12.     The Trustee is preparing and will be filing shortly employment applications for the Estate Special Counsel.

13.     In order to avoid piecemeal determination of posttrial matters and/or piecemeal appeals, the Parties agree to a comfort order from the Bankruptcy Court to provide assurances to the New Mexico Court to adjudicate all post-trial matters as to all defendants, including the Debtors, to facilitate entry of final orders applicable to all defendants and entry of a final appealable Judgment, including allowing the New Mexico Court to proceed with hearings currently scheduled for May 22, 2025, on a number of post-trial motions.

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

WOMBLE BOND DICKINSON

4913-4218-9379, v. 1

**STIPULATION**

The Parties have met and conferred, and stipulate as follows:

1.      The Parties hereby stipulate and agree that (i) the automatic stay is modified for the sole purpose of allowing the Court in the State Court  Litigation to resolve all  pending post-trial Motions, and will be granted conditioned upon Estate Special Counsel's employment being approved by this Court; and (ii) that any order granting the Motion not be entered until after entry of the order approving the Trustee's retention of Estate Special Counsel.

2.      The Parties stipulate that, as to the Debtor Defendants, to the extent the automatic stay is modified as to the Debtor Defendants, it shall be modified solely to the extent of the entry of a judgment only, and not to enforcement of any judgment.

3.      The Parties further stipulate that the automatic stay under Section 362 of the Bankruptcy Code does not apply or extend as a result of this stipulation and ensuing order, to the non-debtors in the New Mexico Case, Numale Albuquerque LLC d/b/a Numale Medical Center, Christopher Asandra MD, Carlos Feliciano MD, Brad Palubicki and Justin Pulliam.

4.      The Parties further stipulate that the New Mexico State Court may proceed to adjudicate the pending post-trial motions and to the entry of a final judgment as to all parties to the New Mexico litigation, but not to enforcement of the Judgment as to the Debtors.

5.      The Parties further stipulate that Sanchez may proceed against any of the non-debtors as to enforcement of any Judgment entered against any of them, and that such a Judgment is not subject to the automatic stay under 11 U.S.C. § 362, except to the extent it impacts property of the estate, for which all Parties reserve their rights.

6.      The Parties further agree to waive the 14-day stay of the order approving this stipulation under FRBP 4001(a)(3), conditioned upon the approval of the employment Paul, Weiss.

**IT IS SO STIPULATED.**

1       DATED this 15th day of May, 2025.

2 GARMAN TURNER GORDON LLP     WOMBLE BOND DICKINSON (US) LLP

3

4 By: */s/ Gregory E. Garman (w/permission)*  By: */s/ Ogonna Brown*

5    Gregory E. Garman, Bar No. 6654      Ogonna Brown, Bar No. 7589
   ggarman@gtg.legal           Ogonna.Brown@wbd-us.com

6    Talitha Gray Kozlowski, Bar No. 9040   3993 Howard Hughes Parkway, Suite 600
   tgray@gtg.legal             Las Vegas, NV  89169

7    Mary Langsner, Ph.D., Bar No. 13707    Tel.: 702.949.8200
   mlangsner@gtg.legal          Fax: 702.949.8398

8    7251 Amigo Street, Suite 210

9    Las Vegas, Nevada 89119       *Attorneys for Creditor Michael E. Sanchez*
   Tel.: (725) 777-3000

10    Fax: (725) 777-3112

11
   *[Proposed] Attorneys for Michael*

12    *Carmel, Chapter 11 Trustee*

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28



WOMBLE BOND DICKINSON

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

WOMBLE BOND DICKINSON



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on the 15th day of May, 2025, I caused to be served a true and correct copy of **STIPULATION FOR ENTRY OF ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362 AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS TO JUDGMENT ONLY AS TO NUMALE CORPORATION AND NUMALE NEW MEXICO SC AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS** in the following manner:

☒    (ELECTRONIC SERVICE)  Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐    (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

☐    (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐    (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.


*/s/ Renee L. Creswell*
An employee of Womble Bond Dickinson
(US) LLP

127710553.1

- 6 -

4913-4218-9379, v. 1