GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
| NUMALE CORPORATION, | *Jointly administered with:* |
| AFFECTS THIS DEBTOR, ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| NUMEDICAL SC, ☐ | |
| NUMALE COLORADO SC, ☐ | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| NUMALE FLORIDA TB PLLC, ☐ | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| NUMALE NEBRASKA LLC, ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| NUMALE NEW MEXICO SC, ☐ | |
| NUMALE ALL DEBTORS, ☒ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | |

## NOTICE OF REVISED PROPOSED ORDER APPROVING THE EMPLOYMENT OF GARMAN TURNER GORDON LLP AS ATTORNEYS FOR MICHAEL CARMEL, <u>CHAPTER 11 TRUSTEE</u>

1

1   Michael Carmel, as the Chapter 11 trustee ("Trustee Carmel") of the bankruptcy estates of

2   NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC,

3   NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively,

4   the "Debtors"), hereby files this *Notice of Revised Proposed Order Approving the Employment of*

5   *Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee*.  Garman

6   Turner Gordon LLP ("GTG") received informal objections to the *Application for Order Approving*

7   *Employment of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee*

8   [ECF No. 199] (the "Application")[1] from counsel for the United States Trustee for Region 17

9   ("United States Trustee") and on behalf of Michael Sanchez ("Mr. Sanchez").  GTG has resolved

10  these informal objections with the revisions set forth in the revised proposed order attached hereto

11  as **Exhibit "1"**.  Attached hereto as **Exhibit "2"** is a redline showing the changes made from the

12  form of proposed order originally filed as an exhibit to the Application.

13  Dated this 16th day of May 2025.

14

15  GARMAN TURNER GORDON LLP

16  By: */s/ Mary Langsner*

17  GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.

18  MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210

19  Las Vegas, Nevada 89119
    [Proposed] *Attorneys for Michael*

20  *Carmel, Chapter 11 Trustee*

21

22

23

24

25

26

27

28

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Application.

2