GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**NOTICE OF SUPPLEMENTAL COMBINED MAILING MATRIX**

In conformity with the Bankruptcy Court's *Interim Order Directing Joint Administration of Chapter 11 Cases* [ECF No. 130], Michael Carmel, Chapter 11 Trustee over the estates of the

Jointly Administered Debtors (the "Trustee"), by and through proposed counsel of record, Garman Turner Gordon LLP, hereby submits this *Notice of Supplemental Combined Mailing Matrix*, and hereby verifies that the attached Combined Mailing Matrix is true and correct to the best of his knowledge based on the course of his investigation to date.

DATED this15th day of May, 2025.

By: */s/ Michael Carmel*
MICHAEL CARMEL

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

Label Matrix for local noticing
0978-2
Case 25-10341-nmc
District of Nevada
Las Vegas
Thu May 15 12:05:04 PDT 2025

CERTAIN UNDERWRITERS AT LLOYD'S LONDON
C/O RYAN J. WORKS
McDONALD CARANO LLP
2300 WEST SAHARA AVENUE, SUITE 1200
LAS VEGAS, NV 89102-4395

FELICIANO NUMALE NEVADA PLLC
6590 S RAINBOW BLVD
LAS VEGAS, NV 89118-3327

Ford Motor Credit Company, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

NEWTEK SMALL BUSINESS FINANCE, LLC
STEPHENS LAW OFFICES
C/O DAVID A. STEPHENS
P.O. BOX 33130
LAS VEGAS, NV 89133-3130

NUMALE COLORADO SC
8200 E BELLEVIEW AVE
GREENWOOD VILLAGE, CO 80111-2883

NUMALE CORPORATION
6590 S RAINBOW BLVD
LAS VEGAS, NV 89118-3327

NUMALE FLORIDA TB PLLC
500 WESTSHORE BLVD
TAMPA, FL 33609-5003

NUMALE NEBRASKA LLC
444 REGENCY PARKWAY DR
OMAHA, NE 68114-3792

NUMALE NEW MEXICO SC
7920 WYOMING BLVD, NE
ALBUQUERQUE, NM 87109-6020

NUMEDICAL SC
2600 N MAYFAIR RD
WAUWATOSA, WI 53226-1309

Prospect Rainbow, LLC
c/o JOHNSON & GUBLER, P.C.
Attn: Russell G. Gubler, Esq.
8831 W. Sahara Ave
Las Vegas, NV 89117-5865

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

444 Regency Parkway LLC
450 Regency Pkwy., Ste. 200
Omaha, NE 68114-3777

AMERICAN EXPRESS
Po Box 60189
City Industry, CA 91716-0189

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

ARIZONA DEPARTMENT OF REVENUE
Office of the Arizona Attorney General -
c/o Tax, Bankruptcy and Collection Sct
2005 N Central Ave, Suite 100
Phoenix, AZ 85004-1546

AUDACY
11800 W Grange Ave
Hales Corners, WI 53130-1035

Aaron Garber
Wadsworth Garber Warner Conrardy PC
2580 W. Main Street, Suite 200
Littleton, CO 80120-4631

Ace Recovery Group, LLC
Attn: Daniel Gold
99 Wall Street #4890
New York, NY 10005-4301

Alexander C. Dale
Ward and Smith, P.A.
University Corporate Center
127 Racine Drive
Wilmington, NC 28403-8833

Arapahoe County Government Treasurer
5334 S. Prince St.
Littleton, CO 80120-1136

Attorney General of Colorado
1300 Broadway, 8th Floor
Denver, CO 80203-2104

BRAD PALUBICKI
9 PARADISE VALLEY CT.
HENDERSON, NV 89052-6706

Basel Hassoun, M.D.
Attn: Michael Furlong, Esq.
Steptoe & Johnson PLLC
210 Park Ave., Ste. 2300
Oklahoma City, OK 73102-5661

Basel Hassoun, M.D.
Attn: Wayne Allison
2004 Huntington Ave.
Nichols Hills, OK 73116-5113

