GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
[Proposed] *Attorneys for Michael Carmel, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
|     AFFECTS THIS DEBTOR, ☒ | *Jointly administered with:* |
|     AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐ | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
|     NUMEDICAL SC, ☐ | NuMedical SC Case No. 25-10343-nmc |
|     NUMALE COLORADO SC, ☐ | NuMale Colorado SC, Case No. 25-10344-nmc |
|     NUMALE FLORIDA TB PLLC, ☐ | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
|     NUMALE NEBRASKA LLC, ☐ | NuMale Nebraska LLC Case No. 25-10346-nmc |
|     NUMALE NEW MEXICO SC, ☐ | NuMale New Mexico SC Case No. 25-10347-nmc |
|     NUMALE ALL DEBTORS, ☐ | |
|     Debtors. | Hearing Date: OST Requested<br>Hearing Time: OST Requested |

**DECLARATION OF MICHAEL CARMEL IN SUPPORT OF APPLICATION TO EMPLOY PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES**

I, Michael Carmel, Esq., hereby declare as follows:

1.     I am over the age of 18 and mentally competent. I have personal knowledge of the

facts in this matter and if called upon to testify, could and would do so.

2. I make this declaration in support of the *Application to Employ Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates* (the "Motion").[1]

3. I am the duly appointed Chapter 11 trustee ("Trustee") over the estates of debtors Silver State Broadcasting, LLC, Golden State Broadcasting, LLC, and Major Market Radio, LLC.

4. In the course of his investigations, I became aware of the nine-figure jury verdict rendered in the Sanchez State Court Litigation, which verdict has not yet been reduced to a judgment; became aware that the pending Sanchez State Court Litigation is active, with significant post-trial motion practice pending and potential appeals practice anticipated; and became aware that two of the Debtors—NuMale Corporation, and NuMale New Mexico, S.C. (collectively, the "Debtor Defendants")—are defendants in the Sanchez State Court Litigation. As such, I need to secure special litigation counsel to represent the estates' interest in the Sanchez State Court Litigation.

5. Additionally, I am aware that hearings are presenting pending in the Sanchez State Court Litigation and set for May 22, 2025. As such, the estates are in immediate need of representation in the Sanchez State Court Litigation.

6. After my appointment, I (through general counsel) reached out to counsel for insurer Certain Underwriters at Lloyd's London Syndicates 623/2623 ("Beazley") regarding, *inter alia*, the Sanchez State Court Litigation.

7. From this dialogue, I understand that Beazley is willing to pay the costs of Paul, Weiss representing the estates in connection with the Sanchez State Court Litigation.

8. Thus, although the costs and expenses of Paul, Weiss's work on behalf of the estates will not be borne directly by the estates themselves, I determined it is appropriate to seek

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Motion.

the employment of special counsel Paul, Weiss, as the firm will be representing the estates in non-bankruptcy litigation.

9. The services of Paul, Weiss under the Engagement Agreement are appropriate and necessary to enable the Trustee to execute his duties faithfully as the administrator of the estates. The Trustee's investigations are ongoing but consistently indicate that the estates' largest potential creditor is Mr. Sanchez, the party who secured a nine-figure jury verdict against the Debtor Defendants (and other codefendants of theirs) in the Sanchez State Court Litigation; Mr. Sanchez is likely the largest creditor by an order, if not orders, of magnitude.

10. Mr. Sanchez's jury verdict has not yet been reduced to judgment; however, in order for the estates to meaningfully participate in all post-trial motion practice concerning the verdict, and any related appeals including the appeals of any judgment that may be entered thereon, the Trustee must ensure that the estates have adequate representation in the Sanchez State Court Litigation. And because Mr. Sanchez's counsel have already filed certain post-trial motions in that case, the estates must act quickly in order to preserve their rights and be adequately represented in connection with all ongoing matters.

11. Based on Paul, Weiss's expertise and experience, I am seeking Court authority to employ Paul, Weiss as the estates' special litigation counsel.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 20th day of May, 2025.

/s/ Michael Carmel
MICHAEL CARMEL, ESQ.
*Chapter 11 Trustee*