

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
May 20, 2025

Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:     702.949.8200
Fax:    702.949.8398

Lori M. Bencoe (*Admitted Pro Hac Vice*)
NM State Bar 7525
BENCOE & LaCOUR LAW PC
9201 Montgomery Blvd NE, Suite 404
Albuquerque NM 87111
Tel: 505.247.8800
Fax: 505.247.8801
lori@bencoelaw.com

*Attorneys for Creditor Michael E. Sanchez*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re:<br>■ NUMALE CORPORATION,<br><br>☐ FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>■ NUMALE NEW MEXICO SC,<br>☐ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>Jointly administered with:<br>Case No. 25-10342-NMC<br>Case No. 25-10343-NMC<br>Case No. 25-10344-NMC<br>Case No. 25-10345-NMC<br>Case No. 25-10346-NMC<br>Case No. 25-10347-NMC<br><br>**ORDER APPROVING STIPULATION FOR ENTRY OF ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362 AS TO NEW MEXICO STATE COURT POST-** |
|---|---|



Case 25-10341-nmc    Doc 275    Entered 05/20/25 10:45:06    Page 2 of 3



**TRIAL PROCEEDINGS TO JUDGMENT ONLY AS TO NUMALE CORPORATION AND NUMALE NEW MEXICO SC AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS**

Hearing Date:   May 20, 2025
Hearing Time:  9:30 a.m.

Chief Judge: Hon. Natalie M. Cox

The Court having read and considered the Stipulation for Entry of Order Terminating Automatic Stay Under 11 U.S.C. § 362 as to New Mexico State Court Post-Trial Proceedings to Judgment Only as to Numale Corporation and Numale New Mexico SC and Comfort Order for Stay Termination as to Non-Debtors ("Stipulation")[1] (ECF No 264) between Creditor Michael E. Sanchez ("Mr. Sanchez"), and Michael Carmel ("Trustee" and collectively with Mr. Sanchez, the "Parties"), Chapter 11 Trustee of the estates of Numale Corporation and Numale New Mexico SC, and good cause appearing:

**IT IS HEREBY ORDERED** that the automatic stay is modified for the sole purpose of allowing the New Mexico Court in the State Court Litigation to resolve all pending post-trial Motions, and will be granted conditioned upon Estate Special Counsel's employment being approved by this Court.

**IT IS FURTHER ORDERED** that any order granting the Motion not be entered until after entry of the order approving the Trustee's retention of Estate Special Counsel, Paul, Weiss.

**IT IS FURTHER ORDERED** that to the extent the automatic stay is modified as to the Debtor Defendants, it shall be modified solely to the extent of the entry of a judgment only, and not to enforcement of any judgment.

**IT IS FURTHER ORDERED** that the automatic stay under Section 362 of the Bankruptcy Code does not apply or extend as a result of the Stipulation and this order, to the non-debtors in the New Mexico Case, Numale Albuquerque LLC d/b/a Numale Medical Center, Christopher Asandra MD, Carlos Feliciano MD, Brad Palubicki, and Justin Pulliam.

---

[1] Any capitalized term not otherwise defined herein shall have the meaning ascribed to it in the Stipulation.

- 2 -

4896-6120-8388, v. 1

**IT IS FURTHER ORDERED** that the New Mexico State Court may proceed to adjudicate the pending post-trial motions and to the entry of a final judgment as to all parties to the New Mexico litigation, but not to enforcement of the Judgment as to the Debtors.

**IT IS FURTHER ORDERED** that Mr. Sanchez may proceed against any of the non-debtors as to enforcement of any Judgment entered against any of them, and that such a Judgment is not subject to the automatic stay under 11 U.S.C. § 362, except to the extent it impacts property of the estate, for which all Parties reserve their rights.

**IT IS FURTHER ORDERED** that the 14-day stay of this order under FRBP 4001(a)(3) is waived, conditioned upon the approval of the employment Paul, Weiss.

**IT IS SO ORDERED**.

Submitted by:

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Ogonna Brown*
Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel.: 702.949.8200
Fax: 702.949.8398

*Attorneys for Creditor Michael E. Sanchez*

###



4896-6120-8388, v. 1