Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:     702.949.8200
Fax:     702.949.8398

Lori M. Bencoe (*Admitted Pro Hac Vice*)
NM State Bar 7525
BENCOE & LaCOUR LAW PC
9201 Montgomery Blvd NE, Suite 404
Albuquerque NM 87111
Tel: 505.247.8800
Fax: 505.247.8801
lori@bencoelaw.com

*Attorneys for Creditor Michael E. Sanchez*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | Lead Case No. 25-10341-NMC |
|---|---|
| ■ NUMALE CORPORATION, | Chapter 11 |
| | Jointly administered with: |
| ☐ FELICIANO NUMALE NEVADA PLLC, | Case No. 25-10342-NMC |
| ☐ NUMEDICAL SC, | Case No. 25-10343-NMC |
| ☐ NUMALE COLORADO SC, | Case No. 25-10344-NMC |
| ☐ NUMALE FLORIDA TB PLLC, | Case No. 25-10345-NMC |
| ☐ NUMALE NEBRASKA LLC, | Case No. 25-10346-NMC |
| ■ NUMALE NEW MEXICO SC, | Case No. 25-10347-NMC |
| Debtors. | **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION FOR ENTRY OF ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362 AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY AS TO NUMALE CORPORATION AND NUMALE NEW MEXICO SC AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS** |
| | Date of Hearing:    May 20, 2025
Time of Hearing:    9:30 a.m. |
| | Chief Judge: Hon. Natalie M. Cox |

4898-2724-6405, v. 1

1   PLEASE TAKE NOTICE that the Order Approving Stipulation for Entry of Order Terminating Automatic Stay Under 11 U.S.C. § 362 as to New Mexico State Court Post-Trial Proceedings, to Judgment Only as to Numale Corporation and Numale New Mexico SC and Comfort Order for Stay Termination as to Non-Debtors ("Order") (ECF No. 275) was entered on May 20, 2025. A true and correct copy of the Order is attached hereto as **Exhibit "A"**.

DATED this 20th day of May, 2025.

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Ogonna M. Brown*
    Ogonna M. Brown, Bar No. 7589
    Ogonna.Brown@wbd-us.com
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV  89169
    Tel.: 702.949.8200 / Fax: 702.949.8398

and

Lori M. Bencoe (*Admitted pro hac vice*)
NM Bar No. 7525
BENCOE & LACOUR LAW PC
9201 Montgomery Blvd. NE # 404
Albuquerque NM 87111
Tel.: (505) 247-8800 / Fax: (505)247-8801
lori@bencoelaw.com

*Attorneys for Creditor Michael E. Sanchez*

4898-2724-6405, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on the 20th day of May, 2025, I caused to be served a true and correct copy of the **NOTICE OF ENTRY OF ORDER APPROVING STIPULATION FOR ENTRY OF ORDER TERMINATING AUTOMATIC STAY UNDER 11 U.S.C. § 362 AS TO NEW MEXICO STATE COURT POST-TRIAL PROCEEDINGS, TO JUDGMENT ONLY AS TO NUMALE CORPORATION AND NUMALE NEW MEXICO SC AND COMFORT ORDER FOR STAY TERMINATION AS TO NON-DEBTORS** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, on April 24, 2025, at Las Vegas, Nevada, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ Renee L. Creswell*
An employee of Womble Bond Dickinson (US) LLP



- 3 -

4898-2724-6405, v. 1