GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|
| NUMALE CORPORATION, | | |
|     AFFECTS THIS DEBTOR, | ☒ | *Jointly administered with:*<br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
|     AFFECTS FELICIANO NUMALE NEVADA PLLC, | ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
|     NUMEDICAL SC, | ☐ | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
|     NUMALE COLORADO SC, | ☐ | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
|     NUMALE FLORIDA TB PLLC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
|     NUMALE NEBRASKA LLC, | ☐ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|     NUMALE NEW MEXICO SC, | ☒ | |
|     NUMALE ALL DEBTORS, | ☐ | |
| Debtors. | | |

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR: (I) APPLICATION TO EMPLOY PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES; AND (II) APPLICATION TO EMPLOY RODEY, DICKASON, SLOAN, AKIN, & ROBB, P.A. <u>AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES</u>**

1

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors") filed his *Application to Employ Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates* (the "PW Application") and the *Application to Employ Rodey, Dickason, Sloan, Akin, & Robb, P.A. as Special Litigation Counsel to the Chapter 11 Estates* (the "Rodey Application") (the PW Application and the Rodey Application collectively, the "Motions").[1]

Trustee submits this *ex parte* application (the "Ex Parte Application") requesting this Court issue an Order Shortening Time to hear the Motions on or before Friday June 6, 2025, at the Court's earliest convenience, with a commensurate objection deadline of Wednesday June 4, 2025, and a reply deadline of Thursday June 5, 2025.[2] This Ex Parte Application is made and based upon Section[3] 105(a) of the Bankruptcy Code, Bankruptcy Rules 4001 and 9006, and Local Rules 4001 and 9006, the following memorandum of points and authorities inclusive of the Declaration of Mary Langsner, Ph.D. (the "Langsner Decl.") incorporated herein, the Attorney Information Sheet filed concurrently herewith, and the papers and pleading on file with the Court, judicial notice of which is respectfully requested.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.**
**DECLARATION OF MARY LANGSNER, PH.D.**

I, Mary Langsner, Ph.D., declare as follows:

1. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, and if called upon to testify, could and would do so.

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the respective Motions.

[2] In connection with Local Rule 9006 communications had with US Trustee counsel and undersigned counsel, undersigned counsel agreed to incorporate these requested briefing deadlines into this Ex Parte Application.

[3] All references to "Chapter" and "Section" herein shall be to the "Bankruptcy Code" appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall be to the Federal Rules of Bankruptcy Procedure; and all references to a "Local Rule" shall be to the Local Rules of Bankruptcy Practice of the U.S. District Court for the District of Nevada.

2

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2. I am an attorney at the law firm of Garman Turner Gordon LLP, counsel to the Trustee in the above-captioned matter, and am duly licensed to practice law in the State of Nevada (Nevada Bar No. 13707).

3. Good cause exists for this Court to hear the Motions on shortened time as requested herein.

4. Presently, there are hearings set in *Michael E. Sanchez v. NuMale Medical Center LLC, et al.*, No. D-202-CV-2020-06336 ("Sanchez State Court Litigation") against NuMale Corporation and NuMale New Mexico SC (collectively, the "Debtor Defendants") for May 22, 2025, at 9:30 a.m.

5. The estates need counsel representing them in the Sanchez State Court Litigation, and the Motions seek to employ counsel Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss") as special litigation counsel, as well as New Mexico firm Rodey, Dickason, Sloan, Akin, & Robb, P.A. ("Rodey Firm") as local special litigation counsel, to do that.

6. I attended other hearings on May 20, 2025, at 9:30 a.m. in these Chapter 11 Cases. Consistent with the discussion had on the record with the Court and parties and counsel present at those hearings, this Ex Parte Application seeks the entry of an order shortening the time for a hearing on the Motions, given the upcoming deadlines and other matters pending in the Sanchez State Court Litigation.

7. In connection with that discussion on the record at the May 20, 2025, hearings in these Chapter 11 Cases, I heard Ms. Brown, as counsel to Mr. Sanchez, voice support to the Trustee's request that a hearing be set on the Motions on shortened time.

8. I personally contacted the counsel listed on the Attorney Information Sheet, and the responses I received from them (or non-responses) are accurately represented.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 20th day of May 2025.

*/s/ Mary Langsner*
MARY LANGSNER, Ph.D.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

## II.
## LEGAL ARGUMENT

Section 105, Title 11 United States Code allows this Court to issue such orders as are necessary to carry out the provisions of this title. Bankruptcy Rule 9006(c)(1) generally permits a Bankruptcy Court, for cause shown and in its discretion, to reduce the period during which any notice is given in accordance with the Bankruptcy Rules. Relevantly, Bankruptcy Rule 9006(c)(1) provides as follows:

> Except as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

Local Rule 9006 provides further authority for shortening the time for a hearing. According to Local Rule 9006(b), every motion for an order shortening time must be accompanied by a declaration stating the reasons for an expedited hearing. As set forth in the Langsner Decl., having a hearing on or before June 6, 2025, on the Motions will provide for the expeditious adjudication of the Motions, in light of pending deadlines and hearings in the Sanchez State Court Litigation, to which the estates of NuMale Corporation and Numale New Mexico SC are parties.

Local Rule 9006 requires the moving party to submit an Attorney Information Sheet indicating whether opposing counsel was provided with notice, whether opposing counsel consented to the hearing on an order shortening time, the date counsel was provided with notice and how notice was provided or attempted to be provided. An Attorney Information Sheet has been filed contemporaneously with this Ex Parte Application.

Through this Ex Parte Application, the Trustee respectfully proffers that cause exists to grant the shortening of time on the Motions, to allow hearings on the Motions to take place on or before Friday June 6, 2025, at the Court's earliest convenience, with a commensurate objection deadline of Wednesday June 4, 2025, and a reply deadline of Thursday June 5, 2025.

The Trustee respectfully proffers that the circumstances set forth in this Ex Parte Application, the Langsner Decl., and papers and pleadings on file in these Chapter 11 Cases,

4

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

judicial notice of which is respectfully requested, warrant a finding that cause exists to shorten the time for a hearing on the Motions, as permitted by the Rule.

## III.
## CONCLUSION

WHEREFORE, the Trustee respectfully requests this Court grant this Ex Parte Application and issue an Order Shortening Time to hear the Motions on or before on or before Friday June 6, 2025, at the Court's earliest convenience, with a commensurate objection deadline of Wednesday June 4, 2025, and a reply deadline of Thursday June 5, 2025, and grant such other and further relief as the Court deems just and proper.

Dated this 20th day of May 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000