GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re: | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|
| NUMALE CORPORATION, | | *Jointly administered with:* |
| AFFECTS THIS DEBTOR, | ☒ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| AFFECTS FELICIANO NUMALE NEVADA PLLC, | ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| NUMEDICAL SC, | ☐ | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| NUMALE COLORADO SC, | ☐ | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| NUMALE FLORIDA TB PLLC, | ☐ | |
| NUMALE NEBRASKA LLC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| NUMALE NEW MEXICO SC, | ☒ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| NUMALE ALL DEBTORS, | ☐ | |
| Debtors. | | |

**ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR: (I) APPLICATION TO EMPLOY PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES; AND (II) APPLICATION TO EMPLOY**

1

**RODEY, DICKASON, SLOAN, AKIN, & ROBB, P.A. AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES**

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors") filed an ex parte application requesting this Court issue an Order Shortening Time to hear the *Application to Employ Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates* (the "PW Application") and the *Application to Employ Rodey, Dickason, Sloan, Akin, & Robb, P.A. as Special Litigation Counsel to the Chapter 11 Estates* (the "Rodey Application") (the PW Application and the Rodey Application collectively, the "Motions") on or before June 6, 2025.

As required by Local Rule 9006, Mary Langsner, Ph.D. of Garman Turner Gordon LLP, proposed counsel for Trustee, has contacted the parties listed below regarding the proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| Name | Date Contacted | Form of Contact | Agree | Disagree |
|---|---|---|---|---|
| Ogonna M. Brown, Esq. *Attorneys for Michael E. Sanchez* | 5/20/2025 | Email | No response[1] | |
| Justin Valencia, Esq. Alyssa Rogan, Esq. *Attorneys for the United States Trustee* | 5/20/2025 | Email | X | |
| David Zylberberg, Esq. *Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2523* | 5/20/2025 | Email | X | |

---

[1] However, in court on May 20, 2025, in other hearings in these Chapter 11 Cases, Ms. Brown indicated Mr. Sanchez generally supported a hearing on shortened time on these Motions. *See* Langsner Decl.

2

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

| Name | Date Contacted | Form of Contact | Agree | Disagree |
|---|---|---|---|---|
| David Riggi, Esq. Attorneys for Debtors out of Possession | 5/20/2025 | Email | No answer as of this filing | |
| Matt Johnson, Esq. *Attorneys for Prospect Rainbow* | 5/20/2025 | Email | X | |
| David Stephens, Esq. *Attorneys for NewTek Small Business Finance, LLC* | 5/20/2025 | Email | X | |

Dated this 20th day of May 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000