

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
May 21, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☒ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☒ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE ALL DEBTORS, | NuMale New Mexico SC |

1

| | |
|---|---|
| Debtors. | Case No. 25-10347-nmc<br><br>Hearing Date: June 6, 2025<br>Hearing Time: 9:30 AM |

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR: (I) APPLICATION TO EMPLOY PAUL, WEISS , RIFKIND, WHARTON & GARRISON LLP AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES; AND (II) APPLICATION TO EMPLOY RODEY, DICKASON, SLOAN, AKIN, & ROBB, P.A. AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES**

This Court, having considered the *Ex Parte Application for Order Shortening Time to Hear: (I) Application to Employ Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates; and (II) Application to Employ Rodey, Dickason, Sloan, Akin, & Robb, P.A. as Special Litigation Counsel to the Chapter 11 Estates the Application for Order Approving Employment of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee*, filed by Michael Carmel, Chapter 11 Trustee ("Trustee"), and good cause appearing therefor;

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN** that the *Application to Employ Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates* (the "PW Application") and the *Application to Employ Rodey, Dickason, Sloan, Akin, & Robb, P.A. as Special Litigation Counsel to the Chapter 11 Estates* (the "Rodey Application") (the PW Application and the Rodey Application collectively, the "Motions")[1] be, and the same will **both** be heard by a United States Bankruptcy Judge on the June 6, 2025, at 9:30 AM.

A summary of the relief requested by Trustee through the Motions is as follows:

- The Court enter an order authorizing the employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel; and

- The Court enter an order authorizing the employment of Rodey, Dickason, Sloan, Akin,

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed in the Motion.

2

& Robb, P.A. as local Special Litigation Counsel.

**NOTICE IS FURTHER GIVEN** that electronic copies of the Motion and supporting declarations are available by contacting Mary Langsner, Ph.D. at the address or telephone number set forth above, through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov, or at the Bankruptcy Court's Clerk's Office, located at the Foley Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada, 89101

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be served within 1 days of entry; that any oppositions **to the Motions** must be filed and served by June 2, 2025; that replies to any oppositions filed must be filed and served by June 4, 2025; and that the hearings on the Motions may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof. Parties wishing to appear and participate at this hearing shall call the telephone conference line **1(833) 435-1820**, Meeting ID **161 166 2815** Passcode **115788**.

**IT IS SO ORDERED.**

Prepared and Submitted by:

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
   GREGORY E. GARMAN, ESQ.
   TALITHA GRAY KOZLOWSKI, ESQ.
   MARY LANGSNER, Ph.D.
   7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
   *Attorneys for Michael Carmel, Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000