_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
May 22, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
[Proposed] *Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |

| NUMALE ALL DEBTORS, ☒ | NuMale New Mexico SC |
|---|---|
| Debtors. | Case No. 25-10347-nmc |
| | Hearing Date: May 20, 2025 |
| | Hearing Time: 9:30 a.m. |

**ORDER GRANTING MOTION TO EXTEND DEADLINE PURSUANT TO 11 U.S.C. § 365(d)(4) TO ASSUME OR REJECT UNEXPIRED LEASES**

Upon consideration of the motion (the "Motion")[1] of Michael Carmel, as the Chapter 11 trustee ("Trustee") for entry of an order extending for 90 days the time period within which the Trustee must assume or reject unexpired leases in these Chapter 11 Cases, under 11 U.S.C. § 365(d)(4)(B)(i), and good cause appearing therefor;

**IT IS HEREBY ORDERED:**

1. The Motion is granted as set forth herein.

2. The Trustee's deadline to assume or reject all unexpired leases of nonresidential real property in any and all of the Debtors' Chapter 11 Cases pursuant to 11 U.S.C. § 365(d)(4) shall be extended through and including **August 20, 2025**.

3. The entry of this Order is without prejudice to the Trustee seeking a further extension pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

4. This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:
GARMAN TURNER GORDON LLP

By: /s/ Mary Langsner
   GREGORY E. GARMAN, ESQ.
   TALITHA GRAY KOZLOWSKI, ESQ.
   MARY LANGSNER, Ph.D.
   7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
   [Proposed Counsel] *Attorneys for Michael Carmel, Chapter 11 Trustee*

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Motion.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐ The Court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared on the Motion at the omnibus hearing or filed an objection to the Motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing other than simply to monitor, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order as follows.

Matthew Johnson, Esq.                                   APPROVED
*Attorneys for Prospect Rainbow, LLC*


☐ I have certified that under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###

3

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000