GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: <br><br> NUMALE CORPORATION, <br><br> ☒ AFFECTS THIS DEBTOR, <br> ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, <br> ☐ NUMEDICAL SC, <br> ☐ NUMALE COLORADO SC, <br> ☐ NUMALE FLORIDA TB PLLC, <br> ☐ NUMALE NEBRASKA LLC, <br> ☐ NUMALE NEW MEXICO SC, <br> ☐ NUMALE ALL DEBTORS, <br><br> Debtor. | Lead Case No.: 25-10341-nmc <br> Chapter 11 <br><br> *Jointly administered with:* <br><br> Feliciano NuMale Nevada PLLC, <br> Case No. 25-10342-nmc <br><br> NuMedical SC <br> Case No. 25-10343-nmc <br><br> NuMale Colorado SC <br> Case No. 25-10344-nmc <br><br> NuMale Florida TB PLLC <br> Case No. 25-10345-nmc <br><br> NuMale Nebraska LLC <br> Case No. 25-10346-nmc <br><br> NuMale New Mexico SC <br> Case No. 25-10347-nmc |

**CERTIFICATE OF SERVICE**

1

1. On May 22, 2025, I served the following document(s):

    a.     *Notice of Entry of Order Granting Motion to Extend Deadline Pursuant to 11 U.S.C. § 365(d)(4) to Assume or Reject Unexpired Leases*     Dkt. No. 292

I served the above-named document(s) by the following means to the persons as listed below:

☒     ECF System: See attached ECF Confirmation Sheets.

☒     United States Mail, postage fully prepaid: See attached service list.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of May, 2025.

                            */s/ Danielle Charlet*
                            Danielle Charlet, an employee of
                            Garman Turner Gordon LLP

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

**File a Notice:**

[25-10341-nmc NUMALE CORPORATION (LEAD)](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: PlnDue, BAPCPA, JNTADMN, LEAD |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 5/22/2025 at 11:39 AM PDT and filed on 5/22/2025

**Case Name:** NUMALE CORPORATION (LEAD)
**Case Number:** [25-10341-nmc](#)
**Document Number:** [292](#)

**Docket Text:**
Notice of Entry of Order *GRANTING MOTION TO EXTEND DEADLINE PURSUANT TO 11 U.S.C. § 365(d)(4) TO ASSUME OR REJECT UNEXPIRED LEASES* Filed by MARY LANGSNER on behalf of MICHAEL W. CARMEL (Related document(s) [290] Order on Miscellaneous Application) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2025 0522 NOE for Dkt 0290.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/22/2025] [FileNumber=36690167-0
] [ee5d8a2bedaf7b8638901913a74dc60983078d40875b4968cb26702a807ea898d68
2e8b69cf6eb60a067aa48185dd0a3d0949d6f7491cd59e66acb9bf5668c04]]

**25-10341-nmc Notice will be electronically mailed to:**

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

RICHARD F. HOLLEY on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL

mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**25-10341-nmc Notice will not be electronically mailed to:**

