GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

## NOTICE OF BAR DATE FOR FILING PROOFS OF CLAIM

TO ALL PERSONS AND ENTITIES WITH CLAIMS AGAINST NUMALE CORPORATION; FELICIANO NUMALE NEVADA PLLC; NUMEDICAL SC; NUMALE

COLORADO SC; NUMALE FLORIDA TB PLLC; NUMALE NEBRASKA LLC; AND NUMALE NEW MEXICO SC:

Please take notice that, on May 22, 2025, the United States Bankruptcy Court for the District of Nevada (the "Court"), having jurisdiction over the Chapter 11 Cases of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively the "Debtors") entered an order (the "Bar Date Order") establishing (i) **June 30, 2025, at 11:59 p.m. prevailing Pacific Time** as the last date and time for each person or entity (including, without limitation, individuals, partnerships, corporations, joint ventures, and trusts) to file a proof of claim ("Proof of Claim") based on prepetition claims against Debtor (the "General Bar Date"); and (ii) **July 21, 2025, at 11:59 p.m. prevailing Pacific Time** as the last date and time for each governmental unit (as defined in section 101(27) of the Bankruptcy Code) to file a Proof of Claim based on prepetition claims against Debtor (the "Governmental Bar Date", together with the General Bar Date, the "Bar Dates"). The Bar Date Order, the Bar Dates, and the procedures set forth below for the filing of Proofs of Claim apply to all claims against any and all of the Debtors (other than those set forth below as being specifically excluded) that arose prior to January 22, 2025, the date on which the Debtors each commenced their Chapter 11 Cases under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code").

**1. WHO MUST FILE A PROOF OF CLAIM**

You MUST file a Proof of Claim to share in any distribution by the Debtor, if you have a claim that occurred prior to January 22, 2025, and it is not one of the other types of claims described in Section 2 below. Acts or omissions of Debtors that arose before January 22, 2025, may give rise to claims against Debtors that must be filed by the applicable Bar Date, notwithstanding that such claims may not have matured or become fixed or liquidated or certain prior to January 22, 2025.

Pursuant to Section 101(5) of the Bankruptcy Code and as used in this Notice, the word "claim" means: (a) a right to payment, whether or not such right is reduced to judgment, liquidated, unliquidated, fixed, contingent, matured, unmatured, disputed, undisputed, legal, equitable, secured, or unsecured; or (b) a right to an equitable remedy for breach of performance if such breach gives rise to a right to payment, whether or not such right to an equitable remedy is reduced to judgment, fixed, contingent, matured, unmatured, disputed, undisputed, secured, or unsecured. Further, "claims" include unsecured claims, secured claims, and priority claims.

**2. WHO NEED NOT FILE A PROOF OF CLAIM**

You need ***not*** file a Proof of Claim if:

i. any person or entity whose claim is listed on the Schedules and (i) whose claim is not described thereon as "disputed," "contingent," or "unliquidated," (ii) who does not dispute the amount or classification of the claim set forth in the Schedules, and (iii) who does not dispute that the claim is an obligation of the specific Debtor against which the claim is listed on the Schedules;

ii. any person or entity whose claim has been paid in full;

iii. any person or entity that holds an interest in Debtors, which interest is based exclusively upon the ownership of common or preferred stock, membership interests, partnership interests, or warrants or rights to purchase, sell, or subscribe to such a security or interest; provided, however, that interest holders that wish to assert claims (as opposed to ownership interests) against Debtors that arise out of or relate to the ownership or purchase of an interest, including claims arising out of or relating to the sale, issuance, or distribution of the interest, must file Proofs of Claim on or before the applicable Bar Date, unless another exception identified herein applies;

iv. any holder of a claim allowable under Sections 503(b) and 507(a)(2) of the Bankruptcy Code as an administrative expense (other than a holder of a Section 503(b)(9) claim);

v. any person or entity that holds a claim that has been allowed by an order of this Court entered on or before the applicable Bar Date;

vi. any holder of a claim for which a separate deadline is fixed by an order of this Court;

vii. any holder of a claim who has already properly filed a Proof of Claim with the Clerk of the Court against Debtors utilizing a claim form which substantially conforms to the Proof of Claim Form or Official Form 410; and

viii. any person or entity that relies on the Schedules has the responsibility to determine that the claim is accurately listed in the Schedules.

