1  GARMAN TURNER GORDON LLP
   GREGORY E. GARMAN
2  Nevada Bar No. 6654
   E-mail: ggarman@gtg.legal
3  TALITHA GRAY KOZLOWSKI, ESQ.
4  Nevada Bar No. 9040
   tgray@gtg.legal
5  MARY LANGSNER, Ph.D.
   Nevada Bar No. 13707
6  mlangsner@gtg.legal
7  7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
8  Telephone (725) 777-3000
   Facsimile (725) 777-3112
9  *Attorneys for Michael Carmel,*
   *Chapter 11 Trustee*
10

11
12 **UNITED STATES BANKRUPTCY COURT**
   **DISTRICT OF NEVADA**

13  In re:                                          Lead Case No.: 25-10341-nmc
                                                    Chapter 11
14  NUMALE CORPORATION,
                                                    *Jointly administered with:*
15       ☐ AFFECTS THIS DEBTOR,
                                                    Feliciano NuMale Nevada PLLC,
16       ☐ AFFECTS FELICIANO                        Case No. 25-10342-nmc
           NUMALE NEVADA PLLC,
17                                                  NuMedical SC
         ☐ NUMEDICAL SC,                            Case No. 25-10343-nmc
18
         ☐ NUMALE COLORADO SC,                      NuMale Colorado SC,
19                                                  Case No. 25-10344-nmc
         ☐ NUMALE FLORIDA TB PLLC,
20                                                  NuMale Florida TB PLLC,
         ☐ NUMALE NEBRASKA LLC,                     Case No. 25-10345-nmc
21
         ☐ NUMALE NEW MEXICO SC,                    NuMale Nebraska LLC
22                                                  Case No. 25-10346-nmc
         ☒ NUMALE ALL DEBTORS,
23                                                  NuMale New Mexico SC
              Debtors.                              Case No. 25-10347-nmc
24

25              **NOTICE OF ISSUANCE OF SUBPOENA**
          **TO C T CORPORATION SYSTEM, AS REPRESENTATIVE**
26
        Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale
27
   Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale
28

1

Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through his counsel, Garman Turner Gordon LLP, hereby provide notice of the issuance of a subpoena to produce documents upon C T Corporation System, as Representative. A copy of the subpoena is attached hereto as **Exhibit 1**.

Dated this 23rd day of May, 2025.

GARMAN TURNER GORDON LLP

By: /s/ Mary Langsner
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000