GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC Case No. 25-10347-nmc |
| Debtor. | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

1

1. On May 23, 2025, I served the following document(s):

| | | |
|---|---|---|
| a. | *Notice of Hearing and Order Shortening Time to Hear: (I) Application to Employ Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates; and (II) Application to Employ Rodney, Dickason, Sloan, Akin & Robb, P.A. as Special Litigation Counsel to the Chapter 11 Estates* | Dkt. No. 280 |
| b. | *Notice of Entry of Order (A) Setting Bar Date for Filing Proof of Claim and (B) Approving Notice Thereof* | Dkt. No. 291 |
| c. | *Notice of Entry of Order Granting Motion to Extend Deadline Pursuant to 11 U.S.C. § 365(d)(4) to Assume or Reject Unexpired Leases* | Dkt. No. 292 |
| d. | *Notice of Entry of Order Approving Employment of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee* | Dkt. No. 294 |

I served the above-named document(s) by the following means to the persons as listed below:

☒ United States Mail, postage fully prepaid to the following addresses:

JJT Properties LLC
c/o Sara Investment Real Estate LLC
Madison, WI 53719

NuMale Green Bay, LLC
2600 N Mayfair Road, Suite 505
Wauwatosa, WI 53226

Array Medical
3440 Sojourn Dr #200
Carrollton, TX 75006

Top Tier Capital LLC
c/o Resident Agent, Offer, Agent, Managing Agent
615 South DuPont Highway
Dover DE 19901

Vox Funding LLC
100 Park Avenue, 26th Floor
New York, NY 10017

OnDeck a/k/a ODK Capital, LLC
4700 W. Daybreak Pkwy., Suite 200
Attn: Director of Operations
South Jordan, UT 84009

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

The LCF Group, Inc.
Attn: Legal Department
3000 Marcus Avenue, Suite 2W15
Lake Success, NY 11042

Kalamata Capital Group, LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207

Fox Funding Group LLC
803 S 21st Ave
Hollywood, FL 33020

EBF Holdings, LLC d/b/a Everest Business Funding
102 W 38th Street 6th Floor
New York, NY 10018

DLP Funding LLC
447 Broadway 2nd Floor, Unit 805
New York, NY 10013

Reliant Capital, LLC
Attn: Officer, Agent, Managing Agent
123 South Broad Street, Floor 17
Philadelphia, PA 19109

Reliant Capital, LLC
Attn: Rhyen Foster, Customer Solutions Specialist
123 South Broad Street, Floor 17
Philadelphia, PA 19109

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of May, 2025.

/s/ Danielle Charlet
Danielle Charlet, an employee of
Garman Turner Gordon LLP