1  GARMAN TURNER GORDON LLP
   GREGORY E. GARMAN
2  Nevada Bar No. 6654
   E-mail:  ggarman@gtg.legal
3  TALITHA GRAY KOZLOWSKI, ESQ.
   Nevada Bar No. 9040
4  tgray@gtg.legal
5  MARY LANGSNER, Ph.D.
   Nevada Bar No. 13707
6  mlangsner@gtg.legal
7  7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
8  Telephone (725) 777-3000
   Facsimile (725) 777-3112
9  [Proposed] *Attorneys for Michael Carmel,*
   *Chapter 11 Trustee*
10

11
                    **UNITED STATES BANKRUPTCY COURT**
12                          **DISTRICT OF NEVADA**

13  In re:                                      Lead Case No.: 25-10341-nmc
                                                Chapter 11
14  NUMALE CORPORATION,
                                                *Jointly administered with:*
15      ☐ AFFECTS THIS DEBTOR,
                                                Feliciano NuMale Nevada PLLC,
16      ☐ AFFECTS FELICIANO                     Case No. 25-10342-nmc
          NUMALE NEVADA PLLC,
17                                              NuMedical SC
        ☐ NUMEDICAL SC,                         Case No. 25-10343-nmc
18
        ☐ NUMALE COLORADO SC,                   NuMale Colorado SC
19                                              Case No. 25-10344-nmc
        ☐ NUMALE FLORIDA TB PLLC,
20                                              NuMale Florida TB PLLC
        ☐ NUMALE NEBRASKA LLC,                  Case No. 25-10345-nmc
21
        ☐ NUMALE NEW MEXICO SC,                 NuMale Nebraska LLC
22                                              Case No. 25-10346-nmc
        ☒ NUMALE ALL DEBTORS,
23                                              NuMale New Mexico SC
           Debtor.                              Case No. 25-10347-nmc
24

25

26                  **SUPPLEMENTAL CERTIFICATE OF SERVICE**

27

28
                                        1

1. On May 27, 2025, I served the following document(s):

| | | |
|---|---|---|
| a. | *Notice of Hearing and Order Shortening Time to Hear: (I) Application to Employ Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates; and (II) Application to Employ Rodney, Dickason, Sloan, Akin & Robb, P.A. as Special Litigation Counsel to the Chapter 11 Estates* | Dkt. No. 280 |
| b. | *Notice of Entry of Order (A) Setting Bar Date for Filing Proof of Claim and (B) Approving Notice Thereof* | Dkt. No. 291 |
| c. | *Notice of Entry of Order Granting Motion to Extend Deadline Pursuant to 11 U.S.C. § 365(d)(4) to Assume or Reject Unexpired Leases* | Dkt. No. 292 |
| d. | *Notice of Entry of Order Approving Employment of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee* | Dkt. No. 294 |

I served the above-named document(s) by the following means to the persons as listed below:

☒ United States Mail, postage fully prepaid to the following address:

NewLane Finance Company
PO Box 7358
Philadelphia, PA 19101

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of May, 2025.

/s/ Danielle Charlet
Danielle Charlet, an employee of
Garman Turner Gordon LLP

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000