GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | |
| ☐ NUMALE NEBRASKA LLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| | Hearing Date: *OST Requested*<br>Hearing Time: *OST Requested* |

## DECLARATION OF MICHAEL CARMEL IN SUPPORT OF MOTION FOR ORDER SEEKING APPROVAL OF POST-PETITION FINANCING OF <u>INSURANCE RENEWAL PREMIUM</u>

1

I, Michael Carmel, Esq., hereby declare as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. I make this declaration in support of the *Motion for Order Seeking Approval of Post-Petition Financing of Insurance Renewal Premium* (the "Motion").[1]

2. I am the duly appointed Chapter 11 trustee ("Trustee") over the estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors").

3. The Debtors' existing E & O insurance policy is expiring on June 5, 2025, and insurance must be in place in order for them to continue to operate.

4. If the relief requested in the Motion is not granted, the estates will not be able to finance the premium for their renewal policy prior to the June 5, 2025, expiration of the current policy, risking a lapse in coverage. Should any lapse in coverage occur the estates will suffer immediate and irreparable harm.

5. I believe based on my investigation to date that obtaining financing in connection with the Debtors' insurance premiums is in the ordinary course of business.

6. There is a need for the Premium Financing associated with the renewal of the E&O Policy, the current E&O Policy expires June 5, 2025, and I believe the approval of the Premium Financing requested herein is an appropriate exercise of my business judgment.

7. The proposed Premium Financing is in the best interests of the Debtors' estates, their creditors, and other parties in interest because it will provide the necessary credit to enable the estates to pay the premium for its renewed E & O policy over time, thereby permitting the estates to continue to meet other expenses in the ordinary course and continue to operate as part of the

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meanings ascribed to them in the Motion.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

reorganization process.  I submit that the Premium Financing is fair and reasonable under these circumstances.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 28th day of May 2025.

/s/     Michael Carmel
MICHAEL CARMEL, CHAPTER 11 TRUSTEE

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000