GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | | | Lead Case No.: 25-10341-nmc |
|---|---|---|---|
| NUMALE CORPORATION, | | | Chapter 11 |
| | AFFECTS THIS DEBTOR, | ☐ | *Jointly administered with:* |
| | AFFECTS FELICIANO NUMALE NEVADA PLLC, | ☐ | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| | NUMEDICAL SC, | ☐ | NuMedical SC Case No. 25-10343-nmc |
| | NUMALE COLORADO SC, | ☐ | NuMale Colorado SC, Case No. 25-10344-nmc |
| | NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| | NUMALE NEBRASKA LLC, | ☐ | NuMale Nebraska LLC Case No. 25-10346-nmc |
| | NUMALE NEW MEXICO SC, | ☐ | NuMale New Mexico SC Case No. 25-10347-nmc |
| | NUMALE ALL DEBTORS, | ☒ | |
| Debtors. | | | Hearing Date: *OST Requested* Hearing Time: *OST Requested* |

**DECLARATION OF HOLLY TRIPLETT IN SUPPORT OF**
**MOTION FOR ORDER SEEKING APPROVAL OF POST-PETITION FINANCING OF**
**INSURANCE RENEWAL PREMIUM**

1

I, Holly Triplett, hereby declare as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. I make this declaration in support of the *Motion for Order Seeking Approval of Post-Petition Financing of Insurance Renewal Premium* (the "Motion").[1]

2. I am the Chief Financial Officer and Corporate Controller of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors").

3. Through the Motion the Trustee seeks court approval for the financing of the Debtors' E&O insurance renewal premium (the "Premium Financing"). The premium financing involves a down payment of $2,150.00 followed by ten (10) monthly installment payments of $1,571.40, the first of which commences on July 5, 2025.

4. The total amount being financed is $15,714.00, of which $11,225.00 is for the Debtors and $4,489.00 is for two nondebtors.

5. Attached hereto as **Exhibit "1"** are true and correct copies of the proposed finance agreement with First Insurance Funding, which is through lead debtor NuMale Corporation.

6. In accordance with the Debtors' standard procedures and with the Trustee's oversight, I will ensure the respective Debtors and nondebtors reimburse NuMale Corporation each month, for their respective pro rata portions of the financed premium.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 28 day of May 2025.

/s/ HOLLY TRIPLETT

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meanings ascribed to them in the Motion.

Garman Turner Gordon
251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2