1  GARMAN TURNER GORDON LLP
   GREGORY E. GARMAN
2  Nevada Bar No. 6654
   E-mail:  ggarman@gtg.legal
3  TALITHA GRAY KOZLOWSKI, ESQ.
   Nevada Bar No. 9040
4  tgray@gtg.legal
5  MARY LANGSNER, Ph.D.
   Nevada Bar No. 13707
6  mlangsner@gtg.legal
7  7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
8  Telephone (725) 777-3000
   Facsimile (725) 777-3112
9  *Attorneys for Michael Carmel,*
   *Chapter 11 Trustee*
10

11                   **UNITED STATES BANKRUPTCY COURT**
12                         **DISTRICT OF NEVADA**

13 | In re: | Lead Case No.: 25-10341-nmc |
   |        | Chapter 11                 |

14 NUMALE CORPORATION,

   *Jointly administered with:*

15    AFFECTS THIS DEBTOR,          ☐

16    AFFECTS FELICIANO             ☐       Feliciano NuMale Nevada PLLC,
      NUMALE NEVADA PLLC,                   Case No. 25-10342-nmc

17    NUMEDICAL SC,                 ☐       NuMedical SC
                                            Case No. 25-10343-nmc
18    NUMALE COLORADO SC,           ☐
                                            NuMale Colorado SC,
19    NUMALE FLORIDA TB PLLC,       ☐       Case No. 25-10344-nmc

20    NUMALE NEBRASKA LLC,          ☐       NuMale Florida TB PLLC,
                                            Case No. 25-10345-nmc
21    NUMALE NEW MEXICO SC,         ☐
                                            NuMale Nebraska LLC
22    NUMALE ALL DEBTORS,           ☒       Case No. 25-10346-nmc

23       Debtors.                           NuMale New Mexico SC
                                            Case No. 25-10347-nmc
24

25    **ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION**
      **FOR ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER SEEKING**
26    **<u>APPROVAL OF POST-PETITION FINANCING OF INSURANCE PREMIUM</u>**

27

28

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors") filed an ex parte application requesting this Court issue an Order Shortening Time to hear the *Motion for Order Seeking Approval of Post-Petition Financing of Insurance Premium* on or before June 4, 2025.

As required by Local Rule 9006, Mary Langsner, Ph.D. of Garman Turner Gordon LLP, proposed counsel for Trustee, has contacted the parties listed below regarding the proposed Order Shortening Time.  They agree or disagree to the time being shortened, as indicated below:

| Name | Date Contacted | Form of Contact | Agree | Disagree |
|------|----------------|-----------------|-------|----------|
| Ogonna M. Brown, Esq. *Attorneys for Michael E. Sanchez* | 5/27/2025 | Telephone, Email | X | |
| Justin Valencia, Esq. Alyssa Rogan, Esq. *Attorneys for the United States Trustee* | 5/27/2025 | Email | X | |
| David Riggi, Esq. *Attorneys for Debtors out of Possession* | 5/27/2025 | Telephone | X | |
| Matt Johnson, Esq. *Attorneys for Prospect Rainbow LLC* | 5/27/2025 | Telephone | X | |
| David Stephens, Esq. *Attorneys for NewTek Small Business Finance, LLC* | 5/27/2025 | Telephone | X | |

. . .

. . .

. . .

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

| **Name** | **Date Contacted** | **Form of Contact** | **Agree** | **Disagree** |
|---|---|---|---|---|
| David Zylberberg, Esq. *Attorneys for Beezley* | 5/27/2025 | Email | X | |

Dated this 28th day of May 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*

3