GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>☐ NUMALE NEW MEXICO SC,<br>☒ NUMALE ALL DEBTORS,<br><br>Debtor. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|---|---|

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

1. On May 28, 2025, I served the following document(s):

| | | |
|---|---|---|
| a. | *Notice of Hearing and Order Shortening Time to Hear: (I) Application to Employ Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates; and (II) Application to Employ Rodney, Dickason, Sloan, Akin & Robb, P.A. as Special Litigation Counsel to the Chapter 11 Estates* | Dkt. No. 280 |
| b. | *Notice of Entry of Order (A) Setting Bar Date for Filing Proof of Claim and (B) Approving Notice Thereof* | Dkt. No. 291 |
| c. | *Notice of Entry of Order Granting Motion to Extend Deadline Pursuant to 11 U.S.C. § 365(d)(4) to Assume or Reject Unexpired Leases* | Dkt. No. 292 |
| d. | *Notice of Entry of Order Approving Employment of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee* | Dkt. No. 294 |

I served the above-named document(s) by the following means to the persons as listed below:

☒ United States Mail, postage fully prepaid to the following address:

John Dodd, Esq.
Baker & McKenzie LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 28th day of May, 2025.

/s/ Danielle Charlet
Danielle Charlet, an employee of
Garman Turner Gordon LLP

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000