THE UNITED STATES BANKRUPTCY COURT FOR THE
DISTRICT OF NEVADA

IN RE: NUMALE CORPORATION, Debtor(s).        Case No. 25-10341 NMC

6590 S Rainbow Blvd        Chapter 11
Las Vegas, NV 89118

46-3562156

### Notice of Appearance and Request for Notice

    Pursuant to Bankruptcy Rule 2002(g) the Tennessee Attorney General's Office requests that all notices or orders sent in this case in accordance with Title 11 U.S.C., any order of the Court, Bankruptcy Rules 2002, 3017, and 9013, and any other Bankruptcy Rules or local rules governing notice be sent to the TN Dept of Revenue.

Notices should be addressed to:
TN Dept of Revenue
c/o TN Attorney General's Office, Bankruptcy Division
PO Box 20207
Nashville, Tennessee 37202-0207

    The TN Dept of Revenue hereby reserves and does not waive its sovereign immunity and its rights under the Eleventh Amendment to the United States Constitution.

Respectfully submitted,
Jonathan Skrmetti
Attorney General and Reporter

/s/ Stuart Wilson-Patton
Stuart Wilson-Patton
Senior Assistant Attorney General
BPR No. 012207(TN); 769210(GA); 0971405(FL)
OFFICE OF THE ATTORNEY GENERAL
BANKRUPTCY DIVISION
P O BOX 20207
Nashville, TN 37202-0207
Phone: (615) 532-2567    Fax: 615-741-3334
Email: stuart.wilson-patton@ag.tn.gov

### CERTIFICATE OF SERVICE

I certify that on May 30, 2025 a copy of this pleading was deposited in the United States mail, first class, postage prepaid, or sent electronically (or both as required by local rules) to the parties set out below.

/s/ Stuart Wilson-Patton
Stuart Wilson-Patton
Senior Assistant Attorney General

| Office of the U.S. Trustee | Michael W. Carmel | David A Riggi |
|---|---|---|
| 300 Las Vegas Blvd. So. | Chapter 11 Trustee | Attorney for the Debtor(s) |
| Suite 4300 | 80 E. Columbus Avenue | 7900 W Sahara Ave |
| Las Vegas, Nevada 89101 | Phoenix, AZ 85012 | Suite 100 |
|  |  | Las Vegas, NV 89117 |