GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|
| NUMALE CORPORATION, | | |
|    AFFECTS THIS DEBTOR, | ☒ | *Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
|    AFFECTS FELICIANO<br>   NUMALE NEVADA PLLC, | ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
|    NUMEDICAL SC, | ☐ | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
|    NUMALE COLORADO SC, | ☐ | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
|    NUMALE FLORIDA TB PLLC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
|    NUMALE NEBRASKA LLC, | ☐ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|    NUMALE NEW MEXICO SC, | ☒ | |
|    NUMALE ALL DEBTORS, | ☐ | |
| Debtors. | | |

**STIPULATION REGARDING BRIEFING DEADLINES ON (I) APPLICATION TO EMPLOY PAUL, WEISS , RIFKIND, WHARTON & GARRISON LLP AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES; AND (II) APPLICATION TO EMPLOY RODEY, DICKASON, SLOAN, AKIN, & ROBB, P.A. AS SPECIAL <u>LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES</u>**

1

Michael Carmel, as the Chapter 11 trustee ("Trustee Carmel") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through his counsel of record the law firm Garman Turner Gordon LLP, and the United States Trustee for Region 17 ("U.S. Trustee"), by and through her counsel, (Trustee Carmel and the U.S. Trustee together, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on May 20, 2025, Trustee Carmel filed the *Application to Employ Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates* [ECF No. 269] and the *Application to Employ Rodey, Dickason, Sloan, Akin, & Robb, P.S. as Special Litigation Counsel to the Chapter 11 Estates* [ECF No. 272] (together, the "Special Counsel Employment Applications").

WHEREAS, on May 21, 2025, the Court entered it *Notice of Hearing and Order Shortening Time to Hear: (I) Application to Employ Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates; and (II) Application to Employ Rodey, Dickason, Sloan, Akin, & Robb, P.S. as Special Litigation Counsel to the Chapter 11 Estates* [ECF No. 280] ("OST").

WHEREAS, the OST scheduled a hearing on the Special Counsel Employment Applications for June 6, 2025, at 9:30 a.m. (the "Hearing").

WHEREAS, the OST established briefing deadlines on the Special Counsel Employment Applications as follows: Oppositions filed by June 2, 2025, and Replies filed by June 4, 2025 (collectively, the "Briefing Deadlines").

WHEREAS, the U.S. Trustee has raised an informal objection to the Special Counsel Employment Applications;

WHEREAS, the Parties conferred and agreed that Trustee Carmel will supplement the Special Counsel Employment Applications.

NOW, THEREFORE, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

follows:

1. The Briefing Deadlines will **both** be continued as follows: Oppositions to the Special Counsel Employment Applications, and Replies in support of the Special Counsel Employment Applications, shall both be **presented at the Hearing**.

2. The continuances of the Briefing Deadlines set forth herein shall apply to all parties-in-interest in these Chapter 11 Cases.

Dated this 30th day of May, 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119

*Attorneys for Michael Carmel, Chapter 11 Trustee*

Dated this 30th day of May, 2025.

UNITED STATES DEPARTMENT OF JUSTICE

By: */s/ Alyssa A. Rogan*
    Office of the U.S. Trustee
    JUSTIN C. VALENCIA, ESQ.
    ALYSSA A. ROGAN, ESQ.
    300 Las Vegas Blvd. So., Suite 4300
    Las Vegas, NV 89101

*Attorneys for Tracy Hope Davis, United States Trustee for Region 17*