GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
| NUMALE CORPORATION, | |
| AFFECTS THIS DEBTOR, ☐ | *Jointly administered with:* |
| AFFECTS FELICIANO<br>NUMALE NEVADA PLLC, ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| NUMEDICAL SC, ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| NUMALE COLORADO SC, ☐ | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| NUMALE FLORIDA TB PLLC, ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| NUMALE NEBRASKA LLC, ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| NUMALE NEW MEXICO SC, ☐ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| NUMALE ALL DEBTORS, ☒ | |
| Debtor. | |

## CERTIFICATE OF SERVICE

1. On May 28, 2025, I served the following document(s):

| | | | |
|---|---|---|---|
| a. | *Motion for Order Seeking Approval of Post-Petition Financing of Insurance Renewal Premium* | Dkt. No. 310 |
| b. | *Declaration of Michael Carmel in Support of Motion for Order Seeking Approval of Post-Petition Financing of Insurance Renewal Premium* | Dkt. No. 311 |
| c. | *Declaration of Holly Triplett in Support of Motion for Order Seeking Approval of Post-Petition Financing of Insurance Renewal Premium* | Dkt. No. 312 |
| d. | *Ex Parte Application for Order Shortening Time to Hear Motion for Order Seeking Approval of Post-Petition Financing of Insurance Renewal Premium* | Dkt. No. 313 |
| e. | *Attorney Information Sheet in Support of Ex Parte Application for Order Shortening Time to Hear Motion for Order Seeking Approval of Post-Petition Financing of Insurance Renewal Premium* | Dkt. No. 314 |

I served the above-named document(s) by the following means to the persons as listed below:

☒    ECF System: See attached ECF Confirmation Sheets.

2. On May 30, 2025, I served the following document(s):

| | | | |
|---|---|---|---|
| a. | *Order Shortening Time and Notice of Hearing on Motion for Order Seeking Approval of Post-Petition Financing of Insurance Renewal Premium* | Dkt. No. 318 |

I served the above-named document(s) by the following means to the persons as listed below:

☒    United States Mail, postage fully prepaid:  See attached service list.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of May, 2025.

*/s/ Danielle Charlet*

Danielle Charlet, an employee of
Garman Turner Gordon LLP

**Garman Turner Gordon**
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

| From: | USBC_NEVADA@nvb.uscourts.gov |
|---|---|
| To: | Courtmail@nvb.uscourts.gov |
| Subject: | 25-10341-nmc Motion for Authority to Obtain Credit Under Section 364 |
| Date: | Wednesday, May 28, 2025 10:28:31 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

### U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 5/28/2025 at 10:27 AM PDT and filed on 5/28/2025

**Case Name:**          NUMALE CORPORATION (LEAD)
**Case Number:**      25-10341-nmc
**Document Number:** 310

**Docket Text:**
Motion for Authority to Obtain Credit Under Section 364(b), Rule 4001(c) or (d) *Seeking Approval of Post-Petition Financing of Insurance Renewal Premium* with Proposed Order Filed by MARY LANGSNER on behalf of MICHAEL W. CARMEL (Attachments: # (1) Exhibit)(LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 364 Motion to Approve Post-Petition Financing 4936-3220-9222 v.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/28/2025] [FileNumber=36700196-0
] [d48265f8b0e03ba3fed4f38bd5fca3d238e7f4450268543bb14576cab1fc090f4f2
c03e532a54de3b1bc16a28d6b423a7918b7dc6bcabae2d7d1783ebde2bc17]]
**Document description:** Exhibit
**Original filename:** C:\fakepath\Ex 1- Order re MOT to Approve Post-Petition Financing.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/28/2025] [FileNumber=36700196-1
] [b55e77a52f43168a2e1df832afcb0ac4bdea0a56a4b1feda9c9b1e312f61fc7f94b
bd00fc66b572bcf708c8dadc7d2c0b7a22b95305ffd06c3cae34871c198c3]]

**25-10341-nmc Notice will be electronically mailed to:**

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

RICHARD F. HOLLEY on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com,
annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**25-10341-nmc Notice will not be electronically mailed to:**

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

| From: | USBC_NEVADA@nvb.uscourts.gov |
|---|---|
| To: | Courtmail@nvb.uscourts.gov |
| Subject: | 25-10341-nmc Declaration |
| Date: | Wednesday, May 28, 2025 10:30:47 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 5/28/2025 at 10:29 AM PDT and filed on 5/28/2025

| **Case Name:** | NUMALE CORPORATION (LEAD) |
|---|---|
| **Case Number:** | 25-10341-nmc |
| **Document Number:** | 311 |

