_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
June 03, 2025
_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |

| | |
|---|---|
| NUMALE ALL DEBTORS, ☒<br><br>Debtors. | NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: June 3, 2025<br>Hearing Time: 9:30 a.m. |

# ORDER APPROVING POST-PETITION FINANCING OF INSURANCE RENEWAL PREMIUM

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors") filed his *Motion for Order Seeking Approval of Post-Petition Financing of Insurance Renewal Premium* (the "Motion"),[1] which came on for hearing before the above-captioned Court on June 3, 2025, at 9:30 a.m. All appearances were duly noted on the record at the hearing on the Motion.

The Court having reviewed the Motion and all matters submitted therewith, notice of the Motion having been proper; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure; and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. The Motion is GRANTED in its entirety.

2. The Trustee is authorized, empowered, and directed to enter into the Premium Financing that is the subject of the Motion.

3. The Court retains jurisdiction to adjudicate any disputes arising out of, related to, or regarding the relief afforded by this Order.

. . .

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Motion.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:
GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119

    *Attorneys for Michael
    Carmel, Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

3

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐      The Court waived the requirement of approval under LR 9021(b)(1).

☒      No party appeared on the Motion at the omnibus hearing or filed an objection to the Motion.

☐      I have delivered a copy of this proposed order to all counsel who appeared at the hearing other than simply to monitor, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order as follows.

☐      I have certified that under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000