GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
[Proposed] *Attorneys for Michael Carmel, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☒ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☒ NUMALE NEW MEXICO SC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☐ NUMALE ALL DEBTORS, | |
| Debtors. | Hearing Date: June 6, 2025<br>Hearing Time: 9:30 a.m. |

**SUPPLEMENTAL DECLARATION OF KANNON K. SHANMUGAM IN SUPPORT OF APPLICATION TO EMPLOY PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES**

I, Kannon K. Shanmugam, hereby declare as follows:

1. I am a partner in the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP

("Paul, Weiss" or the "Firm"), an international law firm with its principal offices at 1285 Avenue of the Americas, New York, New York 10019. I am the lead attorney from Paul, Weiss working on the Special Litigation Services (as defined in the Application) and related matters on behalf of the Debtors. I am a member in good standing of the applicable state bar(s) in which I am admitted to practice.

2. I make this supplemental declaration in support of the *Application to Employ Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates* (the "Application").[1]

3. I am over the age of 18 and mentally competent. Unless otherwise stated in this declaration, I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. To the extent any information disclosed herein requires amendment or modification upon Paul, Weiss's completion of further review, or as additional party in interest information becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

4. Per the Insurance Policy, Beazley has historically, and shall continue, to pay Paul, Weiss's fees and expenses in connection with the Sanchez Litigation. Beazley paid Paul, Weiss for all of its prepetition fees and expenses incurred in connection with the Sanchez Litigation. In addition and consistent with historic practice, Beazley has continued to pay Paul, Weiss for fees and expenses incurred after the petition date. After the petition date, Paul, Weiss has received the following payments from Beazley on account of its fees and expenses incurred in the Sanchez Litigation: (a) $267,221.44 received on March 12, 2025, (b) $41,328.26 received on March 26, 2025, and (c) $27,824.85 received on May 21, 2025. Paul, Weiss has a current outstanding balance of $4,026.60 for services provided in April 2025. Paul, Weiss will look to Beazley (not the estates) for payment of the outstanding $4,020.60.

. . .

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Application.

5. Paul, Weiss will continue to apply during these Chapter 11 Cases the ten percent (10%) discount described in the Engagement Agreement [ECF No. 270-1 p. 2 of 18].

6. Paul, Weiss will be employed as lead appellate counsel for the estates in connection with the Sanchez Litigation. Paul, Weiss will lead the estates' defense of Sanchez's pending post-verdict motions, will lead the prosecution of any post-verdict motions brought on behalf of the estates, and will lead the appeal of any judgment entered by the New Mexico Court on the verdict. Paul, Weiss's services are limited to the Sanchez Litigation. For the avoidance of doubt, Garman Turner Gordon ("GTG") will serve as the Trustee's general bankruptcy counsel, and Paul, Weiss will serve solely as special litigation counsel in the Sanchez Litigation.

7. Paul, Weiss will provide services on behalf of both Debtor Defendants. Additionally, and notwithstanding any language in the Engagement Agreement to the contrary, including the third paragraph of Section 1 of the Engagement Agreement, Paul, Weiss acknowledges that the Trustee is in control of, and is the decisionmaker on behalf of, the Debtor Defendants. However, for purposes of the third paragraph of Section 1 of the Engagement Agreement, Paul, Weiss acknowledges that the Trustee is in control of, and is the decisionmaker on behalf of, the Debtor Defendants and Section 1 of the Engagement Agreement only applies to any future acquisitions or change in control.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 3rd day of June 2025.

/s/*Kannon K. Shanmugam*
Kannon K. Shanmugam
Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP