GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
[Proposed] *Attorneys for Michael Carmel, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☒ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☒ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE ALL DEBTORS, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | Hearing Date: June 6, 2025<br>Hearing Time: 9:30 a.m. |

**SUPPLEMENTAL DECLARATION OF EDWARD RICCO IN SUPPORT OF APPLICATION TO EMPLOY RODEY, DICKASON, SLOAN, AKIN, & ROBB, P.A. AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES**

I, Edward Ricco, hereby declare as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the

facts in this matter and if called upon to testify, could and would do so.

2. I make this supplemental declaration in support of the *Application to Employ Rodey, Dickason, Sloan, Akin, & Robb, P.A. as Special Litigation Counsel to the Chapter 11 Estates* (the "Application").[1]

3. I am an attorney licensed to practice law in the State of New Mexico, Bar No. 2194. I am a shareholder and director of Rodey, Dickason, Sloan, Akin, & Robb, P.A. ("Rodey Law"). Rodey Law maintains offices in Albuquerque and Santa Fe, New Mexico. I am admitted to practice law before all New Mexico state courts, the United States District Court for the District of New Mexico, the United States Court of Federal Claims, the United States Court of Appeals for the First, Ninth, Tenth and District of Columbia Circuits, and the United States Supreme Court.

4. Attached hereto as **Exhibit "1"** is a true and correct copy of an engagement letter ("Engagement Letter") entered into with the Chapter 11 Trustee Michael Carmel, trustee of the bankruptcy estates of debtors NuMale Corporation and NuMale New Mexico, S.C. (collectively, the "Debtor Defendants").

5. The supplemental terms of the Debtor Defendants' estates' retention of Rodey Law are set forth in the Engagement Letter.

6. Per the Insurance Policy, Beazley has historically, and shall continue, to pay Rodey Law's fees and expenses incurred in connection with the Sanchez Litigation. In addition and consistent with historic practice, Beazley has continued to pay Rodey Law for fees and expenses incurred after the petition date. There are no amounts due and owing for any work performed by Rodey Law prior to January 22, 2025. For the period January 22, 2025, through April 30, 2025, there is an amount owed for work performed by Rodey Law, of $21,652.62. Rodey Law is not looking to the Debtors or the estates for payment of the outstanding $21,652.62.

7. Rodey Law anticipates seeking approval of interim compensation from this Court in compliance with the Bankruptcy Code.

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Application.

8. Rodey Law will be employed as local New Mexico appellate counsel for the estates in connection with the Sanchez Litigation. Rodey Law will advise and assist with analyses, identification, and prosecution of New Mexico-specific legal issues in connection with the estates' defense of Sanchez's pending post-verdict motions, any post-verdict motions brought on behalf of the estates, and the appeal of any judgment that is ultimately entered by the New Mexico Court on the verdict. Rodey Law's services are limited to the Sanchez Litigation. For the avoidance of doubt, Garman Turner Gordon ("GTG") will serve as the Trustee's general bankruptcy counsel, and Rodey Law will serve solely as local special litigation counsel in the Sanchez Litigation.

9. Consistent with nonbankruptcy practice in insurance defense, Rodey Law did not execute an independent engagement agreement when selected by Beazley as local appellate counsel after the jury verdict was entered. The firm's ordinary retention practices in such circumstances were followed, as reflected in the engagement agreement filed with the Employment Application [ECF No. 273-1]. Adam Moser is a Beazley representative who corresponded with Rodey Law in connection with Beazley's retention of the firm as part of Beazley providing defense counsel to its insured under the Policy.

10. Additionally, and notwithstanding any language in the engagement agreement to the contrary, the Debtor Defendants are Rodey Law's clients, and the Trustee is in control and is the decisionmaker on behalf of the Debtor Defendants. Rodey Law shall answer to the Trustee.

11. No new engagement agreement was prepared at the time Rodey Law was retained.

12. I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 2nd day of June 2025.

/s/ *Edward Riccio*
Edward Ricco