United States Bankruptcy Court
District of Nevada

In re:  Case No. 25-10341-nmc
NUMALE CORPORATION  Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2   User: admin   Page 1 of 2
Date Rcvd: Jun 02, 2025   Form ID: nverpet   Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 04, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | + Email/Text: AGBankRevenue@ag.tn.gov | Jun 03 2025 01:01:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |

TOTAL: 1

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 04, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 2, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYSSA A. ROGAN | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 alyssa.rogan@usdoj.gov |
| DAVID A RIGGI | on behalf of Debtor FELICIANO NUMALE NEVADA PLLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE FLORIDA TB PLLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMEDICAL SC 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC darnvbk@gmail.com 2782@notices.nextchapterbk.com |

| District/off: 0978-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 02, 2025 | Form ID: nverpet | Total Noticed: 1 |

DAVID A RIGGI
    on behalf of Debtor NUMALE CORPORATION darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor NUMALE COLORADO SC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor NUMEDICAL SC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor NUMALE NEW MEXICO SC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor NUMALE COLORADO SC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor NUMALE NEBRASKA LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A. STEPHENS
    on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC dstephens@davidstephenslaw.com dstephens@lvcoxmail.com

DAVID A. STEPHENS
    on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE  LLC dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

GREGORY E GARMAN
    on behalf of Trustee MICHAEL W. CARMEL ggarman@gtg.legal bknotices@gtg.legal

JUSTIN CHARLES VALENCIA
    on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 justin.c.valencia@usdoj.gov

LORI M. BENCOE
    on behalf of Creditor Michael E. Sanchez lori@bencoelaw.com maggie@bencoelaw.com

MARY LANGSNER
    on behalf of Trustee MICHAEL W. CARMEL mlangsner@gtg.legal bknotices@gtg.legal

MARY LANGSNER
    on behalf of Trustee CHAPTER 11 - LV mlangsner@gtg.legal bknotices@gtg.legal

MATTHEW L. JOHNSON
    on behalf of Creditor Prospect Rainbow  LLC mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MICHAEL W. CARMEL
    michael@mcarmellaw.com

OGONNA M. BROWN
    on behalf of Creditor Michael E. Sanchez Ogonna.Brown@wbd-us.com ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

RICHARD F. HOLLEY
    on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 rholley@spencerfane.com oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

RYAN J. WORKS
    on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 rworks@mcdonaldcarano.com kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

STUART FREEMAN WILSON-PATTON
    on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov

U.S. TRUSTEE - LV - 11
    USTPRegion17.lv.ecf@usdoj.gov

TOTAL: 28

NVB 10−2(b) (Rev. 9/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                                           BK−25−10341−nmc
                                                                 CHAPTER 11
NUMALE CORPORATION

        Debtor(s)                                    NOTIFICATION OF VERIFIED
                                                                 PETITION REQUIREMENT

**NOTICE IS GIVEN** that the following document was recently filed:

*319 −* Creditor Request for Notices Filed by STUART FREEMAN WILSON−PATTON on behalf of TN Dept of Revenue with Certificate of Service (WILSON−PATTON, STUART)

In accordance with LR IA 11−2, "An attorney who is not a member of the bar of this court, who has been retained or appointed to appear in a particular case may do so only with the permission of the court." Application for such permission shall be by verified petition on the form furnished by the clerk and the required admission fee. An attorney whose verified petition is pending shall take no action in the case beyond filing the first pleading or motion. In bankruptcy cases, attorneys shall have fourteen (14) days after their first appearance to comply with the provisions. Failure to comply timely with this rule may result in the striking of any and all documents previously filed by such attorney, the imposition of other sanctions, or both.

LR IA 11−3 addresses the requirements for government attorneys.

The required forms for verified petition and designation of local counsel can be found at our web site www.nvb.uscourts.gov.

The filing of a Notice of Appearance in a case requires the filing of a Verified Petition and Designation of Local Counsel along with the required fee. Payments made in cash are not accepted. If you were only interested in receiving notice in a case, the Notice of Appearance is not the appropriate document to be filed with the court. A Notice to Withdraw the Notice of Appearance will need to be filed and then file a Request for Special Notice.

Dated: 6/2/25

*(signature)*

Daniel S. Owens
Clerk of Court