GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
| NUMALE CORPORATION, | *Jointly administered with:* |
| AFFECTS THIS DEBTOR, ☒ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| AFFECTS FELICIANO<br>NUMALE NEVADA PLLC, ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| NUMEDICAL SC, ☐ | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| NUMALE COLORADO SC, ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| NUMALE FLORIDA TB PLLC, ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| NUMALE NEBRASKA LLC, ☐ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| NUMALE NEW MEXICO SC, ☐ | |
| NUMALE ALL DEBTORS, ☐ | |
| Debtor. | |

**Garman Turner Gordon**
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1

## **NOTICE OF ENTRY OF ORDERS**

Please take notice that the following orders were entered in the above-captioned matter on the 10th day of June, 2025.

1.      *Order Approving the Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates* [ECF No. 335], attached hereto as **Exhibit "1**."

2.      *Order Approving the Employment of Rodney, Dickason, Sloan, Akin & Robb, P.A. as Special Litigation Counsel to the Chapter 11 Estates* [ECF No. 336], attached hereto as **Exhibit "2**."

DATED this 10th day of June, 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
     GREGORY E. GARMAN, ESQ.
     TALITHA GRAY KOZLOWSKI, ESQ.
     MARY LANGSNER, Ph.D.
     7251 Amigo Street, Suite 210
     Las Vegas, Nevada 89119
     *Attorneys for Michael Carmel,*
     *Chapter 11 Trustee*

# EXHIBIT 1

# EXHIBIT 1

Natalie M. Cox

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
June 10, 2025

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Chapter 11
Trustee*

### UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: | | Lead Case No.: 25-10341-nmc |
| NUMALE CORPORATION, | | Chapter 11 |
|    AFFECTS THIS DEBTOR, | ☒ | *Jointly administered with:* |
|    AFFECTS FELICIANO NUMALE NEVADA PLLC, | ☐ | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
|    NUMEDICAL SC, | ☐ | NuMedical SC Case No. 25-10343-nmc |
|    NUMALE COLORADO SC, | ☐ | NuMale Colorado SC, Case No. 25-10344-nmc |
|    NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
|    NUMALE NEBRASKA LLC, | ☐ | NuMale Nebraska LLC Case No. 25-10346-nmc |
|    NUMALE NEW MEXICO SC, | ☐ | NuMale New Mexico SC Case No. 25-10347-nmc |
|    NUMALE ALL DEBTORS, | ☐ | |
|       Debtors. | | Hearing Date: June 6, 2025 Hearing Time: 9:30 a.m. |

**ORDER APPROVING THE EMPLOYMENT OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES**

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, filed his *Application to Employ Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates* [ECF No. 269] (the "Application"),[1] which came on for hearing before the above-captioned Court on June 6, 2025, at 9:30 a.m.  All appearances were duly noted on the record at the hearing on the Application.

The Court having reviewed the Application, the supporting declarations of Michael Carmel and Kannon K. Shanmugam, and all matters submitted therewith; no oppositions having been filed; notice of the Application having been proper; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure; and good cause appearing therefore, **IT IS HEREBY ORDERED**  that:

1.	The Application is GRANTED.

2.	The Trustee is hereby authorized to employ Paul, Weiss effective May 1, 2025, pursuant to section 327(e) of the Bankruptcy Code and pursuant to the terms of the Engagement Agreement attached as Exhibit A to the Shanmugam Decl. [ECF No. 270] and Supplements [ECF Nos. 271, 328, 329], as special litigation counsel, to perform the services set forth in the Application as modified by this Order.

3.	For clarity and the avoidance of doubt, Paul, Weiss's Application is not seeking relief under 11 U.S.C. § 328, nor is such relief approved by this Order.

4.	Paul, Weiss is authorized to render professional services to the Debtors Numale Corporation and NuMale New Mexico SC, as described in the Application and the Engagement

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

Agreement.  Notwithstanding any language in the Engagement Agreement to the contrary, including the third paragraph of Section 1 of the Engagement Agreement, the Trustee is in control of, and is the decisionmaker on behalf of, the Debtor Defendants.  However, for purposes of the third paragraph of Section 1 of the Engagement Agreement, Paul, Weiss acknowledges that the Trustee is in control of, and is the decisionmaker on behalf of, the Debtor Defendants and Section 1 of the Engagement Agreement only applies to any future acquisitions or change in control.

5.      Paul, Weiss shall provide at least 10 business days' notice to the Debtors, the U.S. Trustee, and any official committee appointed in these chapter 11 cases before any increases (other than Step Increases) in the rates set forth in the Shanmugam Decl. are implemented, and shall file such notice with this Court.

6.      Paul, Weiss shall be compensated for the services described in the Application in accordance with the procedures set forth in Sections 330 and 331, and any other applicable procedures and orders of the Court, and shall be paid exclusively by Beazley and not from estate funds.

