GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | | Lead Case No.: 25-10341-nmc |
|---|---|---|
| NUMALE CORPORATION, | | Chapter 11 |
|    AFFECTS THIS DEBTOR, | ☒ | *Jointly administered with:* |
|    AFFECTS FELICIANO NUMALE NEVADA PLLC, | ☐ | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
|    NUMEDICAL SC, | ☐ | NuMedical SC Case No. 25-10343-nmc |
|    NUMALE COLORADO SC, | ☐ | NuMale Colorado SC Case No. 25-10344-nmc |
|    NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC Case No. 25-10345-nmc |
|    NUMALE NEBRASKA LLC, | ☐ | NuMale Nebraska LLC Case No. 25-10346-nmc |
|    NUMALE NEW MEXICO SC, | ☐ | NuMale New Mexico SC Case No. 25-10347-nmc |
|    NUMALE ALL DEBTORS, | ☐ | |
| Debtor. | | |

**CERTIFICATE OF SERVICE**

1

1. On June 10, 2025, I served the following document(s):

    a.    *Notice of Entry of Orders*    Dkt. No. 337

I served the above-named document(s) by the following means to the persons as listed below:

☒ ECF System: See attached ECF Confirmation Sheets.

☒ United States Mail, postage fully prepaid: See attached service list.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of June, 2025.

*/s/ Danielle Charlet*
Danielle Charlet, an employee of
Garman Turner Gordon LLP

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2

**File a Notice:**

[25-10341-nmc NUMALE CORPORATION (LEAD)](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: PlnDue, BAPCPA, JNTADMN, LEAD |

## U.S. Bankruptcy Court

### District of Nevada

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 6/10/2025 at 2:22 PM PDT and filed on 6/10/2025

**Case Name:** NUMALE CORPORATION (LEAD)
**Case Number:** [25-10341-nmc](#)
**Document Number:** [337](#)

**Docket Text:**
Notice of Entry of Order Filed by MARY LANGSNER on behalf of MICHAEL W. CARMEL (Related document(s)[335] Order on Application to Employ, [336] Order on Application to Employ) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2025 0610 NOE Numale Apps to Employ.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=6/10/2025] [FileNumber=36732883-0
] [31cd95790f7d5cbcc0f91b1bacc1890284c827984d5734b32f43802d2d778f4938e
ad20af47ff3d41467082cc279f2e10f84ac97d55c5b0cf3101640714567cf]]

