GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | |
| | Hearing Date: July 15, 2025<br>Hearing Time: 9:30 a.m. |

**DECLARATION OF MARY LANGSNER PH.D. IN SUPPORT OF**
**MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS**

1

I, Mary Langsner, hereby declare as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. I make this declaration in support of the *Motion to Enforce the Automatic Stay and for Sanctions* (the "Motion").[1]

2. I am an attorney licensed to practice law in the State of Nevada, Nevada Bar No. 13707. I am an attorney with the law firm of Garman Turner Gordon LLP ("GTG"). GTG maintains offices in Nevada at 7151 Amigo Street, Suite 210, Las Vegas, Nevada 89119. I am admitted to practice law before this Court.

3. Attached hereto as **Exhibit "1"** is a true and correct copy of correspondence I issued pursuant to the Trustee's authority and direction, to Ace Recovery Group advising that the Demand Letter violated the automatic stay and demanding Ace Recovery rescind the Demand Letter.

4. I received no response from Ace Recovery in connection with my correspondence.

5. Next, I called Ace Recovery Group on or about May 5, 2025; Daniel Gold was unavailable, but his partner Jonathan was available. I spoke with Jonathan. I advised the Demand Letter was a stay violation, confirmed the Chapter 11 Cases' name and number, and was told that Jonathan would forward the information. I obtained Jonathan's direct email address on this call.

6. Attached hereto as **Exhibit "2"** is a true and correct copy of follow up correspondence I then sent, the same day but after the telephone call, to Ace Recovery and including Jonathan's direct email address.

7. I received no response from Ace Recovery in connection with my second round of written correspondence to them, nor did I receive a follow up call or message from Ace Recovery.

8. More than a week later, I followed up with Ace Recovery again, in writing, advising that a motion would be filed with this Court if Ace Recovery Group did not cease collection efforts and rescind its Demand Letter. Attached hereto as **Exhibit "3"** is this third

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meanings ascribed to them in the Motion.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1 correspondence I sent to Ace Recovery and Jonathan's direct email.

2       9.      To date, no response to any of my correspondences has been received, nor has Ace Recovery to my understanding rescinded its Demand Letter. As of the signing of this declaration I have received no communication from Ace Recovery or Top Tier concerning the Demand Letter, its rescission, or my multiple communications regarding same.

      I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

      DATED this 11th day of June 2025.

                                                           /s/ Mary Langsner
                                                           MARY LANGSNER

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000