GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| | Hearing Date: July 15, 2025<br>Hearing Time: 9:30 a.m. |

**DECLARATION OF BRAD PALUBICKI IN SUPPORT OF**
**MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS**

1

I, Brad Palubicki, hereby declare as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. I make this declaration in support of the *Motion to Enforce the Automatic Stay and for Sanctions* (the "Motion").[1]

2. I am the President of the Debtors and have an equity ownership in NuMale Corporation.

3. Attached hereto as **Exhibit "1"** is a true and correct copy of correspondence my office received (the Demand Letter), which correspondence had been forwarded to my office from one of the Debtors' financing partners (SplitIt USA, Inc.).

4. On or about April 30, 2025, the Debtors ultimately learned via their patient financing broker that the Demand Letter had been received by two of the Debtors' financing partners; this was when, through staff employed by the Debtors, I became aware that one of the Debtors' financing partners had received the Demand Letter.

5. On or about May 2, 2025, staff employed by the Debtors forwarded to me a copy of the Demand Letter, advising that the Demand Letter had just been received from the financing partner SplitIt USA, Inc.

6. The automatic stay should be enforced to prohibit Ace Recovery and Top Tier from proceeding with their collection efforts with respect to the Debtors, particularly as these collection efforts have reached third party financing companies that do business with *all* of the Debtors, not just the Account Debtors.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 11th day of June 2025.

/s/
BRAD PALUBICKI

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meanings ascribed to them in the Motion.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000