GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
|     AFFECTS THIS DEBTOR,  ☒ | *Jointly administered with:* |
|     AFFECTS FELICIANO<br>    NUMALE NEVADA PLLC,  ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
|     NUMEDICAL SC,  ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
|     NUMALE COLORADO SC,  ☐ | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
|     NUMALE FLORIDA TB PLLC,  ☐ | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
|     NUMALE NEBRASKA LLC,  ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
|     NUMALE NEW MEXICO SC,  ☐ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|     NUMALE ALL DEBTORS,  ☐ | |
|                  Debtors. | Hearing Date: July 15, 2025<br>Hearing Time: 9:30 a.m. |

**DECLARATION OF MICHAEL CARMEL IN SUPPORT OF APPLICATION TO
EMPLOY MCAFEE & TAFT AS SPECIAL COUNSEL TO THE CHAPTER 11 ESTATE**

I, Michael Carmel, Esq., hereby declare as follows:

1.     I am over the age of 18 and mentally competent. I have personal knowledge of the

1. facts in this matter and if called upon to testify, could and would do so.

2. I make this declaration in support of the *Application to Employ McAfee & Taft as Special Counsel to the Chapter 11 Estate* (the "Application").[1]

3. I am the duly appointed Chapter 11 trustee ("Trustee") over the bankruptcy estates of debtors NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors").

4. In the course of my investigations, I became aware of the Judgment and that Dr. Hassoun still owes NuMale Corporation pursuant to the Judgment. My investigation also revealed that NuMale Corporation was previously represented in connection with collection proceedings involving the Judgment (and, the preceding litigation) by Oklahoma counsel Justin Hiersche, Esq., presently with the law firm McAfee & Taft. I also learned that Mr. Hiersche and his firm were never retained by the NuMale Corporation bankruptcy estate.

5. I have also learned that there are amounts still to be collected from Dr. Hassoun pursuant to the Judgment, including the potential for reaching a resolution with Dr. Hassoun that provides for a lump sum to be paid into the estate, and McAfee & Taft is willing to be employed by the estate to advise the estate and carry out the remaining collection work related to the Judgment.

6. Because retaining McAfee & Taft will ensure the estate has adequate representation in connection with Judgment collection efforts in Oklahoma, I have determined, in my business judgment, that retention of McAfee & Taft to serve as special counsel to NuMale Corporation is in the best interests of the estate.

7. The services of McAfee & Taft under the Engagement Agreement are appropriate and necessary to enable me to execute my duties faithfully as the administrator of the estates. My investigations are ongoing but indicate that Dr. Hassoun owes a sizeable amount of money to the

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Application.

estate, and there are further steps to be taken to collect these remaining funds from Dr. Hassoun.

8. Thus, I must ensure the estate has representation in Oklahoma to carry out the remaining necessary steps to ensure the Judgment is paid in full. This may include preparing an accounting of funds due and owing on the Judgment, resolving any dispute(s) with Dr. Hassoun regarding amounts that remain due and owing under the Judgment, and carrying out all necessary collection efforts to ensure the Judgment is paid in full, including advising the estate on these matters.

9. Based on McAfee & Taft's expertise and experience, I seek Court authority to employ McAfee & Taft as the estate's special litigation counsel to complete Judgment collection work.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 17th day of June, 2025.

*/s/ Michael Carmel*
MICHAEL CARMEL, ESQ.
*Chapter 11 Trustee*