1  GARMAN TURNER GORDON LLP
   GREGORY E. GARMAN
2  Nevada Bar No. 6654
3  E-mail: ggarman@gtg.legal
   TALITHA GRAY KOZLOWSKI, ESQ.
4  Nevada Bar No. 9040
   tgray@gtg.legal
5  MARY LANGSNER, Ph.D.
   Nevada Bar No. 13707
6  mlangsner@gtg.legal
7  7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
8  Telephone (725) 777-3000
   Facsimile (725) 777-3112
9  [Proposed] *Attorneys for Michael Carmel,*
   *Chapter 11 Trustee*
10

11
                    **UNITED STATES BANKRUPTCY COURT**
12                          **DISTRICT OF NEVADA**

13 | In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
|   AFFECTS THIS DEBTOR,        ☒ | *Jointly administered with:* |
|   AFFECTS FELICIANO           ☐ | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
|   NUMALE NEVADA PLLC, | |
|   NUMEDICAL SC,               ☐ | NuMedical SC Case No. 25-10343-nmc |
|   NUMALE COLORADO SC,         ☐ | NuMale Colorado SC, Case No. 25-10344-nmc |
|   NUMALE FLORIDA TB PLLC,     ☐ | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
|   NUMALE NEBRASKA LLC,        ☐ | |
|   NUMALE NEW MEXICO SC,       ☐ | NuMale Nebraska LLC Case No. 25-10346-nmc |
|   NUMALE ALL DEBTORS,         ☐ | NuMale New Mexico SC Case No. 25-10347-nmc |
| Debtors. | Hearing Date: July 15, 2025 Hearing Time: 9:30 a.m. |

**NOTICE OF HEARING ON APPLICATION TO EMPLOY MCAFEE & TAFT AS SPECIAL COUNSEL TO THE CHAPTER 11 ESTATE**

1

**NOTICE IS HEREBY GIVEN** that Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), filed the *Application to Employ McAfee & Taft as Special Counsel to the Chapter 11 Estate* (the "Motion")[1] on June 17, 2025.

Any opposition to the Motion must be filed pursuant to Local Rule 9014(d)(1).

In the Motion, the Trustee requests that the Court enter an order authorizing the employment of McAfee & Taft as special counsel for the estates to render the legal services described therein, with compensation and reimbursement of expenses to be paid as an administrative expense in such amounts as may be allowed by the Court, pursuant to the provisions of Sections 330 and 331 of the Bankruptcy Code.

**NOTICE IS FURTHER GIVEN** that copies of the Motion and any supporting declarations are available by contacting Mary Langsner, Ph.D. at the email address set forth above; through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov; or at the Bankruptcy Court's Clerk's Office, located at the Foley Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada, 89101

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days*** preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Motion.

2

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

> written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on **July 15, 2025, at the hour of 9:30 a.m. prevailing Pacific Time.** Parties are permitted to appear telephonically by **dialing (833) 435-1820** and **entering meeting ID (if applicable) 161 166 2815 and entering access code or passcode 115788#**.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: http://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

Dated this 17th day of June 2025.

                                          GARMAN TURNER GORDON LLP

                                        By: */s/ Mary Langsner*
                                            GREGORY E. GARMAN, ESQ.
                                            TALITHA GRAY KOZLOWSKI, ESQ.
                                            MARY LANGSNER, Ph.D.
                                            7251 Amigo Street, Suite 210
                                            Las Vegas, Nevada 89119

                                            *Attorneys for Michael Carmel, Chapter 11 Trustee*