GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC Case No. 25-10347-nmc |
| Debtor. | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

1

1. On June 17, 2025, I served the following document(s):

| | | | |
|---|---|---|---|
| a. | *Motion to Enforce the Automatic Stay and for Sanctions* | Dkt. No. 339 |
| b. | *Declaration of Mary Langsner PH. D in Support of Motion to Enforce the Automatic Stay and for Sanctions* | Dkt. No. 340 |
| c. | *Declaration of Brad Palubicki in Support of Motion to Enforce the Automatic Stay and for Sanctions* | Dkt. No. 341 |
| d. | *Declaration of Michael Carmel in Support of Motion to Enforce the Automatic Stay and for Sanctions* | Dkt. No. 342 |
| e. | *Amended Notice of Hearing on Motion to Enforce the Automatic Stay and for Sanctions* | Dkt. No. 344 |

I served the above-named document(s) by the following means to the persons as listed below:

☒ United States Mail, postage fully prepaid to the following addresses:

**See attached mailing matrix.**

☒ d. By direct email:

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

skaminski@kaminskilawpllc.com    info@acerecoverygrp.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 17th day of June, 2025.

/s/ Vicki DiMaio
Vicki DiMaio, an employee of
Garman Turner Gordon LLP

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

**MAILING MATRIX**

ACE RECOVERY GROUP, LLC
99 WALL STREET #4890
NEW YORK, NY 10005

ACE RECOVERY GROUP, LLC
ATTN: DANIEL GOLD, AUTHORIZED OFFICER
99 WALL STREET #4890
NEW YORK, NY 10005

TOP TIER CAPITAL
C/O KAMINSKI LAW PLLC
PO BOX 247
GRASS LAKE, MI 49240

TOP TIER CAPITAL
2613 E 16TH STREET, 6TH FLR.
BROOKLYN, NY 11235

PROVENTURE CAPITAL LLC
dba TOP TIER CAPITAL
500 W PUTNAM AVE., STE. 1C
GREENWICH, CT 06830-02947

PROVENTURE CAPITAL LLC
dba TOP TIER CAPITAL
ATTN: JOE MANCUSO
500 W PUTNAM AVE., STE. 400
GREENWICH, CT 06830-02947

| | |
|---|---|
| **From:** | Vicki DiMaio |
| **To:** | skaminski@kaminskilawpllc.com; Ace Recovery |
| **Cc:** | Talitha Gray; Mary Langsner |
| **Subject:** | In re NuMale Corporation et al - Case No. 25-10341-nmc |
| **Date:** | Tuesday, June 17, 2025 2:02:07 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | DKT 0339 TEE"s Mtn to Enforce Auto Stay & Sanctions.pdf |
| | DKT 0340 Decl of M. Langsner iso TEE"s Mtn to Enforce Auto Stay & Sanctions.pdf |
| | DKT 0341 Decl of B. Palubicki iso TEE"s Mtn to Enforce Auto Stay & Sanctions.pdf |
| | DKT 0342 Decl of M. Carmel iso TEE"s Mtn to Enforce Auto Stay & Sanctions.pdf |
| | DKT 0344 Amend NOH re Mtn to Enforce Auto Stay.pdf |

Good afternoon,

Attached please find copies of the following filed documents:

| | | | |
|---|---|---|---|
| a. | *Motion to Enforce the Automatic Stay and for Sanctions* | | Dkt. No. 339 |
| b. | *Declaration of Mary Langsner PH. D in Support of Motion to Enforce the Automatic Stay and for Sanctions* | | Dkt. No. 340 |
| c. | *Declaration of Brad Palubicki in Support of Motion to Enforce the Automatic Stay and for Sanctions* | | Dkt. No. 341 |
| d. | *Declaration of Michael Carmel in Support of Motion to Enforce the Automatic Stay and for Sanctions* | | Dkt. No. 342 |
| e. | *Amended Notice of Hearing on Motion to Enforce the Automatic Stay and for Sanctions* | | Dkt. No. 344 |

## Vicki DiMaio

Legal Assistant

P 725 777 3000 | F 725 777 3112

GARMAN | TURNER | GORDON

7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

website | vCard | map | email

