## NuMale Colorado SC
## Cash Receipts & Disbursements
**May 2025**

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---:|---:|---:|
| **10455 · Chase Bank - DR x8879** | | | | | | | **1,500.79** |
| Deposit | 05/01/2025 | | Finix Credit Card Settlement | Patient AR Collections | 350.00 | | 1,850.79 |
| Check | 05/05/2025 | | Finix Credit Card Fees | Credit Card Discount Fees | | 4.64 | 1,846.15 |
| Deposit | 05/07/2025 | | Finix Credit Card Settlement | Patient Dispute Reversal | 270.00 | | 2,116.15 |
| Deposit | 05/09/2025 | | Finix Credit Card Settlement | Patient AR Collections | 208.33 | | 2,324.48 |
| Check | 05/13/2025 | | Finix Credit Card Fees | Credit Card Discount Fees | | 4.04 | 2,320.44 |
| Deposit | 05/15/2025 | | Finix Credit Card Settlement | Patient AR Collections | 1,902.77 | | 4,223.21 |
| Check | 05/19/2025 | | Finix Credit Card Fees | Credit Card Discount Fees | | 41.00 | 4,182.21 |
| Check | 05/20/2025 | ACH | IPFS Corp / Hub International Ins Svc | Professional Liability Insurance | | 1,596.15 | 2,586.06 |
| Total 10455 · Chase Bank - DR x8879 | | | | | 2,731.10 | 1,645.83 | 2,586.06 |
| **TOTAL** | | | | | **2,731.10** | **1,645.83** | **2,586.06** |

# NuMale Colorado SC
## Balance Sheet
### As of May 31, 2025

**ASSETS**
- **Current Assets**
  - **Checking/Savings**
    - 10455 · Chase Bank - DR x8879 — 2,586.06
  - **Total Checking/Savings** — 2,586.06
  - **Accounts Receivable**
    - 11000 · Accounts Receivable — 8,144.57
  - **Total Accounts Receivable** — 8,144.57
  - **Other Current Assets**
    - 10998 · Fox Funding Lien - NuMale Corp — 2,150.00
    - 12521 · Due from NuMale Denver LLC — 15,154.80
    - 12505 · Due from NuMale Albuquerque — 3,000.00
    - 12504 · Due from New Mexico — 2,000.00
  - **Total Other Current Assets** — 22,304.80
- **Total Current Assets** — 33,035.43

**TOTAL ASSETS** — **33,035.43**

**LIABILITIES & EQUITY**
- **Liabilities**
  - **Current Liabilities**
    - **Accounts Payable**
      - 20000 · Accounts Payable — 3,500.00
    - **Total Accounts Payable** — 3,500.00
    - **Other Current Liabilities**
      - 24500 · OnDeck Capital /Celtic Bank — 11,576.25
    - **Total Other Current Liabilities** — 11,576.25
  - **Total Current Liabilities** — 15,076.25
- **Total Liabilities** — 15,076.25
- **Equity**
  - 30050 · Capital Stock — 100.00
  - 32000 · Retained Earnings — 44,846.73
  - Net Income — (26,987.55)
- **Total Equity** — 17,959.18

**TOTAL LIABILITIES & EQUITY** — **33,035.43**

## NuMale Colorado SC
## Profit & Loss
### May 2025

|  | May 25 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 40000 · Clinical Patient Income | 0.00 |
| **Total Income** | 0.00 |
| **Cost of Goods Sold** | 0.00 |
| **Gross Profit** | 0.00 |
| **Expense** | |
| 60400 · Bank Service Charges | 0.00 |
| 61650 · Cash Over/Short | 0.00 |
| 62200 · Credit Card Discount Fees | 49.68 |
| 63300 · Insurance Expense | 1,596.15 |
| 63650 · Licensing | 0.00 |
| 63700 · NMC Management Fees | 0.00 |
| 73000 · Facility Mngt Fee Expense | 0.00 |
| 64450 · Medical Subscriptions & Svcs | 0.00 |
| 66000 · Payroll Expenses | 0.00 |
| **Total Expense** | 1,645.83 |
| **Net Ordinary Income** | **(1,645.83)** |

