GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>☐ NUMALE NEW MEXICO SC,<br>☒ NUMALE ALL DEBTORS,<br><br>Debtor. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|---|---|

## SUPPLEMENTAL CERTIFICATE OF SERVICE

1

1. On June 18, 2025, I served the following document(s):

    a.    *Notice of Bar Date for Filing Proofs of Claim*    Dkt. No. 298

I served the above-named document(s) by the following means to the persons as listed below:

☒ United States Mail, postage fully prepaid to the following address:

**McAfee & Taft**
**Attn: Justin Hiersche**
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, Oklahoma 73102

☒ By direct email:

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

justin.hiersche@mcafeetaft.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 23rd day of June, 2025.

                              */s/ Danielle Charlet*
                              Danielle Charlet, an employee of
                              Garman Turner Gordon LLP