GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| | *Jointly administered with:* |
| AFFECTS THIS DEBTOR, ☐ | |
| AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐ | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| NUMEDICAL SC, ☐ | NuMedical SC Case No. 25-10343-nmc |
| NUMALE COLORADO SC, ☐ | NuMale Colorado SC Case No. 25-10344-nmc |
| NUMALE FLORIDA TB PLLC, ☐ | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| NUMALE NEBRASKA LLC, ☐ | NuMale Nebraska LLC Case No. 25-10346-nmc |
| NUMALE NEW MEXICO SC, ☐ | |
| NUMALE ALL DEBTORS, ☒ | NuMale New Mexico SC Case No. 25-10347-nmc |
| Debtor. | |

## SUPPLEMENTAL CERTIFICATE OF SERVICE

1

1    1.  On June 23, 2025, I served the following document(s):

2         a.        *Notice of Bar Date for Filing Proofs of Claim*        Dkt. No. 298

3    I served the above-named document(s) by the following means to the persons as listed
4    below:

5    ☒        By direct email:

6         I caused the document(s) to be sent to the persons at the email addresses listed below.  I did not
         receive within a reasonable time after the transmission, any electronic message or other indication
7         that the transmission was unsuccessful.

8         John.Dodd@bakermckenzie.com
         tim@elsonlawoffices.com

9
     I declare under penalty of perjury that the foregoing is true and correct.
10
     DATED this 23rd day of June, 2025.
11
                                        */s/ Danielle Charlet*
                                        Danielle Charlet, an employee of
12                                       Garman Turner Gordon LLP

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000