David A. Riggi, Esq.
Nevada Bar No. 4727
7900 w Sahara Ave Suite 100
Las Vegas, NV 89117
Phone: (702) 463-7777
Fax:    (888) 306-7157
E-mail: RiggiLaw@gmail.com

## UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: **X APPLICABLE TO ALL** | ) | Case No. 25-10341-NMC |
| | ) | Chapter 11 |
| NUMALE CORPORATION, | ) | |
| | ) | **LEAD CASE** |
| Debtor in Possession. | ) | Jointly Administered with: |
| | ) | |
| In re: | ) | |
| | ) | Case No. 25-10342-NMC |
| FELICIANO NUMALE NEVADA PLLC, | ) | Chapter 11 |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |
| In re: | ) | |
| | ) | Case No. 25-10343-NMC |
| NUMEDICAL SC, | ) | Chapter 11 |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |
| In re: | ) | |
| | ) | Case No. 25-10344-NMC |
| NUMALE COLORADO SC, | ) | Chapter 11 |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |
| In re: | ) | |
| | ) | Case No. 25-10345-NMC |
| NUMALE FLORIDA PLLC, | ) | Chapter 11 |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |
| In re: | ) | |
| | ) | Case No. 25-10346-NMC |
| NUMALE NEBRASKA LLC, | ) | Chapter 11 |
| | ) | |
| Debtor in Possession. | ) | |
| | ) | |
| In re: | ) | |
| | ) | Case No. 25-10347-NMC |
| NUMALE NEW MEXICO SC, | ) | Chapter 11 |
| | ) | |
| Debtor in Possession. | ) | |

## STATUS REPORT (SECOND) RE APPLICATION TO EMPLOY LAW FIRM AS ATTORNEY FOR DEBTOR IN POSSESSION