NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:                                                      BK−25−10341−nmc
                                                            CHAPTER 11
NUMALE CORPORATION

                    Debtor(s)                NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **365** – Application to Employ David A Riggi as Attorney (amended renewed) Filed by DAVID A RIGGI on behalf of NUMALE CORPORATION (RIGGI, DAVID) |
| | **366** – Status Report (Chapter 11) (re application to employ) Filed by DAVID A RIGGI on behalf of NUMALE CORPORATION (RIGGI, DAVID) |
| Filed On: | 6/23/25 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * The case caption must reflect Debtor(s) name exactly as they appear on the docket sheet including terminated parties.
* Please note the missing initials "TB" for Numale Florida TB Pllc.

Dated: 6/24/25

                                                            *Daniel S. Owens*
                                                            Daniel S. Owens
                                                            Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**