David A. Riggi, Esq.
Nevada Bar No. 4727
7900 w Sahara Ave Suite 100
Las Vegas, NV 89117
Phone: (702) 463-7777
Fax:    (888) 306-7157
E-mail: RiggiLaw@gmail.com

# UNITED STATES BANKRUPTCY COURT DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re: **X APPLICABLE TO ALL**<br><br>NUMALE CORPORATION,<br><br>    Debtor in Possession. | Case No. 25-10341-NMC<br>Chapter 11<br><br>**LEAD CASE**<br>Jointly Administered with: | DATE: JULY 15, 2025<br><br>TIME: 9:30 a.m. |
| In re:<br><br>FELICIANO NUMALE NEVADA PLLC,<br><br>    Debtor in Possession. | Case No. 25-10342-NMC<br>Chapter 11 | |
| In re:<br><br>NUMEDICAL SC,<br><br>    Debtor in Possession. | Case No. 25-10343-NMC<br>Chapter 11 | |
| In re:<br><br>NUMALE COLORADO SC,<br><br>    Debtor in Possession. | Case No. 25-10344-NMC<br>Chapter 11 | |
| In re:<br><br>NUMALE FLORIDA PLLC,<br><br>    Debtor in Possession. | Case No. 25-10345-NMC<br>Chapter 11 | |
| In re:<br><br>NUMALE NEBRASKA LLC,<br><br>    Debtor in Possession. | Case No. 25-10346-NMC<br>Chapter 11 | |
| In re:<br><br>NUMALE NEW MEXICO SC,<br><br>    Debtor in Possession. | Case No. 25-10347-NMC<br>Chapter 11 | |

## NOTICE OF HEARING ON APPLICATION TO EMPLOY LAW FIRM AS ATTORNEY FOR DEBTORS IN POSSESSION

NOTICE IS HEREBY GIVEN that an amended and renewed APPLICATION TO EMPLOY LAW FIRM AS ATTORNEY FOR DEBTORS IN POSSESSION ("Motion") was filed on June 23, 2025 at **ECF No. 365**;

NOTICE IS FURTHER GIVEN that any party who objects to the Debtors' Application/Motion must do so in a timely and proper manner:

Oppositions to a request should be filed and service of the opposition should be completed on the requestor no later than 14 days before the hearing. The opposition must set forth all relevant facts and any relevant legal authority. An opposition should be supported by affidavits or declarations that conform to the provisions of Local Rule 9014(c).

If an objection is not timely filed and served, an order for the aforementioned request and appropriate relief may be granted. LR 9014(a)(1).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the undersigned attorneys who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response as set forth herein, then:

1. The court may *refuse to allow you to speak* at the scheduled hearing; and
2. The court may *rule against you* without formally calling the matter at the hearing.

WHEREFORE, NOTICE IS FURTHER GIVEN that the hearing on the Motion will be held before a United States Bankruptcy Judge, telephonically with the toll-free conference line of (833) 435-1820, Meeting ID 161 166 2815 and Passcode 115788#, on **July 15, 2025 at 9:30 a.m.**

Dated this 24th day June, 2025.

Respectfully Submitted,

*/s/ David A. Riggi*
David A. Riggi, Esq.