NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−25−10341−nmc |
| NUMALE CORPORATION | CHAPTER 11 |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | *370* – Notice of Hearing Hearing Date: 07/15/2025 Hearing Time: 9:30 a.m. Filed by DAVID A RIGGI on behalf of FELICIANO NUMALE NEVADA PLLC, NUMALE COLORADO SC, NUMALE CORPORATION, NUMALE FLORIDA TB PLLC, NUMALE NEBRASKA LLC, NUMALE NEW MEXICO SC, NUMEDICAL SC (Related document(s)365 Application to Employ filed by Debtor NUMALE CORPORATION) (RIGGI, DAVID) |
| Filed On: | 6/24/25 |
| With A Hearing Date Of: | 7/15/25 |
| And A Hearing Time Of: | 9:30 AM |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * The case caption must reflect Debtor(s) name exactly as they appear on the docket sheet including terminated parties.
* Please note the missing initials "TB" for Numale Florida TB Pllc.

Dated: 6/25/25

*Daniel S. Owens*
Daniel S. Owens
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**