GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|---|---|

**NOTICE OF SUPPLEMENTAL COMBINED MAILING MATRIX**

In conformity with the Bankruptcy Court's *Interim Order Directing Joint Administration of Chapter 11 Cases* [ECF No. 130], Michael Carmel, Chapter 11 Trustee over the estates of the

1

Jointly Administered Debtors (the "Trustee"), by and through counsel of record, Garman Turner Gordon LLP, hereby submits this *Notice of Supplemental Combined Mailing Matrix*, and hereby verifies that the attached Combined Mailing Matrix is true and correct to the best of his knowledge based on the course of his investigation to date.

DATED this 26th day of June, 2025.

By: */s/ Michael Carmel*
      MICHAEL CARMEL

```
Label Matrix for local noticing          CERTAIN UNDERWRITERS AT LLOYD'S LONDON   FELICIANO NUMALE NEVADA PLLC
0978-2                                   C/O RYAN J. WORKS                        6590 S RAINBOW BLVD
Case 25-10341-nmc                        McDONALD CARANO LLP                      LAS VEGAS, NV 89118-3327
District of Nevada                       2300 WEST SAHARA AVENUE, SUITE 1200
Las Vegas                                LAS VEGAS, NV 89102-4395
Thu Jun 26 13:55:43 PDT 2025

Ford Motor Credit Company, LLC, c/o AIS Port   NEWTEK SMALL BUSINESS FINANCE, LLC   NUMALE COLORADO SC
4515 N Santa Fe Ave. Dept. APS                 STEPHENS LAW OFFICES                 8200 E BELLEVIEW AVE
Oklahoma City, OK 73118-7901                   C/O DAVID A. STEPHENS                GREENWOOD VILLAGE, CO 80111-2883
                                               P.O. BOX 33130
                                               LAS VEGAS, NV 89133-3130

NUMALE CORPORATION                       NUMALE FLORIDA TB PLLC                   NUMALE NEBRASKA LLC
6590 S RAINBOW BLVD                      500 WESTSHORE BLVD                       444 REGENCY PARKWAY DR
LAS VEGAS, NV 89118-3327                 TAMPA, FL 33609-5003                     OMAHA, NE 68114-3792


NUMALE NEW MEXICO SC                     NUMEDICAL SC                             Prospect Rainbow, LLC
7920 WYOMING BLVD, NE                    2600 N MAYFAIR RD                        c/o JOHNSON & GUBLER, P.C.
ALBUQUERQUE, NM 87109-6020               WAUWATOSA, WI 53226-1309                 Attn: Russell G. Gubler, Esq.
                                                                                  8831 W. Sahara Ave
                                                                                  Las Vegas, NV 89117-5865

TN Dept of Revenue                       United States Bankruptcy Court           444 Regency Parkway LLC
c/o TN Attorney General's Office         300 Las Vegas Blvd., South               450 Regency Pkwy., Ste. 200
Bankruptcy Division                      Las Vegas, NV 89101-5833                 Omaha, NE 68114-3777
PO Box 20207
Nashville, TN 37202-4015

ACE RECOVERY GROUP, LLC                  AMERICAN EXPRESS                         AMERICAN EXPRESS NATIONAL BANK
99 WALL STREET #4890                     Po Box 60189                             C/O BECKET AND LEE LLP
NEW YORK, NY 10005-4301                  City Industry, CA 91716-0189             PO BOX 3001
                                                                                  MALVERN  PA 19355-0701

ARIZONA DEPARTMENT OF REVENUE            AUDACY                                   Aaron Garber
Office of the Arizona Attorney General - 11800 W Grange Ave                       Wadsworth Garber Warner Conrardy PC
c/o Tax, Bankruptcy and Collection Sct   Hales Corners, WI 53130-1035             2580 W. Main Street, Suite 200
2005 N Central Ave, Suite 100                                                     Littleton, CO 80120-4631
Phoenix, AZ 85004-1546

Ace Recovery Group, LLC                  Alexander C. Dale                        Arapahoe County Government Treasurer
Attn: Daniel Gold                        Ward and Smith, P.A.                     5334 S. Prince St.
99 Wall Street #4890                     University Corporate Center              Littleton, CO 80120-1136
New York, NY 10005-4301                  127 Racine Drive
                                         Wilmington, NC 28403-8833

Array Medical                            Attorney General of Colorado             BRAD PALUBICKI
3440 Sojourn Dr #200                     1300 Broadway, 8th Floor                 9 PARADISE VALLEY CT.
Carrollton, TX 75006-2398                Denver, CO 80203-2104                    HENDERSON, NV 89052-6706


Basel Hassoun, M.D.                      Basel Hassoun, M.D.                      Brian T. Fahl
Attn: Michael Furlong, Esq.              Attn: Wayne Allison                      825 N. Jefferson Street, Suite 500
Steptoe & Johnson PLLC                   2004 Huntington Ave.                     Milwaukee, WI 53202-3737
210 Park Ave., Ste. 2300                 Nichols Hills, OK 73116-5113
Oklahoma City, OK 73102-5661
```

