GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

SIMPSON THACHER & BARTLETT LLP
BRYCE FRIEDMAN (*Admitted Pro Hac Vice*)
E-mail: bfriedman@stblaw.com
DAVID ZYLBERBERG (*Admitted Pro Hac Vice*)
E-mail: David.Zylberberg@stblaw.com
ZACH WEINER (*Admitted Pro Hac Vice*)
E-mail: Zachary.Weiner@stblaw.com
425 Lexington Avenue
New York, NY 10017
Telephone: (212) 455-2235

*Attorneys for Certain Underwriters at
Lloyd's London Syndicates 623/2623*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
| NUMALE CORPORATION, | *Jointly administered with:* |
| AFFECTS THIS DEBTOR, ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| AFFECTS FELICIANO<br>NUMALE NEVADA PLLC, ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| NUMEDICAL SC, ☐ | |
| NUMALE COLORADO SC, ☐ | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| NUMALE FLORIDA TB PLLC, ☐ | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| NUMALE NEBRASKA LLC, ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| NUMALE NEW MEXICO SC, ☐ | |
| NUMALE ALL DEBTORS, ☒ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | |

## <u>STIPULATION REGARDING PROOF OF CLAIM BAR DATE AS TO BEAZLEY ONLY</u>

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), and Certain Underwriters at Lloyd's, London Syndicates 2623/623 (collectively, "Beazley") (Beazley and the Trustee together, the "Parties"), hereby stipulate and agree as follows:

1.  On January 22, 2025 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned  bankruptcy cases (collectively, the "Chapter 11 Cases").  *See* ECF No. 1.

2.  On April 1, 2025, this Court entered its *Interim Order Directing Joint Administration of Chapter 11 Cases*.  *See* ECF No. 130.

3.  On April 2, 2025, this Court entered its *Order on United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or in the Alternative, to Convert or Dismiss this Case Pursuant to 11 U.S.C. § 1112(b), and Reservation of Rights*, thereby directing the appointment of a Chapter 11 trustee for the Debtors' estates.  *See* ECF No. 132.

4.  On April 2, 2025, the U.S. Trustee appointed Trustee Carmel as the Chapter 11 trustee for Debtors' estates.  *See* ECF No. 140.

5.  On April 7, 2025, Trustee Carmel was appointed as the Chapter 11 trustee for the Debtors' estates.  *See* ECF Nos. 155-157.

6.  On May 22, 2025, the Court entered its *Order (A) Setting Bar Date for Filing Proofs of Claim and (B) Approving Notice Thereof* [ECF No. 289] ("Bar Date Order"); thereafter the Trustee timely filed and duly noticed the *Notice of Bar Date for Filing Proofs of Claim* [ECF No. 298] ("Bar Date Notice").

7.  Both the Bar Date Order and Bar Date Notice identify June 30, 2025, as the deadline to file proofs of claim in these Chapter 11 Cases ("Claims Bar Date").

8.  The Parties continue to dialogue regarding a global settlement in these Chapter 11 Cases and thus agreed to an extension of the Claims Bar Date *as to Beazley only*, of sixty (60) days, making **Friday August 29, 2025, the Claims Bar Date for Beazley only** ("Beazley Bar Date").

**Garman Turner Gordon**
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

**NOW, THEREFORE**, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

1.      Beazley, and only Beazley, shall have through and including **Friday August 29, 2025**, to file its proof(s) of claim against the Debtor(s).

**IT IS SO STIPULATED.**

Dated this 27th day of June 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
        GREGORY E. GARMAN, ESQ.
        TALITHA GRAY KOZLOWSKI, ESQ.
        MARY LANGSNER, Ph.D.
        7251 Amigo Street, Suite 210
        Las Vegas, Nevada 89119

        *Attorneys for Michael Carmel,*
        *Chapter 11 Trustee*

Dated this 27th day of June 2025.

SIMPSON THACHER & BARTLETT LLP

By: */s/ David Zylberberg*
        BRYCE FRIEDMAN (*Admitted pro hac vice*)
        DAVID ZYLBERBERG (*Admitted pro hac vice*)
        ZACH WEINER (*Admitted pro hac vice*)
        425 Lexington Avenue
        New York, NY 10017

        *Attorneys for Certain Underwriters at*
        *Lloyd's London Syndicates 623/2623*