1  GARMAN TURNER GORDON LLP
   GREGORY E. GARMAN
2  Nevada Bar No. 6654
   E-mail:  ggarman@gtg.legal
3  TALITHA GRAY KOZLOWSKI, ESQ.
   Nevada Bar No. 9040
4  tgray@gtg.legal
   MARY LANGSNER, Ph.D.
5  Nevada Bar No. 13707
   mlangsner@gtg.legal
6  7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
7  Telephone (725) 777-3000
   Facsimile (725) 777-3112
8  *Attorneys for Michael Carmel,
   Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|
| NUMALE CORPORATION, | | *Jointly administered with:* |
|    AFFECTS THIS DEBTOR, | ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
|    AFFECTS FELICIANO<br>   NUMALE NEVADA PLLC, | ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
|    NUMEDICAL SC, | ☐ | NuMale Colorado SC<br>Case No. 25-10344-nmc |
|    NUMALE COLORADO SC, | ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
|    NUMALE FLORIDA TB PLLC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
|    NUMALE NEBRASKA LLC, | ☐ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|    NUMALE NEW MEXICO SC, | ☐ | |
|    NUMALE ALL DEBTORS, | ☒ | |
| Debtor. | | |

**SUPPLEMENTAL CERTIFICATE OF SERVICE**

1

1. On June 30, 2025, I served the following document(s):

    a.    *Notice of Bar Date for Filing Proofs of Claim*    Dkt. No. 298

I served the above-named document(s) by the following means to the persons as listed below:

☒    By direct email:

    I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    s.gunnerson@kempjones.com
    r.jones@kempjones.com
    j.laurita@kempjones.com

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 30th day of June, 2025.

                                          */s/ Danielle Charlet*
                                          Danielle Charlet, an employee of
                                          Garman Turner Gordon LLP