GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC Case No. 25-10347-nmc |
| Debtors. | |

**NOTICE OF FIRST REPORT BY PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. § 333(B)(2)**

Michael Carmel, the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through his counsel, the law firm of Garman Turner Gordon LLP, hereby files this *Notice of First Report by Patient Care Ombudsman Pursuant to 11 U.S.C. § 333(b)(2)* (the "Notice").

On Tuesday, July 1, 2025, the Trustee received a copy of the *First Report by Patient Care Ombudsman Pursuant to 11 U.S.C. § 333(b)(2)* ("First Report"), prepared by the Patient Care Ombudsman appointed in these Chapter 11 Cases ("PCO"). The Trustee was advised that the PCO had attempted to file the First Report with the Court in June 2025, but the document was not accepted for filing and was returned. Therefore, the Trustee hereby files the First Report as an accommodation for the PCO. A complete copy of the First Report, as received by the Trustee, is attached to this Notice as **Exhibit "1"**.

Dated this 1st day of July 2025.

                                              GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119

*Attorneys for Michael Carmel, Chapter 11 Trustee*