**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119
Telephone:(702) 685-4444
Email: ccarlyon@carlyoncica.com

*Counsel for Top Tier Capital*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: NUMALE CORPORATION,<br>☐ AFFECTS THIS DEBTOR,<br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>☐ NUMALE NEW MEXICO SC,<br>☒ NUMALE ALL DEBTORS,<br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: July 15, 2025<br>Hearing Time: 9:30 a.m. |

**STIPULATION TO CONTINUE CHAPTER 11 TRUSTEE'S MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS**

Trustee Michael Carmel (the "Trustee") and Top Tier Capital ("Top Tier" and, together with the Trustee, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, the Trustee has filed a Motion to Enforce the Automatic Stay and for

Sanctions (ECF No. 339)(the "Motion"); and

WHEREAS, the Parties are amenable to a continuance of the Motion and the corresponding briefing deadlines for Top Tier's opposition to the Motion, and the Trustee's reply in support of the Motion, in order to attempt to resolve the Motion:

NOW, THEREFORE, IT IS AGREED AND STIPULATED that the hearing on the Motion be continued for approximately thirty days, to a time and date convenient to the Court, with all related deadlines pursuant to LR 9014 to be continued accordingly.

Dated this 1st day of July 2025.

CARLYON CICA CHTD.

*/s/ Candace C. Carlyon*
**CARLYON CICA CHTD.**
CANDACE C. CARLYON, ESQ.
Nevada Bar No. 2666
*Counsel for Top Tier Capital*

GARMAN TURNER GORDON LLP

*/s/ Mary Langsner*
GREGORY E. GARMAN
Nevada Bar No. 6654
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
*Counsel for Michael Carmel,
Chapter 11 Trustee*

**CARLYON CICA CHTD.**
265 E. Warm Springs Road, Suite 107
Las Vegas, NV 89119

## CERTIFICATE OF SERVICE

I am an employee of Carlyon Cica Chtd. On the date of filing of the foregoing papers with the Clerk of Court I caused a true and correct copy to be served in the following manner:

☒ ELECTRONIC SERVICE: Pursuant to LR 2002 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed and served on all parties and attorneys who are filing users through the Notice of Electronic Filing automatically generated by the Court.

☐ UNITED STATES MAIL: By depositing a true and correct copy of the above-referenced document into the United States Mail with prepaid first-class postage, addressed to the parties at their last-known mailing address(es):

☐ OVERNIGHT COURIER: By depositing a true and correct copy of the above-referenced document for overnight delivery via a nationally recognized courier, addressed to the parties listed below which was incorporated by reference and made final in the w at their last-known mailing address.

☐ FACSIMILE: By sending the above-referenced document via facsimile to those persons listed on the attached service list at the facsimile numbers set forth thereon.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Nancy Arceneaux
An employee of Carlyon Cica Chtd.