**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: **X -APPLICABLE TO ALL CASES** <br><br> NUMALE CORPORATION, <br><br>  Debtor in Possession. | ) ) ) ) ) ) ) | Case No. 25-10341-NMC <br> Chapter 11 <br><br> **LEAD CASE** <br> Jointly Administered with: |
| In re: <br><br> FELICIANO NUMALE NEVADA PLLC, <br><br>  Debtor in Possession. | ) ) ) ) ) ) ) | Case No. 25-10342-NMC <br> Chapter 11 |
| In re: <br><br> NUMEDICAL SC, <br><br>  Debtor in Possession. | ) ) ) ) ) ) ) | Case No. 25-10343-NMC <br> Chapter 11 |
| In re: <br><br> NUMALE COLORADO SC, <br><br>  Debtor in Possession. | ) ) ) ) ) ) ) | Case No. 25-10344-NMC <br> Chapter 11 |
| In re: <br><br> NUMALE FLORIDA PLLC, <br><br>  Debtor in Possession. | ) ) ) ) ) ) ) | Case No. 25-10345-NMC <br> Chapter 11 |
| In re: <br><br> NUMALE NEBRASKA LLC, <br><br>  Debtor in Possession. | ) ) ) ) ) ) ) | Case No. 25-10346-NMC <br> Chapter 11 |
| In re: <br><br> NUMALE NEW MEXICO SC, <br><br>  Debtor in Possession. | ) ) ) ) ) ) ) | Case No. 25-10347-NMC <br> Chapter 11 |

**CERTIFICATE OF SERVICE REGARDING**
**APPLICATION TO EMPLOY LAW FIRM AS**
**ATTORNEY FOR DEBTOR IN POSSESSION**

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| IN RE: | CASE NO: 25-10341-NMC, 25-10342-NMC, 25-10343- |
|---|---|
| NUMALE CORPORATION<br>FELICIANO NUMALE NEVADA PLLC,<br>NUMEDICAL SC, NUMALE COLORADO SC,<br>NUMALE FLORIDA PLLC, NUMALE NEBRASKA LLC, NUMALE NEW MEXICO SC | **DECLARATION OF MAILING**<br>**CERTIFICATE OF SERVICE**<br>Chapter: 11 |

On 6/25/2025, I did cause a copy of the following documents, described below,

APPLICATION TO EMPLOY LAW FIRM AS ATTORNEY FOR DEBTORIN POSSESSION

NOTICE OF HEARING ON EMPLOYMENT APPLICATION

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/25/2025

/s/ David A. Riggi
David A. Riggi  4727

Riggi Law Firm
7900 W Sahara Ave
Las Vegas, NV  89117
702 463 7777
riggilaw@gmail.com

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>NUMALE CORPORATION<br>FELICIANO NUMALE NEVADA PLLC,<br>NUMEDICAL SC, NUMALE COLORADO SC,<br>NUMALE FLORIDA PLLC, NUMALE<br>NEBRASKA LLC, NUMALE NEW MEXICO SC | CASE NO: 25-10341-NMC, 25-10342-NMC, 25-10343-NMC, 25-10344-NMC, 25-10345-NMC, 25-10346-NMC, 25-10347-NMC<br><br>**CERTIFICATE OF SERVICE DECLARATION OF MAILING**<br><br>Chapter: 11 |

On 6/25/2025, a copy of the following documents, described below,

APPLICATION TO EMPLOY LAW FIRM AS ATTORNEY FOR DEBTORIN POSSESSION

NOTICE OF HEARING ON EMPLOYMENT APPLICATION

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/25/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
David A. Riggi
Riggi Law Firm
7900 W Sahara Ave
Las Vegas, NV  89117

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING      FELICIANO NUMALE NEVADA PLLC         FORD MOTOR CREDIT COMPANY LLC CO AIS
09782                                 6590 S RAINBOW BLVD                  PORT
CASE 25-10341-NMC                     LAS VEGAS NV 89118-3327              4515 N SANTA FE AVE DEPT APS
DISTRICT OF NEVADA                                                         OKLAHOMA CITY OK 73118-7901
LAS VEGAS
WED JUN 25 11-39-46 PDT 2025

