**Jacob Nathan Rubin, M.D., F.A.C.C.**
4955 Van Nuys Blvd, No. 308
Sherman Oaks, CA 91403
**Telephone:** (818) 929-1455
**Email:** JNRubinMD@yahoo.com

*Patient Care Ombudsman*

RECEIVED
AND FILED DLS

JUL 03 2025

U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

In re:

NUMALE CORPORATION,

| | |
|---|---|
| AFFECTS THIS DEBTOR, | ☐ |
| AFFECTS FELICIANO NUMALE NEVADA PLLC, | ☐ |
| NUMEDICAL SC, | ☐ |
| NUMALE COLORADO SC, | ☐ |
| NUMALE FLORIDA TB PLLC, | ☐ |
| NUMALE NEBRASKA LLC, | ☐ |
| NUMALE NEW MEXICO SC, | ☐ |
| AFFECTS ALL DEBTORS, | ☒ |

Debtors.

Lead Case No. 25-10341-NMC
Chapter 11

*Jointly administered with*:

Feliciano NuMale Nevada PLLC,
Case No. 25-10342-NMC,

NuMedical SC,
Case No. 25-10343-NMC,

NuMale Colorado SC,
Case No. 25-10344-NMC,

NuMale Florida TB PLLC,
Case No. 25-10345-NMC,

NuMale Nebraska LLC,
Case No. 25-10346-NMC,

NuMale New Mexico SC,
Case No. 25-10347-NMC.

## FIRST REPORT BY PATIENT CARE OMBUDSMAN

## PURSUANT TO 11 U.S.C. §333(b)(2)

Jacob Nathan Rubin, M.D., F.A.C.C., the Patient Care Ombudsman appointed

under §333 of the Bankruptcy Code in the seven-jointly administered Chapter 11 cases of

1 NUMALE CORPORATION, et al. (hereinafter collectively, the "Debtor"), hereby submits

2 his first report to the Court regarding the quality of patient care provided to the Debtor's

3 patients.

## I.    INTRODUCTION

5 On January 22, 2025 (the "Petition Date"), seven related entities each filed a

6 voluntary petition under Chapter 11 of 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

7 These cases are jointly administered, with a lead case of "NUMALE CORPORATION, et

8 al."

9 The Debtor operates a network of specialized men's health clinics focused on

10 hormone therapy, erectile dysfunction, and other services related to male vitality. Although

11 most physical locations are no longer active, the Debtor has maintained continuity of

12 patient care through a telemedicine platform administered by qualified providers.

13 Because the Debtor operates facilities that provide care and medical service to

14 patients, these cases therefore qualify as a "health care business" as that term is defined in

15 Bankruptcy Code §101(27)(A). Under the Bankruptcy Abuse Prevention and Consumer

16 Protection Act of 2005, a patient care ombudsman must be appointed in the bankruptcy

17 case of a "health care business" to ensure that the medical care provided to patients is not

18 declining or being materially compromised during the bankruptcy.

19 Accordingly, the Court ordered [Docket No. 172] the appointment of a patient care

20 ombudsman ("PCO") pursuant to 11 U.S.C. §333 (a)(1) to monitor, and report to the

21 Court, the quality of patient care provided by the Debtors.

22 Following due diligence and interviews by the United States Trustee ("UST"),

23 Jacob Nathan Rubin, M.D., F.A.C.C. ("Dr. Rubin") was appointed as the Patient Care

24 Ombudsman (the "PCO") in these seven jointly administered Chapter 11 cases, as of April

25 30, 2025 [Docket No. 234].

26 This *first report* is submitted pursuant to 11 U.S.C. § 333 and Rule 2015.1 of the

27 Federal Rules of Bankruptcy Procedure and reflects the PCO's findings after six weeks of

28 oversight, including a physical inspection of the Las Vegas clinic and remote evaluations

1 of additional clinic sites formerly located in Illinois, Wisconsin, Nebraska, and New

2 Mexico.

3      This report documents the oversight methodology, clinical findings, regulatory

4 evaluations, and presents formal recommendations to ensure continued patient protection

5 and compliance with state and federal healthcare standards.

