Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: *Alyssa.Rogan@usdoj.gov*

Attorneys for United States Trustee
for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ AFFECTS ALL DEBTORS,<br><br>Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>*Jointly administered with*:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-NMC,<br><br>NuMedical SC,<br>Case No. 25-10343-NMC,<br><br>NuMale Colorado SC,<br>Case No. 25-10344-NMC,<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-NMC,<br><br>NuMale Nebraska LLC,<br>Case No. 25-10346-NMC,<br><br>NuMale New Mexico SC,<br>Case No. 25-10347-NMC.<br><br>Hearing Date: July 15, 2025<br>Hearing Time: 9:30 a.m.<br>Tel. Conf. Line: (833) 435-1820 |
|---|---|

1

Meeting ID: 161 166 2815
Passcode: 115788#

**STIPULATION BY AND BETWEEN THE UNITED STATES TRUSTEE AND DEBTORS OUT OF POSSESSION AS TO THE APPLICATION TO EMPLOY LAW FIRM AS ATTORNEY FOR DEBTORS IN POSSESSION**

The United States Trustee[1] (the "U.S. Trustee"), by and through the counsel, the above-referenced debtors now out-of-possession (the "Debtors-Out-Of-Possession"), and hereafter referred to as the "Parties"), by and through their proposed counsel, David A. Riggi of Riggi Law Firm ("Former Proposed Counsel"), hereby stipulate and agree as follows:

1. On January 22, 2025, the Debtors each filed voluntary chapter 11 petitions, which their President, Brad Palubicki ("Debtors' Representative"), signed, and the cases are being jointly administered.  [ECF Nos. 1 at 4, 209].

2. From the petition dates until the appointment of Michael W. Carmel ("Trustee") as trustee on April 7, 2025, the Debtors were represented by Former Proposed Counsel.  [*See generally* ECF docket; *see also* ECF Nos. 155, 156, 157].  Since the Trustee's appointment, the Debtors are now debtors-out-of-possession.

3. On March 19, 2025, the Debtors filed their initial applications seeking an order authorizing the employment of Former Proposed Counsel under 11 U.S.C. §§ 327 and 329, Federal Rules of Bankruptcy Procedure 2014 and 2016, and the Guidelines of the U.S. Department of Justice, Office of the United States Trustee – Region 17 ("Initial Applications") and the U.S. Trustee filed an objection.  [*See* ECF Nos. 81 at 1, 253, 254].

---

[1] Assistant United States Trustee Terri H. Didion is delegated the authority to perform the duties of the United States Trustee for Region 17.

4. Former Proposed Counsel and the OUST have attempted to resolve the U.S. Trustee's concerns, have requested continuances, which the Court has approved, resulting in Former Proposed Counsel filing the amended application ("Amended Application"). [ECF No. 365].

5. On June 26, 2025, the U.S. Trustee filed an objection to the Amended Application. [ECF No. 376].

6. The Parties have conferred, and Former Proposed Counsel has agreed to be employed under 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014; may seek compensation for fees and expenses incurred on behalf of the Debtors and the estates in accordance with 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, and the local rules of the United States Bankruptcy Court for the District of Nevada, and the Guidelines for Professional Compensation established by the Office of the U.S. Trustee; and, Former Proposed Counsel may seek costs, fees and expenses incurred prior to the entry of a Court Order; but will not seek relief pursuant to 11 U.S.C. § 328 or *Nunc Pro Tunc* relief.

7. The U.S. Trustee does not object to the employment of Former Proposed Counsel pursuant to the terms noted in paragraph 6, *supra*, and requests that the OUST be allowed to review and sign the Order granting the Amended Application if approved by the Court.

8. The Parties further agree that Former Proposed Counsel's employment is from the petition dates through April 7, 2025, which is the date of the Trustee's appointment. [*See* ECF Nos. 1, 155, 364 at 2].

//

//

//

| | |
|---|---|
| Dated: July 8, 2025 | Dated: July 8, 2025 |
| Prepared and submitted by: | Agreed and accepted by: |
| TERRI H. DIDION<br>ASSISTANT UNITED STATES TRUSTEE | RIGGI LAW FIRM |
| /s/ Alyssa A. Rogan<br>Justin C. Valencia, Esq.<br>Alyssa A. Rogan, Esq.<br>Trial Attorneys for United States Trustee | /s/ David A. Riggi<br>David A. Riggi, Esq.<br>Proposed Counsel for the Debtors-Out-Of-Possession |