1

2

3

4

5

6

7

8

9

10

11

12

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
| NUMALE CORPORATION, | *Jointly administered with:* |
| AFFECTS THIS DEBTOR,  ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| AFFECTS FELICIANO  ☐<br>NUMALE NEVADA PLLC, | NuMedical SC<br>Case No. 25-10343-nmc |
| NUMEDICAL SC,  ☐ | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| NUMALE COLORADO SC,  ☐ | |
| NUMALE FLORIDA TB PLLC,  ☐ | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| NUMALE NEBRASKA LLC,  ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| NUMALE NEW MEXICO SC,  ☐ | |
| NUMALE ALL DEBTORS,  ☒ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | Old Hearing Date:  July 15, 2025<br>Old Hearing Time: 9:30 a.m.<br><br>New Hearing Date: August 14, 2025<br>New Hearing Time: 10:00 a.m. |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1

2

**STIPULATION TO CONTINUE CHAPTER 11 TRUSTEE'S MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS, AS TO ACE RECOVERY GROUP**

3

4

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through undersigned counsel, and Ace Recovery Group ("Ace Recovery"), by and through its undersigned counsel (the Trustee and Ace Recovery together, the "Parties"), hereby stipulate and agree as follows:

5

6

7

8

9

10

WHEREAS, the Trustee has filed a Motion to Enforce the Automatic Stay and for Sanctions [ECF No. 339] (the "Motion"); and

11

12

13

WHEREAS, the Motion was originally set for hearing July 15, 2025, at 9:30 a.m. ("Original Hearing"), with attendant briefing deadlines established by Local Rule 9014 (the "Original Briefing Deadlines");

14

15

WHEREAS, on July 2, 2025, proposed local counsel for Ace Recovery contacted the Trustee and requested a continuance;

16

17

WHEREAS, on July 3, 2025, the Court continued the hearing on the Motion as to Top Tier Capital ("Top Tier") to August 14, 2025, at 10:00 a.m. [ECF Nos. 385-387];

18

19

20

21

WHEREAS, proposed local counsel for Ace Recovery did not engage, and on July 7, 2025, undersigned counsel for Ace Recovery, Wells Law PC, reached out to Trustee's counsel seeking a commensurate extension of the Original Deadlines and a continuance of the July 15, 2025, Original Hearing as to Ace Recovery;

22

23

24

25

26

27

WHEREAS, the Parties are in discussions regarding the Motion, and are amenable to a continuance of the Motion's Original Hearing to the same date and time presently set for the Motion as to Top Tier, August 14, 2025, at 10:00 a.m.; an extension of the briefing deadline for Ace Recovery's opposition to the Motion, to July 31, 2025; and a continuance of the Trustee's reply briefing deadline in support of the Motion, to August 7, 2025, in order to attempt to resolve the Motion.

28

2

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1    **NOW, THEREFORE**, subject to entry of the Order approving this Stipulation, which

2   Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree

3   as follows:

4        1.    That the hearing on the Motion, as to Ace Recovery, be continued to **August 14,**

5   **2025, at 10:00 a.m.**;

6        2.    That Ace Recovery shall have through **July 31, 2025**, to file its opposition to the

7   Motion;

8        3.    That the Trustee shall have through  **August 7, 2025**, to file its reply to Ace

9   Recovery's opposition to the Motion.

10   **IT IS SO STIPULATED.**

11   Dated this 8th day of July 2025.

12   GARMAN TURNER GORDON LLP          WELLS LAW PC

13   By: */s/Mary Langsner*                    By:  */s/Steven Wells*
         GREGORY E. GARMAN, ESQ.              STEVEN WELLS, ESQ.
14       TALITHA GRAY KOZLOWSKI, ESQ.         229 Warner Road
         MARY LANGSNER, Ph.D.                 Lancaster, New York
15       7251 Amigo Street, Suite 210
         Las Vegas, Nevada 89119              *Attorneys for Ace Recovery Group*
16
17       *Attorneys for Michael Carmel,*
         *Chapter 11 Trustee*

18

19

20

21

22

23

24

25

26

27

28