_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
July 10, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | |

| | |
|---|---|
| NUMALE ALL DEBTORS, ☒<br><br>Debtors. | NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Old Hearing Date: July 15, 2025<br>Old Hearing Time: 9:30 a.m.<br><br>**New Hearing Date:  August 14, 2025**<br>**New Hearing Time: 10:00 a.m.** |

**ORDER APPROVING**
**STIPULATION TO CONTINUE CHAPTER 11 TRUSTEE'S MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS, AS TO ACE RECOVERY GROUP**

Upon review of the *Stipulation to Continue Chapter 11 Trustee's Motion to Enforce the Automatic Stay and for Sanctions, as to Ace Recovery Group* ("Stipulation"), filed by Michael Carmel, as the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, by and through his counsel the law firm Garman Turner Gordon LLP ("Trustee"), and Ace Recovery Group ("Ace Recovery") (Ace Recovery and the Trustee together, the "Parties"), and good cause appearing therefore, the Court hereby orders as follows:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2. That the hearing on the Motion as to Ace Recovery is hereby continued to **August 14, 2025 at 10:00 a.m.**

3. That Ace Recovery shall have through July 31, 2025, to file opposition to the Motion.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

2

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

4. That the Trustee shall have through August 7, 2025, to reply to any opposition filed by Ace Recovery.

**IT IS SO ORDERED**.

Prepared and submitted by:

| GARMAN TURNER GORDON LLP | WELLS LAW PC |
|---|---|
| By: /s/ Mary Langsner<br>GREGORY E. GARMAN, ESQ.<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>MARY LANGSNER, Ph.D.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>*Attorneys for Michael Carmel,*<br>*Chapter 11 Trustee* | By: /s/ Steven Wells<br>STEVEN WELLS, ESQ.<br>229 Warner Road<br>Lancaster, New York<br>*Attorneys for Ace Recovery Group* |