# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   Nevada

In Re. NuMale Florida TB PLLC

§
§
§
§

Debtor(s)

Case No.   25-10345

Lead Case No.   25-10341

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 06/30/2025

Petition Date: 01/22/2025

Months Pending: 5

Industry Classification:  6  2  1  4

Reporting Method:              Accrual Basis ⦿          Cash Basis ◯

Debtor's Full-Time Employees (current):                           0

Debtor's Full-Time Employees (as of date of order for relief):    1

**Supporting  Documentation**  (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒    Statement of cash receipts and disbursements
☒    Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒    Statement of operations (profit or loss statement)
☒    Accounts receivable aging
☒    Postpetition liabilities aging
☐    Statement of capital assets
☐    Schedule of payments to professionals
☐    Schedule of payments to insiders
☒    All bank statements and bank reconciliations for the reporting period
☐    Description of the assets sold or transferred and the terms of the sale or transfer

/s/   Michael W. Carmel

Signature of Responsible Party

07/18/2025

Date

Michael W. Carmel, Esq.

Printed Name of Responsible Party

80 E. Columbus Avenue
Phoenix, Arizona 85012

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  NuMale Florida TB PLLC

Case No.  25-10345

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $555 | |
| b.  Total receipts (net of transfers between accounts) | $1,465 | $6,594 |
| c.  Total disbursements (net of transfers between accounts) | $1,037 | $5,745 |
| d.  Cash balance end of month (a+b-c) | $982 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $1,037 | $5,745 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | |
|---|---|---|
| a.  Accounts receivable (total net of allowance) | $20,493 | |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 | |
| c.  Inventory   ( Book ◯  Market ◯  Other ◉  (attach explanation)) | $0 | |
| d  Total current assets | $31,024 | |
| e.  Total assets | $40,092 | |
| f.  Postpetition payables (excluding taxes) | $9,040 | |
| g.  Postpetition payables past due (excluding taxes) | $0 | |
| h.  Postpetition taxes payable | $0 | |
| i.  Postpetition taxes past due | $0 | |
| j.  Total postpetition debt (f+h) | $9,040 | |
| k.  Prepetition secured debt | $0 | |
| l.  Prepetition priority debt | $0 | |
| m.  Prepetition unsecured debt | $39,317 | |
| n.  Total liabilities (debt) (j+k+l+m) | $48,357 | |
| o.  Ending equity/net worth (e-n) | $-8,265 | |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c.  Gross profit (a-b) | $0 | |
| d.  Selling expenses | $37 | |
| e.  General and administrative expenses | $0 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $-37 | $-9,671 |

Debtor's Name  NuMale Florida TB PLLC                                      Case No.  25-10345

## Part 5:  Professional Fees and Expenses

|  |  | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | |
|  | *Itemized Breakdown by Firm* | | | | |
|  | Firm Name | Role | | | |
| i |  |  |  |  |  |  |
| ii |  |  |  |  |  |  |
| iii |  |  |  |  |  |  |
| iv |  |  |  |  |  |  |
| v |  |  |  |  |  |  |
| vi |  |  |  |  |  |  |
| vii |  |  |  |  |  |  |
| viii |  |  |  |  |  |  |
| ix |  |  |  |  |  |  |
| x |  |  |  |  |  |  |
| xi |  |  |  |  |  |  |
| xii |  |  |  |  |  |  |
| xiii |  |  |  |  |  |  |
| xiv |  |  |  |  |  |  |
| xv |  |  |  |  |  |  |
| xvi |  |  |  |  |  |  |
| xvii |  |  |  |  |  |  |
| xviii |  |  |  |  |  |  |
| xix |  |  |  |  |  |  |
| xx |  |  |  |  |  |  |
| xxi |  |  |  |  |  |  |
| xxii |  |  |  |  |  |  |
| xxiii |  |  |  |  |  |  |
| xxiv |  |  |  |  |  |  |
| xxv |  |  |  |  |  |  |
| xxvi |  |  |  |  |  |  |
| xxvii |  |  |  |  |  |  |
| xxviii |  |  |  |  |  |  |
| xxix |  |  |  |  |  |  |
| xxx |  |  |  |  |  |  |
| xxxi |  |  |  |  |  |  |
| xxxii |  |  |  |  |  |  |
| xxxiii |  |  |  |  |  |  |
| xxxiv |  |  |  |  |  |  |
| xxxv |  |  |  |  |  |  |
| xxxvi |  |  |  |  |  |  |

Debtor's Name NuMale Florida TB PLLC                                    Case No. 25-10345

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |

Debtor's Name  NuMale Florida TB PLLC                                        Case No.  25-10345

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name NuMale Florida TB PLLC                                    Case No. 25-10345

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name NuMale Florida TB PLLC                                        Case No. 25-10345

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxvii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  NuMale Florida TB PLLC                                          Case No.  25-10345

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $1,358 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | | |
|---|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ | |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ | |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ | |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ | |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ | |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ | |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ | |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ | |
| i. | Do you have:   Worker's compensation insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| | General liability insurance? | Yes ◉  No ○ | |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○ | (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◉  No ○ | |
| k. | Has a disclosure statement been filed with the court? | Yes ◉  No ○ | |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ○ | |

Debtor's Name  NuMale Florida TB PLLC                                             Case No.  25-10345

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/  *Michael W. Carmel*                                              Michael W. Carmel, Esq.

