_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
July 21, 2025

___

Terri H. Didion, Assistant United States Trustee
State Bar No. CA 133491
Justin C. Valencia, Trial Attorney
State Bar No. NE 25375 | State Bar No. IA AT0012006
Alyssa A. Rogan, Trial Attorney
State Bar No. CA 354257
United States Department of Justice
Office of the U.S. Trustee
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Facsimile: (702) 388-6658
Email: *Alyssa.Rogan@usdoj.gov*

Attorneys for Peter C. Anderson
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | | | Lead Case No. 25-10341-NMC<br>Chapter 11 |
|---|---|---|---|
| NUMALE CORPORATION, | | | *Jointly administered with*: |
| AFFECTS THIS DEBTOR, | | ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-NMC, |
| AFFECTS FELICIANO<br>NUMALE NEVADA PLLC, | | ☐ | NuMedical SC,<br>Case No. 25-10343-NMC, |
| NUMEDICAL SC, | | ☐ | |
| NUMALE COLORADO SC, | | ☐ | NuMale Colorado SC,<br>Case No. 25-10344-NMC, |
| NUMALE FLORIDA TB PLLC, | | ☐ | NuMale Florida TB PLLC,<br>Case No. 25-10345-NMC, |
| NUMALE NEBRASKA LLC, | | ☐ | |

1

| | | |
|---|---|---|
| NUMALE NEW MEXICO SC, | ☐ | NuMale Nebraska LLC, Case No. 25-10346-NMC, |
| AFFECTS ALL DEBTORS, | ☒ | NuMale New Mexico SC, Case No. 25-10347-NMC. |
| Debtors. | | Hearing Date: July 15, 2025<br>Hearing Time: 9:30 a.m.<br>Tel. Conf. Line: (833) 435-1820<br>Meeting ID: 161 166 2815<br>Passcode: 115788# |

### ORDER GRANTING APPLICATION TO EMPLOY LAW FIRM AS ATTORNEY FOR DEBTORS IN POSSESSION

The amended *Application to Employ Law Firm as Attorney for Debtors in Possession* ("Amended Application") [ECF No. 365], having come on before this Honorable Court; with appearances by David A. Riggi, Esq. of Riggi Law Firm ("Former Proposed Counsel"), for the above-named debtors-out-of-possession, Justin C. Valencia, Esq. and Alyssa A. Rogan, Esq. for the U.S. Trustee, and other appearances as reflected on the record; the Court having reviewed the *Stipulation by and Between the United States Trustee and Debtors Out Of Possession as to the Application to Employ Law Firm As Attorney For Debtors In Possession* ("Stipulation") [ECF No. 392]; the Court having stated on the record its findings of fact an conclusions of law, which are incorporated herein pursuant to Federal Rule of Bankruptcy Procedure 9014(c) and 7052, and Federal Rule of Civil Procedure 52, with good cause having been shown,

**IT IS ORDERED** that the Amended Application is GRANTED[1];

**IT IS FURTHER ORDERED** that Former Proposed Counsel shall be employed pursuant to 11 U.S.C. § 327(a) and Fed. R. Bankr. P. 2014;

---

[1] On March 19, 2025, the above-named debtors-out-of-possession filed an initial application ("Initial Application") seeking to employ Former Proposed Counsel. [ECF No. 81]. This Order moots the Initial Application.

2

**IT IS FURTHER ORDERED** that the period of employment shall be from January 22, 2025 (the petition dates), through April 7, 2025, which is the date of the chapter 11 trustee's appointment [ECF No. 155];

**IT IS FURTHER ORDERED** that Former Proposed Counsel may seek compensation for fees and expenses incurred on behalf of the above-named debtors-out-of-possession and their estates in accordance with 11 U.S.C. §§ 330 and 331, the Federal Rules of Bankruptcy Procedure, and the local rules of the United States Bankruptcy Court for the District of Nevada, and the Guidelines for Professional Compensation established by the Office of the U.S. Trustee; and

**IT IS FURTHER ORDERED** that Former Proposed Counsel may seek costs, fees and expenses incurred prior to the entry of a Court Order but will not seek relief pursuant to 11 U.S.C. § 328 or *Nunc Pro Tunc* relief.

**IT IS SO ORDERED**.

///

Respectfully submitted by:

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: */s/ Alyssa A. Rogan*
    Justin C. Valencia, Esq.
    Alyssa A. Rogan, Esq.
    Trial Attorneys for United States Trustee

3

**LOCAL RULE 9021 CERTIFICATION**

In accordance with LR 9021(c), the Attorney submitting this document certifies as follows:

☐ The court has waived the requirement of approval set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all Attorneys who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

Approved

/s/ *David A. Riggi*
David A. Riggi, Esq.
Attorney for the Debtors-Out-Of-Possession

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

I declare under penalty of perjury that the foregoing is true and correct.

Date: July 15, 2025                Respectfully submitted,

                                   PETER C. ANDERSON
                                   UNITED STATES TRUSTEE

                                   By: /s/ *Alyssa A. Rogan*
                                       Justin C. Valencia, Esq.
                                       Alyssa A. Rogan, Esq.
                                       Trial Attorneys for United States Trustee

                                              ###