GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc |
| | Chapter 11 |
| NUMALE CORPORATION, | |
| | *Jointly administered with:* |
| AFFECTS THIS DEBTOR, ☐ | |
| | Feliciano NuMale Nevada PLLC, |
| AFFECTS FELICIANO ☐ | Case No. 25-10342-nmc |
| NUMALE NEVADA PLLC, | |
| | NuMedical SC |
| NUMEDICAL SC, ☐ | Case No. 25-10343-nmc |
| | |
| NUMALE COLORADO SC, ☐ | NuMale Colorado SC, |
| | Case No. 25-10344-nmc |
| NUMALE FLORIDA TB PLLC, ☐ | |
| | NuMale Florida TB PLLC, |
| NUMALE NEBRASKA LLC, ☐ | Case No. 25-10345-nmc |
| | |
| NUMALE NEW MEXICO SC, ☐ | NuMale Nebraska LLC |
| | Case No. 25-10346-nmc |
| NUMALE ALL DEBTORS, ☒ | |
| | NuMale New Mexico SC |
| Debtors. | Case No. 25-10347-nmc |
| | |
| | Previous Status Conference: |
| | Date: July 22, 2025 |
| | Time: 11:45 a.m. |
| | |
| | **Continued Status Conference**: |
| | Date: July 29, 2025 |
| | Time: 9:30 a.m |

### NOTICE OF CONTINUED STATUS CONFERENCE

PLEASE TAKE NOTICE that the status conference on July 22, 2025, at 11:45 a.m., has been continued to the **29th day of July 2025, at 9:30 a.m.**, and will be conducted telephonically.

NOTICE IS FURTHER GIVEN that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court.  Parties are permitted to appear telephonically by dialing (833) 435-1820 and entering meeting ID (if applicable): 161 166 2815 and entering access code or passcode 115788#.

DATED this 22nd day of July, 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119

    *Attorneys for Michael Carmel,*
    *Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000