GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | Hearing Date: August 14, 2025<br>Hearing Time: 10:00 a.m. |

**STIPULATION TO DISMISS TOP TIER CAPITAL FROM TRUSTEE'S MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS**

1

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through undersigned counsel, and Top Tier Capital ("Top Tier"), by and through its undersigned counsel (the Trustee and Top Tier together, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on or about On January 22, 2025 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned bankruptcy cases (collectively, the "Chapter 11 Cases"). *See, e.g.*, ECF No. 1.

WHEREAS, in Schedules filed on or about February 26, 2025, Debtor Feliciano NuMale Nevada PLLC scheduled "Proventure dba Top Tier" at 500 W Putnam Ave Suite 1c, Greenwich, CT 06830-2947 as a Schedule F creditor. *See* Feliciano case ECF No. 26 p. 13 of 19 at Item 3.6.

WHEREAS, in Schedules filed on or about February 26, 2025, Debtor NuMale Nebraska LLC scheduled "Proventure dba Top Tier" at 500 W Putnam Ave Suite 1c, Greenwich, CT 06830-2947 as a Schedule F creditor. *See* Nebraska case ECF No. 28 p. 13 of 20 at Item 3.5.

WHEREAS, in Schedules filed February 26, 2025, Debtor NuMale New Mexico SC scheduled "Proventure dba Top Tier" at 500 W Putnam Ave Suite 1c, Greenwich, CT 06830-2947 as a Schedule F creditor. *See* New Mexico case ECF No. 26 p. 13 of 20 at Item 3.5.

WHEREAS, on or about April 2, 2025, this Court entered its *Order on United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or in the Alternative, to Convert or Dismiss this Case Pursuant to 11 U.S.C. § 1112(b), and Reservation of Rights*, thereby directing the appointment of a Chapter 11 trustee for the Debtors' estates. *See* ECF No. 132.

WHEREAS, on or about April 7, 2025, the Trustee was appointed the Chapter 11 Trustee for the Debtors' estates [ECF Nos. 155-157].

WHEREAS, the Trustee has filed a *Motion to Enforce the Automatic Stay and for Sanctions* [ECF No. 339] (the "Motion").

WHEREAS, on or about July 1, 2025, the Parties filed their *Stipulation to Continue Chapter*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

*11 Trustee's Motion to Enforce the Automatic Stay and for Sanctions* [ECF No. 355] ("Continuance Stipulation"), continuing the hearing on the Motion to August 14, 2025, at 10:00 a.m., and continuing commensurate briefing deadlines under Local Rule, which Stipulation references the Parties' ongoing efforts to resolve the Motion as to Top Tier.

WHEREAS, the Continuance Stipulation was approved by the Court in an order entered on July 3, 2025 [ECF No. 386].

**NOW, THEREFORE**, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

1. That Top Tier be dismissed from the Motion.

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated this 24th day of July 2025. | Dated this 24th day of July 2025. |
| GARMAN TURNER GORDON LLP | CARLYON CICA CHTD |
| By: */s/ Mary Langsner* <br> GREGORY E. GARMAN, ESQ. <br> TALITHA GRAY KOZLOWSKI, ESQ. <br> MARY LANGSNER, Ph.D. <br> 7251 Amigo Street, Suite 210 <br> Las Vegas, Nevada 89119 <br><br> *Attorneys for Michael Carmel, Chapter 11 Trustee* | By: */s/ Candace C. Carlyon* <br> CANDACE C. CARLYON, ESQ. <br> 265 E. Warm Springs Road, Suite 107 <br> Las Vegas, Nevada 89119 <br><br> *Attorneys for Top Tier Capital* |

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000