_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
July 29, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |

1

| NUMALE ALL DEBTORS, ☒ Debtors. | NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: August 14, 2025<br>Hearing Time: 10:00 a.m. |
|---|---|

**ORDER APPROVING**
**STIPULATION TO DISMISS TOP TIER CAPITAL FROM TRUSTEE'S MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS**

Upon review of the *Stipulation to Dismiss Top Tier Capital From Trustee's Motion to Enforce the Automatic Stay and for Sanctions* ("Stipulation"), filed by Michael Carmel, as the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, by and through his counsel the law firm Garman Turner Gordon LLP ("Trustee"), and Top Tier Capital ("Top Tier"), by and through its undersigned counsel Candace Carlyon, Esq. of Carlyon Cica Chtd. (Top Tier and the Trustee together, the "Parties"), and good cause appearing therefore, the Court hereby orders as follows:

1. The Stipulation, attached hereto as **Exhibit 1**, is approved in its entirety.

2. The motion is dismissed and all deadlines related to the Motion are vacated as to Top Tier only.

**IT IS SO ORDERED**.

Prepared and submitted by:

| GARMAN TURNER GORDON LLP | CARLYON CICA CHTD |
|---|---|
| By: */s/ Mary Langsner*<br>　　GREGORY E. GARMAN, ESQ.<br>　　TALITHA GRAY KOZLOWSKI, ESQ.<br>　　MARY LANGSNER, Ph.D.<br>　　7251 Amigo Street, Suite 210<br>　　Las Vegas, Nevada 89119<br>　　*Attorneys for Michael Carmel,*<br>　　*Chapter 11 Trustee* | By: */s/ Candace C. Carlyon*<br>　　CANDACE C. CARLYON, ESQ.<br>　　265 E. Warm Springs Road, Suite 107<br>　　Las Vegas, Nevada 89119<br><br>　　*Attorneys for Top Tier Capital* |

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000