GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: August 14, 2025<br>Hearing Time: 10:00 a.m. |
|---|---|

**STIPULATION WITH ACE RECOVERY GROUP TO RESOLVE TRUSTEE'S MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS**

1

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through undersigned counsel Garman Turner Gordon LLP, and Ace Recovery Group ("Ace Recovery"), by and through its undersigned counsel Wells Law PC, (the Trustee and Ace Recovery together, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on or about On January 22, 2025 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned bankruptcy cases (collectively, the "Chapter 11 Cases"). *See, e.g.*, ECF No. 1.

WHEREAS, in Schedules filed on or about February 26, 2025, Debtor Feliciano NuMale Nevada PLLC scheduled "Proventure dba Top Tier" at 500 W Putnam Ave Suite 1c, Greenwich, CT 06830-2947 as a Schedule F creditor. *See* Feliciano case ECF No. 26 p. 13 of 19 at Item 3.6.

WHEREAS, in Schedules filed on or about February 26, 2025, Debtor NuMale Nebraska LLC scheduled "Proventure dba Top Tier" at 500 W Putnam Ave Suite 1c, Greenwich, CT 06830-2947 as a Schedule F creditor. *See* Nebraska case ECF No. 28 p. 13 of 20 at Item 3.5.

WHEREAS, in Schedules filed February 26, 2025, Debtor NuMale New Mexico SC scheduled "Proventure dba Top Tier" at 500 W Putnam Ave Suite 1c, Greenwich, CT 06830-2947 as a Schedule F creditor. *See* New Mexico case ECF No. 26 p. 13 of 20 at Item 3.5.

WHEREAS, on or about April 2, 2025, this Court entered its *Order on United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or in the Alternative, to Convert or Dismiss this Case Pursuant to 11 U.S.C. § 1112(b), and Reservation of Rights*, thereby directing the appointment of a Chapter 11 trustee for the Debtors' estates. *See* ECF No. 132.

WHEREAS, on or about April 7, 2025, the Trustee was appointed the Chapter 11 Trustee for the Debtors' estates [ECF Nos. 155-157].

WHEREAS, *inter alia*, on or about April 4, 2025, Ace Recovery as "authorized collection agent for Top Tier Capital . . ." issued a Demand Letter, signed by Daniel Gold "as Authorized Officer, Ace Recovery Group, LLC."

WHEREAS, on or about May 2, 2025, upon learning of post-petition collection activity the Trustee through counsel immediately contacted Ace Recovery Group regarding of a violation of the automatic stay, and, thereafter, continued efforts to resolve the matter.

WHEREAS, on June 11, 2025, the Trustee filed a *Motion to Enforce the Automatic Stay and for Sanctions* [ECF No. 339] (the "Motion").

WHEREAS, on or about July 8, 2025, the Parties filed their *Stipulation to Continue Chapter 11 Trustee's Motion to Enforce the Automatic Stay and for Sanctions, as to Ace Recovery Group* [ECF No. 395] ("Stipulation"), continuing the hearing on the Motion to August 14, 2025, at 10:00 a.m., and continuing commensurate briefing deadlines under Local Rule, which Stipulation references the Parties' ongoing efforts to resolve the Motion as to Ace Recovery.

WHEREAS, Ace Recovery has provided the Trustee with sufficient proof of rescission of prior collection efforts and has agreed to pay the Estates' attorney fees and costs incurred in connection with the Motion.

WHEREAS, the Parties have reached a resolution regarding the Motion as to Ace Recovery, and this Stipulation reflects such resolution.

**NOW, THEREFORE**, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

1. Ace Recovery shall remit to the Chapter 11 Trustee the amount of $5,900.00 ("Payment").

2. The Trustee shall dismiss the Motion as to Ace Recovery, with prejudice.

3. Any Order granting this Stipulation shall effectuate dismissal of the Motion, as to Ace Recovery, with prejudice.

4. Within two (2) business days of this Stipulation being filed with the Bankruptcy Court, Ace Recovery shall remit the Payment, pursuant to payment instructions provided by Trustee's counsel.

5. Upon the Trustee's receipt of the Payment, Trustee's counsel shall upload the *Order*

approving of the Stipulation.

6. The Court retains jurisdiction to adjudicate any disputes arising from, regarding, or relating to this Stipulation and any Order entered hereupon.

**It is so stipulated.**

Dated this 29th day of July 2025.

| GARMAN TURNER GORDON LLP | WELLS LAW PC |
|---|---|
| By: */s/ Mary Langsner* <br> GREGORY E. GARMAN, ESQ. <br> TALITHA GRAY KOZLOWSKI, ESQ. <br> MARY LANGSNER, Ph.D. <br> 7251 Amigo Street, Suite 210 <br> Las Vegas, Nevada 89119 <br><br> *Attorneys for Michael Carmel, Chapter 11 Trustee* | By: */s/ Steven Wells* <br> STEVEN WELLS, ESQ. <br> 229 Warner Road <br> Lancaster, New York <br><br> *Attorneys for Ace Recovery Group* |

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000