GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br><br>NUMALE CORPORATION,<br><br>☒ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☐ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: September 2, 2025<br>Hearing Time: 9:30 a.m. |
|---|---|

**DECLARATION OF MARY LANGSNER, PH.D. IN SUPPORT OF APPLICATION TO EMPLOY BURR & FORMAN AS SPECIAL COUNSEL TO THE CHAPTER 11 ESTATE**

I, Mary Langsner, Ph.D. hereby declare as follows:

1.   I am over the age of 18, am mentally competent, have personal knowledge of the

facts in this matter, and if called upon to testify, could and would do so.

2. I am an attorney at the law firm of Garman Turner Gordon LLP ("GTG"), counsel to the Trustee in the above-captioned matter, and am duly licensed to practice law in the State of Nevada (Nevada Bar No. 13707). GTG maintains offices in Nevada at 7151 Amigo Street, Suite 210, Las Vegas, Nevada 89119. I am admitted to practice law before this Court. I make this declaration in support of the Trustee's *Application to Employ Burr & Forman as Special Counsel to the Chapter 11 Estate* (the "Application").[1]

3. Attached hereto as **Exhibit "1"** is a true and correct copy of the Withdrawal Order entered by the North Carolina Court in the EDNC Litigation.

4. Attached hereto as **Exhibit "2"** is a true and correct copy of the Order entered by the North Carolina Court in the EDNC Litigation.

5. Attached hereto as **Exhibit "3"** is a true and correct copy of the *Order* on NuMale Corporation's counterclaims entered by the North Carolina Court on June 20, 2025.

6. Attached hereto as **Exhibit "4"** is a true and correct copy of the Scheduling Order entered by the North Carolina Court in the EDNC Litigation.

7. In a May 2025 telephone conversation Plaintiff's counsel in the EDNC Litigation Thomas Wolff has acknowledged to me the automatic stay is in place and the EDNC Litigation is "inactive" as to NuMale Corporation.

8. Mindful of the North Carolina Court's directive and pending deadline, I reached out to counsel for the EDNC Litigation plaintiff The N2 Company, the law firm Ward and Smith P.A., seeking, *inter alia*, a stipulated extension of the deadline seemingly established by the Withdrawal Order. However, no stipulation could be reached.

9. I obtained a limited extension through Friday June 6, 2025, for NuMale Corporation, by and through its Chapter 11 Trustee Michael W. Carmel, to appear in the EDNC

. . .

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Application.

Litigation through counsel licensed to practice before that Court.

    I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

    DATED this 30th day of July 2025.

                                           */s/ Mary Langsner*
                                           MARY LANGSNER