SIMPSON THATCHER & BARTLETT LLP
David Zylberberg, Esq. (*pro hac vice*)
Bryce Friedman, Esq. (*pro hac vice*)
Zach Weiner, Esq. (*pro hac vice*)
Summer Craig, Esq. (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-3702
David.Zylberberg@stblaw.com
Bfriedman@stblaw.com
Zachary.Weiner@stblaw.com
Scraig@stblaw.com

LARSON & ZIRZOW, LLC
MATTHEW C. ZIRZOW, ESQ., NV# 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: 702-382-1170
Fax: 702-382-1169

Attorneys for Beazley USA Services, Inc.,
for Certain Underwriters at
Lloyd's London Syndicates 623/2623

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. 25-10341-nmc |
| | Chapter 11 |
| NUMALE CORPORATION, | Jointly Administered: |
| ☐ Affects this Debtor. | |
| ☒ Affects all Debtors. | |
| | Case No. 25-10342-nmc |
| FELICIANO NUMALE NEVADA PLLC, | |
| ☐ Affects this Debtor. | |
| NUMALE COLORADO SC, | Case No. 25-10344-nmc |
| ☐ Affects this Debtor. | |
| NUMALE FLORIDA TB PLLC, | Case No. 25-10345-nmc |
| ☐ Affects this Debtor. | |
| NUMALE NEBRASKA LLC, | Case No. 25-10346-nmc |
| ☐ Affects this Debtor. | |
| NUMALE NEW MEXICO SC, | Case No. 25-10347-nmc |
| ☐ Affects this Debtor. | |

## <u>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE</u>

PLEASE TAKE NOTICE that Larson & Zirzow, LLC, hereby enters an appearance as local Nevada counsel for Beazley USA Services, Inc., on behalf of Certain Underwriters at Lloyd's Lond Syndicates 623/2623 ("Beazley Insurance") in the above-entitled bankruptcy proceeding and hereby requests special notice of all hearings, actions, contested matters and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses and other related materials that are issued or filed in connection with this proceeding. All notices and copies in response to the foregoing, and all notices required to be mailed to Creditor should be directed to:

LARSON & ZIRZOW, LLC
Attn:  Matthew C. Zirzow, Esq.
850 E. Bonneville Ave.
Las Vegas, Nevada  89101
E-mail: mzirzow@lzlawnv.com
(702) 382-1170   (702) 382-1169 fax

Dated:  July 30, 2025.

By: /s/Matthew C. Zirzow
LARSON & ZIRZOW, LLC
ZACHARIAH LARSON, ESQ., NBN 7787
MATTHEW C. ZIRZOW, ESQ., NBN 7222
850 E. Bonneville Ave.
Las Vegas, Nevada 89101

-and-

SIMPSON THATCHER & BARTLETT LLP
David Zylberberg, Esq. (*pro hac vice*)
Bryce Friedman, Esq. (*pro hac vice*)
Zach Weiner, Esq. (*pro hac vice*)
Summer Craig, Esq. (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017

Attorneys for Beazley USA Services, Inc., for
Certain Underwriters at
Lloyd's London Syndicates 623/2623

2