SIMPSON THATCHER & BARTLETT LLP
David Zylberberg, Esq. (*pro hac vice*)
Bryce Friedman, Esq. (*pro hac vice*)
Zach Weiner, Esq. (*pro hac vice*)
Summer Craig, Esq. (*pro hac vice*)
425 Lexington Avenue
New York, NY 10017
Tel: (212) 455-3702
David.Zylberberg@stblaw.com
Bfriedman@stblaw.com
Zachary.Weiner@stblaw.com
Scraig@stblaw.com

Attorneys for Certain Underwriters at
Lloyd's London Syndicates 623/2623

LARSON & ZIRZOW, LLC
MATTHEW C. ZIRZOW, ESQ., NV# 7222
E-mail: mzirzow@lzlawnv.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: 702-382-1170
Fax: 702-382-1169

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re | Case No. 25-10341-nmc |
| | Chapter 11 |
| NUMALE CORPORATION, | Jointly Administered: |
| ☐ Affects this Debtor. | |
| ☒ Affects all Debtors. | |
| | Case No. 25-10342-nmc |
| FELICIANO NUMALE NEVADA PLLC, | |
| ☐ Affects this Debtor. | |
| NUMALE COLORADO SC, | Case No. 25-10344-nmc |
| ☐ Affects this Debtor. | |
| NUMALE FLORIDA TB PLLC, | Case No. 25-10345-nmc |
| ☐ Affects this Debtor. | |
| NUMALE NEBRASKA LLC, | Case No. 25-10346-nmc |
| ☐ Affects this Debtor. | |
| NUMALE NEW MEXICO SC, | Case No. 25-10347-nmc |
| ☐ Affects this Debtor. | |

### DESIGNATION OF LOCAL COUNSEL AND CONSENT THERETO

The undersigned, attorney for Certain Underwriters at Lloyd's Lond Syndicates 623/2623

("Beazley Insurance"), has submitted to the Court a *Verified Petition for Permission to Practice*

*in this Case Only*. Not being admitted to the bar of this Court, and not maintaining an office in the District of Nevada for the practice of law, he believes it to be in the best interest of the clients to designate MATTHEW C. ZIRZOW, ESQ., attorney at law, member of the State Bar of Nevada and previously admitted to practice before the above-entitled Court, as associate local counsel in this action. The address, bar number, telephone number and email address of said designated Nevada Counsel is: LARSON & ZIRZOW, LLC, Attn: Matthew C. Zirzow, Esq., 850 E. Bonneville Ave., Las Vegas, Nevada 89101, E-mail: mzirzow@lzlawnv.com, Tel: (702) 382-1170.

By this designation, the undersigned attorneys and parties agree that all documents and other papers issued out of this Court in the above-entitled case may be served on the designated local counsel. Further, said local counsel shall be responsible for providing copies of the same to co-counsel. Further, this designation constitutes agreement and authorization by the undersigned for the designated local counsel to sign stipulations binding on all of us. The time for performing any act under applicable Rule shall run from the date of service on the local counsel.

/s/ David Zylberberg
David Zylberberg, Attorney at Law
Counsel for Certain Underwriters at
Lloyd's London Syndicates 623/2623

**CONSENT OF DESIGNATED NEVADA COUNSEL**

The undersigned hereby consents to serve as associate Nevada counsel in this case and agrees that he is responsible for being counsel upon whom all documents and other papers issued out of this Court shall be served, and that he is responsible to transmit copies of all documents and other papers so served to the admitted out-of-state counsel of record and to keep such counsel informed as to the status of the case.

/s/ Matthew C. Zirzow
Matthew C. Zirzow, Esq.
Larson & Zirzow, LLC
Designated Nevada Counsel

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

## **APPOINTMENT OF DESIGNATED NEVADA COUNSEL**

The undersigned party hereby appoints Matthew C. Zirzow, Esq. as Designated Nevada

Counsel in this case.

Beazley Insurance

By:    /s/ William Clark
        William Clark, Global Claims Team Leader,
        Executive Risk

3