Matthew C. Zirzow, Esq.
Nevada Bar No. 7222
850 E. Bonneville Ave.
Las Vegas, NV 89101
LARSON & ZIRZOW, LLC
Telephone: (702) 382-1170
Facsimile:  (702) 382-1169
Email: mzirzow@lzlawnv.com

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| ☒   NUMALE CORPORATION,<br>☒   FELICIANO NUMALE NEVADA PLLC,<br>☒   NUMEDICAL SC,<br>☒   NUMALE COLORADO SC,<br>☒   NUMALE FLORIDA TB PLLC.<br>☒   NUMALE NEBRASKA LLC,<br>☒   NUMALE NEW MEXICO SC,<br><br>Debtors. | Chapter 11<br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>Judge:  Hon. Natalie M. Cox |

**<u>SUBSTITUTION OF ATTORNEY OF RECORD</u>**

CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 ("Beazley") hereby substitutes the law firm LARSON & ZIRZOW, LLC as its attorneys in the above-captioned proceeding, in the place and stead of the law firm SPENCER FANE LLP.

Dated: July 31, 2025.

LARSON & ZIRZOW, LLC

<u>/s/ Matthew C. Zirzow</u>
MATTHEW C. ZIRZOW, ESQ. (NBN 7222)
850 E. Bonneville Ave.
Las Vegas, NV 89101
Phone : (702) 382-1170
Fax : (702) 382-1169
Email : mzirzow@lzlawnv.com

The law firm SPENCER FANE LLP, attorneys of record for CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 ("Beazley"), do hereby consent to the substitution of the law firm LARSON & ZIRZOW, LLC as attorneys for Beazley in the above-captioned proceeding, in its place and stead.

Dated: July 31, 2025.

SPENCER FANE LLP

/s/ Richard F. Holley
RICHARD F. HOLLEY, ESQ. (NBN 3077)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 408-3400 | Fax: (702) 408-3401
Email: rholley@spencerfane.com

The law firm LARSON & ZIRZOW, LLC hereby agrees to be substituted in the place and stead of SPENCER FANE LLP as attorneys for CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 ("Beazley") in the above-captioned proceeding. Please take notice that all future notices and communication for Beazley should be addressed to Matthew C. Zirzow, Esq., 850 E. Bonneville Ave., Las Vegas, NV 89101; phone (702) 382-1170; fax (702) 382-1169; and Email mzirzow@lzlawnv.com.

Dated: July 31, 2025.

LARSON & ZIRZOW, LLC

/s/ Matthew C. Zirzow
MATTHEW C. ZIRZOW, ESQ. (NBN 7222)
850 E. Bonneville Ave.
Las Vegas, NV 89101
Phone : (702) 382-1170
Fax : (702) 382-1169
Email : mzirzow@lzlawnv.com

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of LARSON & ZIRZOW, LLC and that, on July 31, 2025, I caused to be served a true and correct copy of SUBSTITUTION OF ATTORNEY OF RECORD in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

    /s/ Trish Huelsman
An employee of Larson & Zirzow, LLC