GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | |
| | Hearing Date: September 2, 2025<br>Hearing Time: 9:30 a.m. |

**NOTICE OF HEARING REGARDING**
**MOTION PURSUANT TO FED. R. BANKR. P. 9019 AND 11 U.S.C. §§ 363 AND 105 TO AUTHORIZE AND APPROVE GLOBAL SETTLEMENT AND ASSOCIATED RELEASES AND AUTHORIZE INSURANCE POLICIES BUYBACK**

1

1  **NOTICE IS HEREBY GIVEN** that Michael Carmel, as the Chapter 11 trustee
2  ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC,
3  NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and
4  NuMale New Mexico SC (collectively, the "Debtors"), filed the *Motion Pursuant to Fed. R. Bankr.*
5  *P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize and Approve Global Settlement and Associated*
6  *Releases and Authorize Insurance Policies Buyback* (the "Motion").[1]

7  Any opposition to the Motion must be filed pursuant to Local Rule 9014(d)(1).

8  In the Motion, the Trustee requests that the Court enter the proposed 9019 Order attached
9  to the Motion as Exhibit 1-A, thereby approving the Global Settlement Agreement attached hereto
10 as **Exhibit 1** and for a waiver of the 14-day stay under Bankruptcy Rule 6004(h) on the entry of
11 the order approving this Motion.

12 **NOTICE IS FURTHER GIVEN** that copies of the Motion and any supporting
13 declarations are available by contacting Talitha Gray Kozlowski, Esq. at the email address set forth
14 above; through the Bankruptcy Court's electronic docketing system (PACER) at
15 www.ecf.nvb.uscourts.gov; or at the Bankruptcy Court's Clerk's Office, located at the Foley
16 Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada, 89101

17 **NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought
18 in the Motion, or if you want the court to consider your views on the Motion, then you must file
19 an opposition with the court, and serve a copy on the person making the Motion ***no later than 14***
20 ***days*** preceding the hearing date for the Motion, unless an exception applies (see Local Rule
21 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority,
22 and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Motion.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

> written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on **September 2, 2025, at the hour of 9:30 a.m. prevailing Pacific Time.** Parties are permitted to appear telephonically by **dialing (833) 435-1820** and **entering meeting ID (if applicable) 161 166 2815 and entering access code or passcode 115788#**.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: http://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

Dated this 1st day of August 2025.

                GARMAN TURNER GORDON LLP

                By: /s/ Talitha Gray Kozlowski
                    GREGORY E. GARMAN, ESQ.
                    TALITHA GRAY KOZLOWSKI, ESQ.
                    MARY LANGSNER, Ph.D.
                    7251 Amigo Street, Suite 210
                    Las Vegas, Nevada 89119
                    *Attorneys for Michael Carmel, Chapter 11 Trustee*