# EXHIBIT 3

# EXHIBIT 3

### Daily Patient Collections (Cash Basis)

| | Case # | 25-10342 | 25-10343 | 25-10344 | 25-10345 | 25-10346 | 25-10347 |
|---|---|---|---|---|---|---|---|
| | Entity | FELICIANO NUMALE NEVADA PLLC | NUMEDICAL SC | NUMALE COLORADO SC | NUMALE FLORIDA TB PLLC | NUMALE NEBRASKA LLC | NUMALE NEW MEXICO SC |
| Monday | | | | | | | |
| Tuesday | 4/1/2025 | $2,926.22 | $7,000.67 | $350.00 | $405.56 | $786.60 | $8,852.78 |
| Wednesday | 4/2/2025 | $3,500.00 | $7,800.00 | $0.00 | ($500.00) | $8,079.00 | $4,750.00 |
| Thursday | 4/3/2025 | $4,170.00 | $5,150.00 | $0.00 | $0.00 | $7,300.00 | $8,679.00 |
| Friday | 4/4/2025 | $2,150.00 | $10,200.00 | $0.00 | $0.00 | $1,800.00 | $3,000.00 |
| | | | | | | | |
| Monday | 4/7/2025 | $5,700.00 | $8,662.00 | ($2,800.00) | $281.25 | $5,479.00 | $7,904.00 |
| Tuesday | 4/8/2025 | $1,379.09 | $10,100.00 | $0.00 | $0.00 | $9,700.00 | $8,680.00 |
| Wednesday | 4/9/2025 | $6,320.00 | $1,079.00 | $0.00 | $0.00 | $6,408.33 | $2,079.00 |
| Thursday | 4/10/2025 | $4,500.00 | $15,929.00 | $0.00 | $1,800.00 | $11,435.00 | $829.00 |
| Friday | 4/11/2025 | $4,499.00 | $9,658.00 | $200.00 | $0.00 | $9,387.33 | $3,679.00 |
| | | | | | | | |
| Monday | 4/14/2025 | $600.00 | $6,679.00 | $0.00 | $0.00 | $8,850.00 | $5,545.00 |
| Tuesday | 4/15/2025 | $13,003.95 | $19,698.88 | $1,902.76 | $977.77 | $12,438.90 | $11,025.67 |
| Wednesday | 4/16/2025 | $4,199.00 | $6,390.00 | $0.00 | $0.00 | $7,350.00 | $4,200.00 |
| Thursday | 4/17/2025 | $212.33 | $7,500.00 | $0.00 | $0.00 | $8,829.00 | $461.66 |
| Friday | 4/18/2025 | $7,250.00 | $8,470.00 | $0.00 | $0.00 | $1,750.00 | $8,176.66 |
| | | | | | | | |
| Monday | 4/21/2025 | $4,167.22 | $8,199.00 | $0.00 | $0.00 | $6,400.00 | $166.67 |
| Tuesday | 4/22/2025 | $2,179.00 | $11,100.00 | $0.00 | $0.00 | $11,659.00 | $4,250.00 |
| Wednesday | 4/23/2025 | $4,821.12 | $18,200.00 | $1,030.00 | $0.00 | $5,773.18 | $2,650.00 |
| Thursday | 4/24/2025 | $5,900.00 | $12,916.66 | $0.00 | $0.00 | $3,450.00 | $0.00 |
| Friday | 4/25/2025 | $4,877.77 | $567.90 | $0.00 | $0.00 | $1,078.36 | $338.00 |
| | | | | | | | |
| Monday | 4/28/2025 | $7,379.00 | $9,232.02 | $0.00 | $0.00 | $13,900.00 | $3,479.00 |
| Tuesday | 4/29/2025 | $8,000.00 | $3,500.00 | $0.00 | $0.00 | $2,250.00 | $2,908.33 |
| Wednesday | 4/30/2025 | $0.00 | $1,429.00 | $0.00 | $0.00 | $2,475.00 | $11,300.00 |
| Thursday | | | | | | | |
| Friday | | | | | | | |
| | | | | | | | |
| | Daily Average | $4,442.44 | $8,611.87 | | | $6,662.67 | $4,679.72 |
| | Total Sales | $97,733.70 | $189,461.13 | $682.76 | $2,964.58 | $146,578.70 | $102,953.77 |

