GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|
| NUMALE CORPORATION, | | |
| AFFECTS THIS DEBTOR, | ☒ | *Jointly administered with:* |
| AFFECTS FELICIANO<br>NUMALE NEVADA PLLC, | ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| NUMEDICAL SC, | ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| NUMALE COLORADO SC, | ☐ | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| NUMALE NEBRASKA LLC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| NUMALE NEW MEXICO SC, | ☐ | |
| NUMALE ALL DEBTORS, | ☐ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | | |

**STIPULATION REGARDING CLASSIFICATION OF CLAIM**

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale

1

Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), and The Law Offices of Timothy Elson, PLLC (collectively, "Elson") (Elson and the Trustee together, the "Parties"), hereby stipulate and agree as follows:

1. On January 22, 2025 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned bankruptcy cases (collectively, the "Chapter 11 Cases"). *See, e.g.*, ECF No. 1.

2. On April 1, 2025, this Court entered its *Interim Order Directing Joint Administration of Chapter 11 Cases*. *See* ECF No. 130.

3. On April 2, 2025, this Court entered its *Order on United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or in the Alternative, to Convert or Dismiss this Case Pursuant to 11 U.S.C. § 1112(b), and Reservation of Rights*, thereby directing the appointment of a Chapter 11 trustee for the Debtors' estates. *See* ECF No. 132.

4. On April 2, 2025, the U.S. Trustee appointed Trustee Carmel as the Chapter 11 trustee for Debtors' estates. *See* ECF No. 140.

5. On April 7, 2025, Trustee Carmel was appointed as the Chapter 11 trustee for the Debtors' estates. *See* ECF Nos. 155-157.

6. On May 22, 2025, the Court entered its *Order (A) Setting Bar Date for Filing Proofs of Claim and (B) Approving Notice Thereof* [ECF No. 289] ("Bar Date Order"); thereafter the Trustee timely filed and duly noticed the *Notice of Bar Date for Filing Proofs of Claim* [ECF No. 298] ("Bar Date Notice").

7. On June 30, 2025, Elson filed proof of claim No. 41 against Debtor NuMale Corporation in the amount of $15,362.93 for "Attorney Services", and asserts it is secured (the "Elson Claim").

8. The Elson Claim also asserts it is secured, though no basis for perfection is stated, and no secured amounts are identified.

9. **NOW, THEREFORE**, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1. The Elson Claim, Claim No. 41 filed against NuMale Corporation, is reclassified as a general unsecured claim, and no portion of Claim No. 41 shall be classified a secured claim.

2. The Trustee reserves all rights to object to the Elson Claim on any other basis.

**IT IS SO STIPULATED.**

Dated this 1st day of August 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for Michael Carmel, Chapter 11 Trustee*

Dated this 1st day of August 2025.

THE LAW OFFICE OF TIMOTHY ELSON, PLLC

By: */s/ Timothy P. Elson*
TIMOTHY P. ELSON, ESQ.
8965 S. Eastern Avenue, Suite 283
Las Vegas, Nevada 89123

*Attorneys for The Law Office of Timothy Elson, PLLC*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000