_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
August 04, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC, | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
|---|---|

1

| | |
|---|---|
| NUMALE ALL DEBTORS,    Debtors. | NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: August 14, 2025<br>Hearing Time: 10:00 a.m. |

# ORDER APPROVING
## STIPULATION WITH ACE RECOVERY GROUP TO RESOLVE TRUSTEE'S MOTION TO ENFORCE THE AUTOMATIC STAY AND FOR SANCTIONS

Upon review of the *Stipulation With Ace Recovery Group to Resolve Trustee's Motion to Enforce the Automatic Stay and for Sanctions* ("Stipulation"), filed by Michael Carmel, as the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC ("Trustee"), by and through his counsel the law firm Garman Turner Gordon LLP , and Ace Recovery Group ("Ace Recovery"), by and through its undersigned counsel Wells Law PC (Ace Recovery and the Trustee together, the "Parties"), and good cause appearing therefore, the Court hereby orders as follows:

1. The Stipulation attached hereto as **Exhibit 1** is approved in its entirety.

2. The *Motion to Enforce the Automatic Stay and for Sanctions* [ECF No. 339] is hereby **dismissed as to Ace Recovery**, with prejudice.

3. The Hearing on the Motion is **vacated**.

**IT IS SO ORDERED**.

Prepared and submitted by:

| GARMAN TURNER GORDON LLP | WELLS LAW PC |
|---|---|
| By: */s/ Mary Langsner*<br>  GREGORY E. GARMAN, ESQ.<br>  TALITHA GRAY KOZLOWSKI, ESQ.<br>  MARY LANGSNER, Ph.D.<br>  7251 Amigo Street, Suite 210<br>  Las Vegas, Nevada 89119<br>  *Attorneys for Michael Carmel,*<br>  *Chapter 11 Trustee* | By: */s/ Steven Wells*<br>  STEVEN WELLS, ESQ.<br>  229 Warner Road<br>  Lancaster, New York<br>  *Attorneys for Ace Recovery Group* |

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000