Please take notice that undersigned has withdrawn from representation of any and all NuMale related entities. All such entities have previously been informed of the intent to so withdraw and none have objected.

/s/ *David A. Riggi*
David A. Riggi, Esq.
Ph:    1-702-463-7777
Fax:   1-888-306-7157
E-mail:riggilaw@gmail.com