NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:                                                BK−25−10341−nmc
                                                      CHAPTER 11
NUMALE CORPORATION


                        Debtor(s)                     NOTICE OF DOCKETING
                                                      ERROR

---

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | ***443*** – Notice of Withdrawal Filed by DAVID A RIGGI on behalf of NUMALE CORPORATION (RIGGI, DAVID) |
| Filed On: | 8/4/25 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
  * Case Number(s)
  * Document Title
  * The case caption must reflect Debtor(s) name exactly as they appear on the docket sheet including terminated parties.

Dated: 8/5/25

*Daniel S. Owens*

Daniel S. Owens
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**