_____

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
August 05, 2025

_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc |
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| NUMALE NEBRASKA LLC, | |

| NUMALE NEW MEXICO SC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
|---|---|---|
| NUMALE ALL DEBTORS, | ☒ | |
| Debtors. | | NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**ORDER CONDITIONALLY APPROVING DISCLOSURE STATEMENT<br>TO ACCOMPANY JOINT PLAN OF REORGANIZATION**

Michael W. Carmel, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), filed the *Ex Parte Motion for Order (A) Conditionally Approving Disclosure Statement to Accompany Joint Plan of Reorganization; and (B)(I) Setting Deadlines for Balloting and Opposing Confirmation of Joint Plan of Reorganization and Final Approval of Disclosure Statement; (II) Approving Form of Ballots; (III) Approving Solicitation and Voting Procedures; and (IV) Setting the Confirmation Hearing on the Plan* [ECF No. 436] (the "Ex Parte Motion") on August 1, 2025.[1]

The Court reviewed the Ex Parte Motion and the other related pleadings and papers on file in the above-captioned Chapter 11 Cases. The Court holds that it has the requisite jurisdiction to consider the Ex Parte Motion, that the relief requested in the Ex Parte Motion is a core proceeding pursuant to 28 U.S.C. §§ 157 and 1334, and that venue is proper before the Court pursuant to 28 U.S.C. §§ 1408 and 1409.

The Court, having determined that the relief requested in the Ex Parte Motion is in the best interests of Debtors, their Estates, and creditors, and good cause appearing therefore:

**IT IS HEREBY FOUND THAT:**

A.   No hearing on the Ex Parte Motion is required under the Bankruptcy Rules or Bankruptcy Code.

. . .

---

[1] All capitalized, undefined terms shall have the meanings ascribed to them in the Ex Parte Motion.

B.  The proposed *Disclosure Statement to Accompany Joint Plan of Reorganization* (the "Disclosure Statement") [ECF No. 435] contains "adequate information" within the meaning of Section 1125 of the Bankruptcy Code.

**NOW, THEREFORE, IT IS ORDERED THAT:**

1. The Ex Parte Motion is granted in its entirety.

2. Pursuant to Section 1125 and Bankruptcy Rules 3017 and 3017.1 and Local Rule 3017, the Disclosure Statement, as it may have been or may be further modified to reflect changes made or ordered, is **approved**.

3. The Trustee is authorized to make nonsubstantive changes to the Disclosure Statement, the Plan, and related documents with consent from each of the parties having executed this Order, without further order of the Court, including, without limitation, changes to correct typographical and grammatical errors and to make conforming changes among the Disclosure Statement and Plan.

4. Notwithstanding the foregoing, nothing herein shall be deemed to preclude any objections to final approval of the conditionally approved Disclosure Statement, and the rights of all parties are fully preserved with respect to such objections.

**IT IS SO ORDERED.**

Prepared and Submitted By:

GARMAN TURNER GORDON LLP

By: */s/ Talitha Kozlowski*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel,*
    *Chapter 11 Trustee*