GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC Case No. 25-10347-nmc |
| Debtor. | **Confirmation Hearing:** Hearing Date: September 24, 2025 Hearing Time: 9:30 a.m. |

**CERTIFICATE OF SERVICE**

1

1. On August 6, 2025, I served the following documents to the persons identified on the "Class 9 Plan Solicitation Matrix (Sanchez Claim)" attached hereto by U.S. Mail, postage prepaid:

    a. *Disclosure Statement to Accompany Joint Plan of Reorganization* — Dkt. No. 435

    b. *Order Conditionally Approving Disclosure Statement to Accompany Joint Plan of Reorganization* — Dkt. No. 447

    c. *Notice of: (i) Hearing to Consider Final Approval of Conditionally Approved Disclosure Statement and Confirmation of Joint Plan of Reorganization; (ii) Procedures for Objecting to Final Approval of Conditionally Approved Disclosure Statement and Confirmation of the Plan and Evidence in Support Thereof; and (iii) Procedures and Deadlines for Voting on the Plan* — Dkt. No. 449

    d. Class 9 Ballot

2. On August 6, 2025, I served the following documents to the persons identified on the "Class 10 Plan Solicitation Matrix (General Unsecured)" attached hereto by U.S. Mail, postage prepaid:

    a. *Disclosure Statement to Accompany Joint Plan of Reorganization* — Dkt. No. 435

    b. *Order Conditionally Approving Disclosure Statement to Accompany Joint Plan of Reorganization* — Dkt. No. 447

    c. *Notice of: (i) Hearing to Consider Final Approval of Conditionally Approved Disclosure Statement and Confirmation of Joint Plan of Reorganization; (ii) Procedures for Objecting to Final Approval of Conditionally Approved Disclosure Statement and Confirmation of the Plan and Evidence in Support Thereof; and (iii) Procedures and Deadlines for Voting on the Plan* — Dkt. No. 449

    d. Class 10 Ballot

3. On August 6, 2025, I served the following documents to the persons identified on the "Class 11 Plan Solicitation Matrix (Intercompany Claims)" attached hereto by U.S. Mail,

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

postage prepaid:

    a.   *Disclosure Statement to Accompany Joint Plan of Reorganization*    Dkt. No. 435

    b.   *Order Conditionally Approving Disclosure Statement to Accompany Joint Plan of Reorganization*    Dkt. No. 447

    c.   *Notice of: (i) Hearing to Consider Final Approval of Conditionally Approved Disclosure Statement and Confirmation of Joint Plan of Reorganization; (ii) Procedures for Objecting to Final Approval of Conditionally Approved Disclosure Statement and Confirmation of the Plan and Evidence in Support Thereof; and (iii) Procedures and Deadlines for Voting on the Plan*    Dkt. No. 449

    d.   *Class 11 Ballot*

4.     On August 6, 2025, I served the following documents to the persons identified on the "Class 12 Plan Solicitation Matrix (Subordinated Claims)" attached hereto by U.S. Mail, postage prepaid:

    a.   *Disclosure Statement to Accompany Joint Plan of Reorganization*    Dkt. No. 435

    b.   *Order Conditionally Approving Disclosure Statement to Accompany Joint Plan of Reorganization*    Dkt. No. 447

    c.   *Notice of: (i) Hearing to Consider Final Approval of Conditionally Approved Disclosure Statement and Confirmation of Joint Plan of Reorganization; (ii) Procedures for Objecting to Final Approval of Conditionally Approved Disclosure Statement and Confirmation of the Plan and Evidence in Support Thereof; and (iii) Procedures and Deadlines for Voting on the Plan*    Dkt. No. 449

    d.   *Class 12 Ballot*

5.     On August 6, 2025, I served the following documents to the persons identified on the "Non-Vote Plan Solicitation Matrix" attached hereto by U.S. Mail, postage prepaid:

    a.   *Disclosure Statement to Accompany Joint Plan of Reorganization*    Dkt. No. 435

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

      b.   *Order Conditionally Approving Disclosure Statement to Accompany Joint Plan of Reorganization*   Dkt. No. 447

      c.   *Notice of: (i) Hearing to Consider Final Approval of Conditionally Approved Disclosure Statement and Confirmation of Joint Plan of Reorganization; (ii) Procedures for Objecting to Final Approval of Conditionally Approved Disclosure Statement and Confirmation of the Plan and Evidence in Support Thereof; and (iii) Procedures and Deadlines for Voting on the Plan*   Dkt. No. 449

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 7th day of August, 2025.

                */s/ Vicki DiMaio*
                Vicki DiMaio, an employee of
                Garman Turner Gordon LLP

