GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: ***OST Requested***<br>Hearing Time: ***OST Requested*** |

**DECLARATION OF GREGORY GARMAN, ESQ. IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE FOR WILLFUL VIOLATION OF THE ORDER APPOINTING THE TRUSTEE, WILLFUL VIOLATION OF THE AUTOMATIC STAY, AND TURNOVER OF PROPERTY OF THE ESTATE <u>PURSUANT TO 11 U.S.C. §§ 105, 362, AND 542</u>**

I, Gregory E. Garman, Esq. hereby declare as follows:

1.      I am over the age of 18 and mentally competent.  I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so.

2.      I make this declaration in support of the *Motion for Order to Show Cause for Willful Violation of the Order Appointing the Trustee, Willful Violation of the Automatic Stay, and Turnover of Property of the Estate Pursuant to 11 U.S.C. §§ 105, 362, and 542* (the "Motion").[1]

3.      I am an attorney licensed to practice law in the State of Nevada, Nevada Bar No. 6654.  I am a partner with the law firm of Garman Turner Gordon ("GTG").  GTG maintains offices in Nevada at 7151 Amigo Street, Suite 210, Las Vegas, Nevada 89119.  I am admitted to practice law before this Court.

4.      On or about July 21, 2025, upon the Trustee learning that Palubicki was attempting to sell Estate assets I reached out to David Riggi, DOPs' counsel and informed him that such conduct was a violation of the automatic stay and Trustee Appointment Order and such conduct must immediately stop.

5.      I have been informed by Mr. Camacho (Feliciano's brother), Mr. Riggi, and Mr. Gubner that Feliciano voluntarily checked himself into a long-term medical care facility and had provided a power of attorney to Mr. Camacho to make all decisions on behalf of his brother.  To date, no power of attorney has ever been provided, and Mr. Camacho has refused to substantively engage with the Trustee notwithstanding repeated attempts made by me personally.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 11th day of August 2025.

/s/ Gregory E. Garman
GREGORY E. GARMAN, ESQ.

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Motion.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28