**ANDERSEN BEEDE WEISENMILLER**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@abwfirm.com*
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
Email: *mark@abwfirm.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Telephone: 702-522-1992
Facsimile: 702-825-2824

*Counsel for Unsecured Creditor Justin Pulliam*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: 25-10341-NMC **(Lead Case)** <br> Chapter 11 |
| NUMALE CORPORATION, | **Jointly administered with:** |
| Debtor. | Case No. BK-S-25-10342-NMC <br> Case No. BK-S-25-10343-NMC <br> Case No. BK-S-25-10344-NMC |
| AFFECTS THIS DEBTOR, ☐ | Case No. BK-S-25-10345-NMC <br> Case No. BK-S-25-10346-NMC |
| FELICIANO NUMALE NEVADA PLLC, ☐ | Case No. BK-S-25-10347-NMC |
| NUMEDICAL SC, ☐ | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |
| NUMALE COLORADO SC, ☐ | |
| NUMALE FLORIDA TB PLLC, ☐ | |
| NUMALE NEBRASKA LLC, ☐ | |
| NUMALE NEW MEXICO SC, ☐ | |
| NUMALE ALL DEBTORS, ☒ | |

TO THE CLERK OF THE UNITED STATES BANKRUPTCY COURT, THE OFFICE OF THE U.S. TRUSTEE, AND ALL PARTIES IN INTEREST:

Mark M. Weisenmiller of Andersen Beede Weisenmiller hereby enters his appearance on the record in the above-captioned bankruptcy case, pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure on behalf of unsecured creditor Justin Pulliam.

Undersigned counsel further requests special notice of all hearings, actions, contested matters, and adversary proceedings in this case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection with these proceedings.

All notices and copies in response to the foregoing, and all notices required to be mailed to the interested party pursuant to Rule 2002 of the Local Rules of Bankruptcy Procedure, or any other applicable statute or rule by the Debtor or any other interested party, should be directed to:

**ANDERSEN BEEDE WEISENMILLER**
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
Email: *mark@abwfirm.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:     702-825-2824

The foregoing is not to be deemed or construed as a waiver of any rights: (i) to seek withdrawal of the reference in the above-captioned case or any case, proceeding, or matter related thereto; (ii) to seek a jury trial with respect to any proceeding or matter triable to a jury in the undersigned case or in any other case, proceeding, or matter related thereto; or (iii) any other rights, claims, actions, setoffs, or recoupments which may be applicable, either in law or in equity, all of which are expressly reserved.

Dated this 11th day of August, 2025.

**ANDERSEN BEEDE WEISENMILLER**

By:    /s/ Mark M. Weisenmiller
       Mark M. Weisenmiller, Esq.
       Nevada Bar No. 12128
       3199 E Warm Springs Rd, Ste 400
       Las Vegas, Nevada 89120

*Counsel for Unsecured Creditor Justin Pulliam*