GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | |

**ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION
FOR ORDER SHORTENING TIME TO HEAR
MOTION FOR ORDER TO SHOW CAUSE FOR WILLFUL VIOLATION OF THE
ORDER APPOINTING THE TRUSTEE, WILLFUL VIOLATION OF THE
AUTOMATIC STAY, AND TURNOVER OF PROPERTY OF THE ESTATE
<u>PURSUANT TO 11 U.S.C. §§ 105, 362, AND 542</u>**

1

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors") filed an ex parte application requesting this Court issue an Order Shortening Time to hear the *Motion for Order to Show Cause for Willful Violation of the Order Appointing the Trustee, Willful Violation of the Automatic Stay, and Turnover of Property of the Estate Pursuant to 11 U.S.C. §§ 105, 362, and 542* at the Court's earliest convenience.

As required by Local Rule 9006, Mary Langsner, Ph.D. of Garman Turner Gordon LLP, proposed counsel for Trustee, has contacted the parties listed below regarding the proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| Name | Date Contacted | Form of Contact | Agree | Disagree |
|---|---|---|---|---|
| Justin Valencia, Esq.<br>Alyssa Rogan, Esq.<br>*Attorneys for the United States Trustee* | August 11, 2025 | Email | X | |
| Matthew Johnson, Esq.<br>*Attorneys for Prospect Rainbow LLC* | August 11, 2025 | Email | X | |
| Ryan A. Andersen, Esq.<br>*Attorneys for Justin Pulliam* | August 11, 2025 | Email | X | |
| Steven Scow, Esq.<br>*Attorneys for Christopher Asandra* | August 11, 2025 | Email | X | |
| Ogonna M. Brown, Esq.<br>*Attorneys for Michael Sanchez* | August 11, 2025 | Email | X | |
| David Stephens, Esq.<br>*Attorneys for Newtek Small Business Finance, LLC* | August 11, 2025 | Email | X | |

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

| Name | Date Contacted | Form of Contact | Agree | Disagree |
|---|---|---|---|---|
| Matthew Zirzow, Esq. *Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2523* | August 11, 2025 | Email | No answer as of this filing | |
| David Riggi, Esq. *Former counsel to Debtors-out-of-possession* | August 11, 2025 | Email | No answer as of this filing | |
| Brad Palubicki numalebrad@gmail.com, bradnmc@gmail.com, bradpalubicki@outlook.com | August 11, 2025 | Email | | X |
| Eva Gabriela "Gabby" Farmer De La Torre gabbytorre1@gmail.com | August 11, 2025 | Email | No answer as of this filing | |
| Holley Triplett htriplett@charter.net, htriplettcpa@outlook.com | August 11, 2025 | Email | No answer as of this filing | |
| Ken Braielmeir kobrielmaier@gmail.com | August 11, 2025 | Email | No answer as of this filing | |

Dated this 11th day of August 2025.

                GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000