GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | |
| | Hearing Date: *OST Requested*<br>Hearing Time: *OST Requested* |

**DECLARATION OF MICHAEL CARMEL IN SUPPORT OF**
**SECOND MOTION TO EXTEND DEADLINE PURSUANT TO 11 U.S.C. § 365(d)(4) TO**
<u>**ASSUME OR REJECT UNEXPIRED LEASES**</u>

1

I, Michael Carmel, Esq., hereby declare as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. I make this declaration in support of the *Second Motion to Extend Deadline Pursuant to 11 U.S.C. § 365(d)(4) to Assume or Reject Unexpired Leases* (the "Motion").[1]

2. I am the duly appointed Chapter 11 trustee ("Trustee") over the estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors").

3. I have worked diligently to evaluate the Debtors' and estates' financial conditions and continue to evaluate which leases are critical to the Debtors' ongoing reorganization.

4. Because many of the Debtors operate clinics, allowing any of the nonresidential real property leases to be rejected automatically and before Plan confirmation will effectively prematurely terminate those Debtors' ability to generate revenue during the pendency of the Chapter 11 Cases and during the Plan confirmation and Section 363 sale process. Moreover, a premature termination may impact the value of the assets sought to be sold in the upcoming Section 363 sale described in the Plan and Disclosure Statement.

5. Additionally, because I anticipate conducting a Section 363 sale of assets in these Chapter 11 Cases, and because the assets subject of such sale include operating Debtor clinics, which operate out of premises leased by one or more Debtors, I need to preserve the estates' ability to assume or reject such leases until thirty (30) days after Plan confirmation, to allow the Section 363 sale process to take place, so that no leases are prematurely rejected as a consequence of the passage of the deadline. A successful sale of the assets is a significant component of the Plan I have proposed in these Chapter 11 Cases. And as such, I proffer that good cause exists for the extension requested in the Motion.

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meanings ascribed to them in the Motion.

2

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

6. Additionally, as to Prospect Rainbow, LLC ("Prospect Rainbow"), the Las Vegas landlord regarding premises located at 6590 S. Rainbow Boulevard in Las Vegas, Nevada 89118, rental payments of $23,020.77 were made for May 2025, June 2025, July 2025, and August 2025 rent in full, according to wire instructions provided by Prospect Rainbow's counsel. This is the full amount of rent which was due for each of these months for Prospect Rainbow's premises.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 11th day of August 2025.

*/s/ Michael Carmel*
MICHAEL CARMEL, CHAPTER 11 TRUSTEE

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000