GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | | Lead Case No.: 25-10341-nmc |
|---|---|---|
| NUMALE CORPORATION, | | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | | Feliciano NuMale Nevada PLLC Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | | |
| Debtors. | | |

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR SECOND MOTION TO EXTEND DEADLINE PURSUANT TO 11 U.S.C. § 365(d)(4) TO <u>ASSUME OR REJECT UNEXPIRED LEASES</u>**

1

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors") has filed his *Second Motion to Extend Deadline Pursuant to 11 U.S.C. § 365(d)(4) to Assume or Reject Unexpired Leases* (the "Motion").[1]

The Trustee submits this *ex parte* application (the "Ex Parte Application") requesting the Court issue an Order Shortening Time to hear the Motion on or before August 19, 2025, so that a hearing on the Motion can take place before the passage of the current August 20, 2025, deadline. This Ex Parte Application is made and based upon Section[2] 105(a) of the Bankruptcy Code, Bankruptcy Rules 4001 and 9006, and Local Rules 4001 and 9006; the following memorandum of points and authorities inclusive of the Declaration of Mary Langsner, Ph.D. (the "Langsner Decl.") incorporated herein; the Attorney Information Sheet filed concurrently herewith; and the papers and pleadings on file with the Court, judicial notice of which is respectfully requested.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.
DECLARATION OF MARY LANGSNER, PH.D.**

I, Mary Langsner, Ph.D., declare as follows:

1. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, and if called upon to testify, could and would do so.

2. I am an attorney at the law firm of Garman Turner Gordon LLP, counsel to the Trustee in the above-captioned matter, and am duly licensed to practice law in the State of Nevada (Nevada Bar No. 13707).

. . .

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Application.

[2] All references to "Chapter" and "Section" herein shall be to the "Bankruptcy Code" appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall be to the Federal Rules of Bankruptcy Procedure; and all references to a "Local Rule" shall be to the Local Rules of Bankruptcy Practice of the U.S. District Court for the District of Nevada.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

3. Good cause exists for this Court to hear the Motion on shortened time as requested herein.

4. Presently, the Trustee's deadline to assume or reject all unexpired leases of nonresidential real property in any and all of the Debtors' Chapter 11 Cases pursuant to 11 U.S.C. § 365(d)(4) is August 20, 2025. *See* ECF No. 290.

5. The confirmation hearing on the Trustee's *Joint Plan of Reorganization* [ECF No. 434] is set for September 24, 2025. And, the approval of the Global Settlement Agreement, which (if approved) will bring significant money into these estates, is set for a hearing on September 2, 2025. Approval of the Global Settlement Agreement, and confirmation of the Trustee's Plan, are perhaps the most significant events to date in the Trustee's administration of these Chapter 11 Cases.

6. Additionally, as described in the Plan and Disclosure Statement, the Trustee anticipates conducting an 11 U.S.C. § 363 sale of assets in these Chapter 11 Cases.

7. As set forth in the Motion, the Trustee is seeking a second extension of the deadline by which to accept or reject unexpired leases, from August 20, 2025, to a date thirty days after confirmation: Friday October 24, 2025.

8. A hearing on the Motion is needed on or before August 19, 2025, so that the Court may adjudicate the Trustee's requested relief in the Motion, and an order may issue, before the expiration of the August 20, 2025, current deadline to accept or reject unexpired leases.

9. I understand that a hearing in the ordinary course on this Motion would not take place until middle September, which is after the existing August 20, 2025, deadline. As such, good cause exists to have the hearing heard on the Motion on shortened time.

10. I personally contacted the counsel and persons listed on the Attorney Information Sheet, and the responses I received (or non-responses) are accurately represented.

11. Additionally, I personally contacted counsel to the landlords whose lease agreements are with one or more Debtors. The Motion accurately conveys the response of each landlord the requested extension.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 11th day of August 2025.

                                                   */s/ Mary Langsner*
                                             MARY LANGSNER, Ph.D.

## II.
## LEGAL ARGUMENT

Section 105, Title 11 United States Code (the "Bankruptcy Code") allows this Court to issue such orders as are necessary to carry out the provisions of this title. Bankruptcy Rule 9006(c)(1) generally permits a Bankruptcy Court, for cause shown and in its discretion, to reduce the period during which any notice is given in accordance with the Bankruptcy Rules. Relevantly, Bankruptcy Rule 9006(c)(1) provides as follows:

> Except as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

Local Rule 9006 provides further authority for shortening the time for a hearing. According to Local Rule 9006(b), every motion for an order shortening time must be accompanied by a declaration stating the reasons for an expedited hearing. As set forth in the Langsner Decl., good cause exists because the current deadline for the Trustee to accept or reject unexpired real property leases of the Debtors is August 20, 2025, and a hearing in the ordinary course would not take place until approximately middle September. Additionally, the two impacted landlords having unexpired leases with one or more Debtors consent to (or do not oppose) the requested extension.

Local Rule 9006 requires the moving party to submit an Attorney Information Sheet indicating whether opposing counsel was provided with notice, whether opposing counsel consented to the hearing on an order shortening time, the date counsel was provided with notice, and how notice was provided or attempted to be provided. An Attorney Information Sheet has

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

been filed contemporaneously with this Ex Parte Application.

Through this Ex Parte Application, the Trustee respectfully proffers that cause exists to grant the shortening of time on the Motion, to allow a hearing on the Motion to take place on or before August 19, 2025, so that the Court can adjudicate the Motion before the expiration of the current August 20, 2025, deadline.

The Trustee respectfully proffers that the circumstances set forth in this Ex Parte Application, the Langsner Decl., and papers and pleadings on file in these Chapter 11 Cases, judicial notice of which is respectfully requested, warrant a finding that cause exists to shorten the time for a hearing on the Motion, as permitted by the Rule.

## III.
## CONCLUSION

WHEREFORE, the Trustee respectfully requests this Court grant this Ex Parte Application and issue an Order Shortening Time to hear the Motion as soon as the Court's availability permits, and grant such other and further relief as the Court deems just and proper.

Dated this 11th day of August 2025.

> GARMAN TURNER GORDON LLP
>
> By: */s/Mary Langsner*
> GREGORY E. GARMAN, ESQ.
> TALITHA GRAY KOZLOWSKI, ESQ.
> MARY LANGSNER, Ph.D.
> 7251 Amigo Street, Suite 210
> Las Vegas, Nevada 89119
> *Attorneys for Michael Carmel, Chapter 11 Trustee*