# EXHIBIT 1

# EXHIBIT 1

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|
| NUMALE CORPORATION, | | |
| ☐ AFFECTS THIS DEBTOR, | | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | | |
| ☐ NUMALE NEW MEXICO SC, | | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | | |
| Debtors. | | NuMale New Mexico SC<br>Case No. 25-10347-nmc |

Hearing Date: September 9, 2025
Hearing Time: 9:30 a.m.

### ORDER GRANTING MOTION FOR AN ORDER COMPELLING TURNOVER OF PROPERTY OF THE ESTATE

On September 9, 2025, the Court conducted a hearing on the *Motion for an Order Compelling Turnover of Property of the Estates and for Sanctions* ("Motion") filed by Michael Carmel, as the Chapter 11 trustee ("Trustee"). The Motion requested entry of an order requiring prompt turnover of Estate Assets held by Zurich North America, in the amount of approximately $168,386.01.

Mary Langsner, Ph.D. appeared on behalf of the Trustee and all other appearances were noted on the record at the Hearing. The Court having read and reviewed the Motion, and the papers, pleadings, and declarations filed in support of and response to the Motion, as well as the papers and pleadings on file in the Chapter 11 Cases and all other matters identified by the Court at the Hearing; and the Court having also heard the oral argument of those who appeared on the record at the Hearing, and based upon the findings of fact and conclusions of law placed on the record at the Hearing, which are hereby expressly incorporated pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052, and good cause appearing:

**IT IS ORDERED** that the Motion is granted in its entirety.

**IT IS FURTHER ORDERED** that, within five (5) calendar days of Trustee's counsel notifying Zurich North America of this order, Zurich North America shall, and is hereby authorized and directed to, turn over to the Trustee the Estate Assets in the amount of $168,386.01, pursuant to payment instructions provided by Trustee's counsel commensurate with the notice of this Order.

**IT IS FURTHER ORDERED** that the Court retains jurisdiction to implement and address any dispute arising from or related to the implementation of and compliance with the terms of this Order.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

1
2
3
4
5
6

GARMAN TURNER GORDON LLP

By: /s/
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Chapter 11 Trustee*

7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GARMAN TURNER GORDON
7251 Amigo Street
Las Vegas, NV 89119
725-777-3000

### LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐  The Court waived the requirement of approval under LR 9021(b)(1).

☐  No party appeared on the Motion at the omnibus hearing or filed an objection to the Motion.

☐  I have delivered a copy of this proposed order to all counsel who appeared at the hearing other than simply to monitor, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order as follows.

☐  I have certified that under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###