GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: September 9, 2025<br>Hearing Time: 9:30 a.m. |
|---|---|

**DECLARATION OF MARY LANGSNER, PH.D. IN SUPPORT OF
MOTION FOR AN ORDER COMPELLING TURNOVER OF PROPERTY OF THE
<u>ESTATES AND FOR SANCTIONS</u>**

I, Mary Langsner, hereby declare as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. I make this declaration in support of the *Motion for an Order Compelling Turnover of Property of the Estates and for Sanctions* (the "Motion").[1]

2. I am an attorney licensed to practice law in the State of Nevada, Nevada Bar No. 13707. I am an attorney with the law firm of Garman Turner Gordon LLP ("GTG"). GTG maintains offices in Nevada at 7251 Amigo Street, Suite 210, Las Vegas, Nevada 89119. I am admitted to practice law before this Court.

3. Attached hereto as **Exhibit "1"** is a true and correct copy of the June 5, 2025, correspondence sent by my staff under my direction, to Zurich seeking, *inter alia*, the turnover of the Assets, and directing that all correspondence regarding the Claim be exclusively with and directed to the Trustee and my firm.

4. I did not receive, nor am I aware that any other attorney in my office received, communication or response from Zurich to the Turnover Letter, including a turnover of the Assets.

5. Attached hereto as **Exhibit "2"** is a true and correct copy of correspondence I sent nearly two weeks after the Turnover Letter, following up with Zurich regarding turnover of the Assets, inviting Zurich to a meet-and-confer, and, *inter alia*, noting that a motion will be filed with the Bankruptcy Court should Zurich fail to engage. I did not receive, nor am I aware that any other attorney in my office received, communication or response from Zurich to this email, including a turnover of the Assets.

6. In the weeks following, I called and left two voicemails with Zurich's representative.

7. Attached hereto as **Exhibit "3"** is a true and correct copy of further correspondence I then sent to Zurich. Nor did I receive, nor am I aware that any other attorney in my office received, communication or response from Zurich to this email, or a turnover of the Assets.

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Motion.

Additionally, I have never received a return call from Zurich or the Zurich representative with whom I left two voicemails.

8. To date, Zurich I have not received, nor am I aware that any attorney in my office has received, a response from Zurich to any of my multiple communications.

9. Zurich has not engaged with me, despite calls, voicemail, emails, and written correspondence.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 12th day of August 2025.

*/s/ Mary Langsner*
MARY LANGSNER