GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>☐ NUMALE NEW MEXICO SC,<br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: September 9, 2025<br>Hearing Time: 9:30 a.m. |
|---|---|

**NOTICE OF HEARING ON MOTION FOR AN ORDER COMPELLING TURNOVER OF PROPERTY OF THE ESTATES AND FOR SANCTIONS**

1

**NOTICE IS HEREBY GIVEN** that Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), filed the *Motion for an Order Compelling Turnover of Property of the Estates and for Sanctions* (the "Motion")[1] on August 12, 2025.

Any opposition to the Motion must be filed pursuant to Local Rule 9014(d)(1).

In the Motion, the Trustee requests the Court enter an order (i) requiring prompt turnover of insurance claim proceeds for the Claim made with Zurich North America ("Zurich"), in the amount of approximately $168,386.01 (the "Assets"), which are property of the bankruptcy Estates; and (ii) (x) compelling Zurich to turn over the estate Assets to the Trustee within five (5) calendar days of the Trustee notifying Zurich of the Order granting this Motion, and (y) in the event Zurich fails to completely, timely, and orderly comply with any order granting this Motion, authorizing the Trustee to submit a supplemental declaration identifying all attorney fees and costs incurred in pursuing turnover of the Assets from Zurich and submit an order commensurate with said declaration's filing that authorizes and issues sanctions against Zurich for noncompliance with this Court's order in the amount of such fees and costs; and (iii) granting such further and other relief the Court deems just and proper.

**NOTICE IS FURTHER GIVEN** that copies of the Motion and any supporting declarations are available by contacting Mary Langsner, Ph.D. at the email address set forth above; through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov;  or at the Bankruptcy Court's Clerk's Office, located at the Foley Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada, 89101

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion ***no later than 14***

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Application.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

*days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on **September 9, 2025, at the hour of 9:30 a.m. prevailing Pacific Time.** Parties are permitted to appear telephonically by **dialing (833) 435-1820** and **entering meeting ID (if applicable) 161 166 2815 and entering access code or passcode 115788#**.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: http://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

Dated this 12th day of August 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for Michael Carmel, Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000