_____
Honorable Natalie M. Cox
United States Bankruptcy Judge



Entered on Docket
August 13, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | |

1

| NUMALE ALL DEBTORS, Debtors. | ☒ | NuMale New Mexico SC<br>Case No. 25-10347-nmc<br>Hearing Date:  August 19, 2025<br>Hearing Time:  9:30 AM |
|---|---|---|

### NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR MOTION FOR ORDER TO SHOW CAUSE FOR WILLFUL VIOLATION OF THE ORDER APPOINTING THE TRUSTEE, WILLFUL VIOLATION OF THE AUTOMATIC STAY, AND TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §§ 105, 362, AND 542

This Court, having considered the *Ex Parte Application for Order Shortening Time to Hear Motion for Order to Show Cause for Willful Violation of the Order Appointing the Trustee, Willful Violation of the Automatic Stay, and Turnover of Property of the Estate Pursuant to 11 U.S.C. §§ 105, 362, and 542*, filed by Michael Carmel, Chapter 11 Trustee ("Trustee"), and good cause appearing therefor;

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN** that the *Motion for Order to Show Cause for Willful Violation of the Order Appointing the Trustee, Willful Violation of the Automatic Stay, and Turnover of Property of the Estate Pursuant to 11 U.S.C. §§ 105, 362, and 542* (the "Motion")[1] be, and the same will be heard by a United States Bankruptcy Judge on the August 19, 2025, at 9:30 AM.

A summary of the relief requested by Trustee through its Motion is as follows:

The Trustee requests the Court issue an *Order to Show Cause* that:

- Schedules an evidentiary hearing ("Evidentiary Hearing") for forty-five (45) days after the hearing on this Motion, at which Evidentiary Hearing Brad Palubicki ("Palubicki"), Eva Gabriela "Gabby" Farmer De La Torre ("De La Torre"), Holly Triplett ("Triplett"), Ken Braielmeir ("Braielmeir"), and any other persons aiding and abetting or conspiring with them (altogether with Palubicki, De La Torre, Triplett, and Braielmeir, the "Respondents") shall each personally appear and show cause as to why they each

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed in the Motion.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

should not be sanctioned and held in contempt for, *inter alia*, intentionally interfering with the Trustee's operation and management of the Estates, for inflicting intentional damage on the Debtors, their Estates, and the Trustee's administration of them, and for failing to turnover property of the estate; and

- Requires the Respondents to each appear in person at the hearing set by the OSC and each show cause why they should not be held in contempt and sanctioned; and
- Establishes briefing deadlines:
  - That any opposition or response to the OSC by or on behalf of any of the Respondents individually and/or jointly, including supporting evidence, shall be filed fourteen (14) days prior to the Evidentiary Hearing;
  - Any replies by the Trustee or any Respondents who submitted opposition or response to the OSC in conformity with the briefing deadlines it establishes, shall be filed three (3) days prior to the Evidentiary Hearing.

**NOTICE IS FURTHER GIVEN** that electronic copies of the Motion and supporting papers are available by contacting Mary Langsner, Ph.D. at the address or telephone number set forth above, through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov, or at the Bankruptcy Court's Clerk's Office, located at the Foley Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada, 89101.

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be served within 1 days of entry; that any oppositions to the Motion must be filed by August 15, 2025; that replies to any oppositions filed must be filed by August 18, 2025; and that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof. Parties wishing to appear and participate at this hearing shall call the telephone conference line 1(833) 435-1820, Meeting ID 161 166 2815 Passcode 115788.

3

Prepared and Submitted by:

GARMAN TURNER GORDON LLP

By: /s/ Mary Langsner
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Chapter 11 Trustee*