# EXHIBIT 1

# EXHIBIT 1

1
2
3
4
5
6  GARMAN TURNER GORDON LLP
7  GREGORY E. GARMAN
   Nevada Bar No. 6654
8  E-mail:  ggarman@gtg.legal
   TALITHA GRAY KOZLOWSKI, ESQ.
9  Nevada Bar No. 9040
   tgray@gtg.legal
10  MARY LANGSNER, Ph.D.
    Nevada Bar No. 13707
11  mlangsner@gtg.legal
12  7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
13  Telephone (725) 777-3000
    Facsimile (725) 777-3112
14  *Attorneys for Michael Carmel,*
15  *Chapter 11 Trustee*

16              **UNITED STATES BANKRUPTCY COURT**
                     **DISTRICT OF NEVADA**
17

18  In re:                              Lead Case No.: 25-10341-nmc
                                        Chapter 11
19  NUMALE CORPORATION,
                                        *Jointly administered with:*
20      AFFECTS THIS DEBTOR,      ☐
                                        Feliciano NuMale Nevada PLLC
21      AFFECTS FELICIANO         ☐     Case No. 25-10342-nmc
        NUMALE NEVADA PLLC,
22                                      NuMedical SC
23      NUMEDICAL SC,             ☐     Case No. 25-10343-nmc

24      NUMALE COLORADO SC,       ☐     NuMale Colorado SC
                                        Case No. 25-10344-nmc
25      NUMALE FLORIDA TB PLLC,   ☐
                                        NuMale Florida TB PLLC
26      NUMALE NEBRASKA LLC,      ☐     Case No. 25-10345-nmc
27
        NUMALE NEW MEXICO SC,     ☐     NuMale Nebraska LLC
28                                      Case No. 25-10346-nmc

Garman Turner Gordon LLP
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

1    NUMALE ALL DEBTORS,                ☒

2                    Debtors.                          NuMale New Mexico SC
                                                        Case No. 25-10347-nmc
3

4    **ORDER GRANTING EX PARTE APPLICATION FOR BANKRUPTCY RULE 2004
     EXAMINATION OF WELLS FARGO BANK, N.A.**

5

6          Upon the *Ex Parte Application for Bankruptcy Rule 2004 Examination of Wells Fargo

7    Bank N.A.* (the "Ex Parte Application") filed by Michael Carmel, as the Chapter 11 trustee

8    ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC,

9    NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and

10   NuMale New Mexico SC, and good cause appearing therefor;

11         **IT IS HEREBY ORDERED** that Wells Fargo Bank, N.A. shall appear for a Rule 2004

12   examination on September 18, 2025, that is set forth in a subpoena issued to *Wells Fargo Bank,*

13   *N.A.*, or such other date as Wells Fargo Bank, N.A. and the Trustee agree, pursuant to FED. R.

14   BANKR. P. 2004, regarding matters that are within the scope of Rule 2004, including without

15   limitation the acts, assets, conduct, property, liabilities, financial condition, and business dealings

16   of the above-captioned Debtors.  The Trustee shall issue a separate subpoena pursuant to Fed. R.

17   Bankr. P. 9016 for the production of documents.

18         **IT IS FURTHER ORDERED** that the examination may be continued from day to day

19   until concluded and that the examination will be recorded by a certified court reporter by

20   stenographic means and may also be videographically recorded.

21         **IT IS SO ORDERED.**

22   PREPARED AND SUBMITTED BY:

23   GARMAN TURNER GORDON LLP

24   By: */s/ Mary Langsner*
         GREGORY E. GARMAN, ESQ.
25       TALITHA GRAY KOZLOWSKI, ESQ.
         MARY LANGSNER, Ph.D.
26       7251 Amigo Street, Suite 210
         Las Vegas, Nevada 89119
27       *Attorneys for Michael Carmel, Chapter 11 Trustee*

28