Joseph G. Went, Esq.
Nevada Bar No. 9220
Lars K. Evensen, Esq.
Nevada Bar No.
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
jgwent@hollandhart.com
lkevensen@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Brad Palubicki*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-NMC |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly Administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Holland and Hart, LLP hereby gives notice that the firm represents Brad Palubicki, in the above-captioned bankruptcy case. Pursuant to Federal Rules of Bankruptcy Procedure 2002(g), Holland and Hart, LLP hereby requests copies of all pleadings and notices be sent to the following address:

> Joseph G. Went
> Lars K. Evensen
> Sydney R. Gambee
> Holland and Hart, LLP
> 9555 Hillwood Drive
> Second Floor
> Las Vegas, NV 89134
> jgwent@hollandhart.com
> lkevensen@hollandhart.com
> srgabmee@hollandhart.com

Please take notice that the foregoing request for notice includes, without limitation and to the extent applicable, any disclosure statement, plan of reorganization, notice of any orders, pleadings, motions, applications, demands, requests for hearings and memoranda and briefs in support of any of the foregoing.

Dated: August 18, 2025.

**HOLLAND & HART LLP**

*/s/ Joseph G. Went, Esq.*
Joseph G. Went, Esq.
Las K. Evensen, Esq.
Sydney R. Gambee, Esq.
9555 Hillwood Drive 2nd Floor
Las Vegas, NV 89134

*Attorneys for Brad Palubicki*

35616282_v1