GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: August 19. 2025<br>Hearing Time: 9:30 a.m. |

**NOTICE OF NON-OPPOSITION TO, AND NOTICE OF PROPOSED ORDER FOR, MOTION FOR ORDER TO SHOW CAUSE FOR WILLFUL VIOLATION OF THE ORDER APPOINTING THE TRUSTEE, WILLFUL VIOLATION OF THE AUTOMATIC STAY, AND TURNOVER OF PROPERTY OF THE ESTATE PURSUANT TO 11 U.S.C. §§ 105, 362, AND 542**

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy Estates of

NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC,

NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), hereby submits this *Notice of Non-Opposition to, and Notice of Proposed Order for, Motion for Order to Show Cause for Willful Violation of the Order Appointing the Trustee, Willful Violation of the Automatic Stay, and Turnover of Property of the Estate Pursuant to 11 U.S.C. §§ 105, 362, and 542*.

On August 11, 2025, the *Motion for Order to Show Cause for Willful Violation of the Order Appointing the Trustee, Willful Violation of the Automatic Stay, and Turnover of Property of the Estate Pursuant to 11 U.S.C. §§ 105, 362, and 542* [ECF No. 455] ("Motion"), and the supporting declarations of the Trustee [ECF No. 457] and Gregory E. Garman, Esq. [ECF No. 456] (together with the Motion, the "Moving Papers"), were noticed and served to all parties-in-interest in these Chapter 11 Cases via ECF. Additionally, the *Notice of Hearing and Order Shortening Time* setting the hearing on the Motion [ECF No. 473] (the "OST", which issued on August 13, 2025), was noticed and served to all parties-in-interest in these Chapter 11 Cases via U.S. Mail postage pre-paid. Furthermore, the Moving Papers and the OST were noticed to Brad Palubicki, Ken Breilmaier, Eva Gabriela "Gabby" Farmer De La Torre, and Holly Triplett on August 13, 2025, (i) via direct email, (ii) via United States Mail, postage pre-paid, and (iii) via Federal Express overnight delivery. *See* Certificate of Service, ECF No. 477.

The Motion was filed on August 11, 2025, and any response in opposition thereto was due by August 15, 2025, pursuant to the OST. No responses or oppositions were timely filed. In anticipation of the August 19, 2025 hearing, the Trustee has prepared the proposed form of order granting the Motion attached hereto as **Exhibit "1"**.

Dated this 18th day of August 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Chapter 11 Trustee*