GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC Case No. 25-10347-nmc |
| Debtors. | Hearing Date: August 19. 2025 Hearing Time: 9:30 a.m. |

**NOTICE OF NON-OPPOSITION TO SECOND MOTION TO EXTEND DEADLINE PURSUANT TO 11 U.S.C. § 365(d)(4) TO ASSUME OR REJECT UNEXPIRED LEASES**

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy Estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC,

NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), hereby submits this *Notice of Non-Opposition to Second Motion to Extend Deadline Pursuant to 11 U.S.C. § 365(d)(4) to Assume or Reject Unexpired Leases*.

On August 11, 2025, the *Second Motion to Extend Deadline Pursuant to 11 U.S.C. § 365(d)(4) to Assume or Reject Unexpired Leases* [ECF No. 462] ("Motion"), supporting declarations of Mary Langsner, Ph.D. [ECF No. 463] and the Trustee [ECF No. 464], were noticed and served to all parties-in-interest in these Chapter 11 Cases via ECF, and, on August 12, 2025, were noticed via direct email to attorneys Katy Rehan, Esq. and Matthew Johnson., Esq., who represent landlords. Additionally, on August 13, 2025, the *Notice of Hearing and Order Shortening Time* setting the hearing on the Motion [ECF No. 474] (the "OST", which issued on August 13, 2025), was noticed and served to all parties-in-interest in these Chapter 11 Cases via U.S. Mail postage pre-paid, as well as additionally via email to attorneys Katy Rehan, Esq. and Matthew Johnson., Esq., who represent landlords. *See* Certificate of Service, ECF No. 476.

The Motion was filed on August 11, 2025, and any response in opposition thereto was due by August 15, 2025, pursuant to the OST. No responses were filed, and no formal or informal opposition to the relief requested in the Motion was received, and the deadline to do so has passed.

Dated this 18th day of August 2025.

GARMAN TURNER GORDON LLP

By: */s/Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*