GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>    AFFECTS THIS DEBTOR, ☐<br><br>    AFFECTS FELICIANO ☐<br>    NUMALE NEVADA PLLC,<br><br>    NUMEDICAL SC, ☐<br><br>    NUMALE COLORADO SC, ☐<br><br>    NUMALE FLORIDA TB PLLC, ☐<br><br>    NUMALE NEBRASKA LLC, ☐<br><br>    NUMALE NEW MEXICO SC, ☐<br><br>    NUMALE ALL DEBTORS, ☒<br><br>    Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

## NOTICE OF ISSUANCE OF SUBPOENA TO CUSTODIAN OF RECORDS FOR FORTIFI BANK

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of

NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC,

1  NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively,

2  the "Debtors"), by and through counsel Garman Turner Gordon LLP, hereby provides notice of

3  the issuance of a subpoena for examination upon Fortifi Bank.  A copy of the subpoena is

4  attached hereto as **Exhibit 1**.

5          DATED this 18th day of August, 2025.

6                                          GARMAN TURNER GORDON LLP

7                                          By: */s/Mary Langsner*
                                               GREGORY E. GARMAN, ESQ.
8                                              TALITHA GRAY KOZLOWSKI, ESQ.
                                               MARY LANGSNER, Ph.D.
9                                              7251 Amigo Street, Suite 210
                                               Las Vegas, Nevada 89119
10                                             *Attorneys for Michael Carmel, Chapter 11*
                                               *Trustee*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                               2