GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC |
| Debtors. | Case No. 25-10347-nmc |

## NOTICE OF ISSUANCE OF SUBPOENA TO CUSTODIAN OF RECORDS FOR WELLS FARGO BANK, N.A.

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC,

NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through counsel Garman Turner Gordon LLP, hereby provides notice of the issuance of a subpoena for examination upon Wells Fargo Bank, N.A. A copy of the subpoena is attached hereto as **Exhibit 1**.

DATED this 18th day of August, 2025.

                                        GARMAN TURNER GORDON LLP

                                        By: */s/ Mary Langsner*
                                              GREGORY E. GARMAN, ESQ.
                                              TALITHA GRAY KOZLOWSKI, ESQ.
                                              MARY LANGSNER, Ph.D.
                                              7251 Amigo Street, Suite 210
                                              Las Vegas, Nevada 89119
                                              *Attorneys for Michael Carmel, Chapter 11 Trustee*