Joseph G. Went, Esq.
Nevada Bar No. 9220
Lars K. Evensen, Esq.
Nevada Bar No. 8061
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
jgwent@hollandhart.com
lkevensen@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Brad Palubicki*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-NMC<br>Chapter 11<br><br>*Jointly Administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>**Hearing Date: September 2, 2025**<br>**Hearing Time: 9:30 a.m**. |

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

**DECLARATION OF BRAD PALUBICKI IN SUPPORT OF HIS OPPOSITION TO MOTION PURSUANT TO FED. R. BANKR. P. 9019 AND 11 U.S.C. §§ 363 AND 105 TO AUTHORIZE AND APPROVE GLOBAL SETTLEMENT AND ASSOCIATED RELEASES AND AUTHORIZE INSURANCE POLICIES BUYBACK  (ECF NO. 430)**

I, **BRAD PALUBICKI**, do hereby declare:

1. I submit this declaration based upon my personal knowledge of the facts stated herein. I am over the age of eighteen years and am competent to testify to the matters set forth below. If called as a witness, I could and would testify competently to the facts stated herein.

2. On January 22, 2025, NuMale Corporation ("NuMale") and six bankruptcy affiliates filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

3. I previously served as President of NuMale.

4. I make this declaration in support of my *Opposition* (the "Opposition") to the Trustee's *Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 33 and 105 to Authorize and Approve Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* (the "Motion"), on file herein as ECF No. 430.

5. I have personal knowledge of all matters set forth in this Declaration, and if called upon to testify, could and would competently testify thereto.

6. NuMale affiliates that filed bankruptcy petitions include Feliciano NuMale Nevada PLLC ("Feliciano NuMale"), NuMedical SC ("NuMale SC"), NuMale Colorado SC ("NuMale Colorado"), NuMale Florida TB PLLC ("NuMale Florida"), NuMale Nebraska LLC ("NuMale Nebraska"), and NuMale New Mexico SC ("NuMale New Mexico") (collectively, the "Debtors").

7. I was the signatory on the bankruptcy petitions filed by Debtors.

8. I am a defendant identified in the Jury Verdict, as that term is used in the Motion.

9. NuMale GB is a signatory to the Global Settlement Agreement, but neither the Trustee nor Dr. Adam Aicher have the ability to control NuMale GB.

   a. In or around July 2014, NuMale GB was formed as a Wisconsin Service Corporation.  A true and correct copy of the Articles of Incorporation for NuMale GB is attached to the Opposition as **Exhibit A** and incorporated herein by reference.

-2-

    b. Pursuant to the July 1, 2014 *Shareholder Agreement*, 10,000 shares were issued, comprised of 1,000 voting shares and 9,000 non-voting shares. A true and correct copy of the Shareholder Agreement is attached to the Opposition as **Exhibit B** and incorporated herein by reference.

    c. The voting shares were distributed as follows: 490 voting shares to Dr. Aicher, 255 voting shares to Dr. Asandra, and 255 voting shares to Dr. Feliciano.

    d. Pursuant to the *Subscription Agreement and Investment Letter* for NuMale GB dated July 23, 2014, Dr. Aicher expressly acknowledged that he had no control over the business affairs of the company and that he acquired a minority of the voting shares. A true and correct copy of the Subscription Agreement is attached to the Opposition as **Exhibit C** and incorporated herein by reference.

    e. On or about December 31, 2020, pursuant to the *Consent Resolution of the Shareholders of Attached Exhibit "A"* (the "Consent Resolution"), Dr. Asandra transferred all of his shares in NuMale GB to Dr. Feliciano. A true and correct copy of the Consent Resolution is attached to the Opposition as **Exhibit D** and incorporated herein by reference.

    f. As a result of the transfer contemplated by the Consent Resolution, Dr. Feliciano became the owner of 51% of voting shares of NuMale GB.

    g. According to the *Bylaws of NuMale Wisconsin GB, S.C.* (the "Bylaws"), the company is managed by the Board and the Board is elected by shareholders holding voting shares. A true and correct copy of the Bylaws is attached to the Opposition as **Exhibit E** and incorporated herein by reference.

    h. By virtue of Dr. Feliciano's 51% ownership of the voting shares, he is the controlling voting shareholder.

