GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|
| NUMALE CORPORATION, | | *Jointly administered with:* |
| ☐ AFFECTS THIS DEBTOR, | | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMEDICAL SC, | | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE COLORADO SC, | | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEBRASKA LLC, | | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☐ NUMALE NEW MEXICO SC, | | |
| ☒ NUMALE ALL DEBTORS, | | |
| Debtor. | | |

**NOTICE OF ENTRY OF ORDER GRANTING SECOND MOTION TO EXTEND DEADLING PURSUANT TO 11 U.S.C. § 365(d)(4) TO ASSUME OR REJECT UNEXPIRED LEASES**

1

PLEASE TAKE NOTICE that an *Order Granting Second Motion to Extend Deadline Pursuant to 11 U.S.C. § 365(d)(4) to Assume or Reject Unexpired Leases* [ECF No. 501], a copy of which is attached hereto, was entered in the above-entitled matter on August 19, 2025.

Dated this 20th day of August, 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel,*
    *Chapter 11 Trustee*

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
August 19, 2025
_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |

1

| | |
|---|---|
| NUMALE ALL DEBTORS,   Debtors. | NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: August 19, 2025<br>Hearing Time: 9:30 a.m. |

**ORDER GRANTING SECOND MOTION TO EXTEND DEADLINE PURSUANT TO 11 U.S.C. § 365(d)(4) TO ASSUME OR REJECT UNEXPIRED LEASES**

On August 19, 2025, the Court conducted a hearing on the *Second Motion to Extend Deadline Pursuant to 11 U.S.C. § 365(d)(4) to Assume or Reject Unexpired Leases* ("Motion")[1] [ECF No. 462] filed by Michael Carmel, as the Chapter 11 trustee ("Trustee"). The Motion sought entry of an order extending the time period within which the Trustee must assume or reject unexpired leases in these Chapter 11 Cases, under 11 U.S.C. § 365(d)(4)(B)(ii).

Gregory Garman, Esq. and Mary Langsner, Ph.D. appeared on behalf of the Trustee, and all other appearances were noted on the record at the hearing. The Court having read and reviewed the Motion, and the papers, pleadings, and declarations filed in support of the Motion, as well as the papers and pleadings on file in the Chapter 11 Cases and all other matters identified by the Court at the hearing; there being no written opposition to the Motion (timely, or otherwise); and the Court having also heard the oral argument of those who appeared on the record at the hearing, and based upon the findings of fact and conclusions of law placed on the record at the hearing, which are hereby expressly incorporated pursuant to FED. R. BANKR. P. 9014(a) and (c) and 7052, and good cause appearing therefor:

**IT IS HEREBY ORDERED:**

1. The Motion is granted as set forth herein.

2. The Trustee's deadline to assume or reject all unexpired leases of nonresidential real property in any and all of the Debtors' Chapter 11 Cases pursuant to 11 U.S.C. § 365(d)(4) shall be extended through and including **October 24, 2025**.

3. The entry of this Order is without prejudice to the Trustee seeking a further extension pursuant to 11 U.S.C. § 365(d)(4)(B)(ii).

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Motion.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

4.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:
GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
      GREGORY E. GARMAN, ESQ.
      TALITHA GRAY KOZLOWSKI, ESQ.
      MARY LANGSNER, Ph.D.
      7251 Amigo Street, Suite 210
      Las Vegas, Nevada 89119
      *Attorneys for Michael Carmel,*
      *Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies as follows:

☐ The Court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared on the Motion at the omnibus hearing or filed an objection to the Motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing other than simply to monitor, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order as follows.

| | |
|---|---|
| Alyssa Rogan, Esq.<br>Justin Valencia, Esq.<br>*Attorneys for United States Trustee for Region 17* | **Waived** |
| Joseph G. Went, Esq.<br>*Attorneys for Brad Palubicki* | **Waived** |
| Ryan A. Andersen, Esq.<br>*Attorneys for Justin Pulliam* | **Waived** |
| Lori Bencoe, Esq.<br>*Attorneys for Michael Sanchez* | **Waived** |

☐ I have certified that under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###

4