GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>☐ NUMALE NEW MEXICO SC,<br>☒ NUMALE ALL DEBTORS,<br><br>Debtor. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|---|---|

**CERTIFICATE OF SERVICE**

1. On August 19, 2025, I served the following document(s):

    a. *Ex Parte Application for Examination of Brad Palubicki Pursuant to Bankruptcy Rule 2004*    Dkt. No. 416

    b. *Order Granting Ex Parte Application for Examination of Brad Palubicki Pursuant to Bankruptcy Rule 2004*    Dkt. No. 429

    c. *Subpoena in a Case Under the Bankruptcy Code for Examination Pursuant to Fed. R. Bankr. P. 2004 issued to Brad Palubicki;*

I served the above-named document(s) by the following means to the persons as listed below:

☒    a.    By direct email:

I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

jgwent@hollandhart.com
lkevensen@hollandandhart.com
srgambee@hollandhart.com

2. On August 20, 2025, I served the following document(s):

    a. *Ex Parte Application for Examination of Brad Palubicki Pursuant to Bankruptcy Rule 2004*    Dkt. No. 416

    b. *Order Granting Ex Parte Application for Examination of Brad Palubicki Pursuant to Bankruptcy Rule 2004*    Dkt. No. 429

    c. *Subpoena in a Case Under the Bankruptcy Code for Examination Pursuant to Fed. R. Bankr. P. 2004 issued to Brad Palubicki;*

I served the above-named document(s) by the following means to the persons as listed below:

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

☒    a.    United States Mail, postage fully prepaid:

> Joseph G. Went, Esq.
> Lars K. Evensen, Esq.
> Sydney R. Gambee, Esq.
> HOLLAND & HART LLP
> 9555 Hillwood Drive, 2nd Floor
> Las Vegas, NV 89134

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of August, 2025.

> */s/ Vicki DiMaio*
> Vicki DiMaio, an employee of
> Garman Turner Gordon LLP

3

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000