GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtor. | |

**CERTIFICATE OF SERVICE**

1

1. On August 19, 2025, I served the following document(s):

   a. *Order to Show Cause Why Brad Palubicki, Eva Gabriela Farmer De La Torre, Holly Triplett, and Ken Braielmeir, and Any Other Persons Aiding and Abetting or Conspiring with them Should Not be Sanctioned and Held In Contempt*   Dkt. No. 500

I served the above-named document(s) by the following means to the persons as listed below:

   ☒   By direct email:

   I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

| Brad Palubicki | Ken Breilmier |
|---|---|
| bradnmc@gmail.com<br>Brad@menshealthctr.com<br>numalebrad@gmail.com<br>bradpalubicki@outlook.com | kobrielmaier@gmail.com |
| Gabby De La Torre | Holly Triplett |
| gabbytorre1@gmail.com<br>gabby@menshealthctr.com | htriplettcpa@outlook.com<br>holly@menshealthctr.com<br>htriplett@charter.net |

2. On August 20, 2025, I served the following document(s):

   a. *Notice of Entry of Order to Show Cause Why Brad Palubicki, Eva Gabriela Farmer De La Torre, Holly Triplett, and Ken Braielmeir, and Any Other Persons Aiding and Abetting or Conspiring with them Should Not be Sanctioned and Held In Contempt*   Dkt. No. 513

I served the above-named document(s) by the following means to the persons as listed below:

   ☒   ECF System: See attached ECF Confirmation Sheets.

   ☒   United States Mail, postage fully prepaid and Via Federal Express overnight delivery:

| Brad Palubicki<br>9 Paradise Valley Court<br>Henderson, NV 89052 | Holly Triplett<br>701 Old Settlement Dr.<br>Watertown, WI 53098 |
|---|---|
| Gabby De La Torre<br>9 Paradise Valley Court<br>Henderson, NV 89052 | Ken Breilmier<br>10964 Salernes St.<br>Las Vegas, NV 89141 |

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

☒  United States Mail, postage fully prepaid: See attached Mailing Matrix.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of August, 2025.

*/s/ Danielle Charlet*
Danielle Charlet, an employee of
Garman Turner Gordon LLP

**File a Notice:**

25-10341-nmc NUMALE CORPORATION

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: BAPCPA, JNTADMN, LEAD |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from TALITHA B. GRAY KOZLOWSKI entered on 8/20/2025 at 10:40 AM PDT and filed on 8/20/2025

**Case Name:**    NUMALE CORPORATION
**Case Number:**    25-10341-nmc
**Document Number:** 513

**Docket Text:**
Notice of Entry of Order *TO SHOW CAUSE WHY BRAD PALUBICKI, EVA GABRIELA FARMER DE LA TORRE, HOLLY TRIPLETT, AND KEN BRAIELMEIR, AND ANY OTHER PERSONS AIDING AND ABETTING OR CONSPIRING WITH THEM SHOULD NOT BE SANCTIONED AND HELD IN CONTEMPT* Filed by TALITHA B. GRAY KOZLOWSKI on behalf of MICHAEL W. CARMEL (Related document(s)[500] Order to Show Cause) (GRAY KOZLOWSKI, TALITHA)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2025 0820 NOE OSC.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=8/20/2025] [FileNumber=36896525-0
] [4007a858f9c59392925b179026c39a02ef10d48e42768a143b203d470e26bfb484c
dabecb6f93c170a10e0e497deb8a0062e35463983811b61c6a681c4f699fd]]

**25-10341-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@gtg.legal, bknotices@gtg.legal

RICHARD F. HOLLEY on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Interested Party BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

**25-10341-nmc Notice will not be electronically mailed to:**

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS

Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

MCAFEE AND TAFT LLP
,

PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
,

RIGGI LAW FIRM on behalf of Debtor NUMALE CORPORATION
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE COLORADO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMEDICAL SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.
,

