Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV 89117
Telephone (702) 471-0065
Facsimile (702) 471-0075
rgubler@mjohnsonlaw.com
*Attorneys for Prospect Rainbow, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☒ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☐ NUMALE ALL DEBTORS, | |
| Debtor. | |

**CREDITOR PROSPECT RAINBOW, LLC'S LIMITED OBJECTION TO THE JOINT PLAN OF REORGANIZATION**

**NOW COMES** PROSPECT RAINBOW, LLC through its attorneys of the law firm of JOHNSON & GUBLER, P.C., and respectfully files this limited opposition, pursuant to 11 U.S.C. §365(b). In support of this Limited Opposition, Prospect Rainbow states as follows:

1. Prospect Rainbow is the landlord for Debtor NuMale Corporation ("Debtor") pursuant to that certain Lease Agreement dated April 5, 2019, as amended by the First Amendment to Lease Agreement dated September 3, 2020 (collectively, the "Lease"). *See* Claim 32, pp. 9-68.

2. On January 22, 2025, Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code. *See* ECF 1, of Lead Case No.: 25-10341-nmc ("Lead Case").

3. Prospect Rainbow timely filed Proof of Claim No. 32 in the amount of $17,663.88 for pre-petition arrearages under the Lease. *See* Claim 32 of Lead Case.

4. Prospect Rainbow timely filed Proof of Claim No. 33 in the amount of $7,132.93 for post-petition rent from January 23, 2025 through January 31, 2025, and other expenses. *See* Claim 33 of Lead Case.

5. Prospect Rainbow timely filed Proof of Claim No. 34 in the amount of $87,957.66 for post-petition rent from February 1, 2025 through April 30, 2025, and other fees and expenses. *See* Claim 34 of Lead Case.

6. The total amount of pre-petition and post-petition arrearages owed to Prospect Rainbow is $112,754.47. *See* Claim 32, Claim 33, and Claim 34 of Lead Case.

7. On August 1, 2025, Debtor filed its Plan of Reorganization (the "Plan"). *See* ECF 434 of Lead Case.

8. Schedule 6.3 of the Plan, on page 50 of the actual Plan, provides that the cure amount payable to Prospect Rainbow is "$96,161.20 to cure pre- and post-petition arrearages, plus $69,062.31 as a pre-payment for the three months of rent following the Effective Date as adequate assurance of future performance." *See* ECF 434 of Lead Case, page 55 of 56.

9. The proposed cure amount of $96,161.20 is $16,593.27 less than the actual amount of pre-petition and post-petition arrearages of $112,754.47 owed to Prospect Rainbow.

10. Section 365(b)(1) of the Bankruptcy Code provides that if there has been a default in an unexpired lease of the debtor, the trustee may not assume such lease unless, at the time of assumption, the trustee:

    a. cures, or provides adequate assurance that the trustee will promptly cure, such default;

  b. compensates, or provides adequate assurance that the trustee will promptly compensate, a party other than the debtor to such lease, for any actual pecuniary loss to such party resulting from such default; and

  c. provides adequate assurance of future performance under such lease.

11. The Plan fails to comply with Section 365(b)(1) of the Bankruptcy Code because it does not provide for the cure of all pre-petition and post-petition defaults under the Lease.

12. The Plan cannot be confirmed unless it is modified to provide for the cure of all pre-petition and post-petition defaults under the Lease in the total amount of $112,754.47.

13. In addition, pursuant to the Lease, the Debtor is responsible for the reconciliation payment of all CAMs and taxes. The CAMs ($3,528.59) and taxes ($4,141.31), to be reconciled, total an additional $7,669.90. *See* Exhibit 1.

14. Further, pursuant to the Lease, rent will increase by 3% beginning on October 1, 2025, totaling $23,711.39 per month.[1] Debtor proposes to prepay three months of advanced rent for adequate assurance. The pre-payment for the three months of rent following the Effective Date as adequate assurance of future performance totals $71,134.17.

15. Thus, in total, to cure of all pre-petition and post-petition defaults under the Lease, to remain current on all CAMs and taxes, and to provide adequate assurance of future performance, Debtor must pay $191,558.54 by the Effective Date under the Plan.

16. Notwithstanding, in the event that the Debtor modifies the Plan to provide for the cure of all pre-petition and post-petition defaults under the Lease ($112,754.47), the CAMs and taxes due for reconciliation ($7,669.90), and three months of rent with the increase beginning on October 1, 2025 ($71,134.17) on the Effective Date, Prospect Rainbow does not object to the Plan.

WHEREFORE, Prospect Rainbow LLC respectfully requests that this Court:

1. Sustain this Limited Objection;

---

[1] Currently, base rent, with parking and signage rent, under the Lease totals $23,020.77 per month. *See* ECF 247 of Lead Case.

2. Require Debtor to modify the Plan to provide for the cure of all pre-petition and post-petition defaults under the Lease, the CAMs and taxes due for reconciliation, and three months of rent with the increase beginning on October 1, 2025, all totaling $191,558.54, on the Effective Date; and

3. Grant such other and further relief as this Court deems just and proper.

DATED this 21st day of August, 2025.

                JOHNSON & GUBLER, P.C.

                */s/ Russell G. Gubler*           .
                Matthew L. Johnson (6004)
                Russell G. Gubler (10889)
                831 West Sahara Avenue
                Las Vegas, NV  89117
                Telephone (702) 388-1996
                Facsimile (702) 471-0075
                rgubler@mjohnsonlaw.com
                *Counsel for Prospect Rainbow LLC*

# CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Johnson & Gubler, P.C. and that on August 21, 2025, I caused to be served a true and correct copy of the CREDITOR PROSPECT RAINBOW, LLC'S LIMITED OBJECTION TO THE JOINT PLAN OF REORGANIZATION in the following manner:

[X]  **a.  Electronic Service**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

[ ]  **b.  United States Mail**

By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

[ ]  **c.  Facsimile Transmission**

By facsimile to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written. No error was reported by the facsimile machine that I used.

[ ]  **d.  Personal Service**

[ ]  For a party represented by an attorney, delivery was made by handing the documents to the attorney or by leaving the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents in a conspicuous place in the office, on the date written above.

[ ]  For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there, on the date written above.

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: August 21, 2025.

/s/ Annabelle Nudo          .
An Employee of Johnson & Gubler, P.C.