# Exhibit "1"

# 6590 Bldg 5 CAM Worksheet
## 2025 Est CAM EXPENSES

| | Project: | Rainbow Commons | | Date Prepared: | 1/25/25 |
|---|---|---|---|---|---|
| | Tenant: | BLDG 5 | | | |
| | Address: | 6590 S. Rainbow Blvd | | | |
| | Bldgs SF | 26,274 | | | |
| | Bldgs SF | 26,274 | | | |
| | Total Bldgs SF | 40,699 | | | |

| Description | 2025 est Expenses | Sq. Ft. Applicable | Denominator | Bldg % | Annual Bldg. Share of Expenses | Monthly Tenant Share of Expenses |
|---|---|---|---|---|---|---|
| Exterior Repairs - Bldg 5 | 3,000 | 26,274 | 26,274 | 100.00% | 3,000 | 250 |
| Fire Protection - Bldg 5 | 3,000 | 26,274 | 26,274 | 100.00% | 3,000 | 250 |
| Maintenance-Labor & Equip. - Bldg 5 | 4,570 | 26,274 | 26,274 | 100.00% | 4,570 | 381 |
| Parking Lots, Sidewalks Maint - Bldg 5 | 1,200 | 26,274 | 26,274 | 100.00% | 1,200 | 100 |
| Pest Control (Exterior) - Bldg 5 | 1,600 | 26,274 | 26,274 | 100.00% | 1,600 | 133 |
| Janitorial - Common Area | 22,110 | 26,274 | 26,274 | 100.00% | 22,110 | 1,843 |
| Security | 9,500 | 26,274 | 26,274 | 100.00% | 9,500 | 792 |
| Elevator Contract | 5,300 | 26,274 | 26,274 | 100.00% | 5,300 | 442 |
| TOTAL MAINTENANCE | 50,280 | | | | 50,280 | 4,190 |
| Electricity - House Lights/HVAC Common Area - 5 | 3,400 | 26,274 | 26,274 | 100.00% | 3,400 | 283 |
| Garbage Collection - Office | 21,000 | 26,274 | 26,274 | 100.00% | 21,000 | 1,750 |
| Sewer - Bldg 5 (Office) | 6,500 | 26,274 | 26,274 | 100.00% | 6,500 | 542 |
| Water - Domestic - Bldg 5 (Office) | 3,900 | 26,274 | 26,274 | 100.00% | 3,900 | 325 |
| TOTAL UTILITIES | 34,800 | | | | 34,800 | 2,900 |
| Insurance - Bldg 5 | 3,600 | 26,274 | 26,274 | 100.00% | 3,600 | 300 |
| TOTAL INSURANCE | 3,600 | | | | 3,600 | 300 |
| OA | 43,629 | 26,274 | 26,274 | 100.00% | 43,629 | 3,636 |
| Management Fee | | 26,274 | 40,699 | | -0 | -0 |
| Taxes - Real Estate | | 26,274 | 26,274 | 100.00% | -0 | -0 |
| TOTAL - OTHER | 43,629 | | | | 43,629 | 3,636 |
| TOTAL EXPENSES | 132,309 | | | | $132,309.00 | $11,025.75 |

| | | | | | |
|---|---|---|---|---|---|
| | Admin Fee: Exempt | | | | |
| | Less: Insurance | | | $3600.00 | |
| | Less: Utilites | | | $34800.00 | |
| | APPLICABLE ADMIN FEE EXPENSES | | | $93,909.00 | |
| | ADMIN FEE % | | | 15% | |
| | | | ADMIN FEE EXPENSE | $14,086.35 | $1,173.86 |
| | | | TENANT TOTAL EXPENSES | $146,395.35 | $12,199.61 |
| | | | PAID BY TENANT | -0 | |
| | CAM DUE/(CREDIT) | | | 146,395 | |

| | SF | %age | |
|---|---|---|---|
| | | | 12,199.61 |
| 100 | 5,445 | 0.2073 | 2,528.72 |
| 110 | 2,522 | 0.0960 | 1,171.24 |
| 130 | 2,964 | 0.1128 | 1,376.51 |
| 150 | 2,247 | 0.0855 | 1,043.53 |
| 200-250 | 7,598 | 0.2892 | 3,528.59 |
| 230 | 3,385 | 0.1289 | 1,572.03 |
| 240 | 2,108 | 0.0802 | 978.98 |
| | 26,269 | 1 | 12,199.61 |

2,025

TAXES 6590  APN #176-02-110-019 & 176-02-110-023

|  |  |  | Due 08.18.25 | Due 10.06.25 | Due 01.05.26 | Due 03.02.26 | Total Due |
|---|---|---|---|---|---|---|---|
| 019_6590 Common Area |  |  | $239.45 | $236.55 | $236.55 | $236.55 | $949.10 |
| 023_6590 Parking Lot/Land |  |  | $3,344.40 | $3,341.50 | $3,341.50 | $3,341.50 | $13,368.90 |
| **Total Due** |  |  | **$3,583.85** | **$3,578.05** | **$3,578.05** | **$3,578.05** | **$14,318.00** |
|  | SF | %age |  |  |  |  |  |
| 6590/100 | 5,445 | 0.207278541246336 | $742.86 | $741.65 | $741.65 | $741.65 | $2,967.81 |
| 6590/110 | 2,522 | 0.0960066999124443 | $344.07 | $343.52 | $343.52 | $343.52 | $1,374.62 |
| 6590/130 | 2,964 | 0.112832616391945 | $404.38 | $403.72 | $403.72 | $403.72 | $1,615.54 |
| 6590/150 | 2,247 | 0.0855380867181849 | $306.56 | $306.06 | $306.06 | $306.06 | $1,224.73 |
| 6590/200-250 | 7,598 | 0.289238265636301 | $1,036.59 | $1,034.91 | $1,034.91 | $1,034.91 | $4,141.31 |
| 6590/230 | 3,385 | 0.128859111500247 | $461.81 | $461.06 | $461.06 | $461.06 | $1,845.00 |
| 6590/240 | 2,108 | 0.0802466785945411 | $287.59 | $287.13 | $287.13 | $287.13 | $1,148.97 |
|  | 26,269 | **99.9999999999999%** | **$3,583.85** | **$3,578.05** | **$3,578.05** | **$3,578.05** | **$14,318.00** |

1