KING SCOW KOCH DURHAM LLC
Steven B. Scow, Nev. Bar No. 9906
E-mail: sscow@kskdlaw.com
Daniel G. Scow, Nev. Bar No. 14614
E-mail: dscow@kskdlaw.com
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Tel: 702-833-1100
Fax: 702-833-1107
*Attorneys for Dr. Christopher Asandra*

E-Filed on 08-25-2025

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:

NUMALE CORPORATION,

☐ AFFECTS THIS DEBTOR,

☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,

☐ NUMEDICAL SC,

☐ NUMALE COLORADO SC,

☐ NUMALE FLORIDA TB PLLC,

☐ NUMALE NEBRASKA LLC,

☐ NUMALE NEW MEXICO SC,

☒ NUMALE ALL DEBTORS,

Debtors.

Lead Case No.: 25-10341-nmc
Chapter 11

*Jointly administered with:*

Feliciano NuMale Nevada PLLC,
Case No. 25-10342-nmc

NuMedical SC
Case No. 25-10343-nmc

NuMale Colorado SC,
Case No. 25-10344-nmc

NuMale Florida TB PLLC,
Case No. 25-10345-nmc

NuMale Nebraska LLC
Case No. 25-10346-nmc

NuMale New Mexico SC
Case No. 25-10347-nmc

**DR. CHRISTOPHER ASANDRA'S JOINDER TO MOTION PURSUANT TO FED. R. BANKR. P. 9019 AND 11 U.S.C. §§ 363 and 105 TO AUTHORIZE AND APPROVE GLOBAL SETTLEMENT AND ASSOCIATED RELEASES AND AUTHORIZE INSURANCE POLICIES BUYBACK**

Hearing Date: September 2, 2025
Hearing Time: 9:30 a.m.

-2-

1  Dr. Christopher Asandra ("Dr. Asandra") hereby submits his joinder to the *Motion Pursuant
2  to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize Global Settlement and
3  Associated Releases and Authorize Insurance Policies Buyback* [ECF No. 430] (the "Motion") filed
4  by Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale
5  Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale
6  Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the
7  "Debtors").

Dated:  August 25, 2025

KING SCOW KOCH DURHAM LLC

By:  /s/ *Steven B. Scow*
     Steven B. Scow (Nev. Bar No. 9906)
     KING SCOW KOCH DURHAM LLC
     Attorneys for Dr. Christopher Asandra

## CERTIFICATE OF MAILING

The undersigned hereby certifies that on August 25, 2025, a copy of **DR. CHRISTOPHER ASANDRA'S JOINDER TO MOTION PURSUANT TO FED. R. BANKR. P. 9019 AND 11 U.S.C. §§ 363 and 105 TO AUTHORIZE AND APPROVE GLOBAL SETTLEMENT AND ASSOCIATED RELEASES AND AUTHORIZE INSURANCE POLICIES BUYBACK** was served by the following means:

✓ by the ECF System to all interested parties in this case

I declare under penalty of perjury that these facts are true to the best of my knowledge and belief.

DATED: August 25, 2025

                                                By: /s/ Steven B. Scow
                                                    STEVEN B. SCOW, ESQ.
                                                    Attorneys for Dr. Christopher Asandra