GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | |

**SECOND STIPULATION WITH U.S. TRUSTEE REGARDING BRIEFING DEADLINES ON MOTION PURSUANT TO FED. R. BANKR. P. 9019 AND 11 U.S.C. §§ 363 AND 105 TO AUTHORIZE AND APPROVE GLOBAL SETTLEMENT AND ASSOCIATED RELEASES AND AUTHORIZE INSURANCE POLICIES BUYBACK**

1

Michael Carmel, as the Chapter 11 trustee ("Trustee Carmel") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through his counsel of record, the law firm Garman Turner Gordon LLP, and the United States Trustee for Region 17 ("U.S. Trustee"), by and through counsel, (Trustee Carmel and the U.S. Trustee together, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on August 1, 2025, Trustee Carmel filed the *Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize and Approve Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* [ECF No. 430] (the "Motion").

WHEREAS, the Motion is noticed and set for a hearing date of September 2, 2025, at 9:30 a.m. *See, e.g.* ECF No. 432.

WHEREAS, pursuant to the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada ("Local Rules"), briefing deadlines on the Motion were established as follows: Responses filed by August 19, 2025, and Replies filed by August 26, 2025 (collectively, the "Briefing Deadlines").

WHEREAS, the U.S. Trustee had requested additional time to evaluate the Motion.

WHEREAS, the Parties conferred and originally agreed that, ***as to the U.S. Trustee only***, the Briefing Deadlines be modified as follows: a response, if any, by the U.S. Trustee to the Motion shall be filed by August 26, 2025, and any reply by the Trustee Carmel thereto shall be filed by August 29, 2025.

WHEREAS, on August 19, 2025, the *Stipulation With U.S. Trustee Regarding Briefing Deadlines on Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize and Approve Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* (the "First Stipulation") [ECF No. 507] was filed, reflecting this agreed modified briefing schedule as to the U.S. Trustee only.

WHEREAS, on August 20, 2025, the Court entered its Order approving of the First Stipulation [ECF No. 520].

2

WHEREAS, the Parties further met and conferred regarding the Motion, and the U.S. Trustee has requested additional time to evaluate the Motion.

WHEREAS, the Parties therefore conferred and agreed that, **as to the U.S. Trustee only**, the Briefing Deadlines shall be further modified as follows: a response, if any, by the U.S. Trustee to the Motion shall be in writing and filed before the hearing on the Motion on September 2, 2025, , and any reply by the Trustee Carmel thereto shall be presented orally at the September 2, 2025, hearing on the Motion.

NOW, THEREFORE, subject to entry of the Order approving this Second Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

1. **As to the U.S. Trustee only**, the Briefing Deadlines shall be further modified as follows: a response, if any, by the U.S. Trustee to the Motion shall be in writing and filed before the hearing on the Motion on September 2, 2025; and

2. Any reply by Trustee Carmel to any response of the U.S. Trustee, shall be presented orally at the September 2, 2025, hearing on the Motion.

Dated this 26th day of August, 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for Michael Carmel, Chapter 11 Trustee*

Dated this 26th day of August, 2025.

UNITED STATES DEPARTMENT OF JUSTICE

By: */s/ Alyssa A. Rogan*
Office of the U.S. Trustee
JUSTIN C. VALENCIA, ESQ.
ALYSSA A. ROGAN, ESQ.
300 Las Vegas Blvd. So., Suite 4300
Las Vegas, NV 89101

*Attorneys for United States Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000