Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel:    702.949.8200
Fax:    702.949.8398

Lori M. Bencoe (*Admitted Pro Hac Vice*)
NM State Bar 7525
BENCOE & LaCOUR LAW PC
9201 Montgomery Blvd NE, Suite 404
Albuquerque NM 87111
Tel: 505.247.8800
Fax: 505.247.8801
lori@bencoelaw.com

*Attorneys for Creditor Michael E. Sanchez*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>■ NUMALE CORPORATION, | Lead Case No. 25-10341-NMC<br>Chapter 11 |
| ☐ FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>■ NUMALE NEW MEXICO SC, | Jointly administered with:<br>Case No. 25-10342-NMC<br>Case No. 25-10343-NMC<br>Case No. 25-10344-NMC<br>Case No. 25-10345-NMC<br>Case No. 25-10346-NMC<br>Case No. 25-10347-NMC |
| Debtors. | **JOINDER TO TRUSTEE'S REPLY IN SUPPORT OF THE SETTLEMENT MOTION IN RESPONSE TO BRAD PALUBICKI'S OPPOSITION TO MOTION PURSUANT TO FED. R. BANKR. P. 9019 AND 11 U.S.C. §§ 363 AND 105 TO AUTHORIZE AND APPROVE GLOBAL SETTLEMENT AND ASSOCIATED RELEASES AND AUTHORIZE INSURANCE POLICES BUYBACK (ECF NO. 535)**<br><br>Date of Hearing:   September 2, 2025<br>Time of Hearing:   9:30 a.m.<br><br>Chief Judge: Hon. Natalie M. Cox |

- 1 -

4897-4380-4513, v. 1

Michael E. Sanchez ("Creditor"), a creditor in the above-captioned bankruptcy proceeding, by and through his counsel, Ogonna M. Brown of the law firm Womble Bond Dickinson (US) LLP and Lori M. Bencoe of the law firm Bencoe & LaCour Law PC, hereby files this Joinder to the Trustee's Reply in Response to Brad Palubicki's Opposition (ECF No. 502) to the Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize and Approve Global Settlement and Associated Releases and Authorize Insurance Polices Buyback (ECF NO. 430), filed by Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), filed on August 26, 2025, as Docket No. 535. Mr. Sanchez supports the Settlement Motion (ECF No. 430), and requests that this Court approve the Settlement Agreement and enter the Redline of the revised 9019 Order in the form attached to the Trustee's Reply as Exhibit 1 (ECF No. 535).

Mr. Sanchez is the largest creditor of the Debtors' Estates, and will be impacted the most from the outcome of the Settlement Motion (ECF No. 430). Mr. Sanchez supports the Settlement Motion (ECF No. 430). The Settlement Agreement benefits all creditors, including Mr. Sanchez, in that it provides immediacy of payment which has not been on the horizon until the Trustee negotiated this Settlement:

> Within ten (10) days of the Settlement Order becoming a Final Order, Beazley shall pay, or shall cause to be paid, the full Purchase and Settlement Amount to the Estates. The Agreed Plan shall provide that its Effective Date (as defined therein) shall not occur until the full Purchase and Settlement Amount has been paid to the Estates and received by the Trustee.

See Settlement Agreement, p. 6, Section IV(A) (ECF No. 430-1, p. 7 of 137).

Mr. Sanchez was prepared to engage in grueling, expensive and time-consuming post-verdict motion practice and hearings, with the ultimate goal of obtaining a final judgment based on the Jury Verdict, which assessed compensatory damages in the amount of $37,005,149.00 and punitive damages only against Debtor NuMale Corporation in the amount of $375,000,000. The settlement, if approved by this Court, will result in a substantial reduction to the Debtors' Estates of Mr. Sanchez's claim.

4897-4380-4513, v. 1

Without a doubt, a final judgment would have resulted in protracted and expensive appeals from Debtors and non-debtors alike. Mr. Sanchez is over 70 years old. Given his health issues and the finality afforded by this proposed Settlement, there is no question that the Settlement is in the best interests all creditors, including Mr. Sanchez, the largest creditor by far.

In his lone Opposition (ECF No. 502), Mr. Palubicki misapprehends the intention of the parties to the Settlement Agreement. For the avoidance of doubt, Mr. Sanchez, the Trustee and Beazley are not seeking to infringe upon Mr. Palubicki's personal claims, if any, against Beazley. Through the proposed Settlement, Mr. Sanchez is not seeking the release of any such claims held by Mr. Palubicki. Rather, the settlement parties are simply seeking the release of the Debtors' derivative claims held by the respective Bankruptcy Estates, in accordance with the Supreme Court's ruling in *Purdue Pharma*. Based upon the record before this Court, the Settlement Agreement meets each of the requirements of the *A&C Properties* factors, and should be approved by this Court in its entirety.

DATED this 26th day of August, 2025.

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Ogonna M. Brown*
Ogonna M. Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel.: 702.949.8200 / Fax: 702.949.8398

and

Lori M. Bencoe (*Admitted pro hac vice*)
NM Bar No. 7525
BENCOE & LACOUR LAW PC
9201 Montgomery Blvd. NE # 404
Albuquerque NM 87111
Tel.: (505) 247-8800 / Fax: (505)247-8801
lori@bencoelaw.com

*Attorneys for Creditor Michael E. Sanchez*



- 3 -

4897-4380-4513, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on the 26th day of August, 2025, I caused to be served a true and correct copy of the **JOINDER TO TRUSTEE'S REPLY IN SUPPORT OF THE SETTLEMENT MOTION IN RESPONSE TO BRAD PALUBICKI'S OPPOSITION TO MOTION PURSUANT TO FED. R. BANKR. P. 9019 AND 11 U.S.C. §§ 363 AND 105 TO AUTHORIZE AND APPROVE GLOBAL SETTLEMENT AND ASSOCIATED RELEASES AND AUTHORIZE INSURANCE POLICES BUYBACK (ECF NO. 535)** in the following manner:

☒ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, on April 24, 2025, at Las Vegas, Nevada, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

/s/ Renee L. Creswell
An employee of Womble Bond Dickinson (US) LLP



4897-4380-4513, v. 1