**ANDERSEN BEEDE WEISENMILLER**
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
Email: *mark@abwfirm.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824
*Counsel for Unsecured Creditor Justin Pulliam*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re | | | Case No.: 25-10341-NMC **(Lead Case)** Chapter 11 |
|---|---|---|---|
| NUMALE CORPORATION, | | | **Jointly administered with:** |
|    AFFECTS THIS DEBTOR, | | ☐ | Case No. BK-S-25-10342-NMC |
|    FELICIANO NUMALE NEVADA PLLC, | | ☐ | Case No. BK-S-25-10343-NMC Case No. BK-S-25-10344-NMC Case No. BK-S-25-10345-NMC |
|    NUMEDICAL SC, | | ☐ | Case No. BK-S-25-10346-NMC Case No. BK-S-25-10347-NMC |
|    NUMALE COLORADO SC, | | ☐ | |
|    NUMALE FLORIDA TB PLLC, | | ☐ | |
|    NUMALE NEBRASKA LLC, | | ☐ | |
|    NUMALE NEW MEXICO SC, | | ☐ | |
|    NUMALE ALL DEBTORS, | | ☒ | |
| Debtors. | | | |

**JOINDER TO REPLY TO BRAD PALUBICKI'S OPPOSITION TO THE TRUSTEE'S MOTION PURSUANT TO FED. R. BANKR. P. 9019 AND 11 U.S.C. §§ 363 AND 105 TO AUTHORIZE GLOBAL SETTLEMENT AND ASSOCIATED RELEASES AND <u>AUTHORIZE INSURANCE POLICIES BUYBACK</u>**

1  Justin Pulliam, unsecured creditor in the above-captioned bankruptcy case, by and through his counsel, Andersen Beede Weisenmiller, hereby joins in the Reply to Brad Palubicki's Opposition to the Trustee's Motion ("Reply"), and the arguments made therein, filed by Michael Carmel, Chapter 11 Trustee, ECF No. 535.

Dated this 26th day of August, 2025.

Respectfully submitted by:

**ANDERSEN BEEDE WEISENMILLER**

By:  /s/ Mark M. Weisenmiller
     Mark M. Weisenmiller, Esq.
     Nevada Bar No. 12128
     3199 E Warm Springs Rd, Ste 400
     Las Vegas, Nevada 89120
*Counsel for Unsecured Creditor Justin Pulliam*