1  GARMAN TURNER GORDON LLP
   GREGORY E. GARMAN
2  Nevada Bar No. 6654
3  E-mail: ggarman@gtg.legal
   TALITHA GRAY KOZLOWSKI, ESQ.
4  Nevada Bar No. 9040
   tgray@gtg.legal
5  MARY LANGSNER, Ph.D.
   Nevada Bar No. 13707
6  mlangsner@gtg.legal
7  7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
8  Telephone (725) 777-3000
   Facsimile (725) 777-3112
9  *Attorneys for Michael Carmel,*
   *Chapter 11 Trustee*
10

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | *Jointly administered with:* |
| ☐ AFFECTS THIS DEBTOR, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMEDICAL SC, | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☐ NUMALE NEW MEXICO SC, | |
| ☒ NUMALE ALL DEBTORS, | |
| Debtor. | |

## **CERTIFICATE OF SERVICE**

1

1. On August 27, 2025, I served the following document(s):

| | | |
|---|---|---|
| a. | *Disclosure Statement to Accompany Joint Plan of Reorganization* | Dkt. No. 435 |
| b. | *Order Conditionally Approving Disclosure Statement to Accompany Joint Plan of Reorganization* | Dkt. No. 447 |
| c. | *Notice of: (I) Hearing to Consider Final Approval of Conditionally Approved Disclosure Statement and Confirmation of Joint Plan of Reorganization; (II) Procedures for Objecting to Final Approval of Conditionally Approved Disclosure Statement* and *Confirmation of the Plan and Evidence in Support Thereof; and (III) Procedures and Deadlines for Voting on the Plan* | Dkt. No. 449 |

I served the above-named document(s) by the following means to the persons as listed below:

☒   United States Mail, postage fully prepaid to the following address:

Gabriel Camacho
c/o Midwest IT Pros
608 E Chicago St
Elgin, IL 60120

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 27th day of August, 2025.

/s/ Danielle Charlet
Danielle Charlet, an employee of
Garman Turner Gordon LLP