GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|---|---|

**EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR THE MOTIONS FILED PURSUANT TO FED. R. BANKR. P. 9019 TO APPROVE SETTLEMENTS WITH ODK CAPITAL, LLC AND NEWTEK BANK, N.A.**

1

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors") filed the following motions: (i) *Motion Pursuant to Fed. R. Bankr. P. 9019 to Approve Settlement with ODK Capital, LLC* (the "ODK 9019"), and (ii) *Motion Pursuant to Fed. R. Bankr. P. 9019 to Approve Settlement with Newtek Bank, N.A.* (together, the "Motions").[1]

The Trustee submits his *ex parte* application (the "Ex Parte Application") requesting this Court issue an Order Shortening Time to hear the Motions on September 16, 2025, at 9:30 a.m. This Ex Parte Application is made and based upon Section[2] 105(a) of the Bankruptcy Code, Bankruptcy Rules 4001 and 9006, and Local Rules 4001 and 9006; the following memorandum of points and authorities inclusive of the Declaration of Talitha Gray Kozlowski, Esq. (the "Gray Kozlowski Decl.") incorporated herein; the Attorney Information Sheet filed concurrently herewith; and the papers and pleadings on file with the Court, judicial notice of which is respectfully requested.

## I.
## DECLARATION OF TALITHA GRAY KOZLOWSKI

I, Talitha Gray Kozlowski, declare as follows:

1. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, and if called upon to testify, could and would do so.

2. I am an attorney at the law firm of Garman Turner Gordon LLP, counsel to the Trustee in the above-captioned matter, and am duly licensed to practice law in the State of Nevada (Nevada Bar No. 9040).

3. Good cause exists to hear the Motions on September 16, 2025, at 9:30 a.m., as

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the respective Motions.

[2] All references to "Chapter" and "Section" herein shall be to the "Bankruptcy Code" appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall be to the Federal Rules of Bankruptcy Procedure; and all references to a "Local Rule" shall be to the Local Rules of Bankruptcy Practice of the U.S. District Court for the District of Nevada.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

several other matters, including other 9019 motions, are already set for hearing on that date.

4. As there are a large number of attorneys that attend hearings in these cases, having the Motions heard on September 16, 2025, will be most efficient, in terms of both time and expense.

5. Additionally, because the Trustee is requesting a hearing on September 16, 2025, all parties-in-interest will have a reasonable amount of time review and respond to the Motions.

6. I personally contacted the counsel listed on the Attorney Information Sheet, and all interest parties have consented to having the Motions heard on September 16, 2025.

7. Accordingly, I respectfully submit that there is cause to grant this Ex Parte Application and to have the Motions heard on September 16, 2025. At 9:30 a.m.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 27th day of August 2025.

/s/ Talitha Gray Kozlowski
TALITHA GRAY KOZLOWSKI

## II.
## LEGAL ARGUMENT

Section 105, Title 11 United States Code (the "Bankruptcy Code") allows this Court to issue such orders as are necessary to carry out the provisions of this title. Bankruptcy Rule 9006(c)(1) generally permits a Bankruptcy Court, for cause shown and in its discretion, to reduce the period during which any notice is given in accordance with the Bankruptcy Rules. Relevantly, Bankruptcy Rule 9006(c)(1) provides as follows:

> Except as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

Local Rule 9006 provides further authority for shortening the time for a hearing. According to Local Rule 9006(b), every motion for an order shortening time must be accompanied

by a declaration stating the reasons for an expedited hearing. As set forth in the Gray Kozlowski Decl., there is good cause to her the Motions on September 16, 2025.

Local Rule 9006 requires the moving party to submit an Attorney Information Sheet indicating whether opposing counsel was provided with notice, whether opposing counsel consented to the hearing on an order shortening time, the date counsel was provided with notice, and how notice was provided or attempted to be provided. An Attorney Information Sheet has been filed contemporaneously with this Ex Parte Application.

The Trustee respectfully proffers that the circumstances set forth in this Ex Parte Application, the Gray Kozlowski Decl., and papers and pleadings on file in these Chapter 11 Cases, judicial notice of which is respectfully requested, warrant a finding that cause exists to shorten the time for a hearing on the Motions, as permitted by the Rule.

### III.
### CONCLUSION

WHEREFORE, the Trustee respectfully requests this Court grant this Ex Parte Application and issue an Order Shortening Time to hear the Motions on September 16, 2025, at 9:30 a.m.

Dated this 27th day of August 2025.

GARMAN TURNER GORDON LLP

By: /s/ Talitha Gray Kozlowski
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*