GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
| NUMALE CORPORATION, | | *Jointly administered with:* |
| AFFECTS THIS DEBTOR, | ☐ | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| AFFECTS FELICIANO<br>NUMALE NEVADA PLLC, | ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| NUMEDICAL SC, | ☐ | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| NUMALE COLORADO SC, | ☐ | |
| NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| NUMALE NEBRASKA LLC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| NUMALE NEW MEXICO SC, | ☐ | |
| NUMALE ALL DEBTORS, | ☒ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | | |

**ATTORNEY INFORMATION SHEET IN SUPPORT OF EX PARTE APPLICATION
FOR ORDER SHORTENING TIME TO HEAR THE MOTIONS FILED PURSUANT TO
FED. R. BANKR. P. 9019 TO APPROVE SETTLEMENTS WITH ODK CAPITAL, LLC
<u>AND NEWTEK BANK, N.A.</u>**

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors") filed an ex parte application requesting this Court issue an Order Shortening Time to hear the: (1) *Motion Pursuant to Fed. R. Bankr. P. 9019 to Approve Settlements with ODK Capital, LLC;* and (2) *Motion Pursuant to Fed. R. Bankr. P. 9019 to Approve Settlement with Newtek Bank, N.A.* on September 16, 2025, at 9:30 a.m.

As required by Local Rule 9006, Talitha Gray Kozlowski of Garman Turner Gordon LLP, counsel for the Trustee, has contacted the parties listed below regarding the proposed Order Shortening Time.  They agree or disagree to the time being shortened, as indicated below:

| **Name** | **Date Contacted** | **Form of Contact** | **Agree** | **Disagree** |
|---|---|---|---|---|
| Justin Valencia, Esq.<br>Alyssa Rogan, Esq.<br>*Attorneys for the United States Trustee* | August 26, 2025 | Email | X | |
| Matthew Johnson, Esq.<br>*Attorneys for Prospect Rainbow LLC* | August 26, 2025 | Email | X | |
| Mark Weisenmiller, Esq.<br>*Attorneys for Justin Pulliam* | August 26, 2025 | Email | X | |
| Steven Scow, Esq.<br>*Attorneys for Christopher Asandra* | August 26, 2025 | Email | X | |
| Ogonna M. Brown, Esq.<br>*Attorneys for Michael Sanchez* | August 26, 2025 | Email | X | |
| David Stephens, Esq.<br>*Attorneys for Newtek Small Business Finance, LLC* | August 26, 2025 | Email | X | |

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

| Name | Date Contacted | Form of Contact | Agree | Disagree |
|---|---|---|---|---|
| Matthew Zirzow, Esq. *Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2523* | August 26, 2025 | Email | X | |
| Joseph Went, Esq. *Attorneys for Brad Paulbicki* | August 26, 2025 | Email | X | |

Dated this 27th day of August 2025.

GARMAN TURNER GORDON LLP

By: */s/ Talitha Gray Kozlowski*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000