GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date:   September 24, 2025<br>Hearing Time:  9:30 a.m. |
|---|---|

**NOTICE OF HEARING ON MOTION TO AUTHORIZE PAYMENT OF COMMISSION TO MICHAEL CARMEL, CHAPTER 11 TRUSTEE**

**NOTICE IS HEREBY GIVEN** that Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and

NuMale New Mexico SC (collectively, the "Debtors"), filed the *Motion to Authorize Payment of Commission to Michael Carmel, Chapter 11 Trustee* (the "Motion").

In the Motion, the Trustee requests that the Court enter an order pursuant to 11 U.S.C. § 326(a) that (i) approves on a final basis the Trustee's Commission in the total amount of $3,278,250.00, subject to a voluntary deferment of $278,250.00 to be paid to the Trustee by the Liquidation Trust pursuant to the confirmed Plan and Liquidation Trust Agreement as monies are available; and (ii) authorize, empower, and direct the Trustee to immediately pay all amounts authorized by the Order granting the Motion.

Copies of the Motion and the supporting declaration may be obtained from the above-captioned Bankruptcy Court, located at the Foley Building, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101, through the Bankruptcy Court's electronic filing system (www.ecf.nub.uscourts.gov/), or by contacting Mary Langsner, Ph.D. at 725-777-3000 or mlangsner@gtg.legal.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion *no later than 14 days* preceding the hearing date for the Motion, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing will be held in person before a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Las

1  Vegas, Nevada, 89101, **commencing on September 24, 2025, at 9:30 a.m. prevailing Pacific
2  Time and will be conducted in person**.  Parties are also permitted to appear telephonically by
3  **dialing (833) 435-1820 and entering meeting ID (if applicable): 161 166 2815 and entering
4  access code or passcode 115788#.**

5      If you intend to participate in this hearing, please check the Court's website prior to the
6  hearing for any updated instructions relating to the court participation number and access code.
7  You may view the Court Calendar at: http://www.nvb.uscourts.gov/calendars/court-calendars/.
8  Select the hearing judge.  Next click on the "calendar date" to view the hearing judge's dial-in
9  number and meeting access codes.

10     Dated this 27th day of August, 2025.

11                                                        GARMAN TURNER GORDON LLP

12                                                        By:  */s/ Mary Langsner*
13                                                           GREGORY E. GARMAN, ESQ.
                                                          TALITHA GRAY KOZLOWSKI, ESQ.
14                                                           MARY LANGSNER, Ph.D.
                                                          7251 Amigo Street, Suite 210
15                                                           Las Vegas, Nevada 89119
                                                          *Attorneys for Michael Carmel, Chapter 11*
16                                                           *Trustee*