# EXHIBIT 2

# EXHIBIT 2

**Exhibit - Schedule of Contingency Compensation**

| Recovery | From |
|---|---|
| $ 108,500,000.00 | Global Settlement Agreement |
| $ 78,778.11 | Turnover of Estate Funds - Elavon |
| $ 5,900.00 | Stay Violation - Ace Recovery Group |
| **$ 108,584,678.11** | Total recoveries April 7, 2025 - August 15, 2025 (excludes operations) |

| Contingency Fee | Based on |
|---|---|
| $ 1,750,000.00 | 17.5% on first $10 million |
| $ 8,626,159.33 | 8.75% on recoveries above $10 million |
| **$ 10,376,159.33** | Total contingency fees earned on recoveries set forth above |

| Discounts | |
|---|---|
| ($1,037,615.93) | 10% discount on GTG's earned contingency fees set forth above |
| **$ 9,338,543.40** | Total contingency fee after discount* |