# EXHIBIT 3

# EXHIBIT 3

**SUMMARY OF HOURLY FEES AND EXPENSES FOR COMPENSATION PERIOD**

| | |
|---|---|
| Compensation Period: | April 7, 2025 – August 15, 2025 |
| Total Hours: | 1,468.70 |
| Total for Professional Services Rendered (based on full hourly rates): | $ 819,842.00 |
| **Total for Professional Services Rendered (at 50% hourly rates per Employment Order):** | **$ 409,921.00** |
| **Voluntary Discount on Professional Fees (earned hourly compensation):** | **($409,921.00)** |
| **Total for Professional Services Rendered at Hourly Rates (net of discount):** | **$         0.00** |
| **Total Due for Costs Advanced:** | **$   42,575.51** |
| Blended Hourly Rate (After Discount): | GTG is not seeking hourly compensation |
| **Contingency Compensation:** | *See* **Exhibit to Application – Schedule of Contingency Compensation** |

**SUMMARY OF HOURS WORKED BY PROFESSIONAL**

| Professional | Grad. Year | Full Rate 2025 | Half Rate 2025 | Hours | Fees at Half Rate |
|---|---|---|---|---|---|
| Gregory E. Garman | Attorney (1997) | $995 | $497.50 | 251.6 | $125,171.00 |
| Talitha Gray Kozlowski | Attorney (2004) | $685 | $342.50 | 234.9 | $80,453.25 |
| Joseph T. Kozlowski | Attorney (2003) | $565 | $282.50 | 22.7 | $6,412.75 |

Garman Turner Gordon LLP

Attorneys and Counselors at Law

| Professional | Grad. Year | Full Rate 2025 | Half Rate 2025 | Hours | Fees at Half Rate |
|---|---|---|---|---|---|
| Dylan T. Ciciliano | Attorney (2011) | $550 | $275 | 5.9 | $1,622.50 |
| Mary Langsner, Ph.D. | Attorney (2012) | $430 | $215 | 749.6 | $161,164.00 |
| Teresa M. Pilatowicz | Attorney (2005) | $530 | $265 | .3 | $79.50 |
| Jared M. Sechrist | Attorney (2004) | $480 | $240 | 32.2 | $7,728.00 |
| Joseph S. Benevento | Attorney (2020) | $375 | $187.50 | 23.1 | $4,331.25 |
| David Gamble | Attorney (2003) | $395 | $197.50 | 67.2 | $13,272.00 |
| Michele S. Pori | Senior Paralegal | $285 | $142.50 | 37.1 | $5,286.75 |
| Carie Tofanelli | Paralegal | $215 | $107.50 | 3.6 | $387.00 |
| Danielle Charlet | Junior Paralegal | $85 | $42.50 | 31.9 | $1,355.75 |