# EXHIBIT 5

# EXHIBIT 5

Exhibit 3
Costs

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 4/4/2025 | Nevada Bankruptcy Court - CD Audio of Court Hearing | $ 34.00 |
| 4/7/2025 | Nevada Bankruptcy Court - CD of Hearing | $ 34.00 |
| 4/8/2025 | Nevada Bankruptcy Court - Certified Copies | $ 12.00 |
| 4/25/2025 | Junes Legal Service, Inc. - Invoice #DR358493 - Obtain CD of March 11, 2025 Audio Hearing from Bankruptcy Court | $ 89.00 |
| 4/25/2025 | Junes Legal Service, Inc. - Invoice #DR358456 - Obtain CD of March 27, 2025 Hearing from Bankruptcy Court | $ 89.00 |
| 4/29/2025 | Nevada Secretary of State - Job's P6972546, P6972568, P6972582, P6972601, P697626, P6972650 and P6972665 - UCC-11 Searches and Copy Requests | $ 464.00 |
| 4/29/2025 | Wisconsin Department of Financial Institutions - UCC Searches | $ 145.00 |
| 4/29/2025 | Postage | $ 69.84 |
| 4/30/2025 | UCC filings with Illinois Secretary of State | $ 120.00 |
| 5/1/2025 | Tyler Technologies - Account fee for Nebraska UCC Search | $ 100.00 |
| 5/6/2025 | Postage | $ 3.15 |
| 5/6/2025 | Odyssey File & Serve - Notice of Appearance | $ 3.50 |
| 5/7/2025 | Postage | $ 109.71 |
| 5/8/2025 | Postage | $ 110.40 |
| 5/13/2025 | Postage | $ 57.12 |
| 5/15/2025 | Postage | $ 2.59 |
| 5/22/2025 | Postage | $ 387.60 |
| 5/23/2025 | Postage | $ 26.52 |
| 5/27/2025 | Postage | $ 150.18 |
| 5/28/2025 | Junes Legal Service, Inc. - Invoice #EP301381 - Out of State Service on Authorized Agent for Secured Lender Solutions LLC | $ 212.50 |
| 5/30/2025 | Postage | $ 147.66 |
| 6/3/2025 | Postage | $ 148.35 |
| 6/4/2025 | Postage | $ 42.84 |
| 6/5/2025 | Postage | $ 8.85 |
| 6/10/2025 | Postage | $ 149.04 |
| 6/12/2025 | Postage | $ 177.12 |
| 6/17/2025 | Postage | $ 50.40 |
| 6/18/2025 | Postage | $ 18.13 |
| 6/19/2025 | Junes Legal Service, Inc. - Invoice #EP301579 - Service on CT Corporation System, as Representative | $ 211.30 |
| 6/19/2025 | Junes Legal Service, Inc. - Invoice #EP301575 - Service on CT Corporation System | $ 211.30 |
| 6/20/2025 | Junes Legal Service, Inc. - Invoice #EP301851 - Service on Authorized Agent for CT Corporation System | $ 211.10 |

Exhibit 3
Costs

| DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---:|
| 6/24/2025 | Junes Legal Service, Inc. - Invoice #EP301580 - Service on Authorized Agent for CT Corporation | $ | 212.30 |
| 6/24/2025 | Junes Legal Service, Inc. - Invoice #EP301578 - Service on Authorized Agent for CT Corporation | $ | 211.20 |
| 6/24/2025 | Postage | $ | 152.49 |
| 6/26/2025 | Postage | $ | 27.60 |
| 6/30/2025 | Junes Legal Service, Inc. - Invoice #EP301576 - Attempted and Service on Corporation Service Company, as Representative | $ | 361.10 |
| 6/30/2025 | Pacer | $ | 433.10 |
| 7/2/2025 | Odyssey File & Serve - Notice of Entry of Stipulation and Order to Extend Briefing and continue the Hearing on Defendants' Motion to Dismiss Plaintiff's Complaint | $ | 3.50 |
| 7/2/2025 | Postage | $ | 2.91 |
| 7/4/2025 | Nevada Bankruptcy Court - File Complaint | $ | 350.00 |
| 7/10/2025 | Pacer | $ | 430.70 |
| 7/14/2025 | Postage | $ | 2.72 |
| 7/19/2025 | Dept. of Financial Institution E-Payment | $ | 30.00 |
| 7/19/2025 | Dept. of Financial Institution E-Payment | $ | 30.00 |
| 7/19/2025 | Dept. of Financial Institution E-Payment | $ | 30.00 |
| 7/19/2025 | Dept. of Financial Institution E-Payment | $ | 30.00 |
| 7/19/2025 | Dept. of Financial Institution E-Payment | $ | 30.00 |
| 7/19/2025 | Dept. of Financial Institution E-Payment | $ | 30.00 |
| 7/19/2025 | Dept. of Financial Institution E-Payment | $ | 30.00 |
| 7/19/2025 | Dept. of Financial Institution E-Payment | $ | 30.00 |
| 7/22/2025 | Postage | $ | 182.04 |
| 7/24/2025 | Postage | $ | 1.48 |
| 7/29/2025 | Postage | $ | 19.00 |
| 7/30/2025 | Locksmith Services at Rainbow location | $ | 6,950.00 |
| 8/1/2025 | Photocopies - 37,800 pages - Solicitation | $ | 9,450.00 |
| 8/4/2025 | Postage | $ | 1,279.80 |
| 8/4/2025 | Replec - Invoice #2589 - Copies (308 pages x 270 copies) - Solicitation | $ | 10,814.96 |
| 8/5/2025 | Photocopies | $ | 770.00 |
| 8/5/2025 | Postage | $ | 0.74 |
| 8/6/2025 | Postage - Solicitation | $ | 5,286.60 |
| 8/11/2025 | Postage | $ | 1.77 |
| 8/12/2025 | Postage | $ | 208.18 |
| 8/13/2025 | External Hard Drive for Corporate email downloads from IT consultant | $ | 135.46 |
| 8/13/2025 | Brad Palubicki - Witness Fee | $ | 45.00 |
| 8/13/2025 | Federal Express - Tracking #883546253665 - Delivery to Holly Triplett | $ | 40.36 |

Exhibit 3

Costs

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 8/13/2025 | Federal Express - Tracking #883546191160 - Delivery to Ken Breilmier | $ 34.80 |
| 8/13/2025 | Federal Express - Tracking #883546104285 - Delivery to Gabby De La Torre | $ 34.80 |
| 8/13/2025 | Federal Express - Tracking #883546041048 - Delivery to Brad Palubicki | $ 34.80 |
| 8/13/2025 | Postage | $ 250.20 |
| 8/14/2025 | Second External Hard Drive for Corporate email downloads from IT consultant | $ 135.46 |
| 8/14/2025 | Nevada Secretary of State - Job P7354698 - Annual List of Officers and Directors for Numale Corporation | $ 650.00 |
| 8/14/2025 | Nevada Secretary of State - Job P7354805 - Amended List of Managers or Members for Nevada Numale LLC | $ 150.00 |
| 8/14/2025 | Tyler Payments Services - File amended annual list in Florida for Numale Tampa, LLC | $ 50.00 |
| 8/15/2025 | Postage | $ 26.24 |
| | TOTAL | $ 42,575.51 |