GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**EX PARTE MOTION TO EXCEED PAGE LIMIT ON**
**FIRST INTERIM FEE APPLICATION OF GARMAN TURNER GORDON LLP AS**
**ATTORNEYS FOR MICHAEL CARMEL, CHAPTER 11 TRUSTEE, FOR THE**
**ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES**

Garman Turner Gordon LLP ("GTG"), as attorneys for Michael Carmel, the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), hereby submits his *Ex Parte*

Motion (the "Page Limit Motion") seeking an extension of the applicable page limit for the *First Interim Fee Application of Garman Turner Gordon, LLP as Attorneys for Michael Carmel, Chapter 11 Trustee, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* (the "Motion").[1]

Good cause exists to extend the page limitation for the Motion because the Motion seeks approval of compensation earned and the reimbursement of expenses incurred, in connection with Garman Turner Gordon LLP ("GTG") work to date in these Chapter 11 Cases, as counsel to the Chapter 11 Trustee. These Chapter 11 Cases have been very active. The Motion describes the work performed to date and walks through why approval of the Motion is warranted and appropriate under the applicable legal standards. As such, the Motion is very detailed and thorough and includes not only a discussion of the work performed but also a discussion of the task codes used to track and delineate the time spent by GTG's timekeepers in the course of the firm's representation of the Trustee in these Chapter 11 Cases. For these reasons, the Motion is approximately thirty-four (34) pages in length. Therefore, through this Page Limit Motion the Trustee requests that the Court extend the permissible page limit up to and including thirty-four (34) pages in length, exclusive of exhibits, cover sheets, and tables of contents and authorities.

WHEREFORE, the Trustee respectfully requests that the Court enter an order granting the Trustee leave pursuant to LR 9014(e)(1) to file the Motion up to and including thirty-four (34) pages in length, exclusive of exhibits, cover sheets, and tables of contents and authorities. The Trustee also requests other and further relief as is just and proper.

Dated this 27th day of August 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*

---

[1] Unless stated herein, all undefined, capitalized terms shall have the meanings ascribed to them in the Motion.