NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−25−10341−nmc |
| NUMALE CORPORATION | CHAPTER 11 |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **549** – Application for Compensation First Interim Fee Application of Garman Turner Gordon, LLP as Attorneys for Michael Carmel, Chapter 11 Trustee, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for GREGORY E GARMAN, Fees: $9,338,543.40, Expenses: $42,575.51. with Proposed Order Filed by GREGORY E GARMAN (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 5 # 5 Exhibit 5)(GARMAN, GREGORY) |
| Filed On: | 8/27/25 |
| With A Hearing Date Of: | 9/24/25 |
| And A Hearing Time Of: | 9:30 AM |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Case Number(s)
* Case number listed is incorrect. The correct case number is 25−10341−nmc.

Dated: 8/28/25

*Dan Owens*
Dan Owens
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**