_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
August 28, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |

| | |
|---|---|
| NUMALE ALL DEBTORS, ☒<br><br>Debtors. | NuMale New Mexico SC<br>Case No. 25-10347-nmc |

# ORDER APPROVING
## SECOND STIPULATION WITH U.S. TRUSTEE REGARDING BRIEFING DEADLINES ON MOTION PURSUANT TO FED. R. BANKR. P. 9019 AND 11 U.S.C. §§ 363 AND 105 TO AUTHORIZE AND APPROVE GLOBAL SETTLEMENT AND ASSOCIATED RELEASES AND AUTHORIZE INSURANCE POLICIES BUYBACK

The Court has considered the *Second Stipulation With U.S. Trustee Regarding Briefing Deadlines on Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize and Approve Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* (the "Second Stipulation")[1] entered into by and between Michael Carmel, as the Chapter 11 trustee ("Trustee Carmel") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, and the United States Trustee for Region 17 ("U.S. Trustee"), by and through his respective undersigned counsel, and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS HEREBY ORDERED** that the Second Stipulation attached hereto as **Exhibit 1** is approved in the entirety.

**IT IS FURTHER ORDERED** that *as to the U.S. Trustee only*, the Briefing Deadlines on the *Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize and Approve Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* [ECF No. 430] (the "Motion") shall be further modified as follows: a response, if any, by the U.S. Trustee to the Motion shall be in writing and filed before the hearing on the Motion on September 2, 2025; and any reply by Trustee Carmel thereto shall be presented orally at the September 2, 2025, hearing on the Motion.

. . .

. . .

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

**IT IS SO ORDERED.**

| | |
|---|---|
| Dated this 26th day of August, 2025. | Dated this 26th day of August, 2025. |
| GARMAN TURNER GORDON LLP | UNITED STATES DEPARTMENT OF JUSTICE |
| By: */s/ Mary Langsner* <br>　　GREGORY E. GARMAN, ESQ. <br>　　TALITHA GRAY KOZLOWSKI, ESQ. <br>　　MARY LANGSNER, Ph.D. <br>　　7251 Amigo Street, Suite 210 <br>　　Las Vegas, Nevada 89119 | By: */s/ Alyssa A. Rogan* <br>　　Office of the U.S. Trustee <br>　　JUSTIN C. VALENCIA, ESQ. <br>　　ALYSSA A. ROGAN, ESQ. <br>　　300 Las Vegas Blvd. So., Suite 4300 <br>　　Las Vegas, NV 89101 |
| *Attorneys for Michael Carmel, Chapter 11 Trustee* | *Attorneys for United States Trustee* |

# # #