GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | |
| | Hearing Date: September 16, 2025<br>Hearing Time: 9:30 a.m. |

**SUPPLEMENTAL DECLARATION OF PETER DAVIS IN SUPPORT OF**
**APPLICATION TO EMPLOY J.S. HELD LLC AS FINANCIAL ADVISOR AND**
<u>**ACCOUNTANT TO THE CHAPTER 11 ESTATES**</u>

I, Peter Davis, CPA, ABV, CFF, CIRA, CTP, CFE, hereby declare as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so.

2. I make this supplemental declaration in support of the *Application to Employ J.S. Held, LLC as Financial Advisor and Accountant to the Chapter 11 Estates* (the "Application").[1]

3. I am a Senior Managing Director with J.S. Held LLC ("JS Held"). JS Held is a global consulting firm that maintains offices throughout North America and internationally. JS Held's offices in Phoenix, Arizona, are at 2700 North Central Avenue, Suite 1275, Phoenix, AZ 85004.

4. To the extent J.S. Held hires a subcontractor in connection with the work JS Held performs in these Chapter 11 Cases (a possibility identified in the Engagement Agreement), I will ensure that JS Held provides notices in these Chapter 11 Cases respecting such subcontractor's retention and likewise ensure that JS Held analyzes any and all connections which JS Held understands the subcontractor may have, in order to completely evaluate such subcontractor's qualification to serve in such role and disclose the same in a supplemental declaration filed in this case providing notice to this Court and the United States Trustee.

5. To the extent of any periodic rate adjustment of JS Held's professionals in connection with their work in these Chapter 11 Cases, I will ensure that JS Held provides appropriate notice to the Court and the U.S. Trustee regarding any increases in JS Held's professionals' hourly rates.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 28th day of August 2025.

*/s/ Peter Davis*
PETER DAVIS

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Application.