GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | |

**DECLARATION OF THOMAS BUTTERFIELD IN SUPPORT OF**
***EX PARTE* APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF**
**RUBINBROWN LLP AS ACCOUNTANT FOR TAX PREPARATION SERVICES**

I, Thomas Butterfield, CPA, hereby declare as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. I make this declaration in support of the *Ex Parte Application for Order Approving the Employment of*

*RubinBrown LLP as Accountant for Tax Preparation Services* (the "Application").[1]

2. I am a Certified Public Accountant licensed in the State of Nevada, I am a partner with RubinBrown LLP ("RubinBrown"), and I am experienced in the preparation of tax returns, as well as tax consulting, tax planning, and other areas of tax expertise.

3. RubinBrown is one of the nation's leading accounting and professional consulting firms and has specialized expertise in providing a comprehensive range of services to meet business needs, such as expertise in providing comprehensive tax services, including federal tax services, to address complex tax issues. RubinBrown has nearly one thousand (1,000) team members in offices throughout the Midwest, in Las Vegas, and elsewhere. RubinBrown is also an independent member of Baker Tilly International, which I understand to be the ninth largest accounting and business advisory network in the world.

4. The engagement will be led by me. I hold a Master's Degree in Accountancy and a Bachelor of Science in Accounting from Southern Utah University, as well as a Bachelor of Science degree in Electrical Engineering from the University of Utah. I have nineteen (19) years of experience in tax, accounting, and business consulting across multiple industries and have expertise working with partnerships, corporations, trusts, individuals, and private foundations.

5. I received from the Trustee the individuals and entities who constitute the members, creditors, potential creditors, and other parties-in-interest listed on the mailing matrix for the Chapter 11 Cases, to determine any prior or present representation of any creditors or parties-in-interest. Based on RubinBrown's review, I believe that neither myself nor any of RubinBrown's employees have any present or prior connection with the Debtors, the Debtors' creditors, or other parties-in-interest, their respective attorneys and accountants, except as set forth herein.

6. Due to RubinBrown's extensive accounting practice and national presence, RubinBrown has in the past provided, is currently providing, and in the future will likely provide

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning(s) ascribed to them in the Application.

accounting services to certain of the Debtors' creditors, equity security holders, or other parties in interest in matters unrelated to these Chapter 11 Cases. These connections include:

- McDonald Carano LLP
- American Express
- Burr & Forman
- Wolters Kluwer
- Kemp Jones LLP
- Zurich North America
- Holland & Hart LLP
- Womble Bond Dickinson LLP

None of these connections, however, involve the Debtors or these Chapter 11 Cases.

7. RubinBrown will periodically review its files during the pendency of these Chapter 11 Cases to ensure that no conflicts or other disqualifying circumstances exist or arise. If any new relevant facts or relationships are discovered or arise, RubinBrown will use reasonable efforts to identify and disclose such further developments by promptly filing a supplemental declaration as required by Bankruptcy Rule 2014(a).

8. To the best of my knowledge, RubinBrown and I do not hold or represent any interest adverse to the Debtors' estates, and RubinBrown and I are disinterested persons within the meaning of Sections 101(14) and 327 of the Bankruptcy Code, as modified by Section 1107(b). Additionally, neither myself nor any of RubinBrown's employees have any connection with the Office of the United States Trustee or any persons employed in the Office of the United States Trustee. RubinBrown's retention is not adverse to the Debtors or their Estates.

9. RubinBrown will conduct an ongoing review of its files to ensure that no disqualifying circumstances arise, and, if any new relevant facts or relationships are discovered, will supplement its disclosure to the Court.

10. RubinBrown charges $242 to $278 per hour for Staff, $318 to $342 per hour for Managers, and $504 per hour for Partners, for tax returns preparation and submission, plus out-

of-pocket expenses, technology, and administrative fees, all subject to approval by the Bankruptcy Court pursuant to Sections 330 and 331.

11. I will be responsible for leading the engagement and will assign staff as appropriate.

12. In addition to the hourly rates incurred by RubinBrown for preparing the Debtors' federal tax returns for calendar year 2024 and assisting with annual tax compliance requirements and providing related tax consultation services, the Engagement Letter provides that Estates will reimburse RubinBrown for all reasonable, out-of-pocket expenses, technology, and administrative fees incurred in performing services set forth herein and in the Engagement Letter, all of which are subject to Bankruptcy Court approval.

13. RubinBrown has not been paid a retainer for the services subject of this Application.

14. RubinBrown hereafter intends to apply to the Bankruptcy Court for allowances of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, including, but not limited to Sections 330 and 331, the Bankruptcy Rules, the Local Rules, and the Guidelines for Professional Compensation established by the Office of the United States Trustee, and further orders of this Court, for all services performed and expenses incurred in connection with RubinBrown's retention.

15. RubinBrown understands that all compensation and expense reimbursement is subject to prior Bankruptcy Court approval.

16. A true and correct copy of the Engagement Letter with RubinBrown is attached hereto as **Exhibit "1"**.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 29 day of August, 2025.

/s/ _____
THOMAS BUTTERFIELD