1  GARMAN TURNER GORDON LLP
   GREGORY GARMAN, ESQ.
2  Nevada Bar No. 6654
   Email: ggarman@gtg.legal
3  TALITHA GRAY KOZLOWSKI, ESQ.
   Nevada Bar No. 9040
4  Email: tgray@gtg.legal
   MARY LANGSNER, Ph.D.
5  Nevada Bar No. 13707
   mlangsner@gtg.legal
6  7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
7  Tel: 725.777.3000
   *Attorneys for Michael Carmel,*
8  *Chapter 11 Trustee*

9              **UNITED STATES BANKRUPTCY COURT**
                    **DISTRICT OF NEVADA**
10
11 In re:                                  Lead Case No.: 25-10341-nmc
                                           Chapter 11
12 NUMALE CORPORATION,
                                           *Jointly administered with:*
13     AFFECTS THIS DEBTOR,       ☐
                                           Feliciano NuMale Nevada PLLC,
14     AFFECTS FELICIANO          ☐        Case No. 25-10342-nmc
       NUMALE NEVADA PLLC,
15                                         NuMedical SC
       NUMEDICAL SC,             ☐         Case No. 25-10343-nmc
16
       NUMALE COLORADO SC,       ☐         NuMale Colorado SC,
17                                         Case No. 25-10344-nmc
       NUMALE FLORIDA TB PLLC,   ☐
18                                         NuMale Florida TB PLLC,
       NUMALE NEBRASKA LLC,      ☐         Case No. 25-10345-nmc
19
       NUMALE NEW MEXICO SC,     ☐         NuMale Nebraska LLC
20                                         Case No. 25-10346-nmc
       NUMALE ALL DEBTORS,       ☒
21                                         NuMale New Mexico SC
           Debtors.                        Case No. 25-10347-nmc
22

23        **DECLARATION OF MICHAEL CARMEL, ESQ. IN SUPPORT OF**
          ***EX PARTE* APPLICATION FOR ORDER APPROVING THE EMPLOYMENT OF**
24        **RUBINBROWN LLP AS ACCOUNTANT FOR TAX PREPARATION SERVICES**

25        I, Michael Carmel, Esq., hereby declare as follows:

26        1.      I am over the age of 18 and mentally competent.  I have personal knowledge of
27 the facts in this matter and if called upon to testify, could and would do so.  I make this
28 declaration in support of the *Ex Parte Application for Order Approving the Employment of*

*RubinBrown LLP as Accountant for Tax Preparation Services* (the "Application").[1]

2.    I am the duly appointed Chapter 11 trustee ("Trustee") over the estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors").

3.    There is a need for assistance with tax preparation services, and I have selected RubinBrown LLP ("RubinBrown").

4.    Immediately upon my appointment, I began investigating the financial affairs and assets of the Debtors.

5.    The Debtors' business is a going concern, and I am authorized to operate the Debtors' business.

6.    The Debtors' tax returns for calendar year 2024 are due on or about September 15, 2025.

7.    I have determined that the Debtors' prior accountant who prepared tax returns for one or more prior years, KMA, S.C. and/or KMA Accountants & Advisors, n/k/a Sorren, Inc., Sorren, and/or Sorren CPAs ("Sorren"), is not disinterested.

8.    I have also determined that Sorren has connections with one or more terminated employees of the Debtors and people against whom I have filed an adversary complaint.

9.    Accordingly, I have determined it is prudent to select a new tax preparer for the Debtors.

10.    Subject to Bankruptcy Court approval, I am separately engaging the firm J.S. Held, LLC ("JS Held") to provide forensic accounting analyses, financial advisory, and accounting services to the Estates.  The engagement of RubinBrown is not duplicative because RubinBrown is being engaged solely to prepare tax returns, and JS Held is not being engaged to prepare or file tax returns.

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning(s) ascribed to them in the Application.

11. I have selected RubinBrown because of RubinBrown's extensive expertise, familiarity with bankruptcy matters, and reputation in providing the type of services required in these Chapter 11 Cases.

12. As a result of my understanding of Mr. Butterfield's work in connection with other complex matters in the District of Nevada, and his tax preparation experience, my business judgment believes that RubinBrown and Mr. Butterfield are well-suited to serve as the tax preparer for the Debtors in these Chapter 11 Cases.

13. The Debtors' federal tax returns for calendar year 2024 must be prepared and require the assistance of a certified public accountant to prepare and file these necessary tax returns.

14. Subject to the Court's approval, the Estates and Mr. Butterfield have entered into the Engagement Letter.

15. The services of RubinBrown are appropriate and necessary to enable the Debtors to meet requisite tax reporting requirements, and for me to execute my duties faithfully and comply with his obligations. The services for which RubinBrown is being retained include, but are not limited to[2]:

    a) prepare the federal tax returns for the Debtors for calendar year 2024; and

    b) assist with annual tax compliance requirements and provide related tax consultation services.

16. Subject to this Court's approval of the Application, RubinBrown is willing to serve as the tax preparer and advisor to perform the services described herein and in the Engagement Letter.

17. RubinBrown's rates are consistent with the rates charged by other professionals serving in a similar capacity. I respectfully submit that these rates are reasonable under the circumstances of the Chapter 11 Cases and in light of the high quality and specialized nature of the services being provided.

---

[2] This is a summary. The complete scope of services to be provided by RubinBrown are set forth in the Engagement Letter.

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

18.    In addition to the hourly rates incurred by RubinBrown for preparing the Debtors' federal tax returns for calendar year 2024 and assisting with annual tax compliance requirements and providing related tax consultation services, the Estates will reimburse RubinBrown for all reasonable, out-of-pocket expenses, technology, and administrative fees incurred in performing services set forth herein and in the Engagement Letter, all of which are subject to Bankruptcy Court approval.

19.    I have not authorized nor paid RubinBrown a retainer for the engagement subject of the Application.

20.    I understand RubinBrown hereafter intends to apply to the Bankruptcy Court for allowances of compensation and reimbursement of expenses in accordance with the applicable provisions of the Bankruptcy Code, including, but not limited to Sections 330 and 331, the Bankruptcy Rules, the Local Rules, and the Guidelines for Professional Compensation established by the Office of the United States Trustee, and further orders of this Court, for all services performed and expenses incurred in connection with RubinBrown's retention.

21.    On or about July 21, 2025, I learned that one of the Debtors' principals, Brad Palubicki ("Palubicki"), was attempting to sell Estate assets, for Palubicki's personal benefit and without my knowledge, consent, or authority.

22.    Upon further investigations, I learned of additional potential other wrongdoings.

23.    Subsequently, on or about July 29, 2025, I terminated Palubicki, Chief Financial Officer Holly Triplett ("Triplett"), and six others (altogether with Palubicki and Triplett, the "Terminated Employees"), all of whom were terminated for cause.

24.    My investigation to date reveals there is an immediate need for assistance preparing the Debtors' 2024 federal tax returns.

. . .

. . .

. . .

. . .

25.    In my business judgment I authorized Rubin Brown to proceed with preparing the Debtors' 2024 tax returns while at the same time negotiating the terms of their Engagement Letter through the firm, to ensure that Rubin Brown was afforded as much time as possible to prepare the Debtors' 2024 tax returns.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 29th day of August, 2025.


*/s/ Michael Carmel*
MICHAEL CARMEL, CHAPTER 11
TRUSTEE