

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
August 29, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | *Jointly administered with:* |
| ☐  AFFECTS THIS DEBTOR, | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| ☐  AFFECTS FELICIANO NUMALE NEVADA PLLC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐  NUMEDICAL SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐  NUMALE COLORADO SC, | |
| ☐  NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐  NUMALE NEBRASKA LLC, | |
| ☐  NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

| NUMALE ALL DEBTORS, | ☒ | NuMale New Mexico SC |
|---|---|---|
| Debtors. | | Case No. 25-10347-nmc |
| | | Hearing Date: September 16, 2025 |
| | | Hearing Time:  9:30 AM |

### NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR THE MOTIONS FILED PURSUANT TO FED. R. BANKR. P. 9019 TO APPROVE SETTLEMENTS WITH ODK CAPITAL, LLC AND NEWTEK BANK, N.A.

This Court, having considered the *Ex Parte Application for Order Shortening Time to Hear the Motions Filed Pursuant to Fed. R. Bankr. P. 9019 to Approve Settlements with ODK Capital, LLC and Newtek Bank, N.A.*, filed by Michael Carmel, Chapter 11 Trustee ("Trustee"), and good cause appearing therefor;

**IT IS HEREBY ORDERED AND NOTICE IS HEREBY GIVEN** that the: (i) *Motion Pursuant to Fed. R. Bankr. P. 9019 to Approve Settlements with ODK Capital, LLC (Docket # 532),* and (ii) *Motion Pursuant to Fed. R. Bankr. P. 9019 to Approve Settlement Between Numale Corporation and Newtek Bank, N.A.(Docket # 541)* (the "Motions")[1] be, and the same will be heard by a United States Bankruptcy Judge on the **September 16, 2025,** at **9:30 a.m**.

Through the Motions, the Trustee requests the Court approve the respective Settlement Agreements with ODK Capital, LLC and Newtek Bank, N.A., and grant other and further relief as is just and proper.

**NOTICE IS FURTHER GIVEN** that electronic copies of the Motion and supporting papers are available by contacting Talitha Gray Kozlwski at the address or telephone number set forth above, through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov, or at the Bankruptcy Court's Clerk's Office, located at the Foley Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada, 89101.

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be served within 2 days of entry; that any oppositions to the Motions must be filed and

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed in the Motion.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2

served by September 12, 2025; that replies to any oppositions filed must be filed and served by September 15, 2025; and that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof. Parties wishing to appear and participate at this hearing shall call the telephone conference line **1(833) 435-1820**, Meeting ID **161 166 2815,** Passcode **115788**.

**IT IS SO ORDERED.**

Prepared and Submitted by:

GARMAN TURNER GORDON LLP

By:  /s/ Talitha Gray Kozlowski
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000