United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 25-10341-nmc |
| NUMALE CORPORATION | Chapter 11 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 28, 2025 | Form ID: node | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 30, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| aty | + GARMAN TURNER GORDON LLP, 7251 AMIGO ST., STE. 210, LAS VEGAS, NV 89119-4302 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 30, 2025          Signature:          /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 28, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ALYSSA A. ROGAN | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 alyssa.rogan@usdoj.gov |
| CANDACE C CARLYON | on behalf of Creditor TOP TIER CAPITAL ccarlyon@carlyoncica.com CRobertson@carlyoncica.com;nrodriguez@carlyoncica.com;jang@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE CORPORATION darnvbk@gmail.com  2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE NEW MEXICO SC darnvbk@gmail.com  2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMALE COLORADO SC darnvbk@gmail.com  2782@notices.nextchapterbk.com |

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Aug 28, 2025 | Form ID: node | Total Noticed: 1 |

DAVID A RIGGI
    on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor NUMALE NEBRASKA LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor NUMEDICAL SC  2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor NUMALE COLORADO SC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor NUMEDICAL SC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor FELICIANO NUMALE NEVADA PLLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
    on behalf of Debtor NUMALE FLORIDA TB PLLC darnvbk@gmail.com 2782@notices.nextchapterbk.com

DAVID A. STEPHENS
    on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE  LLC dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS
    on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC dstephens@davidstephenslaw.com dstephens@lvcoxmail.com

GREGORY E GARMAN
    on behalf of Plaintiff MICHAEL W. CARMEL  CHAPTER 11 TRUSTEE ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN
    on behalf of Trustee MICHAEL W. CARMEL ggarman@gtg.legal bknotices@gtg.legal

JOSEPH G. WENT
    on behalf of Interested Party BRAD PALUBICKI jgwent@hollandhart.com vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JUSTIN CHARLES VALENCIA
    on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 justin.c.valencia@usdoj.gov

LORI M. BENCOE
    on behalf of Creditor Michael E. Sanchez lori@bencoelaw.com  maggie@bencoelaw.com

MARK M. WEISENMILLER
    on behalf of Creditor JUSTIN PULLIAM mark@abwfirm.com mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

MARY LANGSNER
    on behalf of Trustee MICHAEL W. CARMEL mlangsner@gtg.legal  bknotices@gtg.legal

MARY LANGSNER
    on behalf of Plaintiff MICHAEL W. CARMEL  CHAPTER 11 TRUSTEE mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER
    on behalf of Trustee CHAPTER 11 - LV mlangsner@gtg.legal  bknotices@gtg.legal

MATTHEW C. ZIRZOW
    on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 mzirzow@lzlawnv.com hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

MATTHEW L. JOHNSON
    on behalf of Creditor Prospect Rainbow  LLC mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MICHAEL W. CARMEL
    michael@mcarmellaw.com

OGONNA M. BROWN
    on behalf of Creditor Michael E. Sanchez Ogonna.Brown@wbd-us.com ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Aug 28, 2025 | Form ID: node | Total Noticed: 1 |

RICHARD F. HOLLEY
        on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
        rholley@spencerfane.com  oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

RYAN A. ANDERSEN
        on behalf of Creditor JUSTIN PULLIAM ryan@aandblaw.com  melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

RYAN J. WORKS
        on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
        rworks@mcdonaldcarano.com  kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

STEVEN B. SCOW
        on behalf of Creditor CHRISTOPHER ASANDRA sscow@kskdlaw.com  dscow@kskdlaw.com

STUART FREEMAN WILSON-PATTON
        on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov

TALITHA B. GRAY KOZLOWSKI
        on behalf of Trustee MICHAEL W. CARMEL tgray@gtg.legal  bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI
        on behalf of Plaintiff MICHAEL W. CARMEL  CHAPTER 11 TRUSTEE tgray@gtg.legal, bknotices@gtg.legal

U.S. TRUSTEE - LV - 11
        USTPRegion17.lv.ecf@usdoj.gov

TOTAL: 38

NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−25−10341−nmc |
| NUMALE CORPORATION | CHAPTER 11 |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | **549** − Application for Compensation First Interim Fee Application of Garman Turner Gordon, LLP as Attorneys for Michael Carmel, Chapter 11 Trustee, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses for GREGORY E GARMAN, Fees: $9,338,543.40, Expenses: $42,575.51. with Proposed Order Filed by GREGORY E GARMAN (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 5 # 5 Exhibit 5)(GARMAN, GREGORY) |
| Filed On: | 8/27/25 |
| With A Hearing Date Of: | 9/24/25 |
| And A Hearing Time Of: | 9:30 AM |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
    * Case Number(s)
* Case number listed is incorrect. The correct case number is 25−10341−nmc.

Dated: 8/28/25

Dan Owens
Clerk of Court

For additional information, please visit the court's web site at https://www.nvb.uscourts.gov