GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: September 2, 2025<br>Hearing Time: 9:30 a.m. |

**NOTICE OF PROPOSED AGENDA FOR SEPTEMBER 2, 2025, AT 9:30 A.M. HEARING**

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy Estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), hereby submits this *Notice of Proposed Agenda for September 2, 2025, at 9:30 a.m. Hearing* (the "Agenda"):

## I. MATTERS GOING FORWARD

1. **Item No. 1** – *Second Report by Patient Care Ombudsman Pursuant to 11 U.S.C. § 333(b)(2)* [ECF No. 548].

2. **Item No. 2** – Application to Employ Special Counsel

    a. **Motion**: *Application to Employ Burr & Forman as Special Counsel to the Chapter 11 Estate* [ECF No. 417] ("Employment Application")

        i. *Declaration of Emily C. Taube, Esq. in Support of Application to Employ Burr & Forman as Special Counsel to the Chapter 11 Estate* [ECF No. 418]

        ii. *Declaration of Mary Langsner, Ph.D. in Support of Application to Employ Burr & Forman as Special Counsel to the Chapter 11 Estate* [ECF No. 419]

        iii. *Declaration of Michael Carmel, Esq. in Support of Application to Employ Burr & Forman as Special Counsel to the Chapter 11 Estate* [ECF No. 420]

        iv. *Notice of Hearing in Support of Application to Employ Burr & Forman as Special Counsel to the Chapter 11 Estate* [ECF No. 421]

        v. Certificate of Service [ECF No. 444]

3. **Item No. 3** – 9019 Motion

    a. **Motion**: *Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* [ECF No. 430] ("9019 Motion")

        i. *Declaration of Michael Carmel In Support of Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* [ECF No. 431]

        ii. *Notice of Hearing Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* [ECF No. 432]

    b. **Opposition**: *Brad Paubicki's Opposition to Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* [ECF No. 502].

        i. *Declaration of Brad Palubicki in Support of His Opposition to Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* [ECF No. 503].

    c. **Reply**: *Reply to Brad Paubicki's Opposition to the Trustee's Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize Global*

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

*Settlement and Associated Releases and Authorize Insurance Policies Buyback* [ECF No. 535].

    d. **Joinders in Motion and Reply:**

        i. **Dr. Asandra:** *Dr. Christopher Asandra's Joinder to Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* [ECF No. 531].

        ii. **Beazley:** *Joinder and Reply in Support of Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* [ECF No. 536]

        iii. **Mr. Sanchez:** *Joinder to Trustee's Reply in Support of the Settlement Motion In Response to Brad Palubicki's Opposition to Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* [ECF No. 537].

        iv. **Justin Pulliam:** *Joinder to Reply to Brad Palubicki's Opposition to the Trustee's Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* [ECF No. 539].

    e. **Proposed Order:** *Notice of Further Revised Proposed Order Approving Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize and Approve Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* [ECF No. 569].

        i. *[Proposed] Order Approving Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize and Approve Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* [ECF No. 569-1]

4. **Item No. 4** – Status on upcoming hearings in these Chapter 11 Cases.

Dated this 1st day of September 2025.

                                            GARMAN TURNER GORDON LLP

                                            By: */s/ Mary Langsner*
                                                GREGORY E. GARMAN, ESQ.
                                                TALITHA GRAY KOZLOWSKI, ESQ.
                                                MARY LANGSNER, Ph.D.
                                                7251 Amigo Street, Suite 210
                                                Las Vegas, Nevada 89119
                                                *Attorneys for Michael Carmel, Chapter 11 Trustee*