_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
September 02, 2025

_____

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|---|---|

**ORDER APPROVING THE EMPLOYMENT OF RUBINBROWN LLP AS ACCOUNTANT FOR TAX PREPARATION SERVICES**

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), filed the *Ex Parte Application for Order Approving the Employment of RubinBrown LLP as Accountant For Tax Preparation Services* (the "Application").[1]

The Court having reviewed the Application, the supporting declarations of Michael W. Carmel, Esq. and Thomas Butterfield, CPA, and all matters submitted therewith; no oppositions having been filed; notice of the Application having been proper; and good cause appearing therefore, **IT IS HEREBY ORDERED** that:

1. The Application is **GRANTED**.

2. The Trustee is hereby authorized to employ RubinBrown LLP effective August 26, 2025, pursuant to Section 327(a), and pursuant to the terms of the Engagement Letter attached as Exhibit 1 to the Butterfield Declaration [ECF No. 565], to perform the services set forth in the Application and Engagement Letter, which Application is hereby approved.

3. RubinBrown LLP shall be compensated for the services described in the Application in accordance with the procedures set forth in Sections 330 and 331, and any other applicable procedures and orders of the Court

4. For clarity and the avoidance of doubt, Rubin Brown's Application is not seeking relief under 11 U.S.C. § 328, nor is such relief approved by this Order.

5. Notice of the Application as provided therein shall be deemed good and sufficient notice of the Application, and requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

7.  This Order shall govern in the event of any inconsistency between the Application, Engagement Letter, and this Order.

8.  This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, PH.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Chapter 11 Trustee*

###