GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC Case No. 25-10347-nmc |
| Debtors. | |

**STIPULATION WITH U.S. TRUSTEE REGARDING BRIEFING DEADLINES ON FIRST INTERIM FEE APPLICATION OF GARMAN TURNER GORDON LLP AS ATTORNEYS FOR MICHAEL CARMEL, CHAPTER 11 TRUSTEE, FOR THE ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

1

Michael Carmel, as the Chapter 11 trustee ("Trustee Carmel") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through his counsel of record, the law firm Garman Turner Gordon LLP, and the United States Trustee for Region 17 ("U.S. Trustee"), by and through counsel, (Trustee Carmel and the U.S. Trustee together, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on August 1, 2025, Trustee Carmel through his counsel Garman Turner Gordon LLP ("GTG") filed the *First Interim Fee Application of Garman Turner Gordon, LLP as Attorneys for Michael Carmel, Chapter 11 Trustee, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 549] (the "Application").[1]

WHEREAS, the Application is noticed and set for a hearing date of September 24, 2025, at 9:30 a.m. *See, e.g.* ECF No. 552.

WHEREAS, pursuant to the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada ("Local Rules"), briefing deadlines on the Application were established as follows: Responses filed by September 10, 2025, and Replies filed by September 17, 2025 (collectively, the "Briefing Deadlines").

WHEREAS, the U.S. Trustee has requested additional time to evaluate the Motion.

WHEREAS, the Parties conferred and agreed that, ***as to the U.S. Trustee only***, the Briefing Deadlines shall be modified as follows: a response, if any, by the U.S. Trustee to the Application shall be filed by September 17, 2025, and any reply by Trustee Carmel thereto shall be filed by September 22, 2025.

NOW, THEREFORE, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

---

[1] Unless stated herein, all undefined, capitalized terms shall have the meanings ascribed to them in the Application.

2

1. **As to the U.S. Trustee only**, the Briefing Deadlines shall be modified as follows: a response, if any, by the U.S. Trustee to the Application shall be filed by September 17, 2025; and

2. Any reply by the Trustee to any response of the U.S. Trustee, shall be filed by September 22, 2025.

Dated this 2nd day of September 2025.

GARMAN TURNER GORDON LLP

By: /s/ Mary Langsner
　　GREGORY E. GARMAN, ESQ.
　　TALITHA GRAY KOZLOWSKI, ESQ.
　　MARY LANGSNER, Ph.D.
　　7251 Amigo Street, Suite 210
　　Las Vegas, Nevada 89119

*Attorneys for Michael Carmel, Chapter 11 Trustee*

Dated this 2nd day of September 2025.

UNITED STATES DEPARTMENT OF JUSTICE

By: /s/ Justin C. Valencia
　　Office of the U.S. Trustee
　　JUSTIN C. VALENCIA, ESQ.
　　ALYSSA A. ROGAN, ESQ.
　　300 Las Vegas Blvd. So., Suite 4300
　　Las Vegas, NV 89101

*Attorneys for United States Trustee*