_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
September 04, 2025

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | | | |
|---|---|---|---|
| NUMALE CORPORATION, | | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
| ☒ AFFECTS THIS DEBTOR, | | | *Jointly administered with:*<br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | | | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMEDICAL SC, | | | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE COLORADO SC, | | | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | | | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEBRASKA LLC, | | | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☐ NUMALE NEW MEXICO SC, | | | Hearing Date: September 2, 2025<br>Hearing Time: 9:30 a.m. |
| ☐ NUMALE ALL DEBTORS, | | | |
| Debtors. | | | |

**ORDER APPROVING APPLICATION TO EMPLOY BURR & FORMAN AS SPECIAL COUNSEL TO THE CHAPTER 11 ESTATE**

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC filed his *Application to Employ Burr & Forman as Special Counsel to the Chapter 11 Estate* [ECF No. 417] (the "Application"),[1] which came on for hearing before the above-captioned Court on September 2, 2025, at 9:30 a.m. Gregory E. Garman, Esq. and others appeared on behalf of the Trustee at the hearing, and all other appearances were noted by the Court on the record at the hearing.

The Court having reviewed the Application, the supporting declarations of Michael Carmel, Emily C. Taube, Esq., and Mary Langsner, Ph.D., and all matters submitted therewith; no oppositions having been filed; notice of the Application having been proper; the Court having stated its findings of fact and conclusions of law on the record at the hearing, which are incorporated herein by reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure; and good cause appearing therefore,

**IT IS HEREBY ORDERED** that:

1. The Application is GRANTED.

2. The Trustee is hereby authorized to employ Burr & Forman effective May 29, 2025, pursuant to Section 327(e) and pursuant to the terms of the Engagement Agreement attached as Exhibit 1 to the Taube Declaration [ECF No. 418-1], as special counsel to perform the services set forth in the Application.

3. For clarity and the avoidance of doubt, Burr & Forman's Application is not seeking relief under 11 U.S.C. § 328, nor is such relief approved by this Order.

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

4. Burr & Forman shall be compensated for the services described in the Application in accordance with the procedures set forth in Sections 330 and 331, and any other applicable procedures and orders of the Court.

5. Notice of the Application as provided therein shall be deemed good and sufficient notice of the Application, and requirements of the Bankruptcy Rules and the Local Rules are satisfied by such notice.

6. The terms and conditions of this Order shall be immediately effective and enforceable upon its entry.

7. This Order shall govern in the event of any inconsistency between the Application, Engagement Agreement, and this Order.

8. This Court shall retain exclusive jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By:   */s/ Mary Langsner*
      GREGORY E. GARMAN, ESQ.
      TALITHA GRAY KOZLOWSKI, ESQ.
      MARY LANGSNER, Ph.D
      7251 Amigo Street, Suite 210
      Las Vegas, Nevada 89119

      *Attorneys for Michael Carmel, Chapter 11 Trustee*

## LR 9021 CERTIFICATION:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☒ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###