*[Signature]*
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
September 04, 2025

---

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |

| NUMALE ALL DEBTORS, ☒ | NuMale New Mexico SC |
|---|---|
| Debtors. | Case No. 25-10347-nmc |

# ORDER APPROVING
# STIPULATION WITH U.S. TRUSTEE REGARDING BRIEFING DEADLINES ON MOTION TO AUTHORIZE PAYMENT OF COMMISSION TO MICHAEL CARMEL, CHAPTER 11 TRUSTEE

The Court has considered the *Stipulation With U.S. Trustee Regarding Briefing Deadlines on Motion to Authorize Payment of Commission to Michael Carmel, Chapter 11 Trustee* (the "Stipulation")[1] entered into by and between Michael Carmel, as the Chapter 11 trustee ("Trustee Carmel") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, and the Office of the United States Trustee ("U.S. Trustee"), by and through their respective undersigned counsel, and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved in the entirety.

**IT IS FURTHER ORDERED** that *as to the U.S. Trustee only*, the Briefing Deadlines on the *Motion to Authorize Payment of Commission to Michael Carmel, Chapter 11 Trustee* [ECF No. 545] (the "Motion") shall be modified as follows: a response, if any, by the U.S. Trustee to the Motion shall be filed by September 17, 2025; and any reply by Trustee Carmel thereto shall be filed by September 22, 2025.

. . .

. . .

. . .

. . .

. . .

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

**IT IS SO ORDERED.**

| | |
|---|---|
| GARMAN TURNER GORDON LLP | UNITED STATES DEPARTMENT OF JUSTICE |
| By:/s/ *Mary Langsner*<br>    GREGORY E. GARMAN, ESQ.<br>    TALITHA GRAY KOZLOWSKI, ESQ.<br>    MARY LANGSNER, Ph.D.<br>    7251 Amigo Street, Suite 210<br>    Las Vegas, Nevada 89119<br><br>*Attorneys for Michael Carmel, Chapter 11 Trustee* | By: */s/ Justin C. Valencia*<br>    Office of the U.S. Trustee<br>    JUSTIN C. VALENCIA, ESQ.<br>    ALYSSA A. ROGAN, ESQ.<br>    300 Las Vegas Blvd. So., Suite 4300<br>    Las Vegas, NV 89101<br><br>*Attorneys for United States Trustee* |

# # #