GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | Date: September 11, 2025<br>Time: 9:30 a.m. |

**NOTICE OF 2004 EXAMINATION OF KMA, S.C. AND/OR KMA ACCOUNTANTS & ADVISORS, N/K/A SORREN, INC., SORREN, AND/OR SORREN CPAS**

1

PLEASE TAKE NOTICE that on the 11th day of September 2025, at 9:30 a.m., at the office of Garman Turner Gordon LLP, 7251 Amigo Street, Suite 210, Las Vegas, Nevada, 89119, Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through its undersigned counsel, will take the 2004 examination of KMA, S.C. and/or KMA ACCOUNTANTS & ADVISORS, N/K/A SORREN, INC., SORREN, and/or SORREN CPAS pursuant to Fed. R. Bankr. P. 2004, before a Notary Public, or before some other officer authorized by the law to administer oaths. Parties who wish to appear via Zoom can log in with the credentials as listed below:

https://us02web.zoom.us/j/87606520276?pwd=D5M35y56LkkWS1c03Xg5VCbRNgSDh9.1

Meeting ID: 876 0652 0276

Passcode: 042369

Oral examination, if not completed on the specified date, will continue from day to day, excluding Sundays and Holidays, until completed. The testimony of the deposition will be recorded via stenographic means.

DATED this 8th day of September, 2025.

                        GARMAN TURNER GORDON LLP

                        By: /s/ Mary Langsner
                              GREGORY E. GARMAN, ESQ.
                              TALITHA GRAY KOZLOWSKI, ESQ.
                              MARY LANGSNER, Ph.D.
                              7251 Amigo Street, Suite 210
                              Las Vegas, Nevada 89119
                              *Attorneys for Michael Carmel, Chapter 11 Trustee*