GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: September 9, 2025<br>Hearing Time 9:30 a.m.<br><br>**Continued Hearing:**<br>Hearing Date: October 7, 2025<br>Hearing Time: 9:30 a.m. |
|---|---|

1

**STIPULATION TO CONTINUE HEARING ON MOTION FOR AN ORDER COMPELLING TURNOVER OF PROPERTY OF THE ESTATES AND FOR SANCTIONS**

IT IS HEREBY STIPULATED and AGREED, by and between Michael Carmel, as the Chapter 11 trustee ("Trustee Carmel") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through his counsel of record, the law firm Garman Turner Gordon LLP, and Zurich North America ("Zurich"), by and through its counsel, the law firm of Plevin & Turner LLP (Trustee Carmel and Zurich together, the "Parties") as follows:

WHEREAS, on or about January 22, 2025 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned bankruptcy cases (collectively, the "Chapter 11 Cases"). *See, e.g.*, ECF No. 1.

WHEREAS, on or about April 2, 2025, this Court entered its *Order on United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or in the Alternative, to Convert or Dismiss this Case Pursuant to 11 U.S.C. § 1112(b), and Reservation of Rights*, thereby directing the appointment of a Chapter 11 trustee for the Debtors' estates. *See* ECF No. 132.

WHEREAS, on or about April 7, 2025, the Trustee was appointed the Chapter 11 Trustee for the Debtors' estates [ECF Nos. 155-157].

WHEREAS, on or about August 12, 2025, Trustee Carmel through his counsel Garman Turner Gordon LLP ("GTG") filed the *Motion for an Order Compelling Turnover of Property of the Estates and for Sanctions* [ECF No. 467] (the "Motion").[1] Trustee Carmel's, and his counsel's efforts to communicate with Zurich are detailed in the Motion and supporting papers.

WHEREAS, the Motion is noticed and set for a hearing date of September 24, 2025, at 9:30 a.m. *See, e.g.* ECF No. 552.

---

[1] Unless stated herein, all undefined, capitalized terms shall have the meanings ascribed to them in the Motion.

2

1  WHEREAS, pursuant to the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada ("Local Rules"), briefing deadlines on the Motion were established as follows: Responses due by August 26, 2025, and Replies filed by September 2, 2025 (collectively, the "Briefing Deadlines").

WHEREAS, the hearing on the Motion is currently set for September 9, 2025, at 9:30 a.m..

WHEREAS Zurich has very recently retained counsel, who reached out to the Trustee on September 5, 2025, requesting a continuance of the hearing on the Motion for thirty (30) days in order to further confer with Zurich, engage in a good faith dialogue with Trustee Carmel regarding a potential consensual resolution of the Motion, and prepare briefing in response to the Motion should the Parties' settlement dialogue not prove fruitful.

WHEREAS, the Parties are kindly advised per the Court's Courtroom Deputy that, subject to entry of an order approving this Stipulation, October 7, 2025, at 9:30 a.m., is available as a continued hearing date.

NOW, THEREFORE, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

1. The hearing on the Motion shall be continued from September 9, 2025, at 9:30 a.m. to October 7, 2025, at 9:30 a.m.;

2. **As to Zurich only**, Zurich shall have up to and including September 23, 2025, to file its response to the Motion; and

. . .

. . .

. . .

. . .

. . .

. . .

. . .

3

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

3. Any reply by Trustee Carmel to any response of Zurich, shall be filed by September 30, 2025.

Dated this 8th day of September 2025.

GARMAN TURNER GORDON LLP

By:*/s/ Mary Langsner*
   GREGORY E. GARMAN, ESQ.
   TALITHA GRAY KOZLOWSKI, ESQ.
   MARY LANGSNER, Ph.D.
   7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119

*Attorneys for Michael Carmel,
Chapter 11 Trustee*

Dated this 8th day of September 2025.

PLEVIN&TURNER LLP

By: */s/ Mark Plevin*
   MARK PLEVIN, ESQ.
   580 California Street, Suite 1200
   San Francisco, CA 94104

*Attorneys for Zurich North America*