_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
September 08, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC, | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
|---|---|

1

| | |
|---|---|
| NUMALE ALL DEBTORS,  ☒  <br><br>Debtors. | NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: September 9, 2025<br>Hearing Time  9:30 a.m.<br><br>**Continued Hearing:**<br>**Hearing Date:  October 7, 2025**<br>**Hearing Time:  9:30 a.m.** |

**ORDER APPROVING**
**STIPULATION TO CONTINUE HEARING ON MOTION FOR AN ORDER**
**COMPELLING TURNOVER OF PROPERTY OF THE ESTATES AND FOR**
**SANCTIONS**

The Court has considered the *Stipulation to Continue Hearing on Motion for an Order Compelling Turnover of Property of the Estates and for Sanctions* (the "Stipulation")[1] entered into by and between Michael Carmel, as the Chapter 11 trustee ("Trustee Carmel") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, and Zurich North America ("Zurich"), by and through their respective undersigned counsel, and finds that good cause exists to grant the relief requested.  Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation is approved.

**IT IS FURTHER ORDERED** that the hearing on the Motion is continued from September 9, 2025, at 9:30 a.m. to October 7, 2025, at 9:30 a.m.

**IT IS FURTHER ORDERED** that Zurich shall have up to and including September 23, 2025, to file a response to the Motion.

**IT IS FURTHER ORDERED** that any reply by Trustee Carmel to any response of Zurich,

. . .

. .

. . .

. . .

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

2

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

shall be filed by September 30, 2025.

**IT IS SO ORDERED.**

GARMAN TURNER GORDON LLP             PLEVIN&TURNER LLP

By:/s/ *Mary Langsner*                By: /s/ *Mark Plevin*
   GREGORY E. GARMAN, ESQ.             MARK PLEVIN, ESQ.
   TALITHA GRAY KOZLOWSKI, ESQ.        580 California Street, Suite 1200
   MARY LANGSNER, Ph.D.                San Francisco, CA 94104
   7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119              *Attorneys for Zurich North America*

*Attorneys for Michael Carmel, Chapter 11 Trustee*

# # #

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000