Matthew L. Johnson (6004)
Russell G. Gubler (10889)
JOHNSON & GUBLER, P.C.
8831 West Sahara Avenue
Las Vegas, NV  89117
Telephone (702) 471-0065
Facsimile (702) 471-0075
rgubler@mjohnsonlaw.com
*Attorneys for Prospect Rainbow, LLC*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☒ AFFECTS THIS DEBTOR,<br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>☐ NUMALE NEW MEXICO SC,<br>☐ NUMALE ALL DEBTORS,<br><br>Debtor. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**NOTICE OF WITHDRAWAL OF CREDITOR PROSPECT RAINBOW, LLC'S LIMITED OBJECTION TO THE JOINT PLAN OF REORGANIZATION**

PROSPECT RAINBOW, LLC through its attorneys of the law firm of JOHNSON & GUBLER, P.C., pursuant to the Stipulation between the Debtors and Prospect Rainbow, LLC, hereby withdraw their Limited Objection to the Joint Plan of Reorganization [ECF 523].

1

Dated this 10th day of September, 2025.

          JOHNSON & GUBLER, P.C.

          <u>/s/ *Matthew L. Johnson*</u>    .
          Matthew L. Johnson (6004)
          Russell G. Gubler (10889)
          831 West Sahara Avenue
          Las Vegas, NV  89117
          Telephone (702) 388-1996
          Facsimile (702) 471-0075
          rgubler@mjohnsonlaw.com
          *Counsel for Prospect Rainbow LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Johnson & Gubler, P.C. and that on September 10, 2025, I caused to be served a true and correct copy of the NOTICE OF WITHDRAWAL OF CREDITOR PROSPECT RAINBOW, LLC'S LIMITED OBJECTION TO THE JOINT PLAN OF REORGANIZATION in the following manner:

[X]   **a.   Electronic Service**

Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

[ ]   **b.   United States Mail**

By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

[ ]   **c.   Facsimile Transmission**

By facsimile to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written. No error was reported by the facsimile machine that I used.

[ ]   **d.   Personal Service**

[ ]   For a party represented by an attorney, delivery was made by handing the documents to the attorney or by leaving the documents at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the documents in a conspicuous place in the office, on the date written above.

[ ]   For a party, delivery was made by handing the documents to the party or by leaving the documents at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there, on the date written above.

_____

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: September 10, 2025.

/s/ Annabelle Nudo            .
An Employee of Johnson & Gubler, P.C.