GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtor. | |

## CERTIFICATE OF SERVICE

1. On September 9, 2025, I served the following document(s):

1

|   |   |   |   |
|---|---|---|---|
| a. | *Notice of Bankruptcy Case Filing for NuMale Corporation; Case Number 25-10341-nmc* | Dkt. No. 3 |
| b. | *Notice of Bankruptcy Case Filing for Feliciano NuMale Nevada PLLC; Case Number 25-10342-nmc* | Dkt No. 3 |
| c. | *Notice of Bankruptcy Case Filing for NuMedical SC; Case Number 25-10343-nmc* | Dkt No. 3 |
| d. | *Notice of Bankruptcy Case Filing for NuMale Colorado SC; Case Number 25-10344-nmc* | Dkt No. 3 |
| e. | *Notice of Bankruptcy Case Filing for NuMale Florida TB PLLC; Case Number 25-10345-nmc* | Dkt No. 2 |
| f. | *Notice of Bankruptcy Case Filing for NuMale Nebraska LLC; Case Number 25-10346-nmc* | Dkt No. 2 |
| g. | *Notice of Bankruptcy Case Filing for NuMale New Mexico SC; Case Number 25-10347-nmc* | Dkt. No. 5 |
| h. | *Proof of Claim Form – Official Form 410* | |

I served the above-named document(s) by the following means to the persons as listed below:

☐  a.   ECF System: See attached ECF Confirmation Sheets.

☒  b.   United States Mail, postage fully prepaid:

Kelcie Jimenez
11439 Manzano Vista SE
Albuquerque, NM 87123

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 10th day of September, 2025.

*/s/ Vicki DiMaio*
Vicki DiMaio, an employee of
Garman Turner Gordon LLP

2