1   Ogonna Brown, Bar No. 7589
    Ogonna.Brown@wbd-us.com
2   WOMBLE BOND DICKINSON (US) LLP
    3993 Howard Hughes Parkway, Suite 600
3   Las Vegas, NV 89169
    Tel:    702.949.8200
4   Fax:    702.949.8398

5   Lori M. Bencoe (*Admitted Pro Hac Vice*)
    NM State Bar 7525
6   BENCOE & LaCOUR LAW PC
    9201 Montgomery Blvd NE, Suite 404
7   Albuquerque NM 87111
    Tel: 505.247.8800
8   Fax: 505.247.8801
    lori@bencoelaw.com
9
    *Attorneys for Creditor Michael E. Sanchez*
10

11              UNITED STATES BANKRUPTCY COURT
                      DISTRICT OF NEVADA
12

13  In re:                                    Lead Case No. 25-10341-NMC
    ■  NUMALE CORPORATION,                    Chapter 11
14

15                                            Jointly administered with:
    □  FELICIANO NUMALE NEVADA PLLC,          Case No. 25-10342-NMC
16  □  NUMEDICAL SC,                          Case No. 25-10343-NMC
    □  NUMALE COLORADO SC,                    Case No. 25-10344-NMC
17  □  NUMALE FLORIDA TB PLLC,                Case No. 25-10345-NMC
    □  NUMALE NEBRASKA LLC,                   Case No. 25-10346-NMC
18  ■  NUMALE NEW MEXICO SC,                  Case No. 25-10347-NMC
19
                          Debtors.            **JOINDER IN SUPPORT OF PLAN OF**
20                                            **REORGANIZATION**

21                                            Confirmation Hearing: September 24, 2025
                                              Time: 9:30 a.m.
22

23                                            Chief Judge: Hon. Natalie M. Cox

24          Creditor Michael E. Sanchez, by and through his counsel, Ogonna M. Brown, Esq. of the

25  law firm of Womble Bond Dickinson (US) LLP, and Lori M. Bencoe, admitted pro hac vice, of the

26  law firm of Bencoe & LaCour law PC, hereby files this Joinder in Support of Plan of Reorganization

27  ("Plan") (ECF No. 434) filed by the Chapter 11 Trustee, Michael Carmel, on behalf of the Debtors

28

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169



WOMBLE BOND DICKINSON

4912-3258-6342, v. 1

Numale Corporation and Numale New Mexico SC, and support the confirmation of the Plan by this Court.

DATED this 12th day of September, 2025.

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Ogonna M. Brown*
Ogonna M. Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel.: 702.949.8200 / Fax: 702.949.8398

and

Lori M. Bencoe (*Admitted pro hac vice*)
NM Bar No. 7525
BENCOE & LACOUR LAW PC
9201 Montgomery Blvd. NE # 404
Albuquerque NM 87111
Tel.: (505) 247-8800 / Fax: (505)247-8801
lori@bencoelaw.com

*Attorneys for Creditor Michael E. Sanchez*



WOMBLE BOND DICKINSON

3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169

- 2 -

4912-3258-6342, v. 1

1



3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169

WOMBLE BOND DICKINSON

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on the 12th day of September, 2025, I caused to be served a true and correct copy of the **JOINDER IN SUPPORT OF PLAN OF REORGANIZATION** in the following manner:

☒ (ELECTRONIC SERVICE)  Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, on April 24, 2025, at Las Vegas, Nevada, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

☐ (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐ (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ Annette Jaramillo*
An employee of Womble Bond Dickinson
(US) LLP

- 3 -