_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
September 15, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |

| NUMALE ALL DEBTORS, ☒ | NuMale New Mexico SC |
|---|---|
| Debtors. | Case No. 25-10347-nmc |

# ORDER APPROVING
# STIPULATION WITH U.S. TRUSTEE REGARDING BRIEFING DEADLINES ON CONFIRMATION OF THE JOINT PLAN OF REORGANIZATION

The Court has considered the *Stipulation With U.S. Trustee Regarding Briefing Deadlines on Confirmation of the Joint Plan of Reorganization* (the "Stipulation")[1] entered into by and between Michael Carmel, as the Chapter 11 trustee ("Trustee Carmel") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, and the United States Trustee for Region 17 ("U.S. Trustee"), by and through his respective undersigned counsel, and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved in the entirety.

**IT IS FURTHER ORDERED** that *as to the U.S. Trustee only*, the Briefing Deadlines on Plan Confirmation shall be modified as follows: a response, if any, by the U.S. Trustee to the confirmation of the Plan shall be filed by September 17, 2025; and any reply by Trustee Carmel to any response of the U.S. Trustee shall be filed by September 22, 2025.

**IT IS SO ORDERED.**

Dated this 10th day of September, 2025.    Dated this 10th day of September, 2025.

GARMAN TURNER GORDON LLP    UNITED STATES DEPT. OF JUSTICE

By:/s/   Mary Langsner               By:  *Alyssa A. Rogan*
   GREGORY E. GARMAN, ESQ.          Office of the U.S. Trustee
   TALITHA GRAY KOZLOWSKI, ESQ.     JUSTIN C. VALENCIA, ESQ.
   MARY LANGSNER, Ph.D.              ALYSSA A. ROGAN, ESQ.
   7251 Amigo Street, Suite 210      300 Las Vegas Blvd. So., Suite 4300
   Las Vegas, Nevada 89119           Las Vegas, NV 89101
   *Attorneys for Michael Carmel, Chapter 11 Trustee*    *Attorneys for United States Trustee*

# # #

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

# EXHIBIT 1

# EXHIBIT 1

1  GARMAN TURNER GORDON LLP
   GREGORY E. GARMAN
2  Nevada Bar No. 6654
   E-mail: ggarman@gtg.legal
3  TALITHA GRAY KOZLOWSKI, ESQ.
4  Nevada Bar No. 9040
   tgray@gtg.legal
5  MARY LANGSNER, Ph.D.
   Nevada Bar No. 13707
6  mlangsner@gtg.legal
7  7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
8  Telephone (725) 777-3000
   Facsimile (725) 777-3112
9  *Attorneys for Michael Carmel,*
   *Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|---|---|

**STIPULATION WITH U.S. TRUSTEE REGARDING BRIEFING DEADLINES ON**
**CONFIRMATION OF THE JOINT PLAN OF REORGANIZATION**

Michael Carmel, as the Chapter 11 trustee ("Trustee Carmel") of the bankruptcy estates of

NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through his counsel of record, the law firm Garman Turner Gordon LLP, and the United States Trustee for Region 17 ("U.S. Trustee"), by and through counsel, (Trustee Carmel and the U.S. Trustee together, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on August 1, 2025, Trustee Carmel filed the *Joint Plan of Reorganization* [ECF No. 434] (the "Plan").

WHEREAS, the Plan is noticed and set for a confirmation hearing date of September 24, 2025, at 9:30 a.m.  *See, e.g.* ECF No. 449.

WHEREAS, pursuant to the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada ("Local Rules"), briefing deadlines on the confirmation of the Plan were established as follows: Responses filed by September 10, 2025, and Replies filed by September 17, 2025 (collectively, the "Briefing Deadlines").

WHEREAS, the U.S. Trustee has requested additional time to evaluate the Plan.

WHEREAS, the Parties conferred and agreed that, ***as to the U.S. Trustee only***, the Briefing Deadlines shall be modified as follows: a response, if any, by the U.S. Trustee to the Plan shall be filed by September 17, 2025, and any reply by Trustee Carmel thereto shall be filed by September 22, 2025.

NOW, THEREFORE, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

1. ***As to the U.S. Trustee only***, the Briefing Deadlines shall be modified as follows: a response, if any, by the U.S. Trustee to the confirmation of the Plan shall be filed by September 17, 2025; and

. . .

. . .

. . .

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2. Any reply by Trustee Carmel to any response of the U.S. Trustee, shall be filed by September 22, 2025.

Dated this 10th day of September, 2025.

GARMAN TURNER GORDON LLP

By: */s/    Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119

*Attorneys for Michael Carmel, Chapter 11 Trustee*

Dated this 10th day of September, 2025.

UNITED STATES DEPARTMENT OF JUSTICE

By: *Alyssa A. Rogan*
    Office of the U.S. Trustee
    JUSTIN C. VALENCIA, ESQ.
    ALYSSA A. ROGAN, ESQ.
    300 Las Vegas Blvd. So., Suite 4300
    Las Vegas, NV 89101

*Attorneys for United States Trustee*