Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
September 15, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC, | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
|---|---|

| | |
|---|---|
| NUMALE ALL DEBTORS, ☒ <br><br> Debtors. | NuMale New Mexico SC <br> Case No. 25-10347-nmc |

### ORDER APPROVING STIPULATION RESOLVING CONFIRMATION OBJECTION

The Court has considered the *Stipulation Resolving Confirmation Objection* (the "Stipulation")[1] entered into by and between Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through his counsel of record, the law firm Garman Turner Gordon LLP, and Prospect Rainbow, LLC ("Prospect Rainbow") by and through counsel Matthew Johnson, Esq. (the Trustee and Prospect Rainbow collectively, the "Parties") and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved in the entirety.

**IT IS SO ORDERED**.

Dated this 10 day of September, 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119

*Attorneys for Michael Carmel, Chapter 11 Trustee*

Dated this 10 day of September, 2025.

JOHNSON & GUBLER

By: /s/ *Matthew Johnson*
    Matthew L. Johnson (6004)
    Russell G. Gubler (10889)
    831 West Sahara Avenue
    Las Vegas, NV 89117

*Counsel for Prospect Rainbow LLC*

### #

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

# EXHIBIT 1

# EXHIBIT 1

```
GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
```
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|
| NUMALE CORPORATION, | | *Jointly administered with:* |
| ☐ AFFECTS THIS DEBTOR, | | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMEDICAL SC, | | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE COLORADO SC, | | |
| ☐ NUMALE FLORIDA TB PLLC, | | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | | |
| ☒ NUMALE ALL DEBTORS, | | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | | |

**STIPULATION RESOLVING CONFIRMATION OBJECTION**

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale

Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through his counsel of record, the law firm Garman Turner Gordon LLP, and Prospect Rainbow, LLC ("Prospect Rainbow") by and through counsel Matthew Johnson, Esq. (the Trustee and Prospect Rainbow collectively, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on or about On January 22, 2025 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned bankruptcy cases (collectively, the "Chapter 11 Cases"). *See, e.g.*, ECF No. 1.

WHEREAS, on or about April 2, 2025, this Court entered its *Order on United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or in the Alternative, to Convert or Dismiss this Case Pursuant to 11 U.S.C. § 1112(b), and Reservation of Rights*, thereby directing the appointment of a Chapter 11 trustee for the Debtors' estates. *See* ECF No. 132.

WHEREAS, on or about April 7, 2025, the Trustee was appointed the Chapter 11 Trustee for the Debtors' estates [ECF Nos. 155-157].

WHEREAS, on or about June 30, 2025, Prospect Rainbow filed Claim No. 32 in the amount of $17,663.88 as a general unsecured claim based on "Pro rata rent and expenses from 1/1/25-1/22/25") (the "Prepetition PR Claim"), based on an *Office Modified Gross Lease* dated April 5, 2019, between landlord Prospect Rainbow and tenant NuMale Corporation, later amended through a *First Amendment to Lease Agreement* dated September 3, 2020 (altogether, the "Lease"), concerning premises located at 6590 S. Rainbow Boulevard in Las Vegas, Nevada 89118 (the "Premises").

WHEREAS, on or about June 30, 2025, Prospect Rainbow filed Claim No. 33 in the amount of $7,132.93 asserted as a priority claim under 11 U.S.C. § 507(a)(2), based on "Pro rata rent from 1/23/25-1/31/25, and other expenses" ("Claim 33"), also regarding the Lease for the Premises.

WHEREAS, on or about June 30, 2025, Prospect Rainbow filed Claim No. 34 in the amount of $87,957.66, asserted as a priority claim under 11 U.S.C. § 507(a)(2), based on "Rent

2

1  from 2/1/25-4/30/25, and other fee and expenses ("Claim 34"), also regarding the Lease for the
2  Premises.
3      WHEREAS, on or about August 1, 2025, the Trustee filed the *Joint Plan of Reorganization*
4  [ECF No. 434] (the "Plan"), and the Plan is set for confirmation hearing September 24, 2025 [ECF
5  No. 449].
6      WHEREAS by virtue of the Prepetition PR Claim, Prospect Rainbow is the voter of a Class
7  10 ballot on the Plan (the "PR Ballot").
8      WHEREAS, Schedule 6.3 of the Plan provides that the cure amount for the Lease with
9  Prospect Rainbow is "$96,161.20 to cure pre- and post-petition arrearages, plus $69,062.31 as a
10 pre-payment for the three months of rent following the Effective Date as adequate assurance of
11 future performance."  *See* ECF No. 434 p. 55 of 56.
12     WHEREAS, on or about August 21, 2025, Prospect Rainbow filed its *Creditor Prospect*
13 *Rainbow, LLC's Limited Objection to the Joint Plan of Reorganization* [ECF No. 523] ("Limited
14 Objection").  The Limited Objection asserts the total amount of prepetition and post-petition
15 arrearages owed to Prospect Rainbow is $112,754.47, the total of the Prepetition PR Claim plus
16 Claim 33 plus Claim 34 (altogether, the "Rent Cure").
17     WHEREAS, the Limited Objection additionally asserts CAM and taxes due of $7,669.90
18 (the "Reconciliation Payment").
19     WHEREAS, the Limited Objection also asserts that rent due on and after October 1, 2025,
20 is subject to an annual increase under the Lease and will, commencing that month, be due in a total
21 amount of $23,711.39 per month (the "New Rent").
22     WHEREAS, the Parties conferred and agreed that Prospect Rainbow shall have an Allowed
23 Administrative Claim under the Plan in the amount of $120,424.37 (the Rent Cure plus the
24 Reconciliation Payment), paid in accordance with the Plan; Prospect Rainbow shall within three
25 (3) business days of the entry of any Order approving this Stipulation withdraw the Limited
26 Objection with prejudice; Prospect Rainbow shall timely cast the PR Ballot as Accepting of the
27
28

3

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

Plan; and, **as to Prospect Rainbow only**, Schedule 6.3 of the Plan [ECF No. 434 at p. 55 of 56 at lines 7-10] is hereby amended and replaced in the entirety to read as follows:

> $120,424.37 to cure pre- and postpetition arrearages, CAM, and taxes, plus $71,134.17 as a pre-payment for the three months of rent following the Effective Date as adequate assurance of future performance.

NOW, THEREFORE, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

1. Prospect Rainbow shall have an Allowed Administrative Claim under the Plan in the amount of $120,424.37 (the Rent Cure plus the Reconciliation Payment), paid in accordance with the Plan.

2. Prospect Rainbow shall within three (3) business days of the entry of any Order approving this Stipulation withdraw the Limited Objection with prejudice.

3. Prospect Rainbow shall timely cast the PR Ballot as Accepting of the Plan

4. **As to Prospect Rainbow only**, Schedule 6.3 of the Plan [ECF No. 434 at p. 55 of 56 at lines 7-10] is hereby amended and replaced in the entirety to read as follows:

> $120,424.37 to cure pre- and postpetition arrearages, CAM, and taxes, plus $71,134.17 as a pre-payment for the three months of rent following the Effective Date as adequate assurance of future performance.

Dated this __10__ day of September, 2025.    Dated this __10__ day of September, 2025.

GARMAN TURNER GORDON LLP    JOHNSON & GUBLER

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119

*Attorneys for Michael Carmel, Chapter 11 Trustee*

By: /s/ *Matthew Johnson*
    Matthew L. Johnson (6004)
    Russell G. Gubler (10889)
    831 West Sahara Avenue
    Las Vegas, NV 89117

*Counsel for Prospect Rainbow LLC*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000