GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>☐ NUMALE NEW MEXICO SC,<br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br><u>Confirmation Hearing</u>:<br>Date: September 24, 2025<br>Time: 9:30 a.m. |
|---|---|

**CERTIFICATION OF ACCEPTANCE AND REJECTION OF JOINT PLAN OF REORGANIZATION (BALLOT SUMMARY)**

Michael W. Carmel, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through his counsel, herby submits his certification of acceptance of *Joint Plan of Reorganization* (the "Plan") pursuant to Local Rule 3018.

On August 5, 2025, the Court entered its *Order Conditionally Approving Disclosure Statement to Accompany Joint Plan of Reorganization* (the "Procedures Order")[1] [ECF No. 447], which set a Record Date for voting purposes of July 1, 2025, and a Voting Deadline of September 10, 2025, at 5:00 p.m. (Pacific Time). Pursuant to the Procedures Order, the following documents were served on the Holders of the Class 9, Class 10, Class 11, and Class 12 Claims to the party's last known address: (i) the Procedures Order; (ii) the Confirmation Hearing Notice; (iii) the applicable Ballot; and (iv) the Disclosure Statement and Plan. See ECF No. 451. Copies of the Ballots received by the Voting Deadline are attached hereto as **Exhibit 1.** Set forth below are the results of all votes received by the Voting Deadline.

1. **Class 9:    SANCHEZ CLAIM**

One Class 9 Ballot was received by the Voting Deadline.

Number of Class 9 Votes

|  | Number | Percentage |
|---|---|---|
| Total number of votes: | 1 |  |
| Number of acceptances: | 1 | 100% |
| Number of rejections: | 0 | 0% |

Amount of the Class 9 Claim Voted[2]

|  | Amount | Percentage |
|---|---|---|
| Total amount voted: | $410,000,000.00 |  |
| Amount of acceptances: | $410,000,000.00 | 100% |
| Amount of rejections: | $0 | 0% |

. . .

---

[1] All undefined capitalized terms herein shall have the same meaning ascribed in the Procedures Order.

[2] The amounts stated in this Ballot Summary are the amounts the creditors identified on their respective Ballots.

Garman Turner Gordon LLP
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

2.    Class 10:    GENERAL UNSECURED CLAIMS

Twelve Class 10 Ballots were received by the Voting Deadline.

Number of Class 10 Votes

|  | Number | Percentage |
|---|---|---|
| Total number of votes: | 12 |  |
| Number of acceptances: | 11 | 91.7% |
| Number of rejections: | 1 | 8.3% |

Amount of the Class 10 Claims Voted

|  | Amount | Percentage |
|---|---|---|
| Total amount voted: | $5,773,340.50 |  |
| Amount of acceptances: | $5,743,340.50 | 99.5% |
| Amount of rejections: | $30,000.00 | 0.5% |

3.    Class 11:    INTERCOMPANY CLAIMS

Five Class 11 Ballots were received by the Voting Deadline.

Number of Class 11 Votes

|  | Number | Percentage |
|---|---|---|
| Total number of votes: | 5 |  |
| Number of acceptances: | 5 | 100% |
| Number of rejections: | 0 | 0% |

Amount of the Class 11 Claims Voted

|  | Amount | Percentage |
|---|---|---|
| Total amount voted: | $3,792,970.19 |  |
| Amount of acceptances: | $3,792,970.19 | 100% |
| Amount of rejections: | $0 | 0% |

4.    Class 12:    SUBORDINATED CLAIMS

Three Class 12 Ballots were received by the Voting Deadline.

Number of Class 12 Votes

|  | Number | Percentage |
|---|---|---|
| Total number of votes: | 3 |  |
| Number of acceptances: | 3 | 100% |
| Number of rejections: | 0 | 0% |

Amount of the Class 12 Claims Voted

|  | Amount | Percentage |
|---|---|---|
| Total amount voted: | $1,089,592.91 | |
| Amount of acceptances: | $1,089,592.91 | 100% |
| Amount of rejections: | $0 | 0% |

## 5. FINAL TALLY

By vote or by virtue of Section 1126, the Classes of Claims and Equity Securities under the Plan have accepted or rejected the Plan as follows:

Class 1:    Unimpaired; deemed accepted.

Class 2:    Unimpaired; deemed accepted.

Class 3:    Unimpaired; deemed accepted.

Class 4:    Unimpaired; deemed accepted.

Class 5:    Unimpaired; deemed accepted.

Class 6:    Unimpaired; deemed accepted.

Class 7:    Unimpaired; deemed accepted.

Class 8:    Unimpaired; deemed accepted.

Class 9:    Impaired; accepted.

Class 10:   Impaired; accepted.

Class 11:   Impaired; accepted.

Class 12:   Impaired; accepted.

Class 13:   Impaired: deemed rejected.

Dated this 17th day of September 2025.

GARMAN TURNER GORDON LLP

By: /s/ Talitha Gray Kozlowski
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*