GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | |

**SECOND STIPULATION WITH U.S. TRUSTEE REGARDING BRIEFING DEADLINES ON CONFIRMATION OF THE JOINT PLAN OF REORGANIZATION**

Michael Carmel, as the Chapter 11 trustee ("Trustee Carmel") of the bankruptcy estates of

1

NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through his counsel of record, the law firm Garman Turner Gordon LLP, and the United States Trustee for Region 17 ("U.S. Trustee"), by and through counsel, (Trustee Carmel and the U.S. Trustee together, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on August 1, 2025, Trustee Carmel filed the *Joint Plan of Reorganization* [ECF No. 434] (the "Plan").

WHEREAS, the Plan is noticed and set for a confirmation hearing date of September 24, 2025, at 9:30 a.m. (the "Confirmation Hearing"). *See, e.g.* ECF No. 449.

WHEREAS, pursuant to the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada ("Local Rules"), briefing deadlines on the confirmation of the Plan were established as follows: Responses filed by September 10, 2025, and Replies filed by September 17, 2025 (collectively, the "Briefing Deadlines").

WHEREAS, the Parties conferred and previously agreed that, ***as to the U.S. Trustee only***, the Briefing Deadlines shall be modified as follows: a response, if any, by the U.S. Trustee to the Plan shall be filed by September 17, 2025, and any reply by Trustee Carmel thereto shall be filed by September 22, 2025, and this was memorialized in a stipulation [ECF No. 597] that was approved by the Court [ECF No. 606].

WHEREAS, the U.S. Trustee has requested additional time to evaluate the Plan.

WHEREAS, the Parties conferred and further agreed that, ***as to the U.S. Trustee only***, the Briefing Deadlines shall be modified as follows: a response, if any, by the U.S. Trustee to the Plan shall be filed by September 22, 2025, and any reply by Trustee Carmel thereto shall be presented orally at the Confirmation Hearing.

NOW, THEREFORE, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

. . .

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1. **As to the U.S. Trustee only**, the Briefing Deadlines shall be modified as follows: a response, if any, by the U.S. Trustee to the confirmation of the Plan shall be filed by September 22, 2025; and

2. Any reply by Trustee Carmel to any response of the U.S. Trustee, shall be presented orally at the Confirmation Hearing.

| Dated this 17th day of September, 2025. | Dated this 17th day of September, 2025. |
|---|---|
| GARMAN TURNER GORDON LLP | UNITED STATES DEPARTMENT OF JUSTICE |
| By:/s/ Mary Langsner<br>GREGORY E. GARMAN, ESQ.<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>MARY LANGSNER, Ph.D.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119 | By: /s/ Justin C. Valencia<br>Office of the U.S. Trustee<br>JUSTIN C. VALENCIA, ESQ.<br>ALYSSA A. ROGAN, ESQ.<br>300 Las Vegas Blvd. So., Suite 4300<br>Las Vegas, NV 89101 |
| *Attorneys for Michael Carmel, Chapter 11 Trustee* | *Attorneys for United States Trustee* |