1

2

3

_____

Honorable Natalie M. Cox
United States Bankruptcy Judge

4

Entered on Docket
5  September 17, 2025

6

7  GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
8  Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
9  Nevada Bar No. 9040
Email: tgray@gtg.legal
10  MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
11  mlangsner@gtg.legal
7251 Amigo Street, Suite 210
12  Las Vegas, Nevada 89119
Tel: 725.777.3000
13  *Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

14

15  **UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

16  In re:

17  NUMALE CORPORATION,

18      AFFECTS THIS DEBTOR,          ☐

19      AFFECTS FELICIANO            ☐
        NUMALE NEVADA PLLC,
20
        NUMEDICAL SC,                ☐
21
        NUMALE COLORADO SC,          ☐
22
        NUMALE FLORIDA TB PLLC,      ☐
23
        NUMALE NEBRASKA LLC,         ☐
24
        NUMALE NEW MEXICO SC,        ☐
25
        NUMALE ALL DEBTORS,          ☒
26
        Debtors.
27

28

Lead Case No.: 25-10341-nmc
Chapter 11

*Jointly administered with:*

Feliciano NuMale Nevada PLLC
Case No. 25-10342-nmc

NuMedical SC
Case No. 25-10343-nmc

NuMale Colorado SC
Case No. 25-10344-nmc

NuMale Florida TB PLLC
Case No. 25-10345-nmc

NuMale Nebraska LLC
Case No. 25-10346-nmc

NuMale New Mexico SC
Case No. 25-10347-nmc

Hearing Date: September 16, 2025
Hearing Time: 9:30 a.m.

### ORDER PURSUANT TO FED. R. BANKR. P. 9019 TO APPROVE SETTLEMENT WITH ODK CAPITAL, LLC

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through his counsel, Garman Turner Gordon LLP, filed the *Motion Pursuant to Fed. R. Bankr. P. 9019 to Approve Settlement with ODK Capital, LLC* (the "Motion"),[1] which came on for hearing before the above-captioned Court on September 16, 2025, at 9:30 a.m.  All appearances were duly noted on the record.

The Court reviewed the Motion and all matters submitted therewith.  The Court considered the argument of counsel made at the time of the hearing and found that notice of the Motion was proper.  The Court found that: (i) based on the entire record, the Trustee's request for approval of the Settlement Agreement represents the exercise of his sound, properly informed, business judgment; (ii) the Settlement Agreement is in the best interest of the estates and satisfies the requirements of Bankruptcy Rule 9019; and (iii) the Settlement Agreement satisfies the factors set forth in *In re A&C Properties, Inc.,* 784 F.2d 1377, 1381 (9th Cir. 1986).  The Court stated its additional findings of fact and conclusions of law on the record at the hearing on the Motion, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rule 9014 of the Federal Rules of Bankruptcy Procedure.  Good cause appearing therefor;

**IT IS HEREBY ORDERED AND DECREED AS FOLLOWS:**

1.      The Motion is granted as set forth herein.

2.      The Settlement Agreement attached as Exhibit 2 to the Motion is **APPROVED** and the Trustee is authorized and directed to enter into, to be bound by, and to carry out the transactions contemplated by such Settlement Agreement.

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meanings ascribed to them in the Motion.

3.     This Court shall retain jurisdiction to enforce this Order and the terms of the Settlement Agreement.

**IT IS SO ORDERED**.

Prepared and Submitted by:

GARMAN TURNER GORDON LLP

By: */s/ Talitha Gray Kozlowski*
     GREGORY E. GARMAN, ESQ.
     TALITHA GRAY KOZLOWSKI, ESQ.
     MARY LANGSNER, Ph.D.
     7251 Amigo Street, Suite 210
     Las Vegas, Nevada 89119
     *Attorneys for Michael Carmel,*
     *Chapter 11 Trustee*

1

## **LR 9021 CERTIFICATION**

2

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

3

4    ☒    The court waived the requirement of approval under LR 9021(b)(1).

5    ☐    No party appeared at the hearing or filed an objection to the motion.

6    ☐    I have delivered a copy of this proposed order to all counsel who
7          appeared at the hearing, and any unrepresented parties who appeared at
          the hearing, and each has approved or disapproved the order, or failed to
8          respond, as indicated above.

9    ☐    I certify that this is a case under Chapter 7 or 13, that I have served a
10         copy of this order with the motion pursuant to LR 9014(g), and that no
          party has objected to the form or content of the order.

11

12                                    ###

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28