LOUIS M. BUBALA III
Nevada Bar No. 8974
KAEMPFER CROWELL
50 W. Liberty St., Ste. 1100
Reno, Nevada 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

ISABELLA R. GOLDSMITH
Nevada Bar No. 16870
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
E-Mail: igoldsmith@kcnvlaw.com

Attorneys for Landlord-Creditor
Mayfair Mall, LLC

IVAN M. GOLD (California Bar No. 121486)
Will comply with LR 1A 11-2 within 14 days
ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA  94111-4074
Telephone: (415) 837-1515
Facsimile: (415) 837-1516
E-Mail:  igold@allenmatkins.com

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In re<br>NUMALE CORPORATION, | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|
| AFFECTS THIS DEBTOR, | ☐ | Jointly administered with: |
| AFFECTS FELICIANO | ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| NUMALE NEVADA PLLC, | ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| NUMEDICAL SC, | ☐ | |
| NUMALE COLORADO SC, | ☐ | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| NUMALE NEBRASKA LLC, | ☐ | |
| NUMALE NEW MEXICO SC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| NUMALE ALL DEBTORS, | ☒ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | | |
| | | **Hearing Date: September 24, 2025**<br>**Time:  9:30 a.m.** |

**DECLARATION OF JULIE MINNICK BOWDEN SUPPORTING OBJECTION OF MAYFAIR MALL, LLC TO CONFIRMATION OF PROPOSED JOINT PLAN OF REORGANIZATION**

I. JULIE MINNICK BOWDEN, declare.

1. I am the Director, National Bankruptcies for Brookfield Properties Retail Inc. ("Brookfield Properties"), which has been retained to provide property management and leasing services by, and is affiliated with, Mayfair Mall, LLC ("Landlord"), the owner of the Mayfair Mall shopping center and adjacent office complex, including the Mayfair Professional Office building and the Mayfair North Tower, located in Wauwatosa, Wisconsin. My duties include the monitoring and collection of monies owed by national and regional bankrupt tenants at properties managed by, and affiliated with, Brookfield Properties, and the enforcement of the respective landlords' remedies for breach of lease.

2. As a consequence of my position as Director, National Bankruptcies, I am one of the custodians of the books, records, and files of Brookfield Properties and Landlord as those books, records, and files relate to the use and occupancy of the premises leased by Debtor from Landlord at the Mayfair North Tower, 2600 North Mayfair Road, Wauwatosa, Wisconsin. If called upon to testify in this proceeding, as to the matters set forth in this declaration, I could and would competently testify thereto, since the facts set forth herein are personally known to me to be true or I have gained knowledge of them from the books, records and files of the Brookfield Properties and Landlord maintained in the ordinary course of business.

3. This declaration is submitted in support of the *Objection of Mayfair Mall, LLC to Confirmation Of Proposed Joint Plan Of Reorganization*.

4. Debtor NuMedical SC and Landlord are parties to two separate, but substantially similar, leases for office premises located in the Mayfair North Tower: (a) the Wisconsin Full-Service Office Lease, dated February 9, 2021 (as subsequently amended, the "Suite 1140 Lease") for premises known as Suite 1140 of the Mayfair North Tower, consisting of approximately 4,437 square feet, and (2) the Wisconsin Full-Service Office Lease, dated February 9, 2021 (as subsequently amended, the "Suite 1150 Lease") for premises known as Suite 1150 of the Mayfair

1 North Tower, consisting of approximately 1,946 square feet. The terms of both the Suite 1140 Lease and Suite 1150 are scheduled to expire on April 30, 2032.

5. While the named tenant under both the Suite 1140 Lease and the Suite 1150 Lease is identified as Numale Medical Center, LLC, Landlord is identified as an unsecured creditor and landlord of NuMedical SC in the bankruptcy schedules of debtor NuMedical SC (Case 25-10343-nmc at Docket No. 26, filed February 26, 2025). The tenancy of NuMedical SC at Mayfair North Tower was further confirmed by David Riggi, Debtors' counsel, following the filing of the Chapter 11 cases, including in an e-mail message to me on March 3, 2025.

6. The balance of unpaid gross rent under the Suite 1140 Lease, as amended, is currently the sum of $17,448.76, which includes unpaid post-petition rent for the month of April 2025. The balance of unpaid gross rent under the Suite 1150 Lease, as amended, is currently the sum of $26,831.90, which includes unpaid post-petition rent for several months. These balances are summarized in the Landlord's accounts receivable summary, prepared from our records, a true and correct copy of which is attached hereto as Exhibit "1" and incorporated herein by this reference.

