KAEMPFER CROWELL
Louis M. Bubala III, Bar No. 8974
50 W. Liberty St., Ste. 1100
Reno, NV 89501
Telephone: (775) 852-3900
Facsimile: (775) 327-2011
E-Mail: lbubala@kcnvlaw.com

KAEMPFER CROWELL
Isabella R. Goldsmith, Bar No. 16870
1980 Festival Plaza Dr., Ste. 650
Las Vegas, NV 89135
Telephone: (702) 792-7000
Facsimile: (702) 796-7181
E-Mail: igoldsmith@kcnvlaw.com

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
Ivan M. Gold, Cal. Bar No. 121486
Will comply with LR IA 11-2 within 14 days
Three Embarcadero Ctr., 12th Fl.
San Francisco, CA 94111
Telephone: (415) 837-1515
Facsimile: (415) 837-1516
E-Mail: igold@allenmatkins.com

Attorneys for Landlord-Creditor Mayfair Mall, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re<br><br>NUMALE CORPORATION,<br><br>AFFECTS:<br>THIS DEBTOR, ☐<br><br>FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>ALL DEBTORS, ☒<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly Administered with:*<br><br>Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc<br><br>NuMedical SC Case No. 25-10343-nmc<br><br>NuMale Colorado SC Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC Case No. 25-10346-nmc<br><br>NuMale New Mexico SC Case No. 25-10347-nmc |
|---|---|

# CERTIFICATE OF SERVICE

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of Kaempfer Crowell, that I am over the age of 18 and not a party to the above-referenced case. I further certify that on Wednesday, September 17, 2025, the following document(s) was/were filed and served as indicated below.

1. **OBJECTION OF MAYFAIR MALL, LLC TO CONFIRMATION OF PROPOSED JOINT PLAN OF REORGANIZATION (DOC 623)**

2. **DECLARATION OF JULIE MINNICK BOWDEN SUPPORTING OBJECTION OF MAYFAIR MALL, LLC TO CONFRIMATION OF PROPOSED JOINT PLAN OF REORGANIZATION (DOC 624)**

  X   **BY NOTICE OF ELECTRONIC FILING** through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com; ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com, dberhanu@lewisroca.com, ombcalendar@lewisroca.com; klopez@lewisroca.com, Renee.Creswell@wbd-us.com

LOUIS M BUBALA, III on behalf of Creditor Mayfair Mall LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com; ccosta@kcnvlaw.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com; nrodriguez@carlyoncica.com; jang@carlyoncica.com; 9232006420@filings.docketbird.com; Dcica@carlyoncica.com; tfrey@carlyoncica.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

///

| | |
|---|---|
| 1 | GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE |
| 2 | ggarman@gtg.legal, bknotices@gtg.legal |
| 3 | GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL<br>ggarman@gtg.legal, bknotices@gtg.legal |
| 4 | |
| 5 | TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE<br>tgray@gtg.legal, bknotices@gtg.legal |
| 6 | |
| 7 | TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL<br>tgray@gtg.legal, bknotices@gtg.legal |
| 8 | RICHARD F. HOLLEY on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 |
| 9 | rholley@spencerfane.com, oswibies@spencerfane.com; richard-holley-0715@ecf.pacerpro.com |
| 10 | MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC<br>mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com; kristi@mjohnsonlaw.com; |
| 11 | kathra@mjohnsonlaw.com; admin@mjohnsonlaw.com |
| 12 | MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE<br>mlangsner@gtg.legal, bknotices@gtg.legal |
| 13 | |
| 14 | MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV<br>mlangsner@gtg.legal, bknotices@gtg.legal |
| 15 | MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL<br>mlangsner@gtg.legal, bknotices@gtg.legal |
| 16 | |
| 17 | DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC<br>darnvbk@gmail.com, 2782@notices.nextchapterbk.com |
| 18 | DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC<br>darnvbk@gmail.com, 2782@notices.nextchapterbk.com |
| 19 | |
| 20 | DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION<br>darnvbk@gmail.com, 2782@notices.nextchapterbk.com |
| 21 | DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC<br>darnvbk@gmail.com, 2782@notices.nextchapterbk.com |
| 22 | |
| 23 | DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC<br>darnvbk@gmail.com, 2782@notices.nextchapterbk.com |
| 24 | /// |

KAEMPFER
CROWELL

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

STEVEN B. SCOW on behalf of Creditor CHRISTOPHER ASANDRA
sscow@kskdlaw.com, dscow@kskdlaw.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com; weisenmiller.markm.b117998@notify.bestcase.com; melissa@abwfirm.com

///

| | |
|---|---|
| 1 | JOSEPH G. WENT on behalf of Defendant BRAD PALUBICKI |
| 2 | jgwent@hollandhart.com, vlarsen@hollandhart.com; IntakeTeam@hollandhart.com; tlpond@hollandhart.com |
| 3 | JOSEPH G. WENT on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE |
| 4 | jgwent@hollandhart.com, vlarsen@hollandhart.com; IntakeTeam@hollandhart.com; tlpond@hollandhart.com |
| 5 | JOSEPH G. WENT on behalf of Interested Party BRAD PALUBICKI |
| 6 | jgwent@hollandhart.com, vlarsen@hollandhart.com; IntakeTeam@hollandhart.com; tlpond@hollandhart.com |
| 7 | STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov |
| 8 | |
| 9 | RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 |
| 10 | rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com; bgrubb@mcdonaldcarano.com |
| 11 | MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 |
| 12 | mzirzow@lzlawnv.com, hannah@lzlawnv.com; carey@lzlawnv.com; trish@lzlawnv.com; jennifer@lzlawnv.com; bchambliss@lzlawnv.com |
| 13 | __X__  **BY U.S. MAIL**: first class postage prepaid, to the individuals and/or entities at their |
| 14 | addresses as set forth below: |

| | |
|---|---|
| David A Riggi<br>RIGGI LAW FIRM<br>7900 W. Sahara Ave., Ste. 100<br>Las Vegas, NV 89117<br><br>Counsel for Debtor NuMail Corporation and Joint Admin Debtors Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC and NuMale New Mexico SC | Michael W. Carmel<br>80 E. Columbus Ave.<br>Phoenix, AZ 85012<br><br>Trustee |

[Remainder of page intentionally left blank.]

KAEMPFER CROWELL

| | |
|---|---|
| Gregory E. Garman<br>Talitha B. Gray Kozlowski<br>Mary Langsner<br>GARMAN TURNER GORDON LLP<br>7251 Amigo St., Ste. 210<br>Las Vegas, NV 89119<br><br>Counsel for Trustee Michael W. Carmel | Alyssa A. Rogan<br>Justin Charles Valencia<br>U.S. Department of Justice<br>Office of the United States Trustee<br>300 Las Vegas Blvd. S., Ste. 4300<br>Las Vegas, NV 89101<br><br>Counsel for U.S. Trustee – LV – 11 |

I declare under the penalty of perjury that the foregoing is true and correct.

DATED: September 17, 2025

By: *[signature]*
Courtney Droessler
An Employee of KAEMPFER CROWELL