_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
September 18, 2025
_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC, | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
|---|---|

1

| NUMALE ALL DEBTORS, ☒ | NuMale New Mexico SC |
|---|---|
| Debtors. | Case No. 25-10347-nmc |

# ORDER APPROVING
# SECOND STIPULATION WITH U.S. TRUSTEE REGARDING BRIEFING DEADLINES ON CONFIRMATION OF THE JOINT PLAN OF REORGANIZATION

The Court has considered the *Stipulation With U.S. Trustee Regarding Briefing Deadlines on Confirmation of the Joint Plan of Reorganization* (the "Stipulation")[1] entered into by and between Michael Carmel, as the Chapter 11 trustee ("Trustee Carmel") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, and the United States Trustee for Region 17 ("U.S. Trustee"), by and through his respective undersigned counsel, and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved in the entirety.

**IT IS FURTHER ORDERED** that *as to the U.S. Trustee only*, the Briefing Deadlines on Plan Confirmation shall be modified as follows: a response, if any, by the U.S. Trustee to the confirmation of the Plan shall be filed by September 22, 2025; and any reply by Trustee Carmel to any response of the U.S. Trustee shall be presented orally at the Confirmation Hearing.

**IT IS SO ORDERED.**

Dated this 17th day of September, 2025.                Dated this 17th day of September, 2025.

GARMAN TURNER GORDON LLP                             UNITED STATES DEPT. OF JUSTICE

By:*/s/ Mary Langsner*                                By: *Justin C. Valencia*
    GREGORY E. GARMAN, ESQ.                              Office of the U.S. Trustee
    TALITHA GRAY KOZLOWSKI, ESQ.                         JUSTIN C. VALENCIA, ESQ.
    MARY LANGSNER, Ph.D.                                 ALYSSA A. ROGAN, ESQ.
    7251 Amigo Street, Suite 210                         300 Las Vegas Blvd. So., Suite 4300
    Las Vegas, Nevada 89119                              Las Vegas, NV 89101
    *Attorneys for Michael Carmel, Chapter 11*           *Attorneys for United States Trustee*
    *Trustee*

# # #

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.