**ANDERSEN BEEDE WEISENMILLER**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@abwfirm.com*
Mark M. Weisenmiller, Esq.
Nevada Bar No. 12128
Email: *mark@abwfirm.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824

*Counsel for Unsecured Creditor Justin Pulliam*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No.: 25-10341-NMC **(Lead Case)** <br> Chapter 11 |
| NUMALE CORPORATION, | **Jointly administered with:** |
| ☐ AFFECTS THIS DEBTOR, | Case No. BK-S-25-10342-NMC <br> Case No. BK-S-25-10343-NMC |
| ☐ FELICIANO NUMALE NEVADA PLLC, | Case No. BK-S-25-10344-NMC <br> Case No. BK-S-25-10345-NMC |
| ☐ NUMEDICAL SC, | Case No. BK-S-25-10346-NMC <br> Case No. BK-S-25-10347-NMC |
| ☐ NUMALE COLORADO SC, | |
| ☐ NUMALE FLORIDA TB PLLC, | |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | |

**JOINDER TO BRIEF IN SUPPORT OF CONFIRMATION OF JOINT PLAN OF REORGANIZATION AND FINAL APPROVAL OF DISCLOSURE <u>STATEMENT TO ACCOMPANY JOINT PLAN OF REORGANIZATION</u>**

Justin Pulliam, unsecured creditor in the above-captioned bankruptcy case, by and through his counsel, Andersen Beede Weisenmiller, hereby joins in the Brief in Support of Confirmation of Joint Plan of Reorganization and Final Approval of Disclosure Statement to Accompany Joint Plan of Reorganization ("Brief"), and the arguments made therein, filed by Michael Carmel, Chapter 11 Trustee, ECF No. 621.

Dated this 18th day of September, 2025.

Respectfully submitted by:

**ANDERSEN BEEDE WEISENMILLER**

By: /s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120

*Counsel for Unsecured Creditor Justin Pulliam*