Ogonna Brown, Bar No. 7589
Ogonna.Brown@wbd-us.com
WOMBLE BOND DICKINSON (US) LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV  89169
Tel:     702.949.8200
Fax:    702.949.8398

Lori M. Bencoe (*Admitted Pro Hac Vice*)
NM State Bar 7525
BENCOE & LaCOUR LAW PC
9201 Montgomery Blvd NE, Suite 404
Albuquerque NM 87111
Tel: 505.247.8800
Fax: 505.247.8801
lori@bencoelaw.com

*Attorneys for Creditor Michael E. Sanchez*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br>■ NUMALE CORPORATION, | Lead Case No. 25-10341-NMC<br>Chapter 11 |
| ☐ FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>■ NUMALE NEW MEXICO SC, | Jointly administered with:<br>Case No. 25-10342-NMC<br>Case No. 25-10343-NMC<br>Case No. 25-10344-NMC<br>Case No. 25-10345-NMC<br>Case No. 25-10346-NMC<br>Case No. 25-10347-NMC |
| Debtors. | **JOINDER TO BRIEF IN SUPPORT OF CONFIRMATION OF JOINT PLAN OF REORGANIZATION AND FINAL APPROVAL OF DISCLOSURE STATEMENT TO ACCOMPANY JOINT PLAN OF REORGANIZATION**<br><br>Confirmation Hearing: September 24, 2025<br>Time: 9:30 a.m.<br><br>Chief Judge: Hon. Natalie M. Cox |

Creditor Michael E. Sanchez, by and through his counsel, Ogonna M. Brown, Esq. of the law firm of Womble Bond Dickinson (US) LLP, and Lori M. Bencoe, admitted pro hac vice, of the law firm of Bencoe & LaCour law PC, hereby files this Joinder to Brief in Support of Confirmation

- 1 -

4907-3387-1722, v. 1

of Joint Plan of Reorganization and Final Approval of Disclosure Statement to Accompany Joint Plan of Reorganization ("Plan") (ECF No. 621) filed by Michael Carmel, Chapter 11 Trustee.

DATED this 18th day of September, 2025.

WOMBLE BOND DICKINSON (US) LLP

By: */s/ Ogonna M. Brown*
    Ogonna M. Brown, Bar No. 7589
    Ogonna.Brown@wbd-us.com
    3993 Howard Hughes Parkway, Suite 600
    Las Vegas, NV  89169
    Tel.: 702.949.8200 / Fax: 702.949.8398

and

Lori M. Bencoe (*Admitted pro hac vice*)
NM Bar No. 7525
BENCOE & LACOUR LAW PC
9201 Montgomery Blvd. NE # 404
Albuquerque NM 87111
Tel.: (505) 247-8800 / Fax: (505)247-8801
lori@bencoelaw.com

*Attorneys for Creditor Michael E. Sanchez*

4907-3387-1722, v. 1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Womble Bond Dickinson (US) LLP, and that on the 18th day of September, 2025, I caused to be served a true and correct copy of the **JOINDER TO BRIEF IN SUPPORT OF CONFIRMATION OF JOINT PLAN OF REORGANIZATION AND FINAL APPROVAL OF DISCLOSURE STATEMENT TO ACCOMPANY JOINT PLAN OF REORGANIZATION** in the following manner:

☒  (ELECTRONIC SERVICE)  Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐  (UNITED STATES MAIL)  By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, on April 24, 2025, at Las Vegas, Nevada, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

☐  (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

☐  (FACSIMILE)  That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

*/s/ Renee L. Creswell*
An employee of Womble Bond Dickinson (US) LLP



4907-3387-1722, v. 1