David A. Stephens, Esq.
Nevada Bar No. 00902
Stephens Law Office
PO Box 33130
Las Vegas, NV 89133
Telephone: (702) 656-2355
Facsimile: (702) 656-2776
Email: dstephens@davidstephenslaw.com

Efiled: 9/19/2025

Attorneys for Newtek Bank N.A.

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐   FELICIANO NUMALE NEVADA PLLC,<br>☐   NUMEDICAL SC,<br>☐   NUMALE COLORADO SC,<br>☐   NUMALE FLORIDA TB PLLC,<br>☐   NUMALE NEBRASKA LLC,<br>☐   NUMALE NEW MEXICO SC,<br>■   APPLIES TO ALL DEBTORS<br><br><br><br><br><br><br>Debtors. | Lead Case No: 25-10341-NMC<br>Chapter 11 proceedings<br><br>Jointly administered with:<br>Case No. 25-10342-NMC<br>Case No. 25-10343-NMC<br>Case No. 25-10344-NMC<br>Case No. 25-10345-NMC<br>Case No. 25-10346-NMC<br>Case No. 25-10347-NMC<br><br>JOINDER TO BRIEF IN SUPPORT OF CONFIRMATION OF JOINT PLAN OF REORGANIZATION AND FINAL APPROVAL OF DISCLOSURE STATEMENT TO ACCOMPANY JOINT PLAN OF REORGANIZATION<br><br>Date: 9/24/2025<br>Time: 9:30 a.m. |

    Newtek Bank. N.A., through its attorney, David A. Stephens, Esq., hereby files this Joinder to the NuMale Brief in support of Confirmation of the Joint Plaint of Reorganization and Final Approval of Disclosure Statement to Accompany Joint Plan of Reorganization, (ECF No. 621),

/ / /

/ / /

/ / /

filed by the Chapter 11 Trustee, Michael Carmel, in this matter.

Dated this 19th day of September, 2025.

STEPHENS LAW OFFICE

/s/davidastephens
David A. Stephens, Esq.
Nevada Bar No. 00902
PO Box 33130
Las Vegas, NV 89133
Attorney for Newtek Bank N.A.

2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Stephens Law Office, and that on the 19th day of September, 2025, I caused to be served a true and correct copy of the JOINDER TO BRIEF IN SUPPORT OF CONFIRMATION OF JOINT PLAN OF REORGANIZATION AND FINAL APPROVAL OF DISCLOSURE STATEMENT TO ACCOMPANY JOINT PLAN OF REORGANIZATION in the following manner:

■ (ELECTRONIC SERVICE) Under Administrative Order 02-1 (Rev. 8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, on _____, 2025, at Las Vegas, Nevada, to the parties listed on the attached Court's Creditors Matrix, with addition, at their last known mailing addresses, on the date above written.

☐ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those persons listed on the attached service list, on the date above written.

                                                __/s/davidastephens__
                                                An employee of STEPHENS LAW OFFICE