GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | |

***EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO HEAR TRUSTEE'S MOTION FOR ENTRY OF ORDERS: (A)(I) APPROVING BID PROCEDURES RELATING TO SALE OF DEBTORS' ASSETS; (II) SCHEDULING A HEARING TO CONSIDER THE SALE; (III) APPROVING THE FORM AND MANNER OF NOTICE OF SALE BY AUCTION; AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF DEBTORS' ASSETS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS,**

1

**ENCUMBRANCES, AND INTERESTS; AND (II) GRANTING RELATED RELIEF**

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, has filed his *Trustee's Motion for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of Debtors' Assets; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice of Sale By Auction; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Debtors' Assets Outside of the Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (II) Granting Related Relief* (the "Motion").[1]

The Trustee submits this *ex parte* application (the "Ex Parte Application") requesting the Court issue an Order Shortening Time to hear the Motion on September 24, 2025, at 9:30 a.m. or as soon as reasonably practical thereafter. This Ex Parte Application is made and based upon Section[2] 105(a) of the Bankruptcy Code, Bankruptcy Rules 4001 and 9006, and Local Rules 4001 and 9006; the following memorandum of points and authorities inclusive of the Declaration of Gregory E. Garman, Esq. (the "Garman Decl.") incorporated herein; the Attorney Information Sheet filed concurrently herewith; and the papers and pleadings on file with the Court, judicial notice of which is respectfully requested.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I.
DECLARATION OF GREGORY E. GARMAN, ESQ.**

I, Gregory E. Garman, Esq. declare as follows:

1. I am over the age of 18, am mentally competent, have personal knowledge of the facts in this matter, and if called upon to testify, could and would do so.

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Application.

[2] All references to "Chapter" and "Section" herein shall be to the "Bankruptcy Code" appearing in Title 11 of the U.S. Code; all references to a "Bankruptcy Rule" shall be to the Federal Rules of Bankruptcy Procedure; and all references to "Local Rule" shall be to the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2. I am a founding partner at the law firm of Garman Turner Gordon LLP, counsel to the Trustee in the above-captioned matter, and am duly licensed to practice law in the State of Nevada (Nevada Bar No. 6654).

3. Good cause exists for this Court to hear the Motion on shortened time as requested herein.

4. The Plan contemplates a 363 Sale of the 363 Assets. Currently, Plan confirmation is set for September 24, 2025, commencing at 9:30 a.m. as an in-person hearing. Should this Court confirm the Plan, the Effective Date is expected to be October 9, 2025.

5. During a call with the Office of the United States Trustee on September 18, 2025, concerns were raised that conducting the Sale after the Effective Date might be objectionable. In order to void such objections, the Trustee indicated his intent to make this OST request. This request is further consistent with the obligations imposed on the Trustee under the Global Settlement Agreement Order [ECF No. 582].

6. To this end, the Trustee requests that the Motion to establish Sale procedures be heard on September 24, 2025, at 9:30 a.m. This requested hearing date and time is anticipated to be commensurate to Plan confirmation, and, therefore, I believe all parties in interest attending Plan confirmation would be able to attend the hearing on the Motion should they so choose.

7. Mary Langsner, Ph.D., of my office contacted the counsel and persons listed on the Attorney Information Sheet, and the responses received (or non-responses) are accurately represented.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 19th day of September 2025.

*/s/ Gregory Garman*
GREGORY E. GARMAN, ESQ.

## II.
## LEGAL ARGUMENT

Section 105, Title 11 United States Code (the "Bankruptcy Code") allows this Court to

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

issue such orders as are necessary to carry out the provisions of this title. Bankruptcy Rule 9006(c)(1) generally permits a Bankruptcy Court, for cause shown and in its discretion, to reduce the period during which any notice is given in accordance with the Bankruptcy Rules. Relevantly, Bankruptcy Rule 9006(c)(1) provides as follows:

> Except as provided in paragraph (2) of this subdivision, when an act is required or allowed to be done at or within a specified time by these rules or by a notice given thereunder or by order of court, the court for cause shown may in its discretion with or without motion or notice order the period reduced.

Local Rule 9006 provides further authority for shortening the time for a hearing. According to Local Rule 9006(b), every motion for an order shortening time must be accompanied by a declaration stating the reasons for an expedited hearing. As set forth in the Garman Decl., good cause exists because, as part of requesting this Court grant the Motion, the Trustee will be asking this Court to schedule an in-court Auction for a date prior to October 9, 2025, and schedule a Sale Hearing on or prior to October 9, 2025, or as soon as reasonably practical thereafter, and, parties desire the Sale Hearing occur on or before the Effective Date. Further, in order to allow adequate time to market the 363 Assets, and notice the Auction and Sale Hearing, a hearing on the Motion (which will, *inter alia*, and to the extent granted by the Court, schedule the Auction and Sale Hearing and approve the Bid Procedures as well as the form and respective notice(s) thereof), is requested to occur on September 24, 2025, at 9:30 a.m. The requested hearing date and time is commensurate to Plan confirmation, and, therefore, all parties in interest attending Plan confirmation would be able to attend the hearing on the Motion should they so choose.

Local Rule 9006 requires the moving party to submit an Attorney Information Sheet indicating whether opposing counsel was provided with notice, whether opposing counsel consented to the hearing on an order shortening time, the date counsel was provided with notice, and how notice was provided or attempted to be provided. An Attorney Information Sheet has been filed contemporaneously with this Ex Parte Application.

Through this Ex Parte Application, the Trustee respectfully proffers that cause exists to grant the shortening of time on the Motion, to allow a hearing on the Motion to take place on

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

September 24, 2025, at 9:30 a.m. prevailing Pacific Time.

The Trustee respectfully proffers that the circumstances set forth in this Ex Parte Application, the Garman Decl., and papers and pleadings on file in these Chapter 11 Cases, judicial notice of which is respectfully requested, warrant a finding that cause exists to shorten the time for a hearing on the Motion, as permitted by the Rule.

## III.
## CONCLUSION

WHEREFORE, the Trustee respectfully requests this Court grant this Ex Parte Application and issue an Order Shortening Time to hear the Motion on September 24, 2025, at 9:30 a.m., or as soon as the Court's availability permits, and grant such other and further relief as the Court deems just and proper.

Dated this 19th day of September 2025.

GARMAN TURNER GORDON LLP

By: /s/ Mary Langsner
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000