GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>　　AFFECTS THIS DEBTOR, ☐<br><br>　　AFFECTS FELICIANO ☐<br>　　NUMALE NEVADA PLLC,<br><br>　　NUMEDICAL SC, ☐<br><br>　　NUMALE COLORADO SC, ☐<br><br>　　NUMALE FLORIDA TB PLLC, ☐<br><br>　　NUMALE NEBRASKA LLC, ☐<br><br>　　NUMALE NEW MEXICO SC, ☐<br><br>　　NUMALE ALL DEBTORS, ☒<br><br>　　　　Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**AMENDED ATTORNEY INFORMATION SHEET IN SUPPORT OF**
***EX PARTE* APPLICATION FOR ORDER SHORTENING TIME TO HEAR**
**TRUSTEE'S MOTION FOR ENTRY OF ORDERS: (A)(I) APPROVING BID**
**PROCEDURES RELATING TO SALE OF DEBTORS' ASSETS; (II) SCHEDULING A**
**HEARING TO CONSIDER THE SALE; (III) APPROVING THE FORM AND MANNER**
**OF NOTICE OF SALE BY AUCTION; AND (IV) GRANTING RELATED RELIEF;**

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

**AND (B)(I) AUTHORIZING THE SALE OF DEBTORS' ASSETS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; AND (II) GRANTING RELATED RELIEF**

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors") filed an ex parte application requesting this Court issue an Order Shortening Time to hear the *Trustee's Motion for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of Debtors' Assets; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice of Sale by Auction; and (IV) Granting Related Relief; And (B)(I) Authorizing the Sale of Debtors' Assets Outside of the Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (II) Granting Related Relief* ("Motion") at the Court's earliest convenience.

As required by Local Rule 9006, Mary Langsner, Ph.D. of Garman Turner Gordon LLP, counsel for Trustee, has contacted the parties listed below regarding the proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| Name | Date Contacted | Form of Contact | Agree | Disagree |
|---|---|---|---|---|
| Justin Valencia, Esq. Alyssa Rogan, Esq. *Attorneys for the United States Trustee* | September 18, 2025 | Email | X[1] | |
| Ryan A. Andersen, Esq. *Attorneys for Justin Pulliam* | September 18, 2025 | Email | X | |
| Steven Scow, Esq. *Attorneys for Christopher Asandra* | September 18, 2025 | Email | X | |

---

[1] The U.S. Trustee consents to a hearing on OST as to the Motion so long as the Trustee agrees that where an order shortening time is entered less than three (3) business days before the hearing, a written opposition is not required, and oppositions may be presented orally at the hearing. The Trustee consents to this request.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

| Name | Date Contacted | Form of Contact | Agree | Disagree |
|------|----------------|-----------------|-------|----------|
| Ogonna M. Brown, Esq. *Attorneys for Michael Sanchez* | September 18, 2025 | Email | X | |
| David Stephens, Esq. *Attorneys for Newtek Small Business Finance, LLC* | September 18, 2025 | Email | X | |
| Matthew Johnson, Esq. *Attorneys for Prospect Rainbow, LLC* | September 18, 2025 | Email | X | |
| Matthew Zirzow, Esq. David Zylberberg, Esq. *Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2523* | September 18, 2025 | Email | X | |
| David Riggi, Esq. *Former counsel to Debtors-out-of-possession* | September 18, 2025 | Email | No response as of filing | |
| Joseph Went, Esq. *Attorneys for Brad Palubicki* | September 18, 2025 | Email | No response as of filing | |
| Louis Bubala, Esq. Ivan Gold, Esq. *Attorneys for Mayfair Mall LLC* | September 19, 2025 | Email | | X |

Dated this 21st day of September 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*

3