

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
September 22, 2025

_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |

| NUMALE ALL DEBTORS, | ☒ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|---|---|---|
| Debtors. | | Hearing Date: September 24, 2025<br>Hearing Time: 9:30 AM |

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR TRUSTEE'S MOTION FOR ENTRY OF ORDERS: (A)(I) APPROVING BID PROCEDURES RELATING TO SALE OF DEBTORS' ASSETS; (II) SCHEDULING A HEARING TO CONSIDER THE SALE; (III) APPROVING THE FORM AND MANNER OF NOTICE OF SALE BY AUCTION; AND (IV) GRANTING RELATED RELIEF; AND (B)(I) AUTHORIZING THE SALE OF DEBTORS' ASSETS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; AND (II) GRANTING RELATED RELIEF**

This Court, having considered the *Ex Parte Application for Order Shortening Time to Hear Trustee's Motion for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of Debtors' Assets; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice of Sale by Auction; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Debtors' Assets Outside of the Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances, And Interests; and (II) Granting Related Relief* ("*Ex Parte* Motion"), filed by Michael Carmel, Chapter 11 Trustee ("Trustee"), and good cause appearing therefor:

**IT IS HEREBY ORDERED, AND NOTICE IS HEREBY GIVEN** that the *Ex Parte* Motion is **granted**, and the *Trustee's Motion for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of Debtors' Assets; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice of Sale by Auction; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Debtors' Assets Outside of the Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances, And Interests; and (II) Granting Related Relief* ("Motion")[1] Motion shall be heard by a United States Bankruptcy Judge on September 24, 2025, at 9:30 AM.

A summary of the relief requested by Trustee through the Motion is as follows: First, enter an order (i) approving Bid Procedures (including the Stalking Horse Protections for stalking horse

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

bidder Justin Pulliam), (ii) scheduling an Auction and a Sale Hearing, (iii) setting related deadlines, approving notice of the Auction, and (iv) granting related relief.  Second, an order (i) authorizing the sale of the 363 Assets under Section 363 of the Bankruptcy Code, pursuant to one or more Asset Purchase Agreement(s), free and clear of liens, claims, and encumbrances, and (ii) granting related relief.

**NOTICE IS FURTHER GIVEN** that electronic copies of the Motion and supporting papers are available by contacting Mary Langsner, Ph.D. at the address or telephone number set forth above, through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov, or at the Bankruptcy Court's Clerk's Office, located at the Foley Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada, 89101.

**IT IS HEREBY FURTHER ORDERED** that this Order Shortening Time shall be served immediately upon entry; that any oppositions to the Motion may be presented orally at the hearing along with any replies except; and that this hearing may be continued from time to time without further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof.

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held in person before a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101.  Parties are also permitted to appear telephonically by **dialing (833) 435-1820 and entering meeting ID (if applicable): 161 166 2815 and entering access code or passcode 115788#.**

If you intend to participate in this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: http://www.nvb.uscourts.gov/calendars/court-calendars/.  Select the hearing judge.  Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

IT IS SO ORDERED.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

Prepared and Submitted by:
**GARMAN TURNER GORDON LLP**
By: /s/ Mary Langsner

GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000