PETER C. ANDERSON
UNITED STATES TRUSTEE
TERRI H. DIDION, SBN CA 133491
ASSISTANT UNITED STATES TRUSTEE
JUSTIN C. VALENCIA, SBN NE 25375 | SBN IA AT0012006
TRIAL ATTORNEY
ALYSSA A. ROGAN, SBN CA 354257
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
300 Las Vegas Boulevard So., Suite 4300
Las Vegas, Nevada 89101
Telephone: (702) 388-6600
Email: justin.c.valencia@usdoj.gov

Attorneys for Peter C. Anderson
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | | Lead Case No. 25-10341-NMC |
| NUMALE CORPORATION, | | Chapter 11 |
| | | *Jointly administered with*: |
| AFFECTS THIS DEBTOR, | ☐ | Feliciano NuMale Nevada PLLC, Case No. 25-10342-NMC, |
| AFFECTS FELICIANO NUMALE NEVADA PLLC, | ☐ | |
| NUMEDICAL SC, | ☐ | NuMedical SC, Case No. 25-10343-NMC, |
| NUMALE COLORADO SC, | ☐ | NuMale Colorado SC, Case No. 25-10344-NMC, |
| NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC, Case No. 25-10345-NMC, |
| NUMALE NEBRASKA LLC, | ☐ | |
| NUMALE NEW MEXICO SC, | ☐ | NuMale Nebraska LLC, Case No. 25-10346-NMC, |
| AFFECTS ALL DEBTORS, | ☒ | NuMale New Mexico SC, Case No. 25-10347-NMC. |
| Debtors. | | |

**In-Person Confirmation Hearing**

Date: September 24, 2025
Time: 9:30 a.m.

# THE UNITED STATES TRUSTEE'S RESERVATION OF RIGHTS

Peter C. Anderson, the United States Trustee for Region 17 (the "U.S. Trustee"), by and through his undersigned counsel, hereby files his reservation of rights ("Reservation of Rights") to final approval of the *Disclosure Statement to Accompany Joint Plan of Reorganization* ("Disclosure Statement") and confirmation of the *Joint Plan of Reorganization* ("Plan"). [ECF Nos. 434, 435, 595].

As of the filing of this Reservation of Rights, the U.S. Trustee resolved many concerns with the chapter 11 trustee, Michael W. Carmel ("Trustee"). The remaining concerns include whether: (1) the Debtors are entitled to a discharge; (2) the Exculpation Provision is consistent with Ninth Circuit precedent; and, (3) the Court can conduct post-confirmation section 363 sales if it confirms the Plan. The U.S. Trustee reserves all his rights to raise these issues during the confirmation hearing set for September 24, 2025, at 9:30 a.m.

Date: September 22, 2025         Respectfully submitted,

PETER C. ANDERSON
UNITED STATES TRUSTEE

By: */s/ Justin C. Valencia*
    Justin C. Valencia
    Trial Attorney for the United States Trustee

2