GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
|    AFFECTS THIS DEBTOR, ☐ | *Jointly administered with:* |
|    AFFECTS FELICIANO<br>   NUMALE NEVADA PLLC, ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
|    NUMEDICAL SC, ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
|    NUMALE COLORADO SC, ☐ | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
|    NUMALE FLORIDA TB PLLC, ☐ | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
|    NUMALE NEBRASKA LLC, ☐ | |
|    NUMALE NEW MEXICO SC, ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
|    NUMALE ALL DEBTORS, ☒ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|    Debtors. | |

**NOTICE OF REVISED SCHEDULES 6.1 AND 6.3 TO**
**JOINT PLAN OF REORGANIZATION**

Michael Carmel, as the Chapter 11 trustee ("Trustee Carmel") of the bankruptcy estates of

1

NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), hereby files this *Notice of Revised Schedules 6.1 and 6.3 to Joint Plan of Reorganization*.

**Schedule 6.1 to the Plan**[1] at ECF No. 434 p. 54 of 56 (*Rejected Executory Contracts and Unexpired Leases*) shall be replaced in its entirety by the Schedule 6.1 appended hereto as **Exhibit 1**, which shall also be appended to the Confirmation Order.

**Schedule 6.3 to the Plan** at ECF No. 434 p. 55 of 56 (*Cure Amounts Payable By the Reorganized Debtors for Assumed Executory Contracts and Unexpired Leases*) shall be replaced in its entirety by the Schedule 6.3 appended hereto as **Exhibit 2**, which shall also be appended to the Confirmation Order.

Dated this 23rd day of September 2025.

GARMAN TURNER GORDON LLP


By:    */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*

---

[1] *Joint Plan of Reorganization* [ECF No. 434] (the "Plan").

2

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

# EXHIBIT 1

# EXHIBIT 1

**SCHEDULE 6.1**
**PLAN OF REORGANIZATION**

| REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES[1] |
|---|
| Mayfair Mall Mayfair Mall LLC c/o Brookfield Properties, regarding the premises: Suite 1140 of Mayfair North Tower, 2600 North Mayfair Road, Wauwatosa, WI 53226 |
| Mayfair Mall Mayfair Mall LLC c/o Brookfield Properties, regarding the premises: Suite 1150 of Mayfair North Tower, 2600 North Mayfair Road, Wauwatosa, WI 53226 |
| Centrum/Bellview LLC, regarding the premises: Suite 280E of Centrum Complex East Tower, 8200 E. Belleview Ave., Greenwood Village, CO 80111 |
| RepeatMD |
| Tosoh Bioscience, Inc. |
| Public Storage (Tucson), regarding the Suite located at: 7825 East Speedway Boulevard, Tucson, AZ 85710 |
| Public Storage (Omaha), regarding Suite located at: Suite A013, located at 301 South 74th Street, Omaha, NE |
| Towne Storage (Las Vegas), regarding the Suite located at: 6995 W Dewey Drive, Las Vegas, NV 89113 |
| Adobesign - Operations |
| ADT |
| AdvancedMD |
| ADW Diabetes |
| Amazon |
| American Mail Order |
| American Proficiency Institute |
| Anazao |
| AnazaoHealth |
| Apex Chat |
| Belmar |
| BioRad |

---

[1] For clarity and the avoidance of doubt, the listing of any contract or lease herein is not an admission by the Trustee, the Debtors, the Estates, or otherwise that such contract or lease is an "Executory Contract".

1

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1

| REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES[1] |
|---|
| CardinalHealth |
| CarieBoyd  (a/k/a Carrie Boyd) |
| Cynergy |
| Dagacci Scrubs |
| Docusign |
| Efax |
| Ellis Instruments |
| Empower |
| Fedex |
| Finix |
| Lorex |
| McKesson |
| MDToolbox |
| MessageMedia |
| Olympia |
| OrthoMolecular |
| Paylocity |
| PharmaLink |
| PharmaLink CS Disposal |
| Plymouth |
| Plymouth Medical |
| Policy Tec (a/k/a Policytech) |
| Practice HER |
| Primo Water |
| Qualer Pipettes |
| Qualgen |
| Quest |
| Quickbooks |
| Relaymed |
| Remote TC Systems |
| Save-RX |
| Stamps.com |
| Staples |

2  3  4  5  6  7  8  9  10  11  12  13  14  15  16  17  18  19  20  21  22  23  24  25  26  27  28

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

| REJECTED EXECUTORY CONTRACTS AND UNEXPIRED LEASES[1] |
|---|
| Stericycle |
| Terminal Server |
| Trocarkit.com |
| Ubereats |
| Uberlube |
| Wells Pharmacy |

## TERMINATED[2]

| |
|---|
| Equity Sales Finance, Inc. |
| SplitIt |
| The N2 Company (a/k/a Hyport Digital N2, a/k/a N2 Company) |

---

[2] These agreements appear to have been terminated, however in an abundance of caution, they are listed.

3

**Garman Turner Gordon**
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

# EXHIBIT 2

# EXHIBIT 2

**SECHEDULE 6.3**

**PLAN OF REORGANIZATION**

**CURE AMOUNTS PAYABLE BY THE REORGANIZED DEBTORS FOR ASSUMED EXECUTORY CONTRACTS AND UNEXPIRED LEASES**

| Executory Contract or Unexpired Lease | Cure Amount Payable by the Reorganized Debtors Under the Plan |
|---|---|
| Lease between NuMale Corporation and Prospect Rainbow LLC | $120,424.37 to cure pre- and postpetition arrearages, CAM, and taxes, plus $71,134.17 as a pre-payment for the three months of rent following the Effective Date as adequate assurance of future performance. |
| Apple iCloud | $0 |
| Gmail | $0 |
| GoDaddy, Inc. | $0 |
| Insurance Zizzle | $0 |
| Microsoft 365 (OneDrive) | $0 |
| My Bodysite | $0 |
| MyMedLeads/Texting System | $0 |
| 444 Regency Parkway LLC (Gordman Lake Regency, LLC) | $0 |
| Wyoming Office Park, LLC (Brunacini Companies) | $0 |
| Reliant Capital (New Lane Finance) | $0 |
| Tampa Westshore 500 LLC | $0 |

**For any Executory Contract and/or Unexpired Lease for which no Cure payment is specifically identified on this Schedule 6.3, the Cure amount is $0.00.**

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1