1

NVB IA-11-2BK (Rev. 2/17)

2

Name, Address, Telephone No., Bar Number & E-mail address
Ivan M. Gold, Cal. Bar No. 121486
ALLEN MATKINS

Louis M. Bubala III, Nev. Bar No. 8974
KAMEPFER CROWELL

3

3 Embarcadero Ctr., 12th Fl., San Francisco, CA 94111
Telephone: (415) 837-1515 / E-Mail: igold@allenmatkins.com

50 W. Liberty St., Ste. 1100, Reno, NV 89501
Telephone: (775) 852-3900 / E-Mail: lbubala@kcnvlaw.com

4

## UNITED STATES BANKRUPTCY COURT

5

6

## DISTRICT OF NEVADA

7

\* \* \* \* \* \*

8

9

In re:

10

NUMALE CORPORATION,

11

AFFECTS:
THIS DEBTOR ____ ,
FELICIANO NUMALE NEVADA PLLC ___ ,

12

NUMEDICAL SC ___ ,
NUMALE COLORADO SC ___ ,

13

NUMALE FLORIDA TB PLLC ___ ,
NUMALE NEBRASKA LLC ___ ,

14

NUMALE NEW MEXICO SC ___ ,
ALL DEBTORS _X_ ,

15

16

Debtor(s).

17

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

BK- 25-10341-nmc
Jointly Administered with:
Case No. 25-10342-nmc,
Case No. 25-10343-nmc,
CHAPTER 11    Case No. 25-10344-nmc,
Case No. 25-10345-nmc,
Case No. 25-10346-nmc, and
Case No. 25-10347-nmc
VERIFIED PETITION FOR
PERMISSION TO PRACTICE IN THIS
CASE ONLY BY ATTORNEY NOT
ADMITTED TO THE BAR OF THIS
COURT

**EFFECTIVE JANUARY 1, 2015**
**FILING FEE IS $250.00**

18

19

20

 Ivan M. Gold _____ , Petitioner, respectfully represents to the Court:

21

1. That Petitioner resides in _Moraga_____ , _California_____ .

22

23

2. That Petitioner is an attorney at law and a member of the law firm of

Allen Matkins Leck Gamble Mallory & Natsis LLP , with offices at _____

24

Three Embarcadero Center, 12th floor,_____

25

San Francisco_____ , California_____ , 94111_____

26

3. That Petitioner has been retained personally or as a member of the law firm by

 Mayfair Mall, LLC_____ to provide legal representation in connection
with the above-entitled case now pending before this Court.

4.   That since December 10, 1985_____, Petitioner has been and presently is a member in good
standing of the bar of the highest Court of the State of _California_____ where Petitioner
regularly practices law.

5.  That Petitioner was admitted to practice before the following United States District Courts,
United States Circuit Court of Appeal, the Supreme Court of the United States and Courts of other
States on the dates indicated for each, and that Petitioner is presently a member in good standing of
said Courts.                                              Date Admitted
 U.S. District Court, N.D. Cal._____          December 10, 1985_____
 U.S. District Court, E.D. Cal._____          July 23, 1987_____
 U.S. District Court, C.D. Cal._____          August 14, 1987_____
 U.S. District Court, S.D. Cal._____          February 16, 2010_____
 _____          _____

6.  That there are or have been no disciplinary proceedings instituted against petitioner, nor any
suspension of any license, certificate or privilege to appear before any judicial, regulatory, or
administrative body, or any resignation or termination order to avoid disciplinary or disbarment
proceedings, except as described in detail below:
 Not applicable._____
_____
_____
_____
_____
_____.

7.  That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars
of any denied admission):
Not applicable, none._____
_____
_____
_____.

2

8. That Petitioner is a member of good standing in the following Bar Associations: California.

_____

_____

_____

_____ .

9. Petitioner or any member of Petitioner's firm (or office is firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court/Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|

_____

_____

_____

_____

_____

_____ (If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

DATED:    9/23/25

_____
Petitioner's Signature

3

1  STATE OF <u>Nevada</u>        )

2                                         )

   COUNTY OF <u>Lyon</u>          )

3

4  <u>Ivan M.Gold</u>           , Petitioner, being first duly sworn, deposes and says:

   That the foregoing statements are true.

5

6  | K. MILKS |
   | NOTARY PUBLIC |
   | STATE OF NEVADA |

7  | APPT. NO. **23-4474-12** |
   | MY APPT. EXPIRES **FEB 03, 2027** |

   (SE                                        _____

8                                               Petitioner's Signature

9  Subscribed and sworn to me before this

10

    _____ day of September                    2025

11    23rd                                            ,  _____ .

12    *K. Milks*  _____Notary public

13

14  This Notarial Act involved two-way audio/video
    communication technology on 09/23/2025 8:53pm PDT.

15

16

17

18

19

20

21

22

23

24

25

26

4

# THE STATE BAR OF CALIFORNIA
## CERTIFICATE OF STANDING

**ISSUE DATE:** 9/15/2025

**LICENSEE NAME:** Ivan Mark Gold

**LICENSEE BAR NUMBER:** 121486

**LICENSEE STATUS:** Active

**ADMIT DATE:** 12/10/1985

**To Whom it May Concern:**

This certificate of standing certifies the record above is a true and correct copy of Ivan Mark Gold's current standing with the State Bar of California as of the issue date. No recommendation for discipline for professional or other misconduct has ever been made by the Board of Trustees or a Disciplinary Board to the Supreme Court of the State of California.

*Carolina Almarante-Terrero*

**Carolina Almarante-Terrero**
Custodian of Record

*NOTE: Only ACTIVE licensees of the State Bar of California are entitled to practice law in California (See Sections 6006 and 6125, et seq., Business and Professions Code.)*