GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc |
| NUMALE CORPORATION, | Chapter 11 |
| AFFECTS THIS DEBTOR, ☐ | *Jointly administered with:* |
| AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐ | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| NUMEDICAL SC, ☐ | NuMedical SC Case No. 25-10343-nmc |
| NUMALE COLORADO SC, ☐ | NuMale Colorado SC, Case No. 25-10344-nmc |
| NUMALE FLORIDA TB PLLC, ☐ | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| NUMALE NEBRASKA LLC, ☐ | NuMale Nebraska LLC Case No. 25-10346-nmc |
| NUMALE NEW MEXICO SC, ☐ | NuMale New Mexico SC Case No. 25-10347-nmc |
| NUMALE ALL DEBTORS, ☒ | |
| Debtors. | **Vacated Hearing:** Hearing Date:  October 22, 2025 Hearing Time: 9:30 a.m. |

**STIPULATION RESOLVING ORDER TO SHOW CAUSE AND GRANTING**
**PERMANENT INJUNCTION**

1

1    Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale

2    Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale

3    Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the

4    "Debtors"), by and through undersigned counsel Garman Turner Gordon LLP; Brad Palubicki

5    ("Palubicki"), by and through his undersigned counsel; and Carlos Feliciano ("Feliciano"), Eva

6    Gabriela Farmer De La Torre ("De La Torre"), Holly Triplett ("Triplett"), and Ken Braielmeir

7    ("Braielmeir"; collectively with Palubicki, Feliciano, De La Torre, and Triplett, the

8    "Respondents") (the Respondents and the Trustee altogether, the "Parties"), hereby stipulate and

9    agree as follows:

10    WHEREAS, on or about January 22, 2025 (the "Petition Date"), the Debtors filed their

11    voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the

12    above-captioned bankruptcy cases (collectively, the "Chapter 11 Cases"). *See, e.g.*, ECF No. 1.

13    WHEREAS, on or about April 2, 2025, this Court entered its *Order on United States*

14    *Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or in the Alternative,*

15    *to Convert or Dismiss this Case Pursuant to 11 U.S.C. § 1112(b), and Reservation of Rights*, thereby

16    directing the appointment of a Chapter 11 trustee for the Debtors' estates. *See* ECF No. 132.

17    WHEREAS, on or about April 7, 2025, the Trustee was appointed the Chapter 11 Trustee for

18    the Debtors' estates [ECF Nos. 155-157].

19    WHEREAS, on August 11, 2025, the Trustee filed a *Motion for Order to Show Cause for*

20    *Willful Violation of the Order Appointing the Trustee, Willful Violation of the Automatic Stay, and*

21    *Turnover of Property of the Estate Pursuant to 11 U.S.C. §§ 105, 362, and 542* [ECF No. 455]

22    (the "Motion").

23    WHEREAS on August 19, 2025, the Court conducted a hearing on the Motion and entered

24    the *Order to Show Cause for Willful Violation of the Order Appointing the Trustee, Willful Violation*

25    *of the Automatic Stay, and Turnover of Property of the Estate Pursuant to 11 U.S.C. §§ 105, 362,*

26    *and 542* [ECF No. 500] (the "OSC").

27    WHEREAS, the OSC schedules an in-person evidentiary hearing on October 22, 2025, at

28

1    9:30 a.m. (the "Evidentiary Hearing").

2         WHEREAS, the OSC also provides:

3         **IT IS FURTHER ORDERED** that any subsequent acts by any of
         the Respondents[1] in (i) contacting, directing, or interfering with
4         any of the Debtors' business operations, vendors, service providers,
         or pharmacy partners; (ii) altering, removing, disabling, or
5         attempting to access any payment methods, credit cards, ACH
         arrangements, or platform credentials (including EPCS tokens,
6         multi-factor devices, and administrator accounts); (iii) accessing or
7         attempting to access the Debtors' clinics' EHR or vendor portals;
         and/or (iv) holding themselves out as having any authority to bind
8         the Estates or the Debtors or to direct patient-care operations, shall
9         subject the Respondents to sanctions by this Court.

