NVB 10–2(b) (Rev. 3/15)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−25−10341−nmc |
| NUMALE CORPORATION | CHAPTER 11 |
| Debtor(s) | ORDER GRANTING VERIFIED PETITION |

The submitted document "Verified Petition for Permission to Practice in this Case Only by Attorney not Admitted to the Bar of this Court" filed by Ivan M. Gold is **GRANTED**.

Dated: 9/25/25

*Dan Owens*

Dan Owens
Clerk of Court