

Dan Owens
Clerk of Court

Entered on Docket
September 26, 2025

NVB 5003 (Rev. 4/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: | BK−25−10341−nmc |
| NUMALE CORPORATION | CHAPTER 11 |
| Debtor(s) | NOTICE AND ORDER AUTHORIZING DESTRUCTION OF EXHIBITS |
| | Hearing Date:  September 24, 2025 |
| | Hearing Time:  9:30 AM |

**NOTICE IS GIVEN** that, pursuant to LR 5003(b)(5), if the exhibits received in this case regarding Disclosure Statement and Plan are not withdrawn twenty−one (21) days after the time for appeal has expired, the clerk, upon closing of the case, will destroy or make other disposition as the court may direct of any such exhibits without further notice.

Exhibits marked for identification or admitted into evidence during proceeding: 25−005 nmc

Noticed to:
Greg Garman

###