GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br>☒ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>☐ NUMALE NEW MEXICO SC,<br>☐ NUMALE ALL DEBTORS,<br><br>               Debtor. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**NOTICE OF REDACTION TO MONTHLY OPERATING REPORT**

PLEASE TAKE NOTICE that the *Monthly Operating Report* filed at ECF No. 528, as previously filed contains public information that may also be considered to be sensitive and/or

potentially confidential information, as follows:

- In re Feliciano NuMale Nevada PLLC, *Chapter 11 Monthly Operating Report for Case Number 25-10342 for the Month Ending: 07/31/2025* [ECF No. 528] at pages 20-32.

Attached hereto contains the corrected image.

DATED this 29 day of September, 2025.

                                          GARMAN TURNER GORDON LLP

                                      By: */s/ Mary Langsner*
                                              GREGORY E. GARMAN, ESQ.
                                              TALITHA GRAY KOZLOWSKI, ESQ.
                                              MARY LANGSNER, Ph.D.
                                              7251 Amigo Street, Suite 210
                                              Las Vegas, Nevada 89119
                                              *Attorneys for Michael Carmel, Chapter 11 Trustee*

**Garman Turner Gordon LLP**
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000