GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | *Jointly administered with:* |
| ☐ AFFECTS THIS DEBTOR, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMEDICAL SC, | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☒ NUMALE NEW MEXICO SC, | |
| ☐ NUMALE ALL DEBTORS, | |
| Debtor. | |

**NOTICE OF REDACTION TO MONTHLY OPERATING REPORT**

PLEASE TAKE NOTICE that the *Monthly Operating Report* filed at ECF No. 638, as previously filed contains public information that may also be considered to be sensitive and/or

potentially confidential information, as follows:

- In re NuMale New Mexico SC, *Chapter 11 Monthly Operating Report for Case Number 25-10347 for the Month Ending: 08/31/2025* [ECF No. 638] at pages 19-26.

Attached hereto contains the corrected image.

DATED this 29 day of September, 2025.

                          GARMAN TURNER GORDON LLP

                          By: /s/ Mary Langsner
                                GREGORY E. GARMAN, ESQ.
                                TALITHA GRAY KOZLOWSKI, ESQ.
                                MARY LANGSNER, Ph.D.
                                7251 Amigo Street, Suite 210
                                Las Vegas, Nevada 89119
                                *Attorneys for Michael Carmel, Chapter 11 Trustee*