GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☒ NUMALE COLORADO SC, | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☐ NUMALE ALL DEBTORS, | |
| Debtor. | |

## NOTICE OF REDACTION TO MONTHLY OPERATING REPORT

PLEASE TAKE NOTICE that the *Monthly Operating Report* filed at ECF No. 642, as previously filed contains public information that may also be considered to be sensitive and/or

potentially confidential information, as follows:

- In re NuMale Colorado SC, *Chapter 11 Monthly Operating Report for Case Number 25-10344 for the Month Ending: 08/31/2025* [ECF No. 642] at pages 16-20.

Attached hereto contains the corrected image.

DATED this 29 day of September, 2025.

                                              GARMAN TURNER GORDON LLP

                                              By: */s/ Mary Langsner*
                                                     GREGORY E. GARMAN, ESQ.
                                                     TALITHA GRAY KOZLOWSKI, ESQ.
                                                     MARY LANGSNER, Ph.D.
                                                     7251 Amigo Street, Suite 210
                                                     Las Vegas, Nevada 89119
                                                     *Attorneys for Michael Carmel, Chapter 11 Trustee*