GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
| NUMALE CORPORATION, | |
|    AFFECTS THIS DEBTOR, ☐ | *Jointly administered with:* |
|    AFFECTS FELICIANO<br>   NUMALE NEVADA PLLC, ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
|    NUMEDICAL SC, ☒ | NuMedical SC<br>Case No. 25-10343-nmc |
|    NUMALE COLORADO SC, ☐ | NuMale Colorado SC<br>Case No. 25-10344-nmc |
|    NUMALE FLORIDA TB PLLC, ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
|    NUMALE NEBRASKA LLC, ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
|    NUMALE NEW MEXICO SC, ☐ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|    NUMALE ALL DEBTORS, ☐ | |
|        Debtor. | |

## <u>NOTICE OF REDACTION TO MONTHLY OPERATING REPORT</u>

PLEASE TAKE NOTICE that the *Monthly Operating Report* filed at ECF No. 643, as

previously filed contains public information that may also be considered to be sensitive and/or

Garman Turner Gordon LLP
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

potentially confidential information, as follows:

- In re NuMedical SC, *Chapter 11 Monthly Operating Report for Case Number 25-10343 for the Month Ending: 08/31/2025* [ECF No. 643] at pages 20-29 and 31-32.

Attached hereto contains the corrected image.

    DATED this 29 day of September, 2025.

                GARMAN TURNER GORDON LLP

                By: */s/ Mary Langsner*
                    GREGORY E. GARMAN, ESQ.
                    TALITHA GRAY KOZLOWSKI, ESQ.
                    MARY LANGSNER, Ph.D.
                    7251 Amigo Street, Suite 210
                    Las Vegas, Nevada 89119
                    *Attorneys for Michael Carmel, Chapter 11 Trustee*