GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
|   ☒ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
|   ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
|   ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
|   ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
|   ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
|   ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
|   ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC Case No. 25-10347-nmc |
|   ☐ NUMALE ALL DEBTORS, |  |
| Debtor. |  |

**NOTICE OF REDACTION TO MONTHLY OPERATING REPORT**

PLEASE TAKE NOTICE that the *Monthly Operating Report* filed at ECF No. 644, as previously filed contains public information that may also be considered to be sensitive and/or

potentially confidential information, as follows:

- In re NuMale Corporation, *Chapter 11 Monthly Operating Report for Case Number 25-10341 for the Month Ending: 08/31/2025* [ECF No. 644] at pages 14, 21, and 29.

Attached hereto contains the corrected image.

DATED this 29 day of September, 2025.

                                      GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
     GREGORY E. GARMAN, ESQ.
     TALITHA GRAY KOZLOWSKI, ESQ.
     MARY LANGSNER, Ph.D.
     7251 Amigo Street, Suite 210
     Las Vegas, Nevada 89119
     *Attorneys for Michael Carmel, Chapter 11 Trustee*