# EXHIBIT 1

# EXHIBIT 1

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | | Lead Case No.: 25-10341-nmc |
|---|---|---|
| NUMALE CORPORATION, | | Chapter 11 |
| ☒ AFFECTS THIS DEBTOR, | | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | | Feliciano NuMale Nevada PLLC Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☐ NUMALE ALL DEBTORS, | | |
| Debtors. | | |

**DECLARATION OF THOMAS BUTTERFIELD IN SUPPORT OF SUPPLEMENTAL RULE 2014 DISCLOSURE REGARDING RETENTION OF <u>RUBINBROWN</u>**

I, Thomas Butterfield, CPA, hereby declare as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so.

2. I am a Certified Public Accountant licensed in the State of Nevada, I am a partner with RubinBrown LLP ("RubinBrown"), and I am experienced in the preparation of tax returns, as well as tax consulting, tax planning, and other areas of tax expertise.

3. I make this supplemental declaration in support of the *Supplemental Rule 2014 Statement Regarding Retention of RubinBrown LLP* (the "Supplement").[1]

4. Due to RubinBrown's extensive accounting practice and national presence, RubinBrown has in the past provided, is currently providing, and in the future will likely provide accounting services to certain of the Debtors' creditors, equity security holders, or other parties in interest in matters unrelated to these Chapter 11 Cases. These connections include:

- Kaempfer Crowell

This connection, however, does not involve the Debtors or these Chapter 11 Cases.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 29th day of September 2025.

/s/ Thomas Butterfield
THOMAS BUTTERFIELD

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Application.