# EXHIBIT C

# EXHIBIT C

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>**Auction:**<br>Date: October 22, 2025<br>Time: 9:30 a.m. Pacific Time<br><br>**Sale Hearing:**<br>Date: October 22, 2025<br>Time: 1:30 p.m. Pacific Time |
|---|---|

**NOTICE OF INTENT TO ASSUME AND ASSIGN CONTRACTS**

**PLEASE TAKE NOTICE** that on September 19, 2025, Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), filed the *Motion for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice of Sale by Auction; and (IV) Granting Related Relief; and (B)(I) Authorizing the Sale of Business Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (II) Granting Related Relief* [ECF No. 631] (the "Bid Procedures Motion")[1] with the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that by order dated September ___, 2025, the Bankruptcy Court approved the Bid Procedures and the Bid Procedures Motion via an order [ECF No. _____] (the "Bid Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Bid Procedures Order, the Trustee has indicated an intent to cause Debtors to assume and assign to a buyer the following contracts and unexpired leases (the "Assumed Contracts"), subject to payment of the following cure amounts (the "Cure Amounts"):

| Contract Counterparty | Cure Amount |
|---|---:|
| Apple iCloud | $0 |
| Gmail | $0 |
| GoDaddy, Inc. | $0 |
| Insurance Zizzle | $0 |
| Microsoft 365 (OneDrive) | $0 |
| My Bodysite | $0 |
| MyMedLeads/Texting System | $0 |

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Bid Procedures Motion.

| Contract Counterparty | Cure Amount |
|---|---|
| Prospect Rainbow, LLC (Innovative Real Estate Strategies) | $120,424.37 |
| 444 Regency Parkway LLC (Gordman Lake Regency, LLC) | $0 |
| Wyoming Office Park, LLC (Brunacini Companies) | $0 |
| Reliant Capital (New Lane Finance) | $0 |
| Tampa Westshore 500 LLC | $0 |

**PLEASE TAKE FURTHER NOTICE** that objections to the Cure Amounts, whether or not such party previously has filed a proof of claim with respect to amounts due under the applicable Assumed Contract, and/or objections to the potential assumption of such Assumed Contract, must be filed by and served, together with all documentation supporting such cure claim or objection, so as to be received by **October 10, 2025**, on Trustee's counsel at the address below:

Garman Turner Gordon LLP
Attn: Talitha Gray Kozlowski, Esq.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
tgray@gtg.legal

**PLEASE TAKE FURTHER NOTICE** that where a counterparty to an Assumed Contract files an objection with the Bankruptcy Court to the assumption by the Debtor and assignment to the Prevailing Bidder(s) of such Assumed Contract (the "<u>Disputed Assumption</u>") and/or asserting a cure amount higher than the proposed Cure Amounts listed in this notice (the "<u>Disputed Cure Amounts</u>"), the Trustee, the Prevailing Bidder(s), and the counterparty shall meet and confer in good faith to attempt to resolve any such objection without Court intervention. If the dispute cannot be resolved without judicial intervention, then the determination of the assumption and assignment of the Disputed Assumption and/or the amount to be paid under Section 365 of the Bankruptcy Code with respect to the Disputed Cure Amounts will be determined by the Court.

**PLEASE TAKE FURTHER NOTICE** that any counterparty to an Assumed Contract that fails to timely object to the proposed Cure amounts set forth herein or the proposed assumption

and assignment of an Assumed Contract by **October 10, 2025**, is deemed to have consented to such Cure amounts and the assumption and assignment of such Assumed Contract, and such party shall be forever barred from objecting to the Cure amounts or such assumption and assignment and from asserting any additional cure or other amounts against any of the Debtors, their estates, the Trustee, or the Prevailing Bidders.

**PLEASE TAKE FURTHER NOTICE** that Trustee and the Prevailing Bidder(s), as applicable, reserve the right to designate which, if any, executory contracts or unexpired leases will be assumed and assigned. Inclusion of a contract or lease on this Notice does not indicate that the Prevailing Bidder(s) will ultimately determine to have any of the Debtors assume and seek assignment of such contract or lease. No executory contract or unexpired lease will be assumed unless and until the occurrence of the closing of the 363 Sale of the 363 Assets.

**PLEASE TAKE FURTHER NOTICE** that the inclusion of a contract or lease herein shall not constitute or be deemed a determination or an admission by the Trustee, the Estates, or the Debtors that such document or agreement is in fact an executory contract or an unexpired lease within the meaning of Section 365 of the Bankruptcy Code (all rights with respect thereto being expressly reserved).

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

**PLEASE TAKE FURTHER NOTICE** that a hearing to determine any Disputed Cure Amounts or Disputed Assumption will be conducted at the Sale Hearing on **October 22, 2025, at 1:30 p.m. (prevailing Pacific Time)** at the United States Bankruptcy Court for the District of Nevada, 300 S. Las Vegas Boulevard, Las Vegas, Nevada 89101. Parties are also permitted to appear telephonically by dialing (833) 435-1820 and entering meeting ID (if applicable): 161 166 2815 and entering access code or passcode 115788#.

Dated this ___ day of September, 2025.

GARMAN TURNER GORDON LLP

By: /s/
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*