1

2

3 _____
Honorable Natalie M. Cox
United States Bankruptcy Judge

4

5 Entered on Docket
September 30, 2025

6

7 GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654

8 Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.

9 Nevada Bar No. 9040
Email: tgray@gtg.legal

10 MARY LANGSNER, Ph.D.
Nevada Bar No. 13707

11 Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210

12 Las Vegas, Nevada 89119
Tel: 725.777.3000

13 *Attorneys for Michael Carmel, Chapter 11
Trustee*

14
**UNITED STATES BANKRUPTCY COURT**

15 **DISTRICT OF NEVADA**

16 In re:                                              Lead Case No.: 25-10341-nmc
                                                       Chapter 11
17 NUMALE CORPORATION,
                                                       *Jointly administered with:*
18     AFFECTS THIS DEBTOR,            ☐
                                                       Feliciano NuMale Nevada PLLC,
19     AFFECTS FELICIANO              ☐                Case No. 25-10342-nmc
       NUMALE NEVADA PLLC,
20                                                     NuMedical SC
       NUMEDICAL SC,                  ☐                Case No. 25-10343-nmc
21
       NUMALE COLORADO SC,            ☐                NuMale Colorado SC,
22                                                     Case No. 25-10344-nmc
       NUMALE FLORIDA TB PLLC,        ☐
23                                                     NuMale Florida TB PLLC,
       NUMALE NEBRASKA LLC,           ☐                Case No. 25-10345-nmc
24
       NUMALE NEW MEXICO SC,          ☐                NuMale Nebraska LLC
25                                                     Case No. 25-10346-nmc
       NUMALE ALL DEBTORS,            ☒
26                                                     NuMale New Mexico SC
           Debtors.                                    Case No. 25-10347-nmc
27
                                                       Hearing Date:   September 24, 2025
28                                                     Hearing Time:  9:30 a.m.

**ORDER APPROVING**
**FIRST INTERIM FEE APPLICATION OF GARMAN TURNER GORDON LLP**
**AS ATTORNEYS FOR MICHAEL CARMEL, CHAPTER 11 TRUSTEE, FOR THE**
**ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED**
**AND REIMBURSEMENT OF EXPENSES**

Garman Turner Gordon LLP ("GTG"), as attorneys for Michael Carmel, the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), filed its *First Interim Fee Application of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 549] (the "Application"),[1] which came on for hearing before the above-captioned Court on September 24, 2025, at 9:30 a.m.   Gregory E. Garman, Esq. appeared on behalf of Garman Turner Gordon LLP and the Trustee, Michael Carmel, and all other appearances were noted on the record.

The Court reviewed the Application and all matters submitted therewith.  The Court considered the argument of counsel made at the time of the hearing and found that notice of the Application was proper.  The Court stated its findings of fact and conclusions of law on the record at the hearing on the Application, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure and good cause appearing for the relief requested:

**IT IS HEREBY ORDERED, ADJUDGED, AND DEGREED AS FOLLOWS:**

1.      The Application is GRANTED in its entirety, on an interim basis.

2.      Pursuant to 11 U.S.C. §§ 328(a) and 331, for the period of April 7, 2025, through August 15, 2025 (the Compensation Period), Garman Turner Gordon LLP ("GTG") as counsel to the Chapter 11 Trustee of the Debtors' Estates, is awarded professional compensation for actual, necessary services rendered in the amount of $9,338,543.40, and reimbursement of actual and

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

necessary expenses incurred in the amount of $42,575.51, for a total of $9,381,118.91 in case number 25-10341-NMC, which amounts are awarded on an interim basis and are hereby awarded, authorized, and approved pursuant to 11 U.S.C. §§ 328 and 331.

3.      Except to the extent GTG consents to other consensual treatment under the *Joint Plan of Reorganization* [ECF No. 434] (the "Plan"), Chapter 11 Trustee Michael Carmel, the Trustee for the Debtors' Estates, is hereby authorized, empowered, and directed to pay GTG the fees and expenses allowed by the Court in this Order, subject to the concessions identified in the Application [ECF No. 549 at 7-8], including the waiver of GTG's hourly compensation, the voluntary reduction of its contingency fee, and the voluntary deferral identified in the Application which was specifically identified on the record at the hearing on the Application as the amount of $4,669,271.70 in compensation voluntary deferred.

4.      The Trustee is hereby authorized, empowered, and directed to pay Garman Turner Gordon LLP the total amount of fees and expenses approved herein, the amount of $9,381,118.91, as authorized pursuant to this Order entered in the lead jointly administered bankruptcy case number 25-10341-nmc.  Of this amount, the Trustee is authorized, empowered, and directed to immediately pay GTG $4,711,847.21 from funds on hand and shall pay GTG the Deferred Portion of $4,669,271.70 from Liquidation Trust proceeds once available.

5.      The total amount of compensation awarded to GTG from the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, altogether, by entry of this Order is $9,338,543.40 in fees and $42,575.51 in expenses, for a grand total of $9,381,118.91, which amount is awarded on an interim basis.

6.      The Court retains jurisdiction to address any disputes arising from or out of, related to, regarding, and/or in connection with this Order..

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Chapter 11*
    *Trustee*

1

### **LR 9021 CERTIFICATION:**

2

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

3

4

☐    The court has waived the requirement set forth in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

5

6

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

7

Justin C. Valencia, Esq.           **APPROVED**
Alyssa Rogan, Esq.

8

*Attorneys for the United States*
*Trustee for Region 17*

9

10

☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

11

12

13

### ###

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28