_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
September 30, 2025

_____

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>☐ NUMALE NEW MEXICO SC,<br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date:  September 24, 2025<br>Hearing Time:  9:30 a.m. |
|---|---|

# ORDER APPROVING MOTION TO AUTHORIZE PAYMENT OF COMMISSION TO MICHAEL CARMEL, CHAPTER 11 TRUSTEE

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), filed his *Motion to Authorize Payment of Commission to Michael Carmel, Chapter 11 Trustee* [ECF No. 545] (the "Motion"),[1] which came on for hearing before the above-captioned Court on September 24, 2025, at 9:30 a.m.  Attorneys Gregory E. Garman, Esq., Talitha G. Kozlowski, Esq. and Mary Langsner, Ph.D. appeared on behalf of the Trustee, Michael Carmel, and all other appearances were noted on the record.

The Court reviewed and considered the Motion and all matters submitted therewith including the supporting declaration of Michael W. Carmel, Esq. and the evidence submitted in support thereof.  The Court also reviewed and considered the statements and argument of counsel made at the time of the hearing and found that notice of the Motion was proper.  The Court stated its findings of fact and conclusions of law on the record at the hearing on the Motion, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure.  Good cause appearing therefor,

**IT IS HEREBY ORDERED** that:

1. The Motion is **GRANTED** in its entirety.

2. The Commission to the Trustee is hereby awarded, authorized, and approved pursuant to 11 U.S.C. § 326(a) in the amount of **$3,278,250.00** based on the Estate Disbursements in the sum of $108,500,000.00, which Commission amount is awarded on a final basis.

3. The Trustee is authorized to pay himself the approved Commission in the total amount of **$3,278,250.00**, as authorized pursuant to this Order entered in the lead jointly administered bankruptcy case number 25-10341-nmc.  Of this amount, the Trustee is authorized,

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Motion.

empowered, and directed to immediately pay himself $3,000,000.00 from funds on hand and shall pay himself the Deferred Portion of $278,250.00 from Liquidation Trust proceeds once available.

4. The total amount of final Commission awarded to the Trustee from the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, altogether, by entry of this Order is **$3,278,250.00**, which amount is awarded on a final basis.

5. The Court retains jurisdiction to address any disputes arising from or out of, related to, regarding, and/or in connection with this Order.

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
 GREGORY E. GARMAN, ESQ.
 TALITHA GRAY KOZLOWSKI, ESQ.
 MARY LANGSNER, Ph.D.
 7251 Amigo Street, Suite 210
 Las Vegas, Nevada 89119
 *Attorneys for Michael Carmel, Chapter 11 Trustee*

**LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Justin C. Valencia, Esq.　　　　　　　　**APPROVED**
Alyssa Rogan, Esq.
*Attorneys for the United States*
*Trustee for Region 17*

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #