GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|---|
| NUMALE CORPORATION, | | | *Jointly administered with:* |
| | AFFECTS THIS DEBTOR, | ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| | AFFECTS FELICIANO<br>NUMALE NEVADA PLLC, | ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| | NUMEDICAL SC, | ☐ | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| | NUMALE COLORADO SC, | ☐ | |
| | NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| | NUMALE NEBRASKA LLC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| | NUMALE NEW MEXICO SC, | ☐ | |
| | NUMALE ALL DEBTORS, | ☒ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtor. | | | |

**NOTICE OF ENTRY OF ORDERS**

1

Please take notice that the following orders were entered in the above-captioned matter on the 30th of September, 2025.

1.  *Order Approving First Interim Fee Application of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 700], attached hereto as **Exhibit** "**1**."

2.  *Order Approving Motion to Authorize Payment of Commission to Michael Carmel, Chapter 11 Trustee* [ECF No. 701], attached hereto as **Exhibit** "**2**."

DATED this 30th day of September, 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*

# EXHIBIT 1

# EXHIBIT 1

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
September 30, 2025

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS,<br>        Debtors. | Hearing Date: September 24, 2025<br>Hearing Time: 9:30 a.m. |

**ORDER APPROVING
FIRST INTERIM FEE APPLICATION OF GARMAN TURNER GORDON LLP
AS ATTORNEYS FOR MICHAEL CARMEL, CHAPTER 11 TRUSTEE, FOR THE
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES**

Garman Turner Gordon LLP ("GTG"), as attorneys for Michael Carmel, the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), filed its *First Interim Fee Application of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 549] (the "Application"),[1] which came on for hearing before the above-captioned Court on September 24, 2025, at 9:30 a.m. Gregory E. Garman, Esq. appeared on behalf of Garman Turner Gordon LLP and the Trustee, Michael Carmel, and all other appearances were noted on the record.

The Court reviewed the Application and all matters submitted therewith. The Court considered the argument of counsel made at the time of the hearing and found that notice of the Application was proper. The Court stated its findings of fact and conclusions of law on the record at the hearing on the Application, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure and good cause appearing for the relief requested:

**IT IS HEREBY ORDERED, ADJUDGED, AND DEGREED AS FOLLOWS:**

1. The Application is GRANTED in its entirety, on an interim basis.

2. Pursuant to 11 U.S.C. §§ 328(a) and 331, for the period of April 7, 2025, through August 15, 2025 (the Compensation Period), Garman Turner Gordon LLP ("GTG") as counsel to the Chapter 11 Trustee of the Debtors' Estates, is awarded professional compensation for actual, necessary services rendered in the amount of $9,338,543.40, and reimbursement of actual and

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

necessary expenses incurred in the amount of $42,575.51, for a total of $9,381,118.91 in case number 25-10341-NMC, which amounts are awarded on an interim basis and are hereby awarded, authorized, and approved pursuant to 11 U.S.C. §§ 328 and 331.

3. Except to the extent GTG consents to other consensual treatment under the *Joint Plan of Reorganization* [ECF No. 434] (the "Plan"), Chapter 11 Trustee Michael Carmel, the Trustee for the Debtors' Estates, is hereby authorized, empowered, and directed to pay GTG the fees and expenses allowed by the Court in this Order, subject to the concessions identified in the Application [ECF No. 549 at 7-8], including the waiver of GTG's hourly compensation, the voluntary reduction of its contingency fee, and the voluntary deferral identified in the Application which was specifically identified on the record at the hearing on the Application as the amount of $4,669,271.70 in compensation voluntary deferred.

4. The Trustee is hereby authorized, empowered, and directed to pay Garman Turner Gordon LLP the total amount of fees and expenses approved herein, the amount of $9,381,118.91, as authorized pursuant to this Order entered in the lead jointly administered bankruptcy case number 25-10341-nmc. Of this amount, the Trustee is authorized, empowered, and directed to immediately pay GTG $4,711,847.21 from funds on hand and shall pay GTG the Deferred Portion of $4,669,271.70 from Liquidation Trust proceeds once available.

5. The total amount of compensation awarded to GTG from the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, altogether, by entry of this Order is $9,338,543.40 in fees and $42,575.51 in expenses, for a grand total of $9,381,118.91, which amount is awarded on an interim basis.

6. The Court retains jurisdiction to address any disputes arising from or out of, related to, regarding, and/or in connection with this Order..

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Chapter 11 Trustee*

**LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court has waived the requirement set forth in LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Justin C. Valencia, Esq.                         **APPROVED**
Alyssa Rogan, Esq.
*Attorneys for the United States Trustee for Region 17*

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

# EXHIBIT 2

# EXHIBIT 2



_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
September 30, 2025

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: September 24, 2025<br>Hearing Time: 9:30 a.m. |

# ORDER APPROVING MOTION TO AUTHORIZE PAYMENT OF COMMISSION TO MICHAEL CARMEL, CHAPTER 11 TRUSTEE

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), filed his *Motion to Authorize Payment of Commission to Michael Carmel, Chapter 11 Trustee* [ECF No. 545] (the "Motion"),[1] which came on for hearing before the above-captioned Court on September 24, 2025, at 9:30 a.m.  Attorneys Gregory E. Garman, Esq., Talitha G. Kozlowski, Esq. and Mary Langsner, Ph.D. appeared on behalf of the Trustee, Michael Carmel, and all other appearances were noted on the record.

The Court reviewed and considered the Motion and all matters submitted therewith including the supporting declaration of Michael W. Carmel, Esq. and the evidence submitted in support thereof.  The Court also reviewed and considered the statements and argument of counsel made at the time of the hearing and found that notice of the Motion was proper.  The Court stated its findings of fact and conclusions of law on the record at the hearing on the Motion, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure.  Good cause appearing therefor,

 IT IS HEREBY ORDERED that:

1. The Motion is **GRANTED** in its entirety.

2. The Commission to the Trustee is hereby awarded, authorized, and approved pursuant to 11 U.S.C. § 326(a) in the amount of **$3,278,250.00** based on the Estate Disbursements in the sum of $108,500,000.00, which Commission amount is awarded on a final basis.

3. The Trustee is authorized to pay himself the approved Commission in the total amount of **$3,278,250.00**, as authorized pursuant to this Order entered in the lead jointly administered bankruptcy case number 25-10341-nmc.  Of this amount, the Trustee is authorized,

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Motion.

empowered, and directed to immediately pay himself $3,000,000.00 from funds on hand and shall pay himself the Deferred Portion of $278,250.00 from Liquidation Trust proceeds once available.

4. The total amount of final Commission awarded to the Trustee from the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, altogether, by entry of this Order is **$3,278,250.00**, which amount is awarded on a final basis.

5. The Court retains jurisdiction to address any disputes arising from or out of, related to, regarding, and/or in connection with this Order.

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Chapter 11 Trustee*

**LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court has waived the requirement set forth in LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

    Justin C. Valencia, Esq.                       **APPROVED**
    Alyssa Rogan, Esq.
    *Attorneys for the United States*
    *Trustee for Region 17*

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

### #