GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | *Jointly administered with:* |
| ☐ AFFECTS THIS DEBTOR, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMEDICAL SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☐ NUMALE NEW MEXICO SC, | |
| ☒ NUMALE ALL DEBTORS, | **Auction:**<br>**Date: October 22, 2025**<br>**Time: 9:30 a.m.** |
| Debtors. | **Sale Hearing:**<br>**Date: October 22, 2025**<br>**Time: 1:30 p.m.** |

### NOTICE OF BID PROCEDURES, AUCTION DATE, AND SALE HEARING

**PLEASE TAKE NOTICE** that on September 24, 2025, Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), filed the *Motion for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice of Sale by Auction; and (IV) Granting Related Relief; and (B) (I) Authorizing the Sale of Business Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (II) Granting Related Relief* [ECF No. 631] (the "Bid Procedures Motion")[1] with the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that by order dated September 30, 2025, the Bankruptcy Court approved the Bid Procedures and the Bid Procedures Motion [ECF No. 698] (the "Bid Procedures Order").

**PLEASE TAKE FURTHER NOTICE** that Trustee will hold an Auction of the Debtors' 363 Assets free and clear of all liens, claims, encumbrances, and other interests within the meaning of 11 U.S.C. § 363(f) on **October 22, 2025, at 9:30 a.m. (PT)**, which Auction shall be organized and conducted by Trustee in person at the Bankruptcy Court located at Foley Federal Building and U.S. Courthouse, 300 Las Vegas Blvd South, Las Vegas, NV 89101, in Courtroom 3, or such other location as may be announced prior to the Auction to all Qualified Bidders.

**PLEASE TAKE FURTHER NOTICE** that all interested parties are invited to submit a Qualified Bid and to make offers to purchase a portion or all of the 363 Assets in accordance with the terms of the Bid Procedures attached hereto as **Exhibit "A"** and the Bid Procedures Order. The deadline to submit bids (the "Bid Deadline") is **October 17, 2025, at 4:00 p.m. (PT)**.

**PLEASE TAKE FURTHER NOTICE** that prior to the Bid Deadline, a Qualified Bidder that desires to make a Bid shall deliver written copies of its Bid to:

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Bid Procedures Motion.

Talitha Gray Kozlowski, Esq.
Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
tgray@gtg.legal

**PLEASE TAKE FURTHER NOTICE** after the Bid Deadline, the Trustee, in his sole discretion, shall determine which Qualified Bid(s) represents the then-highest or otherwise best bid (the "Initial Highest Bid(s)," and the entity submitting such Bid, the "Initial Highest Bidder(s)"). Prior to or at the start of the Auction, each Qualified Bidder that timely submitted a Qualified Bid will be advised of such Initial Highest Bid(s) and the Trustee may: (a) distribute copies of other Qualified Bids to other Qualified Bidders prior to or during the Auction; or (b) proceed with the open or sealed bidding process set forth in the Bidding Procedures Order to the extent authorized therein.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the proposed Sale must: (a) be in writing; (b) clearly specify the grounds for the objection; (c) comply with the Bankruptcy Rules and the Local Rules; (d) be filed with the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 S. Las Vegas Boulevard, Las Vegas, Nevada 89101; and (d) be served so as to be received by: (1) counsel for Trustee, Talitha Gray Kozlowski: tgray@gtg.legal, and (2) all parties entitled to notice pursuant to Bankruptcy Rule 2002, in accordance with Local Bankruptcy Rule 2002 by **October 10, 2025**.

**PLEASE TAKE FURTHER NOTICE** that replies to any objection(s) must: (a) be in writing; (b) clearly specify the grounds on which made; (c) comply with the Bankruptcy Rules and the Local Rules; (d) be filed with the Clerk of the United States Bankruptcy Court for the District of Nevada, 300 S. Las Vegas Boulevard, Las Vegas, Nevada 89101; and (d) be served so as to be received by: (1) counsel for Trustee, Talitha Gray Kozlowski: tgray@gtg.legal, and (2) all parties entitled to notice pursuant to Bankruptcy Rule 2002, in accordance with Local Bankruptcy Rule 2002 by **October 20, 2025**.

**PLEASE TAKE FURTHER NOTICE** that the Sale Hearing shall be conducted by the Bankruptcy Court on **October 22, 2025, at 1:30 p.m.** (PT) (the "Sale Hearing"), or on such other

1  date as the Court may direct.  Requests for any information concerning the sale of the 363 Assets
2  should be directed by written request to Trustee's undersigned counsel.
3      DATED this 30th day of September, 2025.

GARMAN TURNER GORDON LLP

By: /s/ Mary Langsner
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119

*Attorneys for Michael Carmel, Chapter 11 Trustee*