# EXHIBIT 1

# EXHIBIT 1

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | | Lead Case No.: 25-10341-nmc |
|---|---|---|
| NUMALE CORPORATION, | | Chapter 11 |
| ☒ AFFECTS THIS DEBTOR, | | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | | |
| ☒ NUMALE NEW MEXICO SC, | | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE ALL DEBTORS, | | |
| Debtors. | | NuMale New Mexico SC Case No. 25-10347-nmc |

**DECLARATION OF EDWARD RICCO IN SUPPORT OF SUPPLEMENTAL RULE 2014 STATEMENT REGARDING RETENTION OF RODEY, DICKASON, SLOAN, <u>AKIN, & ROBB, P.A.</u>**

I, Edward Ricco, hereby declare as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so.

2. I make this supplemental declaration in support of the *Application to Employ Rodey, Dickason, Sloan, Akin, & Robb, P.A. as Special Litigation Counsel to the Chapter 11 Estates* (the "Application").[1]

3. I am an attorney licensed to practice law in the State of New Mexico, Bar No. 2194. I am a shareholder and director of Rodey, Dickason, Sloan, Akin, & Robb, P.A. ("Rodey Law"). Rodey Law maintains offices in Albuquerque and Santa Fe, New Mexico. I am admitted to practice law before all New Mexico state courts, the United States District Court for the District of New Mexico, the United States Court of Federal Claims, the United States Court of Appeals for the First, Ninth, Tenth and District of Columbia Circuits, and the United States Supreme Court.

4. Rodey Law frequently represents clients insured by Chubb, Arch, and Zurich North America (or an affiliate), and currently represents Quintairos, Prieto, Wood & Boyer, P.A. and a member thereof in an unrelated matter. None of these connections or matters involve the Debtors or these Chapter 11 Cases.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 30th day of September, 2025.

*/s/ Edward Ricco*
EDWARD RICCO

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Application.