_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
September 30, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |

| | |
|---|---|
| NUMALE ALL DEBTORS, ☒<br><br>Debtors. | NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>**Vacated Hearing:**<br>Hearing Date:  October 22, 2025<br>Hearing Time: 9:30 a.m. |

**ORDER APPROVING STIPULATION RESOLVING ORDER TO SHOW CAUSE AND GRANTING PERMANENT INJUNCTION**

The Court has considered the *Stipulation Resolving Order to Show Cause and Granting Permanent Injunction* (the "Stipulation")[1] entered into by and between Michael Carmel, as the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, on the one hand, and Brad Palubicki, Carlos Feliciano, Eva Gabriela Farmer De La Torre, Holly Triplett, and Ken Braielmeir, on the other, and finds that good cause exists to grant the relief requested.  Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved in the entirety and is the Order of this Court.

**IT IS FURTHER ORDERED** that the Evidentiary Hearing set for October 22, 2025, at 9:30 a.m. is hereby vacated.

**IT IS SO ORDERED.**

Prepared and submitted by:

| GARMAN TURNER GORDON LLP | HOLLAND & HART LLP |
|---|---|
| By:*/s/ Mary Langsner*<br>  GREGORY E. GARMAN, ESQ.<br>  TALITHA GRAY KOZLOWSKI, ESQ.<br>  MARY LANGSNER, Ph.D.<br>  7251 Amigo Street, Suite 210<br>  Las Vegas, Nevada 89119<br>  *Attorneys for Michael Carmel, Chapter 11 Trustee* | By: */s/ Joseph G. Went*<br>  JOSEPH G. WENT, ESQ.<br>  LARS K. EVENSEN ESQ.<br>  SYDNEY R. GAMBEE, ESQ.<br>  9555 Hillwood Drive, 2nd Floor<br>  Las Vegas, NV 89134<br>  *Attorneys for Brad Palubicki* |

# # #

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000