GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | NuMale New Mexico SC Case No. 25-10347-nmc |

**EX PARTE APPLICATION FOR BANKRUPTCY RULE 2004 EXAMINATION OF <u>WELLS FARGO BANK, N.A.</u>**

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through his counsel, the law firm of Garman Turner Gordon LLP, hereby respectfully applies for an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure directing Wells Fargo Bank, N.A. to appear for an examination on or after October 16, 2025. The Trustee further requests the examination be continued from day to day until concluded.[1]

Bankruptcy Rule 2004(a) provides that "[o]n a party in interest's motion, the court may order the examination of any entity." Such an examination may relate to the acts, conduct, or property, or to the liabilities and financial condition of the debtors, or to any matter which may affect the administration of the debtors' estate. *See* FED. R. BANKR. P. 2004(b). Here, the requested examination relates to matters that are within the permitted scope of Bankruptcy Rule 2004, including the Debtors' bank records and the assets, liabilities and financial condition of the Debtors. Local Rule 2004(b) further provides in pertinent part that "the Clerk may sign orders for examination only if the dates for examination is more than fourteen (14) days from the date the motion is filed…." Therefore, the Clerk may sign an order for the Bankruptcy Rule 2004 examination of Wells Fargo Bank, N.A.

WHEREFORE, the Trustee respectfully requests entry of the *Order Granting Ex Parte Application for Bankruptcy Rule 2004 Examination of Wells Fargo Bank, N.A.* submitted herewith as **Exhibit "1"**.

DATED this 1st day of October 2025.

                                              GARMAN TURNER GORDON LLP

                                              By: */s/Mary Langsner*
                                                  GREGORY E. GARMAN, ESQ.
                                                  TALITHA GRAY KOZLOWSKI, ESQ.
                                                  MARY LANGSNER, Ph.D.
                                                  7251 Amigo Street, Suite 210
                                                  Las Vegas, Nevada 89119
                                                  *Attorneys for Michael Carmel, Ch. 11 Trustee*

---

[1] The examination will be recorded via stenographic means and may also be recorded by a videographer.