# EXHIBIT 1

# EXHIBIT 1

```
 1
 2
 3
 4
 5
 6  GARMAN TURNER GORDON LLP
    GREGORY E. GARMAN
 7  Nevada Bar No. 6654
    E-mail: ggarman@gtg.legal
 8  TALITHA GRAY KOZLOWSKI, ESQ.
 9  Nevada Bar No. 9040
    tgray@gtg.legal
10  MARY LANGSNER, Ph.D.
    Nevada Bar No. 13707
11  mlangsner@gtg.legal
12  7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
13  Telephone (725) 777-3000
    Facsimile (725) 777-3112
14  Attorneys for Michael Carmel,
    Chapter 11 Trustee
15
```

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |

| NUMALE ALL DEBTORS, | ☒ | NuMale New Mexico SC |
| --- | --- | --- |
| Debtors. | | Case No. 25-10347-nmc |

# ORDER GRANTING EX PARTE APPLICATION FOR BANKRUPTCY RULE 2004 EXAMINATION OF WELLS FARGO BANK, N.A.

Upon the *Ex Parte Application for Bankruptcy Rule 2004 Examination of Wells Fargo Bank N.A.* (the "Ex Parte Application") filed by Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, and good cause appearing therefor;

**IT IS HEREBY ORDERED** that Wells Fargo Bank, N.A. shall appear for a Rule 2004 examination on or after October 16, 2025, that is set forth in a subpoena issued to *Wells Fargo Bank, N.A.*, pursuant to FED. R. BANKR. P. 2004, regarding matters that are within the scope of Rule 2004, including without limitation the acts, assets, conduct, property, liabilities, financial condition, and business dealings of the above-captioned Debtors. The Trustee shall issue a separate subpoena pursuant to Fed. R. Bankr. P. 9016 for the production of documents.

**IT IS FURTHER ORDERED** that the examination may be continued from day to day until concluded and that the examination will be recorded by a certified court reporter by stenographic means and may also be videographically recorded.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Chapter 11 Trustee*