GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | Hearing Date: October 7, 2025<br>Hearing Time: 9:30 a.m. |

**STIPULATION WITH ZURICH AMERICAN INSURANCE COMPANY TO RESOLVE TRUSTEE'S MOTION FOR AN ORDER COMPELLING TURNOVER OF PROPERTY OF THE ESTATES AND FOR SANCTIONS**

1

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through his counsel of record, the law firm Garman Turner Gordon LLP, and Zurich American Insurance Company ("Zurich"), by and through its counsel, the law firm of Plevin & Turner LLP (Trustee Carmel and Zurich together, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on or about January 22, 2025 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned bankruptcy cases (collectively, the "Chapter 11 Cases"). *See, e.g.*, ECF No. 1.

WHEREAS, on or about April 2, 2025, this Court entered its *Order on United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or in the Alternative, to Convert or Dismiss this Case Pursuant to 11 U.S.C. § 1112(b), and Reservation of Rights*, thereby directing the appointment of a Chapter 11 trustee for the Debtors' estates. *See* ECF No. 132.

WHEREAS, on or about April 7, 2025, the Trustee was appointed the Chapter 11 Trustee for the Debtors' estates [ECF Nos. 155-157].

WHEREAS, on or about August 12, 2025, the Trustee filed the *Motion for an Order Compelling Turnover of Property of the Estates and for Sanctions* [ECF No. 467] (the "Motion").[1] The Trustee's, and his counsel's, efforts to communicate with Zurich are detailed in the Motion and supporting papers. The Motion regards Claim No. *NuMale Corporation 5630118129* ("Claim") made with Zurich in the amount of approximately $168,386.01.

WHEREAS, the Motion was originally noticed and set for a hearing on September 24, 2025, at 9:30 a.m. *See, e.g.* ECF No. 552.

WHEREAS, on September 8, 2025, the Parties filed the *Stipulation to Continue Hearing on Motion for an Order Compelling Turnover of Property of the Estates, and for Sanctions* [ECF No.

---

[1] Unless stated herein, all undefined, capitalized terms shall have the meanings ascribed to them in the Motion.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

591] ("Stipulation"), continuing the hearing on the Motion to October 7, 2025, at 9:30 a.m.; the Stipulation references the Parties' ongoing efforts to resolve the Motion.

WHEREAS, the Parties have reached a resolution regarding the Motion, and this Stipulation reflects such resolution.

**NOW, THEREFORE**, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

1. In full and final resolution of the Motion, and in connection with a full and final resolution of the Claim:

    a. On or before October 31, 2025, Zurich shall pay to the Trustee the total amount of $121,748.18 ("Zurich Payment");

    b. The Zurich Payment shall be remitted pursuant to payment instructions to be provided by Trustee's counsel;

    c. Upon entry of an Order approving this Stipulation, the hearing on the Motion shall be vacated; and

    d. Remittance of the Zurich Payment as set forth herein shall be deemed a full satisfaction and release, by the Trustee and the Debtors' estates, of any and all claims, losses, or damages arising out of the Claim as against Zurich, its successors and assigns, parent companies, subsidiaries, affiliates, partnerships and joint ventures, principals, agents, servants, legal representatives, parents and affiliates, and employees.

2. The Court retains jurisdiction to adjudicate any disputes arising from, regarding, or

. . .

. . .

. . .

. . .

. . .

relating to this Stipulation and any Order entered hereupon.

**IT IS SO STIPULATED**.

Dated this 6th day of October, 2025.             Dated this 6th day of October, 2025.

GARMAN TURNER GORDON LLP                         PLEVIN & TURNER LLP

By:/s/ *Mary Langsner*                           By: /s/ *Mark D. Plevin*
   GREGORY E. GARMAN, ESQ.                       MARK D. PLEVIN, ESQ.
   TALITHA GRAY KOZLOWSKI, ESQ.                  580 California Street, Suite 1200
   MARY LANGSNER, Ph.D.                          San Francisco, CA 94104
   7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119                       *Attorneys for Zurich American Insurance*
   *Attorneys for Michael Carmel,*               *Company*
   *Chapter 11 Trustee*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000