# EXHIBIT 2

# EXHIBIT 2

| Debtor | Fees | Costs | Total | Courtesy Discount | Grand Total |
|---|---|---|---|---|---|
| NuMale Corporation | $13,628.50 | $ 840.00 | $14,468.50 |  | $ 14,468.50 |
| Feliciano NuMale Nevada PLLC | $ 3,696.85 | $ 840.00 | $ 4,536.85 | $ 680.53 | $ 3,856.32 |
| NuMedical SC | $ 3,567.70 | $ 840.00 | $ 4,407.70 | $ 440.77 | $ 3,966.93 |
| NuMale Colorado SC | $ 1,703.90 | $ 840.00 | $ 2,543.90 |  | $ 2,543.90 |
| NuMale Florida TB PLLC | $ 2,364.60 | $ 840.00 | $ 3,204.60 |  | $ 3,204.60 |
| NuMale Nebraska LLC | $ 2,284.25 | $ 840.00 | $ 3,124.25 |  | $ 3,124.25 |
| NuMale New Mexico SC | $ 2,888.60 | $ 840.00 | $ 3,728.60 |  | $ 3,728.60 |
| Total | $30,134.40 | $5,880.00 | $36,014.40 | $1,121.30 | $ 34,893.10 |