GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date:  ***OST Requested***<br>Hearing Time:  ***OST Requested*** |

**DECLARATION OF THOMAS BUTTERFIELD IN SUPPORT OF
FIRST AND FINAL FEE APPLICATION OF RUBINBROWN LLP FOR THE
ALLOWANCE OF COMPENSATION FOR TAX PREPARATION SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES**

I, Thomas Butterfield, CPA, hereby declare as follows:

1.    I am over the age of 18 and mentally competent.  I have personal knowledge of

the facts in this matter and if called upon to testify, could and would do so. I make this declaration in support of the *First and Final Fee Application of RubinBrown LLP for the Allowance of Compensation for Tax Preparation Services Rendered and Reimbursement of Expenses* (the "Application").[1]

2. I am a Certified Public Accountant licensed in the State of Nevada, I am a partner with RubinBrown LLP ("RubinBrown"), and I am experienced in the preparation of tax returns, as well as tax consulting, tax planning, and other areas of tax expertise.

3. The expenses incurred by RubinBrown for each tax return prepared are the firm's fees covering software expenses, IRS and state government filing fees, and other administrative expenses incurred by the firm in connection with preparing tax returns. For consistency, the firm bills these expenses on a consolidated basis, per return, as a fixed fee.

4. Attached hereto as **Exhibit 1** are true and correct copies of invoices describing the nature of expenses incurred in connection with preparation of each of Debtors' returns.

5. The fees charged by RubinBrown in these Chapter 11 Cases are billed in accordance with its existing procedures in effect during the Application Period. Such fees are reasonable in light of the customary compensation charged by comparably skilled practitioners in a competitive market.

6. Additionally, courtesy discounts were taken on the preparations of certain of the Debtors' tax returns. These were taken pursuant to my judgment, upon evaluation of the services performed.

7. During the Application Period, RubinBrown performed actual and necessary services in the form of preparing and filing the Debtors' calendar year 2024 tax returns which were due, and for which I came to understand the Debtors' prior accountant had prepared and filed extensions prior to the Trustee's appointment. The work involved in preparing each of the Debtors' returns is detailed in the Invoices attached hereto as **Exhibit 1**. Additionally, as the work involved in preparing the lead Debtor, NuMale Corporation, tax return was more

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning(s) ascribed to them in the Application.

complicated than the other Debtors given, *inter alia*, its ownership interests in other entities and the Debtors' overall corporate structure, that Debtor's tax return took additional time to prepare and complete. This is also reflected in the Invoices attached hereto as **Exhibit 1**.

8. I submit that the expenses RubinBrown has incurred and paid in rendering tax preparation services during the Application Period are reasonable and necessary under the circumstances of the Chapter 11 Cases, and that the reimbursement to RubinBrown for such expenses is appropriate and should be allowed. The expenses incurred by RubinBrown for each tax return prepared are the firm's fees covering software expenses, IRS and state government filing fees, and other administrative expenses incurred by the firm in connection with preparing tax returns. For consistency, the firm bills these expenses on a consolidated basis, per return, as a fixed fee.

9. RubinBrown charges a standard fixed fee cost per return without any profit on such expenses.

10. Furthermore, I proffer that RubinBrown exercised reasonable billing judgment and that the Invoices submitted with the Application reflect this reasonable billing judgment.

11. Accordingly, I further submit that the compensation requested in the Application is reasonable in light of the nature, extent, and value of such services to the Debtors, their Estates, and all parties-in-interest, and thus approval of the Application is warranted.

12. For reasons unrelated to this matter, my last day with RubinBrown is anticipated to be October 31, 2025.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 6th day of October, 2025.

/s/ *Thomas Butterfield*
THOMAS BUTTERFIELD