# EXHIBIT 1

# EXHIBIT 1



CERTIFIED PUBLIC ACCOUNTANTS & BUSINESS CONSULTANTS

NuMale Corporation
Michael W Carmel, Esq.
80 E Columbus Avenue
Phoenix, AZ  85012

**Invoice No.** 1074142  **Date** 09/29/2025
**Client No.** 50836.0000

Our goal to have *Totally Satisfied Clients* demonstrates our commitment to deliver *Superior Quality & Service*. Thank you for the confidence you have placed in us. Please let us know how we may continue to improve.

| SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|
| **NuMale Corporation** | | | |
| TAX-PREPARATION<br>Review 2024 accounting and get the financials ready for tax preparation. | T. BUTTERFIELD | 0.70 | $ 352.80 |
| TAX-OTHER<br>Review accounting and the engagement letters. | T. BUTTERFIELD | 0.80 | 403.20 |
| TAX-PREPARATION<br>Review accounting and get the financials ready for tax preparation. | T. BUTTERFIELD | 0.20 | 100.80 |
| TAX-PREPARATION<br>Tax Preparation of 2024 Form 1120S and ask the partner questions about the accounting. | J. CHAVARRIA | 4.00 | 1,176.00 |
| TAX-PREPARATION<br>Answer questions regarding tax return. | T. BUTTERFIELD | 0.60 | 302.40 |
| TAX-PREPARATION<br>Tax Preparation & Communication. | J. CHAVARRIA | 5.00 | 1,470.00 |
| TAX-OTHER<br>Review state filing requirements for the 2024 return. | T. BUTTERFIELD | 2.80 | 1,495.20 |
| TAX-OTHER<br>Finish review of state filing requirements. | T. BUTTERFIELD | 0.30 | 160.20 |
| TAX-PREPARATION<br>Tax Preparation of federal and state tax returns. | G. COOPER | 12.00 | 3,444.00 |

NuMale Corporation
Invoice No. 1074142                                                                                                      Page 2

| SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|
| TAX-REVIEW<br>Clarify IL tax return requirement with preparer. | X. LIN | 0.10 | 33.70 |
| TAX-REVIEW<br>Assist with Schedule K-1 AJE's and tax input, and the accrual to cash adjustment. | M. MARTINEZ | 0.20 | 67.40 |
| TAX-REVIEW<br>Assist with a couple reconciliation issues. | C. NELSON | 0.50 | 143.50 |
| TAX-REVIEW<br>Review 2024 Form 1120S and make changes. | L. PRAHM | 9.90 | 3,554.10 |
| TAX-REVIEW<br>Partner review of the 2024 Form 1120S and states. | T. BUTTERFIELD | 1.40 | 747.60 |
| TAX-PROCESSING<br>2024 Form 1120S. | M. MARTINEZ | 0.30 | 70.80 |
| TECHNOLOGY AND ADMINISTRATIVE FEES<br>These fees are fixed and include software expenses, filing fees for the IRS and state governments, and general administrative expenses. | | | 840.00 |
| TAX-OTHER<br>Correct NE return for e-file rejection. | T. BUTTERFIELD | 0.20 | 106.80 |

**Subtotal for NuMale Corporation**            14,468.50

Current Amount Due            14,468.50
Prior Balance            0.00
Total Amount Due            $   14,468.50

Payment is due on receipt. A 1.5% per month service charge will be added to balances remaining unpaid 60 days or more after the invoice date.

| Pay online by credit card or ACH Debit:<br>www.rubinbrown.com/payment<br><br>Pay at RubinBrown's client payment website. You will need your client number and zip code to enroll in RubinBrown Online Billpay or Pay as a Guest.<br><br>**All clients paying via credit card will be assessed a 2% fee (CT, MA & PR clients excluded).** | Send check to:<br>RubinBrown LLP<br>PO Box 790379<br>St. Louis, MO<br>63179-0379<br><br>Include Client Number and Invoice Number on the check | Wire payment to:<br>Receiving Bank: Enterprise Bank & Trust<br>150 N Meramec Ave., St. Louis, MO 63105<br>ABA #081006162<br>Account Name: RubinBrown LLP<br>Account #139424<br><br>Please include the Client Number and Invoice Number in the bank reference or send that information in an email to Billingquestions@rubinbrown.com | Bill.com Network ID:<br>RubinBrown LLP<br>0124733228222559 |

For questions regarding your account, please contact your RubinBrown executive or email your questions to billingquestions@rubinbrown.com.

