GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: ***OST Requested***<br>Hearing Time: ***OST Requested*** |

**DECLARATION OF MICHAEL CARMEL, ESQ. IN SUPPORT OF
FIRST AND FINAL FEE APPLICATION OF RUBINBROWN LLP FOR THE
ALLOWANCE OF COMPENSATION FOR TAX PREPARATION SERVICES
<u>RENDERED AND REIMBURSEMENT OF EXPENSES</u>**

I, Michael Carmel, Esq., hereby declare as follows:

1.    I am over the age of 18 and mentally competent.  I have personal knowledge of the

facts in this matter and if called upon to testify, could and would do so. I make this declaration in support of the *First and Final Fee Application of RubinBrown LLP for the Allowance of Compensation for Tax Preparation Services Rendered and Reimbursement of Expenses* (the "Application").[1]

2. I am the duly appointed Chapter 11 trustee ("Trustee") over the estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors").

3. I have reviewed the Invoices and amounts requested by RubinBrown through the Application, and I approve.

4. The Court conducted a hearing on September 24, 2025 and at the hearing ruled the Plan would be confirmed with revisions as stated on the record.

5. The Plan's Effective Date is anticipated to occur on or before October 24, 2025.

6. In the instant case, the services for which RubinBrown seeks compensation and the expenditures for which it seeks reimbursement in this Application were necessary for and beneficial to Debtors' orderly administration because it is necessary that complete and accurate tax returns for calendar year 2024 for each of the Debtors be timely filed, in order to avoid penalties assessed by the taxing authorities. Additionally, the services performed by RubinBrown were authorized by me, they were adequately documented, and the fees and expenses are reasonable taking into the factors set forth in Section 330(a)(3).

7. Additionally, I believe RubinBrown worked to anticipate and respond to Debtors' needs, and the services performed and expenses invoiced were reasonable and necessary to and in the best interests of Debtors' Estates.

. . .

. . .

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning(s) ascribed to them in the Application.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 6th day of October 2025.

*/s/ Michael Carmel*
MICHAEL CARMEL, CHAPTER 11 TRUSTEE

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000