_____

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
October 06, 2025
_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC |
| ☒ NUMALE ALL DEBTORS, | |

| | |
|---|---|
| Debtors. | Case No. 25-10347-nmc<br><br>**Vacated Hearing:**<br>Hearing Date:  October 7, 2025<br>Hearing Time:  9:30 a.m. |

### ORDER APPROVING
### STIPULATION WITH ZURICH AMERICAN INSURANCE COMPANY TO RESOLVE TRUSTEE'S MOTION FOR AN ORDER COMPELLING TURNOVER OF PROPERTY OF THE ESTATES AND FOR SANCTIONS

The Court has considered the *Stipulation with Zurich North America to Resolve Trustee's Motion for an Order Compelling Turnover of Property of the Estates and for Sanctions* (the "Stipulation")[1] entered into by and between Michael Carmel, as the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, by and through his counsel of record, the law firm Garman Turner Gordon LLP, and Zurich American Insurance Company ("Zurich"), by and through its counsel of record, the law firm Plevin & Turner LLP, and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved in the entirety.

**IT IS FURTHER ORDERED** that the hearing scheduled for October 7, 2025, at 9:30 a.m. prevailing Pacific Time is hereby vacated.

**IT IS SO ORDERED.**

| GARMAN TURNER GORDON LLP | PLEVIN & TURNER LLP |
|---|---|
| By:*/s/ Mary Langsner*<br>    GREGORY E. GARMAN, ESQ.<br>    TALITHA GRAY KOZLOWSKI, ESQ.<br>    MARY LANGSNER, Ph.D.<br>    7251 Amigo Street, Suite 210<br>    Las Vegas, Nevada 89119<br>    *Attorneys for Michael Carmel, Chapter 11 Trustee* | By:  */s/ Mark D Plevin*<br>    MARK D. PLEVIN, ESQ.<br>    580 California Street, Suite 1200<br>    San Francisco, CA 94104<br><br>    *Attorneys for Zurich American Insurance Company* |

###

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.