

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
October 07, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | | Lead Case No.: 25-10341-nmc |
|---|---|---|
| NUMALE CORPORATION, | | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | | Feliciano NuMale Nevada PLLC Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | | |
| ☐ NUMALE NEW MEXICO SC, | | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | | |

| | |
|---|---|
| Debtors. | NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: October 21, 2025<br>Hearing Time: 9:30 AM |

**NOTICE OF HEARING AND ORDER SHORTENING TIME TO HEAR FIRST AND FINAL FEE APPLICATION OF RUBINBROWN LLP FOR THE ALLOWANCE OF COMPENSATION FOR TAX PREPARATION SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

This Court, having considered the *Ex Parte Application for Order Shortening Time to Hear First and Final Fee Application of RubinBrown LLP for the Allowance of Compensation for Tax Preparation Services Rendered and Reimbursement of Expenses* ("Ex Parte Application"), and good cause appearing therefor:

**IT IS HEREBY ORDERED, AND NOTICE IS HEREBY GIVEN** that the *First and Final Fee Application of RubinBrown LLP for the Allowance of Compensation for Tax Preparation Services Rendered and Reimbursement of Expenses* (the "Application")[1] be, and the same will be, heard by a United States Bankruptcy Judge on October 21 2025, at 9:30 AM.

A summary of the relief requested by Trustee through the Application is as follows:
- That RubinBrown LLP, as accountant for tax preparation services for the Debtors' Estates, is awarded professional compensation for actual, necessary services rendered in the amount of $29,013.10, and reimbursement of actual and necessary expenses incurred in the amount of $5,880.00, for a total of $34,893.10, awarded on a final basis.

**IT IS HEREBY FURTHER ORDERED** that service of this Order Shortening Time shall be served within  1  days of entry; that any oppositions to the Application must be filed and served by October 17, 2025; that replies to any oppositions filed must be filed and served by October 20 2025; and that the hearing on the Motion may be continued from time to

---

[1] All capitalized terms not otherwise defined herein shall have those meanings ascribed in the Application.

2

time without further notice except for the announcement of any adjourned dates and times at the above noticed hearing or any adjournment thereof.

**IT IS HEREBY FURTHER ORDERED** that electronic copies of the Application and supporting declarations are available by contacting Mary Langsner, Ph.D. at the address or telephone number set forth above, through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov, or at the Bankruptcy Court's Clerk's Office, located at the Foley Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada, 8910.

**IT IS HEREBY FURTHER ORDERED** that the hearing on the Application will be held before a United States Bankruptcy Judge in the Foley Federal Building. Parties are permitted to appear telephonically by **dialing (833) 435-1820 and entering meeting ID (if applicable): 161 166 2815 and entering access code or passcode 115788#.**

If you intend to participate in this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: http://www.nvb.uscourts.gov/calendars/court-calendars/.

**IT IS SO ORDERED**.

Prepared and Submitted by:

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Chapter 11 Trustee*

# # #