_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
October 07, 2025

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|---|
| NUMALE CORPORATION, | | | *Jointly administered with:* |
| | AFFECTS THIS DEBTOR, | ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| | AFFECTS FELICIANO<br>NUMALE NEVADA PLLC, | ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| | NUMEDICAL SC, | ☐ | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| | NUMALE COLORADO SC, | ☐ | |
| | NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| | NUMALE NEBRASKA LLC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| | NUMALE NEW MEXICO SC, | ☐ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| | NUMALE ALL DEBTORS, | ☒ | |
| Debtors. | | | Confirmation Hearing:<br>Date: September 24, 2025<br>Time: 9:30 a.m. |

**ORDER CONFIRMING THE JOINT PLAN OF REORGANIZATION AND APPROVING ON A FINAL BASIS THE DISCLOSURE STATEMENT TO ACCOMPANY JOINT PLAN OF REORGANIZATION**

Michael W. Carmel, the Chapter 11 Trustee (the "Trustee") for the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC filed the *Joint Plan of Reorganization* [ECF No. 434] (together with all exhibits and the Plan Supplement filed at ECF No. 595, the "Plan") and the *Disclosure Statement to Accompany Joint Plan of Reorganization* [ECF No. 435] (the "Disclosure Statement").

In accordance with the *Findings of Fact and Conclusions of Law in Support of the Order Confirming Joint Plan of Reorganization and Approving on a Final Basis the Disclosure Statement to Accompany Joint Plan of Reorganization* (the "FFCL") entered concurrently herewith, it having been determined after a hearing on notice that the requirements for final approval of the Disclosure Statement set forth in 11 U.S.C. § 1125 and for confirmation of the Plan set forth in 11 U.S.C. § 1129(a) and (b) of the Bankruptcy Code have been satisfied, and good cause appearing;

**IT IS HEREBY ORDERED** that the Plan, as modified by the FFCL, is confirmed.

**IT IS FURTHER ORDERED** that the Disclosure Statement is approved on a final basis.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

GARMAN TURNER GORDON LLP

By: /s/ Gregory E. Garman
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Chapter 11 Trustee*

GARMAN TURNER GORDON
Attorneys at Law
7251 Amigo St., Ste. 210
Las Vegas, NV 89119
725-777-3000

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court waived the requirement of approval under LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated in the order.

| | |
|---|---|
| Steven B. Scow, Esq.<br>*Attorneys for Christopher Asandra* | APPROVED |
| Matthew C. Zirzow, Esq.<br>Summer Craig, Esq.<br>*Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623* | APPROVED |
| Ryan Andersen, Esq.<br>*Attorneys for Justin Pulliam* | APPROVED |
| Justin C. Valencia, Esq.<br>Alyssa Rogan, Esq.<br>*Attorneys for U.S. Trustee-LV-11* | APPROVED |
| Matthew Johnson, Esq.<br>*Attorneys for Prospect Rainbow, LLC* | APPROVED |
| Joseph Went, Esq.<br>*Attorneys for Brad Palubicki* | APPROVED |
| Ogonna Brown, Esq.<br>Christina Fox, Esq.<br>*Attorneys for Michael E. Sanchez* | APPROVED |
| Ivan Gold, Esq.<br>Louis Bubala, Esq.<br>*Attorneys for Mayfair Mall LLC* | DISAPPROVED |
| David Stephens, Esq.<br>*NewTeck Bank, N.A.* | WAIVED |

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objection to the form or content of the order.

###

3