GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
| NUMALE CORPORATION, | *Jointly administered with:* |
| AFFECTS THIS DEBTOR, ☐ | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| AFFECTS FELICIANO<br>NUMALE NEVADA PLLC, ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| NUMEDICAL SC, ☐ | |
| NUMALE COLORADO SC, ☐ | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| NUMALE FLORIDA TB PLLC, ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| NUMALE NEBRASKA LLC, ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| NUMALE NEW MEXICO SC, ☐ | |
| NUMALE ALL DEBTORS, ☒ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtor. | |

## CERTIFICATE OF SERVICE

1.   On October 7, 2025, I served the following document(s):

    a.      *Notice of Entry of Orders*              Dkt. No. 728

I served the above-named document(s) by the following means to the persons as listed below:

☒    ECF System: See attached ECF Confirmation Sheets.

☒    United States Mail, postage fully prepaid:  See attached court matrix service list and additional service list.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 7th day of October, 2025.

*/s/ Danielle Charlet*

Danielle Charlet, an employee of
Garman Turner Gordon LLP

**File a Notice:**

[25-10341-nmc NUMALE CORPORATION](#)

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: BAPCPA, JNTADMN, LEAD, EXHS |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from TALITHA B. GRAY KOZLOWSKI entered on 10/7/2025 at 9:37 AM PDT and filed on 10/7/2025

**Case Name:**     NUMALE CORPORATION
**Case Number:**    [25-10341-nmc](#)
**Document Number:** [728](#)

**Docket Text:**
Notice of Entry of Order Filed by TALITHA B. GRAY KOZLOWSKI on behalf of MICHAEL W. CARMEL (Related document(s)[726] Findings of Fact and Conclusions of Law, [727] Order Confirming Chapter 11 Plan) (GRAY KOZLOWSKI, TALITHA)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** 2025 1007 NOE Confirm Orders.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/7/2025] [FileNumber=37013640-0
] [d764c717e538fda2bf2b07922605ccba05e2227526ce736e126c03a9f928e3c1343
8675df7fae64ecdffab6b4c78c7418d70b9c89565dc46992ab95c06fcb34d]]

**25-10341-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-
4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

LOUIS M BUBALA, III on behalf of Creditor Mayfair Mall LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;pfalkensammer@carlyo

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

IVAN M. GOLD on behalf of Creditor Mayfair Mall LLC
igold@allenmatkins.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@gtg.legal, bknotices@gtg.legal

RICHARD F. HOLLEY on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL

mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

STEVEN B. SCOW on behalf of Creditor CHRISTOPHER ASANDRA
sscow@kskdlaw.com, dscow@kskdlaw.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Defendant BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

**25-10341-nmc Notice will not be electronically mailed to:**

BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH
SUITE 2000
NASHVILLE, TN 37201

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

J.S. HELD LLC
,

MCAFEE AND TAFT LLP
,

PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
,

RIGGI LAW FIRM on behalf of Debtor NUMALE CORPORATION
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE COLORADO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMEDICAL SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.
,

RUBINBROWN LLP
10801 W. CHARLESTON BLVD.
SUITE 300
LAS VEGAS, NV 89135

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP

425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Label Matrix for local noticing
0978-2
Case 25-10341-nmc
District of Nevada
Las Vegas
Mon Oct  6 10:20:06 PDT 2025

BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH
SUITE 2000
NASHVILLE, TN 37201-2385

CERTAIN UNDERWRITERS AT LLOYD'S LONDON
C/O RYAN J. WORKS
McDONALD CARANO LLP
2300 WEST SAHARA AVENUE, SUITE 1200
LAS VEGAS, NV 89102-4395

FELICIANO NUMALE NEVADA PLLC
6590 S RAINBOW BLVD
LAS VEGAS, NV 89118-3327

Ford Motor Credit Company, LLC, c/o AIS Port
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901

NEWTEK SMALL BUSINESS FINANCE, LLC
STEPHENS LAW OFFICES
C/O DAVID A. STEPHENS
P.O. BOX 33130
LAS VEGAS, NV 89133-3130

NUMALE COLORADO SC
8200 E BELLEVIEW AVE
GREENWOOD VILLAGE, CO 80111-2883

NUMALE CORPORATION
6590 S RAINBOW BLVD
LAS VEGAS, NV 89118-3327

NUMALE FLORIDA TB PLLC
500 WESTSHORE BLVD
TAMPA, FL 33609-5003

NUMALE NEBRASKA LLC
444 REGENCY PARKWAY DR
OMAHA, NE 68114-3792

NUMALE NEW MEXICO SC
7920 WYOMING BLVD, NE
ALBUQUERQUE, NM 87109-6020

NUMEDICAL SC
2600 N MAYFAIR RD
WAUWATOSA, WI 53226-1309

Prospect Rainbow, LLC
c/o JOHNSON & GUBLER, P.C.
Attn: Russell G. Gubler, Esq.
8831 W. Sahara Ave
Las Vegas, NV 89117-5865

RIGGI LAW FIRM
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117-7921

RUBINBROWN LLP
10801 W. CHARLESTON BLVD.
SUITE 300
LAS VEGAS, NV 89135-1204

TN Dept of Revenue
c/o TN Attorney General's Office
Bankruptcy Division
PO Box 20207
Nashville, TN 37202-4015

TOP TIER CAPITAL
c/o Carlyon Cica Chtd.
265 E. Warm Springs Road
Suite 107
Las Vegas, NV 89119-4230

United States Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101-5833

444 Regency Parkway LLC
450 Regency Pkwy., Ste. 200
Omaha, NE 68114-3777

8965 S. Eastern Ave., Suite 382
Las Vegas, NV 89123-4849

ACE RECOVERY GROUP, LLC
99 WALL STREET #4890
NEW YORK, NY 10005-4301

AMERICAN EXPRESS
Po Box 60189
City Industry, CA 91716-0189

AMERICAN EXPRESS NATIONAL BANK
C/O BECKET AND LEE LLP
PO BOX 3001
MALVERN  PA 19355-0701

ARIZONA DEPARTMENT OF REVENUE
Office of the Arizona Attorney General –
c/o Tax, Bankruptcy and Collection Sct
2005 N Central Ave, Suite 100
Phoenix, AZ 85004-1546

AUDACY
11800 W Grange Ave
Hales Corners, WI 53130-1035

Aaron Garber
Wadsworth Garber Warner Conrardy PC
2580 W. Main Street, Suite 200
Littleton, CO 80120-4631

Ace Recovery Group, LLC
Attn: Daniel Gold
99 Wall Street #4890
New York, NY 10005-4301

Alexander C. Dale
Ward and Smith, P.A.
University Corporate Center
127 Racine Drive
Wilmington, NC 28403-8833

Arapahoe County Government Treasurer
5334 S. Prince St.
Littleton, CO 80120-1136

Arch Insurance Company
Professional Liability Claims
1299 Farnam Street, Suite 500
Omaha, NE 68102-1130

