Richard F. Holley, Esq.
Nevada Bar No. 3077
Email: rholley@spencerfane.com
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile  (702) 408-3401

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re:  ☒ NUMALE CORPORATION, ☒ FELICIANO NUMALE NEVADA PLLC, ☒ NUMEDICAL SC, ☒ NUMALE COLORADO SC, ☒ NUMALE FLORIDA TB PLLC. ☒ NUMALE NEBRASKA LLC, ☒ NUMALE NEW MEXICO SC, <br><br>Debtors. | Lead Case No.: 25-10341-nmc <br> Chapter 11 <br> Jointly Administered with: <br> Case No.: 25-10342-nmc <br> Case No.: 25-10343-nmc <br> Case No.: 25-10344-nmc <br> Case No.: 25-10345-nmc <br> Case No.: 25-10346-nmc <br> Case No.: 25-10347-nmc <br><br> Judge: Hon. Natalie M. Cox |
|---|---|

### *EX PARTE* MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST

TO THE CLERK OF THE U.S. BANKRUPTCY COURT:

Richard F. Holley, Esq. of the law firm Spencer Fane brings this *Ex Parte* Motion to Remove Counsel from CM/ECF Service List ("Motion").

PLEASE TAKE NOTICE that Richard F. Holley, Esq.

1. Is no longer an attorney of record in the above-captioned jointly administered bankruptcy cases;[1]

2. Requests discontinuation of notice in all of the above-captioned jointly administered bankruptcy cases; and

3. Requests to be removed from the CM/ECF service list in connection with all of the above-captioned jointly administered bankruptcy cases.

The following electronic emails are to be removed: rholley@nevadafirm.com.

---

[1] *See* Substitution of Counsel, ECF No. 428.

SPENCER FANE LLP
Attorneys at Law
Las Vegas

The basis for this Motion is that the Richard F. Holley no longer represents any party in these jointly administered bankruptcy cases.

Dated this 10th day of October 2025.

        SPENCER FANE LLP

        /s/ Richard F. Holley
        RICHARD F. HOLLEY, ESQ. (NBN 3077)
        300 South Fourth Street, Suite 1600
        Las Vegas, Nevada 89101
        Phone: (702) 408-3400 | Fax: (702) 408-3401
        Email: rholley@spencerfane.com

SPENCER FANE LLP
Attorneys at Law
Las Vegas

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that I am an employee of Spencer Fane LLP and that, on the 10th day of October 2025, I caused to be served a true and correct copy of EX PARTE MOTION TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

　　　　　　　　　　　　　　　　　　　　/s/ Olivia Swibies
　　　　　　　　　　　　　　　　　　　　An employee of Spencer Fane LLP

SPENCER FANE LLP
Attorneys at Law
Las Vegas