# EXHIBIT 1

# EXHIBIT 1

 **Outlook**

---

**Fw: CLIA #14D2071218 - Upcoming Recertification Survey**

---

**From** Gabby de la Torre <gabby@menshealthctr.com>
**Date** Sun 8/31/2025 12:30 AM
**To** Brad Palubicki <bradpalubicki@outlook.com>


Gabby de la Torre
Chief Operating Officer
Men's Health & Wellness Center
e: gabby@menshealthctr.com
p: 702.812.1687

---

**From:** Tim Gengembre <gengembre@me.com>
**Sent:** Wednesday, August 27, 2025 4:32 AM
**To:** Gabby de la Torre <gabby@menshealthctr.com>
**Subject:** Fwd: CLIA #14D2071218 - Upcoming Recertification Survey

Begin forwarded message:

> **From:** "Tim Gengembre, PhD" <tim@numale.com>
> **Subject: Fw: CLIA #14D2071218 - Upcoming Recertification Survey**
> **Date:** August 26, 2025 at 2:18:34 PM CDT
> **To:** Tim Gengembre <gengembre@me.com>

---

**From:** Tim Gengembre, PhD <tim@numale.com>
**Sent:** Tuesday, August 26, 2025 10:40 AM
**To:** Stephanie Diaz <sdiaz@numale.com>; Rakowski, Brandon <Brandon.Rakowski@Illinois.gov>; NuMale Operations Team <Operations@numale.com>
**Cc:** Seymour, Kelen <Kelen.Seymour@Illinois.gov>; Justin Pulliam <justinp@numale.com>
**Subject:** Re: CLIA #14D2071218 - Upcoming Recertification Survey

**Emergency Pause to Resignation as Lab Director:**

Mr. Rakowski,

On Friday August 22, 2025, I submitted my 2-week resignation from NuMale Medical and my last day will be Thursday September 4, 2025.

Due to this change, I would like to remain on as Lab Director for the Skokie Clinic.

I do apologize for the confusion on my part but as I am sure you can appreciate, given the multiple "half-truths" I'm getting as a result of the bankruptcy issues, malpractice settlements, and other legal matters NuMale is currently facing.

First and foremost, I am a clinician and it is my dedication to patient's that will always take priority.

I will remain as lab director as long is necessary to ensure each and every patient's needs are met.

Professionally,

Tim R Gengembre, PA-C, MS, MBA, PHD
Cell 262/366-8985

---

**From:** Stephanie Diaz <sdiaz@numale.com>
**Sent:** Monday, August 25, 2025 1:18 PM
**To:** Rakowski, Brandon <Brandon.Rakowski@Illinois.gov>; NuMale Operations Team <Operations@numale.com>; Tim Gengembre, PhD <tim@numale.com>
**Cc:** Seymour, Kelen <Kelen.Seymour@Illinois.gov>; Justin Pulliam <justinp@numale.com>
**Subject:** RE: CLIA #14D2071218 - Upcoming Recertification Survey

Hello,

We will be submitting formal request to withdraw certification shortly.

Regards,
Stephanie Diaz

**From:** Rakowski, Brandon <Brandon.Rakowski@Illinois.gov>
**Sent:** Friday, August 22, 2025 8:56 AM
**To:** NuMale Operations Team <Operations@numale.com>; Tim Gengembre, PhD <tim@numale.com>
**Cc:** Seymour, Kelen <Kelen.Seymour@Illinois.gov>; Justin Pulliam <justinp@numale.com>; Stephanie Diaz <sdiaz@numale.com>
**Subject:** RE: CLIA #14D2071218 - Upcoming Recertification Survey
**Importance:** High

Justin,

Hello. I wanted to follow-up on our phone call as we have not yet received a request to terminate the CLIA certificate 14D2071218 from the LD. If you can please provide a status update it would be appreciated.

Thanks,

**Brandon Rakowski**
*CLIA Program Administrator*
*Illinois Department of Public Health*
*Division of Health Care Facilities and Programs*
*Laboratory Regulations*
*525 West Jefferson Street, 4th FL*
*Springfield, Illinois 62761*
*Phone:  217-782-2343*
*Fax:  217-782-0382*
*email:  Brandon.Rakowski@illinois.gov*
*website: https://dph.illinois.gov/topics-services/health-care-regulation/clia.html*



**Important Action!**
Laboratories have until **March 1, 2026,** to switch to CMS email notifications and begin receiving electronic CLIA fee coupons and certificates. After this date, **paper fee coupons and CLIA certificates will no longer be available.**

*We are encouraging laboratories to create a general CLIA email address that multiple individuals can access to avoid issues with turnover and missing notifications.

**We are limited to 1 email per CLIA# for electronic notifications. To ensure you are receiving all fee coupons and CLIA certificates electronically, please work with your IT department to add noreply-cms-ccsq@ccsq.cms.hhs.gov to your safe sender list.

**Don't wait!** Please use this form to update your email/notifications for your Illinois CLIA certificate(s). Please submit the completed forms to DPH.CLIA@Illinois.gov.

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

---

**From:** Rakowski, Brandon
**Sent:** Friday, August 15, 2025 7:59 AM
**To:** NuMale Operations Team <Operations@numale.com>; tim.gengembre@numale.com
**Cc:** Seymour, Kelen <Kelen.Seymour@Illinois.gov>; Justin Pulliam <justinp@numale.com>; Stephanie Diaz <sdiaz@numale.com>
**Subject:** RE: CLIA #14D2071218 - Upcoming Recertification Survey
**Importance:** High

Dr. Genembre,

Hello. Please ensure you have provided your resignation notification to the laboratory,14D2071218. We are unable to remove you as the laboratory director of record on the CLIA certificate. The laboratory will need to submit a CMS-116 with a qualified laboratory director in order to remove you as the LD of record on the CLIA certificate.

