Joseph G. Went, Esq.
Nevada Bar No. 9220
Lars K. Evensen, Esq.
Nevada Bar No. 8061
Sydney R. Gambee, Esq.
Nevada Bar No. 14201
**HOLLAND & HART LLP**
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
jgwent@hollandhart.com
lkevensen@hollandhart.com
srgambee@hollandhart.com

*Attorneys for Brad Palubicki*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-NMC<br>Chapter 11 |
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly Administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | |

# DECLARATION OF BRAD PALUBICKI IN SUPPORT OF HIS OBJECTION TO JUSTIN PULLIAM AS A QUALIFIED BIDDER

I, **BRAD PALUBICKI**, do hereby declare:

1. I submit this declaration based upon my personal knowledge of the facts stated herein. I am over the age of eighteen years and am competent to testify to the matters set forth below. If called as a witness, I could and would testify competently to the facts stated herein.

2. On January 22, 2025, NuMale Corporation ("NuMale") and six bankruptcy affiliates filed voluntary petitions for relief under Chapter 11 of the Bankruptcy Code.

3. I previously served as President of NuMale.

4. I make this declaration in support of my *Objection* (the "Objection") to Justin Pulliam ("Pulliam") as a Qualified Bidder.

5. I have personal knowledge of all matters set forth in this Declaration, and if called upon to testify, could and would competently testify thereto.

6. NuMale affiliates that filed bankruptcy petitions include Feliciano NuMale Nevada PLLC ("Feliciano NuMale"), NuMedical SC ("NuMale SC"), NuMale Colorado SC ("NuMale Colorado"), NuMale Florida TB PLLC ("NuMale Florida"), NuMale Nebraska LLC ("NuMale Nebraska"), and NuMale New Mexico SC ("NuMale New Mexico") (collectively, the "Debtors").

7. I was the signatory on the bankruptcy petitions filed by Debtors.

8. On or around July 29, 2025, my employment and the employment of others, including Holly Triplett ("Triplett"), at NuMale and/or other Debtors was terminated.

9. On or around August 2025, Pulliam began taking actions as if he was in operational control over the Debtors, taking unilateral actions that fundamentally altered the businesses and created competitive advantages unavailable to other potential bidders.

   a. Pulliam unilaterally transferred patient medical records to Zenoti, an EMR system controlled exclusively by Pulliam. Although existing and new patients are now entered into Zenoti, not all records have been migrated. This transfer allowed Pulliam to seize control of the Debtors' most valuable assets: patient data.

-2-

      b.    Pulliam systematically rebranded Debtor clinics using his personal business brand "VidaVital", effectively replacing the NuMale brand and positioning the business within his own corporate infrastructure.

10.    On or around August 22, 2025, Pulliam interfered with the federal regulators who conduct the CLIA certificate evaluation for non-debtor NuMale Chicago LLC. A true and correct copy of the email communications between the CLIA Program Administrator, Pulliam, and others is attached to the Ojection as **Exhibit 1** and incorporated herein by reference.

      a.    On August 22, 2025, CLIA Program Administrator Brandon Rakowski emailed Pulliam to "follow-up on our phone call" regarding the CLIA certificate.

      b.    On August 26, 2025, Dr. Gengembre emailed the CLIA Program Administrator to clarify his wish to "remain on as Lab Director for the Skokie Clinic" and to apologize for his confusion arising from the multiple "half-truths."

11.    On September 17, 2025, Pulliam submitted a Discharge Questionnaire to the Wisconsin Department of Workforce Development, Unemployment Insurance Division, containing incorrect information. A true and correct copy of the Discharge Questionnaire is attached to the Objection as **Exhibit 2** and incorporated herein by reference.

      a.    Pulliam misrepresented that Triplett was fired from NuMale in "connection with an ongoing criminal investigation." *Id.*

      b.    Pulliam misrepresented that this "matter is part of an ongoing investigation by several U.S. Agencies." *Id.*

      c.    Pulliam misrepresented that "Holly is employed with Men's Wellness Centers since 8-1-25." *Id.*

12.    On or around September 25, 2025, the Wisconsin Department of Workforce Development, Unemployment Insurance Division, issued a *Findings and Determination of the Deputy* that the employer did not "provide correct and complete information during a fact-finding investigation requested by telephone on 9/17/25." A true and correct copy of the Findings and Determination of the Deputy is attached to the Objection as **Exhibit 3** and incorporated herein by reference.

