# EXHIBIT 2

# EXHIBIT 2

PAGE 2/2 RECD 9/17/2025 12:43:27 PM [Central Daylight Time] PRD 082603075

Department of Workforce Development
Unemployment Insurance Division
P.O. BOX 7905
MADISON, WI 53707

**Discharge Questionnaire**
Re: Work Rule Violation

Adjudicator: SUPPORT - 1211
Telephone: 414-435-7069 Ext.: 1211
Fax: 608-260-3075

Date Mailed: 09/11/25

Claimant: HOLLY M TRIPLETT
CON: 300 04 6700

NUMALE CORPORATION
6590 S RAINBOW BLVD
LAS VEGAS, NV 89118-3327

Employer: NUMALE CORPORATION

Employer No.: 367478

We are requesting information regarding this separation in order to make a decision on eligibility for Unemployment Insurance Benefits. Return this form to the Unemployment Insurance office shown above within 7 days of the date it was mailed. If possible, please fax (see the fax number above).

1. First day worked: __/__/__   Last day of actual work: 7/30/25   Date of discharge: 7/30/25
   Employer Address: 2600 N. Mayfair Rd   City: Wauwatosa   Telephone: 702 389 4829

2. Name and title of the person who discharged the employee: Michael Carmel Esq Trustee

3. How was the employee notified of the discharge? Email - US Mail

4. If discharged for a work rule violation, what work rule was violated? When did it occur? How was the employee made aware of the work rule (handbook, state or federal law, etc.)? Please provide specifics on what occurred, including the date(s) of the incident(s):
   Holly was removed from employment at the direction of the Trustee's office. The separation is in connection with an ongoing criminal investigation.

5. If discharged for insubordination, what occurred? When did it occur? Please provide specifics on what occurred, including the date(s) of the incident(s): This matter is part of an ongoing investigation by several U.S. Agencys

6. List any prior warnings given to the employee for work rule violations and/or insubordination, including dates: N/A

*Note: Holly is employed with Men's Wellness Centers since 8-1-25

If this is not the reason for separation, please explain why the employee is no longer working for you on a separate sheet of paper.

| Contact Name (if we need more information) | Contact Title | Contact Telephone Number |
|---|---|---|
| Justn Pullam | President | 702 359 4829 |
| Name and title of person completing this form (if other than contact) | | |
| Justn Pullam | | |

If you don't return the completed form by fax or mail within 7 days of the date it was mailed, a decision based on the information on file will be issued. Your account will be charged for all benefits that are paid to the claimant in error if you fail to provide correct and complete information during a fact-finding investigation.

☐ Check here if you do not wish to provide any information on this separation.

UCB-15203-4-E (R. 11/2021) (DschgWRV.doc)                              Er. No. 367478

| | |
|---|---|
| **Department of Workforce Development**<br>**Unemployment Insurance Division**<br>P.O. BOX 7905<br>MADISON, WI 53707 | **Claimant Information Request**<br><br>Adjudicator: SYDNEY - 1467<br>Telephone: 608-673-5061  Ext.: 1467<br>Fax: 608-327-6494 |

**Date Mailed:** 09/23/25

SSN: ***-**-**6753**

HOLLY M TRIPLETT
701 OLD SETTLEMENT DR
WATERTOWN WI 53098-1148

To Ms. Triplett,

Per your request, here is a snipped copy of the questionnaire that was returned by your former employer Numale Corporation.

UCB-14581-E (R. 11/2021) (blankfrm.doc)