# EXHIBIT 3

EXHIBIT 3

SEE REVERSE SIDE FOR
IMPORTANT INFORMATION

State of Wisconsin
Department of Workforce Development
Unemployment Insurance Division

MC001

  SS # XXX-XX-6753    UI LO #: 01
UI Acct. #: 367478

# DETERMINATION

NUMALE CORPORATION
6590 S RAINBOW BLVD
LAS VEGAS NV 89118-3327

HOLLY M TRIPLETT
701 OLD SETTLEMENT DR
WATERTOWN WI 53098-1148

| Issue Week: | 31/25 | Applicable Wisconsin Law: | 108.04(5); 108.04(5G) |
|---|---|---|---|
| Week Ending: | 08/02/25 | | |

FINDINGS AND DETERMINATION OF THE DEPUTY:

THE EMPLOYEE'S DISCHARGE WAS NOT FOR MISCONDUCT OR SUBSTANTIAL FAULT
CONNECTED TO HER EMPLOYMENT.

THE EMPLOYEE WAS DISCHARGED BUT WAS NOT PROVIDED A REASON. SHE HAD NO PRIOR
WARNINGS AND WAS NOT AWARE HER JOB WAS IN JEOPARDY.

EFFECT

BENEFITS ARE ALLOWED.

IF THIS DECISION IS REDETERMINED OR APPEALED, THE FACTS SHOW
THAT THE EMPLOYER DID NOT:
 - PROVIDE CORRECT AND COMPLETE INFORMATION DURING A FACT-FINDING
   INVESTIGATION REQUESTED BY TELEPHONE ON 09/17/25.

| Deputy | Dated | Decision final unless an appeal is received or postmarked by: |
|---|---|---|
| ADJUDICATOR 1467 | 09/25/25 | 10/09/25 |

UCB-20 (R. 07/20/2022) (U00242)

## THIS INFORMATION IS IMPORTANT AND SHOULD BE READ IMMEDIATELY

This determination resolves an unemployment eligibility issue. If you have questions about this determination contact the Claimant Assistance Line during business hours, or contact the department by mail or fax.

If you have questions about employer charges or want to notify the department of an additional issue(s), contact the Employer Assistance Line during business hours, or contact the department by mail or fax.

| Claimant Assistance Line: (414) 435-7069<br>Employer Assistance Line: (414) 438-7705<br>See https://dwd.wisconsin.gov/uiben/services.htm for hours of operation. | Wisconsin Unemployment Help Center<br>P.O. Box 7905<br>Madison, WI 53707<br>FAX: (608) 260-2444 |
|---|---|

**If you intend to appeal, you must file an appeal by the date stated on the front side of this determination regardless of whether you have been able to reach the department by telephone, mail, or fax.**

### HOW TO FILE AN APPEAL

**IF YOU DISAGREE WITH THIS DETERMINATION, YOU HAVE THE RIGHT TO FILE AN APPEAL. An appeal is a request for a hearing before the Appeal Tribunal. You must submit a separate request for each determination you want to appeal.**

To be timely, your appeal must be received or postmarked by the last appeal date shown on the front of this determination. If filing by fax or online, your appeal **must be received by midnight (Central Time).**

Filing by mail or fax include:

* A copy of the determination or the 9-digit ID number located in the upper left-hand corner
* Claimant name and social security number
* Indication if it is a claimant or employer appeal
* Employer name and location where the work was performed
* Representative name and address, if you have one
* Dates and times when you and your witness(es) and/or representatives cannot attend a hearing
* Any special needs such as an interpreter or other accommodations
* Claimant, employer or representative signature and date signed

Appeals received or postmarked after the deadline **must** include a reason why you are filing late. The Appeal Tribunal will review the reason and determine whether a hearing will be held or will dismiss the appeal without a hearing and the determination will remain final.

### WHERE TO FILE AN APPEAL

| | | |
|---|---|---|
| **Online:** | CLAIMANTS | https://my.unemployment.wisconsin.gov |
| | EMPLOYERS | https://dwd.wisconsin.gov/ui/sides |
| **Fax:** | (608) 327-6498 | |
| **Mail:** | UI Hearing Office<br>P.O. Box 7975<br>Madison, WI 53707 | |

**IMMEDIATELY START PREPARING FOR A HEARING SINCE HEARING NOTICES MAY BE MAILED ONLY 6 DAYS PRIOR TO THE SCHEDULED HEARING.**

When an appeal is filed, read the online booklet, Attending an Unemployment Insurance Hearing, available for viewing and printing at https://dwd.wisconsin.gov/dwd/publications/ui/hearing.htm. **Read all information carefully.**

**If you are the claimant, you must continue to file weekly claims while this determination is under appeal.** If you have any questions, refer to the online Handbook for Claimants at https://dwd.wisconsin.gov/uiben/handbook.

UCB-20 (R. 07/20/2022) (U00243)