*(signature)*
Dan Owens
Clerk of Court

Entered on Docket
October 14, 2025

_____

Richard F. Holley, Esq.
Nevada Bar No. 3077
Email: rholley@spencerfane.com
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile  (702) 408-3401

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| ☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Chapter 11<br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>Judge: Hon. Natalie M. Cox |

**ORDER GRANTING *EX PARTE* MOTION**
**TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST**

The Court having reviewed the *Ex Parte* Motion To Remove Counsel From CM/ECF Service List (the "Motion"), and good cause having been shown,

. . .

. . .

. . .

IT IS HEREBY ORDERED that the Motion is Granted.

IT IS FURTHER ORDERED that the Bankruptcy Court Clerk shall cause Richard F. Holley to be removed from the CM/ECF Service List for the above-captioned jointly administered bankruptcy cases.

**IT IS SO ORDERED.**

Submitted by:

SPENCER FANE LLP

 /s/ Richard F. Holley
RICHARD F. HOLLEY, ESQ. (NBN 3077)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 408-3400 | Fax: (702) 408-3401
Email: rholley@spencerfane.com

# # #

SPENCER FANE LLP
Attorneys at Law
Las Vegas