GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>**Sale Hearing (telephonic only):**<br>**Date:  October 22, 2025**<br>**Time: 1:30 p.m.** |

## NOTICE VACATING AUCTION AND PROCEEDING TO TELEPHONIC SALE HEARING ON ONE QUALIFIED BIDDER

**PLEASE TAKE NOTICE** that on September 24, 2025, Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada

PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), filed the *Motion for Entry of Orders: (A)(I) Approving Bid Procedures Relating to Sale of the Debtors' Assets; (II) Scheduling a Hearing to Consider the Sale; (III) Approving the Form and Manner of Notice of Sale by Auction; and (IV) Granting Related Relief; and (B) (I) Authorizing the Sale of Business Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (II) Granting Related Relief* [ECF No. 631] (the "Sale Motion")[1] with the United States Bankruptcy Court for the District of Nevada (the "Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that by order dated September 30, 2025, the Bankruptcy Court approved the Bid Procedures and the Bid Procedures Motion [ECF No. 698] (the "Bid Procedures Order").

**PLEASE TAKE FURTHER NOTICE** in accordance with the Bid Procedures Order, because only one Qualified Bid was timely received for the 363 Assets, the previously scheduled Auction for October 22, 2025, at 9:30 a.m. prevailing Pacific Time is vacated.

**PLEASE TAKE FURTHER NOTICE** that, in light of the ongoing shutdown of the United States government, and the need to protect patients treated at the Debtors' clinics, the Trustee requests that the Sale Hearing, presently scheduled as an in-person and telephonic hearing on October 22, 2025, at 1:30 p.m. prevailing Pacific Time, *see Notice of Bid Procedures, Auction Date, and Sale Hearing* [ECF No. 705], **be converted to a telephonic-only hearing before this Court.**

**PLEASE TAKE FURTHER NOTICE** that the telephonic hearing on the Sale Motion will be held before a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101.  Parties are also permitted to appear telephonically by **dialing (833) 435-1820 and entering meeting ID (if applicable): 161 166 2815 and entering access code or passcode 115788#**.  If you intend to participate in this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation

---

[1] Capitalized terms not otherwise defined herein shall have those meanings ascribed to them in the Sale Motion.

number and access code. You may view the Court Calendar at: http://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

DATED this 20th day of October 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for Michael Carmel, Chapter 11 Trustee*