# EXHIBIT 1

# EXHIBIT 1

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|
| NUMALE CORPORATION, | | *Jointly administered with:* |
|    AFFECTS THIS DEBTOR, | ☐ | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
|    AFFECTS FELICIANO<br>   NUMALE NEVADA PLLC, | ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
|    NUMEDICAL SC, | ☐ | NuMale Colorado SC<br>Case No. 25-10344-nmc |
|    NUMALE COLORADO SC, | ☐ | |
|    NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
|    NUMALE NEBRASKA LLC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
|    NUMALE NEW MEXICO SC, | ☐ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|    NUMALE ALL DEBTORS, | ☒ | |
|                      Debtors. | | |

**STIPULATION REGARDING CLAIM NO. 14**

      Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale

1

Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through his counsel of record, the law firm Garman Turner Gordon LLP, and Kravit, Hovel & Krawczyk, S.C. (the "Kravit Firm") (the Trustee and the Kravit Firm together, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on or about January 22, 2025 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned bankruptcy cases (collectively, the "Chapter 11 Cases"). *See, e.g.*, ECF No. 1.

WHEREAS, on or about April 2, 2025, this Court entered its *Order on United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or in the Alternative, to Convert or Dismiss this Case Pursuant to 11 U.S.C. § 1112(b), and Reservation of Rights*, thereby directing the appointment of a Chapter 11 trustee for the Debtors' estates. *See* ECF No. 132.

WHEREAS, on or about April 7, 2025, the Trustee was appointed the Chapter 11 Trustee for the Debtors' estates [ECF Nos. 155-157].

WHEREAS, on or about May 20, 2025, the Kravit Firm filed its *Proof of Claim No. 14* (the "Kravit Claim") against Debtor NuMale Corporation, asserting a general unsecured claim in the amount of $351,864.08 on the basis of "Legal services. Please see attached billing statements." *See* Kravit Claim.

WHEREAS, the Trustee thereafter requested documentation supporting the Kravit Claim and further investigated the Kravit Claim, conducting informal discovery, with which the Kravit Firm complied. Ultimately, the Trustee reviewed all additional supporting information provided by the Kravit Firm. After settlement discussions, the Parties have reached a resolution regarding the Kravit Claim, as reflected herein.

**NOW, THEREFORE**, subject to entry of an Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

1. The Kravit Claim is hereby allowed as a general unsecured claim in the total

Garman Turner Gordon
251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

amount of $309,945.17, and the Kravit Firm is the holder of a Class 10 Allowed General Unsecured Claim in this amount.

2. The allowance of the Kravit Claim as set forth herein is final, and no amendment, supplementation, augmentation, or other change to the allowed amount of the Kravit Claim, which is hereby established as $309,945.17, as a general unsecured claim, shall be sought.

**IT IS SO STIPULATED.**

Dated this _17th_ day of October, 2025.

GARMAN TURNER GORDON LLP

By:_/s/_ *Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

Dated this _17_ day of October, 2025.

KRAVIT, HOVEL & KRAWCYZK, S.C

By: _/s/_
STEPHEN E. KRAVIT, ESQ.
825 N. Jefferson Street, Fifth Floor
Milwaukee, WI 53202

3