**ANDERSEN BEEDE WEISENMILLER**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@abwfirm.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax:    702-825-2824
*Counsel for Qualified Bidder Justin Pulliam*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re | Case No.: 25-10341-NMC **(Lead Case)** Chapter 11 |
|---|---|
| NUMALE CORPORATION, | **Jointly administered with:** |
|     AFFECTS THIS DEBTOR,　☐ | Case No. BK-S-25-10342-NMC |
|     FELICIANO NUMALE NEVADA PLLC,　☐ | Case No. BK-S-25-10343-NMC<br>Case No. BK-S-25-10344-NMC<br>Case No. BK-S-25-10345-NMC |
|     NUMEDICAL SC,　☐ | Case No. BK-S-25-10346-NMC<br>Case No. BK-S-25-10347-NMC |
|     NUMALE COLORADO SC,　☐ | |
|     NUMALE FLORIDA TB PLLC,　☐ | |
|     NUMALE NEBRASKA LLC,　☐ | |
|     NUMALE NEW MEXICO SC,　☐ | |
|     NUMALE ALL DEBTORS,　☒ | |
| Debtors. | |

**JOINDER TO REPLY IN SUPPORT OF TRUSTEE'S MOTION (I) AUTHORIZING THE SALE OF DEBTORS' ASSETS OUTSIDE OF THE ORDINARY COURSE OF BUSINESS FREE AND CLEAR OF ALL LIENS, CLAIMS, ENCUMBRANCES, AND INTERESTS; <u>AND (II) GRANTING RELATED RELIEF</u>**

Justin Pulliam, qualified bidder in the above-captioned bankruptcy case, by and through his counsel, Andersen Beede Weisenmiller, hereby joins in the Reply in Support of the Trustee's Sale Motion ("Reply"), and the arguments made therein, filed by Michael Carmel, Chapter 11 Trustee, ECF No. 742.

Dated this 20th day of October, 2025.

Respectfully submitted by:

**ANDERSEN BEEDE WEISENMILLER**

By: /s/ Ryan A. Andersen
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
*Counsel for Qualified Bidder Justin Pulliam*