GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
| NUMALE CORPORATION, | *Jointly administered with:* |
| AFFECTS THIS DEBTOR, ☐ | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| NUMEDICAL SC, ☐ | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| NUMALE COLORADO SC, ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| NUMALE FLORIDA TB PLLC, ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| NUMALE NEBRASKA LLC, ☐ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| NUMALE NEW MEXICO SC, ☐ | |
| NUMALE ALL DEBTORS, ☒ | |
| Debtors. | |

## NOTICE OF EFFECTIVE DATE OF
## <u>JOINT PLAN OF REORGANIZATION</u>

**NOTICE IS HEREBY GIVEN** that, as of October 24, 2025, all relevant conditions precedent to the effectiveness of the *Joint Plan of Reorganization* [ECF No. 434] (as amended and/or supplemented, the "Confirmed Plan"), as confirmed by the *Order Confirming the Joint Plan of Reorganization and Approving on a Final Basis the Disclosure Statement to Accompany Joint Plan of Reorganization* [ECF No. 727] ("Confirmation Order") entered by the Court on October 7, 2025, have been met, and the Effective Date[1] of the Confirmed Plan shall be **October 24, 2025** for all purposes.

**NOTICE IS FURTHER GIVEN THAT** as a result of the occurrence of the Effective Date, all Unexpired Contracts and Executory Leases not identified on the attached **Exhibit "A"** are hereby **REJECTED**, which rejection is effective as of the Effective Date of October 24, 2025.

**NOTICE IS FURTHER GIVEN THAT** as a result of the occurrence of the Effective Date, the Administrative Claim Bar Date shall be **November 10, 2025**. Any person or entity holding or asserting to hold an Administrative Claim who fails to file an application for allowance of such Administrative Claim pursuant to Sections 503(b) and/or 507(b) of the Bankruptcy Code on or before the Administrative Claim Bar Date shall be forever barred from doing so.

**NOTICE IS FURTHER GIVEN THAT** as a result of the occurrence of the Effective Date, the Rejection Damages Claim Bar Date shall be **November 10, 2025**. Any person or entity holding or asserting to hold a Rejection Damages Claim who fails to file an application for allowance of such Rejection Damages Claim on or before the Rejection Damages Claim Bar Date shall be forever barred from doing so.

Dated this 24th day of October 2025.

GARMAN TURNER GORDON LLP


By: */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, PH.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed in the Confirmed Plan.