# EXHIBIT A

**Schedule 1.01(c)**

**Assumed Contracts**

| Contract Counterparty |
|---|
| Apple iCloud |
| Gmail |
| GoDaddy, Inc. |
| Insurance Zizzle |
| Microsoft 365 (OneDrive) |
| My Bodysite |
| MyMedLeads/Texting System |
| Prospect Rainbow, LLC (Innovative Real Estate Strategies) |
| 444 Regency Parkway LLC (Gordman Lake Regency, LLC) |
| Wyoming Office Park, LLC (Brunacini Companies) |
| Reliant Capital (New Lane Finance) |
| Tampa Westshore 500 LLC |