# UNITED STATES BANKRUPTCY COURT

DISTRICT OF  Nevada

In Re. NuMale Colorado SC

§
§
§
§

Debtor(s)

Case No.  25-10344

Lead Case No.  25-10341

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 09/30/2025

Petition Date: 01/22/2025

Months Pending: 8

Industry Classification: | 6 | 2 | 1 | 4 |

Reporting Method:          Accrual Basis ⦿          Cash Basis ○

Debtor's Full-Time Employees (current):                          0

Debtor's Full-Time Employees (as of date of order for relief):   0

### Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☒ Accounts receivable aging
- ☒ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael W. Carmel

Signature of Responsible Party

10/23/2025

Date

Michael W. Carmel, Esq.

Printed Name of Responsible Party

80 E. Columbus Avenue
Phoenix, Arizona 85012

Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  NuMale Colorado SC                                    Case No.  25-10344

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a.  Cash balance beginning of month | $799 | |
| b.  Total receipts (net of transfers between accounts) | $2,275 | $14,763 |
| c.  Total disbursements (net of transfers between accounts) | $3,413 | $17,663 |
| d.  Cash balance end of month (a+b-c) | $-340 | |
| e.  Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f.  Total disbursements for quarterly fee calculation (c+e) | $3,413 | $17,663 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a.  Accounts receivable (total net of allowance) | $8,456 |
| b.  Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c.  Inventory    (Book ◯   Market ◯   Other ⦿   (attach explanation)) | $0 |
| d   Total current assets | $10,929 |
| e.  Total assets | $31,084 |
| f.  Postpetition payables (excluding taxes) | $8,456 |
| g.  Postpetition payables past due (excluding taxes) | $0 |
| h.  Postpetition taxes payable | $0 |
| i.  Postpetition taxes past due | $0 |
| j.  Total postpetition debt (f+h) | $8,456 |
| k.  Prepetition secured debt | $0 |
| l.  Prepetition priority debt | $0 |
| m.  Prepetition unsecured debt | $11,576 |
| n.  Total liabilities (debt) (j+k+l+m) | $20,032 |
| o.  Ending equity/net worth (e-n) | $11,052 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a.  Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b.  Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c.  Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a.  Gross income/sales (net of returns and allowances) | $0 | |
| b.  Cost of goods sold (inclusive of depreciation, if applicable) | $711 | |
| c.  Gross profit (a-b) | $-711 | |
| d.  Selling expenses | $0 | |
| e.  General and administrative expenses | $1,888 | |
| f.  Other expenses | $0 | |
| g.  Depreciation and/or amortization (not included in 4b) | $0 | |
| h.  Interest | $0 | |
| i.  Taxes (local, state, and federal) | $0 | |
| j.  Reorganization items | $0 | |
| k.  Profit (loss) | $2,599 | $-28,458 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name NuMale Colorado SC                                   Case No. 25-10344

| Part 5: Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name NuMale Colorado SC                                    Case No.  25-10344

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name NuMale Colorado SC                                      Case No.  25-10344

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | |
| | | *Itemized Breakdown by Firm* | | | | |
| | | Firm Name | Role | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |

Debtor's Name NuMale Colorado SC                                    Case No. 25-10344

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name NuMale Colorado SC                                                    Case No.  25-10344

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name NuMale Colorado SC                                                   Case No.  25-10344

| | xcix | | | | | |
|---|---|---|---|---|---|---|
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $132 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)   Yes ○  No ◉

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)   Yes ○  No ◉

c.  Were any payments made to or on behalf of insiders?   Yes ○  No ◉

d.  Are you current on postpetition tax return filings?   Yes ◉  No ○

e.  Are you current on postpetition estimated tax payments?   Yes ◉  No ○

f.  Were all trust fund taxes remitted on a current basis?   Yes ◉  No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)   Yes ○  No ◉

h.  Were all payments made to or on behalf of professionals approved by the court?   Yes ○  No ○  N/A ◉

i.  Do you have:    Worker's compensation insurance?   Yes ◉  No ○

    If yes, are your premiums current?   Yes ◉  No ○  N/A ○  (if no, see Instructions)

    Casualty/property insurance?   Yes ◉  No ○

    If yes, are your premiums current?   Yes ◉  No ○  N/A ○  (if no, see Instructions)

    General liability insurance?   Yes ◉  No ○

    If yes, are your premiums current?   Yes ◉  No ○  N/A ○  (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?   Yes ○  No ◉

k.  Has a disclosure statement been filed with the court?   Yes ○  No ◉

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?   Yes ◉  No ○

Debtor's Name  NuMale Colorado SC                                        Case No.  25-10344

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ●  N/A ○ |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ Michael W. Carmel | Michael Carmel, Esq. |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chapter 11 Trustee | 10/23/2025 |
| Title | Date |

