Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
October 27, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | |

1

| NUMALE ALL DEBTORS, ☒ | NuMale New Mexico SC |
|---|---|
| Debtors. | Case No. 25-10347-nmc |

## ORDER APPROVING STIPULATION REGARDING ADMINISTRATIVE CLAIM

The Court has considered the *Stipulation Regarding Administrative Claim* (the "Stipulation")[1] entered into by and between Michael Carmel, as the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, by and through his counsel of record, the law firm Garman Turner Gordon LLP, and KMA, S.C. and/or KMA Accountants & Advisors, n/k/a Sorren, Inc., Sorren, and/or Sorren CPAs, and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved in the entirety.

**IT IS SO ORDERED**.

Prepared and submitted by:

| GARMAN TURNER GORDON LLP | KMA, S.C. and/or KMA ACCOUNTANTS & ADVISORS, N/K/A SORREN, INC., SORREN, and/or SORREN CPAS |
|---|---|
| By: /s/ *Mary Langsner*<br>GREGORY E. GARMAN, ESQ.<br>TALITHA GRAY KOZLOWSKI, ESQ.<br>MARY LANGSNER, Ph.D.<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br><br>*Attorneys for Michael Carmel,*<br>*Chapter 11 Trustee* | By: _____<br>JASON R. KADOW, Regional Managing Partner<br>1200 John Q Hammons Drive, Ste. 500<br>Madison, WI<br>*KMA, S.C. and/or KMA ACCOUNTANTS & ADVISORS, N/K/A SORREN, INC., SORREN, and/or SORREN CPAS* |

### # # #

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

2