GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☒ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☒ NUMALE NEW MEXICO SC,<br><br>☐ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

## SUPPLEMENTAL RULE 2014 STATEMENT REGARDING RETENTION OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), hereby submits this *Supplemental Rule 2014 Statement Regarding Retention of Paul,*

*Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates*. Attached hereto as **Exhibit 1** is the *Supplemental Declaration of Kannon K. Shanmugam*, which supplements the *Declaration of Kannon K. Shanmugam in Support of Application to Employ Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates* [ECF No. 270] and the *Supplemental Declaration of Kannon K. Shanmugam in Support of Application to Employ Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates* [ECF No. 329].

On May 20, 2025, the Trustee filed his *Application Employ Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates* (the "Application") [ECF No. 269]. The Application was approved on June 10, 2025 [ECF No. 335]. Thereafter, additional counsel and parties appeared in connection with the Chapter 11 Cases.

Paul, Weiss, Rifkind, Wharton & Garrison LLP does not believe it holds or represents an interest adverse to the Debtors or their estates as a result of its representation of the additional parties in interest set forth on **Exhibit 1** hereto in matters that
are unrelated to the Special Litigation Services (as defined in the Application) and these chapter 11 cases.

Dated this 28th day of October, 2025.

                GARMAN TURNER GORDON LLP

                By: */s/ Mary Langsner*
                    GREGORY E. GARMAN, ESQ.
                    TALITHA GRAY KOZLOWSKI, ESQ.
                    MARY LANGSNER, Ph.D.
                    7251 Amigo Street, Suite 210
                    Las Vegas, Nevada 89119

                    *Attorneys for Michael Carmel, Chapter 11 Trustee*