# EXHIBIT 1

# EXHIBIT 1

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR, ☒<br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br>☐ NUMEDICAL SC, ☐<br>☐ NUMALE COLORADO SC, ☐<br>☐ NUMALE FLORIDA TB PLLC, ☐<br>☐ NUMALE NEBRASKA LLC, ☐<br>☐ NUMALE NEW MEXICO SC, ☒<br>☐ NUMALE ALL DEBTORS, ☐<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|---|---|

### DECLARATION OF KANNON K. SHANMUGAM IN SUPPORT OF SUPPLEMENTAL RULE 2014 DISCLOSURE REGARDING RETENTION OF <u>PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP</u>

I, Kannon K. Shanmugam, Esq., hereby declare as follows:

1. I am over the age of 18 and mentally competent. Unless otherwise stated in this declaration, I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so. To the extent any information disclosed herein requires amendment or modification upon Paul, Weiss's completion of further review, or as additional party in interest information becomes available, a supplemental declaration will be submitted to the Court reflecting such amended or modified information.

2. I am a partner in the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), an international law firm with its principal offices at 1285 Avenue of the Americas, New York, New York 10019. I am the lead attorney from Paul, Weiss working on the Special Litigation Services (as defined in the Application) and related matters on behalf of the Debtors. I am a member in good standing of the applicable state bar(s) in which I am admitted to practice.

3. I make this declaration in support of the *Supplemental Rule 2014 Statement Regarding Retention of Paul, Weiss, Rifkind, Wharton & Garrison LLP*.

4. Schedule 2 to my *Declaration of Kannon K. Shanmugam in Support of Application to Employ Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates* [ECF No. 270] ("Original Declaration") is hereby supplemented as follows:

| MATCHED ENTITY | RELATIONSHIP TO PAUL WEISS[1] |
|---|---|
| Zurich North America | Subsidiary or Affiliate of a Former Client |
| Ian Ebling | Subsidiary or Affiliate of a Former Client |

5. To the best of my knowledge, the additional representations set forth above were in matters unrelated to the Special Litigation Services or these chapter 11 cases. Thus, I do not believe that Paul, Weiss holds or represents an interest adverse to the estates as a result of its

---

[1] The term "former client" means any entity listed as a client, or related to a client, in the Paul, Weiss conflicts search system where the matter is reported as closed within the last three (3) years. Whether an actual client relationship exists can only be determined by reference to the documents governing Paul, Weiss's representation rather than its potential listing in Paul, Weiss's conflicts search system. The following table of entities, generated by the conflicts search system, is overinclusive for disclosure purposes.

representation of such parties in interest in matters that are unrelated to the Special Litigation Services and these chapter 11 cases.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 28th day of October 2025.

/s/ Kannon K. Shanmugam
Kannon K. Shanmugam, Esq.
Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP