**Jacob Nathan Rubin, M.D., F.A.C.C.**
4955 Van Nuys Blvd, No. 308
Sherman Oaks, CA 91403
**Telephone:** (818) 929-1455
**Email:** JNRubinMD@yahoo.com

*Patient Care Ombudsman*

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No. 25-10341-NMC<br>Chapter 11 |
| NUMALE CORPORATION, | |
|     AFFECTS THIS DEBTOR, ☐ | *Jointly administered with*: |
|     AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐ | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-NMC |
|     NUMEDICAL SC, ☐ | NuMedical SC<br>Case No. 25-10343-NMC |
|     NUMALE COLORADO SC, ☐ | NuMale Colorado SC<br>Case No. 25-10344-NMC |
|     NUMALE FLORIDA TB PLLC, ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-NMC |
|     NUMALE NEBRASKA LLC, ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-NMC |
|     NUMALE NEW MEXICO SC, ☐ | NuMale New Mexico SC<br>Case No. 25-10347-NMC |
|     AFFECTS ALL DEBTORS, ☒ | |
|     Debtors. | Hearing Date: December 9, 2025<br>Hearing Time: 9:30 a.m. |

**DECLARATION OF J. NATHAN RUBIN IN SUPPORT OF
FIRST AND FINAL APPLICATION BY PATIENT CARE OMBUDSMAN FOR
<u>ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS</u>**

I, Jacob Nathan Rubin, M.D., F.A.C.C., declare as follows:

1. I have personal knowledge of the facts set forth herein, and if called as a witness, I could and would testify competently with respect thereto. Where facts are alleged upon information

and belief, I believe them to be true.

2. I have been appointed as the Patient Care Ombudsman ("PCO") in the seven-jointly administered Chapter 11 cases of NUMALE CORPORATION, et al. (hereinafter collectively, the "Debtors").

3. My offices are located at 4955 Van Nuys Blvd., Ste 308, Sherman Oaks, CA 91403.

4. The offices of my consultant, Dr. Tim Stacy DNP, ACNP-BC, are located at 5268 Huckleberry Oak Street, Simi Valley, CA, 93063.

5. I have expertise in supervising and assessing medical care in hospitals, outpatient facilities, and outpatient clinics. I have substantial experience as a licensed medical doctor and in hospital operations and management spanning 30 years.

6. As Chief of Staff and Chair of the Medical Executive Committee at Sherman Oaks and Encino Hospitals, for the past 18 years, it has been my responsibility to perform duties similar to those of a PCO at these hospitals to ensure patient safety and physician independence from corporate influence and report my findings monthly. Additionally, I have an independent private medical practice. I have no physician partners, and I have no physician employees.

7. I have been appointed as the PCO in multiple bankruptcy cases, including in the jointly administered cases of *In re Verity Health System of California, Inc. et al.* (lead Case No. 2:18-bk-20151-ER, C.D. Cal.) and in *Borrego Community Health Foundation* (Case No. 22-02384-LT11, S.D. Cal.).

8. I submit this declaration in support of the *First and Final Application By Patient Care Ombudsman for Allowance of Fees and Reimbursement of Costs* (the "Application"),[1] for allowance of my fees and those of my consultant, Dr. Tim Stacy DNP, ACNP-BC, for services rendered to the estates during the period of April 30, 2025, through October 24, 2025, and I ask the Court to authorize payment thereof from the Debtors' estates as an Allowed Administrative Claim in connection with the confirmed Plan.

9. The amounts requested in the Application for compensation and fees are based on

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning(s) ascribed to them in the Application.

2

my business records.

10. A detailed listing of all time spent for which the Application seeks compensation, including a description of the services performed and the amount of time spent, by timekeeper, during the Application Period, is attached as **Exhibit "A"** hereto.

11. A detailed listing of all costs and expenses incurred for which the Application seeks reimbursement through the Application Period is also attached as **Exhibit "A"** hereto, which expenses were actually and necessarily incurred in connection with my services as the PCO and Dr. Stacy's services in the Debtors' Chapter 11 Cases.

12. A true and correct copy of my curriculum vitae and that of Dr. Stacy are attached as **Exhibit "B"** hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 28, 2025, at Sherman Oaks, California.

By: _____
Dr. Jacob Nathan Rubin, M.D., F.A.C.C.
*Patient Care Ombudsman*

3