STEVEN T. GUBNER - Bar No. 4624
BG LAW LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 835-0800
Facsimile: (866) 995-0215
Email:    sgubner@bg.law

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>☐ NUMALE NEW MEXICO SC,<br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>**No hearing required** |
|---|---|

## NOTICE OF LIEN FOR ATTORNEYS' FEES AND COSTS

1

**PLEASE TAKE NOTICE** that by virtue of a legal services agreement between Brad Pabulicki ("Pabulicki") and Dr. Carlos Feliciano ("Feliciano," collectively with Pabulicki, the "Lienees") and BG Law, LLP (the "Firm"), dated June 11, 2025, the Firm has and claims a lien in the amount of Twenty-Six Thousand, Six Hundred Thirty-Six Dollars and One Cent ($26,636.01) on any interest the Lienees may have in the above-captioned case, and on any recovery, distributions, or payment on account of the Lienees' interest or otherwise to Lienees in this case. The Firm has provided legal services and expended sums for costs as Lienees' counsel in the related proceeding, *Sanchez v. NuMale Medical Center LLC* D-202-CV-2020-06336.

      The Firm, as lien claimant, hereby requests that it be named as a payee on any check or draft issued to Lienees in full or partial payment of their interest or otherwise in the above-captioned case or in any related proceeding.

DATED: October 29, 2025                    BG LAW LLP

                                                    By: /s/ *Steven T. Gubner*
                                                         STEVEN T. GUBNER

# CERTIFICATE OF SERVICE

1. On **October 29, 2025,** I served the following document(s) listed below:

   **NOTICE OF LIEN FOR ATTORNEYS' FEES AND COSTS**

2. I served the above-named document(s) by the following means to the persons as listed below:

   ☒ a. ECF System (You must attach the "Notice of Electronic Filing", or list all persons and addresses and attach additional paper if necessary)

   RYAN A. ANDERSEN    ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com
   LORI M. BENCOE    lori@bencoelaw.com, maggie@bencoelaw.com
   OGONNA M. BROWN    Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com
   LOUIS M BUBALA    lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com
   CANDACE C CARLYON    ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;pfalkensammer@carlyoncica.com
   MICHAEL W. CARMEL    michael@mcarmellaw.com
   GREGORY E GARMAN    ggarman@gtg.legal, bknotices@gtg.legal
   IVAN M. GOLD    igold@allenmatkins.com
   TALITHA B. GRAY KOZLOWSKI    tgray@gtg.legal, bknotices@gtg.legal
   MATTHEW L. JOHNSON    mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com
   MARY LANGSNER    mlangsner@gtg.legal, bknotices@gtg.legal
   DAVID A RIGGI    , 2782@notices.nextchapterbk.com
   DAVID A RIGGI    darnvbk@gmail.com, 2782@notices.nextchapterbk.com
   ALYSSA A. ROGAN    alyssa.rogan@usdoj.gov
   STEVEN B. SCOW    sscow@kskdlaw.com, dscow@kskdlaw.com
   DAVID A. STEPHENS    dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com
   U.S. TRUSTEE - LV - 11    USTPRegion17.lv.ecf@usdoj.gov
   JUSTIN CHARLES VALENCIA    justin.c.valencia@usdoj.gov
   MARK M. WEISENMILLER    mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com
   JOSEPH G. WENT    jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com
   STUART FREEMAN WILSON-PATTON    stuart.wilson-patton@ag.tn.gov
   RYAN J. WORKS    rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com
   MATTHEW C. ZIRZOW    mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

   ☐ b. United States mail, postage fully prepaid (List persons and addresses.)

   ☐ c. Personal Service (List persons and addresses.)
       I personally delivered the document(s) to the persons at these addresses:

   ☐ d. By direct email (as opposed to through the ECF System)
       (List persons and email addresses.)
       I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. By fax transmission (List persons and fax numbers.)
I faxed the document(s) to the persons at the fax numbers listed below.  No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger (List persons and addresses.)
I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service. (A declaration by the messenger must be attached to this Certificate of Service).

I declare under penalty of perjury that the foregoing is true and correct.

Signed on: October 29, 2025       /s/ *Jennifer Warner*
                                  Jennifer Warner