GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | |

**STIPULATION REGARDING CLAIM NO. 8**

Michael Carmel, as the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale

1

1   Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the
2   "Debtors"), by and through his counsel of record, the law firm Garman Turner Gordon LLP, and
3   KLOS Radio, LLC ("KLOS"), by and through its counsel Matthew Baltierra, Esq. (the Trustee
4   and KLOS together, the "Parties"), hereby stipulate and agree as follows:

5       WHEREAS, on or about January 22, 2025 (the "Petition Date"), the Debtors filed their
6   voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the
7   above-captioned bankruptcy cases (collectively, the "Chapter 11 Cases"). *See, e.g.*, ECF No. 1.

8       WHEREAS, on or about April 2, 2025, this Court entered its *Order on United States*
9   *Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or in the Alternative,*
10  *to Convert or Dismiss this Case Pursuant to 11 U.S.C. § 1112(b), and Reservation of Rights*, thereby
11  directing the appointment of a Chapter 11 trustee for the Debtors' estates. *See* ECF No. 132.

12      WHEREAS, on or about April 7, 2025, the Trustee was appointed the Chapter 11 Trustee for
13  the Debtors' estates [ECF Nos. 155-157].

14      WHEREAS, on or about May 20, 2025, KLOS filed its *Proof of Claim No. 8* (the "KLOS
15  Claim") against Debtor NuMale Corporation, asserting a general unsecured claim in the amount
16  of $70,537.50 on the basis of "Unpaid invoices for radio commercials per written contract." *See*
17  KLOS Claim.

18      WHEREAS, the Trustee reviewed documentation supporting the KLOS Claim and further
19  investigated the KLOS Claim. Ultimately, after settlement discussions, the Parties have reached
20  a resolution regarding the KLOS Claim, as reflected herein.

21      **NOW, THEREFORE**, subject to the entry of an Order approving this Stipulation, which
22  Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree
23  as follows:

24      1.    The KLOS Claim is hereby allowed as a general unsecured claim in the total
25  amount of $28,215.00, and KLOS is the holder of a Class 10 Allowed General Unsecured Claim
26  in this amount.

27      2.    The allowance of the KLOS Claim as set forth herein is final, and no amendment,
28

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

supplementation, augmentation, or other change to the allowed amount of the KLOS Claim, which is hereby established as $28,215.00, as a general unsecured claim, shall be sought.

**IT IS SO STIPULATED**.

Dated this 3rd day of November 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

Dated this 3rd day of November 2025.

THE MERUELO GROUP, LLC

By: _____
    MATTHEW B. BALTIERRA, ESQ.
    44 E. Broadway, Suite 530
    Tucson, AZ 85701

*Attorneys for KLOS Radio, LLC*

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000