# Exhibit 1

**EXHIBIT 1**

| SUMMARY OF TASK CODES BY PROFESSIONAL |
|:---:|

**B110 – Case Administration**

| Professional | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Emily Taube | Partner | $675 | .50 | $337.50 |
| Kristen Watson | Partner | $560 | .20 | $112.00 |
| Laura Ahtes | Paralegal | $450 | 3.3 | $1,485.00 |
| **Total:** | | | **4** | **$1,934.50** |

**B160 – Fee/Employment Applications**

| Professional | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Emily Taube | Partner | $675 | 5.2 | $3,510.00 |
| Laura Ahtes | Paralegal | $450 | 5.9 | $2,655.00 |
| **Total:** | | | **11.1** | **$6,165.00** |

**B190 – Other Contested Matters**

| Professional | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Emily Taube | Partner | $675 | 6.7 | $4,522.50 |
| Kristen Watson | Partner | $560 | 1.0 | $560.00 |
| Laura Ahtes | Paralegal | $450 | 1.2 | $540.00 |
| Sharon Foshee | Legal Assistant | $315 | .30 | $94.50 |
| **Total:** | | | **9.2** | **$5,717.00** |

**B320 – Plan and Disclosure Statement**

| Professional | Position | Rate | Hours | Total |
|---|---|---|---|---|
| Laura Ahtes | Paralegal | $450 | .20 | $90.00 |
| **Total:** | | | **0.2** | **$90.00** |

## SUMMARY OF TASK CODES

| Task Code | Hours | Amount |
|---|---|---|
| **B110 – Case Administration** | 4.0 | $1,934.50 |
| **B160 – Fee/Employment Applications** | 11.1 | $6,165.00 |
| **B190 – Other Contested Matters** | 9.2 | $5,717.00 |
| **B320 – Plan and Disclosure Statement** | .20 | $90.00 |
| **TOTAL:** | **24.5** | **$13,906.50** |

# Exhibit 2



*REMITTANCE ADDRESS*
Post Office Box 830719
Birmingham, Alabama  35283-0719
Main: (205) 251-3000
https://www.BURR.com/payment/
Tax ID #63-0322727

MICHAEL CARMEL
MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE
FOR NUMALE CORPORATION
C/O MARY LANGSNER, PH.D.
GARMAN TURNER GORDON
7251 AMIGO STREET
SUITE 210
LAS VEGAS, NV 89119

12 Sep 2025
Invoice # 1569063
Bill Atty: E. Taube
As of 05/31/25

---

0053161  MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR NUMALE
CORPORATION
0000001  Representation of Trustee for NuMale Corporation

**BILL SUMMARY THROUGH MAY 31, 2025**

| | |
|---|---|
| Professional Services | $877.50 |
| **TOTAL DUE THIS  BILL** | **$877.50** |
| Previous Balance Due | $6,136.00 |
| **TOTAL BALANCE DUE** | **$7,013.50** |

**WIRING INSTRUCTIONS:**
**Burr & Forman LLP Operating Account Wiring Instructions**
**Fees and Expenses Only**

| | |
|---|---|
| Account Name: | Burr & Forman LLP |
| | 420 North 20th Street, Suite 3400 |
| | Birmingham, Alabama  35203 |
| Financial Institution: | Synovus Bank |
| | 1137 1st Avenue |
| | Columbus, GA 31901 |
| Domestic Wire and ACH ABA No.: | 061100606 |
| Account Number: | 1005853518 |
| International Wires SWIFT BIC: | FICOUS44 |
| Burr & Forman Tax ID: | 63-0322727 |

Please list the Invoice Number and Client-Matter Number in the Reference field.

Should you need assistance, please email *AccountsReceivable@burr.com*.

# BURR & FORMAN LLP

0053161    MICHAEL W. CARMEL, IN HIS CAPACITY AS CH                    12 Sep 2025
0000001    Representation of Trustee for NuMale Corporation            Invoice # 1569063
                                                                       Page 2


MICHAEL CARMEL                                                         12 Sep 2025
MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11                       Invoice # 1569063
TRUSTEE FOR NUMALE CORPORATION                                         Bill Atty: E. Taube
C/O MARY LANGSNER, PH.D.                                               As of 05/31/25
GARMAN TURNER GORDON
7251 AMIGO STREET
SUITE 210
LAS VEGAS, NV 89119

EMPLOYER I.D. #63-0322727

0053161  MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11
TRUSTEE FOR NUMALE CORPORATION
0000001  Representation of Trustee for NuMale Corporation

| Date | Description | Phase.Task | Tkpr | Hours |
|------|-------------|------------|------|-------|
| 05/28/25 | Telephone call with M. Langsner regarding new matter. | Other Contested Matters | ECT | 0.50 |
| 05/29/25 | Review and analysis of stipulation regarding extension of time to obtain counsel. | Other Contested Matters | ECT | 0.20 |
| 05/29/25 | Review and analysis of NuMale dockets. | Other Contested Matters | ECT | 0.40 |
| 05/29/25 | Drafted correpsondence to M Langsner regarding stipulation. | Other Contested Matters | ECT | 0.20 |
| | | | Total Hours | 1.30 |
| | | | Total Services | $877.50 |

# BURR & FORMAN LLP

0053161      MICHAEL W. CARMEL, IN HIS CAPACITY AS CH                    12 Sep 2025
0000001      Representation of Trustee for NuMale Corporation          Invoice # 1569063
                                                                                    Page 3

            Total Services and Disbursements                              $877.50

            Previous Balance Due                                       $6,136.00

            TOTAL NOW DUE                                              $7,013.50

## SUMMARY OF SERVICES

| Name | Rank | Rate | Hours | Amount |
|------|------|------|-------|--------|
| Emily C. Taube | Partner | $675.00 | 1.30 | $877.50 |
| TOTALS | | | 1.30 | $877.50 |

# BURR & FORMAN LLP

0053161   MICHAEL W. CARMEL, IN HIS CAPACITY AS CH                      12 Sep 2025
0000001   Representation of Trustee for NuMale Corporation          Invoice # 1569063
                                                                                   Page 4

### *PREVIOUS BALANCE DETAIL*

| Date | Invoice | Balance |
|------|---------|---------|
| 07/31/2025 | 1580465 | $3,706.00 |
| 08/27/2025 | 1584169 | $2,430.00 |
| **Total Previous Balance** | | **$6,136.00** |



