# EXHIBIT "1"

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☒<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☒<br><br>NUMALE ALL DEBTORS, ☐<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date:<br>Hearing Time: |

**ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES FOR THE ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

Garman Turner Gordon LLP ("GTG"), as attorneys for Michael Carmel, the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada

PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), filed the *First and Final Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. ____] (the "Application"),[1] which came on for hearing before the above-captioned Court on ________, 2025, at ____ _.m. Gregory E. Garman, Esq. appeared on behalf of Trustee Michael Carmel, and all other appearances were noted on the record.

The Court reviewed the Application and all matters submitted therewith. The Court considered the argument of counsel made at the time of the hearing and found that notice of the Application was proper. The Court stated its findings of fact and conclusions of law on the record at the hearing on the Application, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure and good cause appearing for the relief requested:

**IT IS HEREBY ORDERED, ADJUDGED, AND DEGREED AS FOLLOWS:**

1. The Application is granted.

2. Pursuant to 11 U.S.C. §§ 330 and 331, for the period of May 1, 2025, through August 31, 2025 (the "Application Period"), Paul, Weiss as special litigation counsel to the estates in connection with the New Mexico State Court Case No. D-202-CV-202006336 and any appeal(s) therefrom or related thereto, is awarded professional compensation for actual, necessary services rendered in the amount of $36,427.95 in case number 25-10341-NMC, which amounts are awarded on an final basis.

3. Payments in the amount of $36,427.95 received from certain underwriters at Lloyd's London Syndicates 623/2623 ("Beazley") on account of Paul, Weiss's work performed for the Estates, are hereby ratified, and therefore approved on a final basis, and the Court hereby ratifies Beazley's authority to remit any unpaid fees and expenses for the Chapter 11 Cases to Paul,

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

Weiss (if any) directly, without further order of this Court.

4. The total amount of final compensation awarded to Paul, Weiss as special counsel to the Estates by entry of this Order is $36,427.95 in fees.

5. The Court retains jurisdiction to adjudicate disputes arising from or out of, regarding, or related to this Order and its effectuation.

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: /s/

GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*

**LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

# <u>EXHIBIT "2"</u>

## SUMMARY OF FEES BY PROFESSIONAL FOR APPLICATION PERIOD

| | |
|---|---|
| Application Period | May 1, 2025 - August 31, 2025 |
| Application Period Fees Earned | $40,475.50 |
| Courtesy Discount | ($4,047.55) |
| Application Period Fees Requested | $36,427.95 |
| Application Period Expenses Requested | $0.00 |
| Application Period Total | $36,427.95 |
| Application Period fees and costs already paid by Beazley[1] | $36,427.95 |
| Application Period fees and costs remaining unpaid | $0.00 |
| Application Period Number of Hours | 21.70 |
| Application Period Blended Hourly Rate | $1,865.23 |

| Name of Professional | Position | Year Admitted | Department | Hourly Billing Rate | Total Billed Hours | Total Compensation |
|---|---|---|---|---|---|---|
| Kannon K. Shanmugam | Partner | 2001 | Litigation | $2,595.00 | 0.80 | $2,076.00 |
| Sarah Harnett | Counsel | 2009 | Restructuring | $1,995.00 | 10.60 | $21,147.00 |
| Anna Stapleton | Associate | 2021 | Litigation | $1,675.00 | 10.30 | $17,252.50 |
| | | | | **TOTAL** | **21.70** | **$40,475.50** |

[1] Certain Underwriters at Lloyd's London Syndicates 623/2623 ("Beazley"). *See also Order Approving the Employment of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates* [ECF No. 335] at ¶ 6 ("Paul, Weiss shall be compensate for the service described in the Application in accordance with the procedures set forth in Sections 330 and 331, and any other applicable procedures and orders of the Court, and shall be paid exclusively by Beazley and not from estate funds.").

# EXHIBIT "3"

**SUMMARY OF TIME EXPENDED BY**
**TASK CODE FOR APPLICATION PERIOD**

| Project Category | Total Hours | Total Fees |
|---|---|---|
| Litigation (LIT) | 4.20 | $7,035.00 |
| Retention and Fee Applications (FEEAPP) | 17.50 | $33,440.50 |
| **Total** | **21.70** | **$40,475.50** |

# EXHIBIT "4"

NuMale Corporation; et al.
Beazley Insurance Services
45 Rockefeller Plaza
16th Floor
New York, NY 10011

