# EXHIBIT 1

EXHIBIT 1

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: December 9, 2025<br>Hearing Time: 9:30 a.m. |

**ORDER APPROVING**
**SECOND AND FINAL FEE APPLICATION OF GARMAN TURNER GORDON LLP AS ATTORNEYS FOR MICHAEL CARMEL, CHAPTER 11 TRUSTEE, FOR THE ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

Garman Turner Gordon LLP ("GTG"), as attorneys for Michael Carmel, the Chapter 11 trustee ("Trustee") of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), filed its *Second and Final Fee Application of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. ___] (the "Application"),[1] which came on for hearing before the above-captioned Court on December 9, 2025, at 9:30 a.m. Gregory E. Garman, Esq. appeared on behalf of Garman Turner Gordon LLP and the Trustee, Michael Carmel, and all other appearances were noted on the record.

The Court reviewed the Application and all matters submitted therewith. The Court considered the argument of counsel made at the time of the hearing and found that notice of the Application was proper. The Court stated its findings of fact and conclusions of law on the record at the hearing on the Application, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure and good cause appearing for the relief requested:

**IT IS HEREBY ORDERED, ADJUDGED, AND DEGREED AS FOLLOWS:**

1. The Application is GRANTED in its entirety, on a final basis.

2. Pursuant to 11 U.S.C. §§ 328(a) and 331, for the period of August 16, 2025, through October 28, 2025 (the Compensation Period), Garman Turner Gordon LLP ("GTG") as counsel to the Chapter 11 Trustee of the Debtors' Estates, is awarded reimbursement of actual and necessary expenses incurred in the amount of $40,899.98 in case number 25-10341-NMC, which amount is

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

awarded on a final basis and is hereby awarded, authorized, and approved pursuant to 11 U.S.C. §§ 328 and 331.

3. Michael Carmel, the Chapter 11 Trustee for the Debtors' Estates, and the sole person with control and authority over each of the Reorganized Debtors and their property, is hereby authorized, empowered, and directed to immediately reimburse GTG for the expenses allowed herein upon the entry of this Order.

4. Pursuant to 11 U.S.C. §§ 328 and 331, for the period of April 7, 2025, through August 15, 2025 (the First Application Period), GTG as counsel to the Chapter 11 Trustee of the Debtors' Estates, was awarded interim professional compensation for actual, necessary services rendered in the amount of $9,338,543.40, and reimbursement of actual and necessary expenses incurred in the amount of $42,575.51, for a total of $9,381,118.91 pursuant to 11 U.S.C. §§ 328 and 331, through the *Order Approving First Interim Fee Application of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 700] ("Interim Approval Order"); such amounts are hereby awarded on a final basis in case number 25-10341-NMC.

5. To the extent GTG consented to other consensual treatment under the *Joint Plan of Reorganization* [ECF No. 434] (the "Plan") and as set forth in the Interim Approval Order, the Liquidation Trustee of the NuMale Liquidation Trust is hereby authorized, empowered, and directed to pay GTG any unpaid balance owed in respect of the compensation for professional services and the reimbursement of expenses awarded on a final basis pursuant to this Order, including paying GTG the Deferred Portion of $4,669,271.70 allowed by the Interim Approval Order and this Order in accordance with the terms of the NuMale Liquidation Trust Agreement.

6. The total amount of final compensation awarded to GTG by entry of this Order is $9,338,543.40 in fees and $83,475.49 in expenses, for a grand total of $9,422,018.89, all awarded on a final basis.

. . .

. . .



Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

7. The Court retains jurisdiction to address any disputes arising from or out of, related to, regarding, and/or in connection with this Order.

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: /s/
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Chapter 11 Trustee*



Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

**LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Justin C. Valencia, Esq.
Alyssa Rogan, Esq.
*Attorneys for the United States Trustee for Region 17*

**APPROVED/DISAPPROVED**

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000