# EXHIBIT 2

# EXHIBIT 2

**SUMMARY OF HOURLY FEES AND EXPENSES FOR COMPENSATION PERIOD**

| | |
|---|---|
| Compensation Period: | August 16, 2025 – October 28, 2025 |
| Total Hours: | 756.0 |
| Total for Professional Services Rendered (based on full hourly rates): | $358,089.00 |
| Total for Professional Services Rendered (at 50% hourly rates per Employment Order): | $179,044.50 |
| Voluntary Discount on Professional Fees (earned hourly compensation): | ($179,044.50) |
| **Total for Professional Services Rendered at Hourly Rates (net of discount):** | **$0.00** |
| **Total Due for Costs Advanced:** | **$40,899.98** |
| Blended Hourly Rate (After Discount): | GTG is not seeking hourly compensation |

**SUMMARY OF HOURS WORKED BY PROFESSIONAL**

| Professional | Grad. Year | Full Rate 2025 | Half Rate 2025 | Hours | Fees at Half Rate |
|---|---|---|---|---|---|
| Gregory E. Garman | Attorney (1997) | $995 | $497.50 | 16.3 | $8,109.25 |
| Talitha Gray Kozlowski | Attorney (2004) | $685 | $342.50 | 159.0 | $54,457.50 |
| Joseph T. Kozlowski | Attorney (2003) | $565 | $282.50 | 4.8 | $1,356.00 |
| Dylan T. Ciciliano | Attorney (2011) | $550 | $275 | 6.7 | $1,842.50 |

| Professional | Grad. Year | Full Rate 2025 | Half Rate 2025 | Hours | Fees at Half Rate |
|---|---|---|---|---|---|
| Mary Langsner, Ph.D. | Attorney (2012) | $430 | $215 | 457.1 | $98,276.50 |
| Teresa M. Pilatowicz | Attorney (2005) | $530 | $265 | 4.1 | $1,086.50 |
| Jared M. Sechrist | Attorney (2004) | $480 | $240 | 4.4 | $1,056.00 |
| Michael Borger | Attorney (2019) | $300 | $150 | 11.5 | $1,725.00 |
| David Gamble | Attorney (2003) | $395 | $197.50 | 6.2 | $1,224.50 |
| Michele S. Pori | Senior Paralegal | $285 | $142.50 | 67.1 | $9,561.75 |
| Danielle Charlet | Junior Paralegal | $85 | $42.50 | 18.8 | $799.00 |