# EXHIBIT 4

EXHIBIT 4

COSTS

| DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 8/17/2025 | Junes Legal Service, Inc. - Invoice #EP303757 - Attempted Service on Brad Palubicki | $ | 107.00 |
| 8/18/2025 | Nevada Secretary of State - Job P7364316 - Certificate of Acceptance by Registered Agent for NuMale Corporation | $ | 60.00 |
| 8/18/2025 | Nevada Secretary of State - Job P7364329 - Certificate of Acceptance by Registered Agent for Feliciano NuMale Nevada, PLLC | $ | 60.00 |
| 8/18/2025 | Federal Express - Tracking #883666604695 - Delivery to Brad Palubicki | $ | 34.58 |
| 8/18/2025 | Rosa Esparza - Witness Fee | $ | 45.00 |
| 8/18/2025 | Postage | $ | 10.58 |
| 8/19/2025 | Postage | $ | 197.58 |
| 8/20/2025 | Postage | $ | 2.17 |
| 8/20/2025 | Federal Express - Tracking #883723553808 - Delivery to Gabby De La Torre | $ | 34.58 |
| 8/20/2025 | Federal Express - Tracking #883723499759 - Delivery to Ken Brelimer | $ | 34.58 |
| 8/20/2025 | Federal Express - Tracking #883723310111 - Delivery to Brad Palubicki | $ | 34.58 |
| 8/20/2025 | Federal Express - Tracking #883723407975 - Delivery to Holly Triplett | $ | 40.10 |
| 8/20/2025 | Postage | $ | 196.84 |
| 8/25/2025 | Junes Legal Service, Inc. - Invoice #EP303885 - Fee advance and Service on Custodian of Records for Wells Fargo Bank | $ | 195.90 |
| 8/27/2025 | Postage | $ | 213.99 |
| 8/28/2025 | HOLO Discovery - Invoice #24952 - Preservation of Computer chain of custody | $ | 1,500.00 |
| 8/29/2025 | Junes Legal Service, Inc. - Invoice #EP303888 - Fee Advance and Service on Sorren CPAs, P.C. | $ | 276.40 |
| 8/29/2025 | Junes Legal Service, Inc. - Invoice #EP303886 - Fee advance and Service on Fortifi Bank | $ | 275.90 |
| 8/29/2025 | Junes Legal Service, Inc. - Invoice #EP303890 - Fee Advance and Service on Sorren, Inc. | $ | 276.40 |
| 8/29/2025 | Postage | $ | 197.13 |
| 9/2/2025 | Postage | $ | 18.70 |
| 9/4/2025 | Postage | $ | 0.74 |
| 9/5/2025 | Postage | $ | 1,019.31 |
| 9/8/2025 | Postage | $ | 4.44 |
| 9/9/2025 | Postage | $ | 2.44 |
| 9/12/2025 | Postage | $ | 2.17 |
| 9/15/2025 | Federal Express - Tracking #791893476292 - Return Delivery to Michele Pori | $ | 34.97 |

COSTS

| DATE | DESCRIPTION | AMOUNT | |
|---|---|---|---|
| 9/15/2025 | Postage | $ | 276.04 |
| 9/17/2025 | Odyssey File & Serve - Notice of Entry of Stipulation and Order to Extend Briefing and continue the Hearing on Defendants Motion to Dismiss Plaintiffs Complaint (Sixth Request) | $ | 3.50 |
| 9/19/2025 | Organized Inc - Invoice #1762 - Original and Certified Copy of Videotaped Deposition of Brad Palubicki - Vol. 1 | $ | 1,516.95 |
| 9/22/2025 | Photocopies - 24,570 copies | $ | 6,142.50 |
| 9/22/2025 | Postage | $ | 961.20 |
| 9/26/2025 | Junes Legal Service, Inc. - Invoice #EP303882 - Attempted Service on Rosa Esparza | $ | 97.00 |
| 9/26/2025 | Junes Legal Service, Inc. - Invoice #EP304181 - Fee Advance and Service on Wells Fargo Bank, N.A. | $ | 195.90 |
| 9/29/2025 | Access Transcripts - Invoice #17336 - Copy of September 24, 2025 Transcript | $ | 540.20 |
| 9/29/2025 | Nevada Bankruptcy Court - Filing of Redacted Documents | $ | 392.00 |
| 9/29/2025 | Postage | $ | 2.44 |
| 9/30/2025 | Access Transcripts - Invoice #17339 - Additional Fee for Transcript on Invoice #17336 | $ | 14.60 |
| 9/30/2025 | Photocopies - 21, 910 copies | $ | 5,477.50 |
| 9/30/2025 | Postage | $ | 1,049.19 |
| 10/1/2025 | Danielle Charlet - Nebraska Justice Case Search for Nuwwarah | $ | 15.00 |
| 10/1/2025 | Postage | $ | 13.05 |
| 10/2/2025 | Postage | $ | 2.17 |
| 10/7/2025 | Photocopies (28,404 pages) | $ | 7,101.00 |
| 10/7/2025 | Postage | $ | 1,360.65 |
| 10/10/2025 | Nebraska.gov - Search for all cases for Nuwwarah | $ | 15.00 |
| 10/13/2025 | Organized Inc. - Invoice #1796 - Late cancellation | $ | 375.00 |
| 10/20/2025 | Postage | $ | 308.00 |
| 10/20/2025 | Photocopies | $ | 99.25 |
| 10/22/2025 | Nevada Bankruptcy Court - Filing Fee to file Complaint | $ | 350.00 |
| 10/22/2025 | Postage | $ | 18.75 |
| 10/23/2025 | Photocopies | $ | 2,000.00 |
| 10/23/2025 | Top Notch Movers | $ | 300.00 |
| 10/23/2025 | Postage | $ | 1,479.23 |
| 10/24/2025 | Nevada Bankruptcy Court - File 2 Adversary Complaints | $ | 700.00 |
| 10/24/2025 | Photocopies | $ | 139.00 |
| 10/24/2025 | Postage | $ | 361.60 |
| 10/24/2025 | Top Notch Movers | $ | 1,300.00 |
| 10/27/2025 | Photocopies | $ | 337.50 |
| 10/28/2025 | Practical Ecommerce - Invoice #4586 - Website Display Ads for Auction | $ | 3,079.68 |

COSTS

| DATE | DESCRIPTION | AMOUNT |
| --- | --- | --- |
| | **TOTAL** | **$ 40,899.98** |