GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, Debtors. | Hearing Date: December 9, 2025 Hearing Time: 9:30 a.m. |

**OMNIBUS NOTICE OF HEARING ON FINAL FEE APPLICATIONS**

**NOTICE IS HEREBY GIVEN that** on December 9, 2025, at 9:30 a.m., hearings will be conducted at the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, via telephone, to consider the: (1) *First and Final Application By Patient Care Ombudsman for Allowance of Fees and*

*Reimbursement of Costs* [ECF No. 779]; (2) *First and Final Fee Application of Burr & Forman LLP as Special Counsel to Chapter 11 Estate for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 785]; (3) *First and Final Fee Application of McAfee & Taft as Special Counsel for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 798]; (4) *First and Final Fee Application of Rodey, Dickason, Sloan, Akin, & Robb, P.A. as Special Litigation Counsel to the Chapter 11 Estates for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 794]; (5) *First and Final Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 802]; (6) *First and Final Fee Application of J.S. Held LLC as Financial Advisor and Accountant to the Chapter 11 Estates for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 790]; and (7) *Second and Final Fee Application of Garman Turner Gordon, LLP as Attorneys for Michael Carmel, Chapter 11 Trustee, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 805] (collectively, the "Applications"), which seek the allowance and payment of fees and costs incurred in the above-captioned Chapter 11 Cases by the following estate professionals on a final basis:

| Professional | Compensation Period | Fees | Costs | Total |
|---|---|---|---|---|
| Jacob Nathan Rubin, M.D., F.A.C.C., Patient Care Ombudsman [ECF No. 779] | April 30, 2025 – October 24, 2025 | $185,185.00 | $8,038.30 | $193,223.30 |
| Burr & Forman LLP [ECF No. 785] | May 29, 2025 – October 24, 2025 | $13,569.00 | $0.74 | $13,569.74 |
| McAfee & Taft [ECF No. 798] | June 1, 2025 – October 24, 2025 | $24,221.00 | $103.40 | $24,324.40 |
| Rodey, Dickason, Sloan, Akin & Robb, P.A. [ECF No. 794] | May 1, 2025 – October 24, 2025 | $33,736.13 | $26.00 | $33,762.13 |

| J.S. Held LLC [ECF No. 790] | August 12, 2025 – October 24, 2025 | $157,701.00 | $0.00 | $157,701.00 |
|---|---|---|---|---|
| Paul, Weiss, Rifkind, Wharton & Garrison LLP [ECF No. 802] | May 1, 2025 – August 31, 2025 | $36,427.95 | $0.00 | $36,427.95 |

**Garman Turner Gordon LLP**

| Current Compensation Period | August 16, 2025 – October 28, 2025 | $0.00 | $40,899.98 | $40,899.98 |
|---|---|---|---|---|
| Previously approved in Interim Approval Order | April 7, 2025 – August 15, 2025 | $9,338,543.40 | $42,575.51 | $9,381,118.91 |
| Total | | $9,338,543.40 | $83,475.49 | $9,422,018.89 |

Copies of the Applications and supporting declarations are available by contacting Mary Langsner, Ph.D. at the address or telephone number set forth above, through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov, or at the Bankruptcy Court's Clerk's Office, located at the Foley Federal Building, 300 Las Vegas Blvd., South, Las Vegas, Nevada, 89101.

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in any of the Applications, or if you want the court to consider your views on any of the Applications, then you must file an opposition with the court, and serve a copy on the person making the respective Application(s) *no later than 14 days* preceding the hearing date for the Applications, unless an exception applies (see Local Rule 9014(d)(3)). The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearings on the Applications will be held before a United States Bankruptcy Judge in the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101, **commencing on December 9, 2025, at 9:30 a.m. prevailing Pacific Time**. Parties are permitted to appear telephonically by **dialing (833) 435-1820 and entering meeting ID (if applicable): 161 166 2815 and entering access code or passcode 115788#.**

If you intend to participate in this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: http://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

Dated this 10th day of November, 2025.

        GARMAN TURNER GORDON LLP

        By: */s/ Mary Langsner*
            GREGORY E. GARMAN, ESQ.
            TALITHA GRAY KOZLOWSKI, ESQ.
            MARY LANGSNER, Ph.D.
            7251 Amigo Street, Suite 210
            Las Vegas, Nevada 89119
            *Attorneys for Michael Carmel, Chapter 11 Trustee*

\