GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Chapter 11 Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|---|
| NUMALE CORPORATION, | | | |
| | AFFECTS THIS DEBTOR, | ☐ | *Jointly administered with:* |
| | AFFECTS FELICIANO NUMALE NEVADA PLLC, | ☐ | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| | NUMEDICAL SC, | ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| | NUMALE COLORADO SC, | ☐ | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| | NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| | NUMALE NEBRASKA LLC, | ☐ | |
| | NUMALE NEW MEXICO SC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| | NUMALE ALL DEBTORS, | ☒ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| | Debtors. | | |
| | | | Hearing Date:  December 9, 2025<br>Hearing Time:  9:30 a.m. |

**DECLARATION OF MICHAEL CARMEL, ESQ. IN SUPPORT OF SECOND AND FINAL FEE APPLICATION OF GARMAN TURNER GORDON LLP AS ATTORNEYS FOR MICHAEL CARMEL, CHAPTER 11 TRUSTEE, FOR THE ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND <u>REIMBURSEMENT OF EXPENSES</u>**

I, Michael Carmel, Esq., hereby declare as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the

facts in this matter and if called upon to testify, could and would do so.

2. I make this declaration in support of the *Second and Final Fee Application of Garman Turner Gordon, LLP as Attorneys for Michael Carmel, Chapter 11 Trustee, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* (the "Application").[1]

3. I am the duly appointed Chapter 11 trustee ("Trustee") over the estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors").

4. I have reviewed the expenses summary and breakdown of professional fees accompanying the Application and the amounts requested by Garman Turner Gordon LLP through the Application, and I approve.

5. I believe the professional fees for services rendered and the expenses for which reimbursement is requested, all on a final basis, are reasonable, actual, and necessary under the circumstances of the Chapter 11 Cases as well as the services for Garman Turner Gordon LLP was hired, and therefore should be allowed in the entirety.

6. I am not aware of any developments that render the terms and conditions of GTG's employment improvident. I believe the compensation requested in the Application on a final basis, and the approval of expenses, should be approved in their entirety.

7. I believe that GTG's work in these Chapter 11 Cases contributed significantly to their success and that the Application should be approved in its entirety.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 10th day of November 2025.

/s/ Michael Carmel
MICHAEL CARMEL, CHAPTER 11 TRUSTEE

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meanings ascribed to them in the Application.