# EXHIBIT C

# EXHIBIT C

| Parent: | 2576053 | NUMALE MEDICAL CENTER, LLC |
|---|---|---|
| Tenant: | 3389993 | NUMALE MEDICAL CENTER, LLC |
| DBA: | 2556865 | NUMALE MEDICAL CENTER |
| Company | 4111 | Mayfair North Tower |
| Business Unit | 4111 | Mayfair North Tower |
| Lease: | 508376 | Unit No: 1140    Type: OT - Other    Status: O - Open    BKT Bankruptcy |

| P C | Ty | Number | Document Company | G/L Offset | Invoice Date | Due Date/ Check Date | Original Amount | Open Amount | Pre Petition BKPR | Post Petition | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D | RD | 17280235 | 4111 | BMGF | 2/1/2025 | 2/1/2025 | $9,626.60 | $8,595.18 | $8,248.92 | $346.26 | GROSS RENT |
| D | RD | 17418187 | 4111 | BMGF | 4/1/2025 | 4/1/2025 | $9,626.60 | $8,853.58 | | $8,853.58 | GROSS RENT |
| D | RD | 17845729 | 4111 | BMGF | 10/1/2025 | 10/1/2025 | $9,885.50 | $7,653.29 | | $7,653.29 | GROSS RENT |
| | | Lease: | 508376 | | | | $29,138.70 | $25,102.05 | $8,248.92 | $16,853.13 | |
| | Total | NUMALE MEDICAL CENTER, LLC | | | | | | | | | |
| Business Unit: | 4111 | Mayfair North Tower | | | | | | | | | |
| Company | 4111 | Mayfair North Tower | | | | | | | | | |

R560001M
GGP0007
By Tenant Name - CSV Format

JDE EnterpriseOne 9.2
A/R Details with Aging
Posted Transactions Only
As Of 11/10/2025

11/10/2025    10:57:23
Page - 1
User ID    JMINNICK
Aging Date    11/10/2025

Parent: 2576053 NUMALE MEDICAL CENTER, LLC
Tenant: 3379032 NUMALE MEDICAL CENTER, LLC
DBA: 2556865 NUMALE MEDICAL CENTER
Company 4111 Mayfair North Tower
Business Unit 4111 Mayfair North Tower
Lease: 503640  Unit No: 1150  Type: OT - Other  Status: O - Open  BKT Bankruptcy

| P C | Ty | Number | Document Company | G/L Offset | Invoice Date | Due Date/ Check Date | Original Amount | Open Amount | Pre Petition BKPR | Post Petition | Remark |
|---|---|---|---|---|---|---|---|---|---|---|---|
| D | RD | 17138545 | 4111 | BMGF | 12/1/2024 | 12/1/2024 | $4,291.54 | $113.55 | $113.55 | | GROSS RENT |
| D | RD | 17213442 | 4111 | BMGF | 1/1/2025 | 1/1/2025 | $4,291.54 | $4,291.54 | $4,291.54 | | GROSS RENT |
| D | RD | 17280233 | 4111 | BMGF | 2/1/2025 | 2/1/2025 | $4,291.54 | $4,177.99 | $3,831.73 | $346.26 | GROSS RENT |
| D | RD | 17501744 | 4111 | BMGF | 5/1/2025 | 5/1/2025 | $4,291.54 | $4,291.54 | | $4,291.54 | GROSS RENT |
| D | RD | 17559362 | 4111 | BMGF | 6/1/2025 | 6/1/2025 | $4,291.54 | $2,687.10 | | $2,687.10 | GROSS RENT |
| D | RD | 17624628 | 4111 | BMGF | 7/1/2025 | 7/1/2025 | $4,291.54 | $2,687.10 | | $2,687.10 | GROSS RENT |
| D | RD | 17700198 | 4111 | BMGF | 8/1/2025 | 8/1/2025 | $4,291.54 | $4,291.54 | | $4,291.54 | GROSS RENT |
| D | RD | 17774360 | 4111 | BMGF | 9/1/2025 | 9/1/2025 | $4,291.54 | $4,291.54 | | $4,291.54 | GROSS RENT |
| D | RD | 17845727 | 4111 | BMGF | 10/1/2025 | 10/1/2025 | $4,291.54 | $3,322.48 | | $3,322.48 | GROSS RENT |
| | | Lease: | 503640 | | | | $38,623.86 | $30,154.38 | $8,236.82 | $21,917.56 | |
| Total | | NUMALE MEDICAL CENTER, LLC | | | | | | | | | |

Business Unit: 4111 Mayfair North Tower
Company 4111 Mayfair North Tower