_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
November 19, 2025

_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |

| | |
|---|---|
| NUMALE ALL DEBTORS,  ☒ <br><br>     Debtors. | NuMale New Mexico SC<br>Case No. 25-10347-nmc |

### ORDER APPROVING STIPULATION REGARDING CLAIM NO. 6

The Court has considered the *Stipulation Regarding Claim No. 6* (the "Stipulation")[1] entered into by and between Michael Carmel, as the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (together, the "Debtors") and as the Liquidation Trustee of the NuMale Liquidation Trust, (collectively, "Trustee"), by and through his counsel the law firm Garman Turner Gordon LLP, and 8712 Investors Partnership & 444 Regency, LLC (together, "Regency"), by and through their counsel Shaun James, Esq. of Smith Pauley LLP, and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved in the entirety.

**IT IS SO ORDERED**.

Prepared and submitted by:

| | |
|---|---|
| GARMAN TURNER GORDON LLP | SMITH PAULEY LLP |
| By: */s/ Mary Langsner* <br>     GREGORY E. GARMAN, ESQ. <br>     TALITHA GRAY KOZLOWSKI, ESQ. <br>     MARY LANGSNER, Ph.D. <br>     7251 Amigo Street, Suite 210 <br>     Las Vegas, Nevada 89119 <br>     *Attorneys for Michael Carmel,* <br>     *Chapter 11 Trustee* | By: */s/ Shaun James* <br>     SHAUN JAMES, ESQ. <br>     3555 Farnam Street, Suite 1000 <br>     Omaha, NE 68131 <br><br> *Attorneys for 8712 Investors Partnership &* <br> *444 Regency, LLC* |

# # #

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Garman Turner Gordon<br>7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>(725) 777-3000