# UNITED STATES BANKRUPTCY COURT

DISTRICT OF ___Nevada___

_____

In Re. NuMale Corporation

§
§
§
§

_____  Debtor(s)

Case No. ___25-10341___

Lead Case No. ___25-10341___

☒ Jointly Administered

## Monthly Operating Report                                  Chapter 11

Reporting Period Ended: 10/24/2025                  Petition Date: 01/22/2025

Months Pending: 9                  Industry Classification: | 5 | 5 | 1 | 1 |

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          12

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael W. Carmel
_____
Signature of Responsible Party

11/21/2025
_____
Date

Michael W. Carmel, Esq.
_____
Printed Name of Responsible Party

80 East Columbus Avenue
Phoenix, Arizona 85012
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name  NuMale Corporation                                                    Case No.  25-10341

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $4,297,306 | |
| b. Total receipts (net of transfers between accounts) | $366,818 | $109,755,990 |
| c. Total disbursements (net of transfers between accounts) | $786,113 | $105,941,432 |
| d. Cash balance end of month (a+b-c) | $3,878,011 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $786,113 | $105,941,432 |

| Part 2:  Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory     (Book ⦿   Market ◯   Other ◯   (attach explanation)) | $0 |
| d  Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $210,834 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $171,227 | |
| c. Gross profit (a-b) | $39,608 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $31,344 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $8,264 | $676,041 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  NuMale Corporation                                    Case No.  25-10341

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name NuMale Corporation                                                                Case No. 25-10341

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name NuMale Corporation                                                                 Case No.  25-10341

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

Debtor's Name NuMale Corporation                                    Case No.  25-10341

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name NuMale Corporation                                    Case No. 25-10341

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  NuMale Corporation                                          Case No.  25-10341

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. Postpetition employer payroll taxes accrued | $0 | $0 |
| d. Postpetition employer payroll taxes paid | $0 | $43,209 |
| e. Postpetition property taxes paid | $0 | $0 |
| f. Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)    Yes ○   No ●

b.  Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)    Yes ○   No ●

c.  Were any payments made to or on behalf of insiders?    Yes ○   No ●

d.  Are you current on postpetition tax return filings?    Yes ●   No ○

e.  Are you current on postpetition estimated tax payments?    Yes ●   No ○

f.  Were all trust fund taxes remitted on a current basis?    Yes ●   No ○

g.  Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)    Yes ○   No ●

h.  Were all payments made to or on behalf of professionals approved by the court?    Yes ○   No ○   N/A ●

i.  Do you have:        Worker's compensation insurance?    Yes ●   No ○

                  If yes, are your premiums current?    Yes ●   No ○   N/A ○   (if no, see Instructions)

          Casualty/property insurance?    Yes ●   No ○

                  If yes, are your premiums current?    Yes ●   No ○   N/A ○   (if no, see Instructions)

          General liability insurance?    Yes ●   No ○

                  If yes, are your premiums current?    Yes ●   No ○   N/A ○   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?    Yes ○   No ●

k.  Has a disclosure statement been filed with the court?    Yes ○   No ●

l.  Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ●   No ○

| Debtor's Name | NuMale Corporation | Case No. | 25-10341 |
|---|---|---|---|

**Part 8: Individual Chapter 11 Debtors (Only)**

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

| | |
|---|---|
| /s/ Michael W. Carmel | Michael Carmel, Esq. |
| Signature of Responsible Party | Printed Name of Responsible Party |
| Chapter 11 Trustee | 11/21/2025 |
| Title | Date |

Debtor's Name NuMale Corporation

Case No.  25-10341



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name NuMale Corporation

Case No. 25-10341

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name NuMale Corporation

Case No. 25-10341



PageThree



PageFour

**NuMale Corporation**
# Balance Sheet
**As of October 24, 2025**

1:15 PM

11/20/2025

Accrual Basis

|  | Oct 24, 25 |
|---|---|
| **ASSETS** | 0.00 |
| **LIABILITIES & EQUITY** | |
| **Equity** | |
| 30065 · Treasury Stock - Asandra | (172,769.10) |
| 30025 · Capital Stock | 437.50 |
| 30050 · Additional Paid-in Capital | 1,120,913.66 |
| 30055 · Treasury Stock - Ersek | (375,000.00) |
| 31400 · Shareholder Distributions | (2,347.43) |
| 32000 · Retained Earnings | (64,229.89) |
| Net Income | (507,004.74) |
| **Total Equity** | 0.00 |
| **TOTAL LIABILITIES & EQUITY** | 0.00 |

**NuMale Corporation**
# Profit & Loss
**October 1 - 24, 2025**

8:58 AM

11/20/2025

Accrual Basis

| | TOTAL | Notes |
|---|---|---|
| **Ordinary Income/Expense** | | |
| **Income** | | |
| 45000 · Transfer from 3731 | 53,257.77 | |
| 44000 · Unknown Deposit | 157,576.51 | |
| **Total Income** | 210,834.28 | |
| **Cost of Goods Sold** | | |
| 59000 · Reimbursable Clinic Expenses | 171,226.78 | [1] |
| **Total COGS** | 171,226.78 | |
| **Gross Profit** | 39,607.50 | |
| **Expense** | | |
| 60100 · Advertising and Promotion | 1,484.19 | |
| 60300 · Bank Service Charges | 150.00 | |
| 60550 · Dues and Subscriptions | 19.99 | |
| 60600 · Insurance Expense | 4,360.53 | |
| 60650 · Life Insurance | 137.38 | |
| 60900 · Office Expense | 2,190.37 | |
| 66000 · Payroll Expenses | | |
| 66095 · Other Employee Benefits | 0.00 | |
| 61350 · Recruitment Expenses | 247.48 | |
| **Total 66000 · Payroll Expenses** | 247.48 | |
| 61100 · Postage and Delivery | 55.37 | |
| 61300 · Professional Fees | | |
| 61340 · Contracted Services | 2,560.00 | |
| **Total 61300 · Professional Fees** | 2,560.00 | |
| 61400 · Rent Expense | 4,927.68 | |
| 64400 · Medical Equip and Supplies | 19,395.75 | |
| 64450 · Medical Subscriptions & Svcs | (4,970.00) | |
| 64555 · Medications & Lab Fees | 785.10 | |
| **Total Expense** | 31,343.84 | |
| **Net Ordinary Income** | 8,263.66 | |
| **Net Income** | **8,263.66** | |

**Notes:**

[1]  Consists of payroll costs for clinics paid for by Corporate.  Detail
necessary to identify which entities and amounts was not
available.

