# UNITED STATES BANKRUPTCY COURT

DISTRICT OF   Nevada

In Re. NuMale New Mexico SC

§
§
§
§

Debtor(s)

Case No.   25-10347

Lead Case No.   25-10341

☒ Jointly Administered

## Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/24/2025

Petition Date: 01/22/2025

Months Pending: 9

Industry Classification: | 6 | 2 | 1 | 4 |

Reporting Method:          Accrual Basis  ⦿          Cash Basis  ○

Debtor's Full-Time Employees (current):          0

Debtor's Full-Time Employees (as of date of order for relief):          1

## Supporting Documentation (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒ Statement of cash receipts and disbursements
☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒ Statement of operations (profit or loss statement)
☐ Accounts receivable aging
☐ Postpetition liabilities aging
☐ Statement of capital assets
☐ Schedule of payments to professionals
☐ Schedule of payments to insiders
☒ All bank statements and bank reconciliations for the reporting period
☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/ Michael Carmel
Signature of Responsible Party

11/21/2025
Date

Michael W. Carmel, Esq.
Printed Name of Responsible Party

80 E. Columbus Avenue
Phoenix, Arizona 85012
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-MOR (12/01/2021)                                1

Debtor's Name NuMale New Mexico SC

Case No. 25-10347

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $20,681 | |
| b. Total receipts (net of transfers between accounts) | $0 | $205,482 |
| c. Total disbursements (net of transfers between accounts) | $20,681 | $180,525 |
| d. Cash balance end of month (a+b-c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $20,681 | $180,525 |

| Part 2: Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ○    Market ○    Other ◉    (attach explanation)) | $0 |
| d. Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $38,233 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $0 | |
| c. Gross profit (a-b) | $38,233 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $4,836 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $33,397 | $135,681 |

UST Form 11-MOR (12/01/2021)                    2

Debtor's Name  NuMale New Mexico SC                                            Case No.  25-10347

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

UST Form 11-MOR (12/01/2021)                                   3

Debtor's Name NuMale New Mexico SC                              Case No. 25-10347

| | | | | | | |
|---|---|---|---|---|---|---|
| xxxvii | | | | | | |
| xxxvii | | | | | | |
| xxxix | | | | | | |
| xl | | | | | | |
| xli | | | | | | |
| xlii | | | | | | |
| xliii | | | | | | |
| xliv | | | | | | |
| xlv | | | | | | |
| xlvi | | | | | | |
| xlvii | | | | | | |
| xlviii | | | | | | |
| xlix | | | | | | |
| l | | | | | | |
| li | | | | | | |
| lii | | | | | | |
| liii | | | | | | |
| liv | | | | | | |
| lv | | | | | | |
| lvi | | | | | | |
| lvii | | | | | | |
| lviii | | | | | | |
| lix | | | | | | |
| lx | | | | | | |
| lxi | | | | | | |
| lxii | | | | | | |
| lxiii | | | | | | |
| lxiv | | | | | | |
| lxv | | | | | | |
| lxvi | | | | | | |
| lxvii | | | | | | |
| lxviii | | | | | | |
| lxix | | | | | | |
| lxx | | | | | | |
| lxxi | | | | | | |
| lxxii | | | | | | |
| lxxiii | | | | | | |
| lxxiv | | | | | | |
| lxxv | | | | | | |
| lxxvi | | | | | | |
| lxxvii | | | | | | |
| lxxviii | | | | | | |

Debtor's Name NuMale New Mexico SC          Case No. 25-10347

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |

UST Form 11-MOR (12/01/2021)          5

Debtor's Name NuMale New Mexico SC                                        Case No. 25-10347

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name NuMale New Mexico SC                                    Case No. 25-10347

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name NuMale New Mexico SC                                    Case No. 25-10347

