# UNITED STATES BANKRUPTCY COURT

DISTRICT OF ___Nevada___

_____

| In Re. NuMale Nebraska LLC | § | Case No. 25-10346 |
| _____ | § | |
| Debtor(s) | § | Lead Case No. 25-10341 |
| | § | ☒ Jointly Administered |

## Monthly Operating Report                                    Chapter 11

Reporting Period Ended: 10/24/2025                    Petition Date: 01/22/2025

Months Pending: 9                    Industry Classification: | 6 | 2 | 1 | 4 |

Reporting Method:            Accrual Basis  ◉            Cash Basis  ○

Debtor's Full-Time Employees (current):            0

Debtor's Full-Time Employees (as of date of order for relief):            2

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

- ☒ Statement of cash receipts and disbursements
- ☒ Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
- ☒ Statement of operations (profit or loss statement)
- ☐ Accounts receivable aging
- ☐ Postpetition liabilities aging
- ☐ Statement of capital assets
- ☐ Schedule of payments to professionals
- ☐ Schedule of payments to insiders
- ☒ All bank statements and bank reconciliations for the reporting period
- ☐ Description of the assets sold or transferred and the terms of the sale or transfer

/s/  Michael Carmel
_____
Signature of Responsible Party

11/21/2025
_____
Date

Michael W. Carmel, Esq.
_____
Printed Name of Responsible Party

80 E. Columbus Avenue
Phoenix, Arizona 85012
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

Debtor's Name NuMale Nebraska LLC

Case No. 25-10346

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $24,771 | |
| b. Total receipts (net of transfers between accounts) | $9,502 | $673,048 |
| c. Total disbursements (net of transfers between accounts) | $34,272 | $696,226 |
| d. Cash balance end of month (a+b-c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $34,272 | $696,226 |

| Part 2: Asset and Liability Status<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ◯   Market ◯   Other ◉   (attach explanation)) | $0 |
| d Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3: Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4: Income Statement (Statement of Operations)<br>(Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $39,140 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $6,762 | |
| c. Gross profit (a-b) | $32,378 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $2,926 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $29,452 | $164,511 |

Debtor's Name NuMale Nebraska LLC                                    Case No. 25-10346

| Part 5: Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy) *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | | | | | | |
| ii | | | | | | |
| iii | | | | | | |
| iv | | | | | | |
| v | | | | | | |
| vi | | | | | | |
| vii | | | | | | |
| viii | | | | | | |
| ix | | | | | | |
| x | | | | | | |
| xi | | | | | | |
| xii | | | | | | |
| xiii | | | | | | |
| xiv | | | | | | |
| xv | | | | | | |
| xvi | | | | | | |
| xvii | | | | | | |
| xviii | | | | | | |
| xix | | | | | | |
| xx | | | | | | |
| xxi | | | | | | |
| xxii | | | | | | |
| xxiii | | | | | | |
| xxiv | | | | | | |
| xxv | | | | | | |
| xxvi | | | | | | |
| xxvii | | | | | | |
| xxviii | | | | | | |
| xxix | | | | | | |
| xxx | | | | | | |
| xxxi | | | | | | |
| xxxii | | | | | | |
| xxxiii | | | | | | |
| xxxiv | | | | | | |
| xxxv | | | | | | |
| xxxvi | | | | | | |

Debtor's Name NuMale Nebraska LLC                                      Case No.  25-10346

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name NuMale Nebraska LLC                                              Case No.  25-10346

| | | | | | | |
|---|---|---|---|---|---|---|
| lxxix | | | | | | |
| lxxx | | | | | | |
| lxxxi | | | | | | |
| lxxxii | | | | | | |
| lxxxiii | | | | | | |
| lxxxiv | | | | | | |
| lxxxv | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxvi | | | | | | |
| lxxxix | | | | | | |
| xc | | | | | | |
| xci | | | | | | |
| xcii | | | | | | |
| xciii | | | | | | |
| xciv | | | | | | |
| xcv | | | | | | |
| xcvi | | | | | | |
| xcvii | | | | | | |
| xcviii | | | | | | |
| xcix | | | | | | |
| c | | | | | | |
| ci | | | | | | |

| | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy)  *Aggregate Total* | | | | |
| | *Itemized Breakdown by Firm* | | | | |
| | Firm Name | Role | | | |
| i | | | | | |
| ii | | | | | |
| iii | | | | | |
| iv | | | | | |
| v | | | | | |
| vi | | | | | |
| vii | | | | | |
| viii | | | | | |
| ix | | | | | |
| x | | | | | |
| xi | | | | | |
| xii | | | | | |
| xiii | | | | | |
| xiv | | | | | |

Debtor's Name NuMale Nebraska LLC                                                    Case No. 25-10346

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name NuMale Nebraska LLC                                                     Case No. 25-10346

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

Debtor's Name  NuMale Nebraska LLC                                    Case No.  25-10346

| | | | | | | |
|---|---|---|---|---|---|---|
| | xcix | | | | | |
| | c | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a. | Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b. | Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c. | Postpetition employer payroll taxes accrued | $0 | $0 |
| d. | Postpetition employer payroll taxes paid | $0 | $11,350 |
| e. | Postpetition property taxes paid | $0 | $0 |
| f. | Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g. | Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a. Were any payments made on prepetition debt?  (if yes, see Instructions)  Yes ○  No ◉

b. Were any payments made outside the ordinary course of business without court approval?  (if yes, see Instructions)  Yes ○  No ◉

c. Were any payments made to or on behalf of insiders?  Yes ○  No ◉

d. Are you current on postpetition tax return filings?  Yes ◉  No ○

e. Are you current on postpetition estimated tax payments?  Yes ◉  No ○

f. Were all trust fund taxes remitted on a current basis?  Yes ◉  No ○

g. Was there any postpetition borrowing, other than trade credit? (if yes, see Instructions)  Yes ○  No ◉

h. Were all payments made to or on behalf of professionals approved by the court?  Yes ○  No ○  N/A ◉

i. Do you have:   Worker's compensation insurance?  Yes ◉  No ○

　　　　　　　　　If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

　　　　　　　Casualty/property insurance?  Yes ◉  No ○

　　　　　　　　　If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

　　　　　　　General liability insurance?  Yes ◉  No ○

　　　　　　　　　If yes, are your premiums current?  Yes ◉  No ○  N/A ○  (if no, see Instructions)

j. Has a plan of reorganization been filed with the court?  Yes ○  No ◉

k. Has a disclosure statement been filed with the court?  Yes ○  No ◉

l. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?  Yes ◉  No ○

Debtor's Name  NuMale Nebraska LLC                                    Case No.  25-10346

