## UNITED STATES BANKRUPTCY COURT

DISTRICT OF ___Nevada___

In Re. NuMedical SC

§
§
§
§

Debtor(s)

Case No.   25-10343

Lead Case No.   25-10341

☒ Jointly Administered

# Monthly Operating Report

Chapter 11

Reporting Period Ended: 10/24/2025

Petition Date: 01/22/2025

Months Pending: 9

Industry Classification: | 6 | 6 | 2 | 1 |

Reporting Method:          Accrual Basis ◉          Cash Basis ○

Debtor's Full-Time Employees (current):                    0

Debtor's Full-Time Employees (as of date of order for relief):          1

**Supporting Documentation** (check all that are attached):

(For jointly administered debtors, any required schedules must be provided on a non-consolidated basis for each debtor)

☒  Statement of cash receipts and disbursements
☒  Balance sheet containing the summary and detail of the assets, liabilities and equity (net worth) or deficit
☒  Statement of operations (profit or loss statement)
☐  Accounts receivable aging
☐  Postpetition liabilities aging
☐  Statement of capital assets
☐  Schedule of payments to professionals
☐  Schedule of payments to insiders
☒  All bank statements and bank reconciliations for the reporting period
☐  Description of the assets sold or transferred and the terms of the sale or transfer

/s/  Michael Carmel
_____
Signature of Responsible Party

11/21/2025
_____
Date

Michael W. Carmel, Esq.
_____
Printed Name of Responsible Party

80 E. Columbus Avenue
Phoenix, Arizona 85012
_____
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

| Debtor's Name  NuMedical SC | | Case No.  25-10343 | |
|---|---|---|---|

| Part 1: Cash Receipts and Disbursements | Current Month | Cumulative |
|---|---|---|
| a. Cash balance beginning of month | $44,744 | |
| b. Total receipts (net of transfers between accounts) | $13,938 | $919,258 |
| c. Total disbursements (net of transfers between accounts) | $58,681 | $930,178 |
| d. Cash balance end of month (a+b-c) | $0 | |
| e. Disbursements made by third party for the benefit of the estate | $0 | $0 |
| f. Total disbursements for quarterly fee calculation (c+e) | $58,681 | $930,178 |

| Part 2:  Asset and Liability Status (Not generally applicable to Individual Debtors. See Instructions.) | Current Month |
|---|---|
| a. Accounts receivable (total net of allowance) | $0 |
| b. Accounts receivable over 90 days outstanding (net of allowance) | $0 |
| c. Inventory    (Book ⦿   Market ◯   Other ◯   (attach explanation)) | $0 |
| d Total current assets | $0 |
| e. Total assets | $0 |
| f. Postpetition payables (excluding taxes) | $0 |
| g. Postpetition payables past due (excluding taxes) | $0 |
| h. Postpetition taxes payable | $0 |
| i. Postpetition taxes past due | $0 |
| j. Total postpetition debt (f+h) | $0 |
| k. Prepetition secured debt | $0 |
| l. Prepetition priority debt | $0 |
| m. Prepetition unsecured debt | $0 |
| n. Total liabilities (debt) (j+k+l+m) | $0 |
| o. Ending equity/net worth (e-n) | $0 |

| Part 3:  Assets Sold or Transferred | Current Month | Cumulative |
|---|---|---|
| a. Total cash sales price for assets sold/transferred outside the ordinary course of business | $0 | $0 |
| b. Total payments to third parties incident to assets being sold/transferred outside the ordinary course of business | $0 | $0 |
| c. Net cash proceeds from assets sold/transferred outside the ordinary course of business (a-b) | $0 | $0 |

| Part 4:  Income Statement (Statement of Operations) (Not generally applicable to Individual Debtors. See Instructions.) | Current Month | Cumulative |
|---|---|---|
| a. Gross income/sales (net of returns and allowances) | $48,800 | |
| b. Cost of goods sold (inclusive of depreciation, if applicable) | $11,889 | |
| c. Gross profit (a-b) | $36,911 | |
| d. Selling expenses | $0 | |
| e. General and administrative expenses | $37,022 | |
| f. Other expenses | $0 | |
| g. Depreciation and/or amortization (not included in 4b) | $0 | |
| h. Interest | $0 | |
| i. Taxes (local, state, and federal) | $0 | |
| j. Reorganization items | $0 | |
| k. Profit (loss) | $-111 | $240,386 |

Debtor's Name NuMedical SC                                                      Case No.  25-10343

| Part 5:  Professional Fees and Expenses | | | | | | |
|---|---|---|---|---|---|---|
| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
| a. | Debtor's professional fees & expenses (bankruptcy)  *Aggregate Total* | | | | | |
| | *Itemized Breakdown by Firm* | | | | | |
| | | Firm Name | Role | | | |
| | i | | | | | |
| | ii | | | | | |
| | iii | | | | | |
| | iv | | | | | |
| | v | | | | | |
| | vi | | | | | |
| | vii | | | | | |
| | viii | | | | | |
| | ix | | | | | |
| | x | | | | | |
| | xi | | | | | |
| | xii | | | | | |
| | xiii | | | | | |
| | xiv | | | | | |
| | xv | | | | | |
| | xvi | | | | | |
| | xvii | | | | | |
| | xviii | | | | | |
| | xix | | | | | |
| | xx | | | | | |
| | xxi | | | | | |
| | xxii | | | | | |
| | xxiii | | | | | |
| | xxiv | | | | | |
| | xxv | | | | | |
| | xxvi | | | | | |
| | xxvii | | | | | |
| | xxviii | | | | | |
| | xxix | | | | | |
| | xxx | | | | | |
| | xxxi | | | | | |
| | xxxii | | | | | |
| | xxxiii | | | | | |
| | xxxiv | | | | | |
| | xxxv | | | | | |
| | xxxvi | | | | | |

Debtor's Name  NuMedical SC                                                    Case No.  25-10343

| | | | | | |
|---|---|---|---|---|---|
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |

Debtor's Name  NuMedical SC                                Case No.  25-10343

| | | | | | |
|---|---|---|---|---|---|
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |
| xcix | | | | | |
| c | | | | | |
| ci | | | | | |

| | | | Approved Current Month | Approved Cumulative | Paid Current Month | Paid Cumulative |
|---|---|---|---|---|---|---|
| b. | Debtor's professional fees & expenses (nonbankruptcy) *Aggregate Total* | | | | | | |
| | *Itemized Breakdown by Firm* | | | | | | |
| | Firm Name | Role | | | | | |
| i | | | | | | | |
| ii | | | | | | | |
| iii | | | | | | | |
| iv | | | | | | | |
| v | | | | | | | |
| vi | | | | | | | |
| vii | | | | | | | |
| viii | | | | | | | |
| ix | | | | | | | |
| x | | | | | | | |
| xi | | | | | | | |
| xii | | | | | | | |
| xiii | | | | | | | |
| xiv | | | | | | | |

