# EXHIBIT 1

# EXHIBIT 1

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail:  ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Trustee*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA**

| In re: | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|---|
| NUMALE CORPORATION, | | |
|     AFFECTS THIS DEBTOR, | ☐ | *Jointly administered with:* |
|     AFFECTS FELICIANO<br>    NUMALE NEVADA PLLC, | ☐ | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
|     NUMEDICAL SC, | ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
|     NUMALE COLORADO SC, | ☐ | NuMale Colorado SC<br>Case No. 25-10344-nmc |
|     NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
|     NUMALE NEBRASKA LLC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
|     NUMALE NEW MEXICO SC, | ☐ | NuMale New Mexico SC |
|     NUMALE ALL DEBTORS, | ☒ | |

| | |
|---|---|
| Debtors. | Case No. 25-10347-nmc<br><br>Hearing Date: January 13, 2026<br>Hearing Time: 9:30 a.m. |

### ORDER SUSTAINING OBJECTION TO CLAIM NO. 15 OF THE N2 COMPANY

Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, as the Liquidating Trustee of the NuMale Liquidation Trust and as the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "Trustee"), filed the *Objection to Claim No. 15 of The N2 Company* (the "Objection") [ECF No. ____] (the "Objection"),[1] which came on for hearing before the above-captioned Court on January 13, 2026, at 9:30 a.m. Gregory E. Garman, Esq. appeared on behalf of Trustee Michael W. Carmel, Esq.; all other appearances were noted on the record.

The Court reviewed the Objection and all matters submitted therewith. The Court considered the argument of counsel made at the time of the hearing and found that notice of the Objection was proper. The Court stated its findings of fact and conclusions of law on the record at the hearing on the Objection, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure and good cause appearing for the relief requested:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Objection is SUSTAINED in its entirety.

2. Claim No. 15 is hereby disallowed in the entirety, with prejudice.

3. The Court retains jurisdiction to adjudicate disputes arising from, arising out of,

. . .

. . .

. . .

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Objection.

1  regarding, or related to this Order and its effectuation and implementation.

2  **IT IS SO ORDERED**.

3  PREPARED AND SUBMITTED:

4  GARMAN TURNER GORDON LLP

5  By: /s/
6      GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
7      MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
8      Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Trustee*

**RULE 9021 CERTIFICATE**

In accordance with Local Rule 9021, counsel submitting this document certifies that the order accurately reflects the Court's ruling and that (check one):

☐ The Court has waived the requirements set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document].

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #