GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Trustee*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re: <br><br> NUMALE CORPORATION, <br><br> ☐ AFFECTS THIS DEBTOR, <br><br> ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, <br><br> ☐ NUMEDICAL SC, <br><br> ☐ NUMALE COLORADO SC, <br><br> ☐ NUMALE FLORIDA TB PLLC, <br><br> ☐ NUMALE NEBRASKA LLC, <br><br> ☐ NUMALE NEW MEXICO SC, <br><br> ☒ NUMALE ALL DEBTORS, <br><br> Debtors. | Lead Case No.: 25-10341-nmc <br> Chapter 11 <br><br> *Jointly administered with:* <br><br> Feliciano NuMale Nevada PLLC, <br> Case No. 25-10342-nmc <br><br> NuMedical SC <br> Case No. 25-10343-nmc <br><br> NuMale Colorado SC, <br> Case No. 25-10344-nmc <br><br> NuMale Florida TB PLLC, <br> Case No. 25-10345-nmc <br><br> NuMale Nebraska LLC <br> Case No. 25-10346-nmc <br><br> NuMale New Mexico SC <br> Case No. 25-10347-nmc <br><br> Hearing Date: January 13, 2026 <br> Hearing Time: 9:30 a.m. |

**<u>NOTICE OF HEARING ON OBJECTION TO CLAIM NO. 15 OF THE N2 COMPANY</u>**

NOTICE IS HEREBY GIVEN that Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC,

NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, as the Liquidating Trustee of the NuMale Liquidation Trust and as the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "Trustee") hereby files the *Objection to Claim No. 15 of The N2 Company* (the "Objection"), objecting to Claim No. 15 filed by The N2 Company (the "Claim"). The Objection requests that the Court enter an Order sustaining the Objection and disallowing the Claim in its entirety.

**Your claim may be reduced, modified, or eliminated. You should read these papers carefully and discuss them with your attorney if you have one.**

If you do not want the Court to eliminate or change your claim, then you or your attorney must:

1. On or before December 30, 2025, file a response to the Objection pursuant to Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada ("Local Rules") 3007 and 9014; and

2. Attend the hearing on the Objection, as referenced below.

Local Rule 3007 provides in pertinent part as follows:

> (b) Responses to objection to claims. The time for filing a response to an objection to a claim and of the filing of any reply to such a response, is governed by the time limits set out in LR 9014(d)(1) and (2). A response to an objection is sufficient if it states that written documentation in support of the proof of claim has already been provided to the objecting party and that the documentation will be provided at any evidentiary hearing or trial on the matter.

> (c) Hearing on objections. If a written response is not timely filed and served, the court may grant the objection without calling the matter and without receiving arguments or evidence. If a response is timely filed and served, and the court determines that further evidence must be taken to resolve a factual dispute, the court may treat the initial hearing as a status and scheduling hearing. Unless the court orders otherwise or for good cause, live testimony will not be presented at the first date set for hearing. The judge may order a further evidentiary hearing.

Local Rule 9014 provides in pertinent part as follows:

> If you object to the relief requested, you *must* file a **WRITTEN** response to this Pleading with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written

> response on the person who sent you this notice, then:
>
> - The court may *refuse to allow you to speak* at the scheduled hearing; and
> - The court may *rule against you* without formally calling the matter at the hearing.

NOTICE IS FURTHER GIVEN that if you do not want the court to grant the relief sought in the Objection, or if you want the court to consider your views on the Objection, then you must file a response with the court at the address below, and serve a copy on the person making the Objection ***no later than fourteen (14) days preceding*** the hearing date for the Objection. If you mail your response to the Court for filing, you must mail it early enough so that the Court will **receive** it on or before the date stated above. The response must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court. The hearing will be held on **January 13, 2026, at the hour of 9:30 a.m. prevailing Pacific Time.** Parties are permitted to appear telephonically by **dialing (833) 435-1820 and entering meeting ID (if applicable): 161 166 2815 and entering access code or passcode 115788#.**

If you or your attorney do not take these steps, the Court may decide that you do not oppose the Objection to your claim and may grant or sustain the objection as unopposed.

Dated this 24th day of November, 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Trustee*