GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtor. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: January 13, 2026<br>Hearing Time: 9:30 a.m. |
|---|---|

**CERTIFICATE OF SERVICE**

1

1. On November 24, 2025, I served the following document(s):

| | | | |
|---|---|---|---|
| a. | *Objection to Claim No. 45 of Eva Gabriela Farmer de la Torre* | | Dkt. No. 841 |
| b. | *Declaration of Michael Carmel in Support of Objection to Claim No. 45 of Eva Gabriela Farmer de la Torre* | | Dkt. No. 842 |
| d. | *Notice of Hearing on Objection to Claim No. 45 of Eva Gabriela Farmer de la Torre* | | Dkt. No. 843 |

I served the above-named document(s) by the following means to the persons as listed below:

☒ a. ECF System: See attached ECF Confirmation Sheets.

☒ b. United States Mail, postage fully prepaid:

> EVA GABRIELA FARMER DE LA TORRE
> 9 Paradise Valley Court
> Henderson, NV 89052

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 24th day of November, 2025.

> /s/ Vicki DiMaio
> Vicki DiMaio, an employee of
> Garman Turner Gordon LLP

**File a Claim action:**

25-10341-nmc NUMALE CORPORATION

| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
|---|---|---|
| Assets: y | Judge: nmc | Case Flag: BAPCPA, JNTADMN, LEAD, EXHS |

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 11/24/2025 at 4:07 PM PST and filed on 11/24/2025
**Case Name:**        NUMALE CORPORATION
**Case Number:**      25-10341-nmc
**Document Number:** 841

**Docket Text:**
Objection to Claim 45 of Eva Gabriela Farmer de la Torre in the amount of with Proposed Order Filed by MARY LANGSNER on behalf of MICHAEL W. CARMEL (Attachments: # (1) Exhibit 1 # (2) Exhibit 2)(LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Objection to Claim Eva Gabriela Farmer de la Torre.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/24/2025] [FileNumber=37141799-0] [80f24c322496491c91e6f16ecdf2081ee1980c6b1159079d5e75945cf43d5554f5 d5943cd85c6a1a76fd32c3e7b75324f9eabcf9bef27c8f114d2d9ffe575b5d]]
**Document description:** Exhibit 1
**Original filename:** C:\fakepath\Ex 1 - Order re objection to Eva Gabriela Farmer de al Torre.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/24/2025] [FileNumber=37141799-1] [150474bcb75484e7a7ee3a7383e9ca3108cbe4cc084628dbb2553d09b616a96ccd 29422518188ddf30d90f677b0e28e718ec874ced13b2b66bc033c88bbe4fa0]]
**Document description:** Exhibit 2
**Original filename:** C:\fakepath\Ex 2 - POC 0045 Eva Gabriela Farmer de la Torre $20247.13.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/24/2025] [FileNumber=37141799-2] [d0a4300936abfcd96b1c46827d29e07cda61bc1c0dd586a8b95835e713ae31f8c1 a76cd0444a02aaf7a74241d8fd6d858dcbe286df8d77d99264c4caf41099b3]]

**25-10341-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

LOUIS M BUBALA, III on behalf of Creditor Mayfair Mall LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;pfalkensammer@carlyo

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

IVAN M. GOLD on behalf of Creditor Mayfair Mall LLC
igold@allenmatkins.com

ISABELLA R. GOLDSMITH on behalf of Creditor Mayfair Mall LLC
igoldsmith@kcnvlaw.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE

tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@gtg.legal, bknotices@gtg.legal

STEVEN T GUBNER on behalf of Interested Party BG LAW LLP
sgubner@bg.law, ecf@bg.law

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

STEVEN B. SCOW on behalf of Creditor CHRISTOPHER ASANDRA
sscow@kskdlaw.com, dscow@kskdlaw.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Defendant BRAD PALUBICKI

jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

**25-10341-nmc Notice will not be electronically mailed to:**

BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH
SUITE 2000
NASHVILLE, TN 37201

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

J.S. HELD LLC
,

MCAFEE AND TAFT LLP
,

PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
,

RIGGI LAW FIRM on behalf of Debtor NUMALE CORPORATION
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE COLORADO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMEDICAL SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.
,

RUBINBROWN LLP
10801 W. CHARLESTON BLVD.
SUITE 300
LAS VEGAS, NV 89135

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

**Miscellaneous:**

25-10341-nmc NUMALE CORPORATION

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: BAPCPA, JNTADMN, LEAD, EXHS |

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 11/24/2025 at 4:10 PM PST and filed on 11/24/2025
**Case Name:**       NUMALE CORPORATION
**Case Number:**     25-10341-nmc
**Document Number:** 842

