GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | Hearing Date:  January 13, 2026<br>Hearing Time:  9:30 a.m. |

**DECLARATION OF MICHAEL W. CARMEL IN SUPPORT OF**
**OBJECTION TO CLAIM NO. 6, TO CLAIM NO. 7, AND TO THE REQUEST OF**
**MAYFAIR MALL, LLC FOR PAYMENT OF ADMINISTRATIVE EXPENSE CLAIM**

I, Michael W. Carmel, Esq., hereby declare as follows:

1. I am over the age of 18 and mentally competent. I have personal knowledge of the facts in this matter and if called upon to testify, could and would do so.

2. I was the duly appointed Chapter 11 trustee over the estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"). I am the Liquidation Trustee of the NuMale Liquidation Trust. Pursuant to the confirmed Plan, I am also the sole person with control and authority over each of the Reorganized Debtors and their property.

3. I make this declaration in support of the *Objection to Claim No. 6, to Claim No. 7, and to the Request of Mayfair Mall, LLC for Payment of Administrative Expense Claim* (the "Objection").[1]

4. Attached hereto as composite **Exhibit "1"** is a true and correct copy of what I understand to be the lease documents for the Suite 1140 Premises.

5. Attached hereto as composite **Exhibit "2"** is a true and correct copy of what I understand to be the lease documents for the Suite 1150 Premises.

6. Pursuant to the terms of the confirmed Plan, the Administrative Claim Bar Date was November 10, 2025.

7. Based on my investigations, I believe that pre-petition, the Estates did not solely occupy the Premises.

8. I retained and paid Veolia North America to remove the limited medical-related items remaining on Premises.

. . .

. . .

. . .

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Objection.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 24th day of November, 2025.

                                                                                     */s/ Michael Carmel*
                                                                                     MICHAEL W. CARMEL, ESQ.