GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**STIPULATION WITH U.S. TRUSTEE REGARDING BRIEFING DEADLINES**

Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB

PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, AND the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, "Trustee Carmel"), by and through his undersigned counsel, and the United States Trustee for Region 17 ("U.S. Trustee"), by and through undersigned counsel, (Trustee Carmel and the U.S. Trustee together, the "Parties") hereby stipulate and agree as follows:

WHEREAS, Trustee Carmel has filed the following fee applications:

- *First and Final Application By Patient Care Ombudsman for Allowance of Fees and Reimbursement of Costs* [ECF No. 779];
- *First and Final Fee Application of Burr & Forman LLP as Special Counsel to Chapter 11 Estate for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 785];
- *First and Final Fee Application of McAfee & Taft as Special Counsel for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 798];
- *First and Final Fee Application of Rodey, Dickason, Sloan, Akin, & Robb, P.A. as Special Litigation Counsel to the Chapter 11 Estates for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 794];
- *First and Final Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 802];
- *First and Final Fee Application of J.S. Held LLC as Financial Advisor and Accountant to the Chapter 11 Estates for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 790]; and

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

- *Second and Final Fee Application of Garman Turner Gordon, LLP as Attorneys for Michael Carmel, Chapter 11 Trustee, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 805].

(Collectively, the "Applications").

WHEREAS, the Applications are noticed and set for hearings on December 9, 2025, at 9:30 a.m. prevailing Pacific Time (collectively, the "Hearings"). *See* ECF No. 806.

WHEREAS, pursuant to the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada ("Local Rules"), briefing deadlines on responses to the Applications were established as follows: Responses filed by November 25, 2025, and Replies filed by December 2, 2025 (collectively, the "Briefing Deadlines").

WHEREAS, the U.S. Trustee has requested, and Trustee Carmel has agreed, that, ***as to the U.S. Trustee only***, the Briefing Deadlines shall be modified as follows: a response, if any, by the U.S. Trustee to any of the Applications shall be filed by December 4, 2025, and any reply by Trustee Carmel thereto shall be presented orally at the Hearings on the Applications.

NOW, THEREFORE, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

1. ***As to the U.S. Trustee only***, the Briefing Deadlines shall be modified as follows: a response, if any, by the U.S. Trustee to any of the Applications shall be filed by December 4, 2025; and

. . .

. . .

. . .

. . .

. . .

. . .

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

2. Any reply by Trustee Carmel to any Response of the U.S. Trustee shall be presented orally at the Hearings on the Applications.

**IT IS SO STIPULATED.**

| Dated this 25th day of November, 2025. | Dated this 25th day of November, 2025. |
|---|---|
| GARMAN TURNER GORDON LLP | UNITED STATES DEPARTMENT OF JUSTICE |
| By:/s/ Mary Langsner<br>   GREGORY E. GARMAN, ESQ.<br>   TALITHA GRAY KOZLOWSKI, ESQ.<br>   MARY LANGSNER, Ph.D.<br>   7251 Amigo Street, Suite 210<br>   Las Vegas, Nevada 89119 | By: /s/ Alyssa A. Rogan<br>   Office of the U.S. Trustee<br>   JUSTIN C. VALENCIA, ESQ.<br>   ALYSSA A. ROGAN, ESQ.<br>   300 Las Vegas Blvd. So., Suite 4300<br>   Las Vegas, NV 89101 |
| *Attorneys for Michael Carmel, Trustee* | *Attorneys for United States Trustee* |