GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | |

## STIPULATION WITH HOWARD & HOWARD PLLC REGARDING DEADLINE TO OBJECT TO PROOF OF CLAIM

Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB

1

PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, as the Liquidating Trustee of the NuMale Liquidation Trust and as the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "Trustee"), by and through his counsel of record, the law firm Garman Turner Gordon LLP, and Howard & Howard PLLC ("Howard Firm"), by and through its counsel (the Trustee and the Howard Firm together, the "Parties") hereby stipulate and agree as follows:

WHEREAS, on or about January 22, 2025 (the "Petition Date"), the Debtors filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned bankruptcy cases (collectively, the "Chapter 11 Cases"). *See, e.g.*, ECF No. 1.

WHEREAS, on or about April 2, 2025, this Court entered its *Order on United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or in the Alternative, to Convert or Dismiss this Case Pursuant to 11 U.S.C. § 1112(b), and Reservation of Rights*, thereby directing the appointment of a Chapter 11 trustee for the Debtors' estates. *See* ECF No. 132.

WHEREAS, on or about April 7, 2025, the Trustee was appointed the Chapter 11 trustee for the Debtors' estates [ECF Nos. 155-157].

WHEREAS, on or about June 30, 2025, the Howard Firm filed proof of claim No. 35 against debtor NuMale Corporation, as a general unsecured claim in the amount of $16,717.05 on the basis of "Legal services performed" ("Claim 35").

WHEREAS, on August 1, 2025, Trustee Carmel filed the *Joint Plan of Reorganization* [ECF No. 434] (the "Plan").[1]

WHEREAS, the Plan has been confirmed. *See* ECF Nos. 726, 727.

WHEREAS, under the confirmed Plan, the deadline to file an objection to claim is "not later than the first (1st) Business Day that is thirty (30) days after the Effective Date[,] . . ." *See* ECF No. 434 at § 11.1.2.

WHEREAS, the Plan's Effective Date occurred on October 24, 2025. *See* ECF No. 762.

---

[1] All capitalized terms not otherwise defined herein shall have the meaning(s) ascribed to them in the Plan.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

WHEREAS, the Trustee and the Howard Firm are in settlement discussions to resolve, *inter alia*, Claim 35.

WHEREAS, the Parties conferred and agreed that, as to the Howard Firm, the Trustee's deadline to object to Claim 35 shall be extended by thirty (30) days, to December 24, 2025.

NOW, THEREFORE, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

1. As to Claim 35, the Trustee's deadline to file an objection to Claim 35 shall be December 24, 2025.

Dated this 26th day of November, 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for Michael Carmel, Chapter 11 Trustee*

Dated this 26th day of November, 2025.

KEMP JONES, LLP

By: */s/ Spencer H. Gunnerson*
J. Randall Jones, Esq. (#1927)
Spencer H. Gunnerson, Esq. (#8810)
Joseph D. Laurita, Esq. (#16267)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

*Attorneys for Howard & Howard PLLC*