1  GARMAN TURNER GORDON LLP
   GREGORY GARMAN, ESQ.
2  Nevada Bar No. 6654
   Email: ggarman@gtg.legal
3  TALITHA GRAY KOZLOWSKI, ESQ.
   Nevada Bar No. 9040
4  Email: tgray@gtg.legal
   MARY LANGSNER, Ph.D.
5  Nevada Bar No. 13707
   mlangsner@gtg.legal
6  7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
7  Tel: 725.777.3000
   *Attorneys for Michael Carmel, Trustee*

8

9              **UNITED STATES BANKRUPTCY COURT**
                      **DISTRICT OF NEVADA**
10

11 In re:                                    Lead Case No.: 25-10341-nmc
                                             Chapter 11
   NUMALE CORPORATION,
12                                           *Jointly administered with:*
      AFFECTS THIS DEBTOR,          ☐
13                                           Feliciano NuMale Nevada PLLC,
      AFFECTS FELICIANO             ☐        Case No. 25-10342-nmc
14    NUMALE NEVADA PLLC,
                                             NuMedical SC,
15    NUMEDICAL SC,                 ☐        Case No. 25-10343-nmc

16    NUMALE COLORADO SC,          ☐        NuMale Colorado SC,
                                             Case No. 25-10344-nmc
17    NUMALE FLORIDA TB PLLC,      ☐
                                             NuMale Florida TB PLLC,
18    NUMALE NEBRASKA LLC,         ☐        Case No. 25-10345-nmc

19    NUMALE NEW MEXICO SC,        ☐        NuMale Nebraska LLC
                                             Case No. 25-10346-nmc
20    NUMALE ALL DEBTORS,          ☒
                                             NuMale New Mexico SC
21       Debtors.                            Case No. 25-10347-nmc

22                                           Hearing Date:   January 13, 2026
                                             Hearing Time:  9:30 a.m.
23

24        **DECLARATION OF MARY LANGSNER IN SUPPORT OF**
          **OBJECTION TO CLAIM NO. 44 OF HOLLY TRIPLETT**
25

26        I, Mary Langsner, Ph.D. hereby declare as follows:

27        1.      I am over the age of 18, am mentally competent, have personal knowledge of the

   facts in this matter, and if called upon to testify, could and would do so.
28

2.    I am an attorney at the law firm of Garman Turner Gordon LLP ("GTG"), counsel to the Trustee in the above-captioned matter, and am duly licensed to practice law in the State of Nevada (Nevada Bar No. 13707).  GTG maintains offices in Nevada at 7251 Amigo Street, Suite 210, Las Vegas, Nevada 89119.  I am admitted to practice law before this Court.

3.    I make this declaration in support of the *Objection to Claim No. 44 of Holly Triplett* (the "Objection")[1] [ECF No. 837].

4.    Attached hereto as **Exhibit "1"** is a true and correct copy of correspondence I reviewed in connection with the Trustee's preliminary investigation of the Claim, minus its attachments.

5.    I believe the correspondence attached hereto as **Exhibit "1"** undermines Ms. Triplett's contentions in the Claim.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

DATED this 26th day of November 2025.

*/s/ Mary Langsner*
MARY LANGSNER

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meaning ascribed to them in the Objection.