_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
November 26, 2025

_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | *Jointly administered with:* |
| ☐ AFFECTS THIS DEBTOR, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMEDICAL SC, | |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |

| | |
|---|---|
| NUMALE ALL DEBTORS,  ☒<br><br>Debtors. | NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**ORDER APPROVING**
**STIPULATION WITH U.S. TRUSTEE REGARDING BRIEFING DEADLINES**

The Court has considered the *Stipulation With U.S. Trustee Regarding Briefing Deadlines* (the "Stipulation")[1] entered into by and between Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, "Trustee Carmel"), by and through his undersigned counsel, and the United States Trustee for Region 17 ("U.S. Trustee"), by and through undersigned counsel, and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved in the entirety.

**IT IS FURTHER ORDERED** that *as to the U.S. Trustee only*, the Briefing Deadlines on Applications shall be modified as follows: a response, if any, by the U.S. Trustee to any of the Applications shall be filed by December 4, 2025; and any reply by Trustee Carmel to any

. . .
. . .
. . .
. . .
. . .
. . .
. . .

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

response of the U.S. Trustee shall be presented orally at the December 9, 2025, Hearings on the Applications.

**IT IS SO ORDERED**.

Dated this 25th day of November, 2025.                Dated this 25th day of November, 2025.

GARMAN TURNER GORDON LLP                 UNITED STATES DEPT. OF JUSTICE

By:*/s/ Mary Langsner*                                         By: */s/ Alyssa A. Rogan*
   GREGORY E. GARMAN, ESQ.                        Office of the U.S. Trustee
   TALITHA GRAY KOZLOWSKI, ESQ.              JUSTIN C. VALENCIA, ESQ.
   MARY LANGSNER, Ph.D.                                ALYSSA A. ROGAN, ESQ.
   7251 Amigo Street, Suite 210                          300 Las Vegas Blvd. So., Suite 4300
   Las Vegas, Nevada 89119                                Las Vegas, NV 89101

   *Attorneys for Michael Carmel, Trustee*            *Attorneys for United States Trustee*

# # #

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000