_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
November 26, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Trustee*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | |

# ORDER APPROVING STIPULATION WITH HOWARD & HOWARD PLLC REGARDING DEADLINE TO OBJECT TO PROOF OF CLAIM

The Court has considered the *Stipulation With Howard & Howard PLLC Regarding Deadline to Object to Proof of Claim* (the "Stipulation")[1] entered into by and between Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, as the Liquidating Trustee of the NuMale Liquidation Trust and as the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "Trustee"), by and through his counsel of record, the law firm Garman Turner Gordon LLP, and Howard & Howard PLLC ("Howard Firm"), by and through its counsel (the Trustee and the Howard Firm together, the "Parties"), and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved in the entirety.

**IT IS FURTHER ORDERED** that the Trustee's deadline to file an objection to Claim 35 shall be December 24, 2025.

**IT IS SO ORDERED.**

| | |
|---|---|
| Dated this 26th day of November, 2025. | Dated this 26th day of November, 2025. |
| GARMAN TURNER GORDON LLP | KEMP JONES, LLP |
| By:*/s/ Mary Langsner* | By:*/s/ Spencer H. Gunnerson* |
| GREGORY E. GARMAN, ESQ. | J. Randall Jones, Esq. (#1927) |
| TALITHA GRAY KOZLOWSKI, ESQ. | Spencer H. Gunnerson, Esq. (#8810) |
| MARY LANGSNER, Ph.D. | Joseph D. Laurita, Esq. (#16267) |
| 7251 Amigo Street, Suite 210 | 3800 Howard Hughes Parkway, 17th Floor |
| Las Vegas, Nevada 89119 | Las Vegas, Nevada 89169 |
| *Attorneys for Michael Carmel Trustee* | *Attorneys for Howard & Howard PLLC* |

# # #

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000