GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re:<br><br>NUMALE CORPORATION,<br><br>　　AFFECTS THIS DEBTOR, ☒<br><br>　　AFFECTS FELICIANO ☐<br>　　NUMALE NEVADA PLLC,<br><br>　　NUMEDICAL SC, ☐<br><br>　　NUMALE COLORADO SC, ☐<br><br>　　NUMALE FLORIDA TB PLLC, ☐<br><br>　　NUMALE NEBRASKA LLC, ☐<br><br>　　NUMALE NEW MEXICO SC, ☐<br><br>　　NUMALE ALL DEBTORS, ☐<br><br>　　　　　　Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: December 9, 2025<br>Hearing Time: 9:30 a.m. |
|---|---|

**ERRATA TO:**
**FIRST AND FINAL FEE APPLICATION OF BURR & FORMAN LLP AS SPECIAL COUNSEL TO CHAPTER 11 ESTATE FOR THE ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF <u>EXPENSES</u>**

Michael Carmel, former Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "Trustee") hereby files this *Errata* ("Errata") to the *First and Final Fee Application of Burr & Forman LLP as Special Counsel to Chapter 11 Estate for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* ("Application") [ECF No. 785].[1]

In connection with the filing of the Application, undersigned counsel inadvertently affixed **Exhibits 1, 2, and 3** to the *Declaration of Emily C. Taube, Esq. in Support of First and Final Fee Application of Burr & Forman LLP as Special Counsel to Chapter 11 Estate for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 786] ("Taube Decl."), as **Exhibits 1, 2, and 3**, respectively, to the Application. The error was in undersigned counsel's assembly of documents at the time of filing and was inadvertent. The Taube Decl. correctly references and authenticates **Exhibits 1, 2, and 3** to the Application, which documents should have been (and would have been, but for undersigned counsel's inadvertence) attached to the Taube Decl., and *not* the Application, at the time of filing.

This *Errata* is filed to correct the record and confirm the reference to and authentication of these **Exhibits 1, 2, and 3**, by, in, and via the Taube Decl. Nothing herein otherwise alters the relief requested in the Application or the approval of the fees and expenses requested therein.

Dated this 26th day of November 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel Trustee*

---

[1] All capitalized terms not otherwise defined herein shall have the meaning(s) ascribed to them in the Application.

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000