1  GARMAN TURNER
   GORDON LLP
2  GREGORY GARMAN, ESQ.
   Nevada Bar No. 6654
3  Email: ggarman@gtg.legal
   TALITHA GRAY KOZLOWSKI, ESQ.
4  Nevada Bar No. 9040
   Email: tgray@gtg.legal
5  MARY LANGSNER, Ph.D.
   Nevada Bar No. 13707
6  mlangsner@gtg.legal
   7251 Amigo Street, Suite 210
7  Las Vegas, Nevada 89119
   Tel: 725.777.3000
8  *Attorneys for Michael Carmel,*
   *Trustee*
9

10              **UNITED STATES BANKRUPTCY COURT**
                **DISTRICT OF NEVADA**

11  In re:                                Lead Case No.: 25-10341-nmc
                                          Chapter 11
12  NUMALE CORPORATION,
                                          *Jointly administered with:*
13      AFFECTS THIS DEBTOR,        ☐
                                          Feliciano NuMale Nevada PLLC
14      AFFECTS FELICIANO          ☐     Case No. 25-10342-nmc
        NUMALE NEVADA PLLC,
15                                        NuMedical SC
        NUMEDICAL SC,              ☐     Case No. 25-10343-nmc
16
        NUMALE COLORADO SC,        ☐     NuMale Colorado SC
17                                        Case No. 25-10344-nmc
        NUMALE FLORIDA TB PLLC,    ☐
18                                        NuMale Florida TB PLLC
        NUMALE NEBRASKA LLC,       ☐     Case No. 25-10345-nmc
19
        NUMALE NEW MEXICO SC,      ☐     NuMale Nebraska LLC
20                                        Case No. 25-10346-nmc
        NUMALE ALL DEBTORS,        ☒
21                                        NuMale New Mexico SC
            Debtors.                      Case No. 25-10347-nmc
22

23                                        Hearing Date:  December 9, 2025
                                          Hearing Time: 9:30 a.m.
24

25  **SUPPLEMENTAL DECLARATION OF MICHAEL W. CARMEL IN SUPPORT OF**
    **FIRST AND FINAL APPLICATION BY PATIENT CARE OMBUDSMAN FOR**
26  **ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS**

27      I, Michael W. Carmel, hereby declare as follows:

28      1.      I am over the age of 18 and mentally competent.  I have personal knowledge of the

facts in this matter and if called upon to testify, could and would do so.

2.      I make this supplemental declaration in support of the *First and Final Application of Patient Care Ombudsman for Allowance of Fees and Reimbursement of Costs* (the "Application")[1] [ECF No. 779].

3.      I am the duly appointed Chapter 11 trustee ("Trustee") over the estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"). I am also the Liquidation Trustee of the NuMale Liquidation Trust. Pursuant to the confirmed Plan, I am also the sole person with control and authority over each of the Reorganized Debtors and their property.

4.      After I terminated Brad Palubicki, Holly Triplett, Eva Gabriela Farmer De La Torre, Carlos Feliciano, and others for cause on or about July 29, 2025, they and others (collectively as set forth in the OSC Motion and OSC, the "Respondents") began interfering in estate administration including interference with various platforms, including MDToolbox, utilized by the Debtors in the course of operations.[2]

5.      In connection with addressing such matters, I spoke with Dr. Rubin. Ultimately Dr. Rubin also provided draft papers respecting emergency relief to address various harms. The information provided by the PCO and the papers prepared were extremely useful, as the PCO provided analysis and information that was further helpful to formulating my strategy and also informed my approach to handling the Respondents' harmful acts and their impact on estate administration.

6.      I believe all work performed by the PCO benefited the estate.

7.      I have reviewed the PCO's Application for fees and expenses and believe the

---

[1] Unless otherwise expressly stated herein, all undefined, capitalized terms shall have the meanings ascribed to them in the Application.

[2] Ultimately my counsel filed a *Motion for Order to Show Cause for Willful Violation of the Order Appointing the Trustee, Willful Violation of the Automatic Stay, and Turnover of Property of the Estate Pursuant to 11 U.S.C. §§ 105, 362, and 542* [ECF No. 445] (the "OSC Motion"), which was granted after a hearing, and the Court issued the *Order to Show Cause for Willful Violation of the Order Appointing the Trustee, Willful Violation of the Automatic Stay, and Turnover of Property of the Estate Pursuant to 11 U.S.C. §§ 105, 362, and 542* [ECF No. 500] (the "OSC").

1    requested fees and expense reimbursements are reasonable and appropriate, and request the Cout

2    approve them in their entirety.

3         I declare under penalty of perjury of the laws of the United States that these facts are true

4    to the best of my knowledge and belief.

5         DATED this 2nd day of December 2025.

6                               */s/ Michael W. Carmel*

7                               MICHAEL W. CARMEL

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Garman Turner Gordon**
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000