GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | Hearing Date: December 9, 2025 Hearing Time: 9:30 a.m. |

**SUPPLEMENT TO:**
**FIRST AND FINAL APPLICATION BY PATIENT CARE OMBUDSMAN FOR**
<u>**ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS**</u>

Michael W. Carmel, former Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale

Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, "Trustee Carmel") hereby files this *Supplement* ("Supplement") to the *First and Final Application of Patient Care Ombudsman for Allowance of Fees and Reimbursement of Costs* ("Application") [ECF No. 779].[1] This Supplement is filed to address informal concerns raised by the Office of the United States Trustee for Region 17 in its dialogue with Trustee Carmel regarding the Application.

Attached hereto as **Exhibit "1"** is supplemental detail prepared by Patient Care Ombudsman, Jacob Nathan Rubin, M.D., F.A.C.C. (the "PCO"), clarifying certain work performed for the benefit of the estate.

Attached hereto as **Exhibit "2"** is a supplemental declaration of Trustee Carmel further clarifying the benefit to the estate of the work performed by the PCO.

Dated this 2nd day of December 2025.

GARMAN TURNER GORDON LLP

By: /s/ Mary Langsner
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

*Attorneys for Michael Carmel, Trustee*

---

[1] All capitalized terms not otherwise defined herein shall have the meaning(s) ascribed to them in the Application.