GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☒ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☐ NUMALE ALL DEBTORS, | |
| Debtors. | Hearing Date: December 9, 2025 Hearing Time: 9:30 a.m. |

**SUPPLEMENT TO**
**FIRST AND FINAL FEE APPLICATION OF MCAFEE & TAFT AS SPECIAL COUNSEL FOR THE ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

Michael Carmel, former Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, "Trustee Carmel") hereby files this *Supplement* ("Supplement") to the *First and Final Fee Application of McAfee & Taft as Special Counsel for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* ("Application") [ECF No. 798].[1]  This Supplement is filed to address informal concerns raised by the Office of the United States Trustee for Region 17 in its dialogue with Trustee Carmel regarding the Application.

Attached hereto as **Exhibit "1"** is a supplemental declaration of Justin Hiersche, Esq., detailing and providing further description and breakdown of certain billing entries appearing in Exhibit 1 to the *Declaration of Justin Hiersche, Esq. in Support of First and Final Fee Application of McAfee & Taft as Special Counsel for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 799], as requested by the U.S. Trustee (the dates of June 13 and 18, 2025; July 1, 21, 22, and 28, 2025; and August 1, 4, 8, 11, and 12, 2025).

Furthermore, McAfee & Taft has agreed to a further voluntary reduction of the amount of $242.21 in fees, rendering the total amount of fees requested through the Application to now be $23,978.79, and rendering the grand total requested through the Application as the amount of $24,082.19.  This also reduces the blended hourly rate of the Application to $374.67.

Dated this 3rd day of December 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Trustee*

---

[1] All capitalized terms not otherwise defined herein shall have the meaning(s) ascribed to them in the Application.