GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: January 13, 2026<br>Hearing Time: 9:30 a.m. |

**WITHDRAWAL OF OBJECTION TO CLAIM NO. 12 FILED BY U.S. BANK NATIONAL ASSOCIATION D/B/A ELAN FINANCIAL SERVICES**

TO THE COURT AND ALL INTERESTED PARTIES:

On November 17, 2025, Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado

1

SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC; the Liquidating Trustee of the NuMale Liquidation Trust; and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities, the "Trustee") filed the *Objection to Claim No. 12 Filed By U.S. Bank National Association d/b/a Elan Financial Services* [ECF No. 814] (the "Objection").[1]  The Objection seeks to disallow Claim No. 12 (the "Claim") filed by U.S. Bank d/b/a Elan Financial Services ("US Bank") in its entirety, based on the Claim being unsupported by documentation evidencing that the asserted debt is owed by a Debtor.  The Objection details the Trustee's efforts to obtain, from US Bank, supporting documentation for the Claim, before the Objection was filed.  *See, e.g.*, ECF No. 814; *see also* ECF No. 815 (declaration of Trustee's counsel detailing same).

The Objection is set for a hearing on January 13, 2026, at 9:30 a.m. prevailing Pacific Time. *See* ECF No. 817 (notice of hearing).  The deadline for US Bank to respond in opposition to the Objection is December 30, 2025.  *See id.*  The Objection, and notice of the hearing on it as well as the attendant opposition deadline, were duly and properly noticed, including via direct mailing through the United States Mail to US Bank.  *See* ECF No. 818 (Certificate of Service).  The Objection is unopposed.  *See* Docket.  On December 4, 2025, US Bank filed amended Claim No. 12, attached to which is a March 2025 statement detailing that the account subject of the Claim is in the name of NuMale Corporation.  *See* amended claim no. 12, filed Dec. 4, 2025.

Based on the foregoing, the Trustee hereby withdraws the Objection and requests that this court take the Objection off of the January 13, 2026, hearing calendar.

Dated this 5th day of December 2025.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Trustee*

---

[1] All undefined capitalized terms used herein shall have the meanings ascribed to them in the Objection.