HOWARD & HOWARD ATTORNEYS PLLC
Stacy H. Rubin, Esq.
Nevada Bar No. 9298
E-mail: shr@h2law.com
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169-5980
Telephone:    (702) 257-1483
Facsimile:    (702) 567-1568

UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEVADA

| In re:<br><br>NUMALE CORPORATION,<br><br>    AFFECTS THIS DEBTOR, ☒<br><br>    AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>    NUMEDICAL SC, ☐<br><br>    NUMALE COLORADO SC, ☐<br><br>    NUMALE FLORIDA TB PLLC, ☐<br><br>    NUMALE NEBRASKA LLC, ☐<br><br>    NUMALE NEW MEXICO SC, ☐<br><br>    NUMALE ALL DEBTORS, ☐<br><br>Debtors. | Case No. 25-10341-nmc<br><br>Chapter 11<br><br>Jointly administered with:<br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|---|---|

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 35-1

**PLEASE TAKE NOTICE THAT** Howard & Howard by and through the undersigned counsel, hereby withdraws proof of claim number 35-1 filed on June 30, 2025.

Dated: December 8, 2025.

**HOWARD & HOWARD ATTORNEYS PLLC**

*/s/ Stacy H. Rubin*

Stacy H. Rubin, Esq.
3800 Howard Hughes Pkwy., Suite 1000
Las Vegas, Nevada 89169-5980

1

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Howard and Howard Attorneys PLLC and that, on December 8, 2025, I caused to be served a true and correct copy of NOTICE OF WITHDRAWAL OF PROOF OF CLAIM NUMBER 35-1 in the following manner:

[X]    (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

[ ]    (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

[ ]    (OVERNIGHT COURIER)  By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list at their last known delivery address, on the date above written.

[ ]    (FACSIMILE)  By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date above written.

/s/ Kelly McGee
An employee of Howard & Howard Attorneys PLLC