

_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
December 10, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | | | Lead Case No.: 25-10341-nmc |
|---|---|---|---|
| NUMALE CORPORATION, | | | Chapter 11 |
| ☐ | AFFECTS THIS DEBTOR, | | *Jointly administered with:* |
| ☐ | AFFECTS FELICIANO NUMALE NEVADA PLLC, | | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| ☐ | NUMEDICAL SC, | | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ | NUMALE COLORADO SC, | | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ | NUMALE FLORIDA TB PLLC, | | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ | NUMALE NEBRASKA LLC, | | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ | NUMALE NEW MEXICO SC, | | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☒ | NUMALE ALL DEBTORS, | | |
| | Debtor. | | |

Hearing Date: December 9, 2025
Hearing Time: 9:30 a.m.

# ORDER APPROVING
# FIRST AND FINAL APPLICATION BY PATIENT CARE OMBUDSMAN FOR ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS

Jacob Nathan Rubin, M.D., F.A.C.C., the Patient Care Ombudsman (the "PCO") appointed under Section 333 of the Bankruptcy Code in the above seven-jointly administered Chapter 11 cases of NUMALE CORPORATION, et al. (hereinafter collectively, the "Debtors"), having filed the *First and Final Application of Patient Care Ombudsman for Allowance of Fees and Reimbursement of Costs* [ECF No. 779] (the "Application"),[1] which came on for hearing before the above-captioned Court on December 9, 2025, at 9:30 a.m.  Mary Langsner, Ph.D. appeared on behalf of Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "Trustee"); and Dr. Jacob Nathan Rubin, M.D., F.A.C.C. Patient Care Ombudsman (the "PCO"), having appeared, and all other appearances were noted on the record.

The Court reviewed the Application and all matters submitted therewith.[2]  The Court considered the argument of counsel made at the time of the hearing and found that notice of the Application was proper.  The Court stated its findings of fact and conclusions of law on the record at the hearing on the Application, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure, and good cause appearing for the relief requested:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Application is granted in its entirety.

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

[2] *See* ECF Nos. 779, 780, 781, 859, 860, 861.

2. Pursuant to 11 U.S.C. §§ 330, and 331, for the period of April 30, 2025, through October 24, 2025 (the Application Period), Jacob Nathan Rubin, M.D., F.A.C.C., the Patient Care Ombudsman, is awarded professional compensation for actual, necessary services rendered in the amount of $185,185.00, and reimbursement of actual and necessary expenses incurred in the amount of $8,038.30, for a total of $193,223.30 in the lead jointly administered case number 25-10341-NMC, which amounts are awarded on a final basis.

3. Michael Carmel, the Chapter 11 Trustee for the Debtors' Estates, and the sole person with control and authority over each of the Reorganized Debtors and their property, is hereby authorized and empowered to pay PCO the fees and expenses allowed herein upon the entry of this Order and in connection with the confirmed Plan.

4. The total amount of final compensation awarded to Jacob Nathan Rubin, M.D., F.A.C.C., as Patient Care Ombudsman, by entry of this Order is $185,185.00 in fees and $8,038.30 in expenses.

5. The Court retains jurisdiction to adjudicate disputes arising from or out of, regarding, or related to this Order and its effectuation.

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
   GREGORY E. GARMAN, ESQ.
   TALITHA GRAY KOZLOWSKI, ESQ.
   MARY LANGSNER, Ph.D.
   7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
   *Attorneys for Michael Carmel, Trustee*

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

**LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Justin C. Valencia, Esq.               **APPROVED**
Alyssa Rogan, Esq.
*Attorneys for the United States Trustee for Region 17*

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###