_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
December 10, 2025

_____

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☒ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☒ NUMALE NEW MEXICO SC,<br><br>☐ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date:  December 9, 2025<br>Hearing Time: 9:30 a.m. |

**ORDER APPROVING
FIRST AND FINAL FEE APPLICATION OF RODEY, DICKASON, SLOAN, AKIN, &
ROBB, P.A AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES
FOR THE ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES
RENDERED AND REIMBURSEMENT OF EXPENSES**

Garman Turner Gordon LLP ("GTG"), attorneys for Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "Trustee"), filed the *First and Final Fee Application of Rodey, Dickason, Sloan, Akin, & Robb, P.A. as Special Litigation Counsel to the Chapter 11 Estates for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 794] (the "Application"),[1] which came on for hearing before the above-captioned Court on December 9, 2025, at 9:30 a.m. Mary Langsner, Ph.D. appeared on behalf of Trustee Michael Carmel; Mr. Edward Ricco, Esq. appeared on behalf of Rodey, Dickason, Sloan, Akin, & Robb, P.A.; and all other appearances were noted on the record.

The Court reviewed the Application and all matters submitted therewith.[2] The Court considered the argument of counsel made at the time of the hearing and found that notice of the Application was proper. The Court stated its findings of fact and conclusions of law on the record at the hearing on the Application, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure and good cause appearing for the relief requested:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1.  The Application is granted in the entirety.
2.  Pursuant to 11 U.S.C. §§ 330 and 331, for the period of May 1, 2025, through

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

[2] ECF Nos. 794, 795, 796.

October 24, 2025 (the Compensation Period), Rodey, Dickason, Sloan, Akin, & Robb, P.A. (the "Rodey Firm") as special litigation counsel to the estates in connection with the New Mexico State Court Case No. D-202-CV-202006336 and any appeal(s) therefrom or related thereto (the Sanchez Litigation), is awarded professional compensation for actual, necessary services rendered in the amount of $33,736.13 (which includes $2,390.13 in New Mexico Gross Receipts Tax on earned professional compensation), and reimbursement of actual and necessary expenses incurred in the amount of $26.00, for a total of $33,762.13 in case number 25-10341-NMC, which amounts are awarded on a final basis.

3. Payments in the amount of $30,356.70 received from Certain Underwriters at Lloyd's London Syndicates 623/2623 (collectively, "Beazley") on account of the Rodey Firm's work performed for the estates, are hereby ratified, and therefore approved on a final basis, and the Court hereby ratifies Beazley's authority to immediately remit any unpaid fees and expenses for the Chapter 11 Cases to the Rodey Firm (including the remaining balance of $3,405.43) directly, without further order of this Court.

4. The total amount of final compensation awarded to the Rodey Firm as special counsel to the Estates by entry of this Order is $33,736.13 in fees and $26.00 in expenses.

5. The Court retains jurisdiction to adjudicate disputes arising from or out of, regarding, or related to this Order and its effectuation.

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: /s/ Mary Langsner
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Trustee*

**LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐   The court has waived the requirement set forth in LR 9021(b)(1).

☐   No party appeared at the hearing or filed an objection to the motion.

☒   I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Justin C. Valencia, Esq.                              **APPROVED**
Alyssa Rogan, Esq.
*Attorneys for the United States*
*Trustee for Region 17*

☐   I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000