PETER C. ANDERSON
UNITED STATES TRUSTEE
TERRI H. DIDION, SBN CA 133491
ASSISTANT UNITED STATES TRUSTEE
JUSTIN C. VALENCIA, SBN NE 25375 | SBN IA AT0012006
TRIAL ATTORNEY
ALYSSA A. ROGAN, SBN CA 354257
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Tel: (702) 388-6600
Fax: (702) 388-6658
Email: *Alyssa.Rogan@usdoj.gov*

Attorneys for Peter C. Anderson
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | | Lead Case No. 25-10341-NMC |
|---|---|---|
| NUMALE CORPORATION, | | Chapter 11 |
| | | *Jointly administered with*: |
| AFFECTS THIS DEBTOR, | ☐ | |
| | | Feliciano NuMale Nevada PLLC, |
| AFFECTS FELICIANO NUMALE NEVADA PLLC, | ☐ | Case No. 25-10342-NMC, |
| | | NuMedical SC, |
| NUMEDICAL SC, | ☐ | Case No. 25-10343-NMC, |
| NUMALE COLORADO SC, | ☐ | NuMale Colorado SC, |
| | | Case No. 25-10344-NMC, |
| NUMALE FLORIDA TB PLLC, | ☐ | |
| | | NuMale Florida TB PLLC, |
| NUMALE NEBRASKA LLC, | ☐ | Case No. 25-10345-NMC, |
| NUMALE NEW MEXICO SC, | ☐ | NuMale Nebraska LLC, |
| | | Case No. 25-10346-NMC, |
| AFFECTS ALL DEBTORS, | ☒ | |
| | | NuMale New Mexico SC, |
| Debtors. | | Case No. 25-10347-NMC. |
| | | Hearing Date: *Ex Parte* |
| | | Hearing Time: *Ex Parte* |

1

# DECLARATION OF BRYAN G. COLEMAN IN SUPPORT OF
# THE U.S. TRUSTEE'S EX PARTE MOTION SEEKING
# TERMINATION OF THE PATIENT CARE OMBUDSMAN'S SERVICE

I, Bryan G. Coleman, declare as follows:

1.      I am employed as a Bankruptcy Auditor in the Office of the United States Trustee, Region 17 ("OUST"). I have personal knowledge of the facts set forth herein and based on that personal knowledge I assert that all such facts are true and correct to the best of my knowledge. To the extent I base my testimony upon information and belief or upon admissible evidence other than my personal knowledge, I will specifically so state.

2.      The U.S. Trustee is an official of the U.S. Department of Justice, charged by statute with the duty to oversee and supervise the administration of bankruptcy cases and take action to ensure that all reports, schedules, and fees required by Title 11 of the U.S. Code are properly and timely filed pursuant to 28 U.S.C. § 586. As part of my duties as a Bankruptcy Auditor, I am responsible for the supervision of Chapter 11 cases in the OUST, Region 17. This supervision includes: monitoring Chapter 11 cases; reviewing petitions, schedules, statements and related documents, and pleadings filed by a Chapter 11 debtor and other parties in interest; conducting Initial Debtor Interviews ("IDI") and requesting documents related to the IDI (the "IDI Documents"); reviewing pre-confirmation Monthly Operating Reports ("MORs"); reviewing post-confirmation Quarterly Operating Reports ("PCRs"); monitoring plans and disclosure statements; and other such actions as the U.S. Trustee deems appropriate.

3.      I make this declaration in support of the *U.S. Trustee's Ex Parte Motion Seeking Termination of the Patient Care Ombudsman's Service* ("Motion").

4.      On November 25, 2025, I was copied onto an email sent from the OUST to counsel for the chapter 11 trustee and now liquidating trustee, Michael W. Carmel ("Trustee"), requesting

confirmation about whether the patient care ombudsman's, Jacob Nathan Rubin, M.D., F.A.C.C. (the "PCO"), appointment and services were still necessary.

5. On December 2, 2025, I was copied onto a response email from the Trustee's counsel to the OUST indicating that there are no longer any patients, so the Trustee does not believe that there is a longer need for a PCO in the above-captioned cases.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 12, 2025 in Las Vegas, Nevada.

                                    Respectfully submitted,

                                    */s/ Bryan G. Coleman*
                                    Bryan G. Coleman
                                    Bankruptcy Auditor for the United States Trustee