GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Trustee*

## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc |
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtor. | |

## NOTICE OF ENTRY OF ORDERS

Please take notice that the following orders were entered in the above-captioned matter as follows:

- *Order Approving Second and Final Fee Application of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 866], entered on December 10, 2025, and attached hereto as **Exhibit "1"**.

- *Order Granting First and Final Fee Application of Burr & Forman LLP as Special Counsel to Chapter 11 Estate for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 867], entered on December 10, 2025, and attached hereto as **Exhibit "2"**.

- *Order Approving First and Final Fee Application of J.S. Held LLC as Financial Advisor and Accountant to the Chapter 11 Estates for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 868], entered on December 10, 2025, and attached hereto as **Exhibit "3"**.

- *Order Approving First and Final Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 869], entered on December 10, 2025, and attached hereto as **Exhibit "4"**.

- *Order Approving First and Final Application by Patient Care Ombudsman for Allowance of Fees and Reimbursement of Costs* [ECF No. 870], entered on December 10, 2025, and attached hereto as **Exhibit "5"**.

- *Order Approving First and Final Fee Application of Rodey, Dickason, Sloan, Akin, & Robb, P.A. as Special Litigation Counsel to the Chapter 11 Estates for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 871], entered on December 10, 2025, and attached hereto as **Exhibit "6"**.

- *Order Approving First and Final Fee Application of McAfee & Taft as Special Counsel for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 874], entered on December 12, 2025, and

1    attached hereto as **Exhibit "7"**.

2          DATED this 12th day of December, 2025.

3                                    GARMAN TURNER GORDON LLP

4                          By: /s/ *Mary Langsner*
5                              GREGORY E. GARMAN, ESQ.
                               TALITHA GRAY KOZLOWSKI, ESQ.
6                              MARY LANGSNER, Ph.D.
                               7251 Amigo Street, Suite 210
7                              Las Vegas, Nevada 89119
                               *Attorneys for Michael Carmel, Trustee*
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

GARMAN TURNER GORDON LLP
7251 Amigo Street Ste. 210
Las Vegas, NV 89119
725-777-3000

# EXHIBIT 1

1

2

3

_Natalie M. Cox_

Honorable Natalie M. Cox
United States Bankruptcy Judge

4

Entered on Docket
December 10, 2025

5

6

7
GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.

8
Nevada Bar No. 6654
Email: ggarman@gtg.legal

9
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040

10
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.

11
Nevada Bar No. 13707
Email: mlangsner@gtg.legal

12
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119

13
Tel: 725.777.3000
_Attorneys for Michael Carmel, Trustee_

14
**UNITED STATES BANKRUPTCY COURT**

15
**DISTRICT OF NEVADA**

16
In re:

17
NUMALE CORPORATION,

18
  AFFECTS THIS DEBTOR,          ☐

19
  AFFECTS FELICIANO            ☐
  NUMALE NEVADA PLLC,

20
  NUMEDICAL SC,                ☐

21
  NUMALE COLORADO SC,          ☐

22
  NUMALE FLORIDA TB PLLC,      ☐

23
  NUMALE NEBRASKA LLC,         ☐

24
  NUMALE NEW MEXICO SC,        ☐

25
  NUMALE ALL DEBTORS,          ☒

26
    Debtors.

27

28

Lead Case No.: 25-10341-nmc
Chapter 11

_Jointly administered with:_

Feliciano NuMale Nevada PLLC,
Case No. 25-10342-nmc

NuMedical SC
Case No. 25-10343-nmc

NuMale Colorado SC,
Case No. 25-10344-nmc

NuMale Florida TB PLLC,
Case No. 25-10345-nmc

NuMale Nebraska LLC
Case No. 25-10346-nmc

NuMale New Mexico SC
Case No. 25-10347-nmc

Hearing Date:  December 9, 2025
Hearing Time:  9:30 a.m.

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

**ORDER APPROVING**
**SECOND AND FINAL FEE APPLICATION OF GARMAN TURNER GORDON LLP AS ATTORNEYS FOR MICHAEL CARMEL, CHAPTER 11 TRUSTEE, FOR THE ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

Garman Turner Gordon LLP ("GTG"), attorneys for Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "Trustee"), filed GTG's *Second and Final Fee Application of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 805] (the "Application"),[1] which came on for hearing before the above-captioned Court on December 9, 2025, at 9:30 a.m. Gregory E. Garman, Esq. and Mary Langsner, Ph.D. appeared on behalf of Garman Turner Gordon LLP and the Trustee, Michael Carmel, and all other appearances were noted on the record.

