GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC Case No. 25-10347-nmc |
| Debtor. | |

**CERTIFICATE OF SERVICE**

1. On December 12, 2025, I served the following document(s):

1

a. *Notice of Entry of Orders*                                           Dkt. No. 875

I served the above-named document(s) by the following means to the persons as listed below:

☒       ECF System: See attached ECF Confirmation Sheets.

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 12th day of December, 2025.

                                         */s/ Danielle Charlet*
                                         Danielle Charlet, an employee of
                                         Garman Turner Gordon LLP

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

**File a Notice:**

25-10341-nmc NUMALE CORPORATION

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: BAPCPA, JNTADMN, LEAD, EXHS |

## U.S. Bankruptcy Court
### District of Nevada

Notice of Electronic Filing

The following transaction was received from MARY LANGSNER entered on 12/12/2025 at 2:18 PM PST and filed on 12/12/2025

**Case Name:** NUMALE CORPORATION
**Case Number:** 25-10341-nmc
**Document Number:** 875

**Docket Text:**
Notice of Entry of Order Filed by MARY LANGSNER on behalf of MICHAEL W. CARMEL (Related document(s)[866] Order on Application for Compensation, [867] Order on Application for Compensation, [868] Order on Application for Compensation, [869] Order on Application for Compensation, [870] Order on Application for Compensation, [871] Order on Application for Compensation, [874] Order on Application for Compensation) (LANGSNER, MARY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** () 2025 1212 NEOs re Fee Apps (002).pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=12/12/2025] [FileNumber=37187321-0] [81c0442dc8770ff2061a96542e4daa1f8a35488b0cbe3f12c819dfc323450e33f3b978974835a7726fd0b93461daeca9d82e1891f5d78c1c676b69c233522169]]

**25-10341-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

LOUIS M BUBALA, III on behalf of Creditor Mayfair Mall LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

IVAN M. GOLD on behalf of Creditor Mayfair Mall LLC
igold@allenmatkins.com

ISABELLA R. GOLDSMITH on behalf of Creditor Mayfair Mall LLC
igoldsmith@kcnvlaw.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL

tgray@gtg.legal, bknotices@gtg.legal

STEVEN T GUBNER on behalf of Interested Party BG LAW LLP
sgubner@bg.law, ecf@bg.law

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

STACY H RUBIN on behalf of Creditor Howard & Howard
shr@h2law.com, kom@h2law.com

STEVEN B. SCOW on behalf of Creditor CHRISTOPHER ASANDRA
sscow@kskdlaw.com, dscow@kskdlaw.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11

justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Defendant BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

**25-10341-nmc Notice will not be electronically mailed to:**

BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH
SUITE 2000
NASHVILLE, TN 37201

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

J.S. HELD LLC
,

MCAFEE AND TAFT LLP
,

PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
,

RIGGI LAW FIRM on behalf of Debtor NUMALE CORPORATION
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE COLORADO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
7900 W SAHARA AVE
SUITE 100

LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMEDICAL SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.
,

RUBINBROWN LLP
10801 W. CHARLESTON BLVD.
SUITE 300
LAS VEGAS, NV 89135

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017