_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
December 15, 2025

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | |

1

| | | |
|---|---|---|
| NUMALE ALL DEBTORS,<br><br>Debtors. | ☒ | NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Original Hearing<br>Date: January 13, 2026<br>Time: 9:30 a.m.<br><br>Continued Hearing<br>Date: February 17, 2026<br>Time: 9:30 a.m. |

**ORDER APPROVING
STIPULATION WITH MAYFAIR MALL, LLC CONTINUING HEARING AND
BRIEFING DEADLINES**

The Court has considered the *Stipulation With Mayfair Mall, LLC Continuing Hearing and Briefing Deadlines* (the "Stipulation")[1] entered into by and between Michael Carmel, as the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, as the Liquidating Trustee of the NuMale Liquidation Trust, and as the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "Trustee"), by and through his undersigned counsel, and Mayfair Mall, LLC ("Mayfair"), by and through undersigned counsel, and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved in the entirety.

**IT IS FURTHER ORDERED** that the Hearing on the Objection shall be continued to the New Hearing Date of February 17, 2026, at 9:30 a.m. prevailing Pacific Time;

**IT IS FURTHER ORDERED** that *as to Mayfair and the Trustee only*, the Briefing Deadlines shall be modified as follows: a Response, if any, by Mayfair to the Objection shall be

. . .

. . .

. . .

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

filed by February 3, 2026; and any Reply by the Trustee shall be filed by February 10, 2026.

**IT IS SO ORDERED**.

| GARMAN TURNER GORDON LLP | KAEMPFER CROWELL |
|---|---|
| By:/s/ *Mary Langsner*<br>   GREGORY E. GARMAN, ESQ.<br>   TALITHA GRAY KOZLOWSKI, ESQ.<br>   MARY LANGSNER, Ph.D.<br>   7251 Amigo Street, Suite 210<br>   Las Vegas, Nevada 89119<br><br>*Attorneys for Michael Carmel, Trustee* | By:  /s/ *Louis M. Bubala, III*<br>   LOUIS M. BUBALA, III, ESQ.<br>   50 West Liberty Street, Suite 1100<br>   Reno, NV 89501<br><br>ALLEN MATKINS LECK GAMBLE<br>MALLORY & NATSIS LLP<br>IVAN GOLD, ESQ.<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111-4074<br><br>*Attorneys for Mayfair Mall, LLC* |

# # #

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000