# EXHIBIT 1

# EXHIBIT 1

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>☐ NUMALE NEW MEXICO SC,<br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br><u>Original Hearing</u><br>Date: January 13, 2026<br>Time: 9:30 a.m.<br><br><u>Continued Hearing</u><br>Date: February 17, 2026<br>Time: 9:30 a.m. |
|---|---|

**STIPULATION WITH MAYFAIR MALL, LLC CONTINUING HEARING AND**
<u>**BRIEFING DEADLINES**</u>

1

1    Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, and the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, "Trustee"), by and through his undersigned counsel, and Mayfair Mall, LLC ("Mayfair"), by and through undersigned counsel, (the Trustee and Mayfair together, the "Parties") hereby stipulate and agree as follows:

WHEREAS, the Trustee filed the *Objection to Claim No. 6, to Claim No. 7, and to the Request of Mayfair Mall, LLC for Payment of Administrative Expense Claim* [ECF No. 845] (the "Objection").

WHEREAS, the Objection is noticed and set for a hearing to occur on January 13, 2026, at 9:30 a.m. prevailing Pacific Time (the "Hearing"). *See* ECF Nos. 847, 848, 850.

WHEREAS, pursuant to the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada ("Local Rules"), briefing deadlines on response to the Objection is established as follows: Responses filed by December 30, 2025, and Replies thereto and in support of the Objection filed by January 6, 2026 (collectively, the "Briefing Deadlines").

WHEREAS, Mayfair has requested due to a scheduling conflict with its counsel, Ivan Gold, and the Trustee has agreed, that, ***as to Mayfair and the Trustee only***, the Hearing shall be continued to a new hearing date of February 17, 2026, at 9:30 a.m. prevailing Pacific Time ("New Hearing Date"), and the Briefing Deadlines shall be commensurately modified to accord with Local Rules as follows: a Response, if any, by Mayfair to the Objection shall be filed by February 3, 2026, and any Reply by the Trustee shall be filed by February 10, 2026.

WHEREAS, pursuant to Local Rule 3007(c) the New Hearing Date shall be treated as the initial hearing which shall be treated as a status and scheduling hearing.

NOW, THEREFORE, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1. The Hearing on the Objection shall be continued to the New Hearing Date of February 17, 2026, at 9:30 a.m. prevailing Pacific Time;

2. The New Hearing Date shall be treated pursuant to Local Rule 3007(c) as the initial hearing treated as a status and scheduling hearing;

3. *As to Mayfair and the Trustee only*, the Briefing Deadlines shall be modified as follows: a Response, if any, by Mayfair to the Objection shall be filed by February 3, 2026; and any Reply by the Trustee shall be filed by February 10, 2026.

**IT IS SO STIPULATED.**

Dated this 12th day of December, 2025.

GARMAN TURNER GORDON LLP

By:*/s/ Mary Langsner*
  GREGORY E. GARMAN, ESQ.
  TALITHA GRAY KOZLOWSKI, ESQ.
  MARY LANGSNER, Ph.D.
  7251 Amigo Street, Suite 210
  Las Vegas, Nevada 89119

*Attorneys for Michael Carmel, Trustee*

Dated this 12th day of December 2025.

KAEMPFER CROWELL

By: */s/ Louis Bubala, III*
  LOUIS M. BUBALA, III, ESQ.
  50 West Liberty Street, Suite 1100
  Reno, NV 89501

  ALLEN MATKINS LECK GAMBLE MALLORY & NATSIS LLP
  IVAN GOLD, ESQ.
  Three Embarcadero Center, 12th Floor
  San Francisco, CA 94111-4074

*Attorneys for Mayfair Mall, LLC*