# Exhibit 1

Case 25-10341-nmc    Doc 881    Entered 12/15/25 09:43:49    Page 2 of 23

Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
December 15, 2025

PETER C. ANDERSON
UNITED STATES TRUSTEE
TERRI H. DIDION, SBN CA 133491
ASSISTANT UNITED STATES TRUSTEE
JUSTIN C. VALENCIA, SBN NE 25375 | SBN IA AT0012006
TRIAL ATTORNEY
ALYSSA A. ROGAN, SBN CA 354257
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Tel: (702) 388-6600
Fax: (702) 388-6658
Email: *Alyssa.Rogan@usdoj.gov*

Attorneys for Peter C. Anderson
United States Trustee for Region 17

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | | Lead Case No. 25-10341-NMC |
|---|---|---|
| NUMALE CORPORATION, | | Chapter 11 |
| | | *Jointly administered with*: |
| AFFECTS THIS DEBTOR, | ☐ | |
| | | Feliciano NuMale Nevada PLLC, |
| AFFECTS FELICIANO NUMALE NEVADA PLLC, | ☐ | Case No. 25-10342-NMC, |
| | | NuMedical SC, |
| NUMEDICAL SC, | ☐ | Case No. 25-10343-NMC, |
| NUMALE COLORADO SC, | ☐ | NuMale Colorado SC, Case No. 25-10344-NMC, |
| NUMALE FLORIDA TB PLLC, | ☐ | |
| | | NuMale Florida TB PLLC, |
| NUMALE NEBRASKA LLC, | ☐ | Case No. 25-10345-NMC, |

1

|  |  |
|---|---|
| NUMALE NEW MEXICO SC,<br><br>AFFECTS ALL DEBTORS,<br><br>Debtors. | ☐<br><br>☒ |
|  | NuMale Nebraska LLC,<br>Case No. 25-10346-NMC,<br><br>NuMale New Mexico SC,<br>Case No. 25-10347-NMC.<br><br>Hearing Date: *Ex Parte*<br>Hearing Time: *Ex Parte* |

### ORDER GRANTING U.S. TRUSTEE'S EX PARTE MOTION SEEKING TERMINATION OF THE PATIENT CARE OMBUDSMAN'S SERVICE

After considering the *U.S. Trustee's Ex Parte Motion Seeking Termination of the Patient Care Ombudsman's Service* ("Motion"), the pleadings filed and the record in the above-captioned jointly administer cases, and for good cause appearing,

**IT IS HEREBY ORDERED** that the Motion is granted;

**IT IS FURTHER ORDERED** that the patient care ombudsman, Jacob Nathan Rubin, M.D., F.A.C.C. (the "PCO"), is terminated from his appointment and related obligations effective immediately.

**IT IS SO ORDERED.**


Respectfully submitted by:

PETER C. ANDERSON
UNITED STATES TRUSTEE


By: /s/ *Alyssa A. Rogan*
    Alyssa A. Rogan, Esq.
    Trial Attorney for United States Trustee