PETER C. ANDERSON
UNITED STATES TRUSTEE
TERRI H. DIDION, SBN CA 133491
ASSISTANT UNITED STATES TRUSTEE
JUSTIN C. VALENCIA, SBN NE 25375 | SBN IA AT0012006
TRIAL ATTORNEY
ALYSSA A. ROGAN, SBN CA 354257
TRIAL ATTORNEY
UNITED STATES DEPARTMENT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
300 Las Vegas Boulevard, So., Suite 4300
Las Vegas, Nevada 89101
Tel: (702) 388-6600
Fax: (702) 388-6658
Email: *Alyssa.Rogan@usdoj.gov*

Attorneys for Peter C. Anderson
United States Trustee for Region 17

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>    AFFECTS THIS DEBTOR, ☐<br><br>    AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>    NUMEDICAL SC, ☐<br><br>    NUMALE COLORADO SC, ☐<br><br>    NUMALE FLORIDA TB PLLC, ☐<br><br>    NUMALE NEBRASKA LLC, ☐<br><br>    NUMALE NEW MEXICO SC, ☐<br><br>    AFFECTS ALL DEBTORS, ☒<br><br>        Debtors. | Lead Case No. 25-10341-NMC<br>Chapter 11<br><br>*Jointly administered with*:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-NMC,<br><br>NuMedical SC,<br>Case No. 25-10343-NMC,<br><br>NuMale Colorado SC,<br>Case No. 25-10344-NMC,<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-NMC,<br><br>NuMale Nebraska LLC,<br>Case No. 25-10346-NMC,<br><br>NuMale New Mexico SC,<br>Case No. 25-10347-NMC.<br><br>Hearing Date: *Ex Parte*<br>Hearing Time: *Ex Parte* |
|---|---|

# CERTIFICATE OF SERVICE

I, ALYSSA A. ROGAN, under penalty of perjury declare that I am and was when the herein described service took place, a citizen of the United States, over 18 years of age, and not a party to nor interested in, the within action and that on December 15, 2025, I caused a copy of the foregoing:

- **NOTICE OF ENTRY OF ORDER GRANTING U.S. TRUSTEE'S EX PARTE MOTION SEEKING TERMINATION OF THE PATIENT CARE OMBUDSMAN'S SERVICE**

to be served on the following parties:

☑    a.  ECF System (attach Notice of Electronic Filing or list of persons & addresses):

| | |
|---|---|
| **RYAN A. ANDERSEN** | ryan@aandblaw.com, melissa@aandblaw.com; ecf-df8b00a4597e@ecf.pacerpro.com |
| **LORI M. BENCOE** | lori@bencoelaw.com; maggie@bencoelaw.com |
| **OGONNA M. BROWN** | Ogonna.Brown@wbd-us.com; ogonna-brown-4984@ecf.pacerpro.com; dberhanu@lewisroca.com; ombcalendar@lewisroca.com; klopez@lewisroca.com; Renee.Creswell@wbd-us.com |
| **LOUIS M BUBALA** | lbubala@kcnvlaw.com; cdroessler@kcnvlaw.com; cadkins@kcnvlaw.com |
| **CANDACE C CARLYON** | ccarlyon@carlyoncica.com; CRobertson@carlyoncica.com; narceneaux@carlyoncica.com; 9232006420@filings.docketbird.com; Dcica@carlyoncica.com; pfalkensammer@carlyoncica.com |
| **MICHAEL W. CARMEL** | michael@mcarmellaw.com |
| **GREGORY E GARMAN** | ggarman@gtg.legal; bknotices@gtg.legal |
| **IVAN M. GOLD** | igold@allenmatkins.com |
| **ISABELLA R. GOLDSMITH** | igoldsmith@kcnvlaw.com |

- **TALITHA B. GRAY KOZLOWSKI**  tgray@gtg.legal; bknotices@gtg.legal

- **STEVEN T GUBNER**  sgubner@bg.law; ecf@bg.law

- **MATTHEW L. JOHNSON**  mjohnson@mjohnsonlaw.com; annabelle@mjohnsonlaw.com; kristi@mjohnsonlaw.com; kathra@mjohnsonlaw.com; admin@mjohnsonlaw.com

- **MARY LANGSNER**  mlangsner@gtg.legal; bknotices@gtg.legal

- **DAVID A RIGGI**  riggilaw@gmail.com; 2782@notices.nextchapterbk.com

- **STACY H RUBIN**  shr@h2law.com; kom@h2law.com

- **STEVEN B. SCOW**  sscow@kskdlaw.com, dscow@kskdlaw.com

- **DAVID A. STEPHENS**  dstephens@davidstephenslaw.com; dstephens@lvcoxmail.com

- **U.S. TRUSTEE - LV - 11**  USTPRegion17.lv.ecf@usdoj.gov

- **JUSTIN CHARLES VALENCIA**  justin.c.valencia@usdoj.gov
- 
- **MARK M. WEISENMILLER**  mark@abwfirm.com; mark-weisenmiller-1991@ecf.pacerpro.com; weisenmiller.markm.b117998@notify.bestcase.com; melissa@abwfirm.com

- **JOSEPH G. WENT**  jgwent@hollandhart.com; vlarsen@hollandhart.com; IntakeTeam@hollandhart.com; tlpond@hollandhart.com

- **STUART FREEMAN WILSON-PATTON**  stuart.wilson-patton@ag.tn.gov
- **RYAN J. WORKS**  rworks@mcdonaldcarano.com; kkirn@mcdonaldcarano.com; bgrubb@mcdonaldcarano.com

3

- **MATTHEW C. ZIRZOW**  mzirzow@lzlawnv.com;
  hannah@lzlawnv.com;
  carey@lzlawnv.com;
  trish@lzlawnv.com;
  jennifer@lzlawnv.com;
  bchambliss@lzlawnv.com

☑   b.  U.S. Mail, postage fully prepaid:

*See* Exhibit 1.

I declare under penalty of perjury that the foregoing is true and correct.

Signed: December 15, 2025

/s/ *Alyssa A. Rogan*
Alyssa A. Rogan