RECEIVED
AND FILED
DEC 18 2025    BRR
U.S. BANKRUPTCY COURT
DANIEL S. OWENS, CLERK

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

In re:
**NuMale Corporation, et al., Debtors.**
Case No. 25-10341-nmc
Chapter 11

## OBJECTION TO TRUSTEE'S OBJECTION TO CLAIM NO. 46

## I. INTRODUCTION

I, Kelcie Jimenez, submit this Objection to the Trustee's Objection to my Proof of Claim (Claim No. 46). I never received notice of the bankruptcy or bar date. I was an active patient during the bankruptcy period and first learned of the bankruptcy only after filing a small claims action in September 2025. I filed my Proof of Claim promptly once I became aware of the case.

## II. FACTUAL BACKGROUND

### A. I was an active patient during the bankruptcy period.

I became a patient in December 2024 and continued treatment through May 2025. I was never informed that a bankruptcy had been filed in January 2025.

### B. I received no notice of the bankruptcy or bar date.

I was never mailed, emailed, or otherwise notified of the bankruptcy or the June 30, 2025 claim deadline.

### C. I first learned of the bankruptcy in September 2025.

After serving NuMale with small claims papers on September 9, 2025, I received a phone call around September 10-11 stating that I could not proceed because the company was bankrupt. This was my first notice.

### D. I filed my Proof of Claim promptly after learning of the bankruptcy.

I acted in good faith and filed promptly once I became aware of the bankruptcy.

## E. My claim is valid and supported by evidence.

My evidence includes hormone lab results, medical notes, portal messages, text messages, therapy costs, receipts, dispute records, a psychiatrist letter, administrative complaints, and a small claims filing.

## III. LEGAL ARGUMENT

### A. Due process requires adequate notice.

A bar date cannot be enforced against a creditor who received no actual or constructive notice.

### B. A late-filed claim must be accepted where no notice was given.

Because I never received notice of the bankruptcy or deadline, my claim cannot be barred as untimely.

### C. I acted promptly and in good faith.

I filed as soon as I became aware of the bankruptcy.

## IV. REQUEST FOR RELIEF

I respectfully request that the Court deny the Trustee's Objection and permit my claim to be allowed and administered with all other claims.

Respectfully submitted,

Kelcie Jimenez
11439 Manzano Vista Ave SE
Albuquerque, NM 87123

# DECLARATION OF KELCIE JIMENEZ

1. I became a patient of NuMale/NuFemme in December 2024 and continued treatment through May 2025.

2. I never received notice of the bankruptcy or bar date.

3. I first learned of the bankruptcy in September 2025 after filing small claims.

4. I filed my Proof of Claim promptly thereafter.

5. My claim is based on misdiagnosis, overtreatment, emotional harm, physical harm, and financial loss.

6. My financial loss includes $1,375 in charges, only partially refunded.

7. I submitted extensive evidence with my original claim.

8. I request my claim not be disallowed as untimely.

I declare under penalty of perjury that the foregoing is true and correct.

Kelcie Jimenez

## CERTIFICATE OF SERVICE - COURT COPY

I certify that on December 12, 2025, I mailed a copy of this Objection to:
Garman Turner Gordon LLP, ~~Attn: Mary A. Langsner, Esq.,~~ 7251 Amigo Street Suite 210, Las Vegas, NV 89119.

Kelcie Jimenez

## EXHIBIT LIST (UPDATED)

Exhibit A - Patient Portal Messages to NuMale/NuFemme (Dec 2024 - Mar 2025)

Exhibit B - Text Message Conversations with NuMale Staff (Jan - Mar 2025)

Exhibit C - OBGYN Medical Record Notes Documenting Hormone-Induced Symptoms

Exhibit D - Appointment Confirmations and Communications Related to Refills

Exhibit E - Initial Hormone Lab Results (December 2024 Consultation Panel)

Exhibit F - Follow-Up Hormone Lab Results (January 24, 2025)

Exhibit G - Receipts, Payment Records, and Bank Dispute Outcomes

Exhibit H - Post-Treatment Therapy and Medical Costs

Exhibit I - Complaint Filed with the New Mexico Board of Nursing

Exhibit J - Small-Claims Filing and Proof of Service (Sept 2025)

Exhibit K - Statement Regarding September 2025 Bankruptcy Phone Call (Included in Objection)

Exhibit L - Psychiatrist Letter

Exhibit M - Statement Incorporating Original Proof of Claim (Included in Objection)

# Patient Communications and Medical Documentation
# Kelcie Jimenez v. NuFemme Rejuvenation Clinic
# (Case No. 25-10341-nmc)

This document contains patient communications and supporting medical records illustrating the impact of negligent hormone therapy administered by NuFemme Rejuvenation Clinic in Albuquerque, NM.



