_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
December 30, 2025

_____

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
|---|---|
| NUMALE CORPORATION, | *Jointly administered with:* |
| ☐ AFFECTS THIS DEBTOR, | Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | NuMedical SC<br>Case No. 25-10343-nmc |
| ☐ NUMEDICAL SC, | |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC,<br>Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |

|   |   |
|---|---|
| NUMALE ALL DEBTORS, ☒<br><br>Debtors. | NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Original Hearing<br>Date: January 13, 2026<br>Time: 9:30 a.m.<br><br>Continued Hearing<br>Date: February 17, 2026<br>Time: 9:30 a.m. |

# ORDER APPROVING
## STIPULATION WITH THE N2 COMPANY CONTINUING HEARING AND BRIEFING DEADLINES

The Court has considered the *Stipulation With The N2 Company Continuing Hearing and Briefing Deadlines* (the "Stipulation")[1] entered into by and between Michael Carmel, as the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, as the Liquidating Trustee of the NuMale Liquidation Trust, and as the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "Trustee"), by and through his undersigned counsel, and The N2 Company ("N2"), by and through undersigned counsel, and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved in the entirety.

**IT IS FURTHER ORDERED** that the Hearing on the Objection shall be continued to the New Hearing Date of February 17, 2026, at 9:30 a.m. prevailing Pacific Time;

**IT IS FURTHER ORDERED** that *as to N2 and the Trustee only*, the Briefing Deadlines shall be modified as follows: a Response, if any, by N2 to the Objection shall be filed by

. . .

. . .

. . .

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

2

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

February 3, 2026; and any Reply by the Trustee shall be filed by February 10, 2026.

**IT IS SO ORDERED**.

Dated this 29th day of December, 2025.  Dated this 29th day of December 2025.

GARMAN TURNER GORDON LLP  SNELL & WILMER

By: /s/   Mary Langsner  By: /s/   Blakely E. Griffith
    GREGORY E. GARMAN, ESQ.      BLAKELY E. GRIFFITH, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.  1700 South Pavilion Center Drive
    MARY LANGSNER, Ph.D.         Suite 700
    7251 Amigo Street, Suite 210  Las Vegas, NV 89135
    Las Vegas, Nevada 89119

    *Attorneys for Michael Carmel, Trustee*  *Attorneys for The N2 Company*

# # #

3

# EXHIBIT 1

# EXHIBIT 1

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Trustee*

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| | *Jointly administered with:* |
| ☐ AFFECTS THIS DEBTOR, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMEDICAL SC, | |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | |
| ☒ NUMALE ALL DEBTORS, | NuMale New Mexico SC Case No. 25-10347-nmc |
| Debtors. | Original Hearing Date: January 13, 2026 Time: 9:30 a.m. |
| | Continued Hearing Date: February 17, 2026 Time: 9:30 a.m. |

**STIPULATION WITH THE N2 COMPANY CONTINUING HEARING AND BRIEFING DEADLINES**

1

1  Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation,
2  Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB
3  PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, and the Liquidating Trustee of the
4  NuMale Liquidation Trust, and the sole person with control and authority over each of the
5  Reorganized Debtors and their property (all capacities together, "Trustee"), by and through his
6  undersigned counsel, and The N2 Company ("N2"), by and through undersigned counsel (the
7  Trustee and N2 together, the "Parties") hereby stipulate and agree as follows:

8  WHEREAS, the Trustee filed the *Objection to Claim No. 15 of The N2 Company* [ECF
9  No. 828] (the "Objection").

10  WHEREAS, the Objection is noticed and set for a hearing to occur on January 13, 2026,
11  at 9:30 a.m. prevailing Pacific Time (the "Hearing").  *See* ECF Nos. 830, 831, 848.

12  WHEREAS, pursuant to the Local Rules of Bankruptcy Practice of the United States
13  Bankruptcy Court for the District of Nevada ("Local Rules"), briefing deadlines on response to
14  the Objection is established as follows: Responses filed by December 30, 2025, and Replies thereto
15  and in support of the Objection filed by January 6, 2026 (collectively, the "Briefing Deadlines").

16  WHEREAS, N2 has requested, and the Trustee has agreed, that, *as to N2 and the Trustee*
17  *only*, the Hearing shall be continued to a new hearing date of February 17, 2026, at 9:30 a.m.
18  prevailing Pacific Time ("New Hearing Date"), and the Briefing Deadlines shall be
19  commensurately modified to accord with Local Rules as follows: a Response, if any, by N2 to the
20  Objection shall be filed by February 3, 2026, and any Reply by the Trustee shall be filed by
21  February 10, 2026.

22  WHEREAS, pursuant to Local Rule 3007(c) the New Hearing Date shall be treated as the
23  initial hearing which shall be treated as a status and scheduling hearing.

24  NOW, THEREFORE, subject to entry of the Order approving this Stipulation, which Order
25  has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as
26  follows:

27  1.  The Hearing on the Objection shall be continued to the New Hearing Date of

Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

1  February 17, 2026, at 9:30 a.m. prevailing Pacific Time;

2      2.      The New Hearing Date shall be treated pursuant to Local Rule 3007(c) as the initial

3  hearing treated as a status and scheduling hearing;

4      3.      *As to N2 and the Trustee only*, the Briefing Deadlines shall be modified as follows:

5  a Response, if any, by N2 to the Objection shall be filed by February 3, 2026; and any Reply by

6  the Trustee shall be filed by February 10, 2026.

7      **IT IS SO STIPULATED.**

8  Dated this 29th day of December, 2025.                Dated this 29th day of December 2025.

9  GARMAN TURNER GORDON LLP                              SNELL & WILMER

11 By:*/s/     Mary Langsner*                            By: */s/    Blakely E. Griffith*
   GREGORY E. GARMAN, ESQ.                               BLAKELY E. GRIFFITH, ESQ.
   TALITHA GRAY KOZLOWSKI, ESQ.                          1700 South Pavilion Center Drive
12 MARY LANGSNER, Ph.D.                                  Suite 700
   7251 Amigo Street, Suite 210                          Las Vegas, NV 89135
13 Las Vegas, Nevada 89119

14 *Attorneys for Michael Carmel, Trustee*               *Attorneys for The N2 Company*