E-filed:  January 8, 2026

Blakeley E. Griffith, Esq. (NV Bar No. 12386)
Molly Stubblefield, Esq. (NV Bar No. 16993)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: bgriffith@swlaw.com
           mstubblefield@swlaw.com

*Attorneys for N2 Company*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re: | Case No. 25-10341-nmc |
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR<br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC<br>☐ AFFECTS NUMEDICAL SC<br>☐ AFFECTS NUMALE COLORADO SC<br>☐ AFFECTS NUMALE FLORIDA TB PLLC<br>☐ AFFECTS NUMALE NEBRASKA LLC<br>☐ AFFECTS NUMALE NEW MEXICO SC<br>☒ AFFECTS ALL DEBTORS | Jointly Administered with: |
| | 25-10342-nmc — Feliciano NuMale Nevada PLLC<br>25-10343-nmc — NuMedical SC<br>25-10344-nmc — NuMale Colorado SC<br>25-10345-nmc — NuMale Florida TB PLLC<br>25-10346-nmc — NuMale Nebraska LLC<br>25-10347-nmc — NuMale New Mexico SC |
| Debtors. | **NOTICE OF APPEARANCE AND REQUEST FOR NOTICE** |

N2 Company, by and through its undersigned counsel:

Blakeley E. Griffith, Esq.
Molly Stubblefield, Esq.
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135

hereby formally appears and requests that all notices, demand for notices, and copies of any and all filings and/or hearings in either the above-captioned proceeding or in any contested matter or adversary proceeding therein or related thereto be provided to Snell & Wilmer L.L.P. at the address

4928-1905-1654

listed above; that this request shall remain a continuing request; and that Snell & Wilmer L.L.P. be added to the master mailing matrix.

DATED this 8th day of January 2026.

SNELL & WILMER L.L.P.

 /s/  Blakeley E. Griffith
Blakeley E. Griffith (NV Bar No. 12386)
Molly Stubblefield, Esq. (NV Bar No. 16993)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for N2 Company*

- 2 -

4928-1905-1654