E-filed: January 8, 2026

Blakeley E. Griffith, Esq. (NV Bar No. 12386)
Molly Stubblefield, Esq. (NV Bar No. 16993)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bgriffith@swlaw.com
        mstubblefield@swlaw.com

*Attorneys for N2 Company*

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR<br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC<br>☐ AFFECTS NUMEDICAL SC<br>☐ AFFECTS NUMALE COLORADO SC<br>☐ AFFECTS NUMALE FLORIDA TB PLLC<br>☐ AFFECTS NUMALE NEBRASKA LLC<br>☐ AFFECTS NUMALE NEW MEXICO SC<br>☒ AFFECTS ALL DEBTORS<br><br>Debtors. | Case No. 25-10341-nmc<br><br>Chapter 11<br><br>Jointly Administered with:<br><br>| 25-10342-nmc | Feliciano NuMale Nevada PLLC |<br>\| 25-10343-nmc \| NuMedical SC \|<br>\| 25-10344-nmc \| NuMale Colorado SC \|<br>\| 25-10345-nmc \| NuMale Florida TB PLLC \|<br>\| 25-10346-nmc \| NuMale Nebraska LLC \|<br>\| 25-10347-nmc \| NuMale New Mexico SC \|<br><br>**CERTIFICATE OF SERVICE** |

I served a true and correct copy of the *Notice of Appearance and Request for Notice* [ECF No. 893] for Snell & Wilmer L.L.P., attorneys for N2 Company in the above matter, via the following means, on the date specified, to the persons as listed below:

**VIA THE COURT'S CM/ECF SYSTEM (January 8, 2026):**

See filing receipt for ECF No. 893 attached as **Exhibit 1**.

**VIA U.S. MAIL (postage fully pre-paid) (January 8, 2026):**

STATE OF NEVADA
DEPT OF EMPLOYMENT, TRAINING & REHAB
EMPLOYMENT SECURITY DIVISION
500 E THIRD ST
CARSON CITY NV 89713-0001

4905-5734-0038

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA PA 19101-7346

STATE OF NEVADA
DEPT OF TAXATION
BANKRUPTCY SECTION
3850 ARROWHEAD DRIVE
CARSON CITY NV 89706

CLARK COUNTY TREASURER
C/O BANKRUPTCY CLERK
500 S GRAND CENTRAL PKWY
BOX 551220
LAS VEGAS NV 89155-1220

DAVID A RIGGI
RIGGI LAW FIRM
7900 WEST SAHARA AVE
SUITE 100
LAS VEGAS NV 89117

GARMAN TURNER GORDON LLP
7251 AMIGO ST
STE. 210
LAS VEGAS NV 89119

JUSTIN CHARLES VALENCIA
U.S. DEPT OF JUSTICE
OFFICE OF THE UNITED STATES TRUSTEE
300 LAS VEGAS BLVD SOUTH
SUITE 4300
LAS VEGAS, NV 89101

I declare under penalty of perjury that the foregoing is true and correct.

DATED: January 8, 2026.

                                            */s/ Joanna Fung*
                                            An employee of Snell & Wilmer

4905-5734-0038

# EXHIBIT 1

# EXHIBIT 1

**Miscellaneous:**

25-10341-nmc NUMALE CORPORATION

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: BAPCPA, JNTADMN, LEAD, EXHS |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from BLAKELEY E. GRIFFITH entered on 1/8/2026 at 11:05 AM PST and filed on 1/8/2026
**Case Name:**   NUMALE CORPORATION
**Case Number:**   25-10341-nmc
**Document Number:** 893

**Docket Text:**
Notice of Appearance , Request for Special Notice Filed by BLAKELEY E. GRIFFITH on behalf of N2 COMPANY (GRIFFITH, BLAKELEY)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** Numale bky - NOA BEG_MS.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=1/8/2026] [FileNumber=37247448-0]
[1d88f8c99c352b3546646430e54280596818630fc1d01c6207de3b670df57a92ee03
a97a7db0f7fa74dd70c0738c4d4eaed3c407d22402a2de74cdf3929e493c]]

**25-10341-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

LOUIS M BUBALA, III on behalf of Creditor Mayfair Mall LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com,
CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal

IVAN M. GOLD on behalf of Creditor Mayfair Mall LLC
igold@allenmatkins.com

ISABELLA R. GOLDSMITH on behalf of Creditor Mayfair Mall LLC
igoldsmith@kcnvlaw.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@gtg.legal, bknotices@gtg.legal

BLAKELEY E. GRIFFITH on behalf of Creditor N2 COMPANY
bgriffith@swlaw.com, docket_las@swlaw.com;sdugan@swlaw.com;mfull@swlaw.com;jfung@swlaw.com

STEVEN T GUBNER on behalf of Interested Party BG LAW LLP
sgubner@bg.law, ecf@bg.law

MARJORIE A. GUYMON on behalf of Defendant THE LCF GROUP, INC.
bankruptcy@goldguylaw.com,

lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguyla

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;kathra@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

JOSEPH S. MANISCALCO, I on behalf of Defendant THE LCF GROUP, INC.
jsm@lhmlawfirm.com

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

STACY H RUBIN on behalf of Creditor Howard & Howard
shr@h2law.com, kom@h2law.com

STEVEN B. SCOW on behalf of Creditor CHRISTOPHER ASANDRA
sscow@kskdlaw.com, dscow@kskdlaw.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Defendant BRAD PALUBICKI

jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

**25-10341-nmc Notice will not be electronically mailed to:**

BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH
SUITE 2000
NASHVILLE, TN 37201

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

J.S. HELD LLC
,

KELCIE JIMENEZ
11439 MANZANO VISTA AVE SE
ALBUQUERQUE, NM 87123

MCAFEE AND TAFT LLP
,

PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
,

RIGGI LAW FIRM on behalf of Debtor NUMALE CORPORATION
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE COLORADO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC

7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMEDICAL SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.
,

RUBINBROWN LLP
10801 W. CHARLESTON BLVD.
SUITE 300
LAS VEGAS, NV 89135

Jacob Nathan Rubin
,

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017