1  GARMAN TURNER GORDON LLP
   GREGORY E. GARMAN
2  Nevada Bar No. 6654
   E-mail:  ggarman@gtg.legal
3  TALITHA GRAY KOZLOWSKI, ESQ.
   Nevada Bar No. 9040
4  tgray@gtg.legal
   MARY LANGSNER, Ph.D.
5  Nevada Bar No. 13707
   mlangsner@gtg.legal
6  7251 Amigo Street, Suite 210
   Las Vegas, Nevada 89119
7  Telephone (725) 777-3000
   Facsimile (725) 777-3112
8
   *Attorneys for Michael Carmel, Trustee*
9

10

11             **UNITED STATES BANKRUPTCY COURT**
               **DISTRICT OF NEVADA**
12

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☐ NUMALE NEW MEXICO SC, | NuMale New Mexico SC Case No. 25-10347-nmc |
| ☒ NUMALE ALL DEBTORS, | |
| Debtors. | Continued Hearing Date: January 27, 2026 Continued Hearing Time: 9:30 a.m. |

25     **NOTICE OF CONTINUED HEARING ON OBJECTION TO CLAIM NO. 46 OF**
26                          **KELCIE JIMENEZ**

27         NOTICE IS HEREBY GIVEN that Michael Carmel, the Chapter 11 trustee of the

28  bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC,

NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, as the Liquidating Trustee of the NuMale Liquidation Trust and as the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "Trustee") having filed the *Objection to Claim No. 46 of Kelcie Jimenez* [ECF No. 832] (the "Objection") objecting to Claim No. 46 filed by Ms. Kelcie Jimenez (the "Claim"), which Objection was noticed and set for a hearing of January 13, 2026, at 9:30 a.m. ("Original Hearing"); the claimant Ms. Jimenez opposed the Objection [ECF No. 883]; and the Trustee replied [ECF No. 890].

At the Original Hearing, counsel Mary Langsner, Ph.D. appeared on behalf of the Trustee.  No other parties appeared.

**NOTICE IS HEREBY GIVEN** that the Court continued the hearing on the Objection to January 27, 2026, at 9:30 a.m. ("Continued Hearing").

**NOTICE IS FURTHER GIVEN** that pursuant to Administrative Order 2020-14, all hearings are currently being held telephonically absent further order of the Court.  The Continued Hearing will be held on **January 27, 2026, at the hour of 9:30 a.m. prevailing Pacific Time.**  Parties are permitted to appear telephonically by **dialing (833) 435-1820 and entering meeting ID (if applicable): 161 166 2815 and entering access code or passcode 115788#**.

Dated this 13th day of January, 2026.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119
    *Attorneys for Michael Carmel, Trustee*