GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br><br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br><br>☐ NUMEDICAL SC,<br><br>☐ NUMALE COLORADO SC,<br><br>☐ NUMALE FLORIDA TB PLLC,<br><br>☐ NUMALE NEBRASKA LLC,<br><br>☐ NUMALE NEW MEXICO SC,<br><br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br><u>Current Hearing:</u><br>Date: February 17, 2026<br>Time: 9:30 a.m.<br><br><u>New Hearing:</u><br>Date: April 14, 2026<br>Time: 9:30 a.m. |
|---|---|

**SECOND STIPULATION WITH THE N2 COMPANY CONTINUING HEARING AND <u>BRIEFING DEADLINES</u>**

1

Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, and the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, "Trustee"), by and through his undersigned counsel, and The N2 Company ("N2"), by and through undersigned counsel (the Trustee and N2 together, the "Parties") hereby stipulate and agree as follows:

WHEREAS, the Trustee filed the *Objection to Claim No. 15 of The N2 Company* [ECF No. 828] (the "Objection").

WHEREAS, the Objection was noticed and set for a hearing to occur on January 13, 2026, at 9:30 a.m. prevailing Pacific Time (the "Original Hearing"). *See* ECF Nos. 830, 831, 848.

WHEREAS, pursuant to the Local Rules of Bankruptcy Practice of the United States Bankruptcy Court for the District of Nevada ("Local Rules"), briefing deadlines on response to the Objection were established as follows: Responses filed by December 30, 2025, and Replies thereto and in support of the Objection filed by January 6, 2026 (collectively, the "Original Briefing Deadlines").

WHEREAS, N2 originally requested, and the Trustee agreed, that, as to N2 and the Trustee only, the Original Hearing be continued thirty (30) days, to February 17, 2026, at 9:30 a.m. Pacific Time ("Current Hearing Date"), and the Original Briefing Deadlines were commensurately modified to accord with Local Rules as follows: a Response, if any, by N2 to the Objection filed by February 3, 2026, and any Reply by the Trustee filed by February 10, 2026 (collectively, "Current Briefing Deadlines"). *See* ECF Nos. 884, 885 (stipulation and order).

WHEREAS, N2 further requested, and the Trustee agreed, that, as to N2 and the Trustee only, the Current Hearing Date be continued a further thirty (30) days, to a continued hearing date of April 14, 2026, at 9:30 a.m. prevailing Pacific Time ("New Hearing Date"), and the Current Briefing Deadlines shall be commensurately modified to accord with Local Rules as follows: a

1  Response, if any, by N2 to the Objection be filed by March 31, 2026, and any Reply by the Trustee
2  be filed by April 7, 2026 (collectively, "New Briefing Deadlines").
3  　　　　WHEREAS, pursuant to Local Rule 3007(c) the New Hearing Date shall be treated as the
4  initial hearing which shall be treated as a status and scheduling hearing.
5  　　　　NOW, THEREFORE, subject to entry of the Order approving this Stipulation, which Order
6  has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as
7  follows:
8  　　　　1.　　The Current Hearing Date on the Objection shall be continued to the New Hearing
9  Date of April 14, 2026, at 9:30 a.m. prevailing Pacific Time;
10  　　　　2.　　The New Hearing Date shall be treated pursuant to Local Rule 3007(c) as the initial
11  hearing treated as a status and scheduling hearing;
12  　　　　3.　　***As to N2 and the Trustee only***, the Current Briefing Deadlines shall be modified
13  as follows: a Response, if any, by N2 to the Objection shall be filed by March 31, 2026; and any
14  Reply by the Trustee shall be filed by April 7, 2026.
15  　　　　**IT IS SO STIPULATED.**

Dated this 28th day of January, 2026.　　　　　　Dated this 28th day of January, 2026.

GARMAN TURNER GORDON LLP　　　　　　SNELL & WILMER

By:*/s/ Mary Langsner*　　　　　　　　　　　　By: */s/ Blakeley E. Griffith*
　GREGORY E. GARMAN, ESQ.　　　　　　　　BLAKELEY E. GRIFFITH, ESQ.
　TALITHA GRAY KOZLOWSKI, ESQ.　　　　　1700 South Pavilion Center Drive
　MARY LANGSNER, Ph.D.　　　　　　　　　　Suite 700
　7251 Amigo Street, Suite 210　　　　　　　　　Las Vegas, NV 89135
　Las Vegas, Nevada 89119

　*Attorneys for Michael Carmel, Trustee*　　　　　*Attorneys for The N2 Company*

3