Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
January 29, 2026

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re: | Lead Case No.: 25-10341-nmc |
|---|---|
| NUMALE CORPORATION, | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | *Jointly administered with:* |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | |
| ☐ NUMALE NEW MEXICO SC, | NuMale Nebraska LLC Case No. 25-10346-nmc |

| | | |
|---|---|---|
| NUMALE ALL DEBTORS, <br><br> Debtors. | ☒ | NuMale New Mexico SC <br> Case No. 25-10347-nmc <br><br> Current Hearing: <br> Date: February 17, 2026 <br> Time: 9:30 a.m. <br><br> New Hearing: <br> Date: April 14, 2026 <br> Time: 9:30 a.m. |

# ORDER APPROVING
## SECOND STIPULATION WITH THE N2 COMPANY CONTINUING HEARING AND BRIEFING DEADLINES

The Court has considered the *Second Stipulation With The N2 Company Continuing Hearing and Briefing Deadlines* (the "Stipulation")[1] entered into by and between Michael Carmel, as the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, as the Liquidating Trustee of the NuMale Liquidation Trust, and as the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, the "Trustee"), by and through his undersigned counsel, and The N2 Company ("N2"), by and through undersigned counsel, and finds that good cause exists to grant the relief requested. Accordingly:

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved in the entirety.

**IT IS FURTHER ORDERED** that the Hearing on the Objection shall be continued to the New Hearing Date of April 14, 2026, at 9:30 a.m. prevailing Pacific Time;

**IT IS FURTHER ORDERED** that *as to N2 and the Trustee only*, the Briefing Deadlines shall be modified as follows: a Response, if any, by N2 to the Objection shall be filed by

. . .

. . .

. . .

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Stipulation.

Garman Turner Gordon <br> 7251 Amigo Street, Suite 210 <br> Las Vegas, Nevada 89119 <br> (725) 777-3000

March 31, 2026; and any Reply by the Trustee shall be filed by April 7, 2026.

**IT IS SO ORDERED**.

GARMAN TURNER GORDON LLP

By: */s/ Mary Langsner*
    GREGORY E. GARMAN, ESQ.
    TALITHA GRAY KOZLOWSKI, ESQ.
    MARY LANGSNER, Ph.D.
    7251 Amigo Street, Suite 210
    Las Vegas, Nevada 89119

*Attorneys for Michael Carmel, Trustee*

SNELL & WILMER

By: */s/ Blakeley E. Griffith*
    BLAKELEY E. GRIFFITH, ESQ.
    1700 South Pavilion Center Drive
    Suite 700
    Las Vegas, NV 89135

*Attorneys for The N2 Company*

# # #