LOUIS M. BUBALA III
NEVADA BAR NO. 8974
KAEMPFER CROWELL
50 W. Liberty St., Ste. 1100
Reno, Nevada 89501
lbubala@kcnvlaw.com

ISABELLA R. GOLDSMITH
NEVADA BAR NO. 16870
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
igoldsmith@kcnvlaw.com

IVAN M. GOLD (admitted *pro hac vice*)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: igold@allenmatkins.com

Attorneys for Landlord-Creditor
Mayfair Mall, LLC

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In re<br><br>NUMALE CORPORATION,<br><br>   AFFECTS THIS DEBTOR, ☐<br>   AFFECTS FELICIANO ☐<br>   NUMALE NEVADA PLLC, ☐<br>   NUMEDICAL SC, ☐<br>   NUMALE COLORADO SC, ☐<br>   NUMALE FLORIDA TB PLLC, ☐<br>   NUMALE NEBRASKA LLC, ☐<br>   NUMALE NEW MEXICO SC, ☐<br>   NUMALE ALL DEBTORS, ☒<br>        Debtors. | Lead Case No.: 25-10341-nmc<br><br>Chapter 11<br><br>Jointly administered with:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>**Preliminary Hearing Date: February 17, 2026**<br>**Time: 9:30 a.m.** |

## DECLARATION OF CHRIS JAEGER SUPPORTING RESPONSE OF MAYFAIR MALL, LLC TO TRUSTEE'S OBJECTION TO CLAIMS

I, CHRIS JAEGER, declare.

1. I am the Senior General Manager of Mayfair Mall, a retail and office developments located at 2600 North Mayfair Road, Wauwatosa, Wisconsin. GGP Retail LLC ("GGP Retail"), formerly known as Brookfield Properties Retail Inc., provides property management and leasing services to, and is affiliated with, Mayfair Mall, LLC ("Landlord"), the owner of the Mayfair Mall shopping center and adjacent office complex, including the Mayfair Professional Office building and the Mayfair North Tower. My duties include the day-to-day management and operation of the retail and office components of the development. I have served in this capacity since April 2016.

2. This declaration is submitted in support of the Response of *Mayfair Mall, LLC to Trustee's Objection to Claims,* filed herewith. If called upon to testify in this proceeding, as to the matters set forth in this declaration, I could and would competently testify thereto, since the facts set forth herein are personally known to me to be true or I have gained knowledge of them from the books, records and files of GGP Retail and Landlord maintained in the ordinary course of business.

3. Suites 1140 and 1150 of the Mayfair North Tower, located 2600 North Mayfair Road (the "Premises"), were previously occupied by a business operating under the trade name "NuMale Medical Center."

4. As of Wednesday, October 22, 2025, NuMale Medical Center remained open and operating at the Premises. Over the next several days, furniture, equipment and records were removed from the Premises. On Friday, October 24, 2025, I was advised by security staff that the Premises had been vacated. Keys to the Premises were never physically returned to the Landlord.

5. Medical waste that remained in Premises following the business closure was not retrieved and removed until November 14, 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on February 3, 2026 at Wauwatosa, Wisconsin.

*/s/ Chris Jaeger*
CHRIS JAEGER