| | |
|---|---|
| LOUIS M. BUBALA III<br>NEVADA BAR NO. 8974<br>KAEMPFER CROWELL<br>50 W. Liberty St., Ste. 1100<br>Reno, Nevada 89501<br>lbubala@kcnvlaw.com<br><br>ISABELLA R. GOLDSMITH<br>NEVADA BAR NO. 16870<br>KAEMPFER CROWELL<br>1980 Festival Plaza Drive, Suite 650<br>Las Vegas, Nevada 89135<br>igoldsmith@kcnvlaw.com<br><br>Attorneys for Landlord-Creditor<br>Mayfair Mall, LLC | IVAN M. GOLD (admitted *pro hac vice*)<br>ALLEN MATKINS LECK GAMBLE<br>   MALLORY & NATSIS LLP<br>Three Embarcadero Center, 12th Floor<br>San Francisco, CA 94111-4074<br>Phone: (415) 837-1515<br>Fax: (415) 837-1516<br>E-Mail: igold@allenmatkins.com |

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re<br><br>NUMALE CORPORATION,<br><br>   AFFECTS THIS DEBTOR, ☐<br><br>   AFFECTS FELICIANO<br>   NUMALE NEVADA PLLC, ☐<br><br>   NUMEDICAL SC, ☐<br><br>   NUMALE COLORADO SC, ☐<br><br>   NUMALE FLORIDA TB PLLC, ☐<br><br>   NUMALE NEBRASKA LLC, ☐<br><br>   NUMALE NEW MEXICO SC, ☐<br><br>   NUMALE ALL DEBTORS, ☒<br><br>                       Debtors. | | Lead Case No.: 25-10341-nmc<br><br>Chapter 11<br><br>Jointly administered with:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC,<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC,<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>**Preliminary Hearing Date: February 17, 2026**<br>**Time: 9:30 a.m.** |

LAW OFFICES
Allen Matkins Leck Gamble
Mallory & Natsis LLP

4935-5189-2109.1

**DECLARATION OF IVAN M. GOLD SUPPORTING RESPONSE OF MAYFAIR MALL, LLC TO TRUSTEE'S OBJECTION TO CLAIMS**

I, IVAN M. GOLD, declare.

1. I am an attorney at law, duly admitted to practice in the State of California and previously admitted pro hac vice to appear in the above-captioned Chapter 11 cases. I am Of Counsel to the law firm of Allen Matkins Leck Gamble Mallory & Natsis LLP, with offices in San Francisco, California. My firm is co-counsel to Louis Bubala of Kaempfer Crowell in the representation of Mayfair Mall, LLC ("Landlord") in these Chapter 11 cases.

2. This declaration is submitted in support of the Response of *Mayfair Mall, LLC to Trustee's Objection to Claims,* filed herewith. If called upon to testify in this proceeding, as to the matters set forth in this declaration, I could and would competently testify thereto, since the facts set forth herein are personally known to me to be true.

3. Following confirmation of the Trustee's *Joint Plan of Reorganization* [Docket No. 434] by confirmation order entered October 7, 2025 [Docket No. 727], I exchanged e-mails with Trustee's counsel with respect to the return of possession of the premises occupied by Debtors at the Mayfair North Tower office building in Wauwatosa, Wisconsin. A true and correct copy of my exchange of e-mails with Trustee's counsel on October 8 and 9, 2025, is attached hereto as Exhibit "1" and incorporated herein by this reference.

4. The Trustee vacated the premises on October 24, 2025. A true and correct copy of my exchange of e-mails on that date with Trustee's counsel confirming the return of possession of the premises is attached hereto as Exhibit "2" and incorporated herein by this reference.

5. When the Trustee vacated the Mayfair North Tower premises, certain hazardous medical waste remained in the premises. On October 29, 2025, I sent an e-mail to Trustee's counsel regarding the apparent improper abandonment of hazardous medical waste. A true and correct copy of my October 29, 2025 e-mail and subsequent e-mails with respect to a Landlord contact for removal arrangements is attached hereto as Exhibit "3" and incorporated herein by this reference.

4. The hazardous materials were not removed from the premises until November 14, 2025. A true and correct copy of the e-mail from Trustee's counsel regarding arrangements for entry into the premises on that date is attached hereto as Exhibit "4" and incorporated herein by this reference.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief and that this declaration was executed on February 3, 2026 at Moraga, California.

_____
IVAN M. GOLD