LOUIS M. BUBALA III
NEVADA BAR NO. 8974
KAEMPFER CROWELL
50 W. Liberty St., Ste. 1100
Reno, Nevada 89501
lbubala@kcnvlaw.com

ISABELLA R. GOLDSMITH
NEVADA BAR NO. 16870
KAEMPFER CROWELL
1980 Festival Plaza Drive, Suite 650
Las Vegas, Nevada 89135
igoldsmith@kcnvlaw.com

IVAN M. GOLD (admitted *pro hac vice*)
ALLEN MATKINS LECK GAMBLE
  MALLORY & NATSIS LLP
Three Embarcadero Center, 12th Floor
San Francisco, CA 94111-4074
Phone: (415) 837-1515
Fax: (415) 837-1516
E-Mail: igold@allenmatkins.com

Attorneys for Landlord-Creditor
Mayfair Mall, LLC

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| In re | | Lead Case No.: 25-10341-nmc |
| NUMALE CORPORATION, | | Chapter 11 |
| ☐ AFFECTS THIS DEBTOR, | | Jointly administered with: |
| ☐ AFFECTS FELICIANO NUMALE NEVADA PLLC, | | Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc |
| ☐ NUMEDICAL SC, | | NuMedical SC Case No. 25-10343-nmc |
| ☐ NUMALE COLORADO SC, | | NuMale Colorado SC, Case No. 25-10344-nmc |
| ☐ NUMALE FLORIDA TB PLLC, | | NuMale Florida TB PLLC, Case No. 25-10345-nmc |
| ☐ NUMALE NEBRASKA LLC, | | |
| ☐ NUMALE NEW MEXICO SC, | | NuMale Nebraska LLC Case No. 25-10346-nmc |
| ☒ NUMALE ALL DEBTORS, | | NuMale New Mexico SC Case No. 25-10347-nmc |
| Debtors. | | **Preliminary Hearing Date: February 17, 2026**<br>**Time: 9:30 a.m.** |

**DECLARATION OF JULIE BOWDEN SUPPORTING RESPONSE OF MAYFAIR MALL, LLC TO TRUSTEE'S OBJECTION TO CLAIMS**

I. JULIE BOWDEN, declare.

1. I am the Director, National Bankruptcies for GGP Retail LLC ("GGP Retail"), formerly known as Brookfield Properties Retail Inc., which has been retained to provide property management and leasing services by, and is affiliated with, Mayfair Mall, LLC ("Landlord"), the owner of the Mayfair Mall shopping center and adjacent office complex, including the Mayfair Professional Office building and the Mayfair North Tower, located in Wauwatosa, Wisconsin. My duties include the monitoring and collection of monies owed by national and regional bankrupt tenants at properties managed by, and affiliated with, GGP Retail, and the enforcement of the respective landlords' remedies for breach of lease.

2. As a consequence of my position as Director, National Bankruptcies, I am one of the custodians of the books, records, and files of GGP Retail and Landlord as those books, records, and files relate to the use and occupancy of the premises at the Mayfair North Tower, 2600 North Mayfair Road, Wauwatosa, Wisconsin. If called upon to testify in this proceeding, as to the matters set forth in this declaration, I could and would competently testify thereto, since the facts set forth herein are personally known to me to be true or I have gained knowledge of them from the books, records and files of GGP Retail and Landlord maintained in the ordinary course of business.

3. This declaration is submitted in support of the Response of *Mayfair Mall, LLC to Trustee's Objection to Claims,* filed herewith.

4. Debtor NuMedical SC and Landlord were parties to two separate, but substantially similar, leases for office premises located in the Mayfair North Tower: (a) the Wisconsin Full-Service Office Lease, dated February 9, 2021 (as subsequently amended, the "Suite 1140 Lease") for premises known as Suite 1140 of the Mayfair North Tower, consisting of approximately 4,437 square feet, and (2) the Wisconsin Full-Service Office Lease, dated February 9, 2021 (as subsequently amended, the "Suite 1150 Lease") for premises known as Suite 1150 of the Mayfair North Tower, consisting of approximately 1,946 square feet. The terms of both the Suite 1140

Lease and Suite 1150 are scheduled to expire on April 30, 2032. (The Suite 1140 Lease and the Suite 1150 Lease are collectively referred to as the "Leases" and Suite 1140 and Suite 1150 of the Mayfair North Tower are collectively referred to as the "Premises.") Copies of these Leases, as subsequently amended, are attached to the Declaration of Michael W. Carmel in Support of Objection to Claim No. 6, to Claim No. 7 and to the Request of Mayfair Mall, LLC for Payment of an Administrative Expense Claim, previously filed in these Chapter 11 cases.

5. While the named tenant under both the Suite 1140 Lease and the Suite 1150 Lease is identified as Numale Medical Center, LLC, Landlord is identified as an unsecured creditor and landlord of NuMedical SC in the bankruptcy schedules of debtor NuMedical SC (Case 25-10343-nmc at Docket No. 26, filed February 26, 2025).

6. At the time the Chapter 11 cases of the above-captioned debtors were filed on January 22, 2025 (the "Petition Date"), Landlord's representatives were engaged in negotiations with Brad Palubicki, the president of NuMale Medical Center, regarding potential amendments to the Leases to address substantial monetary arrearages and provide for their payment in installments. During these negotiations, Landlord was advised of these Chapter 11 cases through an e-mail from Mr. Palubicki dated February 26, 2025, a true and correct copy of which is attached hereto as Exhibit "1" and incorporated herein by this reference.

7. Since it appeared that NuMale Medical Center, LLC was not a captioned debtor in the Chapter 11 cases, GGP representatives inquired of Mr. Palubicki and David Riggi, Debtors' counsel, as to the identity of the tenant occupying the Premises and its relationship to the bankruptcy. According to an e-mail from Mr. Palubicki, NuMale Medical Center, LLC manages the clinic "for" NuMedical SC and Mr. Riggi then transmitted copies of the bankruptcy schedules of debtor NuMedical SC identifying the Landlord as a creditor and lease counterparty. A true and correct copy of that e-mail exchange on March 3, 2025 is attached hereto as Exhibit "2" and incorporated herein by this reference.

8. Following the Petition Date, certain payments were received, via wire or ACH transfer, on account of accruing post-petition rent under the Leases. While the electronic payment confirmations do not identify the payors of the transfers, rent payments to Landlord are identified

1  in Debtors' Monthly Operating Reports. True and correct copies of confirmations of several post-
2  petition payments are attached hereto as Exhibit "3" and incorporated herein by this reference.

3  9. Prior to the Petition Date, Landlord received rent payments from several NuMale
4  entities, including debtor NuMale Corporation. A true and correct copy of an example of one of
5  these checks, dated November 19, 2024, is attached hereto as Exhibit "4" and incorporated herein
6  by this reference.

7  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true
8  and correct to the best of my knowledge and belief and that this declaration was executed on
9  February 3, 2026 at Stephenson, Virginia.

_____
JULIE BOWDEN

LAW OFFICES
**Allen Matkins Leck Gamble**
**Mallory & Natsis LLP**

4906-6750-7853.1                               -4-