GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,
Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In re:<br><br>NUMALE CORPORATION,<br><br>☐ AFFECTS THIS DEBTOR,<br>☐ AFFECTS FELICIANO NUMALE NEVADA PLLC,<br>☐ NUMEDICAL SC,<br>☐ NUMALE COLORADO SC,<br>☐ NUMALE FLORIDA TB PLLC,<br>☐ NUMALE NEBRASKA LLC,<br>☐ NUMALE NEW MEXICO SC,<br>☒ NUMALE ALL DEBTORS,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |
|---|---|

**STIPULATION REGARDING ADMINISTRATIVE CLAIM OF JOHN OLIN**

Michael Carmel, the Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB

1

PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, and the Liquidating Trustee of the NuMale Liquidation Trust, and the sole person with control and authority over each of the Reorganized Debtors and their property (all capacities together, "Trustee"), by and through his undersigned counsel the law firm Garman Turner Gordon LLP, and John Olin ("Olin") (the Trustee and Mr. Olin together, the "Parties"), hereby stipulate and agree as follows:

WHEREAS, on or about January 22, 2025 (the "Petition Date"), debtors NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors") filed their voluntary petitions for relief under Chapter 11 of the Bankruptcy Code, thereby commencing the above-captioned bankruptcy cases (collectively, the "Chapter 11 Cases"). *See, e.g.*, ECF No. 1.

WHEREAS, on or about April 2, 2025, this Court entered its *Order on United States Trustee's Motion to Appoint Chapter 11 Trustee Under 11 U.S.C. § 1104(a), or in the Alternative, to Convert or Dismiss this Case Pursuant to 11 U.S.C. § 1112(b), and Reservation of Rights*, thereby directing the appointment of a Chapter 11 trustee for the Debtors' estates. *See* ECF No. 132.

WHEREAS, on or about April 7, 2025, the Trustee was appointed the Chapter 11 Trustee for the Debtors' estates [ECF Nos. 155-157].

WHEREAS, on August 1, 2025, the Trustee filed the *Joint Plan of Reorganization* [ECF No. 434] (as confirmed, the "Plan").[1]

WHEREAS, on October 7, 2025, the Court entered its *Findings of Fact and Conclusions of Law in Support of the Order Confirming Joint Plan of Reorganization and Approving on a Final Basis the Disclosure Statement to Accompany Joint Plan of Reorganization* [ECF No. 726] and its *Order Confirming the Joint Plan of Reorganization and Approving on a Final Basis the Disclosure Statement to Accompany Joint Plan of Reorganization* [ECF No. 727] (together, the "Confirmation

---

[1] All capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Plan.

Garman Turner Gordon
251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

Order"), confirming the Plan.

WHEREAS, on October 23, 2025, the Court entered its *Order: (I) Authorizing the Sale of Debtors' Assets Outside of the Ordinary Course of Business Free and Clear of All Liens, Claims, Encumbrances, and Interests; and (II) Granting Related Relief* [ECF No. 751] ("363 Sale Order").

WHEREAS, Mr. John Olin was employed by the Debtors through the closing of the sale that was subject of the 363 Sale Order.

WHEREAS, the Trustee's investigation has revealed approximately $1,789.61 in wages were earned post-petition by Mr. Olin prior to the closing of the 363 Sale but not received by him.

WHEREAS, the Parties have reached a resolution, as reflected herein.

NOW, THEREFORE, subject to entry of the Order approving this Stipulation, which Order has been submitted to the Court concurrently herewith, the Parties hereby stipulate and agree as follows:

1. Mr. Olin is hereby allowed an Administrative Claim in the total amount of $1,789.61 ("Olin Claim").

2. The allowance of the Olin Claim as set forth herein is final, and no amendment, supplementation, augmentation, or other change to the allowed amount of the Olin Claim, which is hereby established as $1,789.61 as an Administrative Claim, shall be sought.

**IT IS SO STIPULATED.**

Dated this ___ day of February 2026.        Dated this 5th day of February 2026.

GARMAN TURNER GORDON LLP

By: /s/ Mary Langsner                By: [signature]
GREGORY E. GARMAN, ESQ.              JOHN OLIN
TALITHA GRAY KOZLOWSKI, ESQ.         321 Lakehurst Drive
MARY LANGSNER, Ph.D.                 Waterloo, NE 68069
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Trustee*