_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>Debtors.<br>AFFECTS FELICIANO ☐<br>NUMALE NEVADA PLLC, ☐<br>NUMEDICAL SC, ☐<br>NUMALE COLORADO SC, ☐<br>NUMALE FLORIDA TB PLLC, ☐<br>NUMALE NEBRASKA LLC, ☐<br>NUMALE NEW MEXICO SC, ☐<br>NUMALE ALL DEBTORS, ☒ | Chapter: 11<br><br>Lead Case No. 25-10341-nmc<br><br>Jointly administered with:<br>   Feliciano NuMale Nevada PLLC<br>   Case No. 25-10342-nmc<br><br>   NuMedical SC<br>   Case No. 25-10343-nmc<br><br>   NuMale Colorado SC<br>   Case No. 25-10344-nmc<br><br>   NuMale Florida TB PLLC<br>   Case No. 25-10345-nmc<br><br>   NuMale Nebraska LLC<br>   Case No. 25-10346-nmc<br><br>   NuMale New Mexico SC<br>   Case No. 25-10347-nmc<br><br>Date:   **March 12, 2026**<br>Time:   **9:30 A.M.**<br>Location: Zoom for Government[1] |

---

[1] The Court holds the necessary Zoom for Government licenses. Lawyers and witnesses do not need to purchase Zoom software or a license to participate in mediation. There is no fee to participate, however it is possible that regular telephone toll charges may apply if the Zoom audio platform is accessed by phone.

|     |
| --- |
| **Briefs Due: March 3, 2025²** |
| **Status Conference** <br> Date:    **March 24, 2026** <br> Time:    **9:30 a.m.** |

# AMENDED² ORDER SETTING VIDEO MEDIATION AND ESTABLISHING PROCEDURES

A mediation in the above referenced case is currently set for **March 12, 2026, at 9:30 a.m., Arizona Time**. Unless modified by the Court, the provisions of this Order will govern the course of proceedings:

Judge Sala is being appointed as the settlement judge in his capacity as a United States Bankruptcy Judge and by serving in this capacity will be performing judicial duties. *See, e.g.*, Fed. R. Civ. P. 16(a)(5), (c)(2)(I); Local Rules of Bankruptcy Procedure for the District of Arizona 9072-2 through 9072-9; Code of Conduct for United States Judges, Canon 3(A)(4)(d). By agreeing to the appointment of Judge Sala to mediate this dispute (which effort is without cost to the parties), the parties acknowledge they are waiving any and all potential claims related to Judge Sala and his staffs' participation in this mediation.

**1. PARTICIPATION BY VIDEOCONFERENCE WITH ZOOM FOR GOVERNMENT.**

All parties involved in this matter must appear at the mediation by Zoom for Government videoconference. For a successful experience, each participant should be familiar with and follow the guidance found at the U.S. Courts Bulletin *Video Conferencing Guidelines During COVID-19 Pandemic* found at:

https://azb.uscourts.gov/videoconference-hearing-guidelines

---

² Amended to reflect the correct brief due date of March 3, 2025.

2

     **a. Connecting to Zoom**. The following link or URL (internet address) will allow you to participate in the mediation:

https://www.zoomgov.com/j/16026824153?pwd=L1pYOFVpVzBZMnRyT0FYUDBOMUZrdz09

     Parties must click on the link (or paste the URL into the computer's browser and hit "Enter") and then follow the instructions.

Meeting ID: 160 2682 4153

Password: 415399

     **b. Required Equipment**. Zoom permits access to the video portion via electronic device with internet access or by computer and access to the audio portion via either electronic device with internet access or by computer and or by telephone.

          **i. Video**. To use the video portion of Zoom, each parties must have an electronic device equipped with (a) a camera capable of sending and receiving video using Zoom; (b) internet browsing software that will accommodate Zoom; and (c) a stable internet connection and bandwidth sufficient to support Zoom. It is not necessary to download and install Zoom software.

          **ii. Audio**. To use the audio portion of Zoom, each participant must have either (a) an electronic device equipped with a microphone and speakers or (b) a telephone. If the telephone is a cellular phone, the participant must be in a location with service adequate to provide clear audio.

**2. POSITION PAPERS.**

     The parties shall submit a confidential pre-mediation statement, not to exceed five (5) pages, on or before **March 3, 2026**. The confidential statement should provide:

1. For Michael Carmel, the former Chapter 11 trustee ("Trustee") – an explanation of the claims and candid discussion of the strengths and weakness of the claims and any of Respondent's defenses.
2. For Mayfair Mall, LLC ("Mayfair") – an explanation of the defenses and a candid

discussion of the strengths and weakness of the defenses and of Movant's claims.

3. For both parties- a list of what the party believes are the disputed issues of material facts (not all the disputed facts, the disputed facts which are relevant to the case), and the disputed issues of law.

4. For both parties – the identification of any documents that the party believes Judge Sala should review before the mediation, with copies of the documents.

5. For both parties - a summary of any settlement discussions, including any amounts or terms offered.

6. For both parties - the range within which the party believes the case could be settled.

The statements are confidential and should be emailed to Judge Sala's Judicial Assistant, Faye Holthaus, at Leslie_Hendrix@azb.uscourts.gov with a caption in the heading, "CONFIDENTIAL SETTLEMENT BRIEF [NAME OF CASE/ADVERSARY]."

DO NOT DELIVER A PAPER COPY to Chambers.

DO NOT ELECTRONICALLY FILE with the court.

DO NOT serve a copy on opposing counsel.

DO NOT mail it.

DO NOT deliver it to the Clerk's Office.

**3. COURTROOM FORMALITIES**

Though held remotely by videoconference, the mediation conference constitutes a judicial proceeding. Any recording of a Court proceeding held by video, including "screen-shots" or other visual copying of a hearing, is absolutely prohibited. No one except the assigned Electronic Court Recorder or another person that the Court directs may record the audio or video of the hearing. Formalities of a courtroom will be observed. Participants must dress appropriately and must conduct themselves in a professional manner. Violation of these prohibitions/admonitions may result in sanctions deemed necessary by the Court.

**4. VACATING OR CONTINUING A SETTLEMENT CONFERENCE, OR**

4

**INFORMING THE COURT THAT THE MATTER HAS SETTLED**

The settlement conference shall not be continued or vacated without prior approval of the Judge assigned to the case.

To vacate the settlement conference, the parties must notify the courtroom deputy of the Judge assigned to the case. A stipulation and proposed order vacating the settlement conference must be uploaded. The order must be signed by the Judge before the settlement conference is removed from calendar.

If the matter has been settled before the date of the settlement conference, the parties must immediately notify the courtroom deputy of the Judge assigned to the case so that the matter may be removed from calendar.

To request a continuance, the parties must notify the courtroom deputy of the Judge assigned to the case so a later date for a settlement conference can be obtained.

**5. FOLLOW UP STATUS CONFERENCE**

**IT IS FURTHER ORDERED** that a status conference shall be held on **March 24, 2026, at 9:30 a.m.**, and shall be held before U.S. Bankruptcy Judge Natalie M. Cox. Absent further order of the court, the parties must participate telephonically in the status conference by (833) 435-1820; Meeting ID: 161 166 2815; Passcode: 115788#. Instructions for appearing via telephone are available on the court's website at https://www.nvb.uscourts.gov/calendars/remote-court-hearing-participation/.

**IT IS FURTHER ORDERED** that the status conference previously scheduled on April 21, 2026, at 9:30 a.m. is hereby **VACATED**.

**IT IS SO ORDERED**.

Copies sent to all parties via CM/ECF Electronic Notice.

# # #