NVB 9037 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

IN RE:

NUMALE CORPORATION

BK−25−10341−nmc
CHAPTER 11

Debtor(s)

NOTICE OF FILING OFFICIAL
TRANSCRIPT AND OF DEADLINES
RELATED TO RESTRICTION AND
REDACTION

**NOTICE IS GIVEN** that a transcript has been filed on July 31, 2026 as referenced in the following document:

*965* – Amended Transcript regarding Hearing Held on 05/20/25. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber ACCESS TRANSCRIPTS, Telephone number 855−873−2223. Purchasing Party: Snell & Wilmer. Redaction Request Due By 08/21/2026. Redacted Transcript Submission Due By 08/31/2026. Transcript access will be restricted through 10/29/2026. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is August 21, 2026.

If a Request for Redaction is filed, the redacted transcript is due August 31, 2026. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is October 29, 2026, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1−866−232−1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 7/31/26

Dan Owens
Clerk of Court