GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Liquidating Trustee of the NuMale Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**EX PARTE APPLICATION FOR EXAMINATION OF ERIC BOYER**
**<u>PURSUANT TO BANKRUPTCY RULE 2004</u>**

Michael Carmel, the former Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, "Debtors"), and the Liquidating Trustee of the NuMale Liquidation Trust (the "Trustee"), by and through his counsel, the law firm of Garman Turner Gordon LLP, hereby respectfully applies for an order pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure directing Eric Boyer to appear for an examination on October 6, 2026, 8:30 a.m. (Eastern), or such other date as mutually agreed by the parties. The Bankruptcy Rule 2004 examination will be conducted in person at the law firm of Berger Singerman, 1450 Brickell Avenue, Suite 1900, Miami, Florida 33131. The Trustee further requests that the examination be continued from day to day until concluded.[1]

Bankruptcy Rule 2004(a) provides that "[o]n a party in interest's motion, the court may order the examination of any entity." Such an examination may relate to the acts, conduct, or property, or to the liabilities and financial condition of the debtors, or to any matter which may affect the administration of the debtors' estate. *See* FED. R. BANKR. P. 2004(b). Here, the requested examination relates to the matters that are within the permitted scope of Bankruptcy Rule 2004, including the Debtors' assets, the Debtors' liabilities, and the Debtors' litigation claims expressly preserved for the NuMale Liquidation Trust under the confirmed *Joint Plan of Reorganization* [ECF No. 434].

Local Rule 2004(b) further provides in pertinent part that "the Clerk may sign orders for examination only if the dates for examination is more than fourteen (14) days from the date the motion is filed…." Therefore, the Clerk may sign an order for the Bankruptcy Rule 2004 examination of Eric Boyer.

. . .

. . .

---

[1] The examination will be recorded via stenographic means and may also be recorded by a videographer.

Garman Turner Gordon LLP
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

WHEREFORE, the Trustee respectfully requests entry of the *Order Granting Ex Parte Application for Examination of Eric Boyer Pursuant to Bankruptcy Rule 2004* submitted herewith as **Exhibit "1"**.

DATED this 10th day of September, 2026.

GARMAN TURNER GORDON LLP

By: */s/ Talitha Gray Kozlowski*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Liquidating Trustee of the NuMale Liquidating Trust*