GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Liquidating Trustee of the NuMale Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

## ACCEPTANCE OF SERVICE

The undersigned hereby accepts service of the following documents on behalf of Dominique Barrett, John Andrew Robertson, Frank Alvarez, and Erin Chavez on September 24, 2026.

- *Order Granting Ex Parte Application for Examination of Dominique Barrett, Esq.*

*Pursuant to Bankruptcy Rule 2004*

- *Notice of Issuance of Subpoena to Dominique Barrett*
- *Order Granting Ex Parte Application for Examination of John Andrew Robertson, Esq. Pursuant to Bankruptcy Rule 2004*
- *Notice of Issuance of Subpoena to John Andrew Robertson*
- *Order Granting Ex Parte Application for Examination of Frank Alvarez, Esq. Pursuant to Bankruptcy Rule 2004*
- *Notice of Issuance of Subpoena to Frank Alvarez*
- *Order Granting Ex Parte Application for Examination of Erin Chavez, Esq. Pursuant to Bankruptcy Rule 2004*
- *Notice of Issuance of Subpoena to Erin Chavez*

The undersigned further waives the requirement of personal service on behalf of Dominique Barrett, John Andrew Robertson, Frank Alvarez, and Erin Chavez.

ALEX L. FUGAZZI
1700 South Pavilion Center Dr., Ste 700
Las Vegas, NV 89135

Garman Turner Gordon LLP
7251 Amigo St., Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000