GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel, Chapter 11 Trustee*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☒<br><br>Debtor. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

## CERTIFICATE OF SERVICE

1. On September 18, 2026, the following documents were served by a process server on Eric Boyer, Esq. The Affidavit of Service is attached hereto as Exhibit 1.

   a. *Ex Parte Application for Examination of Eric Boyer* Dkt. No. 970

*Pursuant to Bankruptcy Rule 2004.*

| | | | |
|---|---|---|---|
| b. | *Order Granting Ex Parte Application for Examination of Eric Boyer Pursuant to Bankruptcy Rule 2004.* | Dkt. No. 973 |
| c. | *Subpoena in a Case Under the Bankruptcy Code for Examination and Production of Documents Pursuant to Fed. R. Bankr. P. 2004 and 9016.* | |

2. On September 18, 2026, the following documents were served by a process server on Quintairos, Prieto, Wood & Boyer, P.A. The Affidavit of Service is attached hereto as Exhibit 2.

| | | |
|---|---|---|
| a. | *Ex Parte Application for Examination of the Person Most Knowledgeable for Quintairos, Prieto, Wood & Boyer, P.A. Pursuant to Bankruptcy Rule 2004* | Dkt. No. 971 |
| b. | *Order Granting Ex Parte Application for Examination of the Person Most Knowledgeable for Quintairos, Prieto, Wood & Boyer, P.A. Pursuant to Bankruptcy Rule 2004* | Dkt. No. 972 |
| c. | *Subpoena in a Case Under the Bankruptcy Code for Examination and Production of Documents Pursuant to Fed. R. Bankr. P. 2004 and 9016.* | |

3. On September 22, 2025, the following documents were served by a process server on Edward Prieto, Esq. The Affidavit of Service is attached hereto as Exhibit 3.

| | | |
|---|---|---|
| a. | *Ex Parte Application for Examination of Edward Prieto Pursuant to Bankruptcy Rule 2004.* | Dkt. No. 969 |
| b. | *Order Granting Ex Parte Application for Examination of Edward Prieto Pursuant to Bankruptcy Rule 2004.* | Dkt. No. 981 |
| c. | *Subpoena in a Case Under the Bankruptcy Code for Examination and Production of Documents Pursuant to Fed. R. Bankr. P. 2004 and 9016.* | |

4. On September 25, 2025, the following documents were served by a process server on Jack Oliver, Esq. The Affidavit of Service is attached hereto as Exhibit 4.

| | | |
|---|---|---|
| a. | *Order Granting Ex Parte Application for Examination of Jack Oliver, Esq. Pursuant to Bankruptcy Rule 2004.* | Dkt. No. 985 |
| b. | *Subpoena in a Case Under the Bankruptcy Code for Examination and Production of Documents Pursuant to Fed. R. Bankr. P. 2004 and 9016.* | |



Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

5. On September 28, 2025, the following documents were served by an employee of Garman Turner Gordon on Quintairos, Prieto, Wood & Boyer, P.A. The Receipt of Copy is attached hereto as Exhibit 5.

| | | |
|---|---|---|
| a. | *Order Granting Ex Parte Application for Examination of the Person Most Knowledgeable for Quintairos, Prieto, Wood & Boyer, P.A. Pursuant to Bankruptcy Rule 2004* | Dkt. No. 972 |
| b. | *Subpoena in a Case Under the Bankruptcy Code for Examination and Production of Documents Pursuant to Fed. R. Bankr. P. 2004 and 9016.* | |

I declare under penalty of perjury that the foregoing is true and correct.

DATED this 29th day of September, 2025.

*/s/ Shelby Sarlo*
Shelby Sarlo, an employee of
Garman Turner Gordon LLP



Garman Turner Gordon
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

# EXHIBIT 1

EXHIBIT 1

AOS

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| **IN RE NUMALE CORPORATION** | **Plaintiff** | |
| | | **CASE NO:** **25-10341-NMC** |
| **vs** | | **HEARING DATE/TIME:** |
| | **Defendant** | **DEPT NO:** |

## AFFIDAVIT OF SERVICE

JUAN J. LOPEZ being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUBPOENA, $40 CHECK, ORDER GRANTING EX PARTE APPLICATION FOR EXAMINATION OF ERIC BOYER PURSUANT TO BANKRUPTCY RULE 2004, EX PARTE APPLICATION FOR EXAMINATION OF ERIC BOYER
PURSUANT TO BANKRUPTCY RULE 2004, on the 17th day of September, 2026 and served the same on the 18th day of September, 2026, at 10:13 by:

serving the servee ERIC BOYER, ESQ. QUINTAIROS, PRIETO, WOOD & BOYER, P.A. by personally delivering and leaving a copy at (address) 9300 SOUTH DADELAND BLVD, .4TH FLOOR, MIAMI FLORIDA 33156 with LULY HERNANDEZ as LEGAL ASSISTANT, an agent lawfully designated by statute to accept service of process;

