GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Trustee of the NuMale Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| In re: | | Lead Case No.: 25-10341-nmc<br>Chapter 11 |
| NUMALE CORPORATION, | | *Jointly administered with:* |
| AFFECTS THIS DEBTOR, | ☐ | |
| AFFECTS FELICIANO NUMALE NEVADA PLLC, | ☐ | Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc |
| NUMEDICAL SC, | ☐ | NuMedical SC<br>Case No. 25-10343-nmc |
| NUMALE COLORADO SC, | ☐ | NuMale Colorado SC<br>Case No. 25-10344-nmc |
| NUMALE FLORIDA TB PLLC, | ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| NUMALE NEBRASKA LLC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| NUMALE NEW MEXICO SC, | ☐ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| NUMALE ALL DEBTORS, | ☒ | |
| Debtors. | | |

**DECLARATION OF TALITHA GRAY KOZLOWSKI, ESQ. IN SUPPORT OF OMNIBUS MOTION TO ENFORCE AND COMPEL COMPLIANCE WITH RULE 2004 ORDERS AND PRODUCTION OF SUBPOENAD DOCUMENTS**

I, Talitha Gray Kozlowski, Esq., declare as follows:

1. I am over the age of eighteen years and competent to testify on the matters set forth herein. I am an attorney licensed to practice law in the State of Nevada and am a partner with

Garman Turner Gordon LLP ("GTG"). I have personal knowledge of the facts stated in this declaration, except where stated on information and belief, and could testify competently to them if called as a witness.

2. On May 18, 2026, the Trustee sent Quintairos and the individual attorneys who handled the underlying *Sanchez* matter a pre-litigation demand letter (the "Demand Letter"). A true and correct copy of the Demand Letter is attached hereto as Exhibit A.

3. Since May 2026, the Trustee has negotiated with Quintairos, including in connection with its initial counsel, Alex Fuggazi of Snell & Wilmer, in an effort to resolve the matter amicably. As part of those negotiations, the Trustee sought discovery into not only the asserted malpractice-related claims, but also potential fraudulent transfer and improper distribution claims against Quintairos and its shareholders and partners. During negotiations, Quintairos provided some, but not all, of the information the Trustee requested; however, the Trustee cannot use the information Quintairos provided because it is subject to a non-disclosure agreement precluding its use outside of the negotiations. Unfortunately, negotiations broke down on September 10, 2026.

4. The Rule 2004 discovery is aimed at continued investigation of the NuMale Liquidation Trust's and the Individuals' malpractice-related claims, as well as their fraudulent transfer and improper distribution-related claims. By way of example, Quintairos has over three hundred attorneys identified as "partners." It is unclear what the compensation and distribution structure is for these partners and whether the NuMale Liquidation Trust holds fraudulent transfer and/or improper distribution-related claims against them for payments made after Quintairos was put on notice of its alleged malpractice.

5. On September 14, 2026, Quintairos' counsel, Anthony Sgro of Sgro Roger, sent a sixteen-page letter (the "September 14 Letter") complaining that the Trustee failed to do an adequate investigation, demanding that the Trustee "[w]ithdraw any and all pending demands against QPWB," and announcing that Quintairos would seek leave to sue the Trustee individually and pursue referrals to the Office of the United States Trustee and "any other regulatory or law enforcement agency." A true and correct copy of the September 14 Letter is attached hereto as

Garman Turner
Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

Exhibit B.

6. The Trustee responded to the September 14 Letter on September 15, 2026, rejecting Mr. Sgro's meritless allegations and copying counsel for the Office of the United States Trustee. A true and correct copy of the Trustee's September 15, 2026 response letter is attached hereto as Exhibit C.

7. On September 23, 2026, new counsel for Quintairos, Boyer, and Prieto, Luis Salazar of Cole Schotz P.C., sent a letter to the Trustee objecting to the Rule 2004 Subpoenas "in their entirety" primarily based on the pending proceeding rule and stated that they "intend to move on September 29 at the latest to quash and for a protective order prohibiting the examinations and production" (the "September 23 Letter"). A true and correct copy of the September 23 Letter is attached hereto as Exhibit D.

8. The following counsel met and conferred in good faith by writing and in a video conference conducted on September 29, 2026, without resolution: (i) Luis Salazar of Cole Schotz P.C. for Quintairos, Prieto, and Boyer; (ii) Alex Fugazzi and Bob Olson of Snell and Wilmer for all of the examinees; and (iii) Greg Garman, Talitha Gray Kozlowski, and Jamie Garman of Garman Turner Gordon for the NuMale Liquidation Trust.

9. During the meet and confer, counsel expressed that Barrett, Robertson, Alvarez, Chavez, and Oliver all object to the Rule 2004 examinations on principally the same basis as detailed in the September 23 Letter.

10. Based on publicly available information, the individuals who have been ordered to comply with the Rule 2004 examinations are located in at least four different states. Boyer and Prieto are believed to reside in Florida. Barrett is believed to reside in Arizona. Robertson, Alvarez and Oliver are believed to reside in Texas. Chavez is believed to reside in New Mexico. Accordingly, the Trustee agreed to travel to Florida to conduct the examinations of Boyer and Prieto and the other individual examinations will be conducted by zoom to minimize any burden on the witnesses. Additionally, because the witnesses are in multiple states, enforcement of this Court's 2004 Orders and the subpoenas is properly before this Court.

11. The Trustee needs to complete his investigation expeditiously as the most



GARMAN TURNER GORDON LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

conservative date on which the statute of limitations period on the estates' claims against Quintairos could run is November 23, 2026.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 29th day of September, 2026.

*/s/ Talitha Gray Kozlowski*
TALITHA GRAY KOZLOWSKI, ESQ.

GARMAN TURNER GORDON LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000