NVB 9037 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

NUMALE CORPORATION

Debtor(s)

BK−25−10341−nmc
CHAPTER 11

NOTICE OF FILING OFFICIAL TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

---

**NOTICE IS GIVEN** that a transcript has been filed on September 29, 2026 as referenced in the following document:

***995*** − Transcript regarding Hearing Held on 09/02/26. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber ACCESS TRANSCRIPTS, LLC, Telephone number 855−873−2223. Purchasing Party: Snell & Wilmer. Redaction Request Due By 10/20/2026. Redacted Transcript Submission Due By 10/30/2026. Transcript access will be restricted through 12/28/2026. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is October 20, 2026.

If a Request for Redaction is filed, the redacted transcript is due October 30, 2026. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is December 28, 2026, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1−866−232−1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 9/29/26

Dan Owens

Dan Owens
Clerk of Court