United States Bankruptcy Court
District of Nevada

In re: NUMALE CORPORATION
Debtor

Case No. 25-10341-nmc
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0978-2 | User: admin | Page 1 of 11
Date Rcvd: Oct 02, 2026 | Form ID: adibktrn | Total Noticed: 260

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | NUMALE CORPORATION, 6590 S RAINBOW BLVD, LAS VEGAS, NV 89118-3327 |
| aty | + | BRYCE FRIEDMAN, SIMPSON THACHER AND BARTLETT LLP, 425 LEXINGTON AVENUE, NEW YORK, NY 10017-3954 |
| aty | + | DAVID ZYLBERBERG, SIMPSON THACHER AND BARTLETT LLP, 425 LEXINGTON AVENUE, NEW YORK, NY 10017-3954 |
| aty | + | GARMAN TURNER GORDON LLP, 7251 AMIGO ST., STE. 210, LAS VEGAS, NV 89119-4302 |
| aty | + | RIGGI LAW FIRM, 7900 W SAHARA AVE, SUITE 100, LAS VEGAS, NV 89117-7921 |
| aty | + | Ryan J Works, McDonald Carano LLP, 2300 West Sahara Avenue, Suite 1200, Las Vegas, NV 89102-4395 |
| aty | + | SUMMER CRAIG, SIMPSON THACHER AND BARTLETT LLP, 425 LEXINGTON AVENUE, NEW YORK, NY 10017-3954 |
| aty | + | ZACHARY WEINER, SIMPSON THACHER AND BARTLETT LLP, 425 LEXINGTON AVENUE, NEW YORK, NY 10017-3954 |
| intp | + | BG LAW LLP, 300 S. 4th Street, Suite 1550, Las Vegas, NV 89101-6005 |
| intp | + | BRAD PALUBICKI, 9 PARADISE VALLEY COURT, HENDERSON, NV 89052-6706 |
| sp | + | BURR AND FORMAN LLP, 222 SECOND AVENUE SOUTH, SUITE 2000, NASHVILLE, TN 37201-2385 |
| cr | + | CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES, C/O RYAN J. WORKS, McDONALD CARANO LLP, 2300 WEST SAHARA AVENUE, SUITE 1200, LAS VEGAS, NV 89102-4395 |
| cr | + | CHRISTOPHER ASANDRA, 11500 S. Eastern Ave. Suite 210, Henderson, NV 89052-5576 |
| jtadm | + | FELICIANO NUMALE NEVADA PLLC, 6590 S RAINBOW BLVD, LAS VEGAS, NV 89118-3327 |
| cr | + | JUSTIN PULLIAM, ANDERSEN BEEDE WEISENMILLER, C/O RYAN A. ANDERSEN, ESQ., 3199 E WARM SPRINGS ROAD, STE 400 LAS VEGAS, NV 89120-3150 |
| cr | + | Michael E. Sanchez, WOMBLE BOND DICKINSON (US) LLP, C/O OGONNA M. BROWN, ESQ., 3993 HOWARD HUGHES PKWY, SUITE 600 LAS VEGAS, NV 89169-5996 |
| cr | + | N2 COMPANY, SNELL & WILMER L.L.P., C/O BLAKELEY E. GRIFFITH, ESQ., 1700 SOUTH PAVILION CENTER DRIVE, SUITE 700 LAS VEGAS, NV 89135-1865 |
| cr | + | NEWTEK SMALL BUSINESS FINANCE, LLC, STEPHENS LAW OFFICES, C/O DAVID A. STEPHENS, P.O. BOX 33130, LAS VEGAS, NV 89133-3130 |
| jtadm | + | NUMALE NEBRASKA LLC, 444 REGENCY PARKWAY DR, OMAHA, NE 68114-3792 |
| jtadm | + | NUMALE NEW MEXICO SC, 7920 WYOMING BLVD, NE, ALBUQUERQUE, NM 87109-6020 |
| cr | + | Prospect Rainbow, LLC, c/o JOHNSON & GUBLER, P.C., Attn: Russell G. Gubler, Esq., 8831 W. Sahara Ave, Las Vegas, NV 89117 UNITED STATES 89117-5865 |
| cr | + | QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER,, C/O SNELL & WILMER L.L.P., ATTN: ALEX L. FUGAZZI, 1700 SOUTH PAVILION CENTER DRIVE, SUITE 700 LAS VEGAS, NV 89135-1865 |
| acc | + | RUBINBROWN LLP, 10801 W. CHARLESTON BLVD., SUITE 300, LAS VEGAS, NV 89135-1204 |
| cr | + | TOP TIER CAPITAL, c/o Carlyon Cica Chtd., 265 E. Warm Springs Road, Suite 107, Las Vegas, NV 89119 UNITED STATES 89119-4230 |
| 12579362 | + | 444 Regency Parkway LLC, 450 Regency Pkwy., Ste. 200, Omaha, NE 68114-3777 |
| 12647191 | + | 8965 S. Eastern Ave., Suite 382, Las Vegas, NV 89123-4849 |
| 12641433 | + | ACE RECOVERY GROUP, LLC, 99 WALL STREET #4890, NEW YORK, NY 10005-4301 |
| 12581356 | | AUDACY, 11800 W Grange Ave, Hales Corners, WI 53130-1035 |
| 12578873 | + | Aaron Garber, Wadsworth Garber Warner Conrardy PC, 2580 W. Main Street, Suite 200, Littleton, CO 80120-4631 |
| 12598093 | + | Ace Recovery Group, LLC, Attn: Daniel Gold, 99 Wall Street #4890, New York, NY 10005-4301 |
| 12605917 | + | Alexander C. Dale, Ward and Smith, P.A., University Corporate Center, 127 Racine Drive, Wilmington, NC 28403-8833 |

