ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
COLLEEN N. SAVAGE, ESQ
Nevada Bar No. 14947
**SGRO & ROGER**
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
csavage@sgroandroger.com

LUIS SALAZAR
Florida Bar No. 147788
**COLE SCHOTZ P.C.**
Brickell City Tower
80 SW 8th Street, Suite 1900
Miami, Florida 33130
Telephone: (305) 374-4802
Email: lsalazar@coleschotz.com
*Counsel for Quintairos, Prieto, Wood & Boyer, P.A.*
(*Pro Hac Vice Forthcoming*)

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☐<br><br>Debtor. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>Jointly administered with:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

PLEASE TAKE NOTICE that Anthony P. Sgro, Esq. of the law firm Sgro & Roger hereby appears in the above-captioned cases for Quintairos, Prieto, Wood & Boyer, P.A., Eric Boyer, and Edward Prieto (collectively, the "Clients") and requests, pursuant to section 342 of title 11, United States Code ("Bankruptcy Code") and Rules 2002, 9007, and 9010 of the Federal Rules of Bankruptcy Procedure ("Bankruptcy Rules"), that all notices given or required in these cases and all papers served or required to be served in these cases be given to and served upon the undersigned at the addresses set forth below, and that the undersigned be added to the master mailing matrix in these cases. E-mail addresses are included, and notice by e-mail is affirmatively acknowledged as being acceptable:

ANTHONY P. SGRO, ESQ.
COLLEEN N. SAVAGE, ESQ.
SGRO & ROGER
2901 El Camino Ave., Suite 204,
Las Vegas, Nevada 89102
Telephone: (702) 384-9800;
Facsimile: (702) 665-4120
tsgro@sgroandroger.com;
csavage@sgroandroger.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any orders and notices of any application, motion, petition, pleading, complaint, demand, disclosure statement, plan of reorganization, or any other document that in any way affects the debtors or their property, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail delivery, telephone, facsimile transmission, e-mail, telex, or otherwise.

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Notice is not, and shall not be construed as, consent by the Clients to the entry of final orders or judgment by the Bankruptcy Court on any matter as to which the Court may not constitutionally enter final orders or judgment absent consent, nor a waiver of the Clients' rights to (i) have final orders in non-core

matters entered only after*de novo* review by a District Court judge; (ii) trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case; (iii) have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) any other rights, claims, actions, setoffs, and recoupments to which the Clients are or may be entitled under any agreement, in law or in equity, all of which rights, claims, actions, setoffs, and recoupments the Clients expressly reserve; or (v) any and all defenses or objections the Clients may have to any claims asserted against them in this action, including, without limitation, any defense based on insufficient or defective service of process.

PLEASE TAKE FURTHER NOTICE that nothing in the foregoing reservation limits, waives, or is inconsistent with the relief the Clients seek by motion in these cases, including as-applied relief under Rule 60(b) of the Federal Rules of Civil Procedure (made applicable by Bankruptcy Rule 9024) and related relief; the Clients appear for, and submit to the Court's authority to decide, that relief and the matters necessarily incident to it.

Dated this 7th day of October, 2026.

Respectfully submitted,

**SGRO & ROGER**

/S/ ANTHONY P SGRO, ESQ.
Anthony P. Sgro, Esq.
Nevada Bar No. 3811
Colleen N. Savage, Esq
Nevada Bar No. 14947
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
tsgro@sgroandroger.com
csavage@sgroandroger.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 7th day of October, 2026, I caused the foregoing Notice Of Appearance and Request For Notice to be served as follows:

_X_ By CM/ECF electronic service on all registered users in these cases; and

_X_ By U.S. Mail, first-class postage prepaid, to:

Michael W. Carmel, 80 E. Columbus Avenue Phoenix, AZ 85012;

Garman Turner Gordon, 7251 Amigo St., Ste. 210, Las Vegas, Nevada 89119;

David A Riggi, 7900 W. Sahara Ave., Ste. 100, Las Vegas, Nevada 89117;

Alyssa A. Rogan, 300 Las Vegas Blvd. South Ste. 4300 Las Vegas, Nevada 89101

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Caitlin Ferguson*
Employee of Sgro and Roger