NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

NUMALE CORPORATION

Debtor(s)

BK−25−10341−nmc
CHAPTER 11

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | ***1008*** − First Notice of Hearing for MotionFOR RELIEF FROM THE CONFIRMATION ORDER AND RELATED ORDERS UNDER FED. R. CIV. P. 60(b), MADE APPLICABLE BY FED. R. BANKR. P. 9024, AS APPLIED TO QPWB; (II) TO REMOVE MICHAEL W. CARMEL AS LIQUIDATION TRUSTEE; (III) TO DISQUALIFY GARMAN TURNER GORDON LLP AS COUNSEL TO THE LIQUIDATION TRUSTEE; AND (IV) FOR RELATED RELIEF; AND MEMORANDUM OF POINTS AND AUTHORITIES Hearing Date: 11/17/2026 Hearing Time: 10:30 A.M. with Certificate of Service Filed by ANTHONY P SGRO on behalf of QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO (SGRO, ANTHONY) |
| Filed On: | 10/7/26 |
| With A Hearing Date Of: | 11/17/26 |
| And A Hearing Time Of: | 10:30 AM |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
  * Hearing Date or Time, Hearing will NOT be set

Dated: 10/9/26

Dan Owens

Dan Owens
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**