NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>NUMALE CORPORATION | BK−25−10341−nmc<br>CHAPTER 11 |
| Debtor(s) | NOTICE OF DOCKETING ERROR |

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | ***1009*** − Notice of Hearing and Motion for (I) An Order Confirming that the Automatic Stay And Plan Injunction are Inapplicable to its Proposed Declaratory−Judgment Action, or (II) In The Alternative, Relief From the Automatic Stay and Plan Injunction, and for Leave Under The Barton Doctrine Hearing Date: 11/17/2026 Hearing Time: 10:30 a.m. with Certificate of Service Filed by ANTHONY P SGRO on behalf of QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO (SGRO, ANTHONY) |
| Filed On: | 10/8/26 |
| With A Hearing Date Of: | 11/17/26 |
| And A Hearing Time Of: | 10:30 AM |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
  * Hearing Date or Time, Hearing will NOT be set
* The hearing date and time are missing in the case caption.

Dated: 10/9/26



Dan Owens
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**