ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
COLLEEN N. SAVAGE, ESQ
Nevada Bar No. 14947
**SGRO & ROGER**
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
csavage@sgroandroger.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ■<br><br>Debtor. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>Jointly administered with:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: November 17, 2026<br>Hearing Time: 10:30 A.M |

## NOTICE OF MOTION AND HEARING

PLEASE TAKE NOTICE that a hearing on this Motion of Quintairos, Prieto, Wood & Boyer, P.A. for (I) An Order Confirming that the Automatic Stay And Plan Injunction are Inapplicable to its

Proposed Declaratory-Judgment Action, or (II) In The Alternative, Relief From the Automatic Stay and Plan Injunction, and for Leave Under The Barton Doctrine will be held before the Honorable Natalie M. Cox, United States Bankruptcy Judge, at the Foley Federal Building, 300 Las Vegas Boulevard South, Courtroom 3, Las Vegas, Nevada 89101, on November 17, 2026 at 10:30 A.M., or as soon thereafter as counsel may be heard.

> If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You must also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:
>
> - The court may refuse to allow you to speak at the scheduled hearing; and,
>
> - The court may rule against you without formally calling the matter at the hearing.

PLEASE TAKE FURTHER NOTICE that, pursuant to Local Rule 9014(d)(1), any opposition to this Motion must be filed and served no later than fourteen (14) days preceding the hearing date. Oppositions must be supported by affidavits or declarations that conform to Local Rule 9014(c). If you object to the relief requested, you must file a written response with the Court and serve it on counsel for QPWB. If you do not file a timely written response, the Court may grant the relief requested without further notice or hearing.

///

///

///

///

///

///

///

PLEASE TAKE FURTHER NOTICE that this Motion is supported by the incorporated points and authorities, the Declaration of Benjamin Gordon (the "Gordon Declaration") filed concurrently herewith, the papers and pleadings on file in these cases, judicial notice of which is respectfully requested pursuant to Fed. R. Evid. 201, and any argument the Court may entertain at the hearing.

Dated this 9th day of October, 2026.

Respectfully submitted,

**SGRO & ROGER**

*/s/ Anthony P. Sgro*

Anthony P. Sgro, Esq.
Nevada Bar No. 3811
Colleen N. Savage, Esq
Nevada Bar No. 14947
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
tsgro@sgroandroger.com
csavage@sgroandroger.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of October, 2026, I caused the foregoing Notice of Motion and Hearing:

- ■ By CM/ECF electronic service on all registered users in these cases;
- ■ By U.S. Mail, first-class postage prepaid, to: [Office of the U.S. Trustee; Michael W. Carmel, Liquidation Trustee; Garman Turner Gordon LLP; Paul, Weiss, Rifkind, Wharton & Garrison LLP; counsel to Sanchez; counsel to Beazley; counsel to NuMale Settling Defendants; ADDRESSES]
- ☐ By email to: [LIST]
- ☐ Other: [____]

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Caitlin Ferguson*
Employee of Sgro and Roger