# EXHIBIT E

EXHIBIT E

GARMAN
TURNER
GORDON

7251 AMIGO STREET
SUITE 210
LAS VEGAS, NV 89119

WWW.GTG.LEGAL

PHONE: 725 777 3000
FAX: 725 777 3112

March 3, 2026

Talitha Gray Kozlowski, Esq.
tgray@gtg.legal

**<u>VIA Federal Express Overnight, and via Email: frank.alvarez@qpwblaw.com</u>**
Frank Alvarez, Esq.
Managing Partner
Quintairos, Prieto, Wood & Boyer, P.A.
6565 Americas Parkway NE, Suite 200
Albuquerque, New Mexico 87110

Re: *February 24, 2026, Correspondence to You Regarding QPWB production transmitted on February 19, 2026, to Trustee*

Dear Mr. Alvarez:

As you know, I represent Michael W. Carmel, Esq., in his capacity as the duly appointed Liquidating Trustee (the "<u>Trustee</u>") of the NuMale Liquidating Trust (the "<u>Trust</u>"), established under the confirmed *Joint Chapter 11 Plan* in *In re NuMale Corporation, et al.*, lead jointly administered Case No. 25-10341-nmc (Bankr. D. Nev.). Garman Turner Gordon LLP has been regularly communicating with you via email. However, we have received no response from you to our February 24, 2026, letter, which (was emailed to you and) concerns the document production your firm, Quintairos, Prieto, Wood & Boyer, P.A. ("<u>QPWB</u>"), transmitted to the Trustee on February 19, 2026. I enclose the letter here.

Please be advised that nothing herein waives any rights, remedies, or arguments of the Trustee or the Trust, all of which are hereby expressly reserved and preserved.

Very truly yours,

GARMAN TURNER GORDON

TALITHA GRAY KOZLOWSKI, ESQ.

Encl. (as noted)
cc: Gregory E. Garman, Esq.
Teresa Pilatowicz, Esq.
Mary Langsner, Ph.D.
Jamie Garman, Esq.
Shelby Harmer
Michael W. Carmel, Esq., Trustee

**From:** Gregory Garman
**Sent:** Tuesday, February 24, 2026 5:49 PM
**To:** Frank Alvarez
**Cc:** Talitha Gray; Teresa Pilatowicz; Mary Langsner; Jamie Garman; Shelby Harmer
**Subject:** Numale
**Attachments:** 20260224174207920.pdf

Frank, please see attached. I believe you may have inadvertently turned over files that were not requested.

GARMAN
TURNER
GORDON

7251 AMIGO STREET
SUITE 210
LAS VEGAS, NV 89119
WWW.GTG.LEGAL
PHONE: 725 777 3000
FAX: 725 777 3112

February 24, 2026

Gregory E. Garman, Esq.
ggarman@gtg.legal

**VIA EMAIL: frank.alvarez@qpwblaw.com**
Frank Alvarez, Esq.
Managing Partner
Quintairos, Prieto, Wood & Boyer, P.A.
6565 Americas Parkway NE, Suite 200
Albuquerque, New Mexico 87110

Re: *QPWB production transmitted on February 19, 2026, to Trustee*

Dear Mr. Alvarez:

As you know, I write on behalf of Michael W. Carmel, Esq., in his capacity as the duly appointed Liquidating Trustee (the "Trustee") of the NuMale Liquidating Trust (the "Trust"), established under the confirmed *Joint Chapter 11 Plan* in *In re NuMale Corporation, et al.*, lead jointly administered Case No. 25-10341-nmc (Bankr. D. Nev.). This Letter concerns the document production your firm, Quintairos, Prieto, Wood & Boyer, P.A. ("QPWB"), transmitted to the Trustee on February 19, 2026.

In reviewing this production, we believe there may have been an inadvertent transfer of email and correspondence unrelated to the NuMale client file. Our initial review of the production indicates that the production includes documents unrelated to Michael Sanchez and NuMale. Pursuant to New Mexico Rule of Professional Conduct NMRA 16-404(B), this Letter provides formal notice that the production appears to include inadvertently produced documents.

Your firm QPWB must promptly advise whether it contends that any of the documents in the production were produced inadvertently. If so, you must identify with specificity each document for which inadvertent production is asserted. Such identification of inadvertently produced documents must occur within seven (7) days of the date of this letter. In the absence of such identification, the Trustee will treat the production as intentional and complete.

If you intend to seek clawback of any documents in the production, please be advised that we reserve all rights to challenge any such clawback requests. Nothing herein waives any rights,

///

remedies, or arguments of the Trustee, all of which are hereby expressly reserved and preserved.

Very truly yours,

GARMAN TURNER GORDON

/s/

GREGORY E. GARMAN, ESQ.

cc: Talitha Gray Kozlowski, Esq.
Teresa Pilatowicz, Esq.
Mary Langsner, Ph.D.
Jamie Garman, Esq.
Shelby Harmer
Michael W. Carmel, Esq., Trustee