# EXHIBIT H

EXHIBIT H

GARMAN
TURNER
GORDON

7251 AMIGO STREET
SUITE 210
LAS VEGAS, NV 89119
WWW.GTG.LEGAL
PHONE: 725 777 3000
FAX: 725 777 3112

September 15, 2026

Gregory E. Garman, Esq.
ggarman@gtg.legal

**SENT VIA EMAIL**
Sgro & Roger
Anthony P. Sgro, Esq.
2901 El Camino Avenue, Suite 204
Las Vegas, Nevada 89102

Re: *Your Silly Letter*

Dear Mr. Sgro:

I am in receipt of your correspondence from yesterday. It is rejected in its entirety, to the extent it is worthy of any response.

Your letter demonstrates that painfully little time was spent attempting to understand the underlying facts or the NuMale bankruptcy proceedings and its extensive docket. Your letter further demonstrates a lack of understanding of basic bankruptcy principles.

Your intended purpose has failed. Poorly executed attempts at bullying will alter neither the Trustee's nor his counsel's discharge of their duties. Your thinly veiled (and often blunt) threats, among others, to cause reputational damage or seek disgorgement of fees earned in the bankruptcy case in an effort to improperly influence the Trustee's exercise of his fiduciary judgment are improper and will not be tolerated. Your letter has only confirmed that all future dealings with you and Mr. Fugazzi should proceed strictly under applicable rules and formal procedures, and professional courtesies should not be assumed. You should be embarrassed.

Govern yourself accordingly.

GARMAN TURNER GORDON

GREGORY E. GARMAN, ESQ.

P.S. I was particularly amused by your statement: "*I am unaware of any analysis completed that sought to crystalize QPWB's legally supportable, causally attributable exposure*." For your

benefit, I've attached our **28-page** demand letter (excluding the 39 exhibits that were also provided to your client) containing precisely that analysis.

cc:
Clients
Talitha Gray Kozlowski, Esq.
Jamie Garman, Esq.
Justin Valencia, Esq. (Office of the United States Trustee)
Alyssa A. Rogan, Esq. (Office of the United States Trustee)
Alex Fugazzi, Esq.