# EXHIBIT 3

EXHIBIT 3

**From:** Lee-Sin, Ali-Marcelle
**To:** ggarman@gtg.legal; tgray@gtg.legal; tpilatowicz@Gtg.legal; JGarman@Gtg.legal; ssarlo@Gtg.legal
**Cc:** Salazar, Luis; Fugazzi, Alex; Olson, Bob
**Subject:** RE: In re NuMale Corporation, et al., Lead Case No. 25-10341-nmc (Bankr. D. Nev.); Motion (I) to Quash Subpoena and (II) for Protective Order
**Date:** Tuesday, September 29, 2026 3:34:20 PM
**Attachments:** 2026.09.29- LTR to GTG re Motion to Quash and for Protective Order(54226578.1).pdf
2026.09.29-OPWP-Motion to Quash Subpoena and for Protective Order -FILED.pdf

---

Dear Mr. Garman-

On behalf of Luis Salazar, please see the enclosed correspondence. Thank you.

**ALI-MARCELLE LEE-SIN**
PARALEGAL

OFFICE 305.374.4845
EMAIL alee-sin@coleschotz.com

80 SW 8th Street | Suite 1900 | Miami, FL 33130

NEW JERSEY NEW YORK DELAWARE MARYLAND TEXAS FLORIDA WASHINGTON, D.C.

VCARD | COLESCHOTZ.COM

**From:** Lee-Sin, Ali-Marcelle <ALee-Sin@coleschotz.com>
**Sent:** Wednesday, September 23, 2026 6:53 PM
**To:** ggarman@gtg.legal; tgray@gtg.legal; tpilatowicz@Gtg.legal; JGarman@Gtg.legal; ssarlo@Gtg.legal
**Cc:** Salazar, Luis <LSalazar@coleschotz.com>; Fugazzi, Alex <afugazzi@swlaw.com>; Olson, Bob <bolson@swlaw.com>
**Subject:** In re NuMale Corporation, et al., Lead Case No. 25-10341-nmc (Bankr. D. Nev.); Objection to Rule 2004 Subpoenas & Request to Meet and Confer

Dear Mr. Garman-

This firm represents Quintairos, Prieto, Wood & Boyer, P.A., Eric Boyer, and Eddie Prieto. On behalf of Luis Salazar, please see the attached correspondence.

Thank you.

**ALI-MARCELLE LEE-SIN**
PARALEGAL

OFFICE 305.374.4845
EMAIL alee-sin@coleschotz.com

80 SW 8th Street | Suite 1900 | Miami, FL 33130

NEW JERSEY NEW YORK DELAWARE MARYLAND TEXAS FLORIDA WASHINGTON, D.C.

VCARD | COLESCHOTZ.COM