# EXHIBIT 4

EXHIBIT 4

**From:** Gregory Garman
**To:** Lee-Sin, Ali-Marcelle
**Subject:** Read: RE: In re NuMale Corporation, et al., Lead Case No. 25-10341-nmc (Bankr. D. Nev.); Motion (I) to Quash Subpoena and (II) for Protective Order
**Date:** Wednesday, September 30, 2026 12:57:59 PM

---

Your message To: Gregory Garman Subject: RE: In re NuMale Corporation, et al., Lead Case No. 25-10341-nmc (Bankr. D. Nev.

<https://url.us.m.mimecastprotect.com/s/k-S-CwpxzYsj5p53uVfGGiJgYSY?domain=summary.us1.defend.egress.com>
<https://url.us.m.mimecastprotect.com/s/k-S-CwpxzYsj5p53uVfGGiJgYSY?domain=summary.us1.defend.egress.com> External email
<https://url.us.m.mimecastprotect.com/s/k-S-CwpxzYsj5p53uVfGGiJgYSY?domain=summary.us1.defend.egress.com>
Your message
To: Gregory Garman
Subject: RE: In re NuMale Corporation, et al., Lead Case No. 25-10341-nmc (Bankr. D. Nev.); Motion (I) to Quash Subpoena and (II) for Protective Order
Sent: Tuesday, September 29, 2026 5:34:20 PM (UTC-05:00) Eastern Time (US & Canada)
was read on Tuesday, September 29, 2026 5:38:09 PM (UTC-05:00) Eastern Time (US & Canada).