GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
Email: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
Email: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000
*Attorneys for Michael Carmel*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: October 16, 2026<br>Hearing Time: 9:30 AM<br><br>**Remote: (833) 435-1820**<br>**Meeting ID 161 166 2815**<br>**Passcode 115788#** |

**<u>NOTICE OF ENTRY OF ORDER</u>**

PLEASE TAKE NOTICE that a *Notice of Hearing and Order Shortening Time for Amended Motion to Enforce Rule 2004 Order and Compel Compliance with the Subpoena Issued*

*to Quintairos, Prieto, Wood & Boyer, P.A. at its Nevada Office* [ECF. No. 1022], a copy of which is attached hereto, was entered in the above-captioned matter on the 13th day of October, 2026.

DATED this 13th day of October, 2026.

GARMAN TURNER GORDON LLP

By: /s/ *Talitha Gray Kozlowski*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, PH.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel*

Honorable Natalie M. Cox
United States Bankruptcy Judge

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Liquidating Trustee of the NuMale Liquidating Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Lead Case No.: 25-10341-nmc Chapter 11 |
| NUMALE CORPORATION, | *Jointly administered with:* |
| AFFECTS THIS DEBTOR, ☐ | Feliciano NuMale Nevada PLLC Case No. 25-10342-nmc |
| AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐ | NuMedical SC Case No. 25-10343-nmc |
| NUMEDICAL SC, ☐ | NuMale Colorado SC Case No. 25-10344-nmc |
| NUMALE COLORADO SC, ☐ | NuMale Florida TB PLLC Case No. 25-10345-nmc |
| NUMALE FLORIDA TB PLLC, ☐ | NuMale Nebraska LLC Case No. 25-10346-nmc |
| NUMALE NEBRASKA LLC, ☐ | NuMale New Mexico SC Case No. 25-10347-nmc |
| NUMALE NEW MEXICO SC, ☐ | **HEARING DATE: October 16, 2026** |
| NUMALE ALL DEBTORS, ☒ | **HEARING TIME: 9:30 AM** |
| Debtors. | **Remote: (833) 435-1820** **Meeting ID 161 166 2815** **Passcode 115788#** |

**NOTICE OF HEARING AND ORDER SHORTENING TIME FOR AMENDED MOTION TO ENFORCE RULE 2004 ORDER AND COMPEL COMPLIANCE WITH THE SUBPOENA ISSUED TO QUINTAIROS, PRIETO, WOOD & BOYER, P.A. AT ITS NEVADA OFFICE**

This Court, having considered the *Ex Parte Application for Order Shortening Time to Hear Omnibus Motion to Enforce and Compel Compliance with Rule 2004 Orders and Production of Subpoenaed Documents* (the "Ex Parte Motion"), filed by Michael Carmel, the Liquidation Trustee of the NuMale Liquidation Trustee (the "Trustee"), and the former Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC (collectively, the "Debtors"), by and through his counsel, Garman Turner Gordon LLP, which also represents Christopher Asandra, M.D., Carlos Feliciano, M.D., Brad Palubicki, and Justin Pulliam (collectively, the "Individuals") and good cause appearing therefor:

**IT IS HEREBY ORDERED, AND NOTICE IS HEREBY GIVEN** that the Ex Parte Motion is **granted**, and the *Amended Motion to Enforce Rule 2004 Order and Compel Compliance with the Subpoena Issued to Quintairos, Prieto, Wood & Boyer, P.A. at its Nevada Office* ("Motion")[1] shall be heard by a United States Bankruptcy Judge on **October 16, 2026, at 9:30 AM prevailing Pacific Time**.

The relief requested in the Motion is an order compelling Quintairos to produce documents and to comply with the Rule 2004 examination of Quintairos.

**NOTICE IS FURTHER GIVEN** that electronic copies of the Motion and the supporting declaration and exhibits are available through the Bankruptcy Court's electronic docketing system (PACER) at www.ecf.nvb.uscourts.gov; or at the Bankruptcy Court Clerk's Office at the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada, 89101.

**IT IS HEREBY FURTHER ORDERED** that this Order Shortening Time shall be served within 1 day of entry; that any oppositions to the Motion must be filed and served by October 14, 2026, and that replies to any oppositions filed must be filed and served by October 15, 2026; and that the hearing on the Motion may be continued from time to time without

[1] All undefined, capitalized terms used herein have the meanings ascribed to them in the Motion.



Garman Turner Gordon
7251 Amigo Street, Ste. 210
Las Vegas, Nevada 89119
(725) 777-3000

further notice except for the announcement of any adjourned dates and times at the above-noticed hearing or any adjournment thereof, or as set forth in any Docket entry issued by the Court in these Chapter 11 Cases.

**NOTICE IS FURTHER GIVEN** that the hearing on the Motion will be held telephonically by **dialing (833) 435-1820 and entering meeting ID (if applicable): 161 166 2815 and entering access code or passcode 115788#**. If you intend to participate in this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: http://www.nvb.uscourts.gov/calendars/court-calendars/; then select the hearing judge; next, click on the "calendar date" to view the hearing Judge's dial-in number and meeting access codes.

**IT IS SO ORDERED**.

Prepared and submitted by:

GARMAN TURNER GORDON LLP

By: *_/s/ Talitha Gray Kozlowski_*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel,*
*Liquidating Trustee of the NuMale Liquidating Trust*

# # #