**E-filed: October 14, 2026**

Bob L. Olson, Esq. (NV Bar No. 3783)
Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Charles E. Gianelloni, Esq. (NV Bar No. 12747)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
afugazzi@swlaw.com
cgianelloni@swlaw.com

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

NUMALE CORPORATION,

☐ AFFECTS THIS DEBTOR
☐ AFFECTS FELICIANO NUMALE NEVADA PLLC
☐ AFFECTS NUMEDICAL SC
☐ AFFECTS NUMALE COLORADO SC
☐ AFFECTS NUMALE FLORIDA TB PLLC
☐ AFFECTS NUMALE NEBRASKA LLC
☐ AFFECTS NUMALE NEW MEXICO SC
☒ AFFECTS ALL DEBTORS

Debtors.

Case No. 25-10341-nmc

Chapter 11

Jointly Administered with:

| | |
|---|---|
| 25-10342-nmc | Feliciano NuMale Nevada PLLC |
| 25-10343-nmc | NuMedical SC |
| 25-10344-nmc | NuMale Colorado SC |
| 25-10345-nmc | NuMale Florida TB PLLC |
| 25-10346-nmc | NuMale Nebraska LLC |
| 25-10347-nmc | NuMale New Mexico SC |

***EX PARTE* MOTION TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 9014(e)(1) FOR QUINTAIROS, PRIETO, WOOD & BOYER P.A.'S OPPOSITION TO AMENDED MOTION TO ENFORCE RULE 2004 ORDER AND COMPEL COMPLIANCE WITH THE SUBPOENA ISSUED TO QUINTAIROS, PRIETO, WOOD & BOYER, P.A. AT ITS NEVADA OFFICE [ECF NO. 1015]**

**AND**

**COUNTERMOTION TO QUASH SUBPOENA [ECF NO. 994] AND FOR PROTECTIVE ORDER**

Quintairos, Prieto, Wood & Boyer P.A. ("QPWB"), by and through their attorneys, Snell & Wilmer L.L.P., hereby submits their motion requesting that the Court grant it leave pursuant to LR 9014(e)(1) for an extension of the normal applicable page limit for their forthcoming *Opposition to*

*Amended Motion to Enforce Rule 2004 Order and Compel Compliance with the Subpoena Issued to Quintairos, Prieto, Wood & Boyer, P.A. at its Nevada Office [ECF No. 1015] and Countermotion to Quash Subpoena [ECF No. 994] and for Protective Order* ("Opposition"). Local rule l9014(e)(1) limits motions to twenty (20) pages. QPWB is unable to prepare a comprehensive motion and countermotion addressing multiple issues on an emergency basis without exceeding this twenty (20) page limit. QPWB requests that this Court grant it leave to file a thirty (30) page brief pursuant to LR 9014(e). QPWB intends to include a table of authorities and table of contents in Oppositiion.

In support of this request, QPWB represents to the Court as follows:

On September 29, 2026, Michael Carmel, the Liquidation Trustee (the "Trustee") filed his original *Omnibus Motion to Enforce and Compel Compliance with Rule 2004 Orders and Production of Subpoenaed Documents* [ECF No. 997] (the "Original Motion"). The Original Motion is ten pages in length.

The Trustee did not set the Original Motion for hearing or request that it be heard on an order shortening time.

After the close of business on October 12, 2026, the Trustee filed his *Amended Motion to Enforce Rule 2004 Order and Compel Compliance with the Subpoena Issued to Quintairos, Prieto, Wood & Boyer, P.A. at its Nevada Office* [ECF No. 1015] (the "Amended Motion"). The Amended Motion is twenty pages in length.

The combined length of the Original Motion and the Amended Motion is thirty (30) pages.

On October 13, 2026, at 4:18 p.m., this court entered its *Notice of Hearing and Order Shortening Time for Amended Motion to Enforce Rule 2004 Order and Compel Compliance with the Subpoena Issued to Quintairos, Prieto, Wood & Boyer, P.A. at its Nevada Office* [ECF No. 1013] (the "OST"). The OST scheduled the hearing on the Amended Motion for 9:30 a.m. on October 16, 2026 (less than three calendar days later) and ordered that oppositions "must be filed and served by October 15, 2026" – just one day later.

