**E-filed: October 14, 2026**

Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Charles E. Gianelloni, Esq. (NV Bar No. 12747)
Bob L. Olson, Esq. (NV Bar No. 3783)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: afugazzi@swlaw.com
cgianelloni@swlaw.com
bolson@swlaw.com

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

NUMALE CORPORATION,

☐ AFFECTS THIS DEBTOR
☐ AFFECTS FELICIANO NUMALE NEVADA PLLC
☐ AFFECTS NUMEDICAL SC
☐ AFFECTS NUMALE COLORADO SC
☐ AFFECTS NUMALE FLORIDA TB PLLC
☐ AFFECTS NUMALE NEBRASKA LLC
☐ AFFECTS NUMALE NEW MEXICO SC
☒ AFFECTS ALL DEBTORS

Debtors.

Case No. 25-10341-nmc

Chapter 11

Jointly Administered with:

| | |
|---|---|
| 25-10342-nmc | Feliciano NuMale Nevada PLLC |
| 25-10343-nmc | NuMedical SC |
| 25-10344-nmc | NuMale Colorado SC |
| 25-10345-nmc | NuMale Florida TB PLLC |
| 25-10346-nmc | NuMale Nebraska LLC |
| 25-10347-nmc | NuMale New Mexico SC |

**CERTIFICATE OF SERVICE**

I served a true and correct copy of the *Opposition to Motion for Order Shortening Time on Omnibus Motion to Enforce and Compel Compliance with Rule 2004 Orders and Production of Subpoenaed Documents* [ECF No. 1021] for Snell & Wilmer L.L.P., attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto, in the above matter, via the following means, on the date specified, to the persons as listed below:

**VIA THE COURT'S CM/ECF SYSTEM (October 13, 2026):**

See filing receipt for ECF No. 1021 attached as **Exhibit 1**.

///

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

**VIA U.S. MAIL (postage fully pre-paid) (October 14, 2026):**

EMILY C TAUBE ESQ
BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH STE 2000
NASHVILLE TN 37201

MICHAEL REPPAS
12496 NW 25 STREET
SWEETWATER, FL 33182

FORD MOTOR CREDIT COMPANY, LLC
C/O AIS PORTFOLIO SERVICES, LLC
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118

ZACHARY WEINER
DAVID ZYLBERBERG
BRYCE FRIEDMAN
SUMMER CRAIG
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

RYAN J WORKS
MCDONALD CARANO LLP
2300 WEST SAHARA AVENUE, SUITE 1200
LAS VEGAS, NV 89102

RUBINBROWN LLP
10801 W. CHARLESTON BLVD.
SUITE 300
LAS VEGAS, NV 89135

KELCIE JIMENEZ
11439 MANZANO VISTA AVE SE
ALBUQUERQUE, NM 87123

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 14, 2026. *_/s/ Mary Full_*
An Employee of Snell & Wilmer L.L.P.

# EXHIBIT 1

EXHIBIT 1

**File an answer to a motion:**

25-10341-nmc NUMALE CORPORATION

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: BAPCPA, JNTADMN, LEAD, EXHS |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from BOB L. OLSON entered on 10/13/2026 at 3:13 PM PDT and filed on 10/13/2026
**Case Name:** NUMALE CORPORATION
**Case Number:** 25-10341-nmc
**Document Number:** 1021

**Docket Text:**
Opposition *to Ex Parte Application for Order Shortening Time to Hear Amended Motion to Enforce Rule 2004 Order and Compel Compliance with the Subpoena Issued to Quintairos, Prieto, Wood & Boyer, P.A. at its Nevada Office* Filed by BOB L. OLSON on behalf of QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO (Related document(s)[1017] Motion for Order Shortening Time filed by Trustee MICHAEL W. CARMEL.) (Attachments: # (1) Exhibit 1 # (2) Exhibit 2 - Part 1 # (3) Exhibit 2 - Part 2 # (4) Exhibit 2 - Part 3 # (5) Exhibit 3 # (6) Exhibit 4 # (7) Exhibit 5 # (8) Exhibit 6 # (9) Exhibit 7 # (10) Exhibit 8) (OLSON, BOB)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**QPWB_Numale - Opposition to Mtn on OST.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/13/2026] [FileNumber=37953104-0] [968d895a5176f7dea7ed60421d0c6852b8598caf1014aaed6435c038a63ef0dd97 54bfd0551a2b8488470a2ffd633e835fe3d5e30dada9b398b1ad23ff0dff15]]
**Document description:**Exhibit 1
**Original filename:**C:\fakepath\QPWB_Numale - Opp - Ex. 1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/13/2026] [FileNumber=37953104-1] [37fabdef674d88b3688606321f43257ab4f671797a9d3069e3539b084ff65fb546 4589674f8491e2134589d0ea1279d45dcceffe2f9e7298d52e9b5ab029c1e1]]
**Document description:**Exhibit 2 - Part 1
**Original filename:**C:\fakepath\QPWB_Numale - Opp - Ex. 2 - Part 1.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/13/2026] [FileNumber=37953104-2] [8277d5e1b403efc22bbaaf0d2cb57756516b1d075cfd11e431627d1a4c6c97c63f ad52d4a6b2cb75e7ff3e1af12089ed489793cb96b964aedef5a4a4493cb737]]
**Document description:**Exhibit 2 - Part 2
**Original filename:**C:\fakepath\QPWB_Numale - Opp - Ex. 2 - Part 2.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/13/2026] [FileNumber=37953104-3] [b2517d14da5d8aef7ba8220c8cb43f58685715160dc9768f62f22bb2eb86dc3538 1cd424a38dc46dd1afb6a1cbdc8383630329f7222a7f8de50ffcd59845ced6]]
**Document description:**Exhibit 2 - Part 3
**Original filename:**C:\fakepath\QPWB_Numale - Opp - Ex. 2 - Part 3.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/13/2026] [FileNumber=37953104-4] [4b7956f3ce4a0f9b7d5b1382d82b10ecf98960a28ad6b1ae8bc99e5f44c8e62376 e53401b4bf60ff45a2e5dc8cb5f5f497f8667cc44f655f834a68ffdc1f5451]]
**Document description:**Exhibit 3
**Original filename:**C:\fakepath\QPWB_Numale - Opp - Ex. 3.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/13/2026] [FileNumber=37953104-5] [94de748f69c913102138d2260d43c9f0b4afcf9b3fd0f50fb4af80c1190c54c469 561fed7a776eaca958490a9b67ee74cb1744a6fe72334f51ddbf255e9c15a2]]
**Document description:**Exhibit 4
**Original filename:**C:\fakepath\QPWB_Numale - Opp - Ex. 4.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/13/2026] [FileNumber=37953104-6] [aae3ebfad3b98259f0ec5f8b0d82661b232f4aaf163fe8203967c845ab784d32c6 78b25f8d1fcf03ad6d9505969d89c1c2b079548fc1798819dde7f84f723780]]
**Document description:**Exhibit 5
**Original filename:**C:\fakepath\QPWB_Numale - Opp - Ex. 5.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/13/2026] [FileNumber=37953104-7] [146a7fd057f72c3ec3af4f2a2d6404121d6c5e00ec195d69cd30c219a0f81cc072 340b40e10874c3c39f94e4c8533159e7d2da80454919184867f3ef778dba0a]]
**Document description:**Exhibit 6
**Original filename:**C:\fakepath\QPWB_Numale - Opp - Ex. 6.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/13/2026] [FileNumber=37953104-8] [f1fd234fcb7ffe12fc4d3a895fc56c9bb40de43bbb6704eebcbfd623d46cffb82d 1abd7ad0908215befc79305fc37e1a6690b065e9cdf0d6ee3925bb5c75f517]]
**Document description:**Exhibit 7

