Ryan J. Works, Esq. (NSBN 9224)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com

*Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>***EX PARTE* MOTION TO REMOVE COUNSEL FROM THE CM/ECF SERVICE LIST** |

Ryan J. Works, Esq. ("Counsel") brings this *Ex Parte* Motion to Remove Counsel from the CM/ECF Service List (the "Motion") in the above-referenced bankruptcy proceedings. Representation for Certain Underwriters at Lloyd's London Syndicates 623/2623 in these bankruptcy cases has concluded and, therefore, it is no longer necessary that Counsel receive CM/ECF notices or mailings in the above-referenced bankruptcy case. Counsel hereby requests that he and McDonald Carano, LLP be removed from the CM/ECF Service List in bankruptcy case numbers 25-10341-nmc, 25-10342-nmc, 25-10343-nmc, 25-10344-nmc, 25-10345-nmc, 25-10346-nmc, and 25-10347-nmc. A proposed Order granting this Motion is attached as Exhibit 1.

DATED this 14th day of October, 2026.

McDONALD CARANO LLP

By: /s/ Ryan J. Works

Ryan J. Works, Esq. (NSBN 9224)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com

*Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

# EXHIBIT 1

EXHIBIT 1

Ryan J. Works, Esq. (NSBN 9224)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
rworks@mcdonaldcarano.com

*Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

In re:

☒ NUMALE CORPORATION,
☒ FELICIANO NUMALE NEVADA PLLC,
☒ NUMEDICAL SC,
☒ NUMALE COLORADO SC,
☒ NUMALE FLORIDA TB PLLC.
☒ NUMALE NEBRASKA LLC,
☒ NUMALE NEW MEXICO SC,

Debtors.

Lead Case No.: 25-10341-nmc
Chapter 11

Jointly Administered with:
Case No.: 25-10342-nmc
Case No.: 25-10343-nmc
Case No.: 25-10344-nmc
Case No.: 25-10345-nmc
Case No.: 25-10346-nmc
Case No.: 25-10347-nmc

**ORDER GRANTING *EX PARTE* MOTION TO REMOVE COUNSEL FROM THE CM/ECF SERVICE LIST**

The Court having reviewed the *Ex Parte* Motion to Remove Counsel from the CM/ECF Service List (the "Motion"), and good cause having been shown,

**IT IS HEREBY ORDERED** that the Motion is granted; and

**IT IS FURTHER ORDERED** that the Bankruptcy Court Clerk shall cause Ryan J. Works, Esq. to be removed from the CM/ECF Service List for bankruptcy case numbers 25-10341-nmc, 25-10342-nmc, 25-10343-nmc, 25-10344-nmc, 25-10345-nmc, 25-10346-nmc, and 25-10347-nmc.

**IT IS SO ORDERED.**

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Respectfully submitted,

McDONALD CARANO LLP

By: _/s/ Ryan J. Works_

Ryan J. Works, Esq. (NSBN 9224)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com

*Attorneys for Certain Underwriters at Lloyd's London Syndicates 623/2623*