# EXHIBIT H

EXHIBIT H

GARMAN
TURNER
GORDON

7251 AMIGO STREET
SUITE 210
LAS VEGAS, NV 89119
WWW.GTG.LEGAL
PHONE: 725 777 3000
FAX: 725 777 3112

October 7, 2026

Talitha Gray Kozlowski, Esq.
tgray@gtg.legal

**SENT VIA EMAIL AND U.S. MAIL**
Luis Salazar, Esq.
Cole Schotz P.C.
80 SW 8th St., Suite 1900
Miami, Florida 33130
LSalazar@coleschotz.com

Alex Fugazzi, Esq.
Charles Gianelloni, Esq.
Bob Olson, Esq.
Snell and Wilmer
1700 South Pavilion Center Drive
Suite 700
Las Vegas, Nevada 89135
cgianelloni@swlaw.com
Bolson@swlaw.com
afugazzi@swlaw.com

Re: *In re NuMale Corporation, et al.,* Lead Case No. 25-10341-nmc (Bankr. D. Nev.); Objection to Rule 2004 Subpoenas Served on Quintairos, Prieto, Wood & Boyer, P.A., Eric Boyer, and Eddie Prieto; Request to Meet and Confer

Dear Luis, Alex, Charles, and Bob:

While it is unfortunate our meet and confer efforts did not result in a consensual resolution, the Trustee is nonetheless willing to modify the subpoenaed document requests issued to Quintairos, Prieto, Wood & Boyer, P.A ("QPWB"), Eric Boyer, and Edward Prieto as follows:

In the subpoenas issued to Messrs. Boyer and Prieto, request numbers 4 through 12 are focused on subsequent transferees. In an effort to address the asserted (but disputed) overbreadth and burden, the Trustee will agree to replace request numbers 4 through 12 with the following three requests:

For any person, trust, or entity to which You transferred $250,000 or more, in the aggregate, during the 2024 calendar year, produce Documents sufficient to show: (i) the identity of the

transferee, (ii) the amount transferred, (iii) the date of the transfer(s); and (iv) the reason for the transfer(s). This request excludes real property purchases for property that You continue to own.

For any person, trust, or entity to which You transferred $250,000 or more, in the aggregate, during the 2025 calendar year, produce Documents sufficient to show: (i) the identity of the transferee, (ii) the amount transferred, (iii) the date of the transfer(s); and (iv) the reason for the transfer(s). This request excludes real property purchases for property that You continue to own.

For any person, trust, or entity to which You transferred $250,000 or more, in the aggregate, since January 1, 2026, produce Documents sufficient to show: (i) the identity of the transferee, (ii) the amount transferred, (iii) the date of the transfer(s); and (iv) the reason for the transfer(s). This request excludes real property purchases for property that You continue to own.

Similarly, while the Trustee does not agree that the subpoenas issued to QPWB are overbroad or imposes an undue burden, particularly in light of QPWB's counsel's (Mr. Sgro) contention that the Trustee has not undertaken a sufficient investigation into the asserted claims, the Trustee will agree to replace request numbers 3, 7 through 14, 16, 17, with the following two requests:

For the 80 to 100 attorneys described by QPWB as "rainmakers" or as heads of "business units" within QPWB, produce the: (i) agreement between QPWB and such lawyer(s) governing their compensation and other rights with respect to QPWB; and (ii) Documents sufficient to identify their aggregate compensation in 2024, 2025, and year to date 2026.

Due to the delay that has transpired during the meet and confer process and as a result of the pending motion to quash, the Trustee agrees to withdraw without prejudice from the QPWB subpoenas, request numbers 21, 22, 23, 26, 27, and 28.

GARMAN TURNER GORDON

TALITHA GRAY KOZLOWSKI, ESQ.

cc:

Michael W. Carmel, Esq., Trustee
Greg Garman
Jamie Garman