NVB 9037 (Rev. 2/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

NUMALE CORPORATION

Debtor(s)

BK−25−10341−nmc
CHAPTER 11

NOTICE OF FILING OFFICIAL TRANSCRIPT AND OF DEADLINES RELATED TO RESTRICTION AND REDACTION

---

**NOTICE IS GIVEN** that a transcript has been filed on October 19, 2026 as referenced in the following document:

***1036*** − Transcript regarding Hearing Held on 10/16/26. The transcript may be viewed at the Bankruptcy Court Clerk's Office. For additional information, you may contact the Transcriber ACCESS TRANSCRIPTS, LLC, Telephone number 855−873−2223. Purchasing Party: Bob Olson. Redaction Request Due By 11/9/2026. Redacted Transcript Submission Due By 11/19/2026. Transcript access will be restricted through 01/19/2027. (ACCESS TRANSCRIPTS, LLC)

The deadline for filing a *Request for Redaction* is November 9, 2026.

If a Request for Redaction is filed, the redacted transcript is due November 19, 2026. If no such request is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is January 19, 2027, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber, or you may view the document at the clerk's office public terminal. The transcriber's contact information is available on the case docket, or by calling the Help Desk at 1−866−232−1266. You may review the court's transcript policy on its web site: www.nvb.uscourts.gov.

Dated: 10/19/26

Dan Owens

Dan Owens
Clerk of Court