**ANTHONY P. SGRO, ESQ.**
Nevada Bar No. 3811
**COLLEEN N. SAVAGE, ESQ**
Nevada Bar No. 14947
**SGRO & ROGER**
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
csavage@sgroandroger.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>Debtor(s). | Bankruptcy No.: 25-10341-nmc<br><br>Chapter 11<br><br>**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** |

Luis Salazar, Petitioner, respectfully represents to the Court:

1. That Petitioner is an attorney at law and a member of the law firm of Cole Schotz P.C. with offices at Brickell City Tower, 80 SW 8th Street, Suite 1900, Miami, Florida 33130.

2. That Petitioner has been retained personally or as a member of the law firm by Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Edward Prieto (collectively, the "**Clients**") to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since September 28, 1988, Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of Florida, where



72459/0001-54257591

Petitioner regularly practices law. Petitioner shall attach a Certificate from the state bar or from the clerk of the Supreme Court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership there is in good standing.

4. The Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeals, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Name of State or Federal Bar or Court | Bar Number (if any) | Date Admitted |
|---|---|---|
| Florida | 147788 | 09/28/1998 |
| New Jersey | 043891992 | 12/22/1998 |
| New York | 2574762 | 1993 |
| United States Court of Appeals Eleventh Circuit | 147788 | 01/13/2015 |
| Florida Third District Court of Appeals | 147788 | 06/18/2013 |
| United States District Court, Southern District of Florida | 147788 | 1/15/1999 |
| United States District Court, Middle District of Florida | 147788 | 9/19/2000 |
| United States Bankruptcy Court, Southern District of Florida | 147788 | 1/19/2010 |
| United States Bankruptcy Court, Middle District of Florida | 147788 | 1/27/2006 |
| United States Bankruptcy Court, District of New York | 2574762 | 03/27/1995 |
| United States District Court Southern District of New Jersey | 043891992 | 01/26/1994 |

5. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any

judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below.

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

7. That Petitioner is a member of good standing in the following Bar Associations.

Florida Bar Association, Hispanic National Bar Association, Cuban American Bar Association, Bankruptcy Bar Association of the Southern District of Florida.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 during the past three (3) years in the following matters: (State "none" if no applications.) Include Date of Application, Cause, Title of Court, Administrative Body or Arbitrator, and if the Application was Granted or Denied.

None.

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the Clients that the applicant is not admitted to practice in this jurisdiction and that the Clients have consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

/s/ ______________________
Petitioners signature

STATE of New York )
COUNTY of New York )

Luis Salazar, Petitioner, being fist duly sworn, deposes and says:

That the foregoing statements are true.

/s/ ______________________
Petitioners signature

Subscribed and sworn to before me this

5th day of October, 2026.

______________________
Notary Public or Clerk of Court

LAVERNE S. BERRY
Notary Public, State of New York
No. 01BE6386193
Qualified in Queens County
Commission Expires 01/22/2027



72459/0001-54257591

**DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.**

Pursuant to the requirements of the Local Rules of Pracrice for this Court, the Petitioner believes it to be in the best interest of the client(s) to designate Anthony P. Sgro, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email of said designated Nevada Counsel is:

Address: 2901 El Camino Ave., Suite 204, Las Vegas, Nevada 89102.

Email: tsgro@sgroandroger.com

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designate resident admitted counsel to sign stipulations binding on all of us.

**APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL**

The undersigned party(ies) appoint(s) Anthony P. Sgro as their Designated Resident Counsel in this case.

/s/ [signature]
Party's signature

Eric Boyer
Print name

**CONSENT OF DESIGNEE**

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

[signature]
Designated Resident Nevada Counsel's signature

3811
Bar Number

APPROVED:

Dated this _____ day of ___________, 20____.

_______________________________________
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of October, 2026, service of the foregoing VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL was made:

- ■ By CM/ECF electronic service on all registered users in these cases;
- ■ By U.S. Mail, first-class postage prepaid, to: [Office of the U.S. Trustee; Michael W. Carmel, Liquidation Trustee; Garman Turner Gordon LLP; Paul, Weiss, Rifkind, Wharton & Garrison LLP; counsel to Sanchez; counsel to Beazley; counsel to NuMale Settling Defendants; ADDRESSES]
- ☐ By email to: [LIST]
- ☐ Other: [____]

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Caitlin Ferguson*
Employee of Sgro and Roger

# Supreme Court of New Jersey

# Certificate of Good Standing

*This is to certify that* **LUIS SALAZAR**
*(*[illegible]*.* **043891992** *) was constituted and appointed an Attorney at Law of New J*[illegible]*y on* **December 22, 1992** *and, as such, ha*[illegible]*en admitted to practice before the Supreme Court and all other courts of this State as* [illegible] *Attorney at Law, according to its laws, rules, and customs.*

[illegible] *further certify that as of this date, the above-named is an Attorney at Law in Goo*[illegible]*nding. For the purpose of this Certificate, an attorney is in "Good Standing" if the C*[illegible]*'s records reflect that the attorney: 1) is current with all assessments imposed as a part* [illegible] *filing of the annual Attorney Registration Statement, including, but not limite*[illegible]*ll obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspen*[illegible] *disbarred from the practice of law; 3) has not resigned from the Bar of this State; a*[illegible] *has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Ple*[illegible]*te that this Certificate does not constitute confirmation of an attorney's satisfactio*[illegible]*e administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this* [illegible]

*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 8th day of October, 2026.*

Heather J Baker

*Clerk of the Supreme Court*

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
## Southern District of Florida

## CERTIFICATE OF GOOD STANDING

I, **Angela E. Noble,** Clerk of the United States District Court for the Southern District of Florida,

do hereby certify that **Luis Salazar** , Florida Bar # **147788**, was duly admitted to practice in this Court on **January 15, 1999**, and is in good standing as a member of the Bar of this Court.

Dated at: **Miami, Florida** on May 05, 2026.

**Angela E. Noble**
*Court Administrator • Clerk of Court*

# *Appellate Division of the Supreme Court of the State of New York Third Judicial Department*

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## *Luis Salazar*

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on* ***December 2, 1993****, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*

*In Witness Whereof, I have hereunto set my hand in the City of Albany on January 8, 2026.*

*Clerk of the Court*

*CertID-00268100*

*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

*AD3AdmissionsOffice@nycourts.gov*
*http://www.nycourts.gov/ad3/admissions*
*(518) 471-4778*

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

Robert D Mayberger

Robert D. Mayberger
Clerk of the Court

Revised January 2022

# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon )

In Re: 0147788
Luis Salazar
Cole Schotz P.C.
Brickell City Tower 80 SW 8th Street, #1900
Miami, FL 33130

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 28, 1998**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 5th day of **October, 2026**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R10
CTM-439498