NVB 8005 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

NUMALE CORPORATION
Debtor(s)

BK−25−10341−nmc
CHAPTER 11

Appeal Reference Number: 26−34

QUINTAIROS, PRIETO, WOOD & BOYER P.A.,
Appellant(s)

vs

MICHAEL CARMEL, the Liquidation Trustee for the NuMale Liquidation Trust,
Appellee(s)

NOTICE OF REFERRAL
OF APPEAL TO
UNITED STATES DISTRICT COURT

To: All Parties in Appeal
U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by BOB L. OLSON, ESQ. with the Clerk of the Bankruptcy Court on 10/22/26.

The above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 10/23/26

Dan Owens

Dan Owens
Clerk of Court