NVB 8010−5 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

NUMALE CORPORATION
Debtor(s)

BK−25−10341−nmc
CHAPTER 11

Appeal Reference Number: 26−35

QUINTAIROS, PRIETO, WOOD & BOYER P.A.,
Appellant(s)

vs

MICHAEL CARMEL, the Liquidation Trustee for the NuMale Liquidation Trust
Appellee(s)

TRANSMITTAL FORM TO
UNITED STATES DISTRICT COURT

OFFICE NUMBER 0978/2

To: U.S. District Court
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South
Las Vegas, NV 89101

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | APPEAL FILED ON THE SAME DAY AND NOT ASSIGNED A CASE NUMBER YET. |
| Bankruptcy Judge | NATALIE M. COX |
| Date Notice of Appeal Filed | 10/22/26 |
| Date of Entry of Order Appealed | 10/19/26 |
| Date Bankruptcy Filed | 1/22/25 |
| Other | ORDER RELATES TO (2) MOTIONS |

Dated: 10/23/26

Dan Owens
Dan Owens
Clerk of Court