NVB 8010−1 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

NUMALE CORPORATION
Debtor(s)

BK−25−10341−nmc
CHAPTER 11

Appeal Reference Number: 26−35

QUINTAIROS, PRIETO, WOOD & BOYER P.A.
Appellant(s)

vs

MICHAEL CARMEL, the Liquidation Trustee for the NuMale Liquidation Trust
Appellee(s)

STATUS REPORT
REGARDING RECORD
ON APPEAL

To: U.S. District Court
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South
Las Vegas, NV 89101

U.S. Trustee

The record on the above−entitled appeal has not been forwarded for the following reason(s):

* Other: Please disregrd the Appeal that is for reference #26−35. The Appeal filed at docket #1052 is an Amended Appeal to Docket #1050. This Appeal is assigned 26−34 moving forward. Thank you.

Dated: 10/23/26

Dan Owens
Clerk of Court