**E-filed: October 23, 2026**

Bob L. Olson, Esq. (NV Bar No. 3783)
Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Charles E. Gianelloni, Esq. (NV Bar No. 12747)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
afugazzi@swlaw.com
cgianelloni@swlaw.com

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

NUMALE CORPORATION,

☐ AFFECTS THIS DEBTOR
☐ AFFECTS FELICIANO NUMALE NEVADA PLLC
☐ AFFECTS NUMEDICAL SC
☐ AFFECTS NUMALE COLORADO SC
☐ AFFECTS NUMALE FLORIDA TB PLLC
☐ AFFECTS NUMALE NEBRASKA LLC
☐ AFFECTS NUMALE NEW MEXICO SC
☒ AFFECTS ALL DEBTORS

Debtors.

QUINTAIROS, PRIETO, WOOD & BOYER P.A.,

Appellants,

v.

MICHAEL CARMEL, the Liquidation Trustee for the NuMale Liquidation Trust,

Appellee.

Case No. 25-10341-nmc

Chapter 11

Jointly Administered with:

| | |
|---|---|
| 25-10342-nmc | Feliciano NuMale Nevada PLLC |
| 25-10343-nmc | NuMedical SC |
| 25-10344-nmc | NuMale Colorado SC |
| 25-10345-nmc | NuMale Florida TB PLLC |
| 25-10346-nmc | NuMale Nebraska LLC |
| 25-10347-nmc | NuMale New Mexico SC |

***EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON QUINTAIROS, PRIETO, WOOD & BOYER P.A.'S EMERGENCY MOTION FOR STAY OF ORDER PENDING APPEAL, OR, ALTERNATIVELY, TEMPORARY STAY**

Pursuant to Local Rule 9006, Quintairos, Prieto, Wood & Boyer P.A. ("QPWB"), by and through its counsel, Snell & Wilmer L.L.P., submits this *Ex Parte* Application for an Order

Shortening Time for Hearing (the "Application") on *Quintairos, Prieto, Wood & Boyer P.A.'s Emergency Motion for Stay Pending Appeal, or, Alternatively, Temporary Stay* (the "Motion to Stay") [ECF No. 1057], and setting a hearing on the Motion to Stay as soon as practicable, so that any hearing *and* ruling occur in advance of October 30, 2026 by 5:00 pm PST. QPWB requests a hearing far enough in advance of October 30, 2026, to provide it with an opportunity to seem a stay pending appeal from the District Court in the event that this Court denies the Motion to Stay. This Application is made pursuant to Bankruptcy Rules of Procedure 9006(c), Local Rule ("LR") 9006, and LR 4001(e), and is based upon the pleadings and papers filed herein, the Declaration of Bob L. Olson, Esq. (the "Declaration") in support hereof, attached as **Exhibit 1**, and the Attorney Information Sheet attached as **Exhibit 2,** and any argument the Court may hear on the Motion to Stay.

1. On October 19, 2026, the Court entered the *Order Granting Amended Motion to Enforce Rule 2004 Order and Compel Compliance with the Subpoena Issued to Quintairos, Prieto, Wood & Boyer P.A. at Its Nevada Office* (the "Order") [ECF No. 1046], adopting the Trustee's proposed order [ECF No. 1031-1]. *See* ECF No. 1046 at 5. Among other things, the Order: (i) found that Fed. R. Civ. P. 45(c) "does not limit the place of compliance for an entity to the location of its headquarters," and that Las Vegas, Nevada is a permissible place of compliance, *id.* ¶ D; (ii) found that this Court is the court for the district where compliance is required and "expressly decline[d] QPWB's request to defer ruling pending the hearing on the Florida Motion," *id.* ¶ E; (iii) found that the Modified Nevada Subpoena falls within Fed. R. Bankr. P. 2004(b)(1)(A) and the Rule 2004 Order, *id.* ¶ F; (iv) found that QPWB had not shown specific prejudice warranting a protective order, *id.* ¶ H; and (v) found the pending-proceeding rule inapplicable, *id.* ¶ I. The Order also summarily denied QPWB's "Countermotion." *See id.* at 5; Olson Dec. at 4.

