GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Trustee of the NuMale Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**DECLARATION OF TALITHA GRAY KOZLOWSKI, ESQ. IN SUPPORT OF OPPOSITION TO QUINTAIROS, PRIETO, WOOD & BOYER, P.A.'S MOTION FOR ORDER SHORTENING TIME TO HEAR ITS EMERGENCY MOTION FOR STAY OF ORDER PENDING APPEAL**

I, Talitha Gray Kozlowski, Esq., declare as follows:

1. I am over the age of eighteen years and competent to testify on the matters set forth



GARMAN TURNER GORDON LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

herein. I am an attorney licensed to practice law in the State of Nevada and am a partner with Garman Turner Gordon LLP ("GTG"), counsel to Michael Carmel, the Liquidation Trustee of the NuMale Liquidation Trust (the "Trustee"). GTG also represents Christopher Asandra, M.D., Carlos Feliciano, M.D., Brad Palubicki, and Justin Pulliam. I have personal knowledge of the facts stated in this declaration and could testify competently to them if called as a witness. Capitalized terms not defined herein have the meanings given to them in the Opposition filed contemporaneously herewith.

2. The Compliance Order [ECF No. 1046] was entered on Monday, October 19, 2026. On Friday, October 23, 2026, at approximately 1:07 p.m. Pacific Time, Charles E. Gianelloni of Snell & Wilmer L.L.P., counsel for QPWB, sent an email to Gregory E. Garman, Jamie Garman, and me attaching the Emergency Motion [ECF No. 1057] and QPWB's Emergency Motion for Leave to File Appeal [ECF No. 1058], and asking whether the Trustee consents to having those motions heard on shortened time. That email was the first request QPWB made for the Trustee's consent to a hearing on shortened time. A true and correct copy of that email is attached hereto as Exhibit 1.

3. On October 25, 2026, the Trustee, through GTG, provided counsel for QPWB by email a proposed stipulated protective order governing QPWB's production under the Compliance Order. A true and correct copy of the proposed stipulated protective order is attached hereto as Exhibit 2.

4. Greg Garman, the lead GTG attorney, will the doing a solo backpacking trip from the morning of October 28, 2026 through the evening of October 30, 2026, without access to the internet or electronic devices during that time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 25th day of October, 2026.

*/s/ Talitha Gray Kozlowski*
TALITHA GRAY KOZLOWSKI, ESQ.

Garman Turner Gordon LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000