**E-filed: October 26, 2026**

Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Charles E. Gianelloni, Esq. (NV Bar No. 12747)
Bob L. Olson, Esq. (NV Bar No. 3783)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: afugazzi@swlaw.com
cgianelloni@swlaw.com
bolson@swlaw.com

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Snell & Wilmer L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

NUMALE CORPORATION,

☐ AFFECTS THIS DEBTOR
☐ AFFECTS FELICIANO NUMALE NEVADA PLLC
☐ AFFECTS NUMEDICAL SC
☐ AFFECTS NUMALE COLORADO SC
☐ AFFECTS NUMALE FLORIDA TB PLLC
☐ AFFECTS NUMALE NEBRASKA LLC
☐ AFFECTS NUMALE NEW MEXICO SC
☒ AFFECTS ALL DEBTORS

Debtors.

QUINTAIROS, PRIETO, WOOD & BOYER P.A.,

Appellants,

v.

MICHAEL CARMEL, the Liquidation Trustee for the NuMale Liquidation Trust,

Appellee.

Case No. 25-10341-nmc

Chapter 11

Jointly Administered with:

| | |
|---|---|
| 25-10342-nmc | Feliciano NuMale Nevada PLLC |
| 25-10343-nmc | NuMedical SC |
| 25-10344-nmc | NuMale Colorado SC |
| 25-10345-nmc | NuMale Florida TB PLLC |
| 25-10346-nmc | NuMale Nebraska LLC |
| 25-10347-nmc | NuMale New Mexico SC |

**CERTIFICATE OF SERVICE**

I served true and correct copies of the following documents in the above matter, via the following means, on the date specified, to the persons as listed below:

1. Quintairos, Prieto, Wood & Boyer P.A.'s Emergency Motion for Stay of Order Pending Appeal, or Alternatively, Temporary Stay **[ECF No. 1057]**;
2. Quintairos, Prieto, Wood & Boyer P.A.'s Emergency Motion for Leave to File Appeal **[ECF No. 1058]**;
3. Quintairos, Prieto, Wood & Boyer P.A.'s Amended Emergency Motion for Leave to File Appeal **[ECF No. 1059]**; and
4. *Ex Parte* Application for Order Shortening Time for Hearing on Quintairos, Prieto, Wood & Boyer P.A.'s Emergency Motion for Stay of Order Pending Appeal, or Alternatively, Temporary Stay **[ECF No. 1069].**

**VIA THE COURT'S CM/ECF SYSTEM October 23, 2026:**

See filing receipt for ECF No. 1057 attached as **Exhibit 1**.

See filing receipt for ECF No. 1058 attached as **Exhibit 2**.

See filing receipt for ECF No. 1059 attached as **Exhibit 3**.

See filing receipt for ECF No. 1069 attached as **Exhibit 4**.

**VIA U.S. MAIL (postage fully pre-paid) (October 26, 2026):**

EMILY C TAUBE ESQ
BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH STE 2000
NASHVILLE TN 37201

MICHAEL REPPAS
12496 NW 25 STREET
SWEETWATER, FL 33182

FORD MOTOR CREDIT COMPANY, LLC
C/O AIS PORTFOLIO SERVICES, LLC
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118

ZACHARY WEINER
DAVID ZYLBERBERG
BRYCE FRIEDMAN
SUMMER CRAIG
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Snell & Wilmer L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

RYAN J WORKS
MCDONALD CARANO LLP
2300 WEST SAHARA AVENUE, SUITE 1200
LAS VEGAS, NV 89102

RUBINBROWN LLP
10801 W. CHARLESTON BLVD.
SUITE 300
LAS VEGAS, NV 89135

KELCIE JIMENEZ
11439 MANZANO VISTA AVE SE
ALBUQUERQUE, NM 87123

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 26, 2026.

*/s/ Mary Full*
An Employee of Snell & Wilmer L.L.P.

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

# EXHIBIT 1

EXHIBIT 1

**File a Motion:**

25-10341-nmc NUMALE CORPORATION

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: BAPCPA, JNTADMN, LEAD, EXHS, APPEAL |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from BOB L. OLSON entered on 10/23/2026 at 11:44 AM PDT and filed on 10/23/2026
**Case Name:** NUMALE CORPORATION
**Case Number:** 25-10341-nmc
**Document Number:** 1057

**Docket Text:**
Emergency Motion To Stay Pending Appeal *Quintairos, Prieto, Wood & Boyer P.A.'s Emergency Motion for Stay of Order Pending Appeal, or Alternatively, Temporary Stay* Filed by BOB L. OLSON on behalf of QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO (Related document(s)[1046] Order) (OLSON, BOB)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**QPWB_Numale bky - Emerg Motion for Stay Pending Appeal.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/23/2026] [FileNumber=37977698-0] [b1f7825f490e67c2448aa582366ea030c60971d6de7155046fa64ba2e79c4a81ab adb4f1882d8491782f561b0f859207f310a7dc59200363dbd9ba659ddbb8d5]]

