Honorable Natalie M. Cox
United States Bankruptcy Judge

Bob L. Olson, Esq. (NV Bar No. 3783)
Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Charles E. Gianelloni, Esq. (NV Bar No. 12747)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
afugazzi@swlaw.com
cgianelloni@swlaw.com

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

NUMALE CORPORATION,

☐ AFFECTS THIS DEBTOR
☐ AFFECTS FELICIANO NUMALE NEVADA PLLC
☐ AFFECTS NUMEDICAL SC
☐ AFFECTS NUMALE COLORADO SC
☐ AFFECTS NUMALE FLORIDA TB PLLC
☐ AFFECTS NUMALE NEBRASKA LLC
☐ AFFECTS NUMALE NEW MEXICO SC
☒ AFFECTS ALL DEBTORS

Debtors.

Case No. 25-10341-nmc

Chapter 11

Jointly Administered with:

| | |
|---|---|
| 25-10342-nmc | Feliciano NuMale Nevada PLLC |
| 25-10343-nmc | NuMedical SC |
| 25-10344-nmc | NuMale Colorado SC |
| 25-10345-nmc | NuMale Florida TB PLLC |
| 25-10346-nmc | NuMale Nebraska LLC |
| 25-10347-nmc | NuMale New Mexico SC |

**ORDER SHORTENING TIME FOR HEARING ON QUINTAIROS, PRIETO, WOOD & BOYER P.A.'S EMERGENCY MOTION FOR STAY OF ORDER PENDING APPEAL, OR ALTERNATIVELY, TEMPORARY STAY**

| | |
|---|---|
| QUINTAIROS, PRIETO, WOOD & BOYER P.A.,<br><br>Appellants,<br><br>v.<br><br>MICHAEL CARMEL, the Liquidation Trustee for the NuMale Liquidation Trust,<br><br>Appellee. | **Hearing date: October 29, 2026**<br>**Hearing time: 11:30 a.m.** |

The Court having reviewed the *Motion for Order Shortening Time and Notice of Hearing for Quintairos, Prieto, Wood & Boyer P.A.'s Emergency Motion for Stay of Order Pending Appeal* (the "Motion to Shorten") [ECF No. 1069] filed on October 23, 2026, and for good cause appearing;

**IT IS HEREBY ORDERED** that the Motion to Shorten is granted;

**IT IS FURTHER ORDERED** that *Quintairos, Prieto, Wood & Boyer P.A.'s Emergency Motion for Stay Pending Appeal* (the "Motion to Stay") [ECF No. 1057] will be considered on an expedited basis.

**IT IS FURTHER ORDERED** that a hearing will take place on the Motion to Stay on October 29, 2026 before the Honorable Natalie M. Cox at the United States Bankruptcy Court for the District of Nevada located at the Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, Courtroom 3, at 11:30 a.m. PST.

Parties are permitted to appear telephonically by dialing **(833) 435-1820** and entering meeting ID **161 166 2815** and entering access code **115788#**. If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions related to the court participation number and access code.

**IT IS FURTHER ORDERED** that Quintairos, Prieto, Wood & Boyer P.A. will serve this Order on the Trustee via email the day the order is entered on the docket.

**IT IS FURTHER ORDERED** that any response to the Motion to Stay may be filed by October 28, 2026 by 5:00 p.m. PST. Any reply in support of the Motion to Stay may be filed by the hearing date and time. A written opposition and reply is not required and may be presented orally at the hearing.

**IT IS FURTHER ORDERED** that service of this Order shall be completed by

Snell & Wilmer L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

_October 27__, 2026.

**IT IS SO ORDERED.**

Respectfully submitted,

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*

Bob L. Olson (NV Bar No. 3783)
Alex L. Fugazzi (NV Bar No. 9022)
Charles E. Gianelloni (NV Bar No. 12747)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

###

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200