Richard F. Holley, Esq.
Nevada Bar No. 3077
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 408-3401
Email: rholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>Judge: Hon. Natalie M. Cox |

**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE**

Richard F. Holley, Esq. of the law firm of SPENCER FANE LLP, attorneys for John Doe 1, John Doe 2 and Jane Doe (“Interested Parties”), hereby enter an appearance on the record in the above-entitled bankruptcy case pursuant to FRBP 9010(b), 2002, and 3017(a), and request special notice of all hearings, actions, contested matters, and adversary proceedings in this bankruptcy case, together with copies of all notices, pleadings, motions, responses, and other related materials that are issued or filed in connection therewith by the Court, Debtor, or other parties in interest.

All notices and copies should be directed to:

Richard F. Holley, Esq.
SPENCER FANE LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

This Notice and any subsequent appearance, pleading, claim, proof of claim, document, suit, motion, other writing, or conduct is not express or implied consent or designation of the

undersigned as agent for service of process or a waiver of any rights. All rights are expressly reserved without exception including but not limited to:

(a) Right to have any and all final orders in any and all non-core matters entered only after de novo review by a United States District Court Judge;

(b) Right to trial by jury as to any and all matters so triable, whether or not the same be designated legal or private rights, or in any case, controversy, or proceeding relating hereto, notwithstanding the designation of such matters as "core proceedings" pursuant to 28 U.S.C. § 157(b)(2)(H), or whether such right is pursuant to statute or the United States Constitution;

(c) Right to have the reference of this matter withdrawn by the United States District Court in any matter or proceeding, subject only to a court determination of the application of mandatory or discretionary withdrawal; and

(d) Other rights, claims, actions, defenses, setoffs, recoupments, or other matters to which the Interested Parties are entitled under any agreements, at law, in equity, or under the United States Constitution or any applicable state constitution, or any and all defenses or objections the Interested Parties may have to any claims asserted against them in this action, including, without limitation, any defense based on insufficient or defective service of process.

This Notice and any other participation in this bankruptcy case or any related proceedings, including for the limited purpose to move to quash a subpoena issued to Quintairos, Prieto, Wood & Boyer, P.A. to provide confidential personal financial information, does not constitute express or implied consent or a concession to jurisdiction in any way other than the limited purpose of appearing for, and submitting to the Court's authority to decide, that relief and the matters necessarily incident to it.

Dated this 27th day of October 2026.

SPENCER FANE LLP

/s/ Richard F. Holley

Richard F. Holley, Esq. (NBN 3077)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 408-3400 | Fax: (702) 408-3401
Email: rholley@spencerfane.com
*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Spencer Fane LLP and that, on the 27th day of October 2026, I caused to be served a true and correct copy of NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

/s/ Olivia Swibies
An employee of Spencer Fane LLP