Richard F. Holley, Esq.
Nevada Bar No. 3077
R. McKay Holley, Esq.
Nevada Bar No. 15934
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>Judge: Hon. Natalie M. Cox |

**DECLARATION OF JOHN DOE 2**
**IN SUPPORT OF INTERESTED PARTIES DOES' MOTION TO QUASH**
**OR IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER**

I, John Doe 2, declare the following to be true:

1. I, along with John Doe 1 and Jane Doe, am a current W-2 employee of QPWB whose name, compensation, and/or payments from QPWB, fall within the scope of Requests Nos. 3 through 6 in the revised Nevada subpoena.

2. I am a non-equity partner of QPWB and a citizen of Arizona.

3. John Doe 1 is a non-equity partner of QPWB and a citizen of California.

4. Jane Doe is a non-equity partner of QPWB and a citizen of Florida.

5. The Trustee has requested our personal, private financial information in Requests Nos. 3 through 6 by requesting disclosure of our identities.

6. We are not parties to the NuMale Bankruptcy Case, were not individually named in or served with the Nevada Subpoena, and have not been afforded notice or an opportunity to be heard regarding disclosure of our personal confidential financial information other than through the instant Motion.

7. I, along with John Doe 1 and Jane Doe, strongly object to the disclosure of our personal financial information and violation of our privacy rights.

8. I believe that many other similarly situated partners of QPWB would likewise object based on the same privacy concerns set out in the Motion.

I declare under penalty of perjury that the foregoing is true and correct

EXECUTED this 27th day of October 2026.

/s/ John Doe 2
JOHN DOE 2

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Spencer Fane LLP and that, on the 27th day of October 2026, I caused to be served a true and correct copy of DECLARATION OF JOHN DOE 2 IN SUPPORT OF INTERESTED PARTIES DOES' MOTION TO QUASH OR IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

/s/ Olivia Swibies
An employee of Spencer Fane LLP