Richard F. Holley, Esq.
Nevada Bar No. 3077
R. McKay Holley, Esq.
Nevada Bar No. 15934
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>Judge: Hon. Natalie M. Cox |

**ATTORNEY INFORMATION SHEET FOR**
**PROPOSED ORDER SHORTENING TIME AND**
**NOTICE OF HEARING ON INTERESTED PARTIES DOES' MOTION**

As required by the Court, the undersigned counsel, on behalf of John Doe 1, John Doe 2 and Jane Doe ("Does"), has contacted the parties listed below regarding proposed Order Shortening Time And Notice Of Hearing On Interested Parties Does' Motion To Quash Or In The Alternative Motion For Protective Order ("Motion"). They agree or disagree to the time being shortened, as indicated below.

| **Name** | **Date Contacted** | **Agree or Disagree** |
|---|---|---|
| Gregory E,Garman<br>ggarman@gtg.legal<br>Talitha Gray Kozlowski<br>tgray@gtg.legal<br>Jamie Garman<br>jgarman@gtg.legal<br><br>*Counsel for Michael W. Carmel, Liquidating Trustee of the NuMale Liquidating Trust* | October 27, 2026; telephone conference with Counsel | Disagree[1] |

Dated this 27th day of October 2026.

SPENCER FANE LLP

/s/ Richard F. Holley
Richard F. Holley, Esq. (NBN 3077)
R. McKay Holley, Esq. (NBN 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 408-3400 | Fax: (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

[1] Attorney Garman will be off the grid on a solo backpacking trip at the time of the requested hearing.

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Spencer Fane LLP and that, on the 27th day of October 2026, I caused to be served a true and correct copy of ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME AND NOTICE OF HEARING ON INTERESTED PARTIES DOES' MOTION in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

/s/ Olivia Swibies
An employee of Spencer Fane LLP