Dan Owens
Clerk of Court

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>NUMALE CORPORATION,<br><br>AFFECTS:<br>THIS DEBTOR, [ ]<br><br>FELICIANO NUMALE NEVADA PLLC, [ ]<br><br>NUMEDICAL SC, [ ]<br><br>NUMALE COLORADO SC, [ ]<br><br>NUMALE FLORIDA TB PLLC, [ ]<br><br>NUMALE NEBRASKA LLC, [ ]<br><br>NUMALE NEW MEXICO SC, [ ]<br><br>ALL DEBTORS, [X]<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly Administered with:*<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>**ORDER GRANTING EX PARTE MOTION TO TERMINATE ELECTRONIC SERIVE** |

On October 26, 2026, Louis M. Bubala III, on behalf of Creditor, Mayfair Mall, LLC, moved for the Court to terminate electronic service of court filings on him for them. The Court, having considered the request and finding good cause, hereby **GRANTS** the motion.

/ / /

/ / /

**IT IS ORDERED** that the clerk of the court shall remove Ms. Goldsmith and Messrs. Bubala and Gold from the electronic service list.

###

Submitted by:

KAEMPFER CROWELL

By: ______________________________

Louis M. Bubala III

ALLEN MATKINS LECK GAMBLE
MALLORY & NATSIS LLP
Ivan M. Gold
*Admitted Pro Hac Vice*