Richard F. Holley, Esq.
Nevada Bar No. 3077
R. McKay Holley, Esq.
Nevada Bar No. 15934
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>**REMOTE**[1]<br>Hearing Date: October 29, 2026<br>Hearing Time: 11:30 AM<br>Remote: (833) 435-1820<br>Meeting ID: 161 166 2815<br>Passcode: 115788#<br><br>Judge: Hon. Natalie M. Cox |

**NOTICE OF ENTRY OF ORDER SHORTENING TIME AND NOTICE OF HEARING ON INTERESTED PARTIES DOES' MOTION TO QUASH OR IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER**

PLEASE TAKE NOTICE that the Order Shortening Time And Notice Of Hearing On Interested Parties Does' Motion To Quash Or In The Alternative Motion For Protective Order ("Order and Notice of Hearing") [ECF No. 1087] was entered on October 28, 2026. A copy of said Order and Notice of Hearing is attached.

/ / /

[1] *See* instructions in the attached Order and Notice of Hearing.

If you intend to participate in the hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at https://www.nvb.uscourts.gov/calendars/court-calendars/ and select the hearing judge. Next, click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

Dated this 28th day of October 2026.

SPENCER FANE LLP

/s/ Richard F. Holley

Richard F. Holley, Esq. (NBN 3077)
R. McKay Holley, Esq. (NBN 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 408-3400 | Fax: (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

Honorable Natalie M. Cox
United States Bankruptcy Judge

Richard F. Holley, Esq.
Nevada Bar No. 3077
R. McKay Holley, Esq.
Nevada Bar No. 15934
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

NUMALE CORPORATION,
FELICIANO NUMALE NEVADA PLLC,
☒ NUMEDICAL SC,
☒ NUMALE COLORADO SC,
NUMALE FLORIDA TB PLLC.
☒ NUMALE NEBRASKA LLC,
☒ NUMALE NEW MEXICO SC,
☒
☒
☒

Debtors.

Lead Case No.: 25-10341-nmc
Chapter 11
Jointly Administered with:
Case No.: 25-10342-nmc
Case No.: 25-10343-nmc
Case No.: 25-10344-nmc
Case No.: 25-10345-nmc
Case No.: 25-10346-nmc
Case No.: 25-10347-nmc

Hearing Date: October 29, 2026
Hearing Time: 11:30 AM
Remote: (833) 435-1820
Meeting ID: 161 166 2815
Passcode: 115788#

Judge: Hon. Natalie M. Cox

**ORDER SHORTENING TIME AND NOTICE OF HEARING ON INTERESTED PARTIES DOES' MOTION TO QUASH OR IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER**

This Court having considered the Ex Parte *Application For Order Shortening Time And Notice Of Hearing On Interested Parties Does' Motion* ("Application"), filed by interested parties

John Doe 1, John Doe 2 and Jane Doe ("Does" or "Doe Parties"), by and through their undersigned attorneys, and good cause appearing,[1]

**IT IS ORDERED** that the Application is **GRANTED**, and notice is hereby given that the *Interested Parties Does' Motion To Quash Or In The Alternative Motion For Protective Order* ("Motion") will be heard by a United States Bankruptcy Judge in the U.S. Bankruptcy Court, District of Nevada, Foley Federal Building & U.S. Courthouse, 300 S Las Vegas Blvd, Las Vegas, NV 89101, on the 29th day of October, 2026, at 11:30 AM prevailing Pacific Time ("Hearing"). Parties are also permitted to appear telephonically by dialing (833) 435-1820 and entering meeting ID 161 166 2815 and access code 115788#.

If you intend to participate in the hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at https://www.nvb.uscourts.gov/calendars/court-calendars/ and select the hearing judge. Next, click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

**IT IS FURTHER ORDERED** and notice is hereby given that any opposition to the Motion will be heard at the hearing. The opposition must state the position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c). Any reply in support of the Motion will be heard at the hearing.

/ / /

/ / /

/ / /

/ / /

/ / /

[1] Unless otherwise provided, all defined terms have the same meaning ascribed to them in the Application.

SPENCER FANE LLP
Attorneys at Law
Las Vegas

**IT IS FURTHER ORDERED** that service of this Order shall be completed no later than one business day after the date this Order is entered by the Court, upon the Chapter 7 Trustee and all parties receiving service under Local Rule 5005.

**IT IS SO ORDERED**.

Submitted by:

SPENCER FANE LLP

/s/ Richard F. Holley
Richard F. Holley, Esq. (NBN 3077)
R. McKay Holley, Esq. (NBN 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 408-3400 | Fax: (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

# # #

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Spencer Fane LLP and that, on the 28th day of October 2026, I caused to be served a true and correct copy of NOTICE OF ENTRY OF ORDER SHORTENING TIME AND NOTICE OF HEARING ON INTERESTED PARTIES DOES' MOTION TO QUASH OR IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

/s/ Olivia Swibies
An employee of Spencer Fane LLP