GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-Mail: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Trustee of the NuMale Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date:<br>Hearing Time: |

**DECLARATION OF GREGORY E. GARMAN, ESQ. IN SUPPORT OF OPPOSITION TO EX PARTE APPLICATION FOR ORDER SHORTENING TIME TO HEAR (I) MOTION OF QUINTAIROS, PRIETO, WOOD & BOYER, P.A. (i) FOR RELIEF FROM THE CONFIRMATION ORDER AND RELATED ORDERS UNDER FED. R. CIV. P.**



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(702)-483-6126

**60(B), MADE APPLICABLE BY FED. R. BANKR. P. 9024, AS APPLIED TO QPWB, (ii) TO REMOVE MICHAEL W. CARMEL AS LIQUIDATION TRUSTEE, (iii) TO DISQUALIFY GARMAN TURNER GORDON LLP AS COUNSEL TO THE LIQUIDATION TRUSTEE, AND (iv) FOR RELATED RELIEF; AND (ii) MOTION OF QUINTAIROS, PRIETO, WOOD & BOYER, P.A. FOR (i) AN ORDER CONFIRMING THAT THE AUTOMATIC STAY AND PLAN INJUNCTION ARE INAPPLICABLE TO ITS PROPOSED DECLARATORY-JUDGMENT ACTION, OR (ii) IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY AND PLAN INJUNCTION, AND FOR LEAVE UNDER THE BARTON DOCTRINE**

I, Gregory E. Garman, Esq., declare as follows:

1. I am over the age of eighteen years and competent to testify on the matters set forth herein. I am an attorney licensed to practice law in the State of Nevada and am a partner with Garman Turner Gordon LLP ("GTG"), counsel to Michael Carmel, the Liquidation Trustee of the NuMale Liquidation Trust (the "Trustee"). GTG also represents Christopher Asandra, M.D., Carlos Feliciano, M.D., Brad Palubicki, and Justin Pulliam (collectively, the "Individuals"). I have personal knowledge of the facts stated in this declaration, except where stated on information and belief, and could testify competently to them if called as a witness. Capitalized terms not defined herein have the meanings given to them in the *Opposition to Ex Parte Application for Order Shortening Time to Hear (I) Motion of Quintairos, Prieto, Wood & Boyer, P.A. (i) for Relief from the Confirmation Order and Related Orders Under Fed. R. Civ. P. 60(B), Made Applicable by Fed. R. Bankr. P. 9024, as Applied to QPWB, (ii) to Remove Michael W. Carmel as Liquidation Trustee, (iii) to Disqualify Garman Turner Gordon LLP as Counsel to the Liquidation Trustee and (iv) for Related Relief; and (II) Motion of Quintairos, Prieto, Wood & Boyer, P.A. for (i) an Order Confirming that the Automatic Stay and Plan Injunction are Inapplicable to its Proposed Declaratory-Judgment Action, or (ii) in the Alternative, Relief from the Automatic Stay and Plan Injunction, and for Leave Under the Barton Doctrine* (the "Opposition"), filed contemporaneously herewith.

2. I make this declaration in support of the Trustee's opposition to the Ex Parte Application for Order Shortening Time [ECF No. 1086] (the "Application") filed by Quintairos, Prieto, Wood & Boyer, P.A. ("QPWB"), by which QPWB seeks to advance the hearing on its motions at ECF Nos. 1007 and 1010 (together, the "Sgro Motions").



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(702)-483-6126

3. Before QPWB filed the Application on the morning of October 28, 2026, neither QPWB nor any of its counsel contacted me, Talitha Gray Kozlowski, any other attorney or employee of GTG, or the Trustee — by telephone, electronic mail, letter, or any other means — to discuss a hearing on shortened time with respect to the Motions, to ask whether the Trustee would consent to a hearing on shortened time, or to attempt to do either. GTG received no such communication. The first notice GTG had of the Application was its appearance on the Court's docket.

4. On October 22, 2026, the Trustee served a Notice of Federal Rule of Civil Procedure 30(b)(6) Deposition of Quintairos, Prieto, Wood & Boyer, P.A., which sets the deposition of QPWB's designee for November 9, 2026, at 9:00 a.m. Pacific Time at GTG's offices, and which identifies the Motions by docket number as the pending contested matters to which the examination is directed.

5. On October 22, 2026, the Trustee served a Notice of Deposition of Eric W. Boyer, which sets Mr. Boyer's deposition for November 11, 2026, at 9:00 a.m. Pacific Time at GTG's offices.

6. On October 26, 2026, the Trustee served QPWB and its counsel Sgro & Roger, by hand delivery, a Rule 9011 letter together with a copy of the Trustee's *Motion for Sanctions Under Fed. R. Bankr. P. 9011, 11 U.S.C. §105, and the Court's Inherent Authority*. A true and correct copy of the October 26, 2026 Rule 9011 letter is attached hereto as **Exhibit 1.** A true and correct copy of the October 26, 2026 *Motion for Sanctions Under Fed. R. Bankr. P. 9011, 11 U.S.C. §105, and the Court's Inherent Authority* is attached hereto as **Exhibit 2.**

7. On October 25, 2026, the Trustee, through GTG, provided counsel for QPWB by electronic mail a proposed stipulated protective order governing QPWB's production under the Compliance Order. The parties have since exchanged revised drafts of the proposed protective order, most recently on October 28, 2026.



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(702)-483-6126

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of October, 2026.

*/s/ Gregory E. Garman*
GREGORY E. GARMAN, ESQ.



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(702)-483-6126