GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-Mail: tgray@gtg.legal
DYLAN CICILIANO, ESQ.
Nevada Bar No. 12348
E-mail: dciciliano@brg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Trustee of the NuMale Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: October 29, 2026<br>Hearing Time: 11:30 a.m. |



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(702)-483-6126

**DECLARATION OF TALITHA GRAY KOZLOWSKI, ESQ. IN SUPPORT OF TRUSTEE'S OPPOSITION TO INTERESTED PARTIES DOES' MOTION TO QUASH OR IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER [ECF NO. 1080] AND COUNTERMOTION FOR ATTORNEY'S FEES AND COSTS**

I, Talitha Gray Kozlowski, Esq., declare as follows:

1. I am over the age of eighteen years and competent to testify on the matters set forth herein. I am an attorney licensed to practice law in the State of Nevada and am a partner with Garman Turner Gordon LLP ("GTG"), counsel to Michael Carmel, the Liquidation Trustee of the NuMale Liquidation Trust (the "Trustee"). GTG also represents Christopher Asandra, M.D., Carlos Feliciano, M.D., Brad Palubicki, and Justin Pulliam (collectively, the "Individuals").

2. I have personal knowledge of the facts stated in this declaration, except where stated on information and belief, and could testify competently to them if called as a witness. Capitalized terms not defined herein have the meanings given to them in the *Trustee's Opposition to Interested Parties Does' Motion to Quash or in the Alternative Motion for Protective Order [ECF No. 1080] and Countermotion for Attorney's Fees and Costs* (the "Opposition"), filed contemporaneously herewith. This declaration supplements my declarations filed at ECF Nos. 1016 and 1071, which remain true and correct.

3. On October 27, 2026, Richard F. Holley, Esq. of Spencer Fane LLP, counsel for the parties identified as John Doe 1, John Doe 2, and Jane Doe (the "Does"), contacted Gregory E. Garman and me by telephone to ask whether the Trustee would consent to a hearing on shortened time on a motion the Does intended to file. That call was the first contact I am aware of between the Does' counsel and the Trustee's counsel. During that call, the Does' counsel did not propose any modification, limitation, or protective term that might resolve the dispute without court action. The Does filed their Motion at 4:47 p.m. on October 27, 2026.

4. Mr. Garman asked Mr. Holley whether the Does, and the other attorneys within the scope of the Rainmaker Request, would agree to toll any claims the Trust may hold against them in exchange for limiting the subpoena. To date, neither the Does nor any other attorney within the



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(702)-483-6126

scope of the Rainmaker Request has agreed to toll any claim or to refrain from asserting a limitations defense, with the exception of Prieto and Boyer, who agreed on behalf of themselves on October 27, 2026.

5. On October 25, 2026, the Trustee provided counsel for QPWB a proposed stipulated protective order governing QPWB's production under the Compliance Order, a copy of which is attached as Exhibit 2 to my declaration at ECF No. 1071. The Trustee is willing to have the protections of that proposed order, including its "HIGHLY CONFIDENTIAL/OUTSIDE COUNSEL'S EYES ONLY" designation and its sealing requirements, apply expressly to any documents reflecting the compensation of the Does. The proposed protective order is being negotiated between the Trustee and QPWB and a revised form of protective order incorporating additional comments from the Trustee and QPWB has been filed as Exhibit 3 to the declaration at ECF No.1092.

6. The Trustee has incurred, and continues to incur, attorney's fees and costs in reviewing and responding to the Motion on an expedited basis. If the Court grants the Countermotion, I will file a declaration setting forth those fees and costs, with supporting time records, within seven days after entry of the Court's order.

7. QPWB's "Offices" page on its website, https://qpwblaw.com/offices/, lists QPWB offices in the following states and territory: Alabama, Arizona, California, Colorado, Connecticut, Delaware, Florida, Georgia, Idaho, Illinois, Indiana, Kentucky, Louisiana, Maryland, Massachusetts, Michigan, Mississippi, Missouri, Nevada, New Jersey, New Mexico, New York, North Carolina, Ohio, Oregon, Pennsylvania, Rhode Island, South Carolina, Tennessee, Texas, Utah, Virginia, Washington, West Virginia, Wisconsin, and the U.S. Virgin Islands.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of October, 2026.

*/s/ Talitha Gray Kozlowski*
TALITHA GRAY KOZLOWSKI, ESQ.



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(702)-483-6126