ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
BENJAMIN B. GORDON, ESQ
Nevada Bar No. 15552
**SGRO & ROGER**
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
csavage@sgroandroger.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IN RE:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ■<br><br>Debtor. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>Jointly administered with:<br><br>Feliciano NuMale Nevada PLLC,<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME**

As required by the Court, I have contacted the parties listed below regarding the attached proposed Order Shortening Time. They agree or disagree to the time being shortened, as indicated below:

| NAME | DATE CONTACTED | AGREE | DISAGREE |
| --- | --- | --- | --- |
| Gregory Garman, Esq. | October 28, 2026 | ☐ | ■ |

On October 28, 2026, Benjamin Gordon, counsel for Quintairos, Prieto, Wood & Boyer, P.A. ("QPWB"), spoke by telephone with Gregory E. Garman, Esq., counsel for Michael W. Carmel, the Liquidation Trustee, regarding QPWB's ex parte application to shorten time to hear (i) QPWB's Motion for Relief from the Confirmation Order and Related Orders Under Fed. R. Civ. P. 60(b) (the objection to confirmation as applied to QPWB), and (ii) QPWB's motion for an order confirming that the automatic stay and plan injunction do not bar, or, alternatively, granting relief to permit, QPWB's proposed declaratory-relief action in the United States District Court for the District of Nevada.

Mr. Garman advised that the Trustee does not agree to, and opposes, having those motions heard on an order shortening time. The parties were unable to reach agreement. The undersigned is informed of no other party whose consent to shortened time is required. The estimated time for the hearing is approximately 2 hours. Good cause for an expedited hearing exists because the Court's order requires QPWB to produce documents by October 30, 2026 and to appear for a Rule 2004 examination on November 4, 2026, both of which precede the current November 17, 2026 hearing setting.

Dated this 28th day of October, 2026.

Respectfully submitted,

**SGRO & ROGER**

*<u>/s/ Benjamin B. Gordon</u>*
Anthony P. Sgro, Esq.
Nevada Bar No. 3811
Benjamin B. Gordon, Esq
Nevada Bar No. 15552
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
tsgro@sgroandroger.com
bgordon@sgroandroger.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of October, 2026, I caused the foregoing ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME:

- X By CM/ECF electronic service on all registered users in these cases;
- ☐ By U.S. Mail, first-class postage prepaid, to: [Office of the U.S. Trustee; Michael W. Carmel, Liquidation Trustee; Garman Turner Gordon LLP; Paul, Weiss, Rifkind, Wharton & Garrison LLP; counsel to Sanchez; counsel to Beazley; counsel to NuMale Settling Defendants; ADDRESSES]
- ☐ By email to: [LIST]
- ☐ Other: [____]

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Caitlin Ferguson*
An Employee of Sgro and Roger