**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION<br><br>Defendant.<br><br><br>MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE,<br><br>Plaintiff,<br><br>v.<br><br>THE LCF GROUP, INC.<br><br>Defendant. | Lead Case No. 25-10341-NMC<br>Chapter 11<br>*Jointly Administered with:*<br>Nevada NuMale Nevada PLLC<br>Case No. 25-10342-NMC<br>NuMedical SC<br>Case No. 25-10343-NMC<br>NuMale Colorado SC<br>Case No. 25-10344-NMC<br>NuMale Florida TB PLLC<br>Case No. 25-10345-NMC<br>NuMale Nebraska LLC<br>Case No. 25-10346-NMC<br>NuMale New Mexico SC<br>Case No. 25-10347-NMC<br>Adversary No. 25-01240-NMC |

**EX PARTE MOTION TO TERMINATE ELECTRONIC SERVICE**

Joseph S. Maniscalco, Esq. of LaMonica Herbst & Maniscalco, LLP, attorney on behalf of Defendant The LCF Group, Inc., requests that the Court terminate Mr. Maniscalco's electronic service of court filings in this case, because he has completed the work required by his client.

Counsel request the Court grant this motion and direct the Clerk of the Court to terminate electronic service on Mr. Maniscalco in this case.

Dated: October 29, 2026

**LAMONICA HERBST & MANISCALCO, LLP**
*Attorneys for The LCF Group, Inc.*

By: ______________________________
Joseph S. Maniscalco, Esq.
3305 Jerusalem Avenue, Suite 201
Wantagh, New York 11793
516.826.6500
jsm@lhmlawfirm.com

**CERTIFICATE OF SERVICE**

Pursuant to FRBP 7005 and FRCP 5(b), I certify that I am an employee of LaMonica Herbst & Maniscalco, LLP, that I am over the age of 18 and not a party to the above-referenced case.

I further certify that on Thursday, October 29, 2026, the following document(s) was/were filed and served as indicated below.

**EX PARTE MOTION TO TERMINATE ELECTRONIC SERVICE**

X **BY NOTICE OF ELECTRONIC FILING** through Electronic Case Filing System of the United States Bankruptcy Court, District of Nevada, to the individuals and/or entities at their email addresses as set forth below:

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

LOUIS M BUBALA, III on behalf of Creditor Mayfair Mall LLC
lbubala@kcnvlaw.com, cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com; narceneaux@carlyoncica.com; 9232006420@filings.docketbird.com;Dcica@carlyoncica.com; pfalkensammer@carlyoncica.com;mgomez@carlyoncica.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

IVAN M. GOLD on behalf of Creditor Mayfair Mall LLC
igold@allenmatkins.com

ISABELLA R. GOLDSMITH on behalf of Creditor Mayfair Mall LLC
igoldsmith@kcnvlaw.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

BLAKELEY E. GRIFFITH on behalf of Creditor N2 COMPANY
bgriffith@swlaw.com, docket_las@swlaw.com;mfull@swlaw.com;
jfung@swlaw.com;sdugan@swlaw.com

STEVEN T GUBNER on behalf of Interested Party BG LAW LLP
sgubner@bg.law, ecf@bg.law

MARJORIE A. GUYMON on behalf of Defendant THE LCF GROUP, INC.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;
guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;
alaub@goldguylaw.com;danielled@goldguylaw.com

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com,
annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

BOB L. OLSON on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
bolson@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

STACY H RUBIN on behalf of Creditor Howard & Howard
rubins@ballardspahr.com,
DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com
STEVEN B. SCOW on behalf of Creditor CHRISTOPHER ASANDRA
sscow@kskdlaw.com, dscow@kskdlaw.com

ANTHONY P SGRO on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
tsgro@sgroandroger.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;
weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Defendant BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;
tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE
jgwent@hollandhart.com, vlarsen@hollandhart.com;
IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;
tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;
trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

I declare under the penalty of perjury that the foregoing is true and correct.

Dated: October 29, 2026

Christine Vitiello
Christine Vitiello
an Employee of LaMonica Herbst & Maniscalco, LLP