**E-filed: October 29, 2026**

Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Charles E. Gianelloni, Esq. (NV Bar No. 12747)
Bob L. Olson, Esq. (NV Bar No. 3783)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: afugazzi@swlaw.com
cgianelloni@swlaw.com
bolson@swlaw.com

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

SNELL & WILMER

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

NUMALE CORPORATION,

☐ AFFECTS THIS DEBTOR
☐ AFFECTS FELICIANO NUMALE NEVADA PLLC
☐ AFFECTS NUMEDICAL SC
☐ AFFECTS NUMALE COLORADO SC
☐ AFFECTS NUMALE FLORIDA TB PLLC
☐ AFFECTS NUMALE NEBRASKA LLC
☐ AFFECTS NUMALE NEW MEXICO SC
☒ AFFECTS ALL DEBTORS

Debtors.

QUINTAIROS, PRIETO, WOOD & BOYER P.A.,

Appellants,

v.

MICHAEL CARMEL, the Liquidation Trustee for the NuMale Liquidation Trust,

Appellee.

Case No. 25-10341-nmc

Chapter 11

Jointly Administered with:

| | |
|---|---|
| 25-10342-nmc | Feliciano NuMale Nevada PLLC |
| 25-10343-nmc | NuMedical SC |
| 25-10344-nmc | NuMale Colorado SC |
| 25-10345-nmc | NuMale Florida TB PLLC |
| 25-10346-nmc | NuMale Nebraska LLC |
| 25-10347-nmc | NuMale New Mexico SC |

**NOTICE OF PROPOSED ORDER GRANTING QUINTAIROS, PRIETO, WOOD & BOYER P.A.'S EMERGENCY MOTION FOR STAY OF ORDER PENDING APPEAL, OR, ALTERNATIVELY, TEMPORARY STAY**

Quintairos, Prieto, Wood & Boyer P.A., ("QPWB"), by and through its undersigned counsel, hereby provides notice of its proposed *Order Granting Quintairos, Prieto, Wood & Boyer P.A.'s Emergency Motion for Stay of Order Pending Appeal, or Alternatively, Temporary Stay.*

A copy of said Order is attached as **Exhibit 1.**

Dated: October 29, 2026

SNELL & WILMER L.L.P.

*<u>/s/ Bob L. Olson</u>*
Alex L. Fugazzi (NV Bar No. 9022)
Charles E. Gianelloni (NV Bar No. 12747)
Bob L. Olson (NV Bar No. 3783)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

SNELL & WILMER

# EXHIBIT 1

EXHIBIT 1

Bob L. Olson, Esq. (NV Bar No. 3783)
Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Charles E. Gianelloni, Esq. (NV Bar No. 12747)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
afugazzi@swlaw.com
cgianelloni@swlaw.com

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

SNELL & WILMER

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

NUMALE CORPORATION,

☐ AFFECTS THIS DEBTOR
☐ AFFECTS FELICIANO NUMALE NEVADA PLLC
☐ AFFECTS NUMEDICAL SC
☐ AFFECTS NUMALE COLORADO SC
☐ AFFECTS NUMALE FLORIDA TB PLLC
☐ AFFECTS NUMALE NEBRASKA LLC
☐ AFFECTS NUMALE NEW MEXICO SC
☒ AFFECTS ALL DEBTORS

Debtors.

Case No. 25-10341-nmc

Chapter 11

Jointly Administered with:

| | |
|---|---|
| 25-10342-nmc | Feliciano NuMale Nevada PLLC |
| 25-10343-nmc | NuMedical SC |
| 25-10344-nmc | NuMale Colorado SC |
| 25-10345-nmc | NuMale Florida TB PLLC |
| 25-10346-nmc | NuMale Nebraska LLC |
| 25-10347-nmc | NuMale New Mexico SC |

**ORDER GRANTING QUINTAIROS, PRIETO, WOOD & BOYER P.A.'S EMERGENCY MOTION FOR STAY OF ORDER PENDING APPEAL, OR, ALTERNATIVELY, TEMPORARY STAY**

QUINTAIROS, PRIETO, WOOD & BOYER P.A.,

Appellants,

v.

MICHAEL CARMEL, the Liquidation Trustee for the NuMale Liquidation Trust,

Appellee.

