Richard F. Holley, Esq.
Nevada Bar No. 3077
R. McKay Holley, Esq.
Nevada Bar No. 15934
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>Hearing Date: October 29, 2026<br>Hearing Time: 11:30 A.M.<br><br>Judge: Hon. Natalie M. Cox |

**INTERESTED PARTIES DOES' NOTICE OF PROPOSED ORDER GRANTING INTERESTED PARTIES DOES' MOTION TO QUASH OR IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER**

Interested parties John Doe 1, John Doe 2 and Jane Doe ("Doe Parties" or the "Does") by and through undersigned counsel, hereby provide notice of the attached proposed Order Granting Interested Parties Does' Motion To Quash Or In The Alternative Motion For Protective Order.

Dated this 29th day of October 2026.

SPENCER FANE LLP

/s/ Richard F. Holley
Richard F. Holley, Esq. (NBN 3077)
R. McKay Holley, Esq. (NBN 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

Richard F. Holley, Esq.
Nevada Bar No. 3077
R. McKay Holley, Esq.
Nevada Bar No. 15934
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>Hearing Date: October 29, 2026<br>Hearing Time: 11:30 AM<br><br>Judge: Hon. Natalie M. Cox |

**ORDER GRANTING INTERESTED PARTIES DOES' MOTION TO QUASH OR IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER**

On October 29, 2026 ("Hearing"), the Court conducted a Hearing on, inter alia, *Interested Parties Does' Motion To Quash Or In The Alternative Motion For Protective Order* ("Motion")

[ECF No. 1080] filed by interested parties John Doe 1, John Doe 2 and Jane Doe ("Does" or "Doe Parties").[1] All appearances were duly noted on the record at the hearing.

The Court has read and reviewed the Doe Parties' Motion (ECF No. 1080); the papers, pleadings, and declarations filed in support of the Doe Parties' Motion; the papers, pleadings and declarations filed in opposition to the Doe Parties' Motion; the papers and pleadings on file in this Case; and all other matters identified by the Court at the Hearing. The Court has also heard the oral arguments of counsel who appeared on the record in connection with the Doe Parties' Motion. Based upon the findings of fact and conclusions of law placed on the record at the Hearing, which are hereby expressly incorporated pursuant to FRBP 9014(a) and (c) and 7052, and good cause appearing:

**IT IS ORDERED** that the Motion is **GRANTED**

**IT IS FURTHER ORDERED** that any production by Quintairos, Prieto, Wood & Boyer, P.A. ("QPWB") in response to the 2004 subpoena issued by Michael W. Carmel, the Liquidating Trustee of the NuMale Liquidation Trust ("Trustee") shall be anonymized so as to protect the confidential personal financial information of QPWB's W-2 employees.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

---

[1] Unless otherwise indicated, all chapter and section references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure, Rules 1001-9037. The Federal Rules of Bankruptcy Procedure will be referred to as "FRBP." The Local Rules of Practice for the United States Bankruptcy Court for the District of Nevada shall be referred to as the "Local Rules". All references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption above ("Case"), as they appear on the docket ("Docket") maintained by the Clerk of the Court of the United States Bankruptcy Court for the District of Nevada. Capitalized terms used but not otherwise defined in this Order shall have the meanings ascribed to them in the papers and pleadings before the Court. Unless otherwise provided, all defined terms have the same meaning ascribed to them in the Motion.

**IT IS FURTHER ORDERED** that QPWB shall not disclose the names of the "rainmakers" or heads of "business units" when responding to the Trustee's Request for Production No. 3 (as modified by the Trustee's October 7 letter) for the "(i) agreement between QPWB and such lawyer(s) governing their compensation and other rights with respect to QPWB; and (ii) Documents sufficient to identify their aggregate compensation in 2024, 2025, and year to date 2026."

**IT IS SO ORDERED**.

Submitted by:

SPENCER FANE LLP

/___________

Richard F. Holley, Esq. (NBN 3077)
R. McKay Holley, Esq. (NBN 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 408-3400 | Fax: (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

# # #

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Spencer Fane LLP and that, on the 29th day of October 2026, I caused to be served a true and correct copy of INTERESTED PARTIES DOES' NOTICE OF PROPOSED ORDER GRANTING INTERESTED PARTIES DOES' MOTION TO QUASH OR IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER S in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

/s/ Olivia Swibies
An employee of Spencer Fane LLP