**E-filed: October 29, 2026**

Bob L. Olson, Esq. (NV Bar No. 3783)
Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Charles E. Gianelloni, Esq. (NV Bar No. 12747)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
afugazzi@swlaw.com
cgianelloni@swlaw.com

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

NUMALE CORPORATION,

☐ AFFECTS THIS DEBTOR
☐ AFFECTS FELICIANO NUMALE NEVADA PLLC
☐ AFFECTS NUMEDICAL SC
☐ AFFECTS NUMALE COLORADO SC
☐ AFFECTS NUMALE FLORIDA TB PLLC
☐ AFFECTS NUMALE NEBRASKA LLC
☐ AFFECTS NUMALE NEW MEXICO SC
☒ AFFECTS ALL DEBTORS

Debtors.

QUINTAIROS, PRIETO, WOOD & BOYER P.A.,

Appellant,

v.

MICHAEL CARMEL, the Liquidation Trustee for the NuMale Liquidation Trust,

Appellee.

Case No. 25-10341-nmc

Chapter 11

Jointly Administered with:

| | |
|---|---|
| 25-10342-nmc | Feliciano NuMale Nevada PLLC |
| 25-10343-nmc | NuMedical SC |
| 25-10344-nmc | NuMale Colorado SC |
| 25-10345-nmc | NuMale Florida TB PLLC |
| 25-10346-nmc | NuMale Nebraska LLC |
| 25-10347-nmc | NuMale New Mexico SC |

**QUINTAIROS, PRIETO, WOOD & BOYER P.A.'S *EX PARTE* MOTION FOR AUTHORIZATION TO FILE UNDER SEAL EXHIBIT 1 TO REPLY IN SUPPORT OF EMERGENCY MOTION FOR STAY OF ORDER PENDING APPEAL, OR ALTERNATIVELY, TEMPORARY STAY**

Hearing Date: N/A
Hearing Time: N/A

Quintairos, Prieto, Wood & Boyer P.A. ("QPWB"), by and through its counsel, Snell & Wilmer L.L.P., hereby submits this ex parte motion (the "Motion") for an order authorizing QPWB to file under seal Exhibit 1 to its Reply in *Support* of *Its Emergency Motion for Stay of Order Pending Appeal, or Alternatively, Temporary Stay* (the "Stay Reply"), filed concurrently herewith. This Motion is brought pursuant to Federal Rule of Bankruptcy Procedure 9018, Local Rule ("LR") 9018, and Paragraph 4 of this Court's *Order Granting Amended Motion to Enforce* Rule *2004 Order and Compel Compliance with the Subpoena Issued to Quintairos, Prieto, Wood & Boyer, P.A. at Its Nevada Office and Denying Countermotion to Quash Subpoena and for Protective Order* [ECF No. 1046] (the "Order"). This Motion is made and based upon the following memorandum of points and authorities, the papers and pleadings on file in this case, and any argument the Court may entertain.

**MEMORANDUM OF POINTS AND AUTHORITIES**

**I. RELEVANT BACKGROUND**

On October 19, 2026, the Court entered the Order, which, among other things, directed QPWB to produce documents responsive to the Trustee's Modified Nevada Subpoena on or before October 30, 2026. [ECF No. 1046 at ¶ 1]. The Order further directed QPWB and the Trustee to meet and confer regarding a protective order and provided that, "[t]o the extent the parties cannot agree on a form of protective order, QPWB may designate any document it deems confidential as 'confidential,' which designation shall require any public use of the document to be filed under seal unless an order of this Court de-designates the document as confidential." *Id.* at ¶ 4.

