Honorable Natalie M. Cox
United States Bankruptcy Judge

Bob L. Olson, Esq. (NV Bar No. 3783)
Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Charles E. Gianelloni, Esq. (NV Bar No. 12747)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
afugazzi@swlaw.com
cgianelloni@swlaw.com

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

NUMALE CORPORATION,

☐ AFFECTS THIS DEBTOR
☐ AFFECTS FELICIANO NUMALE NEVADA PLLC
☐ AFFECTS NUMEDICAL SC
☐ AFFECTS NUMALE COLORADO SC
☐ AFFECTS NUMALE FLORIDA TB PLLC
☐ AFFECTS NUMALE NEBRASKA LLC
☐ AFFECTS NUMALE NEW MEXICO SC
☒ AFFECTS ALL DEBTORS

Debtors.

Case No. 25-10341-nmc

Chapter 11

Jointly Administered with:

| | |
|---|---|
| 25-10342-nmc | Feliciano NuMale Nevada PLLC |
| 25-10343-nmc | NuMedical SC |
| 25-10344-nmc | NuMale Colorado SC |
| 25-10345-nmc | NuMale Florida TB PLLC |
| 25-10346-nmc | NuMale Nebraska LLC |
| 25-10347-nmc | NuMale New Mexico SC |

**ORDER GRANTING QUINTAIROS, PRIETO, WOOD & BOYER P.A.'S EX PARTE MOTION FOR AUTHORIZATION TO FILE UNDER SEAL EXHIBIT 1 TO REPLY IN SUPPORT OF EMERGENCY MOTION FOR STAY OF ORDER PENDING APPEAL, OR ALTERNATIVELY, TEMPORARY STAY**

Hearing Date: N/A
Hearing Time: N/A

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

This Court having considered Quintairos, Prieto, Wood & Boyer P.A.'s ("QPWB") *Ex Parte Motion for Authorization to File Under Seal Exhibit 1 to Reply in Support of Emergency Motion for Stay of Order Pending Appeal, or Alternatively, Temporary Stay* [ECF No. 1100] ("*Ex Parte* Motion"), and for good cause appearing,

**IT IS HEREBY ORDERED** that the *Ex Parte* Motion is granted and QPWB is authorized to file, under seal, Exhibit 1 (QPWB_000001–QPWB_000052) to its Reply *in Support of Emergency Motion for Stay of Order Pending Appeal, or Alternatively, Temporary Stay* ("Reply").

**IT IS FURTHER ORDERED** that the Clerk shall file Exhibit 1 to the Reply under seal pursuant to LR 9018(d).

**IT IS SO ORDERED**.

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
Alex L. Fugazzi (NV Bar No. 9022)
Charles E. Gianelloni (NV Bar No. 12747)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

###