NVB 5075 (Rev. 10/24)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

NUMALE CORPORATION

Debtor(s)

BK−25−10341−nmc
CHAPTER 11

NOTICE OF DOCKETING ERROR

**NOTICE IS ORDERED** that the following docket entry requires correction:

| | |
|---|---|
| Docket Number/Entry: | ***1097*** − Motion To Remove Name from E−Mail Service List with Certificate of Service Filed by JOSEPH S. MANISCALCO I on behalf of THE LCF GROUP, INC. (MANISCALCO, JOSEPH) |
| Filed On: | 10/29/26 |
| With A Hearing Date Of: | N/A |
| And A Hearing Time Of: | N/A |

The reason(s) for the required correction(s) is as follows:

* PDF has an incorrect case caption. Please refer to the Local Rules and file an amended pleading or file it in the correct case immediately. The following caption item(s) are incorrect/missing:
  * The case caption must reflect Debtor(s) name exactly as they appear on the docket sheet including terminated parties.

Dated: 10/30/26

Dan Owens
Clerk of Court

**For additional information, please visit the court's web site at https://www.nvb.uscourts.gov**