United States Bankruptcy Court
District of Nevada

In re:
NUMALE CORPORATION
Debtor

Case No. 25-10341-nmc
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: admin Page 1 of 3
Date Rcvd: Nov 01, 2026 Form ID: aplmemo Total Noticed: 3

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | ALEX L. FUGAZZI, ESQ., SNELL & WILMER, L.L.P., 1700 SOUTH PAVILION CENTER DRIVE, SUITE 700, LAS VEGAS, NV 89135-1865 |
| aty | + | BOB L. OLSON, SNELL AND WILMER L.L.P., 1700 SOUTH PAVILION CENTER DRIVE, SUITE 700, LAS VEGAS, NV 89135-1865 |
| aty | + | CHARLES E. GIANELLONI, SNELL AND WILMER L.L.P., 1700 SOUTH PAVILION CENTER DRIVE, SUITE 700, LAS VEGAS, NV 89135-1865 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 23, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYSSA A. ROGAN | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 alyssa.rogan@usdoj.gov |
| ANTHONY P SGRO | on behalf of Creditor QUINTAIROS PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO tsgro@sgroandroger.com |
| BLAKELEY E. GRIFFITH | on behalf of Creditor N2 COMPANY bgriffith@swlaw.com docket_las@swlaw.com;mfull@swlaw.com;jfung@swlaw.com;sdugan@swlaw.com |
| BOB L. OLSON | |

| | |
|---|---|
| | on behalf of Creditor QUINTAIROS PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO bolson@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com |
| CANDACE C CARLYON | on behalf of Creditor TOP TIER CAPITAL ccarlyon@carlyoncica.com CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com;mgomez@carlyoncica.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMALE COLORADO SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE COLORADO SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE CORPORATION riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE NEBRASKA LLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE NEW MEXICO SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE FLORIDA TB PLLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor FELICIANO NUMALE NEVADA PLLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMEDICAL SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMEDICAL SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A. STEPHENS | on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE LLC dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com |
| DAVID A. STEPHENS | on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC dstephens@davidstephenslaw.com dstephens@lvcoxmail.com |
| GREGORY E GARMAN | on behalf of Trustee MICHAEL W. CARMEL ggarman@gtg.legal bknotices@gtg.legal,ecf-processing@gtg.legal |
| GREGORY E GARMAN | on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal |
| ISABELLA R. GOLDSMITH | on behalf of Creditor Mayfair Mall LLC igoldsmith@kcnvlaw.com |
| IVAN M. GOLD | on behalf of Creditor Mayfair Mall LLC igold@allenmatkins.com |
| JOSEPH G. WENT | on behalf of Interested Party BRAD PALUBICKI jgwent@hollandhart.com vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com |
| JOSEPH G. WENT | on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE jgwent@hollandhart.com vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com |
| JOSEPH G. WENT | on behalf of Defendant BRAD PALUBICKI jgwent@hollandhart.com vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com |
| JOSEPH S. MANISCALCO, I | on behalf of Defendant THE LCF GROUP INC. jsm@lhmlawfirm.com |

JUSTIN CHARLES VALENCIA
on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 justin.c.valencia@usdoj.gov

LORI M. BENCOE
on behalf of Creditor Michael E. Sanchez lori@bencoelaw.com maggie@bencoelaw.com

LOUIS M BUBALA, III
on behalf of Creditor Mayfair Mall LLC lbubala@kcnvlaw.com cdroessler@kcnvlaw.com;cadkins@kcnvlaw.com

MARJORIE A. GUYMON
on behalf of Defendant THE LCF GROUP INC. bankruptcy@goldguylaw.com, lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguylaw.com;danielled@goldguylaw.com

MARK M. WEISENMILLER
on behalf of Creditor JUSTIN PULLIAM mark@abwfirm.com mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

MARY LANGSNER
on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER
on behalf of Trustee MICHAEL W. CARMEL mlangsner@gtg.legal bknotices@gtg.legal

MARY LANGSNER
on behalf of Trustee CHAPTER 11 - LV mlangsner@gtg.legal bknotices@gtg.legal

MARY LANGSNER
on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE mlangsner@gtg.legal, bknotices@gtg.legal

MATTHEW C. ZIRZOW
on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 mzirzow@lzlawnv.com hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

MATTHEW L. JOHNSON
on behalf of Creditor Prospect Rainbow LLC mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

OGONNA M. BROWN
on behalf of Creditor Michael E. Sanchez Ogonna.Brown@wbd-us.com ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

RYAN A. ANDERSEN
on behalf of Creditor JUSTIN PULLIAM ryan@aandblaw.com melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

STACY H RUBIN
on behalf of Creditor Howard & Howard rubins@ballardspahr.com DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STEVEN B. SCOW
on behalf of Creditor CHRISTOPHER ASANDRA sscow@kskdlaw.com dscow@kskdlaw.com

STEVEN T GUBNER
on behalf of Interested Party BG LAW LLP sgubner@bg.law ecf@bg.law

STUART FREEMAN WILSON-PATTON
on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov

TALITHA B. GRAY KOZLOWSKI
on behalf of Trustee MICHAEL W. CARMEL tgray@gtg.legal bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI
on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI
on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

TOTAL: 50

NVB 8001−1 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br><br>NUMALE CORPORATION<br>Debtor(s) | BK−25−10341−nmc<br>CHAPTER 11<br><br>Appeal Reference Number: 26−35 |
| QUINTAIROS, PRIETO, WOOD & BOYER P.A.<br>Appellant(s)<br>vs<br><br>MICHAEL CARMEL, the Liquidation Trustee for the NuMale Liquidation Trust<br>Appellee(s) | APPEAL MEMORANDUM |

To: All Parties in Appeal

From: U.S. Bankruptcy Court
300 Las Vegas Blvd., South
Las Vegas, NV 89101

The following item(s) are required for the above referenced appeal to proceed timely:

**Designation of Record On Appeal** must be filed at the Bankruptcy Clerk's Office 14 days after the filing of the Notice of Appeal. It must include the exact hearing dates of transcripts, exact titles and filing dates of all pleadings and exhibits. If any party includes a transcript, it must immediately be ordered by filing a Transcript Order Form with the Clerk's Office and make arrangements for payment with our Electronic Court Recorders.

The **Statement Of Issues** must also be filed at the Bankruptcy Clerk's Office 14 days after filing the Notice of Appeal. The Appellee is allowed 14 days after service of the Appellant Statement of Issues and Designation of Record to file an Additional/Supplemental Designation of Record.

**IF THE ABOVE ARE NOT COMPLIED WITH, THE BANKRUPTCY CLERK WILL FILE A STATUS REPORT WITH THE BANKRUPTCY APPELLATE PANEL OR THE U.S. DISTRICT COURT INDICATING WHY THE BANKRUPTCY CLERK HAS BEEN UNABLE TO FORWARD THE RECORD ON A TIMELY BASIS.**

Dated: 10/23/26

Dan Owens
Clerk of Court