GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-Mail: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Trustee of the NuMale Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**STIPULATION REGARDING PENDING DISCOVERY AND APPEAL**

Michael Carmel, trustee of the NuMale Liquidation Trust (the "Trustee"), Quintairos, Prieto, Wood & Boyer, P.A. ("QPWB"), Eric Boyer, Edward Prieto, Frank Alvarez, J. Andrew Robertson, Erin Chavez, Dominique Barrett, and Jack Oliver[1] (QPWB, together with the foregoing individuals, the "QPWB Parties," and together with the Trustee, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

WHEREAS, pursuant to Rule 2004 Orders entered by the Court, the Trustee issued subpoenas scheduling examinations for QPWB, Eric Boyer, Edward Prieto, Frank Alvarez, J. Andrew Robertson, Erin Chavez, Dominique Barrett, and Jack Oliver (the "Rule 2004 Subpoenas").

WHEREAS, the Trustee served deposition notices upon Eric Boyer and QPWB with respect to the two QPWB motions filed by Sgro & Roger [ECF Nos. 1007 and 1010] (together, the "Removal Motions").

WHEREAS, on October 9, 2026, Erin Chavez filed a motion to quash the Rule 2004 Subpoena issued to her, which motion was filed in the United States Bankruptcy Court for the District of New Mexico, case number 26-00005-j (the "New Mexico Motion to Quash").

WHEREAS, on October 9, 2026, Frank Alvarez, Jack Oliver, and J. Andrew Robertson filed a motion to quash the Rule 2004 Subpoenas issued to them, which motion was filed in the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, case number 26-00315-sgj (the "Texas Motion to Quash").

WHEREAS, on October 19, 2026, the Court entered its *Order Granting Amended Motion to Enforce Rule 2004 Order and Compel Compliance with the Subpoena Issued to Quintairos, Prieto, Wood & Boyer, P.A. at Its Nevada Office and Denying Countermotion to Quash Subpoena and for Protective Order* (the "Compliance Order") [ECF No. 1015], requiring QPWB to produce

[1] By entering this stipulation, QPWB, Boyer, Prieto, Alvarez, Robertson, Chavez, Barrett, and Oliver do not waive any arguments or objections regarding this Court's exercise of: (1) personal jurisdiction over them, or (2) subject matter jurisdiction over any dispute between them and the Trustee or the Liquidation Trust. Additionally, they do not waive any arguments or objections regarding proper notice or the propriety of the Trustee's actions concerning the Global Settlement Agreement [ECF No. 430] and Plan [ECF No. 434].





Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

certain documents by October 30, 2026, and produce witnesses for examination in person in Nevada on November 4, 2026.

WHEREAS, on October 22, 2026, QPWB filed its *Notice of Appeal and Statement of Election*, [ECF No. 1050], thereby initiating an appeal from the Compliance Order.

WHEREAS, on October 23, 2026, QPWB filed its Amended Motion for Leave to Appeal the Compliance Order ("Motion for Leave") [ECF No. 1059] and its Emergency Motion to Stay Pending Appeal ("Motion to Stay") [ECF No. 1057].

WHEREAS, on October 27, 2026, Spencer Fane entered a special appearance on behalf of three of QPWB's attorneys for the limited purpose of moving to quash the subpoena issued to QPWB.

WHEREAS, on October 29, 2026, this Court held a hearing on QPWB's Motion to Stay where it modified the Compliance Order so that it did not require initial disclosure of identifying information of QPWB employees in response to the QPWB Subpoena, instead permitting staged consideration of such disclosure.

WHEREAS, the Parties have met and conferred in good faith and have reached a consensual resolution of their discovery disputes and the appeal.

NOW, THEREFORE, the Parties hereby stipulate and agree as follows:

1. The Trustee shall take the following depositions in Miami, Florida (the "Stipulated Depositions"):

a. On November 11, 2026, the deposition of Eric Boyer, which deposition pertains to the Removal Motions.

b. If Eric Boyer will also be the 30(b)(6) witness for QPWB with respect to the Removal Motions, then the Trustee will also commence that deposition on November 11, 2026.

c. On November 12, 2026, the Rule 2004 examination of QPWB under the Rule 2004 Subpoena, for which QPWB's designated witnesses are Eric Boyer, Jorge Riofrio, and Frank Alvarez.





Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

d. On November 13, 2026, the Rule 2004 examination of Frank Alvarez pursuant to his Rule 2004 Subpoena.

e. If Eric Boyer is not the 30(b)(6) witness for the deposition that pertains to the Removal Motions, or the 30(b)(6) deposition on November 11, 2026, is not completed, then on November 13, 2026, the 30(b)(6) deposition that pertains to the Removal Motions will also be taken or completed, as applicable.

2. The QPWB Parties agree not to file a motion to quash, a motion for protective order, or any other pre-exam/pre-deposition motions directed at the Stipulated Depositions, or to otherwise take any action to stop or interfere with the scheduled in-person Stipulated Depositions. This does not prohibit or limit any objections or arguments QPWB may raise outside of the Stipulated Depositions.

3. All objections to questions during the course of the Stipulated Depositions and any claims of privilege or work product are preserved as permitted by the Federal Rules of Civil Procedure, as made applicable here by the Federal Rules of Bankruptcy Procedure, or other applicable law.

4. The Trustee hereby withdraws each of the Rule 2004 Subpoenas issued to J. Andrew Robertson, Erin Chavez, Dominique Barrett, and Jack Oliver, confirms that the Rule 2004 Subpoenas to Eric Boyer and Edward Prieto were previously withdrawn, and agrees no new Rule 2004 discovery shall be initiated against these individuals.

5. The New Mexico Motion to Quash and Texas Motion to Quash will be withdrawn within three (3) days of filing this Stipulation with the Court.

6. QPWB's motion seeking leave to appeal from the Compliance Order shall be withdrawn within three (3) days of filing this Stipulation with the Court.

7. QPWB shall promptly obtain dismissal of its appeal from the Compliance Order.

8. No party hereto shall seek recovery of attorneys' fees and costs in connection with the withdrawn Rule 2004 Subpoenas, the New Mexico Motion to Quash, the Texas Motion to Quash, or QPWB's motion for leave to appeal and dismissal of the appeal.





Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

9. Nothing in this Stipulation shall preclude, limit, or otherwise prejudice the rights of any of the QPWB Parties to serve and seek discovery, including written discovery and depositions, in connection with the Removal Motions and the Parties reserve all rights, objections, and defenses with respect to any such discovery.

GARMAN TURNER GORDON LLP

By: /s/ Talitha Gray Kozlowski
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Trustee of the NuMale Liquidation Trust*

SNELL & WILMER L.L.P.

By: /s/ Alex L. Fugazzi
BOB L. OLSON, ESQ.
ALEX L. FUGAZZI, ESQ.
1700 South Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135
*Attorneys for Quintairos, Prieto, Wood & Boyer, P.A., Eric Boyer, Edward Prieto, Frank Alvarez, J. Andrew Robertson, Erin Chavez, Dominique Barrett, and Jack Oliver*

SGRO & ROGER

By: /s/ Anthony P. Sgro
ANTHONY P. SGRO, ESQ.
BENJAMIN B. GORDON, ESQ.
2901 El Camino Ave., Ste. 204
Las Vegas, Nevada 89102

*Attorneys for Quintairos, Prieto, Wood & Boyer, P.A., Eric Boyer, and Edward Prieto*