GARMAN TURNER GORDON LLP
GREGORY E. GARMAN
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Trustee of the NuMale Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**STIPULATION REGARDING PROTECTIVE ORDER**

WHEREAS, Michael W. Carmel, the Liquidating Trustee of the NuMale Liquidating Trust and Quintairos, Prieto, Wood & Boyer, P.A., by and through their respective counsel of record, are engaged in discovery and have agreed to a form of protective order.



GARMAN TURNER GORDON
7251 Amigo St., Ste. 210
Las Vegas, NV 89119
725-777-3000

NOW, THEREFORE, the Parties stipulate and request that the Court enter the protective order attached hereto as **Exhibit 1.**

GARMAN TURNER GORDON LLP

By: *Gregory E. Garman*
Gregory E. Garman, Esq.
Talitha Gray Kozlowski, Esq.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Liquidating Trustee of the NuMale Liquidating Trust*

SNELL & WILMER L.L.P.

By: */s/ Charles E. Gianelloni*
Bob L. Olson, Esq.
Alex L. Fugazzi, Esq.
Charles E. Gianelloni, Esq.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
*Attorneys for Quintairos, Prieto, Wood & Boyer, P.A.*



GARMAN TURNER GORDON
7251 Amigo St., Ste. 210
Las Vegas, NV 89119
725-777-3000