Honorable Natalie M. Cox
United States Bankruptcy Judge

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-Mail: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Trustee of the NuMale Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐ | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC |

| | |
|---|---|
| NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: October 29, 2026<br>Hearing Time: 11:30 a.m.<br><br>Next Hearing Date: November 5, 2026<br>Hearing Time: 10:30 a.m. |

**ORDER REGARDING THE QUINTAIROS, PRIETO, WOOD & BOYER P.A.'S EMERGENCY MOTION FOR STAY OF ORDER PENDING APPEAL, OR, ALTERNATIVELY, TEMPORARY STAY**

The Court considered Quintairos, Prieto, Wood & Boyer P.A.'s *Emergency Motion for Stay of Order Pending Appeal, or, Alternatively, Temporary Stay* [ECF No. 1057] (the "Stay Motion") filed by Quintairos, Prieto, Wood & Boyer, P.A. ("QPWB"); and the opposition to the Stay Motion [ECF No. 1091] and the supplemental declaration of Talitha Gray Kozlowski in support thereof [ECF No. 1092] filed by Michael Carmel (the "Trustee"), the Trustee of the NuMale Liquidation Trust. The Court, having held a hearing on the Stay Motion on October 29, 2026, pursuant to its Order Shortening Time [ECF No. 1074], at which appearances were noted on the record and during which an agreement for discovery and production was placed on the record; and good cause appearing therefor,

**IT IS HEREBY ORDERED that:**

1. QPWB shall, pursuant to the agreement between it and the Trustee placed on the record, produce the documents responsive to Request Numbers 1-2, 4-6, 15, 18-20, 24-25, and 29-34 of the Modified Nevada Subpoena on or before October 30, 2026;

2. To protect the privacy interests of QPWB and its employees, QPWB shall, pursuant to the agreement between it and the Trustee placed on the record, produce on November 2, 2026, the following documents for the 80 to 100 attorneys described by QPWB as "rainmakers" or as heads of "business units":

   a. The actual agreements in QPWB's custody and control which it locates after diligent inquiry between QPWB and each such lawyer(s) governing their



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(702)-483-6126

compensation and other rights with respect to QPWB, which agreements may be redacted by replacing the lawyer's name with an anonymized numerical identifier;[1]

b. To the extent that there is no written agreement between QPWB and any such lawyer(s), QPWB shall provide a description of the terms of the agreement and how compensation is calculated with the lawyer's name replaced by an anonymized numerical identifier; and

c. Each such lawyer's compensation in 2024, 2025, and year to date 2026, with the lawyer's name replaced by an anonymized numerical identifier.

3. Unless otherwise agreed by the parties in writing, the deposition of QPWB's 30(b)(6) witness(es) shall appear in Nevada for the deposition contemplated by the Modified Nevada Subpoena. At the deposition, for questions pertaining to the 80 to 100 "rainmakers" compensation or the documents identified in Paragraph 2, the declarant(s) may refer to them by the anonymized numerical identifier instead of by name.

4. QPWB, as well as its impacted employees and lawyers, maintain their right to object to the disclosure of QPWB's employees and lawyers identifying information and the Trustee maintains the right to seek an order compelling disclosure of the same.

5. A status conference is scheduled for November 5, 2026, at 10:30 a.m., at which any remaining issues may be addressed, including the dispute regarding the disclosure of the names previously anonymized.

**IT IS SO ORDERED.**

[1] For the avoidance of doubt, each such lawyer shall be provided a single anatomized numerical identifier and that single identifier shall be used on all of the redacted documents.



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(702)-483-6126

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: */s/ Talitha Gray Kozlowski*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Trustee of the NuMale Liquidation Trust*

SNELL & WILMER L.L.P.

By: */s/ Bob L. Olson*
BOB L. OLSON, ESQ.
ALEX L. FUGAZZI, ESQ.
1700 South Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135
*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer and Edward Prieto*

SPENCER FANE, LLP

By: */s/ Richard F. Holley*
RICHARD F. HOLLEY, ESQ.
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**LR 9021 CERTIFICATION**

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(702)-483-6126