Honorable Natalie M. Cox
United States Bankruptcy Judge

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-Mail: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Trustee of the NuMale Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐ | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC |

| | |
|---|---|
| NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**ORDER APPROVING STIPULATION REGARDING PENDING DISCOVERY AND APPEAL**

The Court, having considered the *Stipulation Regarding Pending Discovery and Appeal* (the "Stipulation"), submitted by Michael Carmel, trustee of the NuMale Liquidation Trust, Quintairos, Prieto, Wood & Boyer, P.A., Eric Boyer, Edward Prieto, Frank Alvarez, J. Andrew Robertson, Erin Chavez, Dominique Barrett, and Jack Oliver, by and through their respective undersigned counsel, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Stipulation attached hereto as **Exhibit 1** is approved.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: */s/ Talitha Gray Kozlowski*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Trustee of the NuMale Liquidation Trust*

SNELL & WILMER L.L.P.

By: */s/ Alex L. Fugazzi*
BOB L. OLSON, ESQ.
ALEX L. FUGAZZI, ESQ.
1700 South Pavilion Center Dr., Suite 700
Las Vegas, Nevada 89135
*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, Edward Prieto, Frank Alvarez, J. Andrew Robertson, Erin Chavez, Dominique Barrett, and Jack Oliver*

SGRO & ROGER

By: */s/ Anthony P. Sgro*
ANTHONY P. SGRO, ESQ.
BENJAMIN B. GORDON, ESQ.
2901 El Camino Ave., Ste. 204
Las Vegas, Nevada 89102

*Attorneys for Quintairos, Prieto, Wood & Boyer, P.A., Eric Boyer, and Edward Prieto*