# EXHIBIT A

EXHIBIT A

# Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Key to Global Timeline (a headnote) | |
|---|---|
| ***Alvarez*** | Frank Alvarez, Esq. - lead Litigation Counsel for Defendants in the Sanchez Lawsuit; Managing Partner of the QPWB Dallas, Texas, office |
| ***Asandra*** | Dr. Christopher (Chris) Asandra, an individual defendant in the Sanchez Lawsuit (against whom the jury verdict was entered) |
| ***Bankruptcy Cases*** | Chapter 11 Bankruptcy Cases of the NuMale debtors, pending in Bankr. D. Nev. under lead jointly administered case No. 25-10341-NMC. (All references to "ECF No." are to the documents filed in the lead Bankruptcy Case as they appear on the Bankruptcy Court's docket.) |
| ***Barrett*** | Dominique Barrett, Esq. - lead Trial Counsel for Defendants in the Sanchez Lawsuit; partner, QPWB Scottsdale, Arizona, office |
| ***Beazley*** | Certain Underwriters at Lloyd's, London, Syndicates 623 and 2623 (collectively, "Beazley") (the insurer) |
| ***Bencoe*** | Lori Bencoe, Esq. - Plaintiff's counsel in the Sanchez Lawsuit |
| ***Boyer*** | Eric Boyer, Esq. - QPWB firm managing partner, works in QPWB Miami, Florida, office |
| ***Chavez*** | Erin Chavez, Esq. - Associate, Trial Counsel for Defendants in the Sanchez Lawsuit; QPWB Albuquerque, New Mexico, office |
| ***Feliciano*** | Carlos Feliciano, an individual defendant in the Sanchez Lawsuit (against whom the jury verdict was entered) |
| ***Neiwirth*** | Arthur Neiwirth, Esq. - QPWB bankruptcy partner, located in QPWB's Fort Lauderdale, Florida, office |
| ***New Mexico Court*** | Second Judicial District Court, County of Bernalillo, New Mexico |
| ***NuMale Albuquerque*** | NuMale Albuquerque LLC (non-debtor) defendant in the Sanchez Lawsuit (against whom the jury verdict was entered) |
| ***NuMale Corp.*** | NuMale Corporation, lead debtor in the Nevada Chapter 11 Bankruptcy Cases, and defendant in the Sanchez Lawsuit (against whom the jury verdict was entered) |
| ***NuMale New Mexico*** | NuMale New Mexico, SC, debtor in the Nevada Chapter 11 Bankruptcy Cases and defendant in the Sanchez Lawsuit (against whom the jury verdict was entered) |
| ***Palubicki*** | Brad Palubicki, an individual defendant in the Sanchez Lawsuit (against whom the jury verdict was entered) |
| ***Plean*** | Justin Plean, Esq. - QPWB bankruptcy partner, located in QPWB's West Palm Beach, Florida, office |
| ***Pulliam*** | Justin Pulliam, an individual defendant in the Sanchez Lawsuit (against whom the jury verdict was entered) |
| ***QPWB, or Quintairos*** | Quintairos, Prieto, Wood & Boyer P.A. (law firm) |
| ***Ricco*** | Edward Ricco, Esq. - lead appellate counsel at Rodey law firm |
| ***Riggi*** | David Riggi, Esq. - Debtors' original counsel in the Chapter 11 Bankruptcy Cases filed in the District of Nevada |
| ***Robertson*** | John Andrew Robertson ("J. Andrew Robertson"), Esq. - lead Trial Counsel for Defendants in the Sanchez Lawsuit; partner, QPWB Dallas office |
| ***Rodey (law firm)*** | Rodey, Dickason, Sloan, Akin, & Robb, P.A. - defendants' appellate counsel, Sanchez Lawsuit |
| ***Sanchez Lawsuit*** | Second Judicial District Court, County of Bernalillo, New Mexico (the New Mexico Court), Case No. D-202-CV-2020-06336 |
| ***Sanchez*** | Mr. Michael Sanchez, plaintiff in the Sanchez Lawsuit |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 20-Nov-24 | Email dated November 20, 2024 | Dr. Asandra, tells the QPWB trial team in writing: "I believe this course of action constitutes ongoing malpractice by defense counsel." | | **Ex. 1 at p. 2** |
| 27-Nov-24 | Email dated November 27, 2024 | On behalf of Dr. Asandra, Jim Parrett tells the QPWB trial team, "it is hereby demanded you preserve all evidence, written, electronic, oral or other, as to this matter and all parties. . . ." | | **Ex. 2** |
| 10-Dec-24 | Email chain ending December 10, 2024 | Dr. Asandra's new counsel notifies QPWB that he represents Dr. Asandra "in connection with his claims against all parties for the failure to settle this matter for policy limits and for the failure to settle during trial."<br><br>Additionally, Sanchez's counsel tries to settle, post-verdict, with QPWB. | | **Ex. 3** |
| 22-Jan-25 | Chapter 11 petitions are filed, and Notices of Bankruptcy are issued | NuMale Debtors file voluntary petitions for Chapter 11 bankruptcy. | | **ECF No. 1** |
| **14-Feb-25** | Email dated February 14, 2025 | **QPWB—including Boyer—is told in writing that NuMale Corp. and NuMale New Mexico S.C. "filed for bankruptcy in the District of Nevada."** | | **Ex. 4** |
| 19-Feb-25 | Email chain ending February 20, 2025 | Rodey sends QPWB—including Boyer—the bankruptcy notices ("See attached notices.") and tells QPWB that, "as trial counsel for these entities," QPWB should "file notice of the bankruptcy filings and automatic bankruptcy stay." Alvarez replies to the same group, Boyer included. | | **Ex. 4** |
| 20-Feb-25 | Email chain ending February 20, 2025 | Beazley representative approves QPWB filing notices of bankruptcy and advising Sanchez counsel of same | | **Ex. 5** |
| 20-Feb-25 | Email dated February 20, 2025 | Boyer personally "agree[s]" with QPWB's proposed handling of the bankruptcy stay. | | **Ex. 6 at p. 1** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 20-Feb-25 | QPWB Billing entries dated February 20, 2025 (invoice dated July 17, 2025) | QPWB bills for, *inter alia*, "pulling NuMale Corporation and NuMale New Mexico S.C.'s voluntary bankruptcy petitions from the Nevada Bankruptcy Court," for the "Notice of Bankruptcy" it drafted, and for advising its clients on "the effect of automatic stay." QPWB did not merely know of this bankruptcy case; it worked on it and charged for that work. | | **Ex. 7** |
