# EXHIBIT B

EXHIBIT B

## Court Notice Spreadsheet: Quintairos's Notice of the Plan and Settlement Agreement in Court Filings

| **8/1/2025** | **Global Settlement Agreement, Plan, Disclosure Statement are filed in the NuMale Chapter 11 bankruptcy cases** | | | | | |
|---|---|---|---|---|---|---|
| **On:** | **QPWB Received:** | **At:** | **Notice of Sett. Agr.** | **Notice of Plan** | **Notice of Confirmation Hearing** | **Proof** |
| 8/4/2025 | ***New Mexico (Sanchez Lawsuit)***: *Joint Stipulated Motion for Voluntary Consensual Stay of Post-Trial Proceedings*, which provides in part as follows: **[P]ursuant to entry into a Settlement Agreement that is pending approval by the United States Bankruptcy Court for the District of Nevada, Judge Cox, in In re Numale Corporation et. al. *[sic]*, Lead Case No. 25-10341 nmc-Chapter 11** (consolidated for joint administration).<br>A. **if the Settlement Agreement is approved by "Final Order" of the U.S. Bankruptcy Court, upon the "Effective Date," as those terms are defined in the Settlement Agreement, Sanchez will submit a Stipulated Motion for entry of an Order of Dismissal With Prejudice of this action** (with all parties to bear their respective fees and costs); or<br>B. if the Settlement Agreement is terminated in accordance with its terms, including termination of the Settlement Agreement because the Bankruptcy Court declines to enter the Settlement Order, any of the parties to this litigation may submit an Expedited Motion and Order to lift the Voluntary Consensual Stay of this action and request expedited briefing and hearing on same. | *Via email to all counsel of record, which includes:*<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | ☑ | *This filing (Joint Stipulated Motion for Voluntary Consensual Stay of Post-Trial Proceedings) was appended to the Settlement Agreement that was served on Quintairos (i) on August 6, 2025, to three of its offices (Miami, Dallas, Scottsdale), and (ii) again on September 5, 2025.* | | **Ex. 46** *and* ECF Nos. 451, 588 |

## Court Notice Spreadsheet: Quintairos's Notice of the Plan and Settlement Agreement in Court Filings

| On: | QPWB Received: | At: | Notice of Sett. Agr. | Notice of Plan | Notice of Confirmation Hearing | Proof |
|---|---|---|---|---|---|---|
| 8/6/2025 | **Disclosure Statement** *with its Exhibits* [ECF No. 435]:<br><br>--**Plan** *with its Schedules 1.1.82, 6.1, 6.3, and its Exhibits:*<br><br>**Global Settlement Agreement** *and its Exhibits*:<br>·Proposed settlement approval order<br>·**Plan**<br><br>·Joint stipulated motion & order for consensual stay in Sanchez Lawsuit<br>·Joint motion & order to stay Beazley state court suit<br>·Joint motion & order to dismiss Sanchez Lawsuit<br>·Joint motion to dismiss & order, Beazley state court suit<br><br>·Taxpayer ID information for the Sanchez QSF<br><br>--Liquidation Analysis<br>--Debtors' cash flow Q2 2025<br>**Order Conditionally approving Disclosure Statement** [ECF No. 447]<br>**Notice of hearing to consider final approval of Disclosure Statement, and Plan confirmation** [ECF No. 449] | <u>*Via U.S. Mail at:*</u><br>Quintairos, Prieto, Wood & Boyer, P.A.<br>9300 South Dadeland Boulevard, 4th Floor<br>Miami, FL 33156<br><br>***The Firm's Headquarters and the Office where Eric Boyer works***<br><br>*and*<br><br><u>*Via U.S. Mail at:*</u><br>Quintairos, Prieto, Wood & Boyer, P.A.<br>1700 Pacific Avenue, Suite 4545<br>Dallas, Texas 75201<br><br>***Office of Lead Trial Counsel J. Andrew Robertson and Lead Counsel Frank Alvarez***<br><br>*and*<br><br><u>*Via U.S. Mail at:*</u><br>Quintairos, Prieto, Wood & Boyer, P.A.<br>8800 East Raintree Drive, Suite 100<br>Scottsdale, Arizona 85260<br><br>***Office of Trial Counsel, Partner Dominique Barrett*** | ☑ | ☑ | ☑ | ECF No. 451 |

