# EXHIBIT C

EXHIBIT C

# Timeline of New Mexico Court Filings and Notices

| Exs. | Filed On | Quintairos Filed | Quintairos Received | At: | Quintairos Filed | Quintairos Was Served | Mentions Bankruptcy | Mentions Settlement and/or Plan | Matters Because |
|---|---|---|---|---|---|---|---|---|---|
| **Ex. 8** | 2/20/2025 | Notice of Bankruptcy *with copies of* NuMale Corporation bankruptcy petition and NuMale New Mexico SC bankruptcy petition | Notice of Bankruptcy ***with copies of NuMale Corporation bankruptcy petition and NuMale New Mexico SC bankruptcy petition*** | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | ✓ | ✓ | ✓ | n/a *(precedes Plan and Settlement filing)* | Quintairos acknowledges and admits having notice of the bankruptcy cases. |
| **Ex. 18** | 3/20/2025 | ----- | Notice of Appearance of Edward Ricco of Rodey, Dickason, Sloan, Akin & Robb, P.A. | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | ----- | ✓ | ----- | n/a *(precedes Plan and Settlement filing)* | Quintairos does not withdraw, and remains counsel of record to the Defendants. |

## Timeline of New Mexico Court Filings and Notices

| Exs. | Filed On | Quintairos Filed | Quintairos Received | At: | Quintairos Filed | Quintairos Was Served | Mentions Bankruptcy | Mentions Settlement and/or Plan | Matters Because |
|---|---|---|---|---|---|---|---|---|---|
| **Ex. 19** | 3/20/2025 | Defendants' Motion to Stay Execution of the Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings | Defendants' Motion to Stay Execution of the Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | ☑ | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos acknowledges and admits having notice of the bankruptcy cases. |
| **Ex. 20** | 3/26/2025 | ----- | Plaintiff's Reply in Support of Motion for Prejudgment Interest | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Plaintiff filing)* | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos has more notice of the bankruptcy cases, including references to bankruptcy case numbers. |

## Timeline of New Mexico Court Filings and Notices

| Exs. | Filed On | Quintairos Filed | Quintairos Received | At: | Quintairos Filed | Quintairos Was Served | Mentions Bankruptcy | Mentions Settlement and/or Plan | Matters Because |
|---|---|---|---|---|---|---|---|---|---|
| **Ex. 21** | 3/26/2025 | ----- | Plaintiff's Reply in Support of Cost Bill and Motion for Award of Costs in the Court's Discretion | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Plaintiff filing)* | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos has more notice of the bankruptcy cases, including references to bankruptcy case numbers. Quintairos does not withdraw. |
| **Ex. 22** | 3/26/2025 | ----- | Plaintiff's Notice of Relevant State Court Filing *with New Mexico Coverage Lawsuit Complaint Filed by Beazley attached* | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Plaintiff filing)* | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos has more notice of the bankruptcy cases, and notice of Beazley's coverage lawsuit. Quintairos does not withdraw. |

## Timeline of New Mexico Court Filings and Notices

| Exs. | Filed On | Quintairos Filed | Quintairos Received | At: | Quintairos Filed | Quintairos Was Served | Mentions Bankruptcy | Mentions Settlement and/or Plan | Matters Because |
|---|---|---|---|---|---|---|---|---|---|
| **Ex. 23** | 3/26/2025 | ----- | Plaintiff's Notice of Relevant Bankruptcy Filings *with bankruptcy case filings attached (Motion for Order Terminating Stay)* | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Plaintiff filing)* | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos has more notice of the bankruptcy cases *and copies of actual bankruptcy filings*. Quintairos does not withdraw. |
| **Ex. 24** | 3/26/2025 | ----- | Plaintiff's Notice of Relevant Bankruptcy Filings *with bankruptcy case filings attached (Declaration of Lori Bencoe)* | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Plaintiff filing)* | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos has more notice of the bankruptcy cases *and copies of actual bankruptcy filings*. Quintairos does not withdraw. |

