GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Trustee of the NuMale Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc<br><br>Hearing Date: November 17, 2026<br>Hearing Time: 10:30 a.m. |

**<u>OMNIBUS DECLARATION OF TALITHA GRAY KOZLOWSKI, ESQ.</u>**

I, Talitha Gray Kozlowski, Esq., declare as follows:



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000

1. I am over the age of eighteen years and competent to testify on the matters set forth herein. I am an attorney licensed to practice law in the State of Nevada and am a partner with Garman Turner Gordon LLP ("GTG"), counsel to Michael Carmel, the Liquidation Trustee of the NuMale Liquidation Trust (the "Trustee"). GTG also represents Christopher Asandra, M.D., Carlos Feliciano, M.D., Brad Palubicki, and Justin Pulliam (collectively, the "Individuals"). I have personal knowledge of the facts stated in this declaration, except where stated on information and belief, and could testify competently to them if called as a witness.

2. Capitalized terms not otherwise defined herein have the meanings given to them in the Trustee's (i) *Opposition to the Motion of Quintairos, Prieto, Wood & Boyer, P.A. (I) for Relief From the Confirmation Order and Related Orders Under Fed. R. Civ. P. 60(b), Made Applicable By Fed. R. Bankr. P. 9024, as Applied to QPWB; (II) to Remove Michael W. Carmel as Liquidation Trustee; (III) to Disqualify Garman Turner Gordon LLP as Counsel to the Liquidation Trustee; and (IV) for Related Relief; and Memorandum of Points and Authorities* ("Removal Opposition"); and the Trustee's (ii) *Opposition to the Motion of Quintairos, Prieto, Wood & Boyer, P.A. for (I) an Order Confirming that the Automatic Stay and Plan Injunction are Inapplicable to its Proposed Declaratory Judgment Action, or (II) in the Alternative, Relief from the Automatic Stay and Plan Injunction, and for Leave Under the Barton Doctrine* ("Standing Opposition"), in that sequence; both the Removal Opposition and the Standing Opposition are filed commensurately herewith.

3. The Trustee has served deposition notices to QPWB and Eric Boyer in connection with the Removal Motion and the Standing Motion (collectively, the "Improper Motions"), both of which were filed by Quintairos, Prieto, Wood & Boyer, P.A. ("Quintairos" or "QPWB").

4. The Standing Motion's description of the meet-and-confer conference is incorrect. At the October 5, 2026, conference, GTG advised that the automatic stay did not apply and that it sounded like QPWB was seeking to modify the Plan, something the Trustee would not agree to.

5. Despite contending that the Trustee lacked necessary information, QPWB undertook a campaign to preclude the Trustee's efforts at additional discovery, filing motions to quash in Florida, New Mexico, and Texas, and lodging challenges in Arizona, and seeking an



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000

interlocutory appeal of the Court's *Order Granting Amended Motion to Enforce Rule 2004 Order and Compel Compliance with the Subpoena Issued to Quintairos, Prieto, Wood & Boyer, P.A. at Its Nevada Office and Denying Countermotion to Quash Subpoena and for Protective Order*. These discovery issues have largely been resolved and the appeal is being dismissed pursuant to the *Stipulation Regarding Pending Discovery and Appeal.*

6. QPWB's allegations that GTG's disclosures were "materially incomplete[]" are entirely false, and the Trustee has issued discovery to QPWB and Boyer to prove that QPWB and its counsel knew the allegations were false when they made them "on information and belief."

7. References herein to "Sanchez Action" refer to the Second Judicial District Court, County of Bernalillo, New Mexico ("New Mexico Court") Case No. D-202-CV-2020-06336. Documents attached hereto which are filings in the Sanchez Action were obtained by the firm's staff acting under my direction.

8. Since the Trustee's initial formal, written demand on October 6, 202**5**, to QPWB for turnover of the Debtors' file, QPWB has produced various records to the Trustee, representing that said records are the QPWB client file for the Debtors regarding the Sanchez Action (the "QPWB NuMale File").

9. QPWB produced what it indicated was the balance of the client file on February 19, 2026—more than four months after the Trustee's first demand. QPWB also produced portions of over 200 other clients' files causing significant difficulty in identifying the Debtors' actual client file and raising further questions regarding Quintairos' compliance with the rules of professional conduct. The Trustee's follow-up letters of February 24 and March 3, 2026, asserting that QPWB produced *other clients' files*, went unanswered.

