# EXHIBIT 1

FILED UNDER SEAL

EXHIBIT 1