# EXHIBIT 2

EXHIBIT 2

**From:** J Parrett <prj16@cox.net>
**Sent:** Wednesday, November 27, 2024 2:55 PM PST
**To:** J. Andrew Robertson <andrew.robertson@qpwblaw.com>; Dominique Barrett <dominique.barrett@qpwblaw.com>; Erin L. Chavez <erin.chavez@qpwblaw.com>; adam.moser@beazley.com <adam.moser@beazley.com>; Dr. Christopher Asandra <drchris@asandramd.com>
**Subject:** Sanchez

To the defense team (including and especially the insurance carrier):

Given the nuclear verdict and events during trial coupled with your refusal on multiple occasions to get Dr. Asandra out of this matter either by settlement or outright dismissal when presented with those opportunities, it is hereby demanded that you engage for Dr. Asandra, and Dr. Asandra alone, the highest level of experienced and competent defense counsel specialized in post trial motions and appeals. If it is necessary to engage more than one firm or attorney to accomplish this you must do so and you must do so immediately. Time is of the essence and any delay adversely impacts Dr. Asandra and therefore has even more ramifications. There can be no delay in this. The deadline for compliance with this is 5 pm pst Monday, December, 2, 2024. In the interim, the current defense firm is to take all action necessary to protect all interests, both personal and professional, of Dr. Asandra. Such obligation will be continuing henceforth regardless of the engagement of specialized counsel.

Concerning this matter as to Beazely and defense counsel, it is hereby demanded you preserve all evidence, written, electronic, oral or other, as to this matter and all parties. This includes but is not limited to all correspondence (whether hard copy or digital), letters, emails, memos, messages, etc) related to this matter. Nothing, absolutely nothing is to be destroyed, modified, altered, tampered with, etc. This also includes all billings by the defense firm regardless of the entity defendant or individual defendant represented or insured.

Jim Parrett