# EXHIBIT 3

FILED UNDER SEAL

EXHIBIT 3