# EXHIBIT 4

FILED UNDER SEAL

EXHIBIT 4