# EXHIBIT 5

FILED UNDER SEAL

EXHIBIT 5