# EXHIBIT 6

FILED UNDER SEAL

**EXHIBIT 6**