# EXHIBIT 7

FILED UNDER SEAL

EXHIBIT 7