# EXHIBIT 9

FILED UNDER SEAL

EXHIBIT 9