# EXHIBIT 10

FILED UNDER SEAL

EXHIBIT 10