# EXHIBIT 11

FILED UNDER SEAL

EXHIBIT 11