# EXHIBIT 12

FILED UNDER SEAL

EXHIBIT 12