# EXHIBIT 13

FILED UNDER SEAL

EXHIBIT 13