# EXHIBIT 14

FILED UNDER SEAL

EXHIBIT 14