# EXHIBIT 15

FILED UNDER SEAL

EXHIBIT 15