# EXHIBIT 16

FILED UNDER SEAL

EXHIBIT 16