# EXHIBIT 17

FILED UNDER SEAL

EXHIBIT 17