# EXHIBIT 25

EXHIBIT 25

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
3/26/2025 2:09 PM
KATINA WATSON
CLERK OF THE COURT
Christopher Waites

**STATE OF NEW MEXICO**
**BERNALILLO COUNTY**
**SECOND JUDICIAL DISTRICT COURT**

**MICHAEL E. SANCHEZ,**

**Plaintiff,**

**v.** **No: D-202-CV-2020-06336**

**NUMALE CORPORATION (a Nevada Corp.), NUMALE ALBUQUERQUE L.L.C. d/b/a NuMale Medical Center (a Wisconsin Corp.), NUMALE NEW MEXICO S.C. CORP. d/b/a NuMale Medical Center (a Wisconsin Corp.), CHRISTOPHER ASANDRA M.D., CARLOS FELICIANO M.D., BRAD PALUBICKI, and JUSTIN PULLIAM,**

**Defendants.**

**NOTICE OF COMPLETION OF BRIEFING FOR PLAINTIFFS COST BILL AND MOTION FOR AWARD OF COSTS IN THE COURT'S DISCRETION**

COMES NOW Plaintiff, though undersigned counsel of record, and states the following in this Notice of Completion of Briefing on *Plaintiff's Cost Bill and Motion for Award of Costs in the Court's Discretion* filed on the date of the Certificate of Service of same, below:

1. *Plaintiff's Cost Bill and Motion for Award of Costs in the Court's Discretion* was filed December 23, 2024.

2. *Defendants' Objections to Plaintiff's Statement of Costs* was filed January 02, 2025, during the pendency of a *Joint Stipulated Stay of Post-Trial Proceedings* until March 15, 2025. *See*, Joint Stipulated Orders filed 1/10/2025 and 2/12/2025.

3. Plaintiff's Reply In Support of Costs Bill and Motion for Award of Costs in the Court's Discretion is submitted for electronic filing, with this *Notice of Completion of Briefing* and a *Request for Hearing* on March 25, 2025.

4. Pursuant to the Court's Packet Rule, a copy of this Motion, Response, Reply, Notice of Completion, Request for Hearing and Notice of Hearing form are being submitted to the Court at this time.

5. In accordance with Rule 1-007.1(H) NMRA, this matter is now ripe for decision as to all non-Debtors as to whom post-trial matters are not presently stayed pursuant to the Notice of Bankruptcy filed in this matter on February 20, 2025.[1]

Respectfully Submitted,

**BENCOE & LACOUR LAW, P.C.**

By: */s/ Lori M. Bencoe*

Lori M. Bencoe NM Bar ID 7525
Cherie L. LaCour NM Bar ID 9526
9201 Montgomery Blvd NE #404
Albuquerque, NM 87111
(505) 247-8800 ~ (505) 247-8801
lori@bencoelaw.com / cherie@bencoelaw.com

**TRIAL LAWYERS FOR JUSTICE**
Nicholas Rowley NM Bar ID 159410
421 W. Water Street, Third Floor
Decorah, IA 52101
(866) 854-5529
NR@TL4J.com

[1] Plaintiff submits this Reply as to all Defendants **except for** Numale Corp. and Numale N.M. S.C. Corp., as to whom an automatic stay under 11 U.S.C. § 362 is currently in place due to their status as Debtors in Chapter 11 voluntary bankruptcy cases filed on January 22, 2025 and pending in the U.S. Bankruptcy Court, District of Nevada, before the Honorable Natalie Cox, Cases No. 25-10341 and 25-10347. Out of abundance of caution, Plaintiff also does not submit this filing against Numale Albuquerque LLC d/b/a Numale Medical Center, which was determined by the Court in equity at trial to be a wholly owned subsidiary of Debtor Numale Corp. based on evidence and testimony including but not limited to Stipulated Trial Ex. 182 (Numale Abq. LLC Operating Agreement), *and see*, *Plaintiff's Trial Brief on Numale Corp.'s Liability for Conduct of Numale Albq. LLC and Numale NM SC Corp*. (filed 11/25/2024) and ***Exhibit 1*** (Trial TS excerpt from 11/22/2024 at P95:L9-19 granting Plaintiff's Motion) and ***Exhibit 2*** (*Stipulated Final Jury Inst. No. 17*; Numale Abq LLC and Numale NM SC subsidiaries of Numale Corp). Plaintiff further states that on March 18, 2025 a *Stipulation for Entry of Order Terminating Automatic Stay as to New Mexico State Court Post-Trial Proceedings to Judgment Only and Comfort Order As to Non-Debtors* was filed in both Debtors' Bankruptcy Cases [Numale Corp. ECF Doc. No. 70; Numale NM SC ECF Doc. No. 64], on March 20, 2025, nonparty Beazley Insurance filed an *Ex Parte Motion* Objecting to same [Numale Corp. ECF Doc. No. 82], and on March 25, 2025 Sanchez filed a Motion in U.S. Bankruptcy Court to lift the Stay in light of Debtors' stipulation. There is no reason to further delay post-trial proceedings as to Non-Debtors at this time.

