# EXHIBIT 30

EXHIBIT 30

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
4/8/2025 10:02 AM
KATINA WATSON
CLERK OF THE COURT
Marissa N Layne

**STATE OF NEW MEXICO**
**COUNTY OF BERNALILLO**
**SECOND JUDICIAL DISTRICT COURT**

**No. D-202-CV-2020-06336**

**MICHAEL E SANCHEZ**

**V.**

**NUMALE MEDICAL CENTER LLC, ET AL.**

## NOTICE OF ZOOM HEARING

A hearing in this case is set before The **Honorable Beatrice J. Brickhouse** as follows:

| | |
|---|---|
| Date of Hearing: | **Thursday, May 22, 2025** |
| Time of Hearing: | **2:00 PM** |
| Length of Hearing | **1 Hour 30 Minutes** |
| Matter(s) to be Heard: | **Plaintiff's Cost Bill and Motion for Award of Costs in the Court's Discretion and Plaintiff's Motion for Prejudgment Interest ZOOM HEARING.** |
| Place of Hearing: | **Meeting ID: 815 5540 4504**<br>**Passcode: 550069**<br><br>**ZOOM LINK:**<br>https://us02web.zoom.us/j/81555404504?pwd=VEFhQk0vc2oxeWtCeFpFRWZyQkhCZz09<br><br>***IF YOU HAVE A COMPELLING CIRCUMSTANCE AS TO WHY YOU ARE UNABLE TO USE ZOOM, CALL ASHLEY THOMPSON AT 505-841-7457 OR BOBBI-JO WALKER AT 841-7517 SEVENTY-TWO (72) HOURS PRIOR TO HEARING.*** |

Scan QR Code:

**THE HONORABLE BEATRICE J. BRICKHOUSE**

Bobbi Jo Walker, TCAA

By:

If this hearing requires more or less time than the court has designated, or if this hearing conflicts with any prior setting, please contact us immediately as continuances may not be granted on late notice. **New Mexico Courts comply with the Americans with Disabilities Act and Title VI. If you need accommodations or the services of an interpreter in court, email or call the court as soon as possible to inform us.** Counsel or PRO SE persons may notify the Clerk of the Court of the nature of the disability at least five (5) days before ANY hearing so appropriate accommodations may be made.

***Attorneys are responsible for providing Notice of Hearing to Self-Represented Litigants and provide a Certificate of Notice thereof, at the scheduled Hearing.***

**ALL PARTIES ENTITLED TO NOTICE**

***BENCOE & LACOUR LAW, P.C.***
***Lori M. Bencoe***
***Cherie L. LaCour***
***9201 Montgomery Blvd NE, Suite 404***
***Albuquerque, NM 87111***
***T: (505) 247-8800 / F: (505) 247-8801***
***lori@bencoelaw.com***
***cherie@bencoelaw.com***
***Attorneys for Plaintiff***

***TRIAL LAWYERS FOR JUSTICE***
***Nicholas Rowley***
***421 W. Water Street, Third Floor***
***Decorah, IA 52101***
***T: (866) 854-5529***
***NR@TL4J.com***
***Co-Counsel for Plaintiff***

***BOWEN HATCH LAW, P.C.***
***Theresa Bowen Hatch***
***1902 Wright Place Suite 200***
***Carlsbad, CA 92008***
***T: (760) 539-7603***
***Theresa@bowenhatchlaw.com***
***Co-Counsel for Plaintiff***

***BRUNO NALU***
***Keith J. Bruno, Pro Hac Vice***
***18201 Von Karman Ave, Suite 1180***
***Irvine CA 92612***
***(310) 745-7811***
***keith@brunoal.com***
***Co-Counsel for Plaintiff***

***QUINTAIROS, PRIETO, WOOD & BOYER, PA.***
***Frank Alvarez***
***John Andrew Robertson***
***Dominique Barrett***
***Erin Chavez***
***1700 Pacific Ave Suite 4545***
***Dallas TX 75201***
***T: (214) 754-8755 / F: (214) 754-8744***
***Frank.alvarez@qpwblaw.com***
***Andrew.robertson@qpwblaw.com***
***dominique.barrett@qpwblaw.com***
***erin.chavez@qpwblaw.com***

