# EXHIBIT 33

EXHIBIT 33

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
4/23/2025 4:41 PM
KATINA WATSON
CLERK OF THE COURT
Patricia Serna

STATE OF NEW MEXICO
BERNALILLO COUNTY
SECOND JUDICIAL DISTRICT COURT

MICHAEL E. SANCHEZ,

Plaintiff,

v. No. D-202-CV-2020-06336

NUMALE CORPORATION (A NEVADA CORP.), ALBUQUERQUE LLC D/B/A NUMALE MEDICAL CENTER (A WISCONSIN CORP.), NUMALE NEW MEXICO S.C. CORP. D/B/A NUMALE MEDICAL CENTER (A WISCONSIN CORP.), CHRISTOPHER ASANDRA M.D., CARLOS FELICIANO M.D., BRAD PALUBICKI, AND JUSTIN PULLIAM,

Defendants.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on April 23, 2025, a true and correct copy of Certain Underwriters At Lloyd's, London Syndicates 623 And 2623's Objections and Responses To Plaintiff's Subpoenas Duces Tecum were served electronically through Odyssey File & Serve system to:

Lori M. Bencoe: lori@bencoelaw.com
Cherie L. LaCour: cherie@bencoelaw.com
Nicholas Rowley: nick@tl4j.com
Courtney Rowley, *pro hac vice*: therowleylawfirm@gmail.com
Theresa Bowen Hatch: theresa@bowenhatchlaw.com
Keith J. Bruno, *Pro Hac Vice:* keith@brunonalu.com

*Attorneys for Plaintiff*

And
Fank Alvarez: frank.alvarez@qpwblaw.com
Dominique Barrett: dominique.barrett@qpwblaw.com
Erin Chavez: erin.chavez@qpwblaw.com
Jocelyn C. Drennan: jdrennan@rodey.com
Lillian Favela: lillian.favela@qpwblaw.com
Edward Ricco: ericco@rodey.com

John Andrew Robertson: andrew.robertson@qpwblaw.com
Dianna Saxton: dianna.saxton@qpwblaw.com
Charles J. Vigil: cvigil@rodey.com

*Attorneys for Defendants*

I FURTHER CERTIFY that on April 23, 2025, a true and correct copy of the foregoing Certificate of Service was filed electronically through Odyssey File & Serve system, which caused all counsel of record to be served by electronic means.

Dated: April 23, 2025.

Respectfully submitted,

BROWNSTEIN HYATT FARBER SCHRECK, LLP

By *_/s/ Eric R. Burris_*

Eric R. Burris
201 Third Street NW, Suite 1800
Albuquerque, NM 87102
Telephone: (505) 244-0770
Facsimile: (505) 244-9266
eburris@bhfs.com

*Attorney for Non-Parties Certain Underwriters at Lloyd's, London, Syndicates 623 and 2623*

**From:** no-reply@efilingmail.tylertech.cloud
**To:** Frank Alvarez
**Subject:** Notification of Service for Case: D-202-CV-2020-06336, Michael E Sanchez v.Numale Medical Center LLC, et al. for filing Service Only, Envelope Number: 12450808
**Date:** Wednesday, April 23, 2025 3:44:32 PM

# Notification of Service

Case Number: D-202-CV-2020-06336
Case Style: Michael E Sanchez v.Numale Medical Center LLC, et al.
Envelope Number: 12450808

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | D-202-CV-2020-06336 |
| **Case Style** | Michael E Sanchez v.Numale Medical Center LLC, et al. |
| **Date/Time Submitted** | 4/23/2025 4:41 PM MST |
| **Filing Type** | Service Only |
| **Filing Description** | Certain Underwriters At Lloyds, London Syndicates 623 And 2623s Objections and Responses To Plaintiffs Subpoenas Duces Tecum |
| **Filed By** | Julieta Fackelman |
| | Numale Corporation:<br><br>Jocelyn Drennan (jdrennan@rodey.com)<br><br>Edward Ricco (ericco@rodey.com)<br><br>Charles Vigil (cvigil@rodey.com)<br><br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br><br>John Robertson (andrew.robertson@qpwblaw.com)<br><br>Erin Chavez (erin.chavez@qpwblaw.com)<br><br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br><br>Dominique Barrett (dominique.barrett@qpwblaw.com) |

