# EXHIBIT 34

EXHIBIT 34

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
4/24/2025 9:41 AM
KATINA WATSON
CLERK OF THE COURT
Marilyn D Crane

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

MICHAEL E. SANCHEZ,

Plaintiff,

vs. No. D-202-CV-2020-06336

NUMALE CORPORATION (a Nevada Corp.), NUMALE ALBUQUERQUE L.L.C. d/b/a NuMale Medical Center (a Wisconsin Corp.), NUMALE NEW MEXICO S.C. CORP. d/b/a NuMale Medical Center (a Wisconsin Corp.), CHRISTOPHER ASANDRA M.D., CARLOS FELICIANO M.D., BRAD PALUBICKI, JUSTIN PULIAM, and BLACK & WHITE Corps. 1-10 and JOHN & JANE DOES 1-10,

Defendants.

**DEFENDANTS' RESPONSE TO PLAINTIFF'S CROSS-MOTION TO (NONDEBTOR) DEFENDANTS' MOTION TO STAY**

Defendants NuMale Albuquerque, L.L.C. (d/b/a NuMale Medical Center), Christopher Asandra M.D., Carlos Feliciano M.D., Brad Palubicki, and Justin Pulliam (collectively, "Defendants") file the following response to Plaintiff's cross-motion (filed April 9, 2025) ("Cross-Motion") to require non-debtor Defendants to post a bond upon entry of judgment as a condition of staying enforcement.[1] This response incorporates Defendants' prior motion to stay execution of the judgment without bond during the pendency of the post-trial motion proceedings (filed March 20, 2025) ("Mot. to Stay") and reply in support of that motion (filed April 21, 2025) ("Reply"). The Cross-Motion should be denied for reasons previously stated and briefly summarized below.

[1] Plaintiff does not contend that a stay of execution should be conditioned on non-debtor defendant NuMale Albuquerque, LLC or debtor defendants NuMale Corporation and NuMale New Mexico S.C. Corp. posting a bond. *See* Cross-Motion at 1 n.1.

1. It is appropriate to consider at this time whether a stay should be ordered to take effect upon entry of judgment. Otherwise, Defendants would be at risk that Plaintiff would immediately commence efforts to enforce the judgment when entered, before a stay could be put in place. (Reply at 1-2.)

2. Whether enforcement of the judgment should be stayed prior to appeal, pending disposition of Defendants' forthcoming post-trial motion for new trial or remittitur, depends on a balancing of the interests of Defendants as judgment debtors and Plaintiff as judgment creditor. Rule 1-062(B) NMRA; *Segal v. Goodman*, 1993-NMSC-018, 115 N.M. 349. No security is required to stay enforcement prior to appeal. A trial court may, "when necessary to promote the interests of justice, . . . order a stay of execution of its judgment, even when that decision is not under review . . . [and] even in the absence of . . . a supersedeas bond." *Id.* ¶ 27 (footnote omitted). (Reply at 2.)

3. A balancing of interests favors dispensing with security during the relatively brief period preceding adjudication of Defendants' post-trial motion. Defendants would be severely impacted if a stay were denied, or if a bond were required. Denying a stay of enforcement would subject Defendants to immediate execution of a judgment exceeding $37 million.[2] And requiring Defendants to provide a bond would also be devastating to them financially, given the premium and collateralization requirements associated with obtaining a supersedeas bond. Plaintiff, in contrast, would have enforcement of the judgment stayed in the absence of security only temporarily. Furthermore, Defendants' post-trial motion could result in a reduction of the

[2] Only the compensatory damages award, plus any award of prejudgment interest or costs, is at issue with respect to the non-debtor Defendants. Punitive damages were awarded only against NuMale Corporation, and enforcement of the judgment against NuMale Corporation is presently subject to a bankruptcy stay. (*See* Defendants' Objections to Pl.'s Proposed Form of Judgment (filed Dec. 11, 2024).)

judgment amount or the grant of a new trial; under either result, bonding the judgment in its full, current amount would be unnecessary. (Mot. to Stay at 2-5; Reply at 2-3 & Ex. A ¶¶ 3-5.)

