# EXHIBIT 35

EXHIBIT 35

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
5/1/2025 10:29 AM
KATINA WATSON
CLERK OF THE COURT
Aliyah Lopez Doporto

**STATE OF NEW MEXICO**
**BERNALILLO COUNTY**
**SECOND JUDICIAL DISTRICT COURT**

**MICHAEL E. SANCHEZ,**

**Plaintiff,**

**v.** **No. D-202-CV-2020-06336**

**NUMALE CORPORATION (a Nevada Corp.), NUMALE ALBUQUERQUE L.L.C. d/b/a NuMale Medical Center (a Wisconsin Corp.), NUMALE NEW MEXICO S.C. CORP. d/b/a NuMale Medical Center (a Wisconsin Corp.), CHRISTOPHER ASANDRA M.D., CARLOS FELICIANO M.D., BRAD PALUBICKI, and JUSTIN PULLIAM,**

**Defendants.**

# JOINT AMENDED REQUEST FOR HEARING

1. Type of Case: Tort: Malpractice, Product Liability

2. Jury X Non-Jury ___________

3. Judge to Whom Assigned: The Honorable Beatrice J. Brickhouse

4. Specific Matters to be Heard upon this Request: Defendants' Motion to Stay Execution of Judgment along with Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay Execution of Judgment respectfully request this matter be heard at the same time.

   1. Defendants' Motion to Stay Execution of the Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings filed March 20, 2025; and

   2. Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay Execution of Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings filed March 20, 2025 (Cross-Motion filed April 9, 2025).

5. Estimated total time required for hearing: One (1) hour

6. Date(s) of any hearing(s) presently set: May 22, 2025 at 2:00 pm for 1.5 hours:

   1. Plaintiff's Cost Bill & Motion for Award of Costs

   2. Plaintiff's Motion for Prejudgment Interest

Respectfully Submitted,

**BENCOE & LACOUR LAW, P.C.**

By: */ s / Lort M. Bencoe*

Lori M. Bencoe
Cherie LaCour
Bencoe & LaCour Law, PC
9201 Montgomery Blvd. NE #404
Albuquerque, NM 87111
(505) 247-8800 / (505) 247-8801
lori@bencoelaw.com
cherie@bencoelaw.com

**TRIAL LAWYERS FOR JUSTICE**
Nicholas Rowley
421 W Water Street Third Floor
Decorah, IA 52101
(866) 854-5529 / (888) 801-3616
NR@TL4J.COM

**BOWEN HATCH LAW PC**
Theresa Bowen Hatch
1902 Wright Place Suite 200
Carlsbad, CA 92008
(760) 539-7603
Theresa@bowenhatchlaw.com

**BRUNO NALU**
Keith J. Bruno, *Pro Hac Vice*
18201 Von Karman Ave, Suite 1180
Irvine CA 92612
(310) 745-7811
keith@brunoal.com

*Attorneys for Plaintiff*

**And**

**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**

By: /s/ Jocelyn Drennan–Approval Via Email–05/01/2025

Edward Ricco
Jocelyn Drennan
Charles J. Vigil

201 Third St., N.W., Suite 2200
Albuquerque, NM 87102
Telephone: (505) 765-5900
Fax: (505) 768-7395
ericco@rodey.com
jdrennan@rodey.com
cvigil@rodey.com

and

**QUINTAIROS, PRIETO, WOOD & BOYER, PA**

By: /s/ Dominique Barrett–Approval–05/01/2025
Frank Alvarez
J. Andrew Robertson
Dominique Barrett
Erin Chavez
1700 Pacific Ave Suite 4545
Dallas, TX 75201
(214) 754-8755 / (214) 754-8744
Frank.alvarez@qpwblaw.com
andrew.robertson@qpwblaw.com
Dominique.barrett@qpwblaw.com
Erin.chavez@qpwblaw.com

*Attorneys for Defendants NuMale Medical Center LLC, NuMale Corporation, NuMale Albuquerque LLC, NuMale New Mexico SC Corp, Christopher Asandra MD, Carlos Feliciano MD, Brad Palubicki and Justin Pulliam*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2025, I filed this Request for Hearing electronically, and caused all parties through their counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

By: */ s / Lori M. Bencoe*
Lori M. Bencoe

**From:** no-reply@efilingmail.tylertech.cloud
**To:** Frank Alvarez
**Subject:** Notification of Service for Case: D-202-CV-2020-06336, Michael E Sanchez v.Numale Medical Center LLC, et al. for filing REQUEST FOR HEARING/ SETTING, Envelope Number: 12490012
**Date:** Wednesday, May 7, 2025 10:20:47 AM

# Notification of Service

Case Number: D-202-CV-2020-06336
Case Style: Michael E Sanchez v.Numale Medical Center LLC, et al.
Envelope Number: 12490012

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | D-202-CV-2020-06336 |
| **Case Style** | Michael E Sanchez v.Numale Medical Center LLC, et al. |
| **Date/Time Submitted** | 5/1/2025 10:29 AM MST |
| **Filing Type** | REQUEST FOR HEARING/ SETTING |
| **Filing Description** | Joint Amended Request for Hearing |
| **Filed By** | Randyl Sexton |
| | Michael E Sanchez:<br><br>Cherie LaCour (cherie@bencoelaw.com)<br><br>Maggie Golike (maggie@bencoelaw.com)<br><br>Lori Bencoe (lori@bencoelaw.com)<br><br>Courtney Rowley (therowleylawfirm@gmail.com)<br><br>Theresa Bowen-Hatch (theresa@bowenhatchlaw.com)<br><br>Nicholas Rowley (NR@TL4J.com)<br><br>Keith Bruno (keith@brunonalu.com)<br><br>R Sexton (scott@bencoelaw.com)<br><br>Elizabeth Martinez (elizabeth@brunonalu.com) |

| | |
|---|---|
| **Service Contacts** | Numale Corporation:<br><br>John Robertson (andrew.robertson@qpwblaw.com)<br><br>Erin Chavez (erin.chavez@qpwblaw.com)<br><br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br><br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br><br>Jocelyn Drennan (jdrennan@rodey.com)<br><br>Edward Ricco (ericco@rodey.com)<br><br>Charles Vigil (cvigil@rodey.com)<br><br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br><br>Sharon Walker (sywalker@btblaw.com)<br><br>Lillian Favela (lillian.favela@qpwblaw.com)<br><br>Other Service Contacts not associated with a party on the case:<br><br>Linda Lopez (linda.lopez@qpwblaw.com)<br><br>Eric Burris (eburris@bhfs.com)<br><br>Kenneth Stalter (ken@stalterlaw.com)<br><br>BHFS ABQ Docket (bhfs-abq-docket@bhfs.com)<br><br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br><br>Daisy Mora (karen.edwards@qpwblaw.com)<br><br>Julieta Fackelman (jfackelman@bhfs.com)<br><br>Stephen G Chapman PA-C: |

| | |
|---|---|
| | M. Clea Gutterson (mcg@kerrykiernanpc.com)<br><br>Teresa Montoya (admin@kerrykiernanpc.com) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |
| This link is active for 90 days. To access this document, you will be required to enter your email address. Click here for more information. | |