# EXHIBIT 37

EXHIBIT 37

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
5/1/2025 9:28 AM
KATINA WATSON
CLERK OF THE COURT
Jennie L Sotelo

**STATE OF NEW MEXICO**
**BERNALILLO COUNTY**
**SECOND JUDICIAL DISTRICT COURT**

**MICHAEL E. SANCHEZ,**

**Plaintiff,**

**v.** **No. D-202-CV-2020-06336**

**NUMALE CORPORATION (a Nevada Corp.), NUMALE ALBUQUERQUE L.L.C. d/b/a NuMale Medical Center (a Wisconsin Corp.), NUMALE NEW MEXICO S.C. CORP. d/b/a NuMale Medical Center (a Wisconsin Corp.), CHRISTOPHER ASANDRA M.D., CARLOS FELICIANO M.D., BRAD PALUBICKI, and JUSTIN PULLIAM,**

**Defendants.**

**NOTICE OF COMPLETION OF BRIEFING ON PLAINTIFF'S CROSS-MOTION TO (NONDEBTOR) DEFENDANTS' MOTION TO STAY EXECUTION OF JUDGMENT WITHOUT BOND DURING THE PENDENCY OF THE POST-TRIAL MOTION PROCEEDINGS (filed March 20, 2025)**
**AND (NONDEBTOR) DEFENDANTS' RELATED MOTION**

COMES NOW Plaintiff, though undersigned counsel of record, and submits this Notice of Completion of Briefing pursuant to Rule 1-007.1(H) NMRA, to inform this Court that this matter is now ripe for hearing and decision as to Plaintiff and all non-Debtors not stayed pursuant to the Notice of Bankruptcy filed on February 20, 2025.[1] Plaintiff asks the Court to note that this Notice of Completion identifies all items filed relating to (Nondebtor) Defendants' Motion and Plaintiff's Cross-Motion to be

[1] Plaintiff submits this Notice of Completion as to all Defendants **except for** Numale Corp. and Numale N.M. S.C. Corp., as to whom an automatic stay under 11 U.S.C. § 362 is currently in place due to their status as Debtors in Chapter 11 voluntary bankruptcy cases filed on January 22, 2025 and pending in the U.S. Bankruptcy Court, District of Nevada, before the Honorable Natalie Cox, Cases No. 25-10341 and 25-10347. Out of abundance of caution, Plaintiff also does not submit this filing against Numale Albuquerque LLC d/b/a Numale Medical Center, which was determined by the Court in equity at trial to be a wholly owned subsidiary of Debtor Numale Corp. based on evidence and testimony including but not limited to Stipulated Trial Ex. 182 (Numale Abq. LLC Operating Agreement), *and see*, *Plaintiff's Trial Brief on Numale Corp.'s Liability for Conduct of Numale Albq. LLC and Numale NM SC Corp.* (filed 11/25/2024) and ***Exhibits 1 and 2*** to Plaintiff's Notices of Completion of Briefing on Posttrial Matters filed on March 26, 2025 (consisting of Trial TS 11/22/2024 Excerpt at P95:L9-19 granting Plaintiff's Motion and *Stip. Final Jury Inst. No. 17*; Numale Abq LLC and Numale NM SC subsidiaries of Numale Corp). Plaintiff further states that on March 18, 2025 a *Stipulation for Entry of Order Terminating Automatic Stay as to New Mexico State Court Post-Trial Proceedings to Judgment Only and Comfort Order As to Non-Debtors* was filed in both Debtors' Bankruptcy Cases [Numale Corp. ECF Doc. No. 70; Numale NM SC ECF Doc. No. 64], on March 20, 2025, nonparty Beazley Insurance filed an *Ex Parte Motion* Objecting to same [Numale Corp. ECF Doc. No. 82], and on

heard together, identified as follows:

A. **<u>Nondebtor Defendants' Motion</u>**:

*1.* *Defendants' Motion to Stay Execution of the Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings* (filed on March 20, 2025);

2. *Plaintiff's Response in Opposition to Defendants' Motion to Stay Execution of the Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings* (filed on April 4, 2025);

*3.* *Defendants' Reply in Support of Motion to Stay Execution of the Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings* (filed on April 21, 2025);

4. Nondebtor Defendants' *Notice of Completion of Briefing for Defendants' Motion to Stay Execution of Judgment Without Bond During the Pendency of Post-Trial Motion Proceedings* (filed on April 21, 2025);

5. Nondebtor Defendants' *Request for Hearing on Defendants' Motion to Stay Execution of the Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings* (filed on April 21, 2025);

B. **<u>Plaintiff's Cross-Motion</u>**:

1. *Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay Execution of Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings (filed March 20, 2025)*(Cross-motion filed on April 9, 2025);

2. *Plaintiff's Request For Expedited Hearing* for *Plaintiff's Cross Motion for Order Requiring Non-Debtor Defendants to Post Bond Pending Any Stay of Execution* (filed on April 9, 2025)(superseded by the Amended Request filed April 30, 2025 with this Notice of Completion);

---

March 25, 2025 Sanchez filed a Motion in U.S. Bankruptcy Court to lift the Stay in light of Debtors' stipulation. There is no reason to further delay post-trial proceedings as to Non-Debtors at this time.

