# EXHIBIT 39

FILED UNDER SEAL

EXHIBIT 39