# EXHIBIT 40

FILED UNDER SEAL

EXHIBIT 40