# EXHIBIT 41

FILED UNDER SEAL

EXHIBIT 41