# EXHIBIT 43

EXHIBIT 43

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
7/8/2025 10:50 AM
KATINA WATSON
CLERK OF THE COURT
Marilyn D Crane

**STATE OF NEW MEXICO**
**BERNALILLO COUNTY**
**SECOND JUDICIAL DISTRICT COURT**

**MICHAEL E. SANCHEZ,**

**Plaintiff,**

**v.** **No. D-202-CV-2020-06336**

**NUMALE CORPORATION (a Nevada Corp.), NUMALE ALBUQUERQUE L.L.C. d/b/a NuMale Medical Center (a Wisconsin Corp.), NUMALE NEW MEXICO S.C. CORP. d/b/a NuMale Medical Center (a Wisconsin Corp.), CHRISTOPHER ASANDRA M.D., CARLOS FELICIANO M.D., BRAD PALUBICKI, and JUSTIN PULLIAM,**

**Defendants.**

**SECOND AMENDED REQUEST FOR HEARING AND SANCHEZ'S WAIVER OF HEARING ON HIS PENDING POST-TRIAL MOTIONS FOR INTEREST AND COSTS**

COMES NOW Plaintiff, through undersigned counsel of record, and respectfully requests that the Court sets the following matters for an ***expedited virtual/ videoconference hearing*** in light of factors including those set forth in *Plaintiff's Notice of Relevant Bankruptcy Court Filings Validating Order to Terminate Stay* filed on July 7, 2025, if the Court deems an expedited setting to be proper in its inherent discretion to manage its docket under the circumstances in this case:

1. Type of Case: Tort: Malpractice, Product Liability

2. Jury X Non-Jury ___________

3. Judge to Whom Assigned: Hon. Beatrice J. Brickhouse

4. **Three Specific Matters to be Heard:**

(1) *Plaintiff's Motion for Prejudgment Interest* (filed December 9, 2024 with original RFH; NOC filed March 26, 2025; set for hearing but not heard on May 22, 2025);

(2) *Plaintiff's Cost Bill and Motion for Award of Costs in the Court's*

*Discretion* (filed December 23, 2024 with original RFH; NOC filed March 26, 2025; set for hearing but not heard on May 22, 2025);

(3) *Defendants' Motion to Stay Execution of the Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings* (filed March 20, 2025) **and** ***Plaintiff's Cross-Motion*** *to Defendants' Motion to Stay Execution of Judgment Without Bond During the Pendency of the Post-Trial Motion Proceedings* (filed April 9, 2025; combined NOC and RFH for these two matters filed on April 21, 2025)

***NOTE: Plaintiff Michael E. Sanchez hereby waives his request for hearing on his Motions for Prejudgment Interest and Costs (Nos. 1 and 2 above) and consents to the Court's inherent discretion to rule on those two Motions based on court filings before the Court, if the Court deems same to be appropriate under the circumstances.***

5. **Estimated total time required for hearing**:

One (1) hour only for Motion/Cross-Motion to Stay Execution, if the Court elects to decide Plaintiff's Motions for Prejudgment Interest and Costs on the pleadings

**OR**

Two (2) hours for all pending Motions listed above

6. Date(s) of any hearing(s) presently set: ___none_____

Respectfully Submitted,

**BENCOE & LACOUR LAW, P.C.**

By: */ s / Lori M. Bencoe*

Lori M. Bencoe
Cherie LaCour
Bencoe & LaCour Law, PC
9201 Montgomery Blvd. NE #404
Albuquerque, NM 87111
(505) 247-8800 / (505) 247-8801
lori@bencoelaw.com
cherie@bencoelaw.com

**TRIAL LAWYERS FOR JUSTICE**
Nicholas Rowley
421 W Water Street Third Floor
Decorah, IA 52101
(866) 854-5529 / (888) 801-3616

NR@TL4J.COM

**BOWEN HATCH LAW PC**
Theresa Bowen Hatch
1902 Wright Place Suite 200
Carlsbad, CA 92008
(760) 539-7603
Theresa@bowenhatchlaw.com

