# EXHIBIT 44

FILED UNDER SEAL

EXHIBIT 44