# EXHIBIT 45

EXHIBIT 45

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
7/11/2025 5:35 PM
KATINA WATSON
CLERK OF THE COURT
Christopher Waites

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

No. D-202-CV-2020-06336

MICHAEL E. SANCHEZ,

Plaintiff,

vs.

NUMALE CORPORATION (a Nevada Corp.), NUMALE ALBUQUERQUE L.L.C. d/b/a NuMale Medical Center (a Wisconsin Corp.), NUMALE NEW MEXICO S.C. CORP. d/b/a NuMale Medical Center (a Wisconsin Corp.), CHRISTOPHER ASANDRA M.D., CARLOS FELICIANO M.D., BRAD PALUBICKI, and JUSTIN PULIAM,

Defendants.

**NOTICE OF MODIFICATION OF BANKRUPTCY STAY TO JUDGMENT ONLY AND ENTRY OF APPEARANCE AS SPECIAL LITIGATION COUNSEL**

On February 20, 2025, Defendants filed notice of bankruptcy proceedings initiated by Defendants NuMale Corp. and NuMale New Mexico S.C. Corp., with attendant stay of proceedings as to those entities. On May 15, 2025, the parties filed a stipulation in bankruptcy court to modify the stay to the extent of permitting litigation of any post-trial motions to entry of judgment (but not enforcement of the judgment with respect to the bankruptcy Debtors). On May 20, 2025, the bankruptcy court entered an order approving the stipulation, conditioned on the appointment of Estate Special Counsel Paul, Weiss. *See* Exs. 2 & 3 to *Plaintiff's May 20, 2025 Notice of Relevant Bankruptcy Filings*. The second decretal paragraph of the order approving the stipulation gives the impression that an order formally modifying the stay would be entered following entry of an order approving the bankruptcy trustee's retention of Paul, Weiss as Estate Special Counsel. *See id.* Ex. 3.

On June 10, 2025, the bankruptcy court entered orders approving the appointment of Paul, Weiss and the Rodey Law Firm as Estate Special Counsel. *See* Exs. 1 & 2 to *Plaintiff's July 7, 2025 Notice of Relevant Bankruptcy Filings*. By the terms of their engagement agreements included with the applications for employment, the Rodey Law Firm was appointed as Special Litigation Counsel for the purposes of post-trial motion practice and any appeal, and the Paul, Weiss firm was appointed as Special Litigation Counsel for the purpose of any appeal. While the contingency in the bankruptcy court's May 20, 2025, order relating to the appointment of Paul, Weiss was satisfied, it remained unclear whether a separate order formally modifying the stay was necessary before proceedings could resume in this Court.

The undersigned made inquiry to the attorney for the trustee regarding this question and, on July 9, 2025, was advised in a telephone conversation with the attorney for the trustee that the trustee does not interpret the bankruptcy court's May 20, 2025, order as requiring any further action by the bankruptcy court to modify the stay. Defendants, therefore, hereby give notice of modification of the bankruptcy stay to judgment only, pursuant to the stipulation and order filed in the bankruptcy court as set forth above.

The Rodey Law Firm entered its appearance for all defendants on March 20, 2025. It hereby does so again to the extent such may be required in the firm's capacity as Special Litigation Counsel.

Respectfully submitted,

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

*s/ Edward Ricco*

By______________________________________________

Edward Ricco
Jocelyn Drennan
Charles J. Vigil
201 Third St., N.W., Suite 2200

Albuquerque, New Mexico 87102
Telephone: (505) 765-5900
Fax: (505) 768-7395
*ericco@rodey.com*
*jdrennan@rodey.com*
*cvigil@rodey.com*

*Attorneys for Defendants NuMale Albuquerque L.L.C., Christopher Asandra M.D., Carlos Feliciano M.D., Brad Palubicki, and Justin Puliam and Special Litigation Counsel for Defendants NuMale Corporation and NuMale New Mexico S.C. Corp.*

**CERTIFICATE OF SERVICE**

We certify that the foregoing pleading was filed through the Odyssey File-and-Serve electronic filing system, which caused a copy to be served automatically on all counsel of record this 11th day of July, 2025.

RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.

*s/ Edward Ricco*
By________________________________
Edward Ricco

**From:** no-reply@efilingmail.tylertech.cloud
**To:** Frank Alvarez
**Subject:** Notification of Service for Case: D-202-CV-2020-06336, Michael E Sanchez v.Numale Medical Center LLC, et al. for filing NTC: NOTICE OF BANKRUPTCY, Envelope Number: 12839931
**Date:** Monday, July 14, 2025 7:52:44 AM

# Notification of Service

Case Number: D-202-CV-2020-06336
Case Style: Michael E Sanchez v.Numale Medical Center LLC, et al.
Envelope Number: 12839931

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | D-202-CV-2020-06336 |
| **Case Style** | Michael E Sanchez v.Numale Medical Center LLC, et al. |
| **Date/Time Submitted** | 7/11/2025 5:35 PM MST |
| **Filing Type** | NTC: NOTICE OF BANKRUPTCY |
| **Filing Description** | Notice of Modification of Bankruptcy Stay to Judgment Only and Entry of Appearance as Special Litigation Counsel |
| **Filed By** | Edward Ricco |
| | Michael E Sanchez:<br><br>Cherie LaCour (cherie@bencoelaw.com)<br><br>Maggie Golike (maggie@bencoelaw.com)<br><br>Lori Bencoe (lori@bencoelaw.com)<br><br>Courtney Rowley (therowleylawfirm@gmail.com)<br><br>Theresa Bowen-Hatch (theresa@bowenhatchlaw.com)<br><br>Nicholas Rowley (NR@TL4J.com)<br><br>Keith Bruno (keith@brunonalu.com)<br><br>R Sexton (scott@bencoelaw.com) |

| | |
|---|---|
| **Service Contacts** | Elizabeth Martinez (elizabeth@brunonalu.com)<br><br>Numale Corporation:<br><br>John Robertson (andrew.robertson@qpwblaw.com)<br><br>Lillian Favela (lillian.favela@qpwblaw.com)<br><br>Edward Ricco (ericco@rodey.com)<br><br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br><br>Jocelyn Drennan (jdrennan@rodey.com)<br><br>Charles Vigil (cvigil@rodey.com)<br><br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br><br>Sharon Walker (sywalker@btblaw.com)<br><br>Other Service Contacts not associated with a party on the case:<br><br>Linda Lopez (linda.lopez@qpwblaw.com)<br><br>Eric Burris (eburris@bhfs.com)<br><br>Kenneth Stalter (ken@stalterlaw.com)<br><br>BHFS ABQ Docket (bhfs-abq-docket@bhfs.com)<br><br>Souhaila Sonnenberg (souhaila.sonnenberg@qpwblaw.com)<br><br>Daisy Mora (karen.edwards@qpwblaw.com)<br><br>Julieta Fackelman (jfackelman@bhfs.com)<br><br>Stephen G Chapman PA-C:<br><br>M. Clea Gutterson (mcg@kerrykiernanpc.com) |

| | |
|---|---|
| | Teresa Montoya (admin@kerrykiernanpc.com) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |
| This link is active for 90 days. To access this document, you will be required to enter your email address. Click here for more information. | |