# EXHIBIT 48

FILED UNDER SEAL

EXHIBIT 48