# EXHIBIT 49

FILED UNDER SEAL

EXHIBIT 49