# EXHIBIT 51

EXHIBIT 51

**From:** Lori Bencoe <lori@bencoelaw.com>
**Sent:** Tue, 30 Sep 2025 19:50:45 +0000
**To:** Edward Ricco <ericco@rodey.com>; "Charles Vigil (CVigil@rodey.com)" <CVigil@rodey.com>; Frank Alvarez <frank.alvarez@qpwblaw.com>
**Cc:** Dominique Barrett <dominique.barrett@qpwblaw.com>; Gregory Garman <Ggarman@Gtg.legal>; "Craig; Summer" <SCraig@stblaw.com>; Cherie LaCour <cherie@bencoelaw.com>; Kenneth Stalter <ken@stalterlaw.com>; Maggie Golike <maggie@bencoelaw.com>; Scott Sexton <SSexton@bencoelaw.com>
**Subject:** Sanchez v Numale - Dismissal Motion and Order
**Attachments:** Joint Stip of Dismissal.docx; Stip ORDER of Dismissal.docx

---

Counsel,

As you are aware, in the Numale Corporation bankruptcy matter, the Trustee and parties entered into a Global Settlement Agreement (attached to Motion, ECF Doc. No. 430, with exhibits). The Court entered an Order approving the GSA on September 4, 2025 (ECF Doc. No. 582). The Agreement provided in part that upon finalization of the settlement, the attached Joint Motion and Stipulated Order of Dismissal would be entered.

The Joint Motion and Order I'm attaching were expressly agreed to and appended to the Global Settlement Agreement the Court approved (as Exhibits E-1 and E-2). Please let me know if I may indicate your electronic signatures on them and submit them to the Court for filing/entry at this time. Thank you.

Sincerely,

Lori Bencoe
Bencoe & LaCour Law, P.C.
9201 Montgomery Blvd., NE Ste. 404
Albuquerque NM 87111
(505) 247-8800
(505) 238-9095 cell
(505) 247-8801 fax
(866) 921-8800 toll free
lori@bencoelaw.com
https://www.bencoelaw.com/
https://TL4J.com/lori-bencoe/