# EXHIBIT 53

EXHIBIT 53

FILED
2ND JUDICIAL DISTRICT COURT
Bernalillo County
10/6/2025 10:36 AM
KATINA WATSON
CLERK OF THE COURT
Ethan J Beal

STATE OF NEW MEXICO
COUNTY OF BERNALILLO
SECOND JUDICIAL DISTRICT COURT

MICHAEL E. SANCHEZ,

Plaintiff,

vs. No. D-202-CV-2020-06336

NUMALE CORPORATION (a Nevada Corp.), NUMALE ALBUQUERQUE L.L.C. d/b/a NuMale Medical Center (a Wisconsin Corp.), NUMALE NEW MEXICO S.C. CORP. d/b/a NuMale Medical Center (a Wisconsin Corp.), CHRISTOPHER ASANDRA M.D., CARLOS FELICIANO M.D., BRAD PALUBICKI, and JUSTIN PULIAM,

Defendants.

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

THIS MATTER comes before the Court on the parties' Joint Motion to Dismiss With Prejudice. The Court is fully advised in the Motion and the stipulations of the parties contained therein (1) to dismiss with prejudice all claims Plaintiff brought or could have brought against all Defendants, and to dismiss all affirmative defenses and counterclaims that any Defendant herein brought or could have brought, with no admission of liability by any party; and (2) for all parties to bear their respective costs and attorney's fees.

THE COURT FINDS THAT the stipulations of the parties are well taken and there is good cause to grant the Motion in its entirety.

IT IS HEREBY ORDERED THAT THE Complaint made by Plaintiff, together with all claims made or that could have been made therein, along with all affirmative defenses pled in response and all counterclaims that were made or could have been made in response, are dismissed with prejudice. It is further ordered that each party is to bear its respective costs and attorney fees.

IT IS SO ORDERED.

BEATRICE J. BRICKHOUSE
DISTRICT COURT JUDGE

October 2, 2025

Jointly Stipulated to and Submitted by:

**BENCOE & LACOUR LAW PC**

By: */ s / Lori M. Bencoe*
Lori M. Bencoe NM Bar ID 7525
Cherie L. LaCour NM Bar ID 9526
9201 Montgomery Blvd NE Suite 404
Albuquerque, NM 87111
(505) 247-8800 / (505) 247-8801
lori@bencoelaw.com / cherie@bencoelaw.com

**TRIAL LAWYERS FOR JUSTICE**
Nicholas Rowley NM Bar ID 159410
421 W. Water Street, Third Floor
Decorah, IA 52101
(866) 854-5529
NR@TL4J.com

**BOWEN HATCH LAW, P.C.**
Theresa Bowen Hatch NM Bar ID 160899
1902 Wright Place Suite 200
Carlsbad, CA 92008
(760) 539-7603
Theresa@bowenhatchlaw.com

**BRUNO NALU**
Keith J. Bruno, *Pro Hac Vice*
18201 Von Karman Ave, Suite 1180
Irvine, CA 92612
(310) 745-7811
keith@brunonalu.com

*Attorneys for Plaintiff*

AND

**RODEY, DICKASON, SLOAN, AKIN & ROBB, P.A.**

By: */ S / Edward Ricco via email on 09/30/2025*

Charles J. Vigil
Edward Ricco
P.O. Box 1888
Albuquerque, NM 87103
T: (505) 765-5900 / F: (505) 768-7395
cvigil@rodey.com
ericco@rodey.com

**QUINTAIROS, PRIETO, WOOD & BOYER, PA.**
Frank Alvarez
J. Andrew Robertson
Dominique Barrett
Erin Chavez
1700 Pacific Ave Suite 4545
Dallas, TX 75201
(214) 754-8755 / (214) 754-8744
Frank.alvarez@qpwblaw.com
andrew.robertson@qpwblaw.com
Dominique.barrett@qpwblaw.com
Erin.chavez@qpwblaw.com

*Attorneys for Defendants*

**From:** no-reply@efilingmail.tylertech.cloud
**To:** Frank Alvarez; FilingsGA
**Subject:** Notification of Service for Case: D-202-CV-2020-06336, Michael E Sanchez v.Numale Medical Center LLC, et al. for filing CLS: DISMISSAL WITH PREJUDICE, Envelope Number: 13270833
**Date:** Monday, October 6, 2025 10:03:34 AM

---

# Notification of Service

Case Number: D-202-CV-2020-06336
Case Style: Michael E Sanchez v.Numale Medical Center LLC, et al.
Envelope Number: 13270833

This is a notification of service for the filing listed. Please click the link below to retrieve the submitted document.

| Filing Details | |
|---|---|
| **Case Number** | D-202-CV-2020-06336 |
| **Case Style** | Michael E Sanchez v.Numale Medical Center LLC, et al. |
| **Date/Time Submitted** | 10/6/2025 10:36 AM MST |
| **Filing Type** | CLS: DISMISSAL WITH PREJUDICE |
| **Filing Description** | STIPULATED ORDER OF DISMISSAL WITH PREJUDICE |
| **Filed By** | Bobbi Jo Walker |
| | Michael E Sanchez:<br><br>Cherie LaCour (cherie@bencoelaw.com)<br><br>Maggie Golike (maggie@bencoelaw.com)<br><br>Lori Bencoe (lori@bencoelaw.com)<br><br>Courtney Rowley (therowleylawfirm@gmail.com)<br><br>Theresa Bowen-Hatch (theresa@bowenhatchlaw.com)<br><br>Nicholas Rowley (NR@TL4J.com)<br><br>Keith Bruno (keith@brunonalu.com)<br><br>R Sexton (scott@bencoelaw.com) |

| | |
|---|---|
| **Service Contacts** | Elizabeth Martinez (elizabeth@brunonalu.com)<br><br>Numale Corporation:<br>John Robertson (andrew.robertson@qpwblaw.com)<br>Lillian Favela (lillian.favela@qpwblaw.com)<br>Edward Ricco (ericco@rodey.com)<br>Dominique Barrett (dominique.barrett@qpwblaw.com)<br>Jocelyn Drennan (jdrennan@rodey.com)<br>Charles Vigil (cvigil@rodey.com)<br>Frank Alvarez (frank.alvarez@qpwblaw.com)<br>Sharon Walker (sywalker@btblaw.com)<br><br>Other Service Contacts not associated with a party on the case:<br>Kimberly Navarrete (kimberly@stalterlaw.com)<br>Eric Burris (eburris@bhfs.com)<br>Kenneth Stalter (ken@stalterlaw.com)<br>BHFS ABQ Docket (bhfs-abq-docket@bhfs.com)<br>Shani Klein (shani@stalterlaw.com)<br>Julieta Fackelman (jfackelman@bhfs.com)<br>Xandra Amrine (xandra@stalterlaw.com)<br>Davette Seals (davette.seals@qpwblaw.com)<br><br>Stephen G Chapman PA-C:<br>M. Clea Gutterson (mcg@kerrykiernanpc.com) |

| | |
|---|---|
| | Teresa Montoya (admin@kerrykiernanpc.com) |

| Document Details | |
|---|---|
| **Served Document** | Download Document |
| This link is active for 90 days. To access this document, you will be required to enter your email address. Click here for more information. | |