# EXHIBIT 55

EXHIBIT 55

**From:** Frank Alvarez
**To:** Michael Carmel
**Cc:** Gregory Garman; Talitha Gray; Mary Langsner
**Subject:** RE: Numale Corporation, et al.
**Date:** Monday, October 13, 2025 8:17:24 PM
**Attachments:** image255264.png
image610333.png

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good evening. Please see the below link for the file in this matter.

https://api.160985810154.genesisapi.com/v1/share/s/IaUcQHbQ_VEU4EK12GVGATCoVzphK2evfU3mAe7myIs

Pw: qpwb2025

Exp: 1/31/26

Thanks.

Frank

**Frank Alvarez** | **Managing Partner - Dallas Office**
**Quintairos, Prieto, Wood & Boyer, P.A.**
Licensed in Texas and New Mexico
1700 Pacific Avenue, Suite 4545,Dallas,TX 75201
Ph: (214) 754-8755 x2202 Fax: (214) 754-8744
Email: frank.alvarez@qpwblaw.com
Mobile: (214) 394-6554
**qpwblaw.com**

Alabama Arizona California Colorado Connecticut Florida Georgia Idaho Illinois Indiana Kentucky Louisiana Maryland Massachusetts Michigan Mississippi Missouri Nevada New Jersey New Mexico New York North Carolina Ohio Pennsylvania Rhode Island Tennessee Texas USVI Utah Washington West Virginia

**QPWB is committed to providing the best client experience possible.**
Please contact client support with any issues or questions regarding your service.

NOTICE: Quintairos, Prieto, Wood & Boyer, P. A. is a debt collector and any information obtained may be used for that purpose. This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you received this e-mail in error, please notify us immediately by return e-mail or by telephone at (855)287-0240 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Quintairos, Prieto Wood & Boyer, P. A.

---

**From:** Michael Carmel
**Sent:** Monday, October 6, 2025 4:11 PM
**To:** Frank Alvarez
**Cc:** Greg Garman ; Talitha Gray ; Mary Langsner
**Subject:** Numale Corporation, et al.

This is the first time you received an email from this sender (michael@mcarmellaw.com). Exercise caution when clicking links, opening attachments or taking further action, before validating its authenticity.

**Secured by Check Point**

Mr. Alvarez:

Please see the attached correspondence. Originals are being sent via Federal Express.

Michael W. Carmel, Esq.
Law Offices of Michael W. Carmel, Ltd.
80 E. Columbus Avenue
Phoenix, Arizona 85012
*Also admitted in New York
Ph. (602) 264-4965
Mobile: (602) 206-7900
Fax: (602) 277-0144

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information that is protected from disclosure under applicable law. If it has been sent to you in error, you are hereby notified that any dissemination, distribution, or copying of this transmission is strictly prohibited. Please contact the sender for instructions concerning return or destruction by replying to Michael@mcarmellaw.com, and do not use or disclose the contents to others.