# EXHIBIT 58

FILED UNDER SEAL

EXHIBIT 58