# EXHIBIT 59

EXHIBIT 59

**Candace Atherton**

| | |
|---|---|
| **From:** | Gregory Garman <Ggarman@Gtg.legal> |
| **Sent:** | Tuesday, February 3, 2026 2:26 PM |
| **To:** | Frank Alvarez; Talitha Gray |
| **Cc:** | Michael Carmel; Jamie Garman; Shelby Harmer |
| **Subject:** | NuMale- Fourth & Final Demand for Immediate Transfer of Entire Client File |

Frank, during our call last week, you represented that I would receive a rolling production with the final components of the file to be produced by Friday (the 6th). Again, nothing has been forthcoming. I must insist that the production begin today (for example you told me that your billing department had produced the billing statements) with final production no later than Friday. We will be seeking Court intervention on the end of our workday on Friday.

---

**From:** Frank Alvarez <frank.alvarez@qpwblaw.com>
**Date:** Wednesday, January 28, 2026 at 12:30 PM
**To:** Talitha Gray <tgray@Gtg.legal>
**Cc:** Gregory Garman <Ggarman@Gtg.legal>, Michael Carmel <michael@mcarmellaw.com>, Jamie Garman <JGarman@Gtg.legal>, Shelby Harmer <sharmer@Gtg.legal>
**Subject:** RE: NuMale- Third & Final Demand for Immediate Transfer of Entire Client File

You don't often get email from frank.alvarez@qpwblaw.com. Learn why this is important

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi, Talitha. I just left a message for you. Can you please call my cell when you have a moment? Our office is still closed due to the weather so I can be reached at [redacted]

Thanks.

Frank

**Frank Alvarez | Managing Partner - Dallas Office**
**Quintairos, Prieto, Wood & Boyer, P.A.**
Licensed in Texas and New Mexico
1700 Pacific Avenue, Suite 4545, Dallas, TX 75201
Ph: (214) 754-8755 x2202 Fax: (214) 754-8744
Email: frank.alvarez@qpwblaw.com
[redacted]
qpwblaw.com
NAMWOLF
LAW FIRM MEMBER

Alabama ◆ Arizona ◆ California ◆ Colorado ◆ Connecticut ◆ Florida ◆ Georgia ◆ Idaho ◆ Illinois ◆ Indiana ◆ Kentucky ◆ Louisiana ◆ Maryland ◆ Massachusetts ◆ Michigan ◆ Mississippi
Missouri ◆ Nevada ◆ New Jersey ◆ New Mexico ◆ New York ◆ North Carolina ◆ Ohio ◆ Pennsylvania ◆ Rhode Island ◆ Tennessee ◆ Texas ◆ USVI ◆ Utah ◆ Washington ◆ West Virginia

**QPWB is committed to providing the best client experience possible.**
Please contact client support with any issues or questions regarding your service.

NOTICE: Quintairos, Prieto, Wood & Boyer, P. A. is a debt collector and any information obtained may be used for that purpose. This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you received this e-mail in error, please notify us immediately by return e-mail or by telephone at (855)287-0240 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Quintairos, Prieto Wood & Boyer, P. A.

---

**From:** Talitha Gray <tgray@Gtg.legal>
**Sent:** Wednesday, January 14, 2026 10:38 AM
**To:** Frank Alvarez <frank.alvarez@qpwblaw.com>
**Cc:** Gregory Garman <Ggarman@Gtg.legal>; Michael Carmel <michael@mcarmellaw.com>; Jamie Garman <JGarman@Gtg.legal>; Shelby Harmer <sharmer@Gtg.legal>
**Subject:** Re: NuMale- Third & Final Demand for Immediate Transfer of Entire Client File

Good morning Frank,

Thank you for the response. Please confirm that the balance of the file will be produced by January 23, 2026.

Thanks, Talitha

**Talitha Gray Kozlowski**
Partner

GARMAN | TURNER | GORDON

7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119
P 725 777 3000 | F 725 777 3112

website | map | email

---

**From:** Frank Alvarez <frank.alvarez@qpwblaw.com>
**Date:** Tuesday, January 13, 2026 at 2:53 PM
**To:** Shelby Harmer <sharmer@Gtg.legal>
**Cc:** Gregory Garman <Ggarman@Gtg.legal>, Michael Carmel <michael@mcarmellaw.com>, Talitha Gray <tgray@Gtg.legal>, Jamie Garman <JGarman@Gtg.legal>
**Subject:** RE: NuMale- Third & Final Demand for Immediate Transfer of Entire Client File

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hello. I have been out of the office due to health reasons, and I am catching up on emails and other things. I will get with our folks and get any other information to you.

Thanks.

Frank

**Frank Alvarez | Managing Partner - Dallas Office**
**Quintairos, Prieto, Wood & Boyer, P.A.**
Licensed in Texas and New Mexico
1700 Pacific Avenue, Suite 4545, Dallas, TX 75201
Ph: (214) 754-8755 x2202 Fax: (214) 754-8744
Email: frank.alvarez@qpwblaw.com
[redacted]
qpwblaw.com
NAMWOLF
LAW FIRM MEMBER

Alabama ◆ Arizona ◆ California ◆ Colorado ◆ Connecticut ◆ Florida ◆ Georgia ◆ Idaho ◆ Illinois ◆ Indiana ◆ Kentucky ◆ Louisiana ◆ Maryland ◆ Massachusetts ◆ Michigan ◆ Mississippi
Missouri ◆ Nevada ◆ New Jersey ◆ New Mexico ◆ New York ◆ North Carolina ◆ Ohio ◆ Pennsylvania ◆ Rhode Island ◆ Tennessee ◆ Texas ◆ USVI ◆ Utah ◆ Washington ◆ West Virginia

**QPWB is committed to providing the best client experience possible.**
Please contact client support with any issues or questions regarding your service.

NOTICE: Quintairos, Prieto, Wood & Boyer, P. A. is a debt collector and any information obtained may be used for that purpose. This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you received this e-mail in error, please notify us immediately by return e-mail or by telephone at (855)287-0240 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Quintairos, Prieto Wood & Boyer, P. A.

---

**From:** Shelby Harmer <sharmer@Gtg.legal>
**Sent:** Wednesday, January 7, 2026 6:28 PM
**To:** Frank Alvarez <frank.alvarez@qpwblaw.com>
**Cc:** Gregory Garman <Ggarman@Gtg.legal>; Michael Carmel <michael@mcarmellaw.com>; Talitha Gray <tgray@Gtg.legal>; Jamie Garman <JGarman@Gtg.legal>
**Subject:** NuMale- Third & Final Demand for Immediate Transfer of Entire Client File

Good evening,

Please see attached correspondence from Mr. Greg Garman regarding NuMale Corporation, NuMale New Mexico SC, and NuMale Albuquerque, LLC.

Kind regards,

**Shelby Harmer**
Legal Assistant | Paralegal

P 725 244 4031 | F 725 777 3112

GARMAN | TURNER | GORDON

7251 AMIGO STREET, SUITE 210
LAS VEGAS, NV 89119

website | map | email