# EXHIBIT 60

EXHIBIT 60

**From:** Frank Alvarez <frank.alvarez@qpwblaw.com>
**Sent:** Fri, 06 Feb 2026 02:11:12 +0000
**To:** Gregory Garman <Ggarman@Gtg.legal>, Talitha Gray <tgray@Gtg.legal>
**Cc:** Michael Carmel <michael@mcarmellaw.com>, Jamie Garman <JGarman@Gtg.legal>, Shelby Harmer <sharmer@Gtg.legal>
**Subject:** NuMale File
**Attachments:** Bills for matter# 173226.pdf; Payment Ledger for Matter# 173226.xlsx

---

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi, Greg. Attached are the legal invoices, costs and payment ledger. I tried to also include the PDF with all costs invoices; however, it is too large and I will have to send via a link. Below is a link with emails as well. You will note there is a folder in the link for the invoices and backup information. That folder for the invoices, etc. is presently empty which is why I am sending this email with these attachments. For some reason, the folder is not allowing me to drag over these two attachments and the costs invoices, so I will have to get assistance from IT in the morning. I will then send an updated link tomorrow with additional emails and the costs invoices. I will also include other documents from the file. I wanted to go ahead and get these emails and documents to you so you can begin reviewing. I will send the additional information tomorrow. Please note we did not have an engagement agreement or retainer agreement. We received the file from the carrier, Beazley, and we did not have a specific retainer agreement with them.

Numale v. Sanchez Feb 2026 Production

Thanks, Greg.

Frank

**Frank Alvarez | Managing Partner - Dallas Office**
**Quintairos, Prieto, Wood & Boyer, P.A.**
Licensed in Texas and New Mexico
1700 Pacific Avenue, Suite 4545, Dallas, TX 75201
Ph: (214) 754-8755 x2202 Fax: (214) 754-8744
Email: frank.alvarez@qpwblaw.com
Mobile: (214) 394-6554
**qpwblaw.com**
NAMWOLF
LAW FIRM MEMBER

Alabama ◆ Arizona ◆ California ◆ Colorado ◆ Connecticut ◆ Florida ◆ Georgia ◆ Idaho ◆ Illinois ◆ Indiana ◆ Kentucky ◆ Louisiana ◆ Maryland ◆ Massachusetts ◆ Michigan ◆ Mississippi Missouri ◆ Nevada ◆ New Jersey ◆ New Mexico ◆ New York ◆ North Carolina ◆ Ohio ◆ Pennsylvania ◆ Rhode Island ◆ Tennessee ◆ Texas ◆ USVI ◆ Washington ◆ West Virginia

**QPWB is committed to providing the best client experience possible.**
Please **contact client support** with any issues or questions regarding your service.

NOTICE: Quintairos, Prieto, Wood & Boyer, P. A. is a debt collector and any information obtained may be used for that purpose. This e-mail message and any attachment to this e-mail message contains confidential information that may be legally privileged. If you are not the intended recipient, you must not review, retransmit, convert to hard copy, copy, use or disseminate this e-mail or any attachments to it. If you received this e-mail in error, please notify us immediately by return e-mail or by telephone at (855)287-0240 and delete this message. Please note that if this e-mail message contains a forwarded message or is a reply to a prior message, some or all of the contents of this message or any attachments may not have been produced by Quintairos, Prieto Wood & Boyer, P. A.