# EXHIBIT 1

EXHIBIT 1

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Trustee of the NuMale Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐ | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc |

| | |
|---|---|
| NUMALE ALL DEBTORS, ☒<br>Debtors. | NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**ORDER GRANTING THE *EX PARTE* MOTION TO SEAL CERTAIN EXHIBITS TO THE OMNIBUS DECLARATION OF TALITHA GRAY KOZLOWSKI FILED IN SUPPORT OF THE TRUSTEE'S OPPOSITIONS FILED AT ECF NOS. 1123 AND 1125, AND FOR ORDER UNDER FED. R. EVID. 502(d)**

The Court having considered the *Ex Parte Motion to Seal Certain Exhibits to the Omnibus Declaration of Talitha Gray Kozlowski Filed in Support of the Trustee's Oppositions Filed at ECF Nos. 1123 and 1125, and for Order Under Fed. R. Evid. 502(d)* (the "Motion")[1] filed by the Michael Carmel (the "Trustee"), the Liquidation Trustee of the NuMale Liquidation Trust, and good cause appearing,

**IT IS HEREBY ORDERED that:**

1. The Motion is approved.

2. The Trustee is authorized to file the Protected Exhibits, being Exhibits Numbers 1, 3-7, 9-17, 39-41, 44, 48, 49, and 58, to the Gray Kozlowski Declaration under seal pursuant to 11 U.S.C. § 107(b), Fed. R. Bankr. P. 9018, and LR 9018.

3. The Clerk shall file the Protected Exhibits under seal pursuant to LR 9018(d).

4. Pursuant to Fed. R. Evid. 502(d), the submission of the Protected Exhibits to the Court for in camera review, their filing under seal, their delivery to QPWB and to the United States Trustee (if requested), and the description or quotation of their contents in the Oppositions and the papers filed in support of them shall not constitute a waiver of any attorney-client privilege or work-product protection applicable to the Protected Exhibits, or to any other communication or information concerning the same subject matter, in the Chapter 11 Cases or in any other federal or state proceeding.

5. Nothing in this Order (a) determines whether any Protected Exhibit is privileged or protected, or (b) affects any right, claim, or defense concerning the attorney-client privilege or

[1] All capitalized, undefined terms used herein shall be ascribed the definitions in the Motion to Seal



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000

work-product protection as between the Trustee, the Trust, or the Individuals, on the one hand, and QPWB or any of its current or former attorneys, on the other hand.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

GARMAN TURNER GORDON LLP

By: */s/ Talitha Gray Kozlowski*
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel,*
*Trustee of the NuMale Liquidation Trust*



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000