Bob L. Olson, Esq. (NV Bar No. 3783)
Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Charles E. Gianelloni, Esq. (NV Bar No. 12747)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: bolson@swlaw.com
afugazzi@swlaw.com
cgianelloni@swlaw.com

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION *et al.*,<br><br>Debtors. | Case No. 2:26-cv-03527-GMN<br><br>Appeal Ref. No.: 26-34<br><br>Bk. Case No. 25-10341-nmc (jointly administered)<br><br>Chapter 11 |
| QUINTAIROS, PRIETO, WOOD & BOYER P.A.,<br><br>Appellant,<br><br>v.<br><br>MICHAEL CARMEL, the Liquidation Trustee for the NuMale Liquidation Trust,<br><br>Appellee. | **STIPULATION AND ORDER TO DISMISS APPEAL WITHOUT PREJUDICE** |

Pursuant to Rule 8023(a), Fed. R. Bankr. P., Appellant Quintairos, Prieto, Wood & Boyer P.A. ("QPWB") and Appellee Michael Carmel, the Liquidation Trustee for the NuMale Liquidation Trust, by and through their respective counsel of record, hereby stipulate to the dismissal of this appeal without prejudice (the "Stipulation"). The parties agree that each side shall bear their own attorneys' fees and costs in this appeal.

**IT IS SO STIPULATED.**

Dated: November 3, 2026

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
Alex L. Fugazzi (NV Bar No. 9022)
Charles E. Gianelloni (NV Bar No. 12747)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Dated: November 3, 2026

GARMAN TURNER GORDON

*/s/ Gregory E. Garman (with permission)*
Gregory E. Garman
Talitha B. Gray Kozlowski
Mary Langsner
7251 Amigo Street, Suite 210
Las Vegas, NV 89119

*Attorneys for Michael Carmel, the Liquidation Trustee for the NuMale Liquidation Trust*

**ORDER**

Upon Stipulation by counsel for the parties, and good cause appearing, **IT IS HEREBY ORDERED** that the Stipulation is APPROVED and only this appeal is dismissed without prejudice, with each party to bear its own fees and costs.

**IT IS SO ORDERED.**

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

Respectfully submitted by:

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Bob L. Olson (NV Bar No. 3783)
Alex L. Fugazzi (NV Bar No. 9022)
Charles E. Gianelloni (NV Bar No. 12747)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5300

Snell & Wilmer
L.L.P.
LAW OFFICES
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
702.784.5200

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION AND ORDER TO DISMISS APPEAL WITHOUT PREJUDICE** with the Clerk of Court for the U.S. District Court, District of Nevada by using the Court's CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

DATED: November 3, 2026.

*/s/ Mary Full*
Employee of Snell & Wilmer L.L.P.