**E-filed: November 5, 2026**

Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Charles E. Gianelloni, Esq. (NV Bar No. 12747)
Bob L. Olson, Esq. (NV Bar No. 3783)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: afugazzi@swlaw.com
cgianelloni@swlaw.com
bolson@swlaw.com

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

SNELL & WILMER

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

NUMALE CORPORATION,

☐ AFFECTS THIS DEBTOR
☐ AFFECTS FELICIANO NUMALE NEVADA PLLC
☐ AFFECTS NUMEDICAL SC
☐ AFFECTS NUMALE COLORADO SC
☐ AFFECTS NUMALE FLORIDA TB PLLC
☐ AFFECTS NUMALE NEBRASKA LLC
☐ AFFECTS NUMALE NEW MEXICO SC
☒ AFFECTS ALL DEBTORS

Debtors.

Case No. 25-10341-nmc

Chapter 11

Jointly Administered with:

| | |
|---|---|
| 25-10342-nmc | Feliciano NuMale Nevada PLLC |
| 25-10343-nmc | NuMedical SC |
| 25-10344-nmc | NuMale Colorado SC |
| 25-10345-nmc | NuMale Florida TB PLLC |
| 25-10346-nmc | NuMale Nebraska LLC |
| 25-10347-nmc | NuMale New Mexico SC |

**QUINTAIROS, PRIETO, WOOD & BOYER P.A.'S STATUS REPORT CONCERNING STATUS HEARING**

Quintairos, Prieto, Wood & Boyer P.A., ("QPWB"), through its undersigned counsel, submits this Status Report for the November 5, 2026, status hearing at 10:30 a.m. QPWB has made the productions contemplated by the parties' agreement and this Court's Order [ECF No. 1120], including a supplemental production addressing issues raised during the parties' subsequent conference. QPWB respectfully requests that the Court maintain the Order's existing protections for attorney identities.

1. On October 23, QPWB filed its *Emergency Motion for Stay of Order Pending Appeal, or Alternatively, Temporary Stay* (the "Stay Motion") [ECF No. 1057]. Miachael Carmel, the Liquidation Trustee for the NuMale Liquidation Trust ("Trustee") opposed the Stay Motion at ECF No. 1091, and QPWB filed a reply in support of the Stay Motion at ECF No. 1101.

2. That same day, QPWB filed its *Emergency Motion for Leave to File Appeal* ("Appeal Motion"). [ECF No. 1058]. The appeal proceeded to the United States District Court for the District of Nevada pursuant to QPWB's election filed with its Notice of Appeal. [ECF No. 1050].

3. At the October 29, 2026, hearing on the Stay Motion, the parties reached an agreement permitting production of attorney compensation information while protecting the attorneys' identities through anonymized numerical identifiers. The agreement is memorialized in this Court's Order Regarding Quintairos, Prieto, Wood & Boyer P.A.'s *Emergency Motion for Stay of Order Pending Appeal, or Alternatively, Temporary Stay* (the "Order") [ECF No. 1120]. The Order preserves both QPWB's and its affected attorneys' objections to disclosure of identifying information and the Trustee's right to seek an order compelling that disclosure.

4. On October 30, 2026, QPWB produced the documents required for that date under the parties' agreement, as memorialized in the Order.

5. On October 31, 2026, the District Court entered a minute order granting the Appeal Motion and temporarily staying this Court's Order Granting Amended Motion to Enforce Rule 2004 Order [ECF No. 1046] until November 6, 2026. [Case No. 2:26-cv-03527-GMN, ECF No. 4 attached as **Exhibit 1**.] The District Court issued that temporary stay without a request from QPWB for such relief in that court.[1]

6. On November 2, 2026, notwithstanding the temporary stay, QPWB made the further production contemplated by the parties' agreement and the Order.

7. The parties conferred on November 3, 2026, regarding QPWB's production log and a supplemental production linking the compensation agreements to the anonymized numerical identifiers and business unit numbers in QPWB's separately produced lists.

[1] The parties later agreed to dismiss the District Court appeal. [ECF No. 1130].





SNELL & WILMER

8. On November 4, 2026, QPWB supplemented its production log and produced a document linking the compensation agreements to the anonymized numerical identifiers and business unit numbers, addressing the issue discussed during the parties' conference.

9. QPWB's productions allow the Trustee to examine the compensation arrangements and amounts paid while preserving the privacy protections contemplated by the Order. In QPWB's view, the materials describe compensation tied to the attorneys' own business generation and billings or their business units' performance; they do not establish that those attorneys are shareholders or receive distributions of general firm profits. The size of a bonus, standing alone, does not establish otherwise or explain why the recipient's identity must now be disclosed.

10. The District Court's decision to temporarily stay enforcement of the underlying discovery order, without a request from QPWB, further supports maintaining the Order's existing protections. Although QPWB subsequently agreed to dismiss the appeal, the District Court's issuance of that stay reflects its determination that at least a temporary pause in enforcement was warranted. QPWB nevertheless proceeded with production under the parties' agreed framework, providing the Trustee with information he would not have received during the stay. That framework has allowed discovery to proceed while protecting the attorneys' identities, and QPWB respectfully submits that those protections should remain intact.

