**E-filed: November 5, 2026**

Alex L. Fugazzi, Esq. (NV Bar No. 9022)
Charles E. Gianelloni, Esq. (NV Bar No. 12747)
Bob L. Olson, Esq. (NV Bar No. 3783)
SNELL & WILMER L.L.P.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, NV 89135
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: afugazzi@swlaw.com
cgianelloni@swlaw.com
bolson@swlaw.com

*Attorneys for Quintairos, Prieto, Wood & Boyer P.A., Eric Boyer, and Eddie Prieto*

SNELL & WILMER

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

In re:

NUMALE CORPORATION,

☐ AFFECTS THIS DEBTOR
☐ AFFECTS FELICIANO NUMALE NEVADA PLLC
☐ AFFECTS NUMEDICAL SC
☐ AFFECTS NUMALE COLORADO SC
☐ AFFECTS NUMALE FLORIDA TB PLLC
☐ AFFECTS NUMALE NEBRASKA LLC
☐ AFFECTS NUMALE NEW MEXICO SC
☒ AFFECTS ALL DEBTORS

Debtors.

QUINTAIROS, PRIETO, WOOD & BOYER P.A.,

Appellants,

v.

MICHAEL CARMEL, the Liquidation Trustee for the NuMale Liquidation Trust,

Appellee.

Case No. 25-10341-nmc

Chapter 11

Jointly Administered with:

| | |
|---|---|
| 25-10342-nmc | Feliciano NuMale Nevada PLLC |
| 25-10343-nmc | NuMedical SC |
| 25-10344-nmc | NuMale Colorado SC |
| 25-10345-nmc | NuMale Florida TB PLLC |
| 25-10346-nmc | NuMale Nebraska LLC |
| 25-10347-nmc | NuMale New Mexico SC |

**CERTIFICATE OF SERVICE**

I served a true and correct copy of *Quintairos, Prieto, Wood & Boyer P.A.'s Status Report Concerning Status Hearing* [ECF No. 1131] in the above matter, via the following means, on the date specified, to the addresses listed below:

SNELL & WILMER

**VIA THE COURT'S CM/ECF SYSTEM (November 5, 2026):**

See filing receipt for ECF No. 1131 attached as **Exhibit 1**.

**VIA U.S. MAIL (postage fully pre-paid) (November 5, 2026):**

EMILY C TAUBE ESQ
BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH STE 2000
NASHVILLE TN 37201

MICHAEL REPPAS
12496 NW 25 STREET
SWEETWATER, FL 33182

FORD MOTOR CREDIT COMPANY, LLC
C/O AIS PORTFOLIO SERVICES, LLC
4515 N SANTA FE AVE. DEPT. APS
OKLAHOMA CITY, OK 73118

ZACHARY WEINER
DAVID ZYLBERBERG
BRYCE FRIEDMAN
SUMMER CRAIG
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

RYAN J WORKS
MCDONALD CARANO LLP
2300 WEST SAHARA AVENUE, SUITE 1200
LAS VEGAS, NV 89102

RUBINBROWN LLP
10801 W. CHARLESTON BLVD.
SUITE 300
LAS VEGAS, NV 89135

KELCIE JIMENEZ
11439 MANZANO VISTA AVE SE
ALBUQUERQUE, NM 87123

COLLEEN N SAVAGE ESQ
SGRO & ROGER
2901 EL CAMINO AVE STE 204
LAS VEGAS NV 89102

///

I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 5, 2026.

*/s/ Mary Full*
An Employee of Snell & Wilmer L.L.P.

SNELL & WILMER

# EXHIBIT 1

EXHIBIT 1

**Miscellaneous:**

25-10341-nmc NUMALE CORPORATION

| | | |
|---|---|---|
| Type: bk | Chapter: 11 v | Office: 2 (Las Vegas) |
| Assets: y | Judge: nmc | Case Flag: BAPCPA, JNTADMN, LEAD, EXHS, APPEAL |

**U.S. Bankruptcy Court**

**District of Nevada**

Notice of Electronic Filing

The following transaction was received from BOB L. OLSON entered on 11/5/2026 at 8:36 AM PST and filed on 11/5/2026

