Richard F. Holley, Esq.
Nevada Bar No. 3077
R. McKay Holley, Esq.
Nevada Bar No. 15934
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 408-3401
Email: rholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>Judge: Hon. Natalie M. Cox |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

**Part 1: Identify the appellants**

1. Names of appellants:

Interested Parties:

John Doe 1,

John Doe 2, and

Jane Doe

2. Position of appellants in the adversary proceeding or bankruptcy case that is the subject of this appeal: For appeals in a bankruptcy case and not in an adversary proceeding.

**Other** (describe): Interested parties whose personal confidential financial information was subject to a Rule 2004 subpoena in bankruptcy issued to the law firm of Quintairos, Prieto, Wood & Boyer, P.A. ("QPWB").

**Part 2: Identify the subject of this appeal**

1. Describe the judgment, order, or decree appealed from:

Order Denying Interested Parties Does' Motion to Quash Or In The Alternative Motion For Protective Order, ECF No. 1080.

2. State the date on which the judgment, order, or decree was entered:

Orally granted November 5, 2026. To be entered on the Docket in the ordinary course.

**Part 3: Identify the other parties to the appeal**

List the names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

| | | |
|---|---|---|
| 1. | Party: Michael Carmel, the Liquidation Trustee for the NuMale Liquidation Trust | Attorney: Gregory E. Garman and Talitha Gray Kozlowski<br>Garman Turner Gordon LLP, 7251 Amigo Street, Suite 210<br>Las Vegas, Nevada 89119<br>(725) 777-3000 |
| 2. | Party: John Doe 1, John Doe 2, and Jane Doe. | Attorneys Richard F. Holley, Esq.<br>R. McKay Holley, Esq.<br>Spencer Fane LLP<br>300 South Fourth Street, Suite 1600<br>Las Vegas, Nevada 89101<br>(702) 408-3400 |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)**

If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

☒ Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

SIGNED this 5th day of November 2026.

SPENCER FANE LLP

/s/ Richard F. Holley
Richard F. Holley, Esq. (NBN 3077)
R. McKay Holley, Esq. (NBN 1534)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 408-3400 | Fax: (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Spencer Fane LLP and that, on the 5th day of November 2026, I caused to be served a true and correct copy of NOTICE OF APPEAL AND STATEMENT OF ELECTION in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

/s/ Olivia Swibies
An employee of Spencer Fane LLP