Honorable Natalie M. Cox
United States Bankruptcy Judge

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-Mail: tgray@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Trustee of the NuMale Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐ | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc |

| | |
|---|---|
| NUMALE ALL DEBTORS, ☒<br><br>Debtors. | NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**AMENDED ORDER GRANTING AMENED *EX PARTE* MOTION TO EXCEED PAGE LIMIT ON OPPOSITION TO THE MOTION OF QUINTAIROS, PRIETO, WOOD & BOYER, P.A. (I) FOR RELIEF FROM THE CONFIRMATION ORDER AND RELATED ORDERS UNDER FED. R. CIV. P. 60(B), MADE APPLICABLE BY FED. R. BANKR. P. 9024, AS APPLIED TO QPWB, (II) TO REMOVE MICHAEL W. CARMEL AS LIQUIDATION TRUSTEE, (III) TO DISQUALIFY GARMAN TURNER GORDON LLP AS COUNSEL TO THE LIQUIDATION TRUSTEE, AND (IV) FOR RELATED RELIEF; AND MEMORANDUM OF POINTS AND AUTHORITIES**

Michael Carmel (the "Trustee"), the Liquidation Trustee of the NuMale Liquidation Trust and the former Chapter 11 trustee of the bankruptcy estates of NuMale Corporation, Feliciano NuMale Nevada PLLC, NuMedical SC, NuMale Colorado SC, NuMale Florida TB PLLC, NuMale Nebraska LLC, and NuMale New Mexico SC, by and through his counsel, Garman Turner Gordon LLP, which also represents Christopher Asandra, M.D., Carlos Feliciano, M.D., Brad Palubicki, and Justin Pulliam, submitted the *Ex Parte Motion to Exceed Page Limit on Trustee's Opposition to the Motion of Quintairos, Prieto, Wood & Boyer, P.A. (I) for Relief from the Confirmation Order and Related Orders Under Fed. R. Civ. P. 60(b), Made Applicable by Fed. R. Bankr. P. 9024, as Applied to QPWB; (II) to Remove Michael W. Carmel as Liquidation Trustee; (III) to Disqualify Garman Turner Gordon LLP as Counsel to the Liquidation Trustee; and (IV) for Related Relief; and Memorandum of Points and Authorities* (the "Ex Parte Motion").[1] Good cause appearing, **IT IS HEREBY ORDERED:**

1. The Ex Parte Motion is **GRANTED**;

2. The Trustee is authorized to file the *Trustee's Opposition to the Motion of Quintairos, Prieto, Wood & Boyer, P.A. (I) for Relief from the Confirmation Order and Related Orders Under Fed. R. Civ. P. 60(b), Made Applicable by Fed. R. Bankr. P. 9024, as Applied to QPWB; (II) to Remove Michael W. Carmel as Liquidation Trustee; (III) to Disqualify Garman Turner Gordon LLP as Counsel to the Liquidation Trustee; and (IV) for Related Relief; and*

[1] Unless otherwise stated, all undefined, capitalized terms shall have the meanings ascribed to them in the Ex Parte Motion.



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725) 777-3000

*Memorandum of Points and Authorities* at a length not to exceed 51 pages, exclusive of exhibits, cover sheets, and tables of contents and authorities.

**IT IS SO ORDERED.**

PREPARED AND SUBMITTED BY:

GARMAN TURNER GORDON LLP

By: /s/ Talitha Gray Kozlowski
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Trustee of the NuMale Liquidation Trust*