Honorable Natalie M. Cox
United States Bankruptcy Judge

GARMAN TURNER GORDON LLP
GREGORY E. GARMAN, ESQ.
Nevada Bar No. 6654
E-mail: ggarman@gtg.legal
TALITHA GRAY KOZLOWSKI, ESQ.
Nevada Bar No. 9040
E-mail: tgray@gtg.legal
DYLAN CICILIANO, ESQ.
Nevada Bar No. 12348
Email: dciciliano@gtg.legal
MARY LANGSNER, Ph.D.
Nevada Bar No. 13707
E-mail: mlangsner@gtg.legal
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Telephone (725) 777-3000
Facsimile (725) 777-3112
*Attorneys for Michael Carmel,*
*Trustee of the NuMale Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐ | Lead Case No.: 25-10341-nmc<br><br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc |

| | | |
|---|---|---|
| NUMALE NEBRASKA LLC, | ☐ | NuMale Florida TB PLLC<br>Case No. 25-10345-nmc |
| NUMALE NEW MEXICO SC, | ☐ | NuMale Nebraska LLC<br>Case No. 25-10346-nmc |
| NUMALE ALL DEBTORS, | ☒ | NuMale New Mexico SC<br>Case No. 25-10347-nmc |
| Debtors. | | First Hearing Date: October 29, 2026<br>Hearing Time: 11:30 a.m. |
| | | Second Hearing Date: November 5, 2026<br>Hearing Time: 10:30 a.m. |
| | | Oral Ruling Date: November 5, 2026<br>Oral Ruling Time: 2:30 p.m. |

**ORDER DENYING THE INTERESTED PARTIES DOES' MOTION TO QUASH OR IN THE ALTERNATIVE MOTION FOR PROTECTIVE ORDER**

The Court having considered the *Interested Parties Does' Motion to Quash or in the Alternative Motion for Protective Order* [ECF No. 1080] (the "Motion to Quash") filed by John Doe 1, John Doe 2 and Jane Doe (collectively, "Does"); and the opposition to the Motion to Quash [ECF No. 1093] and supporting declaration [ECF No. 1094] (together, the "Opposition") filed by Michael Carmel (the "Trustee"), the Trustee of the NuMale Liquidation Trust ("Trust"). The Court, set the hearing on the Motion to Quash on October 29, 2026, pursuant to its Order Shortening Time [ECF No. 1087], at which appearances were noted on the record, and the parties stipulated to continue the hearing to November 5, 2026, at 10:30 a.m. At the continued hearing the Court entertained oral argument and issued an oral ruling on November 5, 2026, at 2:30 p.m. ("Oral Ruling") (collectively with the foregoing, the "Hearings"). Appearances were noted on the record at each of the Hearings.

The Court, having reviewed the Motion, the Opposition, and all matters submitted therewith; having taken judicial notice of the papers and pleadings on file in these Chapter 11 Cases germane to the matters raised in the Motion and Opposition; having considered the representations of counsel made at the Hearings; having stated the Court's findings of fact and conclusions of law on the record at the Oral Ruling, which are incorporated herein by this reference





Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000

in accordance with Rule 52 of the Federal Rules of Civil Procedure, made applicable pursuant to Rules 9014 and 7052 of the Federal Rules of Bankruptcy Procedure; and good cause appearing:

**IT IS HEREBY ORDERED that:**

1. The Motion is **DENIED** for the reasons set forth on the record at the Oral Ruling.

**IT IS SO ORDERED**.

PREPARED AND SUBMITTED:

GARMAN TURNER GORDON LLP

By: /s/ Gregory Garman
GREGORY E. GARMAN, ESQ.
TALITHA GRAY KOZLOWSKI, ESQ.
DYLAN CICILIANO, ESQ.
MARY LANGSNER, Ph.D.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Trustee of the NuMale Liquidation Trust*

SPENCER FANE, LLP

By: /s/ Richard F. Holley
RICHARD F. HOLLEY, ESQ.
MCKAY HOLLEY, ESQ.
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
*Attorneys for John Doe 1, John Doe 2, and Jane Doe*





Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000

## LR 9021 CERTIFICATION

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

☐ The court waived the requirement of approval under LR 9021(b)(1).

☐ No party appeared at the hearing or filed an objection to the motion.

☒ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated above.

☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

# # #



Garman Turner Gordon, LLP
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
(725)-777-3000