Richard F. Holley, Esq.
Nevada Bar No. 3077
R. McKay Holley, Esq.
Nevada Bar No. 15934
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>Hearing Date: OST Pending<br>Hearing Time: OST Pending<br><br>Judge: Hon. Natalie M. Cox |

**INTERESTED PARTIES DOES' MOTION**
**TO AMEND STIPULATED PROTECTIVE ORDER**

Interested parties John Doe 1, John Doe 2 and Jane Doe ("Doe Parties" or "Movants") by and through counsel, hereby file their Motion To Amend Stipulated Protective Order ("Motion"). Attached as **Exhibit 1** to the Motion is a copy of the proposed Amended Stipulated Protective Order.

This Motion is supported by the Memorandum of Points and Authorities herein;; the papers and pleadings on file in this Case, judicial notice of which is respectfully requested pursuant to

Fed. R. Evid. 201(b) and (c)(2) and 1101(1) and (b); and any argument and evidence the Court may entertain at a hearing on the Motion.[1]

**MEMORANDUM OF POINTS AND AUTHORITIES**

Movants are non-party, non-equity employees of Quintairos, Prieto, Wood & Boyer, P.A. ("QPWB"). At the Court's hearing on November 5, 2026, the Court denied Movants Motion to Quash the Trustee's 2004 Subpoena to QPWB. Movants understood the Court's reasoning in denying the Motion to Quash was in part based on the existence of the Stipulated Protective Order's role in protecting Movants' confidential information. Now that the Trustee has received the name of at least John Doe 2 and reserved the right to demand the name of John Doe 1 and Jane Doe, the likelihood of financial, reputational, and business harm resulting to these attorneys for doing nothing more than receiving their W-2 salary and bonuses from their employer is imminent.

The proposed amendments are not intended to undo the Court's order compelling disclosure of names to the Trustee. They are simply necessary to eliminate, or at minimum severely mitigate, the financial, reputational, and business harm that John Doe 1, John Doe 2, and Jane Doe will suffer if they are named in a public filing or if their confidential financial information becomes a matter of public record. The original Stipulated Protective Order does not guard against that harm. The amendments are narrowly tailored to prevent that injury.

They designate the Interested Parties' Personal Information—including their non-public financial information—as "HIGHLY CONFIDENTIAL/ATTORNEY'S EYES ONLY," so that it is confined to counsel rather than exposed to third parties or the public. They require that any filing disclosing the Interested Parties' names be filed under seal, and they bar the Trustee and his counsel from disclosing their identities to anyone other than designated Outside Counsel. They add the

[1] Unless otherwise indicated, all chapter and section references are to the Bankruptcy Code, 11 U.S.C. §§ 101-1532, and to the Federal Rules of Bankruptcy Procedure, Rules 1001-9037. The Federal Rules of Civil Procedure will be referred to as "FRCP" and the Federal Rules of Bankruptcy Procedure will be referred to as "FRBP." The Local Rules of Practice for the United States Bankruptcy Court for the District of Nevada shall be referred to as the "Local Rules". All references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption above ("Case") as they appear on the docket ("Docket") maintained by the Clerk of the Court of the United States Bankruptcy Court for the District of Nevada. Capitalized terms used but not otherwise defined in this Motion shall have the meanings ascribed to them in the Subpoena.

Interested Parties' own counsel, Spencer Fane LLP, to the protected framework so that counsel can safeguard its clients' interests. And they preserve the Movants’ right to recover damages for any financial, reputational, or business harm should the Trustee or is counsel violate the terms protective order.

These measures track the Court's own invitation to the Interested Parties to propose additional provisions protecting their interests, and are the minimum necessary to ensure that the discovery the Court has ordered does not expose three individuals to irreparable public harm. It should also be noted that the Stipulated Protective Order (ECF No. 1122) expressly provides at paragraph 24 for modifications of the terms and conditions of the Order for good cause, in the interest of justice, or on its own motion at any time in these proceedings. Similarly, paragraph 30, captioned, “Persons Whose Information is Produced,” expressly provides that any personal financial information (including distributions, dividends, or compensation from QPWB) is contained Protected Information may apply to the Court for additional protection with respect to that information. The Interested Parties accepted the invitation of the Court and the express direction in the Stipulated Protective Order to seek amendment of the Stipulated Protective Order

## CONCLUSION

For the reasons stated herein, Movants respectfully request that the Court modify the Stipulated Protective Order to adopt Movants’ proposed revisions.

Dated this 6th day of November 2026.

SPENCER FANE LLP

/s/ Richard F. Holley

Richard F. Holley, Esq. (NBN 3077)
R. McKay Holley, Esq. (NBN 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 408-3400 | Fax: (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John 1 Doe, John 2 Doe and Jane Doe*

# EXHIBIT 1

Richard F. Holley, Esq.
Nevada Bar No. 3077
R. McKay Holley, Esq.
Nevada Bar No. 15934
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>Judge: Hon. Natalie M. Cox |

**AMENDMENT TO STIPULATED PROTECTIVE ORDER**

This Amendment to Stipulated Protective Order ("Amendment") is entered into by and between Michael W. Carmel, the Liquidating Trustee of the NuMale Liquidating Trust (the "Trustee") and John Doe 1, John Doe 2 and Jane Doe (collectively the "Interested Parties") in order to provide additional protections, rights and remedies to the Interested Parties beyond those set forth in the Stipulated Protective Order entered into between the Trustee and Quintairos, Prieto, Wood & Boyer, P.A. ("QPWB") by and through their respective counsel of record[1] and filed with the United States Bankruptcy Court for the District of Nevada (ECF No. 1122) as set forth below.

