Richard F. Holley, Esq.
Nevada Bar No. 3077
R. McKay Holley, Esq.
Nevada Bar No. 15934
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>**REMOTE**[1]<br>Hearing Date: November 10, 2026<br>Hearing Time: 2:00 PM<br>Remote: (833) 435-1820<br>Meeting ID: 161 166 2815<br>Passcode: 115788#<br><br>Judge: Hon. Natalie M. Cox |

**NOTICE OF ENTRY OF ORDER SHORTENING TIME AND NOTICE OF HEARING ON INTERESTED PARTIES DOES' MOTION TO AMEND STIPULATED PROTECTIVE ORDER**

PLEASE TAKE NOTICE that the Order Shortening Time And Notice Of Hearing On Interested Parties Does' Motion To Amend Stipulated Protective Order ("Order and Notice of Hearing") [ECF No. 1151] was entered on November 9, 2026. A copy of said Order and Notice of Hearing is attached.

/ / /

[1] *See* instructions in the attached Order and Notice of Hearing.

If you intend to participate in the hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at https://www.nvb.uscourts.gov/calendars/court-calendars/ and select the hearing judge. Next, click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

Dated this 9th day of November 2026.

SPENCER FANE LLP

/s/ Richard F. Holley

Richard F. Holley, Esq. (NBN 3077)
R. McKay Holley, Esq. (NBN 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 408-3400 | Fax: (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

Honorable Natalie M. Cox
United States Bankruptcy Judge

Richard F. Holley, Esq.
Nevada Bar No. 3077
R. McKay Holley, Esq.
Nevada Bar No. 15934
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>Hearing Date: November 10, 2026<br>Hearing Time: 2:00 p.m.<br><br>Judge: Hon. Natalie M. Cox |

**ORDER SHORTENING TIME AND NOTICE OF HEARING ON INTERESTED PARTIES DOES' MOTION TO AMEND STIPULATED PROTECTIVE ORDER**

This Court having considered the Ex Parte *Application For Order Shortening Time And Notice Of Hearing On Interested Parties Does' Motion To Amend Stipulated Protective Order*

(“Application”), filed by interested parties John Doe 1, John Doe 2 and Jane Doe (“Does” or “Doe Parties”), by and through their undersigned attorneys, and good cause appearing,[1]

**IT IS ORDERED** that the Application is **GRANTED**, and notice is hereby given that the *Interested Parties Does’ Motion To Amend Stipulated Protective Order* (“Motion”) will be heard by a United States Bankruptcy Judge in the U.S. Bankruptcy Court, District of Nevada, Foley Federal Building & U.S. Courthouse, 300 S Las Vegas Blvd, Las Vegas, NV 89101, on the 10th day of November, 2026, at 2:00 p.m. prevailing Pacific Time (“Hearing”). Parties are also permitted to appear telephonically by dialing (833) 435-1820 and entering meeting ID 161 166 2815 and access code 115788#.

If you intend to participate in the hearing, please check the Court’s website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at https://www.nvb.uscourts.gov/calendars/court-calendars/ and select the hearing judge. Next, click on the “calendar date” to view the hearing judge’s dial-in number and meeting access codes.

**IT IS FURTHER ORDERED** and notice is hereby given that any opposition or reply can be presented at the Hearing.

**IT IS FURTHER ORDERED** that service of this Order shall be completed no later than one business day after the date this Order is entered by the Court, upon the Chapter 7 Trustee and all parties receiving service under Local Rule 5005.

**IT IS SO ORDERED**.

Submitted by:

SPENCER FANE LLP

/s/ Richard F. Holley
Richard F. Holley, Esq. (NBN 3077)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Email: rholley@spencerfane.com
*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

# # #

[1] Unless otherwise provided, all defined terms have the same meaning ascribed to them in the Application.

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Spencer Fane LLP and that, on the 9th day of November 2026, I caused to be served a true and correct copy of NOTICE OF ENTRY OF ORDER SHORTENING TIME AND NOTICE OF HEARING ON INTERESTED PARTIES DOES' MOTION TO AMEND STIPULATED PROTECTIVE ORDER in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

/s/ Olivia Swibies
An employee of Spencer Fane LLP