NVB 8005 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

NUMALE CORPORATION
Debtor(s)

BK−25−10341−nmc
CHAPTER 11

Appeal Reference Number: 26−39

JOHN DOE 1, JOHN DOE 2, and JANE DOE
Appellant(s)

vs

MICHAEL CARMEL, the LIQUIDATION TRUSTEE FOR THE NUMALE LIQUIDATION TRUST
Appellee(s)

AMENDED NOTICE OF REFERRAL OF APPEAL TO UNITED STATES DISTRICT COURT

To: All Parties in Appeal
U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by RICHARD F. HOLLEY with the Clerk of the Bankruptcy Court on 11/6/26.

The above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 11/9/26

Dan Owens
Clerk of Court