NVB 8010−5 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

NUMALE CORPORATION
Debtor(s)

BK−25−10341−nmc
CHAPTER 11

Appeal Reference Number: 26−39

JOHN DOES 1, JOHN DOE 2 and JANE DOE
Appellant(s)

vs

MICHAEL CARMEL, the LIQUIDATION TRUSTEE FOR THE NUMALE LIQUIDATION TRUST
Appellee(s)

AMENDED TRANSMITTAL FORM TO UNITED STATES DISTRICT COURT

OFFICE NUMBER 0978/2

To: U.S. District Court
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South
Las Vegas, NV 89101

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | 26−cv−03527 |
| Bankruptcy Judge | NATALIE M. COX |
| Date Notice of Appeal Filed | 11/6/26 |
| Date of Entry of Order Appealed | 10/27/26 |
| Date Bankruptcy Filed | 1/22/25 |
| Other | |

Dated: 11/9/26

Dan Owens

Dan Owens
Clerk of Court