ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
COLLEEN N. SAVAGE, ESQ
Nevada Bar No. 14947
BENJAMIN B. GORDON
Nevada Bar No. 15552
**SGRO & ROGER**
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
csavage@sgroandroger.com
bgordon@sgroandroger.com

LUIS SALAZAR
Florida Bar No. 147788
**COLE SCHOTZ P.C.**
Brickell City Tower
80 SW 8th Street, Suite 1900
Miami, Florida 33130
Telephone: (305) 374-4802
Email: lsalazar@coleschotz.com
*Counsel for Quintairos, Prieto, Wood & Boyer, P.A.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**REMOTE**
Hearing Date: November 10, 2026
Hearing Time: 2:00 PM
Remote: (833) 435-1820
Meeting ID: 161 166 2815
Passcode: 115788#
Judge: Hon. Natalie M. Cox

**NOTICE OF ENTRY OF ORDER SHORTENING TIME AND NOTICE OF HEARING ON (I) Motion Of Quintairos, Prieto, Wood & Boyer, P.A. (i) for Relief From The Confirmation Order and Related Orders Under Fed. R. Civ. P. 60(B), Made Applicable By Fed. R. Bankr. P. 9024, As Applied to QPWB, (ii) To Remove Michael W. Carmel As Liquidation Trustee, (iii) To Disqualify Garman Turner Gordon LLP As Counsel To The Liquidation Trustee, And (iv) For Related Relief; and (II) Motion Of Quintairos, Prieto, Wood & Boyer, P.A. for (i) An Order Confirming That The Automatic Stay And Plan Injunction Are Inapplicable To Its Proposed Declaratory-Judgment Action, Or (ii) In The Alternative, Relief From The Automatic Stay And Plan Injunction, And For Leave Under The Barton Doctrine**

PLEASE TAKE NOTICE that the Order Shortening Time and Notice of Hearing on (I) Motion Of Quintairos, Prieto, Wood & Boyer, P.A. (i) for Relief From The Confirmation Order and Related Orders Under Fed. R. Civ. P. 60(B), Made Applicable By Fed. R. Bankr. P. 9024, As Applied to QPWB, (ii) To Remove Michael W. Carmel As Liquidation Trustee, (iii) To Disqualify Garman Turner Gordon LLP As Counsel To The Liquidation Trustee, And (iv) For Related Relief; and (II) Motion Of Quintairos, Prieto, Wood & Boyer, P.A. for (i) An Order Confirming That The Automatic Stay And Plan Injunction Are Inapplicable To Its Proposed Declaratory-Judgment Action, Or (ii) In The Alternative, Relief From The Automatic Stay And Plan Injunction, And For Leave Under The Barton Doctrine was entered on November 6, 2026. A copy of said Order and Notice of Entry of Hearing is attached.

If you intend to participate in the hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at https://www.nvb.uscourts.gov/calendars/court-calendars/

and select the hearing judge. Next, click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

Dated this 9th day of November, 2026.

Respectfully submitted,

**SGRO & ROGER**

BY: */s/ Benjamin Gordon*

Anthony P. Sgro, Esq.
Nevada Bar No. 3811
Colleen N. Savage, Esq
Nevada Bar No. 14947
Benjamin B. Gordon, Esq.
Nevada Bar No. 15552
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
tsgro@sgroandroger.com
csavage@sgroandroger.com
bgordon@sgroandroger.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2026, I caused the foregoing **Notice OF ENTRY OF ORDER SHORTENING TIME AND NOTICE OF HEARING** to be served as follows:

- X By CM/ECF electronic service on all registered users in these cases;
- ☐ By U.S. Mail, first-class postage prepaid, to: [Office of the U.S. Trustee; Michael W. Carmel, Liquidation Trustee; Garman Turner Gordon LLP; Paul, Weiss, Rifkind, Wharton & Garrison LLP; counsel to Sanchez; counsel to Beazley; counsel to NuMale Settling Defendants; ADDRESSES]
- ☐ By email to: [LIST]
- ☐ Other: [____]

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Caitlin Ferguson*
Employee of Sgro and Roger

