**ANDERSEN BEEDE WEISENMILLER**
Ryan A. Andersen, Esq.
Nevada Bar No. 12321
Email: *ryan@abwfirm.com*
3199 E Warm Springs Rd, Ste 400
Las Vegas, Nevada 89120
Phone: 702-522-1992
Fax: 702-825-2824

*Counsel for Interested Party Justin Pulliam*

ANDERSEN BEEDE WEISENMILLER

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br>FELICIANO NUMALE NEVADA PLLC, ☐<br>NUMEDICAL SC, ☐<br>NUMALE COLORADO SC, ☐<br>NUMALE FLORIDA TB PLLC, ☐<br>NUMALE NEBRASKA LLC, ☐<br>NUMALE NEW MEXICO SC, ☐<br>NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Case No.: 25-10341-NMC **(Lead Case)**<br>Chapter 11<br><br>**Jointly administered with:**<br><br>Case No. BK-S-25-10342-NMC<br>Case No. BK-S-25-10343-NMC<br>Case No. BK-S-25-10344-NMC<br>Case No. BK-S-25-10345-NMC<br>Case No. BK-S-25-10346-NMC<br>Case No. BK-S-25-10347-NMC |

**CERTIFICATE OF SERVICE**

1. On November 10, 2026, I caused to be served the following document(s):

   a. JUSTIN PULLIAM'S JOINDER TO TRUSTEE'S OPPOSITION TO MOTION OF JOHN DOE 1, JOHN DOE 2, AND JANE DOE TO AMEND STIPULATED PROTECTIVE ORDER [ECF NO. 1148] (ECF No. 1161).

ABW ANDERSEN BEEDE WEISENMILLER

2. I served the above-named document(s) by the following means upon the persons as listed below:

[ X ] a. **BY ECF SYSTEM:**

RYAN A. ANDERSEN on behalf of Creditor JUSTIN PULLIAM
ryan@aandblaw.com, melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

LORI M. BENCOE on behalf of Creditor Michael E. Sanchez
lori@bencoelaw.com, maggie@bencoelaw.com

OGONNA M. BROWN on behalf of Creditor Michael E. Sanchez
Ogonna.Brown@wbd-us.com, ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

CANDACE C CARLYON on behalf of Creditor TOP TIER CAPITAL
ccarlyon@carlyoncica.com, CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com;mgomez@carlyoncica.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

GREGORY E GARMAN on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

GREGORY E GARMAN on behalf of Trustee MICHAEL W. CARMEL
ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

BENJAMIN GORDON on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
bgordon@sgroandroger.com, ncohen@sgroandroger.com

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI on behalf of Trustee MICHAEL W. CARMEL
tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

ABW ANDERSEN BEEDE WEISENMILLER

BLAKELEY E. GRIFFITH on behalf of Creditor N2 COMPANY
bgriffith@swlaw.com,
docket_las@swlaw.com;mfull@swlaw.com;jfung@swlaw.com;sdugan@swlaw.com

STEVEN T GUBNER on behalf of Interested Party BG LAW LLP
sgubner@bg.law, ecf@bg.law

MARJORIE A. GUYMON on behalf of Defendant THE LCF GROUP, INC.
bankruptcy@goldguylaw.com,
lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguylaw.com;danielled@goldguylaw.com

RICHARD F. HOLLEY on behalf of Interested Party JANE DOE
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

RICHARD F. HOLLEY on behalf of Interested Party JOHN DOE 1
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

RICHARD F. HOLLEY on behalf of Interested Party JOHN DOE 2
rholley@spencerfane.com, oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

ROBERT MCKAY HOLLEY on behalf of Interested Party JANE DOE
mholley@spencerfane.com, oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

ROBERT MCKAY HOLLEY on behalf of Interested Party JOHN DOE 1
mholley@spencerfane.com, oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

ROBERT MCKAY HOLLEY on behalf of Interested Party JOHN DOE 2
mholley@spencerfane.com, oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

MATTHEW L. JOHNSON on behalf of Creditor Prospect Rainbow, LLC
mjohnson@mjohnsonlaw.com,
annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Plaintiff MICHAEL W. CARMEL, CHAPTER 11 TRUSTEE
mlangsner@gtg.legal, bknotices@gtg.legal

ABW ANDERSEN BEEDE WEISENMILLER

MARY LANGSNER on behalf of Trustee CHAPTER 11 - LV
mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER on behalf of Trustee MICHAEL W. CARMEL
mlangsner@gtg.legal, bknotices@gtg.legal

JOSEPH S. MANISCALCO, I on behalf of Creditor THE LCF GROUP, INC.
jsm@lhmlawfirm.com

JOSEPH S. MANISCALCO, I on behalf of Defendant THE LCF GROUP, INC.
jsm@lhmlawfirm.com

BOB L. OLSON on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
bolson@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com

DAVID A RIGGI on behalf of Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE CORPORATION
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE COLORADO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

ANDERSEN BEEDE WEISENMILLER

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

DAVID A RIGGI on behalf of Jnt Admin Debtor NUMEDICAL SC
riggilaw@gmail.com, 2782@notices.nextchapterbk.com

