Richard F. Holley, Esq.
Nevada Bar No. 3077
R. McKay Holley, Esq.
Nevada Bar No. 15934
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>Hearing Date: November 10, 2026<br>Hearing Time: 2:00 P.M.<br><br>Judge: Hon. Natalie M. Cox |

**INTERESTED PARTIES DOES' NOTICE OF REDLINED EXHIBIT 1 TO AMENDMENT TO STIPULATED PROTECTIVE ORDER (ECF 1148)**

On November 10, 2026, hearing ("Hearing") was held on the Interested parties John Doe 1, John Doe 2 and Jane Doe's ("Doe Parties" or "Movants") Motion To Amend Stipulated Protective Order filed by and through counsel ("Motion") [ECF No. 1148].[1] At the Hearing the Court allowed Movants to file with the court their proposed changes to Exhibit 1 of the Motion (ECF No. 1148

[1] All references to "ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption above ("Case") as they appear on the docket ("Docket") maintained by the Clerk of the Court of the United States Bankruptcy Court for the District of Nevada. Capitalized terms used but not otherwise defined in this Motion shall have the meanings ascribed to them in the Motion.

PDF pp. 5–8). Movants attach in redline their proposed changes to Amendment To Stipulated Protective Order, attached here as **Exhibit 1**.

Dated this 10th day of November 2026.

SPENCER FANE LLP

/s/ Richard F. Holley
Richard F. Holley, Esq. (NBN 3077)
R. McKay Holley, Esq. (NBN 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 408-3400 | Fax: (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John 1 Doe, John 2 Doe and Jane Doe*

# EXHIBIT 1

Richard F. Holley, Esq.
Nevada Bar No. 3077
R. McKay Holley, Esq.
Nevada Bar No. 15934
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>☒ NUMALE CORPORATION,<br>☒ FELICIANO NUMALE NEVADA PLLC,<br>☒ NUMEDICAL SC,<br>☒ NUMALE COLORADO SC,<br>☒ NUMALE FLORIDA TB PLLC.<br>☒ NUMALE NEBRASKA LLC,<br>☒ NUMALE NEW MEXICO SC,<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br>Jointly Administered with:<br>Case No.: 25-10342-nmc<br>Case No.: 25-10343-nmc<br>Case No.: 25-10344-nmc<br>Case No.: 25-10345-nmc<br>Case No.: 25-10346-nmc<br>Case No.: 25-10347-nmc<br><br>Judge: Hon. Natalie M. Cox |

**AMENDMENT TO STIPULATED PROTECTIVE ORDER**

This Amendment to Stipulated Protective Order ("Amendment") is entered into by and between Michael W. Carmel, the Liquidating Trustee of the NuMale Liquidating Trust (the "Trustee") and John Doe 1, John Doe 2 and Jane Doe (collectively the "Interested Parties") in order to provide additional protections, rights and remedies to the Interested Parties beyond those set forth in the Stipulated Protective Order entered into between the Trustee and Quintairos, Prieto, Wood & Boyer, P.A. ("QPWB") by and through their respective counsel of record[1] and filed with the United States Bankruptcy Court for the District of Nevada (ECF No. 1122) as set forth below.

[1] Garman Turner Gordon LLP, counsel to the Trustee, also represents Christopher Asandra, M.D., Carlos Feliciano, M.D., Brad Palubicki, and Justin Pulliam (collectively, the "NuMale Individuals") in actions against QPWB and its attorneys. The NuMale Individuals are not Parties to this Order or to the relief requested herein.

**RECITALS**

A. On November 11, 2026, the Court entered the Stipulated Protective Order ("Order") by and between the Trustee and QPWB by and through their respective counsel of record.

B. On October 27, 2026, the Interested Parties filed a Motion to Quash or in the Alternative Motion for Protective Order ("Motion")(ECF No. 1080). The hearing on the Motion was requested pursuant to an Ex Parte Application for Order Shortening Time (ECF No. 1082).

C. The Motion initially came on for hearing on October 29, 2026 at 11:30 a.m. The hearing was subsequently continued to November 5, 2026 ("Continued Hearing").

D. At the continued hearing the Court denied the Motion and directed QPWB to provide the names of forty-six (46) attorneys of QPWB, without prejudice to expand the list to additional attorneys.

