ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
BENJAMIN B. GORDON
Nevada Bar No. 15552
**SGRO & ROGER**
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
bgordon@sgroandroger.com
*Counsel for Quintairos, Prieto, Wood & Boyer, P.A.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**NOTICE OF WITHDRAWAL OF MOTION OF QUINTAIROS, PRIETO, WOOD & BOYER, P.A. (i) FOR RELIEF FROM THE CONFIRMATION ORDER AND RELATED ORDERS UNDER FED. R. CIV. P. 60(b), MADE APPLICABLE BY FED. R. BANKR. P. 9024, AS APPLIED TO QPWB, (ii) TO REMOVE MICHAEL W. CARMEL AS LIQUIDATION TRUSTEE, (iii) TO DISQUALIFY GARMAN TURNER GORDON LLP AS COUNSEL TO THE LIQUIDATION TRUSTEE, AND (iv) FOR RELATED RELIEF**

Quintairos, Prieto, Wood & Boyer, P.A. ("QPWB"), by and through its undersigned counsel, hereby gives notice that it withdraws, in its entirety and without prejudice, the following motion:

**Motion Of Quintairos, Prieto, Wood & Boyer, P.A. (i) for Relief From The Confirmation Order and Related Orders Under Fed. R. Civ. P. 60(b), Made Applicable By Fed. R. Bankr. P. 9024, As Applied to QPWB, (ii) To Remove Michael W. Carmel As Liquidation Trustee, (iii) To Disqualify Garman Turner Gordon LLP As Counsel To The Liquidation Trustee, And (iv) For Related Relief**; filed 10/7/26; ECF No. 1007.

Dated this 10th day of November, 2026.

Respectfully submitted,

**SGRO & ROGER**

BY: *__/S/ Benjamin Gordon__*
Anthony P. Sgro, Esq.
Nevada Bar No. 3811
Benjamin B. Gordon, Esq.
Nevada Bar No. 15552
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
tsgro@sgroandroger.com
bgordon@sgroandroger.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2026, I caused the foregoing Notice Of Withdrawal of Motion [ECF 1007]to be served as follows:

X By CM/ECF electronic service on all registered users in these cases.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Nelson Cohen*
Employee of Sgro and Roger