ANTHONY P. SGRO, ESQ.
Nevada Bar No. 3811
BENJAMIN B. GORDON
Nevada Bar No. 15552
**SGRO & ROGER**
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
Telephone: (702) 384-9800
Facsimile: (702) 665-4120
tsgro@sgroandroger.com
bgordon@sgroandroger.com
*Counsel for Quintairos, Prieto, Wood & Boyer, P.A.*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| In re:<br><br>NUMALE CORPORATION,<br><br>AFFECTS THIS DEBTOR, ☐<br><br>AFFECTS FELICIANO NUMALE NEVADA PLLC, ☐<br><br>NUMEDICAL SC, ☐<br><br>NUMALE COLORADO SC, ☐<br><br>NUMALE FLORIDA TB PLLC, ☐<br><br>NUMALE NEBRASKA LLC, ☐<br><br>NUMALE NEW MEXICO SC, ☐<br><br>NUMALE ALL DEBTORS, ☒<br><br>Debtors. | Lead Case No.: 25-10341-nmc<br>Chapter 11<br><br>*Jointly administered with:*<br><br>Feliciano NuMale Nevada PLLC<br>Case No. 25-10342-nmc<br><br>NuMedical SC<br>Case No. 25-10343-nmc<br><br>NuMale Colorado SC<br>Case No. 25-10344-nmc<br><br>NuMale Florida TB PLLC<br>Case No. 25-10345-nmc<br><br>NuMale Nebraska LLC<br>Case No. 25-10346-nmc<br><br>NuMale New Mexico SC<br>Case No. 25-10347-nmc |

**NOTICE OF WITHDRAWAL OF MOTION OF QUINTAIROS, PRIETO, WOOD & BOYER, P.A. FOR (I) AN ORDER CONFIRMING THAT THE AUTOMATIC STAY AND PLAN INJUNCTION ARE INAPPLICABLE TO ITS PROPOSED DECLARATORY-JUDGMENT ACTION, OR (II) IN THE ALTERNATIVE, RELIEF FROM THE AUTOMATIC STAY AND PLAN INJUNCTION, AND FOR LEAVE UNDER THE BARTON DOCTRINE**

Quintairos, Prieto, Wood & Boyer, P.A. ("QPWB"), by and through its undersigned counsel, hereby gives notice that it withdraws, in its entirety and without prejudice, the following motion:

**Motion Of Quintairos, Prieto, Wood & Boyer, P.A. for (I) an Order Confirming That the Automatic Stay and Plan Injunction Are Inapplicable to Its Proposed Declaratory-Judgment Action, or (II) in the Alternative, Relief From the Automatic Stay and Plan Injunction, and for Leave Under the Barton Doctrine**

filed 10/8/26; ECF No. 1010.

Dated this 10th day of November, 2026.

Respectfully submitted,

**SGRO & ROGER**

BY: *<u>/s/ Benjamin Gordon</u>*
Anthony P. Sgro, Esq.
Nevada Bar No. 3811
Benjamin B. Gordon, Esq.
Nevada Bar No. 15552
2901 El Camino Ave., Suite 204
Las Vegas, Nevada 89102
tsgro@sgroandroger.com
bgordon@sgroandroger.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of November, 2026, I caused the foregoing Notice Of Withdrawal of Motion [ECF 1010] to be served as follows:

X By CM/ECF electronic service on all registered users in these cases.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Nelson Cohen*
Employee of Sgro and Roger