United States Bankruptcy Court
District of Nevada

In re: Case No. 25-10341-nmc
NUMALE CORPORATION Chapter 11
Debtor

# CERTIFICATE OF NOTICE

District/off: 0978-2 User: admin Page 1 of 4
Date Rcvd: Nov 09, 2026 Form ID: apbrefer Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| aty | + | GARMAN TURNER GORDON LLP, 7251 AMIGO ST., STE. 210, LAS VEGAS, NV 89119-4302 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 6, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYSSA A. ROGAN | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 alyssa.rogan@usdoj.gov |
| ANTHONY P SGRO | on behalf of Creditor QUINTAIROS PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO tsgro@sgroandroger.com, efile@sgroandroger.com |
| BENJAMIN GORDON | on behalf of Creditor QUINTAIROS PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO bgordon@sgroandroger.com, ncohen@sgroandroger.com |
| BLAKELEY E. GRIFFITH | on behalf of Creditor N2 COMPANY bgriffith@swlaw.com docket_las@swlaw.com;mfull@swlaw.com;jfung@swlaw.com;sdugan@swlaw.com |
| BOB L. OLSON | on behalf of Creditor QUINTAIROS PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO |

| | |
|---|---|
| | bolson@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com |
| CANDACE C CARLYON | on behalf of Creditor TOP TIER CAPITAL ccarlyon@carlyoncica.com CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com;mgomez@carlyoncica.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMEDICAL SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE CORPORATION riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE NEBRASKA LLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor FELICIANO NUMALE NEVADA PLLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE NEW MEXICO SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE COLORADO SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Jnt Admin Debtor NUMALE COLORADO SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMEDICAL SC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A RIGGI | on behalf of Debtor NUMALE FLORIDA TB PLLC riggilaw@gmail.com 2782@notices.nextchapterbk.com |
| DAVID A. STEPHENS | on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC dstephens@davidstephenslaw.com dstephens@lvcoxmail.com |
| DAVID A. STEPHENS | on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE LLC dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com |
| GREGORY E GARMAN | on behalf of Trustee MICHAEL W. CARMEL ggarman@gtg.legal bknotices@gtg.legal,ecf-processing@gtg.legal |
| GREGORY E GARMAN | on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal |
| JOSEPH G. WENT | on behalf of Defendant BRAD PALUBICKI jgwent@hollandhart.com vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com |
| JOSEPH G. WENT | on behalf of Interested Party BRAD PALUBICKI jgwent@hollandhart.com vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com |
| JOSEPH G. WENT | on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE jgwent@hollandhart.com vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com |
| JOSEPH S. MANISCALCO, I | on behalf of Defendant THE LCF GROUP INC. jsm@lhmlawfirm.com |
| JOSEPH S. MANISCALCO, I | on behalf of Creditor THE LCF GROUP INC. jsm@lhmlawfirm.com |
| JUSTIN CHARLES VALENCIA | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 justin.c.valencia@usdoj.gov |
| LORI M. BENCOE | |

on behalf of Creditor Michael E. Sanchez lori@bencoelaw.com maggie@bencoelaw.com

LUIS SALAZAR
on behalf of Creditor QUINTAIROS PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO lsalazar@coleschotz.com, luis-salazar-4791@ecf.pacerpro.com;UIkpe@coleschotz.com;JCeide@coleschotz.com;Alee-sin@coleschotz.com;DFernandez@coleschotz.com;cs-eservice-Miami@coleschotz.com

MARJORIE A. GUYMON
on behalf of Defendant THE LCF GROUP INC. bankruptcy@goldguylaw.com, lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguylaw.com;danielled@goldguylaw.com

MARK M. WEISENMILLER
on behalf of Creditor JUSTIN PULLIAM mark@abwfirm.com mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

MARY LANGSNER
on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER
on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER
on behalf of Trustee CHAPTER 11 - LV mlangsner@gtg.legal bknotices@gtg.legal

MARY LANGSNER
on behalf of Trustee MICHAEL W. CARMEL mlangsner@gtg.legal bknotices@gtg.legal

MATTHEW C. ZIRZOW
on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 mzirzow@lzlawnv.com hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

MATTHEW L. JOHNSON
on behalf of Creditor Prospect Rainbow LLC mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

OGONNA M. BROWN
on behalf of Creditor Michael E. Sanchez Ogonna.Brown@wbd-us.com ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

RICHARD F. HOLLEY
on behalf of Interested Party JANE DOE rholley@spencerfane.com oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

RICHARD F. HOLLEY
on behalf of Interested Party JOHN DOE 2 rholley@spencerfane.com oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

RICHARD F. HOLLEY
on behalf of Interested Party JOHN DOE 1 rholley@spencerfane.com oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

ROBERT MCKAY HOLLEY
on behalf of Interested Party JANE DOE mholley@spencerfane.com oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

ROBERT MCKAY HOLLEY
on behalf of Interested Party JOHN DOE 1 mholley@spencerfane.com oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

ROBERT MCKAY HOLLEY
on behalf of Interested Party JOHN DOE 2 mholley@spencerfane.com oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

RYAN A. ANDERSEN
on behalf of Creditor JUSTIN PULLIAM ryan@aandblaw.com melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

STACY H RUBIN
on behalf of Creditor Howard & Howard rubins@ballardspahr.com DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STEVEN B. SCOW
on behalf of Creditor CHRISTOPHER ASANDRA sscow@kskdlaw.com dscow@kskdlaw.com

STEVEN T GUBNER
on behalf of Interested Party BG LAW LLP sgubner@bg.law ecf@bg.law

STUART FREEMAN WILSON-PATTON

on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov

TALITHA B. GRAY KOZLOWSKI
on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI
on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI
on behalf of Trustee MICHAEL W. CARMEL tgray@gtg.legal bknotices@gtg.legal;ecf-processing@gtg.legal

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

TOTAL: 56

NVB 8005 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

NUMALE CORPORATION
Debtor(s)

BK–25–10341–nmc
CHAPTER 11

Appeal Reference Number: 26–39

MICHAEL CARMEL, the LIQUIDATION TRUSTEE FOR THE NUMALE LIQUIDATION TRUST
Appellant(s)

vs

JOHN DOE 1, JOHN DOE 2, AND JANE DOE
Appellee(s)

NOTICE OF REFERRAL
OF APPEAL TO
UNITED STATES DISTRICT COURT

To: All Parties in Appeal
U.S. Trustee

**NOTICE IS GIVEN** that a Notice of Appeal has been filed by RICHARD F. HOLLEY with the Clerk of the Bankruptcy Court on 11/6/26.

The above appeal has been referred to the U.S. District Court as the Appellant has filed an Objection/Election for hearing before U.S. District Court with Notice of Appeal.

Dated: 11/6/26

Dan Owens
Dan Owens
Clerk of Court