United States Bankruptcy Court
District of Nevada

In re:
NUMALE CORPORATION
Debtor

Case No. 25-10341-nmc
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 0978-2
Date Rcvd: Nov 09, 2026

User: admin
Form ID: apbtform

Page 1 of 4
Total Noticed: 0

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2026:**

NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | JANE DOE |
| intp | | JOHN DOE 1 |
| intp | | JOHN DOE 2 |

TOTAL: 3 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 11, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ALYSSA A. ROGAN | on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 alyssa.rogan@usdoj.gov |
| ANTHONY P SGRO | on behalf of Creditor QUINTAIROS PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO tsgro@sgroandroger.com, efile@sgroandroger.com |
| BENJAMIN GORDON | on behalf of Creditor QUINTAIROS PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO bgordon@sgroandroger.com, ncohen@sgroandroger.com |
| BLAKELEY E. GRIFFITH | on behalf of Creditor N2 COMPANY bgriffith@swlaw.com docket_las@swlaw.com;mfull@swlaw.com;jfung@swlaw.com;sdugan@swlaw.com |
| BOB L. OLSON | on behalf of Creditor QUINTAIROS PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO bolson@swlaw.com, mfull@swlaw.com;docket_las@swlaw.com;sdugan@swlaw.com |
| CANDACE C CARLYON | |

on behalf of Creditor TOP TIER CAPITAL ccarlyon@carlyoncica.com CRobertson@carlyoncica.com;narceneaux@carlyoncica.com;9232006420@filings.docketbird.com;Dcica@carlyoncica.com;pfalkensammer@carlyoncica.com;mgomez@carlyoncica.com

DAVID A RIGGI
on behalf of Debtor NUMALE NEBRASKA LLC riggilaw@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
on behalf of Jnt Admin Debtor NUMEDICAL SC riggilaw@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
on behalf of Jnt Admin Debtor NUMALE FLORIDA TB PLLC riggilaw@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
on behalf of Debtor FELICIANO NUMALE NEVADA PLLC riggilaw@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
on behalf of Debtor NUMALE COLORADO SC riggilaw@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
on behalf of Debtor NUMALE NEW MEXICO SC riggilaw@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
on behalf of Debtor NUMALE FLORIDA TB PLLC riggilaw@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
on behalf of Debtor NUMEDICAL SC riggilaw@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
on behalf of Jnt Admin Debtor NUMALE COLORADO SC riggilaw@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
on behalf of Jnt Admin Debtor NUMALE NEW MEXICO SC riggilaw@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
on behalf of Debtor NUMALE CORPORATION riggilaw@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
on behalf of Jnt Admin Debtor FELICIANO NUMALE NEVADA PLLC riggilaw@gmail.com 2782@notices.nextchapterbk.com

DAVID A RIGGI
on behalf of Jnt Admin Debtor NUMALE NEBRASKA LLC riggilaw@gmail.com 2782@notices.nextchapterbk.com

DAVID A. STEPHENS
on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE LLC dstephens@davidstephenslaw.com, dstephens@lvcoxmail.com

DAVID A. STEPHENS
on behalf of Creditor NEWTEK SMALL BUSINESS FINANCE INC dstephens@davidstephenslaw.com dstephens@lvcoxmail.com

GREGORY E GARMAN
on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE ggarman@gtg.legal, bknotices@gtg.legal,ecf-processing@gtg.legal

GREGORY E GARMAN
on behalf of Trustee MICHAEL W. CARMEL ggarman@gtg.legal bknotices@gtg.legal,ecf-processing@gtg.legal

JOSEPH G. WENT
on behalf of Defendant BRAD PALUBICKI jgwent@hollandhart.com vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT
on behalf of Interested Party BRAD PALUBICKI jgwent@hollandhart.com vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH G. WENT
on behalf of Defendant EVA GABRIELA FARMER DE LA TORRE jgwent@hollandhart.com vlarsen@hollandhart.com;IntakeTeam@hollandhart.com;tlpond@hollandhart.com

JOSEPH S. MANISCALCO, I
on behalf of Defendant THE LCF GROUP INC. jsm@lhmlawfirm.com

JOSEPH S. MANISCALCO, I
on behalf of Creditor THE LCF GROUP INC. jsm@lhmlawfirm.com

JUSTIN CHARLES VALENCIA
on behalf of U.S. Trustee U.S. TRUSTEE - LV - 11 justin.c.valencia@usdoj.gov

LORI M. BENCOE
on behalf of Creditor Michael E. Sanchez lori@bencoelaw.com maggie@bencoelaw.com

LUIS SALAZAR

on behalf of Creditor QUINTAIROS PRIETO, WOOD & BOYER P.A., ERIC BOYER, AND EDDIE PRIETO lsalazar@coleschotz.com, luis-salazar-4791@ecf.pacerpro.com;UIkpe@coleschotz.com;JCeide@coleschotz.com;Alee-sin@coleschotz.com;DFernandez@coleschotz.com;cs-eservice-Miami@coleschotz.com

MARJORIE A. GUYMON
on behalf of Defendant THE LCF GROUP INC. bankruptcy@goldguylaw.com, lauriea@goldguylaw.com;amarisp@goldguylaw.com;heatherw@goldguylaw.com;guymon.marjorier54344@notify.bestcase.com;ntopper@goldguylaw.com;alaub@goldguylaw.com;danielled@goldguylaw.com

