Stacy H. Rubin, Esq.
Nevada Bar No. 9298
BALLARD SPAHR LLP
1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135
Telephone: (702) 471-7000
Facsimile: (702) 471-7070
rubins@ballardspahr.com

Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

In re:

☒ NUMALE CORPORATION.
☐ FELICIANO NUMALE NEVADA PLLC,
☐ NUMEDICAL SC,
☐ NUMALE COLORADO SC,
☐ NUMALE FLORIDA TB, PLLC
☐ NUMALE NEBRASKA LLC,
☐ NUMALE NEW MEXICO SC,

Debtors.

Lead Case No.: 25-10341-nmc
Chapter 11

Jointly Administered with:
Case No. 25-10342-nmc
Case No. 25-10343-nmc
Case No. 25-10344-nmc
Case No. 25-10345-nmc
Case No. 25-10346-nmc
Case No. 25-10347-nmc

***EX PARTE* MOTION TO REMOVE COUNSEL FROM THE CM/ECF SERVICE LIST**

Stacy H. Rubin, Esq. ("Counsel") brings this *Ex Parte* Motion to Remove Counsel from the CM/ECF Service List (the "Motion") in the above-referenced bankruptcy proceedings. Representation for Howard & Howard has concluded and, therefore, it is no longer necessary that Counsel receive CM/ECF notices or mailings in the above-refenced bankruptcy case. Counsel hereby requests that she be removed from the CM/ECF service list in bankruptcy case number 25-10341-nmc. A proposed Order granting this Motion is attached as Exhibit 1.

[CONTINUED ON NEXT PAGE]

Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958

DATED this 12th day of November, 2026.

BALLARD SPAHR LLP

By: /s/ *Stacy H. Rubin*

Stacy H. Rubin, Esq.
Nevada Bar No. 9298
1980 Festival Plaza Dr, Suite 900
Las Vegas, Nevada 89135
rubins@ballardspahr.com

Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

In re:

☒ NUMALE CORPORATION.
☐ FELICIANO NUMALE NEVADA PLLC,
☐ NUMEDICAL SC,
☐ NUMALE COLORADO SC,
☐ NUMALE FLORIDA TB, PLLC
☐ NUMALE NEBRASKA LLC,
☐ NUMALE NEW MEXICO SC,

Debtors.

Lead Case No.: 25-10341-nmc
Chapter 11

Jointly Administered with:
Case No. 25-10342-nmc
Case No. 25-10343-nmc
Case No. 25-10344-nmc
Case No. 25-10345-nmc
Case No. 25-10346-nmc
Case No. 25-10347-nmc

**ORDER GRANTING *EX PARTE* MOTION TO REMOVE COUNSEL FROM THE CM/ECF SERVICE LIST**

The Court having reviewed the *Ex Parte* Motion to Remove Counsel from the CM/ECF Service List (the "Motion"), and good cause having been shown,

**IT IS HEREBY ORDERED** that the Motion is granted; and

**IT IS FURTHER ORDERED** that the Bankruptcy Court Clerk shall cause Stacy H. Rubin, Esq., to be removed from the CM/ECF Service List for bankruptcy case number 25-10341-nmc.

**IT IS SO ORDERED.**

Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958

Respectfully submitted by:

BALLARD SPAHR LLP

By: /s/ *Stacy H. Rubin*
Stacy H. Rubin
Nevada Bar No. 9298
1980 Festival Plaza Dr, Suite 900
Las Vegas, Nevada 89135
rubins@ballardspahr.com

Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958

**CERTIFICATE OF SERVICE**

I hereby certify that I am an employee of Ballard Spahr LLP and that, on November 12, 2026, I caused to be served a true and correct copy of EX PARTE MOTION TO REMOVE COUNSEL FROM THE CM/ECF SERVICE LIST in the following manner:

[X] (ELECTRONIC SERVICE) Under Local Rule 5005 of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

[ ] (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first-class postage prepaid, at Las Vegas, Nevada, to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

[ ] (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list at their last known delivery address, on the date above written.

[ ] (FACSIMILE) By serving a true and correct copy of the above-referenced document via facsimile, to the facsimile numbers indicated, to those listed on the attached service list, and on the date above written.

*/s/ Mandy D. Sanders*
An employee of BALLARD SPAHR LLP