Dan Owens
Clerk of Court

Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958

**UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF NEVADA**

In re:

☒ NUMALE CORPORATION.
☐ FELICIANO NUMALE NEVADA PLLC,
☐ NUMEDICAL SC,
☐ NUMALE COLORADO SC,
☐ NUMALE FLORIDA TB, PLLC
☐ NUMALE NEBRASKA LLC,
☐ NUMALE NEW MEXICO SC,

Debtors.

Lead Case No.: 25-10341-nmc
Chapter 11

Jointly Administered with:
Case No. 25-10342-nmc
Case No. 25-10343-nmc
Case No. 25-10344-nmc
Case No. 25-10345-nmc
Case No. 25-10346-nmc
Case No. 25-10347-nmc

**ORDER GRANTING *EX PARTE* MOTION TO REMOVE COUNSEL FROM THE CM/ECF SERVICE LIST**

The Court having reviewed the *Ex Parte* Motion to Remove Counsel from the CM/ECF Service List (the "Motion"), and good cause having been shown,

**IT IS HEREBY ORDERED** that the Motion is granted; and

**IT IS FURTHER ORDERED** that the Bankruptcy Court Clerk shall cause Stacy H. Rubin, Esq., to be removed from the CM/ECF Service List for bankruptcy case number 25-10341-nmc.

**IT IS SO ORDERED.**

Ballard Spahr LLP
One Summerlin, 1980 Festival Plaza Drive, Suite 900
Las Vegas, Nevada 89135-2958

Respectfully submitted by:

BALLARD SPAHR LLP

By: /s/ *Stacy H. Rubin*
Stacy H. Rubin
Nevada Bar No. 9298
1980 Festival Plaza Dr, Suite 900
Las Vegas, Nevada 89135
rubins@ballardspahr.com