Richard F. Holley, Esq.
Nevada Bar No. 3077
R. McKay Holley, Esq.
Nevada Bar No. 15934
SPENCER FANE, LLP
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Telephone (702) 408-3400
Facsimile (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for John Doe 1, John Doe 2 and Jane Doe*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

In re:

☒ NUMALE CORPORATION,
☒ FELICIANO NUMALE NEVADA PLLC,
☒ NUMEDICAL SC,
☒ NUMALE COLORADO SC,
☒ NUMALE FLORIDA TB PLLC.
☒ NUMALE NEBRASKA LLC,
☒ NUMALE NEW MEXICO SC,

Debtors.

JOHN DOE 1; JOHN DOE 2; AND JANE DOE,

Appellants,

v.

MICHAEL CARMEL, the LIQUIDATION TRUSTEE FOR THE NUMALE LIQUIDATION TRUST,

Appellee.

Lead Case No.: 25-10341-nmc
Chapter 11
Jointly Administered with:
Case No.: 25-10342-nmc
Case No.: 25-10343-nmc
Case No.: 25-10344-nmc
Case No.: 25-10345-nmc
Case No.: 25-10346-nmc
Case No.: 25-10347-nmc

Judge: Hon. Natalie M. Cox

Appeal Reference No. 26-39

U.S.D.C. Appeal Case No. 26-cv-03704-GMN

**Stipulation And Order To Dismiss Appeal**

Appellants John 1 Doe, John 2 Doe, and Jane Doe (collectively "Appellants" or "Does"), by and through their counsel of record, Richard F. Holley, Esq. and R. McKay Holley, Esq. of Spencer Fane LLP, and the appellee Michael Carmel, the Liquidating Trustee of the NuMale Liquidation Trust and the former chapter 11 trustee of the bankruptcy estates of the Jointly

Administered Debtors[1] ("Appellee" or "Trustee"), by and through his counsel of record, Gregory E. Garman, Esq., Talitha Gray Kozlowski, Esq., Dylan Ciciliano, Esq., and Mary Langsner, Ph.D. of Garman Turner Gordon (together, the "Parties"), hereby stipulate and agree as follows:

**RECITALS**

1. On September 28, 2026, Trustee filed his *Notice of Issuance of Subpoena to Quintairos, Prieto, Wood & Boyer, P.A. ("QPWB")* [BK ECF No. 994] attaching the *Subpoena In A Case Under The Bankruptcy Code For Examination And Production Of Documents Pursuant To Fed. R. Bankr. P. 2004 And 9016* ("Subpoena") issued on that date. BK ECF No. 994-1.[2]

2. On October 27, 2026, Does filed their *Motion To Quash Or In The Alternative Motion For Protective Order* on shortened time ("Motion to Quash") BK ECF Nos. 1080, 1082.

3. On October 28, 2026, Trustee filed his *Opposition to Interested Parties Does Motion to Quash or in the Alternative Motion for Protective Order [ECF No. 1080] and Countermotion for Attorneys Fees and Costs*. BK ECF No 1093.

4. On October 29, 2026, a hearing was held on the Motion to Quash. The hearing on the Motion to Quash was continued to November 5, 2026.

5. On October 29, 2026, Does filed their *Notice Of Proposed Order Granting Interested Parties Does' Motion To Quash Or In The Alternative Motion For Protective Order*. BK ECF No. 1099.

6. At the November 5, 2026 hearing, the court denied Does' Motion to Quash.

7. On November 5, 2026, Does filed their *Notice Of Appeal And Statement Of Election To District Court* (the "Appeal"), based on the order given in open court. BK ECF No. 1134.

---

[1] The "Jointly Administered Debtors" are the debtors in the bankruptcy cases NuMale Corporation (25-10341-nmc); Feliciano NuMale Nevada PLLC 25-10342-nmc); NuMedical SC (25-10343-nmc); NuMale Colorado SC (25-10344-nmc); NuMale Florida TB PLLC (25-10345-nmc); NuMale Nebraska LLC (25-10346-nmc); and NuMale New Mexico SC (25-10347-nmc).