Brian T. Fahl
825 N. Jefferson Street, Suite 500
Milwaukee, WI 53202-3737

C T Corporation System, as Representative
Attn: SPRS
330 N Brand Blvd., Ste. 700
Glendale, CA 91203-2336

C T Corporation System, as Representative
c/o Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

C T Corporation System, as Representative
c/o Wolters Kluwer Lien Solutions
330 N Brand Blvd., Ste. 700
Glendale, CA 91203-2336

CARLOS FELICIANO
N69 W29753
Hartland, WI 53029

CARLOS FELICIANO
N69W29753 RIDGEVIEW CT.
HARTLAND, WI 53029-9253

CENTRUM/BELLVIEW LLC
DEPT # 42512
POB 650823
Dallas, TX 75265-0823

CLARK HILL
1700 S Pavilion Center Dr Ste 500
Las Vegas, NV 89135-1864

COX MEDIA
POB 50481
Los Angeles, CA 90074-0481

COX MEDIA LLC LAS VEGAS
FILE 50464
Los Angeles, CA 90074-0464

COX RADIO LLC
11300 4th St N
St Petersburg, FL 33716-2941

California State Board of Equalization
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029
Michigan Dept. of Treasury, Tax Policy D 94279-0029
Attn: Litigation Liaison

Carlos Feliciano
Hellman Jeffrey Law Offices
195 Church St., 10th Flr.
New Haven, CT 06510-2009

Celtic Bank
268 S State St., Ste. 300
Salt Lake City, UT 84111-5314

Centrum/Belleview LLC
c/o FSB Property Management LLC
Attn: Michelle Brokaw
8200 E Belleview Ave, Ste 102C
Greenwood Village, CO 80111-2804

Centrum/Bellview LLC
c/o Troy Sandberg, Esq.
Sandberg Law LLC
17011 Lincoln Avenue #348
Parker, CO 80134-3144

Certain Underwriters at Lloyds
London Syndicates 623/2623
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

Certain Underwriters at Lloyds London
c/o David Zylberberg
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

City of Milwaukee
Office of City Attorney
200 E. Wells St., Room 800
Milwaukee, WI 53202-3551

Civil process clerk at the U.S. Attorney
Hon. Markenzy Lapointe
U.S. Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132-2131

Clark Co Assessor c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Po Box 551401
Las Vegas, NV 89155-1401

Clark Co Treasurer c/o Bankruptcy Clerk
500 S Grand Central Pksy
Po Box 1220
Las Vegas, NV 89125-1220

Clark Co Treasurer c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Po Box 1220
Las Vegas, NV 89125-1220

Colorado Department of Revenue
ATTN: Bankruptcy Dept, RM 104
1881 Pierce St.
Lakewood, CO 80214-1407

Corporation System, as Representative
P.O. Box 2576
Springfield, IL 62708-2576

DEWITT, PARULOL & MEEK PLLC
705 NW 4th St
Oklahoma City, OK 73102-1616

DLP Funding LLC
c/o/ Law Office of Jacob Z Weinstein
420 Central Ave Ste 301
Cedarhurst, NY 11516-1000

DLP Funding, LLC
101 Lake Shore Dr.
Monticello, NY 12701-4006

DLP Funding, LLC
c/o Interstate Filings LLC
301 Mill Road, Ste. U5
Hewlett, NY 11557-1232

David R. Koch
KOCH & SCOW, LLC
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052-5576

EFFECTV
Po Box 415949
Boston, MA 02241-5949

ELAVON
c/o TIMOTHY F. FROST, ESQ.
7300 CHAPMAN HIGHWAY
Knoxville, TN 37920-6612

Everest Business Funding
102 W 38th Street, 6th Flr.
New York, NY 10018-3664

Everest Business Funding
102 W 38th Street, 6th Flr.
New York, NY 10018
Gilbert Pritt
17133 Holly Well Ave.
Wimauma, FL 33598-2536

FELICIANO NUMALE NEVADA PLLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

FOX FUNDING GROUP LLC
c/o JOE LIEBERMAN, ESQ.
LIEBERMAN AND KLESTZICK
POB 356
Cedarhurst, NY 11516-0356

Ford Motor Credit Company, LLC c/o AIS Portf
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Fortifi Bank
140 W. Huron St.
Berlin, WI 54923-1546

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento, CA 95812-2952

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board (Adversary Proceedings)
Chief Counsel
c/o General Counsel Section
PO Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

GILE LAW GROUP
1180 N. TOWN CENTER DR., STE. 100
LAS VEGAS, NV 89144-6308

GOOD KARMA BRANDS - WTMJ AM
POB 8609
Carol Stream, IL 60197-8609

Gilbert Pritt
17133 Holly Well Ave.
Wimauma, FL 33598-2536

Gordman Lake Regency, LLC
Attn: Katy Rehan, Esq.
Smith Pauley
3555 Farnam Street, Ste. 1000
Omaha, NE 68131-3302

HARRISON, MIRANDA
MCAFEE & TAFT
8TH FLOOR, TWO LEADERSHIP SQUARE
211 N. ROBINSON AVE.
OKLAHOMA CITY, OK 73102-7109

HELLMAN JEFFREY LAW OFFICES OF LLC
195 CHURCH STREET
10TH FLOOR
NEW HAVEN, CT 06510-2009

HERSHEY DECKER DRAKE
10463 Park Meadows Dr Ste 209
Lone Tree, CO 80124-5355

HOWARD & HOWARD
Po Box 95234
Chicago, IL 60694-5234

HOWARD AND HOWARD
3800 HOWARD HUGHES PKWY., STE. 1000
LAS VEGAS, NV 89169-5958

HYPORT DIGITAL N2
Po Box 208092
Dallas, TX 75320-8092

INNOVATIVE REAL ESTATE STRATEGIES
2975 S RAINBOW BLVD STE J
Las Vegas, NV 89146-6598

Internal Revenue Service
ATTN: BANKRUPTCY DEPT
PO Box 7346
PHILADELPHIA, PA 19101-7346

JUSTIN PULLIAM
5786 STONEHEATH AVE.
LAS VEGAS, NV 89139-7523

Jerome P. Gordman
c/o Gordman Lake Regency, L.L.C.
444 Regency Parkway Dr., Ste. 202
Omaha, NE 68114-3779

John T. Kivus
Morningstar Law Group
421 Fayetteville Street, Suite 530
Raleigh, NC 27601-3001

John T. Kivus
Morningstar Law Group
434 Fayetteville Street, Suite 2200
Raleigh, NC 27601-1893

Justin Hiersche
McAfee & Taft
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK 73102-7109

KALAMATA CAPITAL GROUP, LLC
c/o STEVEN BERKOVITCH
BERKOVITCH & BOUSKILA, PLLC
1545 US 202 SUITE 101
Pomona, NY 10970-2951

KLOS Radio, LLC
Matthew B. Baltierra
44 E. Broadway, Suite 530
Tuscon, AZ 85701-1703

KMA BODILY
1200 John Q Hammons Dr Ste 500
Madison, WI 53717-2199

KRAVIT HOVEL & KRAWCZYK
825 N JEFFERSON ST
Milwaukee, WI 53202-3737

Kenzie Marie Rakes
Morningstar Law Group
421 Fayetteville St Suite 530
Raleigh, NC 27601-3001

Kenzie Marie Rakes
Morningstar Law Group
434 Fayetteville Street, Suite 2200
Raleigh, NC 27601-1893

LAMAR COMPANIES
POB 746966
Atlanta, GA 30374-6966

Lamar Companies
P O Box 96030
Baton Rouge, LA 70896-9030

MAYFAIR MALL
c/o BROOKFIELD PROPERTIES
PO BOX 772816
CHICAGO, IL 60677-0116

MCR Inc
2831 Saint Rose Pkwy
Henderson, NV 89052-4840

MICHAEL A FURLONG
210 PARK AVENUE STE 2300
OKLAHOMA CITY, OK 73102-5661

MICHAEL E SANCHEZ
C/O LORI BENCOE, ESQ
9201 MONTGOMERY BLVD SUITE 404
Albuquerque, NM 87111-2470

MICHAEL E SANCHEZ
C/O NICHOLAS ROWLEY, ESQ
421 W Water St
Decorah, IA 52101-1731

MID-WEST FAMILY MADISON
7 03 RAYOVAC DRIVE
Madison, WI 53711

Massachusetts Department of Revenue
Collections Bureau/Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204-7090

Mayfair Mall LLC
Attn: General Counsel
Brookfield Properties Retail
350 N. Orleans St., Ste. 300
Chicago, IL 60654-1607

Mayfair Mall LLC
Attn: General Manager
2500 North Mayfair Rd.
Wauwatosa, WI 53226-1464

Meruelo Media, LLC
Attn: Ann O. Hall, Esq.
2500 E. Second Street
Reno, NV 89595-1200

(p)MIAMI DADE COUNTY TAX COLLECTOR
ATTN WENDY MONTOYA
200 NW 2ND AVENUE
MIAMI FL 33128-1733

Michigan Department of Treasury, Tax Policy
ATTN: Litigation Liaison
2nd Floor, Austin Building 430 West Alle
Lansing, Michigan 48922-0001

N2 COMPANY
c/o ALEXANDER C. DALE, ESQ.
WARD AND SMITH, P.A.
UNIVERSITY CORPORATE CENTER
127 RACINE DRIVE
WILMINGTON, NC 28403-8833

N2 COMPANY
c/o THOMAS C. WOLF, ESQ.
WARD AND SMITH, P.A.
751 CORPORATE CENTER DR., STE. 300
RALEIGH, NC 27607-4873

NEUBERT PEPE & MONTEITH PC
195 CHURCH ST
13TH FLOOR
NEW HAVEN, CT 06510-4011

NEVADA NUMALE LLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NEWTEK LENDING
1981 MARCUS AVENUE STE 130
Lake Success, NY 11042-1046

NMC ILLINOIS, LLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE ALBUQUERQUE, LLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE CHICAGO LLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE COLORADO SC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE CORPORATION
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE FLORIDA TB PLLC
2600 MAYFAIR RD SUITE 1140
Milwaukee, WI 53226-1308

NUMALE NEW MEXICO SC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NV Dept of Taxation
Bankruptcy Section
500 E Washington Ave Ste 13000
Las Vegas, NV 89101-1000

(p)NEBRASKA DEPARTMENT OF REVENUE
ATTN ATTENTION BANKRUPTCY UNIT
PO BOX 94818
LINCOLN NE 68509-4818

Nebraska State Farm Service Agency
State Executive Director
1121 Lincoln Mall, Suite 330
Lincoln, Nebraska 68508-2828

Nevada Department of Taxation
Attn: Bankruptcy Section
700 E. Warm Springs Rd., Ste. 200
Las Vegas, NV 89119-4311

Nevada Dept of Empl Security
500 E 3rd St
Carson City, NV 89713-0001

New Mexico Department of Workforce Solutions
fka NM Department of Labor
401 Broadway NE
Albuquerque, NM 87102-2301

New Mexico Department of Workforce Solutions
fka New Mexico Department of Labor
PO Box 1928
Attn: Legal Section
Albuquerque, NM 87103-1928

New Mexico Taxation & Revenue Department
Bankruptcy Unit
PO Box 50129
Albuquerque, NM 87181-0129

(p)ELIOT KIRSHNITZ
1981 MARCUS AVENUE SUITE 130
LAKE SUCCESS NY 11042-1046

Newtek Bank, National Association
c/o Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Newtek Lending
1981 Marcus Avenue, Ste. 130
New Hyde Park, NY 11042-1046

Newtek Small Business Finance, LLC
c/o David A. Stephens, Esq.
Stephens Law Offices
P.O. Box 33130
Las Vegas, NV 89133-3130

NuMale Colorado
2600 N Mayfair Rd Suite 505
Wauwatosa, WI 53226-1306

NuMale Corporation
Attn: Justin T. Hiersche, Esq.
McAfee & Taft
211 N. Robinson, 8th Flr.
Oklahoma City, OK 73102-7176

PRIMO WATER
200 EAGLES LANDING BLVD.
LAKELAND, FL 33810-3058

Prospect Rainbow, LLC
Attn: Jeffery A. Bendavid, Esq.
Moran Brandon Bendavid Moran
630 South Fourth Street
Las Vegas, NV 89101-6604

Prospect Rainbow, LLC
Attn: Scott Goldstein
851 South Rampart Blvd., Ste. 125
Las Vegas, NV 89145-4899

Proventure Capital LLC d/b/a
Top Tier Capital
Neumbert Pepe & Monteith PC
195 Church St., 13th Flr.
New Haven, CT 06510-2009

Proventure dba Top Tier
500 W. Putnam Ave., Ste. 1c
Greenwich, CT 06830-2947

SBA U.S. Small Business Administration
Attn: Bankruptcy Dept.
312 N. Spring Street, Flr. 5
Los Angeles, CA 90012-4701

SMALL BUSINESS ADMINISTRATION
409 3RD STREET SW
Washington, DC 20416-0002

(p)STERICYCLE INC
2355 WAUKEGAN ROAD
BANNOCKBURN IL 60015-1503

Secured Lender Solutions, LLC
P.O. Box 2576
Springfield, IL 62708-2576

Secured Lender Solutions, LLC
c/o Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703-4261

Securities and Exchange Commission
Los Angeles Regional Office
444 South Flower Street, Suite 900
Los Angeles, California 90071-2934

Small Business Administration
District Counsel
10675 Bedford Avenue, Suite 100
Omaha, NE 68134-3605

Social Security Administration
Attn: Bankr Desk
Po Box 33021
Baltimore, MD 21290-3021

Social Security Administration
Office of General Counsel
Office of Program Litigation Bankruptc
6401 Security Blvd.
Baltimore, MD 21235-0001

Split USA Inc.
Attn: Legal Dept. or Accounts Payable
319 S Coteau St.
Pierre, SD 57501-3187

Splitit USA Inc.
Attn: Legal Dept.
319 S. Coteau Street
Pierre, SD 57501-3187

State of NV DMV
Attn: Legal Division
555 Wright Way
Carson City, NV 89711-0001

State of New Mexico Attorney General
Office of the Attorney General
PO Drawer 1508
Attn: Litigation Division
Santa Fe, NM 87504-1508

State of Wisconsin
DWD - Unemployment Insurances Benefits
PO Box 7888
Madison, WI 53707-7888

State of Wisconsin
DWD - Unemployment Insurances Taxes
PO Box 8914
Madison, WI 53708-8914

THE LCF GROUP
LEGAL DEPARTMENT
3000 MARCUS AVE SUITE 2W15
New Hyde Park, NY 11042-1005

TOSICH BIOSCIENCE INC
Po Box 712415
Cincinnati, OH 45271-2415

TOSOH BIOSCIENCE INC
Po Box 712415
Cincinnati, OH 45271-2415

TOSOH BIOSCIENCE, INC
3600 GANTZ ROAD
Grove City, OH 43123-1895

Tampa Westshore 500 LLC
c/o The Green Companies, Inc.
9155 S Dadeland Blvd., Ste. 1812
Miami, FL 33156-2742

Tennessee Department of Revenue
c/o Tennessee Attorney General's Of
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

The LCF Group, Inc.
3000 Marcus Ave., Ste. 2W15
Lake Success, NY 11042-1005

The LCF Group, Inc.
c/o Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703-4261

Thomas C. Wolff
Ward and Smith, P.A.
751 Corporate Center Drive Suite 300
Raleigh, NC 27607-4873

Tim Elson, Esq.
The Law Offices of Timothy Elson
8965 S. Eastern Ave., #382
Las Vegas, NV 89123-4849

Top Tier Capital
Attn: Managing Member
2613 E 16th Street
Brooklyn, NY 11235-3805

Tracey Hope Davis
Office of the United States Trustee
Attn: Justin C. Valencia
300 Las Vegas Blvd. So., Ste. 4300
Las Vegas, NV 89101-5803

U.S. Attorneys Office - Lincoln
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508-3859

U.S. Attorneys Office - Omaha
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

U.S. Department of Health
and Human Services
Acting Chief Counsel
601 East 12th Street, Room N1800
Kansas City, MO 64106-2818

U.S. Small Business Administration
Milwaukee District Office
c/o Wisconsin District Counsel
310 W. Wisconsin Ave., Suite 580W
Milwaukee, WI 53203-2274

U.S. TRUSTEE - LV - 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101-5803

U.S. Trustee
111 South 18th Plaza, Suite 1148
Omaha, NE 68102-1321

United States Attorney's Office
ATTN: Civil Process Clerk
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101-6521

United States Attorneys Office
Attn: Civil Process Clerk
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, NV 89101-6521

Universal Guardian Acceptance, LLC
7505 NW Tiffany Springs Pkwy., Ste. 400
Kansas City, MO 64153-1592

Universal Guardian Acceptance, LLC
c/o Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Vox Funding
c/o RJ Recovery
1407 Broadway Fl 29
New York, NY 10018-5100

WAYNE ALLISON
2004 HUNTINGTON AVE
NICHOLS HILLS, OK 73116-5113

WFNZ-FM
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

WITI
POB 7410059
Chicago, IL 60674-5059

WYOMING OFFICE PARK LLC
C/O BRUNACINI COMPANIES
POB 6363
Albuquerque, NM 87197-6363

Wisconsin Department of Veterans Affairs
Attn: Phillip Rangsuebsin
PO Box 7843
Madison, WI 53707-7843

Wyoming Office Park LLC
c/o The Cash Law Firm
P.O. Box 20718
Albuquerque, NM 87154-0718

Wyoming Office Park, LLC
P.O. Box 20718
P.O. Box 20718
Albuquerque, NM 87154-0718

Wyoming Office Park, LLC
c/o Angelo Brunacini
7550 Meridan, NW
Albuquerque, NM 87121-1912

Wyoming Office Park, LLC
c/o Angelo Brunacini
P.O. Box 6363
Albuquerque, NM 87197-6363

YELP INC
Po Box 204393
Dallas, TX 75320-4393

DAVID A RIGGI
RIGGI LAW FIRM
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117-7921

MICHAEL W. CARMEL
80 E. COLUMBUS AVENUE
PHOENIX, AZ 85012-2334

Michael E. Sanchez
WOMBLE BOND DICKINSON (US) LLP
C/O OGONNA M. BROWN, ESQ.
3993 HOWARD HUGHES PKWY
SUITE 600
LAS VEGAS, NV 89169-5996

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Miami-Dade County Tax Collector
Bankruptcy Paralegal Unit
200 N.W. Second Avenue, Suite 430
Miami, FL 33128

Nebraska Department of Revenue
Attn: Bankruptcy Unit
Nebraska State Office Building
P.O. Box 94818
Lincoln, NE 68509-4818

Newtek Bank, National Association
1981 Marcus Avenue, Ste. 130
Lake Success, NY 11042

(d)Newtek Small Business Finance, LLC
1981 Marcus Avenue #130
Lake Success, NY 11042

STERICYCLE
POB 6575
Carol Stream, IL 60197-6575

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Governmental Units

(u)Grand County Treasurer
P.O. Box 288
Hot Sulphur Springs, Colorado 80451
Massachusetts Department of Revenue
Collections Bureau/Bankruptcy Unit
P. O. Box 7090

(d)Lamar Companies
P.O. Box 96030
Baton Rouge, LA 70896-9030

(d)Massachusetts Department of Revenue
Collections Bureau/Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

(d)Mayfair Mall LLC
c/o Brookfield Properties
P.O. Box 772816
Chicago, IL 60677-0116

(d)Prospect Rainbow, LLC
c/o JOHNSON & GUBLER, P.C.
Attn: Russell G. Gubler, Esq.
8831 W. Sahara Ave
Las Vegas, NV 89117-5865

(d)Social Security Administration
Office of General Counsel
Office of Program Litigation - Bankruptc
6401 Security Boulevard
Baltimore, MD 21235-0001

(d)The LCF Group, Inc.
3000 Marcus Avenue, Suite 2W15
Lake Success, NY 11042-1005

(u)Jacob Nathan Rubin

End of Label Matrix

| | |
|---|---|
| Mailable recipients | 186 |
| Bypassed recipients | 9 |
| Total | 195 |