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

```
Label Matrix for local noticing          CERTAIN UNDERWRITERS AT LLOYD'S LONDON    FELICIANO NUMALE NEVADA PLLC
0978-2                                   C/O RYAN J. WORKS                         6590 S RAINBOW BLVD
Case 25-10341-nmc                        McDONALD CARANO LLP                       LAS VEGAS, NV 89118-3327
District of Nevada                       2300 WEST SAHARA AVENUE, SUITE 1200
Las Vegas                                LAS VEGAS, NV 89102-4395
Wed May 21 17:22:26 PDT 2025

Ford Motor Credit Company, LLC, c/o AIS Port    NEWTEK SMALL BUSINESS FINANCE, LLC    NUMALE COLORADO SC
4515 N Santa Fe Ave. Dept. APS           STEPHENS LAW OFFICES                      8200 E BELLEVIEW AVE
Oklahoma City, OK 73118-7901             C/O DAVID A. STEPHENS                     GREENWOOD VILLAGE, CO 80111-2883
                                         P.O. BOX 33130
                                         LAS VEGAS, NV 89133-3130

NUMALE CORPORATION                       NUMALE FLORIDA TB PLLC                    NUMALE NEBRASKA LLC
6590 S RAINBOW BLVD                      500 WESTSHORE BLVD                        444 REGENCY PARKWAY DR
LAS VEGAS, NV 89118-3327                 TAMPA, FL 33609-5003                      OMAHA, NE 68114-3792


NUMALE NEW MEXICO SC                     NUMEDICAL SC                              Prospect Rainbow, LLC
7920 WYOMING BLVD, NE                    2600 N MAYFAIR RD                         c/o JOHNSON & GUBLER, P.C.
ALBUQUERQUE, NM 87109-6020               WAUWATOSA, WI 53226-1309                  Attn: Russell G. Gubler, Esq.
                                                                                   8831 W. Sahara Ave
                                                                                   Las Vegas, NV 89117-5865

United States Bankruptcy Court           444 Regency Parkway LLC                   AMERICAN EXPRESS
300 Las Vegas Blvd., South               450 Regency Pkwy., Ste. 200               Po Box 60189
Las Vegas, NV 89101-5833                 Omaha, NE 68114-3777                      City Industry, CA 91716-0189


AMERICAN EXPRESS NATIONAL BANK           ARIZONA DEPARTMENT OF REVENUE             AUDACY
C/O BECKET AND LEE LLP                   Office of the Arizona Attorney General -  11800 W Grange Ave
PO BOX 3001                              c/o Tax, Bankruptcy and Collection Sct    Hales Corners, WI 53130-1035
MALVERN  PA 19355-0701                   2005 N Central Ave, Suite 100
                                         Phoenix, AZ 85004-1546

Aaron Garber                             Ace Recovery Group, LLC                   Alexander C. Dale
Wadsworth Garber Warner Conrardy PC      Attn: Daniel Gold                         Ward and Smith, P.A.
2580 W. Main Street, Suite 200           99 Wall Street #4890                      University Corporate Center
Littleton, CO 80120-4631                 New York, NY 10005-4301                   127 Racine Drive
                                                                                   Wilmington, NC 28403-8833

Arapahoe County Government Treasurer     Attorney General of Colorado              BRAD PALUBICKI
5334 S. Prince St.                       1300 Broadway, 8th Floor                  9 PARADISE VALLEY CT.
Littleton, CO 80120-1136                 Denver, CO 80203-2104                     HENDERSON, NV 89052-6706


Basel Hassoun, M.D.                      Basel Hassoun, M.D.                       Brian T. Fahl
Attn: Michael Furlong, Esq.              Attn: Wayne Allison                       825 N. Jefferson Street, Suite 500
Steptoe & Johnson PLLC                   2004 Huntington Ave.                      Milwaukee, WI 53202-3737
210 Park Ave., Ste. 2300                 Nichols Hills, OK 73116-5113
Oklahoma City, OK 73102-5661

C T Corporation System, as Representative   C T Corporation System, as Representative   C T Corporation System, as Representative
Attn: SPRS                               c/o Lien Solutions                        c/o Wolters Kluwer Lien Solutions
330 N Brand Blvd., Ste. 700              P.O. Box 29071                            330 N Brand Blvd., Ste. 700
Glendale, CA 91203-2336                  Glendale, CA 91209-9071                   Glendale, CA 91203-2336
```

| | | |
|---|---|---|
| CARLOS FELICIANO<br>N69 W29753<br>Hartland, WI 53029 | CARLOS FELICIANO<br>N69W29753 RIDGEVIEW CT.<br>HARTLAND, WI 53029-9253 | CENTRUM/BELLVIEW LLC<br>DEPT # 42512<br>POB 650823<br>Dallas, TX 75265-0823 |
| CLARK HILL<br>1700 S Pavilion Center Dr Ste 500<br>Las Vegas, NV 89135-1864 | COX MEDIA<br>POB 50481<br>Los Angeles, CA 90074-0481 | COX MEDIA LLC LAS VEGAS<br>FILE 50464<br>Los Angeles, CA 90074-0464 |
| COX RADIO LLC<br>11300 4th St N<br>St Petersburg, FL 33716-2941 | California State Board of Equalization<br>Account Information Group, MIC: 29<br>PO Box 942879<br>Sacramento, CA 94279-0029<br>Michigan Dept. of Treasury, Tax Policy D 94279-0029<br>Attn: Litigation Liaison | Carlos Feliciano<br>Hellman Jeffrey Law Offices<br>195 Church St., 10th Flr.<br>New Haven, CT 06510-2009 |
| Celtic Bank<br>268 S State St., Ste. 300<br>Salt Lake City, UT 84111-5314 | Centrum/Belleview LLC<br>c/o FSB Property Management LLC<br>Attn: Michelle Brokaw<br>8200 E Belleview Ave, Ste 102C<br>Greenwood Village, CO 80111-2804 | Centrum/Bellview LLC<br>c/o Troy Sandberg, Esq.<br>Sandberg Law LLC<br>17011 Lincoln Avenue #348<br>Parker, CO 80134-3144 |
| Certain Underwriters at Lloyds<br>London Syndicates 623/2623<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954 | Certain Underwriters at Lloyds London<br>c/o David Zylberberg<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954 | City of Milwaukee<br>Office of City Attorney<br>200 E. Wells St., Room 800<br>Milwaukee, WI 53202-3551 |
| Civil process clerk at the U.S. Attorney<br>Hon. Markenzy Lapointe<br>U.S. Attorney<br>Southern District of Florida<br>99 N.E. 4th Street<br>Miami, FL 33132-2131 | Clark Co Assessor c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Po Box 551401<br>Las Vegas, NV 89155-1401 | Clark Co Treasurer c/o Bankruptcy Clerk<br>500 S Grand Central Pksy<br>Po Box 1220<br>Las Vegas, NV 89125-1220 |
| Clark Co Treasurer c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Po Box 1220<br>Las Vegas, NV 89125-1220 | Colorado Department of Revenue<br>ATTN: Bankruptcy Dept, RM 104<br>1881 Pierce St.<br>Lakewood, CO 80214-1407 | Corporation System, as Representative<br>P.O. Box 2576<br>Springfield, IL 62708-2576 |
| DEWITT, PARULOL & MEEK PLLC<br>705 NW 4th St<br>Oklahoma City, OK 73102-1616 | DLP Funding LLC<br>c/o/ Law Office of Jacob Z Weinstein<br>420 Central Ave Ste 301<br>Cedarhurst, NY 11516-1000 | DLP Funding, LLC<br>101 Lake Shore Dr.<br>Monticello, NY 12701-4006 |
| DLP Funding, LLC<br>c/o Interstate Filings LLC<br>301 Mill Road, Ste. U5<br>Hewlett, NY 11557-1232 | David R. Koch<br>KOCH & SCOW, LLC<br>11500 S. Eastern Ave., Suite 210<br>Henderson, NV 89052-5576 | EFFECTV<br>Po Box 415949<br>Boston, MA 02241-5949 |
| ELAVON<br>c/o TIMOTHY F. FROST, ESQ.<br>7300 CHAPMAN HIGHWAY<br>Knoxville, TN 37920-6612 | Equity Sales Finance, Inc.<br>1200 Ford Road, Ste. A<br>Hopkins, Minnesota 55305-1616 | Everest Business Funding<br>102 W 38th Street, 6th Flr.<br>New York, NY 10018-3664 |

| | | |
|---|---|---|
| Everest Business Funding<br>102 W 38th Street, 6th Flr.<br>New York, NY 10018 | FELICIANO NUMALE NEVADA PLLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | FOX FUNDING GROUP LLC<br>c/o JOE LIEBERMAN, ESQ.<br>LIEBERMAN AND KLESTZICK<br>POB 356<br>Cedarhurst, NY 11516-0356 |
| Gilbert Pritt<br>17133 Holly Well Ave.<br>Wimauma, FL 33598-2536 | | |
| Ford Motor Credit Company, LLC c/o AIS Portf<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Fortifi Bank<br>140 W. Huron St.<br>Berlin, WI 54923-1546 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952 |
| Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board (Adversary Proceedings)<br>Chief Counsel<br>c/o General Counsel Section<br>PO Box 1720, MS: A-260<br>Rancho Cordova, CA 95741-1720 | GILE LAW GROUP<br>1180 N. TOWN CENTER DR., STE. 100<br>LAS VEGAS, NV 89144-6308 |
| GOOD KARMA BRANDS - WTMJ AM<br>POB 8609<br>Carol Stream, IL 60197-8609 | Gilbert Pritt<br>17133 Holly Well Ave.<br>Wimauma, FL 33598-2536 | Gordman Lake Regency, LLC<br>Attn: Katy Rehan, Esq.<br>Smith Pauley<br>3555 Farnam Street, Ste. 1000<br>Omaha, NE 68131-3302 |
| HARRISON, MIRANDA<br>MCAFEE & TAFT<br>8TH FLOOR, TWO LEADERSHIP SQUARE<br>211 N. ROBINSON AVE.<br>OKLAHOMA CITY, OK 73102-7109 | HELLMAN JEFFREY LAW OFFICES OF LLC<br>195 CHURCH STREET<br>10TH FLOOR<br>NEW HAVEN, CT 06510-2009 | HERSHEY DECKER DRAKE<br>10463 Park Meadows Dr Ste 209<br>Lone Tree, CO 80124-5355 |
| HOWARD & HOWARD<br>Po Box 95234<br>Chicago, IL 60694-5234 | HOWARD AND HOWARD<br>3800 HOWARD HUGHES PKWY., STE. 1000<br>LAS VEGAS, NV 89169-5958 | HYPORT DIGITAL N2<br>Po Box 208092<br>Dallas, TX 75320-8092 |
| INNOVATIVE REAL ESTATE STRATEGIES<br>2975 S RAINBOW BLVD STE J<br>Las Vegas, NV 89146-6598 | Internal Revenue Service<br>ATTN: BANKRUPTCY DEPT<br>PO Box 7346<br>PHILADELPHIA, PA 19101-7346 | JUSTIN PULLIAM<br>5786 STONEHEATH AVE.<br>LAS VEGAS, NV 89139-7523 |
| Jerome P. Gordman<br>c/o Gordman Lake Regency, L.L.C.<br>444 Regency Parkway Dr., Ste. 202<br>Omaha, NE 68114-3779 | John T. Kivus<br>Morningstar Law Group<br>421 Fayetteville Street, Suite 530<br>Raleigh, NC 27601-3001 | John T. Kivus<br>Morningstar Law Group<br>434 Fayetteville Street, Suite 2200<br>Raleigh, NC 27601-1893 |
| Justin Hiersche<br>McAfee & Taft<br>8th Floor, Two Leadership Square<br>211 N Robinson Ave<br>Oklahoma City, OK 73102-7109 | KALAMATA CAPITAL GROUP, LLC<br>c/o STEVEN BERKOVITCH<br>BERKOVITCH & BOUSKILA, PLLC<br>1545 US 202 SUITE 101<br>Pomona, NY 10970-2951 | KLOS Radio, LLC<br>Matthew B. Baltierra<br>44 E. Broadway, Suite 530<br>Tuscon, AZ 85701-1703 |
| KMA BODILY<br>1200 John Q Hammons Dr Ste 500<br>Madison, WI 53717-2199 | KRAVIT HOVEL & KRAWCZYK<br>825 N JEFFERSON ST<br>Milwaukee, WI 53202-3737 | Kenzie Marie Rakes<br>Morningstar Law Group<br>421 Fayetteville St Suite 530<br>Raleigh, NC 27601-3001 |

| | | |
|---|---|---|
| Kenzie Marie Rakes<br>Morningstar Law Group<br>434 Fayetteville Street, Suite 2200<br>Raleigh, NC 27601-1893 | Kravit, Hovel & Krawczyk, s.c.<br>825 N Jefferson Street, Fifth Floor<br>Milwaukee, WI 53202-3737 | LAMAR COMPANIES<br>POB 746966<br>Atlanta, GA 30374-6966 |
| Lamar Companies<br>P O Box 96030<br>Baton Rouge, LA 70896-9030 | MAYFAIR MALL<br>c/o BROOKFIELD PROPERTIES<br>PO BOX 772816<br>CHICAGO, IL 60677-0116 | MCR Inc<br>2831 Saint Rose Pkwy<br>Henderson, NV 89052-4840 |
| MICHAEL A FURLONG<br>210 PARK AVENUE STE 2300<br>OKLAHOMA CITY, OK 73102-5661 | MICHAEL E SANCHEZ<br>C/O LORI BENCOE, ESQ<br>9201 MONTGOMERY BLVD SUITE 404<br>Albuquerque, NM 87111-2470 | MICHAEL E SANCHEZ<br>C/O NICHOLAS ROWLEY, ESQ<br>421 W Water St<br>Decorah, IA 52101-1731 |
| MID-WEST FAMILY MADISON<br>7 03 RAYOVAC DRIVE<br>Madison, WI 53711 | Massachusetts Department of Revenue<br>Collections Bureau/Bankruptcy Unit<br>P.O. Box 7090<br>Boston, MA 02204-7090 | Mayfair Mall LLC<br>Attn: General Counsel<br>Brookfield Properties Retail<br>350 N. Orleans St., Ste. 300<br>Chicago, IL 60654-1607 |
| Mayfair Mall LLC<br>Attn: General Manager<br>2500 North Mayfair Rd.<br>Wauwatosa, WI 53226-1464 | Meruelo Media, LLC<br>Attn: Ann O. Hall, Esq.<br>2500 E. Second Street<br>Reno, NV 89595-1200 | (p)MIAMI DADE COUNTY TAX COLLECTOR<br>ATTN WENDY MONTOYA<br>200 NW 2ND AVENUE<br>MIAMI FL 33128-1733 |
| Michigan Department of Treasury, Tax Policy<br>ATTN: Litigation Liaison<br>2nd Floor, Austin Building 430 West Alle<br>Lansing, Michigan 48922-0001 | N2 COMPANY<br>c/o ALEXANDER C. DALE, ESQ.<br>WARD AND SMITH, P.A.<br>UNIVERSITY CORPORATE CENTER<br>127 RACINE DRIVE<br>WILMINGTON, NC 28403-8833 | N2 COMPANY<br>c/o THOMAS C. WOLF, ESQ.<br>WARD AND SMITH, P.A.<br>751 CORPORATE CENTER DR., STE. 300<br>RALEIGH, NC 27607-4873 |
| NEUBERT PEPE & MONTEITH PC<br>195 CHURCH ST<br>13TH FLOOR<br>NEW HAVEN, CT 06510-4011 | NEVADA NUMALE LLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NEWTEK LENDING<br>1981 MARCUS AVENUE STE 130<br>Lake Success, NY 11042-1046 |
| NMC ILLINOIS, LLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NUMALE ALBUQUERQUE, LLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NUMALE CHICAGO LLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 |
| NUMALE COLORADO SC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NUMALE CORPORATION<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NUMALE FLORIDA TB PLLC<br>2600 MAYFAIR RD SUITE 1140<br>Milwaukee, WI 53226-1308 |
| NUMALE NEW MEXICO SC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NV Dept of Taxation<br>Bankruptcy Section<br>500 E Washington Ave Ste 13000<br>Las Vegas, NV 89101-1000 | (p)NEBRASKA DEPARTMENT OF REVENUE<br>ATTN ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 |

```
Nebraska State Farm Service Agency      Nevada Department of Taxation           Nevada Dept of Empl Security
State Executive Director                Attn: Bankruptcy Section                500 E 3rd St
1121 Lincoln Mall, Suite 330            700 E. Warm Springs Rd., Ste. 200       Carson City, NV 89713-0001
Lincoln, Nebraska 68508-2828            Las Vegas, NV 89119-4311


New Mexico Department of Workforce Solutions   New Mexico Department of Workforce Solutions   New Mexico Taxation & Revenue Department
fka NM Department of Labor              fka New Mexico Department of Labor      Bankruptcy Unit
401 Broadway NE                         PO Box 1928                             PO Box 50129
Albuquerque, NM 87102-2301              Attn: Legal Section                     Albuquerque, NM 87181-0129
                                        Albuquerque, NM 87103-1928


(p)ELIOT KIRSHNITZ                      Newtek Bank, National Association       Newtek Lending
1981 MARCUS AVENUE SUITE 130            c/o Lien Solutions                      1981 Marcus Avenue, Ste. 130
LAKE SUCCESS NY 11042-1046              P.O. Box 29071                          New Hyde Park, NY 11042-1046
                                        Glendale, CA 91209-9071


Newtek Small Business Finance, LLC      NuMale Colorado                         NuMale Corporation
c/o David A. Stephens, Esq.             2600 N Mayfair Rd Suite 505             Attn: Justin T. Hiersche, Esq.
Stephens Law Offices                    Wauwatosa, WI 53226-1306                McAfee & Taft
P.O. Box 33130                                                                  211 N. Robinson, 8th Flr.
Las Vegas, NV 89133-3130                                                        Oklahoma City, OK 73102-7176


PRIMO WATER                             Prospect Rainbow, LLC                   Prospect Rainbow, LLC
200 EAGLES LANDING BLVD.                Attn: Jeffery A. Bendavid, Esq.         Attn: Scott Goldstein
LAKELAND, FL 33810-3058                 Moran Brandon Bendavid Moran            851 South Rampart Blvd., Ste. 125
                                        630 South Fourth Street                 Las Vegas, NV 89145-4899
                                        Las Vegas, NV 89101-6604


Proventure Capital LLC d/b/a            Proventure dba Top Tier                 RepeatMD, Inc.
Top Tier Capital                        500 W. Putnam Ave., Ste. 1c             5599 San Felipe, 4th Flr.
Neumbert Pepe & Monteith PC             Greenwich, CT 06830-2947                Houston, TX 77056-2766
195 Church St., 13th Flr.
New Haven, CT 06510-2009


SBA U.S. Small Business Administration  SMALL BUSINESS ADMINISTRATION           (p)STERICYCLE  INC
Attn: Bankruptcy Dept.                  409 3RD STREET SW                       2355 WAUKEGAN ROAD
312 N. Spring Street, Flr. 5            Washington, DC 20416-0002               BANNOCKBURN IL 60015-1503
Los Angeles, CA 90012-4701


Secured Lender Solutions, LLC           Secured Lender Solutions, LLC           Securities and Exchange Commission
P.O. Box 2576                           c/o Corporation Service Company         Los Angeles Regional Office
Springfield, IL 62708-2576              801 Adlai Stevenson Dr.                 444 South Flower Street, Suite 900
                                        Springfield, IL 62703-4261              Los Angeles, California 90071-2934


Small Business Administration           Social Security Administration          Social Security Administration
District Counsel                        Attn: Bankr Desk                        Office of General Counsel
10675 Bedford Avenue, Suite 100         Po Box 33021                            Office of Program Litigation  Bankruptc
Omaha, NE 68134-3605                    Baltimore, MD 21290-3021                6401 Security Blvd.
                                                                                Baltimore, MD 21235-0001


Split USA Inc.                          Splitit USA Inc.                        Splitit USA Inc.
Attn: Legal Dept. or Accounts Payable   5901 Peachtree Dunwoody Rd.             Attn: Legal Dept.
319 S Coteau St.                        Suite C-480                             319 S. Coteau Street
Pierre, SD 57501-3187                   Atlanta, GA 30328-7188                  Pierre, SD 57501-3187
```

| | | |
|---|---|---|
| State of NV DMV<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 | State of New Mexico Attorney General<br>Office of the Attorney General<br>PO Drawer 1508<br>Attn: Litigation Division<br>Santa Fe, NM 87504-1508 | State of Wisconsin<br>DWD - Unemployment Insurances Benefits<br>PO Box 7888<br>Madison, WI 53707-7888 |
| State of Wisconsin<br>DWD - Unemployment Insurances Taxes<br>PO Box 8914<br>Madison, WI 53708-8914 | THE LCF GROUP<br>LEGAL DEPARTMENT<br>3000 MARCUS AVE SUITE 2W15<br>New Hyde Park, NY 11042-1005 | TOSICH BIOSCIENCE INC<br>Po Box 712415<br>Cincinnati, OH 45271-2415 |
| TOSOH BIOSCIENCE INC<br>Po Box 712415<br>Cincinnati, OH 45271-2415 | TOSOH BIOSCIENCE, INC<br>3600 GANTZ ROAD<br>Grove City, OH 43123-1895 | Tampa Westshore 500 LLC<br>c/o The Green Companies, Inc.<br>9155 S Dadeland Blvd., Ste. 1812<br>Miami, FL 33156-2742 |
| Tennessee Department of Revenue<br>c/o Tennessee Attorney General's Of<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | The LCF Group, Inc.<br>3000 Marcus Ave., Ste. 2W15<br>Lake Success, NY 11042-1005 | The LCF Group, Inc.<br>c/o Corporation Service Company<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703-4261 |
| Thomas C. Wolff<br>Ward and Smith, P.A.<br>751 Corporate Center Drive Suite 300<br>Raleigh, NC 27607-4873 | Tim Elson, Esq.<br>The Law Offices of Timothy Elson<br>8965 S. Eastern Ave., #382<br>Las Vegas, NV 89123-4849 | Top Tier Capital<br>Attn: Managing Member<br>2613 E 16th Street<br>Brooklyn, NY 11235-3805 |
| Tracey Hope Davis<br>Office of the United States Trustee<br>Attn: Justin C. Valencia<br>300 Las Vegas Blvd. So., Ste. 4300<br>Las Vegas, NV 89101-5803 | U.S. Attorneys Office - Lincoln<br>487 Federal Building<br>100 Centennial Mall North<br>Lincoln, NE 68508-3859 | U.S. Attorneys Office - Omaha<br>1620 Dodge Street, Suite 1400<br>Omaha, NE 68102-1506 |
| U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | U.S. Department of Health<br>and Human Services<br>Acting Chief Counsel<br>601 East 12th Street, Room N1800<br>Kansas City, MO 64106-2818 | U.S. Small Business Administration<br>Milwaukee District Office<br>c/o Wisconsin District Counsel<br>310 W. Wisconsin Ave., Suite 580W<br>Milwaukee, WI 53203-2274 |
| U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | U.S. Trustee<br>111 South 18th Plaza, Suite 1148<br>Omaha, NE 68102-1321 | United States Attorney's Office<br>ATTN: Civil Process Clerk<br>501 Las Vegas Blvd. South, Suite 1100<br>Las Vegas, NV 89101-6521 |
| United States Attorneys Office<br>Attn: Civil Process Clerk<br>501 Las Vegas Blvd. South, Ste. 1100<br>Las Vegas, NV 89101-6521 | Universal Guardian Acceptance, LLC<br>7505 NW Tiffany Springs Pkwy., Ste. 400<br>Kansas City, MO 64153-1592 | Universal Guardian Acceptance, LLC<br>c/o Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 |
| Vox Funding<br>c/o RJ Recovery<br>1407 Broadway Fl 29<br>New York, NY 10018-5100 | WAYNE ALLISON<br>2004 HUNTINGTON AVE<br>NICHOLS HILLS, OK 73116-5113 | WFNZ-FM<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 |

| | | |
|---|---|---|
| WITI<br>POB 7410059<br>Chicago, IL 60674-5059 | WYOMING OFFICE PARK LLC<br>C/O BRUNACINI COMPANIES<br>POB 6363<br>Albuquerque, NM 87197-6363 | Wisconsin Department of Veterans Affairs<br>Attn: Phillip Rangsuebsin<br>PO Box 7843<br>Madison, WI 53707-7843 |
| Wyoming Office Park LLC<br>c/o The Cash Law Firm<br>P.O. Box 20718<br>Albuquerque, NM 87154-0718 | Wyoming Office Park, LLC<br>P.O. Box 20718<br>P.O. Box 20718<br>Albuquerque, NM 87154-0718 | Wyoming Office Park, LLC<br>c/o Angelo Brunacini<br>7550 Meridan, NW<br>Albuquerque, NM 87121-1912 |
| Wyoming Office Park, LLC<br>c/o Angelo Brunacini<br>P.O. Box 6363<br>Albuquerque, NM 87197-6363 | YELP INC<br>Po Box 204393<br>Dallas, TX 75320-4393 | DAVID A RIGGI<br>RIGGI LAW FIRM<br>7900 W SAHARA AVE<br>SUITE 100<br>LAS VEGAS, NV 89117-7921 |
| MICHAEL W. CARMEL<br>80 E. COLUMBUS AVENUE<br>PHOENIX, AZ 85012-2334 | Michael E. Sanchez<br>WOMBLE BOND DICKINSON (US) LLP<br>C/O OGONNA M. BROWN, ESQ.<br>3993 HOWARD HUGHES PKWY<br>SUITE 600<br>LAS VEGAS, NV 89169-5996 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Miami-Dade County Tax Collector<br>Bankruptcy Paralegal Unit<br>200 N.W. Second Avenue, Suite 430<br>Miami, FL 33128 | Nebraska Department of Revenue<br>Attn: Bankruptcy Unit<br>Nebraska State Office Building<br>P.O. Box 94818<br>Lincoln, NE 68509-4818 | Newtek Bank, National Association<br>1981 Marcus Avenue, Ste. 130<br>Lake Success, NY 11042 |
| (d)Newtek Small Business Finance, LLC<br>1981 Marcus Avenue #130<br>Lake Success, NY 11042 | STERICYCLE<br>POB 6575<br>Carol Stream, IL 60197-6575 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Governmental Units | (u)Grand County Treasurer<br>P.O. Box 288<br>Hot Sulphur Springs, Colorado 80451<br>Massachusetts Department of Revenue<br>Collections Bureau/Bankruptcy Unit<br>P. O. Box 7090 | (d)Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896-9030 |
| (d)Massachusetts Department of Revenue<br>Collections Bureau/Bankruptcy Unit<br>PO Box 7090<br>Boston, MA 02204-7090 | (d)Mayfair Mall LLC<br>c/o Brookfield Properties<br>P.O. Box 772816<br>Chicago, IL 60677-0116 | (d)Prospect Rainbow, LLC<br>c/o JOHNSON & GUBLER, P.C.<br>Attn: Russell G. Gubler, Esq.<br>8831 W. Sahara Ave<br>Las Vegas, NV 89117-5865 |

| | | |
|---|---|---|
| (d)Social Security Administration<br>Office of General Counsel<br>Office of Program Litigation - Bankruptc<br>6401 Security Boulevard<br>Baltimore, MD 21235-0001 | (d)The LCF Group, Inc.<br>3000 Marcus Avenue, Suite 2W15<br>Lake Success, NY 11042-1005 | (u)Jacob Nathan Rubin |

End of Label Matrix
Mailable recipients   190
Bypassed recipients     9
Total                 199