**YOU SHOULD NOT FILE A PROOF OF CLAIM IF YOU DO NOT HAVE A CLAIM AGAINST ANY OF THE DEBTORS. THE FACT THAT YOU HAVE RECEIVED THIS NOTICE DOES NOT MEAN THAT YOU HAVE A CLAIM OR THAT THE CHAPTER 11 TRUSTEE OR ANY OF THE DEBTORS OR THE COURT BELIEVE THAT YOU HAVE A CLAIM.**

**3. EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

If you hold a claim arising from the rejection of an executory contract or unexpired lease, you must file a Proof of Claim based on such rejection by the later of (i) the applicable Bar Date,

or (ii) the date which is thirty days following the entry of the order approving such rejection, or you will be forever barred from doing so. Notwithstanding the foregoing, if you are a party to an executory contract or unexpired lease and you wish to assert a claim on account of unpaid amounts accrued and outstanding as of January 22, 2025, pursuant to that executory contract or unexpired lease (other than a rejection damages claim), you must file a Proof of Claim for such amounts on or before the applicable Bar Date unless an exception identified above applies.

### 4. WHEN AND WHERE TO FILE

All Proofs of Claim must be filed so as to be actually received on or before the applicable Bar Date at the following address:

    i. If by hand delivery, overnight courier, or first class mail:

> Bankruptcy Court's Clerk's Office
> Foley Federal Building
> 300 Las Vegas Blvd., South
> Las Vegas, Nevada, 89101

> **Please note: The Bankruptcy Court Clerk's Office intake hours are posted on the Court's website https://www.nvb.uscourts.gov/ and presently are Monday – Friday, 9:00 a.m. - 4:00 p.m. prevailing Pacific Time. Please note the Clerk's office is closed Federal Holidays.

    ii. If by ECF:

> https://ecf.nvb.uscourts.gov/

    iii. If electronically via the Court's website:

> https://ecf.nvb.uscourts.gov/cgi-bin/autoFilingClaims.pl

Proofs of Claim will be deemed timely filed only if actually received by the Court on or before the applicable Bar Date and time.

### 5. WHAT TO FILE.

If you file a Proof of Claim, your filed Proof of Claim must: (i) be written in the English language; (ii) be denominated in lawful currency of the United States; (iii) conform substantially to Official Bankruptcy Form No. 410; (iv) set forth with specificity the legal and factual basis for the alleged claim; (v) include supporting documentation or an explanation as to why such documentation is not available; and (vi) be signed by the claimant or, if the claimant is not an individual, by an authorized agent of the claimant.

. . .

. . .

**6. CONSEQUENCES OF FAILURE TO FILE A PROOF OF CLAIM BY THE APPLICABLE BAR DATE.**

*Except with respect to claims of the type set forth in Section 2 above, any creditor who fails to file a Proof of Claim on or before the applicable Bar Date on the appropriate form in accordance with the procedures described in this Notice for any claim such creditor holds or wishes to assert against any of the Debtors will be forever barred, estopped, and enjoined from asserting the claim against Debtors and their estates (or filing a Proof of Claim with respect to the claim), and Debtors and the estates, successors, and property will be forever discharged from any and all indebtedness or liability with respect to the claim, and the holder will not be permitted to participate in any distribution in Debtors' Chapter 11 Cases on account of the claim or receive further notices with respect to the Chapter 11 Cases.*

**YOU SHOULD CONSULT AN ATTORNEY IF YOU HAVE ANY OTHER QUESTIONS, INCLUDING WHETHER YOU SHOULD FILE A PROOF OF CLAIM.**

Dated on this 23rd day of May, 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
  GREGORY E. GARMAN, ESQ.
  TALITHA GRAY KOZLOWSKI, ESQ.
  MARY LANGSNER, Ph.D.
  7251 Amigo Street, Suite 210
  Las Vegas, Nevada 89119
  *Attorneys for Michael Carmel, Chapter 11 Trustee*