**Docket Text:**
Declaration Of: Michael Carmel *in Support of Motion for Order Seeking Approval of Post-Petition Financing of Insurance Renewal Premium* Filed by MARY LANGSNER on behalf of MICHAEL W. CARMEL (Related document(s)[310] Motion for Authority to Obtain Credit Under Section 364 filed by Trustee MICHAEL W. CARMEL) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**DEC of M. Carmel iso Motion Approve Post-Petition Financing 4914-1768-2246 v.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/28/2025] [FileNumber=36700205-0
] [84a696257105b3c5153f4b77a1d42ddcf24e4af80751ad5257d731dc658ff5f9e26
a7c7e6a6ea82c740b1757fc67e4cb4edd2de5686a2c5fdc7d19f34963738c]]

**25-10341-nmc Notice will be electronically mailed to:**

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

RICHARD F. HOLLEY on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com,
annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**25-10341-nmc Notice will not be electronically mailed to:**

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES
623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

| | |
|---|---|
| **From:** | USBC_NEVADA@nvb.uscourts.gov |
| **To:** | Courtmail@nvb.uscourts.gov |
| **Subject:** | 25-10341-nmc Declaration |
| **Date:** | Wednesday, May 28, 2025 10:33:01 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 5/28/2025 at 10:31 AM PDT and filed on 5/28/2025

**Case Name:**  NUMALE CORPORATION (LEAD)
**Case Number:**  25-10341-nmc
**Document Number:**  312

**Docket Text:**
Declaration Of: Holly Triplett *in Support of Motion for Order Seeking Approval of Post-Petition Financing of Insurance Renewal Program* Filed by MARY LANGSNER on behalf of MICHAEL W. CARMEL (Related document(s)[310] Motion for Authority to Obtain Credit Under Section 364 filed by Trustee MICHAEL W. CARMEL) (Attachments: # (1) Exhibit Premium Finance Agreement) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**DEC of Holly Triplett iso Motion Approve Post-Petition Financing 4898-3609-1719.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/28/2025] [FileNumber=36700214-0
] [83792dab599e67679b83fdae980528a79e09941ee1993c376bede0ddb1a7f241c8b
665531bd3d6d436058e49ba7bea17b1960d1f584d4dd7bbc32d949c3641c5]]
**Document description:**Exhibit Premium Finance Agreement
**Original filename:**C:\fakepath\Ex 1- Premium Finance Agreement.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/28/2025] [FileNumber=36700214-1
] [1822a599acfd0f69e08e0354b3fca7565a00659a321e363dadbfeaa578f84d39a26
0ea4a94ce813fdf7980cc884ac80c33c955c0a774eb2b373b3b69284a42a9]]

**25-10341-nmc Notice will be electronically mailed to:**

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

RICHARD F. HOLLEY on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com,
annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**25-10341-nmc Notice will not be electronically mailed to:**

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES
623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

| From: | USBC_NEVADA@nvb.uscourts.gov |
|---|---|
| To: | Courtmail@nvb.uscourts.gov |
| Subject: | 25-10341-nmc Motion for Order Shortening Time |
| Date: | Wednesday, May 28, 2025 10:38:16 AM |

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 5/28/2025 at 10:37 AM PDT and filed on 5/28/2025

**Case Name:**      NUMALE CORPORATION (LEAD)
**Case Number:**      25-10341-nmc
**Document Number:** 313

**Docket Text:**
Ex Parte Motion for Order Shortening Time *to Hear Motion for Order Seeking Approval of Post-Petition Financing of Insurance Renewal Program* Filed by MARY LANGSNER on behalf of MICHAEL W. CARMEL (Related document(s)[310] Motion for Authority to Obtain Credit Under Section 364 filed by Trustee MICHAEL W. CARMEL)(LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Ex Parte App for OST for 364 Motion 4913-6766-4199 v.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/28/2025] [FileNumber=36700223-0
] [10080c18021d5ae2e618b6a2e631146c5174907f757c322d2ecea32e9ffcdcfaf77
d54039e59079ffa3cf98271d1b61736321c8a7ef4fdb19b2310852aa032c3]]

**25-10341-nmc Notice will be electronically mailed to:**

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

RICHARD F. HOLLEY on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES
623/2623
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com,
annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**25-10341-nmc Notice will not be electronically mailed to:**

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES
623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

| | |
|---|---|
| **From:** | USBC_NEVADA@nvb.uscourts.gov |
| **To:** | Courtmail@nvb.uscourts.gov |
| **Subject:** | 25-10341-nmc Attorney Information Sheet |
| **Date:** | Wednesday, May 28, 2025 10:39:45 AM |

> CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 5/28/2025 at 10:38 AM PDT and filed on 5/28/2025

**Case Name:**     NUMALE CORPORATION (LEAD)
**Case Number:**     25-10341-nmc
**Document Number:** 314

**Docket Text:**
Attorney Information Sheet *in Support of Ex Parte Application for Order Shortening Time to Hear Motion for Order Seeking Approval of Post-Petition Financing of Insurance Premium* Filed by MARY LANGSNER on behalf of MICHAEL W. CARMEL (Related document(s)[313] Motion for Order Shortening Time filed by Trustee MICHAEL W. CARMEL) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** AIS iso Ex Parte App for OST for 364 Motion 4937-4996-3335 v.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=5/28/2025] [FileNumber=36700226-0
] [dcef95a3bc0b6048cdf4aece939b79344a679b987a7b555ab22f2b643b091a61b09
02bac5a34bcd4fd819460c295a783bf53ecc6cc36bd0e1a49c58d25e1d631]]

**25-10341-nmc Notice will be electronically mailed to:**

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-
us.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

RICHARD F. HOLLEY on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES
623/2623
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com,
annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV

mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**25-10341-nmc Notice will not be electronically mailed to:**

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Label Matrix for local noticing
0978-2
Case 25-10341-nmc
District of Nevada
Las Vegas
Fri May 30 13:57:46 PDT 2025

CERTAIN UNDERWRITERS AT LLOYD'S LONDON
C/O RYAN J. WORKS
McDONALD CARANO LLP
2300 WEST SAHARA AVENUE, SUITE 1200
LAS VEGAS, NV 89102-4395

FELICIANO NUMALE NEVADA PLLC
6590 S RAINBOW BLVD
LAS VEGAS, NV 89118-3327

Ford Motor Credit Company, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

NEWTEK SMALL BUSINESS FINANCE, LLC
STEPHENS LAW OFFICES
C/O DAVID A. STEPHENS
P.O. BOX 33130
LAS VEGAS, NV 89133-3130

NUMALE COLORADO SC
8200 E BELLEVIEW AVE
GREENWOOD VILLAGE, CO 80111-2883

NUMALE CORPORATION
6590 S RAINBOW BLVD
LAS VEGAS, NV 89118-3327

NUMALE FLORIDA TB PLLC
500 WESTSHORE BLVD
TAMPA, FL 33609-5003

NUMALE NEBRASKA LLC
444 REGENCY PARKWAY DR
OMAHA, NE 68114-3792

NUMALE NEW MEXICO SC
7920 WYOMING BLVD, NE
ALBUQUERQUE, NM 87109-6020

NUMEDICAL SC
2600 N MAYFAIR RD
WAUWATOSA, WI 53226-1309

Prospect Rainbow, LLC
c/o JOHNSON & GUBLER, P.C.
Attn: Russell G. Gubler, Esq.
8831 W. Sahara Ave
Las Vegas, NV 89117-5865

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

444 Regency Parkway LLC
450 Regency Pkwy., Ste. 200
Omaha, NE 68114-3777

AMERICAN EXPRESS
Po Box 60189
City Industry, CA 91716-0189

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

ARIZONA DEPARTMENT OF REVENUE
Office of the Arizona Attorney General -
c/o Tax, Bankruptcy and Collection Sct
2005 N Central Ave, Suite 100
Phoenix, AZ 85004-1546

AUDACY
11800 W Grange Ave
Hales Corners, WI 53130-1035

Aaron Garber
Wadsworth Garber Warner Conrardy PC
2580 W. Main Street, Suite 200
Littleton, CO 80120-4631

Ace Recovery Group, LLC
Attn: Daniel Gold
99 Wall Street #4890
New York, NY 10005-4301

Alexander C. Dale
Ward and Smith, P.A.
University Corporate Center
127 Racine Drive
Wilmington, NC 28403-8833

Arapahoe County Government Treasurer
5334 S. Prince St.
Littleton, CO 80120-1136

Array Medical
3440 Sojourn Dr #200
Carrollton, TX 75006-2398

Attorney General of Colorado
1300 Broadway, 8th Floor
Denver, CO 80203-2104

BRAD PALUBICKI
9 PARADISE VALLEY CT.
HENDERSON, NV 89052-6706

Basel Hassoun, M.D.
Attn: Michael Furlong, Esq.
Steptoe & Johnson PLLC
210 Park Ave., Ste. 2300
Oklahoma City, OK 73102-5661

Basel Hassoun, M.D.
Attn: Wayne Allison
2004 Huntington Ave.
Nichols Hills, OK 73116-5113

Brian T. Fahl
825 N. Jefferson Street, Suite 500
Milwaukee, WI 53202-3737

C T Corporation System, as Representative
Attn: SPRS
330 N Brand Blvd., Ste. 700
Glendale, CA 91203-2336

C T Corporation System, as Representative
c/o Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

C T Corporation System, as Representative
c/o Wolters Kluwer Lien Solutions
330 N Brand Blvd., Ste. 700
Glendale, CA 91203-2336

CARLOS FELICIANO
N69 W29753
Hartland, WI 53029

CARLOS FELICIANO
N69W29753 RIDGEVIEW CT.
HARTLAND, WI 53029-9253


CENTRUM/BELLVIEW LLC
DEPT # 42512
POB 650823
Dallas, TX 75265-0823

CLARK HILL
1700 S Pavilion Center Dr Ste 500
Las Vegas, NV 89135-1864

COX MEDIA
POB 50481
Los Angeles, CA 90074-0481


COX MEDIA LLC LAS VEGAS
FILE 50464
Los Angeles, CA 90074-0464

COX RADIO LLC
11300 4th St N
St Petersburg, FL 33716-2941

California State Board of Equalization
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029
Michigan Dept. of Treasury, Tax Policy D 9427
Attn: Litigation Liaison


Carlos Feliciano
Hellman Jeffrey Law Offices
195 Church St., 10th Flr.
New Haven, CT 06510-2009

Celtic Bank
268 S State St., Ste. 300
Salt Lake City, UT 84111-5314

Centrum/Belleview LLC
c/o FSB Property Management LLC
Attn: Michelle Brokaw
8200 E Belleview Ave, Ste 102C
Greenwood Village, CO 80111-2804


Centrum/Bellview LLC
c/o Troy Sandberg, Esq.
Sandberg Law LLC
17011 Lincoln Avenue #348
Parker, CO 80134-3144

Certain Underwriters at Lloyds
London Syndicates 623/2623
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

Certain Underwriters at Lloyds London
c/o David Zylberberg
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954


City of Milwaukee
Office of City Attorney
200 E. Wells St., Room 800
Milwaukee, WI 53202-3551

Civil process clerk at the U.S. Attorney
Hon. Markenzy Lapointe
U.S. Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132-2131

Clark Co Assessor c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Po Box 551401
Las Vegas, NV 89155-1401


Clark Co Treasurer c/o Bankruptcy Clerk
500 S Grand Central Pksy
Po Box 1220
Las Vegas, NV 89125-1220

Clark Co Treasurer c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Po Box 1220
Las Vegas, NV 89125-1220

Colorado Department of Revenue
ATTN: Bankruptcy Dept, RM 104
1881 Pierce St.
Lakewood, CO 80214-1407


Corporation System, as Representative
P.O. Box 2576
Springfield, IL 62708-2576

DEWITT, PARULOL & MEEK PLLC
705 NW 4th St
Oklahoma City, OK 73102-1616

DLP Funding LLC
447 Broadway 2nd Floor, Unit 805
New York, NY 10013


DLP Funding LLC
c/o/ Law Office of Jacob Z Weinstein
420 Central Ave Ste 301
Cedarhurst, NY 11516-1000

DLP Funding, LLC
101 Lake Shore Dr.
Monticello, NY 12701-4006

DLP Funding, LLC
c/o Interstate Filings LLC
301 Mill Road, Ste. U5
Hewlett, NY 11557-1232


David R. Koch
KOCH & SCOW, LLC
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052-5576

Dr. Christopher Asandra
c/o 11500 S. Eastern Ave., Ste 210
Henderson, NV 89052-5576

EBF Holdings, LLC d/b/a Everest Business Fun
102 W 38th Street 6th-Floor
New York, NY 10018-3613

EBF holdings, LLC d/b/a Everest Business Fun
Yolday Diaz-Barreto, Esq.
12496 NW 25 Street
Sweetwater, FL 33182-1505

EBF holdings, LLC d/b/a Everest Business Fun
Yolday Diaz-Barreto, Esq.
12496 NW 25 Street
Sweetwater, FL 33182
Sweetwater, FL 33182-1505

EFFECTV
Po Box 415949
Boston, MA 02241-5949

ELAVON
c/o TIMOTHY F. FROST, ESQ.
7300 CHAPMAN HIGHWAY
Knoxville, TN 37920-6612

Equity Sales Finance, Inc.
1200 Ford Road, Ste. A
Hopkins, Minnesota 55305-1616

Everest Business Funding
102 W 38th Street, 6th Flr.
New York, NY 10018-3664

Everest Business Funding
102 W 38th Street, 6th Flr.
New York, NY 10018
Gilbert Pritt
17133 Holly Well Ave.
Wimauma, FL 33598-2536

FELICIANO NUMALE NEVADA PLLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

FOX FUNDING GROUP LLC
c/o JOE LIEBERMAN, ESQ.
LIEBERMAN AND KLESTZICK
POB 356
Cedarhurst, NY 11516-0356

Ford Motor Credit Company, LLC c/o AIS Portf
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

Fortifi Bank
140 W. Huron St.
Berlin, WI 54923-1546

Fox Funding Group LLC
803 S 21st Ave
Hollywood, FL 33020-6962

Fox Funding Group, LLC
c/o Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento, CA 95812-2952

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board (Adversary Proceedings)
Chief Counsel
c/o General Counsel Section
PO Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720

GILE LAW GROUP
1180 N. TOWN CENTER DR., STE. 100
LAS VEGAS, NV 89144-6308

GOOD KARMA BRANDS - WTMJ AM
POB 8609
Carol Stream, IL 60197-8609

Gilbert Pritt
17133 Holly Well Ave.
Wimauma, FL 33598-2536

Gordman Lake Regency, LLC
Attn: Katy Rehan, Esq.
Smith Pauley
3555 Farnam Street, Ste. 1000
Omaha, NE 68131-3302

HARRISON, MIRANDA
MCAFEE & TAFT
8TH FLOOR, TWO LEADERSHIP SQUARE
211 N. ROBINSON AVE.
OKLAHOMA CITY, OK 73102-7109

HELLMAN JEFFREY LAW OFFICES OF LLC
195 CHURCH STREET
10TH FLOOR
NEW HAVEN, CT 06510-2009

HERSHEY DECKER DRAKE
10463 Park Meadows Dr Ste 209
Lone Tree, CO 80124-5355

HOWARD & HOWARD
Po Box 95234
Chicago, IL 60694-5234

HOWARD AND HOWARD
3800 HOWARD HUGHES PKWY., STE. 1000
LAS VEGAS, NV 89169-5958

HYPORT DIGITAL N2
Po Box 208092
Dallas, TX 75320-8092

INNOVATIVE REAL ESTATE STRATEGIES
2975 S RAINBOW BLVD STE J
Las Vegas, NV 89146-6598

Internal Revenue Service
ATTN: BANKRUPTCY DEPT
PO Box 7346
PHILADELPHIA, PA 19101-7346

JJT Properties LLC
c/o Sara Investment Real Estate LLC
6264 Nesbitt Road
Madison, WI 53719-1819

JUSTIN PULLIAM
5786 STONEHEATH AVE.
LAS VEGAS, NV 89139-7523

Jerome P. Gordman
c/o Gordman Lake Regency, L.L.C.
444 Regency Parkway Dr., Ste. 202
Omaha, NE 68114-3779

John Dodd, Esq.
Baker & McKenzie LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131-4033

John T. Kivus
Morningstar Law Group
421 Fayetteville Street, Suite 530
Raleigh, NC 27601-3001

John T. Kivus
Morningstar Law Group
434 Fayetteville Street, Suite 2200
Raleigh, NC 27601-1893

Justin Hiersche
McAfee & Taft
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK 73102-7109

KALAMATA CAPITAL GROUP, LLC
c/o STEVEN BERKOVITCH
BERKOVITCH & BOUSKILA, PLLC
1545 US 202 SUITE 101
Pomona, NY 10970-2951

KLOS Radio, LLC
Matthew B. Baltierra
44 E. Broadway, Suite 530
Tuscon, AZ 85701-1703

KMA BODILY
1200 John Q Hammons Dr Ste 500
Madison, WI 53717-2199

KQRT-FM Radio
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

KRAVIT HOVEL & KRAWCZYK
825 N JEFFERSON ST
Milwaukee, WI 53202-3737

Kalamata Capital Group, LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2541

Kenzie Marie Rakes
Morningstar Law Group
421 Fayetteville St Suite 530
Raleigh, NC 27601-3001

Kenzie Marie Rakes
Morningstar Law Group
434 Fayetteville Street, Suite 2200
Raleigh, NC 27601-1893

Kravit, Hovel & Krawczyk, s.c.
825 N Jefferson Street, Fifth Floor
Milwaukee, WI 53202-3737

LAMAR COMPANIES
POB 746966
Atlanta, GA 30374-6966

Lamar Companies
P O Box 96030
Baton Rouge, LA 70896-9030

MAYFAIR MALL
c/o BROOKFIELD PROPERTIES
PO BOX 772816
CHICAGO, IL 60677-0116

MCR Inc
2831 Saint Rose Pkwy
Henderson, NV 89052-4840

MICHAEL A FURLONG
210 PARK AVENUE STE 2300
OKLAHOMA CITY, OK 73102-5661

MICHAEL E SANCHEZ
C/O LORI BENCOE, ESQ
9201 MONTGOMERY BLVD SUITE 404
Albuquerque, NM 87111-2470

MICHAEL E SANCHEZ
C/O NICHOLAS ROWLEY, ESQ
421 W Water St
Decorah, IA 52101-1731

MID-WEST FAMILY MADISON
7 03 RAYOVAC DRIVE
Madison, WI 53711

Massachusetts Department of Revenue
Collections Bureau/Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204-7090

Mayfair Mall LLC
Attn: General Counsel
Brookfield Properties Retail
350 N. Orleans St., Ste. 300
Chicago, IL 60654-1607

Mayfair Mall LLC
Attn: General Manager
2500 North Mayfair Rd.
Wauwatosa, WI 53226-1464

Meruelo Media, LLC
Attn: Ann O. Hall, Esq.
2500 E. Second Street
Reno, NV 89595-1200

(p)MIAMI DADE COUNTY TAX COLLECTOR
ATTN WENDY MONTOYA
200 NW 2ND AVENUE
MIAMI FL 33128-1733

Michigan Department of Treasury, Tax Policy
ATTN: Litigation Liaison
2nd Floor, Austin Building 430 West Alle
Lansing, Michigan 48922-0001

N2 COMPANY
c/o ALEXANDER C. DALE, ESQ.
WARD AND SMITH, P.A.
UNIVERSITY CORPORATE CENTER
127 RACINE DRIVE
WILMINGTON, NC 28403-8833

N2 COMPANY
c/o THOMAS C. WOLF, ESQ.
WARD AND SMITH, P.A.
751 CORPORATE CENTER DR., STE. 300
RALEIGH, NC 27607-4873

NEUBERT PEPE & MONTEITH PC
195 CHURCH ST
13TH FLOOR
NEW HAVEN, CT 06510-4011

NEVADA NUMALE LLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NEWTEK LENDING
1981 MARCUS AVENUE STE 130
Lake Success, NY 11042-1046

NMC ILLINOIS, LLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE ALBUQUERQUE, LLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE CHICAGO LLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE COLORADO SC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE CORPORATION
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE FLORIDA TB PLLC
2600 MAYFAIR RD SUITE 1140
Milwaukee, WI 53226-1308

NUMALE NEW MEXICO SC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NV Dept of Taxation
Bankruptcy Section
500 E Washington Ave Ste 13000
Las Vegas, NV 89101-1000

(p)NEBRASKA DEPARTMENT OF REVENUE
ATTN ATTENTION BANKRUPTCY UNIT
PO BOX 94818
LINCOLN NE 68509-4818

Nebraska State Farm Service Agency
State Executive Director
1121 Lincoln Mall, Suite 330
Lincoln, Nebraska 68508-2828

Nevada Department of Taxation
Attn: Bankruptcy Section
700 E. Warm Springs Rd., Ste. 200
Las Vegas, NV 89119-4311

Nevada Dept of Empl Security
500 E 3rd St
Carson City, NV 89713-0001

New Mexico Department of Workforce Solutions
fka NM Department of Labor
401 Broadway NE
Albuquerque, NM 87102-2301

New Mexico Department of Workforce Solutions
fka New Mexico Department of Labor
PO Box 1928
Attn: Legal Section
Albuquerque, NM 87103-1928

New Mexico Taxation & Revenue Department
Bankruptcy Unit
PO Box 50129
Albuquerque, NM 87181-0129

Newlane Finance
P.O. Box 7358
Philadelphia, PA 19101-7358

(p)ELIOT KIRSHNITZ
1981 MARCUS AVENUE SUITE 130
LAKE SUCCESS NY 11042-1046

Newtek Bank, National Association
c/o Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Newtek Lending
1981 Marcus Avenue, Ste. 130
New Hyde Park, NY 11042-1046

Newtek Small Business Finance, LLC
c/o David A. Stephens, Esq.
Stephens Law Offices
P.O. Box 33130
Las Vegas, NV 89133-3130

NuMale Colorado
2600 N Mayfair Rd Suite 505
Wauwatosa, WI 53226-1306

NuMale Corporation
Attn: Justin T. Hiersche, Esq.
McAfee & Taft
211 N. Robinson, 8th Flr.
Oklahoma City, OK 73102-7176

NuMale Green Bay, LLC
2600 N Mayfair Road, Suite 505
Wauwatosa, WI 53226-1306

NuMale Nebraska LLC
2600 N. Mayfair Rd., Ste. 1140
Wauwatosa, WI 53226-1308

NuMedical SC
2600 N. Mayfair Rd., Ste. 1140
Wauwatosa, WI 53226-1308

OnDeck a/k/a ODK Capital, LLC
4700 W. Daybreak Pkwy., Suite 200
Attn: Director of Operations
South Jordan, UT 84009-5133

PRIMO WATER
200 EAGLES LANDING BLVD.
LAKELAND, FL 33810-3058

Prospect Rainbow, LLC
Attn: Jeffery A. Bendavid, Esq.
Moran Brandon Bendavid Moran
630 South Fourth Street
Las Vegas, NV 89101-6604

Prospect Rainbow, LLC
Attn: Scott Goldstein
851 South Rampart Blvd., Ste. 125
Las Vegas, NV 89145-4899

Proventure Capital LLC d/b/a
Top Tier Capital
Neumbert Pepe & Monteith PC
195 Church St., 13th Flr.
New Haven, CT 06510-2009

Proventure dba Top Tier
500 W. Putnam Ave., Ste. 1c
Greenwich, CT 06830-2947

Reliant Capital, LLC
Attn: Officer, Agent, Managing Agent
123 South Broad Street, Floor 17
Philadelphia, PA 19109-1032

Reliant Capital, LLC
Attn: Rhyen Foster, Customer Solutions
123 South Broad Street, Floor 17
Philadelphia, PA 19109-1032

RepeatMD, Inc.
5599 San Felipe, 4th Flr.
Houston, TX 77056-2766

SBA U.S. Small Business Administration
Attn: Bankruptcy Dept.
312 N. Spring Street, Flr. 5
Los Angeles, CA 90012-4701

SMALL BUSINESS ADMINISTRATION
409 3RD STREET SW
Washington, DC 20416-0002

(p)STERICYCLE  INC
2355 WAUKEGAN ROAD
BANNOCKBURN IL 60015-1503

Secured Lender Solutions, LLC
P.O. Box 2576
Springfield, IL 62708-2576

Secured Lender Solutions, LLC
c/o Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703-4261

Securities and Exchange Commission
Los Angeles Regional Office
444 South Flower Street, Suite 900
Los Angeles, California 90071-2934

Small Business Administration
District Counsel
10675 Bedford Avenue, Suite 100
Omaha, NE 68134-3605

Social Security Administration
Attn: Bankr Desk
Po Box 33021
Baltimore, MD 21290-3021

Social Security Administration
Office of General Counsel
Office of Program Litigation  Bankruptc
6401 Security Blvd.
Baltimore, MD 21235-0001

Split USA Inc.
Attn: Legal Dept. or Accounts Payable
319 S Coteau St.
Pierre, SD 57501-3187

Splitit USA Inc.
5901 Peachtree Dunwoody Rd.
Suite C-480
Atlanta, GA 30328-7188

Splitit USA Inc.
Attn: Legal Dept.
319 S. Coteau Street
Pierre, SD 57501-3187

State of NV DMV
Attn: Legal Division
555 Wright Way
Carson City, NV 89711-0001

State of New Mexico Attorney General
Office of the Attorney General
PO Drawer 1508
Attn: Litigation Division
Santa Fe, NM 87504-1508

State of Wisconsin
DWD - Unemployment Insurances Benefits
PO Box 7888
Madison, WI 53707-7888

State of Wisconsin
DWD - Unemployment Insurances Taxes
PO Box 8914
Madison, WI 53708-8914

THE LCF GROUP
LEGAL DEPARTMENT
3000 MARCUS AVE SUITE 2W15
New Hyde Park, NY 11042-1005

(p)THE N2 COMPANY
ATTN SUPPORT TEAM
2093 PHILADELPHIA PIKE DRIVE
#3202
CLAYMONT DE 19703-2424

TOSICH BIOSCIENCE INC
Po Box 712415
Cincinnati, OH 45271-2415

TOSOH BIOSCIENCE INC
Po Box 712415
Cincinnati, OH 45271-2415

TOSOH BIOSCIENCE, INC
3600 GANTZ ROAD
Grove City, OH 43123-1895

Tampa Westshore 500 LLC
c/o The Green Companies, Inc.
9155 S Dadeland Blvd., Ste. 1812
Miami, FL 33156-2742

Tennessee Department of Revenue
c/o Tennessee Attorney General's Of
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

The LCF Group, Inc.
3000 Marcus Ave., Ste. 2W15
Lake Success, NY 11042-1005

The LCF Group, Inc.
Attn: Legal Department
3000 Marcus Avenue, Suite 2W15
Lake Success, NY 11042-1005

The LCF Group, Inc.
c/o Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703-4261

Thomas C. Wolff
Ward and Smith, P.A.
751 Corporate Center Drive Suite 300
Raleigh, NC 27607-4873

Tim Elson, Esq.
The Law Offices of Timothy Elson
8965 S. Eastern Ave., #382
Las Vegas, NV 89123-4849

Top Tier Capital
Attn: Managing Member
2613 E 16th Street
Brooklyn, NY 11235-3805

Top Tier Capital
c/o Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

Top Tier Capital LLC
c/o Resident Agent, Offer, Agent, Managi
615 South DuPont Highway
Dover DE 19901-4517

Tracey Hope Davis
Office of the United States Trustee
Attn: Justin C. Valencia
300 Las Vegas Blvd. So., Ste. 4300
Las Vegas, NV 89101-5803

U.S. Attorneys Office - Lincoln
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508-3859

U.S. Attorneys Office - Omaha
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

U.S. Department of Health
and Human Services
Acting Chief Counsel
601 East 12th Street, Room N1800
Kansas City, MO 64106-2818

U.S. Small Business Administration
Milwaukee District Office
c/o Wisconsin District Counsel
310 W. Wisconsin Ave., Suite 580W
Milwaukee, WI 53203-2274

U.S. TRUSTEE - LV - 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101-5803

U.S. Trustee
111 South 18th Plaza, Suite 1148
Omaha, NE 68102-1321

United States Attorney's Office
ATTN: Civil Process Clerk
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101-6521

United States Attorneys Office
Attn: Civil Process Clerk
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, NV 89101-6521

Universal Guardian Acceptance, LLC
7505 NW Tiffany Springs Pkwy., Ste. 400
Kansas City, MO 64153-1592

Universal Guardian Acceptance, LLC
c/o Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Vox Funding
c/o RJ Recovery
1407 Broadway Fl 29
New York, NY 10018-5100

(p)VOX FUNDING LLC
100 PARK AVENUE 26TH FLOOR
NEW YORK NY 10017-5539

WAYNE ALLISON
2004 HUNTINGTON AVE
NICHOLS HILLS, OK 73116-5113

WFNZ-FM
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

WITI
POB 7410059
Chicago, IL 60674-5059

WYOMING OFFICE PARK LLC
C/O BRUNACINI COMPANIES
POB 6363
Albuquerque, NM 87197-6363

Wisconsin Department of Veterans Affairs
Attn: Phillip Rangsuebsin
PO Box 7843
Madison, WI 53707-7843

Wyoming Office Park LLC
c/o The Cash Law Firm
P.O. Box 20718
Albuquerque, NM 87154-0718

Wyoming Office Park, LLC
P.O. Box 20718
Albuquerque, NM 87154-0718

Wyoming Office Park, LLC
c/o Angelo Brunacini
7550 Meridan, NW
Albuquerque, NM 87121-1912

Wyoming Office Park, LLC
c/o Angelo Brunacini
P.O. Box 6363
Albuquerque, NM 87197-6363

YELP INC
Po Box 204393
Dallas, TX 75320-4393

DAVID A RIGGI
RIGGI LAW FIRM
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117-7921

MICHAEL W. CARMEL
80 E. COLUMBUS AVENUE
PHOENIX, AZ 85012-2334

Michael E. Sanchez
WOMBLE BOND DICKINSON (US) LLP
C/O OGONNA M. BROWN, ESQ.
3993 HOWARD HUGHES PKWY
SUITE 600
LAS VEGAS, NV 89169-5996

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Miami-Dade County Tax Collector
Bankruptcy Paralegal Unit
200 N.W. Second Avenue, Suite 430
Miami, FL 33128

Nebraska Department of Revenue
Attn: Bankruptcy Unit
Nebraska State Office Building
P.O. Box 94818
Lincoln, NE 68509-4818

Newtek Bank, National Association
1981 Marcus Avenue, Ste. 130
Lake Success, NY 11042

(d)Newtek Small Business Finance, LLC
1981 Marcus Avenue #130
Lake Success, NY 11042

STERICYCLE
POB 6575
Carol Stream, IL 60197-6575

THE N2 COMPANY
C/O DOMENIQUE SCHMITT
2093 PHILADELPHIA PIKE #3202
CLAYMONT, DE 19703

Vox Funding LLC
100 Park Avenue, 26th Floor
New York, NY 10017

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)Governmental Units

(u)Grand County Treasurer
P.O. Box 288
Hot Sulphur Springs, Colorado 80451
Massachusetts Department of Revenue
Collections Bureau/Bankruptcy Unit
P. O. Box 7090

(d)Lamar Companies
P.O. Box 96030
Baton Rouge, LA 70896-9030

(d)Massachusetts Department of Revenue
Collections Bureau/Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

(d)Mayfair Mall LLC
c/o Brookfield Properties
P.O. Box 772816
Chicago, IL 60677-0116

(d)Prospect Rainbow, LLC
c/o JOHNSON & GUBLER, P.C.
Attn: Russell G. Gubler, Esq.
8831 W. Sahara Ave
Las Vegas, NV 89117-5865

(d)Social Security Administration
Office of General Counsel
Office of Program Litigation - Bankruptc
6401 Security Boulevard
Baltimore, MD 21235-0001

(d)The LCF Group, Inc.
3000 Marcus Avenue, Suite 2W15
Lake Success, NY 11042-1005

(u)Jacob Nathan Rubin

End of Label Matrix
Mailable recipients    214
Bypassed recipients      9
Total                  223