7.      Notice of the Application as provided therein shall be deemed good and sufficient notice of the Application, and requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

8.      The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

9.      This Order shall govern in the event of any inconsistency between the Application, Engagement Agreement, and this Order.

10.     This Court shall retain exclusive jurisdiction to hear and determine all matters

. . .

. . .

. . .

. . .

. . .

. . .

1    arising from or related to the implementation, interpretation, and enforcement of this Order.

2         **IT IS SO ORDERED.**

3    PREPARED AND SUBMITTED:

4    GARMAN TURNER GORDON LLP

5    By:     /s/ *Mary Langsner*

6         GREGORY E. GARMAN, ESQ.
         TALITHA GRAY KOZLOWSKI, ESQ.

7         MARY LANGSNER, Ph.D
         7251 Amigo Street, Suite 210

8         Las Vegas, Nevada 89119
         *Attorneys for Michael Carmel, Chapter 11*

9         *Trustee*

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### **LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐　The court has waived the requirement set forth in LR 9021(b)(1).

☐　No party appeared at the hearing or filed an objection to the motion.

☒　I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Justin C. Valencia, Esq.　　　　　　　　APPROVED
*Attorneys for Office of the*
*United States Trustee for Region 17*

☐　I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

# EXHIBIT 2

# EXHIBIT 2

1

2

3

_Natalie M. Cox_

———————————————
Honorable Natalie M. Cox
United States Bankruptcy Judge

4

5

Entered on Docket
June 10, 2025

6

7 GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.

8 Nevada Bar No. 6654
Email: ggarman@gtg.legal

9 TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040

10 Email: tgray@gtg.legal
MARY LANGSNER, Ph.D

11 Nevada Bar No. 13707
mlangsner@gtg.legal

12 7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

13 Tel: 725.777.3000
*Attorneys for Michael Carmel, Chapter 11*

14 *Trustee*

15 **UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

16

17 In re:

NUMALE CORPORATION,

18     AFFECTS THIS DEBTOR,    ☒

19     AFFECTS FELICIANO    ☐
NUMALE NEVADA PLLC,

20

21     NUMEDICAL SC,    ☐

22     NUMALE COLORADO SC,    ☐

23     NUMALE FLORIDA TB PLLC,    ☐

24     NUMALE NEBRASKA LLC,    ☐

25     NUMALE NEW MEXICO SC,    ☒

26     NUMALE ALL DEBTORS,    ☐

27         Debtors.

28

Lead Case No.: 25-10341-nmc
Chapter 11

*Jointly administered with:*

Feliciano NuMale Nevada PLLC,
Case No. 25-10342-nmc

NuMedical SC
Case No. 25-10343-nmc

NuMale Colorado SC,
Case No. 25-10344-nmc

NuMale Florida TB PLLC,
Case No. 25-10345-nmc

NuMale Nebraska LLC
Case No. 25-10346-nmc
NuMale New Mexico SC
Case No. 25-10347-nmc

Hearing Date:  June 6, 2025
Hearing Time: 9:30 a.m.

**ORDER APPROVING THE EMPLOYMENT OF RODEY, DICKASON, SLOAN, AKIN, & ROBB, P.A. AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES**

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, filed his *Application to Employ Rodey, Dickason, Sloan, Akin, & Robb, P.A. as Special Litigation Counsel to the Chapter 11 Estates* [ECF No. 272] (the "Application"),[1] which came on for hearing before the above-captioned Court on June 6, 2025, at 9:30 a.m. All appearances were duly noted on the record at the hearing on the Application.

The Court having reviewed the Application, the supporting declarations of Michael Carmel and Edward Ricco and all matters submitted therewith; no oppositions having been filed; notice of the Application having been proper; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure; and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

1.      The Application is GRANTED.

2.      The Trustee is hereby authorized to employ Rodey Law effective May 1, 2025, pursuant to Section 327(e) and pursuant to the terms of the Engagement Agreement attached as Exhibit 1 to the Edward Ricco Declaration [ECF No. 273] and Supplements [ECF Nos. 274, 330, 331], as special litigation counsel, to perform the services set forth in the Application as modified by this Order.

3.      For clarity and the avoidance of doubt, Rodey Law's Application is not seeking relief under 11 U.S.C. § 328, nor is such relief approved by this Order.

4.      Rodey Law shall be compensated for the services described in the Application in accordance with the procedures set forth in Sections 330 and 331, and any other applicable

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

procedures and orders of the Court, and shall be paid exclusively by Beazley and not from estate funds.

5.    Notice of the Application as provided therein shall be deemed good and sufficient notice of the Application, and requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

6.    The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7.    This Order shall govern in the event of any inconsistency between the Application, Engagement Agreement, and this Order.

8.    This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: ___*/s/ Mary Langsner*_____
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Chapter 11 Trustee*

## **LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐    The court has waived the requirement set forth in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Justin C. Valencia, Esq.            APPROVED
*Attorneys for Office of the*
*United States Trustee for Region 17*

☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

**Garman Turner Gordon**
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000