**25-10341-nmc Notice will be electronically mailed to:**

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

RICHARD F. HOLLEY on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

**25-10341-nmc Notice will not be electronically mailed to:**

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
,

RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.
,

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0978-2<br>Case 25-10341-nmc<br>District of Nevada<br>Las Vegas<br>Tue Jun 10 12:43:24 PDT 2025 | CERTAIN UNDERWRITERS AT LLOYD'S LONDON<br>C/O RYAN J. WORKS<br>McDONALD CARANO LLP<br>2300 WEST SAHARA AVENUE, SUITE 1200<br>LAS VEGAS, NV 89102-4395 | FELICIANO NUMALE NEVADA PLLC<br>6590 S RAINBOW BLVD<br>LAS VEGAS, NV 89118-3327 |
| Ford Motor Credit Company, LLC, c/o AIS Port<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | NEWTEK SMALL BUSINESS FINANCE, LLC<br>STEPHENS LAW OFFICES<br>C/O DAVID A. STEPHENS<br>P.O. BOX 33130<br>LAS VEGAS, NV 89133-3130 | NUMALE COLORADO SC<br>8200 E BELLEVIEW AVE<br>GREENWOOD VILLAGE, CO 80111-2883 |
| NUMALE CORPORATION<br>6590 S RAINBOW BLVD<br>LAS VEGAS, NV 89118-3327 | NUMALE FLORIDA TB PLLC<br>500 WESTSHORE BLVD<br>TAMPA, FL 33609-5003 | NUMALE NEBRASKA LLC<br>444 REGENCY PARKWAY DR<br>OMAHA, NE 68114-3792 |
| NUMALE NEW MEXICO SC<br>7920 WYOMING BLVD, NE<br>ALBUQUERQUE, NM 87109-6020 | NUMEDICAL SC<br>2600 N MAYFAIR RD<br>WAUWATOSA, WI 53226-1309 | Prospect Rainbow, LLC<br>c/o JOHNSON & GUBLER, P.C.<br>Attn: Russell G. Gubler, Esq.<br>8831 W. Sahara Ave<br>Las Vegas, NV 89117-5865 |
| TN Dept of Revenue<br>c/o TN Attorney General's Office<br>Bankruptcy Division<br>PO Box 20207<br>Nashville, TN 37202-4015 | United States Bankruptcy Court<br>300 Las Vegas Blvd., South<br>Las Vegas, NV 89101-5833 | 444 Regency Parkway LLC<br>450 Regency Pkwy., Ste. 200<br>Omaha, NE 68114-3777 |
| AMERICAN EXPRESS<br>Po Box 60189<br>City Industry, CA 91716-0189 | AMERICAN EXPRESS NATIONAL BANK<br>C/O BECKET AND LEE LLP<br>PO BOX 3001<br>MALVERN  PA 19355-0701 | ARIZONA DEPARTMENT OF REVENUE<br>Office of the Arizona Attorney General -<br>c/o Tax, Bankruptcy and Collection Sct<br>2005 N Central Ave, Suite 100<br>Phoenix, AZ 85004-1546 |
| AUDACY<br>11800 W Grange Ave<br>Hales Corners, WI 53130-1035 | Aaron Garber<br>Wadsworth Garber Warner Conrardy PC<br>2580 W. Main Street, Suite 200<br>Littleton, CO 80120-4631 | Ace Recovery Group, LLC<br>Attn: Daniel Gold<br>99 Wall Street #4890<br>New York, NY 10005-4301 |
| Alexander C. Dale<br>Ward and Smith, P.A.<br>University Corporate Center<br>127 Racine Drive<br>Wilmington, NC 28403-8833 | Arapahoe County Government Treasurer<br>5334 S. Prince St.<br>Littleton, CO 80120-1136 | Array Medical<br>3440 Sojourn Dr #200<br>Carrollton, TX 75006-2398 |
| Attorney General of Colorado<br>1300 Broadway, 8th Floor<br>Denver, CO 80203-2104 | BRAD PALUBICKI<br>9 PARADISE VALLEY CT.<br>HENDERSON, NV 89052-6706 | Basel Hassoun, M.D.<br>Attn: Michael Furlong, Esq.<br>Steptoe & Johnson PLLC<br>210 Park Ave., Ste. 2300<br>Oklahoma City, OK 73102-5661 |
| Basel Hassoun, M.D.<br>Attn: Wayne Allison<br>2004 Huntington Ave.<br>Nichols Hills, OK 73116-5113 | Brian T. Fahl<br>825 N. Jefferson Street, Suite 500<br>Milwaukee, WI 53202-3737 | C T Corporation System, as Representative<br>Attn: SPRS<br>330 N Brand Blvd., Ste. 700<br>Glendale, CA 91203-2336 |

| | | |
|---|---|---|
| C T Corporation System, as Representative<br>c/o Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | C T Corporation System, as Representative<br>c/o Wolters Kluwer Lien Solutions<br>330 N Brand Blvd., Ste. 700<br>Glendale, CA 91203-2336 | CARLOS FELICIANO<br>N69 W29753<br>Hartland, WI 53029 |
| CARLOS FELICIANO<br>N69W29753 RIDGEVIEW CT.<br>HARTLAND, WI 53029-9253 | CENTRUM/BELLVIEW LLC<br>DEPT # 42512<br>POB 650823<br>Dallas, TX 75265-0823 | CLARK HILL<br>1700 S Pavilion Center Dr Ste 500<br>Las Vegas, NV 89135-1864 |
| COX MEDIA<br>POB 50481<br>Los Angeles, CA 90074-0481 | COX MEDIA LLC LAS VEGAS<br>FILE 50464<br>Los Angeles, CA 90074-0464 | COX RADIO LLC<br>11300 4th St N<br>St Petersburg, FL 33716-2941 |
| California State Board of Equalization<br>Account Information Group, MIC: 29<br>PO Box 942879<br>Sacramento, CA 94279-0029<br>Michigan Dept. of Treasury, Tax Policy D 94279-0029<br>Attn: Litigation Liaison | Carlos Feliciano<br>Hellman Jeffrey Law Offices<br>195 Church St., 10th Flr.<br>New Haven, CT 06510-2009 | Celtic Bank<br>268 S State St., Ste. 300<br>Salt Lake City, UT 84111-5314 |
| Centrum/Belleview LLC<br>c/o FSB Property Management LLC<br>Attn: Michelle Brokaw<br>8200 E Belleview Ave, Ste 102C<br>Greenwood Village, CO 80111-2804 | Centrum/Bellview LLC<br>c/o Troy Sandberg, Esq.<br>Sandberg Law LLC<br>17011 Lincoln Avenue #348<br>Parker, CO 80134-3144 | Certain Underwriters at Lloyds<br>London Syndicates 623/2623<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954 |
| Certain Underwriters at Lloyds London<br>c/o David Zylberberg<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954 | City of Milwaukee<br>Office of City Attorney<br>200 E. Wells St., Room 800<br>Milwaukee, WI 53202-3551 | Civil process clerk at the U.S. Attorney<br>Hon. Markenzy Lapointe<br>U.S. Attorney<br>Southern District of Florida<br>99 N.E. 4th Street<br>Miami, FL 33132-2131 |
| Clark Co Assessor c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Po Box 551401<br>Las Vegas, NV 89155-1401 | Clark Co Treasurer c/o Bankruptcy Clerk<br>500 S Grand Central Pksy<br>Po Box 1220<br>Las Vegas, NV 89125-1220 | Clark Co Treasurer c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Po Box 1220<br>Las Vegas, NV 89125-1220 |
| Colorado Department of Revenue<br>ATTN: Bankruptcy Dept, RM 104<br>1881 Pierce St.<br>Lakewood, CO 80214-1407 | Corporation System, as Representative<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | DEWITT, PARULOL & MEEK PLLC<br>705 NW 4th St<br>Oklahoma City, OK 73102-1616 |
| DLP Funding LLC<br>447 Broadway 2nd Floor, Unit 805<br>New York, NY 10013 | DLP Funding LLC<br>c/o/ Law Office of Jacob Z Weinstein<br>420 Central Ave Ste 301<br>Cedarhurst, NY 11516-1000 | DLP Funding, LLC<br>101 Lake Shore Dr.<br>Monticello, NY 12701-4006 |
| DLP Funding, LLC<br>c/o Interstate Filings LLC<br>301 Mill Road, Ste. U5<br>Hewlett, NY 11557-1232 | David R. Koch<br>KOCH & SCOW, LLC<br>11500 S. Eastern Ave., Suite 210<br>Henderson, NV 89052-5576 | Dr. Christopher Asandra<br>c/o 11500 S. Eastern Ave., Ste 210<br>Henderson, NV 89052-5576 |

| | | |
|---|---|---|
| EBF Holdings, LLC d/b/a Everest Business Fun<br>102 W 38th Street 6th-Floor<br>New York, NY 10018-3613 | EBF holdings, LLC d/b/a Everest Business Fun<br>Yolday Diaz-Barreto, Esq.<br>12496 NW 25 Street<br>Sweetwater, FL 33182-1505 | EBF holdings, LLC d/b/a Everest Business Fun<br>Yolday Diaz-Barreto, Esq.<br>12496 NW 25 Street<br>Sweetwater, FL 33182<br>Sweetwater, FL 33182-1505 |
| EFFECTV<br>Po Box 415949<br>Boston, MA 02241-5949 | ELAVON<br>c/o TIMOTHY F. FROST, ESQ.<br>7300 CHAPMAN HIGHWAY<br>Knoxville, TN 37920-6612 | Equity Sales Finance, Inc.<br>1200 Ford Road, Ste. A<br>Hopkins, Minnesota 55305-1616 |
| Everest Business Funding<br>102 W 38th Street, 6th Flr.<br>New York, NY 10018-3664 | Everest Business Funding<br>102 W 38th Street, 6th Flr.<br>New York, NY 10018<br>Gilbert Pritt<br>17133 Holly Well Ave.<br>Wimauma, FL 33598-2536 | FELICIANO NUMALE NEVADA PLLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 |
| FOX FUNDING GROUP LLC<br>c/o JOE LIEBERMAN, ESQ.<br>LIEBERMAN AND KLESTZICK<br>POB 356<br>Cedarhurst, NY 11516-0356 | Ford Motor Credit Company, LLC c/o AIS Portf<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Fortifi Bank<br>140 W. Huron St.<br>Berlin, WI 54923-1546 |
| Fox Funding Group LLC<br>803 S 21st Ave<br>Hollywood, FL 33020-6962 | Fox Funding Group, LLC<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952 |
| Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board (Adversary Proceedings)<br>Chief Counsel<br>c/o General Counsel Section<br>PO Box 1720, MS: A-260<br>Rancho Cordova, CA 95741-1720 | GILE LAW GROUP<br>1180 N. TOWN CENTER DR., STE. 100<br>LAS VEGAS, NV 89144-6308 |
| GOOD KARMA BRANDS - WTMJ AM<br>POB 8609<br>Carol Stream, IL 60197-8609 | Gilbert Pritt<br>17133 Holly Well Ave.<br>Wimauma, FL 33598-2536 | Gordman Lake Regency, LLC<br>Attn: Katy Rehan, Esq.<br>Smith Pauley<br>3555 Farnam Street, Ste. 1000<br>Omaha, NE 68131-3302 |
| HARRISON, MIRANDA<br>MCAFEE & TAFT<br>8TH FLOOR, TWO LEADERSHIP SQUARE<br>211 N. ROBINSON AVE.<br>OKLAHOMA CITY, OK 73102-7109 | HELLMAN JEFFREY LAW OFFICES OF LLC<br>195 CHURCH STREET<br>10TH FLOOR<br>NEW HAVEN, CT 06510-2009 | HERSHEY DECKER DRAKE<br>10463 Park Meadows Dr Ste 209<br>Lone Tree, CO 80124-5355 |
| HOWARD & HOWARD<br>Po Box 95234<br>Chicago, IL 60694-5234 | HOWARD AND HOWARD<br>3800 HOWARD HUGHES PKWY., STE. 1000<br>LAS VEGAS, NV 89169-5958 | HYPORT DIGITAL N2<br>Po Box 208092<br>Dallas, TX 75320-8092 |
| INNOVATIVE REAL ESTATE STRATEGIES<br>2975 S RAINBOW BLVD STE J<br>Las Vegas, NV 89146-6598 | Internal Revenue Service<br>ATTN: BANKRUPTCY DEPT<br>PO Box 7346<br>PHILADELPHIA, PA 19101-7346 | JJT Properties LLC<br>c/o Sara Investment Real Estate LLC<br>6264 Nesbitt Road<br>Madison, WI 53719-1819 |

| | | |
|---|---|---|
| JUSTIN PULLIAM<br>5786 STONEHEATH AVE.<br>LAS VEGAS, NV 89139-7523 | Jerome P. Gordman<br>c/o Gordman Lake Regency, L.L.C.<br>444 Regency Parkway Dr., Ste. 202<br>Omaha, NE 68114-3779 | John Dodd, Esq.<br>Baker & McKenzie LLP<br>1111 Brickell Avenue, Suite 1700<br>Miami, Florida 33131-4033 |
| John T. Kivus<br>Morningstar Law Group<br>421 Fayetteville Street, Suite 530<br>Raleigh, NC 27601-3001 | John T. Kivus<br>Morningstar Law Group<br>434 Fayetteville Street, Suite 2200<br>Raleigh, NC 27601-1893 | Justin Hiersche<br>McAfee & Taft<br>8th Floor, Two Leadership Square<br>211 N Robinson Ave<br>Oklahoma City, OK 73102-7109 |
| KALAMATA CAPITAL GROUP, LLC<br>c/o STEVEN BERKOVITCH<br>BERKOVITCH & BOUSKILA, PLLC<br>1545 US 202 SUITE 101<br>Pomona, NY 10970-2951 | KLOS Radio, LLC<br>Matthew B. Baltierra<br>44 E. Broadway, Suite 530<br>Tuscon, AZ 85701-1703 | KMA BODILY<br>1200 John Q Hammons Dr Ste 500<br>Madison, WI 53717-2199 |
| KQRT-FM Radio<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 | KRAVIT HOVEL & KRAWCZYK<br>825 N JEFFERSON ST<br>Milwaukee, WI 53202-3737 | Kalamata Capital Group, LLC<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2541 |
| Kenzie Marie Rakes<br>Morningstar Law Group<br>421 Fayetteville St Suite 530<br>Raleigh, NC 27601-3001 | Kenzie Marie Rakes<br>Morningstar Law Group<br>434 Fayetteville Street, Suite 2200<br>Raleigh, NC 27601-1893 | Kravit, Hovel & Krawczyk, s.c.<br>825 N Jefferson Street, Fifth Floor<br>Milwaukee, WI 53202-3737 |
| LAMAR COMPANIES<br>POB 746966<br>Atlanta, GA 30374-6966 | Lamar Companies<br>P O Box 96030<br>Baton Rouge, LA 70896-9030 | MAYFAIR MALL<br>c/o BROOKFIELD PROPERTIES<br>PO BOX 772816<br>CHICAGO, IL 60677-0116 |
| MCR Inc<br>2831 Saint Rose Pkwy<br>Henderson, NV 89052-4840 | MICHAEL A FURLONG<br>210 PARK AVENUE STE 2300<br>OKLAHOMA CITY, OK 73102-5661 | MICHAEL E SANCHEZ<br>C/O LORI BENCOE, ESQ<br>9201 MONTGOMERY BLVD SUITE 404<br>Albuquerque, NM 87111-2470 |
| MICHAEL E SANCHEZ<br>C/O NICHOLAS ROWLEY, ESQ<br>421 W Water St<br>Decorah, IA 52101-1731 | MID-WEST FAMILY MADISON<br>7 03 RAYOVAC DRIVE<br>Madison, WI 53711 | Massachusetts Department of Revenue<br>Collections Bureau/Bankruptcy Unit<br>P.O. Box 7090<br>Boston, MA 02204-7090 |
| Mayfair Mall LLC<br>Attn: General Counsel<br>Brookfield Properties Retail<br>350 N. Orleans St., Ste. 300<br>Chicago, IL 60654-1607 | Mayfair Mall LLC<br>Attn: General Manager<br>2500 North Mayfair Rd.<br>Wauwatosa, WI 53226-1464 | Meruelo Media, LLC<br>Attn: Ann O. Hall, Esq.<br>2500 E. Second Street<br>Reno, NV 89595-1200 |
| (p)MIAMI DADE COUNTY TAX COLLECTOR<br>ATTN WENDY MONTOYA<br>200 NW 2ND AVENUE<br>MIAMI FL 33128-1733 | Michigan Department of Treasury, Tax Policy<br>ATTN: Litigtion Liaison<br>2nd Floor, Austin Building 430 West Alle<br>Lansing, Michigan 48922-0001 | N2 COMPANY<br>c/o ALEXANDER C. DALE, ESQ.<br>WARD AND SMITH, P.A.<br>UNIVERSITY CORPORATE CENTER<br>127 RACINE DRIVE<br>WILMINGTON, NC 28403-8833 |

| | | |
|---|---|---|
| N2 COMPANY<br>c/o THOMAS C. WOLF, ESQ.<br>WARD AND SMITH, P.A.<br>751 CORPORATE CENTER DR., STE. 300<br>RALEIGH, NC 27607-4873 | NEUBERT PEPE & MONTEITH PC<br>195 CHURCH ST<br>13TH FLOOR<br>NEW HAVEN, CT 06510-4011 | NEVADA NUMALE LLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 |
| NEWTEK LENDING<br>1981 MARCUS AVENUE STE 130<br>Lake Success, NY 11042-1046 | NMC ILLINOIS, LLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NUMALE ALBUQUERQUE, LLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 |
| NUMALE CHICAGO LLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NUMALE COLORADO SC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NUMALE CORPORATION<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 |
| NUMALE FLORIDA TB PLLC<br>2600 MAYFAIR RD SUITE 1140<br>Milwaukee, WI 53226-1308 | NUMALE NEW MEXICO SC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NV Dept of Taxation<br>Bankruptcy Section<br>500 E Washington Ave Ste 13000<br>Las Vegas, NV 89101-1000 |
| (p)NEBRASKA DEPARTMENT OF REVENUE<br>ATTN ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 | Nebraska State Farm Service Agency<br>State Executive Director<br>1121 Lincoln Mall, Suite 330<br>Lincoln, Nebraska 68508-2828 | Nevada Department of Taxation<br>Attn: Bankruptcy Section<br>700 E. Warm Springs Rd., Ste. 200<br>Las Vegas, NV 89119-4311 |
| Nevada Dept of Empl Security<br>500 E 3rd St<br>Carson City, NV 89713-0001 | New Mexico Department of Workforce Solutions<br>fka NM Department of Labor<br>401 Broadway NE<br>Albuquerque, NM 87102-2301 | New Mexico Department of Workforce Solutions<br>fka New Mexico Department of Labor<br>PO Box 1928<br>Attn: Legal Section<br>Albuquerque, NM 87103-1928 |
| New Mexico Taxation & Revenue Department<br>Bankruptcy Unit<br>PO Box 50129<br>Albuquerque, NM 87181-0129 | Newlane Finance<br>P.O. Box 7358<br>Philadelphia, PA 19101-7358 | (p)ELIOT KIRSHNITZ<br>1981 MARCUS AVENUE SUITE 130<br>LAKE SUCCESS NY 11042-1046 |
| Newtek Bank, National Association<br>c/o Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | Newtek Lending<br>1981 Marcus Avenue, Ste. 130<br>New Hyde Park, NY 11042-1046 | Newtek Small Business Finance, LLC<br>c/o David A. Stephens, Esq.<br>Stephens Law Offices<br>P.O. Box 33130<br>Las Vegas, NV 89133-3130 |
| NuMale Colorado<br>2600 N Mayfair Rd Suite 505<br>Wauwatosa, WI 53226-1306 | NuMale Corporation<br>Attn: Justin T. Hiersche, Esq.<br>McAfee & Taft<br>211 N. Robinson, 8th Flr.<br>Oklahoma City, OK 73102-7176 | NuMale Green Bay, LLC<br>2600 N Mayfair Road, Suite 505<br>Wauwatosa, WI 53226-1306 |
| NuMale Nebraska LLC<br>2600 N. Mayfair Rd., Ste. 1140<br>Wauwatosa, WI 53226-1308 | NuMedical SC<br>2600 N. Mayfair Rd., Ste. 1140<br>Wauwatosa, WI 53226-1308 | OnDeck a/k/a ODK Capital, LLC<br>4700 W. Daybreak Pkwy., Suite 200<br>Attn: Director of Operations<br>South Jordan, UT 84009-5133 |

| | | |
|---|---|---|
| PRIMO WATER<br>200 EAGLES LANDING BLVD.<br>LAKELAND, FL 33810-3058 | Prospect Rainbow, LLC<br>Attn: Jeffery A. Bendavid, Esq.<br>Moran Brandon Bendavid Moran<br>630 South Fourth Street<br>Las Vegas, NV 89101-6604 | Prospect Rainbow, LLC<br>Attn: Scott Goldstein<br>851 South Rampart Blvd., Ste. 125<br>Las Vegas, NV 89145-4899 |
| Proventure Capital LLC d/b/a<br>Top Tier Capital<br>Neumbert Pepe & Monteith PC<br>195 Church St., 13th Flr.<br>New Haven, CT 06510-2009 | Proventure dba Top Tier<br>500 W. Putnam Ave., Ste. 1c<br>Greenwich, CT 06830-2947 | Reliant Capital, LLC<br>Attn:  Officer, Agent, Managing Agent<br>123 South Broad Street, Floor 17<br>Philadelphia, PA 19109-1032 |
| Reliant Capital, LLC<br>Attn:  Rhyen Foster, Customer Solutions<br>123 South Broad Street, Floor 17<br>Philadelphia, PA 19109-1032 | RepeatMD, Inc.<br>5599 San Felipe, 4th Flr.<br>Houston, TX 77056-2766 | SBA U.S. Small Business Administration<br>Attn: Bankruptcy Dept.<br>312 N. Spring Street, Flr. 5<br>Los Angeles, CA 90012-4701 |
| SMALL BUSINESS ADMINISTRATION<br>409 3RD STREET SW<br>Washington, DC 20416-0002 | (p)STERICYCLE   INC<br>2355 WAUKEGAN ROAD<br>BANNOCKBURN IL 60015-1503 | Secured Lender Solutions, LLC<br>P.O. Box 2576<br>Springfield, IL 62708-2576 |
| Secured Lender Solutions, LLC<br>c/o Corporation Service Company<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703-4261 | Securities and Exchange Commission<br>Los Angeles Regional Office<br>444 South Flower Street, Suite 900<br>Los Angeles, California 90071-2934 | Small Business Administration<br>District Counsel<br>10675 Bedford Avenue, Suite 100<br>Omaha, NE 68134-3605 |
| Social Security Administration<br>Attn: Bankr Desk<br>Po Box 33021<br>Baltimore, MD 21290-3021 | Social Security Administration<br>Office of General Counsel<br>Office of Program Litigation  Bankruptc<br>6401 Security Blvd.<br>Baltimore, MD 21235-0001 | Split USA Inc.<br>Attn: Legal Dept. or Accounts Payable<br>319 S Coteau St.<br>Pierre, SD 57501-3187 |
| Splitit USA Inc.<br>5901 Peachtree Dunwoody Rd.<br>Suite C-480<br>Atlanta, GA 30328-7188 | Splitit USA Inc.<br>Attn: Legal Dept.<br>319 S. Coteau Street<br>Pierre, SD 57501-3187 | State of NV DMV<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 |
| State of New Mexico Attorney General<br>Office of the Attorney General<br>PO Drawer 1508<br>Attn: Litigation Division<br>Santa Fe, NM 87504-1508 | State of Wisconsin<br>DWD - Unemployment Insurances Benefits<br>PO Box 7888<br>Madison, WI 53707-7888 | State of Wisconsin<br>DWD - Unemployment Insurances Taxes<br>PO Box 8914<br>Madison, WI 53708-8914 |
| THE LCF GROUP<br>LEGAL DEPARTMENT<br>3000 MARCUS AVE SUITE 2W15<br>New Hyde Park, NY 11042-1005 | (p)THE N2 COMPANY<br>ATTN SUPPORT TEAM<br>2093 PHILADELPHIA PIKE DRIVE<br>#3202<br>CLAYMONT DE 19703-2424 | TOSICH BIOSCIENCE INC<br>Po Box 712415<br>Cincinnati, OH 45271-2415 |
| TOSOH BIOSCIENCE INC<br>Po Box 712415<br>Cincinnati, OH 45271-2415 | TOSOH BIOSCIENCE, INC<br>3600 GANTZ ROAD<br>Grove City, OH 43123-1895 | Tampa Westshore 500 LLC<br>c/o The Green Companies, Inc.<br>9155 S Dadeland Blvd., Ste. 1812<br>Miami, FL 33156-2742 |

```
Tennessee Department of Revenue         The LCF Group, Inc.                    The LCF Group, Inc.
c/o Tennessee Attorney General's Of     3000 Marcus Ave., Ste. 2W15            Attn: Legal Department
Bankruptcy Division                     Lake Success, NY 11042-1005            3000 Marcus Avenue, Suite 2W15
P.O. Box 20207                                                                 Lake Success, NY 11042-1005
Nashville, TN 37202-4015


The LCF Group, Inc.                     Thomas C. Wolff                        Tim Elson, Esq.
c/o Corporation Service Company         Ward and Smith, P.A.                   The Law Offices of Timothy Elson
801 Adlai Stevenson Dr.                 751 Corporate Center Drive Suite 300   8965 S. Eastern Ave., #382
Springfield, IL 62703-4261              Raleigh, NC 27607-4873                 Las Vegas, NV 89123-4849


Top Tier Capital                        Top Tier Capital                       Top Tier Capital LLC
Attn: Managing Member                   c/o Kaminski Law PLLC                  c/o Resident Agent, Offer, Agent, Managi
2613 E 16th Street                      P.O. Box 247                           615 South DuPont Highway
Brooklyn, NY 11235-3805                 Grass Lake, MI 49240-0247              Dover DE 19901-4517


Tracey Hope Davis                       U.S. Attorneys Office - Lincoln        U.S. Attorneys Office - Omaha
Office of the United States Trustee     487 Federal Building                   1620 Dodge Street, Suite 1400
Attn: Justin C. Valencia                100 Centennial Mall North              Omaha, NE 68102-1506
300 Las Vegas Blvd. So., Ste. 4300      Lincoln, NE 68508-3859
Las Vegas, NV 89101-5803


U.S. Bank NA dba Elan Financial Services U.S. Department of Health             U.S. Small Business Administration
Bankruptcy Department                   and Human Services                     Milwaukee District Office
PO Box 108                              Acting Chief Counsel                   c/o Wisconsin District Counsel
Saint Louis MO 63166-0108               601 East 12th Street, Room N1800       310 W. Wisconsin Ave., Suite 580W
                                        Kansas City, MO 64106-2818             Milwaukee, WI 53203-2274


U.S. TRUSTEE - LV - 11                  U.S. Trustee                           United States Attorney's Office
300 LAS VEGAS BOULEVARD S.              111 South 18th Plaza, Suite 1148       ATTN: Civil Process Clerk
SUITE 4300                              Omaha, NE 68102-1321                   501 Las Vegas Blvd. South, Suite 1100
LAS VEGAS, NV 89101-5803                                                       Las Vegas, NV 89101-6521


United States Attorneys Office          Universal Guardian Acceptance, LLC     Universal Guardian Acceptance, LLC
Attn: Civil Process Clerk               7505 NW Tiffany Springs Pkwy., Ste. 400 c/o Lien Solutions
501 Las Vegas Blvd. South, Ste. 1100    Kansas City, MO 64153-1592             P.O. Box 29071
Las Vegas, NV 89101-6521                                                       Glendale, CA 91209-9071


Vox Funding                             (p)VOX FUNDING LLC                     WAYNE ALLISON
c/o RJ Recovery                         100 PARK AVENUE 26TH FLOOR             2004 HUNTINGTON AVE
1407 Broadway Fl 29                     NEW YORK NY 10017-5539                 NICHOLS HILLS, OK 73116-5113
New York, NY 10018-5100


WFNZ-FM                                 WITI                                   WYOMING OFFICE PARK LLC
c/o Szabo Associates, Inc               POB 7410059                            C/O BRUNACINI COMPANIES
3355 Lenox Road NE, Suite 945           Chicago, IL 60674-5059                 POB 6363
Atlanta, GA 30326-1357                                                         Albuquerque, NM 87197-6363


Wisconsin Department of Veterans Affairs Wyoming Office Park LLC               Wyoming Office Park, LLC
Attn: Phillip Rangsuebsin               c/o The Cash Law Firm                  P.O. Box 20718
PO Box 7843                             P.O. Box 20718                         P.O. Box 20718
Madison, WI 53707-7843                  Albuquerque, NM 87154-0718             Albuquerque, NM 87154-0718
```

| | | |
|---|---|---|
| Wyoming Office Park, LLC<br>c/o Angelo Brunacini<br>7550 Meridan, NW<br>Albuquerque, NM 87121-1912 | Wyoming Office Park, LLC<br>c/o Angelo Brunacini<br>P.O. Box 6363<br>Albuquerque, NM 87197-6363 | YELP INC<br>Po Box 204393<br>Dallas, TX 75320-4393 |
| DAVID A RIGGI<br>RIGGI LAW FIRM<br>7900 W SAHARA AVE<br>SUITE 100<br>LAS VEGAS, NV 89117-7921 | MICHAEL W. CARMEL<br>80 E. COLUMBUS AVENUE<br>PHOENIX, AZ 85012-2334 | Michael E. Sanchez<br>WOMBLE BOND DICKINSON (US) LLP<br>C/O OGONNA M. BROWN, ESQ.<br>3993 HOWARD HUGHES PKWY<br>SUITE 600<br>LAS VEGAS, NV 89169-5996 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Miami-Dade County Tax Collector<br>Bankruptcy Paralegal Unit<br>200 N.W. Second Avenue, Suite 430<br>Miami, FL 33128 | Nebraska Department of Revenue<br>Attn: Bankruptcy Unit<br>Nebraska State Office Building<br>P.O. Box 94818<br>Lincoln, NE 68509-4818 | Newtek Bank, National Association<br>1981 Marcus Avenue, Ste. 130<br>Lake Success, NY 11042 |
| (d)Newtek Small Business Finance, LLC<br>1981 Marcus Avenue #130<br>Lake Success, NY 11042 | STERICYCLE<br>POB 6575<br>Carol Stream, IL 60197-6575 | THE N2 COMPANY<br>C/O DOMENIQUE SCHMITT<br>2093 PHILADELPHIA PIKE #3202<br>CLAYMONT, DE 19703 |
| Vox Funding LLC<br>100 Park Avenue, 26th Floor<br>New York, NY 10017 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)PAUL, WEISS, RIFKIND, WHARTON AND GARRISON | (u)RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A | (u)Governmental Units |

| | | |
|---|---|---|
| (u)Grand County Treasurer<br>P.O. Box 288<br>Hot Sulphur Springs, Colorado 80451<br>Massachusetts Department of Revenue<br>Collections Bureau/Bankruptcy Unit<br>P. O. Box 7090 | (d)Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896-9030 | (d)Massachusetts Department of Revenue<br>Collections Bureau/Bankruptcy Unit<br>PO Box 7090<br>Boston, MA 02204-7090 |
| (d)Mayfair Mall LLC<br>c/o Brookfield Properties<br>P.O. Box 772816<br>Chicago, IL 60677-0116 | (d)Prospect Rainbow, LLC<br>c/o JOHNSON & GUBLER, P.C.<br>Attn: Russell G. Gubler, Esq.<br>8831 W. Sahara Ave<br>Las Vegas, NV 89117-5865 | (d)Social Security Administration<br>Office of General Counsel<br>Office of Program Litigation - Bankruptc<br>6401 Security Boulevard<br>Baltimore, MD 21235-0001 |

```
(d)The LCF Group, Inc.              (u)Jacob Nathan Rubin              End of Label Matrix
3000 Marcus Avenue, Suite 2W15                                         Mailable recipients   215
Lake Success, NY 11042-1005                                            Bypassed recipients    11
                                                                       Total                 226
```