**NuMale Colorado SC**
**NuMale Denver LLC**
## A/R Aging Summary
**As of May 31, 2025**

| FIRST NAME | MRI# | Month 1-9 | Month 10 | Month 11 | Month 12 | Month 13+ | TOTAL |
|---|---|---|---|---|---|---|---|
| Marcos | | 0.00 | 0.00 | 0.00 | 0.00 | 3,900.00 | 3,900.00 |
| Miguel | 81727 | 0.00 | 0.00 | 0.00 | 0.00 | 375.00 | 375.00 |
| Wagar | | 0.00 | 0.00 | 0.00 | 0.00 | 362.34 | 362.34 |
| Jason | | 0.00 | 0.00 | 0.00 | 0.00 | 319.03 | 319.03 |
| Bruce | 66617 | 0.00 | 0.00 | 0.00 | 0.00 | 149.00 | 149.00 |
| Francisco | 81229 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 | 600.00 |
| Michael | 32030 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 | 900.00 |
| Herschel | | 0.00 | 0.00 | 0.00 | 0.00 | 1,894.02 | 1,894.02 |
| Keith | | 0.00 | 0.00 | 0.00 | 0.00 | 448.00 | 448.00 |
| Clarence | 50791 | 0.00 | 0.00 | 0.00 | 0.00 | 1,367.86 | 1,367.86 |
| Jason | 61906 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| Daniel | | 0.00 | 0.00 | 0.00 | 0.00 | 312.00 | 312.00 |
| Lee | 43771 | 0.00 | 0.00 | 0.00 | 0.00 | 2,305.00 | 2,305.00 |
| Leslie | 48614 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Daniel | 27900 | 0.00 | 0.00 | 0.00 | 0.00 | 1,890.00 | 1,890.00 |
| Aaron | 59073 | 0.00 | 0.00 | 0.00 | 0.00 | 941.00 | 941.00 |
| Michael | | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 2,000.00 |
| John | | 0.00 | 0.00 | 0.00 | 0.00 | 3,192.00 | 3,192.00 |
| Xavier | 55784 | 0.00 | 0.00 | 0.00 | 0.00 | 3,288.89 | 3,288.89 |
| Brian | 25748 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| Ronald | 33078 | 0.00 | 0.00 | 0.00 | 0.00 | 1,700.00 | 1,700.00 |
| Charles | 81142 | 0.00 | 0.00 | 0.00 | 0.00 | 850.00 | 850.00 |
| Paul | 80574 | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 | 1,400.00 |
| Patrick | 50076 | 0.00 | 0.00 | 0.00 | 0.00 | 1,260.00 | 1,260.00 |
| Chad | 80518 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 | 750.00 |
| Dennis | 42826 | 0.00 | 0.00 | 0.00 | 0.00 | 1,150.00 | 1,150.00 |
| James | 53393 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Michael | 81357 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Arthur | | 0.00 | 0.00 | 0.00 | 0.00 | 476.70 | 476.70 |
| David | 53048 | 0.00 | 0.00 | 0.00 | 0.00 | 483.24 | 483.24 |
| Jon | 50632 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| Donnie | | 0.00 | 0.00 | 0.00 | 0.00 | 620.00 | 620.00 |
| Michael | 49867 | 0.00 | 0.00 | 0.00 | 0.00 | 836.70 | 836.70 |
| Michael | 80597 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Spence | 55312 | 0.00 | 0.00 | 0.00 | 0.00 | 753.60 | 753.60 |
| Aaron | 38123 | 0.00 | 0.00 | 0.00 | 0.00 | 305.74 | 305.74 |
| Jacob | | 0.00 | 0.00 | 0.00 | 0.00 | 414.16 | 414.16 |
| Samuel | 60641 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| Steven | 80539 | 0.00 | 0.00 | 0.00 | 0.00 | 2,550.00 | 2,550.00 |
| Mark | 80942 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 |

| FIRST NAME | MRI# | Month 1-9 | Month 10 | Month 11 | Month 12 | Month 13+ | TOTAL |
|---|---|---|---|---|---|---|---|
| Dedgrick | 81113 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Ronald | 59914 | 0.00 | 0.00 | 0.00 | 0.00 | 249.00 | 249.00 |
| William | 81529 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| Brian | 47954 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 | 900.00 |
| Scott |  | 0.00 | 0.00 | 0.00 | 0.00 | 3,900.00 | 3,900.00 |
| Jon | 53085 | 0.00 | 0.00 | 0.00 | 0.00 | 437.25 | 437.25 |
| Jesse | 80743 | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 | 2,500.00 |
| Bryan | 81062 | 0.00 | 0.00 | 0.00 | 0.00 | 1,300.00 | 1,300.00 |
| Thomas | 52342 | 0.00 | 0.00 | 0.00 | 0.00 | 1,644.45 | 1,644.45 |
| Shannon | 48644 | 0.00 | 0.00 | 0.00 | 0.00 | 3,349.00 | 3,349.00 |
| Reynaldo | 58872 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Michael |  | 0.00 | 0.00 | 0.00 | 0.00 | 74.58 | 74.58 |
| Phillip | 80769 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 | 1,200.00 |
| Stanley | 81462 | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 | 450.00 |
| Otha | 68813 | 0.00 | 0.00 | 0.00 | 0.00 | 850.00 | 850.00 |
| Michael | 37087 | 0.00 | 0.00 | 0.00 | 0.00 | 1,080.00 | 1,080.00 |
| Abdel |  | 0.00 | 0.00 | 0.00 | 0.00 | 844.00 | 844.00 |
| Ramon |  | 0.00 | 0.00 | 0.00 | 0.00 | 427.50 | 427.50 |
| Jerry |  | 0.00 | 0.00 | 0.00 | 0.00 | 172.51 | 172.51 |
| Floyd | 80252 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| James | 80615 | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 | 1,100.00 |
| Viet | 80833 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 | 900.00 |
| Rodney | 81441 | 833.35 | 0.00 | 0.00 | 0.00 | 0.00 | 833.35 |
| Jordan | 80929 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| Travis |  | 0.00 | 0.00 | 0.00 | 0.00 | 512.75 | 512.75 |
| Jason |  | 0.00 | 0.00 | 0.00 | 0.00 | 674.11 | 674.11 |
| Jamie | 48743 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 | 1,200.00 |
| Robert | 54822 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 | 900.00 |
| Jacob | 17837 | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 | 1,350.00 |
| Jimmy | 32306 | 0.00 | 0.00 | 0.00 | 0.00 | 2,100.00 | 2,100.00 |
| Samuel | 60966 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 | 600.00 |
| Bill | 80560 | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 | 1,400.00 |
| Harold | 64982 | 0.00 | 0.00 | 0.00 | 0.00 | 1,234.00 | 1,234.00 |
| Edwin | 81089 | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 1,800.00 |
| Raymond | 32025 | 0.00 | 0.00 | 0.00 | 0.00 | 1,022.20 | 1,022.20 |
| Carlos | 8665 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| William | 68245 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 2,000.00 |
| Nicholas |  | 0.00 | 0.00 | 0.00 | 0.00 | 1,185.00 | 1,185.00 |
| Harry | 44153 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| Justin | 81364 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 | 750.00 |
| Kenny |  | 0.00 | 0.00 | 0.00 | 0.00 | 640.49 | 640.49 |
| John |  | 0.00 | 0.00 | 0.00 | 0.00 | 377.37 | 377.37 |
| Manuel |  | 0.00 | 0.00 | 0.00 | 0.00 | 168.00 | 168.00 |
| Ismael | 81726 | 1,511.11 | 0.00 | 0.00 | 0.00 | 0.00 | 1,511.11 |
| Clayton |  | 0.00 | 0.00 | 0.00 | 0.00 | 1,120.00 | 1,120.00 |

| FIRST NAME | MRI# | Month 1-9 | Month 10 | Month 11 | Month 12 | Month 13+ | TOTAL |
|---|---|---|---|---|---|---|---|
| Alfredo | 81545 | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 1,800.00 |
| Anthony | 39909 | 0.00 | 0.00 | 0.00 | 0.00 | 1,296.00 | 1,296.00 |
| Troy | 10246 | 0.00 | 0.00 | 0.00 | 0.00 | 477.76 | 477.76 |
| Jeffrey | | 0.00 | 0.00 | 0.00 | 0.00 | 798.00 | 798.00 |
| George | 81190 | 444.46 | 0.00 | 0.00 | 0.00 | 0.00 | 444.46 |
| Mark | 63650 | 0.00 | 0.00 | 0.00 | 0.00 | 2,576.00 | 2,576.00 |
| Rodney | | 0.00 | 0.00 | 0.00 | 0.00 | 2,450.00 | 2,450.00 |
| Kharka | | 0.00 | 0.00 | 0.00 | 0.00 | 1,900.00 | 1,900.00 |
| Kim | 58520 | 0.00 | 0.00 | 0.00 | 0.00 | 1,827.00 | 1,827.00 |
| Matthew | 56858 | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 | 1,400.00 |
| Jimmie | | 0.00 | 0.00 | 0.00 | 0.00 | 480.42 | 480.42 |
| James | | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 | 900.00 |
| Darrell | 80815 | 0.00 | 0.00 | 0.00 | 0.00 | 875.00 | 875.00 |
| Richard | 69489 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 |
| Clarence | | 0.00 | 0.00 | 0.00 | 0.00 | 485.54 | 485.54 |
| Ryan | 36561 | 0.00 | 0.00 | 0.00 | 0.00 | 1,176.00 | 1,176.00 |
| Dale | | 0.00 | 0.00 | 0.00 | 0.00 | 266.00 | 266.00 |
| Emmanuel | 60392 | 0.00 | 0.00 | 0.00 | 0.00 | 489.00 | 489.00 |
| John | 32407 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Jeffree | 28556 | 0.00 | 0.00 | 0.00 | 0.00 | 680.00 | 680.00 |
| Gregory | 33973 | 0.00 | 0.00 | 0.00 | 0.00 | 1,920.00 | 1,920.00 |
| Jason | 22470 | 0.00 | 0.00 | 0.00 | 0.00 | 720.00 | 720.00 |
| John | 53041 | 0.00 | 0.00 | 0.00 | 0.00 | 640.00 | 640.00 |
| Nouman | 28451 | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 1,800.00 |
| Charles | 64116 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 | 900.00 |
| Keith | 58714 | 0.00 | 0.00 | 0.00 | 0.00 | 3,150.00 | 3,150.00 |
| Audrey | 26603 | 0.00 | 0.00 | 0.00 | 0.00 | 2,355.56 | 2,355.56 |
| Demail | | 0.00 | 0.00 | 0.00 | 0.00 | 284.34 | 284.34 |
| Vincent | 58477 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| Quinn | | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 | 1,100.00 |
| Richard | 80355 | 0.00 | 0.00 | 0.00 | 0.00 | 604.63 | 604.63 |
| Adrian | 42371 | 0.00 | 0.00 | 0.00 | 0.00 | 2,150.00 | 2,150.00 |
| Shawn | 45632 | (1,800.00) | 0.00 | 0.00 | 0.00 | 0.00 | (1,800.00) |
| Matthew | 25839 | 0.00 | 0.00 | 0.00 | 0.00 | 1,920.00 | 1,920.00 |
| Robert | 54913 | 0.00 | 0.00 | 0.00 | 0.00 | 2,300.00 | 2,300.00 |
| Joel | 60802 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Robert | 80448 | 488.92 | 0.00 | 0.00 | 0.00 | 0.00 | 488.92 |
| Robert | | 0.00 | 0.00 | 0.00 | 0.00 | 99.00 | 99.00 |
| Brad | 80532 | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 | 1,600.00 |
| Alex | 80295 | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 | 1,600.00 |
| Ryan | 81567 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Robert | 51959 | 0.00 | 0.00 | 0.00 | 0.00 | 1,511.12 | 1,511.12 |
| Ward | | 0.00 | 0.00 | 0.00 | 0.00 | 196.00 | 196.00 |
| James (ee) | | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 | 450.00 |
| Thanh | 10819 | 416.69 | 0.00 | 0.00 | 0.00 | 0.00 | 416.69 |

| FIRST NAME | MRI# | Month 1-9 | Month 10 | Month 11 | Month 12 | Month 13+ | TOTAL |
|---|---|---|---|---|---|---|---|
| Harold (Skip) | 50107 | 833.35 | 0.00 | 0.00 | 0.00 | 0.00 | 833.35 |
| Ruben | 52920 | 0.00 | 0.00 | 0.00 | 0.00 | 2,960.00 | 2,960.00 |
| Matthew | 59379 | 0.00 | 0.00 | 0.00 | 0.00 | 944.48 | 944.48 |
| Aaron | 81156 | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 | 1,600.00 |
| Robert |  | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Gabriel |  | 0.00 | 0.00 | 0.00 | 0.00 | 1,680.00 | 1,680.00 |
| Gabriel |  | 0.00 | 0.00 | 0.00 | 0.00 | 378.20 | 378.20 |
| Richard |  | 0.00 | 0.00 | 0.00 | 0.00 | 1,092.00 | 1,092.00 |
| Manuel |  | 0.00 | 0.00 | 0.00 | 0.00 | 639.12 | 639.12 |
| David | 51392 | 0.00 | 0.00 | 0.00 | 0.00 | 140.00 | 140.00 |
| Frank |  | 0.00 | 0.00 | 0.00 | 0.00 | 420.00 | 420.00 |
| David | 35621 | 0.00 | 0.00 | 0.00 | 0.00 | 875.00 | 875.00 |
| Samuel | 81103 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 | 600.00 |
| Joseph | 46076 | 0.00 | 0.00 | 0.00 | 0.00 | 1,899.00 | 1,899.00 |
| Richard | 80571 | 0.00 | 1,050.00 | 0.00 | 0.00 | 0.00 | 1,050.00 |
| Michael | 63724 | 0.00 | 0.00 | 0.00 | 0.00 | 2,475.00 | 2,475.00 |
| Matthew |  | 0.00 | 0.00 | 0.00 | 0.00 | 919.00 | 919.00 |
| Saymore |  | 0.00 | 0.00 | 0.00 | 0.00 | 1,900.00 | 1,900.00 |
| Loren |  | 0.00 | 0.00 | 0.00 | 0.00 | 2,520.00 | 2,520.00 |
| Michael | 57939 | 0.00 | 0.00 | 0.00 | 0.00 | 549.00 | 549.00 |
| Devin | 63173 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 | 1,200.00 |
| Ken | 30257 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| Michael | 81346 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| Charles |  | 0.00 | 0.00 | 0.00 | 0.00 | 615.00 | 615.00 |
| Tyler |  | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 | 1,200.00 |
| Juan | 81701 | 0.00 | 1,933.34 | 0.00 | 0.00 | 322.22 | 2,255.56 |
| Andrew |  | 0.00 | 0.00 | 0.00 | 0.00 | 4,170.67 | 4,170.67 |
| Robert | 36054 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 | 1,200.00 |
| Roman | 63070 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Stephen | 81235 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 | 1,200.00 |
| Jose | 62362 | 0.00 | 0.00 | 0.00 | 0.00 | 1,700.00 | 1,700.00 |
| Raymond | 38051 | 0.00 | 0.00 | 0.00 | 0.00 | 680.00 | 680.00 |
| Darrin | 28224 | 0.00 | 0.00 | 0.00 | 0.00 | 4,563.16 | 4,563.16 |
| Calvin | 80564 | 0.00 | 0.00 | 0.00 | 0.00 | 1,250.01 | 1,250.01 |
| Francis | 81630 | 0.00 | 0.00 | 0.00 | 0.00 | 2,088.89 | 2,088.89 |
| Shawn | 45362 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Jason | 81452 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Nader | 80400 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Krystof | 31064 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 |
| James | 62926 | 0.00 | 0.00 | 0.00 | 0.00 | 3,000.00 | 3,000.00 |
| Kevin | 39571 | 0.00 | 0.00 | 0.00 | 0.00 | 2,400.00 | 2,400.00 |
| Jimmy | 63542 | 0.00 | 0.00 | 0.00 | 0.00 | 519.00 | 519.00 |
| Michael | 81395 | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 | 1,100.00 |
| Robert |  | 0.00 | 0.00 | 0.00 | 0.00 | 980.00 | 980.00 |
| Manuel |  | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 | 450.00 |

| FIRST NAME | MRI# | Month 1-9 | Month 10 | Month 11 | Month 12 | Month 13+ | TOTAL |
|---|---|---|---|---|---|---|---|
| James | 80193 | 0.00 | 0.00 | 0.00 | 0.00 | 2,600.00 | 2,600.00 |
| Jon | | 0.00 | 0.00 | 0.00 | 0.00 | 1,519.02 | 1,519.02 |
| Justin | 80198 | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 | 1,600.00 |
| Michael | 32203 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| George | 81017 | 0.00 | 0.00 | 0.00 | 1,800.00 | 0.00 | 1,800.00 |
| Timothy | | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| Bret | | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Randy | 64906 | 0.00 | 0.00 | 0.00 | 0.00 | 1,250.00 | 1,250.00 |
| Odell | 53488 | 0.00 | 0.00 | 0.00 | 0.00 | 2,048.40 | 2,048.40 |
| Sam | 81117 | 0.00 | 0.00 | 0.00 | 0.00 | 2,012.50 | 2,012.50 |
| Marshall | 67508 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| Shawn | 81611 | 833.35 | 0.00 | 0.00 | 0.00 | 0.00 | 833.35 |
| Timothy | 54506 | 0.00 | 0.00 | 0.00 | 0.00 | 4,849.00 | 4,849.00 |
| Leopoldo | 81559 | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 | 1,400.00 |
| Robert | 81015 | 0.00 | 0.00 | 0.00 | 0.00 | 1,875.00 | 1,875.00 |
| Jody | 80884 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Anthony | 42547 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| Jesse | 48651 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| Paul | 81411 | 200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 |
| Martin | | 0.00 | 0.00 | 0.00 | 0.00 | 147.33 | 147.33 |
| John | 81457 | 0.00 | 0.00 | 0.00 | 0.00 | 1,500.00 | 1,500.00 |
| Ronald | 45964 | 0.00 | 0.00 | 0.00 | 0.00 | 149.00 | 149.00 |
| Ronald | 36491 | 0.00 | 0.00 | 0.00 | 0.00 | 2,790.00 | 2,790.00 |
| Timothy | 68653 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 | 750.00 |
| Dino | | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Juan | | 0.00 | 0.00 | 0.00 | 0.00 | 950.00 | 950.00 |
| Osmal | 47792 | 0.00 | 0.00 | 0.00 | 0.00 | 604.10 | 604.10 |
| Rudy | | 0.00 | 0.00 | 0.00 | 0.00 | 832.64 | 832.64 |
| Steven | 38363 | 0.00 | 0.00 | 0.00 | 0.00 | 3,700.00 | 3,700.00 |
| Rick | 81053 | 0.00 | 0.00 | 0.00 | 0.00 | 1,750.00 | 1,750.00 |
| Qbaidullah | 81554 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| Hamadou | | 0.00 | 0.00 | 0.00 | 0.00 | 1,631.46 | 1,631.46 |
| Damon | 44852 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 |
| Eric | 7115 | 0.00 | 0.00 | 0.00 | 0.00 | 100.00 | 100.00 |
| Martin | 28523 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 | 1,200.00 |
| Troy | 69389 | 0.00 | 0.00 | 0.00 | 0.00 | 250.00 | 250.00 |
| Kyle | | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 1,800.00 |
| Christopher | 61228 | 0.00 | 0.00 | 0.00 | 0.00 | 1,174.50 | 1,174.50 |
| Dustin | 38144 | 0.00 | 0.00 | 0.00 | 0.00 | 1,250.00 | 1,250.00 |
| Lavon | 35941 | 0.00 | 0.00 | 0.00 | 0.00 | 1,225.00 | 1,225.00 |
| Rick | | 0.00 | 0.00 | 0.00 | 0.00 | 4,887.45 | 4,887.45 |
| Tomas | 80449 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Michael | 55758 | 0.00 | 0.00 | 0.00 | 0.00 | 2,697.21 | 2,697.21 |
| Robert | 62951 | 0.00 | 0.00 | 0.00 | 0.00 | 1,849.00 | 1,849.00 |
| Kevin | 49597 | 1,200.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 |

| FIRST NAME | MRI# | Month 1-9 | Month 10 | Month 11 | Month 12 | Month 13+ | TOTAL |
|---|---|---|---|---|---|---|---|
| Nicholas | | 0.00 | 0.00 | 0.00 | 0.00 | 960.00 | 960.00 |
| Joel | | 0.00 | 0.00 | 0.00 | 0.00 | 190.00 | 190.00 |
| William (Thomas) | 46991 | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 | 1,400.00 |
| Charles | 41424 | 0.00 | 0.00 | 0.00 | 0.00 | 1,320.00 | 1,320.00 |
| Joseph | 44224 | 0.00 | 0.00 | 0.00 | 0.00 | 5,313.82 | 5,313.82 |
| Ricardo | | 0.00 | 0.00 | 0.00 | 0.00 | 817.64 | 817.64 |
| Chad | | 0.00 | 0.00 | 0.00 | 0.00 | 2,184.98 | 2,184.98 |
| Armando | 80897 | 0.00 | 0.00 | 0.00 | 0.00 | 625.00 | 625.00 |
| Thomas | 50824 | 0.00 | 0.00 | 0.00 | 0.00 | 2,748.14 | 2,748.14 |
| Carey | 38893 | 0.00 | 0.00 | 0.00 | 0.00 | 2,100.00 | 2,100.00 |
| Gregory | 37270 | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 | 1,100.00 |
| Mark | | 0.00 | 0.00 | 0.00 | 0.00 | 1,300.00 | 1,300.00 |
| Nathan | | 0.00 | 0.00 | 0.00 | 0.00 | 981.00 | 981.00 |
| Jeffrey | 51900 | 0.00 | 0.00 | 0.00 | 0.00 | 331.15 | 331.15 |
| Jack | | 0.00 | 0.00 | 0.00 | 0.00 | 960.00 | 960.00 |
| William | 80201 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 | 600.00 |
| Mario | 19544 | 0.00 | 0.00 | 0.00 | 0.00 | 4,140.00 | 4,140.00 |
| Brian | 38072 | 0.00 | 0.00 | 0.00 | 0.00 | 2,200.00 | 2,200.00 |
| Paul | | 0.00 | 0.00 | 0.00 | 0.00 | 509.23 | 509.23 |
| Anthony | 51082 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| Jeff | 49009 | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 1,800.00 |
| David | 10042 | 0.00 | 0.00 | 0.00 | 0.00 | 680.00 | 680.00 |
| Tony | 48305 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 |
| Josh | 45801 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 | 750.00 |
| Eldred | | 0.00 | 0.00 | 0.00 | 0.00 | 3,400.00 | 3,400.00 |
| Bryan | 15599 | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 | 1,600.00 |
| Jonathan | 80680 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| James | | 0.00 | 0.00 | 0.00 | 0.00 | 2,100.00 | 2,100.00 |
| John | | 0.00 | 0.00 | 0.00 | 0.00 | 1,610.18 | 1,610.18 |
| Michael | 48609 | 0.00 | 0.00 | 0.00 | 0.00 | 1,245.50 | 1,245.50 |
| Travis | 81459 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 | 1,200.00 |
| Robert | 55002 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 | 1,200.00 |
| Gebremariam | | 0.00 | 0.00 | 0.00 | 0.00 | 560.00 | 560.00 |
| Mark | 39826 | 0.00 | 0.00 | 0.00 | 0.00 | 600.00 | 600.00 |
| Thomas | | 0.00 | 0.00 | 0.00 | 0.00 | 2,572.00 | 2,572.00 |
| AR Current Aging | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| AR | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| Michael | 45783 | 0.00 | 0.00 | 0.00 | 0.00 | 510.00 | 510.00 |
| Jared | 62258 | 0.00 | 0.00 | 0.00 | 0.00 | 599.00 | 599.00 |
| TOTAL | | 5,161.23 | 2,983.34 | 0.00 | 1,800.00 | 303,612.86 | 313,557.43 |

| | | |
|---|---|---|
| **NuMale Colorado** | | 8,144.57 |
| **NuMale Denver** | | 305,412.86 |

## NuMale Denver LLC / NuMale Colorado SC
### A/P Aging Summary
As of May 31, 2025

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Centrum/Belleview LLC | 0.00 | 0.00 | 0.00 | 0.00 | 41,246.60 | 41,246.60 |
| EffecTV | 0.00 | 0.00 | 0.00 | 0.00 | 24,165.85 | 24,165.85 |
| KMA Bodilly CPA | 0.00 | 0.00 | 0.00 | 0.00 | 3,086.00 | 3,086.00 |
| Numale Corp. | 0.00 | 0.00 | 0.00 | 0.00 | 1,117,891.26 | 1,117,891.26 |
| NuMale Florida TB, PLLC | 0.00 | 0.00 | 0.00 | 0.00 | 3,500.00 | 3,500.00 |
| **TOTAL** | **0.00** | **0.00** | **0.00** | **0.00** | **1,189,889.71** | **1,189,889.71** |

## NuMale Colorado SC
### A/P Aging Summary
As of May 31, 2025

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| NuMale Florida TB, PLLC | 0.00 | 0.00 | 0.00 | 0.00 | 3,500.00 | 3,500.00 |
| **TOTAL** | **0.00** | **0.00** | **0.00** | **0.00** | **3,500.00** | **3,500.00** |

## NuMale Denver LLC
### A/P Aging Summary
As of May 31, 2025

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| Centrum/Belleview LLC | 0.00 | 0.00 | 0.00 | 0.00 | 41,246.60 | 41,246.60 |
| EffecTV | 0.00 | 0.00 | 0.00 | 0.00 | 24,165.85 | 24,165.85 |
| KMA Bodilly CPA | 0.00 | 0.00 | 0.00 | 0.00 | 3,086.00 | 3,086.00 |
| Numale Corp. | 0.00 | 0.00 | 0.00 | 0.00 | 1,117,891.26 | 1,117,891.26 |
| **TOTAL** | **0.00** | **0.00** | **0.00** | **0.00** | **1,186,389.71** | **1,186,389.71** |



JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

May 01, 2025 through May 30, 2025
Account Number: ██████8879

00369571 DRE 703 219 15125 NNNNNNNNNNN 1 000000000 64 0000
NUMALE COLORADO, S.C.
2600 N MAYFAIR RD STE 1140
WAUWATOSA WI 53226-1308

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | www.Chase.com |
| Service Center: | 1-877-425-8100 |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



## CHECKING SUMMARY
Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $1,500.79 |
| Deposits and Additions | 4 | 2,731.10 |
| Electronic Withdrawals | 4 | -1,645.83 |
| Ending Balance | 8 | $2,586.06 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account - please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 05/05 | Orig CO Name:Numale Medical    Orig ID:1043575881 Desc Date:250502 CO Entry Descr:Settlementsec:CCD   Trace#:291471023349325 Eed:250505  Ind ID:807Fc193-C20F-4       Ind Name:Numale Colorado SC Trn: 1253349325Tc | $350.00 |
| 05/08 | Orig CO Name:Numale Medical    Orig ID:1043575881 Desc Date:250507 CO Entry Descr:Settlementsec:CCD   Trace#:291471022528744 Eed:250508  Ind ID:807Fc193-C20F-4       Ind Name:Numale Colorado SC Trn: 1282528744Tc | 270.00 |
| 05/13 | Orig CO Name:Numale Medical    Orig ID:1043575881 Desc Date:250512 CO Entry Descr:Settlementsec:CCD   Trace#:291471020147710 Eed:250513  Ind ID:807Fc193-C20F-4       Ind Name:Numale Colorado SC Trn: 1330147710Tc | 208.33 |
| 05/19 | Orig CO Name:Numale Medical    Orig ID:1043575881 Desc Date:250516 CO Entry Descr:Settlementsec:CCD   Trace#:291471024537053 Eed:250519  Ind ID:807Fc193-C20F-4       Ind Name:Numale Colorado SC Trn: 1394537053Tc | 1,902.77 |
| **Total Deposits and Additions** | | **$2,731.10** |



May 01, 2025 through May 30, 2025

Account Number: 0000076568879

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---:|
| 05/05 | Orig CO Name:Numale Medical    Orig ID:1043575881 Desc Date:250502 CO Entry Descr:Settlementsec:CCD    Trace#:291471023349337 Eed:250505  Ind ID:807Fc193-C20F-4 Ind Name:Numale Colorado SC Trn: 1253349337Tc | $4.64 |
| 05/13 | Orig CO Name:Numale Medical    Orig ID:1043575881 Desc Date:250512 CO Entry Descr:Settlementsec:CCD    Trace#:291471020147740 Eed:250513  Ind ID:807Fc193-C20F-4 Ind Name:Numale Colorado SC Trn: 1330147740Tc | 4.04 |
| 05/19 | Orig CO Name:Numale Medical    Orig ID:1043575881 Desc Date:250516 CO Entry Descr:Settlementsec:CCD    Trace#:291471024537093 Eed:250519  Ind ID:807Fc193-C20F-4 Ind Name:Numale Colorado SC Trn: 1394537093Tc | 41.00 |
| 05/27 | Orig CO Name:Ipfs866-412-1793    Orig ID:0Ad2424370 Desc Date:    CO Entry Descr:Ipfspmtazpsec:CCD    Trace#:101000018968079 Eed:250527  Ind ID:496339 Ind Name:Numale Colorado, S.C. Gdxlk2Vv Trn: 1478968079Tc | 1,596.15 |

**Total Electronic Withdrawals**                                                                                                              **$1,645.83**

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 05/05 | $1,846.15 |
| 05/08 | 2,116.15 |
| 05/13 | 2,320.44 |
| 05/19 | 4,182.21 |
| 05/27 | 2,586.06 |

## SERVICE CHARGE SUMMARY

| | |
|---|---:|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

JPMorgan Chase Bank, N.A. Member FDIC

**Bank Reconciliations**
**NuMale Colorado SC**

|  | 5/31/2025 |
|---|---|
| Balance Sheet Balance | $2,586.06 |
| Bank Statement Balance | $2,586.06 |
| Variance | $0.00 |

Reconciling Items:   none