| | | |
|---|---|---|
| Burr & Forman<br>Attn: Emily Taube<br>222 Second Avenue South, Suite 2000<br>Nashville, Tennessee 37201-2385 | C T Corporation System, as Representative<br>Attn: SPRS<br>330 N Brand Blvd., Ste. 700<br>Glendale, CA 91203-2336 | C T Corporation System, as Representative<br>c/o Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 |
| C T Corporation System, as Representative<br>c/o Wolters Kluwer Lien Solutions<br>330 N Brand Blvd., Ste. 700<br>Glendale, CA 91203-2336 | CARLOS FELICIANO<br>N69 W29753<br>Hartland, WI 53029 | CARLOS FELICIANO<br>N69W29753 RIDGEVIEW CT.<br>HARTLAND, WI 53029-9253 |
| CENTRUM/BELLVIEW LLC<br>DEPT # 42512<br>POB 650823<br>Dallas, TX 75265-0823 | CLARK HILL<br>1700 S Pavilion Center Dr Ste 500<br>Las Vegas, NV 89135-1864 | COX MEDIA<br>POB 50481<br>Los Angeles, CA 90074-0481 |
| COX MEDIA LLC LAS VEGAS<br>FILE 50464<br>Los Angeles, CA 90074-0464 | COX RADIO LLC<br>11300 4th St N<br>St Petersburg, FL 33716-2941 | California State Board of Equalization<br>Account Information Group, MIC: 29<br>PO Box 942879<br>Sacramento, CA 94279-0029<br>Michigan Dept. of Treasury, Tax Policy D 9427<br>Attn: Litigation Liaison |
| Carlos Feliciano<br>Hellman Jeffrey Law Offices<br>195 Church St., 10th Flr.<br>New Haven, CT 06510-2009 | Celtic Bank<br>268 S State St., Ste. 300<br>Salt Lake City, UT 84111-5314 | Centrum/Belleview LLC<br>c/o FSB Property Management LLC<br>Attn: Michelle Brokaw<br>8200 E Belleview Ave, Ste 102C<br>Greenwood Village, CO 80111-2804 |
| Centrum/Bellview LLC<br>c/o Troy Sandberg, Esq.<br>Sandberg Law LLC<br>17011 Lincoln Avenue #348<br>Parker, CO 80134-3144 | Certain Underwriters at Lloyds<br>London Syndicates 623/2623<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954 | Certain Underwriters at Lloyds London<br>c/o David Zylberberg<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954 |
| City of Milwaukee<br>Office of City Attorney<br>200 E. Wells St., Room 800<br>Milwaukee, WI 53202-3551 | Civil process clerk at the U.S. Attorney<br>Hon. Markenzy Lapointe<br>U.S. Attorney<br>Southern District of Florida<br>99 N.E. 4th Street<br>Miami, FL 33132-2131 | Clark Co Assessor c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Po Box 551401<br>Las Vegas, NV 89155-1401 |
| Clark Co Treasurer c/o Bankruptcy Clerk<br>500 S Grand Central Pksy<br>Po Box 1220<br>Las Vegas, NV 89125-1220 | Clark Co Treasurer c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Po Box 1220<br>Las Vegas, NV 89125-1220 | Colorado Department of Revenue<br>ATTN: Bankruptcy Dept, RM 104<br>1881 Pierce St.<br>Lakewood, CO 80214-1407 |
| Corporation System, as Representative<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | DEWITT, PARULOL & MEEK PLLC<br>705 NW 4th St<br>Oklahoma City, OK 73102-1616 | DLP Funding LLC<br>447 Broadway 2nd Floor, Unit 805<br>New York, NY 10013 |
| DLP Funding LLC<br>c/o/ Law Office of Jacob Z Weinstein<br>420 Central Ave Ste 301<br>Cedarhurst, NY 11516-1000 | DLP Funding, LLC<br>101 Lake Shore Dr.<br>Monticello, NY 12701-4006 | DLP Funding, LLC<br>c/o Interstate Filings LLC<br>301 Mill Road, Ste. U5<br>Hewlett, NY 11557-1232 |

| | | |
|---|---|---|
| David R. Koch<br>KOCH & SCOW, LLC<br>11500 S. Eastern Ave., Suite 210<br>Henderson, NV 89052-5576 | Dr. Christopher Asandra<br>c/o 11500 S. Eastern Ave., Ste 210<br>Henderson, NV 89052-5576 | EBF Holdings, LLC d/b/a Everest Business Fun<br>102 W 38th Street 6th-Floor<br>New York, NY 10018-3613 |
| EBF holdings, LLC d/b/a Everest Business Fun<br>Yolday Diaz-Barreto, Esq.<br>12496 NW 25 Street<br>Sweetwater, FL 33182-1505 | EBF holdings, LLC d/b/a Everest Business Fun<br>Yolday Diaz-Barreto, Esq.<br>12496 NW 25 Street<br>Sweetwater, FL 33182<br>Sweetwater, FL 33182-1505 | EFFECTV<br>Po Box 415949<br>Boston, MA 02241-5949 |
| ELAVON<br>c/o TIMOTHY F. FROST, ESQ.<br>7300 CHAPMAN HIGHWAY<br>Knoxville, TN 37920-6612 | Equity Sales Finance, Inc.<br>1200 Ford Road, Ste. A<br>Hopkins, Minnesota 55305-1616 | Everest Business Funding<br>102 W 38th Street, 6th Flr.<br>New York, NY 10018-3664 |
| Everest Business Funding<br>102 W 38th Street, 6th Flr.<br>New York, NY 10018<br>Gilbert Pritt<br>17133 Holly Well Ave.<br>Wimauma, FL 33598-2536 | FELICIANO NUMALE NEVADA PLLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | FOX FUNDING GROUP LLC<br>c/o JOE LIEBERMAN, ESQ.<br>LIEBERMAN AND KLESTZICK<br>POB 356<br>Cedarhurst, NY 11516-0356 |
| Ford Motor Credit Company, LLC c/o AIS Portf<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Fortifi Bank<br>140 W. Huron St.<br>Berlin, WI 54923-1546 | Fox Funding Group LLC<br>803 S 21st Ave<br>Hollywood, FL 33020-6962 |
| Fox Funding Group, LLC<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 |
| Franchise Tax Board (Adversary Proceedings)<br>Chief Counsel<br>c/o General Counsel Section<br>PO Box 1720, MS: A-260<br>Rancho Cordova, CA 95741-1720 | GILE LAW GROUP<br>1180 N. TOWN CENTER DR., STE. 100<br>LAS VEGAS, NV 89144-6308 | GOOD KARMA BRANDS - WTMJ AM<br>POB 8609<br>Carol Stream, IL 60197-8609 |
| Gilbert Pritt<br>17133 Holly Well Ave.<br>Wimauma, FL 33598-2536 | Gordman Lake Regency, LLC<br>Attn: Katy Rehan, Esq.<br>Smith Pauley<br>3555 Farnam Street, Ste. 1000<br>Omaha, NE 68131-3302 | HARRISON, MIRANDA<br>MCAFEE & TAFT<br>8TH FLOOR, TWO LEADERSHIP SQUARE<br>211 N. ROBINSON AVE.<br>OKLAHOMA CITY, OK 73102-7109 |
| HELLMAN JEFFREY LAW OFFICES OF LLC<br>195 CHURCH STREET<br>10TH FLOOR<br>NEW HAVEN, CT 06510-2009 | HERSHEY DECKER DRAKE<br>10463 Park Meadows Dr Ste 209<br>Lone Tree, CO 80124-5355 | HOWARD & HOWARD<br>Po Box 95234<br>Chicago, IL 60694-5234 |
| HOWARD AND HOWARD<br>3800 HOWARD HUGHES PKWY., STE. 1000<br>LAS VEGAS, NV 89169-5958 | HYPORT DIGITAL N2<br>Po Box 208092<br>Dallas, TX 75320-8092 | INNOVATIVE REAL ESTATE STRATEGIES<br>2975 S RAINBOW BLVD STE J<br>Las Vegas, NV 89146-6598 |

| | | |
|---|---|---|
| Internal Revenue Service<br>ATTN: BANKRUPTCY DEPT<br>PO Box 7346<br>PHILADELPHIA, PA 19101-7346 | JJT Properties LLC<br>c/o Sara Investment Real Estate LLC<br>6264 Nesbitt Road<br>Madison, WI 53719-1819 | JUSTIN PULLIAM<br>5786 STONEHEATH AVE.<br>LAS VEGAS, NV 89139-7523 |
| Jerome P. Gordman<br>c/o Gordman Lake Regency, L.L.C.<br>444 Regency Parkway Dr., Ste. 202<br>Omaha, NE 68114-3779 | John Dodd, Esq.<br>Baker & McKenzie LLP<br>1111 Brickell Avenue, Suite 1700<br>Miami, Florida 33131-4033 | John T. Kivus<br>Morningstar Law Group<br>421 Fayetteville Street, Suite 530<br>Raleigh, NC 27601-3001 |
| John T. Kivus<br>Morningstar Law Group<br>434 Fayetteville Street, Suite 2200<br>Raleigh, NC 27601-1893 | Joseph A. Gutierrez<br>MAIER GUTIERREZ & ASSOCIATES<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1303 | Justin Hiersche<br>McAfee & Taft<br>8th Floor, Two Leadership Square<br>211 N Robinson Ave<br>Oklahoma City, OK 73102-7109 |
| KALAMATA CAPITAL GROUP, LLC<br>c/o STEVEN BERKOVITCH<br>BERKOVITCH & BOUSKILA, PLLC<br>1545 US 202 SUITE 101<br>Pomona, NY 10970-2951 | KLOS Radio, LLC<br>Matthew B. Baltierra<br>44 E. Broadway, Suite 530<br>Tuscon, AZ 85701-1703 | KMA BODILY<br>1200 John Q Hammons Dr Ste 500<br>Madison, WI 53717-2199 |
| KQRT-FM Radio<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 | KRAVIT HOVEL & KRAWCZYK<br>825 N JEFFERSON ST<br>Milwaukee, WI 53202-3737 | Kalamata Capital Group, LLC<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2541 |
| Kenzie Marie Rakes<br>Morningstar Law Group<br>421 Fayetteville St Suite 530<br>Raleigh, NC 27601-3001 | Kenzie Marie Rakes<br>Morningstar Law Group<br>434 Fayetteville Street, Suite 2200<br>Raleigh, NC 27601-1893 | Kravit, Hovel & Krawczyk, s.c.<br>825 N Jefferson Street, Fifth Floor<br>Milwaukee, WI 53202-3737 |
| LAMAR COMPANIES<br>POB 746966<br>Atlanta, GA 30374-6966 | Lamar Companies<br>P O Box 96030<br>Baton Rouge, LA 70896-9030 | MAYFAIR MALL<br>c/o BROOKFIELD PROPERTIES<br>PO BOX 772816<br>CHICAGO, IL 60677-0116 |
| MCR Inc<br>2831 Saint Rose Pkwy<br>Henderson, NV 89052-4840 | MICHAEL A FURLONG<br>210 PARK AVENUE STE 2300<br>OKLAHOMA CITY, OK 73102-5661 | MICHAEL E SANCHEZ<br>C/O LORI BENCOE, ESQ<br>9201 MONTGOMERY BLVD SUITE 404<br>Albuquerque, NM 87111-2470 |
| MICHAEL E SANCHEZ<br>C/O NICHOLAS ROWLEY, ESQ<br>421 W Water St<br>Decorah, IA 52101-1731 | MID-WEST FAMILY MADISON<br>7 03 RAYOVAC DRIVE<br>Madison, WI 53711 | Massachusetts Department of Revenue<br>Collections Bureau/Bankruptcy Unit<br>P.O. Box 7090<br>Boston, MA 02204-7090 |
| Mayfair Mall LLC<br>Attn: General Counsel<br>Brookfield Properties Retail<br>350 N. Orleans St., Ste. 300<br>Chicago, IL 60654-1607 | Mayfair Mall LLC<br>Attn: General Manager<br>2500 North Mayfair Rd.<br>Wauwatosa, WI 53226-1464 | McAfee & Taft<br>Attn: Justin Hiersche<br>8th Floor, Two Leadership Square<br>211 N. Robinson Ave.<br>Oklahoma City, OK 73102-7109 |

Meruelo Media, LLC
Attn: Ann O. Hall, Esq.
2500 E. Second Street
Reno, NV 89595-1200

(p)MIAMI DADE COUNTY TAX COLLECTOR
ATTN WENDY MONTOYA
200 NW 2ND AVENUE
MIAMI FL 33128-1733

Michigan Department of Treasury, Tax Policy
ATTN: Litigation Liaison
2nd Floor, Austin Building 430 West Alle
Lansing, Michigan 48922-0001

N2 COMPANY
c/o ALEXANDER C. DALE, ESQ.
WARD AND SMITH, P.A.
UNIVERSITY CORPORATE CENTER
127 RACINE DRIVE
WILMINGTON, NC 28403-8833

N2 COMPANY
c/o THOMAS C. WOLF, ESQ.
WARD AND SMITH, P.A.
751 CORPORATE CENTER DR., STE. 300
RALEIGH, NC 27607-4873

NEUBERT PEPE & MONTEITH PC
195 CHURCH ST
13TH FLOOR
NEW HAVEN, CT 06510-4011

NEVADA NUMALE LLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NEWTEK LENDING
1981 MARCUS AVENUE STE 130
Lake Success, NY 11042-1046

NMC ILLINOIS, LLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE ALBUQUERQUE, LLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE CHICAGO LLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE COLORADO SC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE CORPORATION
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE FLORIDA TB PLLC
2600 MAYFAIR RD SUITE 1140
Milwaukee, WI 53226-1308

NUMALE NEW MEXICO SC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NV Dept of Taxation
Bankruptcy Section
500 E Washington Ave Ste 13000
Las Vegas, NV 89101-1000

(p)NEBRASKA DEPARTMENT OF REVENUE
ATTN ATTENTION BANKRUPTCY UNIT
PO BOX 94818
LINCOLN NE 68509-4818

Nebraska State Farm Service Agency
State Executive Director
1121 Lincoln Mall, Suite 330
Lincoln, Nebraska 68508-2828

Nevada Department of Taxation
Attn: Bankruptcy Section
700 E. Warm Springs Rd., Ste. 200
Las Vegas, NV 89119-4311

Nevada Dept of Empl Security
500 E 3rd St
Carson City, NV 89713-0001

New Mexico Department of Workforce Solutions
fka NM Department of Labor
401 Broadway NE
Albuquerque, NM 87102-2301

New Mexico Department of Workforce Solutions
fka New Mexico Department of Labor
PO Box 1928
Attn: Legal Section
Albuquerque, NM 87103-1928

New Mexico Taxation & Revenue Department
Bankruptcy Unit
PO Box 50129
Albuquerque, NM 87181-0129

Newlane Finance
P.O. Box 7358
Philadelphia, PA 19101-7358

(p)ELIOT KIRSHNITZ
1981 MARCUS AVENUE SUITE 130
LAKE SUCCESS NY 11042-1046

Newtek Bank, National Association
c/o Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Newtek Lending
1981 Marcus Avenue, Ste. 130
New Hyde Park, NY 11042-1046

Newtek Small Business Finance, LLC
c/o David A. Stephens, Esq.
Stephens Law Offices
P.O. Box 33130
Las Vegas, NV 89133-3130

NuMale Colorado
2600 N Mayfair Rd Suite 505
Wauwatosa, WI 53226-1306

NuMale Corporation
Attn: Justin T. Hiersche, Esq.
McAfee & Taft
211 N. Robinson, 8th Flr.
Oklahoma City, OK 73102-7176

| | | |
|---|---|---|
| NuMale Green Bay, LLC<br>2600 N Mayfair Road, Suite 505<br>Wauwatosa, WI 53226-1306 | NuMale Nebraska LLC<br>2600 N. Mayfair Rd., Ste. 1140<br>Wauwatosa, WI 53226-1308 | NuMedical SC<br>2600 N. Mayfair Rd., Ste. 1140<br>Wauwatosa, WI 53226-1308 |
| OnDeck a/k/a ODK Capital, LLC<br>4700 W. Daybreak Pkwy., Suite 200<br>Attn: Director of Operations<br>South Jordan, UT 84009-5133 | PRIMO WATER<br>200 EAGLES LANDING BLVD.<br>LAKELAND, FL 33810-3058 | (c)PROVENTURE CAPITAL LLC<br>DBA TOP TIER CAPITAL<br>500 W PUTNAM AVE STE 1C<br>GREENWICH CT  06830-2947 |
| PROVENTURE CAPITAL LLC<br>dba TOP TIER CAPITAL<br>ATTN: JOE MANCUSO<br>500 W PUTNAM AVE., STE. 1C<br>GREENWICH, CT 06830-2947 | Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Sarah Harnett<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 | Prospect Rainbow, LLC<br>Attn: Jeffery A. Bendavid, Esq.<br>Moran Brandon Bendavid Moran<br>630 South Fourth Street<br>Las Vegas, NV 89101-6604 |
| Prospect Rainbow, LLC<br>Attn: Scott Goldstein<br>851 South Rampart Blvd., Ste. 125<br>Las Vegas, NV 89145-4899 | Proventure Capital LLC d/b/a<br>Top Tier Capital<br>Neumbert Pepe & Monteith PC<br>195 Church St., 13th Flr.<br>New Haven, CT 06510-2009 | Proventure dba Top Tier<br>500 W. Putnam Ave., Ste. 1c<br>Greenwich, CT 06830-2947 |
| Reliant Capital, LLC<br>Attn:  Officer, Agent, Managing Agent<br>123 South Broad Street, Floor 17<br>Philadelphia, PA 19109-1032 | Reliant Capital, LLC<br>Attn:  Rhyen Foster, Customer Solutions<br>123 South Broad Street, Floor 17<br>Philadelphia, PA 19109-1032 | RepeatMD, Inc.<br>5599 San Felipe, 4th Flr.<br>Houston, TX 77056-2766 |
| Rodey, Dickason, Sloan, Akin & Robb, P.A.<br>Attn: Edward Ricco<br>201 Third Street NW, Suite 2200<br>Albuquerque, New Mexico 87102-3380 | SBA U.S. Small Business Administration<br>Attn: Bankruptcy Dept.<br>312 N. Spring Street, Flr. 5<br>Los Angeles, CA 90012-4701 | SMALL BUSINESS ADMINISTRATION<br>409 3RD STREET SW<br>Washington, DC 20416-0002 |
| (p)STERICYCLE  INC<br>2355 WAUKEGAN ROAD<br>BANNOCKBURN IL 60015-1503 | Secured Lender Solutions, LLC<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | Secured Lender Solutions, LLC<br>c/o Corporation Service Company<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703-4261 |
| Securities and Exchange Commission<br>Los Angeles Regional Office<br>444 South Flower Street, Suite 900<br>Los Angeles, California 90071-2934 | Small Business Administration<br>District Counsel<br>10675 Bedford Avenue, Suite 100<br>Omaha, NE 68134-3605 | Social Security Administration<br>Attn: Bankr Desk<br>Po Box 33021<br>Baltimore, MD 21290-3021 |
| Social Security Administration<br>Office of General Counsel<br>Office of Program Litigation  Bankruptc<br>6401 Security Blvd.<br>Baltimore, MD 21235-0001 | Split USA Inc.<br>Attn: Legal Dept. or Accounts Payable<br>319 S Coteau St.<br>Pierre, SD 57501-3187 | Splitit USA Inc.<br>5901 Peachtree Dunwoody Rd.<br>Suite C-480<br>Atlanta, GA 30328-7188 |
| Splitit USA Inc.<br>Attn: Legal Dept.<br>319 S. Coteau Street<br>Pierre, SD 57501-3187 | State of NV DMV<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 | State of New Mexico Attorney General<br>Office of the Attorney General<br>PO Drawer 1508<br>Attn: Litigation Division<br>Santa Fe, NM 87504-1508 |

| | | |
|---|---|---|
| State of Wisconsin<br>DWD - Unemployment Insurances Benefits<br>PO Box 7888<br>Madison, WI 53707-7888 | State of Wisconsin<br>DWD - Unemployment Insurances Taxes<br>PO Box 8914<br>Madison, WI 53708-8914 | Steven Gubner, Esq.<br>BG Law<br>300 S. 4th Street, Ste. 1550<br>Las Vegas, NV 89101-6005 |
| Steven Scow, Esq.<br>King Scow Koch Durham<br>11500 S. Eastern Ave, Suite 210<br>Henderson, Nevada 89052-5576 | THE LCF GROUP<br>LEGAL DEPARTMENT<br>3000 MARCUS AVE SUITE 2W15<br>New Hyde Park, NY 11042-1005 | (p)THE N2 COMPANY<br>ATTN SUPPORT TEAM<br>2093 PHILADELPHIA PIKE DRIVE<br>#3202<br>CLAYMONT DE 19703-2424 |
| TOSICH BIOSCIENCE INC<br>Po Box 712415<br>Cincinnati, OH 45271-2415 | TOSOH BIOSCIENCE INC<br>Po Box 712415<br>Cincinnati, OH 45271-2415 | TOSOH BIOSCIENCE, INC<br>3600 GANTZ ROAD<br>Grove City, OH 43123-1895 |
| Tampa Westshore 500 LLC<br>c/o The Green Companies, Inc.<br>9155 S Dadeland Blvd., Ste. 1812<br>Miami, FL 33156-2742 | Tennessee Department of Revenue<br>c/o Tennessee Attorney General's Of<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | The LCF Group, Inc.<br>3000 Marcus Ave., Ste. 2W15<br>Lake Success, NY 11042-1005 |
| The LCF Group, Inc.<br>Attn: Legal Department<br>3000 Marcus Avenue, Suite 2W15<br>Lake Success, NY 11042-1005 | The LCF Group, Inc.<br>c/o Corporation Service Company<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703-4261 | Thomas C. Wolff<br>Ward and Smith, P.A.<br>751 Corporate Center Drive Suite 300<br>Raleigh, NC 27607-4873 |
| Tim Elson, Esq.<br>The Law Offices of Timothy Elson<br>8965 S. Eastern Ave., #382<br>Las Vegas, NV 89123-4849 | Top Tier Capital<br>Attn: Managing Member<br>2613 E 16th Street<br>Brooklyn, NY 11235-3805 | Top Tier Capital<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 |
| Top Tier Capital LLC<br>c/o Resident Agent, Offer, Agent, Managi<br>615 South DuPont Highway<br>Dover DE 19901-4517 | Tracey Hope Davis<br>Office of the United States Trustee<br>Attn: Justin C. Valencia<br>300 Las Vegas Blvd. So., Ste. 4300<br>Las Vegas, NV 89101-5803 | U.S. Attorneys Office - Lincoln<br>487 Federal Building<br>100 Centennial Mall North<br>Lincoln, NE 68508-3859 |
| U.S. Attorneys Office - Omaha<br>1620 Dodge Street, Suite 1400<br>Omaha, NE 68102-1506 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | U.S. Department of Health<br>and Human Services<br>Acting Chief Counsel<br>601 East 12th Street, Room N1800<br>Kansas City, MO 64106-2818 |
| U.S. Small Business Administration<br>Milwaukee District Office<br>c/o Wisconsin District Counsel<br>310 W. Wisconsin Ave., Suite 580W<br>Milwaukee, WI 53203-2274 | U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | U.S. Trustee<br>111 South 18th Plaza, Suite 1148<br>Omaha, NE 68102-1321 |
| United States Attorney's Office<br>ATTN: Civil Process Clerk<br>501 Las Vegas Blvd. South, Suite 1100<br>Las Vegas, NV 89101-6521 | United States Attorneys Office<br>Attn: Civil Process Clerk<br>501 Las Vegas Blvd. South, Ste. 1100<br>Las Vegas, NV 89101-6521 | Universal Guardian Acceptance, LLC<br>7505 NW Tiffany Springs Pkwy., Ste. 400<br>Kansas City, MO 64153-1592 |

| | | |
|---|---|---|
| Universal Guardian Acceptance, LLC<br>c/o Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | Vox Funding<br>c/o RJ Recovery<br>1407 Broadway Fl 29<br>New York, NY 10018-5100 | (p)VOX FUNDING LLC<br>100 PARK AVENUE 26TH FLOOR<br>NEW YORK NY 10017-5539 |
| WAYNE ALLISON<br>2004 HUNTINGTON AVE<br>NICHOLS HILLS, OK 73116-5113 | WFNZ-FM<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 | WITI<br>POB 7410059<br>Chicago, IL 60674-5059 |
| WYOMING OFFICE PARK LLC<br>C/O BRUNACINI COMPANIES<br>POB 6363<br>Albuquerque, NM 87197-6363 | Wisconsin Department of Veterans Affairs<br>Attn: Phillip Rangsuebsin<br>PO Box 7843<br>Madison, WI 53707-7843 | Wyoming Office Park LLC<br>c/o The Cash Law Firm<br>P.O. Box 20718<br>Albuquerque, NM 87154-0718 |
| Wyoming Office Park, LLC<br>P.O. Box 20718<br>P.O. Box 20718<br>Albuquerque, NM 87154-0718 | Wyoming Office Park, LLC<br>c/o Angelo Brunacini<br>7550 Meridan, NW<br>Albuquerque, NM 87121-1912 | Wyoming Office Park, LLC<br>c/o Angelo Brunacini<br>P.O. Box 6363<br>Albuquerque, NM 87197-6363 |
| YELP INC<br>Po Box 204393<br>Dallas, TX 75320-4393 | DAVID A RIGGI<br>RIGGI LAW FIRM<br>7900 W SAHARA AVE<br>SUITE 100<br>LAS VEGAS, NV 89117-7921 | JUSTIN PULLIAM<br>ANDERSEN BEEDE WEISENMILLER<br>C/O RYAN A. ANDERSEN, ESQ.<br>3199 E WARM SPRINGS ROAD<br>STE 400<br>LAS VEGAS, NV 89120-3150 |
| MICHAEL W. CARMEL<br>80 E. COLUMBUS AVENUE<br>PHOENIX, AZ 85012-2334 | Michael E. Sanchez<br>WOMBLE BOND DICKINSON (US) LLP<br>C/O OGONNA M. BROWN, ESQ.<br>3993 HOWARD HUGHES PKWY<br>SUITE 600<br>LAS VEGAS, NV 89169-5996 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Miami-Dade County Tax Collector<br>Bankruptcy Paralegal Unit<br>200 N.W. Second Avenue, Suite 430<br>Miami, FL 33128 | Nebraska Department of Revenue<br>Attn: Bankruptcy Unit<br>Nebraska State Office Building<br>P.O. Box 94818<br>Lincoln, NE 68509-4818 | Newtek Bank, National Association<br>1981 Marcus Avenue, Ste. 130<br>Lake Success, NY 11042 |
| (d)Newtek Small Business Finance, LLC<br>1981 Marcus Avenue #130<br>Lake Success, NY 11042 | STERICYCLE<br>POB 6575<br>Carol Stream, IL 60197-6575 | THE N2 COMPANY<br>C/O DOMENIQUE SCHMITT<br>2093 PHILADELPHIA PIKE #3202<br>CLAYMONT, DE 19703 |
| Vox Funding LLC<br>100 Park Avenue, 26th Floor<br>New York, NY 10017 | | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

PROVENTURE CAPITAL LLC
dba TOP TIER CAPITAL
500 W PUTNAM AVE., STE. 400
GREENWICH, CT 06830-02947

(d)PROVENTURE CAPITAL LLC
dba TOP TIER CAPITAL
ATTN: JOE MANCUSO
500 W PUTNAM AVE., STE. 400
GREENWICH, CT 06830-02947


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)PAUL, WEISS, RIFKIND, WHARTON AND GARRISON

(u)RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A

(d)Gile Law Group Ltd.
1180 N. Town Center Dr., Ste. 100
Las Vegas, NV 89144-6308


(u)Governmental Units

(u)Grand County Treasurer
P.O. Box 288
Hot Sulphur Springs, Colorado 80451
Massachusetts Department of Revenue
Collections Bureau/Bankruptcy Unit
P. O. Box 7090

(d)Lamar Companies
P.O. Box 96030
Baton Rouge, LA 70896-9030


(d)Massachusetts Department of Revenue
Collections Bureau/Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

(d)Mayfair Mall LLC
c/o Brookfield Properties
P.O. Box 772816
Chicago, IL 60677-0116

(d)Prospect Rainbow, LLC
c/o JOHNSON & GUBLER, P.C.
Attn: Russell G. Gubler, Esq.
8831 W. Sahara Ave
Las Vegas, NV 89117-5865


(d)Social Security Administration
Office of General Counsel
Office of Program Litigation - Bankruptc
6401 Security Boulevard
Baltimore, MD 21235-0001

(d)The LCF Group, Inc.
3000 Marcus Avenue, Suite 2W15
Lake Success, NY 11042-1005

(u)Jacob Nathan Rubin


End of Label Matrix
Mailable recipients    226
Bypassed recipients     12
Total                  238