                                                                           DEBTOR
NEWTEK SMALL BUSINESS FINANCE LLC     NUMALE COLORADO SC                   NUMALE CORPORATION
STEPHENS LAW OFFICES                  8200 E BELLEVIEW AVE                 6590 S RAINBOW BLVD
CO DAVID A STEPHENS                   GREENWOOD VILLAGE CO 80111-2883      LAS VEGAS NV 89118-3327
PO BOX 33130
LAS VEGAS NV 89133-3130



NUMALE FLORIDA TB PLLC                NUMALE NEBRASKA LLC                  NUMALE NEW MEXICO SC
500 WESTSHORE BLVD                    444 REGENCY PARKWAY DR               7920 WYOMING BLVD NE
TAMPA FL 33609-5003                   OMAHA NE 68114-3792                  ALBUQUERQUE NM 87109-6020



NUMEDICAL SC                          PROSPECT RAINBOW LLC                 TN DEPT OF REVENUE
2600 N MAYFAIR RD                     CO JOHNSON  GUBLER PC                CO TN ATTORNEY GENERALS OFFICE
WAUWATOSA WI 53226-1309               ATTN- RUSSELL G GUBLER ESQ           BANKRUPTCY DIVISION
                                      8831 W SAHARA AVE                    PO BOX 20207
                                      LAS VEGAS NV 89117-5865              NASHVILLE TN 37202-4015



444 REGENCY PARKWAY LLC               AMERICAN EXPRESS NATIONAL BANK       ARIZONA DEPARTMENT OF REVENUE
450 REGENCY PKWY STE 200              CO BECKET AND LEE LLP                OFFICE OF THE ARIZONA ATTORNEY GENERAL
OMAHA NE 68114-3777                   PO BOX 3001                          CO TAX BANKRUPTCY AND COLLECTION SCT
                                      MALVERN PA 19355-0701                2005 N CENTRAL AVE SUITE 100
                                                                           PHOENIX AZ 85004-1546



AUDACY                                AARON GARBER                         ACE RECOVERY GROUP LLC
11800 W GRANGE AVE                    WADSWORTH GARBER WARNER CONRARDY PC  ATTN DANIEL GOLD
HALES CORNERS WI 53130-1035           2580 W MAIN STREET SUITE 200         99 WALL STREET 4890
                                      LITTLETON CO 80120-4631              NEW YORK NY 10005-4301



ALEXANDER C DALE                      ARAPAHOE COUNTY GOVERNMENT TREASURER ARRAY MEDICAL
WARD AND SMITH PA                     5334 S PRINCE ST                     3440 SOJOURN DR 200
UNIVERSITY CORPORATE CENTER           LITTLETON CO 80120-1136              CARROLLTON TX 75006-2398
127 RACINE DRIVE
WILMINGTON NC 28403-8833



ATTORNEY GENERAL OF COLORADO          BASEL HASSOUN MD                     BASEL HASSOUN MD
1300 BROADWAY 8TH FLOOR               ATTN MICHAEL FURLONG ESQ             ATTN WAYNE ALLISON
DENVER CO 80203-2104                  STEPTOE  JOHNSON PLLC                2004 HUNTINGTON AVE
                                      210 PARK AVE STE 2300                NICHOLS HILLS OK 73116-5113
                                      OKLAHOMA CITY OK 73102-5661



BRIAN T FAHL                          BURR  FORMAN                         C T CORPORATION SYSTEM AS
825 N JEFFERSON STREET SUITE 500      ATTN EMILY TAUBE                     REPRESENTATIVE
MILWAUKEE WI 53202-3737               222 SECOND AVENUE SOUTH SUITE 2000   CO WOLTERS KLUWER LIEN SOLUTIONS
                                      NASHVILLE TENNESSEE 37201-2385       330 N BRAND BLVD STE 700
                                                                           GLENDALE CA 91203-2336
```

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| CENTRUMBELLVIEW LLC<br>DEPT  42512<br>POB 650823<br>DALLAS TX 75265-0823 | CLARK HILL<br>1700 S PAVILION CENTER DR STE 500<br>LAS VEGAS NV 89135-1864 | COX MEDIA<br>POB 50481<br>LOS ANGELES CA 90074-0481 |
| COX RADIO LLC<br>11300 4TH ST N<br>ST PETERSBURG FL 33716-2941 | CALIFORNIA STATE BOARD OF EQUALIZATION<br>ACCOUNT INFORMATION GROUP MIC 29<br>MICHIGAN DEPT OF TREASURY TAX POLICY D<br>94279-0029<br>ATTN- LITIGATION LIAISON<br>PO BOX 942879<br>SACRAMENTO CA 94279-0029 | CARLOS FELICIANO<br>HELLMAN JEFFREY LAW OFFICES<br>195 CHURCH ST 10TH FLR<br>NEW HAVEN CT 06510-2009 |
| CELTIC BANK<br>268 S STATE ST STE 300<br>SALT LAKE CITY UT 84111-5314 | CENTRUMBELLEVIEW LLC<br>CO FSB PROPERTY MANAGEMENT LLC<br>ATTN- MICHELLE BROKAW<br>8200 E BELLEVIEW AVE STE 102C<br>GREENWOOD VILLAGE CO 80111-2804 | CENTRUMBELLVIEW LLC<br>CO TROY SANDBERG ESQ<br>SANDBERG LAW LLC<br>17011 LINCOLN AVENUE 348<br>PARKER CO 80134-3144 |
| CERTAIN UNDERWRITERS AT LLOYDS<br>LONDON SYNDICATES 6232623<br>SIMPSON THACHER  BARTLETT LLP<br>425 LEXINGTON AVENUE<br>NEW YORK NY 10017-3954 | CERTAIN UNDERWRITERS AT LLOYDS LONDON<br>CO DAVID ZYLBERBERG<br>SIMPSON THACHER  BARTLETT LLP<br>425 LEXINGTON AVENUE<br>NEW YORK NY 10017-3954 | CITY OF MILWAUKEE<br>OFFICE OF CITY ATTORNEY<br>200 E WELLS ST ROOM 800<br>MILWAUKEE WI 53202-3551 |
| CIVIL PROCESS CLERK AT THE US ATTORNEY<br>HON MARKENZY LAPOINTE<br>US ATTORNEY<br>SOUTHERN DISTRICT OF FLORIDA<br>99 NE 4TH STREET<br>MIAMI FL 33132-2131 | CLARK CO ASSESSOR CO BANKRUPTCY CLERK<br>500 S GRAND CENTRAL PKWY<br>PO BOX 551401<br>LAS VEGAS NV 89155-1401 | CLARK CO TREASURER CO BANKRUPTCY CLERK<br>500 S GRAND CENTRAL PKSY<br>PO BOX 1220<br>LAS VEGAS NV 89125-1220 |
| CLARK CO TREASURER CO BANKRUPTCY CLERK<br>500 S GRAND CENTRAL PKWY<br>PO BOX 1220<br>LAS VEGAS NV 89125-1220 | COLORADO DEPARTMENT OF REVENUE<br>ATTN BANKRUPTCY DEPT RM 104<br>1881 PIERCE ST<br>LAKEWOOD CO 80214-1407 | CORPORATION SYSTEM AS REPRESENTATIVE<br>PO BOX 2576<br>SPRINGFIELD IL 62708-2576 |
| DEWITT PARULOL  MEEK PLLC<br>705 NW 4TH ST<br>OKLAHOMA CITY OK 73102-1616 | DLP FUNDING LLC<br>447 BROADWAY 2ND FLOOR UNIT 805<br>NEW YORK NY 10013 | DLP FUNDING LLC<br>CO LAW OFFICE OF JACOB Z WEINSTEIN<br>420 CENTRAL AVE STE 301<br>CEDARHURST NY 11516-1000 |
| EBF HOLDINGS LLC DBA EVEREST BUSINESS FUN<br>YOLDAY DIAZBARRETO ESQ<br>12496 NW 25 STREET<br>SWEETWATER FL 33182<br>SWEETWATER FL 33182-1505 | EFFECTV<br>PO BOX 415949<br>BOSTON MA 02241-5949 | ELAVON<br>CO TIMOTHY F FROST ESQ<br>7300 CHAPMAN HIGHWAY<br>KNOXVILLE TN 37920-6612 |
| EQUITY SALES FINANCE INC<br>1200 FORD ROAD STE A<br>HOPKINS MINNESOTA 55305-1616 | EVEREST BUSINESS FUNDING<br>102 W 38TH STREET 6TH FLR<br>NEW YORK NY 10018<br>GILBERT PRITT<br>17133 HOLLY WELL AVE<br>WIMAUMA FL 33598-2536 | FOX FUNDING GROUP LLC<br>CO JOE LIEBERMAN ESQ<br>LIEBERMAN AND KLESTZICK<br>POB 356<br>CEDARHURST NY 11516-0356 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| FORTIFI BANK<br>140 W HURON ST<br>BERLIN WI 54923-1546 | FOX FUNDING GROUP LLC<br>CO KAMINSKI LAW PLLC<br>PO BOX 247<br>GRASS LAKE MI 49240-0247 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>PO BOX 2952<br>SACRAMENTO CA 95812-2952 |
| GILE LAW GROUP<br>1180 N TOWN CENTER DR STE 100<br>LAS VEGAS NV 89144-6308 | GOOD KARMA BRANDS  WTMJ AM<br>POB 8609<br>CAROL STREAM IL 60197-8609 | GILBERT PRITT<br>17133 HOLLY WELL AVE<br>WIMAUMA FL 33598-2536 |
| GORDMAN LAKE REGENCY LLC<br>ATTN KATY REHAN ESQ<br>SMITH PAULEY<br>3555 FARNAM STREET STE 1000<br>OMAHA NE 68131-3302 | HARRISON MIRANDA<br>MCAFEE  TAFT<br>8TH FLOOR TWO LEADERSHIP SQUARE<br>211 N ROBINSON AVE<br>OKLAHOMA CITY OK 73102-7109 | HELLMAN JEFFREY LAW OFFICES OF LLC<br>195 CHURCH STREET<br>10TH FLOOR<br>NEW HAVEN CT 06510-2009 |
| HERSHEY DECKER DRAKE<br>10463 PARK MEADOWS DR STE 209<br>LONE TREE CO 80124-5355 | HOWARD AND HOWARD<br>3800 HOWARD HUGHES PKWY STE 1000<br>LAS VEGAS NV 89169-5958 | HYPORT DIGITAL N2<br>PO BOX 208092<br>DALLAS TX 75320-8092 |
| INNOVATIVE REAL ESTATE STRATEGIES<br>2975 S RAINBOW BLVD STE J<br>LAS VEGAS NV 89146-6598 | INTERNAL REVENUE SERVICE<br>ATTN BANKRUPTCY DEPT<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | JJT PROPERTIES LLC<br>CO SARA INVESTMENT REAL ESTATE LLC<br>6264 NESBITT ROAD<br>MADISON WI 53719-1819 |
| JEROME P GORDMAN<br>CO GORDMAN LAKE REGENCY LLC<br>444 REGENCY PARKWAY DR STE 202<br>OMAHA NE 68114-3779 | JOHN DODD ESQ<br>BAKER  MCKENZIE LLP<br>1111 BRICKELL AVENUE SUITE 1700<br>MIAMI FLORIDA 33131-4033 | JOHN T KIVUS<br>MORNINGSTAR LAW GROUP<br>434 FAYETTEVILLE STREET SUITE 2200<br>RALEIGH NC 27601-1893 |
| JUSTIN HIERSCHE<br>MCAFEE  TAFT<br>8TH FLOOR TWO LEADERSHIP SQUARE<br>211 N ROBINSON AVE<br>OKLAHOMA CITY OK 73102-7109 | KALAMATA CAPITAL GROUP LLC<br>CO STEVEN BERKOVITCH<br>BERKOVITCH  BOUSKILA PLLC<br>1545 US 202 SUITE 101<br>POMONA NY 10970-2951 | KLOS RADIO LLC<br>MATTHEW B BALTIERRA<br>44 E BROADWAY SUITE 530<br>TUSCON AZ 85701-1703 |
| KMA BODILY<br>1200 JOHN Q HAMMONS DR STE 500<br>MADISON WI 53717-2199 | KQRTFM RADIO<br>CO SZABO ASSOCIATES INC<br>3355 LENOX ROAD NE SUITE 945<br>ATLANTA GA 30326-1357 | KRAVIT HOVEL  KRAWCZYK<br>825 N JEFFERSON ST<br>MILWAUKEE WI 53202-3737 |
| KENZIE MARIE RAKES<br>MORNINGSTAR LAW GROUP<br>434 FAYETTEVILLE STREET SUITE 2200<br>RALEIGH NC 27601-1893 | KRAVIT HOVEL  KRAWCZYK SC<br>825 N JEFFERSON STREET FIFTH FLOOR<br>MILWAUKEE WI 53202-3737 | LAMAR COMPANIES<br>POB 746966<br>ATLANTA GA 30374-6966 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| MAYFAIR MALL<br>CO BROOKFIELD PROPERTIES<br>PO BOX 772816<br>CHICAGO IL 60677-0116 | MCR INC<br>2831 SAINT ROSE PKWY<br>HENDERSON NV 89052-4840 | MICHAEL A FURLONG<br>210 PARK AVENUE STE 2300<br>OKLAHOMA CITY OK 73102-5661 |
| MICHAEL E SANCHEZ<br>CO LORI BENCOE ESQ<br>9201 MONTGOMERY BLVD SUITE 404<br>ALBUQUERQUE NM 87111-2470 | MICHAEL E SANCHEZ<br>CO NICHOLAS ROWLEY ESQ<br>421 W WATER ST<br>DECORAH IA 52101-1731 | MIDWEST FAMILY MADISON<br>7 03 RAYOVAC DRIVE<br>MADISON WI 53711 |
| MASSACHUSETTS DEPARTMENT OF REVENUE<br>COLLECTIONS BUREAUBANKRUPTCY UNIT<br>PO BOX 7090<br>BOSTON MA 02204-7090 | MAYFAIR MALL LLC<br>ATTN GENERAL COUNSEL<br>BROOKFIELD PROPERTIES RETAIL<br>350 N ORLEANS ST STE 300<br>CHICAGO IL 60654-1607 | MAYFAIR MALL LLC<br>ATTN GENERAL MANAGER<br>2500 NORTH MAYFAIR RD<br>WAUWATOSA WI 53226-1464 |
| MCAFEE  TAFT<br>ATTN JUSTIN HIERSCHE<br>8TH FLOOR TWO LEADERSHIP SQUARE<br>211 N ROBINSON AVE<br>OKLAHOMA CITY OK 73102-7109 | MERUELO MEDIA LLC<br>ATTN ANN O HALL ESQ<br>2500 E SECOND STREET<br>RENO NV 89595-1200 | (P)MIAMI DADE COUNTY TAX COLLECTOR<br>ATTN WENDY MONTOYA<br>200 NW 2ND AVENUE<br>MIAMI FL 33128-1733 |
| MICHIGAN DEPARTMENT OF TREASURY TAX POLICY<br>ATTN LITIGATION LIAISON<br>2ND FLOOR AUSTIN BUILDING 430 WEST ALLE<br>LANSING MICHIGAN 48922-0001 | N2 COMPANY<br>CO ALEXANDER C DALE ESQ<br>WARD AND SMITH PA<br>UNIVERSITY CORPORATE CENTER<br>127 RACINE DRIVE<br>WILMINGTON NC 28403-8833 | N2 COMPANY<br>CO THOMAS C WOLF ESQ<br>WARD AND SMITH PA<br>751 CORPORATE CENTER DR STE 300<br>RALEIGH NC 27607-4873 |
| NEUBERT PEPE  MONTEITH PC<br>195 CHURCH ST<br>13TH FLOOR<br>NEW HAVEN CT 06510-4011 | NMC ILLINOIS LLC<br>2600 N MAYFAIR RD STE 1140<br>WAUWATOSA WI 53226-1308 | NUMALE ALBUQUERQUE LLC<br>2600 N MAYFAIR RD STE 1140<br>WAUWATOSA WI 53226-1308 |
| NUMALE CHICAGO LLC<br>2600 N MAYFAIR RD STE 1140<br>WAUWATOSA WI 53226-1308 | (P)NEBRASKA DEPARTMENT OF REVENUE<br>ATTN ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 | NEBRASKA STATE FARM SERVICE AGENCY<br>STATE EXECUTIVE DIRECTOR<br>1121 LINCOLN MALL SUITE 330<br>LINCOLN NEBRASKA 68508-2828 |
| NEVADA DEPARTMENT OF TAXATION<br>ATTN BANKRUPTCY SECTION<br>700 E WARM SPRINGS RD STE 200<br>LAS VEGAS NV 89119-4311 | NEVADA DEPT OF EMPL SECURITY<br>500 E 3RD ST<br>CARSON CITY NV 89713-0001 | NEW MEXICO DEPARTMENT OF WORKFORCE SOLUTIONS<br>FKA NM DEPARTMENT OF LABOR<br>401 BROADWAY NE<br>ALBUQUERQUE NM 87102-2301 |
| NEW MEXICO DEPARTMENT OF WORKFORCE SOLUTIONS<br>FKA NEW MEXICO DEPARTMENT OF LABOR<br>PO BOX 1928<br>ATTN- LEGAL SECTION<br>ALBUQUERQUE NM 87103-1928 | NEW MEXICO TAXATION  REVENUE DEPARTMENT<br>BANKRUPTCY UNIT<br>PO BOX 50129<br>ALBUQUERQUE NM 87181-0129 | NEWLANE FINANCE<br>PO BOX 7358<br>PHILADELPHIA PA 19101-7358 |

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| (P)ELIOT KIRSHNITZ<br>1981 MARCUS AVENUE SUITE 130<br>LAKE SUCCESS NY 11042-1046 | NUMALE GREEN BAY LLC<br>2600 N MAYFAIR ROAD SUITE 505<br>WAUWATOSA WI 53226-1306 | ONDECK AKA ODK CAPITAL LLC<br>4700 W DAYBREAK PKWY SUITE 200<br>ATTN- DIRECTOR OF OPERATIONS<br>SOUTH JORDAN UT 84009-5133 |
| PRIMO WATER<br>200 EAGLES LANDING BLVD<br>LAKELAND FL 33810-3058 | PAUL WEISS RIFKIND WHARTON  GARRISON LLP<br>ATTN SARAH HARNETT<br>1285 AVENUE OF THE AMERICAS<br>NEW YORK NY 10019-6031 | PROSPECT RAINBOW LLC<br>ATTN JEFFERY A BENDAVID ESQ<br>MORAN BRANDON BENDAVID MORAN<br>630 SOUTH FOURTH STREET<br>LAS VEGAS NV 89101-6604 |
| PROVENTURE CAPITAL LLC DBA<br>TOP TIER CAPITAL<br>NEUMBERT PEPE  MONTEITH PC<br>195 CHURCH ST 13TH FLR<br>NEW HAVEN CT 06510-2009 | PROVENTURE DBA TOP TIER<br>500 W PUTNAM AVE STE 1C<br>GREENWICH CT 06830-2947 | RELIANT CAPITAL LLC<br>ATTN OFFICER AGENT MANAGING AGENT<br>123 SOUTH BROAD STREET FLOOR 17<br>PHILADELPHIA PA 19109-1032 |
| RELIANT CAPITAL LLC<br>ATTN RHYEN FOSTER CUSTOMER SOLUTIONS<br>123 SOUTH BROAD STREET FLOOR 17<br>PHILADELPHIA PA 19109-1032 | REPEATMD INC<br>5599 SAN FELIPE 4TH FLR<br>HOUSTON TX 77056-2766 | RODEY DICKASON SLOAN AKIN  ROBB PA<br>ATTN EDWARD RICCO<br>201 THIRD STREET NW SUITE 2200<br>ALBUQUERQUE NEW MEXICO 87102-3380 |
| SBA US SMALL BUSINESS ADMINISTRATION<br>ATTN BANKRUPTCY DEPT<br>312 N SPRING STREET FLR 5<br>LOS ANGELES CA 90012-4701 | SMALL BUSINESS ADMINISTRATION<br>409 3RD STREET SW<br>WASHINGTON DC 20416-0002 | (P)STERICYCLE INC<br>2355 WAUKEGAN ROAD<br>BANNOCKBURN IL 60015-1503 |
| SECURED LENDER SOLUTIONS LLC<br>CO CORPORATION SERVICE COMPANY<br>801 ADLAI STEVENSON DR<br>SPRINGFIELD IL 62703-4261 | SECURITIES AND EXCHANGE COMMISSION<br>LOS ANGELES REGIONAL OFFICE<br>444 SOUTH FLOWER STREET SUITE 900<br>LOS ANGELES CALIFORNIA 90071-2934 | SOCIAL SECURITY ADMINISTRATION<br>OFFICE OF GENERAL COUNSEL<br>OFFICE OF PROGRAM LITIGATION BANKRUPTC<br>6401 SECURITY BLVD<br>BALTIMORE MD 21235-0001 |
| SPLIT USA INC<br>ATTN LEGAL DEPT OR ACCOUNTS PAYABLE<br>319 S COTEAU ST<br>PIERRE SD 57501-3187 | STATE OF NV DMV<br>ATTN LEGAL DIVISION<br>555 WRIGHT WAY<br>CARSON CITY NV 89711-0001 | STATE OF NEW MEXICO ATTORNEY GENERAL<br>OFFICE OF THE ATTORNEY GENERAL<br>PO DRAWER 1508<br>ATTN- LITIGATION DIVISION<br>SANTA FE NM 87504-1508 |
| STATE OF WISCONSIN<br>DWD  UNEMPLOYMENT INSURANCES BENEFITS<br>PO BOX 7888<br>MADISON WI 53707-7888 | STATE OF WISCONSIN<br>DWD  UNEMPLOYMENT INSURANCES TAXES<br>PO BOX 8914<br>MADISON WI 53708-8914 | THE LCF GROUP<br>LEGAL DEPARTMENT<br>3000 MARCUS AVE SUITE 2W15<br>NEW HYDE PARK NY 11042-1005 |
| (P)THE N2 COMPANY<br>ATTN SUPPORT TEAM<br>2093 PHILADELPHIA PIKE DRIVE 3202<br>CLAYMONT DE 19703-2424 | TOSOH BIOSCIENCE INC<br>3600 GANTZ ROAD<br>GROVE CITY OH 43123-1895 | TAMPA WESTSHORE 500 LLC<br>CO THE GREEN COMPANIES INC<br>9155 S DADELAND BLVD STE 1812<br>MIAMI FL 33156-2742 |

```
USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.
```

| | | |
|---|---|---|
| TENNESSEE DEPARTMENT OF REVENUE<br>CO TENNESSEE ATTORNEY GENERALS OF<br>BANKRUPTCY DIVISION<br>PO BOX 20207<br>NASHVILLE TN 37202-4015 | THE LCF GROUP INC<br>3000 MARCUS AVE STE 2W15<br>LAKE SUCCESS NY 11042-1005 | THOMAS C WOLFF<br>WARD AND SMITH PA<br>751 CORPORATE CENTER DRIVE SUITE 300<br>RALEIGH NC 27607-4873 |
| TIM ELSON ESQ<br>THE LAW OFFICES OF TIMOTHY ELSON<br>8965 S EASTERN AVE 382<br>LAS VEGAS NV 89123-4849 | TOP TIER CAPITAL<br>CO KAMINSKI LAW PLLC<br>PO BOX 247<br>GRASS LAKE MI 49240-0247 | TOP TIER CAPITAL LLC<br>CO RESIDENT AGENT OFFER AGENT MANAGI<br>615 SOUTH DUPONT HIGHWAY<br>DOVER DE 19901-4517 |
| US ATTORNEYS OFFICE   LINCOLN<br>487 FEDERAL BUILDING<br>100 CENTENNIAL MALL NORTH<br>LINCOLN NE 68508-3859 | US ATTORNEYS OFFICE   OMAHA<br>1620 DODGE STREET SUITE 1400<br>OMAHA NE 68102-1506 | US BANK NA DBA ELAN FINANCIAL SERVICES<br>BANKRUPTCY DEPARTMENT<br>PO BOX 108<br>SAINT LOUIS MO 63166-0108 |
| US DEPARTMENT OF HEALTH<br>AND HUMAN SERVICES<br>ACTING CHIEF COUNSEL<br>601 EAST 12TH STREET ROOM N1800<br>KANSAS CITY MO 64106-2818 | US SMALL BUSINESS ADMINISTRATION<br>MILWAUKEE DISTRICT OFFICE<br>CO WISCONSIN DISTRICT COUNSEL<br>310 W WISCONSIN AVE SUITE 580W<br>MILWAUKEE WI 53203-2274 | UNITED STATES ATTORNEYS OFFICE<br>ATTN CIVIL PROCESS CLERK<br>501 LAS VEGAS BLVD SOUTH SUITE 1100<br>LAS VEGAS NV 89101-6521 |
| UNITED STATES ATTORNEYS OFFICE<br>ATTN CIVIL PROCESS CLERK<br>501 LAS VEGAS BLVD SOUTH STE 1100<br>LAS VEGAS NV 89101-6521 | UNIVERSAL GUARDIAN ACCEPTANCE LLC<br>7505 NW TIFFANY SPRINGS PKWY STE 400<br>KANSAS CITY MO 64153-1592 | UNIVERSAL GUARDIAN ACCEPTANCE LLC<br>CO LIEN SOLUTIONS<br>PO BOX 29071<br>GLENDALE CA 91209-9071 |
| (P)VOX FUNDING LLC<br>100 PARK AVENUE 26TH FLOOR<br>NEW YORK NY 10017-5539 | WAYNE ALLISON<br>2004 HUNTINGTON AVE<br>NICHOLS HILLS OK 73116-5113 | WFNZFM<br>CO SZABO ASSOCIATES INC<br>3355 LENOX ROAD NE SUITE 945<br>ATLANTA GA 30326-1357 |
| WITI<br>POB 7410059<br>CHICAGO IL 60674-5059 | WYOMING OFFICE PARK LLC<br>CO BRUNACINI COMPANIES<br>POB 6363<br>ALBUQUERQUE NM 87197-6363 | WISCONSIN DEPARTMENT OF VETERANS<br>AFFAIRS<br>ATTN PHILLIP RANGSUEBSIN<br>PO BOX 7843<br>MADISON WI 53707-7843 |
| WYOMING OFFICE PARK LLC<br>CO THE CASH LAW FIRM<br>PO BOX 20718<br>ALBUQUERQUE NM 87154-0718 | YELP INC<br>PO BOX 204393<br>DALLAS TX 75320-4393 | |