6

7     **II.**    **FACILITY BACKGROUND AND CORPORATE STRUCTURE**

8      Prior to filing for Chapter 11 bankruptcy protectoin, NuMale Corporation and its

9 affiliated entities operated a multi-state clinical network of men's health centers focused on

10 testosterone replacement therapy ("TRT"), erectile dysfunction management, and general

11 hormone health. These services included clinical consultation, laboratory evaluations,

12 medication prescribing, and routine follow-up care.

13      As of the petition date, the Debtor was operating in the following locations:

14 -Denver, Colorado

15 - Las Vegas, Nevada

16 - Omaha, Nebraska

17 - Albuquerque, New Mexico

18 - Ashwaubenon, Wisconsin

19      Each site was staffed by one or more physicians ("MD/DO"), nurse practitioners

20 ("NPs"), and/or physician assistants ("Pas"), with variable clinic volumes. Ancillary staff

21 included medical assistants, administrative coordinators, and clinical managers. Telehealth

22 options had already been introduced before the petition date and were scaled up

23 postpetition.

24     **III.**    **CONDITIONS TREATED**

25      The following outlines the common medical issues treated by the Debtor. Each

26 section is structured with a simple explanation of the condition's origin (pathology), the

27 symptoms patients typically report, how healthcare providers evaluate the condition, and

28 evidence-based treatment guidelines.

*A. Testosterone Replacement Therapy (Treatment for Low Testosterone)*

1. Pathology

Testosterone deficiency, also known as hypogonadism, occurs when the body does not produce enough of the male sex hormone testosterone. This can result from problems with the testicles themselves (primary hypogonadism), or from issues in the brain (specifically the pituitary gland or hypothalamus) that regulate hormone production (secondary hypogonadism). Testosterone is important for maintaining muscle mass, energy, mood, and sexual function. Deficiency can occur due to aging, injury, certain medications, or medical conditions such as obesity or type 2 diabetes.

2. Symptoms

Men with low testosterone often feel tired even after rest, have low interest in sex, experience difficulty getting or keeping an erection, lose muscle or strength, gain weight (especially in the belly), feel down or moody, and may have trouble focusing or remembering things.

3. Evaluation

Diagnosis starts with a blood test for testosterone levels, done early in the morning on two separate days to confirm consistently low results. If levels are low, additional blood tests may include:
- Hormones from the brain that control testosterone production
- Blood count (to check for thick blood)
- Cholesterol and liver function tests
- A test for prostate health called PSA (prostate-specific antigen)

4. Treatment Guidelines

According to the Endocrine Society and the American Urological Association, men with both symptoms and confirmed low testosterone may be treated with testosterone therapy. Treatment options include gels, injections, skin patches, or implants. Monitoring is done every few months to ensure testosterone levels are in range and that the blood is not too thick. Recent research, including a 2023 study in the New England Journal of

Medicine, found that testosterone therapy did not raise the risk of heart attacks or strokes in men at risk for heart disease when properly monitored.

### B. Hormonal Balance and Wellness Therapy

1. Pathology

Hormonal imbalance refers to a condition where the levels of one or more hormones in the body are either too low or too high. In men, this often involves testosterone, thyroid hormones (which regulate energy and metabolism), stress hormones (like cortisol), or estrogen (a hormone typically found in lower amounts in men). These imbalances may not meet criteria for a disease but can still cause troubling symptoms. Factors such as chronic stress, poor sleep, aging, or underlying health issues can contribute.

2. Symptoms

Some men have a mixture of symptoms that suggest imbalances in several hormones, not just testosterone. These symptoms may include low energy, poor sleep, weight gain, irritability, difficulty with concentration, low sex drive, and feelings of anxiety or depression.

3. Evaluation

Blood tests may check levels of:

- Testosterone and estrogen (to assess hormone balance)
- Thyroid hormones (which control metabolism)
- Stress hormones such as cortisol (measured in the morning)
- DHEA, a hormone made by the adrenal glands that supports energy and hormone production

4. Treatment Guidelines

There are no universal guidelines for treating mild hormone imbalances unless they meet specific definitions for hormone disorders. However, care is often guided by the Endocrine Society's recommendations and adjusted based on each patient's symptoms and

1  goals. Treatments may include low-dose thyroid support, stress management, testosterone

2  if clearly low, and DHEA supplementation. These are offered with careful follow-up to

3  assess symptom improvement and lab results over time.

4

5    *C. Medical Weight Loss (Treatment with Glp-1 Medications)*

6    1.  Pathology

7        Obesity is a chronic health condition that occurs when the body accumulates too

8  much fat, leading to increased risks of diabetes, heart disease, joint pain, and many other

9  conditions. It is caused by a mix of genetics, lifestyle, environment, and how the body

10  processes food and stores energy. GLP-1 medications (e.g. Ozempic, Monjaro,

11  Semeglutide, help treat obesity by mimicking natural hormones that regulate appetite,

12  insulin release, and digestion. They signal fullness to the brain and help reduce food intake

13  while improving blood sugar control.

14    2.  Symptoms

15        Patients seeking help with weight loss often report low energy, difficulty losing

16  weight despite effort, poor sleep, joint pain, and health problems such as high blood

17  pressure, high cholesterol, or prediabetes.

18    3.  Evaluation

19        Before starting medication for weight loss, the following are measured:

20  - Body weight and height (used to calculate BMI)

21  - Waist size (an indicator of belly fat)

22  - Blood sugar and A1c (long-term sugar control)

23  - Cholesterol levels

24  - Liver and kidney function

25  - Thyroid function (to rule out thyroid problems)

26  - For women, a pregnancy test (these medications should not be used during pregnancy)

27  ///

28  ///

4.  Treatment Guidelines

According to the American Association of Clinical Endocrinology (2024), these medications are approved for people with a body mass index (BMI) over 30, or over 27 if they have related health conditions. They are given as weekly injections and started at a low dose to reduce side effects such as nausea. Doses are slowly increased as tolerated. These medications work best when combined with healthy eating and activity. Recent clinical trials (SURMOUNT-4 and STEP-4) show that people can lose 15% to 20% of their body weight when staying on these medications long-term.

*D. Erectile Dysfunction (Difficulty Getting or Maintaining an Erection)*

1.  Pathology

Erectile dysfunction is the inability to get or keep an erection firm enough for sexual intercourse. It may be caused by reduced blood flow to the penis, nerve damage, hormone problems, or emotional and psychological stress. Medical conditions like high blood pressure, diabetes, and low testosterone often contribute to this condition. Healthy erections rely on a combination of physical and mental health working together.

2.  Symptoms

Men with this condition may have difficulty getting an erection, may not be able to maintain it long enough for sex, or may notice a drop in sexual desire. This can cause embarrassment, stress, or relationship concerns.

3.  Evaluation

Evaluation includes:

-   A detailed health history and a questionnaire about sexual function
-   Blood tests for testosterone, cholesterol, and blood sugar
-   In some cases, a test called a penile ultrasound may be done to assess blood flow in the penis

///

///

7

4.  <u>Treatment Guidelines</u>

The American Urological Association (2023) recommends that the first treatment for erectile dysfunction is usually pills that increase blood flow to the penis, such as sildenafil (Viagra) or tadalafil (Cialis). If testosterone is also low, then testosterone therapy may help, e.g. injectable testosterone pellets.

Intracavernosal injection therapy/Intracavernosal pharmacotherapy (ICP), a combination of several medications injected into the penis to maintain an erection. The potential side effect/complication is sustained erection (priapism) compromising vascularity. The treatment for priapism is an injection of a reversal agent into the penis.  If unsuccessful and lasting more than four hours, emergency local intravascular injection and drainage is performed by a urologist or trained emergency room provider to return normal blood flow to vital tissue.

In cases where emotional or psychological stress is involved, counseling may also be recommended. A recent 2024 review in the Journal of the American Medical Association confirmed that combining testosterone and erectile dysfunction medication is more effective in men who have low testosterone.

## IV.    <u>OVERSIGHT METHODOLOGY</u>

In accordance with the requirements of 11 U.S.C. § 333, the PCO employed a combination of in-person and virtual oversight methodologies. The PCO conducted an in-person inspection of the Las Vegas clinic, which included:

-   A guided walkthrough of all clinical areas, including intake rooms, medication storage areas, lab draw stations, and administrative offices
-   Review of operation protocols and example patient scenarios.
-   Interviews with medical providers (NPs and MDs), clinic managers, and administrative support staff

Subsequently, the PCO coordinated virtual oversight meetings with managers and providers at the other clinic sites using secure, HIPAA-compliant video conferencing

platforms. These virtual visits included remote tours of closed facilities (where access was available), review of operational policies, patient tracking procedures, and interviews with former site managers and remote care providers. All oversight efforts prioritized patient safety, continuity of care, vendor compliance, record retention, and licensure verification.

## V.   **FINDINGS**

### A.  *Staffing and Provider Access*

Each clinic employed a mix of licensed medical professionals including MDs, DOs, NPs, and PAs. The staff-to-patient ratio varied by location and service volume. Post-bankruptcy, NuMale successfully transitioned its clinical operations to a telehealth-first model, utilizing a centralized scheduling and documentation platform. Credential verification confirmed that all active providers maintain appropriate licensure in the states where they are delivering remote care. There were no identified interruptions in access to qualified providers.

### B.  *Continuity and Quality of Care*

The PCO confirmed that care continuity has been preserved for patients under active treatment plans. All clinics utilized a unified EMR system, and providers maintained documentation of virtual consultations, medication orders, and patient communications. Clinical protocols for hormone management and erectile dysfunction were standardized, and staff training materials and treatment guidelines were made available during review.

### C.  *Pharmacy and Medication Services*

The Debtor utilizes multiple licensed compounding pharmacies to prepare and ship medications directly to patients' homes. All providers interviewed confirmed the continued availability of medication and supplies. The Las Vegas clinic maintains limited medication inventory, which is securely stored, properly labeled, and monitored with temperature logs. Pharmacy logs reviewed on site were compliant with regulatory expectations.

///

///

### D. CLIA Compliance and Laboratory Oversight

The PCO reviewed CLIA documentation and internal laboratory reports from the Albuquerque, Omaha, and Denver sites. Each site held appropriate CLIA certification during operation. Two facilities had past minor deficiencies which were formally corrected and resolved through documented Plans of Correction. The Las Vegas site continues to draw labs, sending them to certified third-party laboratories.

### E. Infection Control and Environment of Care

The Las Vegas site was clean, organized, and compliant with infection control standards. PPE was stocked, surfaces were disinfected regularly, and waste management protocols were followed. Closed clinics had been properly decommissioned or transitioned without lingering waste, medication, or documentation onsite.

### F. Medical Records and Privacy Protections

Medical records are stored within a cloud-based EMR system, accessible only to authorized personnel. Each provider interviewed demonstrated awareness of HIPAA protocols and data security policies. No breaches, record access issues, or patient privacy complaints have been reported. Requests for record release are processed within regulated timeframes.

### G. Patient Feedback and Complaints

As of this report, the PCO has not received any formal patient complaints. Interviews with providers indicated that patients under contract have remained engaged with care plans, and administrative staff have responded to inquiries in a timely and professional manner.

### H. Financial Constraints and Vendor Engagement

Despite the ongoing bankruptcy process, NuMale has maintained good standing with its critical vendors. Compounding pharmacies, lab processors, IT vendors, and staffing services remain engaged. There have been no reported vendor disruptions that would adversely impact patient care.

///

*I.  Patient Transition and Discharge Planning*

Patients wishing to exit NuMale's care have been provided access to their records, treatment summaries, and referrals upon request. Staff are facilitating smooth transitions, with discharge protocols and documentation standards in place.

## VI.    **RECOMMENDATIONS**

Based on the findings outlined above, the PCO respectfully submits the following recommendations:

1.  The Medical Director should have backup coverage in case of unavailability.
2.  Maintain and continue the current telemedicine infrastructure to ensure continuity of care for all patients under active treatment agreements.
3.  Prioritize vendor relationships essential to patient care including compounding pharmacies, EMR providers, and lab processors to avoid disruption in services.
4.  Implement formal discharge and referral protocols for patients requesting transition, including documented handoffs and timely release of medical records.
5.  Maintain up-to-date CLIA certifications at any site performing laboratory functions or ensure proper closure procedures are followed.
6.  Ensure ongoing monitoring of provider licensure and DEA registration to support legal telehealth prescribing across all jurisdictions.
7.  Preserve electronic medical records in accordance with applicable federal and state record retention laws, with accessible portals for patient request fulfillment.
8.  Proactively communicate with patients regarding treatment status, telemedicine appointments, and available support resources during the reorganization process.
9.  Continue routine internal audits to verify compliance with HIPAA, pharmacy handling, and infection control standards, particularly at the remaining active Las Vegas location.

## VII.    CONCLUSION

The PCO has determined that NuMale Corporation and its affiliates have taken reasonable and appropriate actions to ensure patient care is continued safely and professionally during this Chapter 11 proceeding. There is no evidence of harm, abandonment, or disruption of services for patients receiving treatment under contract. Regulatory compliance, particularly in the areas of licensure, CLIA certification, EMR access, and HIPAA security, remains satisfactory.

The PCO will continue to monitor the operations of the Debtor, with a focus on telemedicine quality, vendor stability, and patient transition planning. Future reports will be submitted as required. Should any material changes in patient care conditions arise, a supplemental report will be provided to the court.

Dated: June 26, 2025

By: _____
Dr. Jacob Nathan Rubin, M.D., F.A.C.C.
*Patient Care Ombudsman*

**Appendix A: Summary of Documents Reviewed – Patient Care Ombudsman Report**

The following table provides an organized summary of documents reviewed as part of the PCO oversight process. Documents are sorted by clinic location and include the name, type, and a brief summary of each item.

| Clinic/Location | Document Name | Document Type | Summary |
|---|---|---|---|
| Numale Colorado – Denver | CMS-116.pdf | CLIA Application | Official CLIA form used to apply for laboratory certification and declare laboratory operations. |
| Numale Colorado – Denver | 06D2092622 7.18.24 2567.pdf | CLIA Survey | Survey report assessing compliance with CLIA standards; includes findings or declaration of no deficiencies. |
| Numale Colorado – Denver | Re_ 06D2092622 Numale Colorado, SC CLIA Survey Due.eml | CLIA Survey | Survey report assessing compliance with CLIA standards; includes findings or declaration of no deficiencies. |
| Numale Colorado – Denver | CMS-209.pdf | Lab Personnel Report | Details qualifications, roles, and responsibilities of lab personnel as required under CLIA regulations. |
| Numale Colorado – Denver | 06D2092622 7.18.24 No Def.pdf | Other | Miscellaneous document not categorized under a specific compliance, legal, or clinical protocol type. |
| Numale Colorado – Denver | 06D2092622 Numale Colorado.pdf | Other | Miscellaneous document not |

| | | | |
|---|---|---|---|
| | | | categorized under a specific compliance, legal, or clinical protocol type. |
| Numale Colorado – Denver | Denver CLIA Documents 7.18.2024 - signed.pdf | Other | Miscellaneous document not categorized under a specific compliance, legal, or clinical protocol type. |
| Numale Colorado – Denver | PRP - ED Treatment.pdf | Other | Miscellaneous document not categorized under a specific compliance, legal, or clinical protocol type. |
| Numale Colorado – Denver | Semaglutide Training 5 2023.pdf | Other | Miscellaneous document not categorized under a specific compliance, legal, or clinical protocol type. |
| Numale Colorado – Denver | ICP Guidelines -.pdf | Treatment Protocol | Outlines internal clinical guidelines and standardized treatment procedures used across the clinic. |
| Numale Colorado – Denver | Neograft Protocol Packet.pdf | Treatment Protocol | Outlines internal clinical guidelines and standardized treatment procedures used across the clinic. |
| Numale Colorado – Denver | NuWave Treatment Protocol.pdf | Treatment Protocol | Outlines internal clinical guidelines and standardized treatment procedures used across the clinic. |

| | | | |
|---|---|---|---|
| Numale Colorado – Denver | PRP - Hair Treatment Guidelines.pdf | Treatment Protocol | Outlines internal clinical guidelines and standardized treatment procedures used across the clinic. |
| Numale Colorado – Denver | TRT Guidelines.pdf | Treatment Protocol | Outlines internal clinical guidelines and standardized treatment procedures used across the clinic. |
| Numale Nebraska – Omaha | 2024 CMS 2567 omaha - numale nebraska, llc.pdf | CLIA Survey | Survey report assessing compliance with CLIA standards; includes findings or declaration of no deficiencies. |
| Numale Nebraska – Omaha | 2024 Pre-Survey Ltr Omaha - Numale Nebraska, LLC.pdf | CLIA Survey | Survey report assessing compliance with CLIA standards; includes findings or declaration of no deficiencies. |
| Numale Nebraska – Omaha | 2024 Survey Ltr Omaha - Numale Nebraska, LLC.pdf | CLIA Survey | Survey report assessing compliance with CLIA standards; includes findings or declaration of no deficiencies. |
| Numale Nebraska – Omaha | CLIA Survey Checklist Prep 7.25.2024.pdf | CLIA Survey | Survey report assessing compliance with CLIA standards; includes findings or declaration of no deficiencies. |
| Numale Nebraska – Omaha | Numale Nebraska, LLC - Survey Packet 6.2024 - Signed.pdf | CLIA Survey | Survey report assessing compliance with CLIA standards; includes findings |

| | | | or declaration of no deficiencies. |
|---|---|---|---|
| Numale Nebraska – Omaha | 2024 CMS 116 Omaha - Numale Nebraska, LLC.pdf | Other | Miscellaneous document not categorized under a specific compliance, legal, or clinical protocol type. |
| Numale Nebraska – Omaha | NuMale Nebraska, LLC - CMS209.pdf | Other | Miscellaneous document not categorized under a specific compliance, legal, or clinical protocol type. |
| Numale Nebraska – Omaha | NuMale Nebraska, LLC - CLIA Ownership Form.pdf | Ownership Disclosure | Documents ownership structure of the clinic, fulfilling compliance and regulatory transparency requirements. |
| Numale Nebraska – Omaha | Guidelines for Counting Tests.pdf | Test Volume & Method | Lists the tests performed at the clinic along with methods used and participation in proficiency testing. |
| Numale Nebraska – Omaha | NuMale Nebraska, LLC - List of Tests Performed.pdf | Test Volume & Method | Lists the tests performed at the clinic along with methods used and participation in proficiency testing. |
| Numale New Mexico – Albuquerque | 1. CMS-116 Application 2024.pdf | CLIA Application | Official CLIA form used to apply for laboratory certification and declare laboratory operations. |

| | Numale New Mexico – Albuquerque | 2567 - No deficiencies.pdf | CLIA Survey | Survey report assessing compliance with CLIA standards; includes findings or declaration of no deficiencies. |
|---|---|---|---|---|
| | Numale New Mexico – Albuquerque | 5. Preparing for CLIA survey.doc | CLIA Survey | Survey report assessing compliance with CLIA standards; includes findings or declaration of no deficiencies. |
| | Numale New Mexico – Albuquerque | Survey Announcement Letter.pdf | CLIA Survey | Survey report assessing compliance with CLIA standards; includes findings or declaration of no deficiencies. |
| | Numale New Mexico – Albuquerque | Compliance Letter.pdf | Correspondence | Official letters related to CLIA audits, inspections, or communications between regulatory agencies and clinics. |
| | Numale New Mexico – Albuquerque | 2. CMS-209 Laboratory Personnel Report - 01-2021.pdf | Lab Personnel Report | Details qualifications, roles, and responsibilities of lab personnel as required under CLIA regulations. |
| | Numale New Mexico – Albuquerque | Schedules and Statements Feliciano Numale Nevada PLLC.pdf | Legal Statement | Bankruptcy, compliance, or oversight-related legal filings and formal statements. |
| | Numale New Mexico – Albuquerque | Schedules and Statements | Legal Statement | Bankruptcy, compliance, or oversight-related |

| | | | |
|---|---|---|---|
| | NUMALE COLORADO SC.pdf | | legal filings and formal statements. |
| Numale New Mexico – Albuquerque | Schedules and Statements NUMALE CORPORATION.pdf | Legal Statement | Bankruptcy, compliance, or oversight-related legal filings and formal statements. |
| Numale New Mexico – Albuquerque | Schedules and Statements NUMALE FLORIDA TB PLLC.pdf | Legal Statement | Bankruptcy, compliance, or oversight-related legal filings and formal statements. |
| Numale New Mexico – Albuquerque | Schedules and Statements NUMALE NEBRASKA LLC.pdf | Legal Statement | Bankruptcy, compliance, or oversight-related legal filings and formal statements. |
| Numale New Mexico – Albuquerque | Schedules and Statements NUMALE NEW MEXICO SC.pdf | Legal Statement | Bankruptcy, compliance, or oversight-related legal filings and formal statements. |
| Numale New Mexico – Albuquerque | Schedules and Statements NUMEDICAL SC.pdf | Legal Statement | Bankruptcy, compliance, or oversight-related legal filings and formal statements. |
| Numale New Mexico – Albuquerque | 6. Standard Policy request.doc | Other | Miscellaneous document not categorized under a specific compliance, legal, or clinical protocol type. |
| Numale New Mexico – Albuquerque | App Chp 11 trustee.pdf | Other | Miscellaneous document not categorized under a specific compliance, legal, or clinical protocol type. |
| Numale New Mexico – Albuquerque | Mtn Appoint Trustee.pdf | Other | Miscellaneous document not categorized under a specific |

| | | | compliance, legal, or clinical protocol type. |
|---|---|---|---|
| Numale New Mexico – Albuquerque | Mtn Joint Admin.pdf | Other | Miscellaneous document not categorized under a specific compliance, legal, or clinical protocol type. |
| Numale New Mexico – Albuquerque | 4. Ownership form - signed.pdf | Ownership Disclosure | Documents ownership structure of the clinic, fulfilling compliance and regulatory transparency requirements. |
| Numale New Mexico – Albuquerque | 4. Ownership form.docx | Ownership Disclosure | Documents ownership structure of the clinic, fulfilling compliance and regulatory transparency requirements. |
| Numale New Mexico – Albuquerque | 3. Annual Test Volume-Methods-PT Program Form.doc | Test Volume & Method | Lists the tests performed at the clinic along with methods used and participation in proficiency testing. |
| Numale New Mexico – Albuquerque | 3. Annual Test Volume-Methods-PT Program Form.pdf | Test Volume & Method | Lists the tests performed at the clinic along with methods used and participation in proficiency testing. |

**CERTIFICATE OF SERVICE**

I hereby certify that I am over the age of 18 and not a party to the above-captioned case, and that on the **30th day of June 2025,** I caused to be served a true and correct copy of the **FIRST REPORT BY PATIENT CARE OMBUDSMAN PURSUANT TO 11 U.S.C. §333(b)(2)** in the following manner:

_____ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

\_\_\_**XX**\_\_ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

U.S. Bankruptcy Court - District of Nevada
*ATTN: Clerk of Court*
Foley Federal Building
300 Las Vegas Boulevard South
Las Vegas, NV 89101

\_\_\_\_(OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery <u>via</u>\_\_, at a collection facility maintained for such purpose, addressed to the party listed below on the date above written:

_____ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_____
Anna Jackson