Signature of Responsible Party                                        Printed Name of Responsible Party

Chapter 11 Trustee                                                    07/18/2025

Title                                                                 Date

Debtor's Name  NuMale Florida TB PLLC                                    Case No.  25-10345



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name NuMale Florida TB PLLC                                    Case No. 25-10345

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  NuMale Florida TB PLLC                                    Case No.  25-10345



PageThree



PageFour

**NuMale Florida TB PLLC**
## Cash Receipts & Disbursements
**June 2025**

| Type | Date | Num | Name | Memo | Receipts | Disb. | Balance |
|------|------|-----|------|------|---------:|------:|--------:|
| **10455 · Chase Bank - Dr x2370** | | | | | | | **554.75** |
| Deposit | 06/02/2025 | | Finix Credit Card Settlment | Patient Sales via Credit Card | 405.56 | | 960.31 |
| Check | 06/03/2025 | | Finix Credit Card Fees | Credit Card Discount Fees | | 4.57 | 955.74 |
| Deposit | 06/04/2025 | | Finix Credit Card Settlment | Patient Sales via Credit Card | 281.25 | | 1,236.99 |
| Check | 06/06/2025 | | Finix Credit Card Fees | Credit Card Discount Fees | | 5.35 | 1,231.64 |
| Deposit | 06/16/2025 | | Finix Credit Card Settlment | Patient Sales via Credit Card | 777.77 | | 2,009.41 |
| Check | 06/17/2025 | | Finix Credit Card Fees | Credit Card Discount Fees | | 0.10 | 2,009.31 |
| Check | 06/18/2025 | | Finix Credit Card Fees | Credit Card Discount Fees | | 27.11 | 1,982.20 |
| Check | 06/20/2025 | | Finix Credit Card Fees | Credit Card Discount Fees | | 0.02 | 1,982.18 |
| Bill Pmt -Check | 06/23/2025 | Transfer | NuMale Corporation (FL TB AP) | Memo:ransaction#: 25230145393 | | 1,000.00 | 982.18 |
| Total 10455 · Chase Bank - Dr x2370 | | | | | 1,464.58 | 1,037.15 | 982.18 |
| **TOTAL** | | | | | **1,464.58** | **1,037.15** | **982.18** |

# NuMale Florida TB PLLC
# Balance Sheet
### As of June 30, 2025

**ASSETS**

| | |
|---|---:|
| **Current Assets** | |
| **Checking/Savings** | |
| 10455 · Chase Bank - Dr x2370 | 982.18 |
| **Total Checking/Savings** | 982.18 |
| **Accounts Receivable** | |
| 11000 · Accounts Receivable | 20,493.14 |
| **Total Accounts Receivable** | 20,493.14 |
| **Other Current Assets** | |
| 10998 · Fox Funding Lien - NuMale Corp | 9,549.00 |
| **Total Other Current Assets** | 9,549.00 |
| **Total Current Assets** | 31,024.32 |
| **Other Assets** | |
| 18801 · Precomputed Interest on Loan | 9,067.50 |
| **Total Other Assets** | 9,067.50 |
| **TOTAL ASSETS** | **40,091.82** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 9,040.01 |
| **Total Accounts Payable** | 9,040.01 |
| **Other Current Liabilities** | |
| 23500 · Due to NuMale Entitiies | |
| 23512 · Due to Feliciano NuMale Nevada | 7,000.00 |
| **Total 23500 · Due to NuMale Entitiies** | 7,000.00 |
| 24501 · EBF Holdings Payable | 32,317.50 |
| **Total Other Current Liabilities** | 39,317.50 |
| **Total Current Liabilities** | 48,357.51 |
| **Total Liabilities** | 48,357.51 |
| **Equity** | |
| 30050 · Capital Stock | 100.00 |
| 30300 · Equity - Dr. | 40,278.57 |
| 32000 · Retained Earnings | (37,202.19) |
| Net Income | (11,442.07) |
| **Total Equity** | (8,265.69) |
| **TOTAL LIABILITIES & EQUITY** | **40,091.82** |

Page 1 of 1

**NuMale Florida TB PLLC**
## Profit & Loss
**June 2025**

|  | Jun 25 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
| 40000 · Clinical Patient Income | 0.00 |
| **Total Income** | 0.00 |
| **Cost of Goods Sold** | 0.00 |
| **Gross Profit** | 0.00 |
| **Expense** | |
| 62200 · Credit Card Discount Fees | 37.15 |
| 63700 · NMC Management Fees | 0.00 |
| 73000 · Facility Mngt Fee Expense | 0.00 |
| 64450 · Medical Subscriptions & Svcs | 0.00 |
| 66000 · Payroll Expenses | 0.00 |
| **Total Expense** | 37.15 |
| **Net Ordinary Income** | (37.15) |
| **Other Income/Expense** | |
| **Other Expense** | |
| 77250 · US Trustee Quarterly Fees | 0.00 |
| **Total Other Expense** | 0.00 |
| **Net Other Income** | 0.00 |
| **Net Income** | (37.15) |

**NuMale Florida TB PLLC**
**NuMale Tampa LLC**
## A/R Aging Summary
As of June 30, 2025

| First Name | MRI # | Month 1-9 | Month 10 | Month 11 | Month 12 | Month 13+ | TOTAL |
|---|---|---|---|---|---|---|---|
| Steve | 64656 | 0.00 | 0.00 | 0.00 | 0.00 | 416.69 | 416.69 |
| Juan | | 0.00 | 0.00 | 0.00 | 0.00 | 384.04 | 384.04 |
| Stanley J | 80726 | 0.00 | 0.00 | 0.00 | 0.00 | 150.00 | 150.00 |
| Melvin | 49476 | 0.00 | 0.00 | 0.00 | 0.00 | 1,463.93 | 1,463.93 |
| Carlos | 36929 | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 2,000.00 |
| Todd | 42747 | 0.00 | 0.00 | 0.00 | 0.00 | 1,875.00 | 1,875.00 |
| Harold | | 0.00 | 0.00 | 0.00 | 0.00 | 1,900.00 | 1,900.00 |
| Michael | 80779 | 0.00 | 0.00 | 0.00 | 0.00 | 2,600.01 | 2,600.01 |
| Ricardo | 66046 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Anthony | 82150 | 1,350.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 |
| Richard | 80890 | 0.00 | 0.00 | 0.00 | 0.00 | 833.35 | 833.35 |
| Bryan | 39467 | 0.00 | 0.00 | 0.00 | 0.00 | 1,615.00 | 1,615.00 |
| Alan | 36493 | 0.00 | 0.00 | 0.00 | 0.00 | 2,047.50 | 2,047.50 |
| Edel | 81871 | 0.00 | 0.00 | 0.00 | 0.00 | 2,700.00 | 2,700.00 |
| David | | 0.00 | 0.00 | 0.00 | 0.00 | 820.00 | 820.00 |
| Jimmy | 35523 | 0.00 | 0.00 | 0.00 | 0.00 | 141.72 | 141.72 |
| Hector | 35805 | 0.00 | 0.00 | 0.00 | 0.00 | 1,080.00 | 1,080.00 |
| Luis | 57409 | 0.00 | 0.00 | 0.00 | 0.00 | 1,050.00 | 1,050.00 |
| George | 28666 | 0.00 | 0.00 | 0.00 | 0.00 | 2,849.00 | 2,849.00 |
| Samuel | 45968 | 0.00 | 0.00 | 0.00 | 0.00 | 1,768.75 | 1,768.75 |
| Nathaniel | 16505 | 0.00 | 0.00 | 0.00 | 0.00 | 702.00 | 702.00 |
| Jeff | | 0.00 | 0.00 | 0.00 | 0.00 | 254.16 | 254.16 |
| Angel | 82153 | 2,025.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2,025.00 |
| James | 65746 | 1,687.50 | 0.00 | 0.00 | 0.00 | 0.00 | 1,687.50 |
| Anouar | 81925 | 0.00 | 0.00 | 0.00 | 0.00 | 1,616.23 | 1,616.23 |
| Anson | 50540 | 0.00 | 0.00 | 0.00 | 0.00 | 212.01 | 212.01 |
| Terry | 26817 | 0.00 | 0.00 | 0.00 | 0.00 | 1,666.67 | 1,666.67 |
| Ken | 62697 | 0.00 | 0.00 | 0.00 | 0.00 | 6,299.00 | 6,299.00 |
| Arthur | 80161 | 0.00 | 0.00 | 0.00 | 0.00 | 3,500.00 | 3,500.00 |
| George | 80892 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Frank | | 0.00 | 0.00 | 0.00 | 0.00 | 748.07 | 748.07 |
| Michael | 55638 | 0.00 | 0.00 | 0.00 | 0.00 | 2,800.00 | 2,800.00 |
| Charles | 80495 | 0.00 | 0.00 | 0.00 | 0.00 | 4,237.92 | 4,237.92 |
| Carlton | 39470 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 |
| Moshamba | 81755 | 0.00 | 0.00 | 0.00 | 0.00 | 2,400.00 | 2,400.00 |
| Edwin | 27611 | 0.00 | 0.00 | 0.00 | 0.00 | 1,480.00 | 1,480.00 |
| Sergio | | 0.00 | 0.00 | 0.00 | 0.00 | 330.00 | 330.00 |
| Carlos | 33200 | 0.00 | 0.00 | 0.00 | 0.00 | 3,200.00 | 3,200.00 |
| Steven | 28531 | 0.00 | 0.00 | 0.00 | 0.00 | 2,400.00 | 2,400.00 |
| Michael | 47332 | 0.00 | 0.00 | 0.00 | 0.00 | 4,549.63 | 4,549.63 |
| Charles | 35392 | 0.00 | 0.00 | 0.00 | 0.00 | 520.00 | 520.00 |

| First Name | MRI # | Month 1-9 | Month 10 | Month 11 | Month 12 | Month 13+ | TOTAL |
|---|---|---|---|---|---|---|---|
| Glenford | 62341 | 0.00 | 0.00 | 0.00 | 0.00 | 56.15 | 56.15 |
| Jeremiah | 81443 | 833.35 | 0.00 | 0.00 | 0.00 | 0.00 | 833.35 |
| Michael | 80847 | 0.00 | 0.00 | 0.00 | 0.00 | 1,900.00 | 1,900.00 |
| Michael | 55769 | 0.00 | 0.00 | 0.00 | 0.00 | 152.12 | 152.12 |
| Rajkumar | 49625 | 0.00 | 0.00 | 0.00 | 0.00 | 2,800.00 | 2,800.00 |
| William | | 0.00 | 0.00 | 0.00 | 0.00 | 2,000.00 | 2,000.00 |
| Arnold | 82114 | 0.00 | 1,866.67 | 0.00 | 0.00 | 0.00 | 1,866.67 |
| James (Chris) | 34778 | 0.00 | 0.00 | 0.00 | 0.00 | 1,687.50 | 1,687.50 |
| Ervin | 37564 | 0.00 | 0.00 | 0.00 | 0.00 | 1,655.13 | 1,655.13 |
| Kevin | 80843 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Everard | 80433 | 0.00 | 0.00 | 0.00 | 0.00 | 1,250.01 | 1,250.01 |
| Thomas | | 0.00 | 0.00 | 0.00 | 0.00 | 596.51 | 596.51 |
| Michael | 81963 | 0.00 | 0.00 | 0.00 | 0.00 | 666.65 | 666.65 |
| Joe | | 0.00 | 0.00 | 0.00 | 0.00 | 360.00 | 360.00 |
| Robert | 80689 | 0.00 | 0.00 | 0.00 | 0.00 | 1,777.78 | 1,777.78 |
| Joey | 68870 | 0.00 | 0.00 | 0.00 | 0.00 | 2,200.00 | 2,200.00 |
| Thomas | 80243 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| David | 81836 | 0.00 | 0.00 | 0.00 | 0.00 | 2,625.00 | 2,625.00 |
| Donald | 81650 | 0.00 | 0.00 | 0.00 | 0.00 | 2,800.00 | 2,800.00 |
| Carlton Jr | 28916 | 0.00 | 0.00 | 0.00 | 0.00 | 930.00 | 930.00 |
| Jonathan | 81813 | 0.00 | 0.00 | 0.00 | 0.00 | 1,388.00 | 1,388.00 |
| Chappelle | 65806 | 0.00 | 0.00 | 0.00 | 0.00 | 2,321.75 | 2,321.75 |
| Larry | 31878 | 0.00 | 0.00 | 0.00 | 0.00 | 750.00 | 750.00 |
| William | 81613 | 0.00 | 0.00 | 0.00 | 0.00 | 1,700.00 | 1,700.00 |
| David | 81729 | 0.00 | 0.00 | 0.00 | 0.00 | 2,025.00 | 2,025.00 |
| Gregory | 69082 | 0.00 | 0.00 | 0.00 | 0.00 | 1,000.00 | 1,000.00 |
| Alexis | 80648 | 0.00 | 0.00 | 0.00 | 0.00 | 388.96 | 388.96 |
| Richard | | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 | 1,350.00 |
| Justin | | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 1,800.00 |
| Sergio | 80626 | 0.00 | 0.00 | 0.00 | 0.00 | 2,700.00 | 2,700.00 |
| Richard | 49269 | 0.00 | 0.00 | 0.00 | 0.00 | 1,100.00 | 1,100.00 |
| Al | | 0.00 | 0.00 | 0.00 | 0.00 | 676.83 | 676.83 |
| Antonio | 80711 | 0.00 | 0.00 | 0.00 | 0.00 | 2,666.67 | 2,666.67 |
| Patrick | 43354 | 0.00 | 0.00 | 0.00 | 0.00 | 1,478.00 | 1,478.00 |
| David | 61468 | 0.00 | 0.00 | 0.00 | 0.00 | 311.15 | 311.15 |
| Rogelio | | 0.00 | 0.00 | 0.00 | 0.00 | 1,015.74 | 1,015.74 |
| Sai | 50129 | 1,575.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,575.00 |
| Thomas | 80903 | 0.00 | 0.00 | 0.00 | 0.00 | 1,900.00 | 1,900.00 |
| John | 47461 | 0.00 | 0.00 | 0.00 | 0.00 | 951.00 | 951.00 |
| Andre | 80848 | 0.00 | 0.00 | 0.00 | 0.00 | 211.12 | 211.12 |
| Anthony | 51383 | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 | 1,400.00 |
| Jeffery | 26166 | 0.00 | 0.00 | 0.00 | 0.00 | 500.00 | 500.00 |
| Dennis | 57568 | 0.00 | 0.00 | 0.00 | 0.00 | 3,375.00 | 3,375.00 |
| Ozzie | 51357 | 0.00 | 0.00 | 0.00 | 0.00 | 2,800.00 | 2,800.00 |
| Donald | | 0.00 | 0.00 | 0.00 | 0.00 | 380.00 | 380.00 |
| Trevor | 36320 | 0.00 | 0.00 | 0.00 | 0.00 | 640.00 | 640.00 |

| First Name | MRI # | Month 1-9 | Month 10 | Month 11 | Month 12 | Month 13+ | TOTAL |
|---|---|---|---|---|---|---|---|
| Mohhamed | 21724 | 400.00 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 |
| Ozzie | 68191 | 0.00 | 0.00 | 0.00 | 0.00 | 1,465.00 | 1,465.00 |
| Donald | | 0.00 | 0.00 | 0.00 | 0.00 | 1,380.00 | 1,380.00 |
| Robert | 45150 | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 | 1,600.00 |
| David | 82020 | 0.00 | 0.00 | 1,925.00 | 0.00 | 0.00 | 1,925.00 |
| Michael | 82106 | 0.00 | 800.00 | 0.00 | 0.00 | 0.00 | 800.00 |
| Richard | 80915 | 0.00 | 0.00 | 0.00 | 0.00 | 317.20 | 317.20 |
| Quilin | 80203 | 0.00 | 0.00 | 0.00 | 0.00 | 999.00 | 999.00 |
| Charles | 33038 | 0.00 | 0.00 | 0.00 | 0.00 | 533.38 | 533.38 |
| Frantz | 80284 | 0.00 | 0.00 | 0.00 | 0.00 | 1,458.34 | 1,458.34 |
| Daniel | 14406 | 1,533.32 | 0.00 | 0.00 | 0.00 | 0.00 | 1,533.32 |
| Kenny | 69494 | 0.00 | 0.00 | 0.00 | 0.00 | 4,389.59 | 4,389.59 |
| Michael | 41244 | 0.00 | 0.00 | 0.00 | 0.00 | 740.00 | 740.00 |
| Daniel | | 0.00 | 0.00 | 0.00 | 0.00 | 565.90 | 565.90 |
| Michael | 43420 | 0.00 | 0.00 | 0.00 | 0.00 | 450.00 | 450.00 |
| Justin | 65201 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Donald | 81882 | 0.00 | 0.00 | 0.00 | 0.00 | 2,200.00 | 2,200.00 |
| Keith | 80337 | 0.00 | 0.00 | 0.00 | 0.00 | 2,666.67 | 2,666.67 |
| Weslee | 81211 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Antonio | 37228 | 0.00 | 0.00 | 0.00 | 0.00 | 555.00 | 555.00 |
| Jason | 80296 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 | 900.00 |
| Donald | 38937 | 0.00 | 0.00 | 0.00 | 0.00 | 320.00 | 320.00 |
| Loy | 40092 | 0.00 | 0.00 | 0.00 | 0.00 | 2,200.00 | 2,200.00 |
| Michael | 61339 | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 | 1,400.00 |
| Lance | 51331 | 0.00 | 0.00 | 0.00 | 0.00 | 2,722.83 | 2,722.83 |
| George | 34341 | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 1,800.00 |
| Charles | | 0.00 | 0.00 | 0.00 | 0.00 | 711.15 | 711.15 |
| Alfred | 50771 | 0.00 | 0.00 | 0.00 | 0.00 | 1,875.00 | 1,875.00 |
| Vincent | | 0.00 | 0.00 | 0.00 | 0.00 | 734.70 | 734.70 |
| Michael | 80873 | 0.00 | 0.00 | 0.00 | 0.00 | 2,525.00 | 2,525.00 |
| Salvatore | 63530 | 0.00 | 0.00 | 0.00 | 0.00 | 1,664.89 | 1,664.89 |
| Todd | 80985 | 0.00 | 0.00 | 0.00 | 0.00 | 600.90 | 600.90 |
| John | 81853 | 0.00 | 0.00 | 0.00 | 0.00 | 2,250.00 | 2,250.00 |
| Patrick | 36915 | 0.00 | 0.00 | 0.00 | 0.00 | 1,480.00 | 1,480.00 |
| Jeff | | 0.00 | 0.00 | 0.00 | 0.00 | 758.98 | 758.98 |
| Michael | 47422 | 0.00 | 0.00 | 0.00 | 0.00 | 1,920.00 | 1,920.00 |
| Steve | 81640 | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 1,800.00 |
| Allen | 28402 | 0.00 | 0.00 | 0.00 | 0.00 | 1,260.00 | 1,260.00 |
| Christopher | 54432 | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 | 1,200.00 |
| William | 45762 | 0.00 | 0.00 | 0.00 | 0.00 | 208.36 | 208.36 |
| Jontrell | 43979 | 0.00 | 0.00 | 0.00 | 0.00 | 2,800.00 | 2,800.00 |
| Leon | 41313 | 0.00 | 0.00 | 0.00 | 0.00 | 700.00 | 700.00 |
| Steven | 81378 | 0.00 | 0.00 | 0.00 | 0.00 | 542.72 | 542.72 |
| David | 81997 | 0.00 | 0.00 | 0.00 | 0.00 | 4,549.00 | 4,549.00 |
| William | 41450 | 0.00 | 0.00 | 0.00 | 0.00 | 900.00 | 900.00 |
| Richard | | 0.00 | 0.00 | 0.00 | 0.00 | 2,400.00 | 2,400.00 |

| First Name | MRI # | Month 1-9 | Month 10 | Month 11 | Month 12 | Month 13+ | TOTAL |
|---|---|---|---|---|---|---|---|
| Wyndal | | 0.00 | 0.00 | 0.00 | 0.00 | 726.23 | 726.23 |
| Trent | 80703 | 0.00 | 0.00 | 0.00 | 0.00 | 755.60 | 755.60 |
| Harold (Jake) | 37882 | 0.00 | 0.00 | 0.00 | 0.00 | 2,075.88 | 2,075.88 |
| Kevin | 82159 | 1,575.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1,575.00 |
| Fred | | 0.00 | 0.00 | 0.00 | 0.00 | 2,434.69 | 2,434.69 |
| Sean | 34667 | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 1,800.00 |
| Michael | 43828 | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 | 1,600.00 |
| | | 3,500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 3,500.00 |
| Daniel | 80328 | 288.92 | 0.00 | 0.00 | 0.00 | 0.00 | 288.92 |
| Daniel (Mark) | 36409 | 0.00 | 0.00 | 0.00 | 0.00 | 2,200.00 | 2,200.00 |
| Milton | 81858 | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 1,800.00 |
| John | 31483 | 0.00 | 0.00 | 0.00 | 0.00 | 1,260.00 | 1,260.00 |
| Cliff | 62325 | 0.00 | 0.00 | 0.00 | 0.00 | 400.00 | 400.00 |
| Michael | 81311 | 0.00 | 0.00 | 0.00 | 0.00 | 1,458.34 | 1,458.34 |
| Kenneth | | 0.00 | 0.00 | 0.00 | 0.00 | 403.30 | 403.30 |
| Peterson | 58017 | 0.00 | 0.00 | 0.00 | 0.00 | 1,458.34 | 1,458.34 |
| Dorman Troy | 45688 | 0.00 | 0.00 | 0.00 | 0.00 | 2,100.00 | 2,100.00 |
| Antawn | 81387 | 0.00 | 0.00 | 0.00 | 0.00 | 2,672.86 | 2,672.86 |
| Arthur | 29961 | 0.00 | 0.00 | 0.00 | 0.00 | 1,650.00 | 1,650.00 |
| James | 81947 | 0.00 | 0.00 | 0.00 | 0.00 | 1,350.00 | 1,350.00 |
| Kenneth | | 0.00 | 0.00 | 0.00 | 0.00 | 1,300.00 | 1,300.00 |
| Hector | 81308 | 0.00 | 0.00 | 0.00 | 0.00 | 830.00 | 830.00 |
| Robert | 81927 | 0.00 | 0.00 | 0.00 | 0.00 | 1,081.00 | 1,081.00 |
| David | 41683 | 0.00 | 0.00 | 0.00 | 0.00 | 3,150.00 | 3,150.00 |
| Scott | | 0.00 | 0.00 | 0.00 | 0.00 | 1,200.00 | 1,200.00 |
| Paul | 66258 | 0.00 | 0.00 | 0.00 | 0.00 | 4,238.51 | 4,238.51 |
| Radford | | 0.00 | 0.00 | 0.00 | 0.00 | 720.00 | 720.00 |
| Patrick | 35545 | 0.00 | 0.00 | 0.00 | 0.00 | 1,440.00 | 1,440.00 |
| Mario | | 0.00 | 0.00 | 0.00 | 0.00 | 2,750.00 | 2,750.00 |
| Michael | 34150 | 0.00 | 0.00 | 0.00 | 0.00 | 2,800.00 | 2,800.00 |
| Thomas | | 0.00 | 0.00 | 0.00 | 0.00 | 1,891.27 | 1,891.27 |
| Douglas | | 0.00 | 0.00 | 0.00 | 0.00 | 681.05 | 681.05 |
| Willie | 80754 | 0.00 | 0.00 | 0.00 | 0.00 | 1,900.00 | 1,900.00 |
| Joseph | 44654 | 0.00 | 0.00 | 0.00 | 0.00 | 2,990.00 | 2,990.00 |
| Daniel | 53966 | 0.00 | 0.00 | 0.00 | 0.00 | 833.35 | 833.35 |
| Robert | 45796 | 0.00 | 0.00 | 0.00 | 0.00 | 2,449.00 | 2,449.00 |
| Carolyn | 82049 | 0.00 | 0.00 | 0.00 | 833.38 | 0.00 | 833.38 |
| Jeremy | 80325 | 0.00 | 0.00 | 0.00 | 0.00 | 1,433.34 | 1,433.34 |
| Jose | 45878 | 0.00 | 0.00 | 0.00 | 0.00 | 350.00 | 350.00 |
| Wesley | 57807 | 0.00 | 0.00 | 0.00 | 0.00 | 1,458.34 | 1,458.34 |
| Calvin | 30967 | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 1,800.00 |
| Delbert | 34078 | 0.00 | 0.00 | 0.00 | 0.00 | 6,200.00 | 6,200.00 |
| David | 65335 | 0.00 | 0.00 | 0.00 | 0.00 | 3,800.00 | 3,800.00 |
| Mark | 43875 | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 | 1,400.00 |
| Ryan | 80935 | 0.00 | 0.00 | 0.00 | 0.00 | 1,816.68 | 1,816.68 |
| John | 39500 | 0.00 | 0.00 | 0.00 | 0.00 | 1,710.00 | 1,710.00 |

| First Name | MRI # | Month 1-9 | Month 10 | Month 11 | Month 12 | Month 13+ | TOTAL |
|---|---|---|---|---|---|---|---|
| Charles | | 0.00 | 0.00 | 0.00 | 0.00 | 2,432.75 | 2,432.75 |
| Jesus | 80600 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| Ronnie | 36234 | 0.00 | 0.00 | 0.00 | 0.00 | 1,250.00 | 1,250.00 |
| Delano E | | 0.00 | 0.00 | 0.00 | 0.00 | 1,832.75 | 1,832.75 |
| Steven | | 0.00 | 0.00 | 0.00 | 0.00 | 1,960.00 | 1,960.00 |
| Joshua | 70568 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Edward | 81457 | 300.00 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 |
| Javier | 54639 | 0.00 | 0.00 | 0.00 | 0.00 | 416.69 | 416.69 |
| Donald | 48408 | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 | 1,400.00 |
| Ernest | 46318 | 0.00 | 0.00 | 0.00 | 0.00 | 1,400.00 | 1,400.00 |
| Alvin | 43121 | 0.00 | 0.00 | 0.00 | 0.00 | 1,800.00 | 1,800.00 |
| William | | 0.00 | 0.00 | 0.00 | 0.00 | 1,660.00 | 1,660.00 |
| Lloyd | 30423 | 0.00 | 0.00 | 0.00 | 0.00 | 2,165.00 | 2,165.00 |
| Paul | 66107 | 0.00 | 0.00 | 0.00 | 0.00 | 1,041.68 | 1,041.68 |
| Ricardo | 36229 | 0.00 | 0.00 | 0.00 | 0.00 | 166.72 | 166.72 |
| Antonio | 32602 | 0.00 | 0.00 | 0.00 | 0.00 | 180.00 | 180.00 |
| Peter | | 0.00 | 0.00 | 0.00 | 0.00 | 372.66 | 372.66 |
| James | 45515 | 0.00 | 0.00 | 0.00 | 0.00 | 800.00 | 800.00 |
| Zachary | 44397 | 0.00 | 0.00 | 0.00 | 0.00 | 300.00 | 300.00 |
| Chris | 29967 | 0.00 | 0.00 | 0.00 | 0.00 | 149.00 | 149.00 |
| Keith | 30613 | 0.00 | 0.00 | 0.00 | 0.00 | 200.00 | 200.00 |
| Randall | 29419 | 0.00 | 0.00 | 0.00 | 0.00 | 874.00 | 874.00 |
| Richard | 35404 | 0.00 | 0.00 | 0.00 | 0.00 | 1,440.00 | 1,440.00 |
| Robert | 32314 | 0.00 | 0.00 | 0.00 | 0.00 | 1,600.00 | 1,600.00 |
| Roy | | 0.00 | 0.00 | 0.00 | 0.00 | 3,332.91 | 3,332.91 |
| Kenneth | 81930 | 0.00 | 0.00 | 0.00 | 0.00 | 2,075.00 | 2,075.00 |
| Brandon | 81423 | 0.00 | 0.00 | 0.00 | 0.00 | 1,666.67 | 1,666.67 |
| Riccardo | 65290 | 0.00 | 0.00 | 0.00 | 0.00 | 1,666.67 | 1,666.67 |
| George | 36229 | 0.00 | 0.00 | 0.00 | 0.00 | 5,234.49 | 5,234.49 |
| Matthew | 81299 | 0.00 | 0.00 | 0.00 | 0.00 | 1,900.00 | 1,900.00 |
| Robert | | 0.00 | 0.00 | 0.00 | 0.00 | 825.00 | 825.00 |
| Roger | | 0.00 | 0.00 | 0.00 | 0.00 | 2,500.00 | 2,500.00 |
| Timothy | 60945 | 0.00 | 0.00 | 0.00 | 0.00 | 416.69 | 416.69 |
| TOTAL | | 15,068.09 | 2,666.67 | 1,925.00 | 833.38 | 305,966.82 | 326,459.96 |

| | | |
|---|---|---|
| NuMale Florida TB | | 20,493.14 |
| NuMale Tampa | | 305,966.82 |
| | | 326,459.96 |

## NuMale Tampa LLC / NuMale Florida TB PLLC
# A/P Aging Summary
### As of June 30, 2025

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| KMA Bodilly CPA | 0.00 | 0.00 | 0.00 | 0.00 | 3,063.50 | 3,063.50 |
| NuMale Corp - 2015 Invoices | 0.00 | 0.00 | 0.00 | 0.00 | 115,000.00 | 115,000.00 |
| Numale Corp. | 0.00 | 0.00 | 0.00 | 0.00 | 2,039,549.22 | 2,039,549.22 |
| NuMale Corporation (FL TB AP) | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 | 4,000.00 |
| NuMale Tampa LLC - Mngt Fees | 0.00 | 0.00 | 0.00 | 0.00 | 5,040.01 | 5,040.01 |
| Stericycle, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 229.98 | 229.98 |
| Tampa Westshore 500, LLC | 0.00 | 5,839.16 | 0.00 | 0.00 | 17,336.77 | 23,175.93 |
| TOTAL | 0.00 | 5,839.16 | 0.00 | 0.00 | 2,184,219.48 | 2,190,058.64 |

## NuMale Florida TB PLLC
# A/P Aging Summary
### As of June 30, 2025

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| NuMale Corporation (FL TB AP) | 0.00 | 0.00 | 0.00 | 0.00 | 4,000.00 | 4,000.00 |
| NuMale Tampa LLC - Mngt Fees | 0.00 | 0.00 | 0.00 | 0.00 | 5,040.01 | 5,040.01 |
| TOTAL | 0.00 | 0.00 | 0.00 | 0.00 | 9,040.01 | 9,040.01 |

## NuMale Tampa LLC
# A/P Aging Summary
### As of June 30, 2025

|  | Current | 1 - 30 | 31 - 60 | 61 - 90 | > 90 | TOTAL |
|---|---|---|---|---|---|---|
| KMA Bodilly CPA | 0.00 | 0.00 | 0.00 | 0.00 | 3,063.50 | 3,063.50 |
| NuMale Corp - 2015 Invoices | 0.00 | 0.00 | 0.00 | 0.00 | 115,000.00 | 115,000.00 |
| Numale Corp. | 0.00 | 0.00 | 0.00 | 0.00 | 2,039,549.22 | 2,039,549.22 |
| Stericycle, Inc. | 0.00 | 0.00 | 0.00 | 0.00 | 229.98 | 229.98 |
| Tampa Westshore 500, LLC | 0.00 | 5,839.16 | 0.00 | 0.00 | 17,336.77 | 23,175.93 |
| TOTAL | 0.00 | 5,839.16 | 0.00 | 0.00 | 2,175,179.47 | 2,181,018.63 |



**CHASE** ⬤

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218-2051

May 31, 2025 through June 30, 2025

Account Number: ⬛⬛⬛⬛⬛⬛2370



---

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00376672 DRE 703 219 18225 NNNNNNNNNNN  1 000000000 64 0000

NUMALE FLORIDA TB, PLLC
DEBTOR-IN-POSSESSION CASE NO 25-10345
2600 N MAYFAIR RD STE 1140
WAUWATOSA WI 53226-1308

---

## CHECKING SUMMARY

Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$554.75** |
| Deposits and Additions | 3 | 1,464.58 |
| Electronic Withdrawals | 6 | -1,037.15 |
| **Ending Balance** | **9** | **$982.18** |

Your Chase Platinum Business Checking account provides:
* No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
* 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
* $25,000 in cash deposits per statement cycle
* Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account - please refer to your Deposit Account Agreement for more information.

---

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/03 | Orig CO Name:Numale Medical      Orig ID:1043575881 Desc Date:250602 CO Entry Descr:Settlementsec:CCD   Trace#:291471025355331 Eed:250603   Ind ID:D3Dbe9Bf-1950-4      Ind Name:Numale Florida Tb Pllc Trn: 1545355331Tc | $405.56 |
| 06/06 | Orig CO Name:Numale Medical      Orig ID:1043575881 Desc Date:250605 CO Entry Descr:Settlementsec:CCD   Trace#:291471020845896 Eed:250606   Ind ID:D3Dbe9Bf-1950-4      Ind Name:Numale Florida Tb Pllc Trn: 1570845896Tc | 281.25 |
| 06/18 | Orig CO Name:Numale Medical      Orig ID:1043575881 Desc Date:250617 CO Entry Descr:Settlementsec:CCD   Trace#:291471025500300 Eed:250618   Ind ID:D3Dbe9Bf-1950-4      Ind Name:Numale Florida Tb Pllc Trn: 1695500300Tc | 777.77 |
| **Total Deposits and Additions** | | **$1,464.58** |

CHASE

May 31, 2025 through June 30, 2025
Account Number: ▮▮▮▮▮▮▮▮▮▮▮2370

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 06/03 | Orig CO Name:Numale Medical        Orig ID:1043575881 Desc Date:250602 CO Entry Descr:Settlementsec:CCD    Trace#:291471025355232 Eed:250603   Ind ID:D3Dbe9Bf-1950-4 Ind Name:Numale Florida Tb Pllc Trn: 1545355232Tc | $4.57 |
| 06/06 | Orig CO Name:Numale Medical        Orig ID:1043575881 Desc Date:250605 CO Entry Descr:Settlementsec:CCD    Trace#:291471020845866 Eed:250606   Ind ID:D3Dbe9Bf-1950-4 Ind Name:Numale Florida Tb Pllc Trn: 1570845866Tc | 5.35 |
| 06/17 | Orig CO Name:Numale Medical        Orig ID:1043575881 Desc Date:250616 CO Entry Descr:Settlementsec:CCD    Trace#:291471027636233 Eed:250617   Ind ID:D3Dbe9Bf-1950-4 Ind Name:Numale Florida Tb Pllc Trn: 1687636233Tc | 0.10 |
| 06/18 | Orig CO Name:Numale Medical        Orig ID:1043575881 Desc Date:250617 CO Entry Descr:Settlementsec:CCD    Trace#:291471025500334 Eed:250618   Ind ID:D3Dbe9Bf-1950-4 Ind Name:Numale Florida Tb Pllc Trn: 1695500334Tc | 27.11 |
| 06/20 | Orig CO Name:Numale Medical        Orig ID:1043575881 Desc Date:250618 CO Entry Descr:Settlementsec:CCD    Trace#:291471028104044 Eed:250620   Ind ID:D3Dbe9Bf-1950-4 Ind Name:Numale Florida Tb Pllc Trn: 1718104044Tc | 0.02 |
| 06/23 | 06/23 Online Transfer To Chk ...9865 Transaction#: 25230145393 | 1,000.00 |
| **Total Electronic Withdrawals** | | **$1,037.15** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 06/03 | $955.74 |
| 06/06 | 1,231.64 |
| 06/17 | 1,231.54 |
| 06/18 | 1,982.20 |
| 06/20 | 1,982.18 |
| 06/23 | 982.18 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



May 31, 2025 through June 30, 2025

Account Number: ▓▓▓▓▓▓▓▓2370



---

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**

---





May 31, 2025 through June 30, 2025

Account Number:                    2370

This Page Intentionally Left Blank

Bank Reconciliations
NuMale Florida TB, PLLC

|  | Chase Bank |
|---|---|
|  | 6/30/2025 |
| Balance Sheet Balance | $982.18 |
| Bank Statement Balance | $982.18 |
| Variance | $0.00 |

Reconciling Items:

| Total Reconciling Items | $0.00 |
|---|---|
| Variance | $0.00 |