**Daily Sales - Accrual (QuickBooks Sales Figures)**

| | Case # | 25-10341 | 25-10342 | 25-10343 | 25-10344 | 25-10345 | 25-10346 | 25-10347 | |
|---|---|---|---|---|---|---|---|---|---|
| | Entity | NUMALE CORPORATION | FELICIANO NUMALE NEVADA PLLC | NUMEDICAL SC | NUMALE COLORADO SC | NUMALE FLORIDA TB PLLC | NUMALE NEBRASKA LLC | NUMALE NEW MEXICO SC | |
| Monday | | | | | | | | | |
| Tuesday | 4/1/2025 | $0.00 | $2,779.00 | $5,079.00 | $0.00 | $0.00 | $0.00 | $9,400.00 | |
| Wednesday | 4/2/2025 | $0.00 | $3,500.00 | $7,800.00 | $0.00 | ($500.00) | $8,079.00 | $4,500.00 | |
| Thursday | 4/3/2025 | $0.00 | $3,520.00 | $4,690.00 | $0.00 | $0.00 | $7,300.00 | $9,879.00 | |
| Friday | 4/4/2025 | $0.00 | $2,050.00 | $10,200.00 | $0.00 | $0.00 | $2,400.00 | $2,700.00 | |
| | | | | | | | | | |
| Monday | 4/7/2025 | $0.00 | $5,700.00 | $10,100.00 | ($2,800.00) | $0.00 | $5,479.00 | $9,779.00 | |
| Tuesday | 4/8/2025 | $0.00 | $1,379.09 | $12,000.00 | $0.00 | $0.00 | $9,700.00 | $8,680.00 | |
| Wednesday | 4/9/2025 | $0.00 | $10,220.00 | $2,479.00 | $0.00 | $0.00 | $6,200.00 | $2,079.00 | |
| Thursday | 4/10/2025 | $0.00 | $4,500.00 | $17,829.00 | $0.00 | $1,800.00 | $11,435.00 | $3,079.00 | |
| Friday | 4/11/2025 | $0.00 | $5,499.00 | $14,358.00 | $0.00 | $0.00 | $10,179.00 | $3,679.00 | |
| | | | | | | | | | |
| Monday | 4/14/2025 | $0.00 | $2,700.00 | $7,829.00 | $0.00 | $0.00 | $8,850.00 | $5,045.00 | |
| Tuesday | 4/15/2025 | $49,454.76 | $6,350.00 | $6,700.00 | $0.00 | $0.00 | $10,650.00 | $4,659.00 | |
| Wednesday | 4/16/2025 | $0.00 | $4,199.00 | $6,390.00 | $0.00 | $0.00 | $7,350.00 | $3,500.00 | |
| Thursday | 4/17/2025 | $0.00 | $79.00 | $6,850.00 | $0.00 | $0.00 | $8,829.00 | $45.00 | |
| Friday | 4/18/2025 | $0.00 | $7,250.00 | $7,200.00 | $0.00 | $0.00 | $1,750.00 | $8,160.00 | Good Friday |
| | | | | | | | | | |
| Monday | 4/21/2025 | $0.00 | $4,845.00 | $9,899.00 | $0.00 | $0.00 | $6,400.00 | $0.00 | |
| Tuesday | 4/22/2025 | $0.00 | $4,079.00 | $10,044.44 | $0.00 | $0.00 | $11,659.00 | $10,000.00 | |
| Wednesday | 4/23/2025 | $3,000.00 | $8,010.00 | $18,000.00 | $1,300.00 | $0.00 | $5,150.00 | $2,500.00 | |
| Thursday | 4/24/2025 | $0.00 | $5,400.00 | $12,700.00 | $0.00 | $0.00 | $3,450.00 | $0.00 | |
| Friday | 4/25/2025 | $0.00 | $8,100.00 | $79.00 | $0.00 | $0.00 | $0.00 | $338.00 | |
| | | | | | | | | | |
| Monday | 4/28/2025 | $0.00 | $7,379.00 | $9,232.02 | $0.00 | $0.00 | $13,900.00 | $3,479.00 | |
| Tuesday | 4/29/2025 | $0.00 | $8,000.00 | $3,300.00 | $0.00 | $0.00 | $2,250.00 | $2,700.00 | |
| Wednesday | 4/30/2025 | $41,780.05 | $0.00 | $429.00 | $0.00 | $0.00 | $4,500.00 | $11,300.00 | |
| Thursday | | | | | | | | | |
| Friday | | | | | | | | | |
| | | | | | | | | | |
| | Daily Average | $4,283.40 | $4,797.19 | $8,326.70 | | | $6,614.09 | $4,795.50 | |
| | Total Sales | $94,234.81 | $105,538.09 | $183,187.46 | ($1,500.00) | $1,300.00 | $145,510.00 | $105,501.00 | |

## Daily Patient Collections (Cash Basis)

| | Case # | 25-10342 | 25-10343 | 25-10344 | 25-10345 | 25-10346 | 25-10347 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Entity | FELICIANO NUMALE NEVADA PLLC | NUMEDICAL SC | NUMALE COLORADO SC | NUMALE FLORIDA TB PLLC | NUMALE NEBRASKA LLC | NUMALE NEW MEXICO SC | |
| Thursday | 5/1/2025 | $3,986.11 | $13,544.18 | $350.00 | $405.56 | $3,069.88 | $2,491.71 | |
| Friday | 5/2/2025 | $3,900.00 | $7,400.00 | $0.00 | $0.00 | $270.00 | $7,113.34 | |
| Monday | 5/5/2025 | $1,374.00 | $1,800.00 | $0.00 | $281.25 | $450.00 | $4,083.33 | |
| Tuesday | 5/6/2025 | $211.11 | $8,899.00 | $0.00 | $0.00 | $7,150.00 | $9,160.00 | |
| Wednesday | 5/7/2025 | $615.00 | $5,262.00 | $270.00 | $0.00 | $13,300.00 | $0.00 | |
| Thursday | 5/8/2025 | $2,500.00 | $13,575.00 | $0.00 | $0.00 | $1,025.00 | $4,500.00 | |
| Friday | 5/9/2025 | $7,320.00 | $4,100.00 | $208.33 | $0.00 | $5,200.00 | $180.00 | |
| Monday | 5/12/2025 | $79.00 | $1,600.00 | $0.00 | $0.00 | $208.33 | $2,500.00 | |
| Tuesday | 5/13/2025 | $5,400.00 | $11,100.00 | $0.00 | $0.00 | $6,900.00 | $1,458.33 | |
| Wednesday | 5/14/2025 | $7,500.00 | $2,350.00 | $0.00 | $0.00 | $16,440.00 | $0.00 | |
| Thursday | 5/15/2025 | $8,859.40 | $20,262.87 | $1,902.77 | $977.80 | $2,105.54 | $13,964.57 | |
| Friday | 5/16/2025 | $2,700.00 | $4,210.00 | $0.00 | $0.00 | $208.33 | $2,465.00 | |
| Monday | 5/19/2025 | $300.00 | $380.00 | $0.00 | $0.00 | $750.00 | $9,581.78 | |
| Tuesday | 5/20/2025 | $6,629.00 | $4,500.00 | $0.00 | $0.00 | $12,036.50 | $829.00 | |
| Wednesday | 5/21/2025 | $4,658.00 | $9,300.00 | $0.00 | $0.00 | $0.00 | $2,808.33 | |
| Thursday | 5/22/2025 | $512.50 | $9,550.00 | $0.00 | $0.00 | $3,600.00 | $166.67 | |
| Friday | 5/23/2025 | $0.00 | $7,650.00 | $0.00 | $0.00 | $0.00 | $5,625.67 | |
| Monday | 5/26/2025 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | HOLIDAY |
| Tuesday | 5/27/2025 | $1,510.00 | $6,766.66 | $0.00 | $0.00 | $10,334.00 | $9,000.00 | |
| Wednesday | 5/28/2025 | $27.08 | $1,879.00 | $0.00 | $0.00 | $13,975.00 | $4,000.00 | |
| Thursday | 5/29/2025 | $11,466.67 | $4,600.00 | $0.00 | $0.00 | $8,700.00 | $1,850.00 | |
| Friday | 5/30/2025 | $4,979.00 | $4,750.00 | $0.00 | $0.00 | $2,115.00 | $10,250.00 | |
| | Daily Average | $3,387.59 | $6,521.76 | | | $4,901.71 | $4,183.08 | |
| | Total Collections | $74,526.87 | $143,478.71 | $2,731.10 | $1,664.61 | $107,837.58 | $92,027.73 | |

**Daily Sales - Accrual (QuickBooks Sales Figures)**

| | Case #<br>Entity | 25-10342<br>FELICIANO NUMALE<br>NEVADA PLLC | 25-10343<br>NUMEDICAL SC | 25-10344<br>NUMALE<br>COLORADO SC | 25-10345<br>NUMALE<br>FLORIDA TB PLLC | 25-10346<br>NUMALE<br>NEBRASKA LLC | 25-10347<br>NUMALE<br>NEW MEXICO SC | |
|---|---|---|---|---|---|---|---|---|
| Thursday | 5/1/2025 | $2,000.00 | $10,500.00 | $0.00 | $0.00 | $2,200.00 | $0.00 | |
| Friday | 5/2/2025 | $5,500.00 | $7,700.00 | $0.00 | $0.00 | $0.00 | $4,930.00 | |
| | | | | | | | | |
| Monday | 5/5/2025 | $5,299.00 | $4,500.00 | $0.00 | $0.00 | $450.00 | $4,700.00 | |
| Tuesday | 5/6/2025 | $0.00 | $8,499.00 | $0.00 | $0.00 | $7,150.00 | $11,935.00 | |
| Wednesday | 5/7/2025 | $2,515.00 | $5,100.00 | $0.00 | $0.00 | $13,300.00 | $0.00 | |
| Thursday | 5/8/2025 | $2,500.00 | $14,275.00 | $0.00 | $0.00 | $4,100.00 | $4,500.00 | |
| Friday | 5/9/2025 | $11,020.00 | $7,600.00 | $0.00 | $0.00 | $6,700.00 | $180.00 | |
| | | | | | | | | |
| Monday | 5/12/2025 | $79.00 | $2,800.00 | $0.00 | $0.00 | $0.00 | $2,500.00 | |
| Tuesday | 5/13/2025 | $11,100.00 | $10,900.00 | $0.00 | $0.00 | $6,900.00 | $5,000.00 | |
| Wednesday | 5/14/2025 | $8,900.00 | $4,500.00 | $0.00 | $0.00 | $16,440.00 | $0.00 | |
| Thursday | 5/15/2025 | $7,000.00 | $4,800.00 | $0.00 | $0.00 | $0.00 | $10,745.00 | |
| Friday | 5/16/2025 | $4,500.00 | $3,500.00 | $0.00 | $0.00 | $0.00 | $6,715.00 | |
| | | | | | | | | |
| Monday | 5/19/2025 | $0.00 | $200.00 | $0.00 | $0.00 | $3,000.00 | $8,779.00 | |
| Tuesday | 5/20/2025 | $14,079.00 | $4,500.00 | $0.00 | $0.00 | $14,099.00 | $3,079.00 | |
| Wednesday | 5/21/2025 | $4,658.00 | $12,850.00 | $0.00 | $0.00 | $0.00 | $2,500.00 | |
| Thursday | 5/22/2025 | $0.00 | $14,200.00 | $0.00 | $0.00 | $3,600.00 | $0.00 | |
| Friday | 5/23/2025 | $0.00 | $9,300.00 | $0.00 | $0.00 | $0.00 | $5,259.00 | |
| | | | | | | | | |
| Monday | 5/26/2025 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | HOLIDAY |
| Tuesday | 5/27/2025 | $2,700.00 | $5,350.00 | $0.00 | $0.00 | $10,334.00 | $9,000.00 | |
| Wednesday | 5/28/2025 | $2,027.08 | $1,879.00 | $0.00 | $0.00 | $17,200.00 | $4,000.00 | |
| Thursday | 5/29/2025 | $12,300.00 | $4,600.00 | $0.00 | $0.00 | $8,700.00 | $1,850.00 | |
| Friday | 5/30/2025 | $4,779.00 | $5,600.00 | $0.00 | $0.00 | $2,115.00 | $10,250.00 | |
| | | | | | | | | |
| | Daily Average | $4,588.91 | $6,506.95 | | | $5,285.82 | $4,360.09 | |
| | Total Sales | $100,956.08 | $143,153.00 | $0.00 | $0.00 | $116,288.00 | $95,922.00 | |

## Daily Patient Collections (Cash Basis)

| Case # | | 25-10342 | 25-10343 | 25-10346 | 25-10347 | 25-10344 | 25-10345 |
|---|---|---|---|---|---|---|---|
| | Entity | FELICIANO NUMALE NEVADA PLLC | NUMEDICAL SC | NUMALE NEBRASKA LLC | NUMALE NEW MEXICO SC | NUMALE COLORADO SC | NUMALE FLORIDA TB PLLC |
| | | *Vegas* | *Milw* | *Omaha* | *ABQ* | *Denver* | *Tampa* |
| Monday | 6/2/2025 | $2,690.00 | $5,843.06 | $14,548.90 | $7,266.32 | $0.00 | $405.56 |
| Tuesday | 6/3/2025 | $301.11 | $17,880.00 | $135.00 | $7,304.00 | $0.00 | $0.00 |
| Wednesday | 6/4/2025 | $1,220.00 | $6,010.00 | $2,500.00 | $2,700.00 | $0.00 | $281.25 |
| Thursday | 6/5/2025 | $6,800.00 | $9,225.00 | $8,780.00 | $704.00 | $0.00 | $0.00 |
| Friday | 6/6/2025 | $675.00 | $8,700.00 | $1,900.00 | $1,526.66 | $0.00 | $0.00 |
| | | | | | | | |
| Monday | 6/9/2025 | $79.00 | $6,199.00 | $5,800.00 | $0.00 | $0.00 | $0.00 |
| Tuesday | 6/10/2025 | $5,000.00 | $2,400.00 | $9,110.11 | $0.00 | $0.00 | $0.00 |
| Wednesday | 6/11/2025 | $2,620.00 | $5,129.00 | $4,150.00 | $1,966.67 | $0.00 | $0.00 |
| Thursday | 6/12/2025 | $5,079.00 | $8,799.00 | $4,000.00 | $2,180.00 | $0.00 | $0.00 |
| Friday | 6/13/2025 | $3,100.00 | $3,001.00 | $9,179.00 | $79.00 | $0.00 | $0.00 |
| | | | | | | | |
| Monday | 6/16/2025 | $12,962.77 | $15,119.00 | $7,873.36 | $7,994.42 | $1,469.43 | $777.77 |
| Tuesday | 6/17/2025 | $7,005.55 | $2,400.00 | $4,700.00 | $733.33 | $0.00 | $0.00 |
| Wednesday | 6/18/2025 | $3,620.00 | $10,700.00 | $8,849.00 | $6,204.00 | $0.00 | $0.00 |
| Thursday | 6/19/2025 | $1,879.00 | $10,600.00 | $2,500.00 | $4,500.00 | $0.00 | $0.00 |
| Friday | 6/20/2025 | $4,600.00 | $11,580.00 | $0.00 | $10,330.00 | $0.00 | $0.00 |
| | | | | | | | |
| Monday | 6/23/2025 | $4,922.22 | $2,616.66 | $9,000.00 | $4,971.67 | $0.00 | $0.00 |
| Tuesday | 6/24/2025 | $4,179.00 | $5,300.00 | $20,184.00 | $79.00 | $0.00 | $0.00 |
| Wednesday | 6/25/2025 | $3,639.22 | $9,500.00 | $8,900.00 | $2,090.00 | $0.00 | $0.00 |
| Thursday | 6/26/2025 | $5,023.00 | $18,050.00 | $0.00 | $2,208.33 | $0.00 | $0.00 |
| Friday | 6/27/2025 | $4,300.00 | $2,720.00 | $6,200.00 | $5,637.33 | $0.00 | $0.00 |
| | | | | | | | |
| Monday | 6/30/2025 | $0.00 | $600.00 | $1,600.00 | $4,125.00 | $0.00 | $0.00 |
| | **Total Collections** | **$79,694.87** | **$162,371.72** | **$129,909.37** | **$72,599.73** | **$1,469.43** | **$1,464.58** |
| | *Daily Average* | *$3,984.74* | *$8,088.59* | *$6,415.47* | *$3,423.74* | | |

**Daily Sales - Accrual (QuickBooks Sales Figures)**

| | Case #<br>Entity | 25-10342<br>FELICIANO NUMALE<br>NEVADA PLLC<br>*Vegas* | 25-10343<br>NUMEDICAL SC<br>*Milw* | 25-10346<br>NUMALE<br>NEBRASKA LLC<br>*Omaha* | 25-10347<br>NUMALE<br>NEW MEXICO SC<br>*ABQ* | 25-10344<br>NUMALE<br>COLORADO SC<br>*Denver* | 25-10345<br>NUMALE<br>FLORIDA TB PLLC<br>*Tampa* |
|---|---|---|---|---|---|---|---|
| **Monday** | 6/2/2025 | $90.00 | $4,500.00 | $12,979.00 | $4,858.00 | $0.00 | $0.00 |
| **Tuesday** | 6/3/2025 | $90.00 | $21,100.00 | $135.00 | $8,579.00 | $0.00 | $0.00 |
| **Wednesday** | 6/4/2025 | $1,220.00 | $7,950.00 | $2,500.00 | $2,700.00 | $0.00 | $0.00 |
| **Thursday** | 6/5/2025 | $12,200.00 | $10,925.00 | $8,780.00 | $2,579.00 | $0.00 | $0.00 |
| **Friday** | 6/6/2025 | $2,700.00 | $9,200.00 | $1,900.00 | $2,835.00 | $0.00 | $0.00 |
| | | | | | | | |
| **Monday** | 6/9/2025 | $79.00 | $6,199.00 | $5,800.00 | $0.00 | $0.00 | $0.00 |
| **Tuesday** | 6/10/2025 | $5,000.00 | $2,400.00 | $8,999.00 | $0.00 | $0.00 | $0.00 |
| **Wednesday** | 6/11/2025 | $2,520.00 | $2,279.00 | $4,150.00 | $1,800.00 | $0.00 | $0.00 |
| **Thursday** | 6/12/2025 | $5,079.00 | $14,499.00 | $4,000.00 | $2,180.00 | $0.00 | $0.00 |
| **Friday** | 6/13/2025 | $5,100.00 | $4,900.00 | $9,179.00 | $79.00 | $0.00 | $0.00 |
| | | | | | | | |
| **Monday** | 6/16/2025 | $7,920.00 | $3,600.00 | $5,435.00 | $2,500.00 | $0.00 | $0.00 |
| **Tuesday** | 6/17/2025 | $4,550.00 | $6,300.00 | $4,700.00 | $2,700.00 | $0.00 | $0.00 |
| **Wednesday** | 6/18/2025 | $5,020.00 | $10,600.00 | $8,849.00 | $8,929.00 | $0.00 | $0.00 |
| **Thursday** | 6/19/2025 | $3,579.00 | $10,400.00 | $2,500.00 | $4,500.00 | $0.00 | $0.00 |
| **Friday** | 6/20/2025 | $6,000.00 | $10,950.00 | $0.00 | $11,680.00 | $0.00 | $0.00 |
| | | | | | | | |
| **Monday** | 6/23/2025 | $4,500.00 | $4,400.00 | $9,000.00 | $4,805.00 | $0.00 | $0.00 |
| **Tuesday** | 6/24/2025 | $4,079.00 | $5,300.00 | $20,184.00 | $79.00 | $0.00 | $0.00 |
| **Wednesday** | 6/25/2025 | $3,217.00 | $9,500.00 | $8,900.00 | $2,000.00 | $0.00 | $0.00 |
| **Thursday** | 6/26/2025 | $5,678.00 | $18,050.00 | $0.00 | $2,000.00 | $0.00 | $0.00 |
| **Friday** | 6/27/2025 | $3,500.00 | $2,500.00 | $6,200.00 | $7,079.00 | $0.00 | $0.00 |
| | | | | | | | |
| **Monday** | 6/30/2025 | $0.00 | $2,700.00 | $1,600.00 | $5,090.00 | | |
| | **Total Sales** | **$82,121.00** | **$168,252.00** | **$125,790.00** | **$76,972.00** | **$0.00** | **$0.00** |
| | *Daily Average* | *$4,106.05* | *$8,277.60* | *$6,209.50* | *$3,594.10* | | |