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

| | | |
|---|---|---|
| **CLASS 9 PLAN SOLICITATION MATRIX** (Shanchez Claim) | MICHAEL E. SANCHEZ<br>P.O. BOX 15274<br>RIO RANCHO, NM 87174 | MICHAEL E. SANCHEZ<br>c/o OGONNA BROWN<br>WOMBLE BOND DICKINSON<br>3993 HOWARD HUGHES PKWY, STE. 600<br>LAS VEGAS, NV 89119 |
| MICHAEL E. SANCHEZ<br>C/O LORI BENCOE, ESQ.<br>9201 MONTGOMERY BLVD., STE. 404<br>ALBUQUERQUE, NM 87111 | MICHAEL E. SANCHEZ<br>C/O NICHOLAS ROWLEY, ESQ.<br>421 W WATER STREET<br>DECORAH, IA 52101 | |

| | | |
|---|---|---|
| **CLASS 10 PLAN SOLICITATION MATRIX**<br>**(General Unsecured)** | Newtek Lending<br>1981 Marcus Avenue, Suite 130<br>Lake Success, NY 11042 | Kalamata Capital Group, LLC<br>c/o Steven Berkovitch<br>Berkovitch & Bouskila, PLLC<br>1545 US 202 Suite 101<br>Pomona, NY 10970 |
| Kalamata Capital Group, LLC<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2541 | EBF Holdings, LLC<br>d/b/a Everest Business Fun<br>102 W 38th Street 6th-Floor<br>New York, NY 10018-3613 | EBF holdings, LLC<br>d/b/a Everest Business Fun<br>Yolday Diaz-Barreto, Esq.<br>12496 NW 25 Street<br>Sweetwater, FL 33182-1505 |
| EBF holdings, LLC d/b/a Everest Business Fun<br>Yolday Diaz-Barreto, Esq.<br>12496 NW 25 Street<br>Sweetwater, FL 33182 | Fox Funding Group LLC<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240 | Fox Funding Group LLC<br>803 S 21st Ave<br>Hollywood, FL 33020-6962 |
| FOX FUNDING GROUP LLC<br>c/o JOE LIEBERMAN, ESQ.<br>LIEBERMAN AND KLESTZICK<br>POB 356<br>Cedarhurst, NY 11516-0356 | 444 Regency Parkway LLC<br>450 Regency Pkwy Ste 200<br>Omaha, NE 68114-3777 | Top Tier Capital<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240 |
| TOP TIER CAPITAL<br>c/o Carlyon Cica Chtd.<br>265 E. Warm Springs Road Suite 107<br>Las Vegas, NV 89119-4230 | Top Tier Capital<br>Attn: Managing Member<br>2613 E 16th Street<br>Brooklyn, NY 11235-3805 | Top Tier Capital LLC<br>c/o Resident Agent, Offer, Agent, Managi<br>615 South DuPont Highway<br>Dover DE 19901-4517 |
| 444 Regency Parkway LLC<br>Gordman Lake Regency<br>c/o Katy Rehan, Esq.<br>Smith Pauley LLP<br>3555 Farnam Street, Suite 1000<br>Omaha, NE 68131 | 444 Regency Parkway LLC<br>Jerome P. Gordman<br>c/o Gordman Lake Regency, L.L.C.<br>444 Regency Parkway Dr., Ste. 202<br>Omaha, NE 68144 | American Express<br>c/o Becket and Lee LLP<br>P.O. Box 3001<br>Malvern, PA 19355 |
| Asandra, Christopher<br>c/o King Scow Koch Durham LLC<br>11500 S. Eastern Ave, Suite 210<br>Henderson, NV 89052 | Centrum/Belleview LLC<br>Dept # 42512<br>P.O. Box 650823 | Centrum/Belleview LLC<br>c/o Aaron Garber<br>Wadsworth Garber Warner Conrardy PC<br>2580 W. Main Street, Suite 200<br>Littleton, CO 80120 |
| Centrum/Bellview LLC<br>c/o Troy Sandberg, Esq.<br>Sandberg Law LLC<br>17011 Lincoln Avenue #348<br>Parker, CO 80134 | Centrum/Belleview LLC<br>c/o FSB Property Management LLC<br>Attn: Michelle Brokaw<br>8200 E Belleview Ave, Ste 102C<br>Greenwood Village, CO 80111 | Centrum/Belleview LLC<br>c/o FSB Property Management LLC<br>P.O. Box 176207<br>Denver, CO 80217 |
| The LCF Group<br>c/o Legal Department<br>3000 Marcus Ave Suite 2W15<br>New Hyde Park, NY 11042 | The LCF Group, Inc.<br>c/o Corporation Service Company<br>801 Adlai Stevenson Dr. Springfield, IL 62703-4261 | Clark Hill<br>Robert P. Franke<br>901 Main Street, Suite 6000<br>Dallas, TX 75202 |

| | | |
|---|---|---|
| Cox Media<br>P.O. Box 50481<br>Los Angeles, CA 90074-0481 | Cox Media LLC Las Vegas<br>File 50464<br>Los Angeles, CA 90074-0464 | Cox Radio LLC<br>11300 4th St N<br>St Petersburg, FL 33716 |
| Dewitt, Parulol & Meek PLLC<br>705 NW 4th Street<br>Oklahoma City, OK 73102 | DLP Funding LLC<br>c/o Law Office of Jacob Z Weinstein<br>420 Central Ave Ste 301<br>Cedarhurst, NY 11516 | DLP Funding LLC<br>447 Broadway 2nd Floor, Unit 805<br>New York, NY 10013 |
| DLP Funding, LLC<br>101 Lake Shore Dr.<br>Monticello, NY 12701-4006 | DLP Funding, LLC<br>c/o Interstate Filings LLC<br>301 Mill Road, Ste. U5<br>Hewlett, NY 11557-1232 | Effect TV<br>P.O. Box 415949<br>Boston, MA 02241-5949 |
| Elson Law Offices<br>8965 S. Eastern Ave. #382<br>Las Vegas, NV 89123 | Franchise Tax Board<br>c/o Bankruptcy Section<br>P.O. Box 2952<br>Sacramento, CA 95812-2952 | Gilbert Pritt<br>17133 Holly Well Ave.<br>Wimauma, FL 33598 |
| Gile Law Group<br>1180 N Town Center Dr Ste 100<br>Las Vegas, NV 89144 | Good Karma Brands - WTMJ AM<br>P.O. Box 8609<br>Carol Stream, IL 60197-8609 | Hershey Decker Drake<br>10463 Park Meadows Dr Ste 209<br>Lone Tree, CO 80124 |
| Howard & Howard<br>c/o James Morgan<br>200 S. Michigan Ave., Suite 1100<br>Chicago, IL 60604 | Justin Pulliam<br>5786 Stoneheath Ave.<br>Las Vegas, NV 89139 | KLOS Radio, LLC<br>c/o Matthew B. Baltierra<br>44 E. Broadway, Suite 530<br>Tuscon, AZ 85701 |
| KMA Accountants & Advisors<br>1200 John Q Hammons Dr Ste 500<br>Madison, WI 53717-2199 | KMA Bodilly  CPA3809<br>1200 John Q Hammons Dr Suite 500<br>Madison, WI 53717-2199 | KQRT−FM Radio<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326 |
| Kravit Hovel & Krawczyk<br>825 N Jefferson St.<br>Milwaukee, WI 53202 | Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896-9030 | Mayfair Mall LLC<br>c/o Brookfield Properties<br>P.O. Box 772816<br>Chicago, IL 60677-2816 |
| Mayfair Mall LLC<br>Attn: General Manager<br>2500 North Mayfair Rd.<br>Wauwatosa, WI 53226 | Mayfair Mall LLC<br>Attn: General Counsel<br>Brookfield Properties Retail<br>350 N. Orleans St., Ste. 300<br>Chicago, IL 60654 | MayFair Mall NewCo, LLC<br>Brookfield Properties, Inc<br>P.O. Box 772816<br>Chicago, IL 60677 |

| | | |
|---|---|---|
| McAfee & Taft<br>Attn: Justin Hiersche<br>Two Leadership Square, 8th Floor<br>211 N. Robinson Ave.<br>Oklahoma City, OK 73102 | Mid-West Family Madison<br>703 Rayovac Drive<br>Madison, WI 53711 | Morningstar Law Group<br>434 Fayetteville Street, Suite 2200<br>Raleigh, NC 27601 |
| New Mexico Taxation & Revenue Department<br>P.O. Box 8575<br>Albuquerque, NM 87198-8575 | New Mexico Taxation & Revenue Department<br>Bankruptcy Unit<br>PO Box 50129<br>Albuquerque, NM 87181-0129 | ODK Capital LLC<br>4700 W Daybreak Pkwy., Ste 200<br>South Jordan, UT 84009 |
| Primo Water<br>200 Eagles Landing Blvd<br>Lakeland, FL 33810 | Prospect Rainbow LLC<br>c/o Johnson & Gubler<br>Lakes Business Park<br>8831 West Sahara Avenue<br>Las Vegas, Nevada 89117 | Prospect Rainbow, LLC<br>Attn: Jeffery A. Bendavid, Esq.<br>Moran Brandon Bendavid Moran<br>630 South Fourth Street<br>Las Vegas, NV 89101-6604 |
| Prospect Rainbow, LLC<br>Attn: Scott Goldstein<br>851 South Rampart Blvd., Ste. 125<br>Las Vegas, NV 89145-4899 | Stericycle<br>P.O. Box 6575<br>Carol Stream, IL 60197-6575 | STERICYCLE INC<br>2355 WAUKEGAN ROAD<br>BANNOCKBURN IL 60015-1503 |
| Tampa Westshore 500 LLC<br>c/o The Green Companies, Inc.<br>9155 S Dadeland Blvd Ste 1812<br>Miami, FL 33156-2742 | The N2 Company<br>25093 Philadelphia Pike Drive #3202<br>Claymont, DE 19703 | Tosoh Bioscience Inc.<br>P.O. Box 712415<br>Cincinnati, OH 45271-2415 |
| U.S. Bank National Association dba Elan Financial Services<br>c/o Bankruptcy Department<br>P.O. Box 108<br>Saint Louis, MO 63166-0108 | Vox Funding<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240 | VOX FUNDING LLC<br>100 PARK AVENUE 26TH FLOOR<br>NEW YORK NY 10017-5539 |
| Vox Funding<br>c/o RJ Recovery<br>1407 Broadway Fl 29<br>New York, NY 10018-5100 | WFNZ-FM<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326 | HOWARD AND HOWARD<br>3800 HOWARD HUGHES PKWY., STE. 1000<br>LAS VEGAS, NV 89169-5958 |
| WITI<br>P.O. Box 7410059<br>Chicago, IL 60674-5059 | Wyoming Office Park LLC<br>c/o The Cash Law Firm<br>PO Box 20718<br>Albuquerque, NM 87154 | Wyoming Office Park, LLC<br>P.O. Box 20718<br>Albuquerque, NM 87514 |
| Wyoming Office Park, LLC<br>c/o Angelo Brunacini<br>P.O. Box 6363<br>Albuquerque, NM 87197 | Wyoming Office Park, LLC<br>c/o Angelo Brunacini<br>7550 Meridan, NW<br>Albuquerque, NM 87121 | WYOMING OFFICE PARK LLC<br>C/O BRUNACINI COMPANIES<br>P.O. Box 6363<br>Albuquerque, NM 87197 |

AMERICAN EXPRESS
Po Box 60189
City Industry, CA 91716-0189

CLARK HILL
1700 S Pavilion Center Dr Ste 500
Las Vegas, NV 89135-1864

HOWARD & HOWARD
Po Box 95234
Chicago, IL 60694-5234

JUSTIN PULLIAM
ANDERSEN BEEDE WEISENMILLER
C/O RYAN A. ANDERSEN, ESQ.
3199 E WARM SPRINGS ROAD STE 400
LAS VEGAS, NV 89120-3150

LAMAR COMPANIES
POB 746966
Atlanta, GA 30374-6966

TOSOH BIOSCIENCE, INC
3600 GANTZ ROAD
Grove City, OH 43123-1895

NuMale Chicago LLC
c/o Michael Carmel, Ch 11 Trustee
Law Offices of Michael W. Carmel, Ltd.
80 E. Columbus Avenue
Phoenix, Arizona 85012

N2 COMPANY
c/o ALEXANDER C. DALE, ESQ.
WARD AND SMITH, P.A.
UNIVERSITY CORPORATE CENTER
127 RACINE DRIVE
WILMINGTON, NC 28403-8833

N2 COMPANY
c/o THOMAS C. WOLF, ESQ.
WARD AND SMITH, P.A.
751 CORPORATE CENTER DR., STE. 300
RALEIGH, NC 27607-4873

**CLASS 11 PLAN SOLICITATION MATRIX**
**(Intercompany Claims)**

NuMale Corporation
c/o Michael Carmel, Ch 11 Trustee
Law Offices of Michael W. Carmel, Ltd.
80 E. Columbus Avenue
Phoenix, Arizona 85012

Feliciano NuMale Nevada PLLC
c/o Michael Carmel, Ch 11 Trustee
Law Offices of Michael W. Carmel, Ltd.
80 E. Columbus Avenue
Phoenix, Arizona 85012

NuMale Florida TB PLLC
c/o Michael Carmel, Ch 11 Trustee
Law Offices of Michael W. Carmel, Ltd.
80 E. Columbus Avenue
Phoenix, Arizona 85012

NuMale Colorado SC
c/o Michael Carmel, Ch 11 Trustee
Law Offices of Michael W. Carmel, Ltd.
80 E. Columbus Avenue
Phoenix, Arizona 85012

NuMale New Mexico SC
c/o Michael Carmel, Ch 11 Trustee
Law Offices of Michael W. Carmel, Ltd.
80 E. Columbus Avenue
Phoenix, Arizona 85012

**CLASS 12 PLAN SOLICITATION MATRIX**
**(Subordinated Claims)**

Nevada Numale LLC
c/o Michael Carmel, Ch 11 Trustee
Law Offices of Michael W. Carmel, Ltd.
80 E. Columbus Avenue
Phoenix, Arizona 85012

NMC Illinois LLC
c/o Michael Carmel, Ch 11 Trustee
Law Offices of Michael W. Carmel, Ltd.
80 E. Columbus Avenue
Phoenix, Arizona 85012

NuMale Albuquerque LLC
c/o Michael Carmel, Ch 11 Trustee
Law Offices of Michael W. Carmel, Ltd.
80 E. Columbus Avenue
Phoenix, Arizona 85012

Brad Palubicki
9 Paradise Valley Court
Henderson, NV 89052

Carlos Feliciano
N69W29753 Ridgeview Court
Hartland, WI 53029

**NUMALE CORPORATION MAILING MATRIX (Non-Voting)**

CERTAIN UNDERWRITERS AT LLOYD'S LONDON
C/O RYAN J. WORKS
McDONALD CARANO LLP
2300 WEST SAHARA AVENUE, SUITE 1200 LAS VEGAS, NV 89102-4395

Ford Motor Credit Company, LLC,
c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

FELICIANO NUMALE NEVADA PLLC
6590 S RAINBOW BLVD
LAS VEGAS, NV 89118-3327

McDONALD CARANO LLP
2300 WEST SAHARA AVE, SUITE 1200
LAS VEGAS, NV 89102-4395

NUMALE FLORIDA TB PLLC
500 WESTSHORE BLVD
TAMPA, FL 33609-5003

NUMALE NEBRASKA LLC
444 REGENCY PARKWAY DR
OMAHA, NE 68114-3792

NUMALE NEW MEXICO SC
7920 WYOMING BLVD, NE
ALBUQUERQUE, NM 87109-6020

NUMEDICAL SC
2600 N MAYFAIR RD
WAUWATOSA, WI 53226-1309

ACE RECOVERY GROUP, LLC
99 WALL STREET #4890
NEW YORK, NY 10005-4301

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

Basel Hassoun, M.D.
Attn: Wayne Allison
2004 Huntington Ave.
Nichols Hills, OK 73116-5113

ARIZONA DEPT OF REVENUE
Office of the Arizona Attorney General -
c/o Tax, Bankruptcy and Collection Sct 2005 N
Central Ave, Suite 100
Phoenix, AZ 85004-1546

AUDACY
11800 W Grange Ave
Hales Corners, WI 53130-1035

Aaron Garber
Wadsworth Garber Warner Conrardy PC
2580 W. Main Street, Suite 200
Littleton, CO 80120-4631

Ace Recovery Group, LLC
Attn: Daniel Gold
99 Wall Street #4890
New York, NY 10005-4301

Alexander C. Dale
Ward and Smith, P.A.
University Corporate Center
127 Racine Drive
Wilmington, NC 28403-8833

Arapahoe County Government Treasurer
5334 S. Prince St.
Littleton, CO 80120-1136

Array Medical
3440 Sojourn Dr #200
Carrollton, TX 75006-2398

Attorney General of Colorado
1300 Broadway, 8th Floor
Denver, CO 80203-2104

C T Corporation System, as Representative
Attn: SPRS
330 N Brand Blvd., Ste. 700
Glendale, CA 91203-2336

C T Corporation System, as Representative
c/o Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

C T Corporation System, as Representative
c/o Wolters Kluwer Lien Solutions
330 N Brand Blvd., Ste. 700
Glendale, CA 91203-2336

CARLOS FELICIANO
N69 W29753
Hartland, WI 53029

CARLOS FELICIANO
N69W29753 RIDGEVIEW CT.
HARTLAND, WI 53029-9253

Brian T. Fahl
825 N. Jefferson Street, Suite 500
Milwaukee, WI 53202-3737

COX RADIO LLC
11300 4th St N
St Petersburg, FL 33716-2941

California State Board of Equalization
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029

California State Board of Equalization
Acct: Info. Group, MIC:29
PO Box 942879
Sacramento, CA 94279-0029

Cami Perkins
c/o KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169-0910

Carlos E Feliciao
N69W29753 Ridgeview Ct,
Hartland, WI 53029-9253

Carlos Feliciano
Hellman Jeffrey Law Offices
195 Church St., 10th Flr.
New Haven, CT 06510-2009

Certain Underwriters at Lloyds
London Syndicates 623/2623
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

Certain Underwriters at Lloyds London
c/o David Zylberberg
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

City of Milwaukee
Office of City Attorney
200 E. Wells St., Room 800
Milwaukee, WI 53202-3551

Civil process clerk at the U.S. Attorney
Hon. Markenzy Lapointe
99 N.E. 4th Street
Miami,  FL 33132-2131

Clark Co Assessor c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Po Box 551401
Las Vegas, NV 89155-1401

Clark Co Treasurer c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Po Box 1220
Las Vegas, NV 89125-1220

Christopher Rose
c/o KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169-0910

Colorado Department of Revenue
ATTN: Bankruptcy Dept, RM 104
1881 Pierce St.
Lakewood, CO 80214-1400

Corporation System, as Representative
P.O. Box 2576
Springfield, IL 62708-2576

David R. Koch
KOCH & SCOW, LLC
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052-5576

EBF Holdings, LLC
d/b/a Everest Business Fun
102 W 38th Street 6th-Floor
New York, NY 10018-3613

EBF Holdings, LLC
d/b/a Everest Business Fun
Yolday Diaz-Barreto, Esq.
12496 NW 25 Street
Sweetwater, FL 33182-1505

EBF holdings, LLC
d/b/a Everest Business Fun
Yolday Diaz-Barreto, Esq.
12496 NW 25 Street
Sweetwater, FL 33182

EFFECTV
Po Box 415949
Boston, MA 02241-5949

ELAVON
c/o TIMOTHY F. FROST, ESQ.
7300 CHAPMAN HIGHWAY
Knoxville, TN 37920-6612

Equity Sales Finance, Inc.
1200 Ford Road, Ste. A
Hopkins, Minnesota 55305-1616

Everest Business Funding
102 W 38th Street, 6th Flr.
New York, NY 10018-3664

Everest Business Funding
102 W 38th Street, 6th Flr.
New York, NY 10018

| | | |
|---|---|---|
| FELICIANO NUMALE NEVADA PLLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | FOX FUNDING GROUP LLC<br>c/o JOE LIEBERMAN, ESQ.<br>LIEBERMAN AND KLESTZICK POB 356<br>Cedarhurst, NY 11516-0356 | |
| Fortifi Bank<br>140 W. Huron St.<br>Berlin, WI 54923-1546 | Fox Funding Group LLC<br>803 S 21st Ave<br>Hollywood, FL 33020-6962 | Fox Funding Group, LLC<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 |
| Prospect Rainbow LLC<br>c/o Johnson & Gubler<br>Lakes Business Park<br>8831 West Sahara Avenue<br>Las Vegas, Nevada  89117 | Franchise Tax Board<br>c/o Bankruptcy Section<br>P.O. Box 2952<br>Sacramento, CA 95812-295 | Franchise Tax Board<br>Chief Counsel<br>c/o General Counsel Section<br>PO Box 1720, MS: A-260<br>Rancho Cordova, CA 95741-1720 |
| Gordman Lake Regency, LLC<br>Attn: Katy Rehan, Esq.<br>Smith Pauley<br>3555 Farnam Street, Ste. 1000<br>Omaha, NE 68131-3302 | Jerome P. Gordman<br>c/o Gordman Lake Regency, L.L.C.<br>444 Regency Parkway Dr., Ste. 202<br>Omaha, NE 68114-3779 | HELLMAN JEFFREY LAW OFFICES OF LLC<br>195 CHURCH STREET<br>10TH FLOOR<br>NEW HAVEN, CT 06510-2009 |
| HYPORT DIGITAL N2<br>Po Box 208092<br>Dallas, TX 75320-8092 | JJT Properties LLC<br>c/o Sara Investment Real Estate LLC<br>6264 Nesbitt Road<br>Madison, WI 53719-1819 | Howard &Howard<br>c/o KEMP JONES, LLP<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169-0910 |
| INNOVATIVE REAL ESTATE<br>STRATEGIES<br>2975 S RAINBOW BLVD STE J<br>Las Vegas, NV 89146-6598 | Internal Revenue Service<br>ATTN: BANKRUPTCY DEPT<br>PO Box 7346<br>PHILADELPHIA, PA 19101-7346 | |
| John Dodd, Esq.<br>Baker & McKenzie LLP<br>1111 Brickell Avenue, Suite 1700<br>Miami, Florida 33131-4033 | Celtic Bank<br>268 S State St., Ste. 300<br>Salt Lake City, UT 84111-5314 | Burr & Forman<br>Attn: Emily Taube<br>222 Second Avenue South, Suite 2000<br>Nashville, Tennessee 37201-2385 |
| Joseph A. Gutierrez<br>MAIER GUTIERREZ & ASSOCIATES<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1303 | Massachusetts Department of Revenue<br>Collections Bureau/Bankruptcy Unit<br>P.O. Box 7090<br>Boston, MA 02204-7090 | Klairmont Enterprises Inc<br>dba Imperial Realty Company<br>4747 W. Peterson Ave Ste 200<br>Chicago, IL 60646 |
| MCR Inc<br>2831 Saint Rose Pkwy<br>Henderson, NV 89052-4840 | MICHAEL A FURLONG<br>210 PARK AVENUE STE 2300<br>OKLAHOMA CITY, OK 73102-5661 | AHP Management LLC<br>425 Seventh Street NE<br>Charlottesville, AV 22902 |

| | | |
|---|---|---|
| Meruelo Media, LLC<br>Attn: Ann O. Hall, Esq.<br>2500 E. Second Street<br>Reno, NV 89595-1200 | (p)MIAMI DADE COUNTY TAX COLLECTOR<br>ATTN WENDY MONTOYA<br>200 NW 2ND AVENUE<br>MIAMI FL 33128-1733 | Michigan Department of Treasury, Tax Policy<br>ATTN: Litigation Liaison<br>2nd Floor, Austin Building<br>430 West Alle<br>Lansing, Michigan 48922-0001 |
| NEUBERT PEPE & MONTEITH PC<br>195 CHURCH ST<br>13TH FLOOR<br>NEW HAVEN, CT 06510-4011 | NEVADA NUMALE LLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NEWTEK LENDING<br>1981 MARCUS AVENUE STE 130<br>Lake Success, NY 11042-1046 |
| NM TAXATION AND REVENUE DEPARTMENT<br>PO BOX 8575<br>ALBUQUERQUE, NM 87198-8575 | NMC ILLINOIS, LLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NUMALE ALBUQUERQUE, LLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 |
| NUMALE CHICAGO LLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NUMALE COLORADO SC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NUMALE CORPORATION<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 |
| NUMALE FLORIDA TB PLLC<br>2600 MAYFAIR RD SUITE 1140<br>Milwaukee, WI 53226-1308 | NUMALE NEW MEXICO SC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NV Dept of Taxation<br>Bankruptcy Section<br>500 E Washington Ave Ste 13000<br>Las Vegas, NV 89101-1000 |
| NEBRASKA DEPARTMENT OF REVENUE<br>ATTN ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 | Nebraska State Farm Service Agency<br>State Executive Director<br>1121 Lincoln Mall, Suite 330<br>Lincoln, Nebraska 68508-2828 | Nevada Department of Taxation<br>Attn: Bankruptcy Section<br>700 E. Warm Springs Rd., Ste. 200 Las Vegas, NV 89119-4311 |
| Nevada Dept of Empl Security<br>500 E 3rd St<br>Carson City, NV 89713-0001 | New Mexico Department of Workforce Solutions<br>fka NM Department of Labor<br>401 Broadway NE<br>Albuquerque, NM 87102-2301 | New Mexico Dept of Workforce Solutions fka New Mexico Dept of Labor<br>PO Box 1928<br>Attn: Legal Section<br>Albuquerque, NM 87103-1928 |
| Basel Hassoun, M.D.<br>Attn: Michael Furlong, Esq.<br>Steptoe & Johnson PLLC<br>210 Park Ave., Ste. 2300<br>Oklahoma City, OK 73102-5661 | Newlane Finance<br>P.O. Box 7358<br>Philadelphia, PA 19101-7358 | ELIOT KIRSHNITZ<br>1981 MARCUS AVENUE SUITE 130<br>LAKE SUCCESS NY 11042-1046 |
| Newtek Bank, National Association<br>c/o Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | J. Randall Jones, Esq.<br>Spencer H. Gunnerson, Esq.<br>Joseph D. Laurita, Esq.<br>KEMP JONES, LLP<br>3800 Howard Hughes Parkway, 17th Floor Las Vegas, Nevada 89169-0910 | Newtek Small Business Finance, LLC<br>c/o David A. Stephens, Esq.<br>Stephens Law Offices<br>P.O. Box 33130<br>Las Vegas, NV 89133-3130 |

NuMale Colorado
2600 N Mayfair Rd Suite 505
Wauwatosa, WI 53226-1306

NuMale Corporation
Attn: Justin T. Hiersche, Esq.
McAfee & Taft
211 N. Robinson, 8th Flr.
Oklahoma City, OK 73102-7176

NuMale Green Bay, LLC
2600 N Mayfair Road, Suite 505
Wauwatosa, WI 53226-1306

NuMale Nebraska LLC
2600 N. Mayfair Rd., Ste. 1140
Wauwatosa, WI 53226-1308

NuMedical SC
2600 N. Mayfair Rd., Ste. 1140
Wauwatosa, WI 53226-1308

PROVENTURE CAPITAL LLC
DBA TOP TIER CAPITAL
500 W PUTNAM AVE STE 1C
GREENWICH CT 06830-2947

PROVENTURE CAPITAL LLC
dba TOP TIER CAPITAL
ATTN: JOE MANCUSO
500 W PUTNAM AVE., STE. 1C
GREENWICH, CT 06830-2947

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Sarah Harnett
1285 Avenue of the Americas
New York, NY 10019-6031

Proventure Capital LLC d/b/a
Top Tier Capital
Neumbert Pepe & Monteith PC
195 Church St., 13th Flr.
New Haven, CT 06510-2009

Proventure dba Top Tier
500 W. Putnam Ave., Ste. 1c
Greenwich, CT 06830-2947

Reliant Capital, LLC
Attn: Officer, Agent, Managing Agent
123 South Broad Street, Floor 17
Philadelphia, PA 19109-1032

Reliant Capital, LLC
Attn: Rhyen Foster, Customer Solutions
123 South Broad Street, Floor 17
Philadelphia, PA 19109-1032

RepeatMD, Inc.
5599 San Felipe, 4th Flr.
Houston, TX 77056-2766

Rodey, Dickason, Sloan, Akin & Robb, P.A.
Attn: Edward Ricco
201 Third Street NW, Suite 2200
Albuquerque, New Mexico 87102-3380

SBA U.S. Small Business Administration
Attn: Bankruptcy Dept.
312 N. Spring Street, Flr. 5
Los Angeles, CA 90012-4701

SMALL BUSINESS ADMINISTRATION
409 3RD STREET SW
Washington, DC 20416-0002

Secured Lender Solutions, LLC
P.O. Box 2576
Springfield, IL 62708-2576

Secured Lender Solutions, LLC c/o
Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703-4261

Securities and Exchange Commission
Los Angeles Regional Office
444 South Flower Street, Suite 900
Los Angeles, California 90071-2934

Small Business Administration District Counsel
10675 Bedford Avenue, Suite 100
Omaha, NE 68134-3605

Social Security Administration
Attn: Bankr Desk
Po Box 33021
Baltimore, MD 21290-3021

Social Security Administration
Office of General Counsel
Office of Program Litigation Bankruptcy
6401 Security Blvd.
Baltimore, MD 21235-0001

| | | |
|---|---|---|
| Split USA Inc.<br>Attn: Legal Dept. or Accounts Payable<br>319 S Coteau St.<br>Pierre, SD 57501-3187 | Splitit USA Inc.<br>5901 Peachtree Dunwoody Rd.<br>Suite C-480<br>Atlanta, GA 30328-7188 | Splitit USA Inc.<br>Attn: Legal Dept.<br>319 S. Coteau Street<br>Pierre, SD 57501-3187 |
| State of NV DMV<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 | State of New Mexico Attorney General<br>Office of the Attorney General<br>PO Drawer 1508<br>Santa Fe, NM 87504-1508 | State of Wisconsin<br>DWD - Unemployment Insurances Benefits<br>PO Box 7888<br>Madison, WI 53707-7888 |
| State of Wisconsin<br>DWD - Unemployment Insurances Taxes<br>PO Box 8914<br>Madison, WI 53708-8914 | Steven Gubner, Esq.<br>BG Law<br>300 S. 4th Street, Ste. 1550<br>Las Vegas, NV 89101-6005 | |
| THE LCF GROUP<br>LEGAL DEPARTMENT<br>3000 MARCUS AVE SUITE 2W15<br>New Hyde Park, NY 11042-1005 | Thomas C. Wolff<br>Ward and Smith, P.A.<br>751 Corporate Center Drive Suite 300<br>Raleigh, NC 27607-4873 | TOSICH BIOSCIENCE INC<br>Po Box 712415<br>Cincinnati, OH 45271-2415 |
| Tennessee Department of Revenue<br>c/o Tennessee Attorney General's Of<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | Steven Scow, Esq.<br>King Scow Koch Durham<br>11500 S. Eastern Ave, Suite 210<br>Henderson, Nevada 89052-5576 | |
| Top Tier Capital<br>Attn: Managing Member<br>2613 E 16th Street<br>Brooklyn, NY 11235-3805 | Top Tier Capital<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Top Tier Capital LLC<br>c/o Resident Agent, Offer, Agent, Managi<br>615 South DuPont Highway<br>Dover DE 19901-4517 |
| Tracey Hope Davis<br>Office of the United States Trustee<br>Attn: Justin C. Valencia<br>300 Las Vegas Blvd. So., Ste. 4300 Las<br>Vegas, NV 89101-5803 | U.S. Attorneys Office - Lincoln<br>487 Federal Building<br>100 Centennial Mall<br>North Lincoln, NE 68508-3859 | U.S. Attorneys Office - Omaha<br>1620 Dodge Street, Suite 1400<br>Omaha, NE 68102-1506 |
| United States Attorney's Office<br>ATTN: Civil Process Clerk<br>501 Las Vegas Blvd. South, Suite 1100<br>Las Vegas, NV 89101-6521 | U.S. Department of Health<br>and Human Services<br>Acting Chief Counsel<br>601 East 12th Street, Room N1800<br>Kansas City, MO 64106-2818 | U.S. Small Business Administration<br>Milwaukee District Office<br>c/o Wisconsin District Counsel<br>310 W. Wisconsin Ave., Suite 580W<br>Milwaukee, WI 53203-2274 |
| U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | U.S. Trustee<br>111 South 18th Plaza, Suite 1148<br>Omaha, NE 68102-1321 | |

| | | |
|---|---|---|
| United States Attorneys Office<br>Attn: Civil Process Clerk<br>501 Las Vegas Blvd. South, Ste. 1100<br>Las Vegas, NV 89101-6521 | Universal Guardian Acceptance, LLC<br>7505 NW Tiffany Springs Pkwy., Ste. 400<br>Kansas City, MO 64153-1592 | |
| Wisconsin Department of Veterans Affairs<br>Attn: Phillip Rangsuebsin<br>PO Box 7843<br>Madison, WI 53707-7843 | DAVID A RIGGI<br>RIGGI LAW FIRM<br>7900 W SAHARA AVE SUITE 100<br>LAS VEGAS, NV 89117-7921 | WAYNE ALLISON<br>2004 HUNTINGTON AVE<br>NICHOLS HILLS, OK 73116-5113 |
| Evergreen Park Properties LLC<br>c/o Compass Management<br>PO Box 13433<br>Green Bay, WI 54307 | New Lane Finance<br>P.O. Box 7358<br>Philadelphia, PA 19101-7358 | YELP INC<br>Po Box 204393<br>Dallas, TX 75320-4393 |
| Innovative RE Strategies<br>c/o Kahn Realty Group<br>2975 S Rainbow Ste J<br>Las Vegas, NV 89146 | Justin Pulliam<br>5786 Stoneheath Ave.<br>Las Vegas, NV 89139 | |
| Universal Guardian Acceptance, LLC<br>c/o Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | CERTAIN UNDERWRITERS AT LLOYD'S<br>LONDON SYNDICATES 623/2623<br>Matthew C. Zirzow, Esq.<br>LARSON & ZIRZOW, LLC<br>850 E. Bonneville Ave.<br>Las Vegas, NV 89101 | |

| | | |
|---|---|---|
| | Eva Gabriela ("Gabby") Farmer De La Torre<br>9 Paradise Valley Court<br>Henderson, NV 89052-6706 | The N2 Company<br>c/o Domenique Schmitt<br>2093 Philadelphia Pike #3202<br>Claymont, DE 19703 |
| Chubb<br>Attn: Chubb Claims Department<br>Chubb<br>P.O. Box 5122<br>Scranton, PA18505-0544 | Chubb<br>Customer Support Service Department<br>436 Walnut Street<br>P.O. Box 1000<br>Philadelphia, PA 19106-3703 | Chubb<br>Attn: Chubb Underwriting Department<br>Chubb<br>202B Hall's Mill Road<br>Whitehouse Station, NJ 08889 |
| Federal Insurance Company<br>Attn: Chubb Claims Department<br>Chubb<br>P.O. Box 5122<br>Scranton, PA18505-0544 | Federal Insurance Company<br>Customer Support Service Department<br>436 Walnut Street<br>P.O. Box 1000<br>Philadelphia, PA 19106-3703 | Federal Insurance Company<br>Attn: Chubb Underwriting Department<br>Chubb<br>202B Hall's Mill Road<br>Whitehouse Station, NJ 08889 |
| Arch Insurance Company<br>Professional Liability Claims<br>1299 Farnam Street, Suite 500<br>Omaha, NE 68102-1880 | Ian Ebling, Claims Specialist II<br>Commercial Property Claims<br>Zurich North America<br>15303 Dallas Pkwy. Floors 8, 9 – Suite 800<br>Addison, TX 75001 | Zurich North America<br>15303 Dallas Pkwy.<br>Floors 8, 9 – Suite 800<br>Addison, TX 75001 |
| Plymouth Medical LLC<br>135 Plymouth St #410<br>Brooklyn, NY 11201, USA | Solera \| enservio<br>Attn: Matt Pendleton<br>Operations Manager \| Valuation Services<br>250 Royall Street Suite 140 E<br>Canton, MA 02021, USA | Holly Triplett<br>701 Old Settlement Dr.<br>Watertown, WI 53098 |
| Midwest IT Pros<br>608 E Chicago St<br>Elgin, IL 60120 | Quintairos, Prieto, Wood & Boyer, P.A.<br>9300 South Dadeland Boulevard, 4th Floor<br>Miami, FL 33156 | Quintairos, Prieto, Wood & Boyer, P.A.<br>1700 Pacific Avenue, Suite 4545<br>Dallas, Texas 75201 |
| Quintairos, Prieto, Wood & Boyer, P.A.<br>8800 East Raintree Drive, Suite 100<br>Scottsdale, Arizona 85260 | NuMale Wisconsin GB, SC<br>1525 Park Pl<br>Unit 300<br>Green Bay, WI 54304 | |