  10. I am an insured under the NuMale-Beazley Policies.

    a. Under that policy described as certain Underwriters at Lloyd's, London Syndicates 2623/623 (collectively, "Beazley") subscribing to a $1 million Miscellaneous Medical Professional Liability Claims Made and Reported Insurance (Policy No. W14CC4190601) (the "Primary Policy"), I am an insured.

-3-

   b. During the policy period, I served as an executive officer of NuMale.

   c. Beazley has not disputed my status as an "Insured" under the NuMale-Beazley Policies. A true and correct copy of the January 13, 2021 letter from Beazley is attached to the Opposition as **Exhibit F** and incorporated herein by reference.

11. I am a guarantor on the Newtek obligation.

12. I respectfully request that the Court deny the Motion.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

EXECUTED this 19th day of August, 2025 in Clark County, Nevada.

             */s/ Brad Palubicki*
             BRAD PALUBICKI

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

-4-

**CERTIFICATE OF SERVICE**

1. On the August 19, 2025 I served the following document(s) *(specify):*

*A.* **DECLARATION OF BRAD PALUBICKI IN SUPPORT OF HIS OPPOSITION TO MOTION pursuant to fed. r. bankr. p. 9019 and 11 u.s.c. §§ 363 and 105 to authorize and approve global settlement and associated releases and authorize insurance policies buyback (ECF No. 430).**

2. I served the above-named document(s) by the following means to the persons as listed below*: (Check all that apply)*

 X   a. **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary):*

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com, dberhanu@lewisroca.com, ombcalendar@lewisroca.com, klopez@lewisroca.com, Renee.Creswell@wbd-us.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com,CRobertson@carlyoncica.com, nrodriguez@carlyoncica.com, jang@carlyoncica.com, 9232006420@filings.docketbird.com, Dcica@carlyoncica.com, tfrey@carlyoncica.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@gtg.legal, bknotices@gtg.legal

RICHARD F. HOLLEY on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rholley@spencerfane.com, oswibies@spencerfane.com, richard-holley-0715@ecf.pacerpro.com

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com, kristi@mjohnsonlaw.com, kathra@mjohnsonlaw.com, admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com,
weisenmiller.markm.b117998@notify.bestcase.com, melissa@abwfirm.com

JOSEPH G. WENT on behalf of Debtor BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com,
IntakeTeam@hollandhart.com, tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com, bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com, hannah@lzlawnv.com,
carey@lzlawnv.com, trish@lzlawnv.com,

jennifer@lzlawnv.com, bchambliss@lzlawnv.com

**X**    **b.**    **US Mail** by depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

MCAFEE AND TAFT LLP
,

PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
,

RIGGI LAW FIRM on behalf of Debtor NUMALE CORPORATION
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE COLORADO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
7900 W SAHARA AVE
SUITE 100

| | |
|---|---|
| 1 | LAS VEGAS, NV 89117 |
| 2 | RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC |
| 3 | 7900 W SAHARA AVE<br>SUITE 100 |
| 4 | LAS VEGAS, NV 89117 |
| 5 | RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC |
| 6 | 7900 W SAHARA AVE<br>SUITE 100 |
| 7 | LAS VEGAS, NV 89117 |
| 8 | RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMEDICAL SC |
| 9 | 7900 W SAHARA AVE<br>SUITE 100 |
| 10 | LAS VEGAS, NV 89117 |

1  LAS VEGAS, NV 89117

2  RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
3  7900 W SAHARA AVE
   SUITE 100
4  LAS VEGAS, NV 89117

5  RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
6  7900 W SAHARA AVE
   SUITE 100
7  LAS VEGAS, NV 89117

8  RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMEDICAL SC
9  7900 W SAHARA AVE
   SUITE 100
10 LAS VEGAS, NV 89117

11 RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.
12 ,

Jacob Nathan Rubin
13 ,

14 ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
15 SIMPSON THACHER AND BARTLETT LLP
16 425 LEXINGTON AVENUE
NEW YORK, NY 10017

17

18 Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
19 McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
20 Las Vegas, NV 89102

21 DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
22 SIMPSON THACHER AND BARTLETT LLP
23 425 LEXINGTON AVENUE
NEW YORK, NY 10017

24
**I declare under penalty of perjury that the foregoing is true and correct.**
25
DATED this 19th day of August, 2025.
26

27
                                            */s/ Tiffany Pond*
28                                          SIGNATURE OF DECLARANT

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134