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

```
Label Matrix for local noticing          CERTAIN UNDERWRITERS AT LLOYD'S LONDON     FELICIANO NUMALE NEVADA PLLC
0978-2                                   C/O RYAN J. WORKS                          6590 S RAINBOW BLVD
Case 25-10341-nmc                        McDONALD CARANO LLP                        LAS VEGAS, NV 89118-3327
District of Nevada                       2300 WEST SAHARA AVENUE, SUITE 1200
Las Vegas                                LAS VEGAS, NV 89102-4395
Tue Aug 19 08:41:51 PDT 2025

Ford Motor Credit Company, LLC, c/o AIS Port   NEWTEK SMALL BUSINESS FINANCE, LLC   NUMALE COLORADO SC
4515 N Santa Fe Ave. Dept. APS           STEPHENS LAW OFFICES                       8200 E BELLEVIEW AVE
Oklahoma City, OK 73118-7901             C/O DAVID A. STEPHENS                      GREENWOOD VILLAGE, CO 80111-2883
                                         P.O. BOX 33130
                                         LAS VEGAS, NV 89133-3130

NUMALE CORPORATION                       NUMALE FLORIDA TB PLLC                     NUMALE NEBRASKA LLC
6590 S RAINBOW BLVD                      500 WESTSHORE BLVD                         444 REGENCY PARKWAY DR
LAS VEGAS, NV 89118-3327                 TAMPA, FL 33609-5003                       OMAHA, NE 68114-3792


NUMALE NEW MEXICO SC                     NUMEDICAL SC                               Prospect Rainbow, LLC
7920 WYOMING BLVD, NE                    2600 N MAYFAIR RD                          c/o JOHNSON & GUBLER, P.C.
ALBUQUERQUE, NM 87109-6020               WAUWATOSA, WI 53226-1309                   Attn: Russell G. Gubler, Esq.
                                                                                    8831 W. Sahara Ave
                                                                                    Las Vegas, NV 89117-5865

RIGGI LAW FIRM                           TN Dept of Revenue                         TOP TIER CAPITAL
7900 W SAHARA AVE                        c/o TN Attorney General's Office           c/o Carlyon Cica Chtd.
SUITE 100                                Bankruptcy Division                        265 E. Warm Springs Road
LAS VEGAS, NV 89117-7921                 PO Box 20207                               Suite 107
                                         Nashville, TN 37202-4015                   Las Vegas, NV 89119-4230

United States Bankruptcy Court           444 Regency Parkway LLC                    8965 S. Eastern Ave., Suite 382
300 Las Vegas Blvd., South               450 Regency Pkwy., Ste. 200                Las Vegas, NV 89123-4849
Las Vegas, NV 89101-5833                 Omaha, NE 68114-3777


ACE RECOVERY GROUP, LLC                  AMERICAN EXPRESS                           AMERICAN EXPRESS NATIONAL BANK
99 WALL STREET #4890                     Po Box 60189                               C/O BECKET AND LEE LLP
NEW YORK, NY 10005-4301                  City Industry, CA 91716-0189               PO BOX 3001
                                                                                    MALVERN  PA 19355-0701


ARIZONA DEPARTMENT OF REVENUE            AUDACY                                     Aaron Garber
Office of the Arizona Attorney General - 11800 W Grange Ave                         Wadsworth Garber Warner Conrardy PC
c/o Tax, Bankruptcy and Collection Sct   Hales Corners, WI 53130-1035               2580 W. Main Street, Suite 200
2005 N Central Ave, Suite 100                                                       Littleton, CO 80120-4631
Phoenix, AZ 85004-1546


Ace Recovery Group, LLC                  Alexander C. Dale                          Arapahoe County Government Treasurer
Attn: Daniel Gold                        Ward and Smith, P.A.                       5334 S. Prince St.
99 Wall Street #4890                     University Corporate Center                Littleton, CO 80120-1136
New York, NY 10005-4301                  127 Racine Drive
                                         Wilmington, NC 28403-8833

Arch Insurance Company                   Array Medical                              Attorney General of Colorado
Professional Liability Claims            3440 Sojourn Dr #200                       1300 Broadway, 8th Floor
1299 Farnam Street, Suite 500            Carrollton, TX 75006-2398                  Denver, CO 80203-2104
Omaha, NE 68102-1130
```

| | | |
|---|---|---|
| BRAD PALUBICKI<br>9 PARADISE VALLEY CT.<br>HENDERSON, NV 89052-6706 | Basel Hassoun, M.D.<br>Attn: Michael Furlong, Esq.<br>Steptoe & Johnson PLLC<br>210 Park Ave., Ste. 2300<br>Oklahoma City, OK 73102-5661 | Basel Hassoun, M.D.<br>Attn: Wayne Allison<br>2004 Huntington Ave.<br>Nichols Hills, OK 73116-5113 |
| Brian T. Fahl<br>825 N. Jefferson Street, Suite 500<br>Milwaukee, WI 53202-3737 | Burr & Forman<br>Attn: Emily Taube<br>222 Second Avenue South, Suite 2000<br>Nashville, Tennessee 37201-2385 | C T Corporation System, as Representative<br>Attn: SPRS<br>330 N Brand Blvd., Ste. 700<br>Glendale, CA 91203-2336 |
| C T Corporation System, as Representative<br>c/o Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | C T Corporation System, as Representative<br>c/o Wolters Kluwer Lien Solutions<br>330 N Brand Blvd., Ste. 700<br>Glendale, CA 91203-2336 | CARLOS FELICIANO<br>N69 W29753<br>Hartland, WI 53029 |
| CARLOS FELICIANO<br>N69W29753 RIDGEVIEW CT.<br>HARTLAND, WI 53029-9253 | CENTRUM/BELLVIEW LLC<br>DEPT # 42512<br>POB 650823<br>Dallas, TX 75265-0823 | CLARK HILL<br>1700 S Pavilion Center Dr Ste 500<br>Las Vegas, NV 89135-1864 |
| COX MEDIA<br>POB 50481<br>Los Angeles, CA 90074-0481 | COX MEDIA LLC LAS VEGAS<br>FILE 50464<br>Los Angeles, CA 90074-0464 | COX RADIO LLC<br>11300 4th St N<br>St Petersburg, FL 33716-2941 |
| California State Board of Equalization<br>Account Information Group, MIC: 29<br>PO Box 942879<br>Sacramento, CA 94279-0029<br>Michigan Dept. of Treasury, Tax Policy D 94279-0029<br>Attn: Litigation Liaison | California State Board of Equalization<br>Acct: Info. Group, MIC:29<br>PO Box 942879<br>Sacramento, CA 94279-0029 | Cami Perkins<br>c/o KEMP JONES, LLP<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169-0910 |
| Carlos E Feliciao<br>N69W29753 Ridgeview Ct,<br>Hartland, WI 53029-9253 | Carlos Feliciano<br>Hellman Jeffrey Law Offices<br>195 Church St., 10th Flr.<br>New Haven, CT 06510-2009 | Celtic Bank<br>268 S State St., Ste. 300<br>Salt Lake City, UT 84111-5314 |
| Centrum/Belleview LLC<br>c/o Aaron Garber<br>Wadsworth Garber Warner Conrardy PC<br>2580 W. Main Street, Suite 200<br>Littleton, CO 80120-4631 | Centrum/Belleview LLC<br>c/o FSB Property Management LLC<br>Attn: Michelle Brokaw<br>8200 E Belleview Ave, Ste 102C<br>Greenwood Village, CO 80111-2804 | Centrum/Belleview LLC<br>c/o FSB Property Management LLC<br>P.O. Box 176207<br>Denver, CO 80217-6207 |
| Centrum/Bellview LLC<br>c/o Troy Sandberg, Esq.<br>Sandberg Law LLC<br>17011 Lincoln Avenue #348<br>Parker, CO 80134-3144 | Certain Underwriters at Lloyds<br>London Syndicates 623/2623<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954 | Certain Underwriters at Lloyds London<br>c/o David Zylberberg<br>SIMPSON THACHER & BARTLETT LLP<br>425 Lexington Avenue<br>New York, NY 10017-3954 |
| Christopher Rose<br>c/o KEMP JONES, LLP<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169-0910 | Chubb<br>Attn: Chubb Claims Department<br>Chubb<br>P.O. Box 5122<br>Scranton, PA 18505-0554 | Chubb<br>Attn: Chubb Underwriting Department<br>Chubb<br>202B Halls Mill Road<br>Whitehouse Station, NJ 08889 |

| | | |
|---|---|---|
| City of Milwaukee<br>Office of City Attorney<br>200 E. Wells St., Room 800<br>Milwaukee, WI 53202-3551 | Civil process clerk at the U.S. Attorney<br>Hon. Markenzy Lapointe<br>U.S. Attorney<br>Southern District of Florida<br>99 N.E. 4th Street<br>Miami, FL 33132-2131 | Clark Co Assessor c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Po Box 551401<br>Las Vegas, NV 89155-1401 |
| Clark Co Treasurer c/o Bankruptcy Clerk<br>500 S Grand Central Pksy<br>Po Box 1220<br>Las Vegas, NV 89125-1220 | Clark Co Treasurer c/o Bankruptcy Clerk<br>500 S Grand Central Pkwy<br>Po Box 1220<br>Las Vegas, NV 89125-1220 | Clark Hill PLC<br>Robert P. Franke<br>Clark Hill PLC<br>901 Main Street, Suite 6000<br>Dallas, TX 75202-3748 |
| Colorado Department of Revenue<br>ATTN: Bankruptcy Dept, RM 104<br>1881 Pierce St.<br>Lakewood, CO 80214-1407 | Corporation System, as Representative<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | DEWITT, PARULOL & MEEK PLLC<br>705 NW 4th St<br>Oklahoma City, OK 73102-1616 |
| DLP Funding LLC<br>447 Broadway 2nd Floor, Unit 805<br>New York, NY 10013 | DLP Funding LLC<br>c/o/ Law Office of Jacob Z Weinstein<br>420 Central Ave Ste 301<br>Cedarhurst, NY 11516-1000 | DLP Funding, LLC<br>101 Lake Shore Dr.<br>Monticello, NY 12701-4006 |
| DLP Funding, LLC<br>c/o Interstate Filings LLC<br>301 Mill Road, Ste. U5<br>Hewlett, NY 11557-1232 | David R. Koch<br>KOCH & SCOW, LLC<br>11500 S. Eastern Ave., Suite 210<br>Henderson, NV 89052-5576 | Dr. Christopher Asandra<br>c/o 11500 S. Eastern Ave., Ste 210<br>Henderson, NV 89052-5576 |
| EBF Holdings, LLC d/b/a Everest Business Fun<br>102 W 38th Street 6th-Floor<br>New York, NY 10018-3613 | EBF holdings, LLC d/b/a Everest Business Fun<br>Yolday Diaz-Barreto, Esq.<br>12496 NW 25 Street<br>Sweetwater, FL 33182-1505 | EBF holdings, LLC d/b/a Everest Business Fun<br>Yolday Diaz-Barreto, Esq.<br>12496 NW 25 Street<br>Sweetwater, FL 33182<br>Sweetwater, FL 33182-1505 |
| EFFECTV<br>Po Box 415949<br>Boston, MA 02241-5949 | ELAVON<br>c/o TIMOTHY F. FROST, ESQ.<br>7300 CHAPMAN HIGHWAY<br>Knoxville, TN 37920-6612 | Equity Sales Finance, Inc.<br>1200 Ford Road, Ste. A<br>Hopkins, Minnesota 55305-1616 |
| Eva Gabriela Gabby Farmer De La Torre<br>9 Paradise Valley Court<br>Henderson, NV 89052-6706 | Everest Business Funding<br>102 W 38th Street, 6th Flr.<br>New York, NY 10018-3664 | Everest Business Funding<br>102 W 38th Street, 6th Flr.<br>New York, NY 10018<br>Gilbert Pritt<br>17133 Holly Well Ave.<br>Wimauma, FL 33598-2536 |
| Evergreen Park Properties LLC<br>c/o Compass Management<br>PO Box 13433<br>Green Bay, WI 54307-3433 | FELICIANO NUMALE NEVADA PLLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | FOX FUNDING GROUP LLC<br>c/o JOE LIEBERMAN, ESQ.<br>LIEBERMAN AND KLESTZICK<br>POB 356<br>Cedarhurst, NY 11516-0356 |
| Federal Insurance Company<br>Attn: Chubb Claims Department<br>Chubb<br>P.O. Box 5122<br>Scranton, PA 18505-0554 | Ford Motor Credit Company, LLC c/o AIS Portf<br>4515 N. Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Fortifi Bank<br>140 W. Huron St.<br>Berlin, WI 54923-1546 |

| | | |
|---|---|---|
| Fox Funding Group LLC<br>803 S 21st Ave<br>Hollywood, FL 33020-6962 | Fox Funding Group, LLC<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 | Franchise Tax Board<br>Bankruptcy Section MS A340<br>PO BOX 2952<br>Sacramento, CA 95812-2952 |
| Franchise Tax Board<br>Bankruptcy Section, MS: A-340<br>PO Box 2952<br>Sacramento, CA 95812-2952 | Franchise Tax Board (Adversary Proceedings)<br>Chief Counsel<br>c/o General Counsel Section<br>PO Box 1720, MS: A-260<br>Rancho Cordova, CA 95741-1720 | GILE LAW GROUP<br>1180 N. TOWN CENTER DR., STE. 100<br>LAS VEGAS, NV 89144-6308 |
| GOOD KARMA BRANDS - WTMJ AM<br>POB 8609<br>Carol Stream, IL 60197-8609 | Gilbert Pritt<br>17133 Holly Well Ave.<br>Wimauma, FL 33598-2536 | Gordman Lake Regency, LLC<br>Attn: Katy Rehan, Esq.<br>Smith Pauley<br>3555 Farnam Street, Ste. 1000<br>Omaha, NE 68131-3302 |
| HARRISON, MIRANDA<br>MCAFEE & TAFT<br>8TH FLOOR, TWO LEADERSHIP SQUARE<br>211 N. ROBINSON AVE.<br>OKLAHOMA CITY, OK 73102-7109 | HELLMAN JEFFREY LAW OFFICES OF LLC<br>195 CHURCH STREET<br>10TH FLOOR<br>NEW HAVEN, CT 06510-2009 | HERSHEY DECKER DRAKE<br>10463 Park Meadows Dr Ste 209<br>Lone Tree, CO 80124-5355 |
| HOWARD & HOWARD<br>Po Box 95234<br>Chicago, IL 60694-5234 | HOWARD AND HOWARD<br>3800 HOWARD HUGHES PKWY., STE. 1000<br>LAS VEGAS, NV 89169-5958 | HYPORT DIGITAL N2<br>Po Box 208092<br>Dallas, TX 75320-8092 |
| Holly Triplett<br>701 Old Settlement Dr.<br>Watertown, WI 53098-1148 | Howard & Howard<br>c/o James Morgan<br>200 S. Michigan Ave., Suite 1100<br>Chicago, IL 60604-2461 | Howard &Howard<br>c/o KEMP JONES, LLP<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169-0910 |
| INNOVATIVE REAL ESTATE STRATEGIES<br>2975 S RAINBOW BLVD STE J<br>Las Vegas, NV 89146-6598 | Innovative RE Strategies<br>c/o Kahn Realty Group<br>2975 S Rainbow Ste J<br>Las Vegas, NV 89146-6598 | Internal Revenue Service<br>ATTN: BANKRUPTCY DEPT<br>PO Box 7346<br>PHILADELPHIA, PA 19101-7346 |
| Ivan M. Gold, Esq.<br>Allen Matkins Leck Gamble Mallory & Nats<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111-4003 | J. Randall Jones, Esq.<br>Spencer H. Gunnerson, Esq.<br>Joseph D. Laurita, Esq.<br>KEMP JONES, LLP<br>3800 Howard Hughes Parkway, 17th Floor<br>Las Vegas, Nevada 89169-0910 | JJT Properties LLC<br>c/o Sara Investment Real Estate LLC<br>6264 Nesbitt Road<br>Madison, WI 53719-1819 |
| JUSTIN PULLIAM<br>5786 STONEHEATH AVE.<br>LAS VEGAS, NV 89139-7523 | Jerome P. Gordman<br>c/o Gordman Lake Regency, L.L.C.<br>444 Regency Parkway Dr., Ste. 202<br>Omaha, NE 68114-3779 | John Dodd, Esq.<br>Baker & McKenzie LLP<br>1111 Brickell Avenue, Suite 1700<br>Miami, Florida 33131-4033 |
| John T. Kivus<br>Morningstar Law Group<br>421 Fayetteville Street, Suite 530<br>Raleigh, NC 27601-3001 | John T. Kivus<br>Morningstar Law Group<br>434 Fayetteville Street, Suite 2200<br>Raleigh, NC 27601-1893 | Joseph A. Gutierrez<br>MAIER GUTIERREZ & ASSOCIATES<br>8816 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1303 |

| | | |
|---|---|---|
| Justin Hiersche<br>McAfee & Taft<br>8th Floor, Two Leadership Square<br>211 N Robinson Ave<br>Oklahoma City, OK 73102-7109 | KALAMATA CAPITAL GROUP, LLC<br>c/o STEVEN BERKOVITCH<br>BERKOVITCH & BOUSKILA, PLLC<br>1545 US 202 SUITE 101<br>Pomona, NY 10970-2951 | KLOS Radio, LLC<br>Matthew B. Baltierra<br>44 E. Broadway, Suite 530<br>Tuscon, AZ 85701-1703 |
| KMA Accountants & Advisors<br>1200 John Q. Hammons Drive<br>STE 500<br>Madison, WI 53717-2199 | KMA BODILY<br>1200 John Q Hammons Dr Ste 500<br>Madison, WI 53717-2199 | KQRT-FM Radio<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 |
| KRAVIT HOVEL & KRAWCZYK<br>825 N JEFFERSON ST<br>Milwaukee, WI 53202-3737 | Kalamata Capital Group, LLC<br>c/o Corporation Service Company<br>80 State Street<br>Albany, NY 12207-2541 | Kenzie Marie Rakes<br>Morningstar Law Group<br>421 Fayetteville St Suite 530<br>Raleigh, NC 27601-3001 |
| Kenzie Marie Rakes<br>Morningstar Law Group<br>434 Fayetteville Street, Suite 2200<br>Raleigh, NC 27601-1893 | Kravit, Hovel & Krawczyk, s.c.<br>825 N Jefferson Street, Fifth Floor<br>Milwaukee, WI 53202-3737 | LAMAR COMPANIES<br>POB 746966<br>Atlanta, GA 30374-6966 |
| Lamar Companies<br>P O Box 96030<br>Baton Rouge, LA 70896-9030 | MAYFAIR MALL<br>c/o BROOKFIELD PROPERTIES<br>PO BOX 772816<br>CHICAGO, IL 60677-0116 | MCR Inc<br>2831 Saint Rose Pkwy<br>Henderson, NV 89052-4840 |
| MICHAEL A FURLONG<br>210 PARK AVENUE STE 2300<br>OKLAHOMA CITY, OK 73102-5661 | MICHAEL E SANCHEZ<br>C/O LORI BENCOE, ESQ<br>9201 MONTGOMERY BLVD SUITE 404<br>Albuquerque, NM 87111-2470 | MICHAEL E SANCHEZ<br>C/O NICHOLAS ROWLEY, ESQ<br>421 W Water St<br>Decorah, IA 52101-1731 |
| MID-WEST FAMILY MADISON<br>7 03 RAYOVAC DRIVE<br>Madison, WI 53711 | Massachusetts Department of Revenue<br>Collections Bureau/Bankruptcy Unit<br>P.O. Box 7090<br>Boston, MA 02204-7090 | Mayfair Mall LLC<br>Attn: General Counsel<br>Brookfield Properties Retail<br>350 N. Orleans St., Ste. 300<br>Chicago, IL 60654-1607 |
| Mayfair Mall LLC<br>Attn: General Manager<br>2500 North Mayfair Rd.<br>Wauwatosa, WI 53226-1464 | Mayfair Mall NewCo LLC<br>Brookfield Properties, Inc.<br>P.O.Box 772816<br>Chicago, IL 60677-0116 | McAfee & Taft<br>Attn: Justin Hiersche<br>8th Floor, Two Leadership Square<br>211 N. Robinson Ave.<br>Oklahoma City, OK 73102-7109 |
| Meruelo Media, LLC<br>Attn: Ann O. Hall, Esq.<br>2500 E. Second Street<br>Reno, NV 89595-1200 | (p)MIAMI DADE COUNTY TAX COLLECTOR<br>ATTN WENDY MONTOYA<br>200 NW 2ND AVENUE<br>MIAMI FL 33128-1733 | Michigan Department of Treasury, Tax Policy<br>ATTN: Litigation Liaison<br>2nd Floor, Austin Building 430 West Alle<br>Lansing, Michigan 48922-0001 |
| Midwest IT Pros<br>608 E Chicago St<br>Elgin, IL 60120-5719 | Morningstar Law Group<br>Morningstar Law Group (attn: John T. Kiv<br>434 Fayetteville St., Suite 2200<br>Raleigh, NC 27601-1893 | N2 COMPANY<br>c/o ALEXANDER C. DALE, ESQ.<br>WARD AND SMITH, P.A.<br>UNIVERSITY CORPORATE CENTER<br>127 RACINE DRIVE<br>WILMINGTON, NC 28403-8833 |

| | | |
|---|---|---|
| N2 COMPANY<br>c/o THOMAS C. WOLF, ESQ.<br>WARD AND SMITH, P.A.<br>751 CORPORATE CENTER DR., STE. 300<br>RALEIGH, NC 27607-4873 | NEUBERT PEPE & MONTEITH PC<br>195 CHURCH ST<br>13TH FLOOR<br>NEW HAVEN, CT 06510-4011 | NEVADA NUMALE LLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 |
| NEWTEK LENDING<br>1981 MARCUS AVENUE STE 130<br>Lake Success, NY 11042-1046 | NM TAXATION AND REVENUE DEPARTMENT<br>PO BOX 8575<br>ALBUQUERQUE, NM 87198-8575 | NMC ILLINOIS, LLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 |
| NUMALE ALBUQUERQUE, LLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NUMALE CHICAGO LLC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NUMALE COLORADO SC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 |
| NUMALE CORPORATION<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 | NUMALE FLORIDA TB PLLC<br>2600 MAYFAIR RD SUITE 1140<br>Milwaukee, WI 53226-1308 | NUMALE NEW MEXICO SC<br>2600 N. MAYFAIR RD., STE. 1140<br>WAUWATOSA, WI 53226-1308 |
| NV Dept of Taxation<br>Bankruptcy Section<br>500 E Washington Ave Ste 13000<br>Las Vegas, NV 89101-1000 | (p)NEBRASKA DEPARTMENT OF REVENUE<br>ATTENTION BANKRUPTCY UNIT<br>PO BOX 94818<br>LINCOLN NE 68509-4818 | Nebraska State Farm Service Agency<br>State Executive Director<br>1121 Lincoln Mall, Suite 330<br>Lincoln, Nebraska 68508-2828 |
| Nevada Department of Taxation<br>Attn: Bankruptcy Section<br>700 E. Warm Springs Rd., Ste. 200<br>Las Vegas, NV 89119-4311 | Nevada Dept of Empl Security<br>500 E 3rd St<br>Carson City, NV 89713-0001 | New Lane Finance<br>P.O. Box 7358<br>Philadelphia, PA 19101-7358 |
| New Mexico Department of Workforce Solutions<br>fka NM Department of Labor<br>401 Broadway NE<br>Albuquerque, NM 87102-2301 | New Mexico Department of Workforce Solutions<br>fka New Mexico Department of Labor<br>PO Box 1928<br>Attn: Legal Section<br>Albuquerque, NM 87103-1928 | New Mexico Taxation & Revenue Department<br>Bankruptcy Unit<br>PO Box 50129<br>Albuquerque, NM 87181-0129 |
| Newlane Finance<br>P.O. Box 7358<br>Philadelphia, PA 19101-7358 | (p)ELIOT KIRSHNITZ<br>1981 MARCUS AVENUE SUITE 130<br>LAKE SUCCESS NY 11042-1046 | Newtek Bank, National Association<br>c/o Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 |
| Newtek Lending<br>1981 Marcus Avenue, Ste. 130<br>New Hyde Park, NY 11042-1046 | Newtek Small Business Finance, LLC<br>c/o David A. Stephens, Esq.<br>Stephens Law Offices<br>P.O. Box 33130<br>Las Vegas, NV 89133-3130 | NuMale Colorado<br>2600 N Mayfair Rd Suite 505<br>Wauwatosa, WI 53226-1306 |
| NuMale Corporation<br>Attn: Justin T. Hiersche, Esq.<br>McAfee & Taft<br>211 N. Robinson, 8th Flr.<br>Oklahoma City, OK 73102-7176 | NuMale Green Bay, LLC<br>2600 N Mayfair Road, Suite 505<br>Wauwatosa, WI 53226-1306 | NuMale Nebraska LLC<br>2600 N. Mayfair Rd., Ste. 1140<br>Wauwatosa, WI 53226-1308 |

| | | |
|---|---|---|
| NuMale Wisconsin GB, SC<br>1525 Park Pl<br>Unit 300<br>Green Bay, WI 54304-1980 | NuMedical SC<br>2600 N. Mayfair Rd., Ste. 1140<br>Wauwatosa, WI 53226-1308 | OnDeck a/k/a ODK Capital, LLC<br>4700 W. Daybreak Pkwy., Suite 200<br>Attn: Director of Operations<br>South Jordan, UT 84009-5133 |
| PRIMO WATER<br>200 EAGLES LANDING BLVD.<br>LAKELAND, FL 33810-3058 | (c)PROVENTURE CAPITAL LLC<br>DBA TOP TIER CAPITAL<br>500 W PUTNAM AVE STE 1C<br>GREENWICH CT  06830-2947 | PROVENTURE CAPITAL LLC<br>dba TOP TIER CAPITAL<br>ATTN: JOE MANCUSO<br>500 W PUTNAM AVE., STE. 1C<br>GREENWICH, CT 06830-2947 |
| Paul, Weiss, Rifkind, Wharton & Garrison LLP<br>Attn: Sarah Harnett<br>1285 Avenue of the Americas<br>New York, NY 10019-6031 | Peter Davis<br>JS Held<br>3101 N. Central Avenue<br>Suite 670<br>Phoenix, AZ 85012-2690 | Plymouth Medical LLC<br>135 Plymouth St #410<br>Brooklyn, NY 11201-8335 |
| Prospect Rainbow, LLC<br>Attn: Jeffery A. Bendavid, Esq.<br>Moran Brandon Bendavid Moran<br>630 South Fourth Street<br>Las Vegas, NV 89101-6604 | Prospect Rainbow, LLC<br>Attn: Scott Goldstein<br>851 South Rampart Blvd., Ste. 125<br>Las Vegas, NV 89145-4899 | Proventure Capital LLC d/b/a<br>Top Tier Capital<br>Neumbert Pepe & Monteith PC<br>195 Church St., 13th Flr.<br>New Haven, CT 06510-2009 |
| Proventure dba Top Tier<br>500 W. Putnam Ave., Ste. 1c<br>Greenwich, CT 06830-2947 | Quintairos, Prieto, Wood & Boyer, P.A.<br>9300 South Dadeland Blvd., 4th Floor<br>Miami, FL 33156-2748 | Reliant Capital, LLC<br>Attn:  Officer, Agent, Managing Agent<br>123 South Broad Street, Floor 17<br>Philadelphia, PA 19109-1032 |
| Reliant Capital, LLC<br>Attn:  Rhyen Foster, Customer Solutions<br>123 South Broad Street, Floor 17<br>Philadelphia, PA 19109-1032 | RepeatMD, Inc.<br>5599 San Felipe, 4th Flr.<br>Houston, TX 77056-2766 | Rodey, Dickason, Sloan, Akin & Robb, P.A.<br>Attn: Edward Ricco<br>201 Third Street NW, Suite 2200<br>Albuquerque, New Mexico 87102-3380 |
| SBA U.S. Small Business Administration<br>Attn: Bankruptcy Dept.<br>312 N. Spring Street, Flr. 5<br>Los Angeles, CA 90012-4701 | SMALL BUSINESS ADMINISTRATION<br>409 3RD STREET SW<br>Washington, DC 20416-0002 | (p)STERICYCLE   INC<br>2355 WAUKEGAN ROAD<br>BANNOCKBURN IL 60015-1503 |
| Secured Lender Solutions, LLC<br>P.O. Box 2576<br>Springfield, IL 62708-2576 | Secured Lender Solutions, LLC<br>c/o Corporation Service Company<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703-4261 | Securities and Exchange Commission<br>Los Angeles Regional Office<br>444 South Flower Street, Suite 900<br>Los Angeles, California 90071-2934 |
| Small Business Administration<br>District Counsel<br>10675 Bedford Avenue, Suite 100<br>Omaha, NE 68134-3605 | Social Security Administration<br>Attn: Bankr Desk<br>Po Box 33021<br>Baltimore, MD 21290-3021 | Social Security Administration<br>Office of General Counsel<br>Office of Program Litigation  Bankruptc<br>6401 Security Blvd.<br>Baltimore, MD 21235-0001 |
| Solera enservio<br>Attn: Matt Pendleton<br>Operations Manager Valuation Services<br>250 Royall Street Suite 140 E<br>Canton, MA 02021-1058 | Split USA Inc.<br>Attn: Legal Dept. or Accounts Payable<br>319 S Coteau St.<br>Pierre, SD 57501-3187 | Splitit USA Inc.<br>5901 Peachtree Dunwoody Rd.<br>Suite C-480<br>Atlanta, GA 30328-7188 |

| | | |
|---|---|---|
| Splitit USA Inc.<br>Attn: Legal Dept.<br>319 S. Coteau Street<br>Pierre, SD 57501-3187 | State of NV DMV<br>Attn: Legal Division<br>555 Wright Way<br>Carson City, NV 89711-0001 | State of New Mexico Attorney General<br>Office of the Attorney General<br>PO Drawer 1508<br>Attn: Litigation Division<br>Santa Fe, NM 87504-1508 |
| State of Wisconsin<br>DWD - Unemployment Insurances Benefits<br>PO Box 7888<br>Madison, WI 53707-7888 | State of Wisconsin<br>DWD - Unemployment Insurances Taxes<br>PO Box 8914<br>Madison, WI 53708-8914 | Steven Gubner, Esq.<br>BG Law<br>300 S. 4th Street, Ste. 1550<br>Las Vegas, NV 89101-6005 |
| Steven Scow, Esq.<br>King Scow Koch Durham<br>11500 S. Eastern Ave, Suite 210<br>Henderson, Nevada 89052-5576 | THE LCF GROUP<br>LEGAL DEPARTMENT<br>3000 MARCUS AVE SUITE 2W15<br>New Hyde Park, NY 11042-1005 | (p)THE N2 COMPANY<br>ATTN SUPPORT TEAM<br>2093 PHILADELPHIA PIKE DRIVE<br>#3202<br>CLAYMONT DE 19703-2424 |
| TOSICH BIOSCIENCE INC<br>Po Box 712415<br>Cincinnati, OH 45271-2415 | TOSOH BIOSCIENCE INC<br>Po Box 712415<br>Cincinnati, OH 45271-2415 | TOSOH BIOSCIENCE, INC<br>3600 GANTZ ROAD<br>Grove City, OH 43123-1895 |
| Tampa Westshore 500 LLC<br>c/o The Green Companies, Inc.<br>9155 S Dadeland Blvd., Ste. 1812<br>Miami, FL 33156-2742 | Tennessee Department of Revenue<br>c/o Tennessee Attorney General's Of<br>Bankruptcy Division<br>P.O. Box 20207<br>Nashville, TN 37202-4015 | The LCF Group, Inc.<br>3000 Marcus Ave., Ste. 2W15<br>Lake Success, NY 11042-1005 |
| The LCF Group, Inc.<br>Attn: Legal Department<br>3000 Marcus Avenue, Suite 2W15<br>Lake Success, NY 11042-1005 | The LCF Group, Inc.<br>c/o Corporation Service Company<br>801 Adlai Stevenson Dr.<br>Springfield, IL 62703-4261 | Thomas C. Wolff<br>Ward and Smith, P.A.<br>751 Corporate Center Drive<br>Suite 300<br>Raleigh, NC 27607-4873 |
| Tim Elson, Esq.<br>The Law Offices of Timothy Elson<br>8965 S. Eastern Ave., #382<br>Las Vegas, NV 89123-4849 | Top Tier Capital<br>Attn: Managing Member<br>2613 E 16th Street<br>Brooklyn, NY 11235-3805 | Top Tier Capital<br>c/o Kaminski Law PLLC<br>P.O. Box 247<br>Grass Lake, MI 49240-0247 |
| Top Tier Capital LLC<br>c/o Resident Agent, Offer, Agent, Managi<br>615 South DuPont Highway<br>Dover DE 19901-4517 | Tracey Hope Davis<br>Office of the United States Trustee<br>Attn: Justin C. Valencia<br>300 Las Vegas Blvd. So., Ste. 4300<br>Las Vegas, NV 89101-5803 | U.S. Attorneys Office - Lincoln<br>487 Federal Building<br>100 Centennial Mall North<br>Lincoln, NE 68508-3859 |
| U.S. Attorneys Office - Omaha<br>1620 Dodge Street, Suite 1400<br>Omaha, NE 68102-1506 | U.S. Bank NA dba Elan Financial Services<br>Bankruptcy Department<br>PO Box 108<br>Saint Louis MO 63166-0108 | U.S. Department of Health<br>and Human Services<br>Acting Chief Counsel<br>601 East 12th Street, Room N1800<br>Kansas City, MO 64106-2818 |
| U.S. Small Business Administration<br>Milwaukee District Office<br>c/o Wisconsin District Counsel<br>310 W. Wisconsin Ave., Suite 580W<br>Milwaukee, WI 53203-2274 | U.S. TRUSTEE - LV - 11<br>300 LAS VEGAS BOULEVARD S.<br>SUITE 4300<br>LAS VEGAS, NV 89101-5803 | U.S. Trustee<br>111 South 18th Plaza, Suite 1148<br>Omaha, NE 68102-1321 |

| | | |
|---|---|---|
| United States Attorney's Office<br>ATTN: Civil Process Clerk<br>501 Las Vegas Blvd. South, Suite 1100<br>Las Vegas, NV 89101-6521 | United States Attorneys Office<br>Attn: Civil Process Clerk<br>501 Las Vegas Blvd. South, Ste. 1100<br>Las Vegas, NV 89101-6521 | Universal Guardian Acceptance, LLC<br>7505 NW Tiffany Springs Pkwy., Ste. 400<br>Kansas City, MO 64153-1592 |
| Universal Guardian Acceptance, LLC<br>c/o Lien Solutions<br>P.O. Box 29071<br>Glendale, CA 91209-9071 | Vox Funding<br>c/o RJ Recovery<br>1407 Broadway Fl 29<br>New York, NY 10018-5100 | (p)VOX FUNDING LLC<br>100 PARK AVENUE 26TH FLOOR<br>NEW YORK NY 10017-5539 |
| WAYNE ALLISON<br>2004 HUNTINGTON AVE<br>NICHOLS HILLS, OK 73116-5113 | WFNZ-FM<br>c/o Szabo Associates, Inc<br>3355 Lenox Road NE, Suite 945<br>Atlanta, GA 30326-1357 | WITI<br>POB 7410059<br>Chicago, IL 60674-5059 |
| WYOMING OFFICE PARK LLC<br>C/O BRUNACINI COMPANIES<br>POB 6363<br>Albuquerque, NM 87197-6363 | Wisconsin Department of Veterans Affairs<br>Attn: Phillip Rangsuebsin<br>PO Box 7843<br>Madison, WI 53707-7843 | Wyoming Office Park LLC<br>c/o The Cash Law Firm<br>P.O. Box 20718<br>Albuquerque, NM 87154-0718 |
| Wyoming Office Park, LLC<br>P.O. Box 20718<br>P.O. Box 20718<br>Albuquerque, NM 87154-0718 | Wyoming Office Park, LLC<br>c/o Angelo Brunacini<br>7550 Meridan, NW<br>Albuquerque, NM 87121-1912 | Wyoming Office Park, LLC<br>c/o Angelo Brunacini<br>P.O. Box 6363<br>Albuquerque, NM 87197-6363 |
| YELP INC<br>Po Box 204393<br>Dallas, TX 75320-4393 | Zurich North America<br>15303 Dallas Pkwy.<br>Floors 8, 9, Suite 800<br>Addison, TX 75001-4677 | BRAD PALUBICKI<br>9 PARADISE VALLEY COURT<br>HENDERSON, NV 89052-6706 |
| DAVID A RIGGI<br>RIGGI LAW FIRM<br>7900 W SAHARA AVE<br>SUITE 100<br>LAS VEGAS, NV 89117-7921 | JOSEPH G. WENT<br>HOLLAND & HART LLP<br>9555 HILLWOOD DR., 2ND FLR.<br>LAS VEGAS, NV 89134-0532 | JUSTIN PULLIAM<br>ANDERSEN BEEDE WEISENMILLER<br>C/O RYAN A. ANDERSEN, ESQ.<br>3199 E WARM SPRINGS ROAD<br>STE 400<br>LAS VEGAS, NV 89120-3150 |
| MICHAEL W. CARMEL<br>80 E. COLUMBUS AVENUE<br>PHOENIX, AZ 85012-2334 | Michael E. Sanchez<br>WOMBLE BOND DICKINSON (US) LLP<br>C/O OGONNA M. BROWN, ESQ.<br>3993 HOWARD HUGHES PKWY<br>SUITE 600<br>LAS VEGAS, NV 89169-5996 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Miami-Dade County Tax Collector<br>Bankruptcy Paralegal Unit<br>200 N.W. Second Avenue, Suite 430<br>Miami, FL 33128 | Nebraska Department of Revenue<br>Attn: Bankruptcy Unit<br>Nebraska State Office Building<br>P.O. Box 94818<br>Lincoln, NE 68509-4818 | Newtek Bank, National Association<br>1981 Marcus Avenue, Ste. 130<br>Lake Success, NY 11042 |

| | | |
|---|---|---|
| (d)Newtek Small Business Finance, LLC<br>1981 Marcus Avenue #130<br>Lake Success, NY 11042 | STERICYCLE<br>POB 6575<br>Carol Stream, IL 60197-6575 | THE N2 COMPANY<br>C/O DOMENIQUE SCHMITT<br>2093 PHILADELPHIA PIKE #3202<br>CLAYMONT, DE 19703 |
| (d)The N2 Company<br>c/o Domenique Schmitt<br>2093 Philadelphia Pike #3202<br>Claymont, DE 19703 | Vox Funding LLC<br>100 Park Avenue, 26th Floor<br>New York, NY 10017 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| PROVENTURE CAPITAL LLC<br>dba TOP TIER CAPITAL<br>500 W PUTNAM AVE., STE. 400<br>GREENWICH, CT 06830-02947 | (d)PROVENTURE CAPITAL LLC<br>dba TOP TIER CAPITAL<br>ATTN: JOE MANCUSO<br>500 W PUTNAM AVE., STE. 400<br>GREENWICH, CT 06830-02947 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)MCAFEE AND TAFT LLP | (u)PAUL, WEISS, RIFKIND, WHARTON AND GARRISON | (u)RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A |
| (d)Gile Law Group Ltd.<br>1180 N. Town Center Dr., Ste. 100<br>Las Vegas, NV 89144-6308 | (u)Governmental Units | (u)Grand County Treasurer<br>P.O. Box 288<br>Hot Sulphur Springs, Colorado 80451<br>Massachusetts Department of Revenue<br>Collections Bureau/Bankruptcy Unit<br>P. O. Box 7090 |
| (u)Ian Ebling<br>Claims Specialist II<br>Commercial Property Claims<br>Zurich North America<br>15303 Dallas Pkwy.<br>Floors 8, 9, Suite 800 | (d)Lamar Companies<br>P.O. Box 96030<br>Baton Rouge, LA 70896-9030 | (d)Massachusetts Department of Revenue<br>Collections Bureau/Bankruptcy Unit<br>PO Box 7090<br>Boston, MA 02204-7090 |
| (d)Mayfair Mall LLC<br>c/o Brookfield Properties<br>P.O. Box 772816<br>Chicago, IL 60677-0116 | (d)Prospect Rainbow, LLC<br>c/o JOHNSON & GUBLER, P.C.<br>Attn: Russell G. Gubler, Esq.<br>8831 W. Sahara Ave<br>Las Vegas, NV 89117-5865 | (d)Social Security Administration<br>Office of General Counsel<br>Office of Program Litigation - Bankruptc<br>6401 Security Boulevard<br>Baltimore, MD 21235-0001 |
| (d)The LCF Group, Inc.<br>3000 Marcus Avenue, Suite 2W15<br>Lake Success, NY 11042-1005 | (d)Thomas C. Wolff<br>Ward and Smith, P.A.<br>751 Corporate Center Drive Suite 300<br>Raleigh, NC 27607-4873 | (u)Jacob Nathan Rubin |

End of Label Matrix
Mailable recipients    262
Bypassed recipients     15
Total                  277