6. Brookfield Properties maintains tenant ledgers in a computerized accounting and property management system in the ordinary course of our business. Charges are entered into the computer based upon the terms of the particular lease and adjusted periodically under the terms of the lease. Payments are entered into the computer on or about the date a payment is received. Our records are checked and balanced periodically to confirm their accuracy. I use, and rely upon, this system regularly.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on September 15, 2025 at Stephenson, Virginia.

_____
JULIE MINNICK BOWDEN

# EXHIBIT 1

# EXHIBIT 1

Case 25-10341-nmc    Doc 624    Entered 09/17/25 15:18:30    Page 5 of 5

| R560001M | | | JDE EnterpriseOne 9.2 | | | | 9/8/2025 | 14:09:46 |
|---|---|---|---|---|---|---|---|---|
| GGP0007 | | | A/R Details with Aging | | | | Page - | 1 |
| By Tenant Name - CSV Format | | | Posted Transactions Only | | | | User ID | JMINNICK |
| | | | As Of | 9/8/2025 | | | Aging Date | 9/8/2025 |

| Parent: | 2576053 | NUMALE MEDICAL CENTER, LLC |
|---|---|---|
| Tenant: | 3379032 | NUMALE MEDICAL CENTER, LLC |
| DBA: | 2556865 | NUMALE MEDICAL CENTER |
| Company | 4111 | Mayfair North Tower |
| Business Unit | 4111 | Mayfair North Tower |
| Lease: | 503640 | Unit No : 1150  Type: OT - Other  Status: O - Open  BKT Bankruptcy |

| P C | Ty | Document Number | G/L Company | Offset | Invoice Date | Due Date/ Check Date | Original Amount | Open Amount | Pre Petition BKPR | Post Petition | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D | RD | 17138545 | 4111 | BMGF | 12/1/2024 | 12/1/2024 | $4,291.54 | $113.55 | $113.55 | | GROSS RENT |
| D | RD | 17213442 | 4111 | BMGF | 1/1/2025 | 1/1/2025 | $4,291.54 | $4,291.54 | $4,291.54 | | GROSS RENT |
| D | RD | 17280233 | 4111 | BMGF | 2/1/2025 | 2/1/2025 | $4,291.54 | $4,177.99 | $3,831.73 | $346.26 | GROSS RENT |
| D | RD | 17501744 | 4111 | BMGF | 5/1/2025 | 5/1/2025 | $4,291.54 | $4,291.54 | | $4,291.54 | GROSS RENT |
| D | RD | 17559362 | 4111 | BMGF | 6/1/2025 | 6/1/2025 | $4,291.54 | $2,687.10 | | $2,687.10 | GROSS RENT |
| D | RD | 17624628 | 4111 | BMGF | 7/1/2025 | 7/1/2025 | $4,291.54 | $2,687.10 | | $2,687.10 | GROSS RENT |
| D | RD | 17700198 | 4111 | BMGF | 8/1/2025 | 8/1/2025 | $4,291.54 | $4,291.54 | | $4,291.54 | GROSS RENT |
| D | RD | 17774360 | 4111 | BMGF | 9/1/2025 | 9/1/2025 | $4,291.54 | $4,291.54 | | $4,291.54 | GROSS RENT |
| | | Lease: | 503640 | | | | $34,332.32 | $26,831.90 | $8,236.82 | $18,595.08 | |
| | Total | NUMALE MEDICAL CENTER, LLC | | | | | | | | | |

| Business Unit: | 4111 | Mayfair North Tower |
|---|---|---|
| Company | 4111 | Mayfair North Tower |
| Parent: | 2576053 | NUMALE MEDICAL CENTER, LLC |

| Tenant: | 3389993 | NUMALE MEDICAL CENTER, LLC |
|---|---|---|
| DBA: | 2556865 | NUMALE MEDICAL CENTER |
| Company | 4111 | Mayfair North Tower |
| Business Unit | 4111 | Mayfair North Tower |
| Lease: | 508376 | Unit No : 1140  Type: OT - Other  Status: O - Open  BKT Bankruptcy |

| P C | Ty | Document Number | G/L Company | Offset | Invoice Date | Due Date/ Check Date | Original Amount | Open Amount | Pre Petition BKPR | Post Petition | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D | RD | 17280235 | 4111 | BMGF | 2/1/2025 | 2/1/2025 | $9,626.60 | $8,595.18 | $8,248.92 | $346.26 | GROSS RENT |
| D | RD | 17418187 | 4111 | BMGF | 4/1/2025 | 4/1/2025 | $9,626.60 | $8,853.58 | | $8,853.58 | GROSS RENT |
| | | Lease: | 508376 | | | | $19,253.20 | $17,448.76 | $8,248.92 | $9,199.84 | |
| | Total | NUMALE MEDICAL CENTER, LLC | | | | | | | | | |

| Business Unit: | 4111 | Mayfair North Tower |
|---|---|---|
| Company | 4111 | Mayfair North Tower |