10        **IT IS FURTHER ORDERED** that, for the avoidance of doubt, in
         accordance with the Trustee Order, none of the Respondents have
11        any authority or control over the Debtors[2] or the Affiliated
         Nondebtors.[3]
12

13        **IT IS FURTHER ORDERED** that all service providers and
         vendors doing business with any of the Debtors or Affiliated
14        Nondebtors shall comply with the Trustee Order, including
         recognizing the Trustee's sole control and authority over the
15        Debtors and the Affiliated Nondebtors, which providers and vendors
         include but are not limited to the following: (i) AdvancedMD EMR;
16        (ii) MDToolbox; (iii) RepeatMD; (iv) Paylocity; (v) Olympia; (vi)
17        Empower; (vii) Wells Pharmacy; (viii) AnazaoHealth; (ix)
         CarieBoyd; (x) PharmaLink; (xi) Qualgen; (xii) McKesson; (xiii)
18        CardinalHealth; (xiv) OrthoMolecular; (xv) Plymouth Medical;
         (xvi) Policy Tec; (xvii) Remote TC Systems; and (xviii)
19        MyMedLeads/Texting System/Apex Chat.

20        **IT IS FURTHER ORDERED** that Respondents shall deliver to the
         Trustee within forty-eight (48) hours of entry of this Order: (i)
21        administrator-level credentials, passwords, multifactor
         tokens/devices, recovery codes, and ownership/registrar control for
22        payment processing, electronic prescribing, EHR/PM systems,

23

24    ---
     [1] Defined in the OSC as Palubicki, De La Torre, Triplett, and Braielmeir.

25    [2] [Appearing as n.1 of the OSC:] NuMale Corporation; Feliciano NuMale Nevada PLLC; NuMedical SC; NuMale
     Colorado SC; NuMale Florida TB PLLC; NuMale Nebraska LLC; NuMale New Mexico SC (collectively, the
     "Debtors").

26    [3] Appearing as n.2 of the OSC:] Nevada NuMale LLC; NMC Illinois, LLC; NuMale Albuquerque LLC; NuMale
     Charlotte, LLC; NuMale Denver, LLC; NuMale Green Bay, LLC; NuMale Omaha, LLC; NuMale Tampa, LLC;
27    NuFemme Milwaukee, LLC (collectively, the "Affiliated Nondebtors").

28

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1

email and domain services, cloud storage,
telephone/communications, accounting/billing, and any other
production systems; (ii) hardware and removable media owned by
the Debtors (workstations, laptops, phones, external drives, security
keys) and any device storing estate data; (iii) recorded information
under Section 542(e), including configuration backups, audit logs,
access/change histories, vendor tickets, service contracts, and
correspondence sufficient to restore full Trustee control; and (iv)
cryptographic/API materials (SSH keys, API tokens, OAuth app
ownership) enabling access to the foregoing.

**IT IS FURTHER ORDERED** that pursuant to the Trustee Order
and Sections 323 and 542 of the Bankruptcy Code, GoDaddy, Inc.
shall turnover control of the following domains for the Debtors'
businesses from any account held by the Respondents (including
account number 60191678) to the Debtors' account (account
number 215889822): (i) nufemme.com; (ii) numale.com; (iii)
numalemedicalcenter.com; (iv) numalemedical.com; and (v) any
variations of the foregoing (i.e. same domains ending in .net, .org,
.biz, .medical, .health, .care, .doctors, etc.)

**IT IS FURTHER ORDERED** that the terms of this Order are
effective immediately.

*See* OSC [ECF No. 500] at pp. 3-4.

WHEREAS, Respondents each admit that they participated in actions that the Trustee

contends, directly or indirectly, violated the automatic stay imposed by 11 U.S.C. § 362, violated

the Trustee Appointment Order [ECF Nos. 155-157], and interfered with the Trustee's operation and

management of the Estates.

WHEREAS, the Parties wish to resolve their disputes without a judicial determination of

liability of any party and to avoid the costs and burdens of litigation.

WHEREAS, the Parties have met and conferred and agree to consensually resolve their

disputes that would otherwise be tried at the Evidentiary Hearing set by the OSC.

NOW, THEREFORE, subject to the Court entering the *Stipulated Permanent Injunction*,

which has been submitted to the Court concurrently herewith for entry, the Parties hereby stipulate

and agree as follows:

1.  The terms of the OSC shall remain in full force and effect.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2. Respondents all agree to a permanent injunction enjoining them from engaging in, directly or indirectly:

    (i)    (a) contacting, directing, or interfering with any of the Debtors' business operations, vendors, service providers, or pharmacy partners; (b) altering, removing, disabling, or attempting to access any payment methods, credit cards, ACH arrangements, or platform credentials (including EPCS tokens, multi-factor devices, and administrator accounts); (c) accessing or attempting to access the Debtors' clinics' EHR or vendor portals; and/or (d) holding themselves out as having any authority to bind the Estates or the Debtors or to direct patient-care operations, shall subject the Respondents to sanctions by this Court;

    (ii)    otherwise participating in any act, action, or activity that interferes with the Trustee's administration of the Estates or disrupts the operations of the Debtors; and

    (iii)    engaging in, directly or indirectly, any activity that interferes with the Trustee's administration of the Debtors and their Estates, including contacting all service providers and vendors doing business with any of the Debtors or Affiliated Nondebtors, except to the extent that such contact concerns business unrelated to the Debtors and their Estates, including but not limited to the following: (a) AdvancedMD EMR; (b) MDToolbox; (c) RepeatMD; (d) Paylocity; (e) Olympia; (f) Empower; (g) Wells Pharmacy; (h) AnazaoHealth; (i) CarieBoyd; (j) PharmaLink; (k) Qualgen; (l) McKesson; (m) CardinalHealth; (n) OrthoMolecular; (o) Plymouth Medical; (p) Policy Tec; (q) Remote TC Systems; (r) MyMedLeads/Texting System/Apex Chat; (s) GoDaddy; (t) Paylocity; and (u) any other service providers and vendors of the Debtors and these Estates.

3. The Respondents all agree to a permanent injunction enjoining them from interfering with the Trustee's sole control and authority over the Debtors and the Affiliated Nondebtors.

4. Nothing in this Stipulation or the *Stipulated Permanent Injunction* shall: (i) prevent any Respondent from engaging in lawful business activities unrelated to the Debtors and their Estates; (ii) restrict any Respondent's ability to participate in the bankruptcy proceedings as a creditor, including voting on the Plan; (iii) be construed as an admission of liability by any Respondent; or

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1  (iv) prevent Palubicki or De La Toree from participating as qualified bidders in any sale process,

2  subject to the Trustee's reasonable business judgment.

3      5.  The Respondents all agree that the OSC remains in full force and effect and that they

4  will not violate the OSC or the *Stipulated Permanent Injunction*.

5      6.  The in-person Evidentiary Hearing on October 22, 2025, at 9:30 a.m. shall be vacated.

6      7.  The Bankruptcy Court retains sole jurisdiction to enforce the OSC and the *Stipulated*

7  *Permanent Injunction*.

8      8.  This injunction shall automatically terminate upon the earlier of: (i) mutual agreement

9  of the Parties; or (ii) Palubicki or De La Torre being confirmed as the prevailing bidder and closing

10  on a sale whereby either Palubicki or De La Torre purchase the Estates' assets.

11      **IT IS SO ORDERED.**

12  Dated this 23 day of September 2025.        Dated this 23 day of September 2025.

13  GARMAN TURNER GORDON LLP        HOLLAND & HART LLP

14

15  By: */s/ Mary Langsner*            */s/* Joseph G. Went
      GREGORY E. GARMAN, ESQ.        JOSEPH G. WENT, ESQ.
16    TALITHA GRAY KOZLOWSKI, ESQ.    LARS K. EVENSEN ESQ.
      MARY LANGSNER, Ph.D.        By: SYDNEY R. GAMBEE, ESQ.
17    7251 Amigo Street, Suite 210        9555 Hillwood Drive, 2nd Floor
      Las Vegas, Nevada 89119        Las Vegas, NV 89134
18    *Attorneys for Michael Carmel, Chapter 11*    *Attorneys for Brad Palubicki*
      *Trustee*

19

20  Dated this 24th day of September 2025.    Dated this 23 day of September 2025.

21

22  By: */s/*                    By: Brad Palubicki
      MICHAEL W. CARMEL, ESQ.        BRAD PALUBICKI
23    80 East Columbus Avenue        9 Paradise Valley Court
      Phoenix, Arizona 85012        Henderson, Nevada 89052
24    *Chapter 11 Trustee*

25

26

27

28

6

**Signature:** *Brad Palubicki*

Brad Palubicki (Sep 11, 2025, 10:50:32 PDT)

**Email:** bradpalubicki@outlook.com

1

2

3    Dated this 23 day of September 2025.          Dated this 23 day of September 2025.

4

5    By: _Carlos Feliciano (Sep 23, 2025 22:58:10 CDT)_     By: *Eva Gabriela Farmer de la Torre*
                                                            Eva Gabriela Farmer de la Torre (Sep 23, 2025 21:03:11 PDT)
6        CARLOS E. FELICIANO                                    EVA GABRIELA FARMER DE LA
         N69W29753 Ridgeview Court                              TORRE
7        Hartland, WI 53029                                     9 Paradise Valley Court
                                                                Henderson, Nevada 89052
8

9

10   Dated this 23 day of September 2025.         Dated this 23 day of September 2025.

11

12
     By: _____               By: _____
13       HOLLY TRIPLETT                             Ken Braielmaier (Sep 23, 2025 20:50:36 PDT)
         701 Old Settlement Dr.                     KEN BRAIELMEIR
14       Watertown, WI 53098                        10964 Salernes Street
                                                    Las Vegas, NV 89141
15   35783725_v1

16

17

18

19

20

21

22

23

24

25

26

27

28
                                          7

# Stipulation for Permanent Injunction (for execution)

Final Audit Report                                                          2025-09-24

| | |
|---|---|
| Created: | 2025-09-24 |
| By: | Eva Gabriela Farmer de la Torre (gabbytorre1@gmail.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAR-omU0-wHxcGW6t1p2_WLkuYuegM1QxQ |

## "Stipulation for Permanent Injunction (for execution)" History

🗂 Document created by Gabby de la Torre (gabbytorre1@gmail.com)
2025-09-24 - 3:02:20 AM GMT

📧 Document emailed to bradpalubicki@outlook.com for signature
2025-09-24 - 3:28:18 AM GMT

🗂 Email viewed by bradpalubicki@outlook.com
2025-09-24 - 3:29:32 AM GMT

✍ Signer bradpalubicki@outlook.com entered name at signing as Brad Palubicki
2025-09-24 - 3:30:20 AM GMT

✍ Document e-signed by Brad Palubicki (bradpalubicki@outlook.com)
Signature Date: 2025-09-24 - 3:30:22 AM GMT - Time Source: server

📧 Document emailed to Ken Brielmaier (kobrielmaier@gmail.com) for signature
2025-09-24 - 3:30:23 AM GMT

🗂 Email viewed by Ken Brielmaier (kobrielmaier@gmail.com)
2025-09-24 - 3:49:37 AM GMT

✍ Document e-signed by Ken Brielmaier (kobrielmaier@gmail.com)
Signature Date: 2025-09-24 - 3:50:36 AM GMT - Time Source: server

📧 Document emailed to Carlos Feliciano (cefelici@gmail.com) for signature
2025-09-24 - 3:50:38 AM GMT

🗂 Email viewed by Carlos Feliciano (cefelici@gmail.com)
2025-09-24 - 3:52:47 AM GMT

🅰 **Adobe Acrobat Sign**

Document e-signed by Carlos Feliciano (cefelici@gmail.com)
Signature Date: 2025-09-24 - 3:53:10 AM GMT - Time Source: server

Document emailed to Gabby de la Torre (gabbytorre1@gmail.com) for signature
2025-09-24 - 3:53:11 AM GMT

Email viewed by Gabby de la Torre (gabbytorre1@gmail.com)
2025-09-24 - 4:02:37 AM GMT

Signer Gabby de la Torre (gabbytorre1@gmail.com) entered name at signing as Eva Gabriela Farmer de la Torre
2025-09-24 - 4:03:29 AM GMT

Document e-signed by Eva Gabriela Farmer de la Torre (gabbytorre1@gmail.com)
Signature Date: 2025-09-24 - 4:03:31 AM GMT - Time Source: server

Document emailed to htriplettcpa@outlook.com for signature
2025-09-24 - 4:03:32 AM GMT

Email viewed by htriplettcpa@outlook.com
2025-09-24 - 4:08:38 AM GMT

Signer htriplettcpa@outlook.com entered name at signing as Holly M. Triplett
2025-09-24 - 4:23:00 AM GMT

Document e-signed by Holly M. Triplett (htriplettcpa@outlook.com)
Signature Date: 2025-09-24 - 4:23:02 AM GMT - Time Source: server

Agreement completed.
2025-09-24 - 4:23:02 AM GMT

**Adobe Acrobat Sign**