RubinBrown LLP is a member of the global network of Baker Tilly International Ltd., the members of which are separate and independent legal entities.



*Feliciano NuMale Nevada PLLC*
*Michael W Carmel, Esq.*
*80 E Columbus Avenue*
*Phoenix, AZ  85012*

**Invoice No.** 1074073  **Date** 09/29/2025
**Client No.**  50836.0006

Our goal to have **Totally Satisfied Clients** demonstrates our commitment to deliver **Superior Quality & Service**. Thank you for the confidence you have placed in us.  Please let us know how we may continue to improve.

| SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|
| **Feliciano NuMale Nevada PLLC** | | | |
| TAX-PREPARATION<br>  1120S Prep. | A. ESPARZA | 1.00 | $ 259.00 |
| TAX-PREPARATION<br>  1120S Prep. Sent to manager for review. | A. ESPARZA | 4.00 | 1,036.00 |
| TAX-REVIEW<br>  Review return and send review notes. | L. PRAHM | 1.70 | 581.40 |
| TAX-PREPARATION<br>  Cleared review notes and sent back to manager. | A. ESPARZA | 2.75 | 712.25 |
| TAX-REVIEW<br>  Start 2nd review of return. | L. PRAHM | 1.20 | 410.40 |
| TAX-REVIEW<br>  Finish 2nd review and make changes to return. | L. PRAHM | 0.90 | 307.80 |
| TAX-REVIEW<br>  Partner review of the 2024 Form 1120S. | T. BUTTERFIELD | 0.60 | 320.40 |

Feliciano NuMale Nevada PLLC
Invoice No.   1074073                                                                                                    Page 2

| SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|
| TAX-PROCESSING<br>  2024 Form 1120S. | A. OLIVER | 0.30 | 69.60 |
| TECHNOLOGY AND ADMINISTRATIVE FEES<br>  These fees are fixed and include software expenses, filing fees for the IRS and state governments, and general administrative expenses. | | | 840.00 |
| **Subtotal for Feliciano NuMale Nevada PLLC** | | | 4,536.85 |

|  |  |
|---|---|
| Invoice Subtotal | 4,536.85 |
| Courtesy Discount | (680.53) |
| Total Amount Due | $ 3,856.32 |

Payment is due on receipt.  A 1.5% per month service charge will be added to balances remaining unpaid 60 days or more after the invoice date.

| Pay online by credit card or ACH Debit:<br>www.rubinbrown.com/payment<br><br>Pay at RubinBrown's client payment website. You will need your client number and zip code to enroll in RubinBrown Online Billpay or Pay as a Guest.<br><br>*All clients paying via credit card will be assessed a 2% fee (CT, MA & PR clients excluded).* | Send check to:<br>RubinBrown LLP<br>PO Box 790379<br>St. Louis, MO<br>63179-0379<br><br>Include Client Number and Invoice Number on the check | Wire payment to:<br>Receiving Bank: Enterprise Bank & Trust<br>150 N Meramec Ave., St. Louis, MO  63105<br>ABA #081006162<br>Account Name: RubinBrown LLP<br>Account #139424<br><br>Please include the Client Number and Invoice Number in the bank reference or send that information in an email to Billingquestions@rubinbrown.com | Bill.com Network ID:<br>RubinBrown LLP<br>0124733228222559 |

For questions regarding your account, please contact your RubinBrown executive or email your questions to billingquestions@rubinbrown.com.

*RubinBrown LLP is a member of the global network of Baker Tilly International Ltd., the members of which are separate and independent legal entities.*



NuMedical SC
Michael W Carmel, Esq.
80 E Columbus Avenue
Phoenix, AZ  85012

**Invoice No.** 1074117
**Client No.** 50836.0001

**Date** 09/29/2025

Our goal to have *Totally Satisfied Clients* demonstrates our commitment to deliver *Superior Quality & Service*.  Thank you for the confidence you have placed in us.  Please let us know how we may continue to improve.

| SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|
| **NuMedical SC** | | | |
| TAX-PREPARATION<br>  Tax prep of 2024 Form 1120S. | C. PYTEL | 4.00 | $ 1,036.00 |
| TAX-PREPARATION<br>  Tax prep, entering info in software, self review. | C. PYTEL | 2.50 | 647.50 |
| TAX-REVIEW<br>  Initial review of the 1120S and send review notes. | L. PRAHM | 0.60 | 205.20 |
| TAX-PREPARATION<br>  Clearing review notes. | C. PYTEL | 1.40 | 362.60 |
| TAX-REVIEW<br>  Review return and send additional review notes. Verify that Form 8275 will be required. | L. PRAHM | 0.60 | 205.20 |
| TAX-PREPARATION<br>  Clearing review notes. | C. PYTEL | 0.30 | 77.70 |
| TAX-PREPARATION<br>  Clearing review notes. | C. PYTEL | 0.25 | 70.00 |

*NuMedical SC*
Invoice No.   1074117                                                                                              *Page 2*

| SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|
| TAX-REVIEW<br>  3rd review and make changes.<br>  Correct Form 8275 and send<br>  the return the to partner. | L. PRAHM | 1.30 | 466.70 |
| TAX-REVIEW<br>  Partner review of the 2024<br>  Form 1120S. | T. BUTTERFIELD | 0.80 | 427.20 |
| TAX-PROCESSING<br>  2024 Form 1120S. | OLIVER | 0.30 | 69.60 |
| TECHNOLOGY AND ADMINISTRATIVE FEES<br>  These fees are fixed and include<br>  software expenses, filing fees for<br>  the IRS and state governments, and<br>  general administrative expenses. | | | 840.00 |

**Subtotal for NuMedical SC**                                        4,407.70

Invoice Subtotal                        4,407.70
Courtesy Discount                       (440.77)
Current Amount Due                      3,966.93
Prior Balance                               0.00
Total Amount Due              $         3,966.93

Payment is due on receipt.  A 1.5% per month service charge will be added to balances remaining unpaid 60 days or more after the invoice date.

| Pay online by credit card or ACH Debit:<br>www.rubinbrown.com/payment<br><br>Pay at RubinBrown's client payment website. You will need your client number and zip code to enroll in RubinBrown Online Billpay or Pay as a Guest.<br><br>*All clients paying via credit card will be assessed a 2% fee (CT, MA & PR clients excluded).* | Send check to:<br>RubinBrown LLP<br>PO Box 790379<br>St. Louis, MO 63179-0379<br><br>Include Client Number and Invoice Number on the check | Wire payment to:<br>Receiving Bank: Enterprise Bank & Trust<br>150 N Meramec Ave., St. Louis, MO  63105<br>ABA #081006162<br>Account Name:  RubinBrown LLP<br>Account #139424<br><br>Please include the Client Number and Invoice Number in the bank reference or send that information in an email to Billingquestions@rubinbrown.com | Bill.com Network ID:<br>RubinBrown LLP<br>0124733228222559 |

For questions regarding your account, please contact your RubinBrown executive or email your questions to billingquestions@rubinbrown.com.

RubinBrown LLP is a member of the global network of Baker Tilly International Ltd., the members of which are separate and independent legal entities.



NuMale Colorado S.C.
Michael W Carmel, Esq.
80 E Columbus Avenue
Phoenix, AZ  85012

**Invoice No.** 1074053
**Client No.** 50836.0005

**Date** 09/29/2025

Our goal to have *Totally Satisfied Clients* demonstrates our commitment to deliver *Superior Quality & Service*. Thank you for the confidence you have placed in us.  Please let us know how we may continue to improve.

| SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|
| **NuMale Colorado S.C.** | | | |
| TAX-PREPARATION<br>Tax Prep of Form 1120S. | A. JOHNSON | 1.20 | $ 310.80 |
| TAX-PREPARATION<br>Finish Tax Prep of 2024 Form 1120S. | A. JOHNSON | 1.50 | 388.50 |
| TAX-REVIEW<br>Review tax return and send review notes. | L. PRAHM | 0.90 | 307.80 |
| TAX-REVIEW<br>Finish prep and review due to scheduling conflict with the preparer. | L. PRAHM | 1.00 | 359.00 |
| TAX-REVIEW<br>Partner review of the 2024 Form 1120S. | T. BUTTERFIELD | 0.50 | 267.00 |
| TAX-PROCESSING<br>2024 Form 1120S. | M. MARTINEZ | 0.30 | 70.80 |

NuMale Colorado S.C.
Invoice No.   1074053                                                                                                              Page 2

| SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|
| TECHNOLOGY AND ADMINISTRATIVE FEES<br> These fees are fixed and<br> include software expenses,<br> filing fees for the IRS and<br> state governments, and<br> general administrative expenses. | | | 840.00 |
| **Subtotal for NuMale Colorado S.C.** | | | **2,543.90** |
| | | Current Amount Due | 2,543.90 |
| | | Prior Balance | 0.00 |
| | | Total Amount Due | $ 2,543.90 |

Payment is due on receipt.  A 1.5% per month service charge will be added to balances remaining unpaid 60 days or more after the invoice date.

| **Pay online by credit card or ACH Debit:**<br>www.rubinbrown.com/payment<br><br>Pay at RubinBrown's client payment website. You will need your client number and zip code to enroll in RubinBrown Online Billpay or Pay as a Guest.<br><br>*All clients paying via credit card will be assessed a 2% fee (CT, MA & PR clients excluded).* | **Send check to:**<br>RubinBrown LLP<br>PO Box 790379<br>St. Louis, MO<br>63179-0379<br><br>Include Client Number and Invoice Number on the check | **Wire payment to:**<br>Receiving Bank: Enterprise Bank & Trust<br>150 N Meramec Ave., St. Louis, MO  63105<br>ABA #081006162<br>Account Name:  RubinBrown LLP<br>Account #139424<br><br>Please include the Client Number and Invoice Number in the bank reference or send that information in an email to Billingquestions@rubinbrown.com | **Bill.com Network ID:**<br>RubinBrown LLP<br>0124733228222559 |

For questions regarding your account, please contact your RubinBrown executive or email your questions to billingquestions@rubinbrown.com.

RubinBrown LLP is a member of the global network of Baker Tilly International Ltd., the members of which are separate and independent legal entities.



CERTIFIED PUBLIC ACCOUNTANTS & BUSINESS CONSULTANTS

*NuMale Florida TB PLLC*
*Michael W Carmel, Esq.*
*80 E Columbus Avenue*
*Phoenix, AZ  85012*

**Invoice No.** *1074011*         **Date**    *09/29/2025*
**Client No.**   *50836.0004*

Our goal to have *Totally Satisfied Clients* demonstrates our commitment to deliver *Superior Quality & Service*. Thank you for the confidence you have placed in us.  Please let us know how we may continue to improve.

| SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|
| **NuMale Florida TB PLLC** | | | |
| TAX-PREPARATION<br>Start tax prep on 2024 Form 1120S. | A. JOHNSON | 0.50 | $ 129.50 |
| TAX-PREPARATION<br>Finish tax prep for 2024. | A. JOHNSON | 2.00 | 518.00 |
| TAX-REVIEW<br>Review tax return and send review notes. | L. PRAHM | 1.10 | 376.20 |
| TAX-OTHER<br>Take over preparation of the tax return due to a scheduling conflict with the preparer. | L. PRAHM | 0.70 | 251.30 |
| TAX-PREPARATION<br>Finish tax prep and review for the 2024 Form 1120S. | L. PRAHM | 1.80 | 646.20 |
| TAX-REVIEW<br>Partner review of the 2024 Form 1120S. | T. BUTTERFIELD | 0.70 | 373.80 |
| TAX-PROCESSING<br>2024 Form 1120S. | A. OLIVER | 0.30 | 69.60 |

NuMale Florida TB PLLC
Invoice No.   1074011                                                                                              Page 2

| SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|

TECHNOLOGY AND ADMINISTRATIVE FEES
These fees are fixed and include software expenses, filing fees for the IRS and state governments, and general administrative expenses.

|  |  |  | 840.00 |
|---|---|---|---|
| **Subtotal for NuMale Florida TB PLLC** |  |  | **3,204.60** |
|  | Current Amount Due |  | 3,204.60 |
|  | Prior Balance |  | 0.00 |
|  | Total Amount Due | $ | 3,204.60 |

Payment is due on receipt.  A 1.5% per month service charge will be added to balances remaining unpaid 60 days or more after the invoice date.

| Pay online by credit card or ACH Debit:<br>www.rubinbrown.com/payment<br><br>Pay at RubinBrown's client payment website. You will need your client number and zip code to enroll in RubinBrown Online Billpay or Pay as a Guest.<br><br>**All clients paying via credit card will be assessed a 2% fee (CT, MA & PR clients excluded).** | Send check to:<br>RubinBrown LLP<br>PO Box 790379<br>St. Louis, MO<br>63179-0379<br><br>Include Client Number and Invoice Number on the check | Wire payment to:<br>Receiving Bank: Enterprise Bank & Trust<br>150 N Meramec Ave., St. Louis, MO  63105<br>ABA #081006162<br>Account Name:  RubinBrown LLP<br>Account #139424<br><br>Please include the Client Number and Invoice Number in the bank reference or send that information in an email to Billingquestions@rubinbrown.com | Bill.com Network ID:<br>RubinBrown LLP<br>0124733228222559 |
|---|---|---|---|

For questions regarding your account, please contact your RubinBrown executive or email your questions to billingquestions@rubinbrown.com.

RubinBrown LLP is a member of the global network of Baker Tilly International Ltd., the members of which are separate and independent legal entities.



NuMale Nebraska LLC
Michael W Carmel, Esq.
80 E Columbus Avenue
Phoenix, AZ  85012

**Invoice No.** 1072413
**Client No.**  50836.0003

**Date** 09/29/2025

Our goal to have *Totally Satisfied Clients* demonstrates our commitment to deliver *Superior Quality & Service*. Thank you for the confidence you have placed in us.  Please let us know how we may continue to improve.

| SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|
| **NuMale Nebraska LLC** | | | |
| TAX-PREPARATION<br>    Preparing the 2024 Form 1120S. | C. PYTEL | 1.70 | $ 440.30 |
| TAX-REVIEW<br>    Initial review of the 1120S and send review notes to preparer. | L. PRAHM | 0.60 | 205.20 |
| TAX-PREPARATION<br>    Clearing review notes. | C. PYTEL | 0.25 | 64.75 |
| TAX-RESEARCH<br>    Research Form 8275 requirements. | L. PRAHM | 0.50 | 188.00 |
| TAX-REVIEW<br>    Review updated return and make changes. Add Form 8275 and send the return to the partner. | L. PRAHM | 2.60 | 889.20 |
| TAX-REVIEW<br>    Partner review of the 2024 Form 1120S. | T. BUTTERFIELD | 0.80 | 427.20 |
| TAX-PROCESSING<br>    2024 Form 1120S. | A. OLIVER | 0.30 | 69.60 |

*NuMale Nebraska LLC*
Invoice No.   1072413   Page 2

| SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|

TECHNOLOGY AND ADMINISTRATIVE FEES
These fees are fixed and include software expenses, filing fees for the IRS and state governments, and general administrative expenses.

|  |  |  | 840.00 |
|---|---|---|---|
| **Subtotal for NuMale Nebraska LLC** |  |  | **3,124.25** |
| Current Amount Due |  |  | 3,124.25 |
| Prior Balance |  |  | 0.00 |
| Total Amount Due |  | $ | 3,124.25 |

Payment is due on receipt.  A 1.5% per month service charge will be added to balances remaining unpaid 60 days or more after the invoice date.

| Pay online by credit card or ACH Debit:<br>www.rubinbrown.com/payment<br><br>Pay at RubinBrown's client payment website. You will need your client number and zip code to enroll in RubinBrown Online Billpay or Pay as a Guest.<br><br>***All clients paying via credit card will be assessed a 2% fee (CT, MA & PR clients excluded).*** | Send check to:<br>RubinBrown LLP<br>PO Box 790379<br>St. Louis, MO<br>63179-0379<br><br>Include Client Number and Invoice Number on the check | Wire payment to:<br>Receiving Bank: Enterprise Bank & Trust<br>150 N Meramec Ave., St. Louis, MO  63105<br>ABA #081006162<br>Account Name:  RubinBrown LLP<br>Account #139424<br><br>Please include the Client Number and Invoice Number in the bank reference or send that information in an email to Billingquestions@rubinbrown.com | Bill.com Network ID:<br>RubinBrown LLP<br>0124733228222559 |

For questions regarding your account, please contact your RubinBrown executive or email your questions to billingquestions@rubinbrown.com.

RubinBrown LLP is a member of the global network of Baker Tilly International Ltd., the members of which are separate and independent legal entities.



CERTIFIED PUBLIC ACCOUNTANTS & BUSINESS CONSULTANTS

*NuMale New Mexico S.C.*
*Michael W Carmel, Esq.*
*80 E Columbus Avenue*
*Phoenix, AZ  85012*

**Invoice No.** 1073992                                                                 **Date**    09/29/2025
**Client No.**  50836.0002

Our goal to have *Totally Satisfied Clients* demonstrates our commitment to deliver *Superior Quality & Service*. Thank you for the confidence you have placed in us.  Please let us know how we may continue to improve.

| SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|
| **NuMale New Mexico S.C.** | | | |
| TAX-PREPARATION  Start tax preparation for 2024 Form 1120S. | C. PYTEL | 1.80 | $ 466.20 |
| TAX-PREPARATION  Tax prep, entering info in software, self review. | C. PYTEL | 2.80 | 725.20 |
| TAX-REVIEW  2024 review and send review notes to preparer. | L. PRAHM | 1.00 | 342.00 |
| TAX-PREPARATION  Clearing review notes. | C. PYTEL | 2.20 | 569.80 |
| TAX-REVIEW  Review updated return and make changes on state tax return. | L. PRAHM | 1.00 | 342.00 |
| TAX-REVIEW  Partner review of the 2024 Form 1120S. | T. BUTTERFIELD | 0.70 | 373.80 |
| TAX-PROCESSING  2024 Form 1120S. | A. OLIVER | 0.30 | 69.60 |

*NuMale New Mexico S.C.*
*Invoice No.   1073992*                                                                              Page 2

| SERVICE | STAFF | HOURS | AMOUNT |
|---|---|---|---|
| TECHNOLOGY AND ADMINISTRATIVE FEES<br>These fees are fixed and include software expenses, filing fees for the IRS and state governments, and general administrative expenses. | | | 840.00 |
| **Subtotal for NuMale New Mexico S.C.** | | | **3,728.60** |
| Current Amount Due | | | 3,728.60 |
| Prior Balance | | | 0.00 |
| Total Amount Due | | $ | 3,728.60 |

Payment is due on receipt.  A 1.5% per month service charge will be added to balances remaining unpaid 60 days or more after the invoice date.

| Pay online by credit card or ACH Debit:<br>www.rubinbrown.com/payment<br><br>Pay at RubinBrown's client payment website. You will need your client number and zip code to enroll in RubinBrown Online Billpay or Pay as a Guest.<br><br>*All clients paying via credit card will be assessed a 2% fee (CT, MA & PR clients excluded).* | Send check to:<br>RubinBrown LLP<br>PO Box 790379<br>St. Louis, MO<br>63179-0379<br><br>Include Client Number and Invoice Number on the check | Wire payment to:<br>Receiving Bank: Enterprise Bank & Trust<br>150 N Meramec Ave., St. Louis, MO  63105<br>ABA #081006162<br>Account Name:  RubinBrown LLP<br>Account #139424<br><br>Please include the Client Number and Invoice Number in the bank reference or send that information in an email to Billingquestions@rubinbrown.com | Bill.com Network ID:<br>RubinBrown LLP<br>0124733228222559 |

For questions regarding your account, please contact your RubinBrown executive or email your questions to billingquestions@rubinbrown.com.

RubinBrown LLP is a member of the global network of Baker Tilly International Ltd., the members of which are separate and independent legal entities.