Array Medical
3440 Sojourn Dr #200
Carrollton, TX 75006-2398

Attorney General of Colorado
1300 Broadway, 8th Floor
Denver, CO 80203-2104

BRAD PALUBICKI
9 PARADISE VALLEY CT.
HENDERSON, NV 89052-6706

BRAD PALUBICKI
HOLLAND AND HART LLP
C/O JOSEPH G. WENT, ESQ.
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134-0532

Basel Hassoun, M.D.
Attn: Michael Furlong, Esq.
Steptoe & Johnson PLLC
210 Park Ave., Ste. 2300
Oklahoma City, OK 73102-5661

Basel Hassoun, M.D.
Attn: Wayne Allison
2004 Huntington Ave.
Nichols Hills, OK 73116-5113

Brian T. Fahl
825 N. Jefferson Street, Suite 500
Milwaukee, WI 53202-3737

Burr & Forman
Attn: Emily Taube
222 Second Avenue South, Suite 2000
Nashville, Tennessee 37201-2385

C T Corporation System, as Representative
Attn: SPRS
330 N Brand Blvd., Ste. 700
Glendale, CA 91203-2336

C T Corporation System, as Representative
c/o Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

C T Corporation System, as Representative
c/o Wolters Kluwer Lien Solutions
330 N Brand Blvd., Ste. 700
Glendale, CA 91203-2336

CARLOS FELICIANO
N69 W29753
Hartland, WI 53029

CARLOS FELICIANO
N69W29753 RIDGEVIEW CT.
HARTLAND, WI 53029-9253

CENTRUM/BELLVIEW LLC
DEPT # 42512
POB 650823
Dallas, TX 75265-0823

CLARK HILL
1700 S Pavilion Center Dr Ste 500
Las Vegas, NV 89135-1864

CNS Advisors LLC
12926 Morehead
Chapel Hill, NC 27517-8446

COX MEDIA
POB 50481
Los Angeles, CA 90074-0481

COX MEDIA LLC LAS VEGAS
FILE 50464
Los Angeles, CA 90074-0464

COX RADIO LLC
11300 4th St N
St Petersburg, FL 33716-2941

California State Board of Equalization
Account Information Group, MIC: 29
PO Box 942879
Sacramento, CA 94279-0029
Michigan Dept. of Treasury, Tax Policy D 94279-0029
Attn: Litigation Liaison

California State Board of Equalization
Acct: Info. Group, MIC:29
PO Box 942879
Sacramento, CA 94279-0029

Cami Perkins
c/o KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169-0910

Carlos E Feliciao
N69W29753 Ridgeview Ct,
Hartland, WI 53029-9253

Carlos Feliciano
Hellman Jeffrey Law Offices
195 Church St., 10th Flr.
New Haven, CT 06510-2009

Celtic Bank
268 S State St., Ste. 300
Salt Lake City, UT 84111-5314

Centrum/Belleview LLC
c/o Aaron Garber
Wadsworth Garber Warner Conrardy PC
2580 W. Main Street, Suite 200
Littleton, CO 80120-4631

Centrum/Belleview LLC
c/o FSB Property Management LLC
Attn: Michelle Brokaw
8200 E Belleview Ave, Ste 102C
Greenwood Village, CO 80111-2804

Centrum/Belleview LLC
c/o FSB Property Management LLC
P.O. Box 176207
Denver, CO 80217-6207

Centrum/Bellview LLC
c/o Troy Sandberg, Esq.
Sandberg Law LLC
17011 Lincoln Avenue #348
Parker, CO 80134-3144

Certain Underwriters at Lloyds
London Syndicates 623/2623
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

Certain Underwriters at Lloyds London
c/o David Zylberberg
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017-3954

Christopher Rose
c/o KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169-0910

Chubb
Attn: Chubb Claims Department
Chubb
P.O. Box 5122
Scranton, PA 18505-0554

Chubb
Attn: Chubb Underwriting Department
Chubb
202B Halls Mill Road
Whitehouse Station, NJ 08889

City of Milwaukee
Office of City Attorney
200 E. Wells St., Room 800
Milwaukee, WI 53202-3551

Civil process clerk at the U.S. Attorney
Hon. Markenzy Lapointe
U.S. Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132-2131

Clark Co Assessor c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Po Box 551401
Las Vegas, NV 89155-1401

Clark Co Treasurer c/o Bankruptcy Clerk
500 S Grand Central Pksy
Po Box 1220
Las Vegas, NV 89125-1220

Clark Co Treasurer c/o Bankruptcy Clerk
500 S Grand Central Pkwy
Po Box 1220
Las Vegas, NV 89125-1220

Clark Hill PLC
Robert P. Franke
Clark Hill PLC
901 Main Street, Suite 6000
Dallas, TX 75202-3748

Colorado Department of Revenue
ATTN: Bankruptcy Dept, RM 104
1881 Pierce St.
Lakewood, CO 80214-1407

Corporation System, as Representative
P.O. Box 2576
Springfield, IL 62708-2576

DEWITT, PARULOL & MEEK PLLC
705 NW 4th St
Oklahoma City, OK 73102-1616

DLP Funding LLC
447 Broadway 2nd Floor, Unit 805
New York, NY 10013

DLP Funding LLC
c/o/ Law Office of Jacob Z Weinstein
420 Central Ave Ste 301
Cedarhurst, NY 11516-1000

DLP Funding, LLC
101 Lake Shore Dr.
Monticello, NY 12701-4006

DLP Funding, LLC
c/o Interstate Filings LLC
301 Mill Road, Ste. U5
Hewlett, NY 11557-1232

David R. Koch
KOCH & SCOW, LLC
11500 S. Eastern Ave., Suite 210
Henderson, NV 89052-5576

Dr. Christopher Asandra
c/o 11500 S. Eastern Ave., Ste 210
Henderson, NV 89052-5576

EBF Holdings, LLC d/b/a Everest Business Fun
102 W 38th Street 6th-Floor
New York, NY 10018-3613

EBF holdings, LLC d/b/a Everest Business Fun
Yolday Diaz-Barreto, Esq.
12496 NW 25 Street
Sweetwater, FL 33182-1505

EBF holdings, LLC d/b/a Everest Business Fun
Yolday Diaz-Barreto, Esq.
12496 NW 25 Street
Sweetwater, FL 33182
Sweetwater, FL 33182-1505

EFFECTV
Po Box 415949
Boston, MA 02241-5949

ELAVON
c/o TIMOTHY F. FROST, ESQ.
7300 CHAPMAN HIGHWAY
Knoxville, TN 37920-6612

Equity Sales Finance, Inc.
1200 Ford Road, Ste. A
Hopkins, Minnesota 55305-1616

Eva Gabriela Gabby Farmer De La Torre
9 Paradise Valley Court
Henderson, NV 89052-6706

Everest Business Funding
102 W 38th Street, 6th Flr.
New York, NY 10018-3664

Everest Business Funding
102 W 38th Street, 6th Flr.
New York, NY 10018
Gilbert Pritt
17133 Holly Well Ave.
Wimauma, FL 33598-2536

Evergreen Park Properties LLC
c/o Compass Management
PO Box 13433
Green Bay, WI 54307-3433

FELICIANO NUMALE NEVADA PLLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

FOX FUNDING GROUP LLC
c/o JOE LIEBERMAN, ESQ.
LIEBERMAN AND KLESTZICK
POB 356
Cedarhurst, NY 11516-0356

Federal Insurance Company
Attn: Chubb Claims Department
Chubb
P.O. Box 5122
Scranton, PA 18505-0554

Ford Motor Credit Company, LLC c/o AIS Portf
4515 N. Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118-7901


Fortifi Bank
140 W. Huron St.
Berlin, WI 54923-1546

Fox Funding Group LLC
803 S 21st Ave
Hollywood, FL 33020-6962

Fox Funding Group, LLC
c/o Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240-0247


Franchise Tax Board
Bankruptcy Section MS A340
PO BOX 2952
Sacramento, CA 95812-2952

Franchise Tax Board
Bankruptcy Section, MS: A-340
PO Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board (Adversary Proceedings)
Chief Counsel
c/o General Counsel Section
PO Box 1720, MS: A-260
Rancho Cordova, CA 95741-1720


GILE LAW GROUP
1180 N. TOWN CENTER DR., STE. 100
LAS VEGAS, NV 89144-6308

GOOD KARMA BRANDS - WTMJ AM
POB 8609
Carol Stream, IL 60197-8609

Gabriel Camacho
c/o Midwest IT Pros
608 E Chicago St
Elgin, IL 60120-5719


Gilbert Pritt
17133 Holly Well Ave.
Wimauma, FL 33598-2536

Gordman Lake Regency, LLC
Attn: Katy Rehan, Esq.
Smith Pauley
3555 Farnam Street, Ste. 1000
Omaha, NE 68131-3302

HARRISON, MIRANDA
MCAFEE & TAFT
8TH FLOOR, TWO LEADERSHIP SQUARE
211 N. ROBINSON AVE.
OKLAHOMA CITY, OK 73102-7109


HELLMAN JEFFREY LAW OFFICES OF LLC
195 CHURCH STREET
10TH FLOOR
NEW HAVEN, CT 06510-2009

HERSHEY DECKER DRAKE
10463 Park Meadows Dr Ste 209
Lone Tree, CO 80124-5355

HOWARD & HOWARD
Po Box 95234
Chicago, IL 60694-5234


HOWARD AND HOWARD
3800 HOWARD HUGHES PKWY., STE. 1000
LAS VEGAS, NV 89169-5958

HYPORT DIGITAL N2
Po Box 208092
Dallas, TX 75320-8092

Holly Triplett
701 Old Settlement Dr.
Watertown, WI 53098-1148


Howard & Howard
c/o James Morgan
200 S. Michigan Ave., Suite 1100
Chicago, IL 60604-2461

Howard &Howard
c/o KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169-0910

INNOVATIVE REAL ESTATE STRATEGIES
2975 S RAINBOW BLVD STE J
Las Vegas, NV 89146-6598


Innovative RE Strategies
c/o Kahn Realty Group
2975 S Rainbow Ste J
Las Vegas, NV 89146-6598

Internal Revenue Service
ATTN: BANKRUPTCY DEPT
PO Box 7346
PHILADELPHIA, PA 19101-7346

Ivan M. Gold, Esq.
Allen Matkins Leck Gamble Mallory & Nats
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4003


J. Randall Jones, Esq.
Spencer H. Gunnerson, Esq.
Joseph D. Laurita, Esq.
KEMP JONES, LLP
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169-0910

JJT Properties LLC
c/o Sara Investment Real Estate LLC
6264 Nesbitt Road
Madison, WI 53719-1819

JUSTIN PULLIAM
5786 STONEHEATH AVE.
LAS VEGAS, NV 89139-7523

Jerome P. Gordman
c/o Gordman Lake Regency, L.L.C.
444 Regency Parkway Dr., Ste. 202
Omaha, NE 68114-3779

John Dodd, Esq.
Baker & McKenzie LLP
1111 Brickell Avenue, Suite 1700
Miami, Florida 33131-4033

John T. Kivus
Morningstar Law Group
421 Fayetteville Street, Suite 530
Raleigh, NC 27601-3001

John T. Kivus
Morningstar Law Group
434 Fayetteville Street, Suite 2200
Raleigh, NC 27601-1893

Joseph A. Gutierrez
MAIER GUTIERREZ & ASSOCIATES
8816 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1303

Justin Hiersche
McAfee & Taft
8th Floor, Two Leadership Square
211 N Robinson Ave
Oklahoma City, OK 73102-7109

KALAMATA CAPITAL GROUP, LLC
c/o STEVEN BERKOVITCH
BERKOVITCH & BOUSKILA, PLLC
1545 US 202 SUITE 101
Pomona, NY 10970-2951

KLOS Radio, LLC
Matthew B. Baltierra
44 E. Broadway, Suite 530
Tuscon, AZ 85701-1703

KMA Accountants & Advisors
1200 John Q. Hammons Drive
STE 500
Madison, WI 53717-2199

KMA BODILY
1200 John Q Hammons Dr Ste 500
Madison, WI 53717-2199

KQRT-FM Radio
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

KRAVIT HOVEL & KRAWCZYK
825 N JEFFERSON ST
Milwaukee, WI 53202-3737

Kalamata Capital Group, LLC
c/o Corporation Service Company
80 State Street
Albany, NY 12207-2541

Kelcie Jimenez
11439 Manzano Vista Ave Se
Albuquerque, NM 87123-2975

Kenzie Marie Rakes
Morningstar Law Group
421 Fayetteville St Suite 530
Raleigh, NC 27601-3001

Kenzie Marie Rakes
Morningstar Law Group
434 Fayetteville Street, Suite 2200
Raleigh, NC 27601-1893

Kravit, Hovel & Krawczyk, s.c.
825 N Jefferson Street, Fifth Floor
Milwaukee, WI 53202-3737

LAMAR COMPANIES
POB 746966
Atlanta, GA 30374-6966

Lamar Companies
P O Box 96030
Baton Rouge, LA 70896-9030

MAYFAIR MALL
c/o BROOKFIELD PROPERTIES
PO BOX 772816
CHICAGO, IL 60677-0116

MCR Inc
2831 Saint Rose Pkwy
Henderson, NV 89052-4840

MICHAEL A FURLONG
210 PARK AVENUE STE 2300
OKLAHOMA CITY, OK 73102-5661

MICHAEL E SANCHEZ
C/O LORI BENCOE, ESQ
9201 MONTGOMERY BLVD SUITE 404
Albuquerque, NM 87111-2470

MICHAEL E SANCHEZ
C/O NICHOLAS ROWLEY, ESQ
421 W Water St
Decorah, IA 52101-1731

MID-WEST FAMILY MADISON
7 03 RAYOVAC DRIVE
Madison, WI 53711

Massachusetts Department of Revenue
Collections Bureau/Bankruptcy Unit
P.O. Box 7090
Boston, MA 02204-7090

Mayfair Mall LLC
Attn: General Counsel
Brookfield Properties Retail
350 N. Orleans St., Ste. 300
Chicago, IL 60654-1607

Mayfair Mall LLC
Attn: General Manager
2500 North Mayfair Rd.
Wauwatosa, WI 53226-1464

Mayfair Mall NewCo LLC
Brookfield Properties, Inc.
P.O.Box 772816
Chicago, IL 60677-0116

McAfee & Taft
Attn: Justin Hiersche
8th Floor, Two Leadership Square
211 N. Robinson Ave.
Oklahoma City, OK 73102-7109

Meruelo Media, LLC
Attn: Ann O. Hall, Esq.
2500 E. Second Street
Reno, NV 89595-1200

(p)MIAMI DADE COUNTY TAX COLLECTOR
ATTN WENDY MONTOYA
200 NW 2ND AVENUE
MIAMI FL 33128-1733

Michigan Department of Treasury, Tax Policy
ATTN: Litigation Liaison
2nd Floor, Austin Building 430 West Alle
Lansing, Michigan 48922-0001

Midwest IT Pros
608 E Chicago St
Elgin, IL 60120-5719

Morningstar Law Group
Morningstar Law Group (attn: John T. Kiv
434 Fayetteville St., Suite 2200
Raleigh, NC 27601-1893

N2 COMPANY
c/o ALEXANDER C. DALE, ESQ.
WARD AND SMITH, P.A.
UNIVERSITY CORPORATE CENTER
127 RACINE DRIVE
WILMINGTON, NC 28403-8833

N2 COMPANY
c/o THOMAS C. WOLF, ESQ.
WARD AND SMITH, P.A.
751 CORPORATE CENTER DR., STE. 300
RALEIGH, NC 27607-4873

NEUBERT PEPE & MONTEITH PC
195 CHURCH ST
13TH FLOOR
NEW HAVEN, CT 06510-4011

NEVADA NUMALE LLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NEWTEK LENDING
1981 MARCUS AVENUE STE 130
Lake Success, NY 11042-1046

NM TAXATION AND REVENUE DEPARTMENT
PO BOX 8575
ALBUQUERQUE, NM 87198-8575

NMC ILLINOIS, LLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE ALBUQUERQUE, LLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE CHICAGO LLC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE COLORADO SC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE CORPORATION
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NUMALE FLORIDA TB PLLC
2600 MAYFAIR RD SUITE 1140
Milwaukee, WI 53226-1308

NUMALE NEW MEXICO SC
2600 N. MAYFAIR RD., STE. 1140
WAUWATOSA, WI 53226-1308

NV Dept of Taxation
Bankruptcy Section
500 E Washington Ave Ste 13000
Las Vegas, NV 89101-1000

(p)NEBRASKA DEPARTMENT OF REVENUE
ATTENTION BANKRUPTCY UNIT
PO BOX 94818
LINCOLN NE 68509-4818

Nebraska State Farm Service Agency
State Executive Director
1121 Lincoln Mall, Suite 330
Lincoln, Nebraska 68508-2828

Nevada Department of Taxation
Attn: Bankruptcy Section
700 E. Warm Springs Rd., Ste. 200
Las Vegas, NV 89119-4311

Nevada Dept of Empl Security
500 E 3rd St
Carson City, NV 89713-0001

New Lane Finance
P.O. Box 7358
Philadelphia, PA 19101-7358

New Mexico Department of Workforce Solutions
fka NM Department of Labor
401 Broadway NE
Albuquerque, NM 87102-2301

New Mexico Department of Workforce Solutions
fka New Mexico Department of Labor
PO Box 1928
Attn: Legal Section
Albuquerque, NM 87103-1928

New Mexico Taxation & Revenue Department
Bankruptcy Unit
PO Box 50129
Albuquerque, NM 87181-0129

New Mexico Taxation & Revenue Dept.
Attn: Compliance Bureau
PO Box 50129
Albuquerque, NM 87181-0129

Newlane Finance
P.O. Box 7358
Philadelphia, PA 19101-7358

(p)ELIOT KIRSHNITZ
1981 MARCUS AVENUE SUITE 130
LAKE SUCCESS NY 11042-1046

Newtek Bank, National Association
c/o Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Newtek Lending
1981 Marcus Avenue, Ste. 130
New Hyde Park, NY 11042-1046

Newtek Small Business Finance, LLC
c/o David A. Stephens, Esq.
Stephens Law Offices
P.O. Box 33130
Las Vegas, NV 89133-3130

NuMale Colorado
2600 N Mayfair Rd Suite 505
Wauwatosa, WI 53226-1306

NuMale Corporation
Attn: Justin T. Hiersche, Esq.
McAfee & Taft
211 N. Robinson, 8th Flr.
Oklahoma City, OK 73102-7176

NuMale Green Bay, LLC
2600 N Mayfair Road, Suite 505
Wauwatosa, WI 53226-1306

NuMale Nebraska LLC
2600 N. Mayfair Rd., Ste. 1140
Wauwatosa, WI 53226-1308

NuMale Wisconsin GB, SC
1525 Park Pl
Unit 300
Green Bay, WI 54304-1980

NuMedical SC
2600 N. Mayfair Rd., Ste. 1140
Wauwatosa, WI 53226-1308

OnDeck a/k/a ODK Capital, LLC
4700 W. Daybreak Pkwy., Suite 200
Attn: Director of Operations
South Jordan, UT 84009-5133

PRIMO WATER
200 EAGLES LANDING BLVD.
LAKELAND, FL 33810-3058

(c)PROVENTURE CAPITAL LLC
DBA TOP TIER CAPITAL
500 W PUTNAM AVE STE 1C
GREENWICH CT  06830-2947

PROVENTURE CAPITAL LLC
dba TOP TIER CAPITAL
ATTN: JOE MANCUSO
500 W PUTNAM AVE., STE. 1C
GREENWICH, CT 06830-2947

Paul, Weiss, Rifkind, Wharton & Garrison LLP
Attn: Sarah Harnett
1285 Avenue of the Americas
New York, NY 10019-6031

Peter Davis
JS Held
3101 N. Central Avenue
Suite 670
Phoenix, AZ 85012-2690

Plymouth Medical LLC
135 Plymouth St #410
Brooklyn, NY 11201-8335

Prospect Rainbow, LLC
Attn: Jeffery A. Bendavid, Esq.
Moran Brandon Bendavid Moran
630 South Fourth Street
Las Vegas, NV 89101-6604

Prospect Rainbow, LLC
Attn: Scott Goldstein
851 South Rampart Blvd., Ste. 125
Las Vegas, NV 89145-4899

Proventure Capital LLC d/b/a
Top Tier Capital
Neumbert Pepe & Monteith PC
195 Church St., 13th Flr.
New Haven, CT 06510-2009

Proventure dba Top Tier
500 W. Putnam Ave., Ste. 1c
Greenwich, CT 06830-2947

Quintairos, Prieto, Wood & Boyer, P.A.
9300 South Dadeland Blvd., 4th Floor
Miami, FL 33156-2748

Reliant Capital, LLC
Attn:  Officer, Agent, Managing Agent
123 South Broad Street, Floor 17
Philadelphia, PA 19109-1032

Reliant Capital, LLC
Attn:  Rhyen Foster, Customer Solutions
123 South Broad Street, Floor 17
Philadelphia, PA 19109-1032

RepeatMD, Inc.
5599 San Felipe, 4th Flr.
Houston, TX 77056-2766

Rodey, Dickason, Sloan, Akin & Robb, P.A.
Attn: Edward Ricco
201 Third Street NW, Suite 2200
Albuquerque, New Mexico 87102-3380

SBA U.S. Small Business Administration
Attn: Bankruptcy Dept.
312 N. Spring Street, Flr. 5
Los Angeles, CA 90012-4701

SMALL BUSINESS ADMINISTRATION
409 3RD STREET SW
Washington, DC 20416-0002

(p)STERICYCLE  INC
2355 WAUKEGAN ROAD
BANNOCKBURN IL 60015-1503

Secured Lender Solutions, LLC
P.O. Box 2576
Springfield, IL 62708-2576

Secured Lender Solutions, LLC
c/o Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703-4261

Securities and Exchange Commission
Los Angeles Regional Office
444 South Flower Street, Suite 900
Los Angeles, California 90071-2934

Small Business Administration
District Counsel
10675 Bedford Avenue, Suite 100
Omaha, NE 68134-3605

Social Security Administration
Attn: Bankr Desk
Po Box 33021
Baltimore, MD 21290-3021

Social Security Administration
Office of General Counsel
Office of Program Litigation  Bankruptc
6401 Security Blvd.
Baltimore, MD 21235-0001

Solera enservio
Attn: Matt Pendleton
Operations Manager Valuation Services
250 Royall Street Suite 140 E
Canton, MA 02021-1058

Split USA Inc.
Attn: Legal Dept. or Accounts Payable
319 S Coteau St.
Pierre, SD 57501-3187

Splitit USA Inc.
5901 Peachtree Dunwoody Rd.
Suite C-480
Atlanta, GA 30328-7188

Splitit USA Inc.
Attn: Legal Dept.
319 S. Coteau Street
Pierre, SD 57501-3187

State of NV DMV
Attn: Legal Division
555 Wright Way
Carson City, NV 89711-0001

State of New Mexico Attorney General
Office of the Attorney General
PO Drawer 1508
Attn: Litigation Division
Santa Fe, NM 87504-1508

State of Wisconsin
DWD - Unemployment Insurances Benefits
PO Box 7888
Madison, WI 53707-7888

State of Wisconsin
DWD - Unemployment Insurances Taxes
PO Box 8914
Madison, WI 53708-8914

Steven Gubner, Esq.
BG Law
300 S. 4th Street, Ste. 1550
Las Vegas, NV 89101-6005

Steven Scow, Esq.
King Scow Koch Durham
11500 S. Eastern Ave, Suite 210
Henderson, Nevada 89052-5576

THE LCF GROUP
LEGAL DEPARTMENT
3000 MARCUS AVE SUITE 2W15
New Hyde Park, NY 11042-1005

(p)THE N2 COMPANY
ATTN SUPPORT TEAM
2093 PHILADELPHIA PIKE DRIVE
#3202
CLAYMONT DE 19703-2424

TOSICH BIOSCIENCE INC
Po Box 712415
Cincinnati, OH 45271-2415

TOSOH BIOSCIENCE INC
Po Box 712415
Cincinnati, OH 45271-2415

TOSOH BIOSCIENCE, INC
3600 GANTZ ROAD
Grove City, OH 43123-1895

Tampa Westshore 500 LLC
c/o The Green Companies, Inc.
9155 S Dadeland Blvd., Ste. 1812
Miami, FL 33156-2742

Tennessee Department of Revenue
c/o Tennessee Attorney General's Of
Bankruptcy Division
P.O. Box 20207
Nashville, TN 37202-4015

The LCF Group, Inc.
3000 Marcus Ave., Ste. 2W15
Lake Success, NY 11042-1005

The LCF Group, Inc.
Attn: Legal Department
3000 Marcus Avenue, Suite 2W15
Lake Success, NY 11042-1005

The LCF Group, Inc.
c/o Corporation Service Company
801 Adlai Stevenson Dr.
Springfield, IL 62703-4261

Thomas C. Wolff
Ward and Smith, P.A.
751 Corporate Center Drive
Suite 300
Raleigh, NC 27607-4873

Tim Elson, Esq.
The Law Offices of Timothy Elson
8965 S. Eastern Ave., #382
Las Vegas, NV 89123-4849

Top Tier Capital
Attn: Managing Member
2613 E 16th Street
Brooklyn, NY 11235-3805

Top Tier Capital
c/o Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240-0247

Top Tier Capital LLC
c/o Resident Agent, Offer, Agent, Managi
615 South DuPont Highway
Dover DE 19901-4517

Tracey Hope Davis
Office of the United States Trustee
Attn: Justin C. Valencia
300 Las Vegas Blvd. So., Ste. 4300
Las Vegas, NV 89101-5803

U.S. Attorneys Office - Lincoln
487 Federal Building
100 Centennial Mall North
Lincoln, NE 68508-3859

U.S. Attorneys Office - Omaha
1620 Dodge Street, Suite 1400
Omaha, NE 68102-1506

U.S. Bank NA dba Elan Financial Services
Bankruptcy Department
PO Box 108
Saint Louis MO 63166-0108

U.S. Department of Health
and Human Services
Acting Chief Counsel
601 East 12th Street, Room N1800
Kansas City, MO 64106-2818

U.S. Small Business Administration
Milwaukee District Office
c/o Wisconsin District Counsel
310 W. Wisconsin Ave., Suite 580W
Milwaukee, WI 53203-2274

U.S. TRUSTEE - LV - 11
300 LAS VEGAS BOULEVARD S.
SUITE 4300
LAS VEGAS, NV 89101-5803

U.S. Trustee
111 South 18th Plaza, Suite 1148
Omaha, NE 68102-1321

United States Attorney's Office
ATTN: Civil Process Clerk
501 Las Vegas Blvd. South, Suite 1100
Las Vegas, NV 89101-6521

United States Attorneys Office
Attn: Civil Process Clerk
501 Las Vegas Blvd. South, Ste. 1100
Las Vegas, NV 89101-6521

Universal Guardian Acceptance, LLC
7505 NW Tiffany Springs Pkwy., Ste. 400
Kansas City, MO 64153-1592

Universal Guardian Acceptance, LLC
c/o Lien Solutions
P.O. Box 29071
Glendale, CA 91209-9071

Vox Funding
c/o RJ Recovery
1407 Broadway Fl 29
New York, NY 10018-5100

(p)VOX FUNDING LLC
100 PARK AVENUE 26TH FLOOR
NEW YORK NY 10017-5539

WAYNE ALLISON
2004 HUNTINGTON AVE
NICHOLS HILLS, OK 73116-5113

WFNZ-FM
c/o Szabo Associates, Inc
3355 Lenox Road NE, Suite 945
Atlanta, GA 30326-1357

WITI
POB 7410059
Chicago, IL 60674-5059

WYOMING OFFICE PARK LLC
C/O BRUNACINI COMPANIES
POB 6363
Albuquerque, NM 87197-6363

Wisconsin Department of Veterans Affairs
Attn: Phillip Rangsuebsin
PO Box 7843
Madison, WI 53707-7843

Wyoming Office Park LLC
c/o The Cash Law Firm
P.O. Box 20718
Albuquerque, NM 87154-0718

Wyoming Office Park, LLC
P.O. Box 20718
P.O. Box 20718
Albuquerque, NM 87154-0718

Wyoming Office Park, LLC
c/o Angelo Brunacini
7550 Meridan, NW
Albuquerque, NM 87121-1912

Wyoming Office Park, LLC
c/o Angelo Brunacini
P.O. Box 6363
Albuquerque, NM 87197-6363

YELP INC
Po Box 204393
Dallas, TX 75320-4393

Zurich North America
15303 Dallas Pkwy.
Floors 8, 9, Suite 800
Addison, TX 75001-4677

BRAD PALUBICKI
9 PARADISE VALLEY COURT
HENDERSON, NV 89052-6706

CHRISTOPHER ASANDRA
11500 S. Eastern Ave. Suite 210
Henderson, NV 89052-5576

DAVID A RIGGI
RIGGI LAW FIRM
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117-7921

JUSTIN PULLIAM
ANDERSEN BEEDE WEISENMILLER
C/O RYAN A. ANDERSEN, ESQ.
3199 E WARM SPRINGS ROAD
STE 400
LAS VEGAS, NV 89120-3150

MICHAEL W. CARMEL
80 E. COLUMBUS AVENUE
PHOENIX, AZ 85012-2334

Michael E. Sanchez
WOMBLE BOND DICKINSON (US) LLP
C/O OGONNA M. BROWN, ESQ.
3993 HOWARD HUGHES PKWY
SUITE 600
LAS VEGAS, NV 89169-5996

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Miami-Dade County Tax Collector<br>Bankruptcy Paralegal Unit<br>200 N.W. Second Avenue, Suite 430<br>Miami, FL 33128 | Nebraska Department of Revenue<br>Attn: Bankruptcy Unit<br>Nebraska State Office Building<br>P.O. Box 94818<br>Lincoln, NE 68509-4818 | Newtek Bank, National Association<br>1981 Marcus Avenue, Ste. 130<br>Lake Success, NY 11042 |
| (d)Newtek Small Business Finance, LLC<br>1981 Marcus Avenue #130<br>Lake Success, NY 11042 | STERICYCLE<br>POB 6575<br>Carol Stream, IL 60197-6575 | THE N2 COMPANY<br>C/O DOMENIQUE SCHMITT<br>2093 PHILADELPHIA PIKE #3202<br>CLAYMONT, DE 19703 |
| (d)The N2 Company<br>c/o Domenique Schmitt<br>2093 Philadelphia Pike #3202<br>Claymont, DE 19703 | Vox Funding LLC<br>100 Park Avenue, 26th Floor<br>New York, NY 10017 | |

Addresses marked (c) above for the following entity/entities were corrected
as required by the USPS Locatable Address Conversion System (LACS).

| | |
|---|---|
| PROVENTURE CAPITAL LLC<br>dba TOP TIER CAPITAL<br>500 W PUTNAM AVE., STE. 400<br>GREENWICH, CT 06830-02947 | (d)PROVENTURE CAPITAL LLC<br>dba TOP TIER CAPITAL<br>ATTN: JOE MANCUSO<br>500 W PUTNAM AVE., STE. 400<br>GREENWICH, CT 06830-02947 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)J.S. HELD LLC | (u)MCAFEE AND TAFT LLP | (u)Mayfair Mall LLC |
| (u)PAUL, WEISS, RIFKIND, WHARTON AND GARRISON | (u)RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A | (d)Gile Law Group Ltd.<br>1180 N. Town Center Dr., Ste. 100<br>Las Vegas, NV 89144-6308 |
| (u)Governmental Units | (u)Grand County Treasurer<br>P.O. Box 288<br>Hot Sulphur Springs, Colorado 80451<br>Massachusetts Department of Revenue<br>Collections Bureau/Bankruptcy Unit<br>P. O. Box 7090 | (u)Ian Ebling<br>Claims Specialist II<br>Commercial Property Claims<br>Zurich North America<br>15303 Dallas Pkwy.<br>Floors 8, 9, Suite 800 |

(d)Lamar Companies
P.O. Box 96030
Baton Rouge, LA 70896-9030

(d)Massachusetts Department of Revenue
Collections Bureau/Bankruptcy Unit
PO Box 7090
Boston, MA 02204-7090

(d)Mayfair Mall LLC
c/o Brookfield Properties
P.O. Box 772816
Chicago, IL 60677-0116

(d)Prospect Rainbow, LLC
c/o JOHNSON & GUBLER, P.C.
Attn: Russell G. Gubler, Esq.
8831 W. Sahara Ave
Las Vegas, NV 89117-5865

(d)Social Security Administration
Office of General Counsel
Office of Program Litigation - Bankruptc
6401 Security Boulevard
Baltimore, MD 21235-0001

(d)The LCF Group, Inc.
3000 Marcus Avenue, Suite 2W15
Lake Success, NY 11042-1005

(d)Thomas C. Wolff
Ward and Smith, P.A.
751 Corporate Center Drive Suite 300
Raleigh, NC 27607-4873

(u)Jacob Nathan Rubin

End of Label Matrix
Mailable recipients    269
Bypassed recipients     17
Total                  286

| | | |
|---|---|---|
| **NUMALE CORPORATION MAILING MATRIX** | Joseph M. Lipps, Esq.<br>Megan Lickfelt<br>Bailey Cavalieri<br>10 W. Broad Street, Ste. 2100<br>Columbus, OH 43215-3422 | Chubb<br>Customer Support Service Department<br>436 Walnut Street<br>P.O. Box 1000<br>Philadelphia, PA 19106-3703 |
| Federal Insurance Company<br>Customer Support Service Department<br>436 Walnut Street<br>P.O. Box 1000<br>Philadelphia, PA 19106-3703 | Federal Insurance Company<br>Attn: Chubb Underwriting Department<br>Chubb<br>202B Hall's Mill Road<br>Whitehouse Station, NJ 08889 | Plevin & Turner LLP<br>MARK PLEVIN, ESQ.<br>580 California Street, Suite 1200<br>San Francisco, CA 94104 |
| Google LLC<br>c/o Custodian of Records<br>1600 Amphitheatre Parkway<br>Mountain View, CA 94043 | GoDaddy.com, LLC<br>Attn: Compliance & Investigations (Legal)<br>2155 E. GoDaddy Way<br>Tempe, AZ 85284 | Insurance Zizzle<br>313 N. Plankintor Avenue<br>Milwaukee, WI 53203 |
| Microsoft Corporation<br>(Dispute/Arbitration Notices)<br>Attn: Cela Arbitration<br>One Microsoft Way<br>Redmond, WA 98052-6399 | MyMedLeads.com, Inc.<br>701 Brazos St, 16th Floor (Suite 1600)<br>Austin, TX 78701 | MyBodysite<br>230 N. Congress Avenue, Unit A12<br>Lake Park, FL 33403 |
| Prospect Rainbow LLC<br>(Innovative Real Estate Strategies)<br>2975 S. Rainbow Blvd. Suite J<br>Las Vegas, NV 89146 | Prospect Rainbow, LLC<br>c/o Matthew L. Johnson, Esq.<br>JOHNSON & GUBLER, P.C.<br>Lakes Business Park<br>8831 W. Sahara Avenue<br>Las Vegas, Nevada 89117 | 444 Regency Parkway LLC<br>(Gordman Lake Regency, LLC)<br>450 Regency Pkwy Ste 200<br>Omaha, NE 68114-3777 |
| 444 Regency Parkway LLC<br>(Gordman Lake Regency, LLC)<br>Attn: Shaun James, Esq.<br>Smith Pauley LLP<br>3555 Farnam Street, Suite 1000,<br>Omaha, NE 68131 | Wyoming Office Park, LLC<br>c/o Brunacini Companies<br>P.O. Box 6363<br>Albuquerque, NM 87197 | Wyoming Office Park, LLC<br>c/o Paul M. Cash<br>Cash Law Firm<br>P.O. Box 20718<br>Albuquerque, NM 87154 |
| Tampa Westshore 500 LLC<br>c/o The Green Companies, LLC<br>9155 S. Dadeland Blvd Ste. 1812 Miami, FL<br>33156-2742 | Reliant Capital, via New Lane Finance<br>P.O. Box 7358<br>Philadelphia, PA 19101-7358 | Reliant Capital<br>Attn: Rhyen Foster, Customer Solutions<br>Specialist<br>123 South Broad Street, Floor 17<br>Philadelphia, PA 19109 |
| Apple Inc.<br>Attn: Legal (Rights & Permissions) MS 169-3IPL<br>One Apple Park Way<br>Cupertino, CA 95014 | Google LLC<br>Attn: Registered Agent (CSC) for civil requests<br>Corporation Service Company<br>2710 Gateway Oaks Dr., Suite 150N<br>Sacramento, CA 95833 | Adobe Sign (Adobe Inc.)<br>345 Park Avenue,<br>San Jose, CA 95110 |
| ADT LLC<br>Attn: Alam Permits/Compliance<br>1501 Yamato Road<br>Boca Raton, FL 33431 | Centrum/Belleview LLC<br>c/o Wadsworth Garber Warner<br>Conrady PC<br>2580 W. Main Street, Suite 200, Littleton, CO<br>80120 | |
| ADT LLC<br>Attn: Monitoring Company<br>8880 Esters Blvd.<br>Irving, TX 75063 | AdvancedMD, Inc.<br>698 (West) 10000 South<br>South Jordan, UT 84095 | ADW Diabetes, LLC<br>Attn: Compliance Officer<br>2501 NW 34th Place #35<br>Pompano Beach, FL 33069 |

Amazon.com, Inc.
Attn: General Counsel/Legal Dept.
P.O. Box 81226
Seattle, WA 98108-1226

Amazon Legal Department
(Courier/Personal Delivery)
Attn: General Counsel
2021 7th Ave.
Seattle, WA 98121

American Mail Order Pharmacy, Inc.
23290 Schoenherr Rd.
Warren, MI 48089

American Proficiency Institute
1159 Business Park Dr.
Traverse City, MI 49686

AnazaoHealth Corporation (503A Pharmacy)
5710 Hoover Blvd.
Tampa, FL 33634

AnazaoHealth Corporation (503B Outsourcing Facility)
7465 W Sunset Rd, Ste 1200
Las Vegas, NV 89113

ApexChat (now Blazeo)
Attn: Legal Dept.
3001 Bishop Dr, Suite 300
San Ramon, CA 94583

Belmar Pharma Solutions (Belmar Pharmacy)
12860 W Cedar Dr., Suite 211
Lakewood, CO 80228

Bio-Rad Laboratories, Inc.
1000 Alfred Nobel Dr.
Hercules, CA 94547

Cardinal Health
7000 Cardinal Place
Dublin, OH 43017

CarieBoyd  (a/k/a Carrie Boyd)
8400 Esters Blvd. #190
Irving, TX 75063

Cynergy Electric
1612 Professional Blvd, Suite H
Crofton, MD 21114

*Cynergy Bank*
*4th Floor, One New Change*
*London, EC4M 9AF*

Dagacci Scrubs
6235 Los Angeles St.
Los Angeles, CA 90014

DocuSign, Inc.
221 Main St., Suite 1550
San Francisco, CA 94105

Ellis Instruments
4B Elmer Street
Madison, NY 07940

Empower Pharmacy
7601 N Sam Houston Pkwy W, Ste 100,
Houston, TX 77064

FedEx (Revenue Services – Invoice Adjustments)
Attn: Revenue Services
7900 Legacy Drive
Plano, TX 75024

FedEx (Revenue Services – Invoice Adjustments)
Attn: Revenue Services
3965 Airways Boulevard, Module G
Memphis, TN 38116

FedEx Corporation (Corporate HQ)
942 South Shady Grove Road, Memphis, TN 38120

Finix Payments, Inc.
631 Howard Street, Suite 100
San Francisco CA 94105

Lorex Technology Inc. (Mailing)
250 Royal Crest Ct,
Markham, ON L3R 3S1, Canada

McKesson Corporation
Attn: Corporate Secretary's Office
6555 N. State Hwy 161
Irving, TX 75039

MessageMedia USA Inc.
(Sinch MessageMedia)
Attn: Legal/Notices
One North Wacker Dr, Suite 2500
Chicago, IL 60606

MD Toolbox
8524 W Gage Blvd,
Kennewick, WA 99336

MD Toolbox
1766 Fowler St, Ste D
Richland, WA 99352

Olympia Pharmacy
Attn: Legal Dept.
6700 Conroy Rd, Ste 155
Orlando, FL 32835

Ortho Molecular Products
Corporate Office
540 W. Northwest Hwy, Suite 200
Barrington, IL 60010

Paylocity
1400 American Lane
Schaumburg, IL 60173

PharmaLink, Inc. (HQ)
Attn: Legal Dept.
8285 Bryan Dairy Rd, Ste 190
Largo, FL 33777

PharmaLink, Inc. (Returns Center)
11775 Starkey Rd.
Largo, FL 33773

Plymouth Medical, Inc.
135 Plymouth Street #410
Brooklyn, NY, 11201

Plymouth Medical LLC
135 Plymouth Street #410
Brooklyn, NY, 11201

Plymouth Medical, Inc.
Attn: Legal Dept.
1201 Tower Rd.
Schaumburg, IL 60173

PolicyTech (NAVEX Global, Inc.)
Attn: Legal Dept.
5885 Meadows Road, Suite 500
Lake Oswego, OR 97035

PolicyTech (NAVEX Global, Inc.)
Attn: Legal Dept.
5500 Meadows Rd.
Lake Oswego, OR 97035

Practice EHR, LLC
5345 Towne Square Drive, Suite 130
Plano, TX 75024

Practice EHR, LLC
450 Century Pkwy, Ste 250
Allen, TX 75013

Primo Brands / Primo Water Corporation
Attn: Legal Dept.
200 Eagles Landing Boulevard
Lakeland, Florida 33810

Primo Brands / Primo Water Corporation
Attn: Legal Dept.
1150 Assembly Dr, Ste 800
Tampa, FL 33607

Qualer, LLC
Attn: Legal Dept.
9477 Waples St, Suite 120
San Diego, CA 92121

Qualgen, LLC (Compounding Pharmacy)
301 Enterprise Dr.
Edmond, OK 73013

Qualgen, LLC (Compounding Pharmacy)
14844 Bristol Park Blvd.
Edmond, OK 73013

Quest Diagnostics Incorporated (Corporate HQ)
500 Plaza Drive
Secaucus, NJ 07094

Intuit Inc. (Service of Legal Process - CSC Delaware)
c/o Corporation Service Company (CSC)
251 Little Falls Drive
Wilmington, DE 19808

Quickbooks  / Intuit
2700 Coast Ave
Mountain View, CA 94043

Intuit Inc.
Civil Actions - CSC California
c/o Corporation Service Company (CSC), 2710 Gateway Oaks Drive, Suite 150N
Sacramento, CA 95833

Relaymed
1350 N Orange Ave.
Winter Park, Florida 32789

*Relaymed*
*Argyle House, CodeBase, 3 Lady Lawson St,*
*Edinburgh EH3 9DR, United Kingdom*

Remote Control Technology
(Remote TC Systems)
14736 NE 95th St.
Redmond, WA 98052

Sav-Rx Prescription Services
Attn: Legal Dept.
1855 N Airport Rd.
Fremont, NE 68025

Sav-Rx Prescription Services
Attn: Legal Dept.
224 N Park Ave.
Fremont, NE 68025

Stamps.com Inc.
1990 E. Grand Avenue
El Segundo, CA 90245

Staples, Inc. (Corporate)
500 Staples Drive
Framingham, MA 01702

Stericycle, Inc.
Attn: Legal Dept.
2355 Waukegan Rd.
Bannockburn, IL 60015

Trocarkit aka Trocar Supplies
126 Nulf Drive
Columbiana, Ohio 44408

Uber Technologies, Inc. (Uber / Uber Eats)
Attn: Registered Agent (see CT Corp SOP locations)
1725 3rd St.
San Francisco, CA 94158

Überlube, Inc.
7316 Ridgeway Ave.
Skokie, IL 60076

Wells Pharmacy Network, LLC (HQ)
1210 SW 33rd Ave.
Ocala, FL 34474

Storage Site – Public Storage (Tucson)
7825 E Speedway Blvd.
Tucson, AZ 85710

Storage Site – Public Storage (Omaha)
301 South 74th Street, Suite A013, Omaha, NE
68114

Storage Site – Towne Storage (Las Vegas)
6995 W Dewey Dr.
Las Vegas, NV 89113

Equity Sales Finance, Inc.
1200 Ford Road, Suite A,
Hopkins, Minnesota 55305
Hennepin County

Splitit USA Inc.
5901 Peachtree Dunwoody Road,
Suite C-480
Atlanta, GA 30328-7188

The N2 Company
c/o Domenique Schmitt
2093 Philadelphia Pike #3202
Claymont, DE 19703

The N2 Company
c/o Thomas C. Wolff, Esq.
Ward and Smith, P.A.
P.O. Box  7068
Wilmington, NC 28406-7068

RepeatMD
Attn: Marnie Branch
5599 San Felipe, 4th Floor,
Houston, TX 77056

Tosoh Bioscience, Inc.
6000 Shoreline Ct #101
South San Francisco, CA 94080

Tosoh Bioscience, Inc.
3600 Gantz Road
Grove City, Ohio 43123

Tosoh Bioscience, Inc.
P.O. Box 712415
Cincinnati, OH 45271-2415

Mayfair Mall, LLC
Attn: General Manager
2500 North Mayfair Road
Wauwatosa, WI 53226

Brookfield Properties Retail
Attn: General Counsel
350 N. Orleans Street, Suite 300
Chicago, IL 60654

Mayfair Mall, LLC
c/o Ivan Gold
Allen Matkins Leck Gamble Mallory & Natsis
LLP, Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074

Mayfair Mall, LLC
c/o Louis Bubala
Kaempfer Crowell,
50 West Liberty Street, Suite 1100
Reno, NV 89501

Centrum/Belleview LLC
Dept. # 42512
P.O. Box 650823
Dallas, TX 75265

AdvancedMD, Inc.
Attn: Aveen Jamrozy, Senior General Counsel
698 (West) 10000 South
South Jordan, UT 84095

American Express
PO Box 53825
Phoenix, AZ 85072-3825

Paypal, Inc.
c/o CT Corporation System
28 Liberty St. Fl. 42
New York, NY 10005-1448

Splitit USA Inc.
Attn: Accounts Payable Dept.
319 Coteau St.
Pierre, SD 57501-3108

Equity Sales Finance, Inc.
Attn: Accounts Payable Dept.
6900 Wedgwood Rd. N, Ste. 150
Maple Grove, MN 55311