Regards,

**Brandon Rakowski**
*CLIA Program Administrator*
*Illinois Department of Public Health*
*Division of Health Care Facilities and Programs*
*Laboratory Regulations*
*525 West Jefferson Street, 4th FL*
*Springfield, Illinois 62761*
*Phone:  217-782-2343*
*Fax:  217-782-0382*
*email:  Brandon.Rakowski@illinois.gov*
*website: https://dph.illinois.gov/topics-services/health-care-regulation/clia.html*



**Important Action!**
Laboratories have until **March 1, 2026,** to switch to CMS email notifications and begin receiving electronic CLIA fee coupons and certificates. After this date, **paper fee coupons and CLIA certificates will no longer be available.**

*We are encouraging laboratories to create a general CLIA email address that multiple individuals can access to avoid issues with turnover and missing notifications.

**We are limited to 1 email per CLIA# for electronic notifications. To ensure you are receiving all fee coupons and CLIA certificates electronically, please work with your IT department to add noreply-cms-ccsq@ccsq.cms.hhs.gov to your safe sender list.

*Don't wait! Please use this form to update your email/notifications for your Illinois CLIA certificate(s). Please submit the completed forms to DPH.CLIA@Illinois.gov.*

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.

**From:** Seymour, Kelen <Kelen.Seymour@Illinois.gov>
**Sent:** Thursday, August 14, 2025 10:27 AM
**To:** Rakowski, Brandon <Brandon.Rakowski@Illinois.gov>
**Subject:** FW: CLIA #14D2071218 - Upcoming Recertification Survey

**From:** Stephanie Diaz <sdiaz@numale.com>
**Sent:** Wednesday, August 13, 2025 6:00 PM
**To:** Seymour, Kelen <Kelen.Seymour@Illinois.gov>
**Cc:** NuMale Operations Team <Operations@numale.com>; Justin Pulliam <justinp@numale.com>
**Subject:** [External] RE: CLIA #14D2071218 - Upcoming Recertification Survey

Hello Kelen,

apologize for the delayed response. NuMale Medical Center in Skokie is now operating independently and can be reached at **847-354-4383**.

Additionally, our medical provider, Tim Gengembre, is no longer serving as their Laboratory Director or Technical Consultant. Please find attached a letter requesting his withdrawal from their CLIA certification.

If you have any questions, please feel free to contact me, and I will do my best to assist.

Kind regards,
Stephanie Diaz
Vice President, NuMale Medical Center
6590 S. Rainbow Blvd. Suite 200, Las Vegas, NV 89118

**From:** Seymour, Kelen <Kelen.Seymour@Illinois.gov>
**Sent:** Monday, August 11, 2025 7:24 AM
**To:** NuMale Operations Team <Operations@numale.com>
**Subject:** CLIA #14D2071218 - Upcoming Recertification Survey
**Importance:** High

*Attempt #2*

Numale Laboratory (CLIA #14D2071218),

The IDPH Laboratory Regulations Unit is in the process of scheduling a recertification survey for your laboratory at 4711 Golf Road, Suite 1050 in Skokie, IL.

Our current projected date for the survey is Tuesday, September 16th, 2025, with an approximate 10:30 - 11:00 AM arrival.

Prior to officially scheduling this survey, I am reaching out to confirm you are still performing laboratory testing in the subspecialties of Routine Chemistry and Endocrinology at this facility and that this is still the appropriate email address to utilize for contact and confirmation purposes.

I look forward to hearing back from you.

Best,

**Kelen Seymour, MLS (ASCP)cm, MPH, LSSGBC**
*Laboratory Quality Specialist II
Illinois Department of Public Health
Division of Health Care Facilities and Programs
Laboratory Regulations
525 West Jefferson Street, 4th FL
Springfield, Illinois 62761
Phone:  217-524-0135
Mobile:  217-685-4574
Fax:  217-782-0382
email:  Kelen.Seymour@illinois.gov
website: https://dph.illinois.gov/topics-services/health-care-regulation/clia.html*



**Important Action!**

Laboratories have until **March 1, 2026** to switch to CMS email notifications and begin receiving electronic CLIA fee coupons and certificates.  After this date, **paper fee coupons and CLIA certificates will no longer be available.**

*We are encouraging laboratories to create a general CLIA email address that multiple individuals can access to avoid issues with turnover and missing notifications.

**Don't wait!**  Please use this [form](#) to update your email/notifications for your Illinois CLIA certificate(s).  Please submit the completed forms to [DPH.CLIA@Illinois.gov](mailto:DPH.CLIA@Illinois.gov).

State of Illinois - CONFIDENTIALITY NOTICE: The information contained in this communication is confidential, may be attorney-client privileged or attorney work product, may constitute inside information or internal deliberative staff communication, and is intended only for the use of the addressee. Unauthorized use, disclosure or copying of this communication or any part thereof is strictly prohibited and may be unlawful. If you have received this communication in error, please notify the sender immediately by return e-mail and destroy this communication and all copies thereof, including all attachments. Receipt by an unintended recipient does not waive attorney-client privilege, attorney work product privilege, or any other exemption from disclosure.