13. Since August 2025, Pulliam has continually operated the rebranded Debtor clinics as "VidaVital." *See* www.vidavitalmedical.com. This ongoing rebrand diminishes the value of the NuMale brand for other bidders while providing Pulliam with real-world operational data, patient response metrics, and market intelligence unavailable to competing purchasers.

14. As a potential bidder at the upcoming sale, Pulliam's systematic rebranding campaign provides him with substantial advantages not available to me or other similarly situated bidders.

    a. Pulliam gains an unfair information advantage where he has exclusive access to real-time operational data about patient responses, the marketing effectiveness and brand reception that other bidders cannot access. This information asymmetry is not the natural result of due diligence available to all parties, but rather the product of Pulliam's unilateral seizure of control over the Debtors' operations.

    b. The rebrand destroys value for bidders interested in the NuMale brand by diminishing the goodwill and market recognition developed over years, while exclusively benefiting Pulliam's personal business strategy by migrating the business to his corporate infrastructure and making him the natural successor while forcing me and those like me that valued the original brand equity to overcome significant operational disruption, if we prevail.

    c. His rebrand negatively affects the NuMale brand value that I wanted to attempt to acquire. Pulliam's rebrand to his personal "VidaVital" infrastructure constitutes an attempt to take grossly unfair advantage of other bidders, creating a sale process tilted decisively in his favor through unauthorized actions

15. I respectfully request that the Court withdraw Pulliam's Qualified Bidder status, given his recent actions.

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

EXECUTED this 10th day of October, 2025 in Clark County, Las Vegas, Nevada.

                                         */s/ Brad Palubicki*
                                         BRAD PALUBICKI

**CERTIFICATE OF SERVICE**

1. On the October 10, 2025 I served the following document(s) *(specify)*:

   *A.* **DECLARATION OF BRAD PALUBICKI IN SUPPORT OF HIS OBJECTION TO JUSTIN PULLIAM AS A QUALIFIED BIDDER.**

2. I served the above-named document(s) by the following means to the persons as listed below*: (Check all that apply)*

 X   a.   **ECF System** *(You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)*:

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com, ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com, dberhanu@lewisroca.com, ombcalendar@lewisroca.com, klopez@lewisroca.com, Renee.Creswell@wbd-us.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com,CRobertson@carlyoncica.com, nrodriguez@carlyoncica.com, jang@carlyoncica.com, 9232006420@filings.docketbird.com, Dcica@carlyoncica.com, tfrey@carlyoncica.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@gtg.legal, bknotices@gtg.legal

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

RICHARD F. HOLLEY on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rholley@spencerfane.com, oswibies@spencerfane.com, richard-holley-0715@ecf.pacerpro.com

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com, kristi@mjohnsonlaw.com, kathra@mjohnsonlaw.com, admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
darnvbk@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com,mark-weisenmiller-1991@ecf.pacerpro.com, weisenmiller.markm.b117998@notify.bestcase.com, melissa@abwfirm.com

JOSEPH G. WENT on behalf of Debtor BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com, IntakeTeam@hollandhart.com, tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com, bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com, hannah@lzlawnv.com, carey@lzlawnv.com, trish@lzlawnv.com, jennifer@lzlawnv.com, bchambliss@lzlawnv.com

**X**    b.    **US Mail** by depositing same in the United States mail, first class postage fully prepaid to the persons and addresses listed below:

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

MCAFEE AND TAFT LLP
,

PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
,

RIGGI LAW FIRM on behalf of Debtor NUMALE CORPORATION
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE COLORADO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
7900 W SAHARA AVE

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMEDICAL SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.
,

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

**I declare under penalty of perjury that the foregoing is true and correct.**

DATED this 10th day of October, 2025.

*/s/ Tiffany Pond*
SIGNATURE OF DECLARANT