Debtor's Name NuMale Colorado SC

Case No. 25-10344



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name  NuMale Colorado SC

Case No.  25-10344



Bankruptcy1to50



Bankruptcy51to100



NonBankruptcy1to50



NonBankruptcy51to100

Debtor's Name  NuMale Colorado SC

Case No.  25-10344



PageThree



PageFour

**NuMale Colorado SC**
**Cash Receipts & Disbursements**
As of September 30, 2025

10:38 AM
10/22/2025
Accrual Basis

| Type | Date | Num | Adj | Name | Memo | Clr | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|---|
| **Dr - NuMale Colorado SC** | | | | | | | | | | **798.60** |
| Check | 09/02/2025 | | | Chase Bank | AUGUST | √ | 60400 · Bank Service Charges | | 132.00 | 666.60 |
| Check | 09/03/2025 | | | AnazaoHealth | 09/02 | √ | 52100 · Medications | | 129.24 | 537.36 |
| Check | 09/04/2025 | | | Wells Pharmacy Network LLC | 74 FL      09/03 | √ | 52100 · Medications | | 33.95 | 503.41 |
| Deposit | 09/08/2025 | | | Numale Corporation | transaction#: 26153078625 | √ | 23510 · Due to NM Corporation | 500.00 | | 1,003.41 |
| Check | 09/08/2025 | | | AnazaoHealth | 09/05 | √ | 52100 · Medications | | 39.95 | 963.46 |
| Check | 09/09/2025 | | | Olympia Pharmacy | 68 FL      09/08 | √ | 52100 · Medications | | 91.00 | 872.46 |
| Check | 09/09/2025 | | | Olympia Pharmacy | 68 FL      09/08 | √ | 52100 · Medications | | 86.51 | 785.95 |
| Check | 09/10/2025 | | | Finix Credit Card Fees | ORIG ID:1043575881 DESC DATE:250 | √ | 62200 · Credit Card Discount Fees | | 13.99 | 771.96 |
| Check | 09/15/2025 | | | Numale Colorado SC | ransaction#: 26228237227 | √ | 73000 · Facility Mngt Fee Expense | | 178.55 | 593.41 |
| Deposit | 09/15/2025 | | | NuMale Denver - Mngt Fees | transaction#: 26228237227 | √ | 73000 · Facility Mngt Fee Expense | 178.55 | | 771.96 |
| Check | 09/15/2025 | | | Numale Corporation | ransaction#: 26228254024 | √ | 12550 · Due from NuMale Corporate | | 781.22 | (9.26) |
| Check | 09/17/2025 | | | Wells Pharmacy Network LLC | 74 FL      09/16 | √ | 52100 · Medications | | 28.95 | (38.21) |
| Check | 09/19/2025 | | | Olympia Pharmacy | 68 FL      09/18 | √ | 52100 · Medications | | 77.20 | (115.41) |
| Check | 09/19/2025 | | | Olympia Pharmacy | 68 FL      09/18 | √ | 52100 · Medications | | 108.25 | (223.66) |
| Check | 09/23/2025 | | | Wells Pharmacy Network LLC | 74 FL      09/22 | √ | 52100 · Medications | | 115.90 | (339.56) |
| Check | 09/24/2025 | | | IPFS Corp / Hub International Ins Svc | ORIG ID:0AD2424370 DESC DATE: | √ | 63300 · Insurance Expense | | 1,596.15 | (1,935.71) |
| Deposit | 09/24/2025 | | | numale Milwaukee | transaction#: 26341712615 | √ | 12501 · Due from Milwaukee | 1,596.15 | | (339.56) |
| Total Dr - NuMale Colorado SC | | | | | | | | 2,274.70 | 3,412.86 | (339.56) |
| **TOTAL** | | | | | | | | **2,274.70** | **3,412.86** | **(339.56)** |

## NuMale Colorado SC
# Balance Sheet
### As of September 30, 2025

|  |  | NuMale Colorado SC |
|---|---|---:|
| **ASSETS** | | |
| **Current Assets** | | |
| **Checking/Savings** | | |
| 10700 · Corporate Clearing Account | $ | - |
| 10456 · Chase Bank - Clinic x7736 | | (521.50) |
| 10455 · Chase Bank - DR x8879 | | 181.94 |
| **Total Checking/Savings** | | (339.56) |
| **Accounts Receivable** | | |
| 11000 · Accounts Receivable | | 8,456.18 |
| **Total Accounts Receivable** | | 8,456.18 |
| **Other Current Assets** | | |
| 12550 · Due from NuMale Corporate | | 2,258.43 |
| 12501 · Due from Milwaukee | | (1,596.15) |
| 10998 · Fox Funding Lien - NuMale Corp | | 2,150.00 |
| 12205 · Prepaid Expenses | | |
| 12220 · Prepaid Insurance | | 0.00 |
| Total 12205 · Prepaid Expenses | | 0.00 |
| **Total Other Current Assets** | | 2,812.28 |
| **Total Current Assets** | | 10,928.90 |
| **Fixed Assets** | | |
| 15000 · Furniture and Equipment | | 0.00 |
| 15900 · Leasehold Improvements | | 0.00 |
| 16100 · Medical Equipment | | 0.00 |
| 16300 · Software | | 0.00 |
| 17000 · Accumulated Depreciation | | 0.00 |
| **Total Fixed Assets** | | 0.00 |
| **Other Assets** | | |
| 12500 · Due from NuMale Entities | | |
| 12505 · Due from NuMale Albuquerque | | 3,000.00 |
| 12504 · Due from New Mexico | | 2,000.00 |
| Total 12500 · Due from NuMale Entities | | 5,000.00 |
| 12521 · Due from NuMale Denver LLC | | 15,154.80 |
| 18700 · Security Deposits Asset | | 0.00 |
| **Total Other Assets** | | 20,154.80 |
| **TOTAL ASSETS** | $ | 31,083.70 |
| **LIABILITIES & EQUITY** | | |
| **Liabilities** | | |
| **Current Liabilities** | | |
| **Accounts Payable** | | |
| 20000 · Accounts Payable | | 3,500.00 |
| **Total Accounts Payable** | | 3,500.00 |
| **Other Current Liabilities** | | |

# NuMale Colorado SC
## Balance Sheet
### As of September 30, 2025

| | NuMale Colorado SC |
|---|---|
| 23521 · Due to NuMale Colorado | 0.00 |
| 23450 · Due to NuMale Entities | |
| 23505 · Due to ABQ | 0.00 |
| 23510 · Due to NM Corporation | 2,396.15 |
| Total 23450 · Due to NuMale Entities | 2,396.15 |
| 24500 · OnDeck Capital /Celtic Bank | 11,576.25 |
| Total Other Current Liabilities | 13,972.40 |
| Total Current Liabilities | 17,472.40 |
| Total Liabilities | 17,472.40 |
| Equity | |
| 30050 · Capital Stock | 100.00 |
| 30100 · Equity - John Cortez IRA | |
| 30105 · Equity - JC | 0.00 |
| Total 30100 · Equity - John Cortez IRA | 0.00 |
| 30200 · Equity - Numale Corporation | |
| 30205 · Equity - NMC | 0.00 |
| Total 30200 · Equity - Numale Corporation | 0.00 |
| 30300 · Equity - Nuvestment LLC | |
| 30305 · Equity - Nuvestment | 0.00 |
| Total 30300 · Equity - Nuvestment LLC | 0.00 |
| 32000 · Retained Earnings | 15,964.39 |
| Net Income | (2,453.09) |
| Total Equity | 13,511.30 |
| TOTAL LIABILITIES & EQUITY | $          31,083.70 |

**NuMale Colorado SC**
# Profit & Loss
**September 2025**

| | NuMale Colorado SC |
|---|---:|
| **Ordinary Income/Expense** | |
|   **Cost of Goods Sold** | |
|     **52100 · Medications** | 710.95 |
|   **Total COGS** | 710.95 |
|   **Gross Profit** | (710.95) |
|   **Expense** | |
|     **60400 · Bank Service Charges** | 132.00 |
|     **62200 · Credit Card Discount Fees** | 13.99 |
|     **62400 · Depreciation Expense** | 0.00 |
|     **63300 · Insurance Expense** | 1,596.15 |
|     **73000 · Facility Mngt Fee Expense** | 0.00 |
|   **Total Expense** | 1,742.14 |
| **Net Ordinary Income** | (2,453.09) |
| **Net Income** | (2,453.09) |

**NuMale Denver LLC / NuMale Colorado SC**
**A/P Aging Summary**
As of September 30, 2025

5:14 PM
45,951.00

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | 181 - 210 | 211 - 240 | 241 - 270 | 271 - 300 | 301 - 330 | 331 - 360 | > 360 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Centrum/Belleview LLC | - | - | 8,744.05 | - | - | - | - | - | 10,085.87 | 9,961.81 | 9,755.07 | 9,387.60 | 1,107.63 | 948.62 | 49,990.65 |
| EffecTV | - | - | - | - | - | - | - | - | - | - | - | - | - | 24,165.85 | 24,165.85 |
| KMA Bodily CPA | - | - | - | - | - | - | - | - | - | - | - | - | 1,495.50 | 1,590.50 | 3,086.00 |
| Numale Corp. | - | - | - | - | - | - | - | - | - | - | - | 14,935.11 | 13,814.86 | 1,088,141.29 | 1,116,891.26 |
| NuMale Florida TB, PLLC | - | - | - | - | - | - | - | - | 3,500.00 | - | - | - | - | - | 3,500.00 |
| TOTAL | - | - | 8,744.05 | - | - | - | - | - | 13,585.87 | 9,961.81 | 9,755.07 | 24,322.71 | 16,417.99 | 1,114,846.26 | 1,197,633.76 |

**NuMale Colorado SC**
**A/P Aging Summary**
As of September 30, 2025

5:18 PM
45,951.00

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | 181 - 210 | 211 - 240 | 241 - 270 | 271 - 300 | 301 - 330 | 331 - 360 | > 360 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NuMale Florida TB, PLLC | - | - | - | - | - | - | - | - | 3,500.00 | - | - | - | - | - | 3,500.00 |
| TOTAL | - | - | - | - | - | - | - | - | 3,500.00 | - | - | - | - | - | 3,500.00 |

**NuMale Denver LLC**
**A/P Aging Summary**
As of September 30, 2025

5:17 PM
45,951.00

| | Current | 1 - 30 | 31 - 60 | 61 - 90 | 91 - 120 | 121 - 150 | 151 - 180 | 181 - 210 | 211 - 240 | 241 - 270 | 271 - 300 | 301 - 330 | 331 - 360 | > 360 | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Centrum/Belleview LLC | - | - | 8,744.05 | - | - | - | - | - | 10,085.87 | 9,961.81 | 9,755.07 | 9,387.60 | 1,107.63 | 948.62 | 49,990.65 |
| EffecTV | - | - | - | - | - | - | - | - | - | - | - | - | - | 24,165.85 | 24,165.85 |
| KMA Bodily CPA | - | - | - | - | - | - | - | - | - | - | - | - | 1,495.50 | 1,590.50 | 3,086.00 |
| Numale Corp. | - | - | - | - | - | - | - | - | - | - | - | 14,935.11 | 13,814.86 | 1,088,141.29 | 1,116,891.26 |
| TOTAL | - | - | 8,744.05 | - | - | - | - | - | 10,085.87 | 9,961.81 | 9,755.07 | 24,322.71 | 16,417.99 | 1,114,846.26 | 1,194,133.76 |

**NuMale Denver LLC / NuMale Colorado SC**
## A/R Aging Summary
**As of September 30, 2025**

| Name | MRI # | Month 1-9 | Month 10 | Month 11 | Month 12 | Month 13+ | TOTAL |
|------|-------|-----------|----------|----------|----------|-----------|-------|
| | | - | - | - | - | 3,900.00 | 3,900.00 |
| | 81727 | 375.00 | - | - | - | - | 375.00 |
| | | - | - | - | - | 362.34 | 362.34 |
| | | - | - | - | - | 319.03 | 319.03 |
| | 66617 | - | - | - | - | 149.00 | 149.00 |
| | 81229 | - | - | - | - | 600.00 | 600.00 |
| | 32030 | - | - | - | - | 900.00 | 900.00 |
| | | - | - | - | - | 1,894.02 | 1,894.02 |
| | | - | - | - | - | 448.00 | 448.00 |
| | 50791 | - | - | - | - | 1,367.86 | 1,367.86 |
| | | - | - | - | - | 312.00 | 312.00 |
| | 43771 | - | - | - | - | 2,305.00 | 2,305.00 |
| | 48614 | - | - | - | - | 1,000.00 | 1,000.00 |
| | 27900 | - | - | - | - | 1,890.00 | 1,890.00 |
| | 59073 | - | - | - | - | 941.00 | 941.00 |
| | | - | - | - | - | 2,000.00 | 2,000.00 |
| | | - | - | - | - | 3,192.00 | 3,192.00 |
| | 55784 | - | - | - | - | 3,288.89 | 3,288.89 |
| | 25748 | - | - | - | - | 200.00 | 200.00 |
| | 33078 | - | - | - | - | 1,700.00 | 1,700.00 |
| | 81142 | - | - | - | - | 850.00 | 850.00 |
| | 80574 | - | - | - | - | 1,400.00 | 1,400.00 |
| | 50076 | - | - | - | - | 1,260.00 | 1,260.00 |
| | 80518 | - | - | - | - | 750.00 | 750.00 |
| | 42826 | - | - | - | - | 1,150.00 | 1,150.00 |
| | 53393 | - | - | - | - | 1,000.00 | 1,000.00 |
| | 81357 | - | - | - | - | 1,000.00 | 1,000.00 |
| | | - | - | - | - | 476.70 | 476.70 |
| | 53048 | - | - | - | - | 483.24 | 483.24 |
| | 50632 | - | - | - | - | 200.00 | 200.00 |
| | | - | - | - | - | 620.00 | 620.00 |
| | 49867 | - | - | - | - | 836.70 | 836.70 |
| | 80597 | - | - | - | - | 800.00 | 800.00 |
| | 55312 | - | - | - | - | 753.60 | 753.60 |
| | 38123 | - | - | - | - | 305.74 | 305.74 |
| | | - | - | - | - | 414.16 | 414.16 |
| | 60641 | - | - | - | - | 200.00 | 200.00 |
| | 80539 | - | - | - | - | 2,550.00 | 2,550.00 |
| | 80942 | - | - | - | - | 500.00 | 500.00 |
| | 81113 | - | - | - | - | 1,000.00 | 1,000.00 |
| | 59914 | - | - | - | - | 249.00 | 249.00 |
| | 81529 | - | - | - | - | 1,500.00 | 1,500.00 |
| | 47954 | - | - | - | - | 900.00 | 900.00 |
| | | - | - | - | - | 3,900.00 | 3,900.00 |
| | 53085 | - | - | - | - | 437.25 | 437.25 |
| | 80743 | - | - | - | - | 2,500.00 | 2,500.00 |
| | 81062 | - | - | - | - | 1,300.00 | 1,300.00 |
| | 52342 | - | - | - | - | 1,644.45 | 1,644.45 |
| | 48644 | - | - | - | - | 3,349.00 | 3,349.00 |
| | 58872 | - | - | - | - | 800.00 | 800.00 |
| | | - | - | - | - | 74.58 | 74.58 |
| | 80769 | - | - | - | - | 1,200.00 | 1,200.00 |
| | 81462 | - | - | - | - | 450.00 | 450.00 |
| | 68813 | - | - | - | - | 850.00 | 850.00 |
| | 37087 | - | - | - | - | 1,080.00 | 1,080.00 |
| | | - | - | - | - | 844.00 | 844.00 |
| | | - | - | - | - | 427.50 | 427.50 |
| | | - | - | - | - | 172.51 | 172.51 |
| | 80252 | - | - | - | - | 400.00 | 400.00 |
| | 80615 | - | - | - | - | 1,100.00 | 1,100.00 |
| | 80833 | - | - | - | - | 900.00 | 900.00 |
| | 81441 | 833.35 | - | - | - | - | 833.35 |
| | 80929 | - | - | - | - | 200.00 | 200.00 |

**NuMale Denver LLC / NuMale Colorado SC**
## A/R Aging Summary
As of September 30, 2025

| Name | MRI # | Month 1-9 | Month 10 | Month 11 | Month 12 | Month 13+ | TOTAL |
|---|---|---|---|---|---|---|---|
| | | - | - | - | - | 512.75 | 512.75 |
| | | - | - | - | - | 674.11 | 674.11 |
| | 48743 | - | - | - | - | 1,200.00 | 1,200.00 |
| | 54822 | - | - | - | - | 900.00 | 900.00 |
| | 17837 | - | - | - | - | 1,350.00 | 1,350.00 |
| | 32306 | - | - | - | - | 2,100.00 | 2,100.00 |
| | 60966 | - | - | - | - | 600.00 | 600.00 |
| | 80560 | - | - | - | - | 1,400.00 | 1,400.00 |
| | 64982 | - | - | - | - | 1,234.00 | 1,234.00 |
| | 81089 | - | - | - | - | 1,800.00 | 1,800.00 |
| | 32025 | 1,022.20 | - | - | - | - | 1,022.20 |
| | 8665 | - | - | - | - | 200.00 | 200.00 |
| | 68245 | - | - | - | - | 2,000.00 | 2,000.00 |
| | | - | - | - | - | 1,185.00 | 1,185.00 |
| | 44153 | - | - | - | - | 200.00 | 200.00 |
| | 81364 | - | - | - | - | 750.00 | 750.00 |
| | | - | - | - | - | 640.49 | 640.49 |
| | | - | - | - | - | 377.37 | 377.37 |
| | | - | - | - | - | 168.00 | 168.00 |
| | 81726 | 1,511.11 | - | - | - | - | 1,511.11 |
| | | - | - | - | - | 1,120.00 | 1,120.00 |
| | 81545 | - | - | - | - | 1,800.00 | 1,800.00 |
| | 39909 | - | - | - | - | 1,296.00 | 1,296.00 |
| | 10246 | - | - | - | - | 477.76 | 477.76 |
| | | - | - | - | - | 798.00 | 798.00 |
| | 81190 | 444.46 | - | - | - | - | 444.46 |
| | 63650 | - | - | - | - | 2,576.00 | 2,576.00 |
| | | - | - | - | - | 2,450.00 | 2,450.00 |
| | | - | - | - | - | 1,900.00 | 1,900.00 |
| | 58520 | - | - | - | - | 1,827.00 | 1,827.00 |
| | 56858 | - | 1,400.00 | - | - | - | 1,400.00 |
| | | - | - | - | - | 480.42 | 480.42 |
| | | - | - | - | - | 900.00 | 900.00 |
| | 80815 | - | - | - | - | 875.00 | 875.00 |
| | 69489 | - | - | - | - | 100.00 | 100.00 |
| | | - | - | - | - | 485.54 | 485.54 |
| | 36561 | - | - | - | - | 1,176.00 | 1,176.00 |
| | | - | - | - | - | 266.00 | 266.00 |
| | 60392 | - | - | - | - | 489.00 | 489.00 |
| | 32407 | - | - | - | - | 800.00 | 800.00 |
| | 28556 | - | - | - | - | 680.00 | 680.00 |
| | 33973 | - | - | - | - | 1,920.00 | 1,920.00 |
| | 22470 | - | - | - | - | 720.00 | 720.00 |
| | 53041 | - | - | - | - | 640.00 | 640.00 |
| | 28451 | - | - | - | - | 1,800.00 | 1,800.00 |
| | 64116 | - | - | - | - | 900.00 | 900.00 |
| | 58714 | - | - | - | - | 3,150.00 | 3,150.00 |
| | 26603 | - | - | - | - | 2,355.56 | 2,355.56 |
| | | - | - | - | - | 284.34 | 284.34 |
| | 58477 | - | - | - | - | 200.00 | 200.00 |
| | | - | - | - | - | 1,100.00 | 1,100.00 |
| | 80355 | - | - | - | - | 604.63 | 604.63 |
| | 42371 | - | - | - | - | 2,150.00 | 2,150.00 |
| | 45632 | (1,800.00) | - | - | - | - | (1,800.00) |
| | 25839 | - | - | - | - | 1,920.00 | 1,920.00 |
| | 54913 | - | - | - | - | 2,300.00 | 2,300.00 |
| | 60802 | - | - | - | - | 800.00 | 800.00 |
| | | - | - | - | - | 99.00 | 99.00 |
| | 80532 | - | - | - | - | 1,600.00 | 1,600.00 |
| | 80295 | - | - | - | - | 1,600.00 | 1,600.00 |
| | 81567 | - | - | - | - | 1,000.00 | 1,000.00 |
| | 51959 | - | - | - | - | 1,511.12 | 1,511.12 |
| | | - | - | - | - | 196.00 | 196.00 |

**NuMale Denver LLC / NuMale Colorado SC**

## A/R Aging Summary

**As of September 30, 2025**

| Name | MRI # | Month 1-9 | Month 10 | Month 11 | Month 12 | Month 13+ | TOTAL |
|------|-------|-----------|----------|----------|----------|-----------|-------|
| | | - | - | - | - | 450.00 | 450.00 |
| | 50107 | 208.36 | - | - | - | - | 208.36 |
| | 52920 | - | - | - | - | 2,960.00 | 2,960.00 |
| | 59379 | - | - | - | - | 944.48 | 944.48 |
| | 81156 | - | - | - | - | 1,600.00 | 1,600.00 |
| | | - | - | - | - | 1,000.00 | 1,000.00 |
| | | - | - | - | - | 1,680.00 | 1,680.00 |
| | | - | - | - | - | 378.20 | 378.20 |
| | | - | - | - | - | 1,092.00 | 1,092.00 |
| | | - | - | - | - | 639.12 | 639.12 |
| | 51392 | - | - | - | - | 140.00 | 140.00 |
| | | - | - | - | - | 420.00 | 420.00 |
| | 35621 | - | - | - | - | 875.00 | 875.00 |
| | 81103 | - | - | - | - | 600.00 | 600.00 |
| | 46076 | - | - | - | - | 1,899.00 | 1,899.00 |
| | 80571 | 1,050.00 | - | - | - | - | 1,050.00 |
| | 63724 | - | - | - | - | 2,475.00 | 2,475.00 |
| | | - | - | - | - | 919.00 | 919.00 |
| | | - | - | - | - | 1,900.00 | 1,900.00 |
| | | - | - | - | - | 2,520.00 | 2,520.00 |
| | 57939 | - | - | - | - | 549.00 | 549.00 |
| | 63173 | - | - | - | - | 1,200.00 | 1,200.00 |
| | 30257 | - | - | - | - | 1,500.00 | 1,500.00 |
| | 81346 | - | - | - | - | 400.00 | 400.00 |
| | | - | - | - | - | 615.00 | 615.00 |
| | | - | - | - | - | 1,200.00 | 1,200.00 |
| | 81701 | 1,933.34 | 322.22 | - | - | - | 2,255.56 |
| | | - | - | - | - | 4,170.67 | 4,170.67 |
| | 36054 | - | - | - | - | 1,200.00 | 1,200.00 |
| | 63070 | - | - | - | - | 800.00 | 800.00 |
| | 81235 | - | - | - | - | 1,200.00 | 1,200.00 |
| | 62362 | - | - | - | - | 1,700.00 | 1,700.00 |
| | 38051 | - | - | - | - | 680.00 | 680.00 |
| | 28224 | - | - | - | - | 4,563.16 | 4,563.16 |
| | 80564 | - | - | - | - | 1,250.01 | 1,250.01 |
| | 81630 | - | - | - | 2,088.89 | - | 2,088.89 |
| | 45362 | - | - | - | - | 1,000.00 | 1,000.00 |
| | 81452 | - | - | - | - | 1,000.00 | 1,000.00 |
| | 80400 | - | - | - | - | 1,000.00 | 1,000.00 |
| | 31064 | - | - | - | - | 500.00 | 500.00 |
| | 62926 | - | - | - | - | 3,000.00 | 3,000.00 |
| | 39571 | - | - | - | - | 2,400.00 | 2,400.00 |
| | 63542 | - | - | - | - | 519.00 | 519.00 |
| | 81395 | - | - | - | - | 1,100.00 | 1,100.00 |
| | | - | - | - | - | 980.00 | 980.00 |
| | | - | - | - | - | 450.00 | 450.00 |
| | 80193 | - | - | - | - | 2,600.00 | 2,600.00 |
| | | - | - | - | - | 1,519.02 | 1,519.02 |
| | 80198 | - | - | - | - | 1,600.00 | 1,600.00 |
| | 32203 | - | - | - | - | 800.00 | 800.00 |
| | 81017 | 1,800.00 | - | - | - | - | 1,800.00 |
| | | - | - | - | - | 1,500.00 | 1,500.00 |
| | | - | - | - | - | 1,000.00 | 1,000.00 |
| | 64906 | - | - | - | - | 1,250.00 | 1,250.00 |
| | 53488 | - | - | - | - | 2,048.40 | 2,048.40 |
| | 81117 | - | - | - | - | 2,012.50 | 2,012.50 |
| | 67508 | - | - | - | - | 200.00 | 200.00 |
| | 81611 | 208.36 | - | - | - | - | 208.36 |
| | 54506 | - | - | - | - | 4,849.00 | 4,849.00 |
| | 81559 | - | - | - | - | 1,400.00 | 1,400.00 |
| | 81015 | - | - | - | - | 1,875.00 | 1,875.00 |
| | 80884 | - | - | - | - | 800.00 | 800.00 |
| | 42547 | - | - | - | - | 1,500.00 | 1,500.00 |

**NuMale Denver LLC / NuMale Colorado SC**
## A/R Aging Summary
As of September 30, 2025

| Name | MRI # | Month 1-9 | Month 10 | Month 11 | Month 12 | Month 13+ | TOTAL |
|------|-------|-----------|----------|----------|----------|-----------|-------|
| | 48651 | - | - | - | - | 200.00 | 200.00 |
| | | - | - | - | - | 147.33 | 147.33 |
| | 81457 | - | - | - | - | 1,500.00 | 1,500.00 |
| | 45964 | - | - | - | - | 149.00 | 149.00 |
| | 36491 | - | - | - | - | 2,790.00 | 2,790.00 |
| | 68653 | - | - | - | - | 750.00 | 750.00 |
| | | - | - | - | - | 1,000.00 | 1,000.00 |
| | | - | - | - | - | 950.00 | 950.00 |
| | 47792 | - | - | - | - | 604.10 | 604.10 |
| | | - | - | - | - | 832.64 | 832.64 |
| | 38363 | - | - | - | - | 3,700.00 | 3,700.00 |
| | 81053 | - | - | - | - | 1,750.00 | 1,750.00 |
| | 81554 | - | - | - | - | 200.00 | 200.00 |
| | | - | - | - | - | 1,631.46 | 1,631.46 |
| | 44852 | - | - | - | - | 100.00 | 100.00 |
| | 7115 | - | - | - | - | 100.00 | 100.00 |
| | 28523 | - | - | - | - | 1,200.00 | 1,200.00 |
| | 69389 | - | - | - | - | 250.00 | 250.00 |
| | | - | - | - | - | 1,800.00 | 1,800.00 |
| | 61228 | - | - | - | - | 1,174.50 | 1,174.50 |
| | 38144 | - | - | - | - | 1,250.00 | 1,250.00 |
| | 35941 | - | - | - | - | 1,225.00 | 1,225.00 |
| | | - | - | - | - | 4,887.45 | 4,887.45 |
| | 80449 | - | - | - | - | 1,000.00 | 1,000.00 |
| | 55758 | - | - | - | - | 2,697.21 | 2,697.21 |
| | 62951 | - | - | - | - | 1,849.00 | 1,849.00 |
| | 49597 | 600.00 | - | - | - | - | 600.00 |
| | | - | - | - | - | 960.00 | 960.00 |
| | | - | - | - | - | 190.00 | 190.00 |
| | 46991 | - | - | - | - | 1,400.00 | 1,400.00 |
| | 41424 | - | - | - | - | 1,320.00 | 1,320.00 |
| | 44224 | - | - | - | - | 5,313.82 | 5,313.82 |
| | | - | - | - | - | 817.64 | 817.64 |
| | | - | - | - | - | 2,184.98 | 2,184.98 |
| | 80897 | - | - | - | - | 625.00 | 625.00 |
| | 50824 | - | - | - | - | 2,748.14 | 2,748.14 |
| | 38893 | - | - | - | - | 2,100.00 | 2,100.00 |
| | 37270 | - | - | - | - | 1,100.00 | 1,100.00 |
| | | - | - | - | - | 1,300.00 | 1,300.00 |
| | | - | - | - | - | 981.00 | 981.00 |
| | 51900 | - | - | - | - | 331.15 | 331.15 |
| | | - | - | - | - | 960.00 | 960.00 |
| | 80201 | - | - | - | - | 600.00 | 600.00 |
| | 19544 | - | - | - | - | 4,140.00 | 4,140.00 |
| | 38072 | - | - | - | - | 2,200.00 | 2,200.00 |
| | | - | - | - | - | 509.23 | 509.23 |
| | 51082 | - | - | - | - | 300.00 | 300.00 |
| | 49009 | - | - | - | - | 1,800.00 | 1,800.00 |
| | 10042 | - | - | - | - | 680.00 | 680.00 |
| | 48305 | - | - | - | - | 500.00 | 500.00 |
| | 45801 | - | - | - | - | 750.00 | 750.00 |
| | | - | - | - | - | 3,400.00 | 3,400.00 |
| | 15599 | - | - | - | - | 1,600.00 | 1,600.00 |
| | 80680 | - | - | - | - | 1,000.00 | 1,000.00 |
| | | - | - | - | - | 2,100.00 | 2,100.00 |
| | | - | - | - | - | 1,610.18 | 1,610.18 |
| | 48609 | - | - | - | - | 1,245.50 | 1,245.50 |
| | 81459 | - | - | - | - | 1,200.00 | 1,200.00 |
| | 55002 | - | - | - | - | 1,200.00 | 1,200.00 |
| | | - | - | - | - | 560.00 | 560.00 |
| | 39826 | - | - | - | - | 600.00 | 600.00 |
| | | - | - | - | - | 2,572.00 | 2,572.00 |
| | | - | - | - | - | - | - |

**NuMale Denver LLC / NuMale Colorado SC**

## A/R Aging Summary

**As of September 30, 2025**

| Name | MRI # | Month 1-9 | Month 10 | Month 11 | Month 12 | Month 13+ | TOTAL |
|------|-------|-----------|----------|----------|----------|-----------|-------|
| | | - | - | - | - | - | - |
| | 45783 | - | - | - | - | 510.00 | 510.00 |
| | 81541 | 270.00 | - | - | - | - | 270.00 |
| | 62258 | - | - | - | - | 599.00 | 599.00 |
| **TOTAL** | | **$ 8,456.18** | **$ 1,722.22** | **$ -** | **$ 2,088.89** | **$ 298,404.55** | **$ 310,671.84** |

| | |
|---|---|
| **NuMale Colorado AR** | 8,456.18 |
| **NuMale Denver AR** | 302,215.66 |
| | 310,671.84 |

**Note:**

The collectability of accounts receivable has not been fully evaluated.

**NuMale Colorado SC**
**Reconciliation Summary**
**10455 · Chase Bank - DR x8879, Period Ending 09/30/2025**

|  | Sep 30, 2025 |
|---|---|
| **Beginning Balance** | - |
| Cleared Transactions | |
| Checks and Payments - 3 items | (2,391.36) |
| Deposits and Credits - 3 items | 2,391.36 |
| **Total Cleared Transactions** | - |
| **Cleared Balance** | - |
| **Register Balance as of 09/30/2025** | - |
| **Ending Balance** | - |

**NuMale Colorado SC**
**Reconciliation Detail**
**10455 · Chase Bank - DR x8879, Period Ending 09/30/2025**

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | **148.06** |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 3 items** | | | | | | |
| Check | 09/10/2025 | | Finix Credit Card Fees | X | (13.99) | (13.99) |
| Check | 09/15/2025 | | Numale Corporation | X | (781.22) | (795.21) |
| Check | 09/24/2025 | | IPFS Corp / Hub International Ins Svc | X | (1,596.15) | (2,391.36) |
| | | | | | | |
| Total Checks and Payments | | | | | (2,391.36) | (2,391.36) |
| | | | | | | |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 08/15/2025 | | Finix Credit Card Fees | X | 616.66 | 616.66 |
| Deposit | 09/15/2025 | | NuMale Denver - Mngt Fees | X | 178.55 | 795.21 |
| Deposit | 09/24/2025 | | numale Milwaukee | X | 1,596.15 | 2,391.36 |
| | | | | | | |
| Total Deposits and Credits | | | | | 2,391.36 | 2,391.36 |
| | | | | | | |
| Total Cleared Transactions | | | | | - | - |
| | | | | | | |
| **Cleared Balance** | | | | | - | - |
| **Register Balance as of 09/30/2025** | | | | | - | - |
| | | | | | | |
| **Ending Balance** | | | | | - | - |



**CHASE**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

August 30, 2025 through September 30, 2025

Account Number:                    **8879**



## CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00349534 DRE 703 219 27425 NNNNNNNNNNN  1 000000000 64 0000
NUMALE COLORADO, S.C.
DEBTOR-IN-POSSESSION CASE NO 25-10344
2600 N MAYFAIR RD STE 1140
WAUWATOSA WI 53226-1308

## Important Update: We are extending the processing time of ACH payment claims for Chase business accounts beginning December 1, 2025

Effective **December 1**, claims for ACH payments on business accounts may require up to 75 days to finalize or reverse your provisional credit.

If you have questions, please call the number on this statement. We accept operator relay calls.

## IMPORTANT UPDATE: Some fees are changing on business account(s) effective January 1, 2026

Beginning **January 1**, applicable fees will change on your account, and will be reflected on your statement for January.

- **Chase Performance Business Checking® and Chase Performance Business Checking® with Interest:**
    - **Monthly Service Fee** will increase from $30 to $40. To learn more about ways to waive this fee please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.
    - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
    - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Business Complete Checking®, Platinum Checking℠, Business Total Savings℠ and Premier Savings℠:**
    - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
    - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Chase Analysis Business Checking® and Chase Analysis Business Checking with Interest®:**
    - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

For more information about fees related to your Chase business account, please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.

We're here to help. If you have any questions, please call the number on this statement.



August 30, 2025 through September 30, 2025

Account Number: ████████ 8879

## CHECKING SUMMARY
Chase Platinum Business Checking

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $0.00 |
| Deposits and Additions | 3 | 2,391.36 |
| Electronic Withdrawals | 3 | -2,391.36 |
| Ending Balance | 6 | $0.00 |

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/10 | Orig CO Name:Numale Medical        Orig ID:1043575881 Desc Date:250909 CO Entry Descr:Settlementsec:CCD    Trace#:291471023383640 Eed:250910    Ind ID:807Fc193-C20F-4        Ind Name:Numale Colorado SC Trn: 2533383640Tc | $616.66 |
| 09/15 | Online Transfer From Chk ...7736 Transaction#: 26228237227 | 178.55 |
| 09/24 | Online Transfer From Chk ...3675 Transaction#: 26341712615 | 1,596.15 |
| **Total Deposits and Additions** | | **$2,391.36** |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 09/10 | Orig CO Name:Numale Medical        Orig ID:1043575881 Desc Date:250909 CO Entry Descr:Settlementsec:CCD    Trace#:291471023383680 Eed:250910    Ind ID:807Fc193-C20F-4 Ind Name:Numale Colorado SC Trn: 2533383680Tc | $13.99 |
| 09/15 | 09/14 Online Transfer To Chk ...9865 Transaction#: 26228254024 | 781.22 |
| 09/24 | Orig CO Name:Ipfs866-412-1793        Orig ID:0Ad2424370 Desc Date:        CO Entry Descr:Ipfspmtazpsec:CCD    Trace#:101000017002488 Eed:250924    Ind ID:496339 Ind Name:Numale Colorado, S.C. Gdxlk2Vv Trn: 2677002488Tc | 1,596.15 |
| **Total Electronic Withdrawals** | | **$2,391.36** |

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/10 | $602.67 |
| 09/15 | 0.00 |
| 09/24 | 0.00 |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



August 30, 2025 through September 30, 2025

Account Number:　■■■■■■■■8879



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



August 30, 2025 through September 30, 2025

Account Number: **8879**

This Page Intentionally Left Blank