*REMITTANCE ADDRESS*
Post Office Box 830719
Birmingham, Alabama 35283-0719
Main: (205) 251-3000
https://www.BURR.com/payment/
Tax ID #63-0322727

MICHAEL CARMEL
MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE
FOR NUMALE CORPORATION
C/O MARY LANGSNER, PH.D.
GARMAN TURNER GORDON
7251 AMIGO STREET
SUITE 210
LAS VEGAS, NV 89119

12 Sep 2025
Invoice # 1580465
Bill Atty: E. Taube
As of 06/30/25

---

0053161  MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR NUMALE
CORPORATION
0000001  Representation of Trustee for NuMale Corporation

### BILL SUMMARY THROUGH JUNE 30, 2025

| | |
|---|---|
| Professional Services | $3,706.00 |
| **TOTAL DUE THIS  BILL** | **$3,706.00** |
| Previous Balance Due | $3,307.50 |
| **TOTAL BALANCE DUE** | **$7,013.50** |

**WIRING INSTRUCTIONS:**
**Burr & Forman LLP Operating Account Wiring Instructions**
**Fees and Expenses Only**

| | |
|---|---|
| Account Name: | Burr & Forman LLP |
| | 420 North 20th Street, Suite 3400 |
| | Birmingham, Alabama 35203 |
| Financial Institution: | Synovus Bank |
| | 1137 1st Avenue |
| | Columbus, GA 31901 |
| Domestic Wire and ACH ABA No.: | 061100606 |
| Account Number: | 1005853518 |
| International Wires SWIFT BIC: | FICOUS44 |
| Burr & Forman Tax ID: | 63-0322727 |

Please list the Invoice Number and Client-Matter Number in the Reference field.

Should you need assistance, please email *AccountsReceivable@burr.com*.

**R E M I T T A N C E   C O P Y**
**PLEASE INCLUDE THE INVOICE NUMBER or CLIENT ID WITH YOUR PAYMENT**
*For your convenience, pay online at https://www.Burr.com/payment (Bank Draft or Credit Card)*
*Please direct inquiries to Laurie Savarese at lsavarese@burr.com or BFReceivables@burr.com*

# BURR & FORMAN LLP

| | | |
|---|---|---|
| 0053161 | MICHAEL W. CARMEL, IN HIS CAPACITY AS CH | 12 Sep 2025 |
| 0000001 | Representation of Trustee for NuMale Corporation | Invoice # 1580465 |
| | | Page 2 |

MICHAEL CARMEL
MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11
TRUSTEE FOR NUMALE CORPORATION
C/O MARY LANGSNER, PH.D.
GARMAN TURNER GORDON
7251 AMIGO STREET
SUITE 210
LAS VEGAS, NV 89119

12 Sep 2025
Invoice # 1580465
Bill Atty: E. Taube
As of 06/30/25

EMPLOYER I.D. #63-0322727

0053161  MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11
TRUSTEE FOR NUMALE CORPORATION
0000001  Representation of Trustee for NuMale Corporation

| Date | Description | Phase.Task | Tkpr | Hours |
|---|---|---|---|---|
| 06/03/25 | Review and revise notice of appearance | Other Contested Matters | KPW | 0.20 |
| 06/03/25 | Prepare draft Notice of Appearance for M. Carmel and forward to E. Taube for review. | Other Contested Matters | LA | 0.30 |
| 06/03/25 | Emails and replies to K. Watson regarding North Carolina filing and access to file Notice of Appearance on behalf of M. Carmel. | Other Contested Matters | LA | 0.20 |
| 06/05/25 | Retrieve docket nos. 28 and 29 from District Court docket sheet and forward to E. Taube per request. | Other Contested Matters | LA | 0.10 |
| 06/06/25 | Revise Notice of Appearance per M. Langsner and forward to E. Taube for filing approval. | Other Contested Matters | LA | 0.30 |
| 06/17/25 | Review and analysis of and respond to correspondence from K. Watson regarding inquiry from Court Clerk. | Other Contested Matters | ECT | 0.20 |
| 06/17/25 | Drafted correspondence to M. Langner regarding communication from Court. | Other Contested Matters | ECT | 0.20 |
| 06/17/25 | Review and respond to correspondence from M. Langsner | Other Contested Matters | ECT | 0.20 |

# BURR & FORMAN LLP

| 0053161 | MICHAEL W. CARMEL, IN HIS CAPACITY AS CH | 12 Sep 2025 |
|---|---|---|
| 0000001 | Representation of Trustee for NuMale Corporation | Invoice # 1580465 |
| | | Page 3 |

| Date | Description | Phase.Task | Tkpr | Hours |
|---|---|---|---|---|
| | regarding court's inquiry regarding alleged expectation of court as to order on discovery. | | | |
| 06/17/25 | Review voice mail from clerk requesting return call | Other Contested Matters | KPW | 0.10 |
| 06/17/25 | Phone call with court clerk to discuss case history ████████ ████ | Other Contested Matters | KPW | 0.20 |
| 06/17/25 | Emails with Emily Taube regarding information requested from court | Other Contested Matters | KPW | 0.30 |
| 06/18/25 | Telephone conference with K. Watson regarding communication from clerk and strategy ██ ██████. | Other Contested Matters | ECT | 0.20 |
| 06/18/25 | Review and analysis of and respond to correspondence from K. Watson regarding additional communications with Court Clerk. | Other Contested Matters | ECT | 0.10 |
| 06/18/25 | Drafted correspondence to M. Langsner regarding status update as to communications with Court. | Other Contested Matters | ECT | 0.20 |
| 06/18/25 | Review and respond to correspondence from M. Langner regarding communications with District Court Clerk. | Other Contested Matters | ECT | 0.20 |
| 06/18/25 | Telephone call with K. Watson regarding communications with Court Clerk and strategy for response to same. | Other Contested Matters | ECT | 0.30 |
| 06/20/25 | Drafted correspondence to client regarding and forwarding communications and order of dismissal from court. | Other Contested Matters | ECT | 0.20 |
| 06/20/25 | Review and analysis of correspondence from Court and attached notice of dismissal of NuMale's counterclaims. | Other Contested Matters | ECT | 0.20 |
| 06/20/25 | Review and respond to correspondence from K. Watson | Other Contested Matters | ECT | 0.20 |

# BURR & FORMAN LLP

0053161  MICHAEL W. CARMEL, IN HIS CAPACITY AS CH                  12 Sep 2025
0000001  Representation of Trustee for NuMale Corporation          Invoice # 1580465
                                                                          Page 4

| Date | Description | Phase.Task | Tkpr | Hours |
|------|-------------|------------|------|-------|
|  | regarding court's dismissal of NuMale's counter claims. |  |  |  |
| 06/20/25 | Review and analysis of correspondence from M. Langsner regarding district court's dismissal of NuMale's counterclaims. | Other Contested Matters | ECT | 0.10 |
| 06/23/25 | Telephone call with M. Langsner and Trustee regarding strategy going forward ███████████ ████████████ ████████. | Other Contested Matters | ECT | 0.30 |
| 06/23/25 | Review email from E. Taube re: Order Granting Plaintiff's Motion to Dismiss Counterclaims and upload to file. | Other Contested Matters | LA | 0.20 |
| 06/24/25 | Review and analysis of Application to Employ Burr as proposed by Trustee. | Fee/Employment Applications | ECT | 0.30 |
| 06/24/25 | Review scheduling order and advise ████████████████ ████████████. | Other Contested Matters | SF1 | 0.20 |
| 06/25/25 | Telephone call with client regarding strategy going forward. | Fee/Employment Applications | ECT | 0.30 |
| 06/25/25 | Research regarding jurisdictional issues related to order issued by Article III Judge in face of existing stay issued by Bankruptcy court.. | Fee/Employment Applications | ECT | 0.40 |
| 06/27/25 | Review and analysis of proposed declaration in support of application for fees, and communications with M. Langner regarding same. | Fee/Employment Applications | ECT | 0.40 |

|  | Total Hours | 6.10 |
|--|-------------|------|
|  | Total Services | $3,706.00 |

# BURR & FORMAN LLP

0053161     MICHAEL W. CARMEL, IN HIS CAPACITY AS CH                           12 Sep 2025
0000001     Representation of Trustee for NuMale Corporation                Invoice # 1580465
                                                                                      Page 5


| | | |
|---|---|---:|
| Total Services and Disbursements | | $3,706.00 |
| Previous Balance Due | | $3,307.50 |
| TOTAL NOW DUE | | $7,013.50 |


## SUMMARY OF SERVICES

| Name | Rank | Rate | Hours | Amount |
|---|---|---:|---:|---:|
| Emily C. Taube | Partner | $675.00 | 4.00 | $2,700.00 |
| Kristen P. Watson | Partner | $560.00 | 0.80 | $448.00 |
| Laura Ahtes | Paralegal | $450.00 | 1.10 | $495.00 |
| Sharon Foshee | Paralegal | $315.00 | 0.20 | $63.00 |
| TOTALS | | | 6.10 | $3,706.00 |

# BURR & FORMAN LLP

0053161    MICHAEL W. CARMEL, IN HIS CAPACITY AS CH                    12 Sep 2025
0000001    Representation of Trustee for NuMale Corporation        Invoice # 1580465
                                                                             Page 6

### *PREVIOUS BALANCE DETAIL*

| Date | Invoice | Balance |
|------|---------|---------|
| 08/27/2025 | 1584169 | $2,430.00 |
| 09/12/2025 | 1569063 | $877.50 |
| **Total Previous Balance** | | **$3,307.50** |



*REMITTANCE ADDRESS*
Post Office Box 830719
Birmingham, Alabama 35283-0719
Main: (205) 251-3000
https://www.BURR.com/payment/
Tax ID #63-0322727

MICHAEL CARMEL
MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE
FOR NUMALE CORPORATION
C/O MARY LANGSNER, PH.D.
GARMAN TURNER GORDON
7251 AMIGO STREET
SUITE 210
LAS VEGAS, NV 89119

12 Sep 2025
Invoice # 1584169
Bill Atty: E. Taube
As of 07/31/25

0053161  MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR NUMALE
CORPORATION
0000001  Representation of Trustee for NuMale Corporation

### BILL SUMMARY THROUGH JULY 31, 2025

| | |
|---|---|
| Professional Services | $2,430.00 |
| **TOTAL DUE THIS BILL** | **$2,430.00** |
| Previous Balance Due | $4,583.50 |
| **TOTAL BALANCE DUE** | **$7,013.50** |

**WIRING INSTRUCTIONS:**
**Burr & Forman LLP Operating Account Wiring Instructions**
**Fees and Expenses Only**

| | |
|---|---|
| Account Name: | Burr & Forman LLP |
| | 420 North 20th Street, Suite 3400 |
| | Birmingham, Alabama 35203 |
| Financial Institution: | Synovus Bank |
| | 1137 1st Avenue |
| | Columbus, GA 31901 |
| Domestic Wire and ACH ABA No.: | 061100606 |
| Account Number: | 1005853518 |
| International Wires SWIFT BIC: | FICOUS44 |
| Burr & Forman Tax ID: | 63-0322727 |

Please list the Invoice Number and Client-Matter Number in the Reference field.

Should you need assistance, please email *AccountsReceivable@burr.com*.

### R E M I T T A N C E   C O P Y
**PLEASE INCLUDE THE INVOICE NUMBER or CLIENT ID WITH YOUR PAYMENT**
*For your convenience, pay online at https://www.Burr.com/payment (Bank Draft or Credit Card)*
*Please direct inquiries to Laurie Savarese at lsavarese@burr.com or BFReceivables@burr.com*

# BURR & FORMAN LLP

0053161    MICHAEL W. CARMEL, IN HIS CAPACITY AS CH                                12 Sep 2025
0000001    Representation of Trustee for NuMale Corporation                      Invoice # 1584169
                                                                                        Page 2


MICHAEL CARMEL                                                                        12 Sep 2025
MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11                                Invoice # 1584169
TRUSTEE FOR NUMALE CORPORATION                                                   Bill Atty: E. Taube
C/O MARY LANGSNER, PH.D.                                                           As of 07/31/25
GARMAN TURNER GORDON
7251 AMIGO STREET
SUITE 210
LAS VEGAS, NV 89119

EMPLOYER I.D. #63-0322727

0053161  MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11
TRUSTEE FOR NUMALE CORPORATION
0000001  Representation of Trustee for NuMale Corporation

| Date | Description | Phase.Task | Tkpr | Hours |
|------|-------------|-----------|------|-------|
| 06/06/25 | Review and analysis of draft notice of appearance and drafted correspondence to M. Langsner regarding and attaching same. | Other Contested Matters | ECT | 0.20 |
| 07/01/25 | Telephone call with Trustee and M. Langsner regarding status and strategy. | Other Contested Matters | ECT | 0.20 |
| 07/01/25 | Analysis of Notice of Status Conference on July 8, 2025 and forward to E. Taube for review. | Case Administration. | LA | 0.10 |
| 07/10/25 | Review updated docket sheet and retrieve copies of Trustee's Motion for Relief Stay and Sanctions and hearing thereto scheduled for August 14, 2025, Notice of Status Conference for July 15, 2025 and forward all relevant pleadings to E. Taube for review. | Case Administration | LA | 0.30 |
| 07/11/25 | Analysis of updated docket sheet to retrieve copy of Order Stipulation Continuing Hearing Motion to Enforce Stay & Sanctions, document deadline and forward to E. Taube for review. | Case Administration | LA | 0.20 |
| 07/15/25 | Review and retrieve pleadings from NuMale updated bankruptcy docket | Case Administration | LA | 0.20 |

# BURR & FORMAN LLP

0053161     MICHAEL W. CARMEL, IN HIS CAPACITY AS CH                    12 Sep 2025
0000001     Representation of Trustee for NuMale Corporation           Invoice # 1584169
                                                                              Page 3

| Date | Description | Phase.Task | Tkpr | Hours |
|------|-------------|------------|------|-------|
| | sheet and forward to E. Taube and D. Houston for review. | | | |
| 07/16/25 | Review and analysis of declaration of E. Taube and application to employ Burr & Forman. | Fee/Employment Applications | ECT | 0.40 |
| 07/16/25 | Analysis of Continued Status Conference in Bankruptcy Case NuMale from July 15 to July 22, 2025 and document accordingly. | Case Administration | LA | 0.20 |
| 07/18/25 | Analysis of updated docket sheets in bankruptcy and adversary proceedings for NuMale, document Scheduling Conference for October 9, 2025. | Case Administration | LA | 0.20 |
| 07/22/25 | Review of conflict report/attorney status, prepare Chart and forward to E. Taube and L. Davis for review. | Case Administration | LA | 0.20 |
| 07/23/25 | Analysis of continued Status Conference in Bankruptcy Case from July 22nd to July 29th and document the same for E. Taube. | Case Administration | LA | 0.10 |
| 07/28/25 | Drafted revisions to proposed declaration. | Fee/Employment Applications | ECT | 0.40 |
| 07/29/25 | Review and analysis of and make revisions to affidavit to be submitted in conjunction with trustee's application to employ Burr & Forman. | Fee/Employment Applications | ECT | 0.40 |
| 07/29/25 | Review and respond to correspondence from M. Langsner regarding ████████████ ███████████████ ████. | Fee/Employment Applications | ECT | 0.20 |
| 07/30/25 | Review and analysis of correspondence from M. Langsner and file stamped copies of application to employ Burr & Forman, as well as trustee's declaration in support of same. | Fee/Employmen Applications | ECT | 0.20 |

# BURR & FORMAN LLP

| 0053161 | MICHAEL W. CARMEL, IN HIS CAPACITY AS CH | 12 Sep 2025 |
|---|---|---|
| 0000001 | Representation of Trustee for NuMale Corporation | Invoice # 1584169 |
| | | Page 4 |

| Date | Description | Phase.Task | Tkpr | Hours |
|---|---|---|---|---|
| 07/30/25 | Analysis of Application to Retain Burr & Forman, document deadlines and upload to file. | Fee/Employment Applications | LA | 0.20 |
| 07/31/25 | Analysis of email from M. Langsner regarding September 2, 2025 hearing to Employ Burr & Forman and document dates. | Fee/Employment Applications | LA | 0.10 |
| 07/31/25 | Research monthly fee applications in NuMale case, upload cover page form, research fee application procedures and sample drafts re: future fee application filings for Burr & Forman fees and expenses. | Fee/Employment Applications | LA | 0.60 |

|  | Total Hours | 4.40 |
|---|---|---|
|  | Total Services | $2,430.00 |

|  |  |  |
|---|---|---|
| Total Services and Disbursements | | $2,430.00 |
| Previous Balance Due | | $4,583.50 |
| TOTAL NOW DUE | | $7,013.50 |

## SUMMARY OF SERVICES

| Name | Rank | Rate | Hours | Amount |
|---|---|---|---|---|
| Emily C. Taube | Partner | $675.00 | 2.00 | $1,350.00 |
| Laura Ahtes | Paralegal | $450.00 | 2.40 | $1,080.00 |
| TOTALS | | | 4.40 | $2,430.00 |

# BURR & FORMAN LLP

0053161    MICHAEL W. CARMEL, IN HIS CAPACITY AS CH                          12 Sep 2025
0000001    Representation of Trustee for NuMale Corporation                  Invoice # 1584169
                                                                                       Page 5

### *PREVIOUS BALANCE DETAIL*

| Date | Invoice | Balance |
|------|---------|---------|
| 09/12/2025 | 1569063 | $877.50 |
| 09/12/2025 | 1580465 | $3,706.00 |
| **Total Previous Balance** | | **$4,583.50** |



*REMITTANCE ADDRESS*
Post Office Box 830719
Birmingham, Alabama  35283-0719
Main: (205) 251-3000
https://www.BURR.com/payment/
Tax ID #63-0322727

MICHAEL CARMEL
MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE
FOR NUMALE CORPORATION
C/O MARY LANGSNER, PH.D.
GARMAN TURNER GORDON
7251 AMIGO STREET
SUITE 210
LAS VEGAS, NV 89119

12 Sep 2025
Invoice # 1590770
Bill Atty: E. Taube
As of 08/31/25

0053161  MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR NUMALE
CORPORATION
0000001  Representation of Trustee for NuMale Corporation

### BILL SUMMARY THROUGH AUGUST 31, 2025

| | |
|---|---|
| Professional Services | $1,799.50 |
| Disbursements | $0.74 |
| **TOTAL DUE THIS BILL** | **$1,800.24** |
| Previous Balance Due | $7,013.50 |
| **TOTAL BALANCE DUE** | **$8,813.74** |

**WIRING INSTRUCTIONS:**
**Burr & Forman LLP Operating Account Wiring Instructions**
**Fees and Expenses Only**

| | |
|---|---|
| Account Name: | Burr & Forman LLP |
| | 420 North 20th Street, Suite 3400 |
| | Birmingham, Alabama  35203 |
| Financial Institution: | Synovus Bank |
| | 1137 1st Avenue |
| | Columbus, GA 31901 |
| Domestic Wire and ACH ABA No.: | 061100606 |
| Account Number: | 1005853518 |
| International Wires SWIFT BIC: | FICOUS44 |
| Burr & Forman Tax ID: | 63-0322727 |

Please list the Invoice Number and Client-Matter Number in the Reference field.

Should you need assistance, please email *AccountsReceivable@burr.com*.

### R E M I T T A N C E   C O P Y
**PLEASE INCLUDE THE INVOICE NUMBER or CLIENT ID WITH YOUR PAYMENT**
*For your convenience, pay online at https://www.Burr.com/payment (Bank Draft or Credit Card)*
*Please direct inquiries to Laurie Savarese at lsavarese@burr.com or BFReceivables@burr.com*

# BURR & FORMAN LLP

| | | |
|---|---|---|
| 0053161 | MICHAEL W. CARMEL, IN HIS CAPACITY AS CH | 12 Sep 2025 |
| 0000001 | Representation of Trustee for NuMale Corporation | Invoice # 1590770 |
| | | Page 2 |

| | |
|---|---|
| MICHAEL CARMEL | 12 Sep 2025 |
| MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11 | Invoice # 1590770 |
| TRUSTEE FOR NUMALE CORPORATION | Bill Atty: E. Taube |
| C/O MARY LANGSNER, PH.D. | As of 08/31/25 |
| GARMAN TURNER GORDON | |
| 7251 AMIGO STREET | |
| SUITE 210 | |
| LAS VEGAS, NV 89119 | |

EMPLOYER I.D. #63-0322727

0053161  MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11
TRUSTEE FOR NUMALE CORPORATION
0000001  Representation of Trustee for NuMale Corporation

| Date | Description | Phase.Task | Tkpr | Hours |
|---|---|---|---|---|
| 06/02/25 | Drafted correpsondence to M. Langsner regarding ███████ ███████. | Case Administration | ECT | 0.30 |
| 07/09/25 | Telepone call with M. Langsner regarding ███████ ███████. | Other Contested Matters | ECT | 0.20 |
| 08/01/25 | Review and respond to correspondence from M. Langsner regarding ███████ ███████. | Fee/Employment Applications | ECT | 0.20 |
| 08/05/25 | Analysis of bankruptcy docket for NuMale re: Disclosure Statement, Plan, Motion Approve Disclosure Statement, Motion Approve Global Settlement & Authorize Insurance Policies Payback and forward to E. Taube for review. | Case Administration | LA | 0.20 |
| 08/08/25 | Analysis of NuMale bankruptcy docket re: Order Conditionally Approving Disclosure Statement, document confirmation hearing deadlines and forward to E. Taube for review. | Case Administration | LA | 0.20 |
| 08/13/25 | Review court's order on selection of mediator | Other Contested Matters | KPW | 0.10 |

# BURR & FORMAN LLP

| 0053161 | MICHAEL W. CARMEL, IN HIS CAPACITY AS CH | 12 Sep 2025 |
|---------|------------------------------------------|-------------|
| 0000001 | Representation of Trustee for NuMale Corporation | Invoice # 1590770 |
| | | Page 3 |

| Date | Description | Phase.Task | Tkpr | Hours |
|------|-------------|------------|------|-------|
| 08/14/25 | Review and respond to correspodnence from K. Watson with attached orders from court requiring parties to select mediator then rescinding order. | Other Contested Matters | ECT | 0.40 |
| 08/14/25 | Review notice from court asking parties to disregard prior notice regarding selection of mediator | Other Contested Matters | KPW | 0.10 |
| 08/15/25 | Review updated bankruptcy docket re: Motion Turnover Property of Estate and Sanctions, Subpoena to Brad Palubicki and forward to E. Taube for review. | Case Administration | LA | 0.20 |
| 08/22/25 | Review and analysis of updated docket from paralegal. | Case Administration | ECT | 0.20 |
| 08/22/25 | Review updated dockets sheet, retrieve copy of Monthly Operating Report Ending July 31, 2025, Rule 2004 Examination of B. Palubicki, Notice and Order of B. Palubicki Aiding and Abetting and forward to E. Taube for review. | Case Administration | LA | 0.20 |
| 08/25/25 | Review and respond to correspondence from M. Langsner regarding hearing on application to employ Burr & Forman. | Fee/Employment Applications | ECT | 0.20 |
| 08/25/25 | Review email from M. Langsner re: status of Burr & Forman retention application, unpaid current invoices and forward email address change to L. Savarese for future Burr & Forman invoices. | Fee/Employment Applications | LA | 0.20 |
| 08/26/25 | Review and respond to correspondence from M. Langsner regarding next Tuesday's hearing. | Fee/Employment Applications | ECT | 0.20 |
| 08/28/25 | Analysis of updated docket sheet and forward to E. Taube for review. | Case Administration | LA | 0.20 |
| | | | Total Hours | 3.10 |

# BURR & FORMAN LLP

0053161   MICHAEL W. CARMEL, IN HIS CAPACITY AS CH                    12 Sep 2025
0000001   Representation of Trustee for NuMale Corporation          Invoice # 1590770
                                                                            Page 4

                                                    Total Services        $1,799.50

| Date | Ecode | Disbursements | Value |
|------|-------|---------------|-------|
| 08/04/25 | | Postage – VENDOR: Postage (Import) INVOICE#: AUG-25 DATE: 3/31/2025 Postage Import, | 0.74 |
| | | Total Disbursements | $0.74 |

Total Services and Disbursements                         $1,800.24

Previous Balance Due                                       $7,013.50

TOTAL NOW DUE                                              $8,813.74

## SUMMARY OF SERVICES

| Name | Rank | Rate | Hours | Amount |
|------|------|------|-------|--------|
| Emily C. Taube | Partner | $675.00 | 1.70 | $1,147.50 |
| Kristen P. Watson | Partner | $560.00 | 0.20 | $112.00 |
| Laura Ahtes | Paralegal | $450.00 | 1.20 | $540.00 |
| TOTALS | | | 3.10 | $1,799.50 |

# BURR & FORMAN LLP

0053161     MICHAEL W. CARMEL, IN HIS CAPACITY AS CH                    12 Sep 2025
0000001     Representation of Trustee for NuMale Corporation          Invoice # 1590770
                                                                              Page 5

### *PREVIOUS BALANCE DETAIL*

| Date | Invoice | Balance |
|------|---------|---------|
| 09/12/2025 | 1569063 | $877.50 |
| 09/12/2025 | 1580465 | $3,706.00 |
| 09/12/2025 | 1584169 | $2,430.00 |
| **Total Previous Balance** | | **$7,013.50** |



*REMITTANCE ADDRESS*
Post Office Box 830719
Birmingham, Alabama 35283-0719
Main: (205) 251-3000
https://www.BURR.com/payment/
Tax ID #63-0322727

MICHAEL CARMEL
MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE
FOR NUMALE CORPORATION
C/O MARY LANGSNER, PH.D.
GARMAN TURNER GORDON
7251 AMIGO STREET
SUITE 210
LAS VEGAS, NV 89119

28 Oct 2025
Invoice # 1602051
Bill Atty: E. Taube
As of 09/30/25

---

0053161  MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR NUMALE
CORPORATION
0000001  Representation of Trustee for NuMale Corporation

### BILL SUMMARY THROUGH SEPTEMBER 30, 2025

| | |
|---|---|
| Professional Services | $4,598.50 |
| **TOTAL DUE THIS BILL** | **$4,598.50** |
| Previous Balance Due | $8,813.74 |
| **TOTAL BALANCE DUE** | **$13,412.24** |

**WIRING INSTRUCTIONS:**
**Burr & Forman LLP Operating Account Wiring Instructions**
**Fees and Expenses Only**

| | |
|---|---|
| Account Name: | Burr & Forman LLP |
| | 420 North 20th Street, Suite 3400 |
| | Birmingham, Alabama 35203 |
| Financial Institution: | Synovus Bank |
| | 1137 1st Avenue |
| | Columbus, GA 31901 |
| Domestic Wire and ACH ABA No.: | 061100606 |
| Account Number: | 1005853518 |
| International Wires SWIFT BIC: | FICOUS44 |
| Burr & Forman Tax ID: | 63-0322727 |

Please list the Invoice Number and Client-Matter Number in the Reference field.

Should you need assistance, please email *AccountsReceivable@burr.com*.

### R E M I T T A N C E   C O P Y

**PLEASE INCLUDE THE INVOICE NUMBER or CLIENT ID WITH YOUR PAYMENT**
*For your convenience, pay online at https://www.Burr.com/payment (Bank Draft or Credit Card)*
*Please direct inquiries to Laurie Savarese at lsavarese@burr.com or BFReceivables@burr.com*

# BURR & FORMAN LLP

0053161    MICHAEL W. CARMEL, IN HIS CAPACITY AS CH                    28 Oct 2025
0000001    Representation of Trustee for NuMale Corporation         Invoice # 1602051
                                                                              Page 2


MICHAEL CARMEL                                                             28 Oct 2025
MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11             Invoice # 1602051
TRUSTEE FOR NUMALE CORPORATION                               Bill Atty: E. Taube
C/O MARY LANGSNER, PH.D.                                        As of 09/30/25
GARMAN TURNER GORDON
7251 AMIGO STREET
SUITE 210
LAS VEGAS, NV 89119

EMPLOYER I.D. #63-0322727

0053161  MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11
TRUSTEE FOR NUMALE CORPORATION
0000001  Representation of Trustee for NuMale Corporation

| Date | Description | Phase.Task | Tkpr | Hours |
|------|-------------|------------|------|-------|
| 09/02/25 | Attended hearing before Bankruptcy Court. Fee/Employment Applications Appear for/attend | Fee/Employment Applications | ECT | 1.20 |
| 09/04/25 | Telephone call with K. Watson regarding ▆▆ ▆▆ ▆▆▆▆ strategy going forward. Communicate (in firm) | Other Contested Matters | ECT | 0.20 |
| 09/05/25 | Review and analysis of order approving retention of Burr & Forman. Fee/Employment Applications Review/analyze | Fee/Employment Applications | ECT | 0.10 |
| 09/05/25 | Review updated docket sheet and retrieve copy of Order Authorizing Retention of Burr & Forman LLP to forward to E. Taube for review. | Fee/Employment Applications | LA | 0.20 |
| 09/05/25 | Prepare draft First Fee Application of Burr & Forman LLP, Proposed Order, Cover Sheet re: Burr & Forman Retention. | Fee/Employment Applications | LA | 1.70 |
| 09/05/25 | Email and reply to L. Savarese re: invoices and prebills to include B100 bankruptcy project codes for Burr & Forman fee applications and request copy to revise same. | Fee/Employment Applications | LA | 0.20 |

# BURR & FORMAN LLP

| 0053161 | MICHAEL W. CARMEL, IN HIS CAPACITY AS CH | 28 Oct 2025 |
|---|---|---|
| 0000001 | Representation of Trustee for NuMale Corporation | Invoice # 1602051 |
| | | Page 3 |

| Date | Description | Phase.Task | Tkpr | Hours |
|---|---|---|---|---|
| 09/08/25 | Analyze Burr & Forman invoices and prebills for insertion of B100 bankruptcy codes to utilize in upcoming filing of monthly fee application and forward to L. Savarese for implementation of project/category codes. | Fee/Employment Applications | LA | 0.60 |
| 09/10/25 | Drafted correspondence to M. Langsner and M. Carmel regarding and attaching Motion for Sanctions. Other Contested Matters Communicate (with client) | Other Contested Matters | ECT | 0.20 |
| 09/10/25 | Review and analysis of correspondence from Court and N2's Motion for Sanctions against NuMale Medical Center. Other Contested Matters Review/analyze | Other Contested Matters | ECT | 0.80 |
| 09/10/25 | Review motion for sanctions and advise ███████████████████ | Other Contested Matters | SF1 | 0.10 |
| 09/10/25 | Analysis of Plaintiff's Motion for Sanctions Against NuMale Medical and upload to file. | Other Contested Matters | LA | 0.10 |
| 09/11/25 | Review and analysis of and/or respond to correspondence from M. Langsner and K. Watson regarding issues related to Motion for Sanctions filed against NuMale Medical. Other Contested Matters Communicate (with client) | Other Contested Matters | ECT | 0.20 |
| 09/11/25 | Review and analysis of correspondence from M. Langsner related to new creditors. Other Contested Matters Communicate (with client) | Other Contested Matters | ECT | 0.20 |
| 09/11/25 | Emails with client regarding ███████ ██████████████████████ ██████████████ | Case Administration | KPW | 0.20 |
| 09/12/25 | Review and reply to emails from L. Savarese re: updating Burr & | Fee/Employment Applications | LA | 0.30 |

# BURR & FORMAN LLP

| 0053161 | MICHAEL W. CARMEL, IN HIS CAPACITY AS CH | 28 Oct 2025 |
|---|---|---|
| 0000001 | Representation of Trustee for NuMale Corporation | Invoice # 1602051 |
| | | Page 4 |

| Date | Description | Phase.Task | Tkpr | Hours |
|---|---|---|---|---|
| | Forman invoices for First Monthly Fee Application submission regarding project/category codes. | | | |
| 09/19/25 | Review and analysis of correspondence from paralegal and attached motion for sanctions filed against NuMale Medical Center Other Contested Matters Communicate (other outside counsel) | Other Contested Matters | ECT | 0.20 |
| 09/19/25 | Assessment of invoices May-August 2025 for Burr & Forman and revise First Interim Fee Application, Exhibits 1-3 and Proposed Order. | Fee/Employment Applications | LA | 1.50 |
| 09/22/25 | Reviewing Interim application fee and drafted correspondence to paralegal regarding revisions to same. Fee/Employment Applications Draft/revise | Fee/Employment Applications | ECT | 0.30 |
| 09/25/25 | Assessment of updated docket sheet and retrieve Proposed Confirmation Order, Motion Approve Bidding Procedures for Sale of Assets, Monthly Operating Report and forward to E. Taube for review. | Case Administration | LA | 0.20 |

|  | | | Total Hours | 8.50 |
|---|---|---|---|---|
|  | | | Total Services | $4,598.50 |

# BURR & FORMAN LLP

0053161    MICHAEL W. CARMEL, IN HIS CAPACITY AS CH                28 Oct 2025
0000001    Representation of Trustee for NuMale Corporation       Invoice # 1602051
                                                                          Page 5

|  | |
|---|---|
| Total Services and Disbursements | $4,598.50 |
| Previous Balance Due | $8,813.74 |
| TOTAL NOW DUE | $13,412.24 |

## SUMMARY OF SERVICES

| Name | Rank | Rate | Hours | Amount |
|---|---|---|---|---|
| Emily C. Taube | Partner | $675.00 | 3.40 | $2,295.00 |
| Kristen P. Watson | Partner | $560.00 | 0.20 | $112.00 |
| Laura Ahtes | Paralegal | $450.00 | 4.80 | $2,160.00 |
| Sharon Foshee | Paralegal | $315.00 | 0.10 | $31.50 |
| TOTALS | | | 8.50 | $4,598.50 |

# BURR & FORMAN LLP

0053161    MICHAEL W. CARMEL, IN HIS CAPACITY AS CH                    28 Oct 2025
0000001    Representation of Trustee for NuMale Corporation          Invoice # 1602051
                                                                            Page 6

### *PREVIOUS BALANCE DETAIL*

| Date | Invoice | Balance |
|------|---------|---------|
| 09/12/2025 | 1569063 | $877.50 |
| 09/12/2025 | 1580465 | $3,706.00 |
| 09/12/2025 | 1584169 | $2,430.00 |
| 09/19/2025 | 1590770 | $1,800.24 |
| **Total Previous Balance** | | **$8,813.74** |



*REMITTANCE ADDRESS*
Post Office Box 830719
Birmingham, Alabama  35283-0719
Main: (205) 251-3000
https://www.BURR.com/payment/
Tax ID #63-0322727

MICHAEL CARMEL
MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE
FOR NUMALE CORPORATION
C/O MARY LANGSNER, PH.D.
GARMAN TURNER GORDON
7251 AMIGO STREET
SUITE 210
LAS VEGAS, NV 89119

28 Oct 2025
Invoice # 1602426
Bill Atty: E. Taube
As of 10/28/25

0053161  MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11 TRUSTEE FOR NUMALE CORPORATION
0000001  Representation of Trustee for NuMale Corporation

### BILL SUMMARY THROUGH OCTOBER 28, 2025

| | |
|---|---:|
| Professional Services | $495.00 |
| **TOTAL DUE THIS  BILL** | **$495.00** |
| Previous Balance Due | $13,412.24 |
| **TOTAL BALANCE DUE** | **$13,907.24** |

**WIRING INSTRUCTIONS:**
**Burr & Forman LLP Operating Account Wiring Instructions**
**Fees and Expenses Only**

| | |
|---|---|
| Account Name: | Burr & Forman LLP |
| | 420 North 20th Street, Suite 3400 |
| | Birmingham, Alabama  35203 |
| Financial Institution: | Synovus Bank |
| | 1137 1st Avenue |
| | Columbus, GA 31901 |
| Domestic Wire and ACH ABA No.: | 061100606 |
| Account Number: | 1005853518 |
| International Wires SWIFT BIC: | FICOUS44 |
| Burr & Forman Tax ID: | 63-0322727 |

Please list the Invoice Number and Client-Matter Number in the Reference field.

Should you need assistance, please email *AccountsReceivable@burr.com*.

### R E M I T T A N C E   C O P Y
**PLEASE INCLUDE THE INVOICE NUMBER or CLIENT ID WITH YOUR PAYMENT**
*For your convenience, pay online at https://www.Burr.com/payment (Bank Draft or Credit Card)*
*Please direct inquiries to Laurie Savarese at lsavarese@burr.com or BFReceivables@burr.com*

# BURR & FORMAN LLP

| | | |
|---|---|---|
| 0053161 | MICHAEL W. CARMEL, IN HIS CAPACITY AS CH | 28 Oct 2025 |
| 0000001 | Representation of Trustee for NuMale Corporation | Invoice # 1602426 |
| | | Page 2 |

| | |
|---|---|
| MICHAEL CARMEL | 28 Oct 2025 |
| MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11 | Invoice # 1602426 |
| TRUSTEE FOR NUMALE CORPORATION | Bill Atty: E. Taube |
| C/O MARY LANGSNER, PH.D. | As of 10/28/25 |
| GARMAN TURNER GORDON | |
| 7251 AMIGO STREET | |
| SUITE 210 | |
| LAS VEGAS, NV 89119 | |

EMPLOYER I.D. #63-0322727

0053161  MICHAEL W. CARMEL, IN HIS CAPACITY AS CHAPTER 11
TRUSTEE FOR NUMALE CORPORATION
0000001  Representation of Trustee for NuMale Corporation

| Date | Description | Phase.Task | Tkpr | Hours |
|---|---|---|---|---|
| 10/01/25 | Assessment of updated docket sheet in Numale bankruptcy case and forward to E. Taube for review. | Case Administration | LA | 0.20 |
| 10/10/25 | Review updated docket sheet and retrieve Confirmation Order and forward to E. Taube for review. | Plan and Disclosure Statement | LA | 0.20 |
| 10/17/25 | Assessment of updated docket sheet in NuMale bankruptcy case and forward to E. Taube for review. | Case Administration | LA | 0.20 |
| 10/23/25 | Email to E. Taube re: forwarding invoices and draft First Burr & Forman Fee Application. | Fee/Employment Application | LA | 0.10 |
| 10/23/25 | Analysis of updated docket sheet in main bankruptcy case and forward to E. Taube for review. | Case Administration | LA | 0.20 |
| 10/23/25 | Review Motion Submitted to Judge re: Sanctions and forward to E. Taube and K. Watson (N2 Company v. Carmel). | Case Administration | LA | 0.20 |

| | |
|---|---|
| Total Hours | 1.10 |
| Total Services | $495.00 |

# BURR & FORMAN LLP

| | | |
|---|---|---|
| 0053161 | MICHAEL W. CARMEL, IN HIS CAPACITY AS CH | 28 Oct 2025 |
| 0000001 | Representation of Trustee for NuMale Corporation | Invoice # 1602426 |
| | | Page 3 |

| | |
|---|---|
| Total Services and Disbursements | $495.00 |
| Previous Balance Due | $13,412.24 |
| TOTAL NOW DUE | $13,907.24 |

## SUMMARY OF SERVICES

| Name | Rate | Hours | Amount |
|---|---|---|---|
| Laura Ahtes | $450.00 | 1.10 | $495.00 |
| TOTALS | | 1.10 | $495.00 |

# BURR & FORMAN LLP

0053161    MICHAEL W. CARMEL, IN HIS CAPACITY AS CH                    28 Oct 2025
0000001    Representation of Trustee for NuMale Corporation        Invoice # 1602426
                                                                            Page 4

### *PREVIOUS BALANCE DETAIL*

| Date | Invoice | Balance |
|------|---------|---------|
| 09/12/2025 | 1569063 | $877.50 |
| 09/12/2025 | 1580465 | $3,706.00 |
| 09/12/2025 | 1584169 | $2,430.00 |
| 09/19/2025 | 1590770 | $1,800.24 |
| 10/28/2025 | 1602051 | $4,598.50 |
| **Total Previous Balance** | | **$13,412.24** |

# Exhibit 3

**EXHIBIT 3**

**SUMMARY OF EXPENSE REIMBURSEMENT BY CATEGORY**

| Expense Category | Total Expenses |
|---|---|
| Postage | $0.74 |
| **TOTAL** | **$0.74** |

# EXHIBIT 4

# EXHIBIT 4

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc |
| NUMALE CORPORATION, | Chapter 11 |
| ☒ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☐ NUMALE ALL DEBTORS, | |
| Debtors. | Hearing Date:   December 9, 2025 Hearing Time:  9:30 a.m. |

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

1
2
3

**ORDER GRANTING
FIRST AND FINAL FEE APPLICATION OF BURR & FORMAN LLP AS SPECIAL
COUNSEL TO CHAPTER 11 ESTATE FOR THE ALLOWANCE OF COMPENSATION
FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF
EXPENSES**

4
5
6
7
8
9
10
11
12
13
14

Garman Turner Gordon LLP ("GTG"), as attorneys for Michael Carmel, the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), filed the *First and Final Fee Application of Burr & Forman LLP as Special Counsel to Chapter 11 Estate for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. _____] (the "Application"),[1] on behalf of Burr & Forman LLP, special counsel to Chapter 11 Estate of NuMale Corporation, and the Application came on for hearing before the above-captioned Court on December 9, 2025, at 9:30 a.m. _____ appeared on behalf of the Trustee, Michael Carmel; Ms. Emily C. Taube, Esq. appeared on behalf of Burr & Forman LLP, and all other appearances were noted on the record.

15
16
17
18
19
20
21

The Court reviewed the Application and all matters submitted therewith. The Court considered the argument of counsel made at the time of the hearing and found that notice of the Application was proper. The Court stated its findings of fact and conclusions of law on the record at the hearing on the Application, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure, and good cause appearing for the relief requested:

22

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

23
24

1.      The Application is granted in its entirety.

25
26

2.      Pursuant to 11 U.S.C. §§ 330, and 331, for the period of May 29, 2025, through October 24, 2025 (the Application Period), Burr & Forman LLP, special counsel to the Chapter 11 Estate of NuMale Corporation, is awarded professional compensation for actual, necessary

27
28

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

services rendered in the amount of $13,569.00 in fees for services rendered, and reimbursement of total expenses of $0.74 incurred in connection with services provided, for a total award requested of $13,569.74, in the lead jointly administered case number 25-10341-NMC, which amounts are awarded on a final basis.

3.    Michael Carmel, the Chapter 11 Trustee for the Debtors' Estates, and the sole person with control and authority over each of the Reorganized Debtors and their property, is hereby authorized, empowered, and directed to pay Burr & Forman LLP the fees and expenses allowed herein upon the entry of this Order and in connection with the confirmed Plan.

4.    The total amount of final compensation awarded to Burr & Forman LLP, as accountant for tax preparation services, by entry of this Order is $13,569.00 in fees and $0.74 in expenses.

5.    The Court retains jurisdiction to adjudicate disputes arising from or out of, regarding, or related to this Order and its effectuation.

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: */s/*
      GREGORY E. GARMAN, ESQ.
      TALITHA GRAY KOZLOWSKI, ESQ.
      MARY LANGSNER, Ph.D.
      7251 Amigo Street, Suite 210
      Las Vegas, Nevada 89119
      *Attorneys for Michael Carmel, Chapter 11*
      *Trustee*

1

### LR 9021 CERTIFICATION:

2

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

3

4

☐     The court has waived the requirement set forth in LR 9021(b)(1).

5

☐     No party appeared at the hearing or filed an objection to the motion.

6

☐     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

7

8

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

9

10

###

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28