September 10, 2025

Please send your remittance to

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064

*Ref:* 1509512

IN ACCOUNT WITH

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP *Taxpayer ID# 13-1662105*

| | |
|---|---|
| FOR PROFESSIONAL SERVICES rendered through June 30, 2025 in connection with NuMale - New Mexico Appeal re Fee Application | $ 33,440.50 |
| Less 10% Fee Discount: | (3,344.05) |
| Less Credits Applied: | (30,096.45) |
| **Total Amount Due:** | **$ 0.00** |

Payment in U.S. Dollar may be made by wire transfer to our
Account No. 0652-6767 at Citibank, N.A., 111 Wall Street New York, NY 10005
ABA No. 021-000089 | Swift Code CITIUS33
Charges which have not been recorded as of the above date will be invoiced later

**Client: 024962 NuMale Corporation; et al.** **Invoice #: 1509512**
**Matter: 00001 NuMale - New Mexico Appeal** **Date: 09/10/2025**

**TIME SUMMARY**

| Name | Dept | Title | Oldest Entry | Latest Entry | Hours | Rate |
|---|---|---|---|---|---|---|
| Shanmugam, Kannon K | Lit | Partner | 05/14/25 | 06/06/25 | 0.80 | 2,595 |
| Harnett, Sarah | Rstr | Counsel | 05/12/25 | 06/10/25 | 10.60 | 1,995 |
| Stapleton, Anna | Lit | Associate | 05/12/25 | 06/06/25 | 6.10 | 1,675 |
| | | | **TOTAL** | | **17.50** | |

**TIME DETAIL**

| Name | Dept | Title | Date | Task | Description | Hours |
|---|---|---|---|---|---|---|
| Stapleton, Anna | Lit | Associate | 05/12/25 | FEEAPP | Preparing to file 327(e) application (0.8); communications with Sarah Harnett regarding same (0.2). | 1.00 |
| Harnett, Sarah | Rstr | Counsel | 05/12/25 | FEEAPP | Emails with A. Stapleton re update on retention process. | 0.20 |
| Stapleton, Anna | Lit | Associate | 05/13/25 | FEEAPP | Preparing to file 327(e) application. | 0.50 |
| Shanmugam, Kannon K | Lit | Partner | 05/14/25 | FEEAPP | Confer with A. Stapleton, Trustee's Counsel, STB re bankruptcy proceedings. | 0.50 |
| Stapleton, Anna | Lit | Associate | 05/14/25 | FEEAPP | Discussion with Chapter 11 Trustee, STB regarding preparation of 327(e) applications. | 0.50 |
| Harnett, Sarah | Rstr | Counsel | 05/14/25 | FEEAPP | Attend call with PW, trustee's counsel, STB re 327(e) retention | 0.40 |
| Stapleton, Anna | Lit | Associate | 05/15/25 | FEEAPP | Review, analyze retention materials. | 1.00 |
| Harnett, Sarah | Rstr | Counsel | 05/15/25 | FEEAPP | Call with A Platek re conflict searches (.1); correspond with PW, trustee's counsel re parties in interest list re same (.2). | 0.30 |
| Stapleton, Anna | Lit | Associate | 05/16/25 | FEEAPP | Preparing to file 327(e) application (0.4); communications with Sarah Harnett regarding same (0.2). | 0.60 |
| Harnett, Sarah | Rstr | Counsel | 05/16/25 | FEEAPP | Review, analyze potential parties in interest for conflict search (.5); correspond with A. Platek re same (.2); correspond with A. Stapleton re retention issues (.1). | 0.80 |
| Stapleton, Anna | Lit | Associate | 05/19/25 | FEEAPP | Review, analyze 327(e) application (1.4); communications with Sarah Harnett regarding same (0.2). | 1.60 |
| Harnett, Sarah | Rstr | Counsel | 05/19/25 | FEEAPP | Review, revise draft PW retention pleadings (3.2); correspond with PW, trustee's counsel re open issues on same (.5); review, analyze disclosure schedule for retention declaration (.4); call with A. Stapleton re same (.2); follow-up emails with PW re same (.2). | 4.50 |
| Harnett, Sarah | Rstr | Counsel | 05/20/25 | FEEAPP | Revise retention declaration (.2); correspond with trustee's counsel re same, finalizing retention pleadings for filing (.2); review final versions of retention application and declaration (.3). | 0.70 |
| Stapleton, Anna | Lit | Associate | 05/21/25 | FEEAPP | Reviewing communications regarding May 22 hearing on pending motions. | 0.30 |

**Client: 024962 NuMale Corporation; et al.** **Invoice #: 1509512**
**Matter: 00001 NuMale - New Mexico Appeal** **Date: 09/10/2025**

| Name | Dept | Title | Date | Task | Description | Hours |
|---|---|---|---|---|---|---|
| Harnett, Sarah | Rstr | Counsel | 05/21/25 | FEEAPP | Correspond with PW, trustee's counsel re retention hearing, fee app process. | 0.30 |
| Stapleton, Anna | Lit | Associate | 05/22/25 | FEEAPP | Reviewing communications regarding hearing on pending motions. | 0.20 |
| Harnett, Sarah | Rstr | Counsel | 05/22/25 | FEEAPP | Correspond with trustee's counsel re additional parties in interest. | 0.10 |
| Harnett, Sarah | Rstr | Counsel | 05/27/25 | FEEAPP | Correspond with PW, trustee's counsel re additional parties in interest | 0.10 |
| Harnett, Sarah | Rstr | Counsel | 05/30/25 | FEEAPP | Review, analyze UST comments on PW retention application (.8); correspond with PW, trustee's counsel re same (.3). | 1.10 |
| Stapleton, Anna | Lit | Associate | 06/02/25 | FEEAPP | Revising updated submissions in support of 327(e) application | 0.30 |
| Harnett, Sarah | Rstr | Counsel | 06/02/25 | FEEAPP | Review, comment on draft supplemental filings in support of PW retention application (1.2); correspond with PW, trustee's counsel re same (.5). | 1.70 |
| Shanmugam, Kannon K | Lit | Partner | 06/06/25 | FEEAPP | Attend bankruptcy court hearing re PW retention. | 0.30 |
| Stapleton, Anna | Lit | Associate | 06/06/25 | FEEAPP | Attending teleconference bankruptcy court hearing on 327(e) application (partial). | 0.10 |
| Harnett, Sarah | Rstr | Counsel | 06/06/25 | FEEAPP | Attend hearing re PW retention. | 0.20 |
| Harnett, Sarah | Rstr | Counsel | 06/10/25 | FEEAPP | Correspond with PW, trustee's counsel re fee app process. | 0.20 |
| | | | | | **TOTAL** | **17.50** |

NuMale Corporation; et al.
Beazley Insurance Services
45 Rockefeller Plaza
16th Floor
New York, NY 10011

September 10, 2025

Please send your remittance to

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, New York 10019-6064

*Ref:* 1515538

IN ACCOUNT WITH

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP *Taxpayer ID# 13-1662105*

| | |
|---|---|
| FOR PROFESSIONAL SERVICES rendered through August 31, 2025 in connection with NuMale - New Mexico Appeal re Litigation Retention | $ 7,035.00 |
| Less 10% Fee Discount: | (703.50) |
| Less Credits Applied: | (6,331.50) |
| **Total Amount Due:** | **$ 0.00** |

Payment in U.S. Dollar may be made by wire transfer to our
Account No. 0652-6767 at Citibank, N.A., 111 Wall Street New York, NY 10005
ABA No. 021-000089 | Swift Code CITIUS33
Charges which have not been recorded as of the above date will be invoiced later

**Client: 024962 NuMale Corporation; et al.** **Invoice #: 1515538**
**Matter: 00001 NuMale - New Mexico Appeal** **Date: 09/10/2025**

**TIME SUMMARY**

| Name | Dept | Title | Oldest Entry | Latest Entry | Hours | Rate |
|---|---|---|---|---|---|---|
| Stapleton, Anna | Lit | Associate | 05/01/25 | 08/04/25 | 4.20 | 1,675 |
| | | | **TOTAL** | | **4.20** | |

**TIME DETAIL**

| Name | Dept | Title | Date | Task | Description | Hours |
|---|---|---|---|---|---|---|
| Stapleton, Anna | Lit | Associate | 05/01/25 | LIT | Addressing plaintiff's request for stipulation to hearing on motion to stay execution without bond. | 0.40 |
| Stapleton, Anna | Lit | Associate | 05/19/25 | LIT | Discussion with Rodey and Simpson Thatcher in preparation for hearing on pre-judgment interest and costs. | 0.50 |
| Stapleton, Anna | Lit | Associate | 06/18/25 | LIT | Revising draft post-trial motion for new trial or remittitur. | 0.90 |
| Stapleton, Anna | Lit | Associate | 06/20/25 | LIT | Revising draft post-trial motion for new trial or remittitur. | 0.80 |
| Stapleton, Anna | Lit | Associate | 06/25/25 | LIT | Revising draft post-trial motion for new trial or remittitur. | 0.80 |
| Stapleton, Anna | Lit | Associate | 06/27/25 | LIT | Revising draft post-trial motion for new trial or remittitur. | 0.10 |
| Stapleton, Anna | Lit | Associate | 08/04/25 | LIT | Review, analyze regarding proposed settlement and motion for bankruptcy court approval. | 0.70 |
| | | | | **TOTAL** | | **4.20** |