**NuMale Corporation**
**Account QuickReport**
As of October 24, 2025

9:49 AM
11/20/2025
Accrual Basis

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **Axos 0124 - Trustee** | | | | | | | $  4,294,562.79 |
| Check | 09/26/2025 | | US Trustee | Quarterly Fee | | 250,000.00 | 4,044,562.79 |
| Check | 09/26/2025 | | US Trustee | Quarterly Fee | | 1,077.97 | 4,043,484.82 |
| Check | 09/26/2025 | | US Trustee | Quarterly Fee | | 2,750.23 | 4,040,734.59 |
| Check | 10/03/2025 | 1001 | HOLO Discovery | | | 8,412.56 | 4,032,322.03 |
| Check | 10/14/2025 | 1002 | Crest Insurance | | | 4,435.00 | 4,027,887.03 |
| Check | 10/23/2025 | 1006 | NuMale Liquidating Trust | | | 150,000.00 | 3,877,887.03 |
| Check | 10/24/2025 | 1007 | Numale Corporation | | | 150,426.51 | 3,727,460.52 |
| **Total 10455 · Axos 0214 - Trustee** | | | | | **0.00** | **567,102.27** | **3,727,460.52** |
| | | | | | | | |
| **10455 · Chase Bank - x9865** | | | | | | | **2,742.89** |
| Check | 10/01/2025 | | Paylocity - Direct Deposits | H THIRD BK NA/042000314 A/C: PAY | | 64,804.60 | (62,061.71) |
| Check | 10/01/2025 | | Paylocity - Taxes | SHIRE BANK/211871691 A/C: PAYLOC | | 22,164.41 | (84,226.12) |
| Deposit | 10/01/2025 | | Feliciano Numale Nevada | transaction#: 26424131989 | 50,000.00 | | (34,226.12) |
| Deposit | 10/01/2025 | | NuMedical SC (NM & NF) | transaction#: 26424185553 | 35,000.00 | | 773.88 |
| Deposit | 10/01/2025 | | NuMale New Mexico | transaction#: 26424201181 | 15,000.00 | | 15,773.88 |
| Deposit | 10/01/2025 | | NuMale Nebraska, LLC | transaction#: 26424234127 | 15,000.00 | | 30,773.88 |
| Check | 10/01/2025 | | Chase Bank Service Charges | SEPTEMBER | | 150.00 | 30,623.88 |
| Check | 10/02/2025 | | MDToolBox | 10/01 | | 152.00 | 30,471.88 |
| Check | 10/02/2025 | | SEO Local | 10/01 | | 999.00 | 29,472.88 |
| Check | 10/02/2025 | | Paylocity - Taxes | A: FIFTH THIRD BK NA/042000314 A | | 580.76 | 28,892.12 |
| Deposit | 10/03/2025 | | Equity Patient Financing | ORIG ID:1832512025 DESC DATE: | 2,075.25 | | 30,967.37 |
| Deposit | 10/03/2025 | | Paylocity - FSA | ORIG ID:1431696316 DESC DATE:251 | 10.00 | | 30,977.37 |
| Check | 10/03/2025 | | North American 888 Real Estate | o ABQLandLord (_#####5315) | | 4,927.68 | 26,049.69 |
| Check | 10/03/2025 | | Paylocity - FSA | ORIG ID:1431696316 DESC DATE:251 | | 10.00 | 26,039.69 |
| Check | 10/03/2025 | 6009 | Stephanie Diaz | | | 1,159.47 | 24,880.22 |
| Check | 10/06/2025 | | Groupon | 149338  10/06 | | 485.19 | 24,395.03 |
| Check | 10/06/2025 | | Checkr Inc. | ORIG ID:1800948598 DESC DATE: | | 247.48 | 24,147.55 |
| Check | 10/06/2025 | 6010 | Yarisbel Vivanco | | | 1,280.00 | 22,867.55 |
| Check | 10/07/2025 | | First Insurance | ORIG ID:2363437365 DESC DATE: | | 1,571.40 | 21,296.15 |
| Check | 10/07/2025 | | USPS | DC        10/06 | | 5.51 | 21,290.64 |
| Check | 10/08/2025 | | NuMale Nebraska, LLC | ransaction#: 26516406530 | | 700.00 | 20,590.64 |
| Check | 10/08/2025 | | Olympia Pharmacy | 68 FL     10/07 | | 108.25 | 20,482.39 |
| Check | 10/08/2025 | | USPS | DC        10/07 | | 4.89 | 20,477.50 |
| Check | 10/08/2025 | | AnazaoHealth Corp | 10/07 | | 29.95 | 20,447.55 |
| Check | 10/08/2025 | 6011 | WHCLZP | | | 1,192.00 | 19,255.55 |
| Deposit | 10/09/2025 | | Equity Patient Financing | ORIG ID:1832512025 DESC DATE: | 4,980.60 | | 24,236.15 |
| Check | 10/09/2025 | | PharmaLink | 10 NC     10/07 | | 114.00 | 24,122.15 |
| Check | 10/09/2025 | | Wysh Life & Health Ins. Co. | 10/09 | | 137.38 | 23,984.77 |
| Deposit | 10/09/2025 | | Unknown Deposit | | 7,150.00 | | 31,134.77 |
| Check | 10/09/2025 | | NuMale Nebraska, LLC | ransaction#: 26529543447 | | 1,023.65 | 30,111.12 |
| Bill Pmt -Check | 10/10/2025 online | | Quest Diagnostics | Memo:ORIG ID:1223695703 DESC DATE:251 | | 122.30 | 29,988.82 |
| Deposit | 10/10/2025 | | Equity Patient Financing | ORIG ID:1832512025 DESC DATE: | 3,735.45 | | 33,724.27 |
| Check | 10/10/2025 | | Wells Pharmacy | 74 FL     10/09 | | 60.15 | 33,664.12 |
| Check | 10/10/2025 | | Wells Pharmacy | 74 FL     10/09 | | 237.95 | 33,426.17 |
| Check | 10/10/2025 | | Wells Pharmacy | 74 FL     10/09 | | 35.95 | 33,390.22 |
| Check | 10/10/2025 | | Wells Pharmacy | 74 FL     10/09 | | 165.80 | 33,224.42 |
| Check | 10/10/2025 | | Wells Pharmacy | 74 FL     10/09 | | 129.15 | 33,095.27 |
| Check | 10/10/2025 | | Wells Pharmacy | 74 FL     10/09 | | 35.95 | 33,059.32 |
| Check | 10/10/2025 | | Wells Pharmacy | 74 FL     10/09 | | 52.95 | 33,006.37 |
| Check | 10/10/2025 | | USPS | DC        10/09 | | 10.04 | 32,996.33 |
| Check | 10/10/2025 | | USPS | DC        10/09 | | 4.69 | 32,991.64 |
| Check | 10/14/2025 | | McKesson Medical Surgical | 80 VA     10/10 | | 4,374.20 | 28,617.44 |
| Check | 10/14/2025 | | McKesson Medical Surgical | 80 VA     10/10 | | 3,934.14 | 24,683.30 |
| Check | 10/14/2025 | | McKesson Medical Surgical | 80 VA     10/10 | | 6,449.97 | 18,233.33 |
| Check | 10/14/2025 | | McKesson Medical Surgical | 80 VA     10/10 | | 4,637.44 | 13,595.89 |
| Check | 10/14/2025 | | My Med Leads | ORIG ID:0010963644 DESC:251 | | 2,248.35 | 11,347.54 |
| Check | 10/14/2025 | | Quest Diagnostics | ORIG ID:1223695703 DESC DATE:251 | | 731.79 | 10,615.75 |
| Check | 10/14/2025 | | Quest Diagnostics | ORIG ID:1223695703 DESC DATE:251 | | 529.48 | 10,086.27 |
| Check | 10/14/2025 | | Quest Diagnostics | ORIG ID:1223695703 DESC DATE:251 | | 406.89 | 9,679.38 |
| Check | 10/14/2025 | | Quest Diagnostics | ORIG ID:1223695703 DESC DATE:251 | | 264.52 | 9,414.86 |
| Check | 10/14/2025 | | Quest Diagnostics | ORIG ID:1223695703 DESC DATE:251 | | 236.48 | 9,178.38 |

**NuMale Corporation**

**Account QuickReport**

As of October 24, 2025

9:49 AM

11/20/2025

Accrual Basis

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| Check | 10/14/2025 | | Quest Diagnostics | ORIG ID:1223695703 DESC DATE:251 | | 173.27 | 9,005.11 |
| Check | 10/14/2025 | | Quest Diagnostics | ORIG ID:1223695703 DESC DATE:251 | | 163.48 | 8,841.63 |
| Check | 10/14/2025 | | Quest Diagnostics | ORIG ID:1223695703 DESC DATE:251 | | 157.63 | 8,684.00 |
| Check | 10/14/2025 | | Olympia Pharmacy | 68 FL    10/10 | | 88.70 | 8,595.30 |
| Check | 10/14/2025 | | USPS | DC    10/10 | | 6.02 | 8,589.28 |
| Check | 10/14/2025 | | Best Buy | NV    10/11 | | 2,090.53 | 6,498.75 |
| Check | 10/14/2025 | | USPS | DC    10/13 | | 5.51 | 6,493.24 |
| Deposit | 10/15/2025 | | Transfer from 3731 | transaction#: 26597523077 | 53,257.77 | | 59,751.01 |
| Check | 10/15/2025 | | Wells Pharmacy | 74 FL    10/14 | | 373.35 | 59,377.66 |
| Deposit | 10/15/2025 | | Feliciano Numale Nevada | transaction#: 26597482668 | 25,000.00 | | 84,377.66 |
| Check | 10/16/2025 | | Paylocity - Direct Deposits | H THIRD BK NA/042000314 A/C: PAY | | 62,756.10 | 21,621.56 |
| Check | 10/16/2025 | | Paylocity - Taxes | SHIRE BANK/211871691 A/C: PAYLOC | | 21,501.67 | 119.89 |
| Check | 10/16/2025 | | Olympia Pharmacy | 68 FL    10/15 | | 62.55 | 57.34 |
| Deposit | 10/17/2025 | | Zenoti | 10/17 | 5,182.00 | | 5,239.34 |
| Check | 10/17/2025 | | USPS | DC    10/16 | | 5.02 | 5,234.32 |
| Check | 10/20/2025 | | NewLane Finance/Reliant Capital | ORIG ID:1823140205 DESC DATE:251 | | 2,470.82 | 2,763.50 |
| Check | 10/20/2025 | | Paylocity - Taxes | ORIG ID:1364227403 DESC DATE:251 | | 729.02 | 2,034.48 |
| Check | 10/20/2025 | | adobe | US CA    10/19 | | 19.99 | 2,014.49 |
| Check | 10/20/2025 | 6012 | Yarisbel Vivanco | | | 1,280.00 | 734.49 |
| Check | 10/22/2025 | | GoToPremiumFinance | ORIG ID:8460496824 DESC DATE: | | 437.66 | 296.83 |
| Check | 10/22/2025 | | PickTime.com | 10/21 | | 60.00 | 236.83 |
| Check | 10/22/2025 | | USPS | DC    10/21 | | 4.60 | 232.23 |
| Check | 10/23/2025 | | Staples Online | 55 NJ    10/22 | | 99.84 | 132.39 |
| Deposit | 10/23/2025 | | Unknown Deposit | | 150,426.51 | | 150,558.90 |
| Check | 10/24/2025 | | USPS | DC    10/23 | | 4.74 | 150,554.16 |
| Check | 10/24/2025 | | USPS | DC    10/23 | | 4.35 | 150,549.81 |
| Total 10455 · Chase Bank - x9865 | | | | | 366,817.58 | 219,010.66 | 150,549.81 |
| **GRAND TOTAL** | | | | | **366,817.58** | **786,112.93** | **3,878,010.33** |

**NuMale Corporation**                                            7:23 PM

**Reconciliation Summary**                                    11/19/2025

**10455 · Chase Bank - x9865, Period Ending**

|                                              | Oct 31, 25      |
|----------------------------------------------|-----------------|
| Beginning Balance                            | 2,742.89        |
|     **Cleared Transactions** |             |
|         **Checks and Payments - 80 items** | (370,215.02) |
|         **Deposits and Credits - 14 items** | 369,639.92 |
|       **Total Cleared Transactions** | (575.10) |
| **Cleared Balance**                          | 2,167.79        |
|     **Uncleared Transactions** |           |
|         **Checks and Payments - 6 items** | (5,794.64) |
|       **Total Uncleared Transactions** | (5,794.64) |
| **Register Balance as of 10/31/2025**        | (3,626.85)      |
| **Ending Balance**                           | (3,626.85)      |

**NuMale Corporation**                                                    7:24 PM

**Reconciliation Detail**                                                11/19/2025

**10455 · Chase Bank - x9865, Period Ending 10/31/2025**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 2,742.89 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 80 items** | | | | | | |
| Check | 10/01/2025 | | Paylocity - Direct Deposits | √ | (64,804.60) | (64,804.60) |
| Check | 10/01/2025 | | Paylocity - Taxes | √ | (22,164.41) | (86,969.01) |
| Check | 10/01/2025 | | Chase Bank Service Charges | √ | (150.00) | (87,119.01) |
| Check | 10/02/2025 | | SEO Local | √ | (999.00) | (88,118.01) |
| Check | 10/02/2025 | | Paylocity - Taxes | √ | (580.76) | (88,698.77) |
| Check | 10/02/2025 | | MDToolBox | √ | (152.00) | (88,850.77) |
| Check | 10/03/2025 | | North American 888 Real Estate | √ | (4,927.68) | (93,778.45) |
| Check | 10/03/2025 | 6009 | Stephanie Diaz | √ | (1,159.47) | (94,937.92) |
| Check | 10/03/2025 | | Paylocity - FSA | √ | (10.00) | (94,947.92) |
| Check | 10/06/2025 | 6010 | Yarisbel Vivanco | √ | (1,280.00) | (96,227.92) |
| Check | 10/06/2025 | | Groupon | √ | (485.19) | (96,713.11) |
| Check | 10/06/2025 | | Checkr Inc. | √ | (247.48) | (96,960.59) |
| Check | 10/07/2025 | | First Insurance | √ | (1,571.40) | (98,531.99) |
| Check | 10/07/2025 | | USPS | √ | (5.51) | (98,537.50) |
| Check | 10/08/2025 | 6011 | WHCLZP | √ | (1,192.00) | (99,729.50) |
| Check | 10/08/2025 | | NuMale Nebraska, LLC | √ | (700.00) | (100,429.50) |
| Check | 10/08/2025 | | Olympia Pharmacy | √ | (108.25) | (100,537.75) |
| Check | 10/08/2025 | | AnazaoHealth Corp | √ | (29.95) | (100,567.70) |
| Check | 10/08/2025 | | USPS | √ | (4.89) | (100,572.59) |
| Check | 10/09/2025 | | NuMale Nebraska, LLC | √ | (1,023.65) | (101,596.24) |
| Check | 10/09/2025 | | Wysh Life & Health Ins. Co. | √ | (137.38) | (101,733.62) |
| Check | 10/09/2025 | | PharmaLink | √ | (114.00) | (101,847.62) |
| Check | 10/10/2025 | | Wells Pharmacy | √ | (237.95) | (102,085.57) |
| Check | 10/10/2025 | | Wells Pharmacy | √ | (165.80) | (102,251.37) |
| Check | 10/10/2025 | | Wells Pharmacy | √ | (129.15) | (102,380.52) |
| Bill Pmt -Check | 10/10/2025 | online | Quest Diagnostics | √ | (122.30) | (102,502.82) |
| Check | 10/10/2025 | | Wells Pharmacy | √ | (60.15) | (102,562.97) |
| Check | 10/10/2025 | | Wells Pharmacy | √ | (52.95) | (102,615.92) |
| Check | 10/10/2025 | | Wells Pharmacy | √ | (35.95) | (102,651.87) |
| Check | 10/10/2025 | | Wells Pharmacy | √ | (35.95) | (102,687.82) |
| Check | 10/10/2025 | | USPS | √ | (10.04) | (102,697.86) |
| Check | 10/10/2025 | | USPS | √ | (4.69) | (102,702.55) |
| Check | 10/14/2025 | | McKesson Medical Surgical | √ | (6,449.97) | (109,152.52) |
| Check | 10/14/2025 | | McKesson Medical Surgical | √ | (4,637.44) | (113,789.96) |
| Check | 10/14/2025 | | McKesson Medical Surgical | √ | (4,374.20) | (118,164.16) |
| Check | 10/14/2025 | | McKesson Medical Surgical | √ | (3,934.14) | (122,098.30) |
| Check | 10/14/2025 | | My Med Leads | √ | (2,248.35) | (124,346.65) |
| Check | 10/14/2025 | | Best Buy | √ | (2,090.53) | (126,437.18) |
| Check | 10/14/2025 | | Quest Diagnostics | √ | (731.79) | (127,168.97) |
| Check | 10/14/2025 | | Quest Diagnostics | √ | (529.48) | (127,698.45) |
| Check | 10/14/2025 | | Quest Diagnostics | √ | (406.89) | (128,105.34) |
| Check | 10/14/2025 | | Quest Diagnostics | √ | (264.52) | (128,369.86) |
| Check | 10/14/2025 | | Quest Diagnostics | √ | (236.48) | (128,606.34) |
| Check | 10/14/2025 | | Quest Diagnostics | √ | (173.27) | (128,779.61) |
| Check | 10/14/2025 | | Quest Diagnostics | √ | (163.48) | (128,943.09) |
| Check | 10/14/2025 | | Quest Diagnostics | √ | (157.63) | (129,100.72) |
| Check | 10/14/2025 | | Olympia Pharmacy | √ | (88.70) | (129,189.42) |
| Check | 10/14/2025 | | USPS | √ | (6.02) | (129,195.44) |
| Check | 10/14/2025 | | USPS | √ | (5.51) | (129,200.95) |
| Check | 10/15/2025 | | Wells Pharmacy | √ | (373.35) | (129,574.30) |
| Check | 10/16/2025 | | Paylocity - Direct Deposits | √ | (62,756.10) | (192,330.40) |
| Check | 10/16/2025 | | Paylocity - Taxes | √ | (21,501.67) | (213,832.07) |
| Check | 10/16/2025 | | Olympia Pharmacy | √ | (62.55) | (213,894.62) |
| Check | 10/17/2025 | | USPS | √ | (5.02) | (213,899.64) |
| Check | 10/20/2025 | | NewLane Finance/Reliant Capital | √ | (2,470.82) | (216,370.46) |

**NuMale Corporation**

**Reconciliation Detail**

7:24 PM

11/19/2025

**10455 · Chase Bank - x9865, Period Ending 10/31/2025**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 10/20/2025 | 6012 | Yarisbel Vivanco | √ | (1,280.00) | (217,650.46) |
| Check | 10/20/2025 | | Paylocity - Taxes | √ | (729.02) | (218,379.48) |
| Check | 10/20/2025 | | adobe | √ | (19.99) | (218,399.47) |
| Check | 10/22/2025 | | GoToPremiumFinance | √ | (437.66) | (218,837.13) |
| Check | 10/22/2025 | | PickTime.com | √ | (60.00) | (218,897.13) |
| Check | 10/22/2025 | | USPS | √ | (4.60) | (218,901.73) |
| Check | 10/23/2025 | | Staples Online | √ | (99.84) | (219,001.57) |
| Check | 10/24/2025 | | USPS | √ | (4.74) | (219,006.31) |
| Check | 10/24/2025 | | USPS | √ | (4.35) | (219,010.66) |
| Check | 10/27/2025 | | Paylocity - Direct Deposits | √ | (94,896.56) | (313,907.22) |
| Check | 10/27/2025 | | Paylocity - Taxes | √ | (40,896.49) | (354,803.71) |
| Check | 10/27/2025 | | Zizzl - ICHRA Account | √ | (890.00) | (355,693.71) |
| Check | 10/27/2025 | | Shred it - (Now under SteriCycle) | √ | (123.35) | (355,817.06) |
| Check | 10/27/2025 | | DropBox | √ | (119.88) | (355,936.94) |
| Check | 10/28/2025 | | United Healthcare Insurance Co. | √ | (1,631.91) | (357,568.85) |
| Check | 10/28/2025 | | USPS | √ | (4.69) | (357,573.54) |
| Check | 10/28/2025 | | USPS | √ | (4.35) | (357,577.89) |
| Check | 10/29/2025 | | United Healthcare Insurance Co. | √ | (1,988.48) | (359,566.37) |
| Check | 10/29/2025 | 6013 | Sommer Udall Law firm | √ | (532.30) | (360,098.67) |
| Check | 10/29/2025 | | Aflac | √ | (332.58) | (360,431.25) |
| Check | 10/29/2025 | | Aflac | √ | (332.58) | (360,763.83) |
| Check | 10/30/2025 | | SEO Local | √ | (699.00) | (361,462.83) |
| Check | 10/31/2025 | | Zenoti | √ | (8,670.00) | (370,132.83) |
| Check | 10/31/2025 | | Paylocity - FSA | √ | (60.00) | (370,192.83) |
| Check | 10/31/2025 | | Godaddy.com | √ | (22.19) | (370,215.02) |
| **Total Checks and Payments** | | | | | (370,215.02) | (370,215.02) |
| **Deposits and Credits - 14 items** | | | | | | |
| Deposit | 10/01/2025 | | NuMale Nebraska, LLC | √ | 15,000.00 | 15,000.00 |
| Deposit | 10/01/2025 | | NuMale New Mexico | √ | 15,000.00 | 30,000.00 |
| Deposit | 10/01/2025 | | NuMedical SC (NM & NF) | √ | 35,000.00 | 65,000.00 |
| Deposit | 10/01/2025 | | Feliciano Numale Nevada | √ | 50,000.00 | 115,000.00 |
| Deposit | 10/03/2025 | | Paylocity - FSA | √ | 10.00 | 115,010.00 |
| Deposit | 10/03/2025 | | Equity Patient Financing | √ | 2,075.25 | 117,085.25 |
| Deposit | 10/09/2025 | | Equity Patient Financing | √ | 4,980.60 | 122,065.85 |
| Deposit | 10/09/2025 | | Unknown Deposit | √ | 7,150.00 | 129,215.85 |
| Deposit | 10/10/2025 | | Equity Patient Financing | √ | 3,735.45 | 132,951.30 |
| Deposit | 10/15/2025 | | Feliciano Numale Nevada | √ | 25,000.00 | 157,951.30 |
| Deposit | 10/15/2025 | | Transfer to 3731 | √ | 53,257.77 | 211,209.07 |
| Deposit | 10/17/2025 | | Zenoti | √ | 5,182.00 | 216,391.07 |
| Deposit | 10/23/2025 | | Unknown Deposit | √ | 150,426.51 | 366,817.58 |
| Deposit | 10/29/2025 | | Equity Patient Financing | √ | 2,822.34 | 369,639.92 |
| **Total Deposits and Credits** | | | | | 369,639.92 | 369,639.92 |
| **Total Cleared Transactions** | | | | | (575.10) | (575.10) |
| **Cleared Balance** | | | | | (575.10) | 2,167.79 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 6 items** | | | | | | |
| Bill Pmt -Check | 07/28/2025 | online | Quest Diagnostics | | (157.63) | (157.63) |
| Check | 08/05/2025 | autopayjp | JP Morgan Chase | | (1,814.63) | (1,972.26) |
| Check | 08/05/2025 | autopay | Finix Billing Online | | (675.00) | (2,647.26) |
| Check | 09/05/2025 | autopayjp | JP Morgan Chase | | (1,814.63) | (4,461.89) |
| Check | 09/05/2025 | autopay | Finix Billing Online | | (675.00) | (5,136.89) |
| Bill Pmt -Check | 10/10/2025 | online | Wells Pharmacy | | (657.75) | (5,794.64) |
| **Total Checks and Payments** | | | | | (5,794.64) | (5,794.64) |
| **Total Uncleared Transactions** | | | | | (5,794.64) | (5,794.64) |
| **Register Balance as of 10/31/2025** | | | | | (6,369.74) | (3,626.85) |
| **Ending Balance** | | | | | (6,369.74) | (3,626.85) |



**CHASE** ⬡

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2025 through October 31, 2025

Account Number:             9865



---

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00367794 DRE 703 219 30525 NNNNNNNNNNN  1 000000000 64 0000
NUMALE CORPORATION
DEBTOR-IN-POSSESSION CASE NO 25-10341
5786 STONEHEATH AVE
LAS VEGAS NV 89139-7523

## IMPORTANT UPDATE: Some fees are changing on business account(s) effective January 1, 2026

Beginning **January 1**, applicable fees will change on your account, and will be reflected on your statement for January.

- **Chase Performance Business Checking® and Chase Performance Business Checking® with Interest:**
  - **Monthly Service Fee** will increase from $30 to $40. To learn more about ways to waive this fee please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Business Complete Checking®, Platinum Checking^SM, Business Total Savings^SM and Premier Savings^SM:**
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Chase Analysis Business Checking® and Chase Analysis Business Checking with Interest®:**
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

For more information about fees related to your Chase business account, please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.

We're here to help. If you have any questions, please call the number on this statement.

---

## CHECKING SUMMARY   Chase Performance Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$2,742.89** |
| Deposits and Additions | 14 | 369,639.92 |
| Checks Paid | 5 | -5,443.77 |
| ATM & Debit Card Withdrawals | 40 | -34,487.67 |
| Electronic Withdrawals | 34 | -330,133.58 |
| Fees | 1 | -150.00 |
| **Ending Balance** | **94** | **$2,167.79** |



October 01, 2025 through October 31, 2025

Account Number: ███████ 9865

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/01 | Online Transfer From Chk ...6567 Transaction#: 26424131989 | $50,000.00 |
| 10/01 | Online Transfer From Chk ...3675 Transaction#: 26424185553 | 35,000.00 |
| 10/01 | Online Transfer From Chk ...5253 Transaction#: 26424201181 | 15,000.00 |
| 10/01 | Online Transfer From Chk ...8977 Transaction#: 26424234127 | 15,000.00 |
| 10/03 | Orig CO Name:Equity Sales Fin    Orig ID:1832512025 Desc Date:    CO Entry Descr:Payout   Sec:CCD   Trace#:091300155061824 Eed:251003   Ind ID:Dealer 57 Ind Name:Numale Wisconsin Gb, S Trn: 2765061824Tc | 2,075.25 |
| 10/03 | Orig CO Name:Paylocity    Orig ID:1431696316 Desc Date:251003 CO Entry Descr:Debcardfeesec:CCD   Trace#:011002720831253 Eed:251003   Ind ID:T27153463562156    Ind Name:Numale Medical Center Pretax Benefit T(Wx) Trn: 2760831253Tc | 10.00 |
| 10/09 | Deposit    1279454351 | 7,150.00 |
| 10/09 | Orig CO Name:Equity Sales Fin    Orig ID:1832512025 Desc Date:    CO Entry Descr:Payout   Sec:CCD   Trace#:091300155786230 Eed:251009   Ind ID:Dealer 57 Ind Name:Numale Wisconsin Gb, S Trn: 2825786230Tc | 4,980.60 |
| 10/10 | Orig CO Name:Equity Sales Fin    Orig ID:1832512025 Desc Date:    CO Entry Descr:Payout   Sec:CCD   Trace#:091300155569650 Eed:251010   Ind ID:Dealer 57 Ind Name:Numale Wisconsin Gb, S Trn: 2835569650Tc | 3,735.45 |
| 10/15 | Online Transfer From Chk ...3731 Transaction#: 26597523077 | 53,257.77 |
| 10/15 | Online Transfer From Chk ...6567 Transaction#: 26597482668 | 25,000.00 |
| 10/17 | Card Purchase Return    10/17 Zenoti 425-6540445 WA Card 4057 | 5,182.00 |
| 10/23 | Deposit    2148917473 | 150,426.51 |
| 10/29 | Orig CO Name:Equi2172    Orig ID:1832512025 Desc Date:251029 CO Entry Descr:Payout   Sec:CCD   Trace#:071000288549903 Eed:251029   Ind ID:Dealer 57 Ind Name:Numale Wisconsin Gb, S Trn: 3028549903Tc | 2,822.34 |

**Total Deposits and Additions**       **$369,639.92**

## CHECKS PAID

| CHECK NO. | DESCRIPTION | DATE PAID | AMOUNT |
|-----------|-------------|-----------|--------|
| 6009 ^ | | 10/03 | $1,159.47 |
| 6010 ^ | | 10/06 | 1,280.00 |
| 6011 ^ | | 10/08 | 1,192.00 |
| 6012 ^ | | 10/20 | 1,280.00 |
| 6013 ^ | | 10/29 | 532.30 |

**Total Checks Paid**       **$5,443.77**

If you see a description in the Checks Paid section, it means that we received only electronic information about the check, not the original or an image of the check. As a result, we're not able to return the check to you or show you an image.
^ An image of this check may be available for you to view on Chase.com.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/02 | Recurring Card Purchase 10/01 IN *Mdtoolbox 206-3314420 WA Card 4057 | $152.00 |
| 10/02 | Recurring Card Purchase 10/01 1Seolocal.US980R Seolocal.US UT Card 4057 | 999.00 |
| 10/06 | Card Purchase With Pin 10/06 Groupon, Inc. Chicago IL Card 4057 | 485.19 |
| 10/07 | Card Purchase    10/06 Usps.Com Clicknship 800-344-7779 DC Card 4057 | 5.51 |
| 10/08 | Card Purchase    10/07 Olympia Pharmaceutica 407-267-6468 FL Card 4057 | 108.25 |
| 10/08 | Card Purchase    10/07 Usps.Com Clicknship 800-344-7779 DC Card 4057 | 4.89 |
| 10/08 | Card Purchase    10/07 Anazaohealth 800-9954363 FL Card 4057 | 29.95 |
| 10/09 | Card Purchase    10/07 Pharmalink Pharmaceuti 919-3605310 NC Card 4057 | 114.00 |
| 10/09 | Card Purchase    10/09 Wysh Insurance Wysh.Com WI Card 4057 | 137.38 |



October 01, 2025 through October 31, 2025

Account Number: 9865



## ATM & DEBIT CARD WITHDRAWALS (continued)

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|---|--------|
| 10/10 | Card Purchase | 10/09 Wells Pharmacy Network 866-5062174 FL Card 4057 | 60.15 |
| 10/10 | Card Purchase | 10/09 Usps.Com Clicknship 800-344-7779 DC Card 4057 | 10.04 |
| 10/10 | Card Purchase | 10/09 Wells Pharmacy Network 866-5062174 FL Card 4057 | 237.95 |
| 10/10 | Card Purchase | 10/09 Wells Pharmacy Network 866-5062174 FL Card 4057 | 35.95 |
| 10/10 | Card Purchase | 10/09 Wells Pharmacy Network 866-5062174 FL Card 4057 | 165.80 |
| 10/10 | Card Purchase | 10/09 Wells Pharmacy Network 866-5062174 FL Card 4057 | 129.15 |
| 10/10 | Card Purchase | 10/09 Wells Pharmacy Network 866-5062174 FL Card 4057 | 35.95 |
| 10/10 | Card Purchase | 10/09 Wells Pharmacy Network 866-5062174 FL Card 4057 | 52.95 |
| 10/10 | Card Purchase | 10/09 Usps.Com Clicknship 800-344-7779 DC Card 4057 | 4.69 |
| 10/14 | Card Purchase | 10/10 Olympia Pharmaceutica 407-267-6468 FL Card 4057 | 88.70 |
| 10/14 | Card Purchase | 10/10 Usps.Com Clicknship 800-344-7779 DC Card 4057 | 6.02 |
| 10/14 | Card Purchase | 10/10 Mckesson Medical Surg 800-453-5180 VA Card 4057 | 4,374.20 |
| 10/14 | Card Purchase | 10/10 Mckesson Medical Surg 800-453-5180 VA Card 4057 | 3,934.14 |
| 10/14 | Card Purchase | 10/10 Mckesson Medical Surg 800-453-5180 VA Card 4057 | 6,449.97 |
| 10/14 | Card Purchase | 10/10 Mckesson Medical Surg 800-453-5180 VA Card 4057 | 4,637.44 |
| 10/14 | Card Purchase | 10/11 Best Buy    00010447 Las Vegas NV Card 4057 | 2,090.53 |
| 10/14 | Card Purchase | 10/13 Usps.Com Clicknship 800-344-7779 DC Card 4057 | 5.51 |
| 10/15 | Card Purchase | 10/14 Wells Pharmacy Network 866-5062174 FL Card 4057 | 373.35 |
| 10/16 | Card Purchase | 10/15 Olympia Pharmaceutica 407-267-6468 FL Card 4057 | 62.55 |
| 10/17 | Card Purchase | 10/16 Usps.Com Clicknship 800-344-7779 DC Card 4057 | 5.02 |
| 10/20 | Recurring Card Purchase 10/19 Adobe  *800-833-6687 Adobe.Ly/Enus CA Card 4057 | | 19.99 |
| 10/22 | Recurring Card Purchase 10/21 Picktime Picktime.Com TX Card 4057 | | 60.00 |
| 10/22 | Card Purchase | 10/21 Usps.Com Clicknship 800-344-7779 DC Card 4057 | 4.60 |
| 10/23 | Card Purchase | 10/22 Staples    00365775 877-8267755 NJ Card 4057 | 99.84 |
| 10/24 | Card Purchase | 10/23 Usps.Com Clicknship 800-344-7779 DC Card 4057 | 4.74 |
| 10/24 | Card Purchase | 10/23 Usps.Com Clicknship 800-344-7779 DC Card 4057 | 4.35 |
| 10/27 | Recurring Card Purchase 10/26 Dropbox*1Bgp1Yzs5Pwz Dropbox.Com CA Card 4057 | | 119.88 |
| 10/28 | Card Purchase | 10/27 Usps.Com Clicknship 800-344-7779 DC Card 4057 | 4.35 |
| 10/28 | Card Purchase | 10/27 Usps.Com Clicknship 800-344-7779 DC Card 4057 | 4.69 |
| 10/30 | Recurring Card Purchase 10/29 1Seolocal.US980R Seolocal.US UT Card 4057 | | 699.00 |
| 10/31 | Recurring Card Purchase 10/31 Zenoti 425-6540445 WA Card 4057 | | 8,670.00 |

**Total ATM & Debit Card Withdrawals**                               **$34,487.67**

## ATM & DEBIT CARD SUMMARY

Justin Reid Pulliam  Card 4057

|  |  |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $34,487.67 |
| Total Card Deposits & Credits | $5,182.00 |

ATM & Debit Card Totals

|  |  |
|---|---|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $34,487.67 |
| Total Card Deposits & Credits | $5,182.00 |

 CHASE

October 01, 2025 through October 31, 2025

Account Number:                    9865

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/01 | 10/01 Domestic Wire Transfer Via: Fifth Third Bk NA/042000314 A/C: Paylocity Corporation Schaumberg IL 60173 US Ref: 123501, 123502, 123504, 123508, 123509, 123512, 123513, 123517, 123519/Time/17:25 Imad: 1001Mmqfmp2L033305 Trn: 3925305274Es | $64,804.60 |
| 10/01 | 10/01 Domestic Wire Transfer Via: Berkshire Bank/211871691 A/C: Paylocity Corporation Schaumberg IL 60173 US Ref: 123501, 123502, 123504, 123508, 123509, 123512, 123513, 123517, 123519 Imad: 1001Mmqfmp2L033320 Trn: 3925495274Es | 22,164.41 |
| 10/02 | 10/02 Online Domestic Wire Transfer Via: Fifth Third Bk NA/042000314 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 123508,123509/Time/19:39 Imad: 1002Mmqfmp2K033429 Trn: 3635555275Es | 580.76 |
| 10/03 | Orig CO Name:Paylocity          Orig ID:1431696316 Desc Date:251002 CO Entry Descr:Debcardfeesec:CCD    Trace#:011002720831252 Eed:251003  Ind ID:T27153463562156        Ind Name:Numale Medical Center Pretax Benefit T(Wx) Trn: 2760831252Tc | 10.00 |
| 10/03 | 10/03 Online ACH Payment 11190406565 To Abqlandlord (_######5315) | 4,927.68 |
| 10/06 | Orig CO Name:Checkr, Inc Chec      Orig ID:1800948598 Desc Date:     CO Entry Descr:Checkr, Insec:Web   Trace#:091000019506679 Eed:251006  Ind ID:St-C8L8L4Z7P6H2 Ind Name:Justin Pulliam Trn: 2799506679Tc | 247.48 |
| 10/07 | Orig CO Name:First Insurance      Orig ID:2363437365 Desc Date:     CO Entry Descr:Insurance Sec:CCD   Trace#:071925339120923 Eed:251007   Ind ID:900-104245139 Ind Name:Numale Corporation                                Pbs ACH Debit Trn: 2809120923Tc | 1,571.40 |
| 10/08 | 10/08 Online Transfer To Chk ...8977 Transaction#: 26516406530 | 700.00 |
| 10/09 | 10/09 Online Transfer To Chk ...8977 Transaction#: 26529543447 | 1,023.65 |
| 10/14 | Orig CO Name:Mymedleads Inc      Orig ID:0010963644 Desc Date:251010 CO Entry Descr:8124259200Sec:Web   Trace#:242071752268702 Eed:251014  Ind ID: Ind Name:Numale Corporation 2642860397220 Trn: 2872268702Tc | 2,248.35 |
| 10/14 | Orig CO Name:Questdiagnostics      Orig ID:1223695703 Desc Date:251010 CO Entry Descr:Achpaymentsec:CTX   Trace#:091000017757983 Eed:251014  Ind ID:1456837 Ind Name:0001Chase Trn: 2877757983Tc | 731.79 |
| 10/14 | Orig CO Name:Questdiagnostics      Orig ID:1223695703 Desc Date:251010 CO Entry Descr:Achpaymentsec:CTX   Trace#:091000017757989 Eed:251014  Ind ID:1456843 Ind Name:0001Chase Trn: 2877757989Tc | 529.48 |
| 10/14 | Orig CO Name:Questdiagnostics      Orig ID:1223695703 Desc Date:251010 CO Entry Descr:Achpaymentsec:CTX   Trace#:091000017757973 Eed:251014  Ind ID:1456840 Ind Name:0001Chase Trn: 2877757973Tc | 406.89 |
| 10/14 | Orig CO Name:Questdiagnostics      Orig ID:1223695703 Desc Date:251010 CO Entry Descr:Achpaymentsec:CTX   Trace#:091000017757991 Eed:251014  Ind ID:1456845 Ind Name:0001Chase Trn: 2877757991Tc | 264.52 |
| 10/14 | Orig CO Name:Questdiagnostics      Orig ID:1223695703 Desc Date:251010 CO Entry Descr:Achpaymentsec:CTX   Trace#:091000017757987 Eed:251014  Ind ID:1456841 Ind Name:0001Chase Trn: 2877757987Tc | 236.48 |
| 10/14 | Orig CO Name:Questdiagnostics      Orig ID:1223695703 Desc Date:251010 CO Entry Descr:Achpaymentsec:CTX   Trace#:091000017757975 Eed:251014  Ind ID:1456844 Ind Name:0001Chase Trn: 2877757975Tc | 173.27 |
| 10/14 | Orig CO Name:Questdiagnostics      Orig ID:1223695703 Desc Date:251010 CO Entry Descr:Achpaymentsec:CTX   Trace#:091000017757971 Eed:251014  Ind ID:1456838 Ind Name:0001Chase Trn: 2877757971Tc | 163.48 |
| 10/14 | Orig CO Name:Questdiagnostics      Orig ID:1223695703 Desc Date:251010 CO Entry Descr:Achpaymentsec:CTX   Trace#:091000017757985 Eed:251014  Ind ID:1456839 Ind Name:0001Chase Trn: 2877757985Tc | 157.63 |
| 10/14 | Orig CO Name:Questdiagnostics      Orig ID:1223695703 Desc Date:251010 CO Entry Descr:Achpaymentsec:CTX   Trace#:091000017757969 Eed:251014  Ind ID:1456836 Ind Name:0001Chase Trn: 2877757969Tc | 122.30 |
| 10/16 | 10/16 Domestic Wire Transfer Via: Fifth Third Bk NA/042000314 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 123501 ;123502 ;123504 ;123508 ;123509 ;123512 ; 123513 ;123517;123519/Time/12:03 Imad: 1016Mmqfmp2L006513 Trn: 3850715288Es | 62,756.10 |
| 10/16 | 10/16 Domestic Wire Transfer Via: Berkshire Bank/211871691 A/C: Paylocity Corporation Schaumburg IL 60173 US Ref: 123501 ; 123502 ; 123504 ; 123508 ;123509 ; 123512 ; 123513 ; 123517 ; 123519 Imad: 1016Mmqfmp2K007092 Trn: 3850505288Es | 21,501.67 |



CHASE ◯

October 01, 2025 through October 31, 2025

Account Number: ▮▮▮▮9865

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/20 | Orig CO Name:123509 Numale CO        Orig ID:1364227403 Desc Date:251020 CO Entry Descr:Billing  Sec:CCD  Trace#:011002720364924 Eed:251020  Ind ID:123509 Ind Name:Numale Corporation        Inv3173797 463562156      (PC) Trn: 2930364924Tc | 729.02 |
| 10/20 | Orig CO Name:Newlane        Orig ID:1823140205 Desc Date:251020 CO Entry Descr:Auth Paymesec:CCD  Trace#:031100109962948 Eed:251020  Ind ID:G-4C1378Fa5Afc4        Ind Name:Nevada Numale LLC Trn: 2939962948Tc | 2,470.82 |
| 10/22 | Orig CO Name:Goto Premfin1045        Orig ID:8460496824 Desc Date:        CO Entry Descr:1045Inspaysec:PPD  Trace#:071000280771482 Eed:251022  Ind ID: Ind Name:Joshua Howell Trn: 2950771482Tc | 437.66 |
| 10/27 | Orig CO Name:Hnb-Echo Special        Orig ID:2341858379 Desc Date:251027 CO Entry Descr:ACH Xfr  Sec:CCD  Trace#:044000025484754 Eed:251027  Ind ID:01704 Ind Name:Numale Corporation Trn: 3005484754Tc | 890.00 |
| 10/27 | Orig CO Name:Shred-It USA LLC        Orig ID:1683223000 Desc Date:Oct 26 2025 Entry Descr:Collectionsec:PPD  Trace#:021000026550170 Eed:251027  Ind ID: Ind Name:Brad A Palubicki Trn: 3006550170Tc | 123.35 |
| 10/27 | 10/27 Domestic Wire Transfer Via: Fifth Third Bk NA/042000314 A/C: Paylocity Corporation Ref: 1235011235021235041235081235091235121235131235171235519/Time/18:08 Imad: 1027Mmqfmp2N027286 Trn: 3611425300Es | 94,896.56 |
| 10/27 | 10/27 Domestic Wire Transfer Via: Berkshire Bank/211871691 A/C: Paylocity Corporation Ref: 1235011235021235041235081235091235121235131235171235519 Imad: 1027Mmqfmp2N027344 Trn: 3611865300Es | 40,896.49 |
| 10/28 | Orig CO Name:United Healthcar        Orig ID:1411289245 Desc Date:        CO Entry Descr:EDI Paymtssec:CTX  Trace#:043000269843800 Eed:251028  Ind ID:915884382547 Ind Name:0007Numale Corporati Trn: 3019843800Tc | 1,631.91 |
| 10/29 | Orig CO Name:United        Orig ID:3470322111 Desc Date:251028 CO Entry Descr:Grpw Prem Sec:CCD  Trace#:104000011938829 Eed:251029  Ind ID:2510280801673 Ind Name:G000B543 - Chase Trn: 3021938829Tc | 1,988.48 |
| 10/29 | Orig CO Name:Aflac Columbus        Orig ID:2580663085 Desc Date:251028 CO Entry Descr:Achpmt  Sec:CCD  Trace#:043000098304917 Eed:251029  Ind ID:108481783 Ind Name:Numalecorporation 1-800-992-3522 Trn: 3028304917Tc | 332.58 |
| 10/29 | Orig CO Name:Aflac Columbus        Orig ID:2580663085 Desc Date:251028 CO Entry Descr:Achpmt  Sec:CCD  Trace#:043000098304918 Eed:251029  Ind ID:108481800 Ind Name:Numalecorporation 1-800-992-3522 Trn: 3028304918Tc | 332.58 |
| 10/31 | Orig CO Name:Paylocity        Orig ID:1431696316 Desc Date:251030 CO Entry Descr:Debcardtx Sec:CCD  Trace#:011002722997556 Eed:251030  Ind ID:T27153463562156        Ind Name:Numale Medical Center Pretax Benefit T(Wx) Trn: 3042997556Tc | 60.00 |
| 10/31 | Orig CO Name:Go Daddy.Com,Inc        Orig ID:1210002031 Desc Date:251030 CO Entry Descr:Web Order Sec:CCD  Trace#:091000012393566 Eed:251031  Ind ID:3310734234 Ind Name:Palubicki        Web Purchase Trn: 3042393566Tc | 22.19 |
| **Total Electronic Withdrawals** | | **$330,133.58** |

## FEES

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/01 | Service Charges For The Month of September | $150.00 |
| **Total Fees** | | **$150.00** |

The monthly service fee of $30.00 was waived this period because you maintained a relationship balance (combined business deposits) of $35,000.00 or more.



# CHASE 

October 01, 2025 through October 31, 2025

Account Number: �— **9865**

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 10/01 | $30,623.88 | 10/10 | 33,113.94 | 10/23 | 150,558.90 |
| 10/02 | 28,892.12 | 10/14 | 6,493.24 | 10/24 | 150,549.81 |
| 10/03 | 24,880.22 | 10/15 | 84,377.66 | 10/27 | 13,623.53 |
| 10/06 | 22,867.55 | 10/16 | 57.34 | 10/28 | 11,982.58 |
| 10/07 | 21,290.64 | 10/17 | 5,234.32 | 10/29 | 11,618.98 |
| 10/08 | 19,255.55 | 10/20 | 734.49 | 10/30 | 10,919.98 |
| 10/09 | 30,111.12 | 10/22 | 232.23 | 10/31 | 2,167.79 |

## SERVICE CHARGE SUMMARY

| | | |
|---|---|---|
| Maintenance Fee | $0.00 | Waived by checking and relationship balances |
| Excess Product Fees | $0.00 | |
| Other Service Charges | $165.00 | |
| **Total Service Charges** | **$165.00** | Will be assessed on 11/3/25 |

| TRANSACTIONS FOR SERVICE FEE CALCULATION | NUMBER OF TRANSACTIONS |
|---|---|
| Checks Paid / Debits | 76 |
| Deposits / Credits | 7 |
| Deposited Items | 1 |
| **Total Transactions** | **84** |

## SERVICE CHARGE DETAIL

| DESCRIPTION<br>Your Product Includes: | VOLUME | ALLOWED | CHARGED | PRICE/ UNIT | TOTAL |
|---|---|---|---|---|---|
| **ACCOUNT** ▮9865 | | | | | |
| Waived Monthly Service Fee | 0 | | | $30.00 | $0.00 |
| Transactions | 84 | 0 | 84 | $0.00 | $0.00 |
| **Subtotal** | | | | | **$0.00** |
| **Other Fees** | | | | | |
| Electronic Items Deposited | 1 | 999,999,999 | 0 | $0.40 | $0.00 |
| Electronic Credits | 5 | 999,999,999 | 0 | $0.40 | $0.00 |
| Non-Electronic Transactions | 79 | 250 | 0 | $0.40 | $0.00 |
| Cash Deposited | | | | | |
| Branch Deposit - Immediate Verification | $7,150 | $20,000 | $0 | $0.0025 | $0.00 |
| Domestic Wire Fee | 6 | 2 | 4 | $35.00 | $140.00 |
| Online Domestic Wire Fee | 1 | 0 | 1 | $25.00 | $25.00 |
| Total Service Charge (Will be assessed on 11/3/25) | | | | | **$165.00** |
| **ACCOUNT** ▮9865 | | | | | |
| Electronic Items Deposited | 1 | | | | |
| Electronic Credits | 5 | | | | |
| Non-Electronic Transactions | 79 | | | | |
| Cash Deposited | | | | | |
| Branch Deposit - Immediate Verification | $7,150 | | | | |
| Domestic Wire Fee | 6 | | | | |
| Online Domestic Wire Fee | 1 | | | | |

Reminder: Fees associated with ACH Payments, Real Time Payments, Same Day ACH, ACH Collections and Chase QuickDeposit℠ are based on previous month activity.



October 01, 2025 through October 31, 2025

Account Number: ▮▮▮▮▮▮▮▮▮▮ 9865



## IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



October 01, 2025 through October 31, 2025

Account Number:                    9865

This Page Intentionally Left Blank



P.O. Box 911039
San Diego, CA 92191
844-889-0896

| Statement Period | Account # |
|---|---|
| 10/01/2025 thru 11/02/2025 | 0124 |

| Days In Statement Period |
|---|
| 33 |

NUMALE CORPORATION, DEBTOR
MICHAEL W CARMEL, TRUSTEE
CASE #25-10341
80 EAST COLUMBUS AVENUE
PHOENIX AZ 85012

## Statement Summary

| Deposit Accounts | Beginning Balance | Credits | Debits | Ending Balance |
|---|---|---|---|---|
| Trustee Checking | $4,294,562.79 | $0.00 | $1,730,367.82 | $2,564,194.97 |
| DEPOSIT TOTALS | $4,294,562.79 | $0.00 | $1,730,367.82 | $2,564,194.97 |

## Trustee Checking - 0124

| | | Beginning Balance | $4,294,562.79 |
|---|---|---|---|
| **Date** | **Description** | **Credits** | **Debits** |
| 10/21 | PAYMENT   QUARTERLY FEE | | $250,000.00 |
| | CCD 041036044849482 | | |
| | NUMALE CORPORATION | | |
| 10/27 | PAYMENT   QUARTERLY FEE | | $1,077.97 |
| | CCD 041036047826547 | | |
| | NUMALE CORPORATION | | |
| 10/27 | PAYMENT   QUARTERLY FEE | | $2,750.23 |
| | CCD 041036047826548 | | |
| | NUMALE CORPORATION | | |
| | | **Ending Balance** | **$2,564,194.97** |

### CHECKS CLEARED

| Check # | Amount | Date | Check # | Amount | Date | Check # | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 1001 | 8,412.56 | 10/03 | 1004 | 1,000,000.00 | 10/28 | 1008 | 14,811.00 | 10/31 |
| 1002 | 4,435.00 | 10/14 | *1006 | 150,000.00 | 10/23 | *1014 | 15,150.00 | 10/31 |
| 1003 | 34,893.10 | 10/30 | 1007 | 150,426.51 | 10/24 | 1015 | 98,411.45 | 10/31 |

*Indicates Skip In Check Number Sequence



P.O. Box 911039
San Diego, CA 92191
844-889-0896

## Interest Earned

| | | | |
|---|---|---|---|
| Interest Earned this Month | $0.00 | Annual Percentage Yield Earned | 0.00% |
| Average Daily Ledger | $3,891,373.65 | Average Daily Collected | $3,891,373.65 |

## Fees

| | Total For This Period | Total Year-to-Date | | |
|---|---|---|---|---|
| Total Overdraft Fees | $0.00 | $0.00 | Maintenance Fee | $0.00 |
| Total Returned Item Fees | $0.00 | $0.00 | Service Charge | $0.00 |