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $1,357 | $10,514 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

| | | |
|---|---|---|
| a. | Were any payments made on prepetition debt?  (if yes, see Instructions) | Yes ○  No ◉ |
| b. | Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions) | Yes ○  No ◉ |
| c. | Were any payments made to or on behalf of insiders? | Yes ○  No ◉ |
| d. | Are you current on postpetition tax return filings? | Yes ◉  No ○ |
| e. | Are you current on postpetition estimated tax payments? | Yes ◉  No ○ |
| f. | Were all trust fund taxes remitted on a current basis? | Yes ◉  No ○ |
| g. | Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions) | Yes ○  No ◉ |
| h. | Were all payments made to or on behalf of professionals approved by the court? | Yes ○  No ○  N/A ◉ |
| i. | Do you have:        Worker's compensation insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| | Casualty/property insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| | General liability insurance? | Yes ◉  No ○ |
| | If yes, are your premiums current? | Yes ◉  No ○  N/A ○  (if no, see Instructions) |
| j. | Has a plan of reorganization been filed with the court? | Yes ◉  No ○ |
| k. | Has a disclosure statement been filed with the court? | Yes ◉  No ○ |
| l. | Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930? | Yes ◉  No ○ |

Debtor's Name  NuMale New Mexico SC                                          Case No.  25-10347

| **Part 8: Individual Chapter 11 Debtors (Only)** | |
|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6). The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith. This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/  Michael Carmel                                          Michael W. Carmel, Esq.
_____                            _____
Signature of Responsible Party                              Printed Name of Responsible Party

Chapter 11 Trustee                                          11/21/2025
_____                            _____
Title                                                       Date

Debtor's Name NuMale New Mexico SC

Case No. 25-10347



PageOnePartOne



PageOnePartTwo



PageTwoPartOne



PageTwoPartTwo

Debtor's Name NuMale New Mexico SC                                    Case No. 25-10347



Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name  NuMale New Mexico SC                                        Case No.  25-10347



PageThree



PageFour

**NuMale New Mexico SC**

**Balance Sheet by Class**

As of October 24, 2025

6:07 PM

11/20/2025

Accrual Basis

|  | DR - New Mexico, SC |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10455 · Chase - DR x5253 | 0.00 |
| 10500 · Cash Drawer | 0.00 |
| **Total Checking/Savings** | 0.00 |
| **Accounts Receivable** | |
| 11000 · Accounts Receivable | 0.00 |
| **Total Accounts Receivable** | 0.00 |
| **Other Current Assets** | |
| 11123 · Zue from Zenoti | 0.00 |
| 11500 · AR NMNM Mngt Fee | 0.00 |
| 12205 · Prepaid Expenses | |
| 12210 · Prepaid Rent | 0.00 |
| **Total 12205 · Prepaid Expenses** | 0.00 |
| **Total Other Current Assets** | 0.00 |
| **Total Current Assets** | 0.00 |
| **Fixed Assets** | |
| 15000 · Furniture and Equipment | 0.00 |
| 15900 · Leasehold Improvements | 0.00 |
| 16100 · Medical Equipment | 0.00 |
| 17000 · Accumulated Depreciation | 0.00 |
| **Total Fixed Assets** | 0.00 |
| **Other Assets** | |
| 12500 · Due from NuMale Clinics | |
| 12532 · Due from Charlotte | 0.00 |
| 12515 · Due from Denver | 0.00 |
| 12510 · Due from Milwaukee | 0.00 |
| 12501 · Due from NM Corp | 0.00 |
| **Total 12500 · Due from NuMale Clinics** | 0.00 |
| **Total Other Assets** | 0.00 |
| **TOTAL ASSETS** | **0.00** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 0.00 |
| **Total Accounts Payable** | 0.00 |
| **Other Current Liabilities** | |
| 23499 · Due to Clinics | |
| 23505 · Due to NuMale Colorado | 0.00 |
| 23518 · Due to Skokie | 0.00 |

**NuMale New Mexico SC**

**6:07 PM**

# Balance Sheet by Class

**11/20/2025**

**As of October 24, 2025**

**Accrual Basis**

| | DR - New Mexico, SC |
|---|---|
| **Total 23499 · Due to Clinics** | 0.00 |
| **Total Other Current Liabilities** | 0.00 |
| **Total Current Liabilities** | 0.00 |
| **Total Liabilities** | 0.00 |
| **Equity** | |
| **30050 · Capital Stock** | 100.00 |
| **30100 · Equity - Dr. Feliciano** | |
| **30105 · Equity - Dr. Feliciano** | (861.11) |
| **Total 30100 · Equity - Dr. Feliciano** | (861.11) |
| **30200 · Equity - Numale Corporation** | |
| **30205 · Equity - NMC** | (146,627.04) |
| **Total 30200 · Equity - Numale Corporation** | (146,627.04) |
| **32000 · Retained Earnings** | 12,429.78 |
| **Net Income** | 134,958.37 |
| **Total Equity** | 0.00 |
| **TOTAL LIABILITIES & EQUITY** | 0.00 |

**NuMale New Mexico SC**

# Profit & Loss

**October 24, 2025**

10:23 AM

11/17/2025

**Accrual Basis**

Oct 1-24, 2025

| | Oct 1-24, 2025 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **40000 · Clinical Patient Income** | |
| **41000 · NuMale Medical Center** | |
| **41100 · E.D.** | 5,400.00 |
| **41200 · TRT** | 29,180.00 |
| **41800 · Office Visits** | 158.00 |
| **41990 · Meds,Supplies,Misc Procedures** | 405.00 |
| **41998 · Shipping Income** | 90.00 |
| **Total 41000 · NuMale Medical Center** | 35,233.00 |
| **42000 · NuFemme Rejuvenation** | |
| **42005 · BHRT** | 3,000.00 |
| **Total 42000 · NuFemme Rejuvenation** | 3,000.00 |
| **Total 40000 · Clinical Patient Income** | 38,233.00 |
| **Total Income** | 38,233.00 |
| **Gross Profit** | 38,233.00 |
| **Expense** | |
| **63300 · Insurance Expense** | 286.65 |
| **64900 · Office Expense** | 122.66 |
| **67100 · Rent/CAM Expense** | 4,426.30 |
| **Total Expense** | 4,835.61 |
| **Net Ordinary Income** | 33,397.39 |
| **Net Income** | 33,397.39 |

**NuMale New Mexico SC**  
**Account QuickReport**  
As of October 31, 2025

6:13 PM  
11/20/2025  
Accrual Basis

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|------|------|-----|------|------|-------|--------|---------|
| **10455 · Chase - DR x5253** | | | | | | | **20,681.32** |
| Check | 10/01/2025 | | AnazaoHealth | | | 335.38 | 20,345.94 |
| Check | 10/01/2025 | | Facebook | | | 500.00 | 19,845.94 |
| Check | 10/01/2025 | | Numale Corporation | ransaction#: 26424201181 | | 15,000.00 | 4,845.94 |
| Check | 10/02/2025 | | Carie Boyd's Prescription Shop | | | 400.00 | 4,445.94 |
| Check | 10/02/2025 | | Wells Pharmacy Network LLC | | | 873.40 | 3,572.54 |
| Check | 10/03/2025 | | Staples Online | | | 122.66 | 3,449.88 |
| Check | 10/06/2025 | | | | | 798.07 | 2,651.81 |
| Check | 10/06/2025 | | AnazaoHealth | | | 22.20 | 2,629.61 |
| Check | 10/06/2025 | | Olympia Pharmacy | | | 440.60 | 2,189.01 |
| Check | 10/06/2025 | | Facebook | | | 900.00 | 1,289.01 |
| Check | 10/06/2025 | | Facebook | | | 71.45 | 1,217.56 |
| Check | 10/06/2025 | | Facebook | | | 142.90 | 1,074.66 |
| Check | 10/09/2025 | | Olympia Pharmacy | | | 125.50 | 949.16 |
| General Journal | 10/09/2025 | | Wells Pharmacy Network LLC | | | 97.95 | 851.21 |
| General Journal | 10/10/2025 | | AnazaoHealth | | | 20.00 | 831.21 |
| General Journal | 10/14/2025 | | Olympia Pharmacy | | | 430.40 | 400.81 |
| General Journal | 10/14/2025 | | RepeatMD | | | 321.80 | 79.01 |
| Check | 10/30/2025 | | | ransaction#: 26773744894 | | 79.01 | 0.00 |
| Total 10455 · Chase - DR x5253 | | | | | 0.00 | 20,681.32 | 0.00 |
| **TOTAL** | | | | | **0.00** | **20,681.32** | **0.00** |

## NuMale New Mexico SC
# Reconciliation Summary
### 10455 · Chase - DR x5253, Period Ending 10

10:05 AM
11/17/2025

|  | Oct 31, 25 |
|---|---|
| Beginning Balance | 20,681.32 |
| **Cleared Transactions** | |
| **Checks and Payments - 18 items** | (20,681.32) |
| **Total Cleared Transactions** | (20,681.32) |
| **Cleared Balance** | **0.00** |

# NuMale New Mexico SC
# Reconciliation Detail

10:05 AM

11/17/2025

### 10455 · Chase - DR x5253, Period Ending 10/31/2025

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | **20,681.32** |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 18 items** | | | | | | |
| Check | 10/01/2025 | | Numale Corporation | √ | (15,000.00) | (15,000.00) |
| Check | 10/01/2025 | | Facebook | √ | (500.00) | (15,500.00) |
| Check | 10/01/2025 | | AnazaoHealth | √ | (335.38) | (15,835.38) |
| Check | 10/02/2025 | | Wells Pharmacy Network LLC | √ | (873.40) | (16,708.78) |
| Check | 10/02/2025 | | Carie Boyd's Prescription Shop | √ | (400.00) | (17,108.78) |
| Check | 10/03/2025 | | Staples Online | √ | (122.66) | (17,231.44) |
| Check | 10/06/2025 | | Facebook | √ | (900.00) | (18,131.44) |
| Check | 10/06/2025 | | | √ | (798.07) | (18,929.51) |
| Check | 10/06/2025 | | Olympia Pharmacy | √ | (440.60) | (19,370.11) |
| Check | 10/06/2025 | | Facebook | √ | (142.90) | (19,513.01) |
| Check | 10/06/2025 | | Facebook | √ | (71.45) | (19,584.46) |
| Check | 10/06/2025 | | AnazaoHealth | √ | (22.20) | (19,606.66) |
| Check | 10/09/2025 | | Olympia Pharmacy | √ | (125.50) | (19,732.16) |
| General Journal | 10/09/2025 | | Wells Pharmacy Network LLC | √ | (97.95) | (19,830.11) |
| General Journal | 10/10/2025 | | AnazaoHealth | √ | (20.00) | (19,850.11) |
| General Journal | 10/14/2025 | | Olympia Pharmacy | √ | (430.40) | (20,280.51) |
| General Journal | 10/14/2025 | | RepeatMD | √ | (321.80) | (20,602.31) |
| Check | 10/30/2025 | | | √ | (79.01) | (20,681.32) |
| Total Checks and Payments | | | | | (20,681.32) | (20,681.32) |
| Total Cleared Transactions | | | | | (20,681.32) | (20,681.32) |
| Cleared Balance | | | | | (20,681.32) | 0.00 |



**CHASE ○**

JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2025 through October 31, 2025
Account Number:                    5253

---

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00350951 DRE 703 219 30525 NNNNNNNNNNN  1 000000000 64 0000
NUMALE NEW MEXICO, S.C.
DEBTOR-IN-POSSESSION CASE NO 25-10347
5786 STONEHEATH AVE
LAS VEGAS NV 89139-7523

## IMPORTANT UPDATE: Some fees are changing on business account(s) effective January 1, 2026

Beginning **January 1,** applicable fees will change on your account, and will be reflected on your statement for January.

- **Chase Performance Business Checking® and Chase Performance Business Checking® with Interest:**
  - **Monthly Service Fee** will increase from $30 to $40. To learn more about ways to waive this fee please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Business Complete Checking®, Platinum Checking<sup>SM</sup>, Business Total Savings<sup>SM</sup> and Premier Savings<sup>SM</sup>:**
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Chase Analysis Business Checking® and Chase Analysis Business Checking with Interest®:**
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

For more information about fees related to your Chase business account, please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.

We're here to help. If you have any questions, please call the number on this statement.

---

| **CHECKING SUMMARY** | Chase Platinum Business Checking | |
|---|---|---|
| | **INSTANCES** | **AMOUNT** |
| **Beginning Balance** | | **$20,681.32** |
| ATM & Debit Card Withdrawals | 14 | -4,482.44 |
| Electronic Withdrawals | 4 | -16,198.88 |
| **Ending Balance** | **18** | **$0.00** |



October 01, 2025 through October 31, 2025
Account Number:                    5253

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 10/01 | Card Purchase | 09/30 Anazaohealth 800-9954363 FL Card 3290 | $335.38 |
| 10/01 | Recurring Card Purchase 10/01 Facebk *Rl6Wny4482 650-5434800 De Card 3290 | | 500.00 |
| 10/02 | Card Purchase | 10/01 Carie Boyds Prescripti 817-2829376 TX Card 3290 | 400.00 |
| 10/02 | Card Purchase | 10/01 Wells Pharmacy Network 866-5062174 FL Card 3290 | 873.40 |
| 10/03 | Card Purchase | 10/02 Stapls7665945688000001 877-8267755 NJ Card 3290 | 122.66 |
| 10/06 | Card Purchase | 10/03 Anazaohealth 800-9954363 FL Card 3290 | 22.20 |
| 10/06 | Card Purchase | 10/03 Olympia Pharmaceutica 407-267-6468 FL Card 3290 | 440.60 |
| 10/06 | Card Purchase | 10/04 Facebk *Hyvnpyq482 650-5434800 CA Card 3290 | 900.00 |
| 10/06 | Card Purchase | 10/05 Facebk *Pugs6Zg482 650-543-7818 CA Card 3290 | 71.45 |
| 10/06 | Card Purchase | 10/06 Facebk *Aglmyyy482 650-5434800 CA Card 3290 | 142.90 |
| 10/09 | Card Purchase | 10/07 Olympia Pharmaceutica 407-267-6468 FL Card 3290 | 125.50 |
| 10/09 | Card Purchase | 10/08 Wells Pharmacy Network 866-5062174 FL Card 3290 | 97.95 |
| 10/10 | Card Purchase | 10/09 Anazaohealth 800-9954363 FL Card 3290 | 20.00 |
| 10/14 | Card Purchase | 10/13 Olympia Pharmaceutica 407-267-6468 FL Card 3290 | 430.40 |

**Total ATM & Debit Card Withdrawals**     **$4,482.44**

## ATM & DEBIT CARD SUMMARY

Justin Reid Pulliam  Card 3290

| | |
|--|--|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4,482.44 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|--|--|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $4,482.44 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/01 | 10/01 Online Transfer To Chk ...9865 Transaction#: 26424201181 | $15,000.00 |
| 10/06 | Orig CO Name:Pnm Ez-Pay     Orig ID:0000007041 Desc Date:251006 CO Entry Descr:Utility  Sec:Web  Trace#:021000027882250 Eed:251006  Ind ID:0190369 Ind Name:Numale Albuquerque 888-342-5766 Trn: 2797882250Tc | 798.07 |
| 10/14 | Orig CO Name:Repeatmd     Orig ID:4270465600 Desc Date:   CO Entry Descr:Repeatmd  Sec:Web   Trace#:111000023798440 Eed:251014  Ind ID:St-E2C6D3K9T7C1    Ind Name:Justin Pulliam Trn: 2873798440Tc | 321.80 |
| 10/30 | 10/30 Online Transfer To Chk ...3731 Transaction#: 26773744894 | 79.01 |

**Total Electronic Withdrawals**     **$16,198.88**



October 01, 2025 through October 31, 2025
Account Number: **5253**

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|------|--------|
| 10/01 | $4,845.94 |
| 10/02 | 3,572.54 |
| 10/03 | 3,449.88 |
| 10/06 | 1,074.66 |
| 10/09 | 851.21 |
| 10/10 | 831.21 |
| 10/14 | 79.01 |
| 10/30 | 0.00 |



## SERVICE CHARGE SUMMARY

| | |
|------|--------|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS**: Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



October 01, 2025 through October 31, 2025

Account Number: 5253

This Page Intentionally Left Blank