## Part 8: Individual Chapter 11 Debtors (Only)

| | | |
|---|---|---|
| a. | Gross income (receipts) from salary and wages | $0 |
| b. | Gross income (receipts) from self-employment | $0 |
| c. | Gross income from all other sources | $0 |
| d. | Total income in the reporting period (a+b+c) | $0 |
| e. | Payroll deductions | $0 |
| f. | Self-employment related expenses | $0 |
| g. | Living expenses | $0 |
| h. | All other expenses | $0 |
| i. | Total expenses in the reporting period (e+f+g+h) | $0 |
| j. | Difference between total income and total expenses (d-i) | $0 |
| k. | List the total amount of all postpetition debts that are past due | $0 |
| l. | Are you required to pay any Domestic Support Obligations as defined by 11 U.S.C § 101(14A)? | Yes ○  No ● |
| m. | If yes, have you made all Domestic Support Obligation payments? | Yes ○  No ○  N/A ● |

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**<u>I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.</u>**

/s/  Michael Carmel
_____                    Michael W. Carmel, Esq.
_____
Signature of Responsible Party                       Printed Name of Responsible Party

Chapter 11 Trustee                                   11/21/2025
_____                    _____
Title                                                Date

Debtor's Name  NuMale Nebraska LLC

Case No.  25-10346



PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name NuMale Nebraska LLC                                    Case No. 25-10346

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name NuMale Nebraska LLC

Case No. 25-10346



PageThree



PageFour

**NuMale Nebraska LLC**
**Balance Sheet by Class**
**As of October 24, 2025**

3:26 PM

11/20/2025

Accrual Basis

|  | Total Dr - Nebraska |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · FBFC Ckg Omaha Clinic 7425 | 0.00 |
| 10100 · FBFC Ckg NE Dr 7408 | 0.00 |
| 10210 · CSC - FL TB | 0.00 |
| 10320 · NuFemme Nebraska (dr) x5840 | 0.00 |
| 10325 · Fortifi Bank -NM Clinic 4523264 | 0.00 |
| 10350 · Fortifi Bank - NM Dr 4569628 | 0.00 |
| 10455 · Chase Bank - DR x8977 | 0.00 |
| 10456 · Chase Bank - Clinic x8700 | 0.00 |
| 10400 · Wells Fargo NMC x5680 | 0.00 |
| 10200 · First National Bank of Omaha | 0.00 |
| 10500 · Cash Drawer - NuMale | 0.00 |
| 10501 · Cash Drawer - NuFemme | 0.00 |
| 10700 · Specialized Financing | 0.00 |
| 10999 · Clearing Account | 0.00 |
| **Total Checking/Savings** | 0.00 |
| **Accounts Receivable** | |
| 11000 · Accounts Receivable | 0.00 |
| **Total Accounts Receivable** | 0.00 |
| **Other Current Assets** | |
| 11250 · Due from NuMale Corporate | 0.00 |
| 12000 · Undeposited Funds | 0.00 |
| 12205 · Prepaid Expenses | |
| 12220 · Prepaid Insurance | 0.00 |
| Total 12205 · Prepaid Expenses | 0.00 |
| 12215 · ERC Receivable | 0.00 |
| 12300 · Bank Deposit Clearing Accounts | |
| 12376 · Premier - First Mutual | 0.00 |
| 12310 · Credit Card Clearing Accounts | 0.00 |
| 12330 · Cash/Check Clearing Account | 0.00 |
| 12350 · Whitebridge Financing | 0.00 |
| 12360 · Challenged Financing | 0.00 |
| 12375 · Health Credit Services - CSC | 0.00 |
| 12390 · Merchant Chargebacks Pending | 0.00 |
| 12395 · Financing Loan Defaults Pending | 0.00 |
| Total 12300 · Bank Deposit Clearing Accounts | 0.00 |
| **Total Other Current Assets** | 0.00 |
| **Total Current Assets** | 0.00 |
| **Fixed Assets** | |

**NuMale Nebraska LLC**
**Balance Sheet by Class**
As of October 24, 2025

3:26 PM

11/20/2025

Accrual Basis

| | Total Dr - Nebraska |
|---|---|
| **15100 · NuMale** | |
| **15110 · Furniture & Equipment** | 0.00 |
| **15120 · Medical Equipment** | 0.00 |
| **15140 · Leasehold Improvements** | 0.00 |
| **15190 · Accumulated Depreciation** | 0.00 |
| **Total 15100 · NuMale** | 0.00 |
| **15200 · NuFemme** | |
| **15210 · Furniture & Equipment** | 0.00 |
| **15220 · Medical Equipment** | 0.00 |
| **15290 · Accumulated Depreciation** | 0.00 |
| **Total 15200 · NuFemme** | 0.00 |
| **18000 · Organizational Costs** | 0.00 |
| **18500 · Accumulated Amortization** | 0.00 |
| **Total Fixed Assets** | 0.00 |
| **Other Assets** | |
| **12508 · Due from NuMale Omaha** | 0.00 |
| **12500 · Due from NuMale Entities** | |
| **12501 · Due from ABQ** | 0.00 |
| **12510 · Due from Skokie** | 0.00 |
| **Total 12500 · Due from NuMale Entities** | 0.00 |
| **18700 · Security Deposits Asset** | 0.00 |
| **Total Other Assets** | 0.00 |
| **TOTAL ASSETS** | **0.00** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| **20000 · Accounts Payable** | 0.00 |
| **Total Accounts Payable** | 0.00 |
| **Other Current Liabilities** | |
| **24000 · Payroll Liabilities** | 0.00 |
| **24001 · Benefits Deductions Payable** | 0.00 |
| **23599 · Due to NuMale Nebraska** | 0.00 |
| **23499 · Due to NuMale Entities** | |
| **23510 · Due to NM Corporation** | 0.00 |
| **23512 · Due to NuMedical SC NuMale** | 0.00 |
| **23507 · Due to Nevada NuMale LLC** | 0.00 |
| **23511 · Due to Feliciano NuMale Nevada** | 0.00 |
| **Total 23499 · Due to NuMale Entities** | 0.00 |
| **Total Other Current Liabilities** | 0.00 |
| **Total Current Liabilities** | 0.00 |

**NuMale Nebraska LLC**
**Balance Sheet by Class**
As of October 24, 2025

3:26 PM
11/20/2025
Accrual Basis

|  | Total Dr - Nebraska |
|---|---|
| **Total Liabilities** | 0.00 |
| **Equity** |  |
| 30000 · Opening Balance Equity | (5,000.00) |
| 30050 · Capital Stock | 0.00 |
| 30100 · Equity - C.S. |  |
| 30105 · Equity | 0.00 |
| 30110 · Draws | 0.00 |
| Total 30100 · Equity - C.S. | 0.00 |
| 30200 · Equity - Numale Corporation |  |
| 30205 · Equity | (4,702,411.44) |
| 30210 · NMC Draws | 0.00 |
| Total 30200 · Equity - Numale Corporation | (4,702,411.44) |
| 30300 · Equity - Dr. |  |
| 30305 · Equity | (5,038.51) |
| Total 30300 · Equity - Dr. | (5,038.51) |
| 31000 · Additional Paid-in Capital | 0.00 |
| 32000 · Retained Earnings | 4,507,296.93 |
| Net Income | 157,514.24 |
| **Total Equity** | (47,638.78) |
| **TOTAL LIABILITIES & EQUITY** | (47,638.78) |

**NuMale Nebraska LLC**

# Profit & Loss

**October 1 - 24, 2025**

5:45 PM

11/19/2025

Accrual Basis

|  | TOTAL |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **40000 · Clinical Patient Income** | |
| **41000 · NuMale Medical Center** | |
| **41100 · E.D.** | 7,900.00 |
| **41200 · TRT** | 20,200.00 |
| **41400 · Eros Procedure** | 400.00 |
| **41700 · Weight Loss Program** | 6,860.00 |
| **41990 · Meds, Supplies, Misc Procedures** | 780.00 |
| **Total 41000 · NuMale Medical Center** | 36,140.00 |
| **42000 · NuFemme Rejuvenation** | |
| **42005 · BHRT** | 3,000.00 |
| **Total 42000 · NuFemme Rejuvenation** | 3,000.00 |
| **Total 40000 · Clinical Patient Income** | 39,140.00 |
| **Total Income** | 39,140.00 |
| **Cost of Goods Sold** | |
| **52100 · Medications** | 6,169.42 |
| **52250 · Pellet Expense** | 592.50 |
| **Total COGS** | 6,761.92 |
| **Gross Profit** | 32,378.08 |
| **Expense** | |
| **62200 · Credit Card Discount Fees** | (1,057.14) |
| **63300 · Insurance Expense** | 377.41 |
| **64450 · Medical Subscriptions & Svcs** | (2,601.00) |
| **64900 · Office Expense** | 536.03 |
| **66000 · Payroll Expenses** | |
| **66070 · Payroll Processing Fees** | 137.53 |
| **Total 66000 · Payroll Expenses** | 137.53 |
| **66500 · Postage and Delivery** | 25.13 |
| **67100 · Rent/CAM Expense** | 5,508.41 |
| **Total Expense** | 2,926.37 |
| **Net Ordinary Income** | 29,451.71 |
| **Net Income** | **29,451.71** |

**NuMale Nebraska LLC**
**Account QuickReport**
As of October 31, 2025

3:47 PM
11/20/2025
Accrual Basis

| Type | Date | Num | Name | Memo | | Split | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **10455 · Chase Bank - DR x8977** | | | | | | | | | 24,770.70 |
| Check | 10/01/2025 | | Olympia Pharmacy | 68 FL | 09/30 | 52100 · Medications | | 48.00 | 24,722.70 |
| Check | 10/01/2025 | | Olympia Pharmacy | 68 FL | 09/30 | 52100 · Medications | | 48.00 | 24,674.70 |
| Check | 10/01/2025 | | Olympia Pharmacy | 68 FL | 09/30 | 52100 · Medications | | 295.00 | 24,379.70 |
| Check | 10/01/2025 | | Olympia Pharmacy | 68 FL | 09/30 | 52100 · Medications | | 295.00 | 24,084.70 |
| Check | 10/01/2025 | | Olympia Pharmacy | 68 FL | 09/30 | 52100 · Medications | | 295.00 | 23,789.70 |
| Check | 10/01/2025 | | Olympia Pharmacy | 68 FL | 09/30 | 52100 · Medications | | 295.00 | 23,494.70 |
| Check | 10/01/2025 | | Olympia Pharmacy | 68 FL | 09/30 | 52100 · Medications | | 1,063.60 | 22,431.10 |
| Check | 10/01/2025 | | Numale Corporation | ransaction#: 26424234127 | | 23510 · Due to NM Corporation | | 15,000.00 | 7,431.10 |
| Check | 10/01/2025 | | Olympia Pharmacy | | | 52100 · Medications | | 48.00 | 7,383.10 |
| Check | 10/01/2025 | | Olympia Pharmacy | | | 52100 · Medications | | 295.00 | 7,088.10 |
| Check | 10/01/2025 | | Olympia Pharmacy | | | 52100 · Medications | | 48.00 | 7,040.10 |
| Check | 10/01/2025 | | Olympia Pharmacy | | | 52100 · Medications | | 295.00 | 6,745.10 |
| Check | 10/02/2025 | | Summit Media | 10/01 | | 12508 · Due from NuMale Omaha | | 1,851.00 | 4,894.10 |
| Check | 10/02/2025 | | Carie Boyd's Prescription Shop | 76 TX | 10/01 | 64450 · Medical Subscriptions & Svcs | | 2,000.00 | 2,894.10 |
| Check | 10/02/2025 | | Facebook | A | 10/02 | 12508 · Due from NuMale Omaha | | 404.98 | 2,489.12 |
| Check | 10/02/2025 | | USPS | DC | 10/01 | 66500 · Postage and Delivery | | 10.08 | 2,479.04 |
| Check | 10/02/2025 | | Wells Pharmacy Network LLC | 74 FL | 10/01 | 20000 · Accounts Payable | | 143.90 | 2,335.14 |
| Check | 10/03/2025 | | Facebook | A | 10/03 | 12508 · Due from NuMale Omaha | | 900.00 | 1,435.14 |
| Check | 10/03/2025 | | Staples Online | 55 NJ | 10/02 | 64900 · Office Expense | | 183.70 | 1,251.44 |
| Deposit | 10/06/2025 | | Finix Credit Card Fees | ORIG ID:1043575881 DESC DATE:251 | | 62200 · Credit Card Discount Fees | 1,077.95 | | 2,329.39 |
| Check | 10/06/2025 | | Facebook | A | 10/04 | 12508 · Due from NuMale Omaha | | 56.42 | 2,272.97 |
| Check | 10/06/2025 | | Facebook | CA | 10/05 | 12508 · Due from NuMale Omaha | | 87.94 | 2,185.03 |
| Check | 10/06/2025 | | Facebook | A | 10/06 | 12508 · Due from NuMale Omaha | | 175.88 | 2,009.15 |
| Check | 10/06/2025 | | USPS | DC | 10/03 | 66500 · Postage and Delivery | | 5.19 | 2,003.96 |
| Check | 10/06/2025 | | Wells Pharmacy Network LLC | 74 FL | 10/03 | 20000 · Accounts Payable | | 130.95 | 1,873.01 |
| Check | 10/06/2025 | | Olympia Pharmacy | 68 FL | 10/03 | 52100 · Medications | | 700.66 | 1,172.35 |
| Check | 10/06/2025 | | Olympia Pharmacy | 68 FL | 10/03 | 52100 · Medications | | 137.50 | 1,034.85 |
| Check | 10/06/2025 | | Olympia Pharmacy | 68 FL | 10/03 | 52100 · Medications | | 48.00 | 986.85 |
| Check | 10/06/2025 | | Olympia Pharmacy | 68 FL | 10/03 | 52100 · Medications | | 259.00 | 727.85 |
| Check | 10/06/2025 | | Olympia Pharmacy | 68 FL | 10/03 | 52100 · Medications | | 48.00 | 679.85 |
| Check | 10/06/2025 | | Olympia Pharmacy | 68 FL | 10/03 | 52100 · Medications | | 81.00 | 598.85 |
| Check | 10/06/2025 | | Finix Credit Card Fees | ORIG ID:1043575881 DESC DATE:251 | | 62200 · Credit Card Discount Fees | | 20.81 | 578.04 |
| Check | 10/07/2025 | | Olympia Pharmacy | 68 FL | 10/06 | 52100 · Medications | | 88.70 | 489.34 |
| Deposit | 10/08/2025 | | | transaction#: 26516406530 | | 23510 · Due to NM Corporation | 700.00 | | 1,189.34 |
| Check | 10/08/2025 | | Olympia Pharmacy | 68 FL | 10/07 | 52100 · Medications | | 48.00 | 1,141.34 |
| Deposit | 10/09/2025 | | | transaction#: 26529543447 | | 23510 · Due to NM Corporation | 1,023.65 | | 2,164.99 |
| Check | 10/09/2025 | | Staples Online | 55 NJ | 10/08 | 64900 · Office Expense | | 309.38 | 1,855.61 |
| Check | 10/09/2025 | | Wells Pharmacy Network LLC | 74 FL | 10/08 | 20000 · Accounts Payable | | 117.45 | 1,738.16 |
| Check | 10/09/2025 | | Wells Pharmacy Network LLC | 74 FL | 10/08 | 20000 · Accounts Payable | | 165.90 | 1,572.26 |
| Check | 10/09/2025 | | Olympia Pharmacy | 68 FL | 10/08 | 52100 · Medications | | 128.00 | 1,444.26 |
| Deposit | 10/10/2025 | | RepeatMD | ORIG ID:4270465600 DESC DATE: | | 64450 · Medical Subscriptions & Svcs | 4,900.00 | | 6,344.26 |
| Check | 10/10/2025 | | USPS | DC | 10/09 | 66500 · Postage and Delivery | | 9.86 | 6,334.40 |
| Check | 10/14/2025 | | Olympia Pharmacy | 68 FL | 10/09 | 52100 · Medications | | 895.65 | 5,438.75 |
| Check | 10/14/2025 | | Staples Online | 55 NJ | 10/10 | 64900 · Office Expense | | 42.95 | 5,395.80 |
| Check | 10/14/2025 | | Qualgen LLC | 10/10 | | 52250 · Pellet Expense | | 592.50 | 4,803.30 |
| Check | 10/14/2025 | | Olympia Pharmacy | 68 FL | 10/13 | 52100 · Medications | | 78.06 | 4,725.24 |
| Check | 10/14/2025 | | Olympia Pharmacy | 68 FL | 10/13 | 52100 · Medications | | 48.00 | 4,677.24 |
| Check | 10/14/2025 | | Olympia Pharmacy | 68 FL | 10/13 | 52100 · Medications | | 48.00 | 4,629.24 |
| Check | 10/14/2025 | | RepeatMD | ORIG ID:1800948598 DESC DATE: | | 64450 · Medical Subscriptions & Svcs | | 299.00 | 4,330.24 |
| Check | 10/15/2025 | | Wells Pharmacy Network LLC | 74 FL | 10/14 | 20000 · Accounts Payable | | 184.95 | 4,145.29 |
| Check | 10/15/2025 | | Wells Pharmacy Network LLC | 74 FL | 10/14 | 20000 · Accounts Payable | | 378.65 | 3,766.64 |
| Check | 10/15/2025 | | Olympia Pharmacy | 68 FL | 10/14 | 52100 · Medications | | 48.00 | 3,718.64 |
| Deposit | 10/16/2025 | | Deposit | | | 10999 · Clearing Account | 1,800.00 | | 5,518.64 |
| Check | 10/16/2025 | | Olympia Pharmacy | 68 FL | 10/14 | 52100 · Medications | | 97.00 | 5,421.64 |
| Check | 10/16/2025 | | Olympia Pharmacy | 68 FL | 10/14 | 52100 · Medications | | 1,154.26 | 4,267.38 |
| Check | 10/16/2025 | | Olympia Pharmacy | 68 FL | 10/14 | 52100 · Medications | | 88.70 | 4,178.68 |
| Check | 10/17/2025 | | Olympia Pharmacy | 68 FL | 10/15 | 52100 · Medications | | 210.85 | 3,967.83 |
| Check | 10/17/2025 | | Olympia Pharmacy | 68 FL | 10/15 | 52100 · Medications | | 48.00 | 3,919.83 |
| Check | 10/17/2025 | | Olympia Pharmacy | 68 FL | 10/16 | 52100 · Medications | | 164.00 | 3,755.83 |
| Check | 10/20/2025 | ACH | GoToPremiumFinance | Memo:ORIG ID:8460496824 DESC DATE: | | 63300 · Insurance Expense | | 310.68 | 3,445.15 |
| Check | 10/20/2025 | ACH | GoToPremiumFinance | Memo:ORIG ID:8460496824 DESC DATE: | | 63300 · Insurance Expense | | 66.73 | 3,378.42 |

**NuMale Nebraska LLC**
**Account QuickReport**
As of October 31, 2025

| Type | Date | Num | Name | Memo | | Split | Debit | Credit | Balance |
|------|------|-----|------|------|------|-------|-------|--------|---------|
| Check | 10/20/2025 | | Paylocity - Billing | ORIG ID:1364227403 DESC DATE:251 | | 66070 · Payroll Processing Fees | | 137.53 | 3,240.89 |
| Check | 10/22/2025 | | | 013410 | 10/22 | 23510 · Due to NM Corporation | | 699.00 | 2,541.89 |
| Check | 10/23/2025 | | Wells Pharmacy Network LLC | 74 FL | 10/22 | 20000 · Accounts Payable | | 85.95 | 2,455.94 |
| Check | 10/23/2025 | | Wells Pharmacy Network LLC | 74 FL | 10/22 | 20000 · Accounts Payable | | 499.70 | 1,956.24 |
| Check | 10/23/2025 | | AnazaoHealth | 10/22 | | 52100 · Medications | | 74.84 | 1,881.40 |
| Check | 10/27/2025 | | Collaborating Docs | 13 VA | 10/23 | 56000 · Contracted Physicians | | 1,080.00 | 801.40 |
| Check | 10/27/2025 | | Staples Online | 55 NJ | 10/24 | 64900 · Office Expense | | 21.75 | 779.65 |
| Check | 10/28/2025 | | AnazaoHealth | 10/27 | | 52100 · Medications | | 267.24 | 512.41 |
| Check | 10/29/2025 | | | ransaction# 26757781760 | | 12508 · Due from NuMale Omaha | | 400.15 | 112.26 |
| Check | 10/30/2025 | | AnazaoHealth | 10/29 | | 52100 · Medications | | 112.26 | 0.00 |
| Total 10455 · Chase Bank - DR x8977 | | | | | | | 9,501.60 | 34,272.30 | 0.00 |
| **TOTAL** | | | | | | | **9,501.60** | **34,272.30** | **0.00** |

**NuMale Nebraska LLC**                                    5:34 PM
**Reconciliation Summary**                            11/19/2025
**10455 · Chase Bank - DR x8977, Period End**

|                                              | Oct 31, 25 |
|----------------------------------------------|-----------:|
| **Beginning Balance**                        |  22,520.70 |
| **Cleared Transactions**                     |            |
| **Checks and Payments - 67 items**           | (35,922.30)|
| **Deposits and Credits - 6 items**           |  13,401.60 |
| **Total Cleared Transactions**               | (22,520.70)|
| **Cleared Balance**                          |       0.00 |

**NuMale Nebraska LLC**                                                     5:37 PM

# Reconciliation Detail                                                    11/19/2025

### 10455 · Chase Bank - DR x8977, Period Ending 10/31/2025

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | **22,520.70** |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 67 items** | | | | | | |
| Bill Pmt -Check | 09/19/2025 | online | Plymouth Medical | √ | (1,650.00) | (1,650.00) |
| Check | 10/01/2025 | | Numale Corporation | √ | (15,000.00) | (16,650.00) |
| Check | 10/01/2025 | | Olympia Pharmacy | √ | (1,063.60) | (17,713.60) |
| Check | 10/01/2025 | | Olympia Pharmacy | √ | (295.00) | (18,008.60) |
| Check | 10/01/2025 | | Olympia Pharmacy | √ | (295.00) | (18,303.60) |
| Check | 10/01/2025 | | Olympia Pharmacy | √ | (295.00) | (18,598.60) |
| Check | 10/01/2025 | | Olympia Pharmacy | √ | (295.00) | (18,893.60) |
| Check | 10/01/2025 | | Olympia Pharmacy | √ | (295.00) | (19,188.60) |
| Check | 10/01/2025 | | Olympia Pharmacy | √ | (295.00) | (19,483.60) |
| Check | 10/01/2025 | | Olympia Pharmacy | √ | (48.00) | (19,531.60) |
| Check | 10/01/2025 | | Olympia Pharmacy | √ | (48.00) | (19,579.60) |
| Check | 10/01/2025 | | Olympia Pharmacy | √ | (48.00) | (19,627.60) |
| Check | 10/01/2025 | | Olympia Pharmacy | √ | (48.00) | (19,675.60) |
| Check | 10/02/2025 | | Carie Boyd's Prescription Shop | √ | (2,000.00) | (21,675.60) |
| Check | 10/02/2025 | | Summit Media | √ | (1,851.00) | (23,526.60) |
| Check | 10/02/2025 | | Facebook | √ | (404.98) | (23,931.58) |
| Check | 10/02/2025 | | Wells Pharmacy Network LLC | √ | (143.90) | (24,075.48) |
| Check | 10/02/2025 | | USPS | √ | (10.08) | (24,085.56) |
| Check | 10/03/2025 | | Facebook | √ | (900.00) | (24,985.56) |
| Check | 10/03/2025 | | Staples Online | √ | (183.70) | (25,169.26) |
| Check | 10/06/2025 | | Olympia Pharmacy | √ | (700.66) | (25,869.92) |
| Check | 10/06/2025 | | Olympia Pharmacy | √ | (259.00) | (26,128.92) |
| Check | 10/06/2025 | | Facebook | √ | (175.88) | (26,304.80) |
| Check | 10/06/2025 | | Olympia Pharmacy | √ | (137.50) | (26,442.30) |
| Check | 10/06/2025 | | Wells Pharmacy Network LLC | √ | (130.95) | (26,573.25) |
| Check | 10/06/2025 | | Facebook | √ | (87.94) | (26,661.19) |
| Check | 10/06/2025 | | Olympia Pharmacy | √ | (81.00) | (26,742.19) |
| Check | 10/06/2025 | | Facebook | √ | (56.42) | (26,798.61) |
| Check | 10/06/2025 | | Olympia Pharmacy | √ | (48.00) | (26,846.61) |
| Check | 10/06/2025 | | Olympia Pharmacy | √ | (48.00) | (26,894.61) |
| Check | 10/06/2025 | | Finix Credit Card Fees | √ | (20.81) | (26,915.42) |
| Check | 10/06/2025 | | USPS | √ | (5.19) | (26,920.61) |
| Check | 10/07/2025 | | Olympia Pharmacy | √ | (88.70) | (27,009.31) |
| Check | 10/08/2025 | | Olympia Pharmacy | √ | (48.00) | (27,057.31) |
| Check | 10/09/2025 | | Staples Online | √ | (309.38) | (27,366.69) |
| Check | 10/09/2025 | | Wells Pharmacy Network LLC | √ | (165.90) | (27,532.59) |
| Check | 10/09/2025 | | Olympia Pharmacy | √ | (128.00) | (27,660.59) |
| Check | 10/09/2025 | | Wells Pharmacy Network LLC | √ | (117.45) | (27,778.04) |
| Check | 10/10/2025 | | USPS | √ | (9.86) | (27,787.90) |

**NuMale Nebraska LLC**                                                    5:37 PM

**Reconciliation Detail**                                                 11/19/2025

**10455 · Chase Bank - DR x8977, Period Ending 10/31/2025**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 10/14/2025 | | Olympia Pharmacy | √ | (895.65) | (28,683.55) |
| Check | 10/14/2025 | | Qualgen LLC | √ | (592.50) | (29,276.05) |
| Check | 10/14/2025 | | RepeatMD | √ | (299.00) | (29,575.05) |
| Check | 10/14/2025 | | Olympia Pharmacy | √ | (78.06) | (29,653.11) |
| Check | 10/14/2025 | | Olympia Pharmacy | √ | (48.00) | (29,701.11) |
| Check | 10/14/2025 | | Olympia Pharmacy | √ | (48.00) | (29,749.11) |
| Check | 10/14/2025 | | Staples Online | √ | (42.95) | (29,792.06) |
| Check | 10/15/2025 | | Wells Pharmacy Network LLC | √ | (378.65) | (30,170.71) |
| Check | 10/15/2025 | | Wells Pharmacy Network LLC | √ | (184.95) | (30,355.66) |
| Check | 10/15/2025 | | Olympia Pharmacy | √ | (48.00) | (30,403.66) |
| Check | 10/16/2025 | | Olympia Pharmacy | √ | (1,154.26) | (31,557.92) |
| Check | 10/16/2025 | | Olympia Pharmacy | √ | (97.00) | (31,654.92) |
| Check | 10/16/2025 | | Olympia Pharmacy | √ | (88.70) | (31,743.62) |
| Check | 10/17/2025 | | Olympia Pharmacy | √ | (210.85) | (31,954.47) |
| Check | 10/17/2025 | | Olympia Pharmacy | √ | (164.00) | (32,118.47) |
| Check | 10/17/2025 | | Olympia Pharmacy | √ | (48.00) | (32,166.47) |
| Check | 10/20/2025 ACH | | GoToPremiumFinance | √ | (310.68) | (32,477.15) |
| Check | 10/20/2025 | | Paylocity - Billing | √ | (137.53) | (32,614.68) |
| Check | 10/20/2025 ACH | | GoToPremiumFinance | √ | (66.73) | (32,681.41) |
| Check | 10/22/2025 | | | √ | (699.00) | (33,380.41) |
| Check | 10/23/2025 | | Wells Pharmacy Network LLC | √ | (499.70) | (33,880.11) |
| Check | 10/23/2025 | | Wells Pharmacy Network LLC | √ | (85.95) | (33,966.06) |
| Check | 10/23/2025 | | AnazaoHealth | √ | (74.84) | (34,040.90) |
| Check | 10/27/2025 | | Collaborating Docs | √ | (1,080.00) | (35,120.90) |
| Check | 10/27/2025 | | Staples Online | √ | (21.75) | (35,142.65) |
| Check | 10/28/2025 | | AnazaoHealth | √ | (267.24) | (35,409.89) |
| Check | 10/29/2025 | | | √ | (400.15) | (35,810.04) |
| Check | 10/30/2025 | | AnazaoHealth | √ | (112.26) | (35,922.30) |
| **Total Checks and Payments** | | | | | (35,922.30) | (35,922.30) |
| **Deposits and Credits - 6 items** | | | | | | |
| Deposit | 09/30/2025 | | RepeatMD | √ | 3,900.00 | 3,900.00 |
| Deposit | 10/06/2025 | | Finix Credit Card Fees | √ | 1,077.95 | 4,977.95 |
| Deposit | 10/08/2025 | | | √ | 700.00 | 5,677.95 |
| Deposit | 10/09/2025 | | | √ | 1,023.65 | 6,701.60 |
| Deposit | 10/10/2025 | | RepeatMD | √ | 4,900.00 | 11,601.60 |
| Deposit | 10/16/2025 | | Deposit | √ | 1,800.00 | 13,401.60 |
| **Total Deposits and Credits** | | | | | 13,401.60 | 13,401.60 |
| **Total Cleared Transactions** | | | | | (22,520.70) | (22,520.70) |
| **Cleared Balance** | | | | | (22,520.70) | 0.00 |



**CHASE** ⬡
JPMorgan Chase Bank, N.A.
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2025 through October 31, 2025
Account Number:                    **8977**

---

### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |



00347238 DRE 703 219 30525 NNNNNNNNNNN  1 000000000 64 0000
NUMALE NEBRASKA, LLC
DEBTOR-IN-POSSESSION CASE NO 25-10346
5786 STONEHEATH AVE
LAS VEGAS NV 89139-7523

## IMPORTANT UPDATE: Some fees are changing on business account(s) effective January 1, 2026

Beginning **January 1**, applicable fees will change on your account, and will be reflected on your statement for January.

- **Chase Performance Business Checking® and Chase Performance Business Checking® with Interest:**
  - **Monthly Service Fee** will increase from $30 to $40. To learn more about ways to waive this fee please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Business Complete Checking®, Platinum Checking**SM**, Business Total Savings**SM** and Premier Savings**SM**:**
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Chase Analysis Business Checking® and Chase Analysis Business Checking with Interest®:**
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

For more information about fees related to your Chase business account, please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.

We're here to help. If you have any questions, please call the number on this statement.

---

### CHECKING SUMMARY | Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$20,870.70** |
| Deposits and Additions | 6 | 13,401.60 |
| ATM & Debit Card Withdrawals | 59 | -18,037.40 |
| Electronic Withdrawals | 7 | -16,234.90 |
| **Ending Balance** | **72** | **$0.00** |



CHASE ◯

October 01, 2025 through October 31, 2025

Account Number: ████████ 8977

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/01 | Orig CO Name:Repeatmd Marketp        Orig ID:4270465600 Desc Date:        CO Entry Descr:Repeatmd Msec:CCD    Trace#:111000021420828 Eed:251001  Ind ID:St-A5V8Y3T8A3L4            Ind Name:Numale Nebraska LLC Trn: 2741420828Tc | $3,900.00 |
| 10/06 | Orig CO Name:Numale Medical        Orig ID:1043575881 Desc Date:251003 CO Entry Descr:Settlementsec:CCD    Trace#:291471028509143 Eed:251006  Ind ID:46Bf51DC-A5F6-4            Ind Name:Numale Nebraska LLC Trn: 2798509143Tc | 1,077.95 |
| 10/08 | Online Transfer From Chk ...9865 Transaction#: 26516406530 | 700.00 |
| 10/09 | Online Transfer From Chk ...9865 Transaction#: 26529543447 | 1,023.65 |
| 10/10 | Orig CO Name:Repeatmd Marketp        Orig ID:4270465600 Desc Date:        CO Entry Descr:Repeatmd Msec:CCD    Trace#:111000026780403 Eed:251010  Ind ID:St-F9A2A2H1N6L2            Ind Name:Numale Nebraska LLC Trn: 2836780403Tc | 4,900.00 |
| 10/16 | Deposit        1239269509 | 1,800.00 |

**Total Deposits and Additions**    **$13,401.60**

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/01 | Card Purchase        09/30 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | $48.00 |
| 10/01 | Card Purchase        09/30 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 48.00 |
| 10/01 | Card Purchase        09/30 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 295.00 |
| 10/01 | Card Purchase        09/30 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 295.00 |
| 10/01 | Card Purchase        09/30 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 295.00 |
| 10/01 | Card Purchase        09/30 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 295.00 |
| 10/01 | Card Purchase        09/30 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 48.00 |
| 10/01 | Card Purchase        09/30 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 295.00 |
| 10/01 | Card Purchase        09/30 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 1,063.60 |
| 10/02 | Card Purchase        10/01 Summitmedia Omaha 402-5923333 NE Card 3266 | 1,851.00 |
| 10/02 | Card Purchase        10/01 Carie Boyds Prescripti 817-2829376 TX Card 3266 | 2,000.00 |
| 10/02 | Card Purchase        10/01 Usps.Com Clicknship 800-344-7779 DC Card 3266 | 10.08 |
| 10/02 | Card Purchase        10/01 Wells Pharmacy Network 866-5062174 FL Card 3266 | 143.90 |
| 10/02 | Card Purchase        10/02 Facebk *M2D2Tyg482 650-5434800 CA Card 3266 | 404.98 |
| 10/03 | Card Purchase        10/02 Stapls766591781100000 1 877-8267755 NJ Card 3266 | 183.70 |
| 10/03 | Card Purchase        10/03 Facebk *Jkhymyq482 650-5434800 CA Card 3266 | 900.00 |
| 10/06 | Card Purchase        10/03 Usps.Com Clicknship 800-344-7779 DC Card 3266 | 5.19 |
| 10/06 | Card Purchase        10/03 Wells Pharmacy Network 866-5062174 FL Card 3266 | 130.95 |
| 10/06 | Card Purchase        10/03 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 48.00 |
| 10/06 | Card Purchase        10/03 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 700.66 |
| 10/06 | Card Purchase        10/03 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 137.50 |
| 10/06 | Card Purchase        10/03 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 48.00 |
| 10/06 | Card Purchase        10/03 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 259.00 |
| 10/06 | Card Purchase        10/03 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 48.00 |
| 10/06 | Card Purchase        10/03 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 81.00 |
| 10/06 | Card Purchase        10/04 Facebk *H6Uxl2M482 650-5434800 CA Card 3266 | 56.42 |
| 10/06 | Card Purchase        10/05 Facebk *Xxkhuy4582 650-543-7818 CA Card 3266 | 87.94 |



CHASE ○

October 01, 2025 through October 31, 2025

Account Number: ████████ 8977



## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | AMOUNT |
|------|-------------|--|--------|
| 10/06 | Card Purchase | 10/06 Facebk *38Cmezc482 650-5434800 CA Card 3266 | 175.88 |
| 10/07 | Card Purchase | 10/06 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 88.70 |
| 10/08 | Card Purchase | 10/07 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 48.00 |
| 10/09 | Card Purchase | 10/08 Stapls7666313339000001 877-8267755 NJ Card 3266 | 309.38 |
| 10/09 | Card Purchase | 10/08 Wells Pharmacy Network 866-5062174 FL Card 3266 | 117.45 |
| 10/09 | Card Purchase | 10/08 Wells Pharmacy Network 866-5062174 FL Card 3266 | 165.90 |
| 10/09 | Card Purchase | 10/08 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 128.00 |
| 10/10 | Card Purchase | 10/09 Usps.Com Clicknship 800-344-7779 DC Card 3266 | 9.86 |
| 10/14 | Card Purchase | 10/09 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 895.65 |
| 10/14 | Card Purchase | 10/10 Stapls7666313339000002 877-8267755 NJ Card 3266 | 42.95 |
| 10/14 | Card Purchase | 10/10 Qualgen 405-5518216 OK Card 3266 | 592.50 |
| 10/14 | Card Purchase | 10/13 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 78.06 |
| 10/14 | Card Purchase | 10/13 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 48.00 |
| 10/14 | Card Purchase | 10/13 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 48.00 |
| 10/14 | Card Purchase | 10/13 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 295.00 |
| 10/15 | Card Purchase | 10/14 Wells Pharmacy Network 866-5062174 FL Card 3266 | 184.95 |
| 10/15 | Card Purchase | 10/14 Wells Pharmacy Network 866-5062174 FL Card 3266 | 378.65 |
| 10/15 | Card Purchase | 10/14 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 48.00 |
| 10/16 | Card Purchase | 10/14 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 97.00 |
| 10/16 | Card Purchase | 10/14 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 1,154.26 |
| 10/16 | Card Purchase | 10/14 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 88.70 |
| 10/17 | Card Purchase | 10/15 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 210.85 |
| 10/17 | Card Purchase | 10/15 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 48.00 |
| 10/17 | Card Purchase | 10/16 Olympia Pharmaceutica 407-267-6468 FL Card 3266 | 164.00 |
| 10/22 | Card Purchase With Pin | 10/22 1Seolocal.US980R Lehi UT Card 3266 | 699.00 |
| 10/23 | Card Purchase | 10/22 Wells Pharmacy Network 866-5062174 FL Card 3266 | 85.95 |
| 10/23 | Card Purchase | 10/22 Wells Pharmacy Network 866-5062174 FL Card 3266 | 499.70 |
| 10/23 | Card Purchase | 10/22 Anazaohealth 800-9954363 FL Card 3266 | 74.84 |
| 10/27 | Recurring Card Purchase | 10/23 IN *Collaborating Docs 312-8489413 VA Card 3266 | 1,080.00 |
| 10/27 | Card Purchase | 10/24 Staples    00365775 877-8267755 NJ Card 3266 | 21.75 |
| 10/28 | Card Purchase | 10/27 Anazaohealth 800-9954363 FL Card 3266 | 267.24 |
| 10/30 | Card Purchase | 10/29 Anazaohealth 800-9954363 FL Card 3266 | 112.26 |

**Total ATM & Debit Card Withdrawals**        **$18,037.40**

## ATM & DEBIT CARD SUMMARY

Justin Reid Pulliam  Card 3266

| | | |
|--|--|--|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $18,037.40 |
| | Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | | |
|--|--|--|
| | Total ATM Withdrawals & Debits | $0.00 |
| | Total Card Purchases | $18,037.40 |
| | Total Card Deposits & Credits | $0.00 |



## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/01 | 10/01 Online Transfer To Chk ...9865 Transaction#: 26424234127 | $15,000.00 |
| 10/06 | Orig CO Name:Numale Medical    Orig ID:1043575881 Desc Date:251003 CO Entry Descr:Settlementsec:CCD   Trace#:291471028509072 Eed:251006   Ind ID:46Bf51DC-A5F6-4 Ind Name:Numale Nebraska LLC Trn:2798509072Tc | 20.81 |
| 10/14 | Orig CO Name:Repeatmd    Orig ID:1800948598 Desc Date:    CO Entry Descr:Repeatmd  Sec:Web    Trace#:091000012712934 Eed:251014  Ind ID:St-X7T2N9K0A6P0    Ind Name:Justin Pulliam Trn: 2872712934Tc | 299.00 |
| 10/20 | Orig CO Name:123512 Numale NE    Orig ID:1364227403 Desc Date:251020 CO Entry Descr:Billing  Sec:CCD   Trace#:011002720364903 Eed:251020   Ind ID:123512 Ind Name:Numale Nebraska LLC    Inv3173671 465711146    (PC) Trn: 2930364903Tc | 137.53 |
| 10/21 | Orig CO Name:Goto Premfin1045    Orig ID:8460496824 Desc Date:    CO Entry Descr:1045Inspaysec:PPD  Trace#:071000282330843 Eed:251021  Ind ID: Ind Name:John Olin Trn: 2942330843Tc | 310.68 |
| 10/21 | Orig CO Name:Goto Premfin1045    Orig ID:8460496824 Desc Date:    CO Entry Descr:1045Inspaysec:PPD  Trace#:071000282330828 Eed:251021  Ind ID: Ind Name:Amy Tipp Trn: 2942330828Tc | 66.73 |
| 10/29 | 10/29 Online Transfer To Chk ...3731 Transaction#: 26757781760 | 400.15 |
| **Total Electronic Withdrawals** | | **$16,234.90** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 10/01 | $7,088.10 | 10/10 | 6,629.40 | 10/22 | 2,541.89 |
| 10/02 | 2,678.14 | 10/14 | 4,330.24 | 10/23 | 1,881.40 |
| 10/03 | 1,594.44 | 10/15 | 3,718.64 | 10/27 | 779.65 |
| 10/06 | 873.04 | 10/16 | 4,178.68 | 10/28 | 512.41 |
| 10/07 | 784.34 | 10/17 | 3,755.83 | 10/29 | 112.26 |
| 10/08 | 1,436.34 | 10/20 | 3,618.30 | 10/30 | 0.00 |
| 10/09 | 1,739.26 | 10/21 | 3,240.89 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |



October 01, 2025 through October 31, 2025

Account Number: ████████████ 8977



**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly.  If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**



October 01, 2025 through October 31, 2025

Account Number:                    8977

This Page Intentionally Left Blank