Debtor's Name NuMedical SC                                          Case No. 25-10343

| | | | | | |
|---|---|---|---|---|---|
| xv | | | | | |
| xvi | | | | | |
| xvii | | | | | |
| xviii | | | | | |
| xix | | | | | |
| xx | | | | | |
| xxi | | | | | |
| xxii | | | | | |
| xxiii | | | | | |
| xxiv | | | | | |
| xxv | | | | | |
| xxvi | | | | | |
| xxvii | | | | | |
| xxviii | | | | | |
| xxix | | | | | |
| xxx | | | | | |
| xxxi | | | | | |
| xxxii | | | | | |
| xxxiii | | | | | |
| xxxiv | | | | | |
| xxxv | | | | | |
| xxxvi | | | | | |
| xxxvii | | | | | |
| xxxvii | | | | | |
| xxxix | | | | | |
| xl | | | | | |
| xli | | | | | |
| xlii | | | | | |
| xliii | | | | | |
| xliv | | | | | |
| xlv | | | | | |
| xlvi | | | | | |
| xlvii | | | | | |
| xlviii | | | | | |
| xlix | | | | | |
| l | | | | | |
| li | | | | | |
| lii | | | | | |
| liii | | | | | |
| liv | | | | | |
| lv | | | | | |
| lvi | | | | | |

Debtor's Name NuMedical SC                                                        Case No.  25-10343

| | | | | | |
|---|---|---|---|---|---|
| lvii | | | | | |
| lviii | | | | | |
| lix | | | | | |
| lx | | | | | |
| lxi | | | | | |
| lxii | | | | | |
| lxiii | | | | | |
| lxiv | | | | | |
| lxv | | | | | |
| lxvi | | | | | |
| lxvii | | | | | |
| lxviii | | | | | |
| lxix | | | | | |
| lxx | | | | | |
| lxxi | | | | | |
| lxxii | | | | | |
| lxxiii | | | | | |
| lxxiv | | | | | |
| lxxv | | | | | |
| lxxvi | | | | | |
| lxxvii | | | | | |
| lxxviii | | | | | |
| lxxix | | | | | |
| lxxx | | | | | |
| lxxxi | | | | | |
| lxxxii | | | | | |
| lxxxiii | | | | | |
| lxxxiv | | | | | |
| lxxxv | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxvi | | | | | |
| lxxxix | | | | | |
| xc | | | | | |
| xci | | | | | |
| xcii | | | | | |
| xciii | | | | | |
| xciv | | | | | |
| xcv | | | | | |
| xcvi | | | | | |
| xcvii | | | | | |
| xcviii | | | | | |

UST Form 11-MOR (12/01/2021)                         7

Debtor's Name  NuMedical SC                                           Case No.  25-10343

| | xcix | | | | | | |
|---|---|---|---|---|---|---|---|
| | c | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | | | | | |

| Part 6:  Postpetition Taxes | Current Month | Cumulative |
|---|---|---|
| a.  Postpetition income taxes accrued (local, state, and federal) | $0 | $0 |
| b.  Postpetition income taxes paid (local, state, and federal) | $0 | $0 |
| c.  Postpetition employer payroll taxes accrued | $0 | $0 |
| d.  Postpetition employer payroll taxes paid | $0 | $25,066 |
| e.  Postpetition property taxes paid | $0 | $0 |
| f.  Postpetition other taxes accrued (local, state, and federal) | $0 | $0 |
| g.  Postpetition other taxes paid (local, state, and federal) | $0 | $0 |

**Part 7: Questionnaire - During this reporting period:**

a.  Were any payments made on prepetition debt?  (if yes, see Instructions)        Yes ○   No ◉

b.  Were any payments made outside the ordinary course of business
without court approval?  (if yes, see Instructions)        Yes ○   No ◉

c.  Were any payments made to or on behalf of insiders?        Yes ○   No ◉

d.  Are you current on postpetition tax return filings?        Yes ◉   No ○

e.  Are you current on postpetition estimated tax payments?        Yes ◉   No ○

f.  Were all trust fund taxes remitted on a current basis?        Yes ◉   No ○

g.  Was there any postpetition borrowing, other than trade credit?
(if yes, see Instructions)        Yes ○   No ◉

h.  Were all payments made to or on behalf of professionals approved by
the court?        Yes ○   No ○   N/A ◉

i.  Do you have:        Worker's compensation insurance?        Yes ◉   No ○

                        If yes, are your premiums current?        Yes ◉   No ○   N/A ○   (if no, see Instructions)

                        Casualty/property insurance?        Yes ◉   No ○

                        If yes, are your premiums current?        Yes ◉   No ○   N/A ○   (if no, see Instructions)

                        General liability insurance?        Yes ◉   No ○

                        If yes, are your premiums current?        Yes ◉   No ○   N/A ○   (if no, see Instructions)

j.  Has a plan of reorganization been filed with the court?        Yes ○   No ◉

k.  Has a disclosure statement been filed with the court?        Yes ○   No ◉

l.  Are you current with quarterly U.S. Trustee fees as
set forth under 28 U.S.C. § 1930?        Yes ◉   No ○

Debtor's Name NuMedical SC                                          Case No. 25-10343

## Part 8: Individual Chapter 11 Debtors (Only)

a.  Gross income (receipts) from salary and wages                                           $0

b.  Gross income (receipts) from self-employment                                            $0

c.  Gross income from all other sources                                                     $0

d.  Total income in the reporting period (a+b+c)                                            $0

e.  Payroll deductions                                                                      $0

f.  Self-employment related expenses                                                        $0

g.  Living expenses                                                                         $0

h.  All other expenses                                                                      $0

i.  Total expenses in the reporting period (e+f+g+h)                                        $0

j.  Difference between total income and total expenses (d-i)                                $0

k.  List the total amount of all postpetition debts that are past due                       $0

l.  Are you required to pay any Domestic Support Obligations as defined by 11        Yes ○  No ●
    U.S.C § 101(14A)?

m.  If yes, have you made all Domestic Support Obligation payments?         Yes ○  No ○  N/A ●

### Privacy Act Statement

28 U.S.C. § 589b authorizes the collection of this information, and provision of this information is mandatory under 11 U.S.C. §§ 704, 1106, and 1107.  The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6).  The United States Trustee will also use this information to evaluate a chapter 11 debtor's progress through the bankruptcy system, including the likelihood of a plan of reorganization being confirmed and whether the case is being prosecuted in good faith.  This information may be disclosed to a bankruptcy trustee or examiner when the information is needed to perform the trustee's or examiner's duties or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law.  Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records."  *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006).  A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm.  Failure to provide this information could result in the dismissal or conversion of your bankruptcy case or other action by the United States Trustee.  11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Monthly Operating Report and its supporting documentation are true and correct and that I have been authorized to sign this report on behalf of the estate.**

/s/ Michael Carmel                                  Michael W. Carmel, Esq.
_____                           _____
Signature of Responsible Party                      Printed Name of Responsible Party

Chapter 11 Trustee                                  11/21/2025
_____                           _____
Title                                               Date

Debtor's Name NuMedical SC

Case No. 25-10343

PageOnePartOne

PageOnePartTwo

PageTwoPartOne

PageTwoPartTwo

Debtor's Name NuMedical SC                                                      Case No.  25-10343

Bankruptcy1to50

Bankruptcy51to100

NonBankruptcy1to50

NonBankruptcy51to100

Debtor's Name NuMedical SC                                                    Case No.  25-10343



PageThree



PageFour

**NuMedical SC**
# Balance Sheet by Class
**As of October 24, 2025**

|  | DR-NuMedical SC |
|---|---|
| **ASSETS** | |
| **Current Assets** | |
| **Checking/Savings** | |
| 10000 · FBFC Checking x3717 | 0.00 |
| 10100 · FBFC NuMedical SC x8647 | 0.00 |
| 10210 · CSC - FL TB | 0.00 |
| 10325 · Fortifi Bank - Clinic 4768868 | 0.00 |
| 10350 · Fortifi Bank - Dr 4913945 | 0.00 |
| 10375 · Fortifi Bank - Savings 4441202 | 0.00 |
| 10380 · Fortifi Bank - Assist 4878975 | 0.00 |
| 10400 · Wells Fargo NMC | 0.00 |
| 10455 · Chase Bank - Dr x3675 | 0.00 |
| 10456 · Chase Bank - Clinic x8692 | 0.00 |
| 10500 · Cash Drawer | 0.00 |
| 10600 · Clearing Account | 0.00 |
| 19999 · CC Refund Clearing Account | 0.00 |
| **Total Checking/Savings** | 0.00 |
| **Accounts Receivable** | |
| 11000 · Accounts Receivable | 0.00 |
| **Total Accounts Receivable** | 0.00 |
| **Other Current Assets** | |
| 11500 · AR Facility Management | 0.00 |
| 12000 · Undeposited Funds | 0.00 |
| 12205 · Prepaid Expenses | |
| 12005 · Prepaid Insurance | 0.00 |
| 12007 · Prepaid Rent | 0.00 |
| **Total 12205 · Prepaid Expenses** | 0.00 |
| 12215 · ERC Receivable | 0.00 |
| 12300 · Credit Card Clearing Accounts | |
| 12310 · Enhanced Financing | 0.00 |
| 12320 · Credit Card Clearing Account | 0.00 |
| 12350 · Check/Cash Deposits | 0.00 |
| 12375 · Health Credit Services - CSC | 0.00 |
| 12390 · Merchant Chargebacks Pending | 0.00 |
| 12395 · Defaulted Financing Pending | 0.00 |
| **Total 12300 · Credit Card Clearing Accounts** | 0.00 |
| 12465 · Due from Michelle Blackwell | 0.00 |
| 14600 · Employee Advance | 0.00 |
| **Total Other Current Assets** | 0.00 |
| **Total Current Assets** | 0.00 |
| **Fixed Assets** | |
| 15000 · Furniture and Equipment | 0.00 |

**NuMedical SC**
# Balance Sheet by Class
**As of October 24, 2025**

|  | DR-NuMedical SC |
|---|---|
| 15100 · Vehicles | 0.00 |
| 15900 · Leasehold Improvements | 0.00 |
| 16000 · Neograft Hair | 0.00 |
| 16100 · Medical Equipment | 0.00 |
| 17000 · Accumulated Depreciation | 0.00 |
| **Total Fixed Assets** | 0.00 |
| **Other Assets** | |
| 12400 · Due from NuMale Entities | |
| 12421 · Due from Numale Charlotte | 0.00 |
| 12423 · Due from NuMale North Carolina | 0.00 |
| 12440 · Due from NM Corp | 0.00 |
| 12460 · Due from NuFemme Milwaukee LLC | 0.00 |
| 12906 · Due from Beverly Hills | 0.00 |
| **Total 12400 · Due from NuMale Entities** | 0.00 |
| 18700 · Security Deposits Asset | 0.00 |
| 18900 · Investment in NuFemme Rejuvenat | 0.00 |
| **Total Other Assets** | 0.00 |
| **TOTAL ASSETS** | **0.00** |
| **LIABILITIES & EQUITY** | |
| **Liabilities** | |
| **Current Liabilities** | |
| **Accounts Payable** | |
| 20000 · Accounts Payable | 0.00 |
| 21000 · A/P - Advertising Invoices | 0.00 |
| **Total Accounts Payable** | 0.00 |
| **Credit Cards** | |
| 21605 · AMEX Platinum x11002 | 0.00 |
| **Total Credit Cards** | 0.00 |
| **Other Current Liabilities** | |
| 23000 · Sp Financing Payable to Clinics | |
| 23056 · CSC Funds - NuFemme | 0.00 |
| **Total 23000 · Sp Financing Payable to Clinics** | 0.00 |
| 23500 · Due to NuMale Entities | |
| 23502 · Due to NuMale ABQ | 0.00 |
| 23503 · Due to NuMedical SC dba NuFemme | 0.00 |
| 23510 · Due to Nevada NuMale LLC | 0.00 |
| **Total 23500 · Due to NuMale Entities** | 0.00 |
| 23525 · Due to BP | 0.00 |
| 24000 · Payroll Liabilities | 0.00 |
| 24001 · Benefits Deductions Payable | 0.00 |
| **Total Other Current Liabilities** | 0.00 |
| **Total Current Liabilities** | 0.00 |

**NuMedical SC**
# Balance Sheet by Class
**As of October 24, 2025**

| | DR-NuMedical SC |
|---|---:|
| **Long Term Liabilities** | |
| 24511 · Note Payable - CF | 0.00 |
| 26130 · Porsche Financial Loan | 0.00 |
| 26135 · Tesla Motors - Wells Fargo Loan | 0.00 |
| 26500 · Security Deposit Liability | 0.00 |
| **Total Long Term Liabilities** | 0.00 |
| **Total Liabilities** | 0.00 |
| **Equity** | |
| 31000 · Member Equity - BP | |
| 31200 · Draws - BP | 0.00 |
| Total 31000 · Member Equity - BP | 0.00 |
| 33000 · Member Equity - CF | |
| 33100 · Equity | (11,894,906.13) |
| 33200 · Draws - CF | (1,705.00) |
| Total 33000 · Member Equity - CF | (11,896,611.13) |
| 34000 · Additional Paid in Capital | 0.00 |
| 34500 · Capital Stock - NuMedical SC | 100.00 |
| 39000 · Retained Earnings | 11,752,935.71 |
| Net Income | 148,052.10 |
| **Total Equity** | 4,476.68 |
| **TOTAL LIABILITIES & EQUITY** | **4,476.68** |
| **UNBALANCED CLASSES** | (4,476.68) |

**NuMedical SC**

# Profit & Loss

**October 1 - 24, 2025**

7:02 PM

11/20/2025

Accrual Basis

| | Oct 1 - 24, 25 |
|---|---|
| **Ordinary Income/Expense** | |
| **Income** | |
| **40000 · Clinical Patient Income** | |
| **41000 · NuMale Medical Center** | |
| **41100 · E.D.** | 17,700.00 |
| **41200 · TRT** | 23,900.00 |
| **41700 · Weight Loss Program** | 2,200.00 |
| **Total 41000 · NuMale Medical Center** | 43,800.00 |
| **42000 · NuFemme Rejuvenation** | |
| **42005 · BHRT** | 2,800.00 |
| **42020 · Weight Loss Program** | 2,200.00 |
| **Total 42000 · NuFemme Rejuvenation** | 5,000.00 |
| **Total 40000 · Clinical Patient Income** | 48,800.00 |
| **Total Income** | 48,800.00 |
| **Cost of Goods Sold** | |
| **52000 · Medication** | 10,671.71 |
| **52250 · Pellet Expense** | 708.00 |
| **53000 · Patient Financing Fees** | 509.70 |
| **Total COGS** | 11,889.41 |
| **Gross Profit** | 36,910.59 |
| **Expense** | |
| **60000 · Advertising and Promotion** | 1,058.06 |
| **61800 · Copier Expense** | 262.89 |
| **62200 · Credit Card Discount Fees** | (677.72) |
| **64200 · Marketing Expense** | 936.45 |
| **64450 · Medical Subscriptions & Svcs** | (2,701.00) |
| **64900 · Office Expenses** | 577.29 |
| **66000 · Payroll Expenses** | |
| **66070 · Payroll Processing Fees** | 274.87 |
| **Total 66000 · Payroll Expenses** | 274.87 |
| **66500 · Postage and Delivery** | 2,291.10 |
| **73000 · Facility Mngt Fee Expense** | 35,000.00 |
| **Total Expense** | 37,021.94 |
| **Net Ordinary Income** | (111.35) |
| **Net Income** | (111.35) |

**NuMedical SC**                                                                                7:14 PM
## Account QuickReport
**As of October 31, 2025**                                                                      11/20/2025
                                                                                                Accrual Basis

| Type | Date | Num | Name | Memo | Debit | Credit | Balance |
|---|---|---|---|---|---|---|---|
| **10455 · Chase Bank - Dr x3675** | | | | | | | 44,743.86 |
| Check | 10/01/2025 | | Facebook | E        10/01 | | 1,000.00 | 43,743.86 |
| Check | 10/01/2025 | | AnazaoHealth Corporation | 09/30 | | 304.75 | 43,439.11 |
| Check | 10/01/2025 | | NuMale Corporation | ransaction#: 26424185553 | | 35,000.00 | 8,439.11 |
| Check | 10/02/2025 | | Carie Boyds Prescription | 76 TX      10/01 | | 2,000.00 | 6,439.11 |
| Check | 10/02/2025 | | Wells Pharmacy Network LLC | 74 FL      10/01 | | 185.85 | 6,253.26 |
| Check | 10/02/2025 | | Wells Pharmacy Network LLC | 74 FL      10/01 | | 1,765.35 | 4,487.91 |
| Deposit | 10/03/2025 | | | check/cash Payee:DEPOSIT  ID NUMBER 8352 | 6,000.00 | | 10,487.91 |
| Check | 10/03/2025 | | Amazon | ll WA      10/03 | | 263.18 | 10,224.73 |
| Check | 10/06/2025 | | Ups | 48 GA      10/04 | | 13.93 | 10,210.80 |
| Check | 10/06/2025 | | Ups | 48 GA      10/04 | | 14.88 | 10,195.92 |
| Check | 10/06/2025 | | Ups | 48 GA      10/04 | | 13.93 | 10,181.99 |
| Check | 10/06/2025 | | Facebook | CA        10/05 | | 58.06 | 10,123.93 |
| Deposit | 10/06/2025 | | Finix CC Processing Fees | ORIG ID:1043575881 DESC DATE:251 | 737.50 | | 10,861.43 |
| Check | 10/06/2025 | | Fed Ex | 10/03 | | 1,021.19 | 9,840.24 |
| Check | 10/06/2025 | | Fed Ex | 10/04 | | 51.94 | 9,788.30 |
| Check | 10/06/2025 | | AnazaoHealth Corporation | 10/03 | | 541.73 | 9,246.57 |
| Check | 10/06/2025 | | Finix CC Processing Fees | ORIG ID:1043575881 DESC DATE:251 | | 59.73 | 9,186.84 |
| Check | 10/07/2025 | | AnazaoHealth Corporation | 10/06 | | 59.62 | 9,127.22 |
| Check | 10/07/2025 | | AnazaoHealth Corporation | 10/06 | | 102.55 | 9,024.67 |
| Bill Pmt -Check | 10/08/2025 | online | Qualgen | Memo:10/08 | | 204.00 | 8,820.67 |
| Deposit | 10/08/2025 | | RepeatMD | Deposit | 2,200.00 | | 11,020.67 |
| Check | 10/08/2025 | | Qualgen | 10/07 | | 504.00 | 10,516.67 |
| Check | 10/09/2025 | | Olympia Pharmacy | 68 FL      10/08 | | 733.05 | 9,783.62 |
| Check | 10/09/2025 | | Wells Pharmacy Network LLC | 74 FL      10/08 | | 769.65 | 9,013.97 |
| Check | 10/09/2025 | | Wells Pharmacy Network LLC | 74 FL      10/08 | | 2,221.00 | 6,792.97 |
| Check | 10/10/2025 | | AnazaoHealth Corporation | 10/09 | | 504.38 | 6,288.59 |
| Check | 10/10/2025 | | AnazaoHealth Corporation | 10/09 | | 145.56 | 6,143.03 |
| Check | 10/14/2025 | | Amazon | 80 WA      10/13 | | 99.00 | 6,044.03 |
| Check | 10/14/2025 | | Fed Ex | 10/10 | | 828.44 | 5,215.59 |
| Check | 10/14/2025 | | RepeatMD | ORIG ID:1800948598 DESC DATE: | | 299.00 | 4,916.59 |
| Check | 10/15/2025 | | Olympia Pharmacy | 68 FL      10/14 | | 193.70 | 4,722.89 |
| Check | 10/15/2025 | | Olympia Pharmacy | 68 FL      10/14 | | 798.60 | 3,924.29 |
| Check | 10/15/2025 | | Wells Pharmacy Network LLC | 74 FL      10/14 | | 475.25 | 3,449.04 |
| Check | 10/17/2025 | | AnazaoHealth Corporation | 10/16 | | 500.00 | 2,949.04 |
| Check | 10/17/2025 | | ADT Security | ORIG ID:8881323080 DESC DATE: | | 65.46 | 2,883.58 |
| Deposit | 10/20/2025 | | RepeatMD | ORIG ID:4270465600 DESC DATE: | 3,000.00 | | 5,883.58 |
| Check | 10/20/2025 | | Fed Ex | 39 TN      10/17 | | 307.95 | 5,575.63 |
| Check | 10/20/2025 | | Staples Online | 55 NJ      10/17 | | 149.65 | 5,425.98 |
| Check | 10/20/2025 | | Paylocity - Billing | ORIG ID:1364227403 DESC DATE:251 | | 274.87 | 5,151.11 |
| Check | 10/21/2025 | | Olympia Pharmacy | 68 FL      10/20 | | 852.45 | 4,298.66 |
| Check | 10/21/2025 | | AnazaoHealth Corporation | 10/20 | | 500.00 | 3,798.66 |
| Check | 10/21/2025 | | AnazaoHealth Corporation | 10/20 | | 500.00 | 3,298.66 |
| Check | 10/21/2025 | | AnazaoHealth Corporation | 10/20 | | 168.00 | 3,130.66 |
| Check | 10/21/2025 | | AnazaoHealth Corporation | 10/20 | | 274.73 | 2,855.93 |
| Check | 10/21/2025 | | Finix CC Processing Fees | ORIG ID:1043575881 DESC DATE:251 | | 0.05 | 2,855.88 |
| Check | 10/22/2025 | | USPS | DC        10/21 | | 21.63 | 2,834.25 |
| Check | 10/23/2025 | | AnazaoHealth Corporation | 10/22 | | 377.19 | 2,457.06 |
| Check | 10/23/2025 | | Wells Pharmacy Network LLC | 74 FL      10/22 | | 990.30 | 1,466.76 |
| Check | 10/23/2025 | | Wells Pharmacy Network LLC | 74 FL      10/22 | | 975.30 | 491.46 |
| Check | 10/23/2025 | | USPS | DC        10/22 | | 6.07 | 485.39 |
| Check | 10/24/2025 | | Ups | 48 GA      10/24 | | 11.14 | 474.25 |
| Deposit | 10/27/2025 | | Unknown Deposit | | 2,000.00 | | 2,474.25 |
| Check | 10/27/2025 | | Fed Ex | 39 TN      10/24 | | 338.13 | 2,136.12 |
| Check | 10/27/2025 | | Olympia Pharmacy | 68 FL      10/24 | | 130.45 | 2,005.67 |
| Check | 10/28/2025 | | Transfer to 3731 | ransaction#: 26748570394 | | 1,424.71 | 580.96 |
| Check | 10/28/2025 | | Qualgen | 10/27 | | 109.00 | 471.96 |
| Check | 10/29/2025 | | Olympia Pharmacy | 68 FL      10/28 | | 92.50 | 379.46 |

**NuMedical SC**

**Account QuickReport**

As of October 31, 2025

7:14 PM

11/20/2025

Accrual Basis

| Type | Date | Num | Name | | Memo | Debit | Credit | Balance |
|------|------|-----|------|---|------|-------|--------|---------|
| Check | 10/29/2025 | | Olympia Pharmacy | 68 FL | 10/28 | | 81.00 | 298.46 |
| Check | 10/29/2025 | | Olympia Pharmacy | 68 FL | 10/28 | | 83.30 | 215.16 |
| Check | 10/30/2025 | | Fed Ex | 39 TN | 10/29 | | 215.16 | 0.00 |
| Total 10455 · Chase Bank - Dr x3675 | | | | | | 13,937.50 | 58,681.36 | 0.00 |
| **TOTAL** | | | | | | **13,937.50** | **58,681.36** | **0.00** |

**NuMedical SC**                                    7:09 PM
**Reconciliation Summary**                   11/20/2025
**10455 · Chase Bank - Dr x3675, Period End**

|  | Oct 31, 25 |
|---|---|
| **Beginning Balance** | 44,743.86 |
| **Cleared Transactions** | |
| **Checks and Payments - 55 items** | (58,681.36) |
| **Deposits and Credits - 5 items** | 13,937.50 |
| **Total Cleared Transactions** | (44,743.86) |
| **Cleared Balance** | 0.00 |

# NuMedical SC

10:30 AM

## Reconciliation Detail

11/19/2025

### 10455 · Chase Bank - Dr x3675, Period Ending 10/31/2025

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 44,743.86 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 55 items** | | | | | | |
| Check | 10/01/2025 | | NuMale Corporation | √ | (35,000.00) | (35,000.00) |
| Check | 10/01/2025 | | Facebook | √ | (1,000.00) | (36,000.00) |
| Check | 10/01/2025 | | AnazaoHealth Corporation | √ | (304.75) | (36,304.75) |
| Check | 10/02/2025 | | Carie Boyds Prescription | √ | (2,000.00) | (38,304.75) |
| Check | 10/02/2025 | | Wells Pharmacy Network LLC | √ | (1,765.35) | (40,070.10) |
| Check | 10/02/2025 | | Wells Pharmacy Network LLC | √ | (185.85) | (40,255.95) |
| Check | 10/03/2025 | | Amazon | √ | (263.18) | (40,519.13) |
| Check | 10/06/2025 | | Fed Ex | √ | (1,021.19) | (41,540.32) |
| Check | 10/06/2025 | | AnazaoHealth Corporation | √ | (541.73) | (42,082.05) |
| Check | 10/06/2025 | | Finix CC Processing Fees | √ | (59.73) | (42,141.78) |
| Check | 10/06/2025 | | Facebook | √ | (58.06) | (42,199.84) |
| Check | 10/06/2025 | | Fed Ex | √ | (51.94) | (42,251.78) |
| Check | 10/06/2025 | | Ups | √ | (14.88) | (42,266.66) |
| Check | 10/06/2025 | | Ups | √ | (13.93) | (42,280.59) |
| Check | 10/06/2025 | | Ups | √ | (13.93) | (42,294.52) |
| Check | 10/07/2025 | | AnazaoHealth Corporation | √ | (102.55) | (42,397.07) |
| Check | 10/07/2025 | | AnazaoHealth Corporation | √ | (59.62) | (42,456.69) |
| Check | 10/08/2025 | | Qualgen | √ | (504.00) | (42,960.69) |
| Bill Pmt -Check | 10/08/2025 online | | Qualgen | √ | (204.00) | (43,164.69) |
| Check | 10/09/2025 | | Wells Pharmacy Network LLC | √ | (2,221.00) | (45,385.69) |
| Check | 10/09/2025 | | Wells Pharmacy Network LLC | √ | (769.65) | (46,155.34) |
| Check | 10/09/2025 | | Olympia Pharmacy | √ | (733.05) | (46,888.39) |
| Check | 10/10/2025 | | AnazaoHealth Corporation | √ | (504.38) | (47,392.77) |
| Check | 10/10/2025 | | AnazaoHealth Corporation | √ | (145.56) | (47,538.33) |
| Check | 10/14/2025 | | Fed Ex | √ | (828.44) | (48,366.77) |
| Check | 10/14/2025 | | RepeatMD | √ | (299.00) | (48,665.77) |
| Check | 10/14/2025 | | Amazon | √ | (99.00) | (48,764.77) |
| Check | 10/15/2025 | | Olympia Pharmacy | √ | (798.60) | (49,563.37) |
| Check | 10/15/2025 | | Wells Pharmacy Network LLC | √ | (475.25) | (50,038.62) |
| Check | 10/15/2025 | | Olympia Pharmacy | √ | (193.70) | (50,232.32) |
| Check | 10/17/2025 | | AnazaoHealth Corporation | √ | (500.00) | (50,732.32) |
| Check | 10/17/2025 | | ADT Security | √ | (65.46) | (50,797.78) |
| Check | 10/20/2025 | | Fed Ex | √ | (307.95) | (51,105.73) |
| Check | 10/20/2025 | | Paylocity - Billing | √ | (274.87) | (51,380.60) |
| Check | 10/20/2025 | | Staples Online | √ | (149.65) | (51,530.25) |
| Check | 10/21/2025 | | Olympia Pharmacy | √ | (852.45) | (52,382.70) |
| Check | 10/21/2025 | | AnazaoHealth Corporation | √ | (500.00) | (52,882.70) |
| Check | 10/21/2025 | | AnazaoHealth Corporation | √ | (500.00) | (53,382.70) |
| Check | 10/21/2025 | | AnazaoHealth Corporation | √ | (274.73) | (53,657.43) |

**NuMedical SC**                                                                    10:30 AM

# Reconciliation Detail                                                             11/19/2025

**10455 · Chase Bank - Dr x3675, Period Ending 10/31/2025**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 10/21/2025 | | AnazaoHealth Corporation | √ | (168.00) | (53,825.43) |
| Check | 10/21/2025 | | Finix CC Processing Fees | √ | (0.05) | (53,825.48) |
| Check | 10/22/2025 | | USPS | √ | (21.63) | (53,847.11) |
| Check | 10/23/2025 | | Wells Pharmacy Network LLC | √ | (990.30) | (54,837.41) |
| Check | 10/23/2025 | | Wells Pharmacy Network LLC | √ | (975.30) | (55,812.71) |
| Check | 10/23/2025 | | AnazaoHealth Corporation | √ | (377.19) | (56,189.90) |
| Check | 10/23/2025 | | USPS | √ | (6.07) | (56,195.97) |
| Check | 10/24/2025 | | Ups | √ | (11.14) | (56,207.11) |
| Check | 10/27/2025 | | Fed Ex | √ | (338.13) | (56,545.24) |
| Check | 10/27/2025 | | Olympia Pharmacy | √ | (130.45) | (56,675.69) |
| Check | 10/28/2025 | | Transfer to 3731 | √ | (1,424.71) | (58,100.40) |
| Check | 10/28/2025 | | Qualgen | √ | (109.00) | (58,209.40) |
| Check | 10/29/2025 | | Olympia Pharmacy | √ | (92.50) | (58,301.90) |
| Check | 10/29/2025 | | Olympia Pharmacy | √ | (83.30) | (58,385.20) |
| Check | 10/29/2025 | | Olympia Pharmacy | √ | (81.00) | (58,466.20) |
| Check | 10/30/2025 | | Fed Ex | √ | (215.16) | (58,681.36) |
| **Total Checks and Payments** | | | | | (58,681.36) | (58,681.36) |
| **Deposits and Credits - 5 items** | | | | | | |
| Deposit | 10/03/2025 | | | √ | 6,000.00 | 6,000.00 |
| Deposit | 10/06/2025 | | Finix CC Processing Fees | √ | 737.50 | 6,737.50 |
| Deposit | 10/08/2025 | | RepeatMD | √ | 2,200.00 | 8,937.50 |
| Deposit | 10/20/2025 | | RepeatMD | √ | 3,000.00 | 11,937.50 |
| Deposit | 10/27/2025 | | Unknown Deposit | √ | 2,000.00 | 13,937.50 |
| **Total Deposits and Credits** | | | | | 13,937.50 | 13,937.50 |
| **Total Cleared Transactions** | | | | | (44,743.86) | (44,743.86) |
| **Cleared Balance** | | | | | (44,743.86) | 0.00 |



**JPMorgan Chase Bank, N.A.**
P O Box 182051
Columbus, OH 43218 - 2051

October 01, 2025 through October 31, 2025

Account Number: ██████████3675



### CUSTOMER SERVICE INFORMATION

| | |
|---|---|
| Web site: | **www.Chase.com** |
| Service Center: | **1-877-425-8100** |
| Para Espanol: | 1-888-622-4273 |
| International Calls: | 1-713-262-1679 |
| We accept operator relay calls | |

00353095 DRE 703 219 30525 NNNNNNNNNNN  1 000000000 64 0000
NUMEDICAL, S.C.
DEBTOR-IN-POSSESSION CASE NO 25-10343
5786 STONEHEATH AVE
LAS VEGAS NV 89139-7523

## IMPORTANT UPDATE: Some fees are changing on business account(s) effective January 1, 2026

Beginning **January** 1, applicable fees will change on your account, and will be reflected on your statement for January.

- **Chase Performance Business Checking® and Chase Performance Business Checking® with Interest:**
  - **Monthly Service Fee** will increase from $30 to $40. To learn more about ways to waive this fee please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Business Complete Checking®, Platinum Checking℠, Business Total Savings℠ and Premier Savings℠:**
  - **Transaction Fees per month** will increase from $0.40/each to $0.50/each for transactions in excess of the number listed for the applicable account type.
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

- **Chase Analysis Business Checking® and Chase Analysis Business Checking with Interest®:**
  - **Cash Deposited Per Month Fee** will increase from $2.50 to $3.00 per $1,000 for all cash deposits in excess of the amount listed for the applicable account type.

For more information about fees related to your Chase business account, please review the Additional Banking Services and Fees for Business Accounts Deposit Account Agreement at **chase.com/Business/Disclosures**.

We're here to help. If you have any questions, please call the number on this statement.

## CHECKING SUMMARY    Chase Platinum Business Checking

| | INSTANCES | AMOUNT |
|---|---|---|
| **Beginning Balance** | | **$44,743.86** |
| Deposits and Additions | 5 | 13,937.50 |
| ATM & Debit Card Withdrawals | 48 | -21,557.54 |
| Electronic Withdrawals | 7 | -37,123.82 |
| **Ending Balance** | 60 | **$0.00** |



CHASE 🏦

October 01, 2025 through October 31, 2025

Account Number: ▮▮▮▮▮▮▮▮3675

Your Chase Platinum Business Checking account provides:
- No transaction fees for unlimited electronic deposits (including ACH, ATM, wire, Chase Quick Deposit)
- 500 debits and non-electronic deposits (those made via check or cash in branches) per statement cycle
- $25,000 in cash deposits per statement cycle
- Unlimited return deposited items with no fee

There are additional fee waivers and benefits associated with your account – please refer to your Deposit Account Agreement for more information.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/03 | Deposit        1252835269 | $6,000.00 |
| 10/06 | Orig CO Name:Numale Medical          Orig ID:1043575881 Desc Date:251003 CO Entry Descr:Settlementsec:CCD    Trace#:291471028509013 Eed:251006  Ind ID:854046C6-63D8-4          Ind Name:Numedical SC Trn: 2798509013Tc | 737.50 |
| 10/20 | Orig CO Name:Repeatrnd Marketp      Orig ID:4270465600 Desc Date:      CO Entry Descr:Repeatrnd Msec:CCD    Trace#:111000026285177 Eed:251020  Ind ID:St-Y1E5M1D3F1E3          Ind Name:Numedical SC Trn: 2936285177Tc | 3,000.00 |
| 10/21 | Orig CO Name:Repeatrnd Marketp      Orig ID:4270465600 Desc Date:      CO Entry Descr:Repeatrnd Msec:CCD    Trace#:111000022670966 Eed:251021  Ind ID:St-Z2H4B0M3O6R3          Ind Name:Numedical SC Trn: 2942670966Tc | 2,200.00 |
| 10/27 | Deposit        1252835310 | 2,000.00 |

**Total Deposits and Additions**                                                     **$13,937.50**

## ATM & DEBIT CARD WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/01 | Card Purchase          09/30 Anazaohealth 800-9954363 FL Card 3464 | $304.75 |
| 10/01 | Recurring Card Purchase 10/01 Facebk *Czemey4582 650-5434800 De Card 3464 | 1,000.00 |
| 10/02 | Card Purchase          10/01 Carie Boyds Prescripti 817-2829376 TX Card 3464 | 2,000.00 |
| 10/02 | Card Purchase          10/01 Wells Pharmacy Network 866-5062174 FL Card 3464 | 185.85 |
| 10/02 | Card Purchase          10/01 Wells Pharmacy Network 866-5062174 FL Card 3464 | 1,765.35 |
| 10/03 | Card Purchase          10/03 Amazon.Com*NJ67Q7Kd2 Amzn.Com/Bill WA Card 3464 | 263.18 |
| 10/06 | Card Purchase          10/03 Fedex502071125 800-4633339 TN Card 3464 | 1,021.19 |
| 10/06 | Card Purchase          10/04 UPS*1Z49Lt5G033626562 800-811-1648 GA Card 3464 | 13.93 |
| 10/06 | Card Purchase          10/04 UPS*1Z49Rrt2032000161 800-811-1648 GA Card 3464 | 14.88 |
| 10/06 | Card Purchase          10/04 UPS*1Z5Bt9M4031296604 800-811-1648 GA Card 3464 | 13.93 |
| 10/06 | Card Purchase          10/04 Fedex502200496 800-4633339 TN Card 3464 | 51.94 |
| 10/06 | Card Purchase          10/03 Anazaohealth 800-9954363 FL Card 3464 | 541.73 |
| 10/06 | Card Purchase          10/05 Facebk *Ugb8Hz8482 650-543-7818 CA Card 3464 | 58.06 |
| 10/07 | Card Purchase          10/06 Anazaohealth 800-9954363 FL Card 3464 | 59.62 |
| 10/07 | Card Purchase          10/06 Anazaohealth 800-9954363 FL Card 3464 | 102.55 |
| 10/08 | Card Purchase          10/07 Qualgen 405-5518216 OK Card 3464 | 504.00 |
| 10/09 | Card Purchase          10/08 Olympia Pharmaceutica 407-267-6468 FL Card 3464 | 733.05 |
| 10/09 | Card Purchase          10/08 Wells Pharmacy Network 866-5062174 FL Card 3464 | 769.65 |
| 10/09 | Card Purchase          10/08 Wells Pharmacy Network 866-5062174 FL Card 3464 | 2,221.00 |
| 10/09 | Card Purchase          10/08 Qualgen 405-5518216 OK Card 3464 | 204.00 |
| 10/10 | Card Purchase          10/09 Anazaohealth 800-9954363 FL Card 3464 | 504.38 |
| 10/10 | Card Purchase          10/09 Anazaohealth 800-9954363 FL Card 3464 | 145.56 |
| 10/14 | Card Purchase          10/10 Fedex502703392 800-4633339 TN Card 3464 | 828.44 |
| 10/14 | Card Purchase          10/13 Amzn Digital*NM6F57Py 888-802-3080 WA Card 3464 | 99.00 |
| 10/15 | Card Purchase          10/14 Olympia Pharmaceutica 407-267-6468 FL Card 3464 | 193.70 |
| 10/15 | Card Purchase          10/14 Olympia Pharmaceutica 407-267-6468 FL Card 3464 | 798.60 |
| 10/15 | Card Purchase          10/14 Wells Pharmacy Network 866-5062174 FL Card 3464 | 475.25 |
| 10/17 | Card Purchase          10/16 Anazaohealth 800-9954363 FL Card 3464 | 500.00 |



October 01, 2025 through October 31, 2025

Account Number:                3675

## ATM & DEBIT CARD WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | | | AMOUNT |
|------|-------------|--|--|-------:|
| 10/20 | Card Purchase | 10/17 Fedex | 00011007 800-4633339 TN Card 3464 | 307.95 |
| 10/20 | Card Purchase | 10/17 Staples | 00365775 877-8267755 NJ Card 3464 | 149.65 |
| 10/21 | Card Purchase | 10/20 Olympia Pharmaceutica 407-267-6468 FL Card 3464 | | 852.45 |
| 10/21 | Card Purchase | 10/20 Anazaohealth 800-9954363 FL Card 3464 | | 500.00 |
| 10/21 | Card Purchase | 10/20 Anazaohealth 800-9954363 FL Card 3464 | | 500.00 |
| 10/21 | Card Purchase | 10/20 Anazaohealth 800-9954363 FL Card 3464 | | 168.00 |
| 10/21 | Card Purchase | 10/20 Anazaohealth 800-9954363 FL Card 3464 | | 274.73 |
| 10/22 | Card Purchase | 10/21 Usps.Com Clicknship 800-344-7779 DC Card 3464 | | 21.63 |
| 10/23 | Card Purchase | 10/22 Anazaohealth 800-9954363 FL Card 3464 | | 377.19 |
| 10/23 | Card Purchase | 10/22 Wells Pharmacy Network 866-5062174 FL Card 3464 | | 990.30 |
| 10/23 | Card Purchase | 10/22 Wells Pharmacy Network 866-5062174 FL Card 3464 | | 975.30 |
| 10/23 | Card Purchase | 10/22 Usps.Com Clicknship 800-344-7779 DC Card 3464 | | 6.07 |
| 10/24 | Card Purchase | 10/24 UPS*1Z5TN0C4033153003 800-811-1648 GA Card 3464 | | 11.14 |
| 10/27 | Card Purchase | 10/24 Fedex | 00011007 800-4633339 TN Card 3464 | 338.13 |
| 10/27 | Card Purchase | 10/24 Olympia Pharmaceutica 407-267-6468 FL Card 3464 | | 130.45 |
| 10/28 | Card Purchase | 10/27 Qualgen 405-5518216 OK Card 3464 | | 109.00 |
| 10/29 | Card Purchase | 10/28 Olympia Pharmaceutica 407-267-6468 FL Card 3464 | | 92.50 |
| 10/29 | Card Purchase | 10/28 Olympia Pharmaceutica 407-267-6468 FL Card 3464 | | 81.00 |
| 10/29 | Card Purchase | 10/28 Olympia Pharmaceutica 407-267-6468 FL Card 3464 | | 83.30 |
| 10/30 | Card Purchase | 10/29 Fedex | 00011007 800-4633339 TN Card 3464 | 215.16 |

**Total ATM & Debit Card Withdrawals**    **$21,557.54**



## ATM & DEBIT CARD SUMMARY

Justin Reid Pulliam  Card 3464

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $21,557.54 |
| Total Card Deposits & Credits | $0.00 |

ATM & Debit Card Totals

| | |
|---|---:|
| Total ATM Withdrawals & Debits | $0.00 |
| Total Card Purchases | $21,557.54 |
| Total Card Deposits & Credits | $0.00 |

## ELECTRONIC WITHDRAWALS

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|-------:|
| 10/01 | 10/01 Online Transfer To Chk ...9865 Transaction#: 26424185553 | $35,000.00 |
| 10/06 | Orig CO Name:Numale Medical    Orig ID:1043575881 Desc Date:251003 CO Entry Descr:Settlementsec:CCD   Trace#:291471028509011 Eed:251006   Ind ID:854046C6-63D8-4 Ind Name:Numedical SC Trn: 2798509011Tc | 59.73 |
| 10/14 | Orig CO Name:Repeatmd    Orig ID:1800948598 Desc Date:    CO Entry Descr:Repeatmd Sec:Web    Trace#:091000012712933 Eed:251014   Ind ID:St-V5N4C9A4M4R8    Ind Name:Justin Pulliam Trn: 2872712933Tc | 299.00 |
| 10/17 | Orig CO Name:ADT Security Ser    Orig ID:8881323080 Desc Date:    CO Entry Descr:Adtpapach Sec:PPD   Trace#:043301604542822 Eed:251017   Ind ID: Ind Name:Numale Trn: 2904542822Tc | 65.46 |


**CHASE**

October 01, 2025 through October 31, 2025
Account Number: ████████ **3675**

## ELECTRONIC WITHDRAWALS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|------|-------------|--------|
| 10/20 | Orig CO Name:123508 Numedical     Orig ID:1364227403 Desc Date:251020 CO Entry Descr:Billing   Sec:CCD   Trace#:011002720364894 Eed:251020   Ind ID:123508 Ind Name:Numedical SC        Inv3174379 475052576     (PC) Trn: 2930364894Tc | 274.87 |
| 10/21 | Orig CO Name:Numale Medical     Orig ID:1043575881 Desc Date:251020 CO Entry Descr:Settlementsec:CCD   Trace#:291471026444547 Eed:251021   Ind ID:854046C6-63D8-4 Ind Name:Numedical SC Trn: 2946444547Tc | 0.05 |
| 10/28 | 10/28 Online Transfer To Chk ...3731 Transaction#: 26748570394 | 1,424.71 |
| **Total Electronic Withdrawals** | | **$37,123.82** |

## DAILY ENDING BALANCE

| DATE | AMOUNT | DATE | AMOUNT | DATE | AMOUNT |
|------|--------|------|--------|------|--------|
| 10/01 | $8,439.11 | 10/10 | 3,943.03 | 10/23 | 485.39 |
| 10/02 | 4,487.91 | 10/14 | 2,716.59 | 10/24 | 474.25 |
| 10/03 | 10,224.73 | 10/15 | 1,249.04 | 10/27 | 2,005.67 |
| 10/06 | 9,186.84 | 10/17 | 683.58 | 10/28 | 471.96 |
| 10/07 | 9,024.67 | 10/20 | 2,951.11 | 10/29 | 215.16 |
| 10/08 | 8,520.67 | 10/21 | 2,855.88 | 10/30 | 0.00 |
| 10/09 | 4,592.97 | 10/22 | 2,834.25 | | |

## SERVICE CHARGE SUMMARY

| | |
|---|---|
| Monthly Service Fee | $0.00 |
| Other Service Charges | $0.00 |
| **Total Service Charges** | **$0.00** |

**IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

Call us at 1-866-564-2262 or write us at the address on the front of this statement immediately if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt.

**For personal accounts only:** We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Be prepared to give us the following information:

- Your name and account number;
- A description of the error or the transaction you are unsure about, and why you think it is an error or want more information; and
- The amount of the suspected error.

We will investigate your complaint and will correct any error promptly. If we take more than 10 business days (or 20 business days for new accounts) to do this, we will provide provisional credit to your account for the amount you think is in error so that you will have use of the money during the time it takes us to complete our investigation.

**For business accounts,** our practice is to follow the procedures described above as detailed in your Deposit Account Agreement or other applicable agreements, but we are not legally required to do so. For example, we require you to notify us no later than 30 days after we sent you the first statement on which the error appeared. We may require you to provide us with a written statement that the disputed transaction was unauthorized. We are also not required to give provisional credit.

**IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC FUNDS TRANSFERS:** Contact us immediately if your statement is incorrect or if you need more information about any non-electronic funds transfers on this statement. For more details, see your Deposit Account Agreement or other applicable agreements that govern your account.

**JPMorgan Chase Bank, N.A. Member FDIC**