**Docket Text:**
Declaration Of: Michael Carmel in Support of *Objection to Claim No. 45 of Eva Gabriela Farmer de la Torre* Filed by MARY LANGSNER on behalf of MICHAEL W. CARMEL (Related document(s)[841] Objection to Claim filed by Trustee MICHAEL W. CARMEL) (Attachments: # (1) Exhibit 1) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** DEC of M Carmel re de la Torre.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/24/2025] [FileNumber=37141838-0] [782bc15a8df08e8452432df4cedd6bab548be310574074fbb2aa4f8d3b900d0676 d8493e8650991d4debbfd64e5fb75d04de2d593598ad827a26d00d4d135913]]
**Document description:** Exhibit 1
**Original filename:** C:\fakepath\Ex 1 to Carmel Decl - Termination Letter.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/24/2025] [FileNumber=37141838-1] [37b05c4d6b471c9d6a026fd690d41c5799e1d7747bb72b6e97ee0838bf38ef5881 47422a71a71484e6defeebc8f0b0329d281c5377f9e895dc14fdc53517c489]]

**25-10341-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

LOUIS M BUBALA, III on behalf of Creditor Mayfair Mall LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;pfalkensammer@carlyo

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

IVAN M. GOLD on behalf of Creditor Mayfair Mall LLC
igold@allenmatkins.com

ISABELLA R. GOLDSMITH on behalf of Creditor Mayfair Mall LLC
igoldsmith@kcnvlaw.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@gtg.legal, bknotices@gtg.legal

STEVEN T GUBNER on behalf of Interested Party BG LAW LLP

sgubner@bg.law, ecf@bg.law

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

STEVEN B. SCOW on behalf of Creditor CHRISTOPHER ASANDRA
sscow@kskdlaw.com, dscow@kskdlaw.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Defendant BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party BRAD PALUBICKI

jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

**25-10341-nmc Notice will not be electronically mailed to:**

BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH
SUITE 2000
NASHVILLE, TN 37201

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

J.S. HELD LLC
,

MCAFEE AND TAFT LLP
,

PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
,

RIGGI LAW FIRM on behalf of Debtor NUMALE CORPORATION
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE COLORADO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMEDICAL SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.

,

RUBINBROWN LLP
10801 W. CHARLESTON BLVD.
SUITE 300
LAS VEGAS, NV 89135

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

**File a Notice:**

25-10341-nmc NUMALE CORPORATION

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: BAPCPA, JNTADMN, LEAD, EXHS |

U.S. Bankruptcy Court

District of Nevada

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 11/24/2025 at 4:12 PM PST and filed on 11/24/2025
**Case Name:** NUMALE CORPORATION
**Case Number:** 25-10341-nmc
**Document Number:** 843

**Docket Text:**
Notice of Hearing *on Objection to Claim No. 45 of Eva Gabriela Farmer de la Torre* Hearing Date: 01/13/2026 Hearing Time: 9:30 a.m. Filed by MARY LANGSNER on behalf of MICHAEL W. CARMEL (Related document(s)[841] Objection to Claim filed by Trustee MICHAEL W. CARMEL) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** NOH re OBJ Claim Eva Gabriela Farmer de la Torre.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/24/2025] [FileNumber=37141880-0] [055ad6675bae47aaf432fbdaeb17484e4219a10aaf388a32c5af51c64c1e495564 04236f83d03f28028f7e7bd91e210718c3619865a56d55005fc9c514eb40b6]]

**25-10341-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

LOUIS M BUBALA, III on behalf of Creditor Mayfair Mall LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;tfrey@carlyoncica.com;pfalkensammer@carlyo

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

IVAN M. GOLD on behalf of Creditor Mayfair Mall LLC
igold@allenmatkins.com

ISABELLA R. GOLDSMITH on behalf of Creditor Mayfair Mall LLC
igoldsmith@kcnvlaw.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@gtg.legal, bknotices@gtg.legal

STEVEN T GUBNER on behalf of Interested Party BG LAW LLP
sgubner@bg.law, ecf@bg.law

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE

mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

STEVEN B. SCOW on behalf of Creditor CHRISTOPHER ASANDRA
sscow@kskdlaw.com, dscow@kskdlaw.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Defendant BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623

rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

**25-10341-nmc Notice will not be electronically mailed to:**

BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH
SUITE 2000
NASHVILLE, TN 37201

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

J.S. HELD LLC
,

MCAFEE AND TAFT LLP
,

PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
,

RIGGI LAW FIRM on behalf of Debtor NUMALE CORPORATION
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE COLORADO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMEDICAL SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.
,

RUBINBROWN LLP
10801 W. CHARLESTON BLVD.
SUITE 300
LAS VEGAS, NV 89135

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017