The Court reviewed the Application and all matters submitted therewith.[2] The Court considered the argument of counsel made at the time of the hearing and found that notice of the Application was proper. The Court stated its findings of fact and conclusions of law on the record at the hearing on the Application, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure and good cause appearing for the relief requested:

**IT IS HEREBY ORDERED, ADJUDGED, AND DEGREED AS FOLLOWS:**

1. The Application is GRANTED in its entirety, on a final basis.

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

[2] ECF Nos. 805, 806, 807.

2.      Pursuant to 11 U.S.C. §§ 328(a) and 331, for the period of August 16, 2025, through October 28, 2025 (the Compensation Period), Garman Turner Gordon LLP ("GTG") as counsel to the Chapter 11 Trustee of the Debtors' Estates, is awarded reimbursement of actual and necessary expenses incurred in the amount of $40,899.98 in case number 25-10341-NMC, which amount is awarded on a final basis and is hereby awarded, authorized, and approved pursuant to 11 U.S.C. §§ 328 and 331.

3.      Michael Carmel, the Chapter 11 Trustee for the Debtors' Estates, and the sole person with control and authority over each of the Reorganized Debtors and their property, is hereby authorized and empowered to immediately reimburse GTG for the expenses allowed herein upon the entry of this Order.

4.      Pursuant to 11 U.S.C. §§ 328 and 331, for the period of April 7, 2025, through August 15, 2025 (the First Application Period), GTG as counsel to the Chapter 11 Trustee of the Debtors' Estates, was awarded interim professional compensation for actual, necessary services rendered in the amount of $9,338,543.40, and reimbursement of actual and necessary expenses incurred in the amount of $42,575.51, for a total of $9,381,118.91 pursuant to 11 U.S.C. §§ 328 and 331, through the *Order Approving First Interim Fee Application of Garman Turner Gordon LLP as Attorneys for Michael Carmel, Chapter 11 Trustee, for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 700] ("Interim Approval Order"); such amounts are hereby awarded on a final basis in case number 25-10341-NMC.

5.      To the extent GTG consented to other consensual treatment under the *Joint Plan of Reorganization* [ECF No. 434] (the "Plan") and as set forth in the Interim Approval Order, the Liquidation Trustee of the NuMale Liquidation Trust is hereby authorized, empowered, and directed to pay GTG any unpaid balance owed in respect of the compensation for professional services and the reimbursement of expenses awarded on a final basis pursuant to this Order, including paying GTG the Deferred Portion of $4,669,271.70 allowed by the Interim Approval Order and this Order in accordance with the terms of the NuMale Liquidation Trust Agreement.

. . .

6. The total amount of final compensation awarded to GTG by entry of this Order is $9,338,543.40 in fees and $83,475.49 in expenses, for a grand total of $9,422,018.89, all awarded on a final basis.

7. The Court retains jurisdiction to address any disputes arising from or out of, related to, regarding, and/or in connection with this Order.

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Trustee*

### LR 9021 CERTIFICATION:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐    The court has waived the requirement set forth in LR 9021(b)(1).

☐    No party appeared at the hearing or filed an objection to the motion.

☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Justin C. Valencia, Esq.                              **APPROVED**
Alyssa Rogan, Esq.
*Attorneys for the United States*
*Trustee for Region 17*


☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.



###

# EXHIBIT 2



Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
December 10, 2025

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☒ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☐ NUMALE ALL DEBTORS, | |
| Debtors. | Hearing Date:  December 9, 2025<br>Hearing Time:  9:30 a.m. |

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

**ORDER GRANTING**
**FIRST AND FINAL FEE APPLICATION OF BURR & FORMAN LLP AS SPECIAL**
**COUNSEL TO CHAPTER 11 ESTATE FOR THE ALLOWANCE OF COMPENSATION**
**FOR PROFESSIONAL SERVICES RENDERED AND REIMBURSEMENT OF**
**EXPENSES**

Garman Turner Gordon LLP ("GTG"), attorneys for Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "Trustee"), filed the *First and Final Fee Application of Burr & Forman LLP as Special Counsel to Chapter 11 Estate for Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 785] (the "Application"),[1] on behalf of Burr & Forman LLP, special counsel to Chapter 11 Estate of NuMale Corporation, and the Application came on for hearing before the above-captioned Court on December 9, 2025, at 9:30 a.m.  Mary Langsner, Ph.D. appeared on behalf of the Trustee, Michael Carmel; Ms. Emily C. Taube, Esq. appeared on behalf of Burr & Forman LLP, and all other appearances were noted on the record.

The Court reviewed the Application and all matters submitted therewith.[2]  The Court considered the argument of counsel made at the time of the hearing and found that notice of the Application was proper.  The Court stated its findings of fact and conclusions of law on the record at the hearing on the Application, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure, and good cause appearing for the relief requested:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1.      The Application is granted in its entirety.

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

[2] *See* ECF Nos. 785, 786, 787, 856, 858.

2.      Pursuant to 11 U.S.C. §§ 330, and 331, for the period of May 29, 2025, through October 24, 2025 (the Application Period), Burr & Forman LLP, special counsel to the Chapter 11 Estate of NuMale Corporation, is awarded professional compensation for actual, necessary services rendered in the amount of $13,569.00 in fees for services rendered, and reimbursement of actual and necessary expenses of $0.74 incurred in connection with services provided, for a total award requested of $13,569.74, in the lead jointly administered case number 25-10341-NMC, which amounts are awarded on a final basis.

3.      Michael Carmel, the Chapter 11 Trustee for the Debtors' Estates, and the sole person with control and authority over each of the Reorganized Debtors and their property, is hereby authorized and empowered to pay Burr & Forman LLP the fees and expenses allowed herein upon the entry of this Order and in connection with the confirmed Plan.

4.      The total amount of final compensation awarded to Burr & Forman LLP by entry of this Order is $13,569.00 in fees and $0.74 in expenses.

5.      The Court retains jurisdiction to adjudicate disputes arising from or out of, regarding, or related to this Order and its effectuation.

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Trustee*

## **LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐      The court has waived the requirement set forth in LR 9021(b)(1).

☐      No party appeared at the hearing or filed an objection to the motion.

☒      I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Justin C. Valencia, Esq.                 **APPROVED**
Alyssa Rogan, Esq.
*Attorneys for the United States*
*Trustee for Region 17*

☐      I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

# EXHIBIT 3



Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
December 10, 2025

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:*<br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMEDICAL SC, | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| ☐ NUMALE NEW MEXICO SC, | |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | Hearing Date:  December 9, 2025<br>Hearing Time:  9:30 a.m. |

**ORDER APPROVING
FIRST AND FINAL FEE APPLICATION OF J.S. HELD LLC AS FINANCIAL
ADVISOR AND ACCOUNTANT TO THE CHAPTER 11 ESTATES FOR THE
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES**

Garman Turner Gordon LLP ("GTG"), attorneys for Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "Trustee"), filed the *First and Final Fee Application of J.S. Held LLC as Financial Advisor and Accountant to the Chapter 11 Estates for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 790] (the "Application"),[1] which came on for hearing before the above-captioned Court on December 9, 2025, at 9:30 a.m.  Mary Langsner, Ph.D. appeared on behalf of Trustee Michael Carmel; Ms. Paula Durham appeared on behalf of J.S. Held LLC; and all other appearances were noted on the record.

The Court reviewed the Application and all matters submitted therewith.[2]  The Court considered the argument of counsel made at the time of the hearing and found that notice of the Application was proper.  The Court stated its findings of fact and conclusions of law on the record at the hearing on the Application, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure and good cause appearing for the relief requested:

**IT IS HEREBY ORDERED, ADJUDGED, AND DEGREED AS FOLLOWS:**

1.      The Application is granted in its entirety.

2.      Pursuant to 11 U.S.C. §§ 330 and 331, for the period of August 12, 2025, through

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

[2] ECF Nos. 790, 791, 792.

1  October 24, 2025 (the Application Period), J.S. Held LLC as financial advisor and accountant to

2  the Estates, is awarded professional compensation for actual, necessary services rendered in the

3  amount of $157,701.00 and reimbursement of actual and necessary expenses of $0.00 incurred in

4  connection with services provided, for a total award requested of $157,701.00 in the lead jointly

5  administered case number 25-10341-NMC, which amounts are awarded on a final basis.

6      3.      Michael Carmel, the Chapter 11 Trustee for the Debtors' Estates, and the sole

7  person with control and authority over each of the Reorganized Debtors and their property, is

8  hereby authorized and empowered to pay J.S. Held LLC the fees and expenses allowed herein

9  upon the entry of this Order and in connection with the confirmed Plan.

10     4.      The total amount of final compensation awarded to J.S. Held LLC by entry of this

11  Order is $157,701.00 in fees and $0.00 in expenses.

12     5.      The Court retains jurisdiction to adjudicate disputes arising from or out of,

13  regarding, or related to this Order and its effectuation.

14     **IT IS SO ORDERED**.

15  PREPARED AND SUBMITTED:

16  GARMAN TURNER GORDON LLP

17  By: */s/ Mary Langsner*
        GREGORY E. GARMAN, ESQ.
18      TALITHA GRAY KOZLOWSKI, ESQ.
        MARY LANGSNER, Ph.D.
19      7251 Amigo Street, Suite 210
        Las Vegas, Nevada 89119
20      *Attorneys for Michael Carmel, Trustee*

21

22

23

24

25

26

27

28

1

### LR 9021 CERTIFICATION:

2    In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

3

4    ☐    The court has waived the requirement set forth in LR 9021(b)(1).

5    ☐    No party appeared at the hearing or filed an objection to the motion.

6    ☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

7    Justin C. Valencia, Esq.                    **APPROVED**
     Alyssa Rogan, Esq.
8    *Attorneys for the United States*
     *Trustee for Region 17*

9

10   ☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this
11   order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

12

13

14                                        ###

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 4



Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
December 10, 2025

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |

| | | |
|---|---|---|
| AFFECTS THIS DEBTOR, | ☒ | *Jointly administered with:* Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| AFFECTS FELICIANO NUMALE NEVADA PLLC, | ☐ | |
| NUMEDICAL SC, | ☐ | NuMedical SC Case No. 25-10343-nmc |
| NUMALE COLORADO SC, | ☐ | NuMale Colorado SC, Case No. 25-10344-nmc |
| NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| NUMALE NEBRASKA LLC, | ☐ | NuMale Nebraska LLC Case No. 25-10346-nmc |
| NUMALE NEW MEXICO SC, | ☒ | |
| NUMALE ALL DEBTORS, | ☐ | NuMale New Mexico SC Case No. 25-10347-nmc |
| Debtors. | | Hearing Date: December 9, 2025 Hearing Time: 9:30 a.m. |

**ORDER APPROVING FIRST AND FINAL FEE APPLICATION OF
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP AS SPECIAL
LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES FOR THE
ALLOWANCE OF COMPENSATION FOR PROFESSIONAL
<u>SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES</u>**

Garman Turner Gordon LLP ("<u>GTG</u>"), attorneys for Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "<u>Debtors</u>"), the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "<u>Trustee</u>"), filed the *First and Final Fee Application of Paul, Weiss, Rifkind, Wharton & Garrison LLP as Special Litigation Counsel to the Chapter 11 Estates for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 802] (the "<u>Application</u>"),[1] which came on for hearing before the above-captioned Court on December 9, 2025, at 9:30 a.m. Mary Langsner, Ph.D. appeared on behalf of Trustee Michael Carmel; Mr. Kannon Shanmugam, Esq., appeared on behalf of Paul, Weiss, Rifkind, Wharton & Garrison LLP; and all other appearances were noted on the record.

The Court reviewed the Application and all matters submitted therewith.[2] The Court considered the argument of counsel made at the time of the hearing and found that notice of the Application was proper. The Court stated its findings of fact and conclusions of law on the record at the hearing on the Application, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure and good cause appearing for the relief requested:

. . .

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

[2] ECF Nos. 802, 803, 804, 857.

**IT IS HEREBY ORDERED, ADJUDGED, AND DEGREED AS FOLLOWS:**

1.      The Application is granted.

2.      Pursuant to 11 U.S.C. §§ 330 and 331, for the period of May 1, 2025, through August 31, 2025 (the "Application Period"), Paul, Weiss as special litigation counsel to the estates in connection with the New Mexico State Court Case No. D-202-CV-202006336 and any appeal(s) therefrom or related thereto, is awarded professional compensation for actual, necessary services rendered in the amount of $36,427.95 in case number 25-10341-NMC, which amounts are awarded on a final basis.

3.      Payments in the amount of $36,427.95 received from certain underwriters at Lloyd's London Syndicates 623/2623 ("Beazley") on account of Paul, Weiss's work performed for the Estates, are hereby ratified, and therefore approved on a final basis, and the Court hereby ratifies Beazley's authority to remit any unpaid fees and expenses for the Chapter 11 Cases to Paul, Weiss (if any) directly, without further order of this Court.

4.      The total amount of final compensation awarded to Paul, Weiss as special counsel to the Estates by entry of this Order is $36,427.95 in fees.

5.      The Court retains jurisdiction to adjudicate disputes arising from or out of, regarding, or related to this Order and its effectuation.

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
     GREGORY E. GARMAN, ESQ.
     TALITHA GRAY KOZLOWSKI, ESQ.
     MARY LANGSNER, Ph.D.
     7251 Amigo Street, Suite 210
     Las Vegas, Nevada 89119
     *Attorneys for Michael Carmel, Trustee*

**LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court has waived the requirement set forth in LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Justin C. Valencia, Esq.                         **APPROVED**
Alyssa Rogan, Esq.
*Attorneys for the United States*
*Trustee for Region 17*


☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.


###

# EXHIBIT 5

1

2

3

<img> _Natalie M. Cox_ (signature) </img>

Honorable Natalie M. Cox
United States Bankruptcy Judge

4

5

Entered on Docket
December 10, 2025

6    GARMAN TURNER GORDON LLP

7    GREGORY E. GARMAN
     Nevada Bar No. 6654

8    E-mail:  ggarman@gtg.legal
     TALITHA GRAY KOZLOWSKI, ESQ.

9    Nevada Bar No. 9040
     tgray@gtg.legal

10   MARY LANGSNER, Ph.D.
     Nevada Bar No. 13707

11   mlangsner@gtg.legal
     7251 Amigo Street, Suite 210

12   Las Vegas, Nevada 89119
     Telephone (725) 777-3000

13   Facsimile (725) 777-3112
     _Attorneys for Michael Carmel, Trustee_

14

15                    **UNITED STATES BANKRUPTCY COURT**

16                            **DISTRICT OF NEVADA**

17   In re:                                    Lead Case No.: 25-10341-nmc
                                               Chapter 11
18   NUMALE CORPORATION,
                                               _Jointly administered with:_
19        AFFECTS THIS DEBTOR,        ☐
                                               Feliciano NuMale Nevada PLLC
20        AFFECTS FELICIANO           ☐        Case No. 25-10342-nmc
          NUMALE NEVADA PLLC,
21                                             NuMedical SC
          NUMEDICAL SC,              ☐        Case No. 25-10343-nmc
22
          NUMALE COLORADO SC,        ☐        NuMale Colorado SC
23                                             Case No. 25-10344-nmc
          NUMALE FLORIDA TB PLLC,    ☐
24                                             NuMale Florida TB PLLC
          NUMALE NEBRASKA LLC,       ☐        Case No. 25-10345-nmc
25
          NUMALE NEW MEXICO SC,      ☐        NuMale Nebraska LLC
26                                             Case No. 25-10346-nmc
          NUMALE ALL DEBTORS,        ☒
27                                             NuMale New Mexico SC
              Debtor.                          Case No. 25-10347-nmc
28

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

**ORDER APPROVING
FIRST AND FINAL APPLICATION BY PATIENT CARE OMBUDSMAN FOR
ALLOWANCE OF FEES AND REIMBURSEMENT OF COSTS**

Jacob Nathan Rubin, M.D., F.A.C.C., the Patient Care Ombudsman (the "PCO") appointed under Section 333 of the Bankruptcy Code in the above seven-jointly administered Chapter 11 cases of NUMALE CORPORATION, et al. (hereinafter collectively, the "Debtors"), having filed the *First and Final Application of Patient Care Ombudsman for Allowance of Fees and Reimbursement of Costs* [ECF No. 779] (the "Application"),[1] which came on for hearing before the above-captioned Court on December 9, 2025, at 9:30 a.m. Mary Langsner, Ph.D. appeared on behalf of Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "Trustee"); and Dr. Jacob Nathan Rubin, M.D., F.A.C.C. Patient Care Ombudsman (the "PCO"), having appeared, and all other appearances were noted on the record.

The Court reviewed the Application and all matters submitted therewith.[2] The Court considered the argument of counsel made at the time of the hearing and found that notice of the Application was proper. The Court stated its findings of fact and conclusions of law on the record at the hearing on the Application, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure, and good cause appearing for the relief requested:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1. The Application is granted in its entirety.

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

[2] *See* ECF Nos. 779, 780, 781, 859, 860, 861.

2.     Pursuant to 11 U.S.C. §§ 330, and 331, for the period of April 30, 2025, through October 24, 2025 (the Application Period), Jacob Nathan Rubin, M.D., F.A.C.C., the Patient Care Ombudsman, is awarded professional compensation for actual, necessary services rendered in the amount of $185,185.00, and reimbursement of actual and necessary expenses incurred in the amount of $8,038.30, for a total of $193,223.30 in the lead jointly administered case number 25-10341-NMC, which amounts are awarded on a final basis.

3.     Michael Carmel, the Chapter 11 Trustee for the Debtors' Estates, and the sole person with control and authority over each of the Reorganized Debtors and their property, is hereby authorized and empowered to pay PCO the fees and expenses allowed herein upon the entry of this Order and in connection with the confirmed Plan.

4.     The total amount of final compensation awarded to Jacob Nathan Rubin, M.D., F.A.C.C., as Patient Care Ombudsman, by entry of this Order is $185,185.00 in fees and $8,038.30 in expenses.

5.     The Court retains jurisdiction to adjudicate disputes arising from or out of, regarding, or related to this Order and its effectuation.

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Trustee*

### **LR 9021 CERTIFICATION:**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐     The court has waived the requirement set forth in LR 9021(b)(1).

☐     No party appeared at the hearing or filed an objection to the motion.

☒     I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

Justin C. Valencia, Esq.                 **APPROVED**
Alyssa Rogan, Esq.
*Attorneys for the United States*
*Trustee for Region 17*

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

###

**Garman Turner Gordon**
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

4

# EXHIBIT 6

_Natalie M. Cox_
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
December 10, 2025

GARMAN TURNER GORDON LLP
GREGORY GARMAN, ESQ.
Nevada Bar No. 6654
Email: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
_Attorneys for Michael Carmel, Trustee_

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| | _Jointly administered with:_ |
| AFFECTS THIS DEBTOR, ☒ | |
| | Feliciano NuMale Nevada PLLC |
| AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐ | Case No. 25-10342-nmc |
| NUMEDICAL SC, ☐ | NuMedical SC Case No. 25-10343-nmc |
| NUMALE COLORADO SC, ☐ | NuMale Colorado SC Case No. 25-10344-nmc |
| NUMALE FLORIDA TB PLLC, ☐ | |
| NUMALE NEBRASKA LLC, ☐ | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| NUMALE NEW MEXICO SC, ☒ | NuMale Nebraska LLC Case No. 25-10346-nmc |
| NUMALE ALL DEBTORS, ☐ | NuMale New Mexico SC Case No. 25-10347-nmc |
| Debtors. | Hearing Date: December 9, 2025 Hearing Time: 9:30 a.m. |

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

**ORDER APPROVING**
**FIRST AND FINAL FEE APPLICATION OF RODEY, DICKASON, SLOAN, AKIN, &**
**ROBB, P.A AS SPECIAL LITIGATION COUNSEL TO THE CHAPTER 11 ESTATES**
**FOR THE ALLOWANCE OF COMPENSATION FOR PROFESSIONAL SERVICES**
<u>**RENDERED AND REIMBURSEMENT OF EXPENSES**</u>

Garman Turner Gordon LLP ("<u>GTG</u>"), attorneys for Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "<u>Debtors</u>"), the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "<u>Trustee</u>"), filed the *First and Final Fee Application of Rodey, Dickason, Sloan, Akin, & Robb, P.A. as Special Litigation Counsel to the Chapter 11 Estates for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 794] (the "<u>Application</u>"),[1] which came on for hearing before the above-captioned Court on December 9, 2025, at 9:30 a.m. Mary Langsner, Ph.D. appeared on behalf of Trustee Michael Carmel; Mr. Edward Ricco, Esq. appeared on behalf of Rodey, Dickason, Sloan, Akin, & Robb, P.A.; and all other appearances were noted on the record.

The Court reviewed the Application and all matters submitted therewith.[2] The Court considered the argument of counsel made at the time of the hearing and found that notice of the Application was proper. The Court stated its findings of fact and conclusions of law on the record at the hearing on the Application, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure and good cause appearing for the relief requested:

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED AS FOLLOWS:**

1.　　The Application is granted in the entirety.

2.　　Pursuant to 11 U.S.C. §§ 330 and 331, for the period of May 1, 2025, through

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

[2] ECF Nos. 794, 795, 796.

October 24, 2025 (the Compensation Period), Rodey, Dickason, Sloan, Akin, & Robb, P.A. (the "Rodey Firm") as special litigation counsel to the estates in connection with the New Mexico State Court Case No. D-202-CV-202006336 and any appeal(s) therefrom or related thereto (the Sanchez Litigation), is awarded professional compensation for actual, necessary services rendered in the amount of $33,736.13 (which includes $2,390.13 in New Mexico Gross Receipts Tax on earned professional compensation), and reimbursement of actual and necessary expenses incurred in the amount of $26.00, for a total of $33,762.13 in case number 25-10341-NMC, which amounts are awarded on a final basis.

3.      Payments in the amount of $30,356.70 received from Certain Underwriters at Lloyd's London Syndicates 623/2623 (collectively, "Beazley") on account of the Rodey Firm's work performed for the estates, are hereby ratified, and therefore approved on a final basis, and the Court hereby ratifies Beazley's authority to immediately remit any unpaid fees and expenses for the Chapter 11 Cases to the Rodey Firm (including the remaining balance of $3,405.43) directly, without further order of this Court.

4.      The total amount of final compensation awarded to the Rodey Firm as special counsel to the Estates by entry of this Order is $33,736.13 in fees and $26.00 in expenses.

5.      The Court retains jurisdiction to adjudicate disputes arising from or out of, regarding, or related to this Order and its effectuation.

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Trustee*

1                            **LR 9021 CERTIFICATION:**

2       In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

3

☐     The court has waived the requirement set forth in LR 9021(b)(1).

4

☐     No party appeared at the hearing or filed an objection to the motion.

5

☒     I have delivered a copy of this proposed order to all counsel who appeared at the
6 hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

7     Justin C. Valencia, Esq.            **APPROVED**
    Alyssa Rogan, Esq.
8     *Attorneys for the United States*
    *Trustee for Region 17*

9

10

☐     I certify that this is a case under Chapter 7 or 13, that I have served a copy of this
11 order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

12

13

14                                ###

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 7

1

2

3

_____

Honorable Natalie M. Cox
United States Bankruptcy Judge

4

Entered on Docket
December 12, 2025

5

6  GARMAN TURNER GORDON LLP
   GREGORY GARMAN, ESQ.
7  Nevada Bar No. 6654
   Email: ggarman@gtg.legal
8  TALITHA GRAY KOZLOWSKI, ESQ.
   Nevada Bar No. 9040
9  Email: tgray@gtg.legal
   MARY LANGSNER, Ph.D.
10 Nevada Bar No. 13707
   Email: mlangsner@gtg.legal
11 7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
12 Tel: 725.777.3000
13 *Attorneys for Michael Carmel, Trustee*

14         **UNITED STATES BANKRUPTCY COURT**
                **DISTRICT OF NEVADA**
15

16 In re:                                Lead Case No.: 25-10341-nmc
                                          Chapter 11
17 NUMALE CORPORATION,
                                          *Jointly administered with:*
18     AFFECTS THIS DEBTOR,      ☒
                                          Feliciano NuMale Nevada PLLC
19     AFFECTS FELICIANO         ☐        Case No. 25-10342-nmc
       NUMALE NEVADA PLLC,
20                                        NuMedical SC
       NUMEDICAL SC,            ☐         Case No. 25-10343-nmc
21
       NUMALE COLORADO SC,      ☐         NuMale Colorado SC
22                                        Case No. 25-10344-nmc
       NUMALE FLORIDA TB PLLC,  ☐
23                                        NuMale Florida TB PLLC
       NUMALE NEBRASKA LLC,     ☐         Case No. 25-10345-nmc
24
       NUMALE NEW MEXICO SC,    ☐         NuMale Nebraska LLC
25                                        Case No. 25-10346-nmc
       NUMALE ALL DEBTORS,      ☐
26                                        NuMale New Mexico SC
          Debtors.                        Case No. 25-10347-nmc
27
                                          Hearing Date:  December 9, 2025
28                                        Hearing Time:  9:30 a.m.

Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

**ORDER APPROVING**
**FIRST AND FINAL FEE APPLICATION OF MCAFEE & TAFT AS SPECIAL**
**COUNSEL FOR THE ALLOWANCE OF COMPENSATION FOR PROFESSIONAL**
<u>**SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**</u>

Garman Turner Gordon LLP ("<u>GTG</u>"), attorneys for Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "<u>Debtors</u>"), the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "<u>Trustee</u>"), filed the *First and Final Fee Application of McAfee & Taft as Special Counsel for the Allowance of Compensation for Professional Services Rendered and Reimbursement of Expenses* [ECF No. 798] (the "<u>Application</u>"),[1] which came on for hearing before the above-captioned Court on December 9, 2025, at 9:30 a.m.  Mary Langsner, Ph.D. appeared on behalf of Trustee Michael Carmel; Mr. Justin Hiersche, Esq. appeared on behalf of McAfee & Taft; and all other appearances were noted on the record.

The Court reviewed the Application and all matters submitted therewith.[2]  The Court considered the argument of counsel made at the time of the hearing and found that notice of the Application was proper.  The Court stated its findings of fact and conclusions of law on the record at the hearing on the Application, which are incorporated herein by this reference in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure and good cause appearing for the relief requested:

**IT IS HEREBY ORDERED, ADJUDGED, AND DEGREED AS FOLLOWS:**

1.      The Application is granted in its entirety.

2.      Pursuant to 11 U.S.C. §§ 330 and 331, for the period of June 1, 2025, through

---

[1] All undefined, capitalized terms shall have the meaning ascribed to them in the Application.

[2] *See* ECF Nos. 798, 799, 800, 862.

October 24, 2025 (the Application Period), McAfee & Taft as special counsel to the Chapter 11 Estate of NuMale Corporation, is awarded professional compensation for actual, necessary services rendered in the amount of $23,978.79 and reimbursement of actual and necessary expenses of $103.40 incurred in connection with services provided, for a total award requested of $24,082.19 in the lead jointly administered case number 25-10341-NMC, which amounts are awarded on a final basis.

3.    Michael Carmel, the Chapter 11 Trustee for the Debtors' Estates, and the sole person with control and authority over each of the Reorganized Debtors and their property, is hereby authorized and empowered to pay McAfee & Taft the fees and expenses allowed herein upon the entry of this Order and in connection with the confirmed Plan.

4.    The total amount of final compensation awarded to McAfee & Taft by entry of this Order is $23,978.79 in fees and $103.40 in expenses.

5.    The Court retains jurisdiction to adjudicate disputes arising from or out of, regarding, or related to this Order and its effectuation.

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Trustee*

1

### LR 9021 CERTIFICATION:

2    In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

3

4    ☐    The court has waived the requirement set forth in LR 9021(b)(1).

    ☐    No party appeared at the hearing or filed an objection to the motion.

5

6    ☒    I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below:

7    Justin C. Valencia, Esq.          **APPROVED**
    Alyssa Rogan, Esq.

8    *Attorneys for the United States*
    *Trustee for Region 17*

9

10

11    ☐    I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

12

13

14                           ###

15

16

17

18

19

20

21

22

23

24

25

26

27

28