12:07
🔒 pp-wfe-100.advancedmd.com

NuMale

Subject Portal Message

Patient J Jimenez,Kelvie 03/25/1976

Message Hi Todd. I wanted to follow up regarding our recent discussions about my hormone therapy. I've been reviewing my lab results and paying close attention to how I've been feeling since my last pellet insertion on March 12th. Since then, I've experienced ongoing symptoms—increased anxiety, emotional flatness, irritability, disrupted sleep, and I've completely missed my cycle since February. My labs show that my testosterone is already elevated (tET 1 ng/dL), and my progesterone remains lower than expected, even while taking 200 mg nightly. Given this, I'm very concerned about the recommendation to increase my testosterone dose further or about the next pellet cycle. Based on my labs and how my body is responding, I don't feel this approach aligns with my current needs, and I worry that increasing testosterone will worsen my symptoms. I also want to be honest in saying that I've felt confused in our recent conversations. I'm sharing my symptoms and concerns in good faith, and I'd like to feel that my voice is part of this treatment process—not just my lab values. At this time, I would like to pause all pellet treatments and focus on evaluating how my body adjusts. I'm happy to continue progesterone as prescribed and would appreciate support in making possible adjustments to improve absorption or balance. I also plan to follow up with my OB-GYN for a second opinion. Please confirm this plan is noted in my chart, and let me know if you have any further input based on my symptoms and labs. Thank you, Kelvie Jimenez

< ▢ ⬆ ⟳

─────

12:07
🔒 pp-wfe-100.advancedmd.com

NuMale

**Read Your Sent Message**

This message was not automatically sent or responded to.

For immediate assistance, call the office locally at (XXX) 310-3057. If this is an emergency call 911.

Subject Billing & Payments

Patient J Jimenez,Kelvie 03/25/1976

Message I would like to receive the terms of the agreement I signed regarding my hormone therapy package. Please provide me with a copy at your earliest convenience.



✏ Ask a Question
📎 Inbox ⬇

< ▢ ⬆ ⟳

─────

12:07
🔒 pp-wfe-100.advancedmd.com

NuMale

For immediate assistance, call the office locally at (XXX) 310-3057. If this is an emergency call 911.

Subject Portal Message

Patient J Jimenez,Kelvie 03/25/1976

Message I also wanted to add that I've been in a consistent calorie deficit for almost two months, and despite this, I haven't lost any weight—if anything, I feel like I've gained weight and fat since starting BHRT. This has been noted by hurting, especially because I've been eating consistent with nutrition and exercise. After reviewing my labs and researching this further, I've learned that elevated testosterone in women can contribute to insulin resistance, disrupted estrogen/progesterone balance, and fat retention, particularly around the abdomen. This really aligns with what I've been experiencing, especially combined with my missed periods, mood changes, and sleep issues. Given that my current testosterone level is already at 107 ng/dL, I don't feel comfortable increasing it further or doing another pellet anytime soon. I truly believe this elevated level is contributing to my difficulty losing fat, along with the other physical and emotional symptoms I've been sharing.



✏ Ask a Question

< ▢ ⬆ ⟳

─────



6:19



+1(505) 888-2478

Hi Kelcie, this Patrick with the
NuFemme Medical Clinic. Our records
indicate that it is time to refill your
progesterone medication. This is now
dispensed in clinic. What daytime can
we get you scheduled for your
medication pickup?



I'm sorry about that Kelcie, I'm not
seeing any messages on my end with
the patient portal. I'll touch base with
the medical provider, because it's
possible they're going to him. You can
come in at anytime for hard copies of
your documents. Unfortunately, we
cannot send documents electronically.





6:19



+1(505) 888-2478



Thank you for the screen shot. Let me
look in to what's going on. I'm sorry for
the delay, and I understand your
frustration. I'll get back with you
tomorrow. If you need anything it's
always faster to call me directly at
505-449-0410. Thank you - Patrick

I believe once they're completed the
system no longer shows them current,
but they are still in the system.

6:19



+1(505) 888-2478

the delay, and I understand your
frustration. I'll get back with you
tomorrow. If you need anything it's
always faster to call me directly at
505-449-0410. Thank you - Patrick

I believe once they're completed the
system no longer shows them current,
but they are still in the system.



10:29



+1(408) 456-1420

Good morning Kelcie, I was able to find your messages in the portal. They were not received because of it going to the billing department. The Albuquerque, NM clinic doesn't have a direct billing department. Our billing department is in WI.

The medical provider did notate your chart on 05/06/25. Stating that he called you in regards to the message he received in the portal, and left you voicemail to call him back about your concerns. He has not received a call back from you.

You can come in at anytime for your documents, but we cannot email or text any records due to HIPPA. It is up to you if you prefer to be seen by another medical facility and discontinue service, but there's no refunds on treatments. Also, you financed your treatment with CreditLineAdvantag - 5xxxx,xxxx, and we cannot stop payments. Please call me directly if you have any further questions at xxx-xxx-xxxx. Thank you - Patrick.

---

1:20

Women's Specialists Of New Mexico, Ltd.

Copy     Writing Tools     Find Selection

myhealthrecord.com

---

1:21

Women's Specialists Of New Mexico, Ltd.

• Disposition
  • MED
  • Medication followup

Last Documented By: Brian Martinez, Women's Specialists of New Mexico, 05/03/2025 1:51 PM

myhealthrecord.com





Correct, you can receive records
electronically if given consent to do so
via unsecured email and you accept
the risk. I'll reach out to my operations
manager that handles medical records
to get the requested documents to
you. Thank you - Patrick

1:47



**+1 (505) 484-2838**
Yesterday 3:05 PM

Hi Kelcie, this Patrick with the NuFemme Medical Clinic. Mark: Other, Specify: Email address. In the Additional Notes section add that you acknowledge and accept the risk of sending medical records via email. Once signed, this will be your formal request.

---

2:33



**+1 (505) 484-2838**
Fri, Dec 20 at 1:19 PM

These are things that BHRT should be helping improve.

Thu, Jan 23 at 4:44 PM

Hi Kelcie,

This is the NuMale & NuFemme Medical Center with a reminder of your upcoming appointment

On 01/24/2025 @1:00pm

We are located at: 7920 WYOMING BLVD NE, STE B-2, ALBUQUERQUE, NM 87109

We look forward to seeing you here!

Tue, Feb 18 at 9:25 AM

Hi Kelcie, this Patrick with the NuFemme Medical Clinic. Our records indicate that it is time to refill your

**JIMENEZ, KELCIE**
DOB: 03/25/1996
Chart: #84333
Sex: FEMALE

**✓**uFemme

## Non Post Menopausal



| TEST | RESULT | RANGE | | UNITS |
|------|--------|-------|------|-------|
| TES | 0 | 100 | - 350 | ng/dL |
| E2 | 49 | 40 | - 400 | pg/mL |
| FSH | 7.7 | 0.5 | - 20 | mIU/mL |
| PROG | 0 | 2 | - 40 | ng/mL |
| DHEA | 130.8 | 175 | - 400 | µg/dL |
| TSH | 1.191 | 0.5 | - 4 | µIU/mL |
| FT3 | 3.02 | 2.5 | - 4 | pg/mL |
| FT4 | 0.93 | 0.8 | - 1.5 | ng/dL |
| HGB | ´14 | 10.5 | - 18 | g/dL |
| GLUC | ´121 | 70 | - 110 | mg/dL |

BHRT, NO's
multivit, vit D3, DHEA, Dim

## NuMale Medical Center — LAB RESULTS



**Ordering Provider / Testing Facility**

Specimen Information
Collection Date/Time: 1-24-25 1pm
Condition: ☒ Acceptable ☐ Rejected
Testing Personnel: Brenda Salazar

Jimenez, Kelcie
DOB 05/26/1985
Chart #84333
Sex FEMALE

SAMPLE SOURCE: PLASMA

METHODOLOGY USED: IMMUNOASSAY

OP: PAULINA
Jimenez, Kelcie   01-01-0000      SP · 1   2025/01/24  13.35
#TES    97.980ng/dL         H    14.998 (11) PEND
#TES    58.32d/mL           H    60.529  30  PEND
#E2     9.1mIU/mL           H     6.577 124  PEND
#PR3    2.7ng/dL            H     4.591 115  PEND
#FSH    27ng/dL                   2.205  65  PEND
#DHEA   451.2ug/dL          H     3.456 .55 PEND
#SH     1,438UiU/mL         H     3.408 .30 PEND
#FT3    3.33pg/dL           H    14.870 .44 PEND
#FT4    1.39ng/dL           H

| TEST NAME | MALE RANGES | FEMALE RANGES | UNITS |
|---|---|---|---|
| Testosterone (TES) | 159–1586 | 10–73.2 | ng/dL |
| Estrogen (E2) | <25–75 | N/A | pg/mL |
| Prostate-specific Antigen (PA) | 0–4.0 | N/A | ng/mL |
| Progesterone (PR3) | <0.1–0.38 | Follicular <1.0  Luteal 2.5–34.0  Post <0.1–0.45 | ng/mL |
| SHBG | 21–49 yrs 12–64  ≤50 yrs 19 | Pre ≥21 yrs 19–131  Post 15–170 | nmol/L |
| DHEA | <20 yrs 55.38  20–29 yrs 24.09–570.75  30–39 yrs 105.9–445.1  40–49 yrs 65.7–488.4  50–59 yrs 77.4–364.8 | <20 yrs 20.91–349.95  20–29 yrs 50.67–413.78  30–39 yrs 71.4–208.1  40–49 yrs 33.8–303.4  50–59 yrs 40.8–222.0 | ug/dL |
| FSH | 1.0–10.25 | Follicular 1.7–112  Peak 4.1–66.7  Follicular 2.7–15.4  Peak 3.9–22.0  Luteal 1.0–14.4  Post 25.0–150.0 | mIU/mL |
| LH | 1.7–11.2 | Follicular 1.7–112  Peak 14.4–62.3  Luteal 0.5–19.8  Post 14.4–62.3 | mIU/mL |
| TSH | 0.5–5.0 | 0.5–5.0 | µIU/mL |
| fT3 | 2.0–4.3 | 2.0–4.9 | pg/mL |
| fT4 | 0.75–1.54 | 0.75–1.54 | ng/dL |
| HGB | 17–165 | 11–15 | g/dL |
| HCT | 40–54 | 35–45 | % |
| GLUC | 70–99 | 70–100 | mg/dL |
| hCG | N/A | Negative | mIU/mL |

HGB: _____ g/dL
HCT: _____ %
GLUC: _____ mg/dL
hCG: _____ N/A

‹ **Transaction Details**

$229.17

Posted on Thursday, December 5, 2024

**SPTL*NUMALE - AL**



Appears on your statement as:
SPTL*NUMALE - AL WWW.SPLITIT.C NY 10011 US

Made by ...5832 on Thursday, December 5, 2024

⟲ Report a Problem

---

‹ **Transaction Details**

$229.17

Posted on Monday, January 6, 2025

**SPTL*NUMALE - AL**

Appears on your statement as:
SPTL*NUMALE - AL 201-972-6456 NY 10011 US

Made by ...5832 on Sunday, January 5, 2025

☎ Call Merchant

⟲ Report a Problem

---

‹ **Transaction Details**

$229.17

Posted on Wednesday, February 5, 2025

**SPT*NUMALE - ALB**



Appears on your statement as:
SPT*NUMALE - ALB 201-972-6456 NY 10011 US

Made by ...5832 on Wednesday, February 5, 2025

☎ Call Merchant

⟲ Report a Problem

---

‹ **Transaction Details**

$229.17

Posted on Wednesday, March 5, 2025

**SPT*NUMALE - ALB**



Appears on your statement as:
SPT*NUMALE - ALB 201-972-6456 NY 10011 US

Made by ...5832 on Wednesday, March 5, 2025

☎ Call Merchant

⟲ Report a Problem

---

‹ **Transaction Details**

$229.17

Posted on Monday, April 7, 2025

**SPT*NUMALE - ALB**



Appears on your statement as:
SPT*NUMALE - ALB 201-972-6456 NY 10011 US

Made by ...5832 on Saturday, April 5, 2025

☎ Call Merchant

⟲ Report a Problem

---

‹ **Transaction Details**

$229.17

Posted on Tuesday, May 6, 2025

**SPT*NUMALE - ALB**



Appears on your statement as:
SPT*NUMALE - ALB 201-972-6456 NY 10011 US

Made by ...5832 on Monday, May 5, 2025

☎ Call Merchant

⟲ Report a Problem

## Dispute with SPTL*NUMALE - AL

**Closed**  Case 25051620492309

SPTL*NUMALE - AL  $229.17 >
Venture...7036  Disputed

The total transaction amount is $229.17 on Dec 5, 2024

### Dispute resolved – customer is responsible

Updated June 15, 2025.

This case has been closed. You'll be responsible for the **disputed amount of $229.17**, which will be reapplied to your account.

**Note:** This may not reflect updates that occurred after the case closure date displayed. You can view the latest decision by referencing your letter(s) in **View correspondence.**

---



SPTL*NUMALE - ALB  $229.17 >
Venture...7036  Disputed

The total transaction amount is $229.17 on Mar 5, 2025

### Dispute resolved in your favor

Updated June 17, 2025.

Though our review is complete, the merchant has the ability to provide additional information that could affect your dispute credit in the future.



This case has been closed and resolved in your favor. **At this time, you'll keep the credit of $229.17** that we posted to your account.

**For the latest decision, please reference your letter(s) in View correspondence.**

---

## Dispute with SPTL*NUMALE - AL

**Closed**  Case 25051620549251

SPTL*NUMALE - AL  $229.17 >
Venture...7036  Disputed

The total transaction amount is $229.17 on Jun 6, 2025

### Dispute resolved – customer is responsible

Updated June 8, 2025.

This case has been closed. You'll be responsible for the **disputed amount of $229.17**, which will be reapplied to your account.

**Note:** This may not reflect updates that occurred after the case closure date displayed. You can view the latest decision by referencing your letter(s) in **View correspondence.**

---

## Dispute with SPTL*NUMALE - ALB

**Closed**  Case 25051620593443

SPTL*NUMALE - ALB  $229.17 >
Venture...7036  Disputed

The total transaction amount is $229.17 on Feb 5, 2025

### Dispute resolved in your favor

Updated June 17, 2025.

Though our review is complete, the merchant has the ability to provide additional information that could affect your dispute credit in the future.

This case has been closed and resolved in your favor. **At this time, you'll keep the credit of $229.17** that we posted to your account.

**For the latest decision, please reference your letter(s) in View correspondence.**

---

SPTL*NUMALE - ALB  $229.17 >
Venture...7036  Disputed

The total transaction amount is $229.17 on Apr 7, 2025

### Dispute resolved in your favor

Updated August 7, 2025

Though our review is complete, the merchant has the ability to provide additional information that could affect your dispute credit in the future.

This case has been closed and resolved in your favor. **At this time, you'll keep the credit of $229.17** that we posted to your account.

**For the latest decision, please reference your letter(s) in View correspondence.**

---

## Dispute with SPTL*NUMALE - ALB

**Closed**  Case 25051620339045

SPTL*NUMALE - ALB  $229.17 >
Venture...7036  Disputed

The total transaction amount is $229.17 on May 6, 2025

### Dispute resolved in your favor

Updated June 26, 2025.

Though our review is complete, the merchant has the ability to provide additional information that could affect your dispute credit in the future.

This case has been closed and resolved in your favor. **At this time, you'll keep the credit of $229.17** that we posted to your account.

**For the latest decision, please reference your letter(s) in View correspondence.**



## Transactions

🔍 Juniper ⊗

**August 19**

JUNIPER PSYCHIATRY, LL                    $485.71  ›
Healthcare • …5832

**August 8**

JUNIPER PSYCHIATRY, LL                    $485.71  ›
Healthcare • …5832

**August 1**

JUNIPER PSYCHIATRY, LL                    $485.71  ›
Healthcare • …5832

---

## Transaction Details

$373⁶³

Posted on Friday, July 4, 2025

**JUNIPER PSYCHIATRY, LL**                 

Appears on your statement as:
JUNIPER PSYCHIATRY, LL JUNIPERPSYCHI NM 87108 US
Made by …5832 on Thursday, July 3, 2025

🔊 Report a Problem

---

## Transaction Details

$485⁷¹

Posted on Friday, July 11, 2025

**JUNIPER PSYCHIATRY, LL**                 

Appears on your statement as:
JUNIPER PSYCHIATRY, LL JUNIPERPSYCHI NM 87108 US
Made by …5832 on Thursday, July 10, 2025

🔊 Report a Problem

---

## Transaction Details

$485⁷¹

Posted on Friday, July 18, 2025

**JUNIPER PSYCHIATRY, LL**                 

Appears on your statement as:
JUNIPER PSYCHIATRY, LL JUNIPERPSYCHI NM 87108 US
Made by …5832 on Thursday, July 17, 2025

🔊 Report a Problem

---

## Transaction Details

$487⁰⁶

Posted on Friday, July 25, 2025

**JUNIPER PSYCHIATRY, LL**                 

Appears on your statement as:
JUNIPER PSYCHIATRY, LL JUNIPERPSYCHI NM 87108 US
Made by …5832 on Thursday, July 24, 2025

🔊 Report a Problem

## Complaint Form

New Mexico Board of Nursing

6301 Indian School Rd, NE # 710 Albuquerque, NM 87110

(505) 841-8340 Email: bon.licensing@state.nm.us

Complaint #2025080008

Submitted: 8/2/2025

---

**Complaint PDF Versions**

**Version Number**

Version 1 - 08/02/2025

Comments: Initial

**Created by -- Created Date**

Complaint Portal--08/02/2025 03:03 PM

---

**Complainant (Your Information)**

| | |
|---|---|
| Please identify who you are: | Other - Patient |
| Your Name: | Kelcie Jimenez |
| Your Email: | kdiglio25@gmail.com |
| Your Address: | 11439 Manzano Vista Ave SE, Albuquerque, NM 87123, USA<br>Albuquerque, NM 87123-2975<br>UNITED STATES |

Your Phone Number(s)

Cell                (505) 331-6660

**Respondent (Nurse's Information)**

| | |
|---|---|
| Nurse's Name: | Tod Giglio |
| Additional Respondents: | |
| Nurse's License/Certificate #: | CNP-02263 |
| Nurse's Email: | |
| Nurse's Address: | Albuquerque, NM<br>UNITED STATES |

Nurse's Phone Number(s)

**Nurse's Employer Information**

No Nurse's Employer Information provided

**Patient Information**

| | |
|---|---|
| Please indicate your relationship to the Patient: | I am the Patient |
| Patient Name: | Kelcie Jimenez |
| Patient Email: | kdiglio25@gmail.com |
| Patient Address: | 11439 Manzano Vista Ave SE, Albuquerque, NM 87123, USA<br>Albuquerque, NM 87123-2975<br>UNITED STATES |

Page 1 of 5

# Complaint Form

New Mexico Board of Nursing

6301 Indian School Rd, NE # 710 Albuquerque, NM 87110

(505) 841-8340 Email: bon.licensing@state.nm.us

Complaint #2025080008

Submitted: 8/2/2025

Patient Phone Number(s)

Cell                                    (505) 331-6660

**Witness Information**

Witness Name:              Richard Jimenez

Witness Email:

Witness Address:           UNITED STATES

Phone Number

Not Specified

**Incident Information**

| | | |
|---|---|---|
| Date and Time of Incident: | From | To |
| | 12/10/2024 | 03/13/2025 |

Incident Location Name:  NuFemme Rejuvenation Clinic

Address:                        7920 Wyoming Boulevard Northeast
                                    Albuquerque, NM 87109
                                    UNITED STATES

Description of Incident:   I am submitting this complaint regarding Nurse Practitioner Tod A. Giglio, who provided hormone pellet therapy at NuFemme Rejuvenation Clinic. I initially began treatment with this provider to address hormone imbalances due to being postpartum and was assured the therapy would be closely monitored and adjusted based on labs and my symptoms. I was also told my levels were so low they weren't even detectable and my hormone levels were that of a post-menopausal woman. I was told about all the benefits of BHRT and how it would help tremendously and was never explained any of the risks/harm it could cause. After my first testosterone pellet insertion in December 2024, I began experiencing symptoms such as increased anxiety, irritability/anger, insomnia, and emotional volatility. Despite reporting these concerns, I was reassured that this was normal and advised to continue treatment. In March 2025, I received a second testosterone pellet, which was

----

Page 2 of 5

## Complaint Form

New Mexico Board of Nursing

6301 Indian School Rd, NE # 710 Albuquerque, NM 87110

(505) 841-8340 Email: bon.licensing@state.nm.us

Complaint #2025080008

Submitted: 8/2/2025

increased by 12.5%. After this second treatment, my symptoms became significantly worse. I experienced severe mood swings, heightened aggression, brain fog, panic episodes, and insomnia. These symptoms deeply impacted my daily functioning, mental health, and relationships. My husband witnessed the drastic change in my emotional and physical state. Beginning in February 2025, I also completely lost my menstrual cycle. Prior to starting hormone therapy, I had a regular, healthy cycle. My period did not return until June 2025. I expressed this concern to Mr. Giglio, who brushed it off and attributed my symptoms to my anxiety medication. However, before initiating hormone therapy, my anxiety had been well-managed with medication and therapy. Due to the persistent symptoms and amenorrhea, I sought a second opinion from my OBGYN. She was deeply alarmed by the treatment I had received and advised me to stop the hormone therapy immediately. She also questioned the validity and comprehensiveness of the blood tests that were used to determine my dosing. When I brought these concerns back to Mr. Giglio, I asked to review my lab results and pointed out that my testosterone levels, according to the research I found, were far too high for a female. I also noted that my estrogen and progesterone levels were low. Despite this, he recommended increasing my testosterone dose by another 25%. During this conversation, he made a concerning remark that he "doesn't even really look at those tests or use those tests," which deeply disturbed me and raised questions about the clinical basis for his prescribing decisions. Additionally, when discussing my symptoms, Mr. Giglio repeatedly focused on my sex drive rather than addressing the full scope of my concerns. As someone with a history of sexual trauma, I found this response dismissive and inappropriate, particularly when I was reporting significant psychological distress, hormonal imbalance, and loss of menstrual function. Ultimately, I had to

## Complaint Form

New Mexico Board of Nursing

6301 Indian School Rd, NE # 710 Albuquerque, NM 87110

(505) 841-8340 Email: bon.licensing@state.nm.us

Complaint #2025080008

Submitted: 8/2/2025

discontinue treatment on my own and seek outside care, including psychiatric support due to the severity of the emotional and physical toll this experience had on me. I also paid a lot of money out of pocket and am now in the process of disputing the charges as well as planning to take this to small courts claim to get reimbursed and compensated for the financially loss and the emotional/psychological/physical toll this took on me the past 8 months. I am submitting this complaint not only because of the harm I personally experienced, but out of deep concern that this provider is offering hormone replacement treatment without appropriate clinical oversight, informed consent, or patient-centered care. I am worried other patients may be similarly harmed.

## Supporting Documentation

| File Name | Document Title |
| --- | --- |
| IMG_9837.PNG | IMG_9837 |
| IMG_9863.PNG | IMG_9863 |
| IMG_9859.PNG | IMG_9859 |
| IMG_9871.PNG | IMG_9871 |
| IMG_9840.PNG | IMG_9840 |
| IMG_9864.PNG | IMG_9864 |
| IMG_9861.PNG | IMG_9861 |
| IMG_9865.PNG | IMG_9865 |
| IMG_9748.PNG | IMG_9748 |
| IMG_9835.PNG | IMG_9835 |
| IMG_9836.PNG | IMG_9836 |
| IMG_9663.PNG | IMG_9663 |
| IMG_9747.PNG | IMG_9747 |
| IMG_9862.PNG | IMG_9862 |
| IMG_9662.PNG | IMG_9662 |
| IMG_9660.PNG | IMG_9660 |

## Complaint Form

New Mexico Board of Nursing

6301 Indian School Rd, NE # 710 Albuquerque, NM 87110

(505) 841-8340 Email: bon.licensing@state.nm.us

Complaint #2025080008

Submitted: 8/2/2025

---

IMG_9749.PNG                    IMG_9749

**Practitioner Information (Optional)**

Name:                    Tod Giglio

Email:

Address:                 UNITED STATES

Phone Number

Not Specified

By completing and submitting this complaint form, I affirm that I am the complainant identified herein and that the facts set forth in this complaint are true and correct to the best of my knowledge. Further, by electronically signing my name below, I acknowledge that a copy of the completed complaint form will be sent to the email address provided by me in this complaint form.

I understand that the completed complaint form may contain protected health information and that the unauthorized disclosure, distribution, or copying of protected health information is prohibited by both federal and state law, and I agree to abide by such requirements.

;

---

Page 5 of 5

ENDORSED
FILED IN THIS OFFICE

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
IN THE METROPOLITAN COURT

SEP 0 9 2025

METROPOLITAN COURT

KELCIE JIMENEZ
          ,
v.      Plaintiff,    Case No. T-4-CV-2025-008034
NuMale Medical Center
          ,
      Defendant.

        Judge assigned: <u>Jason M. Jaramillo</u>
**CIVIL SUMMONS**

To:  NUMALE MEDICAL CENTER, Defendant[1]
Address: 7920 WYOMING BLVD NE
    ALBUQUERQUE NM 87109

**GREETINGS: THIS IS A COURT ISSUED SUMMONS.**
A LAWSUIT HAS BEEN FILED AGAINST YOU. A copy of the lawsuit (complaint) and a response form (answer form)[2] are attached.

YOU ARE REQUIRED TO FILE A WRITTEN RESPONSE TO THE COMPLAINT WITHIN **TWENTY (20) DAYS AFTER THE SUMMONS HAS BEEN SERVED ON YOU.** You must file (in person or by mail) your written response with the Court. When you file your response, you must give or mail a copy to the person who signed the complaint.

**IF YOU DO NOT FILE A WRITTEN RESPONSE WITH THE COURT WITHIN THE TWENTY (20) DAY PERIOD, NO COURT DATE WILL BE SET, AND THE COURT MAY ENTER A DEFAULT JUDGMENT AGAINST YOU FOR THE MONEY OR OTHER RELIEF REQUESTED IN THE COMPLAINT. A DEFAULT JUDGMENT MEANS YOU LOSE THE CASE AND YOU OWE THE PLAINTIFF.**

<u>**IF YOU DO NOT FILE A WRITTEN RESPONSE WITH THE COURT**</u> YOU MAY BE GIVING UP ANY DEFENSES YOU MAY HAVE, FOR EXAMPLE, THAT YOU DO NOT OWE THE PLAINTIFF OR THAT TOO MUCH TIME HAS PASSED.

You may wish to consult a lawyer. You may contact the State Bar of New Mexico for help finding a lawyer at www.nmbar.org; 1-800-876-6227; or 1-505-797-6066.

You are entitled to a jury trial in most types of lawsuits. To get a jury trial, you must request one in your written response, and you must pay a jury fee when you file your response.

**All civil cases will be recorded pursuant to New Mexico Supreme Court Orders No. 23-8500-003 and No. S-1-AO-2024-00012, regardless of whether or not a party has requested a recording pursuant to Rule 3-708 NMRA.**

Your Answer must be filed with the court which is located at: **401 Lomas NW, Albuquerque, New Mexico 87102.**
A copy of your answer or responsive pleading must be mailed to:
*(name and address of Plaintiff or Plaintiff's attorney)*
**Kelcie Jimenez  11439 Manzano Vista Ave SE  Albuquerque, NM  87123**
Dated: 8/29/2025
KDiaz
Judicial Specialist 2

BY: CLERK OF THE METROPOLITAN COURT

---

Parking is available across from the Courthouse and can be entered from 5th Street on the first right after Slate Ave.

New Mexico Courts comply with the Americans with Disabilities Act and Title VI. If you need accommodations or the services of an interpreter in Court, email or call the Court at 505-841-8151 as soon as possible to inform us.  Please notify the Court of the nature of any disability or interpreter services needed at least five (5) days before any hearing, so appropriate accommodations can be made. *Los Tribunales de Nuevo México cumplen con la ley para estadounidenses con Discapacidades y Título VI. Si necesita adaptaciones o los servicios de un intérprete en el tribunal, envíe un correo electrónico o llame al tribunal al número 505-841-8151 lo más pronto posible para notificarnos. Notifique al actuario si usted tiene alguna discapacidad por lo menos cinco (5) días antes de la audiencia para que se tomen las debidas adaptaciones del caso.*

---

*Rule 4-204 NMRA; as amended, effective 1/1/87; 1/1/90; 7/190; 10/1/91; 1/1/93; 5/1/94; 9/2/97(As modified by the Metropolitan Court) as amended by Supreme Court Order No. 16-8300-032; 21-8300-012, effective for all cases pending or filed on or after December 31, 2016; December 31, 2021.]*
*CV-79 Civil Summons (Rev. 7/08; 03/11; 12/16; 1/18; 12/31; 9/1/24)*

## EXHIBIT K - STATEMENT REGARDING SEPTEMBER 2025 PHONE CALL

I received a phone call around September 10-11, 2025 informing me for the first time that NuMale had filed for bankruptcy and that I could not proceed with my lawsuit. This statement is true and correct.

Kelcie Jimenez

Aug. 5, 2025

RE: Kelcie Jimenez, DOB 3/25/1996

I have been Ms. Jimenez's treating psychiatrist since 7/3/2025. I have diagnosed her with generalized anxiety disorder, complex PTSD and an unspecified depression. When I met her she was having severe symptoms in spite of already being on Lexapro, which is an FDA-approved treatment for her diagnoses. She was especially distressed by symptoms of anxiety, irritability, sleeplessness, intrusive thoughts and low mood.  On July 10th, 2025 I began treating her with ketamine-assisted psychotherapy, which includes low-dose ketamine injections along with psychotherapy, in two hour sessions, in my office. Since then her symptoms have been improving.

Sincerely,

Denise Lin, MD
Diplomate, American Board of Psychiatry and Neurology
Clinical Associate Professor
Dept. of Psychiatry, UNM SOM
Owner, Juniper Psychiatry
4810 Hardware Dr. NE
ABQ, NM 87109
Main (505) 705-1024
Fax (505) 310-6199

# EXHIBIT M - STATEMENT INCORPORATING ORIGINAL PROOF OF CLAIM

My original Proof of Claim (Claim No. 46) included extensive documentation. To avoid duplication, I incorporate those materials by reference.

Kelcie Jimenez