HISPANIC FEMALE, 50'S, 5'4', 160LB., GLASSES

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

**EXECUTED this 18 day of Sep , 2026.**

**JUAN J. LOPEZ**



Copyright © 2018 Junes Legal Service, Inc. and Outside The Box

# EXHIBIT 2

EXHIBIT 2

AOS

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **IN RE NUMALE CORPORATION** Plaintiff | CASE NO: **25-10341-NMC** |
| vs | HEARING DATE/TIME: |
| Defendant | DEPT NO: |

## AFFIDAVIT OF SERVICE

JUAN J. LOPEZ being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUBPOENA $40 Check, EX PARTE APPLICATION FOR EXAMINATION OF THE PERSON MOST KNOWLEDGEABLE FOR QUINTAIROS, PRIETO, WOOD & BOYER, P.A. PURSUANT TO BANKRUPTCY RULE 2004, EX PARTE APPLICATION FOR EXAMINATION OF THE PERSON MOST KNOWLEDGEABLE FOR QUINTAIROS, PRIETO, WOOD & BOYER, P.A. PURSUANT TO BANKRUPTCY RULE 2004, on the 17th day of September, 2026 and served the same on the 18th day of September, 2026, at 10:10 by:

serving the servee QUINTAIROS, PRIETO, WOOD & BOYER, P.A. C/O RESIDENT AGENT ERIC BOYER, by personally delivering and leaving a copy at (address) 9300 SOUTH DADELAND BLVD., 4TH FLOOR, MIAMI FLORIDA 33156 with LULY HERNANDEZ, LEGAL ASSISTANT pursuant to NRS 14,020 as a person of suitable age and discretion at the above address, which address is the address of the resident agent as shown on the current certificate of designation filed with the Secretary of State.

HISPANIC FEMALE, 50'S, 5'4', 160LB., GLASSES

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

**EXECUTED this** 18 **day of** Sep, 2026.

JUAN J. LOPEZ



Copyright © 2018 Junes Legal Service, Inc. and Outside The Box

# EXHIBIT 3

EXHIBIT 3

AOS

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| **In re:**<br>**NUMALE CORPORATION** Plaintiff<br><br>vs<br><br>Defendant | CASE NO: **25-10341-NMC**<br>HEARING DATE/TIME:<br>DEPT NO: |

## AFFIDAVIT OF SERVICE

MATT JACOBS being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUBPOENA; EX PARTE APPLICATION; ORDER; $103.00 WITNESS FEE, on the 22nd day of September, 2026 and served the same on the 23rd day of September, 2026, at 12:35 by:

serving the servee EDWARD PRIETO, ESQ. C/O QUINTAIROS, PRIETO, WOOD & BOYER, P.A. by personally delivering and leaving a copy at (address) 1475 CENTREPARK BLVD., SUITE 130, WEST PALM BEACH FLORIDA 33401 with Cathy Augustin as Legal Secretary for Edward Orieto, Esq, an agent lawfully designated by statute to accept service of process;

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

**EXECUTED this** 23 **day of** SEPTEMBER, **2026.**

**MATT JACOBS**

*Junes Legal Service, Inc. - 630 South 10th Street - Suite B - Las Vegas NV 89101 - 702.579.6300 - fax 702.259.6249 - Process License #1068*

EP314667 3364

Copyright © 2018 Junes Legal Service, Inc. and Outside The Box

# EXHIBIT 4

EXHIBIT 4

AOS

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE: NUMALE CORPORATION,<br>NUMALE ALL DEBTORS,<br>DEBTORS. Plaintiff<br><br>vs<br><br>Defendant | CASE NO: 25-10341-NMC<br>HEARING DATE/TIME:<br>DEPT NO: 11 |

## AFFIDAVIT OF SERVICE

Shane Christopher Voss being duly sworn says: That at all times herein affiant was and is a citizen of the United States, over 18 years of age, not a party to or interested in the proceedings in which this affidavit is made. That affiant received 1 copy(ies) of the SUBPOENA, ORDER GRANTING EX PARTE, on the 24th day of September, 2026 and served the same on the 25th day of September, 2026, at 09:15 by:

delivering and leaving a copy with the servee JACK OLIVER ESQ. at (address) 2537 GOLDEN BEAR DRIVE, CARROLLTON TX 75006

Jack came to the front desk and accepted service wearing jeans and stripes texas a&m shirt

**Pursuant to NRS 53.045**

I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

**EXECUTED this** 25 **day of** September, 2026.

**Shane Christopher Voss 28906**



Copyright © 2018 Junes Legal Service, Inc. and Outside The Box

# EXHIBIT 5

EXHIBIT 5

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Liquidating Trustee of the NuMale Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

## RECEIPT OF COPY

The undersigned hereby acknowledges receipt of the following documents:

- *Subpoena to Quintairos, Prieto, Wood & Boyer, P.A.*
- *Order Granting Ex Parte Application for Examination of the Person Most Knowledgeable for Quintairos, Prieto, Wood & Boyer, P.A. Pursuant to*

*Bankruptcy Rule 2004*

On this 28th day of September, 2026.

By: ______________________

Printed name: Clarissa Smith

Its: law clerk