| | | |
|---|---|---|
| 12598891 | + | Arapahoe County Government Treasurer, 5334 S. Prince St., Littleton, CO 80120-1136 |
| 12678346 | + | Arch Insurance Company, Professional Liability Claims, 1299 Farnam Street, Suite 500, Omaha, NE 68102-1130 |
| 12596974 | + | BRAD PALUBICKI, 9 PARADISE VALLEY CT., HENDERSON, NV 89052-6706 |
| 12686509 | + | BRAD PALUBICKI, HOLLAND AND HART LLP, C/O JOSEPH G. WENT, ESQ., 9555 HILLWOOD DRIVE, 2ND FLOOR, LAS VEGAS, NV 89134-0532 |
| 12598906 | + | Basel Hassoun, M.D., Attn: Michael Furlong, Esq., Steptoe & Johnson PLLC, 210 Park Ave., Ste. 2300, Oklahoma City, OK 73102-5661 |
| 12598907 | + | Basel Hassoun, M.D., Attn: Wayne Allison, 2004 Huntington Ave., Nichols Hills, OK 73116-5113 |
| 12605914 | | Brian T. Fahl, 825 N. Jefferson Street, Suite 500, Milwaukee, WI 53202-3737 |
| 12638834 | + | Burr & Forman, Attn: Emily Taube, 222 Second Avenue South, Suite 2000, Nashville, Tennessee 37201-2385 |
| 12598925 | | CARLOS FELICIANO, N69 W29753, Hartland, WI 53029 |
| 12598921 | | CENTRUM/BELLVIEW LLC, DEPT # 42512, POB 650823, Dallas, TX 75265-0823 |
| 12581357 | | CLARK HILL, 1700 S Pavilion Center Dr Ste 500, Las Vegas, NV 89135-1864 |
| 12712820 | + | CNS Advisors LLC, 12926 Morehead, Chapel Hill, NC 27517-8446 |
| 12598919 | | COX MEDIA, POB 50481, Los Angeles, CA 90074-0481 |
| 12598914 | | COX MEDIA LLC LAS VEGAS, FILE 50464, Los Angeles, CA 90074-0464 |
| 12581358 | + | COX RADIO LLC, 11300 4th St N, St Petersburg, FL 33716-2941 |
| 12644544 | + | Cami Perkins, c/o KEMP JONES, LLP, 3800 Howard Hughes Parkway, 17th Floor, Las Vegas, Nevada 89169-0910 |
| 12644243 | + | Carlos E Feliciao, N69W29753 Ridgeview Ct,, Hartland, WI 53029-9253 |
| 12598910 | + | Carlos Feliciano, Hellman Jeffrey Law Offices, 195 Church St., 10th Flr., New Haven, CT 06510-2009 |
| 12666132 | + | Centrum/Belleview LLC, c/o Aaron Garber, Wadsworth Garber Warner Conrardy PC, 2580 W. Main Street, Suite 200, Littleton, CO 80120-4631 |
| 12664214 | + | Centrum/Belleview LLC, c/o FSB Property Management LLC, P.O. Box 176207, Denver, CO 80217-6207 |
| 12598902 | + | Centrum/Belleview LLC, c/o FSB Property Management LLC, Attn: Michelle Brokaw, 8200 E Belleview Ave, Ste 102C, Greenwood Village, CO 80111-2804 |
| 12579358 | + | Centrum/Bellview LLC, c/o Troy Sandberg, Esq., Sandberg Law LLC, 17011 Lincoln Avenue #348, Parker, CO 80134-3144 |
| 12579368 | + | Certain Underwriters at Lloyds, London Syndicates 623/2623, SIMPSON THACHER & BARTLETT LLP, 425 Lexington Avenue, New York, NY 10017-3954 |
| 12579376 | + | Certain Underwriters at Lloyds London, c/o David Zylberberg, SIMPSON THACHER & BARTLETT LLP, 425 Lexington Avenue, New York, NY 10017-3954 |
| 12644543 | + | Christopher Rose, c/o KEMP JONES, LLP, 3800 Howard Hughes Parkway, 17th Floor, Las Vegas, Nevada 89169-0910 |
| 12678343 | + | Chubb, Attn: Chubb Claims Department, Chubb, P.O. Box 5122, Scranton, PA 18505-0554 |
| 12678344 | | Chubb, Attn: Chubb Underwriting Department, Chubb, 202B Halls Mill Road, Whitehouse Station, NJ 08889 |
| 12598897 | + | Civil process clerk at the U.S. Attorney's Office, Hon. Markenzy Lapointe, U.S. Attorney, Southern District of Florida, 99 N.E. 4th Street Miami, FL 33132-2131 |
| 12508993 | | Clark Co Treasurer c/o Bankruptcy Clerk, 500 S Grand Central Pksy, Po Box 1220, Las Vegas, NV 89125-1220 |
| 12534697 | | Clark Co Treasurer c/o Bankruptcy Clerk, 500 S Grand Central Pkwy, Po Box 1220, Las Vegas, NV 89125-1220 |
| 12644231 | + | Clark Hill PLC, Robert P. Franke, Clark Hill PLC, 901 Main Street, Suite 6000, Dallas, TX 75202-3748 |
| 12605277 | + | Corporation System, as Representative, P.O. Box 2576, Springfield, IL 62708-2576 |
| 12581359 | | DEWITT, PARULOL & MEEK PLLC, 705 NW 4th St, Oklahoma City, OK 73102-1616 |
| 12534698 | | DLP Funding LLC, c/o/ Law Office of Jacob Z Weinstein, 420 Central Ave Ste 301, Cedarhurst, NY 11516-1000 |
| 12615870 | | DLP Funding LLC, 447 Broadway 2nd Floor, Unit 805, New York, NY 10013 |
| 12605266 | + | DLP Funding, LLC, c/o Interstate Filings LLC, 301 Mill Road, Ste. U5, Hewlett, NY 11557-1232 |
| 12605265 | + | DLP Funding, LLC, 101 Lake Shore Dr., Monticello, NY 12701-4006 |
| 12600322 | + | David R. Koch, KOCH & SCOW, LLC, 11500 S. Eastern Ave., Suite 210, Henderson, NV 89052-5576 |
| 12614196 | + | Dr. Christopher Asandra, c/o 11500 S. Eastern Ave., Ste 210, Henderson, NV 89052-5576 |
| 12615869 | + | EBF Holdings, LLC d/b/a Everest Business Funding, 102 W 38th Street 6th-Floor, New York, NY 10018-3613 |
| 12581360 | | EFFECTV, Po Box 415949, Boston, MA 02241-5949 |
| 12613190 | + | Equity Sales Finance, Inc., 1200 Ford Road, Ste. A, Hopkins, Minnesota 55305-1616 |
| 12779825 | + | Eva Gabriela Farmer de la Torre, 9 Paradise Valley Court, Henderson, NV 89052-6706 |
| 12678341 | | Eva Gabriela Gabby Farmer De La Torre, 9 Paradise Valley Court, Henderson, NV 89052-6706 |
| 12664213 | + | Evergreen Park Properties LLC, c/o Compass Management, PO Box 13433, Green Bay, WI 54307-3433 |
| 12596973 | + | FELICIANO NUMALE NEVADA PLLC, 2600 N. MAYFAIR RD., STE. 1140, WAUWATOSA, WI 53226-1308 |
| 12508995 | + | FOX FUNDING GROUP LLC, c/o JOE LIEBERMAN, ESQ., LIEBERMAN AND KLESTZICK, POB 356, Cedarhurst, NY 11516-0356 |
| 12678345 | + | Federal Insurance Company, Attn: Chubb Claims Department, Chubb, P.O. Box 5122, Scranton, PA 18505-0554 |
| 12605267 | + | Fortifi Bank, 140 W. Huron St., Berlin, WI 54923-1546 |
| 12598871 | | Franchise Tax Board (Adversary Proceedings), Chief Counsel, c/o General Counsel Section, PO Box 1720, MS: A-260, Rancho Cordova, CA 95741-1720 |
| 12598916 | | GOOD KARMA BRANDS - WTMJ AM, POB 8609, Carol Stream, IL 60197-8609 |
| 12599796 | + | Gordman Lake Regency, LLC, Attn: Katy Rehan, Esq., Smith Pauley, 3555 Farnam Street, Ste. 1000, Omaha, NE 68131-3302 |
| 12605912 | + | HARRISON, MIRANDA, MCAFEE & TAFT, 8TH FLOOR, TWO LEADERSHIP SQUARE, 211 N. ROBINSON AVE., OKLAHOMA CITY, OK 73102-7109 |
| 12605915 | + | HELLMAN JEFFREY LAW OFFICES OF LLC, 195 CHURCH STREET, 10TH FLOOR, NEW HAVEN, CT 06510-2009 |
| 12598913 | | HERSHEY DECKER DRAKE, 10463 Park Meadows Dr Ste 209, Lone Tree, CO 80124-5355 |
| 12599757 | | HOWARD & HOWARD, Po Box 95234, Chicago, IL 60694-5234 |
| 12596982 | + | HOWARD AND HOWARD, 3800 HOWARD HUGHES PKWY., STE. 1000, LAS VEGAS, NV 89169-5958 |

| | | |
|---|---|---|
| 12581361 | | HYPORT DIGITAL N2, Po Box 208092, Dallas, TX 75320-8092 |
| 12678351 | + | Holly Triplett, 701 Old Settlement Dr., Watertown, WI 53098-1148 |
| 12644805 | + | Howard & Howard, c/o James Morgan, 200 S. Michigan Ave., Suite 1100, Chicago, IL 60604-2461 |
| 12644545 | + | Howard &Howard, c/o KEMP JONES, LLP, 3800 Howard Hughes Parkway, 17th Floor, Las Vegas, Nevada 89169-0910 |
| 12508996 | + | INNOVATIVE REAL ESTATE STRATEGIES, 2975 S RAINBOW BLVD STE J, Las Vegas, NV 89146-6598 |
| 12664215 | + | Innovative RE Strategies, c/o Kahn Realty Group, 2975 S Rainbow Ste J, Las Vegas, NV 89146-6598 |
| 12678355 | + | Ivan M. Gold, Esq., Allen Matkins Leck Gamble Mallory & Nats, Three Embarcadero Center, 12th Floor, San Francisco, CA 94111-4003 |
| 12644542 | + | J. Randall Jones, Esq., Spencer H. Gunnerson, Esq., Joseph D. Laurita, Esq., KEMP JONES, LLP, 3800 Howard Hughes Parkway, 17th Floor Las Vegas, Nevada 89169-0910 |
| 12615860 | + | JJT Properties LLC, c/o Sara Investment Real Estate LLC, 6264 Nesbitt Road, Madison, WI 53719-1819 |
| 12596975 | + | JUSTIN PULLIAM, 5786 STONEHEATH AVE., LAS VEGAS, NV 89139-7523 |
| 12598903 | + | Jerome P. Gordman, c/o Gordman Lake Regency, L.L.C., 444 Regency Parkway Dr., Ste. 202, Omaha, NE 68114-3779 |
| 12605921 | + | John T. Kivus, Morningstar Law Group, 434 Fayetteville Street, Suite 2200, Raleigh, NC 27601-1893 |
| 12641171 | + | Joseph A. Gutierrez, MAIER GUTIERREZ & ASSOCIATES, 8816 Spanish Ridge Avenue, Las Vegas, Nevada 89148-1303 |
| 12605913 | + | Justin Hiersche, McAfee & Taft, 8th Floor, Two Leadership Square, 211 N Robinson Ave, Oklahoma City, OK 73102-7109 |
| 12574459 | + | KLOS Radio, LLC, Matthew B. Baltierra, 44 E. Broadway, Suite 530, Tuscon, AZ 85701-1703 |
| 12647155 | + | KMA Accountants & Advisors, 1200 John Q. Hammons Drive, STE 500, Madison, WI 53717-2199 |
| 12581362 | | KMA BODILY, 1200 John Q Hammons Dr Ste 500, Madison, WI 53717-2199 |
| 12613805 | + | KQRT-FM Radio, c/o Szabo Associates, Inc, 3355 Lenox Road NE, Suite 945, Atlanta, GA 30326-1357 |
| 12534704 | + | KRAVIT HOVEL & KRAWCZYK, 825 N JEFFERSON ST, Milwaukee, WI 53202-3737 |
| 12615867 | + | Kalamata Capital Group, LLC, c/o Corporation Service Company, 80 State Street, Albany, NY 12207-2541 |
| 12707158 | + | Kelcie Jimenez, 11439 Manzano Vista Ave Se, Albuquerque, NM 87123-2975 |
| 12605922 | + | Kenzie Marie Rakes, Morningstar Law Group, 434 Fayetteville Street, Suite 2200, Raleigh, NC 27601-1893 |
| 12611830 | + | Kravit, Hovel & Krawczyk, s.c., 825 N Jefferson Street, Fifth Floor, Milwaukee, WI 53202-3737 |
| 12575966 | | Lamar Companies, P O Box 96030, Baton Rouge, LA 70896-9030 |
| 12598929 | | MCR Inc, 2831 Saint Rose Pkwy, Henderson, NV 89052-4840 |
| 12605911 | + | MICHAEL A FURLONG, 210 PARK AVENUE STE 2300, OKLAHOMA CITY, OK 73102-5661 |
| 12534705 | | MICHAEL E SANCHEZ, C/O NICHOLAS ROWLEY, ESQ, 421 W Water St, Decorah, IA 52101-1731 |
| 12598927 | + | MICHAEL E SANCHEZ, C/O LORI BENCOE, ESQ, 9201 MONTGOMERY BLVD SUITE 404, Albuquerque, NM 87111-2470 |
| 12598918 | | MID-WEST FAMILY MADISON, 7 03 RAYOVAC DRIVE, Madison, WI 53711 |
| 12579355 | + | Mayfair Mall LLC, c/o Brookfield Properties, P.O. Box 772816, Chicago, IL 60677-0116 |
| 12598901 | + | Mayfair Mall LLC, Attn: General Counsel, Brookfield Properties Retail, 350 N. Orleans St., Ste. 300, Chicago, IL 60654-1607 |
| 12598900 | + | Mayfair Mall LLC, Attn: General Manager, 2500 North Mayfair Rd., Wauwatosa, WI 53226-1464 |
| 12666133 | + | Mayfair Mall NewCo LLC, Brookfield Properties, Inc., P.O.Box 772816, Chicago, IL 60677-0116 |
| 12638600 | + | McAfee & Taft, Attn: Justin Hiersche, 8th Floor, Two Leadership Square, 211 N. Robinson Ave., Oklahoma City, OK 73102-7109 |
| 12598911 | + | Meruelo Media, LLC, Attn: Ann O. Hall, Esq., 2500 E. Second Street, Reno, NV 89595-1200 |
| 12598896 | + | Miami-Dade County Tax Collector, Bankruptcy Paralegal Unit, 200 N.W. Second Avenue, Suite 430, Miami, FL 33128-1733 |
| 12598895 | + | Michigan Department of Treasury, Tax Policy Divisi, ATTN: Litigation Liaison, 2nd Floor, Austin Building 430 West Alle, Lansing, Michigan 48922-0001 |
| 12642747 | + | Morningstar Law Group, Morningstar Law Group (attn: John T. Kiv, 434 Fayetteville St., Suite 2200, Raleigh, NC 27601-1893 |
| 12596969 | + | N2 COMPANY, c/o THOMAS C. WOLF, ESQ., WARD AND SMITH, P.A., 751 CORPORATE CENTER DR., STE. 300, RALEIGH, NC 27607-4873 |
| 12596968 | + | N2 COMPANY, c/o ALEXANDER C. DALE, ESQ., WARD AND SMITH, P.A., UNIVERSITY CORPORATE CENTER, 127 RACINE DRIVE WILMINGTON, NC 28403-8833 |
| 12605916 | + | NEUBERT PEPE & MONTEITH PC, 195 CHURCH ST, 13TH FLOOR, NEW HAVEN, CT 06510-4011 |
| 12596972 | + | NEVADA NUMALE LLC, 2600 N. MAYFAIR RD., STE. 1140, WAUWATOSA, WI 53226-1308 |
| 12596970 | + | NMC ILLINOIS, LLC, 2600 N. MAYFAIR RD., STE. 1140, WAUWATOSA, WI 53226-1308 |
| 12596971 | + | NUMALE ALBUQUERQUE, LLC, 2600 N. MAYFAIR RD., STE. 1140, WAUWATOSA, WI 53226-1308 |
| 12596978 | + | NUMALE CHICAGO LLC, 2600 N. MAYFAIR RD., STE. 1140, WAUWATOSA, WI 53226-1308 |
| 12596980 | + | NUMALE COLORADO SC, 2600 N. MAYFAIR RD., STE. 1140, WAUWATOSA, WI 53226-1308 |
| 12598922 | + | NUMALE FLORIDA TB PLLC, 2600 MAYFAIR RD SUITE 1140, Milwaukee, WI 53226-1308 |
| 12596979 | + | NUMALE NEW MEXICO SC, 2600 N. MAYFAIR RD., STE. 1140, WAUWATOSA, WI 53226-1308 |
| 12509001 | | NV Dept of Taxation, Bankruptcy Section, 500 E Washington Ave Ste 13000, Las Vegas, NV 89101-1000 |
| 12598879 | + | Nebraska State Farm Service Agency, State Executive Director, 1121 Lincoln Mall, Suite 330, Lincoln, Nebraska 68508-2828 |
| 12598888 | + | New Mexico Department of Workforce Solutions, fka NM Department of Labor, 401 Broadway NE, Albuquerque, NM 87102-2301 |
| 12579356 | + | Newtek Small Business Finance, LLC, c/o David A. Stephens, Esq., Stephens Law Offices, P.O. Box 33130, Las Vegas, NV 89133-3130 |
| 12581365 | + | NuMale Colorado, 2600 N Mayfair Rd Suite 505, Wauwatosa, WI 53226-1306 |
| 12598908 | + | NuMale Corporation, Attn: Justin T. Hiersche, Esq., McAfee & Taft, 211 N. Robinson, 8th Flr., Oklahoma City, OK 73102-7176 |
| 12615861 | + | NuMale Green Bay, LLC, 2600 N Mayfair Road, Suite 505, Wauwatosa, WI 53226-1306 |
| 12619478 | + | NuMale Nebraska LLC, 2600 N. Mayfair Rd., Ste. 1140, Wauwatosa, WI 53226-1308 |
| 12678354 | + | NuMale Wisconsin GB, SC, 1525 Park Pl, Unit 300, Green Bay, WI 54304-1980 |
| 12641414 | ++++ | PROVENTURE CAPITAL LLC, DBA TOP TIER CAPITAL, 500 W PUTNAM AVE STE 1C, GREENWICH CT 06830-2947 address filed with court:, PROVENTURE CAPITAL LLC, dba TOP TIER CAPITAL, 500 W PUTNAM AVE., STE. 400, GREENWICH, CT 06830-02947 |

| | | |
|---|---|---|
| 12641415 | + | PROVENTURE CAPITAL LLC, dba TOP TIER CAPITAL, ATTN: JOE MANCUSO, 500 W PUTNAM AVE., STE. 1C, GREENWICH, CT 06830-2947 |
| 12638832 | + | Paul, Weiss, Rifkind, Wharton & Garrison LLP, Attn: Sarah Harnett, 1285 Avenue of the Americas, New York, NY 10019-6031 |
| 12678349 | + | Plymouth Medical LLC, 135 Plymouth St #410, Brooklyn, NY 11201-8335 |
| 12535058 | + | Prospect Rainbow, LLC, c/o JOHNSON & GUBLER, P.C., Attn: Russell G. Gubler, Esq., 8831 W. Sahara Ave, Las Vegas, NV 89117-5865 |
| 12598899 | + | Prospect Rainbow, LLC, Attn: Jeffery A. Bendavid, Esq., Moran Brandon Bendavid Moran, 630 South Fourth Street, Las Vegas, NV 89101-6604 |
| 12598898 | + | Prospect Rainbow, LLC, Attn: Scott Goldstein, 851 South Rampart Blvd., Ste. 125, Las Vegas, NV 89145-4899 |
| 12598909 | + | Proventure Capital LLC d/b/a, Top Tier Capital, Neumbert Pepe & Monteith PC, 195 Church St., 13th Flr., New Haven, CT 06510-2009 |
| 12579351 | + | Proventure dba Top Tier, 500 W. Putnam Ave., Ste. 1c, Greenwich, CT 06830-2947 |
| 12615872 | + | Reliant Capital, LLC, Attn: Rhyen Foster, Customer Solutions, 123 South Broad Street, Floor 17, Philadelphia, PA 19109-1032 |
| 12615871 | + | Reliant Capital, LLC, Attn: Officer, Agent, Managing Agent, 123 South Broad Street, Floor 17, Philadelphia, PA 19109-1032 |
| 12613690 | #+ | RepeatMD, Inc., 5599 San Felipe, 4th Flr., Houston, TX 77056-2766 |
| 12579377 | + | SBA U.S. Small Business Administration, Attn: Bankruptcy Dept., 312 N. Spring Street, Flr. 5, Los Angeles, CA 90012-4701 |
| 12678350 | + | Solera enservio, Attn: Matt Pendleton, Operations Manager Valuation Services, 250 Royall Street Suite 140 E, Canton, MA 02021-1058 |
| 12598092 | + | Split USA Inc., Attn: Legal Dept. or Accounts Payable, 319 S Coteau St., Pierre, SD 57501-3187 |
| 12600336 | + | Splitit USA Inc., Attn: Legal Dept., 319 S. Coteau Street, Pierre, SD 57501-3187 |
| 12613691 | + | Splitit USA Inc., 5901 Peachtree Dunwoody Rd., Suite C-480, Atlanta, GA 30328-7188 |
| 12641170 | + | Steven Gubner, Esq., BG Law, 300 S. 4th Street, Ste. 1550, Las Vegas, NV 89101-6005 |
| 12641159 | + | Steven Scow, Esq., King Scow Koch Durham, 11500 S. Eastern Ave, Suite 210, Henderson, Nevada 89052-5576 |
| 12581363 | | TOSICH BIOSCIENCE INC, Po Box 712415, Cincinnati, OH 45271-2415 |
| 12598928 | | TOSOH BIOSCIENCE INC, Po Box 712415, Cincinnati, OH 45271-2415 |
| 12598915 | + | TOSOH BIOSCIENCE, INC, 3600 GANTZ ROAD, Grove City, OH 43123-1895 |
| 12579361 | + | Tampa Westshore 500 LLC, c/o The Green Companies, Inc., 9155 S Dadeland Blvd., Ste. 1812, Miami, FL 33156-2742 |
| 12605918 | + | Thomas C. Wolff, Ward and Smith, P.A., 751 Corporate Center Drive Suite 300, Raleigh, NC 27607-4873 |
| 12605909 | + | Tim Elson, Esq., The Law Offices of Timothy Elson, 8965 S. Eastern Ave., #382, Las Vegas, NV 89123-4849 |
| 12617008 | + | Top Tier Capital, c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 12598094 | + | Top Tier Capital, Attn: Managing Member, 2613 E 16th Street, Brooklyn, NY 11235-3805 |
| 12615863 | + | Top Tier Capital LLC, c/o Resident Agent, Offer, Agent, Managi, 615 South DuPont Highway, Dover DE 19901-4517 |
| 12579352 | + | Tracey Hope Davis, Office of the United States Trustee, Attn: Justin C. Valencia, 300 Las Vegas Blvd. So., Ste. 4300, Las Vegas, NV 89101-5803 |
| 12598882 | + | U.S. Attorneys Office - Lincoln, 487 Federal Building, 100 Centennial Mall North, Lincoln, NE 68508-3859 |
| 12598880 | | U.S. Attorneys Office - Omaha, 1620 Dodge Street, Suite 1400, Omaha, NE 68102-1506 |
| 12598884 | + | U.S. Department of Health, and Human Services, Acting Chief Counsel, 601 East 12th Street, Room N1800, Kansas City, MO 64106-2818 |
| 12598877 | + | U.S. Small Business Administration, Milwaukee District Office, c/o Wisconsin District Counsel, 310 W. Wisconsin Ave., Suite 580W, Milwaukee, WI 53203-2274 |
| 12605276 | + | Universal Guardian Acceptance, LLC, 7505 NW Tiffany Springs Pkwy., Ste. 400, Kansas City, MO 64153-1592 |
| 12579363 | + | Vox Funding, c/o RJ Recovery, 1407 Broadway Fl 29, New York, NY 10018-5100 |
| 12605910 | + | WAYNE ALLISON, 2004 HUNTINGTON AVE, NICHOLS HILLS, OK 73116-5113 |
| 12543238 | + | WFNZ-FM, c/o Szabo Associates, Inc, 3355 Lenox Road NE, Suite 945, Atlanta, GA 30326-1357 |
| 12598920 | | WITI, POB 7410059, Chicago, IL 60674-5059 |
| 12598924 | + | WYOMING OFFICE PARK LLC, C/O BRUNACINI COMPANIES, POB 6363, Albuquerque, NM 87197-6363 |
| 12598870 | | Wisconsin Department of Veterans Affairs, Attn: Phillip Rangsuebsin, PO Box 7843, Madison, WI 53707-7843 |
| 12579365 | + | Wyoming Office Park LLC, c/o The Cash Law Firm, P.O. Box 20718, Albuquerque, NM 87154-0718 |
| 12532875 | + | Wyoming Office Park, LLC, P.O. Box 20718, P.O. Box 20718, Albuquerque, NM 87154-0718 |
| 12598905 | + | Wyoming Office Park, LLC, c/o Angelo Brunacini, 7550 Meridan, NW, Albuquerque, NM 87121-1912 |
| 12598904 | + | Wyoming Office Park, LLC, c/o Angelo Brunacini, P.O. Box 6363, Albuquerque, NM 87197-6363 |
| 12581364 | | YELP INC, Po Box 204393, Dallas, TX 75320-4393 |
| 12678348 | + | Zurich North America, 15303 Dallas Pkwy., Floors 8, 9, Suite 800, Addison, TX 75001-4677 |

TOTAL: 191

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2026 02:15:21 | Ford Motor Credit Company, LLC, c/o AIS Portfolio, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/Text: AGBankRevenue@ag.tn.gov | Oct 03 2026 02:07:00 | TN Dept of Revenue, c/o TN Attorney General's Office, Bankruptcy Division, PO Box 20207, Nashville, TN 37202-4015 |
| 12598926 | | Email/PDF: bncnotices@becket-lee.com | Oct 03 2026 02:15:20 | AMERICAN EXPRESS, Po Box 60189, City |

| | | | | |
|---|---|---|---|---|
| | | | | Industry, CA 91716-0189 |
| 12555228 | | Email/PDF: bncnotices@becket-lee.com | Oct 03 2026 02:15:20 | AMERICAN EXPRESS NATIONAL BANK, C/O BECKET AND LEE LLP, PO BOX 3001, MALVERN PA 19355-0701 |
| 12523190 | + | Email/Text: bankruptcynotices@azdor.gov | Oct 03 2026 02:07:00 | ARIZONA DEPARTMENT OF REVENUE, Office of the Arizona Attorney General -, c/o Tax, Bankruptcy and Collection Sct, 2005 N Central Ave, Suite 100, Phoenix, AZ 85004-1546 |
| 12598892 | + | Email/Text: bankruptcy@coag.gov | Oct 03 2026 02:08:00 | Attorney General of Colorado, 1300 Broadway, 8th Floor, Denver, CO 80203-2104 |
| 12605271 | ^ | MEBN | Oct 03 2026 02:04:04 | C T Corporation System, as Representative, c/o Wolters Kluwer Lien Solutions, 330 N Brand Blvd., Ste. 700, Glendale, CA 91203-2336 |
| 12605272 | ^ | MEBN | Oct 03 2026 02:04:09 | C T Corporation System, as Representative, c/o Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 |
| 12605270 | ^ | MEBN | Oct 03 2026 02:04:03 | C T Corporation System, as Representative, Attn: SPRS, 330 N Brand Blvd., Ste. 700, Glendale, CA 91203-2336 |
| 12645089 | | Email/Text: USCBNotices@cdtfa.ca.gov | Oct 03 2026 02:08:00 | California State Board of Equalization, Acct: Info. Group, MIC:29, PO Box 942879, Sacramento, CA 94279-0029 |
| 12598874 | + | Email/Text: USCBNotices@cdtfa.ca.gov | Oct 03 2026 02:08:00 | California State Board of Equalization, Account Information Group, MIC: 29, PO Box 942879, Sacramento, CA 94279-0029, Michigan Dept. of Treasury, Tax Policy D 94279-0029, Attn: Litigation Liaison |
| 12579357 | + | Email/Text: bankruptcy@celticbank.com | Oct 03 2026 02:08:00 | Celtic Bank, 268 S State St., Ste. 300, Salt Lake City, UT 84111-5314 |
| 12598873 | + | Email/Text: EBN.CTREAS@milwaukee.gov | Oct 03 2026 02:08:28 | City of Milwaukee, Office of City Attorney, 200 E. Wells St., Room 800, Milwaukee, WI 53202-3551 |
| 12508992 | | Email/Text: AOBusOfc@clarkcountynv.gov | Oct 03 2026 02:07:00 | Clark Co Assessor c/o Bankruptcy Clerk, 500 S Grand Central Pkwy, Po Box 551401, Las Vegas, NV 89155-1401 |
| 12598893 | + | Email/PDF: dor_tac_bankruptcy@state.co.us | Oct 03 2026 02:15:21 | Colorado Department of Revenue, ATTN: Bankruptcy Dept, RM 104, 1881 Pierce St., Lakewood, CO 80214-1407 |
| 12616964 | + | Email/Text: Inhousebk@whetstoneholdings.com | Oct 03 2026 02:07:00 | EBF holdings, LLC d/b/a Everest Business Funding, Yolday Diaz-Barreto, Esq., 12496 NW 25 Street, Sweetwater, FL 33182, Sweetwater, FL 33182-1505 |
| 12616963 | + | Email/Text: Inhousebk@whetstoneholdings.com | Oct 03 2026 02:07:00 | EBF holdings, LLC d/b/a Everest Business Funding, Yolday Diaz-Barreto, Esq., 12496 NW 25 Street, Sweetwater, FL 33182-1505 |
| 12508994 | + | Email/Text: Bankruptcies@elavon.com | Oct 03 2026 02:08:00 | ELAVON, c/o TIMOTHY F. FROST, ESQ., 7300 CHAPMAN HIGHWAY, Knoxville, TN 37920-6612 |
| 12605268 | | Email/Text: ekirshnitz@newtekone.com | Oct 03 2026 02:07:00 | Newtek Bank, National Association, 1981 Marcus Avenue, Ste. 130, Lake Success, NY 11042 |
| 12579353 | | Email/Text: ekirshnitz@newtekone.com | Oct 03 2026 02:07:00 | Newtek Small Business Finance, LLC, 1981 Marcus Avenue #130, Lake Success, NY 11042 |
| 12579367 | | Email/Text: inhousebk@whetstoneholdings.com | Oct 03 2026 02:07:00 | Everest Business Funding, 102 W 38th Street, 6th Flr., New York, NY 10018 |
| 12513669 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Oct 03 2026 02:15:24 | Ford Motor Credit Company, LLC c/o AIS Portfolio S, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 12615868 | + | Email/Text: julie@foxbusinessfunding.com | | |

| | | | | |
|---|---|---|---|---|
| | | | Oct 03 2026 02:07:00 | Fox Funding Group LLC, 803 S 21st Ave, Hollywood, FL 33020-6962 |
| 12617006 | ^ | MEBN | Oct 03 2026 02:04:15 | Fox Funding Group, LLC, c/o Kaminski Law PLLC, P.O. Box 247, Grass Lake, MI 49240-0247 |
| 12598872 | | Email/Text: BKBNCNotices@ftb.ca.gov | Oct 03 2026 02:08:00 | Franchise Tax Board, Bankruptcy Section, MS: A-340, PO Box 2952, Sacramento, CA 95812-2952 |
| 12549906 | | Email/Text: BKBNCNotices@ftb.ca.gov | Oct 03 2026 02:08:00 | Franchise Tax Board, Bankruptcy Section MS A340, PO BOX 2952, Sacramento, CA 95812-2952 |
| 12508997 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 03 2026 02:07:00 | Internal Revenue Service, ATTN: BANKRUPTCY DEPT, PO Box 7346, PHILADELPHIA, PA 19101-7346 |
| 12508998 | + | Email/Text: BNCnotices@bblawpllc.com | Oct 03 2026 02:07:00 | KALAMATA CAPITAL GROUP, LLC, c/o STEVEN BERKOVITCH, BERKOVITCH & BOUSKILA, PLLC, 1545 US 202 SUITE 101, Pomona, NY 10970-2951 |
| 12598917 | ^ | MEBN | Oct 03 2026 02:04:15 | LAMAR COMPANIES, POB 746966, Atlanta, GA 30374-6966 |
| 12598876 | | Email/Text: DOREBN@DOR.STATE.MA.US | Oct 03 2026 02:07:00 | Massachusetts Department of Revenue, Collections Bureau/Bankruptcy Unit, P.O. Box 7090, Boston, MA 02204-7090 |
| 12598878 | | Email/Text: Rev.BNC@nebraska.gov | Oct 03 2026 02:07:00 | Nebraska Department of Revenue, Attn: Bankruptcy Unit, Nebraska State Office Building, P.O. Box 94818, Lincoln, NE 68509-4818 |
| 12508999 | | Email/Text: bknotification@detr.nv.gov | Oct 03 2026 02:07:00 | Nevada Dept of Empl Security, 500 E 3rd St, Carson City, NV 89713-0001 |
| 12598889 | | Email/Text: william.luskclaiborne@dws.nm.gov | Oct 03 2026 02:07:00 | New Mexico Department of Workforce Solutions, fka New Mexico Department of Labor, PO Box 1928, Attn: Legal Section, Albuquerque, NM 87103-1928 |
| 12651429 | | Email/Text: TRD-bankruptcyunit@state.nm.us | Oct 03 2026 02:07:00 | NM TAXATION AND REVENUE DEPARTMENT, PO BOX 8575, ALBUQUERQUE, NM 87198-8575 |
| 12598865 | + | Email/Text: tax-bankruptcy@tax.state.nv.us | Oct 03 2026 02:08:00 | Nevada Department of Taxation, Attn: Bankruptcy Section, 700 E. Warm Springs Rd., Ste. 200, Las Vegas, NV 89119-4311 |
| 12664212 | ^ | MEBN | Oct 03 2026 02:04:13 | New Lane Finance, P.O. Box 7358, Philadelphia, PA 19101-7358 |
| 12598887 | | Email/Text: TRD-bankruptcyunit@state.nm.us | Oct 03 2026 02:07:00 | New Mexico Taxation & Revenue Department, Bankruptcy Unit, PO Box 50129, Albuquerque, NM 87181-0129 |
| 12686523 | + | Email/Text: TRD-bankruptcyunit@state.nm.us | Oct 03 2026 02:07:00 | New Mexico Taxation & Revenue Dept., Attn: Compliance Bureau, PO Box 50129, Albuquerque, NM 87181-0129 |
| 12615874 | ^ | MEBN | Oct 03 2026 02:04:14 | Newlane Finance, P.O. Box 7358, Philadelphia, PA 19101-7358 |
| 12605269 | ^ | MEBN | Oct 03 2026 02:04:08 | Newtek Bank, National Association, c/o Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 |
| 12615865 | + | Email/Text: bankruptcy@ondeck.com | Oct 03 2026 02:08:00 | OnDeck a/k/a ODK Capital, LLC, 4700 W. Daybreak Pkwy., Suite 200, Attn: Director of Operations, South Jordan, UT 84009-5133 |
| 12596967 | ^ | MEBN | Oct 03 2026 02:04:16 | PRIMO WATER, 200 EAGLES LANDING BLVD., LAKELAND, FL 33810-3058 |
| 12678356 | + | Email/Text: PDAVIS@JSHELD.COM | Oct 03 2026 02:08:00 | Peter Davis, JS Held, 3101 N. Central Avenue, Suite 670, Phoenix, AZ 85012-2690 |

| | | | | |
|---|---|---|---|---|
| 12678353 | + | Email/Text: abrenner@qpwblaw.com | Oct 03 2026 02:07:00 | Quintairos, Prieto, Wood & Boyer, P.A., 9300 South Dadeland Blvd., 4th Floor, Miami, FL 33156-2748 |
| 12638833 | + | Email/Text: jcmedfor@rodey.com | Oct 03 2026 02:07:00 | Rodey, Dickason, Sloan, Akin & Robb, P.A., Attn: Edward Ricco, 201 Third Street NW, Suite 2200, Albuquerque, New Mexico 87102-3380 |
| 12598912 | + | Email/Text: bankruptcynotices@sba.gov | Oct 03 2026 02:07:00 | SMALL BUSINESS ADMINISTRATION, 409 3RD STREET SW, Washington, DC 20416-0002 |
| 12598923 | | Email/Text: BankruptcyNotice@Stericycle.com | Oct 03 2026 02:07:00 | STERICYCLE, POB 6575, Carol Stream, IL 60197-6575 |
| 12605273 | ^ | MEBN | Oct 03 2026 02:04:16 | Secured Lender Solutions, LLC, P.O. Box 2576, Springfield, IL 62708-2576 |
| 12605274 | + | Email/Text: CSCBNC@cscglobal.com | Oct 03 2026 02:07:00 | Secured Lender Solutions, LLC, c/o Corporation Service Company, 801 Adlai Stevenson Dr., Springfield, IL 62703-4261 |
| 12598864 | + | Email/Text: LAROBankruptcy@SEC.gov | Oct 03 2026 02:07:00 | Securities and Exchange Commission, Los Angeles Regional Office, 444 South Flower Street, Suite 900, Los Angeles, California 90071-2934 |
| 12598881 | + | Email/Text: bankruptcynotices@sba.gov | Oct 03 2026 02:08:00 | Small Business Administration, District Counsel, 10675 Bedford Avenue, Suite 100, Omaha, NE 68134-3605 |
| 12509002 | | Email/Text: ssa.bankruptcy@ssa.gov | Oct 03 2026 02:07:00 | Social Security Administration, Attn: Bankr Desk, Po Box 33021, Baltimore, MD 21290-3021 |
| 12598867 | + | Email/Text: ssa.bankruptcy@ssa.gov | Oct 03 2026 02:07:00 | Social Security Administration, Office of General Counsel, Office of Program Litigation Bankruptc, 6401 Security Blvd., Baltimore, MD 21235-0001 |
| 12509003 | | Email/Text: mcrevenue@dmv.nv.gov | Oct 03 2026 02:08:00 | State of NV DMV, Attn: Legal Division, 555 Wright Way, Carson City, NV 89711-0001 |
| 12598890 | ^ | MEBN | Oct 03 2026 02:04:10 | State of New Mexico Attorney General, Office of the Attorney General, PO Drawer 1508, Attn: Litigation Division, Santa Fe, NM 87504-1508 |
| 12598868 | + | Email/Text: UIInsolvCollections@dwd.wisconsin.gov | Oct 03 2026 02:07:00 | State of Wisconsin, DWD - Unemployment Insurances Taxes, PO Box 8914, Madison, WI 53708-8914 |
| 12598869 | + | Email/Text: UIInsolvCollections@dwd.wisconsin.gov | Oct 03 2026 02:07:00 | State of Wisconsin, DWD - Unemployment Insurances Benefits, PO Box 7888, Madison, WI 53707-7888 |
| 12509004 | + | Email/Text: legal@thelcfgroup.com | Oct 03 2026 02:07:00 | THE LCF GROUP, LEGAL DEPARTMENT, 3000 MARCUS AVE SUITE 2W15, New Hyde Park, NY 11042-1005 |
| 12613803 | | Email/Text: support@n2co.com | Oct 03 2026 02:07:00 | THE N2 COMPANY, C/O DOMENIQUE SCHMITT, 2093 PHILADELPHIA PIKE #3202, CLAYMONT, DE 19703 |
| 12598875 | + | Email/Text: AGBankRevenue@ag.tn.gov | Oct 03 2026 02:07:00 | Tennessee Department of Revenue, c/o Tennessee Attorney General's Office, Bankruptcy Division, P.O. Box 20207, Nashville, TN 37202-4015 |
| 12605264 | + | Email/Text: CSCBNC@cscglobal.com | Oct 03 2026 02:07:00 | The LCF Group, Inc., c/o Corporation Service Company, 801 Adlai Stevenson Dr., Springfield, IL 62703-4261 |
| 12615866 | + | Email/Text: legal@thelcfgroup.com | Oct 03 2026 02:07:00 | The LCF Group, Inc., Attn: Legal Department, 3000 Marcus Avenue, Suite 2W15, Lake Success, NY 11042-1005 |
| 12579364 | + | Email/Text: legal@thelcfgroup.com | Oct 03 2026 02:07:00 | The LCF Group, Inc., 3000 Marcus Avenue, Suite 2W15, Lake Success, NY 11042-1005 |
| 12584168 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 03 2026 02:08:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, Saint Louis |

| | | | | |
|---|---|---|---|---|
| | | | | MO 63166-0108 |
| 12598885 | + | Email/Text: ustpregion13.om.ecf@usdoj.gov | Oct 03 2026 02:07:00 | U.S. Trustee, 111 South 18th Plaza, Suite 1148, Omaha, NE 68102-1321 |
| 12598863 | + | Email/Text: usanv.ecf-bk@usdoj.gov | Oct 03 2026 02:07:00 | United States Attorney's Office, ATTN: Civil Process Clerk, 501 Las Vegas Blvd. South, Suite 1100, Las Vegas, NV 89101-6521 |
| 12598866 | + | Email/Text: usanv.ecf-bk@usdoj.gov | Oct 03 2026 02:07:00 | United States Attorneys Office, Attn: Civil Process Clerk, 501 Las Vegas Blvd. South, Ste. 1100, Las Vegas, NV 89101-6521 |
| 12605275 | ^ | MEBN | Oct 03 2026 02:04:09 | Universal Guardian Acceptance, LLC, c/o Lien Solutions, P.O. Box 29071, Glendale, CA 91209-9071 |
| 12615864 | | Email/Text: wclyne@voxfunding.com | Oct 03 2026 02:07:00 | Vox Funding LLC, 100 Park Avenue, 26th Floor, New York, NY 10017 |

TOTAL: 69

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Howard & Howard |
| fa | | J.S. HELD LLC |
| op | | Jacob Nathan Rubin |
| sp | | MCAFEE AND TAFT LLP |
| cr | | Mayfair Mall LLC |
| sp | | PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP |
| sp | | RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A. |
| 12598862 | | Governmental Units |
| 12598894 | | Grand County Treasurer, P.O. Box 288, Hot Sulphur Springs, Colorado 80451, Massachusetts Department of Revenue, Collections Bureau/Bankruptcy Unit, P. O. Box 7090 |
| 12678347 | | Ian Ebling, Claims Specialist II, Commercial Property Claims, Zurich North America, 15303 Dallas Pkwy., Floors 8, 9, Suite 800 |
| cr | *+ | KELCIE JIMENEZ, 11439 MANZANO VISTA AVE SE, ALBUQUERQUE, NM 87123-2975 |
| 12666131 | *+ | Centrum/Belleview LLC, c/o FSB Property Management LLC, P.O. Box 176207, Denver, CO 80217-6207 |
| 12534696 | * | Clark Co Assessor c/o Bankruptcy Clerk, 500 S Grand Central Pkwy, Po Box 551401, Las Vegas, NV 89155-1401 |
| 12534699 | *+ | ELAVON, c/o TIMOTHY F. FROST, ESQ., 7300 CHAPMAN HIGHWAY, Knoxville, TN 37920-6612 |
| 12534700 | *+ | FOX FUNDING GROUP LLC, c/o JOE LIEBERMAN, ESQ., LIEBERMAN AND KLESTZICK, POB 356, Cedarhurst, NY 11516-0356 |
| 12637950 | *+ | Gile Law Group Ltd., 1180 N. Town Center Dr., Ste. 100, Las Vegas, NV 89144-6308 |
| 12534701 | *+ | INNOVATIVE REAL ESTATE STRATEGIES, 2975 S RAINBOW BLVD STE J, Las Vegas, NV 89146-6598 |
| 12534702 | * | Internal Revenue Service, ATTN: BANKRUPTCY DEPT, PO Box 7346, PHILADELPHIA, PA 19101-7346 |
| 12534703 | *+ | KALAMATA CAPITAL GROUP, LLC, c/o STEVEN BERKOVITCH, BERKOVITCH & BOUSKILA, PLLC, 1545 US 202 SUITE 101, Pomona, NY 10970-2951 |
| 12579354 | *+ | Lamar Companies, P.O. Box 96030, Baton Rouge, LA 70896-9030 |
| 12596966 | *+ | MAYFAIR MALL, c/o BROOKFIELD PROPERTIES, PO BOX 772816, CHICAGO, IL 60677-0116 |
| 12598886 | * | Massachusetts Department of Revenue, Collections Bureau/Bankruptcy Unit, PO Box 7090, Boston, MA 02204-7090 |
| 12534706 | *P++ | NEVADA DETR, 500 E THIRD ST, CARSON CITY NV 89701-4772, address filed with court:, Nevada Dept of Empl Security, 500 E 3rd St, Carson City, NV 89713-0001 |
| 12534707 | *+ | NEWTEK LENDING, 1981 MARCUS AVENUE STE 130, Lake Success, NY 11042-1046 |
| 12534708 | * | NV Dept of Taxation, Bankruptcy Section, 500 E Washington Ave Ste 13000, Las Vegas, NV 89101-1000 |
| 12641416 | *++++ | PROVENTURE CAPITAL LLC, DBA TOP TIER CAPITAL, ATTN: JOE MANCUSO, 500 W PUTNAM AVE STE 1C, GREENWICH CT 06830-2947, address filed with court:, PROVENTURE CAPITAL LLC, dba TOP TIER CAPITAL, ATTN: JOE MANCUSO, 500 W PUTNAM AVE., STE. 400, GREENWICH, CT 06830-02947 |
| 12534709 | * | Social Security Administration, Attn: Bankr Desk, Po Box 33021, Baltimore, MD 21290-3021 |
| 12598883 | *+ | Social Security Administration, Office of General Counsel, Office of Program Litigation - Bankruptc, 6401 Security Boulevard, Baltimore, MD 21235-0001 |
| 12534710 | * | State of NV DMV, Attn: Legal Division, 555 Wright Way, Carson City, NV 89711-0001 |
| 12534711 | *+ | THE LCF GROUP, LEGAL DEPARTMENT, 3000 MARCUS AVE SUITE 2W15, New Hyde Park, NY 11042-1005 |
| 12678342 | *P++ | THE N2 COMPANY, ATTN SUPPORT TEAM, 2093 PHILADELPHIA PIKE DRIVE, #3202, CLAYMONT DE 19703-2424, address filed with court:, The N2 Company, c/o Domenique Schmitt, 2093 Philadelphia Pike #3202, Claymont, DE 19703 |
| 12605263 | *+ | The LCF Group, Inc., 3000 Marcus Ave., Ste. 2W15, Lake Success, NY 11042-1005 |
| 12678340 | *+ | Thomas C. Wolff, Ward and Smith, P.A., 751 Corporate Center Drive, Suite 300, Raleigh, NC 27607-4873 |

| | | |
|---|---|---|
| jtadm | ##+ | NUMALE COLORADO SC, 8200 E BELLEVIEW AVE, GREENWOOD VILLAGE, CO 80111-2883 |
| jtadm | ##+ | NUMALE FLORIDA TB PLLC, 500 WESTSHORE BLVD, TAMPA, FL 33609-5003 |
| jtadm | ##+ | NUMEDICAL SC, 2600 N MAYFAIR RD, WAUWATOSA, WI 53226-1308 |
| 12615862 | ##+ | Array Medical, 3440 Sojourn Dr #200, Carrollton, TX 75006-2398 |
| 12596976 | ##+ | CARLOS FELICIANO, N69W29753 RIDGEVIEW CT., HARTLAND, WI 53029-9253 |
| 12579360 | ##+ | Everest Business Funding, 102 W 38th Street, 6th Flr., New York, NY 10018, Gilbert Pritt, 17133 Holly Well Ave., Wimauma, FL 33598-2536 |
| 12596981 | ##+ | GILE LAW GROUP, 1180 N. TOWN CENTER DR., STE. 100, LAS VEGAS, NV 89144-6308 |
| 12694366 | ##+ | Gabriel Camacho, c/o Midwest IT Pros, 608 E Chicago St, Elgin, IL 60120-5719 |
| 12579366 | ##+ | Gilbert Pritt, 17133 Holly Well Ave., Wimauma, FL 33598-2536 |
| 12617732 | ##+ | John Dodd, Esq., Baker & McKenzie LLP, 1111 Brickell Avenue, Suite 1700, Miami, Florida 33131-4033 |
| 12605920 | ##+ | John T. Kivus, Morningstar Law Group, 421 Fayetteville Street, Suite 530, Raleigh, NC 27601-3001 |
| 12605919 | ##+ | Kenzie Marie Rakes, Morningstar Law Group, 421 Fayetteville St Suite 530, Raleigh, NC 27601-3001 |
| 12678352 | ##+ | Midwest IT Pros, 608 E Chicago St, Elgin, IL 60120-5719 |
| 12509000 | ##+ | NEWTEK LENDING, 1981 MARCUS AVENUE STE 130, Lake Success, NY 11042-1046 |
| 12596977 | ##+ | NUMALE CORPORATION, 2600 N. MAYFAIR RD., STE. 1140, WAUWATOSA, WI 53226-1308 |
| 12579359 | ##+ | Newtek Lending, 1981 Marcus Avenue, Ste. 130, New Hyde Park, NY 11042-1046 |
| 12619479 | ##+ | NuMedical SC, 2600 N. Mayfair Rd., Ste. 1140, Wauwatosa, WI 53226-1308 |

TOTAL: 10 Undeliverable, 23 Duplicate, 17 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYSSA A. ROGAN | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 alyssa.rogan@usdoj.gov |
| BLAKELEY E. GRIFFITH | on behalf of Creditor N2 COMPANY bgriffith@swlaw.com docket_las@swlaw.com;mfull@swlaw.com;jfung@swlaw.com;sdugan@swlaw.com |
| BOB L. OLSON | on behalf of Creditor QUINTAIROS PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO bolson@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com |
| CANDACE C CARLYON | on behalf of Creditor TOP TIER CAPITAL ccarlyon@carlyoncica.com CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com;mgomez@carlyoncica.com |
| DAVID A RIGGI | on behalf of Debtor FELICIANO NUMALE NEVADA PLLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMEDICAL SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |

| | |
|---|---|
| DAVID A RIGGI | on behalf of Debtor NUMALE CORPORATION riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE NEBRASKA LLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE NEW MEXICO SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE COLORADO SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMALE COLORADO SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE FLORIDA TB PLLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMEDICAL SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A. STEPHENS | on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE LLC dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com |
| DAVID A. STEPHENS | on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC dstephens@davidstephenslaw.com dstephens@lvcoxmail.com |
| GREGORY E GARMAN | on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal |
| GREGORY E GARMAN | on behalf of Trustee MICHAEL W. CARMEL ggarman@gtg.legal bknotices@gtg.legal,ecf-processing@gtg.legal |
| ISABELLA R. GOLDSMITH | on behalf of Creditor Mayfair Mall LLC igoldsmith@kcnvlaw.com |
| IVAN M. GOLD | on behalf of Creditor Mayfair Mall LLC igold@allenmatkins.com |
| JOSEPH G. WENT | on behalf of Interested Party BRAD PALUBICKI jgwent@hollandhart.com vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com |
| JOSEPH G. WENT | on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE jgwent@hollandhart.com vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com |
| JOSEPH G. WENT | on behalf of Defendant BRAD PALUBICKI jgwent@hollandhart.com vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com |
| JOSEPH S. MANISCALCO, I | on behalf of Defendant THE LCF GROUP INC. jsm@lhmlawfirm.com |
| JUSTIN CHARLES VALENCIA | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 justin.c.valencia@usdoj.gov |
| LORI M. BENCOE | on behalf of Creditor Michael E. Sanchez lori@bencoelaw.com maggie@bencoelaw.com |
| LOUIS M BUBALA, III | on behalf of Creditor Mayfair Mall LLC lbubala@kcnvlaw.com cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com |
| MARJORIE A. GUYMON | on behalf of Defendant THE LCF GROUP INC. bankruptcy@goldguylaw.com, lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com; ntopper@goldguylaw.com;alaub@goldguylaw.com;danielled@goldguylaw.com |
| MARK M. WEISENMILLER | on behalf of Creditor JUSTIN PULLIAM mark@abwfirm.com mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com |
| MARY LANGSNER | on behalf of Trustee CHAPTER 11 - LV mlangsner@gtg.legal bknotices@gtg.legal |

MARY LANGSNER
on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER
on behalf of Trustee MICHAEL W. CARMEL mlangsner@gtg.legal bknotices@gtg.legal

MARY LANGSNER
on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE mlangsner@gtg.legal, bknotices@gtg.legal

MATTHEW C. ZIRZOW
on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 mzirzow@lzlawnv.com hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

MATTHEW L. JOHNSON
on behalf of Creditor Prospect Rainbow LLC mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

OGONNA M. BROWN
on behalf of Creditor Michael E. Sanchez Ogonna.Brown@wbd-us.com ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

RYAN A. ANDERSEN
on behalf of Creditor JUSTIN PULLIAM ryan@aandblaw.com melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

RYAN J. WORKS
on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 rworks@mcdonaldcarano.com kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

STACY H RUBIN
on behalf of Creditor Howard & Howard rubins@ballardspahr.com DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STEVEN B. SCOW
on behalf of Creditor CHRISTOPHER ASANDRA sscow@kskdlaw.com dscow@kskdlaw.com

STEVEN T GUBNER
on behalf of Interested Party BG LAW LLP sgubner@bg.law ecf@bg.law

STUART FREEMAN WILSON-PATTON
on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov

TALITHA B. GRAY KOZLOWSKI
on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI
on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI
on behalf of Trustee MICHAEL W. CARMEL tgray@gtg.legal bknotices@gtg.legal;ecf-processing@gtg.legal

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

TOTAL: 50

NVB 9037 (Rev. 2/16)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

IN RE:

NUMALE CORPORATION

Debtor(s)

BK−25−10341−nmc
CHAPTER 11

NOTICE OF FILING OFFICIAL TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

**NOTICE IS GIVEN** that a transcript has been filed on October 1, 2026 as referenced in the following document:

***1001*** − Amended Transcript regarding Hearing Held on 09/02/25. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber ACCESS TRANSCRIPTS, LLC, Telephone number 855−873−2223. Purchasing Party: Snell & Wilmer. Redaction Request Due By 10/22/2026. Redacted Transcript Submission Due By 11/2/2026. Transcript access will be restricted through 12/30/2026. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is October 22, 2026.

If a Request for Redaction is filed, the redacted transcript is due November 2, 2026. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is December 30, 2026, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1−866−232−1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 10/1/26

Dan Owens
Dan Owens
Clerk of Court