Snell & Wilmer L.L.P. LAW OFFICES 1700 South Pavilion Center Drive, Suite 700 Las Vegas, Nevada 89135 702.784.5200

QPWB, in order to protect its interests, needs to file a countermotion which will ask the court to quash the QPWB subpoena in its entirety and/or issue a protective order excusing QPWB from producing the requested documents and appearing for examination.

It will take several pages for QPWB to describe to the court what has occurred with the nine (not just one) subpoenas served by the Trustee. Similarly, it will take several pages for QPWB to brief the law which, in its view, warrants denial of the Amended Motion and granting the anticipated countermotion.

In sum, good cause exists for the Court to grant leave to exceed the permissible page limit and allow QPWB to file an Opposition that is not longer than thirty (30) pages in length.

WHEREFORE, QPWB respectfully requests that the Court enter an order, in the form attached as **Exhibit 1**, granting QPWB leave pursuant to LR 9014(e)(1) to file its Motion of up to and including thirty (30) pages in length.

Dated: October 14, 2026.

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
Alex L. Fugazzi (NV Bar No. 9022)
Charles E. Gianelloni (NV Bar No. 12747)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Snell & Wilmer L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

# EXHIBIT 1

# EXHIBIT 1

Bob L. Olson, Esq. (NV Bar No. 3783)
Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Charles E. Gianelloni, Esq. (NV Bar No. 12747)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
afugazzi@swlaw.com
cgianelloni@swlaw.com

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

NUMALE CORPORATION,

☐ AFFECTS THIS DEBTOR
☐ AFFECTS FELICIANO NUMALE NEVADA PLLC
☐ AFFECTS NUMEDICAL SC
☐ AFFECTS NUMALE COLORADO SC
☐ AFFECTS NUMALE FLORIDA TB PLLC
☐ AFFECTS NUMALE NEBRASKA LLC
☐ AFFECTS NUMALE NEW MEXICO SC
☒ AFFECTS ALL DEBTORS

Debtors.

Case No. 25-10341-nmc

Chapter 11

Jointly Administered with:

| | |
|---|---|
| 25-10342-nmc | Feliciano NuMale Nevada PLLC |
| 25-10343-nmc | NuMedical SC |
| 25-10344-nmc | NuMale Colorado SC |
| 25-10345-nmc | NuMale Florida TB PLLC |
| 25-10346-nmc | NuMale Nebraska LLC |
| 25-10347-nmc | NuMale New Mexico SC |

**ORDER GRANTING *EX PARTE* MOTION TO EXCEED PAGE LIMIT PURSUANT TO LOCAL RULE 9014(e)(1) FOR QUINTAIROS, PRIETO, WOOD & BOYER P.A.'S OPPOSITION TO AMENDED MOTION TO ENFORCE RULE 2004 ORDER AND COMPEL COMPLIANCE WITH THE SUBPOENA ISSUED TO QUINTAIROS, PRIETO, WOOD & BOYER, P.A. AT ITS NEVADA OFFICE [ECF NO. 1015]**

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

**AND**

**COUNTERMOTION TO QUASH SUBPOENA [ECF NO. 994] AND FOR PROTECTIVE ORDER**

The Court having reviewed the *Ex Parte* Motion to Exceed Page Limit Pursuant to Local Rule 9014(e) for *Quintairos, Prieto, Wood & Boyer, P.A. Opposition to Amended Motion to Enforce Rule 2004 Order and Compel Compliance with the Subpoena Issued to Quintairos, Prieto, Wood & Boyer, P.A. at its Nevada Office [ECF No. 1015] and Countermotion to Quash Subpoena [ECF No. 994] and for Protective Order* ("Motion to Exceed") filed October 14, 2026, and for good cause appearing;

**IT IS HEREBY ORDERED** that the Motion to Exceed is granted;

**IT IS FURTHER ORDERED** that pursuant to Local Rule 9014(e)(1), *Quintairos, Prieto, Wood & Boyer, P.A.* ("QPWPB"), is permitted to file its *Opposition to Amended Motion to Enforce Rule 2004 Order and Compel Compliance with the Subpoena Issued to Quintairos, Prieto, Wood & Boyer, P.A. at its Nevada Office [ECF No. 1015] and Countermotion to Quash Subpoena [ECF No. 994] and for Protective Order* of up to and including thirty (30) pages in length.

**IT IS SO ORDERED.**

Respectfully submitted,

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
Alex L. Fugazzi (NV Bar No. 9022)
Charles E. Gianelloni (NV Bar No. 12747)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*