**Original filename:**C:\fakepath\QPWB_Numale - Opp - Ex. 7.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/13/2026] [FileNumber=37953104-9] [ce94855e574b06a717fc90a86287610d8dcccd24c0b51f4b81a611a3a41e55a59d9cf15ef75a3ce6ddd3e108747a4c098ff264f52e33b991f25c818e44672cdb]]
**Document description:**Exhibit 8
**Original filename:**C:\fakepath\QPWB_Numale - Opp - Ex. 8.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/13/2026] [FileNumber=37953104-10] [f8cb0b80e5ef08b02661ca2678ab89d4ec11670b9d07b13e90740ee21bd09ce62818c0860dd6deed02b1b46ef2b831412227bdd2c4c01d21fbcaf24e5552bfb6]]

**25-10341-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

LOUIS M BUBALA, III on behalf of Creditor Mayfair Mall LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com;mgomez@ca

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

IVAN M. GOLD on behalf of Creditor Mayfair Mall LLC
igold@allenmatkins.com

ISABELLA R. GOLDSMITH on behalf of Creditor Mayfair Mall LLC
igoldsmith@kcnvlaw.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

BLAKELEY E. GRIFFITH on behalf of Creditor N2 COMPANY
bgriffith@swlaw.com, docket_las@swlaw.com;mfull@swlaw.com;jfung@swlaw.com;sdugan@swlaw.com

STEVEN T GUBNER on behalf of Interested Party BG LAW LLP
sgubner@bg.law, ecf@bg.law

MARJORIE A. GUYMON on behalf of Defendant THE LCF GROUP, INC.
bankruptcy@goldguylaw.com, lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguyl

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

JOSEPH S. MANISCALCO, I on behalf of Defendant THE LCF GROUP, INC.

jsm@lhmlawfirm.com

BOB L. OLSON on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
bolson@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

STACY H RUBIN on behalf of Creditor Howard & Howard
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STEVEN B. SCOW on behalf of Creditor CHRISTOPHER ASANDRA
sscow@kskdlaw.com, dscow@kskdlaw.com

ANTHONY P SGRO on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
tsgro@sgroandroger.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Defendant BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue

stuart.wilson-patton@ag.tn.gov

RYAN J. WORKS on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
rworks@mcdonaldcarano.com, kkirn@mcdonaldcarano.com;bgrubb@mcdonaldcarano.com

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

**25-10341-nmc Notice will not be electronically mailed to:**

BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH
SUITE 2000
NASHVILLE, TN 37201

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

ALEX L. FUGAZZI, ESQ. on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL & WILMER, L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

CHARLES E. GIANELLONI on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

J.S. HELD LLC
,

KELCIE JIMENEZ
11439 MANZANO VISTA AVE SE
ALBUQUERQUE, NM 87123

MCAFEE AND TAFT LLP
,

BOB L. OLSON on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
,

MICHAEL REPPAS on behalf of Creditor EBF HOLDINGS, LLC
12496 NW 25 STREET
SWEETWATER, FL 33182

RIGGI LAW FIRM on behalf of Debtor NUMALE CORPORATION
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE COLORADO SC
7900 W SAHARA AVE
SUITE 100

LIVE ECF

LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMEDICAL SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.
,

RUBINBROWN LLP
10801 W. CHARLESTON BLVD.
SUITE 300
LAS VEGAS, NV 89135

Jacob Nathan Rubin
,

COLLEEN N. SAVAGE, ESQ. on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SGRO & ROGER
2901 EL CAMINO AVE.
SUITE 204
LAS VEGAS, NV 89102

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017