2. The Order requires QPWB to: (i) produce all documents responsive to the Modified Nevada Subpoena by October 30, 2026, at 5:00 p.m. (Pacific); (ii) serve any privilege log by the same deadline; and (iii) produce its most knowledgeable person for examination in Las Vegas,

Snell & Wilmer L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

Nevada on or before November 4, 2026, at 9:00 a.m. (Pacific).[1] *See* ECF No. 1046 ¶¶ 1-3; Olson Dec. at 5.

3. QPWB filed its notice of appeal of the Order, a motion for leave to appeal under 28 U.S.C. § 158(a)(3) and Fed. R. Bankr. P. 8004, and *Quintairos, Prieto, Wood & Boyer P.A.'s Emergency Motion for Stay of Order Pending Appeal* (the "Motion to Stay"). *See* ECF Nos. 1050, 1052; Olson Dec. at 6.

4. As explained in further detail in the Motion to Stay, QPWB seeks an immediate stay of the Order pending QPWB's appeal of the Order. The Order requires QPWB – a non-debtor, non-creditor law firm – to produce, by *October 30, 2026*, the compensation agreements and aggregate compensation for nearly one hundred (100) of its attorneys, none of whom is a debtor, an equity holder of QPWB, an officer of QPWB, or a director of QPWB, and to produce its most knowledgeable person for a Fed. R. Bankr. P. 2004 examination in Las Vegas, Nevada by *November 4, 2026*, at the latest. QPWB is currently appealing the Order. Absent a stay, QPWB will be compelled, *in the next few days*, to comply before any appellate court has the opportunity to review the Order, and once the documents are produced and the examination is taken, the disclosure cannot be undone. The appeal would be mooted in practical effect, and the confidential compensation information of nearly one hundred (100) non-party employees in up to thirty-five (35) different jurisdictions would be in the hands of Trustee – who has announced his intent to sue them. Olson Dec., at 37

5. Once QPWB produces the compensation agreements and aggregate compensation for nearly (100) non-party attorneys, and once its designee is examined, no appellate ruling can restore the confidentiality of that information or "unring the bell." Without a stay, the October 30, 2026 deadline (for documents) and November 4, 2026, deadline (for examination) will both pass before any appeal can be heard, effectively depriving QPWB of appellate review. Olson Dec. at 8.

[1] The Order also directs the parties to meet and confer about a protective order, and to the extent one cannot be agreed to, allows QPWB to designate documents as "confidential," requiring sealing if publicly filed (unless a court de-designates the documents). *See* ECF No. 1046 ¶ 4. However, this does not protect against the Trustee's use of the documents in all other ways except public filing.

Snell & Wilmer L.L.P. LAW OFFICES 1700 South Pavilion Center Drive, Suite 700 Las Vegas, Nevada 89135 702.784.5200

6. The harm is concrete and particularized. First, the information belongs not only to QPWB but to nearly one hundred (100) employees who are not parties to these jointly administered proceedings and who reside in jurisdictions with their own laws protecting employee personnel and compensation information. *See* ECF No. 1028 at Ex. A (Boyer Decl. ¶¶ 30-33). Each would have a right to object to such disclosure. *See id.* Compelled production may expose QPWB to potential liability to its employees across up to thirty-five (35) different jurisdictions. *See id.*; *see also* ECF No. 1036 at 30:24-31:4. Second, the disclosure is sought for the express purpose of identifying those employees as defendants, [ECF No. 1015 at 19], creating a substantial risk of attrition and office closures that no later ruling could reverse. *See* ECF No. 1028 at Ex. A (Boyer Decl. ¶¶ 30-33); *see also* ECF No. 1036 at 31:14-21. Third, once compliance occurs, QPWB will have permanently lost the procedural protections that would govern discovery in a normal civil lawsuit – relevance, proportionality, and the full right to counsel and objection – which is the very harm the pending-proceeding rule exists to prevent. Thus, not only is a stay needed, it is needed on an expedited basis, otherwise it will become moot. Olson Dec. at 9.

7. Cause exists for an expedited hearing and ruling on the Motion to Stay because QPWB is faced with fast approaching deadlines – namely October 30, 2026, and November 4, 2026 – with which to comply with the Order. QPWB needs the hearing and ruling on the Motion to Stay to occur before October 30, 2026, by 5:00 PST to either secure an order staying enforcement or, if the event this court denies a stay pending appeal, far enough in advance of those deadlines so that PQWB may seek a stay pending appeal from the District Court. Olson Dec. at 10.

8. Counsel for QPWB requested consent to an OST from the Trustee's counsel on October 23, 2026 at 1:07 pm. Local Rule 9006(a)(1)-(4). QPWB's counsel has not received a response to that request.

9. Counsel for QPWB anticipates that a hearing on the Motion to Shorten would take approximately one (1) hour or less. Local Rule 9006(a)(5).

10. The relief requested in the Motion to Stay risks becoming moot after October 30, 2026 if not granted by then. Local Rule 9006(a)(5)..

///

Snell & Wilmer L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

11. A proposed form of order granting the Motion on shortened time is attached hereto as **Exhibit 3.**

Dated: October 23, 2026.

SNELL & WILMER L.L.P.

*<u>/s/ Bob L. Olson</u>*
Bob L. Olson (NV Bar No. 3783)
Alex L. Fugazzi (NV Bar No. 9022)
Charles E. Gianelloni (NV Bar No. 12747)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

# EXHIBIT 1

EXHIBIT 1

**E-filed: October 23, 2026**

Bob L. Olson, Esq. (NV Bar No. 3783)
Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Charles E. Gianelloni, Esq. (NV Bar No. 12747)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
afugazzi@swlaw.com
cgianelloni@swlaw.com

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

NUMALE CORPORATION,

☐ AFFECTS THIS DEBTOR
☐ AFFECTS FELICIANO NUMALE NEVADA PLLC
☐ AFFECTS NUMEDICAL SC
☐ AFFECTS NUMALE COLORADO SC
☐ AFFECTS NUMALE FLORIDA TB PLLC
☐ AFFECTS NUMALE NEBRASKA LLC
☐ AFFECTS NUMALE NEW MEXICO SC
☒ AFFECTS ALL DEBTORS

Debtors.

QUINTAIROS, PRIETO, WOOD & BOYER P.A.,

Appellants,

v.

MICHAEL CARMEL, the Liquidation Trustee for the NuMale Liquidation Trust,

Appellee.

Case No. 25-10341-nmc

Chapter 11

Jointly Administered with:

| | |
|---|---|
| 25-10342-nmc | Feliciano NuMale Nevada PLLC |
| 25-10343-nmc | NuMedical SC |
| 25-10344-nmc | NuMale Colorado SC |
| 25-10345-nmc | NuMale Florida TB PLLC |
| 25-10346-nmc | NuMale Nebraska LLC |
| 25-10347-nmc | NuMale New Mexico SC |

**DECLARATION OF BOB L. OLSON IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER SHORTENING TIME FOR HEARING ON QUINTAIROS, PRIETO, WOOD & BOYER P.A.'S EMERGENCY MOTION FOR STAY OF ORDER PENDING APPEAL, OR, ALTERNATIVELY, TEMPORARY STAY**

I, Bob L. Olson, make this Declaration in support of the *Ex Parte Application for Order Shortening Time for Hearing on Quintairos, Prieto, Wood & Boyer P.A.'s Emergency Motion for*

*Stay Pending Appeal, or Alternatively, Temporary Stay* (the "Application") and state as follows:

1. I have personal knowledge of all matters set forth herein, except for those matters stated to be based on information and belief. If called to do so, I would competently and truthfully testify to all matters set forth herein, except for those matters stated to be based upon information and belief.

2. I am a partner at Snell & Wilmer L.L.P., counsel for Quintairos, Prieto, Wood & Boyer P.A. ("QPWB") in these jointly administered bankruptcy proceedings.

3. Pre-bankruptcy, QPWB represented some of the debtors (and other non-debtors parties) in a New Mexico lawsuit brought by Mr. Sanchez (the "*Sanchez* Lawsuit"). *See* ECF No. 1028 at 4. The *Sanchez* Lawsuit resulted in a four hundred and twelve million ($412,000,000) verdict against QPWB's clients. *See id.* at 5.

4. On October 19, 2026, the Court entered the *Order Granting Amended Motion to Enforce Rule 2004 Order and Compel Compliance with the Subpoena Issued to Quintairos, Prieto, Wood & Boyer P.A. at Its Nevada Office* (the "Order") [ECF No. 1046], adopting the Trustee's proposed order [ECF No. 1031-1]. *See* ECF No. 1046 at 5. Among other things, the Order: (i) found that Fed. R. Civ. P. 45(c) "does not limit the place of compliance for an entity to the location of its headquarters," and that Las Vegas, Nevada is a permissible place of compliance, *id.* ¶ D; (ii) found that this Court is the court for the district where compliance is required and "expressly decline[d] QPWB's request to defer ruling pending the hearing on the Florida Motion," *id.* ¶ E; (iii) found that the Modified Nevada Subpoena falls within Fed. R. Bankr. P. 2004(b)(1)(A) and the Rule 2004 Order, *id.* ¶ F; (iv) found that QPWB had not shown specific prejudice warranting a protective order, *id.* ¶ H; and (v) found the pending-proceeding rule inapplicable, *id.* ¶ I. The Order also summarily denied QPWB's "Countermotion." *See id.* at 5.

5. The Order requires QPWB to: (i) produce all documents responsive to the Modified Nevada Subpoena by October 30, 2026, at 5:00 p.m. (Pacific); (ii) serve any privilege log by the

Snell & Wilmer L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

same deadline; and (iii) produce its most knowledgeable person for examination in Las Vegas, Nevada on or before November 4, 2026, at 9:00 a.m. (Pacific).[1] *See* ECF No. 1046 ¶¶ 1-3.

6. QPWB filed its notice of appeal of the Order, a motion for leave to appeal under 28 U.S.C. § 158(a)(3) and Fed. R. Bankr. P. 8004, and *Quintairos, Prieto, Wood & Boyer P.A.'s Emergency Motion for Stay of Order Pending Appeal* (the "Motion to Stay"). *See* ECF Nos. 1050, 1052.

7. As explained in further detail in the Motion to Stay, QPWB seeks an immediate stay of the Order pending QPWB's appeal of the Order. The Order requires QPWB – a non-debtor, non-creditor law firm – to produce, by *October 30, 2026*, the compensation agreements and aggregate compensation for nearly one hundred (100) of its attorneys, none of whom is a debtor, an equity holder of QPWB, an officer of QPWB, or a director of QPWB, and to produce its most knowledgeable person for a Fed. R. Bankr. P. 2004 examination in Las Vegas, Nevada by *November 4, 2026*, at the latest. QPWB is currently appealing the Order. Absent a stay, QPWB will be compelled, *in the next few days*, to comply before any appellate court has the opportunity to review the Order, and once the documents are produced and the examination is taken, the disclosure cannot be undone. The appeal would be mooted in practical effect, and the confidential compensation information of nearly one hundred (100) non-party employees in up to thirty-five (35) different jurisdictions would be in the hands of Trustee – who has announced his intent to sue them.

8. Once QPWB produces the compensation agreements and aggregate compensation for nearly (100) non-party attorneys, and once its designee is examined, no appellate ruling can restore the confidentiality of that information or "unring the bell." Without a stay, the October 30, 2026 deadline (for documents) and November 4, 2026, deadline (for examination) will both pass before any appeal can be heard, effectively depriving QPWB of appellate review.

---

[1] The Order also directs the parties to meet and confer about a protective order, and to the extent one cannot be agreed to, allows QPWB to designate documents as "confidential," requiring sealing if publicly filed (unless a court de-designates the documents). *See* ECF No. 1046 ¶ 4. However, this does not protect against the Trustee's use of the documents in all other ways except public filing.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

9. The harm is concrete and particularized. First, the information belongs not only to QPWB but to nearly one hundred (100) employees who are not parties to these jointly administered proceedings and who reside in jurisdictions with their own laws protecting employee personnel and compensation information. *See* ECF No. 1028 at Ex. A (Boyer Decl. ¶¶ 30-33). Each would have a right to object to such disclosure. *See id.* Compelled production may expose QPWB to potential liability to its employees across up to thirty-five (35) different jurisdictions. *See id.*; *see also* ECF No. 1036 at 30:24-31:4. Second, the disclosure is sought for the express purpose of identifying those employees as defendants, [ECF No. 1015 at 19], creating a substantial risk of attrition and office closures that no later ruling could reverse. *See* ECF No. 1028 at Ex. A (Boyer Decl. ¶¶ 30-33); *see also* ECF No. 1036 at 31:14-21. Third, once compliance occurs, QPWB will have permanently lost the procedural protections that would govern discovery in a normal civil lawsuit – relevance, proportionality, and the full right to counsel and objection – which is the very harm the pending-proceeding rule exists to prevent. Thus, not only is a stay needed, it is needed on an expedited basis, otherwise it will become moot.

10. Cause exists for an expedited hearing and ruling on the Motion to Stay because QPWB is faced with fast approaching deadlines – namely October 30, 2026, and November 4, 2026 – with which to comply with the Order. QPWB needs the hearing and ruling on the Motion to Stay to occur before October 30, 2026, by 5:00 PST to either secure an order staying enforcement or, if the event this court denies a stay pending appeal, far enough in advance of those deadlines so that PQWB may seek a stay pending appeal from the District Court.

11. Counsel for QPWB requested consent to an OST from the Trustee's counsel on October 23, 2026 at 1:07 pm. Local Rule 9006(a)(1)-(4). I have not received a response to this request.

12. Counsel for QPWB anticipates that a hearing on the Motion to Shorten would take approximately one (1) hour or less. Local Rule 9006(a)(5).

13. The relief requested in the Motion to Stay risks becoming moot after October 30, 2026 if not granted by then. Local Rule 9006(a)(5).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

DATED: October 23, 2026

*<u>/s/ Bob L. Olson</u>*
Bob L. Olson, Esq.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

# EXHIBIT 2

EXHIBIT 2

**E-filed: October 23, 2026**

Bob L. Olson, Esq. (NV Bar No. 3783)
Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Charles E. Gianelloni, Esq. (NV Bar No. 12747)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
afugazzi@swlaw.com
cgianelloni@swlaw.com

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Snell & Wilmer L.L.P. LAW OFFICES 1700 South Pavilion Center Drive, Suite 700 Las Vegas, Nevada 89135 702.784.5200

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

NUMALE CORPORATION,

☐ AFFECTS THIS DEBTOR
☐ AFFECTS FELICIANO NUMALE NEVADA PLLC
☐ AFFECTS NUMEDICAL SC
☐ AFFECTS NUMALE COLORADO SC
☐ AFFECTS NUMALE FLORIDA TB PLLC
☐ AFFECTS NUMALE NEBRASKA LLC
☐ AFFECTS NUMALE NEW MEXICO SC
☒ AFFECTS ALL DEBTORS

Debtors.

QUINTAIROS, PRIETO, WOOD & BOYER P.A.,

Appellants,

v.

MICHAEL CARMEL, the Liquidation Trustee for the NuMale Liquidation Trust,

Appellee.

Case No. 25-10341-nmc

Chapter 11

Jointly Administered with:

| | |
|---|---|
| 25-10342-nmc | Feliciano NuMale Nevada PLLC |
| 25-10343-nmc | NuMedical SC |
| 25-10344-nmc | NuMale Colorado SC |
| 25-10345-nmc | NuMale Florida TB PLLC |
| 25-10346-nmc | NuMale Nebraska LLC |
| 25-10347-nmc | NuMale New Mexico SC |

**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME**

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree with the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE | NO RESPONSE |
|---|---|---|---|---|
| Gregory E. Garman<br>Talitha Gray Kozlowski<br>Jamie Garman<br>ggarman@gtg.legal<br>tgray@gtg.legal<br>jgarman@gtglegal.com<br>(725) 777-3000 | October 23, 2026 | | | X |

Dated: October 23, 2026.

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
Alex L. Fugazzi (NV Bar No. 9022)
Charles E. Gianelloni (NV Bar No. 12747)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Snell & Wilmer L.L.P. LAW OFFICES 1700 South Pavilion Center Drive, Suite 700 Las Vegas, Nevada 89135 702.784.5200

# EXHIBIT 3

EXHIBIT 3

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

Bob L. Olson, Esq. (NV Bar No. 3783)
Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Charles E. Gianelloni, Esq. (NV Bar No. 12747)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
afugazzi@swlaw.com
cgianelloni@swlaw.com

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

NUMALE CORPORATION,

☐ AFFECTS THIS DEBTOR
☐ AFFECTS FELICIANO NUMALE NEVADA PLLC
☐ AFFECTS NUMEDICAL SC
☐ AFFECTS NUMALE COLORADO SC
☐ AFFECTS NUMALE FLORIDA TB PLLC
☐ AFFECTS NUMALE NEBRASKA LLC
☐ AFFECTS NUMALE NEW MEXICO SC
☒ AFFECTS ALL DEBTORS

Debtors.

Case No. 25-10341-nmc

Chapter 11

Jointly Administered with:

| | |
|---|---|
| 25-10342-nmc | Feliciano NuMale Nevada PLLC |
| 25-10343-nmc | NuMedical SC |
| 25-10344-nmc | NuMale Colorado SC |
| 25-10345-nmc | NuMale Florida TB PLLC |
| 25-10346-nmc | NuMale Nebraska LLC |
| 25-10347-nmc | NuMale New Mexico SC |

**ORDER SHORTENING TIME FOR HEARING ON QUINTAIROS, PRIETO, WOOD & BOYER P.A.'S EMERGENCY MOTION FOR STAY OF ORDER PENDING APPEAL, OR ALTERNATIVELY, TEMPORARY STAY**

| |
|---|
| QUINTAIROS, PRIETO, WOOD & BOYER P.A.,<br><br>Appellants,<br><br>v.<br><br>MICHAEL CARMEL, the Liquidation Trustee for the NuMale Liquidation Trust,<br><br>Appellee. |

The Court having reviewed the *Motion for Order Shortening Time and Notice of Hearing for Quintairos, Prieto, Wood & Boyer P.A.'s Emergency Motion for Stay of Order Pending Appeal* (the "Motion to Shorten") [ECF No. ____] filed on October 23, 2026, and for good cause appearing;

**IT IS HEREBY ORDERED** that the Motion to Shorten is granted;

**IT IS FURTHER ORDERED** that *Quintairos, Prieto, Wood & Boyer P.A.'s Emergency Motion for Stay Pending Appeal* (the "Motion to Stay") [ECF No. 1057] will be considered on an expedited basis.

**IT IS FURTHER ORDERED** that a hearing will take place on the Motion to Stay on October __, 2026 before the Honorable Natalie M. Cox at the United States Bankruptcy Court for the District of Nevada located at the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, Courtroom 3, at _____ a.m./p.m. PST.

Parties are permitted to appear telephonically by dialing **(833) 435-1820** and entering meeting ID **161 166 2815** and entering access code **115788#**. If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions related to the court participation number and access code.

**IT IS FURTHER ORDERED** that Quintairos, Prieto, Wood & Boyer P.A. will serve this Order on the Trustee via email the day the order is entered on the docket.

**IT IS FURTHER ORDERED** that any response to the Motion to Stay may be filed by October __, 2026 by 5:00 p.m. PST. Any reply in support of the Motion to Stay may be filed by October __, 2026 by 5:00 p.m. PST. A written opposition and reply is not required and may be presented orally at the hearing.

**IT IS FURTHER ORDERED** that service of this Order shall be completed by

Snell & Wilmer L.L.P. LAW OFFICES 1700 South Pavilion Center Drive, Suite 700 Las Vegas, Nevada 89135 702.784.5200

____________________, 2026.

**IT IS SO ORDERED.**

Respectfully submitted,

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
Alex L. Fugazzi (NV Bar No. 9022)
Charles E. Gianelloni (NV Bar No. 12747)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

###

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200