**25-10341-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

LOUIS M BUBALA, III on behalf of Creditor Mayfair Mall LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com;mgomez@ca

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

IVAN M. GOLD on behalf of Creditor Mayfair Mall LLC
igold@allenmatkins.com

ISABELLA R. GOLDSMITH on behalf of Creditor Mayfair Mall LLC
igoldsmith@kcnvlaw.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

BLAKELEY E. GRIFFITH on behalf of Creditor N2 COMPANY
bgriffith@swlaw.com, docket_las@swlaw.com;mfull@swlaw.com;jfung@swlaw.com;sdugan@swlaw.com

STEVEN T GUBNER on behalf of Interested Party BG LAW LLP
sgubner@bg.law, ecf@bg.law

LIVE ECF

MARJORIE A. GUYMON on behalf of Defendant THE LCF GROUP, INC.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguyl

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

JOSEPH S. MANISCALCO, I on behalf of Defendant THE LCF GROUP, INC.
jsm@lhmlawfirm.com

BOB L. OLSON on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
bolson@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

STACY H RUBIN on behalf of Creditor Howard & Howard
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STEVEN B. SCOW on behalf of Creditor CHRISTOPHER ASANDRA
sscow@kskdlaw.com, dscow@kskdlaw.com

ANTHONY P SGRO on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
tsgro@sgroandroger.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC

LIVE ECF
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Defendant BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

**25-10341-nmc Notice will not be electronically mailed to:**

BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH
SUITE 2000
NASHVILLE, TN 37201

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

ALEX L. FUGAZZI, ESQ. on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL & WILMER, L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

CHARLES E. GIANELLONI on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

J.S. HELD LLC
,

KELCIE JIMENEZ
11439 MANZANO VISTA AVE SE
ALBUQUERQUE, NM 87123

MCAFEE AND TAFT LLP
,

BOB L. OLSON on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
,

LIVE ECF

MICHAEL REPPAS on behalf of Creditor EBF HOLDINGS, LLC
12496 NW 25 STREET
SWEETWATER, FL 33182

RIGGI LAW FIRM on behalf of Debtor NUMALE CORPORATION
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE COLORADO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMEDICAL SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.
,

RUBINBROWN LLP
10801 W. CHARLESTON BLVD.
SUITE 300
LAS VEGAS, NV 89135

Jacob Nathan Rubin
,

LUIS SALAZAR on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
COLE SCHOTZ P.C.
BRICKELL CITY TOWER
80 SW 8TH STREET
SUITE 1900
MIAMI, FL 33130

COLLEEN N. SAVAGE, ESQ. on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SGRO & ROGER
2901 EL CAMINO AVE.
SUITE 204
LAS VEGAS, NV 89102

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

# EXHIBIT 2

# EXHIBIT 2

**File a Motion:**

25-10341-nmc NUMALE CORPORATION

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: BAPCPA, JNTADMN, LEAD, EXHS, APPEAL |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from BOB L. OLSON entered on 10/23/2026 at 11:53 AM PDT and filed on 10/23/2026

**Case Name:** NUMALE CORPORATION
**Case Number:** 25-10341-nmc
**Document Number:** 1058

**Docket Text:**
Emergency Motion for Leave to Appeal *Quintairos, Prieto, Wood & Boyer P.A.'s Emergency Motion for Leave to File Appeal* Filed by BOB L. OLSON on behalf of QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO (Related document(s)[1046] Order)(OLSON, BOB)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**QPWB_Numale - Motion for Leave-file.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/23/2026] [FileNumber=37977741-0] [1d363312d8705bf650b4e7249ab9415b2ede3ed0e6c230ae3618f4d0bca29c244c4c5471335026a5731f59da5da489133be7e022f7f7bd8405daec262af0c356]]

**25-10341-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

LOUIS M BUBALA, III on behalf of Creditor Mayfair Mall LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com;mgomez@ca

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

IVAN M. GOLD on behalf of Creditor Mayfair Mall LLC
igold@allenmatkins.com

ISABELLA R. GOLDSMITH on behalf of Creditor Mayfair Mall LLC
igoldsmith@kcnvlaw.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

BLAKELEY E. GRIFFITH on behalf of Creditor N2 COMPANY
bgriffith@swlaw.com, docket_las@swlaw.com;mfull@swlaw.com;jfung@swlaw.com;sdugan@swlaw.com

STEVEN T GUBNER on behalf of Interested Party BG LAW LLP
sgubner@bg.law, ecf@bg.law

MARJORIE A. GUYMON on behalf of Defendant THE LCF GROUP, INC.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguyl

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

JOSEPH S. MANISCALCO, I on behalf of Defendant THE LCF GROUP, INC.
jsm@lhmlawfirm.com

BOB L. OLSON on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
bolson@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

STACY H RUBIN on behalf of Creditor Howard & Howard
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STEVEN B. SCOW on behalf of Creditor CHRISTOPHER ASANDRA
sscow@kskdlaw.com, dscow@kskdlaw.com

ANTHONY P SGRO on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
tsgro@sgroandroger.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Defendant BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

**25-10341-nmc Notice will not be electronically mailed to:**

BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH
SUITE 2000
NASHVILLE, TN 37201

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

ALEX L. FUGAZZI, ESQ. on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL & WILMER, L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

CHARLES E. GIANELLONI on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

J.S. HELD LLC
,

KELCIE JIMENEZ
11439 MANZANO VISTA AVE SE
ALBUQUERQUE, NM 87123

MCAFEE AND TAFT LLP
,

BOB L. OLSON on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
,

MICHAEL REPPAS on behalf of Creditor EBF HOLDINGS, LLC
12496 NW 25 STREET
SWEETWATER, FL 33182

RIGGI LAW FIRM on behalf of Debtor NUMALE CORPORATION
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE COLORADO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMEDICAL SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.
,

RUBINBROWN LLP
10801 W. CHARLESTON BLVD.
SUITE 300
LAS VEGAS, NV 89135

Jacob Nathan Rubin
,

LUIS SALAZAR on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
COLE SCHOTZ P.C.
BRICKELL CITY TOWER
80 SW 8TH STREET
SUITE 1900
MIAMI, FL 33130

COLLEEN N. SAVAGE, ESQ. on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SGRO & ROGER
2901 EL CAMINO AVE.
SUITE 204
LAS VEGAS, NV 89102

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

# EXHIBIT 3

EXHIBIT 3

**File a Motion:**

25-10341-nmc NUMALE CORPORATION

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: BAPCPA, JNTADMN, LEAD, EXHS, APPEAL |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from BOB L. OLSON entered on 10/23/2026 at 12:41 PM PDT and filed on 10/23/2026
**Case Name:** NUMALE CORPORATION
**Case Number:** 25-10341-nmc
**Document Number:** 1059

**Docket Text:**
Amended Emergency Motion for Leave to Appeal *Quintairos, Prieto, Wood & Boyer P.A.'s Amended Emergency Motion for Leave to File Appeal* Filed by BOB L. OLSON on behalf of QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO (Related document(s)[1058] Motion for Leave to Appeal filed by Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO)(OLSON, BOB)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**QPWB_Numale Bky - Amended Emergency Motion for Leave.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/23/2026] [FileNumber=37977919-0] [eb0a9d6751c1d406c0dc6cf66f18e4ac90c2925dbc61dd0edf0fb785a23a733257 b29393454d901dec34814dcbd66fc445a551806f72508226f1d0d5c2ea61aa]]

**25-10341-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

LOUIS M BUBALA, III on behalf of Creditor Mayfair Mall LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com;mgomez@ca

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

IVAN M. GOLD on behalf of Creditor Mayfair Mall LLC
igold@allenmatkins.com

ISABELLA R. GOLDSMITH on behalf of Creditor Mayfair Mall LLC
igoldsmith@kcnvlaw.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

BLAKELEY E. GRIFFITH on behalf of Creditor N2 COMPANY
bgriffith@swlaw.com, docket_las@swlaw.com;mfull@swlaw.com;jfung@swlaw.com;sdugan@swlaw.com

STEVEN T GUBNER on behalf of Interested Party BG LAW LLP
sgubner@bg.law, ecf@bg.law

MARJORIE A. GUYMON on behalf of Defendant THE LCF GROUP, INC.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguyl

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

JOSEPH S. MANISCALCO, I on behalf of Defendant THE LCF GROUP, INC.
jsm@lhmlawfirm.com

BOB L. OLSON on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
bolson@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

STACY H RUBIN on behalf of Creditor Howard & Howard
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STEVEN B. SCOW on behalf of Creditor CHRISTOPHER ASANDRA
sscow@kskdlaw.com, dscow@kskdlaw.com

ANTHONY P SGRO on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
tsgro@sgroandroger.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC

dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Defendant BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

**25-10341-nmc Notice will not be electronically mailed to:**

BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH
SUITE 2000
NASHVILLE, TN 37201

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

ALEX L. FUGAZZI, ESQ. on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL & WILMER, L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

CHARLES E. GIANELLONI on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

J.S. HELD LLC
,

KELCIE JIMENEZ
11439 MANZANO VISTA AVE SE
ALBUQUERQUE, NM 87123

MCAFEE AND TAFT LLP
,

BOB L. OLSON on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
,

MICHAEL REPPAS on behalf of Creditor EBF HOLDINGS, LLC
12496 NW 25 STREET
SWEETWATER, FL 33182

RIGGI LAW FIRM on behalf of Debtor NUMALE CORPORATION
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE COLORADO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMEDICAL SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.
,

RUBINBROWN LLP
10801 W. CHARLESTON BLVD.
SUITE 300
LAS VEGAS, NV 89135

Jacob Nathan Rubin
,

LUIS SALAZAR on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
COLE SCHOTZ P.C.
BRICKELL CITY TOWER
80 SW 8TH STREET
SUITE 1900
MIAMI, FL 33130

COLLEEN N. SAVAGE, ESQ. on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SGRO & ROGER
2901 EL CAMINO AVE.
SUITE 204
LAS VEGAS, NV 89102

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

# EXHIBIT 4

EXHIBIT 4

**File a Motion:**

25-10341-nmc NUMALE CORPORATION

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: BAPCPA, JNTADMN, LEAD, EXHS, APPEAL |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from BOB L. OLSON entered on 10/23/2026 at 4:56 PM PDT and filed on 10/23/2026

**Case Name:** NUMALE CORPORATION
**Case Number:** 25-10341-nmc
**Document Number:** 1069

**Docket Text:**
Ex Parte Motion for Order Shortening Time *Ex Parte Application for Order Shortening Time for Hearing on Quintairos, Prieto, Wood & Boyer P.A.'s Emergency Motion for Stay of Order Pending Appeal, or Alternatively, Temporary Stay* with Proposed Order Filed by BOB L. OLSON on behalf of QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO (Related document(s)[1057] Motion To Stay Pending Appeal filed by Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO)(OLSON, BOB)

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**QPWB_Numale - EP Application for OST_file.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=10/23/2026] [FileNumber=37978841-0] [ba9b545fb1bf09aaae285d70e5075fd0c4857a7da6603d2105d4acbe3fdd715b2c925a1ad7cfbaf603936e7f474e026152349c49ca7b07179547888f7bb568ee]]

**25-10341-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

LOUIS M BUBALA, III on behalf of Creditor Mayfair Mall LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com;mgomez@ca

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

IVAN M. GOLD on behalf of Creditor Mayfair Mall LLC
igold@allenmatkins.com

ISABELLA R. GOLDSMITH on behalf of Creditor Mayfair Mall LLC
igoldsmith@kcnvlaw.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

BLAKELEY E. GRIFFITH on behalf of Creditor N2 COMPANY
bgriffith@swlaw.com, docket_las@swlaw.com;mfull@swlaw.com;jfung@swlaw.com;sdugan@swlaw.com

STEVEN T GUBNER on behalf of Interested Party BG LAW LLP

sgubner@bg.law, ecf@bg.law

MARJORIE A. GUYMON on behalf of Defendant THE LCF GROUP, INC.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguyl

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

JOSEPH S. MANISCALCO, I on behalf of Defendant THE LCF GROUP, INC.
jsm@lhmlawfirm.com

BOB L. OLSON on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
bolson@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

STACY H RUBIN on behalf of Creditor Howard & Howard
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STEVEN B. SCOW on behalf of Creditor CHRISTOPHER ASANDRA
sscow@kskdlaw.com, dscow@kskdlaw.com

ANTHONY P SGRO on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
tsgro@sgroandroger.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Defendant BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

**25-10341-nmc Notice will not be electronically mailed to:**

BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH
SUITE 2000
NASHVILLE, TN 37201

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

ALEX L. FUGAZZI, ESQ. on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL & WILMER, L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

CHARLES E. GIANELLONI on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

J.S. HELD LLC
,

KELCIE JIMENEZ
11439 MANZANO VISTA AVE SE
ALBUQUERQUE, NM 87123

MCAFEE AND TAFT LLP
,

BOB L. OLSON on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP

,

MICHAEL REPPAS on behalf of Creditor EBF HOLDINGS, LLC
12496 NW 25 STREET
SWEETWATER, FL 33182

RIGGI LAW FIRM on behalf of Debtor NUMALE CORPORATION
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE COLORADO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMEDICAL SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.
,

RUBINBROWN LLP
10801 W. CHARLESTON BLVD.
SUITE 300
LAS VEGAS, NV 89135

Jacob Nathan Rubin
,

LUIS SALAZAR on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
COLE SCHOTZ P.C.
BRICKELL CITY TOWER
80 SW 8TH STREET
SUITE 1900
MIAMI, FL 33130

COLLEEN N. SAVAGE, ESQ. on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SGRO & ROGER
2901 EL CAMINO AVE.
SUITE 204
LAS VEGAS, NV 89102

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017