**Hearing Date: October 29, 2026**
**Hearing Time: 11:30 a.m.**

THIS MATTER came on for hearing on October 30, 2026, on Quintairos, Prieto, Wood & Boyer P.A. ("QPWB") *Emergency Motion for Stay of Order Pending Appeal, or Alternatively, Temporary Stay* [ECF No. 1057] (the "Motion"). The Motion seeks to stay enforcement of the *Order Granting Amended Motion to Enforce Rule 2004 Order and Compel Compliance with Subpoena Issued to Quintairos, Prieto, Wood & Boyer, P.A. at its Nevada Office and Denying Countermotion to Quash Subpoena and for Protective Order* (the "Order") [ECF No. 1046].

The Court has read and considered the Motion and all papers filed in support of and in opposition to the Motion. The Court has heard and considered the argument of all counsel who appeared at the hearing on the Motion. The Court found that QPWB has produced several categories of documents required by the Order. The Court made its findings of fact and conclusion of law on the record pursuant to Fed. R. Civ. P. 52(a), which applies in bankruptcy proceedings pursuant to F.R.B.P. 7052 and 9014(c)(1). Now, with good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that QPWB has established that it is entitled to a stay pending appeal under all the standards established by *Am. Fed'n of Gov't Employees, AFL-CIO v. Trump*, 148 F.4th 648, 654 (9th Cir. 2025) ((i) the appellant's probability of success on appeal; (ii) a substantial threat the appellant will suffer irreparable injury if the stay is denied; (iii) whether issuance of the stay will substantially injure the other parties interested in the proceeding; and (iv) where the public interest lies).

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that QPWB has shown "a substantial case for relief on the merits" and serious legal questions warranting appellate review; where, as here, the probability of irreparable harm is high, the required merits showing is correspondingly reduced. *Leiva-Perez v. Holder*, 640 F.3d 962, 966-68 (9th Cir. 2011). In

SNELL & WILMER

particular, courts are divided on the "place of compliance" for an entity under *Fed.* R. Civ. P. 45(c). *Compare York Holding*, *Ltd*. *v*. *Waid*, 345 F.R.D. 626, 628-29 (D. Nev. 2024), *and Europlay Cap*. *Advisors*, *LLC v. Does*, 323 F.R.D. 628, 629 (C.D. Cal. 2018), *with Conservation Law Found., Inc. v. Equilon Enters. LLC*, No. 17-396-WES, 2025 WL 2821238, at *1-2 (D.R.I. Oct. 3, 2025), *and Dyno Nobel, Inc. v. Johnson*, 586 F. Supp. 3d 657, 662-63 (E.D. Ky. 2022). Neither the Ninth Circuit nor the Ninth Circuit Bankruptcy Appellate Panel has resolved the question.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Motion is granted in its entirety.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that QPWB's obligations to produce additional documents or provide testimony under the Order are stayed, in their entirety, pending resolution of the appeal concerning the Bankruptcy's Courts' jurisdiction and authority to enter the Order.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that QPWB shall not be required under the Order to produce documents or provide testimony disclosing: (i) the identity of any QPWB employee, including any attorney, regardless of title or position; (ii) compensation or other amounts paid by QPWB paid to any individually identified employee, including any attorney, regardless of title or position; or (iii) the formulas used by QPWB to determine compensation or other amounts paid by QPBW to any employee, including any attorney, to the extent those formulas identify individual employees.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that the Trustee shall not seek further documents or testimony from QPWB disclosing: (i) the identity of any QPWB employee, including any attorney, regardless of title or position; (ii) compensation or other amounts paid by QPWB to any individually identified employee, including any attorney, regardless of title or position; or (iii) formulas used by QPWB to determine compensation or other amounts payable to any employee, including any attorney, regardless of title or position, to the extent those formulas identify individual employees.

///

///





SNELL & WILMER

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that QPWB is not required to post a bond or other security under FRBP 8007(d).

**IT IS SO ORDERED.**

Respectfully submitted by:

SNELL & WILMER L.L.P.

*_/s/ Bob L. Olson_*
Bob L. Olson (NV Bar No. 3783)
Alex L. Fugazzi (NV Bar No. 9022)
Charles E. Gianelloni (NV Bar No. 12747)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

###

SNELL & WILMER