The parties are negotiating a form of protective order but have not yet completed those negotiations. On October 28, 2026, ahead of the Order's production deadline, QPWB produced corporate governance records to the Trustee, Bates-numbered QPWB_000001 through QPWB_000052, and designated each page "CONFIDENTIAL" pursuant to Paragraph 4 of the Order. These records consist of QPWB's (1) Articles of Incorporation, (2) Original Bylaws and Minutes, (3) January 1, 2004 Shareholder Agreement, (4) Minutes from July 1, 2026, (5) Additional Minutes from July 1, 2026, (6) Affidavit of Lost Corporate Record Book and Corporate Records, and (7) Amended and Restated Bylaws (collectively, "**Exhibit 1**").

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

QPWB relies on Exhibit 1 in the Stay Reply to demonstrate that QPWB has only two shareholders. Because the Stay Reply makes public use of documents designated confidential, Paragraph 4 of the Order requires that Exhibit 1 be filed under seal. [ECF No. 1046 at ¶ 4].

## II. LEGAL AUTHORITY AND ARGUMENT

Federal Rule of Bankruptcy Procedure 9018 authorizes the Court, on motion and with or without notice, to enter any order that justice requires to protect an entity with respect to confidential commercial information. Local Rule 9018 adopts the definitions of Rule 9018 and provides that no document will be filed under seal absent a court order authorizing a sealed filing. LR 9018(a)(2), (b). A party seeking a sealed filing must electronically file a motion, but not the documents themselves, and then deliver a paper copy of the documents to the assigned judge for *in camera* inspection. LR 9018(b).

Sealing is warranted here. The Court has already provided, in Paragraph 4 of the Order, that any public use of a document QPWB designates confidential must be filed under seal absent de-designation. [ECF No. 1046 ¶ 4]. Exhibit 1 is also confidential commercial information in its own right. It consists of the internal governance records of a privately held professional association that is not a debtor in these cases, including its share ownership and ownership percentages, shareholder addresses, compensation and profit-distribution provisions, and buy-sell and redemption terms. The request is narrowly tailored: QPWB seeks to seal only Exhibit 1, and the Stay Reply itself is publicly filed. Nor will sealing prejudice the Trustee, who has already received Exhibit 1 in QPWB's production.

Ex Parte relief is appropriate. Rule 9018 permits the Court to act with or without notice, and LR 9018 does not require that a motion to seal be set for hearing. This Motion merely implements Paragraph 4 of the Order, and the hearing on QPWB's Emergency Motion for Stay of Order Pending Appeal, or Alternatively, Temporary Stay [ECF No. 1057] (the "Stay Motion") is set for today, October 29, 2026. Nonetheless, QPWB is serving this Motion on counsel for the Trustee.

In compliance with LR 9018(b), QPWB has not filed Exhibit 1 on the Court's electronic docket. Instead, the Stay Reply includes a placeholder slip sheet identifying Exhibit 1 as filed under

seal pending the Court's ruling on this Motion. QPWB will deliver to the chambers of the assigned judge a paper copy of Exhibit 1 for *in camera* inspection, identified as confidential in its entirety and accompanied by a captioned cover sheet complying with LR 9004, an envelope large enough to hold the paper copy without folding, and a paper copy of a proposed order granting this Motion. In addition, because the hearing on the Stay Motion is set for today, October 29, 2026, at 11:30 a.m., QPWB's counsel will bring a paper copy of Exhibit 1 to the hearing for the Court's *in camera* review, given its relevant to today's Stay Motion hearing.

By filing this Motion, QPWB does not waive any of its rights, arguments, or objections, including its challenges to the Subpoena, the Order, and the Court's jurisdiction, which are the subject of QPWB's pending appeal.

## III. CONCLUSION

For the foregoing reasons, QPWB respectfully requests that the Court enter an order (i) authorizing QPWB to file Exhibit 1 to the Stay Reply under seal; (ii) directing the Clerk to file Exhibit 1 under seal in accordance with LR 9018(d); and (iii) granting such other relief as the Court deems just and proper.

Dated: October 29, 2026.

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
Alex L. Fugazzi (NV Bar No. 9022)
Charles E. Gianelloni (NV Bar No. 12747)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200