| **20-Feb-25** | Court e-service notification dated February 20, 2025 | **QPWB files, in the *Sanchez* case, a "Rule 1-084 Notice of Bankruptcy Proceedings by NuMale Defendants."** The notice is signed "/s/Frank Alvarez". QPWB filed (and was served with) the ***Notice of Bankruptcy with copies of NuMale Corporation bankruptcy petition and NuMale New Mexico SC bankruptcy petition*.**<br><br>**Matters because** QPWB formally told the New Mexico Court about the Debtors' Chapter 11 Cases (and thus had notice of them). | <u>Noticed to all counsel of record, which includes:</u><br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 8** |
| 21-Feb-25 | Email chain ending February 21, 2025 | NuMale's initial bankruptcy counsel tells QPWB, "we want to have your firm formally employed by the bankruptcy court for you to continue representation," and asks for QPWB's retainer agreement.<br><br>Robertson forwards the request to Boyer and Alvarez. | | **Ex. 9 at p. 1** |
| 21-Feb-25 | QPWB Billing entries dated February 21 and 23, 2025 | QPWB bills for, *inter alia*, "Correspondences (3+) with the bankruptcy counsel" and for "Correspondence to adjuster discussing bk representation order." | | **Ex. 7 at p. 2** |
| 24-Feb-25 | Email dated February 24, 2025 | In email chain with other counsel, QPWB tells Beazley that NuMale's bankruptcy counsel requires QPWB's retainer agreement "so that the bankruptcy court can approve our continued representation of the two Numale entities." QPWB knew this Court was overseeing its own engagement. | | **Ex. 10** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 7-Mar-25 | Email dated March 7, 2025 (part of chain ending March 8, 2025) | In email chain with other QPWB attorneys, **Boyer brings QPWB's own bankruptcy partners, Arthur Neiwirth and Justin Plean, into the matter, writing: "Looping in Arthur and justin on bankruptcy question."** | | **Ex. 11 at p. 3** |
| 7-Mar-25 | Email dated March 7, 2025 (also part of chain ending March 8, 2025) | In email chain with other QPWB attorneys, Boyer frames the bankruptcy question himself: "whether a bankruptcy stay in a matter applies to co-defendant non debtor individuals or entities . *[sic]*" | | **Ex. 11 at p. 3** |
| 7-Mar-25 | Email dated March 7, 2025 (also part of chain ending March 8, 2025) | In email chain with other QPWB attorneys, QPWB's bankruptcy partner sends Boyer and the litigation team a bankruptcy analysis—"What chapter bankruptcy did they file,"—addressing the automatic stay and alter-ego exposure, and states, "if it's an chapter 11, you want to reimburse to the estate for the benefit of creditors." | | **Ex. 11 at p. 1** |
| 7-Mar-25 | Email dated March 7, 2025 (also part of chain ending March 8, 2025) | In email chain with other QPWB attorneys, ***QPWB's bankruptcy partner Justin D. Plean provides analysis about bankruptcy that includes***:<br><br>"Worst case scenario is we file a motion to lift stay or confirm no stay once the facts are sorted out so there is no risk to moving forward after obtaining an order from the bankruptcy court." | | **Ex. 11 at p. 2** |
| 7-Mar-25 | Billing entries dated March 7, 2025 | QPWB bills for, *inter alia*, its bankruptcy partner to "Evaluate and Analyze applicability of Automatic Stay of two Defendants out of five and options and strategy." | | **Ex. 12 at p. 1** |
| 11-Mar-25 | Email dated March 11, 2025 (part of chain ending March 11, 2025) | In email chain with other QPWB attorneys, Boyer writes: "Do we have any clarity on whether we need to file another pleading with respect to the bankruptcy." | | **Ex. 13 at p. 1** |
| 11-Mar-25 | Email dated March 11, 2025 (part of chain ending March 11, 2025) | In email chain with other QPWB attorneys, Boyer directs "In writing, definitely follow up with ed as to whether he spoke to bankruptcy counsel and whether any additional filings are<br>required on our end." | | **Ex. 13 at p. 1** |
| 12-Mar-25 | Email dated March 12, 2025 (part of chain ending March 13, 2025) | **Boyer asks QPWB's bankruptcy partners to review an amended proposed judgment "based on recent bankruptcy filings of 2 defendants[.]"** | | **Ex. 14 at p. 1** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 12-Mar-25 | QPWB Billing entries dated March 12, 2025 | QPWB bills for, *inter alia*, its bankruptcy partner to "Analyze multiple emails regarding Proposed Amended Final Judgment and impact of Bankruptcy Automatic Stay." | | **Ex. 12 at p. 2** |
| 13-Mar-25 | Email dated March 13, 2025 | In email chain with other QPWB attorneys, Boyer asks: "Will we be able to have the stay applied to the non-debtor defendants since all defendants are inter-related?" | | **Ex. 14 at p. 1** |
| 17-Mar-25 | Email dated March 17, 2025 | NuMale, in writing asks QPWB for "a complete copy of our file and a detailed breakdown of all billing information related to our account." | | **Ex. 15** |
| 18-Mar-25 | Email dated March 18, 2025 | In email chain with other QPWB attorneys, Boyer acknowledges that "the insured declared bankruptcy[]" and "Beazley filed a dec action[.]" "These two new developments may have to be included in the motion to stay execution without a bond." | | **Ex. 16** |
| 19-Mar-25 | Email dated March 19, 2025, forwarding email dated March 19, 2025 | In email chain with other counsel and other QPWB attorneys, Boyer is advised of bankruptcy case developments | | **Ex. 17** |
| 20-Mar-25 | ***In the Sanchez Lawsuit***, Notice of Appearance of Edward Ricco of Rodey, Dickason, Sloan, Akin & Robb, P.A. | Rodey enters its appearance as "additional counsel for Defendants in this matter". QPWB remains counsel of record. | <u>All counsel of record, which includes:</u><br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 18** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 20-Mar-25 | ***In the Sanchez Lawsuit,* Quintairos files** Defendants' Motion to Stay Execution of the Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings | QPWB's motion, signed "By: /s/ J. Andrew Robertson" for QPWB, tells the Court, *inter alia*, that the Debtors "filed voluntary petitions for relief pursuant to chapter 11 of the Bankruptcy Code, resulting in an automatic stay of these proceedings" and that "the bankruptcy court partially lifted the stay." Quintairos has not withdrawn, and remains counsel of record to the Defendants. | <u>All counsel of record, which includes:</u><br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 19** |
| 21-Mar-25 | QPWB Billing entries dated March 21, 2025 | QPWB attorney Erin Chavez bills for, *inter alia*, "remove internal communications for production of client file . . ." | | **Ex. 12 at p. 3** |
| 23-Mar-25 | QPWB Billing entries dated March 23, 2025 | QPWB bills for, *inter alia*, reviewing this Court's "PACER docket discussing Numale's joint meeting of creditors." | | **Ex. 12 at p. 3** |
| 26-Mar-25 | ***In the Sanchez Lawsuit***, Plaintiff's Reply in Support of Motion for Prejudgment Interest is filed | Quintairos has more notice of the bankruptcy cases, ***including references to bankruptcy case numbers***. Plaintiff files papers in the Sanchez Lawsuit identifying NuMale Corp. and NuMale N.M. S.C. Corp. as "Debtors in Chapter 11 voluntary bankruptcy cases filed on January 22, 2025 and pending in the U.S. Bankruptcy Court, District of Nevada, before the Honorable Natalie Cox, Cases No. 25-10341 and 25-10347". Quintairos does not withdraw. | <u>All counsel of record, which includes:</u><br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 20** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 26-Mar-25 | ***In the Sanchez Lawsuit,*** Plaintiff's Reply in Support of Cost Bill and Motion for Award of Costs in the Court's Discretion is filed. | Quintairos has more notice of the bankruptcy cases, ***including references to bankruptcy case numbers***. Plaintiff files papers in the Sanchez Lawsuit identifying NuMale Corp. and NuMale N.M. S.C. Corp. as "Debtors in Chapter 11 voluntary bankruptcy cases filed on January 22, 2025 and pending in the U.S. Bankruptcy Court, District of Nevada, before the Honorable Natalie Cox, Cases No. 25-10341 and 25-10347". Quintairos does not withdraw. | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 21** |
| 26-Mar-25 | ***In the Sanchez Lawsuit***, Plaintiff's Notice of Relevant State Court Filing[:] Civil Complaint for Declaratory Judgment Filed on March 14, 2025 in Curry County, Ninth Judicial District Court, is filed | Quintairos has more notice of the bankruptcy cases ***and copies of actual bankruptcy filings***. Quintairos does not withdraw. Plaintiff's notice of the Beazley coverage suit tells QPWB that NuMale had "filed voluntary petitions for Chapter 11 Bankruptcy" ***and ties the filing to QPWB's own "Rule 1-084 Notice of Bankruptcy Proceedings"***. | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 22** |
| 26-Mar-25 | ***In the Sanchez Lawsuit***, Plaintiff's Notice of Relevant Bankruptcy Filings is filed, ***with bankruptcy case filings attached*** *(Motion for Order Terminating Stay)*. | Quintairos has more notice of the bankruptcy cases, ***and of Beazley's separate coverage lawsuit filed in New Mexico***. Quintairos does not withdraw. Plaintiff's "Notice Of Relevant Bankruptcy Filings" concerning the "Motion For Order Terminating Automatic Stay As To N.M. State Court Post-Trial Proceedings" ***attaches the stay relief motion as filed in the Bankruptcy Court*** ("Case 25-10341-nmc Doc 98"). | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 23** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 26-Mar-25 | ***In the Sanchez Lawsuit***, Plaintiff's Notice of Relevant Bankruptcy Filings *with bankruptcy case filings attached (Declaration of Lori Bencoe)*, is filed. | Quintairos has more notice of the bankruptcy cases ***and copies of actual bankruptcy filings***. Quintairos does not withdraw. Plaintiff ***serves QPWB with the declaration filed in the Bankruptcy Court*** in support of the stay-termination motion (ECF No. 100). | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 24** |
| 26-Mar-25 | ***In the Sanchez Lawsuit***, Notice of Completion of Briefing for Plaintiffs Cost Bill and Motion for Award of Costs in the Court's Discretion, is filed. | Quintairos has more notice of the bankruptcy cases, ***including references to bankruptcy case numbers***. Plaintiff files papers in the Sanchez Lawsuit identifying NuMale Corp. and NuMale N.M. S.C. Corp. as "Debtors in Chapter 11 voluntary bankruptcy cases filed on January 22, 2025 and pending in the U.S. Bankruptcy Court, District of Nevada, before the Honorable Natalie Cox, Cases No. 25-10341 and 25-10347". Quintairos does not withdraw. | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 25** |
| 26-Mar-25 | ***In the Sanchez Lawsuit***, Plaintiff's Amended Request for Hearing on His Post Trial Motions is filed. | Quintairos has more notice of the bankruptcy cases, ***including references to bankruptcy case numbers***. Quintairos does not withdraw. | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 26** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 26-Mar-25 | ***In the Sanchez Lawsuit,*** Notice of Completion of Briefing on Plaintiff's Motion for Prejudgment Interest is filed. | Quintairos has more notice of the bankruptcy cases, ***including references to bankruptcy case numbers***. Quintairos does not withdraw. | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 27** |
| 26-Mar-25 | ***In the Sanchez Lawsuit***, Plaintiff's Notice of Relevant Bankruptcy Filings *with bankruptcy case filings attached (Stipulations for Order Terminating Automatic Stay)* is filed. | Quintairos has more notice of the bankruptcy cases ***and copies of actual bankruptcy filings***. Quintairos does not withdraw. The notice filed with the New Mexico Court ***attaches the stipulation as filed in the Bankruptcy Court*** (ECF No. 70). | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 28** |
| 29-Mar-25 | QPWB Billing entries dated March 29, 2025 | QPWB bills for, *inter alia*, reporting to its clients on the status of "lifting the bankruptcy stay." | | **Ex. 12 at pp. 3, 4** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 4-Apr-25 | ***In the Sanchez Lawsuit***, Plaintiff's Response in Opposition to Defendants' Motion to Stay Execution of the Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings, is filed. | Plaintiff's filing notes that ***it excludes the NuMale entities, "as to whom an automatic stay under 11 U.S.C. § 362 is currently in place due to their status as Debtors in Chapter 11 voluntary bankruptcy cases***". | <u>All counsel of record, which includes:</u><br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 29** |
| 7-Apr-25 | Order dated April 7, 2025 | Michael W. Carmel is appointed Chapter 11 Trustee. | | **ECF Nos. 132, 155-157** |
| 8-Apr-25 | ***In the Sanchez Lawsuit,*** Notice of Zoom Hearing **is issued by the New Mexico State Court** | New Mexico State Court ***identifies Quintairos firm as counsel of record to the Defendants in the Sanchez Lawsuit***, as the Court's hearing notice lists QPWB—Alvarez, Robertson, Barrett, and Chavez—among "ALL PARTIES ENTITLED TO NOTICE" as counsel for the NuMale defendants. | <u>All counsel of record, which includes:</u><br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 30** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 9-Apr-25 | ***In the Sanchez Lawsuit***, Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay Execution of Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings (filed March 20, 2025), is filed | Quintairos has more notice of the bankruptcy cases, including references to bankruptcy case numbers: The briefing in the *Sanchez* case divides QPWB's clients into debtors and non-debtors: the QPWB Service Group is served with "Plaintiffs Cross-Motion to (Nondebtor) Defendants Motion to Stay Execution of Judgment." Its first footnote ***identifies "Debtors in Chapter 11 voluntary bankruptcy cases" pending in the Nevada Bankruptcy Court***. | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 31** |
| 21-Apr-25 | ***In the Sanchez Lawsuit***, **QPWB FILES** Defendants' Reply in Support of Motion to Stay Execution of the Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings | QPWB's reply ***argues the bankruptcy***: "As a creditor in the bankruptcy proceedings, Plaintiff can obtain as much protection of his judgment against the debtors as the law will allow". | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 32** |
| 23-Apr-25 | ***In the Sanchez Lawsuit***, Beazley's files Certificate of Service noting certain objections and responses to a subpoena were electronically served. | Quintairos is still counsel of record to the Defendants. | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 33** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 24-Apr-25 | ***In the Sanchez Lawsuit*, <u>QPWB FILES</u>** Defendants' Response to Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay, is filed | Quintairos aware of the bankruptcy cases, Quintairos aware of the bankruptcy cases, ***provides legal analysis of bankruptcy issues***. The QPWB Service Group is served with "Defendants' Response to Plaintiffs Cross Motion to Nondebtor Defendants Motion to Stay", which asserts "the bankruptcy process is designed to protect the rights of creditors such as Plaintiff". | <u>All counsel of record, which includes:</u><br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 34** |
| 1-May-25 | ***In the Sanchez Lawsuit*** the parties file a Joint Amended Request for Hearing | QPWB ***approves the joint request for hearing*** on the stay briefing: "/s/ Dominique Barrett—Approval—05/01/2025". | <u>All counsel of record, which includes:</u><br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 35** |
| 1-May-25 | ***In the Sanchez Lawsuit***, Plaintiff's Reply in Support of Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay Execution of Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings (*filed March 20, 2025*), is filed | Quintairos has more notice of the bankruptcy cases, including references to bankruptcy case numbers. Plaintiff's reply, in its first footnote, ***again identifies the "Debtors in Chapter 11 voluntary bankruptcy cases"***. | <u>All counsel of record, which includes:</u><br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 36** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 1-May-25 | ***In the Sanchez Lawsuit***, Notice of Completion of Briefing on Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay Execution of Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings (filed March 20, 2025) and (Nondebtor) Defendants' Related Motion, is filed | Plaintiff's notice of completion again ***carves out the NuMale entities, "as to whom an automatic stay under 11 U.S.C. § 362 is currently in place due to their status as Debtors in Chapter 11 voluntary bankruptcy cases***". | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 37** |
| 20-May-25 | ***In the Sanchez Lawsuit***, Plaintiff's May 20, 2025 Notice of Relevant Bankruptcy Filings is filed | Quintairos has more notice of the bankruptcy cases ***and copies of actual bankruptcy filings***. Quintairos does not withdraw. The notice filed with the New Mexico Court ***attaches the Bankruptcy Court's*** "Order Approving Appointment of Chapter 11 Trustee [Doc No. 155]", which appointed Michael W. Carmel. | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 38** |
| 21-May-25 | Email dated May 21, 2025 (part of chain ending May 22, 2025) | In email chain with other QPWB attorneys ***including Boyer***, **QPWB attorneys discuss the Trustee by title.** | | **Ex. 39** |
| 21-May-25 | Billing entries dated May 21, 2025 | QPWB bills for, *inter alia*, reviewing and analyzing "correspondence from the Bankruptcy Estate attorney . . ." | | **Ex. 40** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 27-May-25 | Email chain of QPWB counsel dated May 27, 2025, forwarding letter dated May 27, 2025, received from Dr. Asandra's counsel | ***On email chain of QPWB attorneys including Boyer***, Dr. Asandra's counsel is acknowledged as having served QPWB with a preservation letter covering "his claims arising from Sanchez versus NuMale Corp." and warning that "Dr. Asandra reserves all rights" "to assert claims and seek any and all remedies available if you fail to properly preserve evidence or spoliate evidence." | | **Ex. 41** |
| 7-Jul-25 | ***In the Sanchez Lawsuit***, Plaintiff's July 7, 2025 Notice of Relevant Bankruptcy Filings, is filed | Quintairos has more notice of the bankruptcy cases ***and copies of actual bankruptcy filings***. Quintairos does not withdraw. The notice filed with the New Mexico Court ***attaches Bankruptcy Court orders employing special counsel to the Chapter 11 Estates*** (ECF Nos. 335 & 336), "Validating the U.S. Bankruptcy Court's Order Terminating Automatic Stay". | <u>All counsel of record, which includes:</u><br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 42** |
| 8-Jul-25 | ***In the Sanchez Lawsuit***, the Second Amended Request for Hearing and Sanchez's Waiver of Hearing on His Pending Post-Trial Motions for Interests and Costs, is filed | ***Quintairos has yet more notice of the bankruptcy cases.*** Plaintiff seeks an expedited hearing based on its "Notice of Relevant Bankruptcy Court Filings Validating Order to Terminate Stay"; ***the request is served on the QPWB Service Group***. QPWB is still counsel of record, and has not withdrawn. | <u>All counsel of record, which *now* includes:</u><br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 43** |
| 8-Jul-25 | Billing entries dated July 8, 2025 | QPWB bills for, *inter alia*, having "Reviewed and analyzed (1) recent BK filings . . ." | | **Ex. 44** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 11-Jul-25 | ***In the Sanchez Lawsuit***, the Notice of Modification of Bankruptcy Stay to Judgment Only and Entry of Appearance as Special Litigation Counsel, is filed | Quintairos has more notice of the bankruptcy cases. This filing recites that "***On February 20, 2025, Defendants filed notice of bankruptcy proceedings***" and discusses the bankruptcy cases, and the employment of special counsel in the bankruptcy cases. | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 45** |
| 17-Jul-25 | Quintairos generates invoices for billing on the Sanchez Lawsuit, including the post-petition period. | The invoices **include billing for bankruptcy work**. The last billing entry produced to the Trustee is dated July 8, 2025. | | **Exs. 7, 12, 40, 44** |
| 1-Aug-25 | The Plan, Disclosure Statement, and Settlement Agreement are filed in the Bankruptcy Cases. The Plan has the Settlement Agreement attached to it. The Disclosure Statement has both the Plan and Settlement Agreement attached to it. | These filings explicitly reference, multiple times, Litigation Claims against QPWB. For example, the Disclosure Statement includes a section titled "Litigation Claims Against the Quintairos Firm," and the "Prosecution of the Quintairos Claims and Quintairos Non-Debtor Claims."<br>__***Plan references Quintairos 61 times***, including references to Litigation Claims against QPWB.<br>__***Disclosure Statement references Quintairos 106 times***, including references to Litigation Claims against QPWB.<br>__***Settlement Agreement references Quintairos 34 times***, including references to Litigation Claims against QPWB.<br><br>***Just these three filings alone, reference Quintairos 201 times.*** | *See* Service Records below (August 6, 2025, entry) | **ECF Nos. 430, 434, 435** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 4-Aug-25 | ***In the Sanchez Lawsuit***, the Joint Stipulated Motion for Voluntary Consensual Stay of Post-trial Proceedings is filed. | ***This document was an exhibit to the Settlement Agreement, which was attached to both the Plan and the Disclosure Statement.*** Filing describes global bankruptcy cases' settlement that will, if approved by the Bankruptcy Court, result in a dismissal with prejudice of Sanchez Lawsuit. This filing (Joint Stipulated Motion for Voluntary Consensual Stay of Post-trial Proceedings) was appended to the Settlement Agreement that was served on Quintairos (i) on August 6, 2025, to three of its offices (Miami, Dallas, Scottsdale), and (ii) again on September 5, 2025 (*See* Aug. 6, 2025, and Sept. 5, 2025, entries below for service specifics). More specifically, ***this document expressly states***:<br>"**[P]ursuant to entry into a Settlement Agreement that is pending approval by the United States Bankruptcy Court for the District of Nevada, Judge Cox, in In re Numale Corporation et. al., Lead Case No. 25-10341 nmc-Chapter 11 (consolidated for joint administration).**<br>A. if the Settlement Agreement is approved by "Final Order" of the U.S. Bankruptcy Court, upon the "Effective Date," as those terms are defined in the Settlement Agreement, Sanchez will submit a Stipulated Motion for entry of an Order of Dismissal With Prejudice of this action (with all parties to bear their respective fees and costs);<br>or<br>B. if the Settlement Agreement is terminated in accordance with its terms, including termination of the Settlement Agreement because the Bankruptcy Court declines to enter the Settlement Order, any of the parties to this litigation may submit an Expedited Motion and Order to lift the Voluntary Consensual Stay of this action and request expedited briefing and hearing on same." | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 46** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 5-Aug-25 | Bankruptcy Court enters Order Conditionally Approving of Disclosure Statement [ECF No. 447] | Bankruptcy Court conditionally approves the Disclosure Statement [ECF No. 435], via its *Order Conditionally Approving Disclosure Statement to Accompany Joint Plan of Reorganization; Trustee files Notice of: (i) Hearing to Consider Final Approval of Conditionally Approved Disclosure Statement and Confirmation of Joint Plan of Reorganization; (ii) Procedures for Objecting to Final Approval of Conditionally Approved Disclosure Statement and Confirmation of the Plan and Evidence in Support Thereof; and (iii) Procedures and Deadlines for Voting on the Plan* [ECF No. 447]. The confirmation hearing and the hearing on final approval of the Disclosure Statement are set for September 24, 2025 ; and, objection, reply, and voting deadlines are established accordingly. | *See* Service Records below (August 6, 2025, entry) | **ECF Nos. 447 & 449** |
| 8/6/2025 | ***QPWB was served with the Plan, the Disclosure Statement, and the Global Settlement Agreement.*** | **Disclosure Statement** *with its Exhibits* [ECF No. 435]:<br>--**Plan** *with its Schedules 1.1.82, 6.1, 6.3, and its Exhibits:*<br>**Global Settlement Agreement** *and its Exhibits*:<br>·Proposed settlement approval order<br>·**Plan**<br>·Joint stipulated motion & order for consensual stay in Sanchez Lawsuit<br>·Joint motion & order to stay Beazley state court suit<br>·Joint motion & order to dismiss Sanchez Lawsuit<br>·Joint motion to dismiss & order, Beazley state court suit<br>·Taxpayer ID information for the Sanchez QSF<br>--Liquidation Analysis<br>--Debtors' cash flow Q2 2025<br>**Order Conditionally approving Disclosure Statement** [ECF No. 447]<br>**Notice of hearing to consider final approval of Disclosure Statement, and Plan confirmation** [ECF No. 449] | <u>*Via U.S. Mail at:*</u><br>Quintairos, Prieto, Wood & Boyer, P.A.<br>9300 South Dadeland Boulevard, 4th Floor<br>Miami, FL 33156<br>*and*<br><u>*Via U.S. Mail at:*</u><br>Quintairos, Prieto, Wood & Boyer, P.A.<br>1700 Pacific Avenue, Suite 4545<br>Dallas, Texas 75201<br>*and*<br><u>*Via U.S. Mail at:*</u><br>Quintairos, Prieto, Wood & Boyer, P.A.<br>8800 East Raintree Drive, Suite 100<br>Scottsdale, Arizona 85260<br>***Office of Trial Counsels Erin Chavez and Dominique Barrett*** | **ECF No. 451** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 12-Aug-25 | ***In the Sanchez Lawsuit*****,** Stipulated Order for Voluntary Consensual Stay of Post-Trial Proceedings | ***Stays the Sanchez Lawsuit "pending final approval" by the Bankruptcy Court of the Settlement Agreement***. As such, the consensual-stay order implementing the settlement is entered in QPWB's case and served on the QPWB Service Group. More specifically:<br>2. Pursuant to the Joint Stipulated Motion, this Voluntary Consensual Stay ***will remain in effect pursuant to the Settlement Agreement entered into and pending final approval by the United States Bankruptcy Court for the District of Nevada, Judge Cox, in In re Numale Corporation et. al., Lead Case No. 25-10341 nmc***-Chapter 11 (consolidated for joint administration) ("Numale Bankruptcy Matter').<br>3. ***If the Settlement Agreement in the Numale Bankruptcy Matter is approved by "Final Order" of the U.S. Bankruptcy Court, upon the "Effective Date," as those terms are defined in the Settlement Agreement, Sanchez will submit a Stipulated Motion for entry of an Order of Dismissal With Prejudice of this action*** (with all parties to bear their respective fees and costs).<br>4. If the Settlement Agreement is terminated in accordance with its terms, including termination of the Settlement Agreement because the Bankruptcy Court declines to enter the Settlement Order, any of the parties to this litigation may submit an Expedited Motion for an Order to lift the Voluntary Consensual Stay of this action and request expedited briefing and hearing on same. | <u>All counsel of record, which includes:</u><br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 47** |
| 13-Aug-25 | Email dated August 13, 2025 (part of email chain ending August 28, 2025) | On email chain of QPWB attorneys ***including Boyer***, QPWB demands the insurer pay the invoices (that include charges for QPWB's bankruptcy work). | | **Ex. 48 at p. 2** |
| 15-Aug-25 | Email dated August 15, 2025 (part of email chain ending August 28, 2025) | On email chain of QPWB attorneys, ***Boyer states:*** "We will confirm no further invoices. jorge, please write off any current and future WIP." | | **Ex. 48 at p. 1** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 22-Aug-25 | Payment ledger entry dated August 22, 2025 | QPWB is paid for its bankruptcy work (this is the final ledger entry). | | **Ex. 49** |
| 4-Sep-25 | The ***Order Approving Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize and Approve Global Settlement and Associated Releases and Authorize Insurance Policies Buyback*** [ECF No. 582] ("Settlement Order") is *entered by the Bankruptcy Court* | The Settlement Order refers to Quintairos thirty-five (35) times. Attachments to the Settlement Order ***include the Settlement Agreement and the Plan***.<br>Among the ***thirty-five references to Quintairos in this Settlement Order***, p. 14 of 20 of the Settlement Order [ECF No. 582] calls out in indented text as follows:<br>For the avoidance of doubt, notwithstanding anything to the contrary in the foregoing releases or the Settlement Agreement: . . .<br>3. ***All claims against Quintairos, Prieto, Wood & Boyer, P.A. are not being released and are expressly preserved***. | *See* Service Records below (September 5, 2025, entry) | **ECF No. 582** |
| 9/5/2025 | Notice of Entry of the Settlement Order is filed by the Trustee ***and served on Quintairos***. | **A complete copy of the Settlement Order, the Settlement Agreement, and the Plan are mailed to QPWB:** The **Notice of entry of Order approving Global Settlement Agreement** [ECF No. 586] *and its Exhibits*:<br>--**Order granting 9019 motion** *and Exhibits thereto* [ECF No. 582]:<br>**Global Settlement Agreement** *and its Exhibits*:<br>·Proposed settlement approval order<br>·**Plan**<br>·Joint stipulated motion & order for consensual stay in Sanchez Lawsuit<br>·Joint motion & order to stay Beazley state court suit<br>·Joint motion & order to dismiss Sanchez Lawsuit<br>·Joint motion to dismiss & order, Beazley state court suit<br>·Taxpayer ID information for the Sanchez QSF | *Via U.S. Mail at:*<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>9300 South Dadeland Blvd., 4th Floor<br>Miami, FL 33156-2748<br><br>***The Firm's Headquarters and the Office where Eric Boyer works*** | **ECF Nos. 586 & 588** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 12-Sep-25 | QPWB ***scans into its NuMale Client File the COMPLETE SETTLEMENT ORDER WITH ALL EXHIBITS*** | ***QPWB's own client file SHOWS that QPWB (later produced to the Trustee-- <u>see</u> Oct. 13, 2025), has a complete copy of the Settlement Order, the Plan, and the Settlement Agreement in it.*** | | **Ex. 50** |
| 15-Sep-25 | Trustee's *Notice of Filing Plan Supplement to Joint Plan of Reorganization*, attached to which is the ***Liquidation Trust Agreement, is served on Quintairos*** | The Plan Supplement [ECF No. 595] (filed on Sept. 10, 2025) is mailed to QPWB nine days before the hearing on Plan Confirmation and final Disclosure Statement approval. | <u>*Via U.S. Mail at:*</u><br>Quintairos, Prieto, Wood & Boyer, P.A.<br>9300 South Dadeland Blvd., 4th Floor<br>Miami, FL 33156-2748<br><br>***The Firm's Headquarters and the Office where Eric Boyer works*** | **ECF Nos. 595, 609** |
| 24-Sep-25 | Confirmation Hearing and Final Hearing on Approval of the Disclosure Statement | QPWB does not appear, and has not filed any challenge to the Settlement Order (which is now a final order), the Plan, or the Disclosure Statement. | | **ECF Nos. 448, 449, 726, 727** |
| 30-Sep-25 | Email dated September 30, 2025, from Lori Bencoe (Sanchez counsel) re the Sanchez Lawsuit | ***As you are aware, in the Numale Corporation bankruptcy matter, the Trustee and parties entered into a Global Settlement Agreement (attached to Motion, ECF Doc. No. 430, with exhibits). The Court entered an Order approving the GSA on September 4, 2025 (ECF Doc. No. 582).*** The Agreement provided in part that upon finalization of the settlement, the attached Joint Motion and Stipulated Order of Dismissal would be entered.<br><br>***The Joint Motion and Order I'm attaching were expressly agreed to and appended to the Global Settlement Agreement the Court approved (as Exhibits E-1 and E-2)***. Please let me know if I may indicate your electronic signatures on them and submit them to the Court for filing/entry at this time. Thank you. | | **Ex. 51** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 30-Sep-25 | ***In the Sanchez Lawsuit***, the Joint Motion to Dismiss With Prejudice is filed | This stipulated dismissal was portended by the August 4, 2025, stipulation approved by the New Mexico Court. Additionally, the previous stipulation had identified that the Sanchez Lawsuit would be dismissed if the Nevada Bankruptcy Court approved the Global Settlement Agreement. ***This stipulation seeking dismissal of the Sanchez Lawsuit thus is indicative that the Settlement Agreement was approved***. | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | **Ex. 52** |
| 6-Oct-25 | ***In the Sanchez Lawsuit***, the Stipulated Order of Dismissal With Prejudice is entered by the New Mexico Court. | **The Sanchez Lawsuit is dismissed with prejudice under the Global Settlement.** | All counsel of record, which *now* includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Davette Seals (davette.seals@qpwblaw.com) | **Ex. 53** |
| 10/6/2025 | **Demand Letter #1:** Trustee Carmel Letter demanding turnover of NuMale Client file from Quintairos firm, plus a litigation hold notice is issued to QPWB | The Trustee notifies QPWB that its representation "is hereby terminated," that he is "the sole holder of the attorney-client privilege," and directs QPWB to "transfer the entire client file." | *Via Federal Express* ***to lead counsel*** *at:*<br>Frank Alvarez, Esq., Managing Partner<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>6565 Americas Parkway NE, Suite 200<br>Albuquerque, New Mexico 87110<br>*and*<br>*Via Email:* frank.alvarez@qpwblaw.com | **Ex. 54** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 7-Oct-25 | *Findings of Fact and Conclusions of Law in Support of the Order Confirming the Joint Plan of Reorganization and Approving on a Final Basis the Disclosure Statement to Accompany Joint Plan of Reorganization* [ECF No. 726], and *Order Confirming the Joint Plan of Reorganization and Approving on a Final Basis the Disclosure Statement to Accompany Joint Plan of Reorganization* [ECF No. 727] (together, ***"Confirmation Order") are entered by the Nevada Court***. The Liquidation Trust Agreement is among the Exhibits to the Confirmation Order. | ***The Plan is CONFIRMED***. | *See* Service Records below (Oct. 7, 2025, entry) | **ECF Nos. 726, 727** |
| 7-Oct-25 | The Confirmation Order, with all Exhibits, ***is served on QPWB***. | Notice of Entry of Confirmation Order *with Exhibits thereto* [ECF No. 728]:<br>--**FFCL of Confirmation Order** *and its Exhibits* [ECF No. 726]:<br>·Schedule 6.1 to Plan<br>·Schedule 6.3 to Plan<br>·**Liquidation Trust Agreement**<br>--**Confirmation Order** [ECF No. 727] | *Via U.S. Mail at:*<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>9300 South Dadeland Blvd., 4th Floor<br>Miami, FL 33156-2748<br><br>***The Firm's Headquarters and the Office where Eric Boyer works*** | **ECF No. 732** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 10/13/2025 | Quintairos initial production of NuMale client file to the Trustee. | ***Included in this production is a complete copy of the Notice of Entry of the 9019 Order (order approving Global Settlement Agreement), which includes a complete copy of (i) the Global Settlement Agreement, (ii) the Plan, and (iii) all other exhibits to the Global Settlement Agreement including proposed filings for the stay and dismissal of the Sanchez Lawsuit in New Mexico.*** | | **Ex. 55** |
| 10/24/2025 | The Notice of Effective Date of Joint Plan of Reorganization [ECF No. 762] is filed ***and mailed to Quintairos***. | Notice of Effective Date of Plan [ECF No. 762]: **Refers to Plan and Confirmation Order**, states the Effective Date has occurred, and identifies Administrative Claim Bar Date & Rejection Damages Bar Date. | *Via U.S. Mail at:*<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>9300 South Dadeland Blvd., 4th Floor<br>Miami, FL 33156-2748<br>***The Firm's Headquarters and the Office where Eric Boyer works*** | **ECF Nos. 762, 774** |
| 12/17/2025 | **Demand Letter #2:** GTG Letter on behalf of Trustee Carmel, demanding turnover of NuMale Client file from Quintairos firm | Second demand: "we are requesting a copy of the entire client file." | *Via U.S. Mail **to lead counsel** at:*<br>Frank Alvarez, Esq., Managing Partner<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>6565 Americas Parkway NE, Suite 200<br>Albuquerque, New Mexico 87110<br>*and*<br>*Via Email:* frank.alvarez@qpwblaw.com | **Ex. 56** |
| 1/7/2026 | **Demand Letter #3:** GTG Letter on behalf of Trustee Carmel, demanding turnover of NuMale Client file from Quintairos firm | Third demand: "Despite two prior demands, you have failed to comply with your obligations under New Mexico law"; "You have been on direct notice for more than a year that you are required to preserve the entirety of the case file." | *Via U.S. Mail **to lead counsel** at:*<br>Frank Alvarez, Esq., Managing Partner<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>6565 Americas Parkway NE, Suite 200<br>Albuquerque, New Mexico 87110<br>*and*<br>*Via Email:* frank.alvarez@qpwblaw.com | **Ex. 57** |
| 28-Jan-26 | Email dated January 28, 2026 (part of email chain ending January 29, 2026 | On email chain of QPWB attorneys, ***Boyer personally directs QPWB's response to the Trustee's demand***: "Immediately send this guy whatever we provided the doctors when they requested same. then will deal with requests for more info when actually requested." | | **Ex. 58** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 3-Feb-26 | **Demand #4:** Email dated February 3, 2026, from GTG to Frank Alvarez of QPWB | ***Following up on the Trustee's third demand letter***, GTG states, in part, in this fourth demand:<br><br>*"Frank, during our call last week, you represented that I would receive a rolling production with the final components of the file to be produced by Friday (the 6th). Again, nothing has been forthcoming. I must insist that the production begin today . . ."* | *Via Email:* frank.alvarez@qpwblaw.com | **Ex. 59** |
| 5-Feb-26 | Email dated February 5, 2026 (Pacific Time), from Frank Alvarez to Gregory Garman | Concerning QPWB production, some of which accompanies this email, the email states: "Please note we did not have an engagement agreement or retainer agreement." | | **Ex. 60** |

*(continues on next page…)*

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 18-May-26 | Letter dated May 18, 2026, from Garman Turner Gordon to QPWB | **The Trustee and the individual insureds send QPWB—addressed "Attn: Eric W. Boyer, Esq., Managing Partner" at his Miami office—a "formal pre-litigation demand" on claims including "legal malpractice," with a renewed preservation demand**. | Quintairos, Prieto, Wood & Boyer, P.A.<br>Attn: Eric W. Boyer, Esq., Managing Partner<br>9300 South Dadeland Blvd., 4th Floor<br>Miami, Florida 33156<br>eboyer@qpwblaw.com<br><br>Quintairos, Prieto, Wood & Boyer, P.A.<br>Attn: Dominique Barrett, Esq.<br>14350 N. 87th St., Suite 265<br>Scottsdale, Arizona 85260<br>dominique.barrett@qpwblaw.com<br><br>Quintairos, Prieto, Wood & Boyer, P.A.<br>Attn: Donna L. Chapman, Esq.,<br>Managing Partner 6565 Americas Parkway<br>NE, Suite 200<br>Albuquerque, New Mexico 87110<br>donna.chapman@qpwblaw.com<br><br>Atwood, Malone, Turner, & Sabin, P.A.<br>Attn: Erin Chavez, Esq.<br>400 N. Pennsylvania Ave., Suite 1100<br>P.O. Drawer 700<br>Roswell, New Mexico 88201<br>echavez@atwoodmalone.com<br><br>Quintairos, Prieto, Wood & Boyer, P.A<br>Attn: Frank Alvarez, Esq., Managing Partner<br>J. Andrew Robertson, Esq.<br>1700 Pacific Ave., Suite 4545<br>Dallas, Texas 75201<br>frank.alvarez@qpwblaw.com<br>andrew.robertson@qpwblaw.com | **Ex. 61** |

## Global Timeline: QPWB's Notice and Knowledge of Bankruptcy Cases, Plan, Settlement Agreement

| Date | Event | Summary | (if a Court filing) Who Was Served | Reference |
|---|---|---|---|---|
| 14-Sep-26 | ***Anthony Sgro letter to Trustee's counsel GTG (the "Extortion Letter")***, with subject line: "In re NuMale Corporation, et al., Case No. 25-10341-nmc (Bankr. D. Nev.) — Demand for Withdrawal of Claims Asserted Against Quintairos, Prieto, Wood & Boyer, P.A.; Notice of Ethical, Fiduciary, and Statutory Deficiencies; Reservation of Rights Regarding the Barton Doctrine and Related Remedies" | QPWB, through Sgro, threatens the Trustee with a litany of harms, including: Quintairos "plac[ing] the Trustee and his counsel on formal notice of the deficiencies in the claims," asserts that "it is still unclear exactly what QPWB did that would give rise to any malpractice claim," and threatens to sue the Trustee personally, to pursue "a referral to and motion practice before the Office of the United States Trustee" and "referral to any other regulatory or law enforcement agency," and to seek fee shifting under 28 U.S.C. § 1927, removal under 11 U.S.C. § 324, and disgorgement of Court-approved fees—all while demanding that the Trustee "[w]ithdraw any and all pending demands against QPWB." | | **Ex. 62** |
| 15-Sep-26 | GTG response to Mr. Sgro's Extortion Letter | GTG letter responding to Mr. Sgro calling out the letter as an attempt at bullying the Trustee in an effort to improperly influence the Trustee's exercise of his fiduciary judgment. | | **Ex. 63** |
| 7-Oct-26 | Motion dated October 7, 2026 | QPWB's first filing in the NuMale Bankruptcy Cases. | | **ECF No. 1007** |

# # #