## <u>Court Notice Spreadsheet: Quintairos's Notice of the Plan and Settlement Agreement in Court Filings</u>

| On: | QPWB Received: | At: | Notice of Sett. Agr. | Notice of Plan | Notice of Confirmation Hearing | Proof |
|---|---|---|---|---|---|---|
| 8/12/2025 | ***New Mexico (Sanchez Lawsuit)***: *Stipulated Order for Voluntary Consensual Stay of Post-Trial Proceedings*, which provides in part as follows:<br>2. Pursuant to the Joint Stipulated Motion, this Voluntary Consensual Stay **<u>will remain in effect pursuant to the Settlement Agreement entered into and pending final approval by the United States Bankruptcy Court for the District of Nevada, Judge Cox, in In re Numale Corporation et. al. *[sic]*, Lead Case No. 25-10341 nmc</u>**-Chapter 11 (consolidated for joint administration) ("Numale Bankruptcy Matter").<br>3. **<u>If the Settlement Agreement in the Numale Bankruptcy Matter is approved by "Final Order" of the U.S. Bankruptcy Court, upon the "Effective Date," as those terms are defined in the Settlement Agreement, Sanchez will submit a Stipulated Motion for entry of an Order of Dismissal With Prejudice of this action</u>** (with all parties to bear their respective fees and costs).<br>4. If the Settlement Agreement is terminated in accordance with its terms, including termination of the Settlement Agreement because the Bankruptcy Court declines to enter the Settlement Order, any of the [illegible]<br>Motion for an Order to lift the Voluntary Consensual Stay of this action and request expedited briefing and hearing on same. | *<u>Via email to all counsel of record, which includes:</u>*<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | ☑ | *This filing (Stipulated Order for Voluntary Consensual Stay of Post-Trial Proceedings) was appended to the Settlement Agreement that was served on Quintairos (i) on August 6, 2025, to three of its offices (Miami, Dallas, Scottsdale), and (ii) again on September 5, 2025.* | | **Ex. 47** *and* ECF Nos. 451, 588 |

## Court Notice Spreadsheet: Quintairos's Notice of the Plan and Settlement Agreement in Court Filings

| On: | QPWB Received: | At: | Notice of Sett. Agr. | Notice of Plan | Notice of Confirmation Hearing | Proof |
|---|---|---|---|---|---|---|
| 9/4/2025 | *Order Approving Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize and Approve Global Settlement and Associated Releases and Authorize Insurance Policies Buyback* [ECF No. 582] is entered by the Nevada Bankruptcy Court (the "9019 Order"). Has the following Exhibits:<br>**Global Settlement Agreement** *and its Exhibits*:<br>·Proposed settlement approval order<br>·**Plan**<br>·Joint stipulated motion & order for consensual stay in Sanchez Lawsuit<br>·Joint motion & order to stay Beazley state court suit<br>·Joint motion & order to dismiss Sanchez Lawsuit<br>·Joint motion to dismiss & order, Beazley state court suit<br>·Taxpayer ID information for the Sanchez QSF | | ☑ | ☑ | *n/a* | ECF No. 582 |
| 9/5/2025 | Trustee's *Notice of Filing Plan Supplement to Joint Plan of Reorganization* is filed. Attached to it is the **Liquidation Trust Agreement** | *See* Sept. 15, 2025, entry for service records | ☑ | ☑ | n/a | ECF No. 595 |

## Court Notice Spreadsheet: Quintairos's Notice of the Plan and Settlement Agreement in Court Filings

| On: | QPWB Received: | At: | Notice of Sett. Agr. | Notice of Plan | Notice of Confirmation Hearing | Proof |
|---|---|---|---|---|---|---|
| 9/5/2025 | **Notice of entry of Order approving Global Settlement Agreement** [ECF No. 586]:<br>--**Order granting 9019 motion** *and Exhibits thereto* [ECF No. 582]:<br>**Global Settlement Agreement** *and its Exhibits*:<br>·Proposed settlement approval order<br>·**Plan**<br>·Joint stipulated motion & order for consensual stay in Sanchez Lawsuit<br>·Joint motion & order to stay Beazley state court suit<br>·Joint motion & order to dismiss Sanchez Lawsuit<br>·Joint motion to dismiss & order, Beazley state court suit<br>·Taxpayer ID information for the Sanchez QSF | *Via U.S. Mail at:*<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>9300 South Dadeland Blvd., 4th Floor<br>Miami, FL 33156-2748<br><br>***The Firm's Headquarters and the Office where Eric Boyer works*** | ☑ | ☑ | *n/a* | ECF No. 588 |
| 9/12/2025 | **Quintairos** <u>**scans into their file for NuMale**</u> **the Notice of entry of Order approving Global Settlement Agreement** [ECF No. 586] *and its attachments, which are:*<br>--**Order granting 9019 motion** *and Exhibits thereto* [ECF No. 582]:<br>**Global Settlement Agreement** *and its Exhibits*:<br>·Proposed settlement approval order<br>·**Plan**<br>·Joint stipulated motion & order for consensual stay in Sanchez Lawsuit<br>·Joint motion & order to stay Beazley state court suit<br>·Joint motion & order to dismiss Sanchez Lawsuit<br>·Joint motion to dismiss & order, Beazley state court suit<br>·Taxpayer ID information for the Sanchez QSF | **This document, Quintairos's scan of the Notice of Entry of Order for the 9019 Order (with all exhibits) was produced <u>by Quintairos</u> to the Trustee on October 13, 2025, in response to the Trustee's Oct. 6, 2025, demand for the Client file. <u>See</u> below.* | ☑ | ☑ | *n/a* | **Ex. 50** |

## Court Notice Spreadsheet: Quintairos's Notice of the Plan and Settlement Agreement in Court Filings

| On: | QPWB Received: | At: | Notice of Sett. Agr. | Notice of Plan | Notice of Confirmation Hearing | Proof |
|---|---|---|---|---|---|---|
| 9/15/2025 | Notice of Filing of Plan Supplement *with Exhibit thereto* [ECF No. 595]:<br>--**Liquidation Trust Agreement** | *Via U.S. Mail at:*<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>9300 South Dadeland Blvd., 4th Floor<br>Miami, FL 33156-2748<br><br>***The Firm's Headquarters and the Office where Eric Boyer works*** | ☑<br>*Refers to Settlement Agreement* | ☑<br>*Refers to Plan* | *n/a* | ECF No. 609 |
| 9/30/2025 | ***New Mexico (Sanchez Lawsuit)***: *Joint Motion to Dismiss With Prejudice*, which provides in part as follows: [T]he parties, through undersigned counsel, and **jointly move for this Court's entry of an Order dismissing all claims with prejudice that Plaintiff brought or could have brought against any Defendant herein and all affirmative defenses and counterclaims that any Defendant herein brought or could have brought, with no admission of liability by any party**, and with the respective parties stipulating to pay their own costs and attorney's fees. In support of this motion the parties state that they have resolved their differences in this matter. | *Via email to all counsel of record, which includes:*<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | *Stipulated dismissal was portended in the August 4, 2025, stipulation approved by NM Court and the August 12, 2025, Order approving that stipulation.*<br><br>*Additionally, this filing (Joint Motion to Dismiss) was appended to the Settlement Agreement that was served on Quintairos (i) on August 6, 2025, to three of its offices (Miami, Dallas, Scottsdale), and (ii) again on September 5, 2025.* | | | **Ex. 52** *and* ECF Nos. 451, 588 |
| 10/6/2025 | ***New Mexico (Sanchez Lawsuit)***: *Stipulated Order of Dismissal With Prejudice*, which provides in part | *Via email to all counsel of record, which now includes:*<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Davette Seals (davette.seals@qpwblaw.com) | *Stipulated dismissal was portended in the August 4, 2025, stipulation approved by NM Court and the August 12, 2025, Order approving that stipulation.*<br><br>*Additionally, this filing (Stipulated Order of Dismissal With Prejudice) was appended to the Settlement Agreement that was served on Quintairos (i) on August 6, 2025, to three of its offices (Miami, Dallas, Scottsdale), and (ii) again on September 5, 2025.* | | | **Ex. 53** *and* ECF Nos. 451, 588 |

## Court Notice Spreadsheet: Quintairos's Notice of the Plan and Settlement Agreement in Court Filings

| On: | QPWB Received: | At: | Notice of Sett. Agr. | Notice of Plan | Notice of Confirmation Hearing | Proof |
|---|---|---|---|---|---|---|
| 10/6/2025 | **Demand Letter #1:** Trustee Carmel Letter demanding turnover of NuMale Client file from Quintairos firm, plus a litigation hold notice is issued to Quintairos firm. | *Via Federal Express* ***to lead counsel*** *at:*<br>Frank Alvarez, Esq., Managing Partner<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>6565 Americas Parkway NE, Suite 200<br>Albuquerque, New Mexico 87110<br>*and*<br>*Via Email:* frank.alvarez@qpwblaw.com | | | | **Ex. 54** |
| 10/7/2025 | *Findings of Fact and Conclusions of Law in Support of the Order Confirming the Joint Plan of Reorganization and Approving on a Final Basis the Disclosure Statement to Accompany Joint Plan of Reorganization* [ECF No. 726], and *Order Confirming the Joint Plan of Reorganization and Approving on a Final Basis the Disclosure Statement to Accompany Joint Plan of Reorganization* [ECF No. 727] (together, "Confirmation Order") issued by the Nevada Court. | *See* Oct. 7, 2025, entry for service records. | ☑<br>*Refers to Settlement Agreement* | ☑<br>*Refers to Plan* | ☑<br>*Refers to Confirmation Hearing* | ECF Nos. 726, 727 |
| 10/7/2025 | Notice of Entry of Confirmation Order *with Exhibits thereto* [ECF No. 728]:<br>--**FFCL of Confirmation Order** *and its Exhibits* [ECF No. 726]:<br>·Schedule 6.1 to Plan<br>·Schedule 6.3 to Plan<br>·**Liquidation Trust Agreement**<br>--**Confirmation Order** [ECF No. 727] | *Via U.S. Mail at:*<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>9300 South Dadeland Blvd., 4th Floor<br>Miami, FL 33156-2748<br><br>***The Firm's Headquarters and the Office where Eric Boyer works*** | ☑<br>*Refers to Settlement Agreement* | ☑<br>*Refers to Plan* | ☑<br>*Refers to Confirmation Hearing* | ECF No. 732 |

## Court Notice Spreadsheet: Quintairos's Notice of the Plan and Settlement Agreement in Court Filings

| On: | QPWB Received: | At: | Notice of Sett. Agr. | Notice of Plan | Notice of Confirmation Hearing | Proof |
|---|---|---|---|---|---|---|
| 10/13/2025 | Quintairos initial production of NuMale client file to the Trustee. ***Inside of this is a complete copy of the Notice of Entry of the 9019 Order (order approving Global Settlement Agreement), which includes a complete copy of (i) the Global Settlement Agreement, (ii) the Plan, and (iii) all other exhibits to the Global Settlement Agreement including proposed filings for the stay and dismissal of the Sanchez Lawsuit in New Mexico.*** | | ☑ | ☑ | | **Ex. 55** |
| 10/24/2025 | Notice of Effective Date of Plan [ECF No. 762]: **Refers to Plan and Confirmation Order**, states the Effective Date has occurred, and identifies Administrative Claim Bar Date & Rejection Damages Bar Date. | *Via U.S. Mail at:*<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>9300 South Dadeland Blvd., 4th Floor<br>Miami, FL 33156-2748<br>***The Firm's Headquarters and the Office where Eric Boyer works*** | *n/a* | ☑<br>*Refers to Plan* | *n/a*<br>*(filed post-confirmation)* | ECF Nos. 762, 774 |
| 12/17/2025 | **Demand Letter #2:** GTG Letter on behalf of Trustee Carmel, demanding turnover of NuMale Client file from Quintairos firm | *Via U.S. Mail* ***to lead counsel*** *at:*<br>Frank Alvarez, Esq., Managing Partner<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>6565 Americas Parkway NE, Suite 200<br>Albuquerque, New Mexico 87110<br>*and*<br>*Via Email:* frank.alvarez@qpwblaw.com | | | | **Ex. 56** |
| 1/7/2026 | **Demand Letter #3:** GTG Letter on behalf of Trustee Carmel, demanding turnover of NuMale Client file from Quintairos firm | *Via U.S. Mail* ***to lead counsel*** *at:*<br>Frank Alvarez, Esq., Managing Partner<br>Quintairos, Prieto, Wood & Boyer, P.A.<br>6565 Americas Parkway NE, Suite 200<br>Albuquerque, New Mexico 87110<br>*and*<br>*Via Email:* frank.alvarez@qpwblaw.com | | | | **Ex. 57** |