## Timeline of New Mexico Court Filings and Notices

| Exs. | Filed On | Quintairos Filed | Quintairos Received | At: | Quintairos Filed | Quintairos Was Served | Mentions Bankruptcy | Mentions Settlement and/or Plan | Matters Because |
|---|---|---|---|---|---|---|---|---|---|
| **Ex. 25** | 3/26/2025 | ----- | Notice of Completion of Briefing for Plaintiffs Cost Bill and Motion for Award of Costs in the Court's Discretion | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Plaintiff filing)* | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos has more notice of the bankruptcy cases, including references to bankruptcy case numbers. |
| **Ex. 26** | 3/26/2025 | ----- | Plaintiff's Amended Request for Hearing on His Post Trial Motions | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Plaintiff filing)* | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos has more notice of the bankruptcy cases, including references to bankruptcy case numbers. |

## Timeline of New Mexico Court Filings and Notices

| Exs. | Filed On | Quintairos Filed | Quintairos Received | At: | Quintairos Filed | Quintairos Was Served | Mentions Bankruptcy | Mentions Settlement and/or Plan | Matters Because |
|---|---|---|---|---|---|---|---|---|---|
| **Ex. 27** | 3/26/2025 | ----- | Notice of Completion of Briefing on Plaintiff's Motion for Prejudgment Interest | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Plaintiff filing)* | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos has more notice of the bankruptcy cases, including references to bankruptcy case numbers. |
| **Ex. 28** | 3/26/2025 | ----- | Plaintiff's Notice of Relevant Bankruptcy Filings *with bankruptcy case filings attached (Stipulations for Order Terminating Automatic Stay)* | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Plaintiff filing)* | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos has more notice of the bankruptcy cases *and copies of actual bankruptcy filings.* |

## Timeline of New Mexico Court Filings and Notices

| Exs. | Filed On | Quintairos Filed | Quintairos Received | At: | Quintairos Filed | Quintairos Was Served | Mentions Bankruptcy | Mentions Settlement and/or Plan | Matters Because |
|---|---|---|---|---|---|---|---|---|---|
| **Ex. 29** | 4/4/2025 | ----- | Plaintiff's Response in Opposition to Defendants' Motion to Stay Execution of the Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Plaintiff filing)* | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos has more notice of the bankruptcy cases, including references to bankruptcy case numbers. |
| **Ex. 30** | 4/8/2025 | ----- | Notice of Zoom Hearing **Issued by the New Mexico State Court** | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(**issued by the New Mexico Court**)* | ☑ | ----- | n/a *(precedes Plan and Settlement filing)* | New Mexico State Court identifies Quintairos firm as counsel of record to the Defendants in the Sanchez Lawsuit |

## Timeline of New Mexico Court Filings and Notices

| Exs. | Filed On | Quintairos Filed | Quintairos Received | At: | Quintairos Filed | Quintairos Was Served | Mentions Bankruptcy | Mentions Settlement and/or Plan | Matters Because |
|---|---|---|---|---|---|---|---|---|---|
| **Ex. 31** | 4/9/2025 | ----- | Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay Execution of Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings (*filed March 20, 2025*) | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Plaintiff filing)* | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos has more notice of the bankruptcy cases, including references to bankruptcy case numbers. |
| **Ex. 32** | 4/21/2025 | Defendants' Reply in Support of Motion to Stay Execution of the Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings | Defendants' Reply in Support of Motion to Stay Execution of the Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | ☑ | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos aware of the bankruptcy cases, provides legal analysis of bankruptcy issues. |

## Timeline of New Mexico Court Filings and Notices

| Exs. | Filed On | Quintairos Filed | Quintairos Received | At: | Quintairos Filed | Quintairos Was Served | Mentions Bankruptcy | Mentions Settlement and/or Plan | Matters Because |
|---|---|---|---|---|---|---|---|---|---|
| **Ex. 33** | 4/23/2025 | ----- | Beazley's filed Certificate of Service, noting certain objections and responses to a subpoena were electronically served. | <u>All counsel of record, which includes:</u><br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Beazley filing)* | ☑ | ----- | n/a *(precedes Plan and Settlement filing)* | Quintairos still record counsel to Defendants. |
| **Ex. 34** | 4/24/2025 | Defendants' Response to Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay | Defendants' Response to Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay | <u>All counsel of record, which includes:</u><br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | ☑ | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos aware of the bankruptcy cases, provides legal analysis of bankruptcy issues. |

## Timeline of New Mexico Court Filings and Notices

| Exs. | Filed On | Quintairos Filed | Quintairos Received | At: | Quintairos Filed | Quintairos Was Served | Mentions Bankruptcy | Mentions Settlement and/or Plan | Matters Because |
|---|---|---|---|---|---|---|---|---|---|
| **Ex. 35** | 5/1/2025 | Joint Amended Request for Hearing | Joint Amended Request for Hearing | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | ☑ | ☑ | ----- | n/a *(precedes Plan and Settlement filing)* | Quintairos still appearing as counsel of record to the Defendants |
| **Ex. 36** | 5/1/2025 | ----- | Plaintiff's Reply in Support of Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay Execution of Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings *(filed March 20, 2025)* | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Plaintiff filing)* | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos has more notice of the bankruptcy cases, including references to bankruptcy case numbers. |

## Timeline of New Mexico Court Filings and Notices

| Exs. | Filed On | Quintairos Filed | Quintairos Received | At: | Quintairos Filed | Quintairos Was Served | Mentions Bankruptcy | Mentions Settlement and/or Plan | Matters Because |
|---|---|---|---|---|---|---|---|---|---|
| **Ex. 37** | 5/1/2025 | ----- | Notice of Completion of Briefing on Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay Execution of Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings (filed March 20, 2025) and (Nondebtor) Defendants' Related Motion | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Plaintiff filing)* | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos has more notice of the bankruptcy cases, including references to bankruptcy case numbers. |

## Timeline of New Mexico Court Filings and Notices

| Exs. | Filed On | Quintairos Filed | Quintairos Received | At: | Quintairos Filed | Quintairos Was Served | Mentions Bankruptcy | Mentions Settlement and/or Plan | Matters Because |
|---|---|---|---|---|---|---|---|---|---|
| **Ex. 38** | 5/20/2025 | ----- | Plaintiff's May 20, 2025 Notice of Relevant Bankruptcy Filings | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Plaintiff filing)* | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos has more notice of the bankruptcy cases *and copies of actual bankruptcy filings.* |
| **Ex. 42** | 7/7/2025 | ----- | Plaintiff's July 7, 2025 Notice of Relevant Bankruptcy Filings | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Erin Chavez (erin.chavez@qpwblaw.com)<br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Plaintiff filing)* | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos has more notice of the bankruptcy cases *and copies of actual bankruptcy filings.* |

## Timeline of New Mexico Court Filings and Notices

| Exs. | Filed On | Quintairos Filed | Quintairos Received | At: | Quintairos Filed | Quintairos Was Served | Mentions Bankruptcy | Mentions Settlement and/or Plan | Matters Because |
|---|---|---|---|---|---|---|---|---|---|
| **Ex. 43** | 7/8/2025 | ----- | Second Amended Request for Hearing and Sanchez's Waiver of Hearing on His Pending Post-Trial Motions for Interests and Costs | All counsel of record, which ***now*** includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(Plaintiff filing)* | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Quintairos has more notice of the bankruptcy cases. |
| **Ex. 45** | 7/11/2025 | ----- | Notice of Modification of Bankruptcy Stay to Judgment Only and Entry of Appearance as Special Litigation Counsel | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | ----- | ☑ | ☑ | n/a *(precedes Plan and Settlement filing)* | Discusses the bankruptcy cases, and the employment of special counsel in the bankruptcy cases. |
| | **8/1/2025** | **Plan, Disclosure Statement, and Settlement Agreement are filed in the Bankruptcy Cases** | | | | | | | |

## Timeline of New Mexico Court Filings and Notices

| Exs. | Filed On | Quintairos Filed | Quintairos Received | At: | Quintairos Filed | Quintairos Was Served | Mentions Bankruptcy | Mentions Settlement and/or Plan | Matters Because |
|---|---|---|---|---|---|---|---|---|---|
| **Ex. 46** | 8/4/2025 | ----- | Joint Stipulated Motion for Voluntary Consensual Stay of Post-Trial Proceedings | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a<br>*(joint filing)* | ☑ | ☑ | ☑ | Describes global bankruptcy cases' settlement that will, if approved by the Bankruptcy Court, result in a dismissal with prejudice of Sanchez Lawsuit. *See* Endnote **1**. |
| **Ex. 47** | 8/12/2025 | ----- | Stipulated Order for Voluntary Consensual Stay of Post-Trial Proceedings | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a<br>*(Court Order)* | ☑ | ☑ | ☑ | Stays the Sanchez Lawsuit "pending final approval" by the Bankruptcy Court of the Settlement Agreement. *See* Endnote **2**. |

## Timeline of New Mexico Court Filings and Notices

| Exs. | Filed On | Quintairos Filed | Quintairos Received | At: | Quintairos Filed | Quintairos Was Served | Mentions Bankruptcy | Mentions Settlement and/or Plan | Matters Because |
|---|---|---|---|---|---|---|---|---|---|
| **Ex. 52** | 9/30/2025 | ----- | Joint Motion to Dismiss With Prejudice | All counsel of record, which includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Linda Lopez (linda.lopez@qpwblaw.com)<br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br>Daisy Mora (karen.edwards@qpwblaw.com) | n/a *(joint filing)* | ☑ | ☑ | (*Stipulated dismissal was portended by the August 4, 2025, stipulation approved by the Court*) | The previous stipulation identified that the Sanchez Lawsuit would be dismissed if the Nevada Bankruptcy Court approved the global Settlement Agreement. This stipulation seeking dismissal of the Sanchez Lawsuit indicates settlement agreement approved. |
| **Ex. 53** | 10/6/2025 | ----- | Stipulated Order of Dismissal With Prejudice | All counsel of record, which ***now*** includes:<br>John Andrew Robertson (andrew.robertson@qpwblaw.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Davette Seals (davette.seals@qpwblaw.com) | n/a *(Court Order)* | ☑ | ☑ | (*Stipulated dismissal was portended by the August 4, 2025, stipulation approved by the Court*) | Dismisses the Sanchez Lawsuit |

## Timeline of New Mexico Court Filings and Notices

| Exs. | Filed On | Quintairos Filed | Quintairos Received | At: | Quintairos Filed | Quintairos Was Served | Mentions Bankruptcy | Mentions Settlement and/or Plan | Matters Because |
|---|---|---|---|---|---|---|---|---|---|

n. 1 **"<u>[P]ursuant to entry into a Settlement Agreement that is pending approval by the United States Bankruptcy Court for the District of Nevada, Judge Cox, in In re Numale Corporation et. al. *[sic]*, Lead Case No. 25-10341 nmc-Chapter 11 (consolidated for joint administration</u>**).

A. if the Settlement Agreement is approved by "Final Order" of the U.S. Bankruptcy Court, upon the "Effective Date," as those terms are defined in the Settlement Agreement, Sanchez will submit a Stipulated Motion for entry of an Order of Dismissal With Prejudice of this action (with all parties to bear their respective fees and costs);

or

B. if the Settlement Agreement is terminated in accordance with its terms, including termination of the Settlement Agreement because the Bankruptcy Court declines to enter the Settlement Order, any of the parties to this litigation may submit an Expedited Motion and Order to lift the Voluntary Consensual Stay of this action and request expedited briefing and hearing on same."

*See* **Ex. 46.**

n. 2 ***New Mexico (Sanchez Lawsuit)*: ** *Stipulated Order for Voluntary Consensual Stay of Post-Trial Proceedings*, which provides in part as follows:

2. Pursuant to the Joint Stipulated Motion, this Voluntary Consensual Stay **<u>will remain in effect pursuant to the Settlement Agreement entered into and pending final approval by the United States Bankruptcy Court for the District of Nevada, Judge Cox, in In re Numale Corporation et. al. *[sic]*, Lead Case No. 25-10341 nmc</u>**-Chapter 11 (consolidated for joint administration) ("Numale Bankruptcy Matter").

3. **<u>If the Settlement Agreement in the Numale Bankruptcy Matter is approved by "Final Order" of the U.S. Bankruptcy Court, upon the "Effective Date," as those terms are defined in the Settlement Agreement, Sanchez will submit a Stipulated Motion for entry of an Order of Dismissal With Prejudice of this action</u>** (with all parties to bear their respective fees and costs).

4. If the Settlement Agreement is terminated in accordance with its terms, including termination of the Settlement Agreement because the Bankruptcy Court declines to enter the Settlement Order, any of the parties to this litigation may submit an Expedited Motion for an Order to lift the Voluntary Consensual Stay of this action and request expedited briefing and hearing on same.

*See* **Ex. 47.**