10. After issuing a May 18, 2026, letter to Quintairos (*see* **Exhibit 61** hereto, and *infra*) the Trustee participated, in good faith, in settlement negotiations with the Quintairos parties in an effort to reach a consensual resolution without need to file suit, and during that time he held in abeyance discovery necessary to his investigation. Quintairos provided limited information during those negotiations, conditioned on a non-disclosure agreement that bars the Trustee from using it



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000

outside the negotiations. However, after the Trustee made two settlement offers to Quintairos, to which Quintairos refused to even provide a counter, discussions concluded on September 10, 2026. Accordingly, and appropriately, the Trustee then proceeded with Rule 2004 discovery in furtherance of completing his investigation of the Trust's claims.

11. Because the Quintairos Removal Motion and Standing Motion are so frivolous, on October 26, 2026, the Trustee issued a Rule 9011 letter and proposed sanctions motion to QPWB and its counsel.

12. Service records of various filings made with the New Mexico Court (termed *Notification(s) of Service*) were produced to the Trustee, by QPWB, when QPWB produced the QPWB NuMale File. To the extent my testimony below refers to a "Filing Notice" or "Filing Notices" for any given pleading filed or issued in the Sanchez Action, this refers to the applicable *Notice(s) of Electronic Filing* for the commensurate pleading or order filed, and/or issued by the New Mexico Court, in the Sanchez Action.

13. Attached hereto as **Exhibit "1"** is a true and correct copy of email correspondence located in the QPWB NuMale File, an email chain ending November 20, 2024, on which QPWB's attorneys J. Andrew Robertson, Dominique Barrett, and Erin Chavez are included.

14. Attached hereto as **Exhibit "2"** is a true and correct copy of email correspondence located in the QPWB NuMale File, an email dated November 27, 2024, on which QPWB's J. Andrew Robertson, Dominique Barrett, and Erin Chavez are included, which includes highlighting made by my office.

15. Attached hereto as **Exhibit "3"** is a true and correct copy of email correspondence located in the QPWB NuMale File, an email chain ending December 10, 2024, on which QPWB's Frank Alvarez, J. Andrew Robertson, Dominique Barrett, Erin Chavez, and others at QPWB, are included. Settlement discussions not germane to this Motion are redacted therein.

16. Attached hereto as **Exhibit "4"** is a true and correct copy of email correspondence located in the QPWB NuMale File, an email chain ending February 20, 2025, on which QPWB's Eric Boyer, Frank Alvarez, J. Andrew Robertson, Dominique Barrett, and Erin Chavez are



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000

included.

17. Attached hereto as **Exhibit "5"** is a true and correct copy of email correspondence located in the QPWB NuMale File, an email chain ending February 20, 2025, on which QPWB's attorney Frank Alvarez is included.

18. Attached hereto as **Exhibit "6"** is a true and correct copy of email correspondence located in the QPWB NuMale File, an email chain ending February 20, 2025, on which QPWB's Eric Boyer, Frank Alvarez, J. Andrew Robertson, and Dominique Barrett are included.

19. Attached hereto as **Exhibit "7"** is a true and correct copy of subset of invoices for work performed by QPWB in February 2025 in the Sanchez Action, produced by Frank Alvarez on or about February 5, 2026, to the Trustee (*see* **Ex. 60** hereto), which includes highlighting made by my office.

20. Attached hereto as **Exhibit "8"** is a composite exhibit containing true and correct copies of the *Rule 1-084 Notice of Bankruptcy Proceedings By Defendants NuMale Corporation and NuMale New Mexico S.C. Corp. d/b/a NuMale Medical Center*, filed in the Sanchez Action, bearing a file-stamp of February 20, 2025, together with its related Filing Notice.

21. Attached hereto as **Exhibit "9"** is a true and correct copy of email correspondence located in the QPWB NuMale File, an email chain ending February 21, 2025, on which QPWB's Eric Boyer, Frank Alvarez, and J. Andrew Robertson are included.

22. Attached hereto as **Exhibit "10"** is a true and correct copy of email correspondence located in the QPWB NuMale File, dated February 24, 2025, on which QPWB's attorneys J. Andrew Robertson and Dominique Barrett are included.

23. Attached hereto as **Exhibit "11"** is a true and correct copy of email correspondence located in the QPWB NuMale File, an email chain ending March 8, 2025, on which QPWB's Eric Boyer, Frank Alvarez, J. Andrew Robertson, Dominique Barrett, Erin Chavez, Justin Plean, and Arthur Neiwirth are included.

24. Attached hereto as **Exhibit "12"** is a true and correct copy of subset of invoices for work performed by QPWB in March 2025 in the Sanchez Action, produced by Frank Alvarez on



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000

or about February 5, 2026, to the Trustee (*see* **Ex. 60** hereto), which includes highlighting made by my office.

25. Attached hereto as **Exhibit "13"** is a true and correct copy of email correspondence located in the QPWB NuMale File, an email chain ending March 11, 2025, on which QPWB's Eric Boyer, Frank Alvarez, J. Andrew Robertson, Dominique Barrett, and Erin Chavez are included.

26. Attached hereto as **Exhibit "14"** is a true and correct copy of email correspondence located in the QPWB NuMale File, an email chain ending March 13, 2025, on which QPWB's Eric Boyer, Frank Alvarez, J. Andrew Robertson, Dominique Barrett, Erin Chavez, Arthur Neiwirth, and Justin Plean are included.

27. Attached hereto as **Exhibit "15"** is a true and correct copy of email correspondence located in the QPWB NuMale File, an email chain ending March 17, 2025, on which QPWB's Eric Boyer, Frank Alvarez, J. Andrew Robertson, and Dominique Barrett are included.

28. Attached hereto as **Exhibit "16"** is a true and correct copy of email correspondence located in the QPWB NuMale File, an email chain ending March 18, 2025, on which QPWB's Eric Boyer, Frank Alvarez, J. Andrew Robertson, Dominique Barrett, and Erin Chavez are included.

29. Attached hereto as **Exhibit "17"** is a true and correct copy of email correspondence located in the QPWB NuMale File, an email chain ending March 19, 2025, on which QPWB's Eric Boyer, Frank Alvarez, and Erin Chavez are included.

30. Attached hereto as **Exhibit "18"** is a composite exhibit containing true and correct copies of the *Entry of Appearance*, filed in the Sanchez Action, bearing a file-stamp of March 20, 2025, together with its related Filing Notices.

31. Attached hereto as **Exhibit "19"** is a composite exhibit containing true and correct copies of the *Defendants' Motion to Stay Execution of the Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings*, filed in the Sanchez Action, bearing a file-stamp of March 20, 2025, together with its related Filing Notice.



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000

32. Attached hereto as **Exhibit "20"** is a composite exhibit containing true and correct copies of the *Plaintiff's Reply in Support of Motion for Prejudgment Interest*, filed in the Sanchez Action, bearing a file-stamp of March 26, 2025, together with its related Filing Notice.

33. Attached hereto as **Exhibit "21"** is a composite exhibit containing true and correct copies of the *Plaintiff's Reply in Support of Cost Bill and Motion for Award of Costs in the Court's Discretion*, filed in the Sanchez Action, bearing a file-stamp of March 26, 2025, together with its related Filing Notice.

34. Attached hereto as **Exhibit "22"** is a composite exhibit containing true and correct copies of the *Plaintiff's Notice of Relevant State Court Filing[:] Civil Complaint for Declaratory Judgment Filed on March 14, 2025 in Curry County, Ninth Judicial District Court*, filed in the Sanchez Action, bearing a file-stamp of March 26, 2025, together with its related Filing Notice.

35. Attached hereto as **Exhibit "23"** is a composite exhibit containing true and correct copies of the *Plaintiff's Notice of Relevant Bankruptcy Filings[:] Motion for Order Terminating Automatic Stay as to N.M. State Court Post-trial Proceedings to Judgment Only, Not Enforcement, as to NuMale Corp. & NuMale NM SC and Comfort Order as to Non-Debtors Filed in U.S. Bankruptcy Court, District of Nevada*, filed in the Sanchez Action, bearing a file-stamp of March 26, 2025, together with its related Filing Notice.

36. Attached hereto as **Exhibit "24"** is a composite exhibit containing true and correct copies of the *Plaintiff's Notice of Relevant Bankruptcy Filings[:] Declaration of Lori Bencoe in Support of Motion for Order Terminating Automatic Stay as to N.M. State Court Post-trial Proceedings to Judgment Only, Not Enforcement, as to NuMale Corp. & NuMale NM SC, and Comfort Order as to Non-Debtors Filed in U.S. Bankruptcy Court, District of Nevada*, filed in the Sanchez Action, bearing a file-stamp of March 26, 2025, together with its related Filing Notice.

37. Attached hereto as **Exhibit "25"** is a composite exhibit containing true and correct copies of the *Notice of Completion of Briefing for Plaintiffs [sic] Cost Bill and Motion for Award of Costs in the Court's Discretion*, filed in the Sanchez Action, bearing a file-stamp of March 26, 2025, together with its related Filing Notice.



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000

38. Attached hereto as **Exhibit "26"** is a composite exhibit containing true and correct copies of the *Plaintiff's Amended Request For[] Hearing on His Post Trial Motions*, filed in the Sanchez Action, bearing a file-stamp of March 26, 2025, together with its related Filing Notice.

39. Attached hereto as **Exhibit "27"** is a composite exhibit containing true and correct copies of the *Notice of Completion of Briefing on Plaintiff's Motion for Prejudgment Interest*, filed in the Sanchez Action, bearing a file-stamp of March 26, 2025, together with its related Filing Notice.

40. Attached hereto as **Exhibit "28"** is a composite exhibit containing true and correct copies of the *Plaintiff's Notice of Relevant Bankruptcy Filings[:] Stipulations for Entry of Order Terminating Automatic Stay as to N.M. State Court Post-trial Proceedings to Judgment Only as to NuMale Corp. & NuMale NM SC and Comfort Order as to Non-Debtors Filed in U.S. Bankruptcy Court, District of Nevada*, filed in the Sanchez Action, bearing a file-stamp of March 26, 2025, together with its related Filing Notice.

41. Attached hereto as **Exhibit "29"** is a composite exhibit containing true and correct copies of the *Plaintiff's Response in Opposition to Defendants' Motion to Stay Execution of the Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings*, filed in the Sanchez Action, bearing a file-stamp of April 4, 2025, together with its related Filing Notice.

42. Attached hereto as **Exhibit "30"** is a composite exhibit containing true and correct copies of the *Notice of Zoom Hearing* signed by the New Mexico Court in the Sanchez Action, bearing a file-stamp of April 8, 2025, together with its related Filing Notice.

43. Attached hereto as **Exhibit "31"** is a composite exhibit containing true and correct copies of the *Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay Execution of Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings (filed March 20, 2025)*, filed in the Sanchez Action, bearing a file-stamp of April 9, 2025, together with its related Filing Notice.

44. Attached hereto as **Exhibit "32"** is a composite exhibit containing true and correct copies of the *Defendants' Reply in Support of Motion to Stay Execution of the Judgment Without*



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000

*Bond During the Pendency of the Post-Trial Motion Proceedings*, filed in the Sanchez Action, bearing a file-stamp of April 21, 2025, together with its related Filing Notice.

45. Attached hereto as **Exhibit "33"** is a composite exhibit containing true and correct copies of the *Certificate of Service*, filed in the Sanchez Action, bearing a file-stamp of April 23, 2025, together with its related Filing Notices.

46. Attached hereto as **Exhibit "34"** is a composite exhibit containing true and correct copies of the *Defendants' Response to Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay*, filed in the Sanchez Action, bearing a file-stamp of April 24, 2025, together with its related Filing Notices.

47. Attached hereto as **Exhibit "35"** is a composite exhibit containing true and correct copies of the *Joint Amended Request for Hearing*, filed in the Sanchez Action, bearing a file-stamp of May 1, 2025, together with its related Filing Notice.

48. Attached hereto as **Exhibit "36"** is a composite exhibit containing true and correct copies of the *Plaintiff's Reply in Support of Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay Execution of Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings (filed March 20, 2025)*, filed in the Sanchez Action, bearing a file-stamp of May 1, 2025, together with its related Filing Notice.

49. Attached hereto as **Exhibit "37"** is a composite exhibit containing true and correct copies of the *Notice of Completion of Briefing on Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay Execution of Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings (filed March 20, 2025) and (Nondebtor) Defendants' Related Motion*, filed in the Sanchez Action, bearing a file-stamp of May 1, 2025, together with its related Filing Notice.

50. Attached hereto as **Exhibit "38"** is a composite exhibit containing true and correct copies of the *Plaintiff's May 20, 2025 Notice of Relevant Bankruptcy Filings Relating to Entry of Order Terminating Automatic Stay as to N.M. State Court Post-Trial Proceedings to Judgment Only as to NuMale Corp. & NuMale NM SC and Comfort Order as to Non-Debtors Filed in U.S.*



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000

*Bankruptcy Court, District of Nevada*, filed in the Sanchez Action, bearing a file-stamp of May 20, 2025, together with its related Filing Notice.

51. Attached hereto as **Exhibit "39"** is a true and correct copy of email correspondence located in the QPWB NuMale File, an email chain ending May 22, 2025, on which QPWB's Eric Boyer, Dominique Barrett, J. Andrew Robertson, and Frank Alvarez are included.

52. Attached hereto as **Exhibit "40"** is a true and correct copy of subset of invoices for work performed by QPWB in May 2025 in the Sanchez Action, produced by Frank Alvarez on or about February 5, 2026, to the Trustee (*see* **Ex. 60** hereto), which includes highlighting made by my office.

53. Attached hereto as **Exhibit "41"** is a true and correct copy of email correspondence located in the QPWB NuMale File, an email chain ending May 27, 2025, on which Eric Boyer, Frank Alvarez, and Erin Chavez are included.

54. Attached hereto as **Exhibit "42"** is a composite exhibit containing true and correct copies of the *Plaintiff's July 7, 2025 Notice of Relevant Bankruptcy Filings Approving Employment of Special Counsel & Thus Validating the U.S. Bankruptcy Court's Order Terminating Automatic Stay as to N.M. State Court Post-Trial Proceedings to Judgment Only as to Numale Corp. and Numale N.M. S.C. [sic] and Comfort Order as to Non-Debtors (filed on May 20, 2025)*, filed in the Sanchez Action, bearing a file-stamp of July 7, 2025, together with its related Filing Notice.

55. Attached hereto as **Exhibit "43"** is a composite exhibit containing true and correct copies of the *Second Amended Request for Hearing and Sanchez's Waiver of Hearing on His Pending Post-Trial Motions for Interest and Costs* filed in the Sanchez Action bearing a file-stamp of July 8, 2025, together with its related Filing Notice.

56. Attached hereto as **Exhibit "44"** is a true and correct copy of subset of invoices for work performed by QPWB in July 2025 in the Sanchez Action, produced by Frank Alvarez on or about February 5, 2026, to the Trustee (*see* **Ex. 60** hereto), which includes highlighting made by my office.



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000

57. Attached hereto as **Exhibit "45"** is a composite exhibit containing true and correct copies of the *Notice of Modification of Bankruptcy Stay to Judgment Only and Entry of Appearance as Special Litigation Counsel* filed in the Sanchez Action bearing a file-stamp of July 11, 2025, together with its related Filing Notice.

58. Attached hereto as **Exhibit "46"** is a composite exhibit containing true and correct copies of the *Joint Stipulated Motion for Voluntary Consensual Stay of Post-Trial Proceedings* filed in the Sanchez Action bearing a file-stamp of August 4, 2025, together with its related Filing Notice.

59. Attached hereto as **Exhibit "47"** is a composite exhibit containing true and correct copies of the *Stipulated Order for Voluntary Consensual Stay of Post-Trial Proceedings* signed by the New Mexico Court and bearing a file-stamp of August 12, 2025, together with its related Filing Notice.

60. Attached hereto as **Exhibit "48"** is a true and correct copy of an email correspondence chain ending on August 28, 2025, found in the QPWB NuMale File, including a Beazley representative and QPWB's Frank Alvarez, Eric Byer, J. Andrew Robertson, and others at QPWB.

61. Attached hereto as **Exhibit "49"** is a true and correct copy of is a true and correct copy of payment ledger for QPWB regarding the Sanchez Action, produced by Frank Alvarez on or about February 5, 2026, to the Trustee (*see* **Ex. 60** hereto).

62. Attached hereto as **Exhibit "50"** is a true and correct copy of document found in the QPWB NuMale File, which is a scanned copy the Nevada Bankruptcy Court filing bearing a file stamp ECF No. 586 and entitled, *Notice of Entry of Order Approving Motion Pursuant to Fed. R. Bankr. P. 9019 and 11 U.S.C. §§ 363 and 105 to Authorize and Approve Global Settlement and Associated Releases and Authorize Insurance Policies Buyback*. Regarding **Exhibit 50**, the metadata associated with this document indicates it was scanned and saved to QPWB's files on September 12, 2025. **Exhibit 50** was produced by QPWB to the Trustee in connection with the turnover of QPWB's file to the Trustee.



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000

63. Attached hereto as **Exhibit "51"** is a true and correct copy of email correspondence dated September 30, 2025, found in the QPWB NuMale File, from Lori Bencoe to, *inter alia*, QPWB's Frank Alvarez and Dominique Barrett (without the attachments thereto).

64. Attached hereto as **Exhibit "52"** is a composite exhibit containing true and correct copies of the *Joint Motion to Dismiss With Prejudice* filed in the Sanchez Action, bearing a file-stamp of September 30, 2025, together with its related Filing Notice.

65. Attached hereto as **Exhibit "53"** is a composite exhibit containing true and correct copies of the *Stipulated Order of Dismissal With Prejudice* entered in the Sanchez Action, dated October 6, 2025, together with its related Filing Notice.

66. Attached hereto as **Exhibit "54"** is a true and correct copy of (initial) demand correspondence from the Trustee to QPWB's Frank Alvarez dated October 6, 2025, including a "demand for Immediate Transfer of Entire Client File" and a "Litigation Hold Notice Regarding Potential Estate Claims."

67. Attached hereto as **Exhibit "55"** is a true and correct copy of email correspondence from Frank Alvarez to GTG dated October 13, 2025, on which I was copied, containing a link from which to download documents.

68. Attached hereto as **Exhibit "56"** is a true and correct copy of the (second) demand correspondence from GTG to QPWB's Frank Alvarez dated December 17, 2025.

69. Attached hereto as **Exhibit "57"** is a true and correct copy of the (third) demand correspondence from GTG to QPWB's Frank Alvarez dated January 7, 2026, regarding "*NuMale Corporation, NuMale New Mexico SC, and NuMale Albuquerque, LLC* **THIRD AND FINAL DEMAND for Immediate Transfer of Entire Client File**" (emphases as in original).

70. Attached hereto as **Exhibit "58"** is a true and correct copy of email correspondence, found in the QPWB NuMale File, from QPWB's J. Andrew Robertson to Eric Boyer and Dominique Barrett, copying Frank Alvarez and Dominique Johnson, dated January 29, 2026.

71. Attached hereto as **Exhibit "59"** is a true and correct copy of the (fourth) demand email correspondence from GTG to QPWB's Frank Alvarez dated February 3, 2026, on which I



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000

was copied. Mr. Alvarez's personal phone number has been redacted from this exhibit.

72. Attached hereto as **Exhibit "60"** is a true and correct copy of email correspondence from QPWB's Frank Alvarez dated February 5, 2026, on which I was copied. Portions of the attachments to this email ("Bills . . ." and "Payment Ledger . . .") are separately identified in this Declaration at **Exhibits 7, 12, 40,** and **44** (all, selected invoices) and **49** (payment ledger). The email was delivered on or about 6:11 p.m. prevailing Pacific Time on February 5, 2026; the copy appended hereto bears a time stamp showing receipt in a time zone approximately eight hours ahead (*i.e.*, European time) and, therefore, the exhibit appended hereto shows a delivery date of February 6, 2026, at 2:11 a.m.

73. Attached hereto as **Exhibit "61"** is a true and correct copy of correspondence dated May 18, 2026, from GTG to QPWB's Eric Boyer, Dominique Barrett, Donna Chapman, Erin Chavez, Frank Alvarez, and Andrew Robertson, on which I was copied. For size reasons, the voluminous exhibits accompanying this correspondence are not included in **Exhibit 61** hereto.

74. Attached hereto as **Exhibit "62"** is a true and correct copy of correspondence received by GTG on or about September 14, 2026, from Anthony P. Sgro of Sgro & Roger, identifying as counsel for QPWB.

75. Attached hereto as **Exhibit "63"** is a true and correct copy of correspondence dated September 15, 2026, from GTG to Anthony P. Sgro of Sgro & Roger, on which I was copied.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 3rd day of November, 2026.

*/s/ Talitha Gray Kozlowski*
TALITHA GRAY KOZLOWSKI, ESQ.



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000