**BOWEN HATCH LAW, P.C.**
Theresa Bowen Hatch NM Bar ID 160899
1902 Wright Place Suite 200
Carlsbad, CA 92008
(760) 539-7603
Theresa@bowenhatchlaw.com

**BRUNO NALU**
Keith J. Bruno, *Pro Hac Vice*
18201 Von Karman Ave, Suite 1180
Irvine, CA 92612
(310) 745-7811
keith@brunonalu.com
*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 26, 2025, I caused this Notice of Completion to be submitted for electronic filing in the Second Judicial District Court's electronic filing system, which caused all parties of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. I also hereby certify a true and correct copy of same was electronically mailed to all parties entitled to notice.

By: *_/s/ Lori M. Bencoe_*
Lori M. Bencoe

STATE OF NEW MEXICO
BERNALILLO COUNTY
SECOND JUDICIAL DISTRICT COURT

MICHAEL E. SANCHEZ,

Plaintiff,

v. Cause No: D-202-CV-2020-06336

NUMALE MEDICAL CENTER LLC (a Wisconsin Corp.), NUMALE CORPORATION (a Nevada Corp.), NUMALE ALBUQUERQUE L.L.C. d/b/a NuMale Medical Center (a Wisconsin Corp.), NUMALE NEW MEXICO S.C. CORP. d/b/a NuMale Medical Center (a Wisconsin Corp.), CHRISTOPHER ASANDRA M.D., CARLOS FELICIANO M.D., BRAD PALUBICKI, JUSTIN PULLIAM, STEPHEN G. CHAPMAN P.A.-C and MIKE RIVERA, and BLACK & WHITE Corps. 1-10 and JOHN & JANE DOES 1-10,

Defendants.

Transcript of Proceedings

On the 22nd day of November 2024, at approximately 9:40 a.m., this matter came on for trial before THE HONORABLE BEATRICE J. BRICKHOUSE, Division IV, Judge of the Second Judicial District.

The Plaintiff appeared by Counsels of Record, LORI BENCOE, CHERIE LaCOUR, DANIELLE CEBALLES, NICHOLAS ROWLEY and KEVIN BRUNO.

The NuMale Defendants appeared by Counsels of Record, DOMINIQUE BARRETT, ERIN CHAVEZ and ANDREW ROBERTSON.



EXHIBIT 1

come in, I don't want there to be any question with the Court of Appeals and the Supreme Court. So we do want the jurors to answer those questions.

THE COURT: Okay.

MR. ROWLEY: But we do have a motion with respect to --

MS. BENCOE: Your Honor, the other motion we have is a motion in equity. And Ms. LaCour will present that motion.

THE COURT: I didn't hear you -- oh, you said Ms. LaCour is gonna handle that. That's the part I didn't hear.

MS. LaCOUR: Yes, Your Honor. With permission of the Court, I have a bench brief for the Court regarding piercing the corporate veil. May I provide that?

THE COURT: Sure.

MS. LACOUR: With the Court's permission, may I use the podium? Because I would like to be able to show some exhibits on the screen.

THE COURT: Sure.

MS. LACOUR: So, Your Honor, we moved for directed verdict on the liability of NuMale Corporation for the acts of both NuMale Albuquerque LLC and NuMale New Mexico SC Corp. By piercing the corporate veil, I'm

holding NuMale Corporation liable for their negligent acts and/or omissions.

So under the theory of piercing the corporate veil, there are three requirements that we must meet. First of all, we have to prove that both NuMale New Mexico SC Corp and NuMale Albuquerque LLC are instrumentalities or dominated by NuMale Corporation, that they were used for an improper purpose, and that there was proximate cause to an injury. And that's based upon Garcia v. Compton.

All of the underlying laws in the bench brief, Your Honor -- and if at this point you would like me to cite directly to the case, I'm more than happy to do so, but I'd like to speed up the argument here because I know we're short on time. But piercing the corporate veil is an equitable remedy that must be decided by the Court.

So before we dive into the three requirements of domination, improper purpose and proximate cause, I'd like to do just a quick overview of the players at issue here.

So what we have is NuMale Corporation, who is the parent corporation; we have NuMale Albuquerque LLC, who is the management corporation for the New Mexico clinic; and the New Mexico clinic is the NuMale

the arguments are --

MS. LACOUR: Yes.

THE COURT: -- as to the cause prong.

MR. ROBERTSON: I think I know which way the wind is blowing, so --

THE COURT: Well, I don't know why you would say that, Mr. Robertson. Maybe I should take offense at that or something. I don't know.

The motion for directed verdict is granted. I think it's clear from the exhibits, the testimony that NuMale Corporation, they were running everything and therefore they should be liable for the acts or omissions of NuMale SS -- is it NuMale New Mexico SC Corporation and NuMale Albuquerque LLC? I think I got it straight.

So the motion for directed verdict is granted. I'm assuming you-all will give the special verdict form that is applicable to the Court's ruling on this issue, then, right?

And so I've got to get going. I have a 12:30 hearing that I need to sign on to. And so what I understood -- okay. So the jury has been directed to come back at 1:30. And so what I understood is that you-all are gonna give me a packet, a final packet. Am I correct? You-all are gonna give me a final packet

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
11/26/2024 1:51 PM
KATINA WATSON
CLERK OF THE COURT
DyAnna Garcia

**STATE OF NEW MEXICO**
**COUNTY OF BERNALILLO**
**SECOND JUDICIAL DISTRICT COURT**

MICHAEL E. SANCHEZ,

Numale Corps subsidiaries instruction

Plaintiff,

v.

No. D-202-CV-2020-06336

NUMALE MEDICAL CENTER LLC (a Wisconsin Corp.), NUMALE CORPORATION (a Nevada Corp.), NUMALE ALBUQUERQUE, L.L.C. d/b/a NuMale Medical Center (a Wisconsin Corp.), NUMALE NEW MEXICO S.C. CORP. d/b/a NuMale Medical Center (a Wisconsin Corp.), CHRISTOPHER ASANDRA M.D., CARLOS FELICIANO M.D., BRAD PALUBICKI, JUSTIN PULIAM, STEPHEN G. CHAPMAN P.A.-C and MIKE RIVERA, and BLACK & WHITE Corps. 1-10 and JOHN & JANE DOES 1-10,

Defendants.

**STIPULATED FINAL JURY INSTRUCTIONS**

EXHIBIT 2

JURY INSTRUCTION NO. 17

The Court has found that at the time of the occurrence, Numale Albuquerque LLC and Numale New Mexico S.C. Corporation were subsidiaries of their parent company, Numale Corporation, and that Numale Corporation completely dominated its subsidiaries' finances, policy and business practices and used them for an improper purpose that was a cause of harm to Plaintiff Michael E. Sanchez.

**From:** no-reply@efilingmail.tylertech.cloud
**To:** Frank Alvarez
**Subject:** Notification of Service for Case: D-202-CV-2020-06336, Michael E Sanchez v.Numale Medical Center LLC, et al. for filing NTC: COMPLETION OF BRIEFING, Envelope Number: 12303160
**Date:** Friday, March 28, 2025 10:01:08 AM

---

# Notification of Service

Case Number: D-202-CV-2020-06336
Case Style: Michael E Sanchez v.Numale Medical Center LLC, et al.
Envelope Number: 12303160

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | D-202-CV-2020-06336 |
| **Case Style** | Michael E Sanchez v.Numale Medical Center LLC, et al. |
| **Date/Time Submitted** | 3/26/2025 2:09 PM MST |
| **Filing Type** | NTC: COMPLETION OF BRIEFING |
| **Filing Description** | Cost Bill and Motion For Award of Costs in the Court's Discretion |
| **Filed By** | Randyl Sexton |
| | Michael E Sanchez:<br><br>Maggie Golike (maggie@bencoelaw.com)<br><br>Keith Bruno (keith@brunonalu.com)<br><br>Nicholas Rowley (NR@TL4J.com)<br><br>Courtney Rowley (therowleylawfirm@gmail.com)<br><br>Theresa Bowen-Hatch (theresa@bowenhatchlaw.com)<br><br>Lori Bencoe (lori@bencoelaw.com)<br><br>R Sexton (scott@bencoelaw.com)<br><br>Elizabeth Martinez (elizabeth@brunonalu.com) |

| | |
|---|---|
| | Cherie LaCour (cherie@bencoelaw.com) |
| | Numale Corporation: |
| | John Robertson (andrew.robertson@qpwblaw.com) |
| | Dominique Barrett (dominique.barrett@qpwblaw.com) |
| | Jocelyn Drennan (jdrennan@rodey.com) |
| | Edward Ricco (ericco@rodey.com) |
| | Charles Vigil (cvigil@rodey.com) |
| **Service Contacts** | Frank Alvarez (frank.alvarez@qpwblaw.com) |
| | Sharon Walker (sywalker@btblaw.com) |
| | Erin Chavez (erin.chavez@qpwblaw.com) |
| | Lillian Favela (lillian.favela@qpwblaw.com) |
| | Dianna Saxton (dianna.saxton@qpwblaw.com) |
| | Other Service Contacts not associated with a party on the case: |
| | Linda Lopez (linda.lopez@qpwblaw.com) |
| | Kenneth Stalter (ken@stalterlaw.com) |
| | Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com) |
| | Daisy Mora (karen.edwards@qpwblaw.com) |
| | Stephen G Chapman PA-C: |
| | Teresa Montoya (admin@kerrykiernanpc.com) |
| | M. Clea Gutterson (mcg@kerrykiernanpc.com) |

| | |
|---|---|
| | John Klecan (jklecan@jshfirm.com)<br><br>Pam Pullem (ppullem@jshfirm.com) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |
| This link is active for 90 days. To access this document, you will be required to enter your email address. Click here for more information. | |