*Attorneys for Defendants NuMale Medical Center LLC, NuMale Corporation, NuMale Albuquerque LLC, NuMale New Mexico SC Corp, Christopher Asandra MD, Carlos Feliciano MD, Brad Palubicki, Justin Pulliam*

***RODEY DICKASON SLOAN AKIN & ROBB PA***
***Edward Ricco***
***Jocelyn Drennan***
***Charles J. Vigil***
***201 Third St NW Suite 2200***
***Albuquerque NM 87102***
***T: (505) 765-5900 / F: (505) 768-7395***
***ericco@rodey.com***
***jdrennan@rodey.com***
***cvigil@rodey.com***
***Co-Counsel for Defendants NuMale Medical Center LLC, NuMale Corporation, NuMale Albuquerque LLC, NuMale New Mexico SC Corp, Christopher Asandra MD, Carlos Feliciano MD, Brad Palubicki and Justin Pulliam***

***ALL PARTIES AND COUNSEL SHALL HAVE THEIR CAMERAS ACTIVATED FOR THE HEARING.***

**From:** no-reply@efilingmail.tylertech.cloud
**To:** Frank Alvarez
**Subject:** Notification of Service for Case: D-202-CV-2020-06336, Michael E Sanchez v.Numale Medical Center LLC, et al. for filing NTC: HEARING, Envelope Number: 12368903
**Date:** Tuesday, April 8, 2025 10:29:58 AM

# Notification of Service

Case Number: D-202-CV-2020-06336
Case Style: Michael E Sanchez v.Numale Medical Center LLC, et al.
Envelope Number: 12368903

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | D-202-CV-2020-06336 |
| **Case Style** | Michael E Sanchez v.Numale Medical Center LLC, et al. |
| **Date/Time Submitted** | 4/8/2025 10:02 AM MST |
| **Filing Type** | NTC: HEARING |
| **Filing Description** | NOTICE OF ZOOM HEARING |
| **Filed By** | Bobbi Jo Walker |
| | Michael E Sanchez:<br><br>Cherie LaCour (cherie@bencoelaw.com)<br><br>Maggie Golike (maggie@bencoelaw.com)<br><br>Lori Bencoe (lori@bencoelaw.com)<br><br>Courtney Rowley (therowleylawfirm@gmail.com)<br><br>Theresa Bowen-Hatch (theresa@bowenhatchlaw.com)<br><br>Nicholas Rowley (NR@TL4J.com)<br><br>Keith Bruno (keith@brunonalu.com)<br><br>R Sexton (scott@bencoelaw.com)<br><br>Elizabeth Martinez (elizabeth@brunonalu.com) |

| | |
|---|---|
| **Service Contacts** | Numale Corporation:<br><br>John Robertson (andrew.robertson@qpwblaw.com)<br><br>Erin Chavez (erin.chavez@qpwblaw.com)<br><br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br><br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br><br>Jocelyn Drennan (jdrennan@rodey.com)<br><br>Edward Ricco (ericco@rodey.com)<br><br>Charles Vigil (cvigil@rodey.com)<br><br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br><br>Sharon Walker (sywalker@btblaw.com)<br><br>Lillian Favela (lillian.favela@qpwblaw.com)<br><br><br>Other Service Contacts not associated with a party on the case:<br><br>Linda Lopez (linda.lopez@qpwblaw.com)<br><br>Kenneth Stalter (ken@stalterlaw.com)<br><br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br><br>Daisy Mora (karen.edwards@qpwblaw.com)<br><br><br>Stephen G Chapman PA-C:<br><br>M. Clea Gutterson (mcg@kerrykiernanpc.com)<br><br>Teresa Montoya (admin@kerrykiernanpc.com)<br><br>John Klecan (jklecan@jshfirm.com) |

| | |
|---|---|
| | Pam Pullem (ppullem@jshfirm.com) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |
| This link is active for 90 days. To access this document, you will be required to enter your email address. Click here for more information. | |