| | |
|---|---|
| **Service Contacts** | Lillian Favela (lillian.favela@qpwblaw.com)<br><br>Sharon Walker (sywalker@btblaw.com)<br><br><br>Michael E Sanchez:<br><br>Cherie LaCour (cherie@bencoelaw.com)<br><br>Maggie Golike (maggie@bencoelaw.com)<br><br>Lori Bencoe (lori@bencoelaw.com)<br><br>Courtney Rowley (therowleylawfirm@gmail.com)<br><br>Theresa Bowen-Hatch (theresa@bowenhatchlaw.com)<br><br>Nicholas Rowley (NR@TL4J.com)<br><br>Keith Bruno (keith@brunonalu.com)<br><br>R Sexton (scott@bencoelaw.com)<br><br>Elizabeth Martinez (elizabeth@brunonalu.com)<br><br><br>Other Service Contacts not associated with a party on the case:<br><br>Linda Lopez (linda.lopez@qpwblaw.com)<br><br>Julieta Fackelman (jfackelman@bhfs.com)<br><br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br><br>Daisy Mora (karen.edwards@qpwblaw.com)<br><br>Eric Burris (eburris@bhfs.com)<br><br>Kenneth Stalter (ken@stalterlaw.com)<br><br>BHFS ABQ Docket (bhfs-abq-docket@bhfs.com) |

| | |
|---|---|
| | Stephen G Chapman PA-C:<br><br>John Klecan (jklecan@jshfirm.com)<br><br>Pam Pullem (ppullem@jshfirm.com)<br><br>M. Clea Gutterson (mcg@kerrykiernanpc.com)<br><br>Teresa Montoya (admin@kerrykiernanpc.com) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |
| This link is active for 90 days. To access this document, you will be required to enter your email address. Click here for more information. | |

**From:** no-reply@efilingmail.tylertech.cloud
**To:** Frank Alvarez
**Subject:** Notification of Service for Case: D-202-CV-2020-06336, Michael E Sanchez v.Numale Medical Center LLC, et al. for filing CERTIFICATE OF SERVICE, Envelope Number: 12450808
**Date:** Thursday, April 24, 2025 7:58:19 AM

# Notification of Service

Case Number: D-202-CV-2020-06336
Case Style: Michael E Sanchez v.Numale Medical Center LLC, et al.
Envelope Number: 12450808

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | D-202-CV-2020-06336 |
| **Case Style** | Michael E Sanchez v.Numale Medical Center LLC, et al. |
| **Date/Time Submitted** | 4/23/2025 4:41 PM MST |
| **Filing Type** | CERTIFICATE OF SERVICE |
| **Filing Description** | |
| **Filed By** | Julieta Fackelman |
| | Michael E Sanchez:<br><br>Lori Bencoe (lori@bencoelaw.com)<br><br>Maggie Golike (maggie@bencoelaw.com)<br><br>Cherie LaCour (cherie@bencoelaw.com)<br><br>R Sexton (scott@bencoelaw.com)<br><br>Elizabeth Martinez (elizabeth@brunonalu.com)<br><br>Keith Bruno (keith@brunonalu.com)<br><br>Nicholas Rowley (NR@TL4J.com)<br><br>Courtney Rowley (therowleylawfirm@gmail.com)<br><br>Theresa Bowen-Hatch (theresa@bowenhatchlaw.com) |

| | |
|---|---|
| **Service Contacts** | Numale Corporation:<br><br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br><br>Jocelyn Drennan (jdrennan@rodey.com)<br><br>Edward Ricco (ericco@rodey.com)<br><br>Charles Vigil (cvigil@rodey.com)<br><br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br><br>Sharon Walker (sywalker@btblaw.com)<br><br>John Robertson (andrew.robertson@qpwblaw.com)<br><br>Erin Chavez (erin.chavez@qpwblaw.com)<br><br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br><br>Lillian Favela (lillian.favela@qpwblaw.com)<br><br>Other Service Contacts not associated with a party on the case:<br><br>Linda Lopez (linda.lopez@qpwblaw.com)<br><br>Eric Burris (eburris@bhfs.com)<br><br>Kenneth Stalter (ken@stalterlaw.com)<br><br>BHFS ABQ Docket (bhfs-abq-docket@bhfs.com)<br><br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br><br>Daisy Mora (karen.edwards@qpwblaw.com)<br><br>Julieta Fackelman (jfackelman@bhfs.com)<br><br>Stephen G Chapman PA-C: |

| | |
|---|---|
| | M. Clea Gutterson (mcg@kerrykiernanpc.com)<br><br>Teresa Montoya (admin@kerrykiernanpc.com)<br><br>John Klecan (jklecan@jshfirm.com)<br><br>Pam Pullem (ppullem@jshfirm.com) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |
| This link is active for 90 days. To access this document, you will be required to enter your email address. Click here for more information. | |