4. The additional reasons Plaintiff cites for requiring a bond are makeweight. A supersedeas bond is intended to provide an independent source of security regardless of whether there is insurance coverage, so whether there is need for a bond is logically independent of whether a coverage dispute exists. Besides, the insurance coverage dispute can have no effect on Defendants' insured status "unless and until" the dispute is resolved in the insurer's favor at some future time. *Dove v. State Farm Fire & Cas. Co.*, 2017-NMCA-051, ¶ 12, 399 P.3d 400. The fact that two corporate defendants have filed for bankruptcy does not change the assets available to satisfy the judgment against the debtors. Indeed, the bankruptcy process is designed to protect the rights of creditors such as Plaintiff in the sort of circumstances existing here. Finally, Plaintiff's purely speculative suggestion that a larger judgment might increase the incentive for a judgment debtor to protect assets has no logic behind it. (Reply at 4.)

**Conclusion**

Plaintiff's Cross-Motion should be denied. The Court should order a temporary stay of enforcement of the judgment, without bond, during the period preceding the disposition of Defendants' post-trial motion.

Respectfully submitted,

QUINTAIROS, PRIETO, WOOD & BOYER, P.A

By: */s/ J. Andrew Robertson*
DOMINIQUE BARRETT, ESQ.
New Mexico Bar No. 148351
*dominique.barrett@qpwblaw.com*
FRANK ALVAREZ, ESQ.
New Mexico Bar No. 27610
*frank.alvarez@qpwblaw.com*
J. ANDREW ROBERTSON, ESQ.

Pro Hac Vice
*andrew.robertson@qpwblaw.com*
1700 Pacific Avenue, Suite 4545
Dallas, Texas 75202
Telephone: (214) 754-8755
Facsimile: (214) 754-8744

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.
Edward Ricco
Jocelyn Drennan
Charles J. Vigil
201 Third St., N.W., Suite 2200
Albuquerque, New Mexico 87102
Telephone: (505) 765-5900
Fax: (505) 768-7395
*ericco@rodey.com*
*jdrennan@rodey.com*
*cvigil@rodey.com*

ATTORNEYS FOR DEFENDANTS, NUMALE ALBUQUERQUE L.L.C d/b/a NUMALE MEDICAL CENTER, CHRISTOPHER ASANDRA M.D., CARLOS FELICIANO M.D., BRAD PALUBICKI, AND JUSTIN PULIAM

## CERTIFICATE OF SERVICE

We certify that the foregoing pleading was filed through the Odyssey File-and-Serve electronic filing system, which caused a copy to be served automatically on all counsel of record this 24th day of April, 2025.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

*s/ Edward Ricco*
By__________________________________
Edward Ricco

**From:** no-reply@efilingmail.tylertech.cloud
**To:** Frank Alvarez
**Subject:** Notification of Service for Case: D-202-CV-2020-06336, Michael E Sanchez v.Numale Medical Center LLC, et al. for filing Service Only, Envelope Number: 12452913
**Date:** Thursday, April 24, 2025 8:48:18 AM

# Notification of Service

Case Number: D-202-CV-2020-06336
Case Style: Michael E Sanchez v.Numale Medical Center LLC, et al.
Envelope Number: 12452913

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | D-202-CV-2020-06336 |
| **Case Style** | Michael E Sanchez v.Numale Medical Center LLC, et al. |
| **Date/Time Submitted** | 4/24/2025 9:47 AM MST |
| **Filing Type** | Service Only |
| **Filing Description** | Defendants' Response to Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay |
| **Filed By** | Edward Ricco |
| | Michael E Sanchez:<br><br>Cherie LaCour (cherie@bencoelaw.com)<br><br>Maggie Golike (maggie@bencoelaw.com)<br><br>Lori Bencoe (lori@bencoelaw.com)<br><br>Courtney Rowley (therowleylawfirm@gmail.com)<br><br>Theresa Bowen-Hatch (theresa@bowenhatchlaw.com)<br><br>Nicholas Rowley (NR@TL4J.com)<br><br>Keith Bruno (keith@brunonalu.com)<br><br>R Sexton (scott@bencoelaw.com) |

| | |
|---|---|
| **Service Contacts** | Elizabeth Martinez (elizabeth@brunonalu.com)<br><br>Numale Corporation:<br><br>John Robertson (andrew.robertson@qpwblaw.com)<br><br>Erin Chavez (erin.chavez@qpwblaw.com)<br><br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br><br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br><br>Jocelyn Drennan (jdrennan@rodey.com)<br><br>Edward Ricco (ericco@rodey.com)<br><br>Charles Vigil (cvigil@rodey.com)<br><br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br><br>Sharon Walker (sywalker@btblaw.com)<br><br>Lillian Favela (lillian.favela@qpwblaw.com)<br><br>Other Service Contacts not associated with a party on the case:<br><br>Linda Lopez (linda.lopez@qpwblaw.com)<br><br>Eric Burris (eburris@bhfs.com)<br><br>Kenneth Stalter (ken@stalterlaw.com)<br><br>BHFS ABQ Docket (bhfs-abq-docket@bhfs.com)<br><br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br><br>Daisy Mora (karen.edwards@qpwblaw.com)<br><br>Julieta Fackelman (jfackelman@bhfs.com) |

| | |
|---|---|
| | Stephen G Chapman PA-C:<br><br>M. Clea Gutterson (mcg@kerrykiernanpc.com)<br><br>Teresa Montoya (admin@kerrykiernanpc.com)<br><br>John Klecan (jklecan@jshfirm.com)<br><br>Pam Pullem (ppullem@jshfirm.com) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |
| This link is active for 90 days. To access this document, you will be required to enter your email address. Click here for more information. | |

**From:** no-reply@efilingmail.tylertech.cloud
**To:** Frank Alvarez
**Subject:** Notification of Service for Case: D-202-CV-2020-06336, Michael E Sanchez v.Numale Medical Center LLC, et al. for filing RESPONSE, Envelope Number: 12452821
**Date:** Thursday, April 24, 2025 1:33:54 PM

# Notification of Service

Case Number: D-202-CV-2020-06336
Case Style: Michael E Sanchez v.Numale Medical Center LLC, et al.
Envelope Number: 12452821

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | D-202-CV-2020-06336 |
| **Case Style** | Michael E Sanchez v.Numale Medical Center LLC, et al. |
| **Date/Time Submitted** | 4/24/2025 9:41 AM MST |
| **Filing Type** | RESPONSE |
| **Filing Description** | Defendants' Response to Plaintiffs Cross Motion to Nondebtor Defendants Motion to Stay |
| **Filed By** | Edward Ricco |
| | Michael E Sanchez:<br><br>Cherie LaCour (cherie@bencoelaw.com)<br><br>Maggie Golike (maggie@bencoelaw.com)<br><br>Lori Bencoe (lori@bencoelaw.com)<br><br>Courtney Rowley (therowleylawfirm@gmail.com)<br><br>Theresa Bowen-Hatch (theresa@bowenhatchlaw.com)<br><br>Nicholas Rowley (NR@TL4J.com)<br><br>Keith Bruno (keith@brunonalu.com)<br><br>R Sexton (scott@bencoelaw.com) |

| | |
|---|---|
| **Service Contacts** | Elizabeth Martinez (elizabeth@brunonalu.com)<br><br>Numale Corporation:<br><br>John Robertson (andrew.robertson@qpwblaw.com)<br><br>Erin Chavez (erin.chavez@qpwblaw.com)<br><br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br><br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br><br>Jocelyn Drennan (jdrennan@rodey.com)<br><br>Edward Ricco (ericco@rodey.com)<br><br>Charles Vigil (cvigil@rodey.com)<br><br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br><br>Sharon Walker (sywalker@btblaw.com)<br><br>Lillian Favela (lillian.favela@qpwblaw.com)<br><br>Other Service Contacts not associated with a party on the case:<br><br>Linda Lopez (linda.lopez@qpwblaw.com)<br><br>Eric Burris (eburris@bhfs.com)<br><br>Kenneth Stalter (ken@stalterlaw.com)<br><br>BHFS ABQ Docket (bhfs-abq-docket@bhfs.com)<br><br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br><br>Daisy Mora (karen.edwards@qpwblaw.com)<br><br>Julieta Fackelman (jfackelman@bhfs.com) |

| | |
|---|---|
| | Stephen G Chapman PA-C:<br><br>M. Clea Gutterson (mcg@kerrykiernanpc.com)<br><br>Teresa Montoya (admin@kerrykiernanpc.com)<br><br>John Klecan (jklecan@jshfirm.com)<br><br>Pam Pullem (ppullem@jshfirm.com) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |
| This link is active for 90 days. To access this document, you will be required to enter your email address. Click here for more information. | |