3. *Defendants' Response to Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay* (filed on April 24, 2025;

4. *Plaintiff's Reply in Support of Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay Execution of Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings (filed March 20, 2025)* (Reply filed on April 30, 2025);

5. *Notice of Completion of Briefing on Plaintiff's Cross-Motion to (Nondebtor) Defendants' Motion to Stay Execution of Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings (filed March 20, 2025) And (Nondebtor) Defendants' Related Motion* (filed on April 30, 2025); and

6. *Request For Hearing* on Nondebtor Defendants' Motion and Plaintiff's Cross-Motion (filed on April 30, 2025); and with this *Notice of Completion of Briefing* on April 29, 2025.

Pursuant to the Court's Packet Rule, LR2-119(D) NMRA, Plaintiff at this time submits Nondebtor Defendants' Motion Packet and his Cross-Motion Packet to the Court with a Joint Request For Hearing and Notice of Hearing forms, as this matter is ripe for determination by the Court.

Respectfully Submitted,

**BENCOE & LACOUR LAW, P.C.**

By: */s/ Lori M. Bencoe*

Lori M. Bencoe NM Bar ID 7525
Cherie L. LaCour NM Bar ID 9526
9201 Montgomery Blvd NE #404
Albuquerque, NM 87111
(505) 247-8800 ~ (505) 247-8801
lori@bencoelaw.com / cherie@bencoelaw.com

**TRIAL LAWYERS FOR JUSTICE**
Nicholas Rowley NM Bar ID 159410
421 W. Water Street, Third Floor
Decorah, IA 52101
(866) 854-5529
NR@TL4J.com

**BOWEN HATCH LAW, P.C.**
Theresa Bowen Hatch NM Bar ID 160899
1902 Wright Place Suite 200
Carlsbad, CA 92008
(760) 539-7603
Theresa@bowenhatchlaw.com

**BRUNO NALU**
Keith J. Bruno, *Pro Hac Vice*
18201 Von Karman Ave, Suite 1180
Irvine, CA 92612
(310) 745-7811
keith@brunonalu.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 1, 2025, I caused this Notice of Completion to be submitted for electronic filing in the Second Judicial District Court's electronic filing system, which caused all parties of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. I also hereby certify a true and correct copy of same was electronically mailed to all parties entitled to notice.

By: */s/ Lori M. Bencoe*
Lori M. Bencoe

**From:** no-reply@efilingmail.tylertech.cloud
**To:** Erin L. Chavez
**Subject:** Notification of Service for Case: D-202-CV-2020-06336, Michael E Sanchez v.Numale Medical Center LLC, et al. for filing NTC: COMPLETION OF BRIEFING, Envelope Number: 12477777
**Date:** Wednesday, May 7, 2025 8:11:10 AM

# Notification of Service

Case Number: D-202-CV-2020-06336
Case Style: Michael E Sanchez v.Numale Medical Center LLC, et al.
Envelope Number: 12477777

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | D-202-CV-2020-06336 |
| **Case Style** | Michael E Sanchez v.Numale Medical Center LLC, et al. |
| **Date/Time Submitted** | 5/1/2025 9:28 AM MST |
| **Filing Type** | NTC: COMPLETION OF BRIEFING |
| **Filing Description** | on Cross-Motion to (Nondebtor) Defendants Motion to Stay Execution of Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings |
| **Filed By** | Randyl Sexton |
| | Michael E Sanchez:<br><br>Maggie Golike (maggie@bencoelaw.com)<br><br>Keith Bruno (keith@brunonalu.com)<br><br>Nicholas Rowley (NR@TL4J.com)<br><br>Courtney Rowley (therowleylawfirm@gmail.com)<br><br>Theresa Bowen-Hatch (theresa@bowenhatchlaw.com)<br><br>Lori Bencoe (lori@bencoelaw.com)<br><br>R Sexton (scott@bencoelaw.com)<br><br>Elizabeth Martinez (elizabeth@brunonalu.com) |

| | |
|---|---|
| **Service Contacts** | Cherie LaCour (cherie@bencoelaw.com)<br><br>Numale Corporation:<br><br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br><br>Jocelyn Drennan (jdrennan@rodey.com)<br><br>Edward Ricco (ericco@rodey.com)<br><br>Charles Vigil (cvigil@rodey.com)<br><br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br><br>Sharon Walker (sywalker@btblaw.com)<br><br>John Robertson (andrew.robertson@qpwblaw.com)<br><br>Erin Chavez (erin.chavez@qpwblaw.com)<br><br>Dianna Saxton (dianna.saxton@qpwblaw.com)<br><br>Lillian Favela (lillian.favela@qpwblaw.com)<br><br>Other Service Contacts not associated with a party on the case:<br><br>Linda Lopez (linda.lopez@qpwblaw.com)<br><br>Eric Burris (eburris@bhfs.com)<br><br>Kenneth Stalter (ken@stalterlaw.com)<br><br>BHFS ABQ Docket (bhfs-abq-docket@bhfs.com)<br><br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br><br>Daisy Mora (karen.edwards@qpwblaw.com)<br><br>Julieta Fackelman (jfackelman@bhfs.com) |

| | |
|---|---|
| | Stephen G Chapman PA-C:<br><br>M. Clea Gutterson (mcg@kerrykiernanpc.com)<br><br>Teresa Montoya (admin@kerrykiernanpc.com) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |
| This link is active for 90 days. To access this document, you will be required to enter your email address. Click here for more information. | |