**BRUNO NALU**
Keith J. Bruno, *Pro Hac Vice*
18201 Von Karman Ave, Suite 1180
Irvine CA 92612
(310) 745-7811
keith@brunoal.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 8, 2025, I caused this document to be submitted for electronic filing which caused all parties of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing. I also certify that I caused a true and correct copy to be electronically mailed to Gregory Garman, Attorney for Michael Carmel, the Trustee for the Chapter 11 Estates of Debtors Numale Corporation and Numale New Mexico SC as notice/service to them, as follows:[1]

GARMAN TURNER GORDON LLP
Gregory Garman, Esq.
Nevada Bar No. 6654
ggarman@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: 725.777.3000

By: */ s / Lori M. Bencoe*
Lori M. Bencoe

[1] This service is documented out of abundance of caution to assure service on all parties entitled to notice, because since June 10, 2025, when the *Order Approving Employment of Special Counsel for the Estates* was filed, Special Counsel have not filed an Entry of Appearance in this matter. *See Plaintiff's July 7, 2025 Notice of Relevant Bankruptcy Filings Approving Employment of Special Counsel & Thus Validating the U.S. Bankruptcy Court's Order Terminating Automatic Stay* that was filed on May 20, 2025.

**From:** no-reply@efilingmail.tylertech.cloud
**To:** Frank Alvarez
**Subject:** Notification of Service for Case: D-202-CV-2020-06336, Michael E Sanchez v.Numale Medical Center LLC, et al. for filing REQUEST FOR HEARING/ SETTING, Envelope Number: 12812656
**Date:** Tuesday, July 8, 2025 1:39:50 PM

# Notification of Service

Case Number: D-202-CV-2020-06336
Case Style: Michael E Sanchez v.Numale Medical Center LLC, et al.
Envelope Number: 12812656

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | D-202-CV-2020-06336 |
| **Case Style** | Michael E Sanchez v.Numale Medical Center LLC, et al. |
| **Date/Time Submitted** | 7/8/2025 10:50 AM MST |
| **Filing Type** | REQUEST FOR HEARING/ SETTING |
| **Filing Description** | Second Amended |
| **Filed By** | Maggie Golike |
| | Michael E Sanchez:<br><br>Cherie LaCour (cherie@bencoelaw.com)<br><br>Maggie Golike (maggie@bencoelaw.com)<br><br>Lori Bencoe (lori@bencoelaw.com)<br><br>Courtney Rowley (therowleylawfirm@gmail.com)<br><br>Theresa Bowen-Hatch (theresa@bowenhatchlaw.com)<br><br>Nicholas Rowley (NR@TL4J.com)<br><br>Keith Bruno (keith@brunonalu.com)<br><br>R Sexton (scott@bencoelaw.com)<br><br>Elizabeth Martinez (elizabeth@brunonalu.com) |

| | |
|---|---|
| **Service Contacts** | Numale Corporation:<br><br>John Robertson (andrew.robertson@qpwblaw.com)<br><br>Lillian Favela (lillian.favela@qpwblaw.com)<br><br>Edward Ricco (ericco@rodey.com)<br><br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br><br>Jocelyn Drennan (jdrennan@rodey.com)<br><br>Charles Vigil (cvigil@rodey.com)<br><br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br><br>Sharon Walker (sywalker@btblaw.com)<br><br>Other Service Contacts not associated with a party on the case:<br><br>Linda Lopez (linda.lopez@qpwblaw.com)<br><br>Eric Burris (eburris@bhfs.com)<br><br>Kenneth Stalter (ken@stalterlaw.com)<br><br>BHFS ABQ Docket (bhfs-abq-docket@bhfs.com)<br><br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br><br>Daisy Mora (karen.edwards@qpwblaw.com)<br><br>Julieta Fackelman (jfackelman@bhfs.com)<br><br>Stephen G Chapman PA-C:<br><br>M. Clea Gutterson (mcg@kerrykiernanpc.com)<br><br>Teresa Montoya (admin@kerrykiernanpc.com) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |
| This link is active for 90 days. To access this document, you will be required to enter your email address. Click here for more information. | |