11. Finally, additional discovery is imminent. Under the parties' *Stipulation Regarding Pending Discovery* and *Appeal* (the "Stipulation"), which this Court approved by order entered November 3, 2026 [ECF No. 1121], the Trustee will take two Rule 2004 examinations in Miami, Florida, from November 11 through November 13, 2026 (collectively, the "Stipulated Depositions"). QPWB has designated Eric Boyer, its Managing Partner; Jorge Riofrio, its Chief Revenue Officer; and Frank Alvarez as its witnesses for its Rule 2004 examination. Mr. Boyer and Mr. Riofrio will testify regarding QPWB's finances, including the topics the Trustee designated for that examination, which include, without limitation, the following (capitalized terms in these topics have the meanings the Trustee assigned to them):

SNELL & WILMER

- QPWB's ownership structure, classes of shareholders and partners, governance bodies, and the authority and process for approving distributions during the Transfer Period.
- The mechanics of each compensation component for QPWB's shareholders, practice group leaders, and partners during the Transfer Period.
- The mechanics of shareholder and partner compensation and distributions, and how those payments were recorded on QPWB's books during the Transfer Period.
- Transfers to Covered Lawyers during the Transfer Period, including year-end distributions and any change in distribution practices on or after November 1, 2024.

12. The Stipulated Depositions further demonstrate that the Court need not expand the Order. Within days, the Trustee will have the opportunity to question, under oath, the QPWB witnesses most knowledgeable about QPWB's ownership structure, its compensation and distribution practices, and the transfers the Trustee seeks to investigate. That testimony, together with the compensation information QPWB has already produced under the Order, will allow the Trustee to evaluate whether any anonymized attorney is a shareholder or received distributions of general firm profits without first requiring disclosure of the attorneys' identities.

13. QPWB therefore respectfully requests that the Court leave the Order's existing protections intact and decline to require disclosure of the anonymized attorneys' names at this time. This would permit the Trustee to continue reviewing the information already produced, preserve the parties' respective positions, and allow the District Court to address the issues before it without intervening disclosure of the identities the Order presently protects.

Dated: November 5, 2026.

SNELL & WILMER L.L.P.

*/s/ Bob L. Olson*
Alex L. Fugazzi (NV Bar No. 9022)
Charles E. Gianelloni (NV Bar No. 12747)
Bob L. Olson (NV Bar No. 3783)
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

SNELL & WILMER



4921-3717-9102

# EXHIBIT 1

EXHIBIT 1

**Dugan, Sonja**

**From:** cmecf@nvd.uscourts.gov
**Sent:** Saturday, October 31, 2026 5:09 PM
**To:** cmecfhelpdesk@nvd.uscourts.gov
**Subject:** Activity in Case 2:26-cv-03527-GMN Quintairos, Prieto, Wood & Boyer P.A. v. Carmel Minute Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
*****NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**United States District Court**

**District of Nevada**

## Notice of Electronic Filing

The following transaction was entered on 10/31/2026 at 5:09 PM PDT and filed on 10/31/2026
**Case Name:** Quintairos, Prieto, Wood & Boyer P.A. v. Carmel
**Case Number:** 2:26-cv-03527-GMN
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**MINUTE ORDER IN CHAMBERS of the Honorable Judge Gloria M. Navarro on 10/31/2026.**

**Pending before the Court is Appellant's [3] Emergency Motion for Leave to File Appeal. Appellant seeks leave to appeal an underlying bankruptcy court Order under the "collateral order doctrine." (Mot. Leave Appeal, ECF No. 3 2:134:15); (*see also* Order Granting Amended Motion to Enforce Rule 2004 Order, Ex. 1 to Mot. Leave Appeal, ECF No. 3). Under this doctrine, an appellate court may hear a collateral order in an ongoing proceeding, but the collateral order must "(1) conclusively determine the disputed question, (2) resolve an important issue completely separate from the merits of the action, and (3) be effectively unreviewable on appeal from a final judgment." *In re Blixseth*, 112 F.4th 837, 843 (9th Cir. 2024) (quoting *Puerto Rico Aqueduct and Sewer Auth. v. Metcalf & Eddy, Inc.*, 506 U.S. 139, 144 (1993). The Court preliminarily finds that the appealed order meets these criteria. Accordingly, IT IS HEREBY ORDERED that Appellant's [3] Motion is GRANTED. By default, appeals of bankruptcy orders do not automatically stay any proceeding of the bankruptcy court. 28 U.S.C. § 158(d)(2)(D). Thus, IT IS FURTHER ORDERED that the underlying Order Granting Amended Motion to Enforce Rule 2004 Order is TEMPORARILY STAYED until November 6, 2026, at which point the stay will automatically lift unless Appellant submits an additional motion explaining why the stay should be extended further.**

**IT IS FURTHER ORDERED that Appellant shall file an opening brief in support of their [1] Notice of Appeal no later than November 13, 2026, and Respondent shall file its Response no later than November 27, 2026. Appellant may then file a Reply no later than December 4, 2026.**

**(Copies have been distributed pursuant to the NEF - JLB)**

**2:26-cv-03527-GMN Notice has been electronically mailed to:**

Bob L. Olson bolson@swlaw.com, docket_las@swlaw.com, mfull@swlaw.com, sdugan@swlaw.com

Gregory E Garman ggarman@gtg.legal, bknotices@gtg.legal, ecf-processing@gtg.legal

Alex Fugazzi afugazzi@swlaw.com, DOCKET_LAS@swlaw.com, ckamihara@swlaw.com, dshuta@swlaw.com, lashcroft@swlaw.com

Charles E Gianelloni cgianelloni@swlaw.com, delvira@swlaw.com, docket_las@swlaw.com, mfull@swlaw.com, sdugan@swlaw.com

Talitha Gray Kozlowski tgray@gtg.legal, bknotices@gtg.legal, ecf-processing@gtg.legal, vdimaio@gtg.legal

Mary Langsner mlangsner@gtg.legal, bknotices@gtg.legal, catherton@gtg.legal, ecf-processing@gtg.legal, vdimaio@gtg.legal

**2:26-cv-03527-GMN Notice has been delivered by other means to:**