**Case Name:** NUMALE CORPORATION
**Case Number:** 25-10341-nmc
**Document Number:** 1131

**Docket Text:**
Status Report (Chapter 11) *Quintairos, Prieto, Wood & Boyer P.A.'s Status Report Concerning Status Hearing* Filed by BOB L. OLSON on behalf of QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO (OLSON, BOB)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** QPWB_Numale Bky - Status Report.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=989277954 [Date=11/5/2026] [FileNumber=38017342-0
] [a98a20bcd5059aa5df152aa2d75bf018116ed2ef720f597ad3fc1e38f5c2ad63834
d5d92d8f8f61696dc969d9464a06e2b53545bc4b667b0f2a3fa6e98a0b2a8]]

**25-10341-nmc Notice will be electronically mailed to:**

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com;mgomez@ca

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

BENJAMIN GORDON on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
bgordon@sgroandroger.com, ncohen@sgroandroger.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

BLAKELEY E. GRIFFITH on behalf of Creditor N2 COMPANY
bgriffith@swlaw.com, docket_las@swlaw.com;mfull@swlaw.com;jfung@swlaw.com;sdugan@swlaw.com

STEVEN T GUBNER on behalf of Interested Party BG LAW LLP
sgubner@bg.law, ecf@bg.law

MARJORIE A. GUYMON on behalf of Defendant THE LCF GROUP, INC.
bankruptcy@goldguylaw.com, lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguyl

RICHARD F. HOLLEY on behalf of Interested Party JANE DOE
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

RICHARD F. HOLLEY on behalf of Interested Party JOHN DOE 1
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

RICHARD F. HOLLEY on behalf of Interested Party JOHN DOE 2
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

ROBERT MCKAY HOLLEY on behalf of Interested Party JANE DOE
mholley@spencerfane.com, oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

ROBERT MCKAY HOLLEY on behalf of Interested Party JOHN DOE 1
mholley@spencerfane.com, oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

ROBERT MCKAY HOLLEY on behalf of Interested Party JOHN DOE 2
mholley@spencerfane.com, oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

JOSEPH S. MANISCALCO, I on behalf of Creditor THE LCF GROUP, INC.
jsm@lhmlawfirm.com

JOSEPH S. MANISCALCO, I on behalf of Defendant THE LCF GROUP, INC.
jsm@lhmlawfirm.com

BOB L. OLSON on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
bolson@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

STACY H RUBIN on behalf of Creditor Howard & Howard
rubins@ballardspahr.com, DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

LUIS SALAZAR on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
lsalazar@coleschotz.com, luis-salazar-4791@ecf.pacerpro.com;UIkpe@coleschotz.com;JCeide@coleschotz.com;Aleesin@coleschotz.com;DFernandez@coleschotz.com;cs-eservice-Miami@coleschotz.com

STEVEN B. SCOW on behalf of Creditor CHRISTOPHER ASANDRA
sscow@kskdlaw.com, dscow@kskdlaw.com

ANTHONY P SGRO on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
tsgro@sgroandroger.com, efile@sgroandroger.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Defendant BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party BRAD PALUBICKI
jgwent@hollandhart.com, vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com, hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

**25-10341-nmc Notice will not be electronically mailed to:**

BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH
SUITE 2000
NASHVILLE, TN 37201

SUMMER CRAIG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

ALEX L. FUGAZZI, ESQ. on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL & WILMER, L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

Ford Motor Credit Company, LLC, c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

CHARLES E. GIANELLONI on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

J.S. HELD LLC
,

KELCIE JIMENEZ
11439 MANZANO VISTA AVE SE
ALBUQUERQUE, NM 87123

MCAFEE AND TAFT LLP
,

Mayfair Mall LLC
,

BOB L. OLSON on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DRIVE
SUITE 700
LAS VEGAS, NV 89135

PAUL, WEISS, RIFKIND, WHARTON AND GARRISON LLP
,

MICHAEL REPPAS on behalf of Creditor EBF HOLDINGS, LLC
12496 NW 25 STREET
SWEETWATER, FL 33182

RIGGI LAW FIRM on behalf of Debtor NUMALE CORPORATION
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE COLORADO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RIGGI LAW FIRM on behalf of Jnt Admin Debtor NUMEDICAL SC
7900 W SAHARA AVE
SUITE 100
LAS VEGAS, NV 89117

RODEY, DICKASON, SLOAN, AKIN AND ROBB, P.A.
,

RUBINBROWN LLP
10801 W. CHARLESTON BLVD.
SUITE 300
LAS VEGAS, NV 89135

Jacob Nathan Rubin
,

COLLEEN N. SAVAGE, ESQ. on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
SGRO & ROGER
2901 EL CAMINO AVE.
SUITE 204
LAS VEGAS, NV 89102

ZACHARY WEINER on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE

NEW YORK, NY 10017

Ryan J Works on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017