[1] Garman Turner Gordon LLP, counsel to the Trustee, also represents Christopher Asandra, M.D., Carlos Feliciano, M.D., Brad Palubicki, and Justin Pulliam (collectively, the "NuMale Individuals") in actions against QPWB and its attorneys. The NuMale Individuals are not Parties to this Order or to the relief requested herein.

## RECITALS

A. On November 11, 2026, the Court entered the Stipulated Protective Order ("Order") by and between the Trustee and QPWB by and through their respective counsel of record.

B. On October 27, 2026, the Interested Parties filed a Motion to Quash or in the Alternative Motion for Protective Order ("Motion")(ECF No. 1080). The hearing on the Motion was requested pursuant to an Ex Parte Application for Order Shortening Time (ECF No. 1082).

C. The Motion initially came on for hearing on October 29, 2026 at 11:30 a.m. The hearing was subsequently continued to November 5, 2026 ("Continued Hearing").

D. At the continued hearing the Court denied the Motion and directed QPWB to provide the names of forty-six (46) attorneys of QPWB, without prejudice to expand the list to additional attorneys.

E. At the Continued Hearing, the Interested Parties orally requested a stay pending appeal pursuant to Fed. R. Bankr. P. 8007(a)(1). The Court denied the request for a stay pending appeal.

F. The Court did, however, pursuant to the terms of the Order invite the Interested Parties to propose additional provisions to the Order to protect their respective interests to the extent any or all of the Interested Parties were among the 46 attorneys, or additional attorneys at QPWB whose names were ordered to be produced to the Trustee.

G. On November 6, 2026, the Interested Parties filed a Notice of Appeal of the Court of order denying the Motion with the United States Federal District Court for the District of Nevada (Appeal)(ECF No. 1334*)*, and prepared a Motion for Stay Pending Appeal (ECF No. _) pursuant to an Ex Parte Application for Order Shortening Time (ECF No. ).

**THE FOLLOWING SHALL BE INCLUDED AS ADDITIONAL TERMS TO THE ORDER:**.

1. Incorporation by Reference. The terms and provisions of the Order are incorporated by reference in their totality to this Amendment except as modified below.

2. Protected Information: Shall include any Personal Information of the Interested Parties which Personal Information shall be considered PROTECTED INFORMATION and shall be deemed labeled as HIGHLY CONFIDENTIAL/ATTORNEY'S EYES ONLY pursuant to the terms of the Order.

3. Personal Information. Shall mean any information that is personal to the Interested Parties, including but not limited to financial information that is not a matter of public record, or public knowledge.

4. Counsel or Attorneys. The term "counsel" or attorneys" shall be expanded to include Spencer Fane LLP as outside counsel of record, and including any such attorneys, paralegals, secretaries, copy vendors, and other support staff employed by Spencer Fane, LLP.

5. Pleading Information. With respect to the Interested Parties, **shall exclude** the public disclosure of their names in any filing with a court of competent jurisdiction including, but not limited to any Subsequent Action; instead, any such filing that includes the names of the Interested Parties shall be filed under seal, including but not limited to any Subsequent Action. Furthermore, neither the Trustee nor his counsel shall publicly disclose the name or identity of the Interested Parties, to any third party, not otherwise designated as "Outside Counsel" in the Order.

6. Reservation of Rights. Shall include the preservation of any right to pursue any claim or cause of action by the Interested Parties against the Trustee or Outside Counsel for damages arising out of the disclosure of Personal Information or the names of the Interested Parties, including but not limited to financial harm, reputational harm or business harm.

/ / /

/ / /

/ / /

/ / /

7. Termination. Shall include the successful pursuit of the Appeal by Interested Parties and or the successful defense of any action including any Subsequent Action initiated by the Trustee.

Dated: November __, 2026.

GARMAN TURNER GORDON LLP

By: ____________
Gregory E. Garman, Esq.
Talitha Gray Kozlowski, Esq.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Liquidating Trustee of the NuMale Liquidating Trust*

Dated: November __, 2026.

SNELL & WILMER L.L.P.

By: ____________
Bob L. Olson, Esq.
Alex L. Fugazzi, Esq.
Charles E. Gianelloni, Esq.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
*Attorneys for Quintairos, Prieto, Wood & Boyer, P.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Spencer Fane LLP and that, on the 6th day of October 2026, I caused to be served a true and correct copy of INTERESTED PARTIES DOES' MOTION TO AMEND STIPULATED PROTECTIVE ORDER in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

/s/ Olivia Swibies
An employee of Spencer Fane LLP