Honorable Natalie M. Cox
United States Bankruptcy Judge

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION, *et al.*,<br><br>Debtors.<br><br>Jointly administered with:<br>Feliciano NuMale Nevada PLLC, Case No. 25-10342-nmc<br>NuMedical SC, Case No. 25-10343-nmc<br>NuMale Colorado SC, Case No. 25-10344-nmc<br>NuMale Florida TB PLLC, Case No. 25-10345-nmc<br>NuMale Nebraska LLC, Case No. 25-10346-nmc<br>NuMale New Mexico SC, Case No. 25-10347-nmc | Lead Case No. 25-10341-nmc<br>(Jointly Administered)<br><br>Chapter 11<br><br>**ORDER SHORTENING TIME TO HEAR (I) MOTION OF QUINTAIROS, PRIETO, WOOD & BOYER, P.A. FOR RELIEF FROM THE CONFIRMATION ORDER AND RELATED ORDERS UNDER FED. R. CIV. P. 60(b), MADE APPLICABLE BY FED. R. BANKR. P. 9024, AS APPLIED TO QPWB; TO REMOVE MICHAEL W. CARMEL AS LIQUIDATION TRUSTEE; TO DISQUALIFY GARMAN TURNER GORDON LLP AS COUNSEL TO THE LIQUIDATION TRUSTEE; AND FOR RELATED RELIEF [ECF NO. 1007]; AND (II) MOTION OF QUINTAIROS, PRIETO, WOOD & BOYER, P.A. FOR (I) AN ORDER CONFIRMING THAT THE AUTOMATIC STAY AND PLAN INJUNCTION ARE INAPPLICABLE TO ITS PROPOSED DECLARATORY-JUDGMENT ACTION, OR (II) IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY AND PLAN INJUNCTION, AND FOR LEAVE UNDER** |

**THE BARTON DOCTRINE [ECF NO. 1010]**

Hearing Date: November 10, 2026,
Hearing Time: 2:00 PM

The Court, having considered the *Ex Parte Application for Order Shortening Time* (the "Application") filed by Quintairos, Prieto, Wood & Boyer, P.A. ("QPWB"), seeking to shorten the time to hear (i) QPWB's *Motion for Relief from the Confirmation Order and Related Orders Under Fed. R. Civ. P. 60(b), Made Applicable by Fed. R. Bankr. P. 9024, as Applied to QPWB; to Remove Michael W. Carmel as Liquidation Trustee; to Disqualify Garman Turner Gordon LLP as Counsel to the Liquidation Trustee; and for Related Relief* [ECF No. 1007] (the "Rule 60(b) Motion"), and (ii) QPWB's *Motion for (I) an Order Confirming that the Automatic Stay and Plan Injunction Are Inapplicable to Its Proposed Declaratory-Judgment Action, or (II) in the Alternative, Relief from the Automatic Stay and Plan Injunction, and for Leave Under the Barton Doctrine* [ECF No. 1010] (the "Stay Motion," and together with the Rule 60(b) Motion, the "Motions"); the accompanying declaration of counsel and the Attorney Information Sheet filed concurrently with the Application; and good cause appearing under 11 U.S.C. § 105(a), Fed. R. Bankr. P. 9006(c)(1), and Local Rule 9006,

**IT IS HEREBY ORDERED** that the Application is GRANTED.

**IT IS FURTHER ORDERED** that the Motions shall be heard on an expedited basis.

**IT IS FURTHER ORDERED** that a hearing on the Motions will take place on **November 10, 2026**, at **2:00 PM**. (Pacific), before the Honorable Natalie M. Cox at the United States Bankruptcy Court for the District of Nevada, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, Nevada 89101, Courtroom 3.

**IT IS FURTHER ORDERED** that parties are permitted to appear remotely via the Court's Zoom video/teleconference line. If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions related to the court participation number and access code. The Dial in Number is NMC (833) 435-1820, Meeting ID 161 166 2815, Passcode 115788.

**IT IS FURTHER ORDERED** that any response or opposition to either Motion may be may be presented orally at the hearing.

**IT IS FURTHER ORDERED** that, no later than one (1) business day after entry of this Order, QPWB shall serve a copy of this Order, together with notice of the date and time of the hearing, on the Liquidation Trustee and his counsel, the Office of the United States Trustee, and all other parties entitled to notice, by the most expeditious means practicable, including electronic mail.

**IT IS FURTHER ORDERED** that this Order shortens time only. Nothing in this Order constitutes a ruling on the merits of either Motion, and all rights, objections, and defenses of all parties with respect to the Motions are expressly preserved.

IT IS SO ORDERED.

Respectfully submitted,

SGRO & ROGER

By: */s/ Anthony Sgro*
ANTHONY P. SGRO, ESQ. (NBN 3811)
COLLEEN N. SAVAGE, ESQ. (NBN 14947)
2901 El Camino Avenue, Suite 204
Las Vegas, NV 89102
*Attorneys for Quintairos, Prieto, Wood & Boyer, P.A.*