ALYSSA A. ROGAN on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
alyssa.rogan@usdoj.gov

STACY H RUBIN on behalf of Creditor Howard & Howard
rubins@ballardspahr.com,
DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

LUIS SALAZAR on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
lsalazar@coleschotz.com, luis-salazar-4791@ecf.pacerpro.com;UIkpe@coleschotz.com;JCeide@coleschotz.com;Alee-sin@coleschotz.com;DFernandez@coleschotz.com;cs-eservice-Miami@coleschotz.com

STEVEN B. SCOW on behalf of Creditor CHRISTOPHER ASANDRA
sscow@kskdlaw.com, dscow@kskdlaw.com

ANTHONY P SGRO on behalf of Creditor QUINTAIROS, PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO
tsgro@sgroandroger.com, efile@sgroandroger.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE, LLC
dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

JUSTIN CHARLES VALENCIA on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11
justin.c.valencia@usdoj.gov

MARK M. WEISENMILLER on behalf of Creditor JUSTIN PULLIAM
mark@abwfirm.com, mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

JOSEPH G. WENT on behalf of Defendant BRAD PALUBICKI
jgwent@hollandhart.com,
vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE
jgwent@hollandhart.com,
vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT on behalf of Interested Party BRAD PALUBICKI
jgwent@hollandhart.com,
vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

STUART FREEMAN WILSON-PATTON on behalf of Creditor TN Dept of Revenue
stuart.wilson-patton@ag.tn.gov

MATTHEW C. ZIRZOW on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623
mzirzow@lzlawnv.com,
hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

[ X ] b. **UNITED STATES MAIL, POSTAGE FULLY PREPAID:**

BURR AND FORMAN LLP
222 SECOND AVENUE SOUTH, SUITE 2000
NASHVILLE, TN 37201

SUMMER CRAIG
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

BRYCE FRIEDMAN
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

ALEX L. FUGAZZI, ESQ.
SNELL & WILMER, L.L.P.
1700 SOUTH PAVILION CENTER DR., SUITE 700
LAS VEGAS, NV 89135

Ford Motor Credit Company, LLC,
c/o AIS Portfolio Services, LLC
4515 N Santa Fe Ave. Dept. APS
Oklahoma City, OK 73118

GARMAN TURNER GORDON LLP
on behalf of Trustee MICHAEL W. CARMEL
7251 AMIGO ST., STE. 210
LAS VEGAS, NV 89119

ABW ANDERSEN BEEDE WEISENMILLER

ABW ANDERSEN BEEDE WEISENMILLER

CHARLES E. GIANELLONI
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DR., SUITE 700
LAS VEGAS, NV 89135

KELCIE JIMENEZ
11439 MANZANO VISTA AVE SE
ALBUQUERQUE, NM 87123

BOB L. OLSON
SNELL AND WILMER L.L.P.
1700 SOUTH PAVILION CENTER DR., SUITE 700
LAS VEGAS, NV 89135

MICHAEL REPPAS on behalf of Creditor EBF HOLDINGS, LLC
12496 NW 25 STREET
SWEETWATER, FL 33182

RIGGI LAW FIRM on behalf of Debtor NUMALE CORPORATION
7900 W SAHARA AVE, SUITE 100
LAS VEGAS, NV 89117

RUBIN BROWN LLP
10801 W. CHARLESTON BLVD., SUITE 300
LAS VEGAS, NV 89135

COLLEEN N. SAVAGE, ESQ.
SGRO & ROGER
2901 EL CAMINO AVE., SUITE 204
LAS VEGAS, NV 89102

ZACHARY WEINER
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

Ryan J Works
McDonald Carano LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, NV 89102

DAVID ZYLBERBERG
SIMPSON THACHER AND BARTLETT LLP
425 LEXINGTON AVENUE
NEW YORK, NY 10017

ANDERSEN BEEDE WEISENMILLER

[ ] c. **PERSONAL SERVICE:**

I personally delivered the document(s) to the persons at these addresses:

[ ] For a party represented by an attorney, delivery was made by handing the document(s) to the attorney or by leaving the document(s) at the attorney's office with a clerk or other person in charge, or if no such person was available by leaving the document(s) in a conspicuous place in the office.

[ ] For a party, delivery was made by handing the documents(s) to the party or by leaving the document(s) at the persons dwelling house or usual place of abode with someone of suitable age and discretion residing there.

[ ] d. **DIRECT EMAIL (as opposed to through the ECF System):**

Based upon a written agreement to accept service by email or pursuant to a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

[ ] e. **FACSIMILE:**

Based upon the written agreement of the parties to accept service by fax transmission or pursuant to a court order, I caused the document(s) to be faxed to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached hereto.

[ ] f. **MESSENGER:**

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for delivery and service. A declaration by the messenger is attached to this certificate of service.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed on: November 10, 2026

| | |
|---|---|
| Melissa Soriano | */s/ Melissa Soriano* |
| (Name of Declarant) | An employee of Andersen Beede Weisenmiller |