E. At the Continued Hearing, the Interested Parties orally requested a stay pending appeal pursuant to Fed. R. Bankr. P. 8007(a)(1). The Court denied the request for a stay pending appeal.

F. The Court did, however, pursuant to the terms of the Order invite the Interested Parties to propose additional provisions to the Order to protect their respective interests to the extent any or all of the Interested Parties were among the 46 attorneys, or additional attorneys at QPWB whose names were ordered to be produced to the Trustee.

G. On November 6, 2026, the Interested Parties filed a Notice of Appeal of the Court of order denying the Motion with the United States Federal District Court for the District of Nevada (Appeal)(ECF No. 1334*)*, and prepared a Motion for Stay Pending Appeal (ECF No. _) pursuant to an Ex Parte Application for Order Shortening Time (ECF No.   ).

**THE FOLLOWING SHALL BE INCLUDED AS ADDITIONAL TERMS TO THE ORDER:**.

1. Incorporation by Reference. The terms and provisions of the Order are incorporated by reference in their totality to this Amendment except as modified below.

2. Protected Information: Shall include any Personal Information of the Interested Parties which Personal Information shall be considered PROTECTED INFORMATION and shall be deemed labeled as HIGHLY CONFIDENTIAL/ATTORNEY'S EYES ONLY pursuant to the terms of the Order.

3. Personal Information. Shall mean any information that is personal to the Interested Parties, including but not limited to financial information that is not a matter of public record, or public knowledge.

4. Counsel or Attorneys. The term "counsel" or attorneys" shall be expanded to include Spencer Fane LLP as outside counsel of record, and including any such attorneys, paralegals, secretaries, copy vendors, and other support staff employed by Spencer Fane, LLP.

5. Pleading Information. Doe counsel shall be given sufficient advance notice of the Trustee's filing of the contemplated complaint for fraudulent transfer including court/jurisdiction, so that Doe counsel can file a motion to seal. Sufficient advance notice should be no less than two business days to enable Doe counsel to research the sealing requirements of the selected jurisdiction, prepare and file a motion to seal. The Trustee will not oppose any such motion.~~With respect to the Interested Parties, **shall exclude** the public disclosure of their names in any filing with a court of competent jurisdiction including, but not limited to any Subsequent Action; instead, any such filing that includes the names of the Interested Parties shall be filed under seal, including but not limited to any Subsequent Action. Furthermore, neither the Trustee nor his counsel shall publicly disclose the name or identity of the Interested Parties, to any third party, not otherwise designated as "Outside Counsel" in the Order.~~

6. Reservation of Rights. Shall include the preservation of any right to pursue any claim or cause of action by the Interested Parties against the Trustee or Outside Counsel for damages arising

out of the disclosure of Personal Information or the names of the Interested Parties, including but not limited to financial harm, reputational harm or business harm.

/ / /

/ / /

/ / /

/ / /

7. Termination. Shall include the successful pursuit of the Appeal by Interested Parties and or the successful defense of any action including any Subsequent Action initiated by the Trustee.

Dated: November __, 2026.

GARMAN TURNER GORDON LLP

By: ____________
Gregory E. Garman, Esq.
Talitha Gray Kozlowski, Esq.
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
*Attorneys for Michael Carmel, Liquidating Trustee of the NuMale Liquidating Trust*

Dated: November __, 2026.

SNELL & WILMER L.L.P.

By: ____________
Bob L. Olson, Esq.
Alex L. Fugazzi, Esq.
Charles E. Gianelloni, Esq.
1700 South Pavilion Center Drive, Suite 700
Las Vegas, Nevada 89135
*Attorneys for Quintairos, Prieto, Wood & Boyer, P.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Spencer Fane LLP and that, on the 10th day of November 2026, I caused to be served a true and correct copy of INTERESTED PARTIES DOES' NOTICE OF REDLINED EXHIBIT 1 TO AMENDMENT TO STIPULATED PROTECTIVE ORDER (ECF 1148) in the following manner:

☒ (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

☐ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date written above.

☐ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date written above.

☐ (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date written above.

/s/ Olivia Swibies
An employee of Spencer Fane LLP