MARK M. WEISENMILLER
on behalf of Creditor JUSTIN PULLIAM mark@abwfirm.com mark-weisenmiller-1991@ecf.pacerpro.com;weisenmiller.markm.b117998@notify.bestcase.com;melissa@abwfirm.com

MARY LANGSNER
on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER
on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE mlangsner@gtg.legal, bknotices@gtg.legal

MARY LANGSNER
on behalf of Trustee CHAPTER 11 - LV mlangsner@gtg.legal bknotices@gtg.legal

MARY LANGSNER
on behalf of Trustee MICHAEL W. CARMEL mlangsner@gtg.legal bknotices@gtg.legal

MATTHEW C. ZIRZOW
on behalf of Creditor CERTAIN UNDERWRITERS AT LLOYD'S LONDON SYNDICATES 623/2623 mzirzow@lzlawnv.com hannah@lzlawnv.com;carey@lzlawnv.com;trish@lzlawnv.com;jennifer@lzlawnv.com;bchambliss@lzlawnv.com

MATTHEW L. JOHNSON
on behalf of Creditor Prospect Rainbow LLC mjohnson@mjohnsonlaw.com, annabelle@mjohnsonlaw.com;kristi@mjohnsonlaw.com;admin@mjohnsonlaw.com

MICHAEL W. CARMEL
michael@mcarmellaw.com

OGONNA M. BROWN
on behalf of Creditor Michael E. Sanchez Ogonna.Brown@wbd-us.com ogonna-brown-4984@ecf.pacerpro.com,dberhanu@lewisroca.com,ombcalendar@lewisroca.com;klopez@lewisroca.com,Renee.Creswell@wbd-us.com

RICHARD F. HOLLEY
on behalf of Interested Party JOHN DOE 1 rholley@spencerfane.com oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

RICHARD F. HOLLEY
on behalf of Interested Party JOHN DOE 2 rholley@spencerfane.com oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

RICHARD F. HOLLEY
on behalf of Interested Party JANE DOE rholley@spencerfane.com oswibies@spencerfane.com;richard-holley-0715@ecf.pacerpro.com

ROBERT MCKAY HOLLEY
on behalf of Interested Party JOHN DOE 2 mholley@spencerfane.com oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

ROBERT MCKAY HOLLEY
on behalf of Interested Party JOHN DOE 1 mholley@spencerfane.com oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

ROBERT MCKAY HOLLEY
on behalf of Interested Party JANE DOE mholley@spencerfane.com oswibies@spencerfane.com;mckay-holley-3240@ecf.pacerpro.com

RYAN A. ANDERSEN
on behalf of Creditor JUSTIN PULLIAM ryan@aandblaw.com melissa@aandblaw.com;ecf-df8b00a4597e@ecf.pacerpro.com

STACY H RUBIN
on behalf of Creditor Howard & Howard rubins@ballardspahr.com DocketClerk_LasVegas@ballardspahr.com;LitDocket_West@ballardspahr.com

STEVEN B. SCOW
on behalf of Creditor CHRISTOPHER ASANDRA sscow@kskdlaw.com dscow@kskdlaw.com

STEVEN T GUBNER
on behalf of Interested Party BG LAW LLP sgubner@bg.law ecf@bg.law

STUART FREEMAN WILSON-PATTON
on behalf of Creditor TN Dept of Revenue stuart.wilson-patton@ag.tn.gov

TALITHA B. GRAY KOZLOWSKI

on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI
on behalf of Plaintiff MICHAEL W. CARMEL CHAPTER 11 TRUSTEE tgray@gtg.legal, bknotices@gtg.legal;ecf-processing@gtg.legal

TALITHA B. GRAY KOZLOWSKI
on behalf of Trustee MICHAEL W. CARMEL tgray@gtg.legal bknotices@gtg.legal;ecf-processing@gtg.legal

U.S. TRUSTEE - LV - 11
USTPRegion17.lv.ecf@usdoj.gov

TOTAL: 56

NVB 8010–5 (Rev. 5/16)

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

IN RE:

NUMALE CORPORATION
Debtor(s)

BK–25–10341–nmc
CHAPTER 11

Appeal Reference Number: 26–39

JOHN DOES 1, JOHN DOE 2 and JANE DOE
Appellant(s)

vs

MICHAEL CARMEL, the LIQUIDATION TRUSTEE FOR THE NUMALE LIQUIDATION TRUST
Appellee(s)

AMENDED TRANSMITTAL FORM TO UNITED STATES DISTRICT COURT

OFFICE NUMBER 0978/2

To: U.S. District Court
Lloyd D. George U.S. Courthouse
333 Las Vegas Boulevard South
Las Vegas, NV 89101

| | |
|---|---|
| Appeals Filed in the Same Bankruptcy Case or in a Related ADV Case | 26–cv–03527 |
| Bankruptcy Judge | NATALIE M. COX |
| Date Notice of Appeal Filed | 11/6/26 |
| Date of Entry of Order Appealed | 10/27/26 |
| Date Bankruptcy Filed | 1/22/25 |
| Other | |

Dated: 11/9/26

Dan Owens
Dan Owens
Clerk of Court