[2] All references to "ECF No." are to the numbers assigned to the documents filed in the district court case identified in the caption above ("Case" or "Appeal") as they appear on the docket ("Docket") maintained by the Clerk of the Court of the United States District Court for the District of Nevada. All references to "BK ECF No." are to the numbers assigned to the documents filed in the bankruptcy case identified in the caption above ("Bankruptcy") as they appear on that docket maintained by the Clerk of the Court of the United States Bankruptcy Court for the District of Nevada.

8. On November 6, 2026, Does filed their *Motion for Leave to Appeal The Order Compelling Disclosure of Anonymized Identities* ("Motion for Leave"). BK ECF No. 1138.

9. On November 6, 2026, the bankruptcy court entered its order denying Appellants' Motion to Quash (the "Disclosure Order"). BK ECF No. 1144.

10. The Appeal was assigned Appeal Reference Number 26-39 and USDC Appeal Court Case No. 26-cv-03704 in this Court. BK ECF Nos. 1146, 1158.

11. On November 8, 2026, Does filed their *Emergency Motion for Stay Pending Appeal of The Order Compelling Disclosure of Attorney Identities* ("Motion for Stay"). ECF No. 8.

12. On November 9, 2026, the Appellee filed his *Motion To Dismiss Appeal* ("Motion to Dismiss") and his opposition to the Motion for Stay. ECF Nos. 3 and 9.

13. The Trustee and QPWB have reached a resolution to mediate their underlying dispute, which resolution has mooted the necessity of this Appeal. The Parties agree that the Appeal should be voluntarily dismissed pursuant to Federal Rule of Bankruptcy Procedure 8023(a), with each party to bear its own attorney's fees and costs.

## STIPULATION

**NOW, THEREFORE**, the Parties, by and through their respective undersigned counsel, **HEREBY STIPULATE AND AGREE** as follows:

1. **Dismissal of Appeal**. The Appeal is dismissed without prejudice pursuant to Federal Rule of Bankruptcy Procedure 8023(a).

2. **Fees and Costs**. Each Party shall bear its own attorney's fees and costs incurred in connection with the Appeal, including the Motion to Dismiss. No fees remain due to the Clerk of Court in connection with the Appeal.

/ / /

/ / /

3. **All Pending Motions**. Upon the entry of the Order below, all pending motions before the Court shall be denied as moot, and all pending deadlines in this Appeal shall be vacated.

**IT IS SO STIPULATED.**

Dated November 16, 2026.

SPENCER FANE LLP

/s/ Richard F. Holley

Richard F. Holley, Esq. (NBN 3077)
R. McKay Holley, Esq. (NBN 15934)
300 South Fourth Street, Suite 1600
Las Vegas, Nevada 89101
Phone: (702) 408-3400 | Fax: (702) 408-3401
Email: rholley@spencerfane.com
mholley@spencerfane.com

*Attorneys for*
*John 1 Doe, John 2 Doe and Jane Doe*

Dated November 16, 2026.

GARMAN TURNER GORDON LLP

/s/ Talitha Gray Kozlowski

Gregory E. Garman, Esq. (NBN 6654)
Talitha Gray Kozlowski, Esq. (NBN 9040)
Dylan Ciciliano, Esq. (NBN 12348)
Mary Langsner, Ph.D. (NBN 13707)
7251 Amigo Street, Suite 210
Las Vegas, Nevada 89119
Tel: (725) 777-3000 | Fax: (725) 777-3112
Email: ggarman@gtg.legal
tgray@gtg.legal
dciciliano@brg.legal
mlangsner@gtg.legal

*Attorneys for Michael Carmel,*
*Trustee of the NuMale Liquidation Trust*

**ORDER**

**IT IS HEREBY ORDERED** that this action is **DISMISSED without prejudice,** with each party to bear its own costs and attorneys' fees.

**IT IS FURTHER ORDERED** that Appellee's Motion to Dismiss, (ECF No. 3), Appellants' Motion for Leave to Appeal, (ECF No. 7), and Appellants' Motion to Stay, (ECF No. 8), are **DENIED as moot.**

The Clerk of Court is kindly directed to close the case.

**IT IS SO ORDERED:**

**DATED** this 16 day of November, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT